# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request:                                    Date of Fee Payment:

Case Number:                                        Receipt Number:

Amount to be Refunded:

Reason for Request:

Supervisor's Recommendation:

Action Taken:        _____        Approved

                     _____        Denied

                     _____        Referred to Judge for further action

_____        _____
DATE                               KEVIN P. WEIMER
                                   Clerk of Court