# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC.,** and **JOHN DOES,**<br><br>Defendants. | Civil Action No. 1:22-cv-04259-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the following have read the Court's Standing Order Regarding Civil Litigation and will comply with its provisions during the pendency of this action.

*(Signatures on the following page.)*

1

Respectfully submitted this 3rd day of November 2022.

/s/ Von A. DuBose
Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

/s/ Sara Chimene-Weiss
Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

/s/ Lea Haber Kuck
Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

/s/ Rajiv Madan
Rajiv Madan*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7020
raj.madan@probonolaw.com

/s/ Paige Braddy
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005

Tel: (202) 371-7000
paige.braddy@probonolaw.com

*/s/ Vernon Thomas*
Vernon Thomas\*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

**Counsel for Plaintiff**

**\*Pro hac vice granted. ECF approval pending.**