**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DR, SW**
**ATLANTA, GEORGIA 30303-3318**

**KEVIN P. WEIMER**                                                                                                          404-215-1600
**DISTRICT COURT EXECUTIVE AND**
**CLERK OF COURT**

November 9, 2022

Re:  **1:22-cv-04259-SDG**
      **Mark Andrews   v.   Dimesh Dsouza, et al**

Jared Davidson,

  You are listed as counsel in the subject case but do not appear to be admitted to the Northern District of Georgia.

  N.D. Ga. Local Rule 83.1 requires attorneys who are members of the State Bar of Georgia and appear in this Court to be members of its bar.  Attorneys who are members of the bar in another state and not Georgia residents must be admitted *pro hac vice* in order to appear.

  Attorneys applying for full admission to the bar of this Court must initiate the process through PACER at www.pacer.gov.

  Attorneys applying for admission *pro hac vice* must complete the form on our website and have local counsel file the application electronically in the case in which they wish to appear.

  Please visit the "For Attorneys" tab on the Court's website at www.gand.uscourts.gov for more detailed information regarding admission requirements and procedures.

  Once you are admitted to the bar of this Court, you will be permitted to file pleadings electronically, as provided by Local Rule 5.1 and Appendix H to the Local Rules.

  Your application for full admission or for admission *pro hac vice* must be received within 10 days of this notice.  If you decide not to apply, you must either (1) file a motion to withdraw and identify therein the attorney who will represent the party or (2) file a notice of substitution of counsel.

  This is the only notice you will receive.  At the expiration of the 10-day time limit, the status of your admission will be brought to the attention of the assigned judge.

  Please direct questions to 404-215-1600.

                Sincerely yours,

                /s/ Cheryl Goins

                DEPUTY CLERK for
                Kevin P. Weimer