### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC.,** and **JOHN DOES,**<br><br>Defendants. | Civil Action No. 1:22-cv-04259-SDG |

### CERTIFICATE OF COMPLIANCE

I hereby certify that the following have read the Court's Standing Order Regarding Civil Litigation and will comply with its provisions during the pendency of this action.

*(Signatures on the following page.)*

1

Respectfully submitted this 16th day of November 2022.

/s/ John Paredes
John Paredes *
Protect Democracy Project
82 Nassau Street, #601
New York, NY  10038
John.paredes@protectdemocracy.org

/s/ Rachel Goodman
Rachel Goodman*
Protect Democracy Project
82 Nassau Street, #601
New York, NY  10038
Rachel.goodman@protectdemocracy.org

/s/ Rachel F. Homer
Rachel F. Homer*
Protect Democracy Project
2020 Pennsylvania Avenue, NW
Suite 163
Washington, DC 20006
Rachel.homer@protectdemocracy.org

/s/ Jared Fletcher Davidson
Jared Fletcher Davidson*
Protect Democracy
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

*Counsel for Plaintiff*

**\*Pro hac vice granted. ECF approval pending.**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day, filed within the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system which will automatically send counsel of record email notification of such filing.

Respectfully submitted this 16th day of November 2022.

*/s/ Von A. DuBose*
Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com


*Counsel for Plaintiff*