Civil Action No.   1:22-cv-04259-SDG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Salem Media Group Inc.** was recieved by me on **11/02/2022**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jamie Wren**, who is designated by law to accept service of process on behalf of **Salem Media Group Inc. on 11/7/22 at 10:24am. Served at 6400 Belt Line Road Irving, TX 75063.**

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  11/09/2022

*Server's signature*

**Shelly Rogers**
*Printed name and title*

3726 Silver Oaks Cluster St
Irving, TX 75060

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jamie Wren who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**

Full Document list: Summons, Complaint, Civil Cover Sheet

Tracking #: 0096155675