UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Mark Andrews

Plaintiff

Case No.: 1:22-cv-04259-SDG

vs.

Dinesh D'Souza, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Donna Witcher, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That on 11/09/2022 at 2:40 PM, I served Dinesh D'Souza at 43 Hunnewell Way, Spring, Texas 77382-5401 with the Summons, Civil Cover Sheet, and Complaint by serving Deborah D'Souza, wife of Dinesh D'Souza, a person of suitable age and discretion, who stated that he/she resides therein with Dinesh D'Souza.

Deborah D'Souza is described herein as:

Gender: Female   Race/Skin: White   Age: 44   Weight: 155   Height: 5'4"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Nov 17, 2022
Executed On

Donna Witcher
PSC 1295; 8-31-23
Client Ref Number: N/A
Job #: 1610388

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050