AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     1:22-CV-04259-SDG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   D'Souza Media LLC.
was recieved by me on 11/06/2022:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on, and mailed a copy to the individual's last known address; or

☒  I served the summons on CT Corporation System, Registered Agent, who is designated by law to accept service of process on behalf of D'Souza Media LLC.

served at business address 330 N. Brand Boulevard, Ste. 700 Glendale, CA 91203 on 11/07/22 at 7:42am.

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/09/2022

Server's signature

Joecelyn Ramos
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Diana Ruiz who indicated they were the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The Individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.

Full document list: Summons, Complaint, Civil Cover Sheet




Tracking #: 0096151781