# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## ACKNOWLEDGMENT AND WAIVER OF SERVICE

I, S. Derek Bauer, attorney for Defendant Regnery Publishing, Inc. ("Regnery Publishing"), hereby acknowledge receipt and service of the Summons and First Amended Complaint in the above-styled action on behalf of Defendant Regnery Publishing in consideration for Plaintiff's agreement to extend the deadline for Defendant Regnery Publishing to file its initial responsive pleading to and through January 13, 2023. By acknowledging service of the Summons and First Amended Complaint in this manner, Defendant Regnery Publishing waives any further process

-2-

or service of process and any defense of insufficiency of process or insufficiency of service of process.  Defendant Regnery Publishing retains any and all other defenses.

Respectfully submitted this 8th day of December, 2022.

/s/ *S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537
IAN K. BYRNSIDE
Georgia Bar No. 167521
JACQUELINE T. MENK
Georgia Bar No. 728365
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com

*Attorneys for Defendant Regnery Publishing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ACKNOWLEDGEMENT AND WAVIER OF SERVICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Von A. DuBose
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Sarah Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
sara.chimene-weiss@protectdemocracy.org

Rachel F. Homer
Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
rachel.homer@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
rachel.goodman@protectdemocracy.org
john.paredes@protectdemocracy.org

4857-1072-1090.1

-4-

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 1001-8602
lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
vernon.thomas@probonolaw.com

This 8th day of December, 2022.

/s/ *S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537