## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK ANDREWS,

        Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE,
INC., CATHERINE ENGLEBRECHT,
GREGG PHILLIPS, D'SOUZA MEDIA
LLC, SALEM MEDIA GROUP, INC.,
REGNERY PUBLISHING, INC., and
JOHN DOES,

        Defendants.

Case No. 1:22-CV-04259-SDG

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
## SALEM MEDIA GROUP, INC. AND REGNERY PUBLISHING, INC.
## TO RESPOND TO COMPLAINT

Defendants Salem Media Group, Inc. ("Salem Media") and Regnery

Publishing, Inc. ("Regnery Publishing"), appearing without waiver of any defenses

other than service of process, respectfully move the Court to extend the deadline for

Salem Media and Regnery Publishing to answer, move, or otherwise respond to

Plaintiff's Complaint and First Amended Complaint in the above-styled action to

and through January 13, 2023.  In support of this Motion, Salem Media and Regnery

Publishing state as follows:

1.     The original Complaint was filed on October 26, 2022, and subsequently served on Salem Media. (*See* Dkt. No. 1; Dkt. No. 23.)

2.     Plaintiff filed his First Amended Complaint on December 1, 2022.  (*See* Dkt. No. 27.)  Among other things, the First Amended Complaint added Regnery Publishing as a defendant.

3.     Salem Media's and Regnery Publishing's undersigned counsel was just retained, and Salem Media, Regnery Publishing, and their counsel require additional time to review and investigate the allegations in the First Amended Complaint and determine how to respond to the First Amended Complaint.

4.     Counsel for Salem Media and Regnery Publishing has conferred with counsel for Plaintiff regarding this requested extension of time and has been authorized to represent that Plaintiff consents to this Motion and the requested extension.

5.     In consideration for Plaintiff's agreement to extend the deadline for Salem Media and Regnery Publishing to file their initial responsive pleadings in this action, the undersigned counsel acknowledged receipt and service of the Summons and First Amended Complaint in this action on behalf of Regnery Publishing and waived any further process or service of process.

4894-1401-6833.3

6.      Should the requested extension be granted, the initial responsive pleading of Salem Media and the initial responsive pleading of Regnery Publishing will be due to be filed no later than January 13, 2023.

7.      The requested extension will not prejudice the parties or unduly delay these proceedings, particularly since the initial responsive pleadings of Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips are also currently due on January 13, 2023.

WHEREFORE, Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. respectfully request that the Court extend their deadline to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint to and through January 13, 2023.  A proposed Consent Order granting the requested extension of time is attached hereto for the Court's consideration.

Respectfully submitted this 8th day of December, 2022.

/s/ *S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537
IAN K. BYRNSIDE
Georgia Bar No. 167521
JACQUELINE T. MENK
Georgia Bar No. 728365
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050

Facsimile: (404) 459-5734
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

4894-1401-6833.3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SALEM MEDIA GROUP, INC. AND REGNERY PUBLISHING, INC. TO RESPOND TO COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Von A. DuBose
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Sarah Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
sara.chimene-weiss@protectdemocracy.org

Rachel F. Homer
Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
rachel.homer@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
rachel.goodman@protectdemocracy.org
john.paredes@protectdemocracy.org

4894-1401-6833.3

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West New
York, NY 10001-8602
lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
vernon.thomas@probonolaw.com

This 8th day of December, 2022.

/s/ *S. Derek Bauer*

S. DEREK BAUER
Georgia Bar No. 042537