## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF APPEARANCE OF COUNSEL

Ian K. Byrnside of the law firm of Baker & Hostetler LLP hereby enters his appearance as counsel of record for Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") in the above-captioned action, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be addressed and delivered to the undersigned as follows:

> Ian K. Byrnside
> BAKER & HOSTETLER LLP
> 1170 Peachtree Street, NE
> Suite 2400
> Atlanta, Georgia 30309-7676
> ibyrnside@bakerlaw.com

-2-

Mr. Byrnside's appearance as counsel is in addition to, and not a substitution for, S. Derek Bauer, who shall also remain as counsel of record for Defendants Salem and Regnery.

Respectfully submitted this 8th day of December, 2022.

/s/ *Ian K. Byrnside*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants
Salem Media Group, Inc.
and Regnery Publishing, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org
>John.paredes@protectdemocracy.org

4867-3632-7746.2

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

This 8th day of December, 2022.

/s/ Ian K. Byrnside
IAN K. BYRNSIDE
Georgia Bar No. 167521