## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS SALEM MEDIA GROUP, INC. AND REGNERY PUBLISHING, INC. TO RESPOND TO COMPLAINT

Before the Court is the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion and has consented to the terms of this Order, the Motion is hereby GRANTED. Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. shall have to and through January 13, 2023, to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint (Dkt. No. 27).

IT IS SO ORDERED this 9th day of December, 2022.

_____
Hon. STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

| Submitted by: | Consented and Agreed to by: |
|---|---|
| BAKER & HOSTETLER LLP | DUBOSE MILLER, LLC |
| /s/ *S. Derek Bauer* | /s/ *Von A. DuBose* |
| S. DEREK BAUER | VON A. DUBOSE |
| Georgia Bar No. 042537 | Georgia Bar No. 231451 |
| IAN K. BYRNSIDE | 75 14th Street NE, Suite 2110 |
| Georgia Bar No. 167521 | Atlanta, GA 30309 |
| JACQUELINE T. MENK | Telephone: (404) 720-8111 |
| Georgia Bar No. 728365 | dubose@dubosemiller.com |
| 1170 Peachtree Street, NE | |
| Suite 2400 | *Counsel for Plaintiff* |
| Atlanta, Georgia 30309-7676 | |
| Telephone: (404) 459-0050 | |
| Facsimile: (404) 459-5734 | |
| dbauer@bakerlaw.com | |
| ibyrnside@bakerlaw.com | |
| jmenk@bakerlaw.com | |

*Counsel for Defendants
Salem Media Group, Inc.
and Regnery Publishing, Inc.*

2