# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Mark Andrews

**Plaintiff**

Case No.: 1:22-cv-04259-SDG

vs.

Dinesh D'Souza, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the First Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/07/2022 at 11:10 AM, I served D'Souza Media LLC c/o CT Corporation System, Registered Agent at 330 North Brand Boulevard, Suite 700, Glendale, California 91203 with the First Amended Complaint by serving Jessie Gastelum, Agent, authorized to accept service on behalf of CT Corporation System.

Jessie Gastelum is described herein as:

Gender: Female   Race/Skin: White   Age: 30+   Weight: 140+   Height: 5'3"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 12/14/22

Carlos Canas

Client Ref Number: N/A
Job #: 1611520

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050