UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Mark Andrews

Plaintiff

Case No.: 1:22-cv-04259-SDG

vs.

Dinesh D'Souza, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Donna Witcher, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the First Amended Complaint in the above entitled case.

That on 12/10/2022 at 4:08 PM, I personally served Dinesh D'Souza with the First Amended Complaint at ▇▇▇▇▇▇▇▇▇.

Dinesh D'Souza is described herein as:

Gender: Male   Race/Skin: Middle Eastern   Age: 50   Weight: 185   Height: 5'11"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Dec 18, 2022
Executed On

Donna Witcher
PSC 12195;
8-31-23

Client Ref Number: N/A
Job #: 1611521

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050