# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC TO RESPOND TO COMPLAINT

Defendants Dinesh D'Souza ("D'Souza") and D'Souza Media LLC ("D'Souza Media"), appearing without waiver of any defenses other than service of process, respectfully move the Court to extend the deadline for D'Souza and D'Souza Media to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint in the above-styled action to and through January 13, 2023. In support of this Motion, D'Souza and D'Souza Media state as follows:

1. The original Complaint was filed on October 26, 2022, and subsequently served on D'Souza and D'Souza Media. (*See* Dkt. No. 1; Dkt. Nos. 24-25.)

2. Plaintiff filed his First Amended Complaint on December 1, 2022. (*See* Dkt. No. 27.) Among other things, the First Amended Complaint added Regnery Publishing as a defendant.

3. D'Souza and D'Souza Media's undersigned counsel was just retained, and D'Souza, D'Souza Media, and their counsel require additional time to review and investigate the allegations in the First Amended Complaint and determine how to respond to the First Amended Complaint.

4. Counsel for D'Souza and D'Souza Media has conferred with counsel for Plaintiff regarding this requested extension of time and has been authorized to represent that Plaintiff consents to this Motion and the requested extension.

5. Should the requested extension be granted, the initial responsive pleading of D'Souza and the initial responsive pleading of D'Souza Media will be due to be filed no later than January 13, 2023.

6. The requested extension will not prejudice the parties or unduly delay these proceedings, particularly since the initial responsive pleadings of Defendants Regnery Publishing, Inc., Salem Media Group, Inc., Catherine Englebrecht, and

Gregg Phillips are also currently due on January 13, 2023; and on February 4, 2023, for True the Vote, Inc.

WHEREFORE, Defendants Dinesh D'Souza and D'Souza Media LLC respectfully request that the Court extend their deadline to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint to and through January 13, 2023. A proposed Consent Order granting the requested extension of time is attached hereto for the Court's consideration.

Respectfully submitted this 27th day of December, 2022.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
ahyland@taylorenglish.com
Georgia Bar No. 325115

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

-4-

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

*/s/ Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*
