# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>  Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>  Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC TO RESPOND TO COMPLAINT

Before the Court is the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants Dinesh D'Souza and D'Souza Media LLC. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion and has consented to the terms of this Order, the Motion is hereby GRANTED. Defendants Dinesh D'Souza and D'Souza Media LLC shall have to and through January 13, 2023, to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint (Dkt. No. 27).

IT IS SO ORDERED this _____ day of December, 2022.

_____
Hon. Steven D. Grimberg
United States District Judge

Submitted by:

TAYLOR ENGLISH DUMA LLP

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile:  (770) 434-7376
ahyland@taylorenglish.com

*Counsel for Defendants
Dinesh D'Souza and
D'Souza Media LLC*

Consented and Agreed to by:

DUBOSE MILLER, LLC

/s/ *Von A. DuBose*
VON A. DUBOSE
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
dubose@dubosemiller.com

*Counsel for Plaintiff*