IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT ORDER EXTENDING TIME FOR DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC TO RESPOND TO COMPLAINT

Before the Court is the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants Dinesh D'Souza and D'Souza Media LLC. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion and has consented to the terms of this Order, the Motion is hereby GRANTED. Defendants Dinesh D'Souza and D'Souza Media LLC shall have to and through January 13, 2023, to answer, move, or otherwise respond to Plaintiff's Complaint and First Amended Complaint (Dkt. No. 27).

IT IS SO ORDERED this __30th__ day of December, 2022.

                                                                    _____
                                                                    Hon. Steven D. Grimberg
                                                                    United States District Judge

| Submitted by: | Consented and Agreed to by: |
|---|---|
| TAYLOR ENGLISH DUMA LLP | DUBOSE MILLER, LLC |
| /s/ *Amanda G. Hyland* | /s/ *Von A. DuBose* |
| Amanda G. Hyland | VON A. DUBOSE |
| Georgia Bar No. 325115 | Georgia Bar No. 231451 |
| 1600 Parkwood Circle, Suite 200 | 75 14th Street NE, Suite 2110 |
| Atlanta, Georgia 30339 | Atlanta, GA 30309 |
| Telephone: (770) 434-6868 | Telephone: (404) 720-8111 |
| Facsimile: (770) 434-7376 | dubose@dubosemiller.com |
| ahyland@taylorenglish.com | |
| *Counsel for Defendants Dinesh D'Souza and D'Souza Media LLC* | *Counsel for Plaintiff* |