IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Jacqueline T. Menk of the law firm of Baker & Hostetler LLP hereby enters her appearance as additional counsel of record for Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") in the above-captioned action, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be addressed and delivered to the undersigned as follows:

Jacqueline T. Menk<br>
BAKER & HOSTETLER LLP<br>
1170 Peachtree Street, NE<br>
Suite 2400<br>
Atlanta, Georgia 30309-7676<br>
jmenk@bakerlaw.com

4890-5440-8969.2

Ms. Menk's appearance as counsel is in addition to, and not a substitution, all other counsel shall remain as counsel of record for Defendants Salem and Regnery.

Respectfully submitted this 11th day of January, 2023.

/s/ *Jacqueline T. Menk*
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
Ian K. Byrnside
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
Kristen Rasmussen
Georgia Bar No. 135018
krasmussen@bakerlaw.com
Jacqueline T. Menk
Georgia Bar No. 728365
jmenk@bakerlaw.com
Georgia L. Bennett
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Von A. DuBose
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Sarah Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Sara.chimene-weiss@protectdemocracy.org

Rachel F. Homer
Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Rachel.homer@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

4868-8163-8217.1

-4-

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA  30339
ahyland@taylorenglish.com

This 11th day of January, 2023.

                                          */s/ Jacqueline T. Menk*
                                          JACQUELINE T. MENK
                                          Georgia Bar No. 728365