IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Kristen Rasmussen of the law firm of Baker & Hostetler LLP hereby enters her appearance as additional counsel of record for Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") in the above-captioned action, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be addressed and delivered to the undersigned as follows:

Kristen Rasmussen
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
krasmussen@bakerlaw.com

4890-5440-8969.2

Ms. Rasmussen's appearance as counsel is in addition to, and not a substitution, all other counsel shall remain as counsel of record for Defendants Salem and Regnery.

Respectfully submitted this 11th day of January, 2023.

>*/s/ Kristen Rasmussen*
>S. Derek Bauer
>Georgia Bar No. 042537
>dbauer@bakerlaw.com
>Ian K. Byrnside
>Georgia Bar No. 167521
>ibyrnside@bakerlaw.com
>Kristen Rasmussen
>Georgia Bar No. 135018
>krasmussen@bakerlaw.com
>Jacqueline T. Menk
>Georgia Bar No. 728365
>jmenk@bakerlaw.com
>Georgia L. Bennett
>Georgia Bar No. 495910
>gbennett@bakerlaw.com
>
>BAKER & HOSTETLER LLP
>1170 Peachtree Street, NE, Suite 2400
>Atlanta, Georgia 30309-7676
>Telephone: (404) 459-0050
>Facsimile: (404) 459-5734
>
>*Attorneys for Defendants*
>*Salem Media Group, Inc.*
>*and Regnery Publishing, Inc.*

4888-5577-8889.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

    Von A. DuBose
    DuBose Miller, LLC
    75 14th Street NE, Suite 2110
    Atlanta, GA 30309
    dubose@dubosemiller.com

    Sarah Chimene-Weiss
    Protect Democracy Project
    7000 N. 16th Street, Suite 120, #430
    Phoenix, AZ 85020
    Sara.chimene-weiss@protectdemocracy.org

    Rachel F. Homer
    Protect Democracy Project
    2020 Pennsylvania Avenue NW, #163
    Washington, DC 20006
    Rachel.homer@protectdemocracy.org

    Rachel E. Goodman
    John Paredes
    Protect Democracy Project
    82 Nassau Street, #601
    New York, NY 10038
    Rachel.goodman@protectdemocracy.org
    John.paredes@protectdemocracy.org

-4-

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA  30339
ahyland@taylorenglish.com

This 11th day of January, 2023.

/s/ Kristen Rasmussen
KRISTEN RASMUSSEN
Georgia Bar No. 135018

4888-5577-8889.1