# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

    Defendants.

Case No. 1:22-CV-04259-SDG

## CONSENT MOTION TO EXTEND PAGE LIMIT FOR DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to the Court's Standing Order Rule II(i), Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") respectfully move the Court for an order extending the page limit for their forthcoming Brief in Support of their Motion to Dismiss Plaintiff's First Amended Complaint by 6 pages, from 25 pages to 31 pages. In support of this Motion, Salem and Regnery respectfully state as follows:

1. Plaintiff Mark Andrews ("Plaintiff") filed his First Amended Complaint on December 1, 2022. (Doc. 27.)

2. On December 8, 2022, Salem and Regnery filed an Unopposed Motion for Extension of Time to Respond to Complaint to and through January 13, 2023 (Doc. 31), which the Court granted. (Doc. 33.)

3. Salem and Regnery are preparing to file a combined Motion to Dismiss the First Amended Complaint for failure to state a claim on January 13, 2023. (*See* Doc. 33.)

4. Salem and Regnery seek a six-page extension of the page limit for the Brief in Support of their Motion to Dismiss for two reasons.

5. First, Plaintiff's First Amended Complaint is 129 pages, contains 322 numbered paragraphs, and asserts seven causes of action. Although Salem and Regnery intend to be as concise as possible, it will be difficult for them to address all of Plaintiff's allegations and causes of action in the standard 25-page limit.

6. Second, in an effort to avoid duplication, Salem and Regnery intend to file a single, joint motion and brief addressing all of the claims asserted against both of them, instead of filing separate, overlapping motions and briefs.

7. Undersigned counsel conferred with counsel for Plaintiff about the requested extension and has been authorized to represent that Plaintiff consents to this request for additional pages.

WHEREFORE, Defendants Salem and Regnery respectfully request that the Court extend the page limit for their forthcoming Brief in Support of their Motion to Dismiss Plaintiff's First Amended Complaint from 25 pages to 31 pages.

Respectfully submitted this 11th day of January, 2023.

/s/ Ian K. Byrnside
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
KRISTEN RASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: January 11, 2023

/s/ *Ian K. Byrnside*
IAN K. BYRNSIDE
Georgia Bar No. 167521

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CONSENT MOTION TO EXTEND PAGE LIMIT FOR DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S BRIEF IN SUPPORT OF MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org

John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

This 11th day of January, 2023.

/s/ *Ian K. Byrnside*
IAN K. BYRNSIDE
Georgia Bar No. 167521