## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK ANDREWS,

       Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

       Defendants.

Case No. 1:22-CV-04259-SDG

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND PAGE LIMIT FOR DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S BRIEF IN SUPPORT OF MOTION TO DISMISS

Before the Court is the Consent Motion to Extend Page Limit for Defendants Salem Media Group, Inc.'s and Regnery Publishing, Inc.'s Brief in Support of Motion to Dismiss.  Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion, the Motion is hereby GRANTED.  Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. shall have 31 pages for their brief in support of their motion to dismiss.

IT IS SO ORDERED this _____ day of January, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge

2