IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

**DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, hereby submit their Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for Defendants Salem and Regnery certifies that the following is a full and complete list of all parties in this action,

including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Mark Andrews – Plaintiff
- Dinesh D'Souza – Defendant
- D'Souza Media LLC – Defendant
- True the Vote, Inc. – Defendant
- Catherine Englebrecht – Defendant
- Gregg Phillips – Defendant
- Salem Media Group, Inc. – Defendant and parent corporation of Salem Communications Holding Corporation d/b/a Regnery Publishing
- Regnery Publishing, Inc. – Defendant

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Salem Communications Holding Corporation d/b/a Regnery Publishing – subsidiary of Salem Media Group, Inc. and entity doing business as Regnery Publishing

- Edward G. Atsinger – shareholder who owns 10% or more interest in Salem Media Group, Inc.

- Stuart Epperson – shareholder who owns 10% or more interest in Salem Media Group, Inc.

(3) The undersigned further certifies that the following is a full and complete list of all other persons serving as attorneys for the parties in this proceeding:

*Counsel for Plaintiff*:

> Von A. DuBose, DuBose Miller, LLC
> Sara Chimene-Weiss, Protect Democracy Project
> Jared F. Davidson, Protect Democracy Project
> Rachel Goodman, Protect Democracy Project
> Rachel F. Homer, Protect Democracy Project
> John Paredes, Protect Democracy Project
> Haber Lea Kuck, Pro Bono Law
> Rajiv Madan, Pro Bono Law
> Vernon Thomas, Pro Bono Law
> Paige Braddy, Pro Bono Law

*Counsel for Defendants Salem Media Group, Inc. and Regnery Publishing, Inc.:*

> S. Derek Bauer, Baker & Hostetler LLP
> Ian K. Byrnside, Baker & Hostetler LLP
> Kristen Rasmussen, Baker & Hostetler LLP
> Jacqueline T. Menk, Baker & Hostetler LLP
> Georgia L. Bennett, Baker & Hostetler LLP

*Counsel for Defendants D'Souza Media LLC and Dinesh D'Souza:*

Amanda Hyland, Taylor English Duma LLP

*Counsel for Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips:*

Unknown.

(4)   The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Salem Media Group, Inc. – Delaware and Texas.

- Regnery Publishing, Inc. – Salem Media Group, Inc. does not own a corporation registered under this name, but Salem Communications Holding Corporation, which does business as Regnery Publishing, is a subsidiary of Salem Media Group, Inc.  Salem Communications Holding Corporation d/b/a Regnery Publishing is a citizen of Ohio and Washington D.C.

Respectfully submitted this 13th day of January, 2023.

/s/ *S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521

ibyrnside@bakerlaw.com
KRISTEN RASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

4881-6481-3895.2

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: January 13, 2023

*/s/ S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org

4881-6481-3895.2

John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

This 13th day of January, 2023.

                                                */s/ S. Derek Bauer*
                                                S. DEREK BAUER
                                                Georgia Bar No. 042537