# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>          Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>          Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

Respectfully submitted this 13th day of January, 2023.

/s/ S. Derek Bauer
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com

/s/ Ian K. Byrnside
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com

/s/ Kristen Rasmussen
KRISTEN RASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com

/s/ Jacqueline T. Menk
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com

/s/ Georgia L. Bennett
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: January 13, 2023

*/s/ S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537

4872-0033-7225.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF COMPLIANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org
>John.paredes@protectdemocracy.org

4872-0033-7225.2

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

This 13th day of January, 2023.

                                        */s/ S. Derek Bauer*
                                        S. DEREK BAUER
                                        Georgia Bar No. 042537

4872-0033-7225.2