IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

    Defendants.

Case No. 1:22-CV-04259-SDG

**DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S MOTION FOR A MORE DEFINITE STATEMENT**

In the event this Court does not grant their contemporaneously-filed Motion to Dismiss for Failure to State a Claim, Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") [1] respectfully move this Court,

---

[1] Plaintiff incorrectly named "Regnery Publishing, Inc." as a defendant in his First Amended Complaint ("FAC"). Regnery Publishing, Inc. is not affiliated with Salem or the subject matter of the FAC. Assuming Plaintiff intended to assert claims against Salem Communications Holding Corporation d/b/a Regnery Publishing, which is the entity that published the book titled "2000 Mules," but without waiving any defenses related thereto, this Motion seeks a more definite statement of the claims and allegations that Plaintiff asserted against "Regnery Publishing, Inc." and that Plaintiff intended to assert against Salem Communications Holding Corporation d/b/a Regnery Publishing.

pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for an order compelling Plaintiff Mark Andrews ("Plaintiff") to replead his First Amended Complaint with a more definite statement as to his claims and allegations against Salem and Regnery, so that they may reasonably and fully respond.

As currently pled, Salem and Regnery cannot reasonably formulate a response to the First Amended Complaint, except to show that dismissal of the First Amended Complaint as to them is proper. Accordingly, and for the reasons set forth more fully in the accompanying Brief in Support of this Motion, Salem and Regnery respectfully request that if the Court does not grant their Motion to Dismiss filed concurrently herewith, the Court order Plaintiff to replead his claims to provide a more definite statement of the specific allegations and claims that are directed toward Salem and Regnery.

Respectfully submitted this 13th day of January, 2023.

        /s/ S. Derek Bauer
        S. DEREK BAUER
        Georgia Bar No. 042537
        dbauer@bakerlaw.com
        IAN K. BYRNSIDE
        Georgia Bar No. 167521
        ibyrnside@bakerlaw.com
        KRISTEN RASMUSSEN
        Georgia Bar No. 135018
        krasmussen@bakerlaw.com
        JACQUELINE T. MENK

Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: January 13, 2023

>*/s/ S. Derek Bauer*
> S. DEREK BAUER
> Georgia Bar No. 042537

4889-9490-1320.3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **DEFENDANTS SALEM MEDIA GROUP INC.'S AND REGNERY PUBLISHING, INC.'S MOTION FOR A MORE DEFINITE STATEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

> Von A. DuBose
> DuBose Miller, LLC
> 75 14th Street NE, Suite 2110
> Atlanta, GA 30309
> dubose@dubosemiller.com
>
> Sarah Chimene-Weiss
> Protect Democracy Project
> 7000 N. 16th Street, Suite 120, #430
> Phoenix, AZ 85020
> Sara.chimene-weiss@protectdemocracy.org
>
> Rachel F. Homer
> Protect Democracy Project
> 2020 Pennsylvania Avenue NW, #163
> Washington, DC 20006
> Rachel.homer@protectdemocracy.org
>
> Rachel E. Goodman
> John Paredes
> Protect Democracy Project
> 82 Nassau Street, #601
> New York, NY 10038
> Rachel.goodman@protectdemocracy.org
> John.paredes@protectdemocracy.org

4889-9490-1320.3

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

This 13th day of January, 2023.

*/s/ S. Derek Bauer*
S. DEREK BAUER
Georgia Bar No. 042537
