IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S NOTICE OF JOINDER

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Parties") hereby submit this notice of joinder.

The D'Souza Parties adopt and incorporate by reference, as if fully stated herein, the legal arguments stated in the Motion for a More Definite Statement and Brief in Support filed by Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery").

The allegations in the First Amended Complaint are deficient as to the D'Souza Parties in the same manner as they are deficient against Salem and Regnery. Therefore, the Court should dismiss the First Amended Complaint or, in the

alternative, order Plaintiff to provide a more definite statement of his claims against the D'Souza Parties.

Respectfully submitted this 13th day of January, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
ahyland@taylorenglish.com
Georgia Bar No. 325115

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ Amanda G. Hyland
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*