IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S MOTION TO DISMISS

Defendants Dinesh D'Souza and D'Souza Media LLC, through their undersigned counsel, for the reasons set forth in the accompanying Brief in Support, respectfully move this Court to dismiss with prejudice Plaintiff's First Amended Complaint.

Respectfully submitted this 13th day of January, 2023.

　　　　　　　　　　　　　　　　/s/ *Amanda G. Hyland*
　　　　　　　　　　　　　　　　Amanda G. Hyland
　　　　　　　　　　　　　　　　ahyland@taylorenglish.com
　　　　　　　　　　　　　　　　Georgia Bar No. 325115

-2-

        **TAYLOR ENGLISH DUMA LLP**
        1600 Parkwood Circle, Suite 200
        Atlanta, Georgia 30339
        Phone: (770) 434-6868
        Facsimile: (770) 434-7376

        *Attorney for Defendants Dinesh*
        *D'Souza and D'Souza Media LLC*

-3-

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

<pre>
                        /s/ Amanda G. Hyland
                        Amanda G. Hyland
                        Georgia Bar No. 325115

                        Attorney for Defendants Dinesh D'Souza
                        and D'Souza Media LLC
</pre>