IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>            Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>            Defendants. | Case No. 1:22-CV-04259-SDG |

**NOTICE OF FILING OF AMENDED BRIEF IN SUPPORT OF DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S MOTION TO DISMISS**

Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") filed a Consent Motion seeking to extend the page limit for the Brief in Support of their Motion to Dismiss Plaintiff's First Amended Complaint on January 11, 2023. (*See* Doc. 43.) On January 13, 2023, before the Court ruled on the Consent Motion, Salem and Regnery filed their Motion to Dismiss and Brief in Support in accordance with their responsive pleading deadline and the page limits set forth in the Local Rules. (*See* Doc. 48 and 48-1.) However, on January 17, 2023, the Court granted the Consent Motion and approved Salem's and Regnery's request to extend

4882-5043-0539.2

the page limit for the Brief in Support of their Motion to Dismiss to 31 pages. Accordingly, and pursuant to the Court's Order, Salem and Regnery respectfully file the attached Amended Brief in Support of their Motion to Dismiss, which is intended to replace Salem's and Regnery's previously filed Brief in Support of their Motion to Dismiss (Doc. 48-1).

Respectfully submitted this 18th day of January, 2023.

/s/ S. Derek Bauer
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
KRISTEN RASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 18th day of January, 2023.

> /s/ S. Derek Bauer
> S. DEREK BAUER
> Georgia Bar No. 042537

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **NOTICE OF FILING OF AMENDED BRIEF IN SUPPORT OF DEFENDANTS SALEM MEDIA GROUP INC.'S AND REGNERY PUBLISHING, INC.'S MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org
>John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

This 18th day of January, 2023.

                                            */s/ S. Derek Bauer*
                                            S. DEREK BAUER
                                            Georgia Bar No. 042537