# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS

Plaintiff Mark Andrews respectfully moves the Court to extend the deadlines for him to respond to the Motions to Dismiss and Motions for a More Definite Statement filed by Defendants Salem Media Group, Inc., Regnery Publishing, Dinesh D'Souza, and D'Souza Media to March 24, 2023. In support of this Motion, Plaintiff Andrews states as follows:

1.     Plaintiff initiated this action by filing a Complaint on October 26, 2022. (Dkt. No. 1).

2. Plaintiff filed his First Amended Complaint on December 1, 2022, which among other things added Regnery Publishing as a defendant. (Dkt. No. 27).

3. Defendants Salem Media Group, Inc. and Regnery Publishing filed an Unopposed Motion for Extension of Time to Respond to First Amended Complaint (Dkt. No. 31), which this Court granted (Dkt. No. 33). As a result, their response to that complaint was due on January 13, 2023.

4. Defendants Dinesh D'Souza and D'Souza Media LLC filed an Unopposed Motion for Extension of Time to Respond to the Complaint (Dkt. No. 38), which this Court granted (Dkt. No. 39). As a result, their response to that complaint was due on January 13, 2023.

5. Defendants Salem Media Group, Inc. and Regnery Publishing filed a Motion for a More Definite Statement (Dkt. No. 47) and Motion to Dismiss (Dkt. No. 48) on January 13, 2023.

6. Defendants Salem Media Group, Inc. and Regnery Publishing filed an Amended Brief In Support of their Motion to Dismiss (Dkt. No. 54) on January 18, 2023.

7. Defendants Dinesh D'Souza and D'Souza Media have a Notice of Joinder (Dkt. No. 49) to the Motion for a More Definite Statement (Dkt. No. 47) and a Motion to Dismiss (Dkt. No. 50) on January 13, 2023.

8. Defendants Catherine Engelbrecht, Gregg Phillips, and True the Vote, Inc., waived service (Dkt. No. 36); as a result, their response to the First Amended Complaint is due on February 6, 2023.

9. Plaintiff Mark Andrews respectfully requests an extension of time to March 24, 2023, to respond to all of the motions filed by Defendants Salem Media Group, Inc., Regnery Publishing, Dinesh D'Souza, and D'Souza Media. This extension of time will allow Plaintiff to coordinate his responses to the multiple motions, leading to greater judicial efficiency and efficiency for the parties in any replies they might file. This extension of time will also allow Plaintiff sufficient time to review any responses by Defendants Engelbrecht, Phillips, and True the Vote, Inc. (to be filed by February 6, 2023) to determine whether a consolidated response is appropriate, and, if so, to seek appropriate permission from this Court to do so.

10. Defendants Salem Media Group, Inc., Regnery Publishing, D'Souza, and D'Souza Media do not oppose this motion.

A proposed Order granting the requested unopposed extension is attached for the Court's consideration.

Respectfully submitted this 18th of January, 2023.

Respectfully,

/s/ *Rachel F. Homer*

Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

VON A. DUBOSE
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.paredes@protectdemocracy.org

Jared Fletcher Davidson\*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck\*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan\*
Paige Braddy\*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas\*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff Mark Andrews*
   *\*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ *Rachel F. Homer*
Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

VON A. DUBOSE
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
dubose@dubosemiller.com

*Counsel for Plaintiff Mark Andrews*
**Admitted Pro Hac Vice*