# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>   Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>   Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT ORDER EXTENDING TIME TO RESPOND TO MOTIONS TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT

Before the Court is the Unopposed Motion for Extension of Time to Respond to Defendants Salem Media Group, Inc. and Regnery Publishing's Motion for a More Definite Statement (Dkt. No. 47) and Motion to Dismiss (Dkt. No. 48), and Defendants D'Souza and D'Souza Media's Motion to Dismiss (Dkt. No. 50) until March 24, 2023. Upon consideration of the Motion, it appearing to the Court that Defendants do not oppose the Motion and have consented to the terms of this Order, the Motion is hereby GRANTED.

1

IT IS SO ORDERED this 19th day of January, 2023.

                                       Hon. Steven D. Grimberg
                                       United States District Judge

Submitted by:

/s/ *Rachel F. Homer*

Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

VON A. DUBOSE
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038