IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>   Plaintiff,<br><br>   v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., AND JOHN DOES,<br><br>   Defendants. | Case No. 1:22-cv-04295-SDG |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants Catherine Engelbrecht, Gregg Phillips, and True the Vote, Inc. move for leave to file a brief supporting their motion to dismiss that exceeds 25-pages. Counsel for Defendants conferred with counsel for Plaintiff who has advised that "we will not oppose and instead take no position." Defendants seek to file a brief supporting their motion that is approximately 47 pages. Leave to exceed the page limit is warranted because Plaintiff's First Amended Complaint engages in group pleading that appears to allege every Defendant took delineated actions, and because the FAC itself runs to approximately 147 pages, with 322 paragraphs, and 230 footnotes that reference numerous articles and media outside the four corners of the

FAC. Plaintiff's allegations include claims of violation of and conspiracy to violate the Voting Rights Act and KKK Act, requiring extensive briefing of these complex federal statutes on this set of alleged facts. On top of that, Plaintiff's defamation claims require separate extensive briefing on both Georgia and federal constitutional law.

For these reasons, the True the Vote Defendants respectfully request that the Court grant this motion and permit them to file a brief supporting their motion to dismiss exceeding 25 pages.

          Respectfully submitted,

          /s/ *Michael J. Wynne*
          MICHAEL J. WYNNE* (TX Bar No. 00785289)
          CAMERON POWELL* (DC Bar No. 00459020)
          JOSEPH R. LARSEN* (TX Bar No. 11955425)
          GREGOR WYNNE ARNEY PLLC
          909 Fannin Street, Suite 3800
          Houston, Texas 77010
          (281) 450-7403
          mwynne@gwafirm.com
          cpowell@gwafirm.com
          jlarsen@gwafirm.com

          MOLLY PARMER (GA Bar No. 942501)
          PARMER LAW
          1201 W. Peachtree Street, NW, Suite 2300
          Atlanta, GA 30309
          (404) 795-5060
          molly@parmer.law

          *Attorneys for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

* *Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have communicated with lead counsel for Plaintiff. Plaintiff's counsel stated that Plaintiff will not oppose the motion but instead takes no position.

/s/ *Michael J. Wynne*
Michael J. Wynne

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1(D) and 5.1 (C), the undersigned hereby certifies that the foregoing motion is prepared in Times New Roman, 14-font.

/s/ *Michael J. Wynne*
Michael J. Wynne

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2023, this document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notifications of the filing to all attorneys of record.

/s/ *Michael J. Wynne*
Michael J. Wynne