# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., AND JOHN DOES,<br><br>　　　Defendants. | Case No. 1:22-cv-04295-SDG |

## PROPOSED ORDER ON MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF MOTION TO DISMISS

On this day the Court considered Defendants Catherine Engelbrecht, Gregg Phillips, and True the Vote, Inc.'s Motion for Leave to file a brief in excess of 25 pages in support of their Motion to Dismiss. After considering Defendants' motion, and request to file a brief of approximately 47 pages, the motion and request are hereby GRANTED.

It is so ORDERED.

Signed on this _____ day of February, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE PRESIDING