# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>  Plaintiff,<br><br>  v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., AND JOHN DOES,<br><br>  Defendants. | Case No. 1:22-cv-04295-SDG |

## PROPOSED ORDER ON MOTION TO DISMISS

On this day the Court considered Defendants Catherine Engelbrecht, Gregg Phillips, and True the Vote, Inc.'s Motion to Dismiss. After considering Defendants' motion, the motion is hereby GRANTED.

It is so ORDERED.

All claims against Defendants Catherine Engelbrecht, Gregg Phillips, and True the Vote, Inc. are hereby DISMISSED with prejudice.

Signed on this _____ day of February, 2023.

_____
JUDGE PRESIDING