# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., AND JOHN DOES,<br><br>    Defendants. | Case No. 1:22-cv-04295-SDG |

## NOTICE OF APPEARANCE OF COUNSEL

Cameron Powell of the law firm of Gregor Wynne Arney, PLLC hereby enters his appearance as counsel of record for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips in the above-captioned action, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be addressed and delivered to the undersigned as follows:

Cameron Powell
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
cpowell@gwafirm.com

Respectfully submitted this 9th day of February, 2023.

/s/ *Cameron Powell*
CAMERON POWELL* (DC Bar No. 00459020)
MICHAEL J. WYNNE* (TX Bar No. 00785289)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
cpowell@gwafirm.com
mwynne@gwafirm.com
jlarsen@gwafirm.com

MOLLY PARMER (GA Bar No. 942501)
PARMER LAW
1201 W. Peachtree Street, NW, Suite 2300
Atlanta, GA 30309
(404) 795-5060
molly@parmer.law

*Attorneys for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

* *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: February 9, 2023

/s/ *Cameron Powell*
Cameron Powell