IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Mark Andrews respectfully moves the Court to extend the deadline for him to respond to the Motion to Dismiss by Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively "TTV Defendants"). (Dkt. No. 58).[1] In support of this Motion, Plaintiff Andrews states as follows:

1. Plaintiff initiated this action by filing a Complaint on October 26, 2022. (Dkt. No. 1).

2. Plaintiff filed his First Amended Complaint on December 1, 2022, which among other things added Regnery Publishing as a defendant. (Dkt. No. 27).

---

[1] Plaintiff notes that the TTV Defendants' Motion (Dkt. 58) was filed concurrently with a "Motion for Leave to File Excess Pages" (Dkt. No. 57), which remains pending. The outcome of that motion may affect Plaintiff's deadline to respond. However, out of an abundance of caution, Plaintiff assumes that his brief is due February 27, 2023.

3. The TTV Defendants waived service (Dkt. No. 36); as a result, their response to the First Amended Complaint was due on February 6, 2023.

4. The TTV Defendants filed a Motion to Dismiss (Dkt. No. 58) on February 6, 2023.

5. Plaintiff Mark Andrews respectfully requests an extension of time to March 24, 2023, to respond to the motion filed by TTV Defendants. This extension of time will allow Plaintiff to file his responses to the multiple motions by Defendants simultaneously, leading to greater judicial efficiency and efficiency for all parties in any replies they might file.

6. Counsel for Plaintiff corresponded with counsel for the TTV Defendants, and the TTV Defendants do not oppose this motion.

A proposed Order granting the requested extension is attached for the Court's consideration.

Respectfully submitted this 17th day of February, 2023.

Respectfully,

/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

/s/ *Von A. DuBose*
Von. A DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org


Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com


Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com


Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com


*Counsel for Plaintiff Mark Andrews*
   **Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

/s/ *Von A. DuBose*
Von A. DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

*Counsel for Plaintiff Mark Andrews*
**Admitted Pro Hac Vice*