IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, et al.,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS

Before the Court is the Unopposed Motion for Extension of Time to Respond to Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips's Motion to Dismiss (Dkt. No. 58) until March 24, 2023. Upon consideration, the Motion is hereby GRANTED.

IT IS SO ORDERED this 23rd day of February, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge