IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, *et al.*,

    Defendants.

Case No. 1:22-CV-04259-SDG

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO MOTIONS TO DISMISS**

Plaintiff Mark Andrews respectfully moves for leave to file two briefs that exceed 25 pages in response to the three Motions to Dismiss by Defendants Salem Media Group, Inc. and Regnery Publishing (collectively, "Salem Defendants"), Dkt. 48, by Defendants Dinesh D'Souza and D'Souza Media (collectively "D'Souza Defendants"), Dkt. 50, and by Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively "TTV Defendants"), Dkt. 58. This Motion is unopposed with respect to the brief in response to the TTV Defendants' Motion to Dismiss. In support of this Motion, Plaintiff Andrews states as follows:

1. Plaintiff initiated this action by filing a Complaint on October 26, 2022. Dkt. 1.

2. Plaintiff filed his First Amended Complaint on December 1, 2022. Dkt. 27.

3. Defendants Salem and Regnery jointly filed a Motion to Dismiss, Dkt. 48, and 30-page Brief in Support, Dkt. 48-1, on January 13, 2023, along with an unopposed Motion for Leave to File Excess Pages, Dkt. 43, which this Court granted.

4. The D'Souza Defendants jointly filed a Motion to Dismiss, Dkt. 50, and Brief in Support, Dkt. 50-1, on January 13, 2023.

5. Plaintiff respectfully seeks an extension of pages to file a consolidated response of not more than 70 pages to jointly respond to the Motions to Dismiss by Defendants Salem and Regnery and the D'Souza Defendants. This extension of pages is warranted because it is in the interest of efficiency for the parties and for the Court to permit Plaintiff to address related arguments in a single brief, rather than in multiple briefs. The D'Souza Brief heavily references the Salem and Regnery Brief and at times fully adopts arguments from that brief.

6. The D'Souza Defendants and Salem and Regnery Defendants do not consent, both suggesting that Plaintiff file separate responsive briefs instead, despite the added burden that would place on the Court.

7. The TTV Defendants jointly filed a Motion to Dismiss, Dkt. 58, on February 6, 2023, along with an unopposed Motion for Leave to File

Excess Pages, Dkt. 57, which was granted. The TTV Defendants ultimately filed a brief that was 46 pages long.

8. Plaintiff respectfully seeks to file a responsive brief of not more than 40 pages to respond to the Motion to Dismiss by the TTV Defendants. This extension will allow Plaintiff to file his response to the arguments made by the three TTV defendants simultaneously, leading to greater judicial efficiency and efficiency for all parties in any replies they might file.

9. Counsel for Plaintiff conferred with counsel for the TTV Defendants via email and the TTV Defendants do not oppose Plaintiff's request.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and permit him to file two briefs that each exceed 25 pages in support of their responses to the three Motions to Dismiss from Defendants Salem and Regnery, the D'Souza Defendants, and the TTV Defendants.

A proposed Order granting the requested extension is attached for the Court's consideration.

Respectfully submitted this 20th day of March, 2023.


Respectfully,

/s/ *Rachel F. Homer*
Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

/s/ *Von A. DuBose*
Von A. DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff Mark Andrews*
  *\*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ *Rachel F. Homer*
Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

/s/ *Von A. DuBose*
Von A. DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

*Counsel for Plaintiff Mark Andrews*
*\*Admitted Pro Hac Vice*