IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>  Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>  Defendants. | Case No. 1:22-CV-04259-SDG<br><br>*Plaintiff's Proposed Order* |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO MOTIONS TO DISMISS**

Before the Court is Plaintiff's Motion for Leave to File two briefs that exceed 25 pages in response to the three Motions to Dismiss by Defendants Salem Media Group, Inc. and Regnery Publishing (collectively "Salem Defendants"), Dkt. 48, by Defendants Dinesh D'Souza and D'Souza Media (collectively "D'Souza Defendants"), Dkt. 50, and by Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively "TTV Defendants"), Dkt. 58.  The Motion is unopposed in part, with respect to the response to the TTV Defendants' Brief. After considering Plaintiff's requests to file (a) one brief of not more than 70 pages in response to Defendants Salem and Regnery's and the D'Souza Defendants'

Motions to Dismiss and (b) one brief of not more than 40 pages in response to the TTV Defendants' Motion to Dismiss, the Motion is hereby GRANTED.

IT IS SO ORDERED this _____ day of March, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge

Submitted by:

/s/ *Rachel F. Homer*
Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

/s/ *Von A. DuBose*
Von A. DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff*
**Admitted Pro Hac Vice*