IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Parties") hereby file this Response in Opposition to Plaintiff's Motion for Leave to File Excess Pages in Response to Motions to Dismiss (Doc. 63).

The D'Souza Parties adopt and incorporate by reference, as if fully stated herein, the arguments of Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") in their Opposition to Plaintiff's Motion for Leave to File Excess Pages in Response to Motions to Dismiss (Doc. 64).

The D'Souza Parties further note that their Memorandum in support of their Motion to Dismiss (Dkt. 48-1) ("Memorandum") was less than eight pages long. The Memorandum asserted less than two pages of argument on the straightforward issue of Plaintiff's shotgun pleading, and then incorporated, in full, four arguments set forth in the Motion to Dismiss filed by Salem Regnery. *Id.* Those four arguments concern pleading deficiencies that are not defendant-specific and which fail because Plaintiff lacks standing or failed to allege critical elements of his claims. *Id.*

Plaintiff has now asked for leave to file a 70-page opposition brief, arguing that his need to do so stems largely from his need to file a "consolidated response." Dkt. 63 ¶ 5. However, by opposing the four arguments raised by Salem and Regnery, Plaintiff would inherently be addressing the D'Souza Parties' arguments.

The D'Souza Parties were, and remain, amendable to a modest page extension. However, Plaintiff's request appears excessive and unnecessary, and likely to lead an extremely long consolidated brief that will create additional complexity and ambiguity when the parties' respective reply briefs become due.

Respectfully submitted this 21st day of March, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
ahyland@taylorenglish.com

Georgia Bar No. 325115

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

*/s/ Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*
