IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,

     Plaintiff,

v.

DINESH D'SOUZA, *et al.*,

     Defendants.

Case No. 1:22-CV-04259-SDG

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO MOTIONS TO DISMISS [Dkt. 63]

Before the Court is Plaintiff's Motion for Leave to File two briefs that exceed 25 pages in response to the three Motions to Dismiss by Defendants Salem Media Group, Inc. and Regnery Publishing (collectively "Salem Defendants"), Dkt. 48, by Defendants Dinesh D'Souza and D'Souza Media (collectively "D'Souza Defendants"), Dkt. 50, and by Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively "TTV Defendants"), Dkt. 58. The Motion is unopposed in part, with respect to the response to the TTV Defendants' Brief. After considering Plaintiff's modified request [Dkt. 66] to file (a) one brief of not more than 60 pages in response to Defendants Salem and Regnery's and the D'Souza Defendants' Motions to

-2-

Dismiss and (b) one brief of not more than 40 pages in response to the TTV Defendants' Motion to Dismiss, the Motion [Dkt. 63] as modified [by Dkt. 66] is hereby **GRANTED**.

IT IS SO ORDERED this 23rd day of March, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge