# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Amanda G. Hyland<br>
Direct Dial: (678) 336-7247<br>
Email: ahyland@taylorenglish.com

March 24, 2023

**VIA CM/ECF FILING**

Ms. Alisha Holland
Courtroom Deputy for
The Honorable Steven D. Grimberg
1767 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

    Re:    *Mark Andrews v. Dinesh D'Souza, et al.*
              USDC for the Northern District of Georgia
              Civil Action File No. 1:22-cv-04259-SDG

Dear Ms. Holland:

Pursuant to Local Rule 83.1 (E)(3), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- April 10, 2023 – April 16, 2023 (International travel)
- May 15, 2023 – May 23, 2023 (International travel)

I respectfully request that this case not be calendared during these dates.

                                  Respectfully,

                                  */s/ Amanda G. Hyland*
                                  Amanda G. Hyland

AGH/ra

cc:     All counsel of record (via CM/ECF only)