IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS SALEM MEDIA GROUP, INC. AND
REGNERY PUBLISHING, INC. TO FILE REPLY BRIEFS**

Pursuant to the Court's Standing Order Rule II(h), Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") respectfully move the Court to extend their deadline to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support of their Motion for a More Definite Statement to and through May 8, 2023. In support of this Motion, Salem and Regnery respectfully state as follows:

1.    Plaintiff Mark Andrews ("Plaintiff") filed his First Amended Complaint on December 1, 2022. (Doc. 27.)

2. On January 13, 2023, Salem and Regnery filed a Motion to Dismiss for Failure to State a Claim (Doc. 48) and a Motion for a More Definite Statement. (Doc. 47).

3. Salem and Regnery filed a Consent Motion seeking to extend the page limit for their Brief in Support of their Motion to Dismiss from 25 pages to 31 pages, which the Court granted on January 17, 2023. (*See* Doc. 43.)

4. Salem and Regnery therefore filed an Amended Brief in Support of their Motion to Dismiss on January 18, 2023. (Doc. 54 and 54-1.)

5. Plaintiff sought an additional 56 days (for a total of 70 days) to respond to the Motion to Dismiss and Motion for a More Definite Statement. (Doc. 55.) Salem and Regnery consented to that request, and the Court granted Plaintiff's motion. (Doc. 56.)

6. Plaintiff also sought leave to file a 60-page brief in response to the Motion to Dismiss, which the Court granted. (Doc. 63 and 67.)

7. On March 24, 2023, Plaintiff filed a 60-page consolidated Response in Opposition to Salem's and Regnery's Motion to Dismiss and Defendants Dinesh D'Souza's and D'Souza Media LLC's Motion to Dismiss. (Doc. 69.) The same day, Plaintiff also filed a Response in Opposition to Salem's and Regnery's Motion for a More Definite Statement. (Doc. 71.)

8. Salem and Regnery's current deadline to file replies in support of their Motion to Dismiss and their Motion for a More Definite Statement is April 7, 2023. N.D. Ga. L.R. 7.1(c).

9. Salem and Regnery seek an additional 30 days, to and through May 8, 2023, to file their forthcoming Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support of their Motion for a More Definite Statement.

10. Salem and Regnery request this extension to give them sufficient time to review and assess the arguments made and cases cited in Plaintiff's response briefs, including his 60-page response to the Motion to Dismiss, and to prepare their replies.

11. Undersigned counsel conferred with counsel for Plaintiff about the requested extension and has been authorized to represent that Plaintiff consents to this request for extension.

12. A proposed Order is attached for the Court's consideration.

WHEREFORE, Defendants Salem and Regnery respectfully request that the Court extend their deadline to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support of their Motion for a More Definite Statement for an additional 30 days, to and through May 8, 2023.

Respectfully submitted this 31st day of March, 2023.

                                              */s/ Ian K. Byrnside*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
KRISTEN MASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: March 31, 2023

/s/ *Ian K. Byrnside*
IAN K. BYRNSIDE
Georgia Bar No. 167521

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SALEM MEDIA GROUP, INC. AND REGNERY PUBLISHING, INC. TO FILE REPLY BRIEFS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org

John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com

Joseph R. Larsen
Michael John Wynne
Gregor Wynee Arney, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
jlarsen@grfirm.com

mwynne@gwafirm.com

Molly Hiland Parmer
Parmer Law
1201 West Peachtree St. Suite 2300
Atlanta, GA 30309
Molly@Parmer.Law

Cameron Powell
Gregor Wynne Arney, PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com

This 31st day of March, 2023.

*/s/ Ian K. Byrnside*
IAN K. BYRNSIDE
Georgia Bar No. 167521
