IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SALEM MEDIA GROUP, INC. AND REGNERY PUBLISHING, INC. TO FILE REPLY BRIEFS

Before the Court is the Consent Motion for Extension of Time for Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. to File Reply Briefs. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion, the Motion is hereby GRANTED. Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. shall have until and including May 8, 2023 to file a reply brief in support of their Motion to Dismiss for Failure to State a Claim (Doc. 48) and a reply brief in support of their Motion for a More Definite Statement (Doc. 47).

IT IS SO ORDERED this _____ day of April, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge