# EXHIBIT B

AN

# AMERICAN DICTIONARY

OF THE

# ENGLISH LANGUAGE;

EXHIBITING

THE ORIGIN, ORTHOGRAPHY, PRONUNCIATION, AND DEFINITIONS OF WORDS.

### By NOAH WEBSTER, LL.D.

ABRIDGED FROM THE QUARTO EDITION OF THE AUTHOR.

TO WHICH IS ADDED A

## SYNOPSIS OF WORDS

DIFFERENTLY PRONOUNCED BY DIFFERENT ORTHOËPISTS.

REVISED AND ENLARGED BY

### CHAUNCEY A. GOODRICH,

PROFESSOR IN YALE COLLEGE.

WITH

PRONOUNCING VOCABULARIES OF SCRIPTURE, CLASSICAL, AND GEOGRAPHICAL NAMES.

PHILADELPHIA:
J. B. LIPPINCOTT & CO.
1867.

*stitium*.] 1. A space between things; but *chiefly*, a narrow or small space between things closely set, or the parts which compose a body. 2. Time between one act and another.—*Ayliffe*.
† IN-TER-STIN€TIVE, *a.* Distinguishing.—*Wallis*.
IN-TER-STI″TIAL (-stish′al), *a.* Pertaining to or containing interstices.
IN-TER-STRAT′I-FIED (-strat′e-fīde), *a.* Stratified among or between other bodies.—*Encyc*.
†IN-TER-TALK′ (in-ter-tawk′), *v. i.* To exchange conversation.
IN-TER-TAN″GLE, *v. t.* To intertwist; to entangle.
IN-TER-TEX′TURE, *n.* [L. *intertextus*.] The act of interweaving, or the state of things interwoven.
INTER-TIE, } *n.* In *carpentry*, a short, horizontal timINTER-DUCE, } ber, framed between two posts in order to tie them together.—*Brande*.
IN-TER-TIS′SUED, *a.* Wrought with joint tissue.—*Everest*.
IN-TER-TRAN-SPIC′U-OUS, *a.* Transpicuous within or between.
IN-TER-TROP′I€-AL, *a.* Situated between the tropics.
IN-TER-TWINE′, *v. t.* To unite by twining or twisting one with another.—*Milton*.
IN-TER-TWINED′ (in-ter-twīnd′), *pp.* Twined or twisted one with another.
IN-TER-TWIN′ING, *ppr.* Twining one with another.
IN-TER-TWIN′ING-LY, *adv.* By intertwining or being intertwined.
IN-TER-TWIST′, *v. t.* To twist one with another.
IN-TER-TWIST′ED, *pp.* Twisted one with another.
IN-TER-TWIST′ING, *ppr.* Twisting one with another.
IN-TER-TWIST′ING-LY, *adv.* By intertwisting or being intertwisted.
IN′TER-VAL, *n.* [Fr. *intervalle*; L. *intervallum*.] 1. A space between things; a void space intervening between any two objects. 2. Space of time between any two points or events. 3. The space of time between two paroxysms of disease, pain, or delirium; remission. 4. The distance between two given sounds in music, or the difference in point of gravity or acuteness. 5. A tract of low or plain ground between hills, or along the banks of rivers, usually alluvial land on rivers.—*Hutchinson*.
IN-TER-VEINED′ (-vānd′), *a.* Intersected as with veins.
IN-TER-VENE′, *v. i.* [L. *intervenio*.] 1. To come or be between persons or things; to be situated between. 2. To come between points of time or events. 3. To happen in a way to disturb, cross, or interrupt. 4. To interpose or undertake voluntarily for another.
† IN-TER-VENE′, *n.* A coming between; intervention.—*Wotton*.
IN-TER-VEN′IENT, *a.* Coming or being between; intercedent; interposed.—*Bacon*. [*Little used*.]
IN-TER-VEN′ING, *ppr.* or *a.* Coming or being between persons or thing, or between points of time; intermediate.
IN-TER-VEN′TION, *n.* [L. *interventio*.] 1. A state of coming or being between; interposition. 2. Agency of persons between persons; interposition; mediation; any interference that may affect the interests of others. 3. Agency of means or instruments. 4. Interposition in favor of another; a voluntary undertaking of one party for another.
IN-TER-VEN′TOR, *n.* [L.] A person selected anciently by a church to mediate in differences, and unite contending parties.
† IN-TER-VEN‡UE, *n.* [Fr. *intervenu*.] Interposition.
IN-TER-VERT′, *v. t.* [L. *interverto*.] To turn to another course or to another use.—*Wotton*. [*Little used*.]
IN-TER-VER′TE-BRAL, *a.* Being between the vertebræ.
IN′TER-VIEW (in′ter-vū), *n.* [*inter* and *view*.] A mutual sight or view; a meeting; a conference or mutual communication of thoughts.
\N-TER-VIS′I-BLE, *a.* In *surveying*, an epithet applied to stations which are mutually visible, or can be seen the one from the other.
IN-TER-VOLVE′ (in-ter-volv′), *v. t.* [L. *intervolvo*.] To involve one within another.—*Milton*.
IN-TER-VOLVED′ (in-ter-volvd′), *pp.* Involved one within another; wrapped together.
IN-TER-VOLV′ING, *ppr.* Involving one within another.
IN-TER-WEAVE′, *v. t.*; pret. *interwove*; pp. *interwoven*. 1. To weave together; to intermix or unite in texture or construction. 2. To intermix; to set among or together. 3. To intermingle; to insert together.
IN-TER-WEAV′ING, *ppr.* Weaving together.
IN-TER-WEAV′ING, *n.* Intertexture.—*Milton*.
IN-TER-WISH′, *v. t.* To wish mutually to each other. [*Little used*.]
IN-TER-WISHED′ (-wisht′), *pp.* Wished mutually.
′N-TER-WÖRK′ING, *n.* The act of working together.
IN-TER-WŌVE′, pret. of *interweave*. Milton uses it for *interwoven*.
N-TER-WŌV′EN, *pp.* or *a.* Woven together; intermixed; intermingled.

