IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>   *Plaintiff*,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGENERY PUBLISHING, INC. and JOHN DOES,<br><br>   *Defendants*. | Case No. 1:22-cv-04259-SDG |

## [PROPOSED] ORDER

This matter having come before the Court by motion of proposed *amicus curiae* Campaign Legal Center, seeking leave to file an *amicus* brief in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

1

The Motion for Leave to File *Amicus Curiae* Brief by Campaign Legal Center in Support of Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss is hereby GRANTED.

**IT IS SO ORDERED** this ___ day of _____, 2023.

_____
HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT COURT JUDGE