# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC TO FILE REPLY BRIEFS

Pursuant to the Court's Standing Order Rule II(h), Defendants Dinesh D'Souza ("D'Souza") and D'Souza Media LLC ("D'Souza Media") respectfully move the Court to extend their deadline to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support of their Motion for a More Definite Statement to and through May 8, 2023. In support of this Motion, D'Souza and D'Souza Media LLC respectfully state as follows:

1.      Plaintiff Mark Andrews ("Plaintiff") filed his First Amended Complaint on December 1, 2022. (Doc. 27.)

2.      On January 13, 2023, D'Souza and D'Souza Media LLC filed a Motion to Dismiss for Failure to State a Claim (Doc. 50) and a Notice of Joinder to Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc.'s ("Regnery") Motion for a More Definite Statement. (Doc. 49).

3.      Plaintiff sought an additional 56 days (for a total of 70 days) to respond to the Motion to Dismiss and Motion for a More Definite Statement. (Doc. 55.) D'Souza and D'Souza Media LLC along with Salem and Regnery, consented to that request, and the Court granted Plaintiff's motion. (Doc. 56.)

4.      Plaintiff also sought leave to file a 60-page brief in response to the Motion to Dismiss, which the Court granted. (Doc. 63 and 67.)

5.      On March 24, 2023, Plaintiff filed a 60-page consolidated Response in Opposition to D'Souza and D'Souza Media LLC's and Defendants Salem and Regnery's Motions to Dismiss. (Doc. 69.) The same day, Plaintiff also filed a Response in Opposition to Salem's and Regnery's Motion for a More Definite Statement. (Doc. 71.)

6. D'Souza and D'Souza Media LLC's current deadline to file replies in support of their Motion to Dismiss and their Motion for a More Definite Statement is April 7, 2023. N.D. Ga. L.R. 7.1(c).

7. D'Souza and D'Souza Media LLC seek an additional 30 days, to and through May 8, 2023, to file their forthcoming Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support of their Motion for a More Definite Statement.

8. D'Souza and D'Souza Media LLC request this extension to give them sufficient time to review and assess the arguments made and cases cited in Plaintiff's response briefs, including his 60-page response to the Motion to Dismiss, and to prepare their replies.

9. Undersigned counsel conferred with counsel for Plaintiff about the requested extension and has been authorized to represent that Plaintiff consents to this request for extension.

10. A proposed Order is attached for the Court's consideration.

WHEREFORE, Defendants D'Souza and D'Souza Media LLC respectfully request that the Court extend their deadline to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint and their Reply in Support

of their Motion for a More Definite Statement for an additional 30 days, to and through May 8, 2023.

Respectfully submitted this 31st day of March, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
ahyland@taylorenglish.com
Georgia Bar No. 325115

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

<u>/s/ Amanda G. Hyland</u>
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*