IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## ORDER GRANTING CONSENT MOTION TO EXTEND PAGE LIMIT FOR DEFENDANTS SALEM MEDIA GROUP, INC.'S AND REGNERY PUBLISHING, INC.'S REPLY

      Before the Court is the Consent Motion to Extend Page Limit for Defendants Salem Media Group, Inc.'s and Regnery Publishing, Inc.'s Reply in Support of their Motion to Dismiss. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion, the Motion is hereby GRANTED. Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. shall have 30 pages for their reply brief in support of their Motion to Dismiss for Failure to State a Claim.

      IT IS SO ORDERED, this 3rd day of April, 2023.

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE