IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC TO FILE REPLY BRIEFS

Before the Court is the Consent Motion for Extension of Time for Defendants Dinesh D'Souza and D'Souza Media LLC to File Reply Briefs. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion, the Motion is hereby GRANTED. Defendants Dinesh D'Souza and D'Souza Media LLC shall have until and including May 8, 2023, to file a reply brief in support of their Motion to Dismiss for Failure to State a Claim (Doc. 50) and a reply brief in

support of their Notice of Joinder to Defendants Salem Media Group, Inc. and Regnery Publishing, Inc.'s Motion for a More Definite Statement (Doc. 49).

IT IS SO ORDERED this 3rd day of April, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge

| Submitted by: | Consented and Agreed to by: |
|---|---|
| TAYLOR ENGLISH DUMA LLP | DUBOSE MILLER, LLC |
| /s/ *Amanda G. Hyland* | /s/ *Von A. DuBose* |
| Amanda G. Hyland | VON A. DUBOSE |
| Georgia Bar No. 325115 | Georgia Bar No. 231451 |
| 1600 Parkwood Circle, Suite 200 | 75 14th Street NE, Suite 2110 |
| Atlanta, Georgia 30339 | Atlanta, GA 30309 |
| Telephone: (770) 434-6868 | Telephone: (404) 720-8111 |
| Facsimile:  (770) 434-7376 | dubose@dubosemiller.com |
| ahyland@taylorenglish.com | |
| | *Counsel for Plaintiff* |
| *Counsel for Defendants Dinesh D'Souza and D'Souza Media LLC* | |