# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>  Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>  Defendants. | Case No. 1:22-CV-04259-SDG |

**CONSENTED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS TRUE THE VOTE'S, CATHERINE ENGLEBRECHT'S AND GREGG PHILLIPS' MOTION TO DISMISS**

The above-named Defendants ("the TTV Defendants") hereby request that their time to file a reply in support of their motion to dismiss, currently due on April 7, 2023, be extended to May 8, 2023. Plaintiff has consented to the extension of time.

Respectfully submitted this _____ day of April 2023.

/s/ *Molly Parmer*
MOLLY PARMER (GA Bar No. 942501)
Parmer Law
1201 W. Peachtree Street, NW, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 795-5060
Facsimile: (404) 795-5117
molly@parmer.law

MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*

*Admitted Pro Hac Vice

# **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This \_\_\_\_\_ day of April 2023.

/s/ *Molly Parmer*
MOLLY PARMER
Georgia Bar No. 042537

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CONSENTED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS TRUE THE VOTE'S, CATHERINE ENGELBRECHT'S AND GREGG PHILLIPS' MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record via the CM/ECF system.

This _____ day of April 2023.

/s/ *Molly Parmer*
MOLLY PARMER
Georgia Bar No. 042537