## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>          Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>          Defendants. | Case No. 1:22-CV-04259-SDG |

## ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants True the Vote, Catherine Engelbrecht, and Gregg Phillips ("the TTV Defendants") have moved the Court for an extension of time, until May 8, 2023, to file a reply in support of their motion to dismiss. Plaintiff, having consented to the extension of time, it is hereby

ORDERED, that the TTV Defendants shall have until May 8, 2023 to file their reply.

_____

U.S. DISTRICT JUDGE