IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>        Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>        Defendants. | Case No. 1:22-CV-04259-SDG |

## REPLY BRIEF IN SUPPORT OF DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S MOTION TO DISMISS

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Parties") hereby file this Reply Brief in Support of their Motion to Dismiss Plaintiff's Complaint and respectfully submit that the First Amended Complaint (Doc. 27) (the "FAC") filed by Plaintiff Mark Andrews ("Plaintiff") should be dismissed for failure to state a claim upon which relief can be granted.

In their Motion to Dismiss, the D'Souza Defendants joined the arguments of Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") on Counts I II, IV, and V, as well as Plaintiff's claim for Defamation Per Quod. The

D'Souza Defendants again adopt and join the arguments in Salem and Regnery's Reply Brief on these arguments.

The D'Souza Defendants had argued separately that the First Amended Complaint should be dismissed as an impermissible "shotgun pleading." Plaintiff addressed that argument in his opposition to the Motion for More Definite Statement, and accordingly, the D'Souza Defendants have raised their reply arguments in the Reply in Support of the Motion for a More Definite Statement.

## CONCLUSION

For the foregoing reasons, the D'Souza Parties respectfully request that the Court dismiss the FAC against them in its entirety.

Respectfully submitted this 8th day of May, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
ahyland@taylorenglish.com
Georgia Bar No. 325115

**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

<u>*/s/ Amanda G. Hyland*</u>
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*