# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br>    Plaintiff,<br><br>        v.<br><br>DINESH D'SOUZA, et al.,<br>    Defendants. | Civil Action No.<br>1:22-cv-04259-SDG |

## NOTICE SETTING ORAL ARGUMENT

Pending before the Court is the Motion for More Definite Statement [ECF 47], and the Motions to Dismiss [ECF 48, 50, 58]. Notice is hereby given that the Court has set a hearing for **THURSDAY, AUGUST 24, 2023, at 10:00 A.M.**, before the undersigned district judge. The hearing will be held in Courtroom 1706, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

Argument on the pending motions will be limited to 45 minutes per side. In addition, Amicus Campaign Legal Center may have 15 minutes to argue its position, and if so Defendant will have 15 minutes to respond.

Signed this 27th day of June, 2023.

*[Signature]*
Steven D. Grimberg
United States District Court Judge