IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

**CONSENT MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT**

Defendants Salem Media Group, Inc. ("Salem") and Regnery Publishing, Inc. ("Regnery") respectfully move the Court to grant Defendants an additional 30 minutes – for a total of 75 minutes for all Defendants – to present oral argument on the pending motions at the hearing scheduled for August 24, 2023. Plaintiff has consented to this request for additional time and requests that Plaintiff be given the same amount of additional time, if any, that is granted to Defendants. In support of this Motion, Salem and Regnery respectfully state as follows:

　　　　1.　　There are currently four motions pending before the Court: (1) a Motion for More Definite Statement filed by Defendants Salem and Regnery (ECF 47);

(2) a Motion to Dismiss filed by Defendants Salem and Regnery (ECF 48, 54); (3) a Motion to Dismiss filed by Defendants D'Souza Media, LLC and Dinesh D'Souza (ECF 50); and (4) a Motion to Dismiss filed by Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (ECF 58) (collectively, the "Motions").

2. The Court scheduled a hearing on the Motions for Thursday, August 24, 2023 at 10:00 A.M. and allotted 45 minutes per side, with an additional 15 minutes for Amicus Campaign Legal Center and 15 minutes for Defendants to respond, if Amicus presents argument. (ECF 92.)

3. For the reasons explained below, Defendants seek an additional 30 minutes of time for oral argument, for a total of 75 minutes for all Defendants to present argument on the pending Motions.

4. The Motions involve more than 295 pages of briefing addressing the 129 pages, 322 numbered paragraphs, and seven causes of action in Plaintiff's First Amended Complaint. (*See* ECF 47-1, 50-1, 54-1, 58-1, 69, 70, 71, 86, 87, 88, 89, 90, 91.) Indeed, the parties and Amicus have submitted more than 120 pages of briefing and dozens of cases on the Voting Rights Act and Civil Rights Act claims, alone. (*Id.*)

5. Defendants Salem and Regnery have two separate motions to address, each of which seeks different relief on different grounds. And while there is some overlap in the Defendants' respective motions to dismiss, there are seven different Defendants, each of which has asserted different legal arguments based on the specific facts alleged about them in the First Amended Complaint; each of the motions is separate and distinct; and each set of Defendants is represented by separate counsel. Defendants do not intend to duplicate each other's arguments or repeat every argument set forth in their respective briefs, but it will take time to unpack the numerous different arguments related to Plaintiff's Voting Rights Act and Civil Rights Act claims, in addition to Plaintiff's defamation, invasion of privacy, and conspiracy claims; to explain how each of those claims applies to each of the different Defendants; and to answer any questions the Court may have.

6. In addition, after the Motions were fully briefed, the United States Supreme Court issued its decision in *Counterman v. Colorado*, No. 22-138, 600 U.S. ____ (June 27, 2023), which Defendants believe significantly impacts Plaintiff's Voting Rights Act and Civil Rights Act claims. While Salem and Regnery submitted a two-page Notice of Supplemental Authority regarding the *Counterman* decision (ECF 93), to which Plaintiff responded (ECF 94), Defendants believe the Court

4881-0689-4965.1

would benefit from additional argument related to the *Counterman* decision and its impact on this case.

7. Defendants request this additional time to ensure each set of Defendants has adequate time to present their arguments to the Court, to respond to Plaintiff's arguments, and to fully address any questions the Court may have about these important issues.

8. Undersigned counsel conferred with counsel for Defendants D'Souza Media, LLC, Dinesh D'Souza, True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips about this request for additional time and has been authorized to represent that all Defendants join in and consent to this request.

9. Undersigned counsel also conferred with counsel for Plaintiff about this request for additional time and has been authorized to represent that Plaintiff consents to this request, provided that Plaintiff is given an equal amount of time as Defendants to present his arguments at the hearing.

10. A proposed Order is attached for the Court's consideration.

WHEREFORE, Defendants Salem and Regnery respectfully request that the Court grant Defendants an additional 30 minutes of time, for a total of 75 minutes for all Defendants to present argument on the pending Motions at the hearing scheduled for August 24, 2023.

