IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT

Before the Court is the Consent Motion for Additional Time for Oral Argument filed by Defendants Salem Media Group, Inc. and Regnery Publishing, Inc. Upon consideration of the Motion, it appearing to the Court that Plaintiff does not oppose the Motion, and for good cause shown, the Motion is hereby GRANTED.

Argument on the pending Motion for More Definite Statement [ECF 47] and Motions to Dismiss [ECF 48, 50, and 58], which is scheduled for August 24, 2023 at 10:00 A.M., shall be limited to 75 minutes per side. In addition, Amicus

Campaign Legal Center may have 15 minutes to argue its position, and, if so, Defendants will have 15 minutes to respond.

IT IS SO ORDERED this _____ day of August, 2023.

_____
Hon. Steven D. Grimberg
United States District Judge