# IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*<br><br>Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK ANDREWS

Pursuant to Rule 83.1(E)(3) of the Civil Local Rules for the Northern District of Georgia, undersigned counsel files this Certificate of Consent to withdraw as counsel for Plaintiff Mark Andrews in this action. Plaintiff Andrews consents to this withdrawal of counsel, as noted by his signature below. Plaintiff Andrews will continue to be represented by all other Plaintiff's counsel who have entered appearances in this matter.

Respectfully submitted this 15th day of August, 2023.


/s/ *Rachel F. Homer*
Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
Tel: 202-579-4582
rachel.homer@protectdemocracy.org

*Counsel for Plaintiff*
*\* Admitted Pro Hac Vice*


/s/ *Mark Andrews*
Mark Andrews
Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed the foregoing

with the Court using the CM/ECF system, which will then send a notification of

such filing to all parties of record.


/s/ *Rachel F. Homer*
Rachel F. Homer*

## **LOCAL RULE 7.1(D) COMPLIANCE**

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.


/s/ *Rachel F. Homer*
Rachel F. Homer*