UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## TRUE THE VOTE DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON FIRST AMENDMENT ISSUES

The True the Vote (TTV) Defendants hereby file their Motion for Leave to File Supplemental Brief in Support of First Amendment Issues and in support thereof would show the Court as follows:

Plaintiff Mark Andrews' lawsuit against Defendants has been significantly impacted by the recent U.S. Supreme Court case of *Counterman v. Colorado,* ___ S.Ct. ____, 2023 WL 4187751 (2023). The Salem Defendants provided notice to the Court on June 30 of the opinion in *Counterman*. (Dkt. 93) Plaintiff filed a response to this notice on July 11 in which he argues, among other things, that "the Salem Defendants did not raise any argument concerning 'true threats' in their opening brief and have therefore waived the argument." (Dkt. 94 at n.1)

However, the True the Vote Defendants specifically raised the "true threat" and all other issues of the First Amendment's limits to Plaintiff's voter intimidation claims, and they are squarely before the Court. (Dkt. 58-1 at 18-22). Substantively, Plaintiff's Response to the True the Vote Defendants' Motion to Dismiss essentially argues that there is no First Amendment restraint at all imposed on either the VRA or KKK Act. Amicus Campaign Legal Center's Brief, filed well after Defendants' respective Motions to Dismiss, Plaintiff's Responses, and Defendants' respective Replies, at least squarely addresses the issues connected with the "true threat" exception to speech protected by the First Amendment, arguing that, legally, Plaintiff's allegations regarding Defendants' speech constitutes true threats. However, Amicus' arguments are that (1) only an objective examination of the alleged true threat – that is, all that matters is what a reasonable plaintiff would think - is constitutionally required and (2) the true threat at issue does not need to consist of a threat of violence. (Dkt. 91 at 25) Amicus's comments were filed before the ruling in *Counterman*, which rejects both these arguments. In his Response to Salem's Notice of Supplemental Authority, Plaintiff without analysis simply states that "numerous courts have recognized that unlawful voter intimidation is *not* limited to true threats of physical violence." (Dkt. 94 at 2-3)

Amicus has advised TTV Defendants that it takes no position on this motion for leave. Plaintiff, who just (8/7/23 – Dkt. 98) filed his Motion Supplement his

Amended Complaint, is opposed. Counsel for Plaintiff specifically stated during the conference that "true threats" didn't have anything to do with this case, and that the True the Vote Defendants were trying to "bring new issues into the case at the 11th hour." Plaintiff's evident reluctance to address this and other First Amendment issues raised by his allegations does not make them go away. Indeed, these First Amendment barriers are dispositive of Plaintiff's voter intimidation claims. The TTV Defendants submit to the Court that this supplemental brief will significantly focus the issues for oral argument in this matter.

## CONCLUSION

For the foregoing reasons, the True the Vote Defendants respectfully request the Court's leave to file the attached brief. A proposed order granting this motion is also attached for the Court's convenience.

Dated: August 15, 2023.

Respectfully submitted,

*/s/ Molly Parmer*
MOLLY PARMER (GA Bar No. 942501)
Parmer Law
1201 W. Peachtree Street, NW, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 795-5060
Facsimile: (404) 795-5117
molly@parmer.law

MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht, and Gregg Phillips.*

*Admitted Pro Hac Vice

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.C.

This 15th day of August, 2023.

/s/ *Molly Parmer*
MOLLY PARMER
Georgia Bar No. 042537

## CERTIFICATE OF CONFERENCE

Plaintiff is opposed to this motion. We understand from communications with counsel that no codefendant opposes this motion.

/s/ *Molly Parmer*
MOLLY PARMER
Georgia Bar No. 042537

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON FIRST AMENDMENT ISSUES** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record via the CM/ECF system.

This 15th day of August, 2023.

/s/ *Molly Parmer*
MOLLY PARMER
Georgia Bar No. 042537