# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## ORDER ON TRUE THE VOTE DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON FIRST AMENDMENT ISSUES

The Court, having reviewed the Motion for Leave to File Supplemental Brief on First Amendment Issues filed by the True The Vote Defendants, and any objections thereto, hereby orders that the motion is GRANTED and that True the Vote's Supplemental Brief be filed by the Clerk of the Court accordingly.

SO ORDERED this ____ day of _____, 2023.

_____
JUDGE PRESIDING