IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br>   PLAINTIFF,<br><br>           v.<br><br>DINESH D'SOUZA, et al.,<br>   Defendants. | Civil Action No.<br>1:22-cv-04259-SDG |

## ORDER

A motion hearing is scheduled in the above-entitled civil action. As such, the parties are hereby allowed to bring their electronic devices into the courthouse/courtroom for use during the hearing. The devices include iPads, laptop computers, and cellular phones. This Order is effective Thursday, August 24, 2023, until the conclusion of the hearing.

**SO ORDERED**, this 16th day of August 2023.

Steven D. Grimberg
United States District Court Judge