IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>*Plaintiff*,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGENERY PUBLISHING, INC. and JOHN DOES,<br><br>*Defendants*. | Case No. 1:22-cv-04259-SDG |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE CAMPAIGN LEGAL CENTER**

Pursuant to Rule 83.1(E)(3) of the Civil Local Rules for the Northern District of Georgia, undersigned counsel files this Certificate of Consent to withdraw as counsel for Amicus Curiae Campaign Legal Center in this action. Amicus consents to this withdrawal of counsel, as noted by their signature below. Amicus will continue to be represented by all other Campaign Legal Center counsel who have entered appearances in this matter.

Respectfully submitted this 25th day of August, 2023.

    */s/ Katherine Hamilton*
    Katherine Hamilton* (DC Bar No. 90006168)
    Campaign Legal Center
    1101 14th Street, NW, St. 400
    Washington, D.C. 20005
    Telephone: (202) 736-2200
    Facsimile: (202) 736-2222
    khamilton@campaignlegalcenter.org

    *Counsel for Amicus Curiae*
    *Campaign Legal Center*
    * admitted *pro hac vice*

    */s/ Kedric Payne*
    Kedric Payne
    Vice President, General Counsel, &
    Senior Director of Ethics
    Campaign Legal Center
    Amicus Curiae

    */s/ Danielle Lang*
    Danielle Lang* (DC Bar No. 1500218)
    Campaign Legal Center
    1101 14th Street, NW, St. 400
    Washington, D.C. 20005
    Telephone: (202) 736-2200
    Facsimile: (202) 736-2222
    dlang@campaignlegalcenter.org

## CERTIFICATE OF SERVICE

I certify that on August 25, 2023, I served the foregoing upon all counsel of record via the Court's electronic case file (ECF) system.

*/s/ Danielle Lang*
Danielle Lang