# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cv-04259-SDG
### Andrews v. D'Souza et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 08/24/2023.

|  |  |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | |
| TIME COURT CONCLUDED: 1:30 P.M. | COURT REPORTER: Alicia Bagley |
| TIME IN COURT: 3:30 | DEPUTY CLERK: Sonya Lee-Coggins |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | S. Bauer and Ian Byrnside, representing *Regnery Publishing, Inc. and Salem Media Group, Inc.* <br> Sara Chimene-Weiss, Haber Kuck, and Von DuBose, representing *Mark Andrews* <br> Andrew Grossman representing *Salem Communications Holding Corporation* <br> Amanda Hyland, representing *D'Souza Media LLC and Dinesh D'Souza* <br> Joseph Larsen representing, *Catherine Engelbrecht and True the Vote, Inc.* <br> Hayden Johnson, *Amicus Brief* |
| OTHER(S) PRESENT: | Eric John Galvez Paredes. Jared F. Davidson. Paige Braddy. Rachel Goodman. Rajiv Madan. Vernon Thomas. Cameron Powell. Michagn John Wynne. Molly Hiland Parmer. Georgia Bennett. Jacqueline Tandy Menk. Kristen Rasmussen. Danielle M. Lang. Ellen Boettcher. Hayden Johnson. Katherine R. Hamilton."cpf "Katherine Leigh D'Ambrosio |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [47] Motion for More Definite Statement, TAKEN UNDER ADVISEMENT <br> [48] Motion to Dismiss for Failure to State a Claim, TAKEN UNDER ADVISEMENT <br> [50] Motion to Dismiss for Failure to State a Claim, TAKEN UNDER |

|||
|---|---|
| | ADVISEMENT |
| | [58] Motion to Dismiss for Failure to State a Claim, TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Parties appeared before the court to give oral argument on the Motion for More Definite Statement ECF 47, and the Motions to Dismiss ECFs 48 , 50 , and 58. Following argument, the court advised that the motions would be Taken Under Advisement and that a ruling would be forthcoming. |



This captures our first meeting with Catherine Engelbrecht and Gregg Phillips, where they presented us with their evidence of geotracking and surveillance videos showing systematic election fraud.



This is a movie recreation of our fateful summit with Catherine and Gregg. We took their evidence to Salem Media to see if Salem would provide the equity investment to make the 2000 Mules documentary.

I brought Salem hosts Charlie Kirk, Eric Metaxas, and Dennis Prager into the movie by initially recording their positions on election fraud in the 2020 election and then filming their reactions as they saw the evidence assembled by True the Vote.

Among the five Salem hosts in the movie, I count Larry Elder, Dennis Prager, and Charlie Kirk as initial skeptics, while Sebastian Gorka and Eric Metaxas were inclined to the view that the 2020 election was stolen.

What we see here are screenshots from the videos of mules stuffing multiple ballots into mail-in drop boxes. While vote harvesting is legal in some states, typically under restricted conditions, paid ballot trafficking is illegal across the country. What you are seeing here is organized crime on behalf of the Democratic Party.







This is the set at a California hotel where I filmed the Salem hosts not only reacting to the evidence of election fraud but then summing up their new perspective, shaped by what they learned from True the Vote.



The Salem lineup: Eric Metaxas, Dennis Prager, Dinesh D'Souza, Charlie Kirk, Sebastian Gorka, and Larry Elder.