# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on November 1, 2023, I served **Plaintiff Mark Andrews' First Set of Interrogatories Directed to Defendant Catherine Engelbrecht** electronically via email to:

Amanda Hyland
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com
*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

Joseph R. Larsen
Michael John Wynne
Gregor Wynee Arney, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
jlarsen@grfirm.com
mwynne@gwafirm.com

Molly Hiland Parmer
Parmer Law
1201 West Peachtree St. Suite 2300
Atlanta, GA 30309
Molly@Parmer.Law

Cameron Powell
Gregor Wynne Arney, PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com
*Attorneys for Defendants True the Vote,
Catherine Engelbrecht, and Gregg Phillips*

S. Derek Bauer
Ian K. Byrnside
Kristen Rasmussen
Jacqueline T. Menk
Georgia L. Bennett
Baker & Hostetler LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
krasmussen@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com
*Attorneys for Defendants Salem Media Group, Inc.
and Salem Communications Holding Corporation
d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc.*

/s/ *Paige Braddy*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
paige.braddy@probonolaw.com

**Counsel for Plaintiff**
**Admitted Pro Hac Vice*