# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF ENTRY OF APPEARANCE OF DEBORAH A. AUSBURN

Please take notice that, pursuant to Local Rule 83.1(D)(1) of the United States District Court for the Northern District of Georgia, Deborah A. Ausburn, of the law firm of Taylor English Duma LLP, hereby enters her appearance as counsel of record for Defendants Dinesh D'Souza and D'Souza Media LLC in the above-styled case, and further requests service of all future papers filed in this action.

*(Signature on following page)*

Respectfully submitted this 3rd day of November, 2023.

>/s/ Deborah A. Ausburn
>Deborah A. Ausburn
>dausburn@taylorenglish.com
>Georgia Bar No. 028610
>
>**TAYLOR ENGLISH DUMA LLP**
>1600 Parkwood Circle, Suite 200
>Atlanta, Georgia 30339
>Phone: (770) 434-6868
>Facsimile: (770) 434-7376
>
>*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

                                 */s/ Deborah A. Ausburn*
                                 Deborah A. Ausburn
                                 Georgia Bar No. 028610

                                 *Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*