IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF SERVICE

Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc., by and through their undersigned counsel, hereby certify that on November 8, 2023, a true and correct copy of ***Defendants Salem Media Group Inc.'s and Regnery Publishing, Inc.'s Initial Disclosures*** was served on the following counsel of record by electronic mail:

    Von A. DuBose
    DuBose Miller, LLC
    75 14th Street NE, Suite 2110
    Atlanta, GA 30309
    dubose@dubosemiller.com

    Sarah Chimene-Weiss
    Protect Democracy Project
    7000 N. 16th Street, Suite 120, #430
    Phoenix, AZ 85020
    Sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda Hyland
Austin C. Vining
Deborah A. Ausburn
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com
avining@taylorenglish.com
dausburn@taylorenglish.com

Joseph R. Larsen
Michael John Wynne
Gregor Wynee Arney, PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
jlarsen@grfirm.com
mwynne@gwafirm.com

Molly Hiland Parmer
Parmer Law
1201 West Peachtree St. Suite 2300
Atlanta, GA 30309
Molly@Parmer.Law

Cameron Powell
Gregor Wynne Arney, PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com

Respectfully submitted this 9th day of November, 2023.

/s/ *Georgia L. Bennett*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676

Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE** was this day filed with the Clerk of Court using the CM/ECF system, which automatically send email notification of such filing to all counsel of record.

This 9th day of November, 2023.

                                             */s/ Georgia L. Bennett*
                                             GEORGIA L. BENNETT
                                             Georgia Bar No. 495910