# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>     Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>     Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF SERVICE

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Defendants") by and through their undersigned counsel, hereby certify that on November 8, 2023, a true and correct copy of D'Souza Defendants' Initial Disclosures was served upon all parties of record via electronic mail to the following addresses:

Von A. DuBose
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Sara Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020

1

Sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Molly Parmer
Parmer Law
1201 W. Peachtree Street, NW, Suite 2300
Atlanta, GA 30309
molly@palmer.law

Michael J. Wynne
Cameron Powell
Joseph R. Larsen
Gregor Wynne Arney PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht, and Gregg Phillips*

S. Derek Bauer
Ian K. Byrnside
Jacqueline T. Menk
Georgia L. Bennett
Baker & Hostetler, LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309
dbauer@bakerlaw.com
ebyrnside@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com

*Attorneys for Defendants Salem Media Group, Inc. And Salem Communications Holding Corporation d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc.*

Respectfully submitted this 10th day November, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610

Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC