# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

    Defendants.

Case No. 1:22-CV-04259-SDG

## RULE 5.4 CERTIFICATE OF SERVICE

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Defendants") by and through their undersigned counsel, hereby certify that on December 1, 2023, true and correct copies of the following were served on Counsel for Plaintiff via email:

1. Defendant Dinesh D'Souza's Responses and Objections to Plaintiff's First Interrogatories;

2. Defendant D'Souza Media LLC's Responses and Objections to Plaintiff's First Interrogatories; and

3. D'Souza Defendants' Responses and Objections to Plaintiff's First Request for Production of Documents.

Von A. DuBose<br>
DuBose Miller, LLC<br>
75 14th Street NE, Suite 2110

1

Atlanta, GA 30309
dubose@dubosemiller.com

Sara Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Respectfully submitted this 5th day of December, 2023.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*