IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA, LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Civil Action No. 1:22-cv-04259-SDB |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1(E)(3), attorney Molly H. Parmer of Parmer Law gives notice of her withdrawal and substitution by Jake Evans, Richard Walker and Julia Martin of Greenberg Traurig, LLP as counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips ("TTV Defendants"). Jake Evans will serve as lead counsel for Defendants. Ms. Martin will seek to be admitted *pro hac vice*. A Certificate of Consent confirming the TTV Defendants' consent to this substitution of counsel is appended below.

1

Respectfully submitted this 7th day of December, 2023.

| *Withdrawing Counsel* | *Appearing (Substituting Counsel)* |
|---|---|
| **PARMER LAW** | **GREENBERG TRAURIG, LLP** |
| */s/ Molly Parmer* | */s/ Jake Evans* |
| MOLLY PARMER | JAKE EVANS |
| Georgia Bar No. 942501 | Georgia Bar No. 797018 |
| 1201 W. Peachtree Street, NW | RICHARD WALKER* |
| Suite 2300 | Georgia Bar No. 956246 |
| Atlanta, Georgia 30309 | JULIA MARTIN** |
| Telephone: (404) 795-5060 | (*NDGA application forthcoming) |
| Facsimile: (404) 795-5117 | (**to be admitted pro hac vice) |
| molly@parmer.law | Terminus 200 |
| | 3333 Piedmont Road NE, Suite 2500 |
| | Atlanta, Georgia 30305 |
| | P: (678) 553-2100 |
| | F: (678) 553-2212 |
| | Jake.Evans@gtlaw.com |
| | Julia.Martin@gtlaw.com |
| | |
| | *Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips* |

## CERTIFICATE OF CONSENT

On behalf of Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips, this is to confirm that Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips consent to the withdrawal of Molly Parmer of Parmer Law, and consents to the appearance of Jake Evans, Richard Walker and Julia Martin (to be admitted pro hac vice) of Greenberg Traurig, LLP as substitute counsel. Jake Evans will serve as lead counsel. We have been notified of the items set forth in Local Rule 83.1(E)(2)(B) through (H).

**TRUE THE VOTE, INC.**

By: /s/ *Catherine Engelbrecht*
Catherine Engelbrecht
President

By: /s/ *Gregg Phillips*
Gregg Phillips

By: /s/ *Catherine Engelbrecht*
Catherine Engelbrecht

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 7th day of December, 2023.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
Jake Evans
Georgia Bar No. 797018

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*