IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, by and through their undersigned counsel, hereby certify that on December 8, 2023, true and correct copies of **(1) Defendants Salem Media Group, Inc.'s and Salem Communications Holding Corporation d/b/a Regnery Publishing's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents**; **(2) Defendant Salem Media Group, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories**; and **(3) Defendant Salem Communications Holding Corporation d/b/a Regnery Publishing's Objections and Responses to Plaintiff's First Set of Interrogatories** were served on the following counsel of record by electronic mail:

Von A. DuBose
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

Sarah Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

4868-1705-5126.3

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

Amanda G. Hyland
Deborah A. Ausburn
Austin C. Vining
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

Molly Parmer
Parmer Law
1201 W. Peachtree Street, NW, Suite 2300
Atlanta, Georgia 30309
molly@parmer.law

Michael J. Wynne
Joseph R. Larsen
Gregor Wynne Arney PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
mwynne@gwafirm.com
jlarsen@grfirm.com

Cameron Powell
Gregor Wynne Arney PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com

Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, by and through their undersigned counsel, hereby further certify that on December 11, 2023, true and correct copies of the

foregoing documents were also served on the following counsel of record by electronic mail:

>Jake Evans
>Richard Walker
>Julia Martin
>Greenberg Traurig, LLP
>333 Piedmont Road NE, Suite 2500
>Atlanta, GA 30305
>Jake.evans@gtlaw.com
>Richard.f.walker@gtlaw.com
>Julia.martin@gtlaw.com

Respectfully submitted this 11th day of December, 2023.

>*/s/ Ian K. Byrnside*
>S. DEREK BAUER
>Georgia Bar No. 042537
>dbauer@bakerlaw.com
>IAN K. BYRNSIDE
>Georgia Bar No. 167521
>ibyrnside@bakerlaw.com
>JACQUELINE T. MENK
>Georgia Bar No. 728365
>jmenk@bakerlaw.com
>GEORGIA L. BENNETT
>Georgia Bar No. 495910
>gbennett@bakerlaw.com
>
>BAKER & HOSTETLER LLP
>1170 Peachtree Street, NE, Suite 2400
>Atlanta, Georgia 30309-7676
>Telephone: (404) 459-0050
>Facsimile: (404) 459-5734
>
>*Attorneys for Defendants*
>*Salem Media Group, Inc. and Salem*
>*Communications Holding Corporation*
>*d/b/a Regnery Publishing*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 11th day of December, 2023.

                                                         */s/ Ian K. Byrnside*
                                                         IAN K. BYRNSIDE
                                                         Georgia Bar No. 167521