IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips, by and through their undersigned counsel, hereby certify that on December 11, 2023, true and correct copies of **(1) Catherine Engelbrecht's Responses to Plaintiff's First Set of Interrogatories; (2) Gregg Phillips Responses to Plaintiff's First Set of Interrogatories; (2) True the Vote's Responses to Plaintiff's First Set of Interrogatories; and (4) TTV Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents** were served on all counsel of record by electronic mail.

Served this 11th day of December 2023.

/s/ *Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
RICHARD WALKER\*
Georgia Bar No. 956246
JULIA MARTIN\*\*

1

(*NDGA application pending)
(**to be admitted pro hac vice)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Richard.f.Walker@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*

*Admitted Pro Hac Vice*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Certificate of Service of Discovery** was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

This 11th day of December 2023.

> */s/ Jake Evans*
> JAKE EVANS
> Georgia Bar No. 797018