# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>*Plaintiff*,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGENERY PUBLISHING, INC. and JOHN DOES,<br><br>*Defendants*. | Case No.  1:22-cv-04259-SDG |

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that the mailing address of Katherine Leigh D'Ambrosio, Counsel for Amicus Curiae Campaign Legal Center, in the above-captioned matter, has been changed as follows:

> Katherine Leigh D'Ambrosio
> COUNCILL, GUNNEMANN & CHALLY, LLC
> 75 14th Street, NE, Suite 2475
> Atlanta, GA  30309

Dated:  January 5, 2024     Respectfully submitted,


/s/ *Katherine Leigh D'Ambrosio*
Katherine Leigh D'Ambrosio
(Ga. Bar No. 780128)

Councill, Gunnemann & Chally, LLC
75 14th Street, NE, Suite 2475
Atlanta, GA 30309
Tel: 404-407-5250
Facsimile: 404-600-1624
kdambrosio@cgc-law.com

*Counsel for Amicus Curiae
Campaign Legal Center*

## CERTIFICATE OF COMPLIANCE

By signature below, counsel certifies that the foregoing document was prepared in Book Antiqua, 13-point font in compliance with Local Rule 5.1B.

Dated: January 5, 2024     /s/ *Katherine Leigh D'Ambrosio*
                                                Katherine Leigh D'Ambrosio
                                                *Counsel for Amicus Curiae*
                                                *Campaign Legal Center*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date caused to be electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: January 5, 2024

/s/ *Katherine Leigh D'Ambrosio*
Katherine Leigh D'Ambrosio
*Counsel for Amicus Curiae*
*Campaign Legal Center*