# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, *et al.*,

    Defendants.

Case No. 1:22-CV-04259-SDG

## JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Section III.h of the Court's Standing Order Regarding Civil Litigation (ECF No. 14), Plaintiff Mark Andrews ("Plaintiff") and Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Salem Media Group, Inc., and Salem Communications Holding Corporation d/b/a Regnery Publishing (collectively, "Defendants," and together with Plaintiff, the "Parties"), jointly and respectfully move this Court, to enter the Stipulated Confidentiality and Protective Order attached hereto to protect the Parties' confidential, proprietary, trade secret, and/or other sensitive information that may be disclosed during the course of this litigation.

Jointly and respectfully submitted this 5th day of January, 2024.

/s/ *Vernon Thomas*
Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.paredes@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

***Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC***

/s/ *Jake Evans*
Jake Evans
Georgia Bar No. 797018
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

Michael J. Wynne*
TX Bar No. 00785289
Cameron Powell*
DC Bar No 00459020
Joseph R. Larsen*
TX Bar No. 11955425
GREGOR WYNNE ARNEY PLLC

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

*Counsel for Plaintiff*
**Admitted Pro Hac Vice*
*Counsel for Plaintiff*

909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

***Attorneys for Defendants True the Vote, Catherine Englebrecht, and Gregg Phillips***

**Admitted Pro Hac Vice*

/s/ *S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537
Ian K. Byrnside
Georgia Bar No. 167521
Jacqueline T. Menk
Georgia Bar No. 728365
Georgia L. Bennett
Georgia Bar No. 495910
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com

***Attorneys for Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc.***

3

## **RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font and double-spaced between lines in accordance with Local Rule 5.1.C.

This 5th day of January, 2024.

*/s/ Vernon Thomas*
Vernon Thomas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER** was this day electronically filed with the Clerk of Court using the CM/ECF system, which automatically send email notification of such filing to all counsel of record.

This 5th day of January, 2024.

*/s/ Vernon Thomas*
Vernon Thoams
