IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS, <br><br> Plaintiff, <br><br> v. <br><br> DINESH D'SOUZA, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), Defendant True the Vote, Inc., by and through their undersigned counsel, hereby certify that on January 9, 2024, true and correct copies of the following were served upon all counsel of record:

1) Defendant True the Vote, Inc.'s First Set of Requests for Production of Documents to Plaintiff;

2) Defendant True the Vote, Inc.'s First Set of Interrogatories to Plaintiff; and

3) Defendant True the Vote, Inc.'s First Set of Requests for Admission to Plaintiff.

Served this 9th day of January, 2024.

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
RICHARD WALKER*

1

Georgia Bar No. 956246
JULIA MARTIN*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Richard.f.Walker@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE*
(TX Bar No. 00785289)
CAMERON POWELL*
(DC Bar No 00459020)
JOSEPH R. LARSEN*
(TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
 (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

This 9th day of January, 2024.

                        */s/ Jake Evans*
                        JAKE EVANS
                        Georgia Bar No. 797018
                        GREENBERG TRAURIG, LLP
                        Terminus 200
                        3333 Piedmont Road NE, Suite 2500
                        Atlanta, Georgia 30305
                        P: (678) 553-2100
                        F: (678) 553-2212
                        Jake.Evans@gtlaw.com

                        *Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*