IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>                      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, et al.,<br><br>                      Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF APPEARANCE OF COUNSEL

Catherine Chen of the Protect Democracy Project hereby enters her appearance as counsel of record for Plaintiff Mark Andrews in the above-captioned action, and respectfully requests that all future pleadings, orders, notices, and other filings and correspondence in this action be addressed and delivered to the undersigned as follows:

    Catherine Chen
    PROTECT DEMOCRACY PROJECT
    2020 Pennsylvania Ave. NW, Suite #163
    Washington, DC 20006
    Tel: (202) 579-4582
    catherine.chen@protectdemocracy.org

Respectfully submitted this 12th day of February, 2024.

/s/ Catherine Chen
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*

PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

*Counsel for Plaintiff*
**Admitted Pro Hac Vice*
*Counsel for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: February 12, 2024

*/s/ Catherine Chen*
Catherine Chen
