IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>        *Plaintiff*,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGENERY PUBLISHING, INC. and JOHN DOES,<br><br>        *Defendants.* | Case No. 1:22-cv-04259-SDG |

## CERTIFICATE OF CONSENT TO WITHDRAW COUNSEL FOR AMICUS CURIAE CAMPAIGN LEGAL CENTER

Pursuant to Rule 83.1(E)(3) of the Civil Local Rules for the Northern District of Georgia, undersigned counsel files this Certificate of Consent to withdraw as counsel for Amicus Curiae Campaign Legal Center in this action. Amicus consents to this withdrawal of counsel, as noted by their signature below. Amicus will continue to be represented by attorneys with Campaign Legal Center and Councill, Gunnemann & Chally, LLC (Danielle M. Lang, Ellen Boettcher, and Katherine Leigh D'Ambrosio).

Respectfully submitted on this 13th day of February, 2024.

/s/ Hayden Johnson
Hayden Johnson*
DC Bar No. 1671830
Campaign Legal Center
1101 14th Street, NW, St. 400
Washington, D.C. 20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222
hjohnson@campaignlegalcenter.org

Counsel for Amicus Curiae
Campaign Legal Center
* admitted pro hac vice

Kedric Payne
Vice President, General Counsel,
& Senior Director of Ethics
Campaign Legal Center
Amicus Curiae

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: February 13, 2024

/s/ *Hayden Johnson*
Hayden Johnson