IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MARK ANDREWS,<br><br>             Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, et al.,<br><br>          Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF ANDREWS' CONSENT MOTION TO EXTEND DISCOVERY PERIOD

Plaintiff Mark Andrews ("Plaintiff") respectfully moves the Court pursuant to Standing Order III.g. to extend the date in this action for expert witness disclosures to June 1, 2024, and the date for the close of all discovery to August 1, 2024, with the subsequent deadlines adjusted accordingly. Plaintiff has consulted with counsel for Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Salem Media Group, Inc., and Salem Communications Holding Company d/b/a Regnery Publishing ("Defendants," and together with Plaintiff, the "Parties"), and they consent to this motion. In support of this motion, Plaintiff states as follows:

1. The original Proposed Scheduling Order set the discovery period to open on November 1, 2023 and close on May 3, 2024, and set an expert disclosure deadline of March 1. (*See* Dkt. No. 113, Ex. A.)

2. This is the first request to extend the discovery period and expert disclosure deadline by any of the Parties.

3. A new Proposed Scheduling Order is attached as Exhibit A.

4. This case is complex due in part to the large number of defendants and need for complex discovery of electronically stored information. Nonetheless, the Parties sought to do their best to move in an expedited manner. As such, the Parties initially agreed to a discovery period of six months. (*See* Dkt. No. 113.)

5. Plaintiff made his initial discovery requests to Defendants on November 1, 2023, in the interest of expediting discovery. Due to unforeseen delays in agreeing upon the Protective Order and Electronically Stored Information ("ESI") Protocol, both agreements were not finalized until January 5, 2024 (*See* Dkt. No. 139), and as a result the disclosure of documents was delayed. The Parties met last week and are meeting this week to confer regarding ongoing document production issues. This has impacted Plaintiff's ability to meet the March 1 deadline for expert disclosures.

6. The extension is needed to complete document discovery, depositions, and potential expert discovery.

7. Should the requested extension be granted, the Rule 26 expert disclosures will be due on June 1, 2024, the discovery period will close on August 1, 2024, and the subsequent deadlines will be adjusted accordingly.

8. Granting this Motion will further the interest of justice and fulfill the purpose of the discovery rules, ensuring that the Parties appear at trial with a full understanding of the facts and anticipated testimony.


WHEREFORE, it is respectfully requested that the Court extend the date for expert disclosures to and through June 1, 2024, extend the date for the close of all discovery to and through August 1, 2024, and extend the subsequent deadlines accordingly. A full Proposed Scheduling Order is attached as Exhibit A.

Respectfully submitted this 13th day of February, 2024.


<u>*/s/ Von A. DuBose*</u>
Von A. DuBose, Esq.
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237

sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com


***Counsel for Plaintiff***
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing Certificate of Service of Discovery was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

*/s/ Sara Chimene-Weiss*
Sara Chimene-Weiss
Counsel for Plaintiff
*Admitted Pro Hac Vice*