Ex. A

**PROPOSED SCHEDULING ORDER**

      Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties and Plaintiff Andrews' Consent Motion to Extend Discovery Period, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Relevant dates and deadlines:
June 1, 2024: Rule 26 expert disclosures due
July 1, 2024: Rebuttal expert disclosures, if any, due
August 1, 2024: Close of all discovery
September 2, 2024: Dispositive motions due
October 2, 2024: Dispositive motion responses due
October 23, 2024: Dispositive motion replies due
Pretrial order and last day for Daubert Motions: 30 days from ruling on dispositive motions

      IT IS SO ORDERED, this _____ day of _____ , 2024.

      _____
      Hon. Steven D. Grimberg
      UNITED STATES DISTRICT JUDGE