IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br>      Plaintiff,<br><br>           v.<br><br>DINESH D'SOUZA, *et al.*,<br>      Defendants. | Civil Action No.<br>1:22-cv-04259-SDG |

## SCHEDULING ORDER

On review of the Joint Preliminary Report and Discovery Plan [ECF 113] and Plaintiff Andrews's Consent Motion to Extend Discovery Period [ECF 145], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The parties' Rule 26 expert disclosures, if any, are due by June 3, 2024. Rebuttal expert disclosures, if any, are due by July 3, 2024. Discovery will end on August 2, 2024. Dispositive motions must be filed by September 3, 2024; responses to dispositive motions will be due by October 3, 2024, and reply briefs will be due by October 24, 2024. If a dispositive motion is not filed, the Consolidated Pre-Trial Order must be filed by September 17, 2024, otherwise the Consolidated Pre-Trial Order will be due 30 days after the Court's ruling on any dispositive motions.

In addition, Local Rule 3.3, NDGa, provides that counsel must file a certificate of interested persons or corporate disclosure statement at the time of first appearance. A review of the docket in this action indicates that counsel for Plaintiff, counsel for Defendants Dinesh D'Souza and D'Souza Media LLC, and counsel for True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips have not complied with this requirement. Within seven days of this Order, counsel are **ORDERED** to file these certificates of interested persons and corporate disclosure statements.

      **SO ORDERED** this <u>14th</u> day of February, 2024.

 

_____
Steven D. Grimberg
United States District Judge