# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation, and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff Mark Andrews, an individual
Defendant Dinesh D'Souza, an individual
Defendant D'Souza Media LLC
Defendant Salem Media Group, Inc.
Defendant Regnery Publishing, Inc.
Defendant True the Vote, Inc.,
Defendant Catherine Engelbrecht, an individual
Defendant Gregg Phillips, an individual

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>James Cullen (Jake) Evans, Georgia Bar No. 797018
>Richard F. Walker, Georgia Bar No. 956246
>Julia Rabon Martin, Florida Bar No. 1040204
>Michael J. Wynne, Texas Bar No. 00785289
>Cameron Powell, DC Bar No. 00459020
>Joseph R. Larsen, Texas Bar No. 11955425
>*Attorneys for Defendants True The Vote, Catherine Engelbrecht and Gregg Phillips*
>
>Vernon Thomas
>Von A. DuBose, Georgia Bar No. 231451
>Sara Chimene-Weiss
>Rachel E. Goodman
>Jared Fletcher Davidson
>Lea Haber Kuck
>Rajiv Madan
>Paige Braddy
>Catherine Chen
>Eric John Galbez Paredes
>*Attorneys for Plaintiff*
>
>Amanda G. Hyland, Georgia Bar No. 325115
>Deborah A. Ausburn, Georgia Bar No. 028610
>Austin C. Vining, Georgia Bar No. 362473
>*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*
>
>S. Derek Bauer, Georgia Bar No. 042537
>Ian K. Byrnside, Georgia Bar No. 167521
>Jacqueline T. Menk, Georgia Bar No. 728365
>Georgia L. Bennett, Georgia Bar No. 495910

Kristen Rasmussen
*Attorneys for Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, incorrectly named as Regnery Publishing, Inc.*

This 21st day of February, 2024.

          **GREENBERG TRAURIG, LLP**

          */s/ Jake Evans*
          JAKE EVANS
          Georgia Bar No. 797018
          RICHARD F. WALKER
          Georgia Bar No. 956246
          JULIA MARTIN*
          Florida Bar No. 1040204
          Terminus 200
          3333 Piedmont Road NE, Suite 2500
          Atlanta, Georgia 30305
          P: (678) 553-2100
          F: (678) 553-2212
          Jake.Evans@gtlaw.com
          Rick.F.Walker@gtlaw.com
          Julia.Martin@gtlaw.com

          MICHAEL J. WYNNE*
          (TX Bar No. 00785289)
          CAMERON POWELL*
          (DC Bar No 00459020)
          JOSEPH R. LARSEN*
          (TX Bar No. 11955425)
          GREGOR WYNNE ARNEY PLLC
          909 Fannin Street, Suite 3800
          Houston, Texas 77010
          (281) 450-7403
          mwynne@gwafirm.com
          cpowell@gwafirm.com
          jlarsen@gwafirm.com

*Attorneys for Defendants True The Vote, Catherine Engelbrecht and Gregg Phillips*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served on all attorneys of record via email.

This 21st day of February, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*