# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

# PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on February 15, 2024, I served **Plaintiff Mark Andrews' Responses and Objections to Defendant True the Vote, Inc.'s First Requests for Production to Plaintiff** electronically via email to:

Jake Evans
Georgia Bar No. 797018
Richard Walker
Georgia Bar No. 956246
Julia Martin*
Florida Bar No. 1040204
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
Jake.Evans@gtlaw.com
Richard.f.Walker@gtlaw.com
Julia.Martin@gtlaw.com

Michael J. Wynne*
Texas Bar No. 00785289

Cameron Powell*
DC Bar No. 00459020
Joseph R. Larsen*
Texas Bar No. 11955425
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

***Attorneys for Defendants True the Vote,
Catherine Engelbrecht and Gregg Phillips***

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

***Attorneys for Defendants Dinesh
D'Souza and D'Souza Media LLC***

S. Derek Bauer
Georgia Bar No. 042537
Ian K. Byrnside
Georgia Bar No. 167521
Jacqueline T. Menk
Georgia Bar No. 728365
Georgia L. Bennett
Georgia Bar No. 495910

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
(404) 459-0050
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com

***Attorneys for Defendants Salem Media
Group, Inc. and Salem Communications
Holding Corporation d/b/a Regnery Publishing.***


*\*Admitted Pro Hac Vice*


/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

***Counsel for Plaintiff***
*Admitted Pro Hac Vice