IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

**DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Defendants"), by and through their undersigned counsel of record, submit their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned Counsel of record for Defendant D'Souza Media LLC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of D'Souza Media LLC:

1

Plaintiff: Mark Andrews

Defendants: Dinesh D'Souza, D'Souza Media LLC, True the Vote, Catherine Englebrecht, Gregg Phillips, Salem Media Group, Inc., and Regnery Publishing, Inc.

D'Souza Media LLC states that no publicly traded company owns more than 10% of its stock.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation), having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

D'Souza Media LLC identifies DJD Creative LLC, and Noble Productions, Inc., the members of D'Souza Media LLC. D'Souza Media LLC further identifies Bruce Schooley and Valarie Schooley, the owners of Noble Productions, Inc. D'Souza Media states that Dinesh D'Souza is the sole member of DJD Creative LLC.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Dinesh D'Souza and D'Souza Media, LLC:

>*Amanda G. Hyland of Taylor English Duma LLP*
>
>*Austin Vining of Taylor English Duma LLP*
>
>*Deborah Ausburn of Taylor English Duma LLP*

Counsel for True the Vote, Catherine Englebrecht and Gregg Phillips:

>*Cameron Powell of Gregor Wynne Arney, PLLC*
>
>*Michael J. Wynne of Gregor Wynne Arney, PLLC*
>
>*Joseph R. Larsen of Gregor Wynne Arney, PLLC*
>
>*Julia Rabon Martin of Greenberg Traurig, P.A.*
>
>*Richard F. Walker of Greenberg Traurig, LLP*
>
>*James Cullen Evans of Greenberg Traurig, LLP*

Counsel for Salem Media Group, Inc. and Regnery Publishing, Inc.:

>*S. Derek Bauer of Baker & Hostetler LLP*
>
>*Ian K. Byrnside of Baker & Hostetler LLP*
>
>*Kristen Rasmussen of Baker & Hostetler LLP*
>
>*Jacqueline T. Menk of Baker & Hostetler LLP*
>
>*Georgia Bennett of Baker & Hostetler LLP*

Counsel for Plaintiff:

>*Cathine Chen of Protect Democracy*

*Eric John Galvez Paredes of Protect Democracy*

*Haber Lea Kuck of Pro Bono Law*

*Jared Fletcher Davidson of Protect Democracy*

*Paige Braddy of Pro Bono Law*

*Rachel Goodman of Protect Democracy*

*Rajiv Madan of Pro Bono Law*

*Sara Chimene-Weiss of Protect Democracy*

*Vernon Thomas of Pro Bono Law*

*Von A. DuBose of DuBose Miller, LLC*

*Rachel Homer of Protect Democracy*

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Defendant Dinesh D'Souza states that he is a citizen of Texas.

Defendant D'Souza Media LLC states that it is a citizen of Texas, California and Wyoming. D'Souza Media, LLC is a partnership between DJD Creative LLC and Noble Productions, Inc. Dinesh D'Souza, a citizen

of Texas, is the sole member of DJD Creative, LLC. Noble Productions, Inc. is incorporated in Wyoming and its principal place of business is in California.

                                           /s/ *Austin C. Vining*
                                           Amanda G. Hyland
                                           Georgia Bar No. 325115
                                           Deborah A. Ausburn
                                           Georgia Bar No. 028610
                                           Austin C. Vining
                                           Georgia Bar No. 362473
                                           1600 Parkwood Circle, Ste. 200
                                           Atlanta, GA 30339
                                           (770) 434-6868 Telephone
                                           ahyland@taylorenglish.com
                                           dausburn@taylorenglish.com
                                           avining@taylorenglish.com

                                           *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Austin C. Vining*
Austin C. Vining
Georgia Bar No. 362473
avining@taylorenglish.com