IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing, by and through their undersigned counsel, hereby certify that on February 21, 2024, true and correct copies of **(1) Defendant Salem Media Group, Inc.'s First Set of Interrogatories to Plaintiff; (2) Defendant Salem Communications Holding Corporation d/b/a Regnery Publishing's First Set of Interrogatories to Plaintiff**; and **(3) Defendants Salem Media Group, Inc.'s and Salem Communications Holding Corporation d/b/a Regnery Publishing's First Set of Requests for Production of Documents to Plaintiff** were served on the following counsel of record by electronic mail:

>   Von A. DuBose
>   DuBose Miller, LLC
>   75 14th Street NE, Suite 2110
>   Atlanta, GA 30309

dubose@dubosemiller.com

Sarah Chimene-Weiss
Protect Democracy Project
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman
John Paredes
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org

Jared Fletcher Davidson
Protect Democracy Project
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Jared.davidson@protectdemocracy.org

Lea Haber Kuck
One Manhattan West
New York, NY 10001-8602
Lea.kuck@probonolaw.com

Rajiv Madan
Paige Braddy
1440 New York Avenue NW
Washington, DC 20005
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com

Vernon Thomas
155 N. Wacker Drive
Chicago, IL 60606-1720
Vernon.thomas@probonolaw.com

4862-8893-8408.1

Catherine Chen
2020 Pennsylvania Ave NW, Suite 163
Washington, DC 20006
Catherine.chen@protectdemocracy.org

Amanda G. Hyland
Deborah A. Ausburn
Austin C. Vining
Taylor English Duma LLP
Suite 200, 1600 Parkwood Circle
Atlanta, GA 30339
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

Michael J. Wynne
Joseph R. Larsen
Gregor Wynne Arney PLLC
909 Fannin Street, Suite 3800
Houston, TX 77010
mwynne@gwafirm.com
jlarsen@grfirm.com

Cameron Powell
Gregor Wynne Arney PLLC
301 Massachusetts Ave. NW, Suite 1203
Washington, DC 20002
cpowell@gwafirm.com

Jake Evans
Richard Walker
Julia Martin
Greenberg Traurig, LLP
333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Jake.evans@gtlaw.com
Richard.f.walker@gtlaw.com
Julia.martin@gtlaw.com

Respectfully submitted this 22nd day of February, 2024.

           */s/ Ian K. Byrnside*
S. DEREK BAUER
Georgia Bar No. 042537
dbauer@bakerlaw.com
IAN K. BYRNSIDE
Georgia Bar No. 167521
ibyrnside@bakerlaw.com
JACQUELINE T. MENK
Georgia Bar No. 728365
jmenk@bakerlaw.com
GEORGIA L. BENNETT
Georgia Bar No. 495910
gbennett@bakerlaw.com

BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734

*Attorneys for Defendants*
*Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing*

4

4862-8893-8408.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 22nd day of February, 2024.

                                                  */s/ Ian K. Byrnside*
                                                IAN K. BYRNSIDE
                                                Georgia Bar No. 167521