IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Defendants") by and through their undersigned counsel, hereby certify that on February 29, 2024, true and correct copies of the following were served on Counsel for Plaintiff via the below email addresses:

1. Defendant Dinesh D'Souza's Amended Responses and Objections to Plaintiff's First Interrogatories; and

2. Defendant D'Souza Media LLC's Amended Responses and Objections to Plaintiff's First Interrogatories.

Von A. DuBose
DuBose Miller, LLC
dubose@dubosemiller.com

Sara Chimene-Weiss
Rachel E. Goodman

1

John Paredes
Jared Fletcher Davidson
Catherine Chen
Protect Democracy Project
Sara.chimene-weiss@protectdemocracy.org
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org
Jared.davidson@protectdemocracy.org
Catherine.chen@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Respectfully submitted this 29th day of February, 2024.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

2

*Attorneys for Defendants Dinesh D'Souza
and D'Souza Media LLC*

3