IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Defendants Dinesh D'Souza and D'Souza Media LLC by and through their undersigned counsel, hereby certify that on March 1, 2024, true and correct copies of the following were served on Counsel for Plaintiff via the below email addresses:

1. Defendant Dinesh D'Souza's First Set of Interrogatories to Plaintiff; and

2. Defendant D'Souza Media LLC's First Set of Interrogatories to Plaintiff.

| | |
|---|---|
| Von A. DuBose<br>DuBose Miller, LLC<br>dubose@dubosemiller.com | Sara Chimene-Weiss<br>Rachel E. Goodman<br>John Paredes<br>Jared Fletcher Davidson<br>Catherine Chen<br>Protect Democracy Project<br>Sara.chimene-weiss@protectdemocracy.org<br>Rachel.goodman@protectdemocracy.org |

1

                 John.paredes@protectdemocracy.org
                 Jared.davidson@protectdemocracy.org
                 Catherine.chen@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com

            *Attorneys for Plaintiff*

Respectfully submitted this 4th day of March, 2024.

            /s/ *Austin C. Vining*
            Amanda G. Hyland
            Georgia Bar No. 325115
            Deborah A. Ausburn
            Georgia Bar No. 028610
            Austin C. Vining
            Georgia Bar No. 362473
            1600 Parkwood Circle, Ste. 200
            Atlanta, GA 30339
            (770) 434-6868 Telephone
            ahyland@taylorenglish.com
            dausburn@taylorenglish.com
            avining@taylorenglish.com

            *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*