# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## **RULE 5.4 CERTIFICATE OF SERVICE**

Defendants Dinesh D'Souza and D'Souza Media LLC by and through their undersigned counsel, hereby certify that on March 6, 2024, true and correct copies of the following were served on Counsel for Plaintiff via the below email addresses:

1.　Defendant Dinesh D'Souza's Second Set of Interrogatories to Plaintiff; and

2.　Defendant D'Souza Media LLC's Second Set of Interrogatories to Plaintiff.

|   |   |
|---|---|
| Von A. DuBose<br>DuBose Miller, LLC<br>dubose@dubosemiller.com | Sara Chimene-Weiss<br>Rachel E. Goodman<br>John Paredes<br>Jared Fletcher Davidson<br>Catherine Chen<br>Protect Democracy Project<br>Sara.chimene-weiss@protectdemocracy.org<br>Rachel.goodman@protectdemocracy.org |

1

John.paredes@protectdemocracy.org
Jared.davidson@protectdemocracy.org
Catherine.chen@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Respectfully submitted this 7th day of March, 2024.

/s/ *Austin C. Vining*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*