IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## RULE. 5.4 CERTIFICATE OF SERVICE

Defendants True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips' by and through their undersigned counsel, hereby certify that on March 18, 2024, a true and correct copy of the following were served on all attorneys of record by email:

1. Defendants True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips' Amended Responses to Plaintiff's First Set of Requests for Production of Documents;

2. True the Vote's Amended Responses to Plaintiff's First Set of Interrogatories;

3. Catherine Engelbrecht's Amended Responses to Plaintiff's First Set of Interrogatories;

4. Gregg Phillip's Amended Responses to Plaintiff's First Set of Interrogatories; and

5. Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips' Objections and Response to Plaintiff Mark Andrews' Second Set of Requests for Production of Documents to Defendants

*ACTIVE 696213435v2*

Date: March 19, 2024.

                **GREENBERG TRAURIG, LLP**

                */s/ Jake Evans*
                JAKE EVANS
                Georgia Bar No. 797018
                RICHARD F. WALKER
                Georgia Bar No. 956246
                JULIA MARTIN*
                *(Admitted Pro Hac Vice)*
                Terminus 200
                3333 Piedmont Road NE, Suite 2500
                Atlanta, Georgia 30305
                P: (678) 553-2100
                F: (678) 553-2212
                Jake.Evans@gtlaw.com
                Rick.F.Walker@gtlaw.com
                Julia.Martin@gtlaw.com

                *Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*

                **Admitted Pro Hac Vice*