## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK ANDREWS,

              Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

              Defendants.

Case No. 1:22-CV-04259-SDG

## **RULE 5.4 CERTIFICATE OF SERVICE**

Defendants Dinesh D'Souza and D'Souza Media LLC by and through their undersigned counsel, hereby certify that true and correct copies of the following were served on Counsel for Plaintiff via the below email addresses:

1.    Defendants Dinesh D'Souza and D'Souza Media LLC's Responses and Objections to Plaintiff's Second Requests for Production of Documents (**served 3/18/24**);

2.    Defendant D'Souza Media LLC's Second Amended Responses and Objections to Plaintiff's First Interrogatories (**served 3/18/24**);

3.    Defendant Dinesh D'Souza's Second Amended Responses and Objections to Plaintiff's First Interrogatories (**served 3/18/24**); and

4.    Defendants Dinesh D'Souza and D'Souza Media LLC's First Set of Requests for Production of Documents to Plaintiff (**served 3/21/24**).

1

Von A. DuBose
DuBose Miller, LLC
dubose@dubosemiller.com

Sara Chimene-Weiss
Rachel E. Goodman
John Paredes
Jared Fletcher Davidson
Catherine Chen
Protect Democracy Project
Sara.chimene-weiss@protectdemocracy.org
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org
Jared.davidson@protectdemocracy.org
Catherine.chen@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Respectfully submitted this 28th day of March, 2024.

/s/ *Austin C. Vining*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza
and D'Souza Media LLC*