IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF LEAVE OF ABSENCE

Comes now Jake Evans and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel that he will be on leave pursuant to Local Rule 83.1.

(1) The period of leave during which time Applicant will be away from the practice of law and purpose is as follows:

**April 4-14, 2024** (for business trip out of the country)

(2) All affected Judges and counsel shall have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave shall be granted.

Respectfully submitted this 28th day of March, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS

1

Georgia Bar No. 797018
RICHARD F. WALKER
Georgia Bar No. 956246
JULIA MARTIN*
*(Admitted Pro Hac Vice)*
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Rick.F.Walker@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 28th day of March, 2024.

                                       */s/ Jake Evans*
                                       JAKE EVANS
                                       Georgia Bar No. 797018

                                       *Attorneys for Defendants True the Vote,*
                                       *Catherine Englebrecht and Gregg Phillips*