IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA,** *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on April 17, 2024, I served **Plaintiff Mark Andrews' First Supplemental Responses and Objections to Defendant True The Vote, Inc.'s First Interrogatories to Plaintiff** electronically via email to:

Jake Evans
Georgia Bar No. 797018
Richard Walker
Georgia Bar No. 956246
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
jake.evans@gtlaw.com
richard.f.walker@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY PLLC

909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote,
Catherine Engelbrecht and Gregg Phillips*

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh
D'Souza and D'Souza Media LLC*

S. Derek Bauer
Georgia Bar No. 042537
Ian K. Byrnside
Georgia Bar No. 167521
Jacqueline T. Menk
Georgia Bar No. 728365
Georgia L. Bennett
Georgia Bar No. 495910
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
(404) 459-0050
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com

*Attorneys for Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing.*

*\*Admitted Pro Hac Vice*

                                          */s/ Jared Davidson*
                                          Jared Fletcher Davidson*
                                          PROTECT DEMOCRACY PROJECT
                                          3014 Dauphine Street, Suite J
                                          New Orleans, LA 70117
                                          Tel: (202) 579-4582
                                          jared.davidson@protectdemocracy.org

                                          *Counsel for Plaintiff*
                                          *Admitted Pro Hac Vice