IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Defendant Dinesh D'Souza by and through his undersigned counsel, hereby certifies that true and correct copies of the following were served on Counsel for Plaintiff on April 17, 2024, via the below email addresses:

1. Defendant Dinesh D'Souza's Third Set of Interrogatories to Plaintiff; and

2. Defendant Dinesh D'Souza's First Set of Requests for Admission to Plaintiff.

| | |
|---|---|
| Von A. DuBose<br>DuBose Miller, LLC<br>dubose@dubosemiller.com | Sara Chimene-Weiss<br>Rachel E. Goodman<br>John Paredes<br>Jared Fletcher Davidson<br>Catherine Chen<br>Protect Democracy Project<br>Sara.chimene-weiss@protectdemocracy.org<br>Rachel.goodman@protectdemocracy.org |

1

John.paredes@protectdemocracy.org
Jared.davidson@protectdemocracy.org
Catherine.chen@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com

*Attorneys for Plaintiff*

Respectfully submitted this 18th day of April, 2024.

/s/ *Austin C. Vining*
Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868 Telephone
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com
*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*