# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF APPEARANCE

COMES NOW Philip George of the law firm Greenberg Traurig, LLP, and files this Notice of Appearance as additional counsel for Defendants True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips (collectively "TTV Defendants"). Jake Evans will remain as lead counsel. Counsel requests that a copy of all future correspondence, docket notices, or other official communications directed or pertaining to the TTV Defendants should be served to the undersigned at the following address:

Jake Evans, Esq.
Richard F. Walker, Esq.
Julia Martin, Esq.
Philip J. George, Esq.
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305

1

P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Rick.F.Walker@gtlaw.com
Julia.Martin@gtlaw.com
Philip.George@gtlaw.com

Date: April 30, 2024.

        **GREENBERG TRAURIG, LLP**

        */s/ Philip J. George*
        JAKE EVANS
        Georgia Bar No. 797018
        RICHARD F. WALKER
        Georgia Bar No. 956246
        PHILIP J. GEORGE
        Georgia Bar No. 441996
        JULIA MARTIN*
        *(Admitted Pro Hac Vice)*
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, Georgia 30305
        P: (678) 553-2100
        F: (678) 553-2212
        Jake.Evans@gtlaw.com
        Rick.F.Walker@gtlaw.com
        Philip.George@gtlaw.com
        Julia.Martin@gtlaw.com

        MICHAEL J. WYNNE* (TX Bar No. 00785289)
        CAMERON POWELL* (DC Bar No 00459020)
        JOSEPH R. LARSEN* (TX Bar No. 11955425)
        GREGOR WYNNE ARNEY PLLC
        909 Fannin Street, Suite 3800
        Houston, Texas 77010
        (281) 450-7403
        mwynne@gwafirm.com
        cpowell@gwafirm.com

jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips.*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Notice of Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record via the CM/ECF system.

This 30th day of April, 2024.

/s/ *Philip J. George*
JAKE EVANS
Georgia Bar No. 797018
RICHARD F. WALKER
Georgia Bar No. 956246
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN*
*(Admitted Pro Hac Vice)*
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Rick.F.Walker@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

4