IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA, LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Civil Action No. 1:22-cv-04259-SDB |

## DEFENDANT CATHERINE ENGELBRECHT'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO PLAINTIFF

Pursuant to Local Rules 5.4 and 26.3(A), Defendant Catherine Engelbrecht, ("Engelbrecht"), by and through her undersigned counsel, hereby certifies that on May 15, 2024, a true and correct copy of Catherine Engelbrecht's First Set of Interrogatories to Plaintiff was served upon all counsel of record.

Respectfully submitted this 16th day of May, 2024.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018
PHILIP GEORGE
Georgia Bar No. 441996

JULIA MARTIN*
(FL Bar No. 1040204)
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE*
(TX Bar No. 00785289)
CAMERON POWELL*
(DC Bar No. 00459020)
JOSEPH R. LARSEN*
(TX Bar No. 11955425)
**GREGOR WYNNE ARNEY PLLC**
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote,
Catherine Englebrecht and Gregg Phillips.*

*Admitted Pro Hac Vice

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS, <br><br>    Plaintiff, <br><br> v. <br><br> DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA, LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES, <br><br>    Defendants. | Civil Action No. 1:22-cv-04259-SDB |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT CATHERINE ENGELBRECHT'S NOTICE OF SERVING FIRST SET OF INTERROGATORIES TO PLAINTIFF** upon all attorneys of record in this case via electronic mail.

Respectfully submitted this 16th day of May, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
Jake Evans
Georgia Bar No. 797018

*Attorney for Defendants True the Vote, Inc, Catherine Engelbrecht, and Gregg Phillips*

3