# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on May 16, 2024, I served **Plaintiff Mark Andrews' Responses and Objections to Defendant Dinesh D'Souza's First Set of Requests for Admission to Plaintiff** electronically via email to:

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

***Attorneys for Defendants Dinesh
D'Souza and D'Souza Media LLC***

Jake Evans

Georgia Bar No. 797048
Richard F. Walker
Georgia Bar No. 956246
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com
richard.f.walker@gtlaw.com
philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips*

S. Derek Bauer
Georgia Bar No. 042537
Ian K. Byrnside
Georgia Bar No. 167521
Jacqueline T. Menk
Georgia Bar No. 728365
Georgia L. Bennett
Georgia Bar No. 495910
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30309-7676
(404) 459-0050
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com

jmenk@bakerlaw.com
gbennett@bakerlaw.com

*Attorneys for Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing.*

*\*Admitted Pro Hac Vice*

      */s/ Catherine Chen*
      Catherine Chen*
      PROTECT DEMOCRACY PROJECT
      2020 Pennsylvania Ave. NW, Suite # 163
      Washington DC 20006
      Tel: (202) 579-4582
      catherine.chen@protectdemocracy.org

      *Counsel for Plaintiff*
      *Admitted Pro Hac Vice