# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on June 14, 2024, Plaintiff's Counsel served Plaintiff Mark Andrews' Second Supplemental Responses and Objections to Defendant True the Vote's First Interrogatories as well as Plaintiff's First Supplemental Responses to Defendant True the Vote's First Requests for Admission.

I further certify that, on June 17, 2024, Plaintiff's Counsel served Plaintiff Mark Andrews' Responses and Objections to Defendant Catherine Engelbrecht's First Interrogatories to Plaintiff.

The aforementioned discovery responses were served electronically via e-mail to the following:

Jake Evans
Georgia Bar No. 797018
Richard Walker
Georgia Bar No. 956246
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
jake.evans@gtlaw.com
richard.f.walker@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips*

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

*Admitted Pro Hac Vice

Dated:                                                                         June 18, 2024

                                                         */s/ Jared Davidson*

                                                         Jared Fletcher Davidson*
                                                         PROTECT DEMOCRACY PROJECT
                                                         3014 Dauphine Street, Suite J
                                                         New Orleans, LA 70117
                                                         Tel: (202) 579-4582
                                                         jared.davidson@protectdemocracy.org

                                                         *Counsel for Plaintiff*
                                                         *Admitted Pro Hac Vice