**taylor | english**

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

Amanda G. Hyland
Direct dial: (678) 336-7247
Email: ahyland@taylorenglish.com

June 25, 2024

<u>**VIA CM/ECF FILING**</u>

Ms. Danielle Brye
Courtroom Deputy for
The Honorable Steven D. Grimberg
1701 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

      Re:    *Mark Andrews v. Dinesh D'Souza, et al.*
               U.S. District Court for the Northern District of Georgia, Atlanta Division
               Civil Action File No. 1:23-cv-04259-SDG

Dear Deputy Brye:

     Pursuant to Local Rule 83.1(E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- July 31, 2024 – August 13, 2024 (International travel)

I respectfully request that this case not be calendared during these days.

                    Respectfully,

                    */s/ Amanda G. Hyland*
                    Amanda G. Hyland

AGH/vl

cc:     All counsel of record (via CM/ECF only)