IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br>    Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA, LLC, and JOHN DOES**, <br><br>    Defendants. | Civil Action No. 1:22-cv-04259-SDG |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Richard F. Walker III hereby submits this notice of withdrawal as counsel of record for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively, the "TTV Defendants") in the above captioned action, and further respectfully requests to be removed from the Court's CM/ECF in this matter.

My withdrawal will not cause any prejudice to the TTV Defendants. The TTV Defendants will continue to be represented by their lead counsel, Jake Evans, Philip George and Julia Martin, as well as other counsel of record, in this matter.

1

Respectfully submitted this 8th day of July, 2024.

                                              **GREENBERG TRAURIG, LLP**

                                              */s/ Richard Walker*
                                              JAKE EVANS
                                              Georgia Bar No. 797018
                                              PHILIP J. GEORGE
                                              Georgia Bar No. 441996
                                              RICHARD WALKER
                                              Georgia Bar No. 956246
                                              JULIA MARTIN
                                              (admitted pro hac vice)
                                              Terminus 200
                                              3333 Piedmont Road NE, Suite 2500
                                              Atlanta, Georgia 30305
                                              P: (678) 553-2100
                                              F: (678) 553-2212
                                              Jake.Evans@gtlaw.com
                                              Philip.George@gtlaw.com
                                              Julia.Martin@gtlaw.com
                                              Richard.F.Walker@gtlaw.com

                                              *Attorneys for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 8th day of July, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Richard Walker*
Jake Evans
Georgia Bar No. 797018
Richard Walker
Georgia Bar No. 956246

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Richard.F.Walker@gtlaw.com

*Attorneys for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*