**Exhibit A**

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Upon review of the information contained in Plaintiff Andrews' Unopposed Motion to Extend Discovery Period, the Court orders that the time limits for filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Relevant dates and deadlines:
November 5, 2024: Close of all discovery
December 5, 2024: Dispositive motions due or, if no dispositive motions filed, proposed consolidated pretrial order due
January 6, 2025: Dispositive motion responses due
January 27, 2025: Dispositive motion replies due
Pretrial order and last day for Daubert Motions: 30 days from ruling on dispositive motions

IT IS SO ORDERED, this _____day of _____ , 2024.


_____
Hon. Steven D. Grimberg
UNITED STATES DISTRICT JUDGE