## Exhibit B

## **DEFENDANTS' PROPOSED SCHEDULING ORDER**

Upon review of the information contained in Plaintiff Andrews' Unopposed Motion to Extend Discovery Period, the Court orders that the time limits for filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Relevant dates and deadlines:
October 11, 2024: Close of all discovery
November 11, 2024: Dispositive motions due or, if no dispositive motions filed, proposed consolidated pretrial order due
December 11, 2024: Dispositive motion responses due
January 2, 2025: Dispositive motion replies due
Pretrial order and last day for Daubert Motions: 30 days from ruling on dispositive motions

IT IS SO ORDERED, this _____ day of _____ , 2024.

_____
Hon. Steven D. Grimberg
UNITED STATES DISTRICT JUDGE