IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| MARK ANDREWS, Plaintiff, v. DINESH D'SOUZA, *et al.*, Defendants. | Civil Action No. 1:22-cv-04259-SDG |
|---|---|

## AMENDED SCHEDULING ORDER

On review of Plaintiff's Motion to Extend Discovery Period [ECF 185], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Court's Local Rules, except as modified:

| Date | Deadline |
|---|---|
| November 5, 2024 | Close of all discovery |
| December 5, 2024 | Dispositive motions due |
| December 20, 2024 | If no dispositive motions are filed, proposed consolidated pretrial order due |
| January 6, 2025 | Responses to dispositive motions due |
| January 27, 2025 | Replies in support of dispositive motions due |
| 30 days after ruling on dispositive motions | Proposed consolidated pretrial order and Daubert motions due |

**SO ORDERED** this 11th day of July, 2024.

Steven D. Grimberg
United States District Judge