IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

**PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY**

I hereby certify that on July 11, 2024, I served the foregoing discovery responses:

1. Plaintiff's Supplemental Responses and Objections to Defendant D'Souza Media LLC's First Interrogatories

2. Plaintiff's Supplemental Responses and Objections to Defendant Dinesh D'Souza's First Interrogatories

3. Plaintiff's Supplemental Responses and Objections to Defendant D'Souza Media LLC's Second Interrogatories

4. Plaintiff's Supplemental Responses and Objections to Defendant Dinesh D'Souza's Second Interrogatories

5. Plaintiff's First Responses and Objections to Defendant Dinesh D'Souza's Amended Interrogatories

6. Plaintiff's First Responses and Objections to Defendant D'Souza Media LLC's Amended Interrogatories

7. Plaintiff's Supplemental Responses and Objections to Defendant Dinesh D'Souza's First Requests for Admission

8. Plaintiff's First Responses and Objections to Defendant Dinesh D'Souza's Amended Requests for Admission

upon Defendants' counsel via electronic mail to:

Jake Evans
Georgia Bar No. 797018
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com
philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

***Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips***

Amanda G. Hyland
Georgia Bar No. 325115

Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
Tel: (770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

***Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC***

\**Admitted Pro Hac Vice*

 

/s/ Jared Davidson
    Jared Fletcher Davidson\*
    PROTECT DEMOCRACY PROJECT
    3014 Dauphine Street, Suite J
    New Orleans, LA 70117
    Tel: (202) 579-4582
    jared.davidson@protectdemocracy.org

    ***Counsel for Plaintiff***
    \*Admitted Pro Hac Vice