# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARK ANDREWS** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>) Civil Action No. 1:22-CV-04259-SDG<br>)<br>**DINESH D'SOUZA, TRUE THE VOTE, INC.,** )<br>**CATHERINE ENGLEBRECHT, GREGG PHILLIPS,** )<br>**D?SOUZA MEDIA LLC, and JOHN DOES,** )<br>)<br>*Defendant* | |

## AFFIDAVIT OF SERVICE

I, Jeffery Cothren, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Bill Smith in Clarke County, GA on June 27, 2024 at 2:36 pm at 233 McHenry Drive, Athens, GA 30606 by personal service by handing the following documents to an individual identified as Bill Smith.

Subpoena

Additional Description:
Identified himself as Bill Smith and accepted service

White Male, est. age 45-54, glasses: N, Brown hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=33.936966,-83.440801
Photograph: See Exhibit 1

Total Cost: $275.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Oconee County</u>, <u>GA</u> on <u>6/27/2024</u>. | */s/ Jeffery Cothren*<br>———————————————<br>Signature<br>Jeffery Cothren<br>+1 (540) 532-9563 |