AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-04259-SDG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Nive Loganathan on *(date)* 7/9/24 .

☒ I served the subpoena by delivering a copy to the named individual as follows: @ 950 Benzinger Trail

on *(date)* 7/9/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/9/24

*Server's signature*

Wiley D. Handley    Process Server
*Printed name and title.*

1271 Avondale Ave
Atlanta GA 30312
*Server's address*

Additional information regarding attempted service, etc.: