AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:22-CV-04259-SDG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   KELLY MOYER

was received by me on *(date)*   06/27/2024   .

☑ I served the subpoena by delivering a copy to the named person as follows:   at 2642 Winslow Drive NE, A

Atlanta, GA 30305 at 6:59 PM

on *(date)*   06/27/2024   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/03/2024

_____
*Server's signature*

Randal L. George
*Printed name and title*

4164 Indian Trace, SW
Lilburn GA 30047

_____
*Server's address*

Additional information regarding attempted service, etc:

Served: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION and DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S NOTICE OF DEPOSITION AND NOTICE OF SUBPOENA DUCES TECUM OF NON-PARTY KELLY MOYER and CERTIFICATE OF SERVICE