AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1-22-CV-045259-SDG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* NCR Voyix Corporation
on *(date)* 6/27/24.

☑ I served the subpoena by delivering a copy to the named individual as follows: Alisha M. Smith, CSC Registered Agent

on *(date)* 6/27/24 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/27/24

_____
Server's signature

Wiley D. Handley   Process Server
Printed name and title

1271 Avondale Ave
Atlanta, GA 30312
Server's address

Additional information regarding attempted service, etc.: