# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:22-CV-04259-SDG |
| **DINESH D'SOUZA, TRUE THE VOTE, INC., GREGG PHILLIPS, D'SOUZA MEDIA LLC, JOHN DOES, CATHERINE ENGLEBRECHT** | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Thomas Wayne Fuller, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Kelly Black Coveleskie in Fulton County, GA on July 15, 2024 at 7:49 am at 740 Hallbrook Court, Alpharetta, GA 30004 by personal service by handing the following documents to an individual identified as Kelly Black Coveleskie.

DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT AND GREGG PHILLIPS' NOTICE OF FED. R. CIV. P. 30 DEPOSITION AND NOTICE OF SUBPOENA DUCES TECUM OF NON-PARTY KELLY BLACK
DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S NOTICE OF DEPOSITION AND NOTICE OF SUBPOENA DUCES TECUM OF NON-PARTY KELLY BLACK COVELESKIE

Additional Description:
SERVED

White Female, est. age 45-54, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.1543251653,-84.3170316288
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Fulton County_____,

___GA____ on ___7/16/2024_____.

/s/ *Thomas Wayne Fuller*
_____
Signature
Thomas Wayne Fuller
+1 (404) 432-8089



Exhibit 1a)