# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on July 23, 2024, I served the foregoing discovery responses:

1. Plaintiff's Third Supplemental Responses and Objections to Defendant True The Vote Inc.'s First Interrogatories

2. Plaintiff's First Supplemental Responses and Objections to Defendant Catherine Engelbrecht's First Interrogatories

upon Defendants' counsel via electronic mail to:

Jake Evans
Georgia Bar No. 797018
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com

philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips*

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
Tel: (770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

*\*Admitted Pro Hac Vice*

>  */s/ Jared Davidson*
> Jared Fletcher Davidson*
> PROTECT DEMOCRACY PROJECT
> 3014 Dauphine Street, Suite J
> New Orleans, LA 70117
> Tel: (202) 579-4582
> jared.davidson@protectdemocracy.org
>
>
> ***Counsel for Plaintiff***
> *Admitted Pro Hac Vice