# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04259-SDG
## Andrews v. D'Souza et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 08/16/2024.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:05 A.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

ATTORNEY(S) PRESENT: Paige Braddy representing Mark Andrews
Jared Davidson representing Mark Andrews
Von DuBose representing Mark Andrews
Haber Kuck representing Mark Andrews
Jake Evans representing True the Vote, Inc., Catherine Engelbrecht & Gregg Phillips
Philip George representing True the Vote, Inc., Catherine Engelbrecht & Gregg Phillips
Amanda Hyland representing D'Souza Media LLC & Dinesh D'Souza
Austin Vining representing D'Souza Media LLC & Dinesh D'Souza

PROCEEDING CATEGORY: Discovery Hearing(Non-final Pretrial Conference).

MINUTE TEXT: Discovery Conference held on August 16, 2024. The Court heard argument concerning discovery disputes raised pursuant to the Court's Standing Order. The Court GRANTED Plaintiff's request to compel responses to certain discovery requests, as stated on the record. The Court ORDERED that the TTV Defendants supplement their responses no later than September 6, 2024.