IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION**

COME NOW, Amanda G. Hyland and Austin C. Vining, formerly of the law firm Taylor English Duma LLP and now of the law firm Buchalter APC, and file this Notice of Change of Firm and Contact Information. Please direct all future correspondence, pleadings and other notices to:

Amanda G. Hyland<br>
Austin C. Vining<br>
<b>Buchalter APC</b><br>
3350 Riverwood Parkway SE, Ste. 1900<br>
Atlanta, GA 30339<br>
Telephone: (404) 832-7530<br>
ahyland@buchalter.com<br>
avining@buchalter.com

This 28th day of August, 2024.

                                      /s/ *Amanda G. Hyland*
                                      Amanda G. Hyland

       Georgia Bar No. 325115
       Austin C. Vining
       Georgia Bar No. 362473
       **BUCHALTER APC**
       3350 Riverwood Parkway SE, Ste. 1900
       Atlanta, GA 30339
       Telephone: (404) 832-7530
       ahyland@buchalter.com
       avining@buchalter.com

       *Attorneys for Defendants Dinesh D'Souza*
       *and D'Souza Media LLC*