IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COMES NOW Deborah A. Ausburn of the law firm Taylor English Duma LLP, and pursuant to LR 83.1(E) hereby submits this Motion for leave to withdraw as counsel of record for Defendants Dinesh D'Souza and D'Souza Media, LLC in the above captioned action, and respectfully requests that she be removed from the Court's CM/ECF in this matter.

This withdrawal will not cause any prejudice to Defendants. Defendants will continue to be represented by Amanda Hyland and Austin C. Vining of the Buchalter APC law firm.

[Signature on following page]

Respectfully submitted on September 5, 2024.

        **TAYLOR ENGLISH DUMA LLP**

        /s/ *Deborah A. Ausburn*
        Deborah A. Ausburn
        Georgia Bar No. 028610
        1600 Parkwood Circle, Ste. 200
        Atlanta, GA 30339
        (770) 434-6868 Telephone
        dausburn@taylorenglish.com

        **BUCHALTER APC**
        Amanda G. Hyland
        Georgia Bar No. 325115
        Austin C. Vining
        Georgia Bar No. 362473
        3350 Riverwood Parkway SE
        Suite 1900
        Atlanta, GA  30339

        *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW** on all counsel of record by electronic mail delivery.

This 5th day of September, 2024.

/s/ *Deborah A. Ausburn*

Deborah A. Ausburn
Georgia Bar No. 028610

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF DEBORAH A. AUSBURN

THIS CAUSE having come before the Court upon Deborah A. Ausburn's Motion for Leave to Withdraw as Counsel, filed on September 3, 2024, pursuant to LR 83.1(E) and the Court having reviewed the pleading, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion be granted. Deborah A. Ausburn shall be withdrawn as counsel for Defendants Dinesh D'Souza and D'Souza Media, LLC.

DONE and ORDERED this _____ day of _____, 2024.

_____
STEVEN D. GRIMBERG
UNITED STATES DISTRICT COURT JUDGE

4