## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK ANDREWS,

          Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,

          Defendants.

Case No. 1:22-CV-04259-SDG

## **RULE 5.4 CERTIFICATE OF SERVICE**

Defendant D'Souza Media LLC by and through its undersigned counsel, hereby certifies that on September 26, 2024, true and correct copies of D'Souza Media LLC's Responses to Plaintiff's Second Set of Interrogatories and Verification were served on Counsel for Plaintiff via the below email addresses:

Von A. DuBose
DuBose Miller, LLC
dubose@dubosemiller.com

Sara Chimene-Weiss
Rachel E. Goodman
John Paredes
Jared Fletcher Davidson
Catherine Chen
Jane Bentrott
Protect Democracy Project
Sara.chimene-weiss@protectdemocracy.org
Rachel.goodman@protectdemocracy.org
John.paredes@protectdemocracy.org
Jared.davidson@protectdemocracy.org

1

Catherine.chen@protectdemocracy.org
Jane.bentrott@protectdemocracy.org

Lea Haber Kuck
Rajiv Madan
Paige Braddy
Vernon Thomas
Quinn Balliett
Sonia.qin
Lea.kuck@probonolaw.com
Raj.madan@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com
Quinn.balliett@probonolaw.com
Sonia.qin@skadden.com

*Attorneys for Plaintiff*

Respectfully submitted this 30th day of September, 2024.

/s/ *Austin C. Vining*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
3350 Riverwood Pkwy SE, Ste. 1900
Atlanta, GA 30339
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendant D'Souza Media
LLC*

2