# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA,** *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Defendant True the Vote, Inc., by and through its undersigned counsel, hereby certifies that on September 26, 2024, true and correct copies of True the Vote, Inc.'s Responses and Objections to Plaintiff's Second Set of Interrogatories and Verification were served on Counsel for Plaintiff via the below email addresses:

Von A. DuBose
**DuBose Miller, LLC**
dubose@dubosemiller.com

Rachel E. Goodman
Jared Fletcher Davidson
Catherine Chen
Jane Bentrott
**Protect Democracy Project**
Rachel.goodman@protectdemocracy.org
Jared.davidson@protectdemocracy.org
Catherine.chen@protectdemocracy.org
Jane.bentrott@protectdemocracy.org

1

Lea Haber Kuck
Paige Braddy
Vernon Thomas
Quinn Balliett
Sonia Qin
Lea.kuck@probonolaw.com
Paige.braddy@probonolaw.com
Vernon.thomas@probonolaw.com
Quinn.balliett@probonolaw.com
Sonia.qin@skadden.com

*Attorneys for Plaintiff*

Respectfully submitted this 2nd day of October, 2024

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
PHILIP GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com


MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)

2

G<small>REGOR</small> W<small>YNNE</small> A<small>RNEY</small> PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Inc.*

*Admitted Pro Hac Vice