IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA, LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　Defendants. | Civil Action No. 1:22-cv-04259-SDB |

## DEFENDANT TRUE THE VOTE, INC.'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on October 3rd, 2024, Defendant True the Vote, Inc. ("True the Vote) served True the Vote's First Set of Requests for Production to Defendants Dinesh D'Souza and D'Souza Media, LLC upon all counsel of record.

The aforementioned discovery requests were served electronically via e-mail to the following:

1

| | |
|---|---|
| Von A. DuBose<br>**DUBOSE MILLER**<br>75 14th St. NE<br>Suite 2110<br>Atlanta, GA 30309<br>404-720-8111<br>dubose@dubosemiller.com<br><br>Catherine Chen<br>Jane Petersen Bentrott<br>Jared F. Davidson<br>Sara Chimene-Weiss<br>**PROTECT DEMOCRACY PROJECT – DC**<br>2020 Pennsylvania Avenue, NW<br>Suite 163<br>Washington, DC 20006<br>202-769-3176<br>Catherine.chen@protectdemocracy.org<br>jane.bentrott@protectdemocracy.org<br>jared.davidson@protectdemocracy.org<br>sara.chimene-weiss@protectdemocracy.org<br><br>Eric John Galvez Paredes<br>Rachel Goodman<br>**PROTECT DEMOCRACY PROJECT—NY**<br>82 Nassau Street, #601<br>New York, NY 10038<br>202-579-4582<br>john.paredes@protectdemocracy.org<br>rachel.goodman@protectdemocracy.org<br><br><br>Danuta Egle<br>Haber Lea Kuck<br>Quinn Marie Balliett<br>Scott Boisvert<br>**PRO BONO COUNSEL – NY** | Amanda Hyland<br>Austin Vining<br>**BUCHALTER, A PROFESSIONAL CORPORATION**<br>3350 Riverwood Pkwy SE<br>Suite 1900<br>Atlanta, GA 30339<br>404-832-7530<br>ahyland@buchalter.com<br>avining@buchalter.com<br><br>*Counsel for Defendant Dinesh D'Souza* |

2

| | |
|---|---|
| One Manhattan West 38th Floor<br>New York, NY  10001<br>212-735-3000<br>danuta.egle@skadden.com<br>Lea.kuck@probonolaw.com<br>quinn.balliett@probonolaw.com<br>scott.boisvert@skadden.com<br><br>Lindsey Sieling<br>Vernon Thomas<br>**PRO BONO LAW – IL**<br>155 N. Wacker Drive<br>Chicago, IL 60606<br>312-407-0917<br>lindsey.sieling@skadden.com<br>vernon.thomas@probonolaw.com<br><br>Paige Braddy<br>Rajiv Madan<br>**PRO BONO LAW – DC**<br>1440 New York Avenue NW<br>Washington, DC 20005<br>202-371-7204<br>paige.braddy@probonolaw.com<br>raj.madan@probonolaw.com<br><br>Siyuan Qin<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, NY 10001<br>603-667-7427<br>sonia.quin@skadden.com<br><br>*Counsel for Plaintiff* | |

Respectfully submitted this 3rd day of October, 2024.

3

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
PHILIP GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Richard.f.Walker@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE*
(TX Bar No. 00785289)
CAMERON POWELL*
(DC Bar No. 00459020)
JOSEPH R. LARSEN*
(TX Bar No. 11955425)
**GREGOR WYNNE ARNEY PLLC**
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Englebrecht and Gregg Phillips*

***Admitted Pro Hac Vice**

4