IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>                        Plaintiff,<br><br>    v.<br><br>DINESH D'SOUZA, et al.,<br><br>                        Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF ANDREWS' UNOPPOSED MOTION
## TO EXTEND DISCOVERY PERIOD

Plaintiff Mark Andrews ("Plaintiff") respectfully moves the Court pursuant to Standing Order III.g to extend the date in this action for the close of all fact discovery by one week to November 12, 2024 for the sole purpose of taking the specified depositions described below, extend the subsequent deadlines by one week, and allow for the depositions of expert witnesses to be taken after the close of fact discovery. Plaintiff has consulted with counsel for Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips, ("Defendants," and together with Plaintiff, the "Parties"), and they consent to this motion. In support of this motion, Plaintiff states as follows:

1. The original Proposed Scheduling Order set the discovery period to open on November 1, 2023 and close on May 3, 2024. (*See* Dkt. No. 113, Ex. A.)

2. On February 13, 2024, the Parties moved to extend the date for the close of all discovery to and through August 2, 2024, which the Court granted on February 14, 2024. (*See* Dkt. Nos. 145–46.)

3. On July 9, 2024, the Parties moved to extend the date for the close of all discovery to and through November 5, 2024, with all document productions completed by September 3, 2024, which the Court granted on July 11, 2024. (*See* Dkt. Nos. 185, 185-1, 185-2, 187.)

4. This is the third request to extend the discovery period by any of the Parties.

5. A new Proposed Scheduling Order is attached as Exhibit A.

6. Due to the challenges in coordinating the schedules of all counsel and witnesses, the parties respectfully request a one-week extension of the discovery deadline for the sole purpose of taking the specified depositions described below to accommodate the schedule parties have coordinated and agreed upon.

7. Should the requested extension be granted, parties would use the extended discovery period solely for the purpose of accommodating the depositions of fact witnesses Salem Media Group, Inc., the Office of the Georgia Secretary of State, Red Metrics LLC, and Azeddine Rahlouni that cannot be scheduled within the current deadline. All subsequent summary judgment briefing deadlines would be accordingly extended by one week.

8. Due to the same challenges in coordinating schedules, the parties have further agreed that the depositions of Dr. Ashlee Humphreys and Brian Buss may be conducted after the close of fact discovery. The parties are currently coordinating to set those depositions in November to accommodate all counsels' schedules.

9. In addition, for the Court's awareness, pursuant to Federal Rule of Civil Procedure 30(a), all parties have stipulated that each party may take up to 12 depositions.

WHEREFORE, it is respectfully requested that the Court extend the date for the close of all discovery to and through November 12, 2024 for the sole purpose of taking the four additional depositions of the above-named fact witnesses, with a one week extension of all subsequent deadlines. Additionally, it is stipulated that the depositions of Dr. Ashlee Humphreys and Brian Buss may be conducted after the close of discovery, and that each party may conduct up to 12 depositions. A full Proposed Scheduling Order is attached as Exhibit A.

Respectfully submitted this 11th day of October, 2024.

*/s/ Von A. DuBose*
Von A. DuBose
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110

Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Catherine Chen*
Jane Bentrott*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org
jane.bentrott@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Lea Haber Kuck*
Quinn Balliett*
Scott Boisvert*
Danuta Egle*
Siyuan (Sonia) Qin*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@probonolaw.com
scott.boisvert@probonolaw.com
danuta.egle@probonolaw.com
sonia.qin@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff*
**Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing Certificate of Service of Discovery was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

*/s/ Jane Bentrott*
Jane Bentrott
Counsel for Plaintiff
*Admitted Pro Hac Vice*
