# Exhibit A

# PLAINTIFF'S PROPOSED SCHEDULING ORDER

Upon review of the information contained in Plaintiff Andrews' Consent Motion to Extend Discovery Period, the Court orders that the time limits for filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Relevant dates and deadlines:
November 5, 2024: Close of all fact discovery except for the taking of four specified depositions.
November 12, 2024: Close of all discovery, except for depositions of expert witnesses Dr. Ashlee Humphreys and Brian Buss which may be conducted in November 2024.
January 13, 2025: Dispositive motions due or, if no dispositive motions filed, proposed consolidated pretrial order due
March 4, Dispositive motion responses due
April 3, 2025: Dispositive motion replies due
Pretrial order and last day for Daubert Motions: 30 days from ruling on dispositive Motions

IT IS SO ORDERED, this _____ day of _____ , 2024.

_____
Hon. Steven D. Grimberg
UNITED STATES DISTRICT JUDGE