IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA, *et al.*,** <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on October 11, 2024, I served **Plaintiff's First Supplemental Responses and Objections to Defendant D'Souza Media LLC's Third Set of Interrogatories to Plaintiff** electronically via email to:

Jake Evans
Georgia Bar No. 797018
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com
philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*

1

GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

***Attorneys for Defendants True the Vote,
Catherine Engelbrecht and Gregg Phillips***

Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
BUCHALTER, A PROFESSIONAL CORPORATION
3350 Riverwood Pkwy SE, Ste. Suite 1900
Atlanta, GA 30339
Tel: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com

***Attorneys for Defendants Dinesh
D'Souza and D'Souza Media LLC***

*Admitted Pro Hac Vice


 /s/ Catherine Chen
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org

***Counsel for Plaintiff***
*Admitted Pro Hac Vice