# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04259-SDG
## Andrews v. D'Souza et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 10/21/2024.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:50 P.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

ATTORNEY(S) PRESENT:
Jane Bentrott representing Mark Andrews
Catherine Chen representing Mark Andrews
Jared Davidson representing Mark Andrews
Von DuBose representing Mark Andrews
James Evans representing True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips
Rachel Goodman representing Mark Andrews
Austin Vining representing D'Souza Media LLC and Dinesh D'Souza

PROCEEDING CATEGORY: Discovery Hearing(Non-final Pretrial Conference).

MINUTE TEXT: Discovery hearing held on October 21, 2024. The parties appeared before the court via remote proceedings concerning discovery disputes raised pursuant to the Court's Standing Order. Plaintiff ORDERED to serve revised interrogatories 15 and 16 by October 23, 2024. Defendants shall have until October 30, 2024 to serve a response to said interrogatories, as well as to confirm in writing that all items in the possession, custody, and control of Defendants TTV, Engelbrecht, and Phillips that are responsive to the discovery requests raised in Plaintiffs correspondence to the Court dated October 16, 2024 have been produced.