# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## **PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY**

I hereby certify that on October 23, 2024, I served the foregoing discovery requests:

1. Plaintiff Mark Andrews' Amended Interrogatories 15 and 16 Directed to Defendant True The Vote, Inc.

2. Plaintiff Mark Andrews' Amended Interrogatories 15 and 16 Directed to Defendant Catherine Engelbrecht

3. Plaintiff Mark Andrews' Amended Interrogatories 15 and 16 Directed to Defendant Gregg Phillips

upon Defendants' counsel via electronic mail to:

Jake Evans
Georgia Bar No. 797018
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com
philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips*

Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
BUCHALTER, A PROFESSIONAL CORPORATION
3350 Riverwood Pkwy SE, Ste. Suite 1900
Atlanta, GA 30339
Tel: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

*Admitted Pro Hac Vice

*/s/ Jared Davidson*
　Jared Fletcher Davidson*
　PROTECT DEMOCRACY PROJECT
　3014 Dauphine Street, Suite J
　New Orleans, LA 70117
　Tel: (202) 579-4582
　jared.davidson@protectdemocracy.org


***Counsel for Plaintiff***
*Admitted Pro Hac Vice