AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| Mark Andrews | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-4259-SDG |
| Dinesh D'Souza et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Andrews    .

Date:  10/29/2024

*Attorney's signature*

John Langford (PHV)
*Printed name and bar number*

Protect Democracy
82 Nassau St., #601
New York, NY 10038

*Address*

john.langford@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(202) 769-3176
*FAX number*