# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA,** *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

# CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rules 5.4 and 26.3(A), Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips, by and through their undersigned counsel, hereby certify that on October 30, 2024, true and correct copies of the following discovery responses were served on all counsel of record by electronic mail:

- *True the Vote's Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents*
- *Catherine Engelbrecht's Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents*
- *Gregg Phillips' Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents*
- *True the Vote's Responses and Objections to Plaintiff's Second Set of Interrogatories*
- *Catherine Engelbrecht's Responses and Objections to Plaintiff's Second Set of Interrogatories*
- *Gregg Phillips' Responses and Objections to Plaintiff's Second Set of Interrogatories*

- *True the Vote's Responses and Objections to Plaintiff's Amended Interrogatories 15 and 16*
- *Catherine Engelbrecht's Responses and Objections to Plaintiff's Amended*

1

*Interrogatories 15 and 16*
- *Gregg Phillips' Responses and Objections to Plaintiff's Amended Interrogatories 15 and 16*

Served this 30th day of October, 2024.

                    */s/ Jake Evans*
                    JAKE EVANS
                    Georgia Bar No. 797018
                    PHILIP J. GEORGE
                    Georgia Bar No. 441996
                    JULIA MARTIN
                    Georgia Bar No. 199070
                    **GREENBERG TRAURIG, LLP**
                    Terminus 200
                    3333 Piedmont Road NE, Suite 2500
                    Atlanta, Georgia 30305
                    P: (678) 553-2100
                    F: (678) 553-2212
                    Jake.Evans@gtlaw.com
                    Philip.George@gtlaw.com
                    Julia.Martin@gtlaw.com

                    *Attorneys for Defendants True the Vote, Inc.*
                    *Catherine Englebrecht and Gregg Phillips*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Certificate of Service of Discovery** was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

This 30th day of October, 2024.

>                                   */s/ Jake Evans*
>                                   JAKE EVANS
>                                   Georgia Bar No. 797018