IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>        Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>        Defendants. | Case No. 1:22-CV-04259-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively, "D'Souza Defendants") by and through their undersigned counsel, hereby certify that on October 6, 2024, true and correct copies of the following discovery requests were served on Counsel for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips via email:

1. Dinesh D'Souza's First Set of Interrogatories to True the Vote, Inc.;

2. Dinesh D'Souza's First Set of Interrogatories to Catherine Engelbrecht;

3. Dinesh D'Souza's First Set of Interrogatories to Gregg Phillips;

4. D'Souza Defendants' First Request for Production of Documents to True the Vote, Inc.;

1

5. D'Souza Defendants' First Request for Production of Documents to Catherine Engelbrecht; and

6. D'Souza Defendants' First Request for Production of Documents to Gregg Phillips.

Respectfully submitted this 31st day of October, 2024.

                        /s/ *Austin C. Vining*
                        Amanda G. Hyland
                        Georgia Bar No. 325115
                        Austin C. Vining
                        Georgia Bar No. 362473
                        3350 Riverwood Pkwy SE, Ste. 1900
                        Atlanta, GA 30339
                        (404) 832-7350 Telephone
                        ahyland@buchalter.com
                        avining@buchalter.com

                        *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*