# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>      Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>      Defendants. | Case No. 1:22-CV-04259-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively, "D'Souza Defendants") by and through their undersigned counsel, hereby certify that on October 30, 2024, true and correct copies of the following discovery responses were served on Counsel for Plaintiff via email:

1. Dinesh D'Souza's Responses and Objections to Plaintiff's Second Set of Interrogatories;

2. Dinesh D'Souza's Responses and Objections to Plaintiff's Third Request for Production of Documents;

3. D'Souza Media's Responses and Objections to Plaintiff's Third Set of Interrogatories; and

1

4. D'Souza Media's Responses and Objections to Plaintiff's Third Request for Production of Documents.

Respectfully submitted this 31st day of October, 2024.

> /s/ *Austin C. Vining*
> Amanda G. Hyland
> Georgia Bar No. 325115
> Austin C. Vining
> Georgia Bar No. 362473
> 3350 Riverwood Pkwy SE, Ste. 1900
> Atlanta, GA 30339
> (404) 832-7350 Telephone
> ahyland@buchalter.com
> avining@buchalter.com
>
> *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*