# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## RULE. 5.4 CERTIFICATE OF SERVICE

Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips by and through their undersigned counsel, hereby certify that on November 5, 2024, a true and correct copy of the following were served on all attorneys of record by email:

1. Defendant True the Vote, Inc.'s Responses and Objections to Defendant Dinesh D'Souza's First Set of Requests for Production of Documents;

2. Defendant Catherine Engelbrecht's Responses and Objections to Defendant Dinesh D'Souza's First Set of Requests for Production of Documents;

3. Defendant Gregg Phillips's Responses and Objections to Defendant Dinesh D'Souza's First Set of Requests for Production of Documents;

4. Defendant True the Vote, Inc.'s Responses and Objections to Defendant Dinesh D'Souza's First Set of Interrogatories;

5. Defendant Catherine Engelbrecht's Responses and Objections to Defendant Dinesh D'Souza's First Set of Interrogatories;

6. Defendant Gregg Phillips' Responses and Objections to Defendant Dinesh D'Souza's First Set of Interrogatories.

Date: November 5, 2024

                              **GREENBERG TRAURIG, LLP**

                                              */s/ Jake Evans*
                                              JAKE EVANS
                                              Georgia Bar No. 797018
                                              PHILIP GEORGE
                                              Georgia Bar No. 441996
                                              JULIA MARTIN
                                              Georgia Bar No. 199070
                                              **GREENBERG TRAURIG, LLP**
                                              Terminus 200
                                              3333 Piedmont Road NE, Suite 2500
                                              Atlanta, Georgia 30305
                                              P: (678) 553-2100
                                              F: (678) 553-2212
                                              Jake.Evans@gtlaw.com
                                              Philip.George@gtlaw.com
                                              Julia.Martin@gtlaw.com

                                              *Attorneys for Defendants True the*
                                              *Vote, Inc., Catherine Englebrecht,*
                                              *and Gregg Phillips*