# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## RULE. 5.4 CERTIFICATE OF SERVICE

Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips by and through their undersigned counsel, hereby certify that on November 5, 2024, a true and correct copy of ***Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips' First Amended Initial Disclosures*** was served on all attorneys of record by email.

Date: November 5, 2024

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
PHILIP GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305

1

P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips*

2