# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF ENTRY OF APPEARANCE OF CORY MULL

Please take notice that, pursuant to Local Rule 83.1(D)(1) of the United States District Court for the Northern District of Georgia, Cory Mull, of the law firm of Buchalter APC, hereby enters his appearance as additional counsel of record for Defendants Dinesh D'Souza and D'Souza Media LLC in the above-styled case, and further requests service of all future papers filed in this action.

Respectfully submitted this 8th day of November, 2024.

                                                                              **BUCHALTER APC**

                                                                              */s/ Cory Mull*
                                                                              Cory Mull
                                                                              Georgia Bar No. 595376

3350 Riverwood Pkwy SE, Ste. 1900
Atlanta, Georgia 30339
Phone: (404) 832-7530
cmull@buchalter.com

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*