# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04259-SDG
## Andrews v. D'Souza et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 11/08/2024.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 00:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

ATTORNEY(S) PRESENT:
Jane Bentrott representing Mark Andrews
Jared Davidson representing Mark Andrews
Von DuBose representing Mark Andrews
James Evans representing True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips
Amanda Hyland representing D'Souza Media LLC and Dinesh D'Souza
Cory Mull representing D'Souza Media LLC and Dinesh D'Souza
Austin Vining representing D'Souza Media LLC and Dinesh D'Souza

PROCEEDING CATEGORY: Discovery Hearing(Non-final Pretrial Conference);

MINUTE TEXT: Discovery hearing held on November 8, 2024. The parties appeared before the court via remote proceedings concerning discovery disputes raised pursuant to the Court's Standing Order. Plaintiff was ORDERED to produce certifications of discovery compliance as detailed on the record.