IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,

    Plaintiff,

v.

DINESH D'SOUZA, *et al.*,

    Defendants.

Case No. 1:22-CV-04259-SDG

## CERTIFICATE OF CONSENT TO WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.1(E)(3), Plaintiff Mark Andrews files this Certificate of Consent to the withdrawal of John Langford as counsel for Plaintiff, as Mr. Langford's employment with the Protect Democracy Project will conclude after November 8, 2024. Jared Davidson is designated as the replacement counsel. Plaintiff has been advised of all of the following subsections of Local Civil Rule 83.1(E)(2):

    **(B)** The Court's retention of jurisdiction over the action;

    **(C)** The client's obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served;

    **(D)** If a trial date has been set, the client's obligation to prepare for trial or hire other counsel to prepare for trial;

    **(E)** Failure or refusal to satisfy court-related obligations could result in adverse consequences including, in criminal cases, bond forfeiture and arrest;

**(F)** The dates of any scheduled proceedings, including trial, and that these dates will not be affected by the withdrawal of counsel;

**(G)** Notices may be served on the client at the client's last known address; and

**(H)** If the client is a corporation or organization, it may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent the client unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client.

Respectfully submitted this 13th day of November, 2024.

By: /s/ John Langford
    John Langford*
    PROTECT DEMOCRACY PROJECT
    82 Nassau Street, #601
    New York, NY 10038
    Phone: (202) 579-4582
    Facsimile: (202) 769-3176

By: /s/ Jared Davidson
    Jared Fletcher Davidson*
    PROTECT DEMOCRACY PROJECT
    3014 Dauphine Street, Suite J
    New Orleans, LA 70117
    Tel: (202) 579-4582
    jared.davidson@protectdemocracy.org

*Counsel for Plaintiff Mark Andrews*
*Admitted Pro Hac Vice*

Mark Andrews
*Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

/s/ *John Langford*
John Langford (*pro hac vice*)
United to Protect Democracy
82 Nassau Street, #601
New York, NY 10038
Phone: (202) 579-4582
Facsimile: (202) 769-3176

*Counsel for Plaintiff Mark Andrews*
*\*Admitted Pro Hac Vice*