IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

I hereby certify that on November 13, 2024, I served the foregoing discovery responses:

1. Plaintiff's Sixth Supplemental Responses and Objections to Defendant True The Vote Inc.'s First Interrogatories

2. Plaintiff's Third Supplemental Responses and Objections to Defendant Catherine Engelbrecht's First Interrogatories

3. Plaintiff's Third Supplemental Responses and Objections to Defendant Dinesh D'Souza's First Interrogatories

4. Plaintiff's Second Supplemental Responses and Objections to Defendant D'Souza Media LLC's First Interrogatories

5. Plaintiff's Second Supplemental Responses and Objections to Defendant Dinesh D'Souza's Second Interrogatories

6. Plaintiff's Second Supplemental Responses and Objections to Defendant D'Souza Media LLC's Second Interrogatories

upon Defendants' counsel via electronic mail to:

Jake Evans
Georgia Bar No. 797018
Philip James George, III
Georgia Bar No. 441996
Julia Martin*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com
philip.george@gtlaw.com
julia.martin@gtlaw.com

Michael J. Wynne*
Cameron Powell*
Joseph R. Larsen*
GREGOR WYNNE ARNEY, PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel: (281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote, Catherine Engelbrecht and Gregg Phillips*

Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
BUCHALTER
3350 Riverwood Pkwy SE, Ste. Suite 1900
Atlanta, GA 30339
Tel: (404) 832-7530
ahyland@buchalter.com

avining@buchalter.com
cmull@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

*\*Admitted Pro Hac Vice*

/s/ Jared Davidson
Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

*Counsel for Plaintiff*
*Admitted Pro Hac Vice