# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>  Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-04259-SDG |

## JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES AND EXTENSION OF PAGE LIMITATIONS FOR DISPOSITIVE MOTION FILINGS

Pursuant to Rules II.g and II.h of this Court's Standing Order Regarding Civil Litigation, Plaintiff Mark Andrews ("Plaintiff"), Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht ("Ms. Engelbrecht"), and Gregg Phillips ("Mr. Phillips) (collectively "TTV Defendants"), and Defendants Dinesh D'Souza and D'Souza Media (collectively "D'Souza Defendants") (altogether, the "Parties"), by and through undersigned counsel, respectfully move the Court for: (i) an extension of page limitations for dispositive motion filings; and (ii) an extension of certain of the dispositive motion deadlines. In support of this Motion, the Parties state as follows:

1. Plaintiff initiated this action by filing a Complaint on October 26, 2022. (Dkt. No. 1).

2. The operative First Amended Complaint contains 322 paragraphs as well as six counts (Count II having already been dismissed). (Dkt. Nos. 27, 106).

3. The parties have taken 21 depositions throughout the course of discovery and produced thousands of documents.

4. The Parties jointly request extensions of the page limitations for the dispositive motion briefing.

5. Local Rule 7.1 sets the page limit for motions at 25 pages and reply briefs at 15 pages "[a]bsent prior permission of the Court."

6. Additionally, this Court's Standing Order Regarding Civil Litigation sets the page limit for statements of undisputed material facts at 25 pages "absent prior permission of the Court."

7. It is Defendants' position that additional pages for briefing are necessary given the 322 paragraphs in the Complaint, the number of counts remaining in the case, and the extensive discovery record. It is Plaintiff's position that additional pages for briefing are necessary given the extensive record of defamatory statements that Plaintiff must address.

8. The Parties have conferred and jointly request that the Court extend the page limitations for dispositive briefing as follows:

- 60 pages for opening briefs and oppositions;
- 35 pages for replies; and

- 60 pages for statements of undisputed material facts.

9. Additionally, the Parties jointly request an extension of time to file summary judgment responses and replies because good cause exists for an extension, particularly in light of Plaintiff's need to respond to multiple summary judgment motions from both sets of Defendants during the Christmas and New Years holiday.

10. Dispositive motions are due on December 12, 2024. (Dkt. 223).

11. All parties intend to file motions for summary judgment.

12. Responses to dispositive motions are currently due on January 6, 2025, and replies in support of dispositive motions are currently due on January 27, 2025. (Dkt. 187).

13. To provide adequate time to prepare and respond to dispositive motions, particularly with the Christmas and New Years holidays taking place during the three-week response period; to give Plaintiff adequate time to respond to two sets of summary judgment briefs, which both TTV and D'Souza Defendants have represented will cover multiple claims; and to account for the additional time needed to respond to more lengthy legal briefs in the event the Court grants the requested page extension, the Parties have conferred and jointly request that the Court extend the following briefing deadlines:

- Extend from January 6, 2025 to February 28, 2025, the due date for responses to dispositive motions due; and

- Extend from January 27, 2025 to March 28, 2025, the due date for replies in support of dispositive motions due.

14. The Parties make these requests for good cause, not to prejudice other parties, and not to unduly delay these proceedings.

WHEREFORE, Plaintiff Mark Andrews, Defendants True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Dinesh D'Souza, and D'Souza Media respectfully request that the Court grant an extension of time for certain dispositive motion briefing and an extension of the page limitations for dispositive motion briefing. A proposed Consent Order is attached hereto for the Court's consideration.

Served this 5th day of December, 2024.

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips*

By: */s/ Jared Davidson*
Jared Fletcher Davidson\*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Rachel E. Goodman\*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Sara Chimene-Weiss\*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Catherine Chen\*
Jane Bentrott\*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org
jane.bentrott@protectdemocracy.org

Lea Haber Kuck*
Quinn Marie Balliett*
Danuta Egle*
Scott Boisvert*
Siyuan Qin*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@probonolaw.com
scott.boisvert@probonolaw.com
danuta.egle@probonolaw.com
sonia.qin@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff*

*\*Admitted Pro Hac Vice*

*/s/ Amanda G. Hyland*
AMANDA G. HYLAND
Georgia Bar No. 325115
AUSTIN C. VINING
Georgia Bar No. 362473
CORY MULL
Georgia Bar No. 595376

**BUCHALTER APC**
3350 Riverwood Pkwy SE
Ste. 1900
Atlanta, GA 30339
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES AND EXTENSION OF PAGE LIMITATIONS FOR DISPOSITIVE MOTION FILINGS** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 5th day of December, 2024.

                                      **GREENBERG TRAURIG, LLP**

                                      */s/ Jake Evans*
                                      JAKE EVANS
                                      Georgia Bar No. 797018

                                      *Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*