IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

**PROPOSED ORDER**

Upon review of the information contained in the Parties' Joint Motion for Extension of Dispositive Motion Deadlines and Extension of Page Limitations for Dispositive Motion Filings, the Court orders that the time and page limitations for dispositive motion briefing are modified as follows:

**Deadlines:**
- February 28, 2025: Responses to dispositive motions due
- March 28, 2025: Replies in support of dispositive motions due

**Page Limitations:**
- 60 pages for opening briefs and oppositions
- 35 pages for replies
- 60 pages for statements of undisputed material facts

IT IS SO ORDERED, this _____ day of _____ , 2024.

_____
Hon. Steven D. Grimberg
UNITED STATES DISTRICT JUDGE

9