# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br>    Plaintiff,<br><br>          v.<br><br>DINESH D'SOUZA, *et al.*,<br>    Defendants. | Civil Action No.<br>1:22-cv-04259-SDG |

## ORDER

The parties' Joint Motion for Extension of Dispositive Motion Deadlines and Extension of Page Limitations [ECF 243] is **GRANTED IN PART and DENIED IN PART**. The modified schedule is as follows:

| Date | Deadline | Page Limitations |
|---|---|---|
| December 20, 2024 | Dispositive motions | Statement of Undisputed Material Facts: 60 pages<br>Opening Brief: 40 pages |
| February 28, 2025 | Responses to dispositive motions | 40 pages |
| March 28, 2025 | Replies in support of dispositive motions | 20 pages |

**SO ORDERED** this 10th day of December, 2024.

Steven D. Grimberg
United States District Judge