IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S NOTICE OF MANUAL FILING

Please take notice that Defendants Dinesh D'Souza and D'Souza Media LLC ("D'Souza Defendants) will manually file the following documents or things in connection with its forthcoming Motion for Summary Judgment:

1.  Exhibit 9 - DVD titled, "2000 Mules"; and

2.  Exhibit 53 - Hardback book titled, *2000 Mules.*

These items were not filed electronically because the documents or things cannot be converted to an electronic format and the D'Souza Defendants are excused from filing these documents or things electronically by Court order.

A copy of the DVD has previously been manually produced to all parties as DD_000536, and a copy of the book has previously been manually produced to all parties as DD_000535.

Respectfully submitted this 20th day of December, 2024.

          **BUCHALTER APC**

          /s/ *Amanda G. Hyland*
          Amanda G. Hyland
          Georgia Bar No. 325115
          Austin C. Vining
          Georgia Bar No. 362473
          Cory Mull
          Georgia Bar No. 595376
          3350 Riverwood Pkwy SE, Ste. 1900
          Atlanta, GA 30339
          (404) 832-7350 Telephone
          ahyland@buchalter.com
          avining@buchalter.com
          cmull@buchalter.com

          *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

          /s/ *Amanda G. Hyland*
          Amanda G. Hyland
          Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*