IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

### DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S NOTICE OF FILING ELECTRONIC MEDIA

　　Please take notice that Defendants Dinesh D'Souza and D'Souza Media LLC, by and through undersigned counsel, has filed the following document on an external USB computer drive in advance of their Motion for Summary Judgment filing.

　　Exhibit 9 – Ex. 9 (DDR-00059987 (2000 Mules film)).MP4

　　Exhibit 9A – Ex. 9A (00.15.17–00.16.25 of DDR-00059987).MP4

　　Exhibit 9B – Ex. 9B (00.08.02–00.08.22 of DDR-00059987).MP4

　　Exhibit 9C – Ex. 9C (00.15.44–00.47.27 of DDR-00059987).MP4

　　Exhibit 9D – Ex. 9D (00.52.22–00.58.35 of DDR-00059987).MP4

　　Exhibit 9E – Ex. 9E (00.36.31–00.36.55 of DDR-00059987).MP4

　　Exhibit 9F – Ex. 9F (00.25.16–00.25.40 of DDR-00059987).MP4

1

Exhibit 9G – Ex. 9G (00.43.44–00.44.20 of DDR-00059987).MP4

Exhibit 9H – Ex. 9H (00.36.55–00.48.33 of DDR-00059987).MP4

Exhibit 9I – Ex. 9I (00.47.47–00.48.15 of DDR-00059987).MP4

Exhibit 28 – Ex. 28 (Charlie Kirk interview (Phillips Dep. Ex. 1)).mp4

Exhibit 28A – Ex. 28A (00.24.51–00.25.54 from Ex. 28).mp4

Exhibit 28B – Ex. 28B (00.50.45–00.51.22 of Ex. 28).mp4

Exhibit 32 – Ex. 32 (Gateway Pundit interview).mp4

Exhibit 32A – Ex. 32A (00.06.06–00.06.56 of Ex. 32).mp4

Exhibit 32B – Ex. 32B (00.10.19–00.10.44 of Ex. 32).mp4

Exhibit 34 – Ex. 34 (DDR-00000068 (2000 Mules trailer)).MP4

Exhibit 34A – Ex. 34A (00.01.42–00.01.46 of Ex. 34).MP4

Exhibit 38 – Ex. 38 (Tucker Carlson interview).mp4

Exhibit 38A – Ex. 38A (00.03.16–00.03.24 of Ex. 38).mp4

Exhibit 38B – Ex. 38B (00.00.43–00.01.12 of Ex. 38).mp4

Duplicate copies of the external USB computer drive are being served on all parties.

Respectfully submitted this 20th day of December, 2024.

**BUCHALTER APC**

/s/ *Amanda G. Hyland*
Amanda G. Hyland

>Georgia Bar No. 325115
>Austin C. Vining
>Georgia Bar No. 362473
>Cory Mull
>Georgia Bar No.
>3350 Riverwood Pkwy SE, Ste. 1900
>Atlanta, GA 30339
>(404) 832-7350 Telephone
>ahyland@buchalter.com
>avining@buchalter.com
>cmull@buchalter.com
>
>*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

>/s/ *Amanda G. Hyland*
>Amanda G. Hyland
>Georgia Bar No. 325115
>
>*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

3