```
1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3
    MARK ANDREWS,                    :
4                                    :
                 Plaintiff,          :
5                                    :
            vs.                      : CASE NO.
6                                    : 1:22-CV-04259-SDG
    DINESH D'SOUZA, ET AL.,          :
7                                    :
                 Defendants.         :
8

9

10

11

12

13

14        VIDEOTAPED STENOGRAPHIC DEPOSITION OF

15                  BRENDETTA ANDREWS

16                   ATLANTA, GEORGIA

17              MONDAY, OCTOBER 28, 2024

18

19               (Reported Remotely)

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   FILE NO.  J11937219
```



1                  October 28, 2024

2                    9:34 a.m.

3

4       Videotaped stenographic deposition

5    of BRENDETTA ANDREWS, held in Atlanta,

6    Georgia before Tanya L. Verhoven-Page,

7    Certified Court Reporter (GA), Licensed

8    Court Reporter (TN) and Certified Shorthand

9    Reporter (TX).

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                  APPEARANCES OF COUNSEL

 2
     On behalf of the Plaintiff:
 3
            PROTECT DEMOCRACY PROJECT
 4          3014 Dauphine Street
            Suite J
 5          New Orleans, Louisiana 70117
            (202) 579-4582
 6          BY:  JARED FLETCHER DAVIDSON, ESQ.
                 e-mail:
 7               jared.davidson@protectdemocracy.org
                 (Via Zoom)
 8
            DUBOSE MILLER
 9          75 14th Street, N.E.
            Suite 2110
10          Atlanta, Georgia 30309
            (404) 720-8111
11          BY:  VON A. DU:BOSE, ESQ.
                 e-mail: dubose@dubosemiller.com
12               (Via Zoom)

13

14

15

16   On behalf of Defendants Dinesh D'Souza and D'Souza
     Media:
17
            BUCHALTER LAW FIRM
18          1000 Wilshire Boulevard
            Suite 1500
19          Los Angeles, California 90017
            (213) 891-0700
20          BY:  AMANDA HYLAND, ESQ.
                 e-mail: ahyland@buchalter.com
21          BY:  AUSTIN VINING, ESQ.
                 e-mail: avining@buchalter.com
22               (Via Zoom)

23

24

25
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1                    APPEARANCES OF COUNSEL

2

   On behalf of Defendants True the Vote, Catherine
3  Englebrecht and Gregg Phillips:

4         GREENBERG TRAURIG, LLP
          Terminus 200
5         3333 Piedmont Road, N.E.
          Suite 2500
6         Atlanta, Georgia 30305
          (678) 553-2100
7         BY:  JAKE EVANS, ESQ.
               e-mail: Jake.Evans@gtlaw.com
8         BY:  PHILIP GEORGE, ESQ.
               e-mail: Philip.George@gtlaw.com
9              (Via Zoom)

10

11

12

13  ALSO PRESENT:

14        Courtney Johnson, Videographer

15

16                       -     -     -

17

18

19

20

21

22

23

24

25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1                          I N D E X

2

3              WITNESS: BRENDETTA ANDREWS

4

5

6

7      Examination                                Page

8   BY MS. HYLAND                                  11
    BY MR. EVANS                                   161
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1                         EXHIBITS INDEX:

2    B. Andrews
     Deposition
3      Exhibit              Description              Page

4
     Exhibit 1          Defendants True the
5                       Vote, Inc., Catherine
                        Engelbrecht and Gregg
6                       Phillips' Notice of
                        Subpoena Duces Tecum
7                       and Notice of Deposition
                        to Brendetta Andrews        27
8
     Exhibit 2          Brendetta Andrews'
9                       Responses and Objections
                        to Defendants True the
10                      Vote, Inc., Catherine
                        Engelbrecht and Gregg
11                      Phillips' Notice of
                        Subpoena Duces Tecum        31
12
     Exhibit 3          Document bearing Bates
13                      numbers MA-0000056
                        through MA-0000059          87
14
     Exhibit 4          Document bearing Bates
15                      numbers BA-0000001
                        through BA-0000004          92
16
     Exhibit 5          Document bearing Bates
17                      number BA-0001955           95

18   Exhibit 6          Document bearing Bates
                        numbers BA-000161
19                      through BA-000162           96

20   Exhibit 7          Oldest post on X
                        account, dated
21                      September 23rd              101

22   Exhibit 8          Document bearing Bates
                        numbers BA-000229
23                      through BA-000231           115

24

25
```



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

```
 1                    EXHIBITS INDEX:

 2    B. Andrews
      Deposition
 3      Exhibit            Description              Page

 4
      Exhibit 9         Document bearing Bates
 5                      numbers BA-000155
                        through BA-000156             121
 6
      Exhibit 10        Document bearing Bates
 7                      numbers BA-0000170
                        through BA-0000172            122
 8
      Exhibit 11        Document bearing Bates
 9                      numbers BA-0000187
                        through BA-0000191            123
10
      Exhibit 12        Document bearing Bates
11                      number BA-000322              124

12    Exhibit 13        Document bearing Bates
                        numbers BA-0001482
13                      through BA-0001483            127

14    Exhibit 14        Document bearing Bates
                        number BA-000272              136
15
      Exhibit 15        Document bearing Bates
16                      numbers BA-0000221
                        through BA-0000223            138
17
      Exhibit 16        Document bearing Bates
18                      numbers BA-0001947
                        through BA-0001948            139
19
      Exhibit 17        Document bearing Bates
20                      number BA-0000143             142

21    Exhibit 18        Document bearing Bates
                        numbers BA-0000331
22                      through BA-0000332            144

23    Exhibit 19        Document bearing Bates
                        numbers BA-0000227
24                      through BA-0000228            145

25
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1

2                          EXHIBITS INDEX:

3     B. Andrews
      Deposition
4       Exhibit              Description                    Page

5

6     Exhibit 20          Document bearing Bates
                          number BA-0000110                  172

7     Exhibit 21          Document bearing Bates
                          numbers BA-0000113
8                         through BA-0000116                 176

9     Exhibit 22          Document bearing Bates
                          numbers BA-0000163
10                        through BA-0000169                 178

11    Exhibit 23          Document bearing Bates
                          numbers BA-000244
12                        through BA-000246                  186

13    Exhibit 24          Document bearing Bates
                          numbers BA-0000268
14                        through BA-0000281                 189

15    Exhibit 25          Document containing
                          True the Vote tweet,
16                        dated 9/13/24                      196

17    Exhibit 26          Document containing
                          Catherine Engelbrecht
18                        tweet, dated 9/30                  197

19    Exhibit 27          Document containing
                          Godfightsbattles reposted
20                        tweet of Kamala
                          Harris "Let's Win This"
21                        dated 10/19                        199

22    Exhibit 28          Document containing
                          Godfightsbattles reposted
23                        tweet of Georgia Democrats
                          "1,000,000 Votes Cast!"
24                        dated 10/21                        200

25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1                     EXHIBITS INDEX:

 2   B. Andrews
     Deposition
 3     Exhibit            Description               Page

 4
     Exhibit 29         Document containing
 5                      Godfightsbattles reposted
                        tweet of Art Candee
 6                      "Tim Walz just called
                        Elon Musk a dipshit"
 7                      dated 10/22                  201

 8   Exhibit 30         Document containing
                        Godfightsbattles tweet
 9                      of "Dear God - please
                        don't let my picture
10                      end up in a movie next
                        year" dated 10/21           201
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1   ATLANTA, GEORGIA; MONDAY, OCTOBER 28, 2024
 2                   9:34 A.M.
 3
 4           P R O C E E D I N G S
 5
 6       THE VIDEOGRAPHER:  Good morning,
 7   everyone.  We are now on the record.  The
 8   time is now 9:34 a.m. Eastern Standard
 9   Time on October 24th -- October 28th,
10   2024.
11       This begins the video-recorded
12   deposition of Brendetta Andrews, taken in
13   the matter of Mark Andrews versus Dinesh
14   D'Souza, et al., filed in the United
15   States District Court for the Northern
16   District of Georgia, Atlanta Division;
17   Case No. 1:22-CV-04259-SDG.
18       The videographer today is Courtney
19   Johnson.  The court reporter today is
20   Tanya Page.  We are both representing
21   Esquire Deposition Solutions.
22       Counsel, will you please announce
23   your name and whom you represent, after
24   which the court reporter will swear in
25   the witness.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1              MR. DAVIDSON:  Jared Davidson from
 2         Protect Democracy, on behalf of
 3         Plaintiff, Mark Andrews.
 4              MR. EVANS:  And Jake Evans at
 5         Greenberg Traurig on behalf of True the
 6         Vote, Catherine Engelbrecht and Gregg
 7         Philips.
 8              MS. HYLAND:  Amanda Hyland on
 9         behalf of Defendants Dinesh D'Souza and
10         D'Souza Media.
11
12    Thereupon --
13                   BRENDETTA ANDREWS,
14    called as a witness, having been first duly sworn,
15    was examined and testified as follows:
16
17                   EXAMINATION
18  BY MS. HYLAND:
19       Q     Good morning, Ms. Andrews.  My name is
20  Amanda Hyland, and I'm going to be taking your
21  deposition today.
22              Can you put your full name on the record
23  for me, please.
24       A     Excuse me.  It's Brendetta Andrews.
25       Q     And, Ms. Andrews, have you ever been
```



1    deposed before?

2         A    No.

3         Q    Okay.  I'm going to walk through just

4    some basics here.  Your counsel may have done this as

5    well, but I think it's always good for a quick

6    reminder.

7              I'm going to ask a question and then you

8    will answer it, but if you start talking before I

9    finish, it's really hard for the court reporter to

10   get that down.  So even if you know exactly where I'm

11   going and you're ready to talk, just let me finish

12   the question before you start talking.

13             And verbal answers are really important.

14   You don't want to shake your head or say uh-uh or

15   uh-huh in response to questions because those are

16   very difficult to get in the record, as well.

17             I'm going to assume you understand my

18   question if you answer it.  If you don't understand

19   my question, please let me know that you're confused

20   by the question and I'll do my best to rephrase it

21   for you.

22             And, if you need a break at any time, let

23   me know.  I just ask that you finish answering the

24   question that I've asked before we take a break.  We

25   usually go for maybe an hour to an hour and a half at



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  a time and then take a break so everyone can use the

2  restroom and have a little breather.  But if you need

3  a break sooner than that, just let me know.

4          Okay?

5      A    Sure.  Yes.

6      Q    Does all of that make sense to you?

7      A    Yes.

8      Q    Okay.  Great.  Is there any reason that

9  you cannot provide truthful and accurate testimony

10  today?

11     A    No.

12     Q    Are you under the influence of any

13  substances that would impede your testimony today?

14     A    No.

15     Q    Okay.  So I'm going to go through just

16  some background questions and we'll go from there.

17          So, Ms. Andrews, you are married to Mark

18  Andrews, who is the Plaintiff in this case, correct?

19     A    Yes.

20     Q    And how long have you been married?

21     A    Forty-five years.

22     Q    And are you very close with your husband?

23     A    Yes.

24     Q    Do you share your social media activity

25  with your husband?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1        A     No.
 2        Q     Do you keep your social media activity a
 3   secret from your husband?
 4        A     A secret?  He's -- I just don't share it
 5   and he's not interested.
 6        Q     And why don't you -- why don't you share
 7   it?
 8        A     Because he's not interested.
 9        Q     All right.  Has he told you that he's not
10   interested?
11        A     Yes.  He's not into social media like
12   that.
13        Q     And you have several children, correct?
14        A     Three.
15        Q     Three.  And what are their names?
16        A     Courtni, Brittany and Alec.
17        Q     And how old is Courtni?
18        A     Thirty-one.
19        Q     And Brittany?
20        A     Thirty-four.
21        Q     And Alec?
22        A     Twenty-eight.
23        Q     And, Ms. Andrews, what do you do for a
24   living?
25        A     I don't work.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q    Have you ever?

2        A    Yes.

3        Q    And what -- what was the last year that

4   you were employed?

5        A    I don't remember.  It's been a while.

6        Q    Can you give me an approximation?

7        A    No.

8        Q    Can you give me a decade?

9        A    No.

10       Q    You don't recall --

11       A    2000?  I don't remember.  It's been a

12   while.

13       Q    What was the last job that you had?

14       A    I was an after -- at the school.  I

15   worked in after-school care.

16       Q    And was that at the school of your

17   children?

18       A    Yes, at the time.

19       Q    Do you currently volunteer?

20       A    No.

21       Q    Do you plan on returning to the

22   workforce?

23       A    No.

24       Q    Do you have a college degree?

25       A    Yes.



BRENDETTA ANDREWS                               October 28, 2024
ANDREWS V. D'SOUZA

1      Q     What school did you graduate from?

2      A     Which schools?

3      Q     Which college?

4      A     There are three.

5      Q     Okay.  Walk me through them.  I'm sorry.

6  Walk me through them.

7      A     University of North Florida, BS Computer

8  Science.  University of North Florida, MBA, Master's

9  of Business Administration.  And I didn't complete my

10  Ph.D.  I completed the course work, but I didn't

11  complete the Ph.D., and that was Nova Southeastern

12  University.

13      Q     And do you remember about the last year

14  you were at FSU -- I'm sorry.  Nova, you said -- the

15  last year you were at Nova?

16      A     I don't remember.  It was in the 2000s.

17      Q     Did you ever have any employment in -- in

18  which you used your degree or your master's degree?

19      A     Yes.

20      Q     And what was that?

21      A     I believe I was a programmer analyst for

22  the State of Georgia.

23      Q     And tell me what that means.  What is a

24  programmer analyst?

25      A     You write computer programs.  You write



```
 1   computer programs, and the analyst part is that you

 2   come up with the specifications you need to write a

 3   certain program.

 4        Q     And you said you did that for the state

 5   of Georgia?

 6        A     Yeah, but for only like two days.

 7        Q     Oh, okay.

 8        A     Yeah.

 9        Q     Why such a short -- why such a short run?

10        A     It was a babysitter problem, travel.

11        Q     Child care?

12        A     Yeah.

13        Q     And what is your address?

14        A     REDACTED                               ,

15   REDACTED       .

16        Q     REDACTED

17   REDACTED

18        A     REDACTED

19        Q     REDACTED

20        A     REDACTED

21        Q     And how long have you had that phone

22   number?

23        A     A long time.  It --

24        Q     And you --

25        A     I beg your pardon?
```



1       Q       I'm sorry.  Go ahead.

2       A       It's been a long time.  I don't know

3   exactly how long.

4       Q       And do you use any other phone numbers?

5       A       I have another phone number that I use,

6   don't -- it's just a secondary phone number.

7       Q       Okay.  And what's that number?

8       A       This is how much I use it.  Let me think.

9   REDACTED        .

10      Q       And what do you use the secondary phone

11  number for?

12      A       Certain credit, a firm.

13      Q       I'm not sure I'm following.  Can you --

14  can you rephrase that?

15      A       I use it for Affirm.  It's a credit

16  agency, and I don't recall what else I use it for.

17  It's mainly for that.  And just to have a secondary

18  number.

19      Q       So are -- so you said it's a credit

20  agency.  Are you working for that credit agency?

21      A       No, it's just where you get credit to buy

22  things and I -- this may be my phone number for

23  Twitter, that I use for Twitter.  I'm not sure.

24      Q       Okay.  So you said you get credit to buy

25  things.  I'm just not familiar with what you're



```
 1   talking about, so I'm trying to understand.  I'm
 2   sorry if my questions are dumb, but --
 3        A     If I want to buy a big purchase, I use a
 4   firm.  It's just a credit agency.  They provide you
 5   credit.
 6        Q     Okay.  Like a loan?
 7        A     Yeah.
 8        Q     And it's called A-F-F-I-R-M.
 9        A     Yes.
10        Q     I think in my head I was thinking a,
11   space, firm.  Like generically.  And so I was
12   confused.  Okay, got it.
13              REDACTED
14        A     REDACTED
15        Q     REDACTED
16        A     REDACTED
17        Q     REDACTED
18        A     REDACTED
19        Q     REDACTED
20        A     REDACTED
21   REDACTED
22        Q     Any others?
23        A     No.
24        Q     Okay.  What is Clutch ID?
25        A     That was a business that I was -- started
```



```
 1   but never really got started.
 2        Q     So you set up an e-mail account, but you
 3   never actually pushed forward with the business?
 4        A     No.  I have an LLC, too.  It's an LLC.
 5        Q     And what was the business going to do if
 6   you got it off the ground?
 7        A     It was -- excuse me.  It was like a badge
 8   where you could keep your driver's license and
 9   insurance cards in it.
10        Q     Like a wallet?
11        A     Like a -- not a wallet, but just an ID
12   badge-like thing.
13        Q     And I'm going to ask the same question
14   about Preventive Measures, LLC.  What -- what is --
15   is that an entity, as well?
16        A     That was Mark's business.
17        Q     That was Mark's business?
18        A     Yeah, that's an e-mail for his business,
19   which was Preventive Measures, LLC.
20        Q     Preventive Measures.  And what was that
21   business?
22        A     He was an independent consultant for IT,
23   whatever he does.
24        Q     Does he still do that?
25        A     No.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1      Q    When was the last time he worked as an

2  independent consultant, ballpark?  I don't expect

3  precision.

4      A    I mean, he's been at his current job ten

5  years, so it's longer than that.

6      Q    Okay.  And what social media platforms do

7  you use?

8      A    Twitter, Facebook, TikTok and -- what's

9  the other one -- Instagram.

10      Q    And what is your user name on Twitter?

11      A    God Fights Battles.

12      Q    Are there any others you use?

13      A    No.

14      Q    What about Facebook?

15      A    I think it's my name, Brendetta Alexander

16  Andrews.

17      Q    Are there any others that you use on

18  Facebook?

19      A    There's one called BrenBren, but I

20  haven't used it in years.

21      Q    Any others?

22      A    On Facebook?

23      Q    On Facebook, yeah.

24      A    No.

25      Q    Okay.  What about TikTok?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1        A     In this -- and I don't know what it is.
2   It's BAA something.
3        Q     Okay.  And Instagram?
4        A     I don't remember.  It was probably some
5   version of BAA something.
6        Q     When we take our first break, would it be
7   possible for you to check on those?
8        A     Sure.
9        Q     Okay.  So let's go back to Twitter, how
10  long have you had the God Fight Battles account?
11       A     How long has the account been called
12  that?  I don't know.  Two years.
13       Q     Was it called something else before that?
14       A     Yeah.
15       Q     What was it called before that?
16       A     I think it was Bren_Andrews.
17       Q     And how long had you had the TikTok
18  account generally, regardless of what the user name
19  was?
20       A     I don't know.
21       Q     Would you say more than five years?
22       A     I don't know.
23       Q     Is that something else you could check on
24  in the break?
25       A     Sure.
```



1    Q    And on Facebook, you mentioned a very old

2    REDACTED

3    years you were active on that account?

4    A    What years?

5    Q    Uh-huh.

6    A    No.  I don't recall.

7    Q    Has it been, you think, more or less than

8    five years since you've used it?

9    A    Let's see, 2024.  I don't recall.  It can

10   be as much as four.

11   Q    And why did you stop using that account?

12   A    There is no reason.  It was just a

13   secondary account.

14   Q    Was there a reason that you set up a

15   secondary account?

16   A    I don't recall.  It just was a secondary

17   account.

18   Q    And then on the Brendetta Alexander

19   Andrews account, was that your primary account on

20   Facebook?

21   A    Yes.

22   Q    Okay.  And did you ever discuss 2000

23   Mules on that account?

24   A    I could have when it first came out.

25   Q    When what first came out?



1        A       2000 Mules.  Isn't that the question you

2   asked me, did I ever discuss 2000 Mules?

3        Q       Right.

4        A       I could have when it first came out.

5        Q       Okay.  Did you -- is there a reason you

6   wouldn't have discussed it more recently?

7        A       Well, once the lawsuit, I just felt like

8   I shouldn't be commenting.  You know, our names are

9   public record after the investigation, so you can

10  come look me up.  So I stopped commenting, if I was

11  commenting at all.

12       Q       Okay.  And did you ever comment on 2000

13  ███████ REDACTED ███████

14       A       No.

15       Q       Okay.  You mentioned TikTok, and we're

16  going to come back to that as to what the user name

17  was on that, but on TikTok, how often do you post on

18  TikTok?

19       A       I don't.

20       Q       Okay.  You just use the account to look

21  at other people's posts and videos?

22       A       Videos, recipes, yeah.

23       Q       And Instagram, do you -- have you ever

24  used Instagram to comment on 2000 Mules?

25       A       I don't recall, but if I did, few and far



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  between.

2       Q    Is your Instagram account public or

3  private?

4       A    I don't know.  And I'll look that up.

5       Q    Okay.  And what about your Brendetta

6  Alexander Andrews on Facebook, is that public or

7  private?

8       A    I'm pretty sure it's private.

9       Q    And God Fight Battles, is that public or

10 private?

11      A    I don't know.

12      Q    Okay.  I'm going to come back again after

13 the break and ask all that again.  Hopefully you can

14 take a look while we're on break.

15           Do you have counsel representing you in

16 this deposition?

17      A    Yes.

18      Q    Okay.  And who is that?

19      A    Jared Davidson.

20      Q    Okay.  Did you sign an engagement letter

21 with Mr. Davidson?

22      A    I signed something.  I don't particularly

23 know what it's called.

24      Q    And are you paying for his representation

25 today?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1          A     No.
2          Q     What did you do to prepare for the
3    deposition today?
4          A     I guess Jared and I went over some
5    practice.
6          Q     Did you speak with your husband to
7    prepare for the deposition?
8          A     No.
9          Q     Did you read a rough draft of his
10   deposition transcript?
11         A     I don't know what that means, but no.
12         Q     So haven't seen any type of transcript of
13   his deposition?
14         A     No.
15         Q     Did you meet with anyone other than
16   Mr. Davidson?
17         A     No.
18         Q     Did you look at any documents with
19   Mr. Davidson?
20         A     I think we looked at a few.
21         Q     And what type of documents were those?
22         A     I believe they were like transcripts from
23   Twitter.
24         Q     Transcripts from Twitter?
25         A     Yeah.  Yes.
```



1        Q     Anything else you looked at?

2        A     I don't recall if we did.

3        Q     What exactly is a transcript from

4   Twitter?  When I think of Twitter, I think of

5   messages.

6        A     I mean, it wasn't in a Twitter format.

7   So I'm calling it a transcript.  I don't know exactly

8   what it was, but that's my definition.

9              MS. HYLAND:  I am going to bring in

10             Exhibit 1.  I may need a little help from

11             the court reporter on exactly the best

12             way to do this.  I think I'm supposed to

13             share my screen; is that right?

14             THE VIDEOGRAPHER:  Yes, you can

15             share your screen.  And you should be

16             able to select the exact screen view you

17             would like to share, as well.

18             MS. HYLAND:  Okay.  I'm hoping I

19             did this correctly.  Is everybody able to

20             see this deposition notice?

21             THE WITNESS:  Yes.

22             MS. HYLAND:  Okay.  This will be

23             marked as Exhibit 1.

24             (B. Andrews Deposition Exhibit No.

25             1 was marked for identification.)



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1   BY MS. HYLAND:
 2        Q    Do you recognize this document?  And I
 3   can scroll if you want me to.  You just need to tell
 4   me to scroll down.
 5             MR. DAVIDSON:  Amanda, if I may
 6        just say, because this is sort of a
 7        different format than Veritext, since
 8        you're sort of controlling the screen,
 9        I'd would just like to instruct
10        Ms. Andrews to feel comfortable telling
11        Defendant's counsel if she needs you to
12        scroll up and down so that she can
13        adequately review the document that's
14        being presented to her.
15             THE WITNESS:  I believe I've seen
16        that, yes.
17   BY MS. HYLAND:
18        Q    And is this a subpoena that you received
19   from the True the Vote Defendants -- I'm going to
20   scroll down here -- dated June 18th, 2024?
21        A    It looks like it.
22        Q    Okay.  And I'm going to keep going down
23   to the actual document requests.
24             Do you recognize these document requests?
25        A    Yes.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1       Q      And did you make efforts to collect these

2  documents in response to the subpoena?

3       A      The attorneys did.  I gave them what they

4  wanted.

5       Q      Okay.  You say you gave them documents.

6  What did you do to search for documents?

7       A      What did I do?  They took control of my

8  social media, my phone, my e-mails.

9       Q      Okay.  Did you have any documents in

10  paper form that would be responsive to this request?

11      A      I don't recall.

12      Q      Let me go to the next exhibit.

13             MR. DAVIDSON:  Amanda, would it be

14        possible to circulate via e-mail the

15        exhibits that you're screen sharing so

16        that we can -- attorneys can take a

17        fulsome look, if that makes sense?

18             MS. HYLAND:  Do you want me to do

19        that in realtime?

20             MR. DAVIDSON:  So I think we can

21        talk more of this globally, like going

22        forward, but if before the break there

23        are any other documents that you're

24        planning to use, if we could just either

25        on a -- we'd just like to be able to take



1  a look at the four corners of the whole

2  document contemporaneously with you

3  showing them to the witness.  So whether

4  that's --

5        MS. HYLAND:  Sure, I can shoot you

6  an e-mail with the document as I'm

7  introducing it.  I don't have any concern

8  about doing that other than it's going to

9  slow us down, but I'm happy to do it.

10        MR. DAVIDSON:  Great.  Thank you.

11        MR. DUBOSE:  And if you would CC

12  me, Amanda, as well.  This is Von.

13        MS. HYLAND:  Give me just a moment

14  and I'll do that now.  Hold on.

15        Okay.  Did you receive the e-mail

16  from me?

17        MR. DAVIDSON:  Not yet.

18        MS. HYLAND:  Oh, no.  I think we're

19  having a fire alarm in our building.  Can

20  you hear that?  Let's go off record for

21  just a moment, please.