IN-TER-WREATHED′ (in-ter-reethd′), *a.* Woven in a wreath.
IN-TEST′A-BLE, *a.* [L. *intestabilis*.] Not capable of making a will; legally unqualified or disqualified to make a testament.
IN-TEST′A-CY, *n.* The state of dying without making will or disposing of one's effects.
IN-TEST′ATE, *a.* [Fr. *intestat*; L. *intestatus*.] 1. Dying without having made a will. 2. Not devised; not disposed of by will.
IN-TEST′ATE, *n.* A person who dies without making a will.—*Blackstone*.
IN-TES′TIN-AL, *a.* Pertaining to the intestines of an animal body.—*Arbuthnot*.
IN-TES-TIN-Ā′LI-A, *n. pl.* A class of animals which infest the interior of the bodies, and especially the intestinal canal of other animals.—*Brande*.
IN-TES′TINE, *a.* [Fr. *intestin*; L. *intestinus*.] 1. Internal; inward; opposed to *external*; [applied to the human or other animal body.] 2. Internal with regard to a state or country; domestic, not foreign; as, *intestine* feuds. This word is usually or always applied to evils.
IN-TES′TINE, *n.*; usually in the *plural*, INTESTINES. The bowels; a muscular canal or tube extending from the stomach to the anus.
IN-TEXT′URED, *a.* Inwrought; woven in.
† IN-THIRST′ (-thurst′), *v. t.* To make thirsty.—*Bp. Hall*.
IN-THRALL′, *v. t.* [*in* and *thrall*.] To enslave; to reduce to bondage or servitude; to shackle.
IN-THRALLED′ (in-thrawld′), *pp.* or *a.* Enslaved; reduced to servitude.
IN-THRALL′ING, *ppr.* Enslaving.
IN-THRALL′MENT, *n.* Servitude; slavery; bondage. *Milton*.
IN-THRŌNE′, *v. t.* 1. To seat on a throne; to raise to royalty or supreme dominion. [See ENTHRONE.] 2. To induct a bishop into a vacant see.
† IN-THRŌN-I-ZĀ′TION, *n.* The act of enthroning, or state of being enthroned.
† IN-THRŌN′IZE, *v. t.* To enthrone.
IN′TI-MA-CY, *n.* Close familiarity or fellowship; nearness in friendship.—*Rogers*.
IN′TI-MATE, *a.* [L. *intimus*.] 1. Inmost; inward; internal. 2. Near; close. 3. Close in friendship or acquaintance; familiar.
IN′TI-MATE, *n.* A familiar friend or associate; one to whom the thoughts of another are intrusted without reserve.
† IN′TI-MĀTE, *v. i.* To share together.—*Spenser*.
IN′TI-MĀTE, *v. t.* [Fr. *intimer*.] To hint; to suggest obscurely, indirectly, or not very plainly; to give slight notice of.
IN′TI-MĀ-TED, *pp.* Hinted; slightly mentioned or signified.
IN′TI-MATE-LY, *adv.* 1. Closely; with close intermixture and union of parts. 2. Closely; with nearness of friendship or alliance. 3. Familiarly; particularly.
IN′TI-MA-TING, *ppr.* Hinting; suggesting.
IN-TI-MĀ′TION, *n.* [Fr.] Hint; an obscure or indirect suggestion or notice; a declaration or remark communicating imperfect information.
† IN′TIME, *a.* [L. *intimus*.] Inward; internal.—*Digby*.
IN-TIM′I-DĀTE, *v. t.* [Fr. *intimider*.] To make fearful; to inspire with fear.—SYN. To dishearten; dispirit; abash; deter; frighten; terrify.
IN-TIM′I-DĀ-TED, *pp.* Made fearful; abashed.
IN-TIM′I-DĀ-TING, *ppr.* Making fearful; abashing.
IN-TIM-I-DĀ′TION, *n.* The act of making fearful; the state of being abashed.
IN-TIN€-TIV′I-TY, *n.* The want of the quality of coloring or tinging other bodies.—*Kirwan*.
IN-TĪRE′, } See ENTIRE and its derivatives.
IN-TĪRE′LY. }
IN-TĪTLE. See ENTITLE.
IN′TŌ, *prep.* [*in* and *to*.] 1. Noting entrance or a passing from the outside of a thing to its interior parts. It follows verbs expressing motion; as, to go *into* a house. 2. Noting penetration beyond the outside or surface, or access to it; as, to see *into* a subject. 3. Noting insertion; as, to put a leaf *into* a book. 4. Noting mixture; as, to put several things *into* composition. 5. Noting inclusion; as, to put a thought *into* language. 6. Noting the passing of a thing from one form or state to another; as, to be led *into* error.
IN-TOL′ER-A-BLE, *a.* [Fr., from L. *intolerabilis*.] 1. Not to be borne; that can not be endured; insupportable. 2. In sufferable; not to be allowed.
IN-TOL′ER-A-BLE-NESS, *n.* The quality of being not tolerable or sufferable.
IN-TOL′ER-A-BLY, *adv.* To a degree beyond endurance.
IN-TOL′ER-ANCE, *n.* 1. Want of capacity to endure.—*Brande*. 2. Want of toleration, the not enduring at all, or not suffering to exist without persecution.
IN-TOL′ER-ANT, *a.* [Fr.] 1. Not enduring; not able to en