4881-0689-4965.1

Respectfully submitted this 4th day of August, 2023.

/s/ *Ian K. Byrnside*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
KRISTEN RASMUSSEN
Georgia Bar No. 135018
krasmussen@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

ANDREW M. GROSSMAN
DC Bar No. 985166
(*admitted pro hac vice*)
agrossman@bakerlaw.com

BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20002
Telephone: (202) 861-1697

*Attorneys for Defendants*
*Salem Media Group, Inc.*
*and Regnery Publishing, Inc.*

5

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: August 4, 2023

                                                */s/ Ian K. Byrnside*
                                                IAN K. BYRNSIDE
                                                Georgia Bar No. 167521

4881-0689-4965.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CONSENT MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

>Von A. DuBose
>DuBose Miller, LLC
>75 14th Street NE, Suite 2110
>Atlanta, GA 30309
>dubose@dubosemiller.com
>
>Sarah Chimene-Weiss
>Protect Democracy Project
>7000 N. 16th Street, Suite 120, #430
>Phoenix, AZ 85020
>Sara.chimene-weiss@protectdemocracy.org
>
>Rachel F. Homer
>Protect Democracy Project
>2020 Pennsylvania Avenue NW, #163
>Washington, DC 20006
>Rachel.homer@protectdemocracy.org
>
>Rachel E. Goodman
>John Paredes
>Protect Democracy Project
>82 Nassau Street, #601
>New York, NY 10038
>Rachel.goodman@protectdemocracy.org
>John.paredes@protectdemocracy.org

4881-0689-4965.1

Jared Fletcher Davidson  
Protect Democracy Project  
3014 Dauphine Street, Suite J  
New Orleans, LA 70117  
Jared.davidson@protectdemocracy.org  

Lea Haber Kuck  
One Manhattan West  
New York, NY 10001-8602  
Lea.kuck@probonolaw.com  

Rajiv Madan  
Paige Braddy  
1440 New York Avenue NW  
Washington, DC 20005  
Raj.madan@probonolaw.com  
Paige.braddy@probonolaw.com  

Vernon Thomas  
155 N. Wacker Drive  
Chicago, IL 60606-1720  
Vernon.thomas@probonolaw.com  

Amanda Hyland  
Taylor English Duma LLP  
Suite 200, 1600 Parkwood Circle  
Atlanta, GA 30339  
ahyland@taylorenglish.com  

Joseph R. Larsen  
Michael John Wynne  
Gregor Wynee Arney, PLLC  
909 Fannin Street, Suite 3800  
Houston, TX 77010  
jlarsen@grfirm.com  
mwynne@gwafirm.com

Jared Fletcher Davidson  
Protect Democracy Project  
3014 Dauphine Street, Suite J  
New Orleans, LA 70117  
Jared.davidson@protectdemocracy.org  

Lea Haber Kuck  
One Manhattan West  
New York, NY 10001-8602  
Lea.kuck@probonolaw.com  

Rajiv Madan  
Paige Braddy  
1440 New York Avenue NW  
Washington, DC 20005  
Raj.madan@probonolaw.com  
Paige.braddy@probonolaw.com  

Vernon Thomas  
155 N. Wacker Drive  
Chicago, IL 60606-1720  
Vernon.thomas@probonolaw.com  

Amanda Hyland  
Taylor English Duma LLP  
Suite 200, 1600 Parkwood Circle  
Atlanta, GA 30339  
ahyland@taylorenglish.com  

Joseph R. Larsen  
Michael John Wynne  
Gregor Wynee Arney, PLLC  
909 Fannin Street, Suite 3800  
Houston, TX 77010  
jlarsen@grfirm.com  
mwynne@gwafirm.com

Molly Hiland Parmer
Parmer Law
1201 West Peachtree St. Suite 2300
Atlanta, GA 30309
Molly@Parmer.Law

Cameron Powell
Gregor Wynne Arney, PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com

This 4th day of August, 2023.

                                                 */s/ Ian K. Byrnside*
                                                  IAN K. BYRNSIDE
                                                  Georgia Bar No. 167521