22        THE VIDEOGRAPHER:  We are now going

23  off the record at 10:07 a.m. Eastern

24  Standard Time.  Stand by.

25              (Brief pause.)



```
1              THE VIDEOGRAPHER:  We are now back
2       on the record at 10:31 a.m. Eastern
3       Standard Time.
4              MS. HYLAND:  Thank you.  I
5       apologize for that.  Thank you,
6       Ms. Andrews, for being patient with us
7       while we evacuated and returned.
8              (B. Andrews Deposition Exhibit No.
9       2 was marked for identification.)
10  BY MS. HYLAND:
11       Q    So I was about to introduce Exhibit 2,
12  and I had already sent that exhibit to your counsel
13  and I am now going to attempt to share it.  Okay.
14             Are you able to see this document,
15  Ms. Andrews?
16       A    Yes.
17       Q    Okay.  And do you recognize this document
18  as your responses and objections to the document
19  requests in the subpoena from True the Vote?
20       A    Can you scroll?
21       Q    Absolutely.
22       A    Okay.
23       Q    So are these your objections to the
24  document requests that were in the subpoena?
25       A    Yes.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q      Okay.  And were these dated July 9th,

2    2024?

3        A      I don't recall.

4        Q      The date is actually on the document

5    there.

6        A      Okay.

7        Q      Were these dated July 9th, 2024?

8        A      If that's what it shows.  I --

9        Q      Do you have any reason to believe that

10   this document was not signed on July 9th, 2024?

11       A      No.

12       Q      Okay.  And I believe you mentioned that

13   you turned over your social media accounts, your

14   phone and your e-mail to your counsel in response to

15   this?

16       A      Yes.

17       Q      Did you personally search any -- anything

18   yourself?

19       A      No.

20       Q      Do you know if your counsel used any

21   particular keywords to perform the search that they

22   performed?

23       A      No.

24       Q      On the social media, you said you turned

25   over those accounts to your counsel.  Specifically,



BRENDETTA ANDREWS                              October 28, 2024
ANDREWS V. D'SOUZA

 1 | which social media accounts did you turn over to your
 2 | counsel?
 3 |        A     Twitter, Facebook, TikTok and Instagram.
 4 |        Q     And did you give them access by giving
 5 | them your passwords?
 6 |        A     Yes.
 7 |        Q     Okay.  Did counsel explain to you that
 8 | they were going to use a vendor to assist in any of
 9 | these searches or is it your understanding that the
10 | lawyers did it themselves?
11 |        A     I believe they said vendor, a third
12 | party.  I don't exactly recall.
13 |        Q     Okay.  And are you aware of any documents
14 | that were responsive to these requests that you
15 | withheld?
16 |        A     That withhold any documents?
17 |        Q     Correct.
18 |        A     No.
19 |        Q     Have you seen the film 2000 Mules?
20 |        A     No.
21 |        Q     Why not?
22 |        A     Why?  Why would I?  I mean, I've seen
23 | snippets that play all over the internet and all over
24 | Twitter.  But watch the entire movie, I have not.
25 | Don't want to.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1        Q      Have you encouraged anyone else to watch
 2   the film?
 3        A      No.
 4        Q      Have you read the 2000 Mules book?
 5        A      No.
 6        Q      Have you encouraged anyone else to read
 7   the book?
 8        A      No.
 9        Q      Have you encouraged anyone to buy the
10   book or the film?
11        A      No.
12        Q      Have you seen the trailer for the film?
13        A      Yes.
14        Q      And when did you first see the trailer
15   for the film?
16        A      What specifics do you want?  When you say
17   when did I, do you want date, year, time?
18        Q      If you know the date, that's great.  If
19   you don't it, context would be helpful.
20        A      I don't remember the date.  We were on
21   vacation and Mark had left -- we were outside --
22   outside.  Mark had left his phone to get in the pool.
23   And -- and I really don't remember all the details,
24   but a phone call came through from -- and I believe
25   she said Washington Post.  And I don't remember if
```



BRENDETTA ANDREWS                                   October 28, 2024
ANDREWS V. D'SOUZA

1  she called twice or why I went in and looked at the

2  message, but that's how I found out about this movie,

3  2000 Mules.

4       Q    And did you watch the trailer after that?

5       A    Yes.

6       Q    Had Mr. Andrews been investigated for

7  potential ballot fraud before you got that phone

8  call?

9       A    I don't know specifically what he was --

10 what the title of the investigation was, but he

11 was -- an investigator did show up to the house

12 before we got that message.

13      Q    And what was your understanding of why

14 Mr. Andrews was being investigated?

15      A    He did something illegal with the

16 ballots.

17      Q    And where did you get that understanding?

18      A    After the investigator left.

19      Q    Did the investigator say anything to you

20 about --

21      A    I didn't talk to -- excuse me.  I'm

22 sorry.

23      Q    Did the investigator say anything to you

24 or to Mr. Andrews as to why he had been identified

25 as, you know, a person of interest or a suspect in



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1   this investigation?
 2        A    I didn't talk to them at all.  But from
 3   what Mark told me, somebody filed a complaint on him.
 4   Somebody filed this complaint.
 5        Q    And did you ever come to find out who
 6   filed that complaint?
 7        A    Yes.
 8        Q    And who was it?
 9        A    David Cross.
10        Q    And do you know who David Cross is?
11        A    Explain what you are asking me.  Do I
12   know who he is?  I see his persona of who he is on
13   Twitter.
14        Q    And what is that?
15        A    I just see -- he calls himself Georgia
16   Ballots and that's David Cross, I mean.  And he's the
17   one that filed the complaint.
18        Q    When you got the call when you were on
19   vacation or -- I believe it was your husband that got
20   the call and not you, right?
21        A    It was his phone.
22        Q    From the Washington Post?
23        A    Yes.
24        Q    Did you answer it?
25        A    No.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1      Q      Did the person leave a voicemail?

2      A      I can't remember if it was a voicemail or

3  -- well, I'm assuming it was a voicemail, but I don't

4  remember.

5      Q      How did you know it was someone from the

6  press?

7      A      That's what I'm saying.  I'm assuming it

8  was a voicemail.

9      Q      Okay.

10     A      And I don't -- and I don't know why I

11 opened his phone, because we don't do that.  We don't

12 look at each other's phone.  We don't do stuff like

13 that.  What made me open up the message, I don't

14 know.  If she called twice and I was like, okay, let

15 me open up his phone, but I don't remember.

16     Q      It sounds like you don't remember exactly

17 what the message said, but do you remember any

18 details around it?

19     A      I just remember, he's in this movie, 2000

20 Mules, and I do remember saying, do you want to make

21 a comment or something like that.

22     Q      But she specifically referenced 2000

23 Mules in the voicemail?

24     A      She -- and again, you know, this is

25 almost three years ago.  She had to have, because I



BRENDETTA ANDREWS                              October 28, 2024
ANDREWS V. D'SOUZA

```
 1  went and looked it up.  I went and Googled it.
 2       Q     And when you say you went and looked it
 3  up, what did you do?
 4       A     I Googled 2000 Mules and I found the
 5  trailer.
 6       Q     Okay.  Did you send the trailer to
 7  anybody to watch?
 8       A     I did not.
 9       Q     Did you tell anyone about the trailer?
10       A     You mean, immediately after I saw it or
11  later on?
12       Q     Either.
13       A     Yes, I sent the trailer.
14       Q     Okay.  Who did you send the trailer to?
15       A     I sent the trailer to one of Mark's
16  sisters.  I sent it to my mom and my sister.
17       Q     Okay.  So you sent it to family?
18       A     Yes.
19       Q     Did you send it to anybody --
20             THE VIDEOGRAPHER:  What happened?
21             THE REPORTER:  I think she got
22       bumped off Zoom, so we should go off the
23       record.
24             THE VIDEOGRAPHER:  We are now going
25       off the record at 10:44 a.m. Eastern
```



1    Standard Time.  Stand by.

2                   (Brief pause.)

3            THE VIDEOGRAPHER:  We are now on

4       the record at 10:45 a.m. Eastern Standard

5       Time.

6            MS. HYLAND:  Thank you.

7    BY MS. HYLAND:

8       Q    Ms. Andrews, I think my last question

9    was, did you send the trailer to anybody other than

10   your family?

11      A    No.

12      Q    Okay.  Would you consider your husband a

13   private person?

14      A    Yes.

15           THE REPORTER:  She dropped off

16      again.

17           THE VIDEOGRAPHER:  We are now going

18      off the record at 10:46 a.m. Eastern

19      Standard Time.  Stand by.

20                   (Brief pause.)

21           THE VIDEOGRAPHER:  We are now back

22      on the record at 10:52 a.m. Eastern

23      Standard Time.

24           MS. HYLAND:  Thanks, Ms. Andrews.

25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  BY MS. HYLAND:

2      Q    Would you consider your husband to be a

3  private person?

4      A    Yes.

5      Q    And what is it about your husband that

6  makes you say that?

7      A    He doesn't do social media at all.  I

8  mean, he's just private.  I mean, you won't find --

9  you won't find a picture of him on the internet

10  anywhere, about anything.  Even if you go to his

11  company's website, his picture is not out there.

12  LinkedIn, not in it.  And he encourages us -- well,

13  that's --

14      Q    Has he ever told you why he doesn't want

15  his picture to be associated with his work, for

16  example?

17      A    I think it's not that he doesn't want it

18  associated, it's the nature of his job.  It's his

19  nature.  So I wouldn't read too much into that.  It's

20  just how he is.

21      Q    Was he given at an opportunity at his job

22  to do like a professional head shot on the website

23  and declined to do that?

24      A    I have no idea if he was or how it works.

25      Q    Is one of the reasons that your Facebook



BRENDETTA ANDREWS                           October 28, 2024
ANDREWS V. D'SOUZA

1  account is private to protect his privacy?

2       A    No.  I mean, it's to protect mine, too.

3  I mean, it had nothing to do with -- I mean, we took

4  all of his pictures off our social media when this

5  mule stuff came out.  So I don't have any pictures of

6  him out there.  But no, it's not private because of

7  him.

8       Q    Why did you take all of the pictures of

9  him off of social media?

10      A    Because I still have my name out there,

11  and after the investigation, all -- you know, our

12  information is public record.  So, you know, anybody

13  who knows who he is, you know, they know who I am.

14  My name is very unique.  So --

15      Q    But you said earlier that, after the

16  investigation, you took all of the pictures of him

17  off of your social media.  Did I hear that right?

18      A    Yes.

19      Q    And I'm asking you why you would remove

20  pictures of him from your private Facebook account.

21      A    Because he is associated with me, because

22  it's public record, you know.  I didn't want people

23  coming after me because they see his picture out

24  there and, oh, yeah, that's the -- that's the Mule's

25  guy and that's his wife.  It was a precaution and --



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   that's just it.
2         Q    And I'm sure you're aware that your
3   husband has filed a lawsuit relating to the 2000
4   Mules film, right?
5         A    Yes.
6         Q    Did you make this decision together as
7   husband and wife or was it solely his decision?
8         A    We talked about it.  We discussed the --
9   we discussed the advantages and the disadvantages.
10  But in this household, Mark has the final decision.
11  That's what he -- go ahead.  Sorry.
12        Q    I was going to say, did you agree with
13  his decision to file this lawsuit?
14        A    I think we both came to the decision that
15  we had no choice.
16        Q    And --
17        A    We didn't want to.  We were hoping that
18  it would die down.  We were hoping that once people
19  saw that he had been investigated and cleared, you
20  know, we would be just like the other 2000 Mules, but
21  it didn't work out that way for us.  We both felt we
22  had -- we had no other alternative.
23        Q    And what happened to Mr. Andrews
24  specifically that you think was different from other
25  mules in the film?



1        A       For one, you know, all the threats and

2    everything, you know, against mules as a group.  Of

3    course, he was considered a mule, so the threats were

4    against him.  But in particular, there were

5    particular -- many threats out there particular to

6    him.  The guy --

7        Q       Can you give me an example of one?

8        A       Sure.  The guy in the -- and I'm

9    paraphrasing.  I don't know the exact wording,

10   whatever.  But there were many, but I always remember

11   the three.  The guy in the white SUV, him and his

12   family should be hung.  The guy in the white SUV --

13   or the man in the SUV, yeah, him and his family

14   should be lined up and shot for treason.  The man in

15   the white SUV, him and his family should be house

16   arrested.

17             That was distinct.  And I don't know what

18   other threats they made against mules as a group, but

19   that was particular to him, and that was particular

20   to my family.  And I joked --

21       Q       Do you know the platform -- I'm sorry.

22       A       Go ahead.  Go ahead.  I'm done.  What

23   platform?

24       Q       I was just going to say, do you remember

25   what platform that comment was made on?



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

1         A       Twitter.

2         Q       And do you remember the name of the

3    person who made the comment?

4         A       No, I do not.  There were several

5    different people.  And, at the time, you know, it was

6    like he was the super mule, because that's -- it

7    seems as though the only mule they were talking about

8    was the guy in the white SUV.  And I would always say

9    there are 1999 more mules, but he was always the

10   central focus.

11              So those threats were particular to him.

12   And I had never -- and I joke, you know, Jeffrey

13   Dahmer was eating people, but I've never heard

14   somebody say, you know, I'm going to kill Jeffrey

15   Dahmer and his whole family.  They were threatening

16   his whole family.  That was disturbing.

17              So I -- you know, and I told Mark about

18   those three.  And I just always remember, like, why

19   are they coming after us, you know.  And it just felt

20   like we had no choice.

21        Q       Do you have feelings one way or the other

22   as to whether your husband should settle this case or

23   take it all the way to trial?

24        A       Again, that's Mark's decision.

25        Q       What's your personal preference?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A     I have none.  It's his choice.  It's his

2   decision.  Settle, not settle, you know.  As he tells

3   me, Bren, it's never going to be over.  We're going

4   to have to live with this for the rest of our lives.

5             You can go find a Mules book, a Mules

6   movie anywhere, Amazon, Amazon International, eBay,

7   eBay International.  There's always going to be

8   somebody watching that movie or reading that book and

9   he's going to always be considered a mule to many

10  people.  That's the rest of our lives.  That's the

11  gift that Mules gave us.

12       Q     Did you have any --

13       A     I'm sorry.  I'm done.

14       Q     Did you have any hesitation about

15  bringing this lawsuit?

16       A     Sure.  Sure, you know.  It's more

17  attention on us.  More people learning where we live.

18  You know, I'm thinking about my children, our

19  immediate family.  What about our other family?  I've

20  got an 85-year-old mom, you know.  She has to hear

21  Mules when she watched -- you know, our siblings.

22  You know, it's not just affecting us, it's affecting

23  them, too.

24             But, again -- and we've -- you know,

25  we've questioned bringing the lawsuit and we always



 1  go back to the same conclusion.  We had to choice
 2  because if we hadn't had brought it, it would be
 3  worse, you know?  They would still --
 4      Q    How come?
 5      A    They would still be out there promoting
 6  it.  Dinesh was in Australia just in June.  I believe
 7  he will be everywhere.  What would have stopped -- I
 8  believe the lawsuit -- it didn't stop it.  It didn't
 9  stop the false accusation that he was this mule, but
10  it kind of slowed it down.  Right?
11           So, you know, we always say, was it worth
12  it, and we always come back to the same conclusion.
13  We had to choice.  For example, what is it Kari Lake,
14  he had his -- she had his picture on her campaign
15  poster.  You know, every time Dinesh and True the
16  Vote talked about mules, they had his picture up.
17           There was a billboard.  Someone had
18  created a billboard, you know, like he was on a
19  billboard, with his image in it, Turn Yourself In,
20  you know, We'll Represent You.  It was all over
21  Twitter.  It was all over Facebook.  It was all over
22  the internet.  And he said I'm the poster child, and
23  he is.  He's the super mule.  You know, they were
24  using his image.
25           Dan Brigago, whatever his name, he's the



1    image they used.  We had no choice because people

2    were -- you have to be really angry at someone to

3    want to kill them and their entire family.  We had no

4    choice.  We had no choice.  We come back to that

5    conclusion, it would be worse.

6         Q    So you said that you felt like you had to

7    file the lawsuit because, if you hadn't, the film

8    would have been promoted even more; is that right?

9         A    He filed the lawsuit and Dinesh put the

10   book out anyway.  Every opportunity he got, he was

11   promoting Mules.  Somebody could be talking about

12   bananas and he would go on Twitter and do a thing and

13   say, that's why I did Mules, because banana -- any

14   opportunity he got, you know.

15             And the one that scared me the most --

16   because every time he did that, you know, the chatter

17   would start.  We need to find the mules.  Why haven't

18   we prosecuted them.  They need to be tried for

19   treason.  They need to be shot.  Every time he did

20   that, that's a lot of stress, you know.  That's a lot

21   of stress.  And the one that scared me the most was

22   when, I think, Putin put something out there about

23   mules.  And go, see, even Putin knows Mules is true.

24   I'm like, oh, now we've got to worry about Russians.

25             Do you know how stressful that is, you



 1 | know.
 2 |      Q     I want to go back to, you know, you said
 3 | several times you didn't have a choice --
 4 |      A     Uh-huh.
 5 |      Q     -- and it would have been worse if you
 6 | hadn't filed the lawsuit; is that right?
 7 |      A     That's my belief, our belief.
 8 |      Q     What -- are there any other reasons you
 9 | felt like you had to file the lawsuit?
10 |      A     People out there threatening his -- my
11 | entire family, because they think he stole the
12 | election from Trump?  That wasn't enough?
13 |      Q     I didn't ask -- I didn't say that.  I'm
14 | just asking you.
15 |      A     Yeah, I can't think of anything else
16 | offhand, but, you know, you've got these -- not only
17 | threatening him, those are my children you're talking
18 | about.  You know, I would see people out there saying
19 | my children helped with the ballots.  Where did you
20 | get that from?  You know, people are adding -- it's
21 | already a lie, but there are people out there adding
22 | this other stuff.
23 |            I just believe that the lawsuit slowed it
24 | down a little.  But it didn't stop Dinesh.  June,
25 | you're in Australia promoting this like it's real.



1  You know, I could see if you had taken him out of the
2  movie, that was easy, but you're still out here
3  defaming this guy.
4       Q    Were you personally aware of whether
5  Mr. Andrews appeared in the version of the film that
6  Mr. Dinesh played in Australia this summer?
7       A    No.
8       Q    Did you increase the security at your
9  home after filing this lawsuit?
10      A    Yes.
11      Q    And why -- why did you do that?
12      A    Because of the threats, the threats.  And
13  so, you know, Mark is always saying, you know, I -- I
14  just want to protect my family.  And luckily, he knew
15  a guy from NCR who started his own -- he's a security
16  guru, expert or whatever, so he contacted him.  You
17  know, I'm in this movie, what can I do to protect my
18  family?  What can I do to protect me?  Of course we
19  put up more security.
20      Q    Did you participate in choosing the law
21  firms or the lawyers that represent your husband?
22      A    No.
23      Q    How closely have you followed the
24  lawsuit?
25      A    Explain what -- I don't --



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

1      Q      Like, do you read everything that's filed
2  in the case?  Do you -- do you follow it closely?
3      A      No.  No.  I don't -- whatever he's doing
4  with his lawyers, I don't have nothing to do with it.
5  The -- what does he call them, the derogatories or --
6  interrno -- something, I don't care.  I have nothing
7  to do with it.
8      Q      I know that you're saying you don't talk
9  with his lawyers.  I'm just asking if you're paying
10 attention to what's filed in the case?
11     A      Not really.  I go out there every once in
12 a while, or if I see something on Twitter, I go out
13 there and look at it.  But no, I'm not out there
14 everyday, oh, no.
15     Q      Have you ever spoken with your husband's
16 lawyers about the case?
17     A      I don't recall.  Maybe in the beginning,
18 but, you know, after that, I'm not on the calls or
19 anything like that.
20     Q      After the lawsuit was filed, do you
21 remember seeing any news coverage about the lawsuit?
22     A      Sure, yes.
23     Q      What do you remember seeing?
24     A      Well -- excuse me.  The Atlanta -- what
25 is it?  The Atlanta Journal-Constitution, that was



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   probably the first article.

2        Q     Do you remember seeing any other news

3   stories about it?

4        A     I'm sure I did.  You know, I don't

5   recall.

6        Q     Throughout the pendency of this lawsuit,

7   so from the time it was filed until now, how many

8   stories do you think you've read about the lawsuit?

9        A     Several.  Because each -- each article

10  gives you a different perspective and, you know, in

11  each article I think I find out something new.

12  Everybody doesn't write -- you know, they give you

13  different perspectives.  So I've read several.

14       Q     So you said several, like ten, 20, 30?

15  How many articles do you think you've seen?

16       A     I have no guess, ma'am.

17       Q     And I know you said you haven't spoken

18  with Mr. Andrews' attorneys since the beginning of

19  the case --

20       A     I don't recollect.  Go ahead, I'm sorry.

21  I didn't mean to interrupt you.

22       Q     Well, no.  If I'm recalling your

23  testimony wrong, I would like for you to correct it.

24       A     Okay.

25       Q     Is there a point in time in which you



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   retained counsel?

2        A    Yes.

3        Q    And when was that?

4        A    I don't know the exact month and time,

5   but it's recent, because I got deposed.  They had

6   to -- you subpoenaed me, I guess.

7        Q    Do you know what True the Vote is?

8        A    I've read up on True the Vote.  I've

9   read -- I've seen some things about it, yes.

10       Q    When did you first hear about True the

11  Vote?

12       A    I don't know when I first heard, you

13  know, but they're the main contributors to the Mules

14  movie, story.

15       Q    What forms the basis of that belief that

16  True the Vote is the main source for the story?

17       A    People are so convinced.  They are so

18  convinced that Mules is true because of the so-called

19  data that True the Vote said they had.  You know,

20  they -- they tracked him from box to box.  They

21  tracked his phone to a violent riot.  They even did a

22  lifestyle trace on him.  Bad person, bad people.  And

23  people believed it.

24            They can quote True the Vote's rhetoric.

25  In order to be a mule, you had to be at so many



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  boxes, so many times.  They quote it like scripture,

2  you know.  So they're the catalyst.  If you're

3  convincing people that you've got all this great

4  data, you know, people are going to believe it.

5       Q    That sounds to me like you have read

6  about True the Vote from some -- something other than

7  the film.  And I'm just trying to get where you heard

8  about them, since you said you hadn't seen the film.

9       A    Articles.  You know, that's the basis of

10 the entire mule world.  Right?  You know.

11      Q    Have you ever interacted with True the

12 Vote?

13      A    Interact in what way?

14      Q    Spoken with somebody at True the Vote,

15 messaged somebody at True the Vote?

16      A    I have not spoken with anybody at True

17 the Vote.  The only thing I do is make comments on

18 Twitter.  And I believe they blocked me years ago, so

19 I don't communicate directly with them.

20      Q    Are you aware of any times that True the

21 Vote identified Mr. Andrews by name?

22      A    No.

23      Q    Do you know who Catherine Englebrecht is?

24      A    She's part of True the Vote.

25      Q    When did you first become aware of her?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A      I don't know.

2        Q      Do you know anything about her other than

3    just that she's associated with True the Vote?

4        A      I've read articles on her.  I don't

5    remember.

6        Q      Have you had any interactions with her?

7        A      Define interaction.

8        Q      Any kind of communication with her?

9        A      Only if I made a comment on Twitter, that

10   I recall.

11       Q      Are you aware of any time that Catherine

12   Englebrecht identified Mr. Andrews by name?

13       A      No.

14       Q      Do you know who Gregg Phillips is?

15       A      Part of True the Vote.

16       Q      And how did you know that?

17       A      Reading.

18       Q      And have you had any communications with

19   him?

20       A      Not that I know of, except maybe

21   commenting or replying to something on Twitter.

22       Q      And are you aware of any times that

23   Mr. Phillips identified Mr. Andrews by name?

24       A      No.

25       Q      Do you know who Dinesh D'Souza is?



1    A    I did some reading.

2    Q    How do you first learn who he is?

3    A    He's the producer of 2000 Mules.  He's

4  the one that looked right in the -- well, he's the

5  one -- the voiceover who clearly accuses Mark of

6  committing a crime.

7    Q    And have you had any communications with

8  Mr. D'Souza?

9    A    Twitter.  Just replying to comments or

10  whatever on Twitter.

11    Q    And are you aware of any times that

12  Mr. D'Souza identified Mr. Andrews by name?

13    A    Yes.

14    Q    When?

15    A    I saw a YouTube and he was talking to

16  some -- two guys, I don't know, and he said -- and he

17  said -- he was talking about the lawsuit.  And, you

18  know, they were asking, well, this guy, the only one

19  of the 2000 mules in the movie that sues, and he said

20  his name.  He said, Yeah, Mark Andrews is the only

21  one that has sued -- sued, you know, whatever.  So he

22  did mention his name.

23    Q    Other than that video, are you aware of

24  any other instances in which Mr. D'Souza mentions

25  Mr. Andrews by name?



1        A     No.

2        Q     Are you aware of any time that anyone

3    else associated with D'Souza Media has mentioned

4    Mr. Andrews by name?

5        A     No.

6        Q     Do you know how long Mr. Andrews is in

7    the 2000 Mules film, like how many seconds?

8        A     No.  I -- no.

9        Q     I want to go back to the call from the

10   Washington Post that came in while you were on

11   vacation.

12            Were you aware of any other reporters

13   attempting to contact Mr. Andrews around that time?

14       A     Yes.

15       Q     And who was that?

16       A     I don't remember her name.

17       Q     How did she try to reach out to him?

18       A     On his LinkedIn.

19       Q     And did Mr. Andrews respond to either of

20   those reporters?

21       A     No.

22       Q     Why not?

23       A     When we first -- you know, we watched the

24   trailer.  The first thing I wanted to do was to

25   scrape all of my stickers off of my truck, because



1  stickers identify, you know, your vehicle.  There

2  were several distinct places on the back of the

3  truck.  And Mark said, well, no, let's talk to

4  Charletta.  Because his sister is an attorney.  And

5  so I don't know if we talked to her first or --

6              MR. DAVIDSON:  And I'm just going

7        to jump in and instruct Ms. Andrews not

8        to disclose any of the substance of the

9        communication with Charletta.  So I'm

10       just going to step in.

11             Ms. Hyland, please feel free to

12       continue.

13             THE WITNESS:  She advised us not to

14       talk to reporters, and she advised us not

15       to take the stickers off the truck.

16             MR. DAVIDSON:  And again,

17       Ms. Andrews, I'm going to instruct you

18       again not to disclose the substance of

19       the conversations.

20             THE WITNESS:  Okay, okay.  Sorry.

21  BY MS. HYLAND:

22       Q     Did you ultimately take the stickers off

23  the truck?

24       A     Yes.

25       Q     And why did you take the stickers off the



BRENDETTA ANDREWS                                        October 28, 2024
ANDREWS V. D'SOUZA

 1 | truck?
 2 |     A    Because it identifies my truck.  That's
 3 | what makes my truck distinctive.  And the truck's --
 4 | the truck's in the movie, it's in the trailer, it's
 5 | everywhere.  So --
 6 |     Q    What stickers are those that you removed?
 7 |     A    Schools, a Michelle Obama sticker, We
 8 | Vote.
 9 |     Q    Which school?
10 |     A    Spellman, Morehouse and Emory.
11 |     Q    And when did you take the stickers off
12 | the car?
13 |     A    When we got back and -- when we got back
14 | from vacation.
15 |     Q    Is the reporter who left the message on
16 | Mr. Andrews phone, was her name Amy Gardner?
17 |     A    I think so.  I think so.
18 |     Q    Do you know if she tried to reach out to
19 | anyone else in your family?
20 |     A    Yes.
21 |     Q    And what did she do?
22 |     A    She contacted my daughter.
23 |     Q    And how did she do that?
24 |     A    I believe -- I don't know if it was
25 | Instagram or it may have been something else, and



 1   LinkedIn.

 2        Q      And how did you become aware that she had

 3   reached out to your daughter?

 4        A      She ran into our bedroom and told us.

 5        Q      And what did you tell your daughter to do

 6   with that?

 7        A      Do not talk with her at all, don't

 8   acknowledge you knew Mark at all.

 9        Q      Are you aware of anyone in your family

10   ever actually speaking with a reporter?

11        A      No.

12        Q      Do you know if the reporter from the

13   Washington Post actually ran a story that mentioned

14   Mr. Andrews?

15        A      I do not.

16        Q      Are you aware of any news stories

17   following the investigation of your husband that

18   mentioned him by name?

19        A      I don't recall.

20        Q      Are you aware of any news story that

21   mentioned your husband by name other than those about

22   this lawsuit?

23        A      I don't know.

24        Q      Have you ever heard of a reporter named

25   Ali Swenson?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          A      I don't recall.  I don't recognize it.

2          Q      Do you know somebody named Ryan Germany?

3          A      I think that's the -- I get them mixed

4    up.  One was the investigator that came to the house

5    and one is the -- I don't know -- the representative

6    for the SEB, I guess.  I've heard his name.  I forgot

7    which one he is.

8          Q      I'm going to represent to you that he is

9    the representative from the Elections Board.

10         A      Okay.

11         Q      Have you ever spoken with him?

12         A      No.

13         Q      Have you ever corresponded with him?

14         A      No.

15         Q      Do you know if your husband has?

16         A      Yes.

17         Q      And what do you know about that?

18         A      Okay.  So the reporter calls that Sunday.

19   He called Sunday night.  And so -- and he was asking

20   Mark, did he want to show up to the investigation.

21   Of course, we're out of town.  He wouldn't have went

22   anyway.  And so the last thing he told Mark was, now

23   you know -- and I'm paraphrasing -- once this

24   investigation is over, you know, everything is public

25   record.



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1              And that's the same thing the

2    investigator said.  Once this investigation is over,

3    everything is public record.  And we didn't realize

4    what that meant.  We're like, okay.  So, yeah, I do

5    remember him speaking with him.

6         Q    Do you know if Mr. Germany advised your

7    husband to get a lawyer?

8         A    I don't know if he did or he didn't, but

9    I just remember telling Mark he needed to get one.

10        Q    You mentioned the investigator.  When was

11   the first time you were aware that Mr. Andrews was

12   being investigated?

13        A    I guess when the investigator showed up

14   to the door.  Because, you know, we don't answer

15   phone calls from people's numbers we don't recognize,

16   and he had been calling.  I think he was saying he

17   was investigating blah, blah, blah or something, and

18   Mark never picked up the phone.  That's why he showed

19   up at the door.

20        Q    Did he come into your home at that point?

21        A    Yes.

22        Q    And how long did he stay?

23        A    I have no idea.  I knew he was down.  I

24   came upstairs.  I didn't want to listen to the

25   conversation.



1      Q      Did you talk with the investigator at all

2   yourself?

3      A      No.

4      Q      Do you know if your children did?

5      A      No.  No one did.  We were -- no.

6      Q      Did the investigator ever attempt to

7   speak to you or your children?

8      A      No.

9      Q      Are you aware of any communications

10  between the investigator and Mr. Andrews other than

11  the one that occurred in your home?

12     A      Not that I know of.

13     Q      And about how long was it between that

14  investigation and the call with Mr. Germany, how much

15  time passed?

16     A      I have no idea.

17     Q      Do you remember anything else about your

18  husband's call with Mr. Germany other than a

19  discussion about the investigation being public

20  record?

21     A      No, just that he -- it was Sunday, and I

22  think the investigation was going to be Monday, but

23  no.

24     Q      When you say the investigation was going

25  to be Monday, was the investigation not already over



1  at that point?

2       A    No.  That's why I -- I guess that's why

3  the Germany guy called.  He asked him if he wanted to

4  be there, and he told him we were out of town.

5       Q    Oh, are you talking about the public

6  hearing?

7       A    Yeah, that.  Am I saying the wrong

8  terminology?  Okay, yeah, public hearing or whatever

9  it was.  I call it investigation.  Whatever.  It was

10 the next day, I think, Monday.  He asked him if he

11 wanted to come.  He said, I'm out of town.

12      Q    And was that the vacation you were

13 telling me about or was he -- was he out of town for

14 a different reason?

15      A    Could you repeat that, please.

16      Q    When you said Mr. Andrews was going out

17 of town, was that to go on the vacation you were

18 telling me about before or was he going out of town

19 for a different reason?

20      A    Okay.  We were out of town when the

21 Germany guy called.

22      Q    You were already on vacation?

23      A    Yes, we were already out of town.  And

24 when he asked did he want to come, he told him we

25 were out of town.  We are out of town.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1        Q     And where were you?
2        A     Orlando.
3        Q     And so there's this hearing.  Did anybody
4   call you to tell you how the hearing went?
5        A     No.
6        Q     And by "you," I'm sorry.  I should say
7   did anybody call Mr. Andrews to tell him how the
8   hearing went?
9        A     No.
10       Q     Did he call anyone to ask how it went?
11       A     No.
12       Q     So after the hearing, you and Mr. Andrews
13  had no idea whether he had been cleared or not?
14       A     I found out because I went to Twitter.
15       Q     And when was that?
16       A     Sometime Monday evening, after I assumed
17  that it was over.
18       Q     Okay.  And do you know what you saw on
19  Twitter?
20       A     Yeah, I do.
21       Q     And what did it say?
22       A     The first, I guess, word I came upon,
23  someone had put the entire -- I'm saying
24  investigation -- out there.
25       Q     The transcript?
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A      Not the transcript, but the actual

2    meeting or whatever you call it.  You know, the

3    video.

4        Q      The video of the meeting?

5        A      The video.  And they just happened, when

6    they were talking about case number blah, blah blah,

7    the guy in the white SUV.  And so I watched it.  And

8    he was saying, yeah, case blah, blah, blah, guy in

9    the white SUV that was on the Tucker Carlson -- Fox

10   News Tucker Carlson and on the -- whatever other show

11   he was on.  I forgot.  Curt somebody.

12              Ms. Andrews -- and I'm paraphrasing, I

13   don't know -- Mr. Andrews was dropping off the

14   ballots for his wife and his three kids.  That's the

15   video that was featured on the Tucker Carlson show,

16   blah, blah, blah, and I freaked out.

17       Q      Do you remember -- do you remember whose

18   account this was?

19       A      No.

20       Q      Do you know how this person identified

21   Mr. Andrews by name?

22       A      What person?

23       Q      The Twitter person, the account you were

24   reading.

25       A      I don't -- I don't think so.



1       Q     So you don't think that that particular

2   Twitter post referenced your husband by name?

3             MR. DAVIDSON:  Objection.

4             THE WITNESS:  No.

5             MR. DAVIDSON:  You can answer.

6             THE WITNESS:  I don't recall it.

7   BY MS. HYLAND:

8       Q     And are you aware of any communications

9   between Mr. Germany and your husband after the

10  hearing?

11      A     No, I'm not aware.

12      Q     Do you have any idea how Mr. Germany got

13  your husband's phone number?

14      A     I don't.  I -- I don't.

15      Q     Have you had any communications with

16  anyone at the Secretary of State's office?

17      A     No.

18      Q     Have you had communications with anyone

19  at the State Election Board?

20      A     No.

21            MS. HYLAND:  I'm at a pretty good

22        stopping point.  Do we want to take a

23        quick break now or do you want to do a

24        lunch break now?

25            MR. DAVIDSON:  We'd be fine with



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

 1   taking a lunch break, I think, if that

 2   works for your schedule.

 3        MS. HYLAND:  Yeah.  Do you want to

 4   come back at, say, 12 -- I don't know.  I

 5   guess I'm going to brave the internet

 6   here in the office.  It seems to have

 7   gotten a little bit better, so I'm not

 8   going to try to run home.  Maybe 12:40.

 9        MR. DAVIDSON:  Does that work for

10   you, Bren?

11        THE WITNESS:  Yes.

12        MR. DAVIDSON:  Great.  All right.

13   We'll see you at 12:40.

14        MS. HYLAND:  And, Ms. Andrews, just

15   a quick reminder.  When we come back on

16   the record I'm going to ask about the

17   social media accounts.

18        THE WITNESS:  You mean the ones I

19   said I would go look up?

20        MS. HYLAND:  Yeah.

21        THE WITNESS:  Sure.

22        MS. HYLAND:  Thanks.

23        THE VIDEOGRAPHER:  We are now going

24   off the record at 11:38 a.m. Eastern

25   Standard Time.  Stand by.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1                    (Brief pause.)
 2    FILE 2
 3              THE VIDEOGRAPHER:  We are now back
 4         on the record at 12:44 p.m. Eastern
 5         Standard Time.
 6    BY MS. HYLAND:
 7         Q    Ms. Andrews, we'll get right back into
 8    it.
 9              Since 2022, have you ever felt unsafe?
10         A    Yes.
11         Q    When?
12         A    All the time.
13         Q    And what makes you feel unsafe?
14         A    Because of the violent threats that were
15    specific to our -- you know, to our family.  You
16    know, I -- you -- of course, you can't live -- you
17    can't live your life scared all the time, and so --
18    but I do feel -- you know, I wake up and I wonder is
19    somebody going to drive by my house and shoot it?
20    You know, it crosses my mind, you know.  And so, is
21    somebody going to follow him -- my husband to work
22    since they know where he works now, you know.
23              Just riding around in the truck.  If we
24    go to the mountains or wherever we're going, you
25    know, it's still that truck that's in the movie.
```



1          So, I mean, it just crosses are your

2    mind.  So --

3          Q     You said the violent threats.  You had

4    mentioned earlier -- I think you said three specific

5    posts?

6          A     Okay.

7          Q     With threats; is that right?

8          A     Yes, those are the three that I remember.

9    There were several against him.

10         Q     Do you remember -- I think you said those

11   were on Twitter?

12         A     Yes.

13         Q     How did you find those?

14         A     When you -- you know, I -- once I saw

15   that video, so I'm going through, you know, 2000

16   Mules or whatever, and the only -- and it appeared --

17   and of course it's not true he wasn't on there, but

18   it seemed like he was the only one they were talking

19   about.

20               And so what I did, I, you know, searched

21   and I put in Search 2000 Mules, guy in white SUV.

22   And all those tweets just popped -- they popped up.

23   That's how I found them.

24         Q     And do you remember when you did this?

25         A     It was after I saw that video, because



1    the guy kept saying, you know, the man -- the guy in

2    the white SUV.  And, you know, I was going through

3    the tweets and it just seemed like they were only

4    talking about him.

5            So I just went and did the specific

6    search and there were the tweets.  So it was after I

7    saw that video.

8        Q    And which video was that?

9        A    I keep calling it an investigation.

10   Whatever it was, that -- after they did the

11   investigation, that video.

12       Q    The video after they did the

13   investigation.

14       A    The SEB.

15       Q    I'm not sure which video you're talking

16   about.

17       A    They showed the video of that

18   investigation of Mark and two more people.  The SEB

19   or whatever that investigation was.  The hearing.

20   After I saw that hearing, the video of the hearing.

21   So that was that Monday.

22       Q    You've mentioned these threats that you

23   saw on Twitter.  Have there been anything else that's

24   happened that's made you feel unsafe?

25       A    It's just the constant mule, talking



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1    about mules and, you know -- and he's considered a

2    mule.  You know, they still talk about mules.

3         Q    Who is they?

4         A    The people on Twitter.  I'm not on any

5    other where I pay attention like that, you know.

6    Like I'm afraid when this election -- after this

7    election, if Trump losses, you know, they always come

8    back to mules.  So, if we'd arrested the mules, why

9    are they not -- why are they still running free.

10        And you know, as Mark has said, this will

11   never be over, because it's out there.  You know,

12   anytime you want to watch the movie, anytime you want

13   to read the book, you can buy it anywhere.  So how is

14   it ever going to be over?  There's somebody out there

15   always looking at that movie, reading that book, and

16   he's the central person.  That's a fact.

17        Q    And you said the people on Twitter

18   continue to make you feel unsafe; is that right?

19        A    Yes, because he's -- they consider him a

20   mule.  And they know where he lives.  And they know

21   everything about everybody in his family.

22        Q    When you say they know where he lives,

23   what makes you say that?

24        A    That was the point of Germany and the

25   other guy.  When it becomes public record, your



1    information -- and because they investigated

2    everybody in this house, all our information is out

3    there, public record.  And then True the Vote doxed

4    us, you know, last summer.  You know, what was the

5    purpose of that?

6         Q    What do you mean by doxing you?

7         A    You put all of our information -- or they

8    put all of our information out there on their

9    website.  And for what?  It's like, do you want

10   somebody to come find us?  Do you want somebody to

11   kill us?  What was the -- it was almost a year after

12   the lawsuit was filed.  And so we're not supposed to

13   be afraid?  It only takes one person, one demented,

14   crazy person.  That's all it takes, you know.  The

15   martyr.  Everything is supposed to be okay?

16              And the thing about is that, no offense

17   to Mark's attorneys, they may have talked to him

18   about it, because Mark didn't mention it to me.  And

19   I think he knew -- he hasn't -- I just left it alone.

20   But I saw it out there on Twitter.  This man's whole

21   family has been doxed.  It's out there on True the

22   Vote, blah, blah, blah, blah.

23              So -- and I don't talk to my kids about

24   mules because they have to function.  I don't talk to

25   Mark about mules.  He has to function.  But I felt



1  like I had to tell them that, look, they got your

2  name, your address, your telephone number.  You know,

3  watch out, you know, for anybody threatening you,

4  blah, blah, blah.

5           My daughter is scared.  I've seen what

6  they do people who have been doxed.  So we're not

7  supposed to be afraid?  When True the Vote and Dinesh

8  does stuff like that?  It's like never-ending.

9      Q    So you've mentioned the tweets and you've

10  mentioned the doxing.  Is there anything else in the

11  last couple of years that has made you feel unsafe?

12      A    Just the constant, you know, bringing up

13  mules.  It never goes away and he's the star.  When I

14  first started reading the tweets, you know, people --

15  one of the most common comments that I saw was that,

16  if this guy is innocent, why is he featured so

17  prominently in the movie and the trailer?  You know,

18  he has to be guilty, they wouldn't put an innocent

19  guy.

20           So every time -- Mules never goes away.

21  He's the super mule.  No matter how many apologies,

22  how many times True the Vote says they don't have any

23  data, he's the super mule because he's featured so

24  prominently.  I haven't seen the movie, but that's

25  what the comments were.  When is he ever going to



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

 1  escape it?  Never.  That's True the Vote's and

 2  Dinesh's gift to us.  We're never going to escape.

 3      Q     Have you done anything in response to

 4  your feelings of being unsafe?

 5      A     Anything like what?

 6      Q     Have you taken any action or done

 7  anything that helps you feel safer?

 8      A     You know, the security cameras are okay.

 9  I mean, you know, we want to move.  We've sat down

10  with our kids and, guys, we've got to move.  These

11  people know where we live, all over the world.

12  Somebody could fly in here just with that objective.

13  So we know we've got to move.  So that would make us

14  feel better, nobody knows where we live, but I -- I

15  personally feel like a sitting duck.  Um --

16      Q     Let me get --

17      A     Okay.  Go ahead.

18      Q     I was going to say, have you taken action

19  towards actually moving or buying another house?

20      A     We're looking into it.  I mean, houses

21  are expensive now.  So, I mean, we're just looking

22  into it, you know.  Even looking into getting rid of

23  the truck.  An SUV -- my truck is almost 20 years

24  old.  When we brought that -- compared to now, a new

25  SUV, even one of the cheapest ones, is like 80 grand.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1    That's a lot of money.

2              But I really want to get rid of it.  I

3    mean, I see no choice.  I will feel safer if we're

4    not riding around in the old, white Expedition.

5        Q    So I don't know that you finished your

6    answer when I asked if you -- what have you done, if

7    anything, to feel safer?

8        A    What can I do?

9        Q    You mentioned security cameras.

10       A    Yeah, Mark consulted with guy from NCR

11   who's a private -- private security guy now, and he

12   gave him suggestions.  You know, how do I keep me and

13   my family safe.  He recommended these cameras.  We've

14   got them all around the house, on the sides, in the

15   back, you know.  We already had a security system up,

16   but we enhanced.

17             And the only thing significant I think he

18   told Mark was that he should, if he sees somebody

19   following him, drive straight to the police station.

20   Change your route to work every morning, you know.

21   That's just extra stress on you.  You know,

22   constantly -- he said he's constantly look -- in

23   Atlanta traffic, looking behind him to see if

24   somebody is following his exact pattern.  That's

25   stress any way you put it.  So --



1      Q      Are you aware of any time in which your

2    husband was actually followed?

3      A      No.

4      Q      Are you aware of anyone being caught on

5    your security cameras actually lurking around your

6    house?

7      A      No, but let me give you a story about

8    security cameras.  You know, I have one set on my

9    phone and Mark has another set on his phone, and we

10   keep the phones on at night.  3:00, 3:30 in the

11   morning, you know, our backyard is gated.  Camera

12   says, there's a person in your backyard.  You know,

13   the cameras aren't perfect.  Why is somebody in our

14   backyard at 3:30 in the morning?  Of course, you're

15   jumping up, your heart is racing, you know, because

16   of the situation, and it's a lizard.

17     Q      It was a lizard?

18     A      It was a lizard, but the camera said it

19   was a person.  It's done that with that leaves,

20   because leaves shake like -- I don't know.  There's a

21   person.  No, it's not a perfect system, but, you

22   know, we're just hyperalert, you know.  Who wants to

23   live like that?

24            Because nobody should be -- or if a car

25   comes around the cul de sac, the cul de sac goes this



1  way and it's coming around this way and it parks in

2  front of our house, why is this person parking?  Why

3  did they come up there?  Everything is

4  hypersensitive.  We're just hyperalert.

5          Or, why is this truck sitting in front of

6  my house at 4:00 in the morning.  Oh, that's Amazon.

7  But it still wakes you up and you're alert.  That's

8  stress.  It helps, but that's stress.  You can say

9  we're overreacting, but I don't think so.

10     Q    Do you -- you were talking about the

11  security cameras.  Did -- were all of the cameras

12  that were installed at your home today, were they all

13  installed at the same time or were they installed in

14  phases?

15     A    Well, when we built the house, we had a

16  security system built in, so we had something.  But

17  the ones that are were put in because of this mule

18  stuff, they were done all at the same time.

19     Q    And when was that?

20     A    I don't remember.  Soon after or right

21  before he -- we got the lawyers and they signed the

22  thing for the lawsuit.  I don't remember.  But maybe

23  six months after -- I don't know.  Probably the first

24  year with mules.

25     Q    And do you know anything about paying a



1   service to remove your family's personal data from

2   the internet?

3           A      Yeah, I set that up.

4           Q      And what is that?

5           A      I think it's called Delete Me.

6           Q      And what was the purpose of that?

7           A      I guess to keep your personal information

8   off the internet, just -- you know, they say it's all

9   public record, but what car you drive, when you were

10  born, where you work, your phone numbers, just to

11  keep that information off the internet.  And I guess

12  it's good, kind of.  But it doesn't matter if you --

13  if you can just go look it up.

14          Q      Do you know how much money you spent on

15  doing that?

16          A      What do you want to know?  The initial

17  setup or the month -- the yearly?

18          Q      Both.

19          A      I think it was half price, which was -- I

20  don't know -- and I'm guessing.  I don't know.  I

21  think it was 250 to set up, and then yearly it's been

22  4, 400 or 450 a year.

23          Q      And your kids all live at home with you

24  still, right?

25          A      Yes.



1          Q     Does -- does Brittany have employment?

2          A     She's a manga artist.  And so she makes

3    her money going to different -- I don't know if you

4    know what that is, but she goes to -- I don't know

5    what they call them.  One is called MomoCon.  She

6    goes to these cons and that's how she makes her

7    money.  She sells her comic.

8          Q     And Courtni, what does Courtni do for a

9    living?

10         A     REDACTED

11   REDACTED

12         Q     And Alec, what does he do for a living?

13         A     He's in graduate school.

14         Q     And where is he in school?

15         A     REDACTED

16   REDACTED

17   REDACTED

18         Q     Has there been any point in time when any

19   of your kids did not live at home?

20         A     Just when they were in school.

21         Q     Do you know if they all intend to stay at

22   home?

23         A     I -- no, I don't think so.  The girls

24   have said, when I get married, I'm leaving; but Alec

25   will probably move out.  And at this point, I'm glad



BRENDETTA ANDREWS                              October 28, 2024
ANDREWS V. D'SOUZA

 1   they're at home, because -- I'm glad they're not in

 2   an apartment across town.  That's another worry.  Is

 3   somebody following them?  So I'm glad they're home.

 4        Q    Have you talked with any of them about

 5   the lawsuit?

 6        A    As far was what?

 7        Q    Just generally, have you talked about it?

 8        A    They know the gist of the lawsuit, yes.

 9        Q    Does Brittany have -- has Brittany

10   expressed any opinions to you about the lawsuit?

11        A    Brittany is the most quiet.  Opinions

12   like -- I'm sure they have.  I don't recall, but I'm

13   sure she has.  But we don't talk about -- we don't

14   talk about the lawsuit.  We don't talk about mules,

15   at all, unless I -- unless I -- like I told them

16   about being doxed.  But other than that, we don't

17   talk about it.  I don't talk about it.  We don't talk

18   about it.

19        Q    What about Courtni, has she ever

20   expressed an opinion on the lawsuit?

21        A    I mean, they probably all have, and I

22   can't give you specifics of what.  But then the fact

23   that your questioning her about her ballot, you know,

24   that's stress.  You know, you've got to do your job,

25   you know.  Whatever else you've got going on



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

 1  health-wise, friend-wise, and, you know, then there's

 2  that, you know.  And she stresses about being able to

 3  provide what's being asked, and that's just an extra

 4  stress that she don't need.

 5       Q    When you say she's being able to provide

 6  what's asked, what do you mean by that?

 7            THE WITNESS:  Can I answer that,

 8       Jared?  Jared?

 9            MR. DAVIDSON:  I'm going to

10       instruct you not to disclose the

11       substance of any communications that

12       you're aware of between attorneys and you

13       or Ms. --

14            THE WITNESS:  But it's Courtni.

15            MR. DAVIDSON:  I'm going to give

16       Ms. Hyland some leeway here and I'll step

17       in if I think there's anything that I

18       need to instruct you not to answer.

19            But please proceed, Ms. Hyland.

20            THE WITNESS:  You know, documents

21       about how -- when, where and how she

22       found out her ballot needed to be cured.

23       I guess, how she did it and, you know,

24       the outcome.  You know, she's looking for

25       specific e-mails or -- of course, that



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

```
1        was 2022.  And so she kind of stresses

2        about it.  Well, I can't find this, I

3        can't find that, I don't know.  She's

4        just had to cure her signature.

5             You know, get your Master's, public

6        health.  She changed -- she got -- her

7        signature is all fancy now and she got a

8        license when she was 16.  The signatures

9        have to match.  She cured it, but she's

10       dragged into it.  That's stress.

11  BY MS. HYLAND:

12       Q     And why did her ballot need to be cured?

13  I think you said the signature didn't match?

14       A     The signature didn't match.  You know,

15  she kind of fancied it up.  She was 16 when she got

16  the license.  So when you register to vote, that's

17  what they've got on there.  She just had -- you know,

18  put the signature back to what's on the driver's

19  license, which is in the database.

20       Q     And Alec, are you aware of how he feels

21  about the lawsuit?

22       A     He is the one that's the most -- I will

23  say -- affected by it.  He -- he is the one that, if

24  my husband is five minutes late, where is dad?

25  Shouldn't he be home by now?  He is the one that begs
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   to buy a gun.  And Mark has to sit there and talk to

2   him, you don't need to do that.  He is the one that's

3   most affected by it.

4            And, the other day, my daughter and her

5   friend came back from the mall and they were standing

6   in front of a house and it was, you know, dark, and

7   he was concerned.  They shouldn't be standing out

8   there in front of the house after dark.  He's the one

9   that's most affected by it.

10       Q    Does he ever talk to you about how he

11  feels about the lawsuit?

12       A    We -- I mean, we don't family discuss the

13  lawsuit.  You know.  I just don't recall.  I mean, we

14  don't really discuss that as a family.  You know,

15  everybody just is concerned about -- they're just

16  concerned about their dad.

17       Q    Where does your husband work?  Where is

18  he employed?

19       A    NCR Voyix.

20       Q    Has he told you told about looking for

21  jobs outside of NCR in the last few years?

22       A    He's talked about it.

23       Q    And did he tell you that he actually

24  applied to any jobs outside of NCR?

25       A    He did.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1         Q     And did he tell you where he applied?

2         A     I don't remember.  But one, I mean, he

3  was in the top running and he just -- he just took

4  himself out.  He told the lady to pull the

5  application because, you know, eventually he's going

6  to have to say, well, I'm in Mules.  Because they're

7  going to find out.  It's everywhere.

8              And then there was another one he applied

9  for and, you know, got -- I think they were like on

10  the third interview or the third phase or whatever

11  and they ghosted them.  So, you know, he can't say

12  for sure whether it was Mules, but it was kind of

13  coincidental.  Right?  And then somebody wanted him

14  on their board of directors.  He didn't even apply.

15  He didn't even go through it because he's like, why

16  would I.  Mules is everywhere, you know.

17              And, you know, he's talked about -- you

18  know, Mark's near retirement and maybe starting a

19  consulting business again.  How are we going to get

20  around it?  I mean, you know, when you're a

21  consulting business, you talk about, you know, on the

22  website, you know, what your experience is.  And the

23  fact that -- maybe he could left NCR Voyix off, I

24  mean, the last place he worked and mentioned NCR

25  Voyix, but now -- because they were subpoenaed and



 1  it's public record, now everybody knows Mr. Mark

 2  Andrews and NCR Voyix.  How does he get around that?

 3           You know, some people aren't going to

 4  want to work with you.  They don't want the baggage.

 5  Maybe they think their lives are going to be in

 6  danger if they do business with you, you know.  So

 7  we're talking about it.  We're trying to work around

 8  how do we get your experience and your name out there

 9  without somebody going, oh, no, I'm not going to be

10  associated with that.

11           So even trying to retire and -- just

12  trying to get with another company or doing, you

13  know, speaking engagements, that's a hard road.  You

14  know, the company may not just -- they don't want the

15  baggage.  How is he going to get around that?

16       Q    Are you aware of any company that --

17  well, let's start at the first one.  You mentioned

18  that he took himself out of the running at the very

19  end.

20           Do you know what company that was?

21       A    I do not remember.

22       Q    Or the one that you said ghosted him, do

23  you know what company that was?

24       A    I do not remember.

25       Q    Or the board of directors that he didn't



1  apply to be on?

2      A      I don't remember.  I don't think he ever

3  told me that one anyway, but no.

4      Q      And do you remember on this first one

5  where he took himself out, the date that he withdraw

6  his application, roughly?

7      A      Uh-uh, I don't remember.

8      Q      And the second one we talked about where

9  they ghosted him, do you remember about the time

10 frame that that occurred?

11     A      No.

12     Q      And on the board of directors, do you

13 remember when that happened?

14     A      No, but I think that one was fairly

15 recent.

16     Q      Do you know any of Mr. Andrews'

17 co-workers at NCR?

18     A      Not personally, no.

19     Q      When you say "not personally," like do

20 you know any of them at all?  Like have you met them?

21     A      No.

22     Q      I think I'm having internet issues again.

23            Did you answer?

24     A      I have not met them.

25     Q      It might have just cut off.



1      A     In-person, I may have seen them on

2  something like this, a Zoom, and said hello or

3  whatever.  But not in-person.  I know -- I know of

4  them.

5      Q     Have you spoken with any of his

6  co-workers about 2000 Mules or about the

7  investigation?

8      A     No.

9           MS. HYLAND:  I'm going to introduce

10          what is going to be Exhibit 3.

11          (B. Andrews Deposition Exhibit No.

12          3 was marked for identification.)

13          MR. DAVIDSON:  Amanda, would it be

14          possible again for any exhibits you're

15          going to be using to just forward along

16          the full file for counsel's review?

17          MS. HYLAND:  I'm going to represent

18          to you that everything I'm using as an

19          exhibit right now was produced to us by

20          you with Bates numbers.  Do you really

21          want to pause every single time and have

22          me e-mail it to you or --

23          MR. DAVIDSON:  I mean, if we were

24          in an in-person deposition and you were

25          handing the deponent something, I think



1  we would want to take a look at it even

2  if it was something we had produced.

3        So if it's not too burdensome just

4  to send us the files that you have as

5  exhibits, that would be great.

6        THE WITNESS:  Can she scroll that?

7        MS. HYLAND:  Hang on.  I'm sending

8  that e-mail right now and I will get back

9  to this document in a second.

10        MR. DAVIDSON:  If it would be

11  helpful to take a like quick break to do

12  the e-mail and go to the restroom, we'd

13  be amenable to that.

14        MS. HYLAND:  I'd like to ask about

15  this document before we take a break.

16        MR. DAVIDSON:  Okay.

17        MS. HYLAND:  Since she's seen it

18  already.  Okay.  I'm going to scroll it

19  now.  We can take a break right after

20  this.

21        Do you want me to go back to any

22  part of this to look at anything in

23  particular, Ms. Andrews?

24        THE WITNESS:  Not really.

25



1              MS. HYLAND:  We'll go back up to

2        the beginning.

3   BY MS. HYLAND:

4        Q    So I believe that this looks like some

5   sort of instant message, but I'm not sure.  Do you

6   know what platform this is from?

7        A    I do not.

8        Q    Do you recognize the messages here?

9        A    I mean, it looks like that's the color

10  that are painted on our doors, so maybe I sent them a

11  picture, I don't know, asked them what they thought.

12       Q    It looks at the top like the participants

13  in this particular message are Mark, Alec, Britt, Mom

14  and Courtni.  So is this -- is this like a family

15  text string, perhaps?

16       A    Probably.

17       Q    Okay.  And the date on this appears to be

18  October 3rd, 2023.  Does that look right to you?

19       A    If that's the date, that's what it says.

20       Q    So there's a message here that appears to

21  be a hyperlink to an article in the AJC.

22            Do you see that?

23       A    Yes.

24       Q    Do you remember sending this?

25       A    I don't remember sending it, but if it



1   says I sent it, I sent it.

2        Q    And then it says, I think from you:

3   Y'all lock front door, open front door.

4             Do you know what that was about?

5        A    I told them to lock the front door and

6   open the front door.  It looks like maybe -- because

7   I'm the only one that doesn't know how to do it.  I

8   don't have the code.  So it looks like I may have

9   went somewhere.

10       Q    Locked yourself out?

11       A    Yeah.  And then when I came back, I said

12  to open it.  I'm the only one that doesn't know the

13  codes.  So --

14       Q    And then we're getting a little bit

15  later, so now we're about 8:45, I guess.  There's

16  another link to this AJC article, which is the same

17  link up here, this:  Judge Ruling Clears Path for

18  Defamation Case.  Judge Ruling Clears Path for

19  Deformation Case.

20            Do you recall sending it to your family

21  twice in one day?

22       A    Okay.  Maybe I forgot I sent it the first

23  time.

24       Q    I'm just asking if you remember doing

25  this?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A      I don't, but --

2        Q      And then Alec says:  I did not know they

3   were making a Five Nights at Freddy's movie.

4               Right under this image here.  Do you

5   know -- I'll go back up so you can see.  This looks

6   like it's part of the AJC article here.

7               And Alec says:  I did not know they were

8   making a Five Nights at Freddy's movie.

9               Is he responding to your text or is he

10  just ignoring it and starting up a whole new

11  conversation?

12       A      Alec is the least one to even ask -- say

13  anything about.  It looks like he's just asking about

14  a movie.  But no, I've never heard Alec, no.  And

15  none of them do.  You see no one that responded, so I

16  doubt that.

17       Q      And you said none of them do what?

18       A      I mean, they don't really respond to it

19  and we don't really talk about it.  So I doubt if he

20  was talking about that whatever I sent.

21              MS. HYLAND:  Okay.  We can take a

22         break now.

23              THE VIDEOGRAPHER:  We are now going

24         off the record at 1:24 p.m. Eastern

25         Standard Time.  Stand by.



```
 1                    (Brief pause.)
 2              THE VIDEOGRAPHER:  We are now back
 3         on the record at 1:35 p.m. Eastern
 4         Standard Time.
 5              (B. Andrews Deposition Exhibit No.
 6         4 was marked for identification.)
 7              MS. HYLAND:  I'm going to share
 8         another document, and can you see that?
 9              THE WITNESS:  Yes.
10              MS. HYLAND:  I'm going to send it
11         to Jared.
12              THE WITNESS:  Can you scroll it?
13              MS. HYLAND:  I will.
14    BY MS. HYLAND:
15         Q    This appears to be another text message
16    string; would you agree?
17         A    Uh --
18         Q    Was that a yes?
19         A    Yes, it looks like a text message.
20    That's my mom.
21         Q    Which one is your mom?
22         A    The one that says Granny Cell.
23         Q    REDACTED ███████████████████
24         A    That's my sister.
25         Q    REDACTED
```



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1        A       That's my niece.

2        Q       And the date on this appears to be May

3    17th, 2022.

4                Do you see that?

5        A       Yes.

6        Q       Is this right about when you learned that

7    the State of Georgia was investigating your husband?

8        A       Yeah, I think the investigation was on

9    the 16th.

10       Q       So this would put it as the day after?

11       A       Yeah.

12       Q       And is this your mom sending an article

13   from the AJC?

14       A       That was probably me sending it to them.

15       Q       You sending it to them, okay.

16       A       Yeah.

17       Q       Okay.  And I'm having a really hard time

18   reading this.  I think this might have been a screen

19   shot from an AJC article.

20               Do you remember what you sent?

21       A       No.

22       Q       And here's another message with a YouTube

23   link.  So do you think you sent this link even though

24   it says From Mom?  But you are Mom?

25       A       I am Mom.



BRENDETTA ANDREWS                                          October 28, 2024
ANDREWS V. D'SOUZA

1        Q       That's right.  Okay.

2                So you sent this YouTube link.  Do you

3    remember doing that?

4        A       No.

5        Q       In the following message, you say:  Go to

6    144, Mark.

7                Does that refresh your memory about what

8    might have been on this link?

9        A       No.

10       Q       Do you think this was a video from the

11   investigation hearing?

12       A       I have no idea.

13       Q       And then you sent -- I'm going to turn my

14   head to the side to see this.  It says:  David Cross

15   @GA Ballots baselessly accused this voter of ballot

16   harvesting and shared DropBox video with True the

17   Vote.  The video appeared in 2000 Mules and on Tucker

18   Carlson's show.  The GA State Election Board found

19   that he was just depositing ballots for him and his

20   family.

21               Do you remember sending this tweet?

22       A       I don't remember sending it, but I could

23   have.  I must have.

24       Q       So you have no memory of anything in this

25   text string?



1          A     I don't.  This is almost, what, three

2    years ago.

3                MS. HYLAND:  Austin, can you send

4          Exhibit 5.

5                (B. Andrews Deposition Exhibit No.

6          5 was marked for identification.)

7                MS. HYLAND:  I'm going to scroll

8          down here.  Tell me when I can scroll

9          further.

10               THE WITNESS:  Yeah, scroll.

11               MS. HYLAND:  And this is just one

12         page.  There's nothing after this.

13               THE WITNESS:  Okay.

14   BY MS. HYLAND:

15         Q     Do you recognize any of this?

16         A     I mean, I see my name, but this looks

17   like some kind of computer program code.

18         Q     At the bottom, there's a link containing

19   a TikTok URL?

20         A     Uh-huh.

21         Q     Do you think this may have appeared on

22   TikTok?

23         A     I don't know.

24         Q     Do you have any memory of who you might

25   have been sending this to or what forum you might



1  have posted this on?

2       A    No, I don't.  Do you?

3       Q    I'm asking you.  I'm trying to get some

4  context around it.

5       A    I don't know.  It looks like computer

6  code.  That is computer code.  So where it was sent

7  to, I have no idea.

8       Q    So you have no idea why -- let me -- let

9  me strike that.

10           Do you have any idea why we would get

11  documents from you in this format?

12      A    No, I don't.  It's code.  I see the

13  TikTok.com in there.  Maybe it's TikTok.  I don't

14  know.  It's a joke, because there's L-O-L in it.  I

15  don't know.  Does it have --

16      Q    Do you want me to scroll down?

17      A    It looks like a comment on a video.  "He

18  had me rolling," that just means it's funny.

19      Q    It says up here you shared a link, but

20  you don't know what that link was?

21           MS. HYLAND:  You can get Exhibit 6

22      up, Austin, if you want to send that.

23           (B. Andrews Deposition Exhibit No.

24      6 was marked for identification.)

25



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

```
 1    BY MS. HYLAND:
 2         Q     I'm just going to scroll down slowly.
 3               Do you recognize these messages?
 4         A     That's my handle, Twitter.
 5         Q     And this all appears to be in an e-mail.
 6         A     In an e-mail?
 7         Q     Well, up at the top, it has a Sent date
 8    to God Fight Battles.  Subject is a date.
 9               Does that look familiar to you?
10         A     No, it does not.  I don't know what
11    format this is, so you're saying that -- I don't
12    know.  This just looks like I was responding to a
13    tweet.  I don't know where you're getting it's an
14    e-mail.  It looks like I responded to a tweet, and
15    all of these people were in the tweet or something.
16         Q     You don't have any records that you are
17    aware of that actually look like this, in this
18    format; is that what you're saying?
19         A     No, I do not.
20         Q     Okay.  Well, let's start at the
21    beginning.  So you said that this is your Twitter
22    handle?
23         A     Uh-huh.
24         Q     And I'm just going to call it Twitter.  I
25    know it's technically X, but if I try to call it X
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  I'll mess up.  So we're talking about the same thing.

2          And I think you said you do not e-mail

3  your social media posts to yourself?

4      A    No.

5      Q    Do you know when you first started

6  posting on Twitter under God Fight Battles?

7      A    No.

8      Q    We went through all the posts that were

9  produced to us, and the earliest one I could find was

10  July 2022.  I should be more specific.

11          The earliest Twitter post or tweet that I

12  found under God Fight Battles that I could find was

13  date July 10th, 2022.  Does that sound like that

14  could be approximately the date on which you started

15  posting under God Fight Battles?

16      A    I have no idea.

17      Q    Do you remember -- I think you had told

18  me earlier today that this has been under a different

19  name before, under your real name; is that right?

20      A    Yes.

21      Q    Do you remember why you changed it to God

22  Fight Battles?

23      A    Because my name is public record and it's

24  attached to Mark the Mule.

25      Q    Say that one mor time?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          A      My name is public record because it's
2     attached to Mark the Mule.  So I didn't want people
3     coming after me saying, oh, you're the Mule's wife or
4     whatever and whatever.  So, that's why.
5          Q      Did you do ever submit an open records
6     request to the Secretary of State?
7          A      Me?
8          Q      You, yes.
9          A      I don't recall doing that.
10         Q      Do you ever recall submitting an open
11    records request in which the responsive records did
12    not have the name Mark Andrews redacted?
13         A      I don't recall doing that at all.
14         Q      Here, there's quite a few posts on this
15    particular day.  Let's just look at the second one,
16    at 12:03 a.m.
17                It looks to me like you are responding to
18    someone or tagging someone here.  Do you recognize
19    this T. L. Helmuth Author handle?
20         A      No.
21         Q      What about Like She Says?
22         A      No.
23         Q      Do you know what this reference is to,
24    There is No Evidence?  Do you know what you were
25    looking at or referring to?



BRENDETTA ANDREWS                                  October 28, 2024
ANDREWS V. D'SOUZA

1       A    No, I don't know what that tweet was
2   about.  I don't know what they're referring to.
3       Q    Is -- is this tweet still on-line, yours?
4       A    This tweet?
5       Q    Yeah, this one, or any of these, for that
6   matter.
7       A    I don't think so.
8       Q    And do you know if anyone -- just going
9   back to this second -- the second one on the list
10  that says:  Dinesh's defense is not ho ho ho.  We
11  have evidence.
12           Do you know if anybody replied to your
13  post?
14      A    I do not.
15      Q    And you said your post isn't on-line any
16  more.  Why is that?
17      A    I deleted them.
18      Q    And when did you do that?
19      A    After they got -- after my lawyers did
20  the download or whatever, however they got the
21  evidence.  They had the -- what is that -- the
22  downloaded source.  They have it.  They should still
23  have it.
24      Q    And why did you delete it?
25      A    I just did.  I have to have a reason to



 1  delete the tweets?  I wanted to delete the entire --
 2  the entire handle and everything, but I think I have
 3  to wait.
 4       Q     Why do you think you have to wait?
 5       A     Because of this lawsuit we're going
 6  through or my husband is going through.
 7       Q     Did anyone tell you to take them down?
 8       A     No.
 9       Q     Did anyone tell you, you shouldn't take
10  them down?
11       A     I don't recall.  If you already have the
12  database, why do they have to stay up?
13       Q     When you deleted these, did you do them
14  one at a time?  Like, how did you go about actually
15  deleting them?
16       A     There's an app.  And since I already had
17  the database, the app went through the database and
18  it did it for me.
19       Q     And what's the name of that app?
20       A     I can't think of it right offhand.  I'm
21  going to have to look.  I'll get back with you.
22       Q     Okay.
23             MS. HYLAND:  Let's -- can you send
24        them Exhibit 7.
25             (B. Andrews Deposition Exhibit No.



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

```
1            7 was marked for identification.)
2    BY MS. HYLAND:
3        Q     Do you recognize this screen shot?
4        A     Yes.
5        Q     Is this from your Twitter or X account?
6        A     Yes.
7        Q     And you can see that this screen shot was
8    taken yesterday afternoon.  I'm going to represent
9    that we went to the very oldest post on your X
10   account yesterday afternoon and this was it.  This
11   was the oldest one, dated September 23rd.
12            Does that sound right to you?
13       A     I don't know.  I don't even know -- what
14   is the house?  What is this?  I don't even --
15       Q     It looks like a post that you made about
16   the BioLab fire.
17       A     Oh, okay.
18       Q     And it looks like something from WSB TV
19   that you were posting.
20            But the oldest post on your X account is
21   on September 29th of this year.  Does that sound
22   right to you?
23       A     I don't know.
24       Q     Is there any reason you think it wouldn't
25   be September 29th?
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A    I don't know.

2        Q    So on September the 29th, there's this

3   post.  Right?  And there are additional posts more

4   recent, but I can't see anything older than September

5   the 29th.  And so it appears to me as though this is

6   the oldest post remaining on your X account.

7             And so I'm just asking you, do you -- do

8   you think that's wrong?  Did I miss something?

9        A    I do not know.  I don't go back through

10  my tweets like that, to see if it's the last one.  I

11  don't know.

12       Q    Okay.  Well, you had mentioned earlier

13  that you did a big deletion of posts.

14       A    And it deleted whatever was in the

15  database at the time.

16       Q    Okay.  So is it -- did you use this app

17  to delete your post one time or did you use the app

18  several times and do several different deletions?

19       A    I don't recall.  But it's based on

20  database, you know, and so --

21       Q    So you -- I think you said you provided

22  your attorneys with a password access to your

23  account; is that right?

24       A    Yes.

25       Q    And that your attorneys used a vendor to



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   download the messages on your account; is that right?

2        A    That's my understanding.

3        Q    Okay.  And that once you had provided the

4   attorneys with this access and the data had been

5   downloaded, then you deleted your posts that were on

6   the account using an app; is that right?

7        A    Yes.

8        Q    And then I see a post show up on

9   September 29th.  So it would appear to me as though

10  the deletions must have occurred before

11  September 29th if there are posts here dated

12  September 29th.

13            Does that sound right to you?

14       A    I guess so.

15       Q    Is there any -- is there any way to see

16  the context around your Twitter or X posts today?

17            MS. HYLAND:  Jared?  Could you --

18            MR. DAVIDSON:  So Bren, I can't

19       answer questions during the deposition.

20       So you should answer --

21            THE WITNESS:  I don't even know --

22            MR. DAVIDSON:  You should answer

23       the question as you are aware.

24            THE WITNESS:  Can you repeat the

25       question?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1                    MS. HYLAND:  Can the court reporter
2           read it back, please?
3                    (The last question was read back
4           into the record.)
5                    THE WITNESS:  Are you asking me if
6           you can go into my Twitter account?
7      BY MS. HYLAND:
8           Q     So we just looked at several posts that
9      you made back in April of 2023 on the last exhibit,
10     in Exhibit 6, and the only thing I can see there is
11     what you wrote.  I can't see what you were responding
12     to, nor can I see what anybody may have said to reply
13     to you, or even if your individual messages are
14     somehow all part of one conversation or if they're
15     separate.
16                   And so I'm asking you if those posts
17     exist somewhere today where I am able to see the
18     context in which you made them?
19          A     I have no idea.
20          Q     And you used an app, you said, and you
21     can't remember the name of the app, to delete your
22     Twitter posts; is that right?
23          A     Yes.
24          Q     Is this an app that's like on your mobile
25     phone or is it an app on your computer?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1         A       It's an app on my computer.

2         Q       And does the app work continuously, where

3    every time you post something it would automatically

4    delete it, or is it like a one and done, you run it

5    and it deletes everything up until a certain day?

6         A       One and done.

7         Q       One and done.  And you did this one time

8    or more than one time?

9         A       I may have done it more than one time

10   because I was trying to understand the app.

11        Q       Is the app still on your phone or your

12   computer?

13        A       Yes.

14        Q       Okay.  Can you tell me what it's called

15   right now?  Can you look?

16        A       It's called Circleboom.

17        Q       Can you spell that please?

18        A       C-I-R-C-L-E-B-O-O-M.

19        Q       N as in Nancy, or M as in --

20        A       M as in Mark.

21        Q       Circleboom.

22                Now, I want to go back to these questions

23   that I had asked about your social media at the

24   beginning of the case or beginning of the deposition.

25   I'm sorry.



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

1              So on God Fight Battles, you were going
2     to look up how long the account had been under that
3     name as opposed to the prior name that was your
4     actual name.  So how long were you posting as God
5     Fight Battles?
6         A    Oh, I don't know, and I didn't look that
7     up.  So I'll have to Google how to do that.
8         Q    Okay.  And you were going to get the
9     exact name or handle or user name for your TikTok
10    account?
11        A    BAA0104.
12        Q    And Instagram?
13        A    BAA0111.
14        Q    Okay.  And is your Instagram account
15    private or public?
16        A    Oh, I forgot to check that.  It's
17    probably private.  I -- yeah, but I'll check it.
18        Q    Okay.
19        A    And what else did you want from Twitter?
20    How long it had been God Fights Battles?
21        Q    Exactly.
22        A    Okay.
23        Q    Okay.  Do you have any idea why the
24    oldest post on your X account would be dated
25    September 29th?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A    No, unless that's when the database --
2   and I could have deleted some tweets.  I don't know.
3   I -- I don't know.
4        Q    I'm going to go back to Exhibit 6.  Okay.
5   Here on this second post at 12:03 a.m., the post
6   says:  Dinesh's defense is not ho, ho, ho.  We have
7   evidence.  Now his defense is that their faces were
8   blurred.
9             What were your sources to determine that
10  that was Mr. D'Souza's defense in this case?
11       A    CourtListener.
12       Q    And what did you use CourtListener to do?
13       A    To look at the case and look what the
14  Defendants and the Plaintiffs said.
15       Q    And did you -- did you look at the
16  answers filed by the Defendants?
17       A    Yes.
18       Q    Okay.  And is it your understanding that
19  the only defense raised by Mr. D'Souza is that faces
20  were blurred?
21            MR. DAVIDSON:  Objection.
22            MS. HYLAND:  You can answer.
23            THE WITNESS:  Did I say it was his
24       only defense?  My understanding -- I
25       don't know what his other defenses are,



```
 1          but that's -- that's one of them.
 2     BY MS. HYLAND:
 3          Q     Did you read all of Mr. D'Souza's
 4     affirmative defenses?
 5          A     Probably not.
 6          Q     The next post down, it's @Linx Laughing,
 7     @Like She Says, @Stirred Crazy.  I think I asked you
 8     about Like She Says before.  You said you did not
 9     know who that was?
10          Do you know who Linx Laughing is?
11          A     No.
12          Q     Stirred Crazy?
13          A     No.
14          Q     Do you know what this link is to, ending
15     in WZRRR?
16          A     No.
17          Q     You say:  Prove it.
18          Do you know what you're talking about
19     there?
20          A     No.
21          Q     You reference nine people who have been
22     investigated and cleared.  Do you know what you're
23     talking about there?
24          A     The -- I don't know.  The SEB -- the same
25     people that investigated Mark investigated -- he
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1    wasn't the only one investigated because of Mule.

2         Q    And do you know any of the names of those

3    nine people?

4         A    It's public record.  I don't.

5         Q    Have you ever tried to file an open

6    records request to get the names of those nine

7    people?

8         A    No.

9         Q    How do you know there were nine people?

10        A    I don't -- research.  There were three --

11   there were two others the day Mark got investigated.

12   That's three, you know.  Reading, investigating,

13   there were nine.

14        Q    Do you know how you knew there were two

15   others the same day that your husband was

16   investigated?

17        A    Because I watched the video.  Mark was

18   first and then there were two others.

19        Q    And were any of those people identified

20   by name on the video?

21        A    No, not that I know of, not that I

22   remember.  But then why do you need to say their name

23   when it's guy white SUV, case number, then it's

24   public record.  Go look up the case number.  His name

25   is there.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q      Are you sure about that?

2        A      Yeah.

3        Q      I thought you said you've never done an

4    open records request?

5        A      I didn't.

6        Q      Well, I actually have, Ms. Andrews.  And

7    when I make a request for that case number,

8    Mr. Andrews' name is redacted and so is his address,

9    so is his license plate number.

10              So I'm trying to understand your

11   confidence in asserting that his name is public

12   record.  I'm trying to figure out where that comes

13   from.

14       A      But can't anybody request it?  Because I

15   talked to someone and they say anyone in Gwinnett

16   County can request your On records.

17       Q      Well, I -- that's what I'm trying to --

18       A      Okay.  So if --

19       Q      Go ahead.

20       A      I already said what I have to say.  You

21   can request those records if you live in Gwinnett

22   County.

23       Q      But my understanding is that you have not

24   personally done so; is that right?

25       A      No, I have not.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q    Do you know anyone who has done so?

2        A    Yes, Mark's attorneys.

3        Q    Do you know anybody besides lawyers who

4    has done an open records request in this -- in

5    this --

6        A    No, I don't.

7        Q    Okay.

8        A    But they don't need to when True the Vote

9    stuck the information out there on their website.

10   It's there, or it was.

11       Q    So counting down on these posts, in the

12   post down at 12:06 a.m., it says:  Apparently neither

13   did you.  No evidence was shown in that BS movie.

14       A    Okay.

15       Q    Do you know what you're responding to

16   there?

17       A    I do not.

18       Q    And then the next post at 12:08 a.m.  It

19   says:  You have evidence, so you should send it to

20   the proper authorities.  I mean, the movie didn't

21   even state what you are stating.  You must believe

22   that you can't be sued.

23            It says, You have evidence.  What was

24   this evidence the person had?

25       A    I don't know.  I could have been being



1  facetious.  If you have evidence, send it to the

2  proper authorities.  The movie didn't have any.  So

3  if you have some, send it.  I don't know what the

4  context of this was.

5       Q     And then it says:  I mean, the movie

6  didn't even state what you are stating.

7       A     And I don't remember what the person was

8  stating.  You have to look at the original text --

9  the original tweet, I mean.

10      Q     Well, how can I do that?

11      A     I don't know.  That's a Twitter question.

12      Q     And then -- and you say:  The movie

13  didn't even state what you were stating.

14      A     Yeah.  People say --

15      Q     Are you referring --

16      A     -- people say a lot of -- like the people

17 who were saying my kids were helping their dad drop

18 off the ballots.  People add.  They add to the story.

19 So I don't know what the context is.  If I said what

20 he's saying it wasn't even in the movie, what he's

21 saying wasn't in the movie.  You're adding.

22      Q     When you say "the movie," are you

23 referencing 2000 Mules?

24      A     Yes.

25      Q     How did you know what was in the movie if



1  you hadn't seen it?

2        A    I've seen synopses of the movie.  I don't

3  know, but it must have been enough that I said what I

4  said.

5             And it could have been -- and you're

6  asking me to interpret what was in that text.  Like I

7  said, if somebody says to me or I see a tweet where

8  they're saying his -- his kids were helping him drop

9  the ballots, I can then say, the movie didn't say

10 that.

11       Q    And you say:  You must believe that you

12 can't be sued.

13       A    Okay.

14       Q    Do you -- do you remember why you would

15 have said that?

16       A    No.  But I go back to the example of the

17 person who said my kids were helping their dad drop

18 the ballots.  Can't they be sued for accusing my

19 kids?  It's just a response.

20       Q    On -- on these two pages, which are

21 messages from April 16th, 2023, I counted a total of

22 15 messages throughout the day.

23            Do you know if that's everything you

24 posted on April the 16th about 2000 Mules or

25 Mr. D'Souza?



1      A      I don't.

2      Q      Was it typical for you to post this often

3    on Twitter in one day?

4      A      Some days I didn't tweet at all.  I

5    wasn't counting.  I may do 16 today.

6      Q      Would you say that you posted often on

7    Twitter about 2000 Mules or Mr. D'Souza or True the

8    Vote?

9      A      Yes.

10     Q      Was there a reason you posted often?

11     A      Ma'am, I'm out there trying to dispel

12   misinformation about my husband, and that was it.

13   It's a counter argument to whatever people were

14   posting.

15           MS. HYLAND:  Austin, will you send

16        Exhibit 8.

17           (B. Andrews Deposition Exhibit No.

18        8 was marked for identification.)

19           MS. HYLAND:  I'm going to scroll

20        down this one kind of slowly for you, if

21        you want me to stop, I can stop.  That's

22        the end of it.

23   BY MS. HYLAND:

24     Q      Who is Poot Dibou, P-O-O-T, D-I-B-O-U?

25     A      A person on Twitter.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1    Q    And what is this person's real name?
2    A    I do not know.
3    Q    How often do you think you've
4  communicated with Poot Dibou?
5    A    I don't know.
6    Q    More or less than 100 times?
7    A    I don't know.  I didn't count.
8    Q    More or less than 1,000 times?
9    A    Okay.  I don't know.
10    Q    You don't know.
11    A    I didn't go out there and count.
12    Q    And you have no idea who this is?
13    A    As far as what --
14    Q    Where this person lives, whether they're
15  male or female, what their name is?
16    A    I don't know what their name is.  I
17  assume that's a female.  And she's from Europe.
18    Q    Have you ever spoken with this person on
19  the phone?
20    A    No.
21    Q    Have you ever e-mailed with this person?
22    A    Yes.
23    Q    And what's this person's e-mail address?
24    A    I do not know.
25    Q    Can you locate it on our next break?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          A       I cannot.

2          Q       Why?

3          A       Because I deleted it.

4          Q       And why it you delete it?

5          A       Because I stopped talking to her via

6     e-mail.

7          Q       Why did you stop talking to her?

8          A       Because I knew eventually one of you were

9     going to bring her up, so I -- we decided that we

10    shouldn't have any communication outside of Twitter.

11    Even though it's personal or it's not about mules,

12    that you were going to bring it up.

13         Q       Do you recall about how many times you

14    e-mailed with Poot Dibou?

15         A       It wasn't that much, at all.

16         Q       Do you recall what you were e-mailing

17    about?

18         A       Personal stuff.  And I don't recall

19    anything else.  You know, I know a lot of it was

20    personal.

21         Q       When you say "personal," did it relate to

22    writing a book?

23         A       No.

24         Q       How do you know Poot Dibou?

25         A       From Twitter.  Twitter.



BRENDETTA ANDREWS                              October 28, 2024
ANDREWS V. D'SOUZA

1        Q     And you were exchanging personal e-mails
2   with somebody you know only from Twitter?
3        A     Yeah.
4        Q     Okay.  Let's just start at this first
5   one.  Do you know what you were responding to here?
6        A     Repeat the question.
7        Q     Do you know what Poot Dibou had said that
8   you were responding to here?
9        A     It looks like that statement Dinesh says
10  about Mark, that what you're saying is a crime.
11  Otherwise, I don't remember.
12       Q     And it looks here like you tagged Dinesh
13  D'Souza?
14       A     Okay.
15       Q     Do you see that?
16       A     Yes.
17       Q     Why did you do that?
18       A     You tag people when you want them to see
19  the tweet.
20       Q     Did you tag Dinesh D'Souza often?
21       A     I don't recall, and I don't know the
22  definition of "often."
23       Q     More than 100 times?
24       A     I don't count tweets.
25       Q     Well, does my definition of "often" make



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   a difference in how you're going to answer?

2        A     No, because I don't know.

3        Q     Here on the top of the second page, which

4   is Bates 230, it says:  Don't forget he is a racist.

5              Who are you referring to?

6        A     Dinesh D'Souza.

7        Q     And why do you believe he's a racist?

8        A     Can we count the number of times he said

9   -- he talks about that -- the fact that minorities,

10  black people are less intelligent than everyone else.

11  He posts tweets about blacks fighting like other

12  races don't.  You know, it's the things he says out

13  there, and it's an opinion.

14       Q     Here on this post --

15       A     Which one?

16       Q     On Line 231 at 9:53 p.m., the first one

17  on this page:  Did you conspire with David Cross to

18  accuse an innocent man when you had no proof?  Did

19  you choose him because he is black?

20             Who are you -- who are you talking to

21  there?

22       A     I don't remember.

23       Q     And David Cross was the man who

24  instigated the complaint with the Secretary of

25  State's office, right?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A     The Secretary of State?  I guess so --
2    yeah, I guess it was the Secretary of State.
3        Q     Is there a reason that you have not or
4    your husband has not sued David Cross?
5              MR. DAVIDSON:  Objection.  And I'm
6         going to instruct the witness not to
7         answer the question as it may disclose
8         privileged information.
9              MS. HYLAND:  Okay.
10   BY MS. HYLAND:
11       Q     Are there any reasons you're aware of
12   that your husband didn't sue Mr. Cross that don't
13   relate to advice from counsel?
14             MR. DAVIDSON:  Ms. Hyland, I'm just
15        going to go ahead and give you some
16        guidance that I'm going to instruct
17        Ms. Andrews not to answer questions where
18        you're asking why someone was sued, why
19        they didn't sue, why litigation decisions
20        were and weren't made.  I'm going to put
21        that on the record now so we can move
22        along.
23             So I would encourage you to move
24        along and ask a different question.
25             MS. HYLAND:  Well, if there's a



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1          reason that has nothing to do with advice

2          of counsel, it's a fair question.

3                  MR. DAVIDSON:  We may have

4          different understandings of what

5          constitutes privileged and nonprivileged

6          information.  I'm going to instruct the

7          witness not to answer questions

8          speculating on why the legal team did or

9          didn't make certain decisions.

10                 Please move on.

11                 MS. HYLAND:  We can come back.

12                 MR. DAVIDSON:  We went through this

13         last week.

14                 MS. HYLAND:  We'll go to Exhibit 9.

15         Can you send it?

16                 (B. Andrews Deposition Exhibit No.

17         9 was marked for identification.)

18    BY MS. HYLAND:

19         Q     Look at the third comment here, at

20    3:29 a.m.  And tagged in this post are John Basham,

21    Dinesh D'Souza, True the Vote, The Democrats, Lori

22    Fly, Gritz Robyn, Rep MTG Barbara Redgate, Rep Louie

23    Gohmert, Kyle Seraphin, Joseph J. Flynn I, and John

24    Rich.

25                 Do you see that?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          A      Yes.

2          Q      And then the post says:  You must think

3    that you can't be sued.

4                 Were you talking to all of these people

5    or some of these people when you said that?

6          A      I have no idea.  I have no context of

7    what the tweet was.  I don't know why I said that.  I

8    just don't know.  I don't recall.

9                 MS. HYLAND:  Let's look at Exhibit

10         10.

11                 (B. Andrews Deposition Exhibit No.

12         10 was marked for identification.)

13   BY MS. HYLAND:

14         Q      This fourth comment down at 6:38 p.m. --

15   I'm sorry.  Fifth comment down -- one, two, three,

16   four, five.

17                 Fifth comment down at 6:39 p.m.  It says:

18   David thinks he can't be sued.

19                 Do you know who David is?

20         A      David Cross.

21         Q      Is it?

22         A      Because I see, @Georgia Ballots, in the

23   list of people.

24         Q      And what's Georgia Ballots?

25         A      I don't know.  That's David Cross' handle



1   or whatever they call it at Twitter.

2        Q    And do you know why you would have been

3   saying, David thinks he can't be sued?

4        A    I don't recall.  I don't know what he

5   said or what some -- I don't know.  I don't know.

6             MS. HYLAND:  Let's do Exhibit 11.

7             (B. Andrews Deposition Exhibit No.

8        11 was marked for identification.)

9   BY MS. HYLAND:

10       Q    This is BA181, and it begins at BA187.

11  And I just want to look at this.  Look at the second

12  comment, which was at 6:51 p.m. at MCAT Ultra 32.

13            Do you have any idea who MCAT Ultra 32

14  is?

15       A    No.

16       Q    Do you know why you would have said to

17  this person, What, you think you can't be sued?

18       A    No, I have no idea.

19            MS. HYLAND:  We've been going for

20       an hour.  Can we take a quick break?

21            MR. DAVIDSON:  Do you want to come

22       back at 20 til or 15 til?

23            MS. HYLAND:  Yeah, let's do 2:45,

24       15 until.  Sorry, getting tired.  Thanks.

25            THE VIDEOGRAPHER:  We are now going



1          off the record at 2:35 Eastern Standard

2          Time.  Stand by.

3                    (Brief pause.)

4     FILE 3

5               THE VIDEOGRAPHER:  We are now back

6          on the record at 2:48 p.m. Eastern

7          Standard Time.

8               MS. HYLAND:  Okay.  I'm going to

9          have Austin send you guys Exhibit 12, and

10         I'm going to share my screen again.

11              (B. Andrews Deposition Exhibit No.

12         12 was marked for identification.)

13    BY MS. HYLAND:

14         Q    This is Bates number 322.  I'm going to

15    direct you to the fourth post here at 10:41 p.m.  And

16    this is @Poot Dibou, @Dan Casey's blog, and @Dinesh

17    D'Souza:  Except he didn't even bother to blur his

18    face each time.

19              Who are you referring to as "he"?

20         A    I assume it's Dinesh, since he's in

21    the -- his name is in the list.

22         Q    And where have you seen that Mr. D'Souza

23    failed to blur the image of Mr. Andrews?

24         A    It's -- he sent the link.  He sent a link

25    somewhere.  It could have been -- what is it called?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1    Truth Social.  I think I saw you that in the -- on

2    CourtListener, and I've seen other people say on

3    Twitter -- excuse me, I'm sorry -- that when he sent

4    that link, his face wasn't blurred.  I mean, I think

5    I saw that in the court case.

6         Q    And at the end of this post, it says:

7    What kind of lawyers represent.

8              And then it's cut off.  Do you know what

9    the rest of this message said?

10        A    No.

11        Q    Is there any way that I would be able to

12   find that?

13        A    You know, I'm not a -- I don't know.

14        Q    In the next -- in the next post at

15   10:44 p.m., it's the same thing.  At the end, it

16   says:  It's not our fault that other people.

17             And it just kind of cuts off there.  Do

18   you know what the rest of that message was?

19        A    I do not.

20        Q    Okay.  And you deleted all of these posts

21   from Twitter, correct?

22        A    Yes.

23        Q    Is there -- and I do think I asked you

24   this.

25             Were you -- you said you didn't know why



1   you deleted them; is that right?

2         A     Well, what I want to do is delete the

3   whole thing, but I -- I don't know what you're

4   implying.  But I didn't delete them not to give them.

5   I just felt once you had the database, you had the

6   data, you had what you needed.

7         Q     Well, I think I understand that you're

8   saying you didn't think it would deprive the lawyers

9   in this case if you deleted it.  And I -- I

10  understand that, that that's what you're saying.

11        A     Uh-huh.

12        Q     But I'm asking why you wanted to delete

13  them in the first place.

14        A     I don't -- I don't have a definitive

15  reason but, like I said, I just -- just wanted to

16  delete them.  I deleted all of them, not just the

17  mules.  I deleted all the tweets.

18        Q     For no reason whatsoever?

19        A     I've got to have a reason?

20        Q     I mean, do you think that it's typical to

21  delete all of a social media account --

22        A     My daughter just -- she deleted her

23  Twitter.

24        Q     Did she tell you why she did that?

25        A     She just did.  I can't explain to you



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1  why.  I just did it.  That's why they have these apps

2  out here, to -- they have apps out here where you can

3  delete them every day.  It will delete all your

4  tweets every day.  I have no reason.  I just deleted

5  them all.

6       Q    Do you know the date you deleted them?

7       A    I might can find that out with -- what is

8  it, Circleboom.  Sorry.  I thought I heard something.

9  So I may can find that out with Circleboom.

10       Q    Okay.

11            MS. HYLAND:  Let's circulate

12       Exhibit 13.

13            (B. Andrews Deposition Exhibit No.

14       13 was marked for identification.)

15            THE WITNESS:  Can I write that down

16       so I don't forget it?

17            MS. HYLAND:  Absolutely.  Of

18       course.  Did you get your note?

19            THE WITNESS:  Yes.

20            MS. HYLAND:  Are you ready to go?

21            THE WITNESS:  Yeah.

22  BY MS. HYLAND:

23       Q    This is Exhibit 13, and it's Bates number

24  1482.  I should say BA1482 to BA1483.

25       A    Okay.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1          Q     Then there's a lot of numbers here.
 2                Who is this first number?  Do you know
 3   who sent this smiley face?
 4          A     No.
 5          Q     And then the next message says:  Mail
 6   received.  Thanks.
 7                Do you know who that is?
 8          A     No.
 9          Q     And then the next message:  Subpoenas to
10   plaintiffs.
11                Do you know who that is?
12          A     No.
13          Q     Latest on defense threads.  Last to do is
14   Regnery?
15          A     And I see a link.
16          Q     Let's go down to one with a little more
17   content.  This one says:  Thank you.  @Angry Fleas
18   told me about a new AI tool called Claude, which is
19   better than Chat GPT where you can upload documents.
20   So I uploaded some of the legal filings and asked
21   Claude to summarize the defenses for me and then
22   he'll build a thread.  Two hours of tweaking for the
23   D'Souza thread.  Salem was much faster after I showed
24   Claude the thread -- I think it should say showed
25   Claude the thread.  I think the thread, I, myself for
```



1    TTV's defense took me a day.  I'll do Regnery next.

2    I might have Claude have a go at TTV's defense too.

3            Who is saying all that?

4        A    I'm not sure, but it looks like the Poot

5    person.  I vaguely remember this.  I don't remember

6    all that, but she's the one that introduced me to

7    Claude.  So --

8        Q    And who is -- and who is Angry Fleas?

9        A    A Twitter person.

10       Q    Any idea why Angry Fleas is being

11   referenced here?

12       A    Doesn't she say he told her about Claude?

13   Angry Fleas told -- she said B, but, told me about

14   Claude.

15       Q    And are these private messages or public

16   messages?

17       A    What do you mean, "public"?  They're

18   probably in Messenger or something.  I don't know

19   what Twitter calls them.

20       Q    Okay.  But these are messages between you

21   and Poot that were not public, it looks like; is that

22   right?

23       A    You mean like -- yes, I think they call

24   it Messenger.

25       Q    Okay.  And is the other person then you



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

```
 1   here?

 2        A     I suppose.

 3        Q     Here's a message at 1:49:  Okay, but what

 4   more can you give him?  He was investigated, signed

 5   affidavit, ballots appear same day.  That is very

 6   rare.  It is usually a week later.  They admit they

 7   have no evidence.  Judge asked them specifically

 8   about him.  It's opinion.  That's why there is a

 9   lawsuit.  It's always him.  Aren't there 1999 other

10   mules?  Were not other people investigated and

11   cleared queue on the same fricking day?

12              Does that help you identify that as you?

13        A     Yes, I already said that.

14        Q     Okay.

15        A     Because she's the one that introduced me

16   to Claude.  So --

17        Q     And going back up to where we started

18   here, it looks like you sent her a smiley face and

19   she says Mail Received, and you said Subpoenas -- I'm

20   sorry -- and she said:  Subpoenas to Plaintiffs.

21              Did you send her copies of subpoenas that

22   were issued in this case?

23        A     No.

24        Q     What did you --

25        A     I don't even -- I -- I'm asking her a
```



BRENDETTA ANDREWS                                  October 28, 2024
ANDREWS V. D'SOUZA

1   question.  So, no, I don't send her subpoenas.

2        Q    Okay.  Well, here it says Mail Received.

3   Do you know what you sent her?

4        A    This looks like I'm telling her Mail

5   Received.  So maybe she sent me something.  I don't

6   know.

7        Q    Well, I think we decided that the really

8   long one was you and the shorter one is her.  So I

9   think she's saying:  Mail received, thanks.

10  Subpoenas to plaintiffs.

11            And I think we can read these two

12  messages together because they're sent nine seconds

13  apart.

14       A    So the subpoenas to Plaintiffs is her?

15       Q    Yes.

16       A    And she has a question mark.  And then it

17  has to do with Regenry.

18       Q    Well, this is much later.  If you look,

19  we're moving on to the following the day.

20       A    So what are you asking me?

21       Q    I'm asking what the mail was.

22       A    I don't recall.

23       Q    And you don't recall sending her any

24  legal documents from this --

25       A    I don't -- no, I don't remember sending



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

 1  her any legal documents, no subpoenas.  You say she's
 2  the short one and she has --
 3       Q    Right.  Because down here (indicating) --
 4  down here (indicating), she's the one using Claude.
 5  And then this long one here (indicating) is you.
 6       A    Okay.  What did I say in here that's
 7  important?
 8       Q    I'm just trying to identify that the two
 9  people that are --
10       A    Okay.  So I don't know.  Go back to the
11  Claude statement.  I don't know, but I remember when
12  she stuck this out there and she did the Claude
13  thing.  I think she got all this stuff from -- what
14  is it?  The case, the CourtListener.  I don't know --
15  this is me or this is her?  Subpoena to plaintiffs,
16  latest on defense threads.
17            Whatever this -- I don't know where she
18  got it from and I don't know, and I don't.  But I
19  didn't send her no subpoenas.
20       Q    She spends a lot of time, obviously,
21  working on something related to the Defendants in
22  this case.  So here's she's talking about hours of
23  tweaking for D'Souza, TTV took a day.
24            What is she doing here where she's
25  spending days working on something related to this



1  case?

2      A    I -- and I'm not sure, but my

3  understanding is, whatever is out there on

4  CourtListener, like whatever defense these people

5  have, she feeds whatever they said, whatever their

6  answers were, into Claude.

7           So I think it -- okay.  So it says TTV.

8  Whatever they said out there in their defense, she

9  asks Claude -- and this is how AIs work.  You feed

10  them something and then you ask, based on what they

11  said, what are their chances, blah, blah, blah.  And

12  Claude answers.  And then you feed it something else.

13           So based on this and the first sentence I

14  gave you, what are the chances that True the Vote,

15  blah, blah, blah, and Claude answers.  That's it.  I

16  mean, I remember when she put these out here.  You

17  know, she goes by what was answered -- like she said

18  you can upload documents.  I uploaded some of the

19  legal filings.  That comes from CourtListening --

20  CourtListener.  I don't have them, I don't think.

21  Now, it may be on my computer or Mark downloaded

22  them, but she said I uploaded some of the legal

23  filings and I asked Claude to summarize the defenses

24  for me.  That's simple.  I use Claude for stuff like

25  that all the time.



1              You know, you feed it -- you feed it

2     whatever, the evidence.  And she says in here

3     somewhere, answer the question, what are the chances

4     they'll win with this defense.  And then you feed it

5     something else and you feed it.  You just keep -- you

6     feed it and you ask questions and she summarized it.

7     So --

8          Q     Did she ever tell you why she was doing

9     that?

10         A     No.  I mean, this is her project.

11    This -- she's been out here with Mules before I even

12    knew what Mules was.  This is just what she does.

13    She likes to dispel misinformation.  So I don't know.

14    That's her prerogative.

15         Q     It just seems like she's spending a lot

16    of time on the claims in this case and I'm just

17    trying to understand --

18         A     That's what she does.  And she said on

19    here before, she'll be glad when it's over so she

20    can -- she's going to leave it alone.  She's

21    already -- she said that to me, I spend too much time

22    on it.  It's what she does.

23         Q     Has she told you that she's going to do a

24    book about this?

25         A     She mentioned that she's thinking about



1    doing a book.  Yes, she mentioned that to me.

2         Q    And have you offered to help her with

3    that at all?

4         A    No.

5         Q    Has she asked you to help her with that?

6         A    No, she has not.

7         Q    Has she asked to interview anyone in your

8    family?

9         A    No, she has not.  I don't think it's --

10   if you look at it -- and the last time -- the last

11   time I looked at it, she's -- she has a psychology

12   degree.  And I think the title was Manipulations.

13   And she's going to use -- and she hasn't told me

14   this.  This is me interpreting.  She's using 2000

15   Mules as -- I guess, the instances in 2000 Mules as

16   the basis of how people can be easily manipulated.

17             And she's -- I think -- and I -- I think

18   she has talked about the different types of

19   manipulations that the book -- that the film uses.

20   So I can't help her with that.  That, she can write a

21   book, Manipulations.  No, she hasn't asked me for

22   help.  How can I help her with that?  So that's her

23   prerogative.

24        Q    All right.  And just to make a clear

25   record here, 75985435 is Poot Dibou, and we'll come



BRENDETTA ANDREWS                              October 28, 2024
ANDREWS V. D'SOUZA

 1  back up to a message that you recognize better.

 2            760676972385148928 is you; is that

 3  correct?

 4        A    Yes.

 5        Q    Okay.

 6        A    I'm assuming.

 7        Q    Do you remember what platform you would

 8  have had this conversation on?

 9        A    On Twitter Messenger, I assume.

10        Q    Okay.

11            MS. HYLAND:  I'm going to introduce

12        Exhibit 14.

13            (B. Andrews Deposition Exhibit No.

14        14 was marked for identification.)

15  BY MS. HYLAND:

16        Q    And this is BA272.

17        A    Excuse me, I'm not following.  Oh, okay.

18        Q    The second comment here, 6/13/2023 at

19  3:38 a.m.  @No Lie with BTC at Georgia Ballots, David

20  Cross, an attorney who lied on official complaints to

21  the @GBIGA claiming he had tracking data on innocent

22  Georgia voters when he knew no such data existed and

23  knew about Georgia laws allowing people to drop

24  ballots for family and other people.

25            Do you still believe today that Mr. Cross



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  lied in his official complaint to the Georgia

2  government?

3       A    In the official complaint?  I saw there's

4  a line in there where he says True -- I don't know if

5  he said True the Vote or he said TTV.  I'm going to

6  paraphrase because I don't remember exactly what he

7  said.

8            But he said something to the point that

9  True the Vote has tracking data on this guy, or

10  something like that.  And that's a lie.  Right?  So,

11  yes, he lied.

12       Q    Do you think it's possible that he

13  believed what was in his complaint even if it turned

14  out to be wrong?

15            MR. DAVIDSON:  Objection.

16            MS. HYLAND:  You can answer.

17            THE WITNESS:  I can answer?  Could

18       you repeat it?

19  BY MS. HYLAND:

20       Q    Do you think it's possible that Mr. Cross

21  believed what he put in his complaint at the time

22  even though it turned out to be wrong?

23       A    You can speculate one way or the other.

24  That's been one of my questions.  He couldn't have

25  saw the data because there is no data.  He just



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1  believed them?  No due diligence?  Yeah, I saw the
 2  data so I'm going to put this in here.
 3            So I can't speculate one way or the other
 4  if he knew it or didn't, no.  I don't know.
 5            MS. HYLAND:  We'll introduce
 6       Exhibit 15.
 7            (B. Andrews Deposition Exhibit No.
 8       15 was marked for identification.)
 9  BY MS. HYLAND:
10       Q    Okay.  And this is BA221 through BA223.
11  Looking at this 11:58 p.m. post, it's the second one
12  on this last page, do you know who Lady Red Wave is?
13       A    No.
14       Q    Do you know who Go No Further is?
15       A    No.
16       Q    Do you know what this link was to?
17       A    No.
18       Q    When you say, Go get a copy, more money
19  for them, what are you talking about?
20       A    It sounds like I'm being facetious.  I
21  don't know and I'll be speculating.  But -- I will be
22  speculating, but it seems like I was trying to -- I
23  was being facetious, you know, telling them to go --
24  just go buy another copy, they're the ones making
25  money off of it.  But that's pure speculation.  I
```



 1  don't know what the tweet was about or anything like

 2  that.

 3      Q    And then the one after that, sent one

 4  minute later to @Little Trae 64, @Go No Further, Go

 5  buy a copy, and a link.

 6      A    I don't know.  I don't know what the link

 7  is to.

 8          MS. HYLAND:  Let's take a look at

 9      16 and circulate it.

10          (B. Andrews Deposition Exhibit No.

11      16 was marked for identification.)

12          THE WITNESS:  Looks like computer

13      code.

14  BY MS. HYLAND:

15      Q    This is 1947 to 1948.  And I agree with

16  you, this is very hard to read, but this is how you

17  produced it to us.  I understand you may not be aware

18  that this is how it was produced, but this is what we

19  got.

20      A    Okay.

21      Q    Okay.  It starts with Court Andrews, God

22  is wrong and stubborn.  And it looks like there's a

23  link about New York City Health Alert, COVID-19.

24      A    You're reading here somewhere?

25      Q    Yeah, I'm kind of starting -- I'm just



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

 1   kind of reading this.

 2          A       Okay.

 3          Q       Okay.

 4          A       You really do get into our private --

 5   okay.

 6          Q       Okay.  And then up here, there's a link

 7   from the AJC, and it says:  What 2000 Mules leaves

 8   out from ballot harvesting claims.

 9                  And it looks like you're sharing a link

10   to the AJC.

11                  Do you see that?

12          A       Yes.

13          Q       Okay.  And then -- and Court Andrews

14   replies:  Holy shit.  Wow.

15                  And you reply:  Y'all okay.  On phone

16   with mom.

17                  And this is all kind of irrelevant, and

18   then we come back up to another post or another

19   message from you:  Even if the ballots that person

20   dropped in that box did belong to him and his family

21   members, why would he have visited multiple other

22   boxes with multiple other ballots if he or whoever

23   had the phone weren't a mule?

24                  And then you go on quoting, and then

25   says:  Some bitch on Facebook.



BRENDETTA ANDREWS                                          October 28, 2024
ANDREWS V. D'SOUZA

1              Do you know what you were referring to
2    here?
3         A    I do not.  I don't -- I don't.  Where is
4    this -- is this a phone conversation or -- I don't
5    even know where this is from.
6         Q    It's in the same format that we received
7    your text messages in, so I think this is a text
8    message.
9         A    Okay.  Go up.  I don't know.  It looks
10   like we're debating --
11        Q    Uh-huh.
12        A    -- whether I should go back to New York
13   and get my surgery done with COVID out here.  And I
14   don't know in between.
15             So what exactly are you asking me?
16        Q    Well, my first question is, on this
17   longer post here, do you remember sending this around
18   to Courtni and possibly others on a text thread
19   within your family?
20        A    No, I don't remember.
21        Q    And then Court Andrews replies:  LMFAOOO.
22   Like this shit is hilarious.  Gossip is funny to me.
23             Was this kind of response typical for her
24   in response to news or messages about 2000 Mules?
25        A    So what particular -- which response are



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   you --

2        Q     All three of these, which -- LMFAOOO.

3   Like this shit is hilarious.  Gossip is funny to me.

4        A     And go back up.  I would say -- I would

5   say she probably does respond.  That's her way of

6   coping with it.  But then it's not so funny when you

7   tell her she's been doxed.

8        Q     Okay.

9        A     Then it's like, Wow, this is some scary

10  stuff.

11            MS. HYLAND:  Let's circulate 17.

12            (B. Andrews Deposition Exhibit No.

13       17 was marked for identification.)

14  BY MS. HYLAND:

15       Q     This is BA143.

16       A     Okay.

17       Q     Do you know who you're talking to here in

18  the first one or what evidence you're referring to:

19  See, if you have that evidence, by all means give it

20  to Dinesh D'Souza and TTV because they don't have it.

21       A     Some random people who said something and

22  I responded to it.

23       Q     This last one @Poot Dibou:  So is that

24  why they claim in their defamation suit they didn't

25  have anything but the video and not the tracking data



1    because they only had tracking from the runoff?

2        A    Uh-huh.

3        Q    Do you know where you got that

4    information?

5        A    From Poot Dibou.  I'm asking her a

6    question.

7        Q    Well, I think you're saying they claim in

8    their defamation suit that they didn't have anything

9    but the video and not the tracking data.  And I

10   understand this is within a larger question, but

11   there's an assertion of fact within this question

12   which is that they claim in their defamation suit

13   that they didn't have anything but the video and not

14   the tracking data.

15            And I'm asking how you are aware that

16   that was the situation?

17            MR. DAVIDSON:  Objection.  Asked

18        and answered.

19            THE WITNESS:  I can answer?

20            MS. HYLAND:  Yes.

21            THE WITNESS:  I don't recall.  I

22        don't even understand what I wrote and

23        the context of why I wrote it.

24            But she has said that the tracking

25        data is from the runoff only.  And I



1          forgot how she came up with that.  And I

2          don't even understand what I'm saying.

3                    MS. HYLAND:  Let's circulate 18.

4

5                    (B. Andrews Deposition Exhibit No.

6          18 was marked for identification.)

7     BY MS. HYLAND:

8          Q      This is BA331 to BA332.

9          A      Can you scroll?

10         Q      Okay.  I think this is another string of

11    messages between you and Poot Dibou; is that right?

12         A      It appears to be.

13         Q      And here you ask:  We could ask one of

14    the lawyers on here.

15                What are you referencing about lawyers on

16    here?  Like, where is "here"?

17         A      Twitter.  Wait a minute.  That's not me.

18    That's her.

19         Q      That's her?  Okay.  Sorry.

20         A      Because I see --

21         Q      You're right.  Yeah.  She's asking, we

22    could ask one of the lawyers.

23         A      And what was -- what was your question?

24         Q      Who were these lawyers and where is

25    "here"?  I'm just trying to understand what this is



1    referencing.

2         A    She has lawyer friends, and I guess she

3    converses with them.  So there are lawyers on Twitter

4    who follow Mules.  They show up to the cases.  They

5    show up to the courthouse, the case, you know, when

6    they're here in Georgia.  There are people -- lawyers

7    out who show up there.  So she is friends with them

8    and she asks them questions.

9         Q    And do you know who any of those lawyers

10   are?

11        A    Well, I know one guy, but I don't think

12   she asked -- talks to him.  These are people she

13   knows.  I've seen their name.  Well, I've seen their

14   Twitter handles, but I don't remember.  So --

15        Q    Let's circulate --

16        A    And she's just kind of being polite to

17   me, I guess, because it's about -- whatever they said

18   about hindering the case or whatever.  I know she

19   says we could ask, but I don't know any of them.

20             (B. Andrews Deposition Exhibit No.

21        19 was marked for identification.)

22   BY MS. HYLAND:

23        Q    Okay.  This is BA227 to BA228.  I want to

24   look at this message here at 6:24 p.m.:  It worked,

25   and they all made money off of it, @True The Vote,



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  @Dinesh D'Souza, @Georgia Ballots, @Salem Media

2  Group, all claiming to be Christians.  That man isn't

3  depending of the judge of his 15 attorneys.  His

4  faith is in God.  God fights his battles.  These

5  people are not fighting him, but God.

6          When you're talking about "that man," are

7  you talking about Mr. Andrews?

8      A    Yes.

9      Q    Okay.  And you mentioned 15 attorneys.

10 Was it your understanding in May of 2023 that your

11 husband had 15 attorneys?

12     A    It's probably embellished.  I could have

13 said 100.  It's just being facetious or something.

14 It's arbitrary.

15     Q    Do you know how many --

16     A    I do not.

17     Q    Are you aware -- actually, I'm going to

18 stop screen sharing.

19          Are you aware of any entity that has

20 referenced your husband by name more than ten times?

21     A    No.

22          MR. DAVIDSON:  Objection.

23          THE WITNESS:  So am I answering or

24     what?

25 BY MS. HYLAND:



1       Q     I think you already answered.

2             So I'm going to represent to you that we

3    took your tweets and turned them into a PDF and ran a

4    search for the word "Andrews," just within your

5    tweets.  And it came up as 3,228 references to the

6    word Andrews in your tweets.

7             Were you aware that you had mentioned him

8    that many times?

9             MR. DAVIDSON:  Objection.

10            THE WITNESS:  No.  So can I answer?

11       Should I?

12            MR. DAVIDSON:  You can answer.  I

13       was just stating my objection for the

14       record.

15            THE WITNESS:  Oh, okay.

16            No.

17   BY MS. HYLAND:

18       Q     Is there -- do you believe that you have

19   impacted the public's awareness of your husband's

20   name by your own tweets?

21       A     No.

22       Q     Even though you've mentioned him more

23   than 3,000 times?

24       A     In his defense, to dispel disinformation.

25       Q     But does that not affect his privacy?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1       A     What privacy?  He's doxed all out there

2    on True the Vote's website.  What privacy?  Anybody

3    can go look his name up after the investigation.

4       Q     How would I do that right now?

5       A     How would you do what?

6       Q     If I wanted to find the name Mark Andrews

7    out in the public sphere in a manner other than

8    reporting on this lawsuit, how would I do that?

9       A     Reporting on this lawsuit?

10      Q     Like if I Google -- if I Google Mark

11   Andrews?

12      A     You're not going to find him because we

13   have Delete Me, but go ahead.

14      Q     Right, that's kind of my point is that

15   he's not -- at least as far as I can tell, he's

16   on-line due to this lawsuit and due to --

17      A     I disagree.

18      Q     Okay.  But why -- how else is he on the

19   internet?

20      A     Repeat the question.  He's only on the

21   internet because -- he's only on the internet because

22   of this lawsuit?

23      Q     I'm asking, how is it I find a reference

24   to Mark Andrews on the internet that is not directly

25   associated with this lawsuit?



```
1        A     He was investigated before the lawsuit.
2        Q     Are you aware of anything on-line where
3   his name appears in connection with that
4   investigation?
5        A     No, but case number blah, blah, blah, the
6   guy in the white SUV, you can go look him up who he
7   is if you want to.
8        Q     REDACTED
9   REDACTED
10       A     REDACTED
11       Q     REDACTED
12  REDACTED
13       A     REDACTED
14       Q     REDACTED
15  REDACTED
16  REDACTED
17       A     REDACTED
18       Q     REDACTED
19       A     REDACTED
20  REDACTED
21  REDACTED
22  REDACTED
23       Q     What's on eBay with your husband's name
24  on it?
25       A     No, the Mules is on there.  And by now,
```



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

 1  everyone if, they want to know his name, they can
 2  find it.  So, no, we haven't even discussed that.
 3      Q    Okay.  Is there -- do you have an opinion
 4  personally on how much money you're hoping to get out
 5  of this lawsuit?
 6      A    Could you repeat that?  I kind of floated
 7  away here.
 8      Q    Do you have an opinion personally on how
 9  much money you're hoping that your husband will get
10  out of this lawsuit?
11      A    I don't have a determined amount, but
12  there needs to be some type of incentive not to do
13  this to another family.  That's my main concern.
14      Q    Do you have an opinion on how much
15  money -- I mean, it sounds to me like you're talking
16  about money intended to punish; is that right?
17           MR. DAVIDSON:  Objection.
18           THE WITNESS:  Can I answer, though?
19      I mean, should I?
20           MS. HYLAND:  Yes.
21           THE WITNESS:  I'm sorry.  Could you
22      repeat that.
23  BY MS. HYLAND:
24      Q    I mean, I think what you were describing
25  just now is that you want the damages in this case to



 1   be a disincentive and, to me, that sounds like you're

 2   talking about a punishment, like you want the damages

 3   to punish the defendants.

 4           Am I construing your testimony

 5   incorrectly?

 6           MR. DAVIDSON:  Objection.

 7           THE WITNESS:  I don't know --

 8           So can I answer?

 9           MR. DAVIDSON:  Yes.

10           THE WITNESS:  I don't know if --

11       and I keep forgetting the -- do I want

12       the money to be just in damages or -- I

13       just think it has to be enough that, oh,

14       you know, the next person who wants to

15       make a video, say on child trafficking,

16       they'll think twice before taking

17       innocent people, blurring their faces,

18       and making money off of it.

19           There has to be some incentive not

20       to do it, you know, because next time

21       somebody can -- may get killed, somebody

22       may get hurt, somebody may even commit

23       suicide.  So, I mean, it has to be an

24       incentive somewhere that, if you do this,

25       you're going to be sued or punished.  I



1  mean, you're going to pay something, you

2  know.

3  REDACTED

4  REDACTED

5  REDACTED

6  REDACTED

7  REDACTED

8  REDACTED

9  REDACTED

10  REDACTED

11  REDACTED

12  REDACTED

13      MS. HYLAND:  I would like to go off

14  the record and check my notes.  I may be

15  finished.  Can we take a little break?

16      THE WITNESS:  Yes.

17      MR. DAVIDSON:  Do you want to come

18  back at 15 til, so 3:45?

19      MS. HYLAND:  Perfect.

20      THE WITNESS:  I'm just writing down

21  3:45.

22      MS. HYLAND:  And I wanted to remind

23  you, Ms. Andrews, that on break you were

24  going to check the date or dates of your

25  Twitter deletions on your software.



1        THE WITNESS:  Yeah.  Yeah.  I'll

2   see if they have something out there.

3   I'm not sure.

4        MS. HYLAND:  And also, when you go

5   into your X account, under your Profile

6   section --

7        THE WITNESS:  Uh-huh.

8        MS. HYLAND:  -- go -- look at your

9   screen name, and it's going to show all

10  changes with the date and time to your

11  screen name.  If you could look at that,

12  that will also tell us when you changed

13  your screen name to God Fight Battles.

14        THE WITNESS:  I thought I tried

15  that.  Well, I tried it on my phone and I

16  just didn't see that.

17        MS. HYLAND:  Yeah, I think the

18  computer would be better probably.

19        THE WITNESS:  All right.

20        THE VIDEOGRAPHER:  We're now going

21  off the record at 3:38 p.m. Eastern

22  Standard Time.  Stand by.

23             (Brief pause.)

24        THE VIDEOGRAPHER:  We are now back

25  on the record at 3:47 Eastern Standard



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1        Time.

2              MS. HYLAND:  Thank you,

3        Ms. Andrews.  Were you able to find any

4        of that data during the break?

5              THE WITNESS:  You're not giving me

6        enough time.  I'm not my kids.  They

7        could -- so when we break again, I'll

8        just get one of them and they can do it.

9              MS. HYLAND:  Okay.

10              MR. DAVIDSON:  Amanda, I'm just

11        thinking out loud right now.  But if it's

12        information that we could submit in

13        certain ways, like in writing afterwards,

14        I think we would be happy to work with

15        Ms. Andrews in order to submit sort of

16        something in writing to memorialize the

17        information, if that would be helpful.

18              MS. HYLAND:  Yes, it certainly

19        would be helpful.  You know, if she's

20        able to pull the data in realtime, that's

21        even more helpful.

22   BY MS. HYLAND:

23        Q    Okay.  In looking at your X or Twitter

24   account today, I think I mentioned to you that the

25   most -- that the oldest post was from September 29th,



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  and then from that point to now there really aren't

2  any posts about 2000 Mules or Dinesh D'Souza.

3           Is there a reason that you basically just

4  stopped posting about this?

5       A    Once I was -- once I got representation,

6  I was told not to.

7       Q    Okay.  Well, I don't want you to tell me

8  what your lawyers told you.

9       A    Okay.

10      Q    Prior to that, again, we -- you know, we

11 took all of your -- the documents that your attorneys

12 provided to us that have all of these posts on it,

13 and we tried to count how many times you had posted

14 about Mules or about Dinesh D'Souza or about the

15 case.  And it was actually too large of a number for

16 us to accurately do.  We think it's in the ballpark

17 of tens of thousands.

18           Was there a reason you can identify as to

19 the volume of your social media posts on this topic?

20      A    I just was responding to people's tweets,

21 trying to dispel the disinformation.  That's it.

22 That's it.

23      Q    Did -- did it take on any kind of like

24 personal meaning or emotion for you to do that?

25      A    Yeah, because -- and I've said this to



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1  people, you know, I don't talk to my family.  I don't
2  even talk to Mark.  I don't -- I don't talk to
3  anybody about mules or what I see out here on
4  Twitter.  So it's like a burden, a burden, you know.
5  And so the only way I could get out my frustration
6  or, you know, what I was feeling about it, and I've
7  been told in some of my tweets I sound really angry.
8  Like duh.
9          But it was just the way, I guess, to
10  contribute to helping my husband.  I mean, you know,
11  like Dinesh did a YouTube that he posted out there on
12  Twitter.  And I'm paraphrasing.  I don't know exactly
13  what he said before or after, but he said something
14  in that YouTube like, And we need to do something
15  about these -- these Black Lives Matter thugs.
16          Wow.  You're calling -- who are you
17  calling a thug?  All of the black people in the
18  video.  My husband is black.  You're calling my
19  husband a thug?  And so that's when I started
20  tweeting, This man's an executive, you know, and he's
21  out there calling him a thug.
22          So it was just in response to what was
23  being said out there.  Dispel information.  Defending
24  my husband, you know, because he doesn't deserve
25  that.  You know, everybody loves Mark, you know.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  Just the least person who would do what they said he

2  did.  So that's all it was.  It was no -- I don't

3  know what you're trying to imply or what you're

4  asking me, it was just a response to what was being

5  said out there.  It wasn't trying to meet some

6  magical money.

7       Q    I'm still trying to understand -- and I

8  get what you're saying and I believe you, that you

9  were on-line trying to dispel what you believed was

10  misinformation and trying to help your husband.  But

11  taking that as true, I'm confused as to why you would

12  then want to pull it all off the internet.

13            If you had done such a well-intentioned,

14  long-term, time-consuming effort to try to help, why

15  you would want to just, with the snap of a finger or

16  the push of a button, undo it all?

17       A    Like I said, it's -- when this is over,

18  I'm going to delete the entire thing.  I'm going to

19  delete the -- what do you do -- close, remove.  The

20  entire God Fights Battles is going to be gone.  I

21  don't know, it's just like all the hard work, all the

22  time I've spent, I just want to leave it behind me.

23  And that's one way to do it.  I just want Twitter, I

24  just want another -- and that's it.

25            I mean, there's no -- I don't even go



1   back and look at the tweets.  I don't do that.

2   Because, you know, sometimes I was up -- it was like

3   a -- it was like a job, sun up, sun down, and

4   sometimes I was up 3:00 or 4:00 in the -- and that

5   wasn't the only thing I was doing.

6           I was going to Twitter and reporting

7   anything with Mark in it.  And there was a time on

8   Twitter where you couldn't find his picture or his

9   video before Elon Musk took over.  Because I was out

10  there saying, Hey, the guy in the right-hand corner

11  in this video has been investigated and exonerated,

12  and Twitter was taking -- I was doing that too, so --

13      Q     And why did you stop all of this?

14      A     Well, when Elon took over, you can't

15  report --

16      Q     I'm sorry.  I'm not talking about the

17  take-down requests.  I'm just talking about the

18  energy and the effort.  You know, you went from a

19  really intense level of effort --

20      A     And it took a toll on me.

21      Q     -- to remove --

22      A     Like it's affecting my health.

23      Q     How so?

24      A     REDACTED

25  REDACTED



 1 │ stressful.  And I'm out there arguing with people

 2 │ who, you know, they're not going to change their

 3 │ minds.  I'm not -- they're posting from sun up to

 4 │ sun.  It just took a toll on my health.

 5 │          I'm like, I'm going to die of a heart

 6 │ attack or a stroke or something if I don't start

 7 │ taking care of myself.  And so, you know, it has kind

 8 │ of died down, too, since the settlement.  And so, I'm

 9 │ tired.  I'm tired.  And as I said before, it's never

10 │ going away.  There's always going to be somebody out

11 │ here.  I just watch Mules, watch it, blah, blah,

12 │ blah.  You know.  I just can't go -- I just can't do

13 │ it anymore.

14 │          I mean, it's not as bad as it used to be

15 │ and so I'm not attacking -- not attacking -- but

16 │ responding to people about it every time I see

17 │ somebody talk about it.  I'm tired, I'm worn out, and

18 │ it took a toll on my health.

19 │     Q    Was there a correlation -- I mean, what

20 │ you're saying makes total sense to me in terms of

21 │ just kind of dropping your pencil and saying I'm not

22 │ going to do this anymore and I'm going to get off of

23 │ Twitter.

24 │          But how does taking all of your social

25 │ media down, what's already there, help you?



1        A      I don't know how else to explain it to

2    you, ma'am.  It's like I want to leave the past in

3    the past.

4              And you're talking about taking it down.

5    If it wasn't -- if we weren't still doing this

6    lawsuit, I'd have close it, period.  So, I mean, the

7    only reason -- go ahead.

8        Q      Do you have any regrets about what you

9    posted?

10       A      Like what?

11       Q      Do you regret having posted the way you

12   did?

13       A      Put it this way, I started to take it

14   down -- once the lawyers took the case, I started to

15   take the Twitter down.  And after a year, the tweets

16   would have been deleted anyway.  But, you know, it

17   just can't -- you know, D'Souza, any opportunity he

18   got, and then he's getting 20 ups.  And there are the

19   threats again.

20             And so it's like that -- that was a

21   decision.  Stay out here, tweet, knowing that you

22   people were going to go through my tweets.  I knew

23   it.  And if I had deleted them when they took the

24   lawsuit -- what was that, 2022 -- I wouldn't be

25   sitting with you here right now because there



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

```
 1   wouldn't be anything out there.  You know, that was a
 2   decision I had to make and that's the decision I
 3   made.
 4              So, no, I don't regret it.  I think I
 5   changed some people's minds.  I think it slowed it
 6   down some.  So, no.
 7              MS. HYLAND:  Okay.  I don't have
 8         anything further.
 9              Jake, did you have any questions?
10              MR. EVANS:  I do have a few.  Let
11         me -- I've got to try to get my set up
12         here because I'm going to try to share
13         the exhibits on my laptop.  But I don't
14         want us to get like a -- so hold on one
15         second.
16              It looks like it's going to work.
17
18                      EXAMINATION
19   BY MR. EVANS:
20         Q    First, Ms. Andrews, my name is Jake
21   Evans.  It's good to meet you.
22         A    Hi.
23         Q    I represent True the Vote Defendants in
24   this case.  And if at any point you can't hear me,
25   let me know.
```



1    A    Okay.

2    Q    If you need the volume turned up, let me

3    know.  I don't think that I will be too long, and I'm

4    going to try to just supplement where I need to some

5    of the questions that Ms. Hyland asked.

6        My first question is -- and we talked to

7    REDACTED

8    REDACTED

9    REDACTED

10    A    REDACTED

11    Q    REDACTED

12    REDACTED

13    A    REDACTED

14    REDACTED

15    REDACTED

16    Q    No, you go ahead.  I don't want to

17    interrupt you.  Sometimes I'll inadvertently jump in

18    too early and sometimes I haven't finished what I'm

19    saying.  So, yeah, finish whatever you've got to say

20    and I'm not trying to interrupt you.

21    A    Yeah, and every time I -- they all bring

22    up, Are you under any stress?  Are you kidding?  So

23    they all have said stress, stress, what kind of

24    stress are you under.  And I've told a few doctors

25    and some of them I haven't.



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

1        Q     And it sounds like -- and I'll kind of
2    parlay what you and Ms. Hyland's discussion earlier
3    is, which is it sounds like you've taken on a
4    personal duty or obligation with this case; is that
5    true?
6        A     Yes.  You know, because I don't talk to
7    anybody about the tweets, Twitter, no one.  I don't
8    want anybody else worried.  I don't want anybody else
9    having health problems.  So it's like a burden, but
10   it gives me some satisfaction that I am helping in
11   some kind of way.
12       Q     And for you, is this almost like a
13   personal crusade?
14       A     I don't know if it's a crusade.  It's
15   just -- I just want to dispel the disinformation.
16   Because Mark's a good guy.  You know, everybody loves
17   him.  And when this first started, he was reading the
18   lawsuit and he was going like, Oh, my God, and I'm
19   like, What?  They said -- oh, I already know.  Or,
20   Unbelievable.  And after he went through that -- you
21   know, I've been with Mark for 45 years, it's like his
22   soul had left his body.  And it's like -- you know.
23   And I just feel so sorry for him.  Because he's --
24   everybody loves Mark.  He's just such a nice guy.  He
25   just didn't deserve is it.





BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1               And you say personal crusade.  It was
2     just my way of helping the cause, I guess.
3          Q     And earlier you testified you're posting
4     from sun up to sun down and I saw --
5          A     Some days.  Some days.  Not all the time.
6          Q     And I saw some of the tweets that were
7     2:00 a.m., 3:00 a.m.  Did it almost become an
8     obsession in a way for you?
9          A     I wouldn't call it an obsession.  It's
10    just I'm trying to dispel disinformation.  And if
11    here's another tweet, I just got to answer it, you
12    know, to dispel disinformation.  So like I said, it
13    wasn't every day that I was out there sun up to sun
14    down.  Some days I wasn't out there at all.  So it's
15    just -- it was what it was.
16         Q     Did it surprise you to hear that you had
17    tweeted about Mr. Andrews over 10,000 times?
18         A     No.
19         Q     And you produced over 400 pages of tweets
20    and some of those tweets -- some of those pages
21    had -- I would say -- 20 to 30 tweets apiece.
22               Would it surprise you that you had
23    tweeted over 20 to 30,000 times over the past two
24    years?
25         A     Well, the Circleboom told me how many



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1    tweets were out there, so I knew.
 2         Q    And what number is that?
 3         A    I done forgot what it was, but it told me
 4    how many were, you know.  And -- most of the tweets
 5    was like series, you know, that -- a series of
 6    tweets, eight tweets, it's going to add up, you know.
 7    But it was what it was.
 8         Q    Was it more than 30,000 tweets that you
 9    had sent?
10         A    I don't recall.
11         Q    Do you recall a rough range of how many
12    tweets that it was?
13         A    No.
14         Q    Have you ever seen any articles where
15    Mark Andrews is said to be a mule?
16         A    I don't recall.  Accused of being one.
17         Q    And what articles are those?
18         A    I don't know.  Don't most of them say
19    that?
20         Q    If I told you that -- go ahead.
21         A    No, go ahead.
22         Q    If I told you that if you Googled Mark
23    Andrews, all the articles say that he is not a mule,
24    would you have any reason to disagree with that?
25         A    No.  But that's the newspaper article.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  Who cares?  It's the people out here threatening his
2  life.  These are the people who have formed an
3  opinion of him that believe he is a mule.  I've seen
4  people say, Oh, he's like O.J.  He did it.  Just
5  because they exonerated him doesn't mean he didn't do
6  it.  He's an O.J. type, because they believe.  And
7  those are the people we're worried about.
8        Some guy writing a newspaper article, I'm
9  not worried about him walking up to my door, walking
10 up to Mark.  So who cares?  It's those people out
11 there tweeting, When are we going to arrest the
12 mules?  They should be shot for treason.  Those are
13 the people that believe he's a mule.
14      Q    So you're not concerned about the
15 newspaper articles and any reference to Mr. Andrews;
16 is that right?
17      A    I didn't say that not worried about.  But
18 what else -- are they going to call him a mule?  Are
19 you going to write an article and call him a mule,
20 when we know there's no evidence that he is one?  One
21 way or the other.  I mean, you know, I'm not worried
22 about them.
23      Q    And do you have any fears?
24      A    What do you mean?  Explain fears.
25      Q    How would you define a fear?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A      I don't know.  I just know if somebody is
2   telling or saying that they want to shoot not only
3   the person that's falsely accused, but their entire
4   family, yeah, I'm afraid.  Because you've got to be
5   really angry to want to kill somebody and their
6   entire family.  I mean, Mitt Romney won't even
7   endorse Kamala Harris because he's afraid.  I'm like,
8   he can buy the best security money can buy.  No one
9   has walked up to his wife, his son, his daughter, but
10  he's afraid.  You telling me Mitt Romney can be
11  afraid and I can't?
12              Meghan Markle, afraid.  They're rich.
13  You know, they can stay in Tyler Perry's mansion to
14  get away.  You know, where are we going?
15              Did y'all know that our lawyers have us
16  on an escape plan thingy, like if they --
17              MR. DAVIDSON:  I'll just instruct
18      you not --
19              THE WITNESS:  Okay.
20              MR. DAVIDSON:  Mr. Evans is free to
21      ask you questions --
22              THE WITNESS:  Okay.
23              MR. DAVIDSON:  But just make sure
24      you're not disclosing any substantive
25      communications.



BRENDETTA ANDREWS                    October 28, 2024
ANDREWS V. D'SOUZA

```
1              THE WITNESS:  I'm sorry.  I
2        apologize.  This is new to me.  I've
3        never been -- I understand.
4   BY MR. EVANS:
5        Q     And, Ms. Andrews, I was just asking what
6   your fears are.
7        A     That somebody is going to walk up on my
8   husband or walk up to our house and do something
9   violent.  Or if we go to the beach, you know,
10  somebody is going to recognize us and our truck.
11  That's my fear.  You know, people know where we live,
12  you know.  So, you know, that's my fear.
13       Q     And do you have any other fears outside
14  of this lawsuit for 2000 mules?
15       A     What are you asking me?  Like what?  Do I
16  fear I might drop dead of a stroke?  Yeah, I fear
17  that.
18       Q     Any other fears other than dropping dead
19  from a stroke?
20       A     I don't know, sir.  You know, I'll have
21  to think about it; but at this point, my biggest fear
22  is somebody harming my husband or harming my family.
23  Because of something that's not true.
24       Q     Earlier you testified that True the Vote
25  doxed Mr. Andrews.  What did you mean by that?
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        A       They put all of his information out on

2   their website, height, weight, name, address.  And my

3   understanding is they put all of our information out

4   there, too.

5        Q       You also testified about job applications

6   that her husband made.  Do you recall when those job

7   applications were made?

8        A       I do not.  The only one I know that had

9   to have been kind of recent is the invite to join or

10  whatever they do to -- whatever you have to do to be

11  on the board of directors.

12       Q       And could the other applications have

13  been more than two years ago?

14       A       You mean 2022?  I don't recall.

15       Q       How many hours a day, on average, over

16  the past two years have you spent on Twitter?

17       A       I don't recall.

18       Q       Would you say it's more than two hours a

19  day on average in the past two years on Twitter?

20       A       Well, I'm not on here every day, so --

21  but more than two hours?  I don't know.

22       Q       You testified earlier that you and your

23  family rarely talk about 2000 Mules and this lawsuit;

24  is that correct?

25       A       That's correct.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1       Q      And you also have testified that you and
2    your family are fearful of what's resulted from 2000
3    Mules and this lawsuit; is that right?
4       A      Yes.
5       Q      And if 2000 Mules and this lawsuit have
6    impacted you in that way, how do you and your family
7    never discuss it?
8       A      Put it this way.  We -- when it first
9    came out, we know what was said and what was done.
10   Do we need to talk about it every day for the next
11   three, four, years, five years?  What's to talk
12   about?  I don't talk about it with my relatives
13   either, friends either.  What's to talk about?  It is
14   what it is.  They threatened us, violent threats.
15   We've got to keep talking about it?  No.
16      Q      Wouldn't you agree with me that if
17   something is pervading your life, that you would talk
18   about it pretty frequently to those closest to you?
19      A      I do not agree.
20             MR. DAVIDSON:  I --
21             THE WITNESS:  Okay.
22             MR. DAVIDSON:  I'm just going to
23         lodge an objection to the question, but
24         proceed.
25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1              MR. EVANS:  You can answer.
2              THE WITNESS:  I do not agree.  Why
3         do you have to keep talking about it over
4         and over?  You know, it is what it is.
5         There are people out there that believe
6         it's true.  There are people out there
7         that want to hurt him and his family.
8         Why would you want to keep talking about
9         it, you know?  So, no, I disagree.
10  BY MR. EVANS:
11         Q    If something did affect your life
12  negatively on a frequent basis, would you discuss it
13  with your family?
14              MR. DAVIDSON:  Objection.
15              MR. EVANS:  You can answer.
16              THE WITNESS:  Sir, I take that
17         burden.  That's why I'm out there on
18         Twitter.  That's why I don't tell him
19         what's out there on Twitter.  I just said
20         it's a heavy burden.  It's affecting my
21         health.  So should we all get our health
22         affected by it -- affected by it?  That's
23         my burden.  I don't want it on them.
24              I don't want my 85-year-old mother
25         thinking about it.  I don't want to keep
```



 1          bringing it up.  I don't want them to
 2          know what's being said out here.  We
 3          already know what's been said.  I've got
 4          to keep emphasizing it?  No, I take on
 5          that burden.  And that's why I'm
 6          suffering now, but I'm glad they're not.
 7          So I disagree.
 8    BY MR. EVANS:
 9          Q    Is anyone making you take on that burden
10    on Twitter?
11          A    No.  That's my decision and mine alone.
12    As a matter of fact, my husband said, Stay off of
13    Twitter.  Why are you -- it only -- the only thing it
14    does is upset you.  I know.
15                MR. EVANS:  I'm now going to show
16          you a couple of documents, and I think
17          we're on Defendants' Exhibit 20.
18                (B. Andrews Deposition Exhibit No.
19          20 was marked for identification.)
20                MR. EVANS:  And Mr. George will
21          circulate these.  Oh, you did.  You sent
22          them to the team?
23                MR. GEORGE:  Yes.
24    BY MR. EVANS:
25          Q    And I'll represent to you, Ms. Andrews,



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1  that this is a document that you produced.  And
2  earlier you testified that God Fight Battles is your
3  Twitter handle; is that correct?
4        A    Yes.
5        Q    And at the top, I'll refer you to the
6  first tweet.  And it says:  It's always hash tag BS.
7             What does "BS" stand for?
8        A    On which one?
9        Q    This is --
10       A    The first?
11       Q    Right here (indicating).  Can you see
12 that?
13       A    Yeah.
14       Q    And so it says:  It was always BS.
15            What does BS stand for?
16       A    Bull shit.
17       Q    And it says:  Salem Media, True the Vote
18 knew they made the money knowing these people were
19 innocent.  Pure evil.
20       A    Okay.
21       Q    Do you believe that Dinesh and True the
22 Vote are evil?
23       A    I do.
24       Q    And why do you believe -- well, strike
25 that.



1              What does the word "evil" mean to you?

2        A     It's certainly not anything Godly.  I

3    mean, slander, you know, just making up lies about

4    somebody for profit?  That's evil.  That -- who does

5    that?  That's just my opinion.

6        Q     And did you use the word evil frequently

7    to describe another person?

8        A     I don't recall.  What is frequent?

9    Define "frequent."

10       Q     Whenever I ask you with a descriptive

11   term, I'm asking how you define it.  So when I say

12   frequent, however you define frequent.  Do you

13   frequently use the word evil to describe another?

14             MR. DAVIDSON:  Objection.

15             MR. EVANS:  You can answer.

16             THE WITNESS:  I probably --

17        frequently that means all the time.  I

18        don't think so.  And describe people.

19        That -- those two.

20   BY MR. EVANS:

21       Q     And so you were using it against True the

22   Vote and Dinesh because you think they are

23   exceptionally bad?

24             MR. DAVIDSON:  Objection.

25             MR. EVANS:  You can answer.



BRENDETTA ANDREWS                          October 28, 2024
ANDREWS V. D'SOUZA

```
1              THE WITNESS:  Yeah, because have
2         you ever heard of a case where somebody
3         took an innocent person, blurred their
4         face, told all kinds of lies about them,
5         called them a criminal, and to then put
6         it in a movie?  Is there another example
7         of something like that out there?
8              So it is exceptional.  It's
9         unbelievable.  Diabolical.
10   BY MR. EVANS:
11        Q    Do you have personal hostility against
12   True the Vote and Mr. Dinesh D'Souza?
13        A    Could you repeat that?  My mind wandered.
14        Q    Do you have personal hostility --
15        A    Personal hostility.
16        Q    -- against True the Vote and Dinesh
17   D'Souza?
18        A    I mean, are you asking me if I hate them
19   or something?  Hello?
20        Q    You can answer the question.
21        A    So describe "hostility."
22        Q    However you describe hostility, I want
23   you to -- that's what I'm asking.
24        A    Put it this way.  I hate what they did to
25   me and my family and my husband.  I don't hate them.
```



1  You know, I wish them well, you know.  But is there a

2  constant hostility towards them?  I don't know, you

3  know.  I don't wish them harm.  I don't hate them.

4        Q    Would you sit down with them over dinner?

5             MR. DAVIDSON:  Objection.

6             MR. EVANS:  You can answer.

7             THE WITNESS:  Probably not.

8  BY MS. HYLAND:

9        Q    And why not?

10       A    Because of what they did to my husband,

11  what they did to my family.  We've got to live with

12  this for the rest of our lives, somebody out there

13  somewhere accusing Mark of being a mule.  So, I mean,

14  why would I sit down with them over dinner?

15            Put it this way.  I would consider it if

16  it were -- I don't know -- some type of -- if I'm

17  getting some type of remorse, apology, I would

18  consider it.

19            (B. Andrews Deposition Exhibit No.

20       21 was marked for identification.)

21  BY MR. EVANS:

22       Q    I'm now going to reference Defendants'

23  Exhibit 21.  And I'll represent to you this document

24  was also produced by you.  And it references God

25  Fight Battles, which is your Twitter handle.



1               What are these HTTP:-T.CO?  Do you know

2    what these are?

3        A    I would assume they're articles or

4    something.

5        Q    And how would we determine what that

6    hyperlink is for?

7        A    I don't know.  I'm assuming this is how

8    Twitter gives you the data.  Maybe ask them.  I don't

9    know.

10       Q    Because you deleted these tweets, are we

11   unable to determine what the hyperlinks are on

12   Defendants' Exhibit 21?

13       A    I suppose.  Did you try to open it?

14       Q    We have.  Okay.

15            I now will reference Page 2, which is

16   your Bates number 114.  And here you say:  Yes,

17   that's exactly what Salem Media said in their annual

18   report.  They, like you, are proud of this fake BS.

19            And what did you mean by "BS" there?

20       A    Bull shit.

21       Q    And then here, December 30th, you say:

22   You can't prove this SH...

23            And then there's two dashes.  What did

24   you mean by the two dashes?

25       A    Shit.



1         Q      And do you often use profane language in

2    a public domain?

3         A      No.

4         Q      Why did you do it here?

5         A      I was probably angry or something.  Put

6    it this way.  I'm a Christian, not a saint.  Only one

7    man walked this Earth who was perfect, and that was

8    Jesus Christ, you know.  I strive to perfection but

9    I'll never get there.

10        Q      And do you think those posts are

11   reflective of who you are?

12        A      Because I said shit one time and I said

13   bull shit one time?  And I didn't even spell it out.

14   Wouldn't that have been a little worse?  And I don't

15   care what you think reflective of me or whatever.

16   You know, I know who I am and God knows who I am and

17   I'm not perfect, you know.  But you know what God

18   doesn't like, one of the worse sins you can perform,

19   is slander.  He hates it.

20               (B. Andrews Deposition Exhibit No.

21        22 was marked for identification.)

22   BY MR. EVANS:

23        Q      Okay.  I now will show you Defendants'

24   Exhibit 22.  I'll refer to you to Bates number 16.

25               And here -- and it looks like -- I'm



1  referring to the April 21st, 2023 post.  And it looks

2  like, are you responding here to a post by Dinesh

3  D'Souza?

4       A    His name is in the -- in the post.

5       Q    And what does that mean?

6       A    You just asked me was I referring --

7  referring this to Dinesh.  Apparently.  And.

8       Q    Is this --

9       A    Go ahead.

10      Q    Is this a reply or response to Dinesh?

11      A    I don't know.

12      Q    Are we able to know what the original

13  post was?

14      A    I don't know.  Ask Twitter.

15      Q    But these are your posts.

16      A    Yeah, but they'll know if you can go back

17 and you can find the original whatever you're talking

18 about.

19      Q    Did you delete this post, too?

20      A    I testified that they all were deleted.

21      Q    And the fact that you deleted this post,

22 does that inhibit us from knowing what the original

23 post was?

24      A    I don't know.  Maybe ask Twitter if you

25 can find it.



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

1      Q     So in this, you say:  When the
2  Plaintiff's photograph is used in a publication but
3  not the Plaintiff's name, courts will almost always
4  find the communication to be of and concerning the
5  Plaintiff.
6            What did you mean by that?
7      A     I don't know.  It looks like I copied
8  it -- I copied it from somewhere.  It might have been
9  CourtListener.
10     Q     What was the last part?  What did you
11  say?
12     A     CourtListener.
13     Q     What does that mean?
14     A     That's the place where you can go look up
15  any court case and the explanations.  So it looks
16  like I copied it from there.
17     Q     And did anyone ever tell you what you
18  said in this post?
19     A     Did anybody -- excuse me?
20     Q     Did anyone ever tell you what you said in
21  this post?
22     A     No.  Anybody like who?
23     Q     Earlier you testified that you were not
24  actively engaged in Mr. Andrews' lawsuit; is that
25  correct?



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

1         A       No.

2         Q       Were you actively engaged in Mr. Andrews'
3    lawsuit?

4         A       What do you mean?  What are you asking
5    me?  Dumb that question down for me.

6         Q       Were you actively engaged in Mr. Andrews'
7    lawsuit?

8         A       I don't know what you're asking me, so --

9         Q       Were you monitoring Mr. Andrews' lawsuit?

10        A       What do you mean, going to
11   CourtListener and -- no.  That's why, when somebody
12   told me that True the Vote had stated that his
13   tracking data wasn't in the FBI data, I didn't know
14   anything about it, but it was out there on
15   CourtListener.  So I'm not out there on CourtListener
16   every day.

17        Q       But you were following the case close
18   enough to be posting on social media about what you
19   believe was the law, right?

20        A       I believe is the law?  I don't know
21   nothing about the law.  I posted what was out there
22   in the official document.

23        Q       So I'll go now to bottom --

24        A       I'm not a lawyer.

25        Q       -- of 166.  And this is @markman8840353.



1    Do you know who that is?

2        A      No, I don't.  No.

3        Q      And YouTube.  And you say:  True the Vote

4    defendants focus extensively on the fact Mr. Andrews'

5    face was blurred, but their conduct constituted voter

6    intimidation under 11b and 1985, dash, or 3, whether

7    Mr. Andrews' face was blurred or not.  They have no

8    evidence.

9              Where did you -- why did you say that?

10       A      Which part?

11       Q      This is at the bottom of 166.

12       A      There are two sentences.  Which one are

13   you asking me about?

14       Q      The second sentence that says, But their

15   conduct constituted voter intimidation under Sections

16   11b and 1985.

17       A      And what was the question again?

18       Q      Why did you say that?

19       A      It looks like I copied it.

20       Q      And where did you copy it from?

21       A      Probably CourtListener.

22       Q      Is it your opinion that their conduct

23   constituted voter intimidation under 11b and 1985?

24              MR. DAVIDSON:  Objection.  Calls

25       for a legal conclusion.



1                THE WITNESS:  Exactly.  I'm not a

2        lawyer.

3    BY MR. EVANS:

4        Q    I'm asking your opinion.  You can answer

5    the question, please.

6                MR. DAVIDSON:  And again, I'll just

7        restate the objection.  It calls for a

8        legal conclusion.

9                THE WITNESS:  So you want me to

10       answer?

11               MR. EVANS:  Yes.

12               THE WITNESS:  Is it my opinion?  I

13       don't have an opinion.

14   BY MR. EVANS:

15       Q    Did you post that on Twitter on

16   April 21st, 2023?

17       A    I already told you --

18               MR. DAVIDSON:  Asked and answered.

19   BY MR. EVANS:

20       Q    Okay.  We'll go to April 21st.  And who

21   is ER_HR?

22       A    I don't know.

23       Q    Was this responding to a post by ER_HR

24   and Dinesh D'Souza?

25       A    I don't know.



1      Q      Do you have any reason to believe that it
2   wasn't?
3      A      Can you repeat the question?
4      Q      Do you have any reason to believe that it
5   wasn't?
6      A      Well, repeat the question before that.
7      Q      Do you have any reason to believe that
8   this post on April 21st, 2023 was not in response to
9   ER_HR?
10     A      I still don't understand the question.
11     Q      What do you not understand about the
12  question?
13     A      I don't understand the question.
14  Rephrase it.
15     Q      Well, I'm trying to understand what the
16  confusion is so I can rephrase it.
17            What I'm asking is, is the post on
18  April 21st, 2023 in response to a post by ER_HR,
19  EW-_HR?
20     A      I don't recall.
21     Q      And here you say:  How awful is 2000
22  Mules.  It turns out Dinesh D'Souza bat shit crazy
23  conspiracy theory.
24            What did you mean by "bat shit crazy"?
25     A      You can go Google that.  It's an article.



1  That came from an article.  Probably the Charlie

2  Sacks.  That's probably why I referenced it.  That's

3  an article.  So go read the article and see what they

4  meant by bat shit crazy.

5       Q     And the next one is April 21st, 2023, and

6  what do you say in that post?

7       A     I quoted something from Star Wars.

8       Q     And you said --

9       A     And I don't know -- I don't know what it

10  was in reference to.

11       Q     And are you referring to that you don't

12  know what it was in reference to because it applied

13  to a post and we would need to know what it was in

14  reference to?

15       A     It looks like I was trying to be

16  facetious.  So do you need to see the post to see

17  that something was facetious?

18       Q     We do need to see the post to know what

19  you were replying to.

20       A     And who says this had anything to do with

21  2000 Mules?  So if I had left all the mules stuff and

22  this is referring to something totally -- something

23  else, this -- I don't even think this was referring

24  to mules.

25       Q     What were you referring to?



1        A      I don't know.

2        Q      And do you not know because you deleted

3    the post, the tweet that this was responding to?

4        A      Yes.

5               (B. Andrews Deposition Exhibit No.

6        23 was marked for identification.)

7    BY MR. EVANS:

8        Q      Okay.  I now will refer you to

9    Defendants' Exhibit 24.

10              MR. GEORGE:  Three.

11   BY MR. EVANS:

12       Q      -- 23, and I'll refer you to May 23rd,

13   2023.  And it looks like you're responding to a post

14   with Atari, Ivory Hecker, Dinesh D'Souza, and you

15   say:  They're all liars and scammers.

16              Who are you calling a liar and a scammer?

17       A      To this, True the Vote.

18       Q      And there's another post here, May 23rd,

19   2023, and it looks like you're replying to a number

20   Mr. Magnificent, Ivory Hecker and Dinesh D'Souza.

21              Do you have the post that you're

22   responding to in this May 23rd tweet?

23       A      No.  But you know what, all those people

24   named in that tweet, you can probably go find it

25   under their tweets.



BRENDETTA ANDREWS                                          October 28, 2024
ANDREWS V. D'SOUZA

1          Q      And you say liars and scammers.  Who are

2     you calling a liar and a scammer?

3          A      Dinesh and True the Vote.  That's freedom

4     of speech, right?

5          Q      And so I'll refer you to the next page,

6     which is two -- Bates number 245.  And I'll refer you

7     to another May 23rd tweet, and it looks like you're

8     responding to Poot Dibou, Dinesh, Elon Musk.  And you

9     say -- you have a hyperlink there:  He knows @True

10    the Vote, liers and scammers.

11               Are you calling True the Vote a liar and

12    a scammer there?

13         A      Yeah.  I assume I am.  I don't know.

14         Q      And you've got a hyperlink here.  Could

15    this hyperlink be an image?

16         A      I don't know.

17         Q      Did you often post images in response to

18    tweets?

19         A      I don't know.

20         Q      So below this is May 23rd at 9:18 p.m.,

21    and you're responding to, it looks like, GVNZNG and

22    Dinesh D'Souza:  What an utterly disgusting piece of

23    scum.  Apologies to the scum.

24               Who are you calling a scum?

25         A      I don't recall, but it's an opinion.



1  Freedom of speech.

2       Q    And what did you mean when you said, What

3  an utterly disgusting piece of scum?

4       A    Doesn't it speak for itself?

5       Q    I'm trying to understand what that means

6  to you.

7       A    Whatever I was talking about, I'm calling

8  it disgusting.  I don't know what else you want from

9  me.

10       Q    So are you calling Dinesh D'Souza an

11  utterly disgusting piece of scum?

12       A    I don't know if it was D'Souza or

13  whoever, but that's my opinion.

14       Q    And I'll next refer you to another tweet

15  on May 23rd.  And this is to @IVNuggs, @Dinesh

16  D'Souza.  And you say:  To a POS, yeah.

17            What did you mean by POS?

18       A    It's a piece of shit.

19       Q    And who are you calling a piece of shit?

20       A    I don't recall.

21       Q    Do you know what post you were responding

22  to on May 23rd?

23       A    No, I don't.

24       Q    And is that because you deleted the

25  tweet?



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1       A     Yeah, but there are two other people in
2   the tweet, so you can go find it.
3               (B. Andrews Deposition Exhibit No.
4       24 was marked for identification.)
5   BY MR. EVANS:
6       Q     Next we'll show you Defendant's Exhibit
7   24.  I'll refer you to a tweet on June 20th, 2023.
8   And here you're responding to pootdebou@ -- it looks
9   like C-L-A-N-D-R-O, True the Vote, Dinesh D'Souza.
10              Do you recall which post you're
11  responding to here?
12      A     No.
13      Q     And you say:  You knew the movie was a
14  complete lie when you conspire with Georgia Ballots,
15  Dinesh D'Souza to defraud the U.S. Government.
16              What did you mean when you said "to
17  defraud the U.S. Government"?
18      A     I'm referring to the American people.
19  And as far as the U.S., they made -- they made
20  statements to government agencies that they had
21  tracking data, tracking people, and they had other
22  evidence of crimes being committed with ballots.  So
23  what government agencies?  I just said U.S.
24  government.  U.S. government agencies.
25      Q     And what evidence do you have to support



1   your statement that Dinesh D'Souza and True the Vote

2   defrauded the U.S. government?

3           A       I don't.  It's my opinion.

4           Q       Did you know that defrauding the U.S.

5   government is a crime?

6           A       Yes.

7           Q       Did you know that you accused -- or you

8   said True the Vote and Dinesh D'Souza committed a

9   crime to defraud the U.S. government without

10  evidence?

11                  MR. DAVIDSON:  Objection.

12                  MR. EVANS:  You can answer.

13                  THE WITNESS:  Isn't it a crime to

14          tell government agencies that you have

15          evidence of people breaking the law with

16          ballots?  Isn't it a crime?

17                  MR. EVANS:  I'll object to --

18                  THE WITNESS:  Didn't you defraud --

19                  MR. EVANS:  -- as nonresponsive.

20                  If you could please answer the

21          question.

22                  MR. DAVIDSON:  Mr. Evans,

23          Ms. Andrews is answering the question.

24          You may not like the answer, but, as with

25          last week, if you could not try to invoke



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          motions to strike or --
2                    MR. EVANS:  Jared, objecting to
3          nonresponsiveness is a proper objection.
4          I'm not going to debate with you about
5          that.  She asked me a question to my
6          question.  That's a nonresponsive answer.
7          And so --
8                    MR. DAVIDSON:  And I'm telling you
9          that she answered your question.  So I
10         don't know what you're getting at.
11                   MR. EVANS:  Well, you can object as
12         asked and answered then.
13                   Madam Court Reporter, if you would
14         please read back the question.
15                   THE REPORTER:  One moment.
16                   (The last question was read back
17         into the record.)
18    BY MR. EVANS:
19         Q     You can answer.
20                   MR. DAVIDSON:  And again, asked and
21         answered.  She already provided an answer
22         to your question.
23                   MR. EVANS:  Ms. Andrews, you can
24         answer.
25                   THE WITNESS:  I can answer?  Didn't



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
1          I already answer you?
2                 MR. EVANS:  You can answer that
3          question.  The question that the court
4          reporter just asked.
5                 THE WITNESS:  Could she repeat it?
6                 MR. EVANS:  Madam Court Reporter,
7          could you please repeat the question.
8                 THE REPORTER:  Yes.  One moment.
9                 (The last question was read back
10         into the record.)
11                THE WITNESS:  And my response was
12         they provided fake evidence to the U.S.
13         government -- to governmental agencies.
14         Therefore, isn't it a crime?  You sure
15         don't have no tracking data on my
16         husband.
17  BY MR. EVANS:
18         Q     So now we'll go to Bates number 276, and
19  I'll refer you to a June 20th, 2023, same day tweet.
20  And you're responding to -- it looks like -- Shannon,
21  Dinesh, True the Vote, Georgia ballots, GBI,
22  Secretary of State.  And you say:  Liars and
23  scammers.  They are like terminators.  They
24  absolutely will not stop.  They have no morals, no
25  sympathy, no scruples, lying to the Court, feel pity
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

 1   or remorse or fear.
 2              Who are you saying that about?
 3       A     I don't recall.
 4       Q     When you say "lying to the Court," are
 5   you referring to perjury?
 6       A     I don't recall.
 7       Q     What are you referring to when you say
 8   lying to the court?
 9       A     I don't recall.
10       Q     Is there anything that would refresh your
11   recollection about what you meant when you said lying
12   to the court?
13       A     I don't recall.
14       Q     Is there a reason why your memory has
15   suddenly left you?
16              MR. DAVIDSON:  Objection.
17         Objection.  Mr. Evans, suddenly left.
18         Like, let's keep things respectful.
19              MR. EVANS:  Jared, she's been
20         answering -- first of all, no speaking
21         objections.  Are you instructing her not
22         to answer the question?
23              MR. DAVIDSON:  I'm not instructing
24         her not to answer the question, but I am
25         instructing you to --



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1              MR. EVANS:  If you have an
 2        objection --
 3              MR. DAVIDSON:  -- make sure you be
 4        respectful.
 5              MR. EVANS:  If you have an
 6        objection as to the form of the question,
 7        make your objection.
 8              I'm asking -- the credibility of
 9        the witness is always a fair question.
10        She suddenly is answering "I don't
11        recall" to anything, and I'm asking her
12        why she doesn't recall.
13  BY MR. EVANS:
14        Q    So Ms. Andrews, why are you suddenly not
15  recalling?
16        A    I don't know what you're talking about.
17  I don't know what you're getting at.
18              But Georgia ballot is in this -- it's in
19  this list.  So is the Georgia Secretary of State, the
20  GBI.  Am I saying they're lying to the Court.
21  Georgia Ballots lied to the Court.
22        Q    And how did Georgia Ballots lie to the
23  Court?
24        A    He lied on the investigative whatever he
25  put in.  He said he had tracking data on Mark and
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1   that was a lie.  Maybe I shouldn't have said Court,
2   but he lied to the agency.
3            So are you saying Shannon Brudi, GBI and
4   everybody else I was saying lying to the Court?  I
5   was referring to -- maybe I was -- I don't even
6   recall and I'm going to keep saying that, but maybe I
7   was talking about Georgia Ballots.  Maybe I shouldn't
8   have said the word Court.
9        Q    So in this June 20th post, you're saying
10  that Georgia Ballots was lying to the Court?
11       A    I said lying to the Court, but I was
12  saying -- I meant to a government agency.  Again, I
13  don't know what I was talking about or recall who I
14  was referring to.
15       Q    And would it -- how do we get the tweet
16  that you're replying to on this June 20th, 2023?
17       A    There are five, six, seven different
18  people on this thing.  You can go through their
19  tweets on 6/20/23 and find it.  I'm sure everyone
20  hasn't deleted their tweets.
21       Q    So you're saying if your counsel goes to
22  each of these tweets and identifies them, they will
23  be able to find them?
24       A    I said maybe.  I don't know.
25            MR. EVANS:  Twenty-five?



```
 1                    MR. GEORGE:  Yes.
 2                    (B. Andrews Deposition Exhibit No.
 3          25 was marked for identification.)
 4   BY MR. EVANS:
 5          Q     So now I'm going to refer you to
 6   Defendants' Exhibit 25.  Can you see that?
 7          A     Yeah.
 8          Q     And at the top it says:  Catherine
 9   Engelbrecht shares True the Votes' monitoring
10   millions of ineligible ballots.
11                And at the bottom, you respond and you
12   say:  Do not seek vengeance yourselves, Beloved, but
13   leave room for the wrath, for it is written,
14   Vengeance belongs to me.  I will repay, says the
15   Lord.
16                What did you mean by that?
17          A     It's a scripture.
18          Q     What does the word "vengeance" mean?
19          A     You take revenge.
20          Q     And in this post, are you talking about
21   revenge on Catherine Englebrecht?
22          A     Not my vengeance.  God's.  I can't do
23   nothing to Catherine.
24          Q     Have you sued Catherine?
25          A     Have I what?
```



1        Q    Has your husband sued Catherine

2    Englebrecht?

3        A    Yes.  What does that have to do with me?

4    I can't do nothing to her.

5             MR. EVANS:  Twenty-six?

6             MR. GEORGE:  Yeah.

7             (B. Andrews Deposition Exhibit No.

8        26 was marked for identification.)

9    BY MR. EVANS:

10       Q    I've now just showed you Defendants'

11   Exhibit 26, and this is a social media post which

12   Catherine Englebrecht posted.  And what do you say at

13   the bottom, if you can read that into the record?

14       A    Do not seek revenge yourselves, Beloved,

15   but leave room for the wrath, for it is written,

16   Vengeance belongs to me and I will repay, says the

17   Lord.

18             It's a scripture.

19       Q    And why are you posting a scripture about

20   revenge and vengeance in response to Ms. Engelbrecht?

21       A    Because no matter what happens in this

22   case, you're going to have to answer to somebody.  I

23   can't do nothing to her.  Nothing.  My husband sued

24   her, you know.  It's a scripture.  You're going to

25   have to answer to somebody.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q     And do you think that -- what do you

2   think that the Lord should do to Catherine

3   Englebrecht?

4        A     Didn't the scripture say?

5              MR. DAVIDSON:  Objection.

6              MR. EVANS:  You can answer.

7              THE WITNESS:  That's God's

8         decision.  I have no recommendations

9         whatsoever.  I pray for, may God have

10        mercy on her soul.

11   BY MR. EVANS:

12        Q     Have you posted a similar scripture on

13   other -- in response to other tweets?

14        A     Yeah, even those who have nothing to do

15   with True the Vote or mules or anything.  It's a

16   scripture.

17        Q     If I told you that I haven't seen any,

18   would you have reason to disagree with that?

19        A     I wouldn't have -- I have no reason to

20   disagree with that.  Did you search for it?  That's

21   one of my favorite scriptures.  And it's in response

22   to, I can't do nothing to them, you know, and I

23   can't, but you're going to have to ask --

24        Q     Did you call Ms. Englebrecht a scammer

25   and a liar?



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1       A    Yes.  Didn't she lie?  She said she

2   tracked down my husband's phone to a riot.  There was

3   a article written out there about all of the scams

4   and lies True the Vote, Catherine and the other guy

5   have perpetrated.  Didn't she lie?  Wasn't it a scam?

6           They made money off of his image, they

7   made money off of Mules, and have no data.  Isn't it

8   a scram?  Didn't she lie?  She specifically,

9   specifically, pointed out Mark's phone as one she

10  traced.  Complete lie.  So what do you call somebody

11  who tells a lie?  She's a liar.  That's my opinion.

12      Q    Are you politically involved?

13      A    What does that mean?  Explain it to me.

14      Q    What's confusing about that question?

15      A    Why don't you rephrase it?  It's

16  confusing to me.  Maybe you're more intelligent than

17  I am.  I don't know.  Break it down to me on a 12th

18  grade level.  What are you asking me?  Rephrase it.

19          (B. Andrews Deposition Exhibit No.

20      27 was marked for identification.)

21  BY MR. EVANS:

22      Q    Well, I'll show you Defendants' Exhibit

23  27.  And this was a re-tweet that you have.  It looks

24  like it was on October 19th.  And it says:  Let's Win

25  This, Harris Walz.



```
 1                    What does that mean to you?
 2        A      That they want to win.
 3        Q      And why did you re-tweet it?
 4        A      I just re-tweeted it.  Am I -- what are
 5   you asking me?  You know, get to what you're trying
 6   to ask me.
 7        Q      Do you support Harris and Walz?
 8        A      Yes.
 9        Q      Have you ever voted for a Republican
10   candidate?
11        A      No.
12        Q      All right.  I'll now --
13               MR. EVANS:  What is this?
14               MR. GEORGE:  Twenty-eight.
15               (B. Andrews Deposition Exhibit No.
16        28 was marked for identification.)
17   BY MR. EVANS:
18        Q      I'll show you Defendants' Exhibit 28.
19   And this was another re-post.  And what did you
20   re-post here?
21        A      A million votes cast.
22        Q      And who was the original account that you
23   re-posted.
24        A      Georgia Democrats.
25               (B. Andrews Deposition Exhibit No.
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1            29 was marked for identification.)
 2    BY MR. EVANS:
 3        Q     So I'll show you Defendants' Exhibit 29,
 4    and this is another tweet that you re-posted.  And
 5    what is that?
 6        A     The guy called Elon Musk is a dip shit.
 7        Q     And do you agree with that statement?
 8        A     Just because I'd like to post something
 9    doesn't mean I agree with it.  I thought it was
10    funny.  I don't agree that he -- I thought it was
11    funny he called him a dip shit.  I don't agree he's a
12    dip shit.  I don't know what he is, and I don't care.
13        Q     Do you disagree with the statement?
14        A     I don't agree or disagree.  It was funny.
15        Q     Do you post a lot about pro Democrat
16    tweets?
17        A     I don't know.  Did you go out there and
18    see how many I tweeted?  I'm a Democrat.
19        Q     And is being a Democrat something that
20    you're very passionate about?
21        A     Passionate?  I don't know.  I don't agree
22    with everything Democrats say and do.  They're the
23    lesser of two evils.  So passionate, I would say no.
24            (B. Andrews Deposition Exhibit No.
25            30 was marked for identification.)
```



BRENDETTA ANDREWS                                      October 28, 2024
ANDREWS V. D'SOUZA

```
 1   BY MR. EVANS:
 2        Q    I'll show you Defendants' Exhibit 30.  Do
 3   you recognize Defendants' Exhibit 30?
 4        A    Yeah.
 5        Q    And what is that?
 6        A    That's a picture of someone holding some
 7   Georgia ballots.
 8        Q    Is that you holding the ballots?
 9        A    No, it is not.
10        Q    Why did you post a picture of someone
11   else holding the ballots?
12        A    To show that they're ready to be mailed.
13   We're voting.
14        Q    Where did you get the picture in
15   Defendants' Exhibit 30?
16        A    Where did I get the picture?  It's my
17   picture.
18        Q    Is that your hand holding the ballots?
19        A    No, it's not.  No.  It is not.
20        Q    Did you take the picture in Defendants'
21   Exhibit 30?
22        A    I took the picture.  I took the picture.
23        Q    And you were there when this picture was
24   taken?
25        A    I don't know.  You have to kind of be
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

 1   there to take the picture.

 2        Q     And why is the person wearing a glove in

 3   Defendants' Exhibit 30?

 4        A     It's a joke.

 5        Q     How is it a joke?

 6        A     Because that is what they said in 2000

 7   Mules, that they had on gloves.

 8        Q     Are you making light about what you

 9   allege has been a very traumatic experience for your

10   husband and your family?

11             MR. DAVIDSON:  Objection to form.

12             THE WITNESS:  No, I'm not --

13             MR. EVANS:  You can answer.

14             THE WITNESS:  No.

15   BY MR. EVANS:

16        Q     Then why did you post a picture of

17   someone holding a glove depositing ballots?

18        A     Because who -- who knows what True the

19   Vote and whoever else is out here going to do this

20   year, you know?  It's -- are you going to end up in a

21   movie because you've got on gloves and you're holding

22   your ballots?  I'm not making light.

23             What I'm making is it was a stupid

24   concept from the beginning.  You're going to accuse

25   somebody of trafficking ballots, accuse them of a



 1  crime because they got on some gloves.  That's how

 2  stupid it was.  Asinine.

 3          MS. HYLAND:  Jake, I'm going to

 4      have to swap out with Austin.

 5          MR. EVANS:  Feel free.  Yeah, we

 6      can take a break.

 7          MS. HYLAND:  Yeah, I've got a 5:30

 8      doctor's appointment, so I'm going to

 9      have to go, but Austin can take over.

10          MR. DAVIDSON:  Okay.

11          MR. EVANS:  Well, let's take a

12      quick break.  I only have a couple more

13      questions.

14          MS. HYLAND:  Okay.

15          THE VIDEOGRAPHER:  We are now going

16      off the record at 5:07 Eastern Standard

17      Time.  Stand by.

18              (Brief pause.)

19  FILE 4

20          THE VIDEOGRAPHER:  We are now back

21      on the record at 5:19 p.m. Eastern

22      Standard Time.

23          MR. VINING:  I'll state my

24      appearance for the record.  This is

25      Austin Vining from Buchalter on behalf of



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          Dinesh D'Souza and D'Souza Media, LLC.

2               MR. EVANS:  I think we're ready.

3    BY MR. EVANS:

4          Q    Did you speak with anyone at the break?

5          A    No.

6          Q    Ms. Andrews, based upon your

7    understanding, what was the law for depositing more

8    than one ballot into a drop box in 2020?

9               MR. DAVIDSON:  Objection.  It calls

10          for a legal conclusion.

11               MR. EVANS:  You can answer.

12               THE WITNESS:  That you can drop for

13          anyone who lives in your household,

14          relative or not, anybody who is a

15          relative.

16    BY MR. EVANS:

17          Q    And earlier you testified that you told

18    Poot Dibou that you weren't going to have any further

19    communication?

20          A    Uh-huh.

21          Q    How did you tell her that?

22          A    E-mail.

23          Q    And did you produce that e-mail to

24    Defendants?

25          A    No.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1        Q       Why not.

2        A       Because I don't have them.

3        Q       Why do you not have that e-mail?

4        A       Because I deleted them.

5        Q       When did you delete them?

6        A       Sometime early May.

7        Q       Early May of 2024?

8        A       Yes.

9        Q       What other e-mails did you delete in May

10   of 2024?

11       A       What other e-mails?

12       Q       Yes.

13       A       What do you mean?

14       Q       What all e-mails did you delete in May of

15   2024?

16       A       I delete my e-mails every day.  So --

17       Q       And do you delete your e-mails every day

18   for every account that you have?

19       A       Yes, I do.

20       Q       And have you deleted your e-mails every

21   day for every account that you have for the past two

22   years?

23       A       Yes.  Was I -- I'm not -- I wasn't in the

24   lawsuit.  So --

25       Q       Did you -- do you recall receiving a



BRENDETTA ANDREWS                                October 28, 2024
ANDREWS V. D'SOUZA

1   subpoena from True the Vote on or around June 18th,

2   2024?

3        A    I don't know dates.

4        Q    Do you recall receiving --

5        A    I don't recall.

6        Q    -- a subpoena from True the Vote around

7   mid to late June of 2024?

8        A    I don't recall.

9        Q    Do you recall receiving a subpoena from

10  True the Vote?

11       A    Yes.

12       Q    And did you review the subpoena once you

13  received it?

14       A    Yes.

15       Q    And did you understand that you had to

16  produce documents in response to the subpoena?

17       A    Yes.

18       Q    And did you understand that you had a

19  duty to preserve all documents that might be

20  responsive to this subpoena?

21       A    And do you not understand that the

22  e-mails were deleted before I got the subpoena and I

23  knew anything about it?  Same thing with all my

24  e-mails.

25            MR. VINING:  I'll object as



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1         nonresponsive.
 2    BY MR. EVANS:
 3         Q     Did you understand that you had a duty to
 4    preserve all documents that were responsive to the
 5    June 18th subpoena?
 6         A     In June, yes.
 7         Q     And did you understand that deleting
 8    responsive documents, including tweets and e-mails,
 9    could delete information and documents that are
10    responsive to that June 18th subpoena?
11         A     Yes.
12         Q     And having that understanding, did you
13    still delete the tweets and the e-mails?
14         A     I deleted the e-mails back in May, but I
15    did not -- I guess I misunderstood that, because I
16    thought once you -- if you had the database with the
17    e-mails -- with the tweets in it, that you had them.
18         Q     Have you ever deleted text messages?
19         A     Have I ever deleted text messages?  Yes,
20    I delete text messages.
21         Q     And how frequently do you delete text
22    messages?
23         A     Every day.
24         Q     And have you deleted text messages every
25    day for the past two years?
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          A     Yes.

2          Q     And do you delete text messages amongst

3    your family members?

4          A     We -- I don't delete those.  They get

5    automatically deleted by the phones.  I don't delete

6    those.

7          Q     What kind of phone do you have?

8          A     An iPhone 16.

9          Q     And your iPhone 16 automatically deletes

10   the texts with your family members?

11         A     Yes.  After so many days, they're gone.

12         Q     And what is the amount of days before

13   they are automatically deleted?

14         A     I don't know.

15         Q     Did you understand when your husband

16   filed this lawsuit that you may have documents,

17   digital and hard copy, that may be relevant to his

18   case?

19         A     No, I didn't, because I'm not in the --

20   they're not representing me.  I'm not in the lawsuit.

21   So, no, I didn't.  Who was supposed to tell me that?

22   I didn't have a lawyer.

23         Q     When did you retain Mr. Davidson to

24   represent you?

25         A     June, July, I don't remember.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1       Q    And at no point -- strike that.

2            Your testimony is at no point have you

3   ever been told to preserve any documents or evidence?

4       A    I understood it as you preserve the

5   documents until they go through them.  I didn't know

6   I had to reserve the documents forever.  Forever.

7   No, I didn't.

8       Q    Earlier, you testified that you did not

9   tell your husband about your Twitter account; is that

10  right?

11      A    He knows I have a Twitter account.  I

12  just don't discuss what I'm discussing on Twitter

13  with him.  He knows I have an account.  He just

14  doesn't care nothing about it.

15      Q    Does he know how much that you tweet?

16      A    No, he does not.

17      Q    And what did he tell you about stopping

18  tweeting?

19      A    I told y'all that earlier.  It doesn't

20  mean he knows how much I tweet.  Does he know I'm up

21  till 4:00 tweeting?  No, he doesn't.

22           MR. EVANS:  I think that's all the

23      questions I have for you, Ms. Andrews.

24           I appreciate your time today.

25           MR. DAVIDSON:  We don't have any



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1   redirect.

 2         THE VIDEOGRAPHER:  This concludes

 3   today's deposition of Brendetta Andrews

 4   at 5:27 p.m. Eastern Standard Time on

 5   October 28th, 2024.

 6

 7         (Thereupon, the deposition was

 8   concluded at approximately 5:27 p.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1          D I S C L O S U R E

2          The following representations and disclosures

3     are made in compliance with Georgia Law, more

4     specifically:

5          Article 10(B) of the Rules and Regulations of

6     the Board of Court Reporting (disclosure forms).

7          OCGA 9-11-28(c (disqualification of reporter for

8     financial interest).  OCGA 15-14-37(a) and (b)

9     (prohibitions against contracts except on a

10    case-by-case basis.)

11         I am a certified court reporter in the State of

12    Georgia.  I am a subcontractor for Esquire Deposition

13    Solutions.  I have been assigned to make a complete

14    and accurate record of these proceedings.

15         I have no relationship of interest in the matter

16    on which I am about to report which would disqualify

17    me from making a verbatim record or maintaining my

18    obligation of impartiality in compliance with the

19    Code of Professional Ethics.

20         I have no direct contract with any party in this

21    action and my compensation is determined solely by

22    the terms of my subcontractor agreement.

23         This 7th day of November, 2024.

24    _____
            *Tanya L. Verhoven-Page*
            Tanya L. Verhoven-Page,
25          B-1790.



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

1                    C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    FULTON COUNTY:

5

6              I hereby certify that the foregoing

7         deposition was reported, as stated in the

8         caption, and the questions and answers

9         thereto were reduced to written page

10        under my direction, that the preceding

11        pages represent a true and correct

12        transcript of the evidence given by said

13        witness.

14             I further certify that I am not of

15        kin or counsel to the parties in the

16        case, am not in the regular employ of

17        counsel for any of said parties, nor am I

18        in any way financially interested in the

19        result of said case.

20             Dated this 7th day of November,

21        2024.

22

23        _____
          Tanya L. Verhoven-Page,
24        Certified Court Reporter,
          B-1790.

25



BRENDETTA ANDREWS                                    October 28, 2024
ANDREWS V. D'SOUZA

```
 1                    ESQUIRE ERRATA SHEET

 2

 3

 4   Esquire Job ID:  J11937219

 5   Case Caption:  Andrews  v.  D'Souza, et al.

 6

 7

 8           DECLARATION UNDER PENALTY OF PERJURY

 9

10          I declare under penalty of perjury that I

11   have read the entire transcript of my deposition

12   taken in the above-captioned matter or the same has

13   been read to me, and the same is true and accurate,

14   save and except for changes and/or corrections, if

15   any, as indicated by me on the DEPOSITION ERRATA

16   SHEET hereof, with the understanding that I offer

17   these changes as if still under oath.

18          Signed on this_____day of

19   _____, 2024.

20

21

22

23          _____

24                    BRENDETTA ANDREWS

25
```



800.211.DEPO (3376)
EsquireSolutions.com

BRENDETTA ANDREWS                                          October 28, 2024
ANDREWS V. D'SOUZA

```
 1                    DEPOSITION ERRATA SHEET

 2                         CORRECTIONS

 3    Pg.    Ln.    Now Reads        Should Read      Reason

 4    _____ _____ _____ _____ _____

 5    Pg.    Ln.    Now Reads        Should Read      Reason

 6    _____ _____ _____ _____ _____

 7    Pg.    Ln.    Now Reads        Should Read      Reason

 8    _____ _____ _____ _____ _____

 9    Pg.    Ln.    Now Reads        Should Read      Reason

10    _____ _____ _____ _____ _____

11    Pg.    Ln.    Now Reads        Should Read      Reason

12    _____ _____ _____ _____ _____

13    Pg.    Ln.    Now Reads        Should Read      Reason

14    _____ _____ _____ _____ _____

15    Pg.    Ln.    Now Reads        Should Read      Reason

16    _____ _____ _____ _____ _____

17    Pg.    Ln.    Now Reads        Should Read      Reason

18    _____ _____ _____ _____ _____

19    Pg.    Ln.    Now Reads        Should Read      Reason

20    _____ _____ _____ _____ _____

21    Pg.    Ln.    Now Reads        Should Read      Reason

22    _____ _____ _____ _____ _____

23    Pg.    Ln.    Now Reads        Should Read      Reason

24    _____ _____ _____ _____ _____

25
```



800.211.DEPO (3376)
EsquireSolutions.com

BRENDETTA ANDREWS
ANDREWS V. D'SOUZA
October 28, 2024

```
1              DEPOSITION ERRATA SHEET

2                    CORRECTIONS

3    Pg.   Ln.   Now Reads      Should Read    Reason

4    _____ _____ _____ _____ _____

5    Pg.   Ln.   Now Reads      Should Read    Reason

6    _____ _____ _____ _____ _____

7    Pg.   Ln.   Now Reads      Should Read    Reason

8    _____ _____ _____ _____ _____

9    Pg.   Ln.   Now Reads      Should Read    Reason

10   _____ _____ _____ _____ _____

11   Pg.   Ln.   Now Reads      Should Read    Reason

12   _____ _____ _____ _____ _____

13   Pg.   Ln.   Now Reads      Should Read    Reason

14   _____ _____ _____ _____ _____

15   Pg.   Ln.   Now Reads      Should Read    Reason

16   _____ _____ _____ _____ _____

17   Pg.   Ln.   Now Reads      Should Read    Reason

18   _____ _____ _____ _____ _____

19

20                    _____
                      Signature of Deponent
21

22   SUBSCRIBED AND SWORN BEFORE ME

23   This the_____ day of_____, 2024.

24   _____

25   (Notary Public)    My Commission Expires:_____
```



800.211.DEPO (3376)
EsquireSolutions.com