# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, | Case No. 1:22-cv-04259-SDG |
| Plaintiff, | |
| v. | |
| **DINESH D'SOUZA**, *et al.*, | |
| Defendants. | |

## DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT AND GREGG PHILLIPS' NOTICE OF SUBPOENA DUCES TECUM AND <u>NOTICE OF DEPOSITION TO BRENDETTA ANDREWS</u>

PLEASE TAKE NOTICE that, pursuant to Rules 30, 34, and 45 of the Federal Rules of Civil Procedure, Defendants True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips (collectively "TTV Defendants"), will serve on Brendetta Andrews c/o Plaintiff's Counsel the subpoena attached hereto, pursuant to which Ms. Andrews is requested to produce documents, communications, electronically stored information, and objects at the offices of Greenberg Traurig, LLP, 3333 Piedmont Road, Suite 2500, Terminus 200, Atlanta, Georgia 30305, or such other place as may be mutually agreed upon, on or before July 25, 2024 at 10:00 a.m. Eastern Time.

PLEASE ALSO TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants True the Vote, Inc., Catherine Engelbrecht and

EXHIBIT
1

Gregg Phillips (collectively "TTV Defendants") will serve on Brendetta Andrews the subpoena attached hereto, pursuant to which Ms. Andrews is requested to appear for deposition upon oral examination at the offices of Greenberg Traurig, LLP, 3333 Piedmont Road, Suite 2500, Terminus 200, Atlanta, Georgia 30305, on July 25, 2024 at 10:00 a.m. Eastern Time. The deposition will be recorded by audiovisual recording and by stenographic means.

DATED: June 18, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018
PHILIP GEORGE
Georgia Bar No. 441996
JULIA MARTIN
*(admitted pro hac vice)*
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

MICHAEL J. WYNNE* (TX Bar No. 00785289)
CAMERON POWELL* (DC Bar No 00459020)
JOSEPH R. LARSEN* (TX Bar No. 11955425)
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com

cpowell@gwafirm.com
jlarsen@gwafirm.com

*Attorneys for Defendants True the Vote,*
*Catherine Englebrecht and Gregg Phillips.*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing was served on all attorneys of record via email.

This 18th day of June, 2024.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▾

| | |
|---|---|
| Mark Andrews | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:22-cv-04259 |
| | ) |
| Dinesh D'Souza, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:               Brendetta Andrews
                  c/o Counsel for Plaintiff

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Greenberg Traurig, LLP 3333 Piedmont Road, Ste. 2500 Terminus 200, Atlanta, Georgia 30305 | Date and Time:  07/25/2024  10:00 am EST |
|---|---|

The deposition will be recorded by this method:   Videographic and stenographic means

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached Schedule A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   06/18/2024

            *CLERK OF COURT*

                                               OR

_____          _____
  *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   True the Vote, Inc.,
Catherine Engelbrecht, and Gregg Phillips                              , who issues or requests this subpoena, are:

Jake Evans, 3333 Piedmont Road Suite 2500 Atlanta, GA 30305 Jake.Evans@gtlaw.com (678) 553-2100

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-04259

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

    ❐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

    ❐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A TO SUBPOENA DUCES TECUM

## DEFINITIONS

The TTV Defendants incorporate by reference all the instructions, definitions, and rules contained in the Federal Rules of Civil Procedure ("FRCP") and for purposes of this Subpoena, the following definitions shall apply:

1.     Unless otherwise indicated, these Requests refer to the time, place, and circumstances of the subject matter mentioned or complained of in the pleadings filed in this action.

2.     Any capitalized term not herein defined shall have the same definition as the definition contained in the pleadings in this action.

3.     Any capitalized term not herein defined shall have the same definition as the definition contained in the pleadings in this action.

4.     For purposes of this subpoena, the terms used herein shall have the following meanings unless the context requires otherwise.

5.      "Action" shall mean the above-captioned litigation.

6.     "Complaint" shall refer to the First Amended Complaint filed by Mark Andrews in this Action.

7.     "Plaintiff" or "Mr. Andrews" shall mean Plaintiff, Mark Andrews, and each of his agents, attorneys, accountants, and any other individual or entity associated or affiliated with him or purporting to act on his behalf.

8.    "You" shall mean Brendetta Andrews and all agents, attorneys, accountants, and any other individual or entity associated or affiliated with Brendetta Andrews or purporting to act on her behalf.

9.    "Supplemental Complaint" shall refer to the Supplemental Complaint filed by Mark Andrews in this Action.

10.    "Communication" means, in addition to its customary and usual meaning, every contact of any nature, whether documentary, electronic, written or oral, formal or informal, at any time or place and under any circumstances whatsoever whereby information of any nature is transmitted or transferred by any means, including, but not limited to letters, memoranda, reports, emails, text messages, instant messages, social media, telegrams, invoices, telephone conversations, voicemail messages, audio recordings, face-to-face meetings and conversations, or any other form of communication, and any Document relating to such contact, including but not limited to correspondence, memoranda, notes or logs of telephone conversations, e-mail, electronic chats, text messages on any platform, instant messages, direct or private messages, correspondence in "meet ups" or chat rooms, and all other correspondence on Social Media. Without limiting the foregoing in any manner, commenting as well as any act of expression that is not directed at a specific person, or otherwise may not be intended to provoke a response

(such as a social media posting, "likes," "shares," or any other form of reacting to another's use of Social Media), are forms of communication.

11.    "Document" or "Documents" means documents broadly defined in Rule 34 of the FRCP and includes (i) papers of all kinds, including, but not limited to, originals and copies, however made, of letters, memoranda, hand-written notes, notebooks, work-pads, messages, agreements, rough drafts, drawings, sketches, pictures, posters, pamphlets, publications, news articles, advertisements, sales literature, brochures, announcements, bills, receipts, bank checks, credit card statements, and (ii) non-paper information of all kinds, including but not limited to, any computer generated or electronic data such as digital videos, digital photographs, audio recordings, podcasts, Internet files (including "bookmarks" and browser history), word documents, note taken electronically, online articles and publications, website content, electronic mail (e-mail), electronic chats, instant messages, text messages, uploads, posts, status updates, comments, "likes", "shares", direct messages, all Social Media activity, or any other use of ephemeral communications services or Social Media, and (iii) any other writings, records, or tangible objects produced or reproduced mechanically, electrically, electronically, photographically, or chemically. Without limiting the foregoing in any way, every Communication is also a Document.

12.     "Relating to" means "concerning," "referring to," "describing," "evidencing," or "constituting."

13.     Unless specified otherwise, the time period for these requests is from 2022 to present.

## INSTRUCTIONS

1.     You shall produce to Greenberg Traurig, LLP all documents that fall within the scope of each and every Request. Please bring the documents with you to your deposition or deliver the documents in an electronic format to Jake Evans by e-mail at Jake.Evans@gtlaw.com before the date of your deposition.

2.     If you object to a Request on the grounds that it seeks information or documents that are beyond the scope of discovery, then, for each and every Request to which you object, please state the ground for objection and specifically explain why the Request exceeds the scope of permissible discovery or is privileged.

3.     If you withhold any responsive document on the grounds that it is privileged, please identify the information or document, describe its subject matter, and specify the basis for the claimed privilege or other grounds of exclusion.

4.      If any responsive document is no longer in existence, cannot be located, or is not in your possession, custody, or control, please identify it, describe its subject matter, describe its disposition, and identify the person having knowledge of the document's disposition. Please specifically state in your response that you are

aware of its existence or former existence but do not have any such responsive document in your possession, custody, or control.

5.      If any responsive document exists but is not in your possession, custody, or control, and you are reasonably certain as to the whereabouts of the document, please provide the name and contact information of the custodian of the document.

6.      These Requests are continuing in nature and therefore require you to reasonably file supplementary responses as you obtain additional responsive information up to, including, and after the time of trial.

7.      Objection will be made at the time of trial to any attempt to introduce evidence which is directly sought by these Requests and to which no disclosure has been made.

## DOCUMENTS TO BE PRODUCED

1.      All documents and communications related to 2,000 Mules, the film and/or the book.

2.      All documents and communications with reporters or other members of the press since January 1, 2022.

3.      All documents and communications relating to any allegations in the Complaint or Supplemental Complaint, attached hereto as Exhibit 1 and Exhibit 2, respectively.

4.    All ballots, applications for absentee ballots, or other election-related records dated January 1, 2022 through the present.

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,** | Case No. 1:22-cv-04259-SDG |
| Plaintiff, | |
| v. | |
| **DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC.,** and **JOHN DOES,** | JURY TRIAL DEMANDED **FIRST AMENDED COMPLAINT** |
| Defendants. | |

Plaintiff Mark Andrews ("Plaintiff"), through his attorneys, brings this first amended complaint against Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Salem Media Group, Inc., Regnery Publishing, Inc., and John Does (collectively "Defendants").

### INTRODUCTION

1.       The lie that the 2020 election was stolen through mass voter fraud represents an existential threat to American democracy. In its most pernicious form, it takes aim at the very notion that, in this country, we peacefully settle our differences at the ballot box—as the unprecedented events of January 6, 2021, and

the related, ongoing threats of political violence have demonstrated. But beyond these injuries to our system of government, that lie has also inflicted immense harm on innocent Americans across the country, from election workers to ordinary voters, who have been baselessly accused of committing crimes to steal the 2020 election.

2.     This lawsuit seeks accountability on behalf of one of those innocent Americans: Georgia voter Mark Andrews, whom Defendants falsely accused of ballot fraud in their multi-million-dollar-grossing film, *2000 Mules*, and in the accompanying book.

3.     Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Salem Media Group, Inc., Regnery Publishing, Inc., and John Does are architects and amplifiers of a widely circulated and thoroughly debunked narrative about alleged ballot fraud in the 2020 election. Despite repeated confirmation from experts and officials that there was no mass fraud in the 2020 presidential election, Defendants nonetheless conspired to create and promote the lie that shadowy forces paid so-called "mules" to transport and submit thousands of fake ballots in order to steal the election, with a focus on several states, including Georgia.

4.     Combining junk pseudoscience and excerpted surveillance video of innocent voters, Defendants created, shared, and promoted their 2000 Mules narrative.

2

5.     Further, Defendants produced, distributed, and widely marketed the *2000 Mules* film which they label a "documentary" proving their "mules" theory. In October 2022, an accompanying book was published, also titled *2000 Mules*.

6.     As purported evidence to support this theory, the film prominently features footage of voters depositing ballots in legal ballot drop boxes and baselessly identifies them as "mules" illegally "trafficking" ballots. Defendants reproduce images of these voters in the accompanying book.

7.     Plaintiff Andrews is among the voters that Defendants portray as illegally depositing ballots into drop boxes. As Mr. Andrews appears on screen during the film, Defendant D'Souza's voiceover falsely states: "What you are seeing is a crime. These are fraudulent votes."  Defendants also feature Mr. Andrews in the trailer for the film and in the pages of the book.

8.     In fact, the video of Mr. Andrews shows him *legally* dropping off ballots for himself and his family, a voting method expressly authorized by Georgia law. Indeed, a law enforcement investigation—commenced in response to a complaint inspired by Defendants' false narrative—determined that he had committed no wrongdoing.

9.     Undeterred by these findings, Defendants have continued to promote and amplify their 2000 Mules narrative and the lie that Mr. Andrews was a "mule" engaged in voter fraud, via the film and book, and related appearances. Three days

after Mr. Andrews' public exoneration, Defendants released their film in 415 theaters nationwide and ultimately made more than $1.4 million from the box office alone.[1]  Defendants also screened the film and distributed it online and via DVD sales, earning millions more. Even after Mr. Andrews sent Defendants retraction letters putting them on notice of the falsity of their statements about Mr. Andrews, Defendants published the *2000 Mules* book on October 25, 2022.

10.    Defendants have promoted their "mules" narrative and related products on television, radio, online, and via other media—including in front of millions of Fox News viewers—and repeatedly showed images of Mr. Andrews as an exemplar "mule."

11.    At all times, Defendants knew that their portrayals of Mr. Andrews were lies, as was their entire 2000 Mules narrative. But they have continued to peddle these lies in order to enrich themselves. As of the filing of this lawsuit, Defendants' social media accounts and websites still promote the film using Mr. Andrews as an example of a criminal "mule," and his image remains prominent in the book about that narrative, which they actively promote.

12.    Defendants' lies about Mr. Andrews have been deeply consequential for him and his family. Because of Defendants' lies, millions of people have seen

---

[1]    Box Office Mojo, *2000 Mules*, https://www.boxofficemojo.com/release/rl2915074817/?ref_=bo_tt_gr_1 (last visited Oct. 1, 2022).

the images of Mr. Andrews as the proverbial smoking gun proving the "mules" theory. Indeed, the narrative remains live: for example, prominent election deniers—including former President Donald Trump, who hosted a high-profile screening of *2000 Mules* at Mar-a-Lago in May—have continued to spread it on an ongoing basis.[2]

13.     As a result, Mr. Andrews and his family have faced threats of violence and live in fear. They feel intimidated to vote and have changed how they vote because of that fear. They worry that again they will be baselessly accused of election crimes, and that believers in the "mules" theory may recognize and seek reprisal against them, and that they may face physical harm.

14.     As a Black man who grew up in the American South before passage of the Voting Rights Act, Mr. Andrews deeply cherishes the right to vote, has always been proud to cast his ballot, and has worked tirelessly to instill these same values in his family. Now, because of Defendants' conspiracy to defame and intimidate Mr. Andrews, he will never again be able to vote without looking over his shoulder.

---

[2]     *E.g.*, The Joe Pags Show, *Joe Pags Interviews the 45th President, Donald J. Trump*, NewsRadio 630 WLAP (Oct. 4, 2022), https://wlap.iheart.com/featured/the-joe-pags-show/content/2022-10-04-joe-pags-interviews-the-45th-president-donald-j-trump/; Ewan Palmer, *Donald Trump Holds Screening of '2,000 Mules' Documentary At Mar-a-Lago*, Newsweek (May 5, 2022, 4:58 AM), https://www.newsweek.com/donald-trump-2000-mules-film-election-fraud-dsouza-rittenhouse-1703680.

15.     Defendants' conduct violates both state and federal law. The reckless and false allegations that Mr. Andrews engaged in voter fraud constitute textbook cases of defamation, false light, and appropriation of likeness under Georgia law. Further, Defendants' coordinated campaign of intimidation and harassment through their defamation campaign against Mr. Andrews also violates both Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b), and Section 2 of the Ku Klux Klan Act, 42 U.S.C. § 1985(3), because their actions threatened and intimidated Mr. Andrews for exercising his right to vote and caused injury to him because he exercised his right to vote.

16.     Mr. Andrews brings this action to clear his name and to ensure that Defendants are held accountable for their ongoing campaign of defamation, threats and intimidation, and in so doing, injuring him and attacking the democracy that he holds so dear.

**PARTIES**

17.     Plaintiff **Mark Andrews** is an auditing and technology executive at a Fortune 500 company. He resides in Georgia with his wife and three adult children. Having grown up in Jacksonville, Florida, before the passage of federal civil rights laws, Mr. Andrews' family taught him that his community and ancestors had fought, marched, and died for the right to vote. He has voted religiously since he turned 18.

18.    Defendant **Dinesh D'Souza** is a writer, filmmaker, podcaster, media personality, and merchandise purveyor.[3]  His work has been widely recognized as unreliable.[4]  In 2014, D'Souza was convicted of election-related crimes and was pardoned by then-President Trump in 2018.[5]  D'Souza directed, produced, and narrated *2000 Mules* and has made numerous media appearances promoting the film and its spurious claims of mass ballot fraud. D'Souza is also the lead author of the *2000 Mules* book. D'Souza is domiciled in Texas.

---

[3]  D'Souza Media, *Videos*, https://dineshdsouza.com/videos/ (last visited Sept. 30, 2022).

[4]  Aidan McLaughlin, *Dinesh D'Souza Gets Scrubbed From the National Review Masthead*, MEDIAite (Mar. 3, 2022, 4:47 PM), https://www.mediaite.com/weird/dinesh-dsouza-gets-scrubbed-from-the-national-review-masthead/; Zachary Petrizzo, *Right-Wing Site Townhall Quietly Deletes Ann Coulter Post Bashing D'Souza's Movie It Funded*, Daily Beast (June 17, 2022, 3:43 PM), https://www.thedailybeast.com/townhall-quietly-deletes-ann-coulter-post-bashing-dinesh-dsouza-movie-it-funded. For example, the *Columbia Journalism Review* has called one article "a gross piece of innuendo—a fact-twisting, error-laden piece of paranoia. This is the worst kind of smear journalism—a singularly disgusting work."  Ryan Chittum, *Forbes' Shameful Piece on Obama as the "Other": The worst kind of smear journalism by Dinesh D'Souza*, Columbia Journalism Review (Sept. 13, 2010), https://archives.cjr.org/the_audit/forbes_shameful_obama_dinesh_dsouza.php.

[5]  Dom DiFurio, *Cinemark among few showing dubious 2020 election fraud documentary '2000 Mules'*, Dallas News (May 24, 2022, 6:00 AM), https://www.dallasnews.com/business/local-companies/2022/05/24/cinemark-alone-in-showing-dubious-2020-election-fraud-documentary-2000-mules/.

19.     Defendant **True the Vote, LLC** ("True the Vote" or "TTV") is a 501(c)(3) nonprofit organization with its principal place of business in Texas.[6] TTV purports to "engage" individuals to monitor voters to ensure "election integrity."[7] In reality, this monitoring has taken the form of voter intimidation targeting non-white voters in urban areas.[8]

20.     TTV is an Executive Producer of *2000 Mules*.[9] Defendant D'Souza identified TTV as having provided much of the purported "research" in the movie and book.[10]

21.     Defendant **Catherine Engelbrecht** is the Executive Director and co-founder of TTV. She is an Executive Producer and Producer of *2000 Mules*, appears throughout the film, and has made many media appearances promoting *2000 Mules*

---

[6]     True the Vote, *Donate*, https://www.truethevote.org/donate/ (last visited Oct. 13, 2022); True the Vote, *About Us*, https://www.truethevote.org/about/ (last visited Oct. 10, 2022).

[7]     *Id.*

[8]     *E.g.*, Dan Harris & Melia Patria, *Is True the Vote Intimidating Minority Voters From Going to the Polls?*, ABC News (Nov. 1, 2012, 1:27 PM), https://abcnews.go.com/Politics/true-vote-intimidating-minority-voters-polls/story?id=17618823; AJ Vicens & Natasha Khan, *Voters feel intimidated by election observers*, Tucson Sentinel (Aug. 20, 2012), https://www.tucsonsentinel.com/nationworld/report/082012_voting_observers/voters-feel-intimidated-by-election-observers/.

[9]     *2000 Mules*, IMDb, https://www.imdb.com/title/tt18924506/fullcredits?ref_=tt_ov_st_sm (last visited Oct. 18, 2022).

[10]    D'Souza Media, *2000 Mules*, https://dineshdsouza.com/films/ (last visited Sept. 30, 2022).

and the "mules" theory.[11]  She is quoted extensively in the *2000 Mules* book. Defendant Engelbrecht is domiciled in Texas.

22.     Defendant **Gregg Phillips** has served on TTV's board of directors and is an executive producer and producer and appears throughout *2000 Mules*.[12]  He states in the film that he worked with TTV to develop the "research" and "methodology" used to identify the so-called "mules."  He led the team that claimed to identify the "ballot mules" in *2000 Mules* and has made many media appearances promoting *2000 Mules* and reaffirming spurious claims of mass ballot fraud. He is quoted extensively in the *2000 Mules* book and has promoted it as well.[13]  He is domiciled in Alabama.

23.     Collectively, Defendants TTV, Engelbrecht, and Phillips are referred to as "the TTV Defendants."

24.     Defendant **D'Souza Media, LLC** ("D'Souza Media") is a media production company. D'Souza Media is one production company responsible for *2000 Mules* and was the film's distributor. D'Souza Media was formed in 2015, is incorporated in Delaware, and has its principal place of business in Texas.

---

[11]  *2000 Mules*, IMDb, https://www.imdb.com/title/tt18924506/fullcredits?ref_=tt_ov_st_sm (last visited Oct. 18, 2022).

[12]  *Id.*; Reveal, *The Big Grift Behind the Big Life*, Reveal News (Sept. 10, 2022), https://revealnews.org/podcast/the-big-grift-behind-the-big-lie/.

[13]  Gregg Phillips (@greggphllips), Truth Social (Nov. 19, 2022, 6:36 PM), https://truthsocial.com/users/greggphillips/statuses/109373093970072856.

25. Defendant **Salem Media Group, Inc.** ("Salem Media") is a publicly traded for-profit media company. Salem Media is also a production company responsible for *2000 Mules*. A Salem Media affiliate distributes The Dinesh D'Souza Podcast, which Defendant D'Souza used extensively to promote *2000 Mules* and which is depicted in the film. Salem Media-affiliated hosts are featured in portions of the documentary in which D'Souza shares his findings and gathers their reactions. Salem Media is incorporated in Delaware and has its principal place of business in Texas.

26. Defendant **Regnery Publishing, Inc.** is a publishing company that is a division of Eagle Publishing, which is owned by Defendant Salem Media Group. Regnery operates as a subsidiary of Salem. In October 2022, Regnery published *2000 Mules: They Thought We'd Never Find Out. They Were Wrong* by Dinesh D'Souza. This book advances Defendants' false "mules" narrative of widespread fraud in the 2020 election and includes a photo of Mr. Andrews with a caption stating that it shows him engaged in organized crime.[14] The book also contains many lines of dialogue quoted verbatim from the *2000 Mules* film.[15]  Regnery has its principal place of business in Washington, D.C.

---

[14]  Dinesh D'Souza, *2000 Mules: They Thought We'd Never Find Out. They were wrong.* 144-45 (10th photo image) (1st ed. 2022).

[15]  *E.g.*, *id.* at 32, 58-64, 75-81, 81-84, 134-37.

27.    **John Doe Defendants** have conspired with all other Defendants in order to create, spread, and promote *2000 Mules* and the lies about Mr. Andrews within it. They engaged in overt acts and took substantial steps in furtherance of the conspiracy.

## JURISDICTION AND VENUE

28.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under federal law, specifically Section 2 of the Ku Klux Klan Act, 42 U.S.C. § 1985(3), and Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b). The Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because they are so closely related to the federal claims as to form part of the same case or controversy.

29.    The Court also has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds $75,000 exclusive of interests and costs and the parties have diversity of citizenship.

30.    The Court may exercise personal jurisdiction over Defendants under Ga. Code Ann. § 9-10-91 because upon information and belief, all Defendants have transacted business within the state. Further, all of the Defendants committed the tortious actions of voter intimidation, conspiracy to commit voter intimidation, false light, and appropriation of likeness in Georgia. Further, each Defendant has committed the tortious injury of defamation and regularly does or solicits business,

and/or engages in other persistent courses of conduct, and/or derives substantial revenue from goods used or consumed or services rendered in Georgia—including from *2000 Mules* (both the book and the film) and related appearances and ventures.

31. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because significant events giving rise to this action occurred in the Northern District of Georgia.

## FACTS

**A.  Defendants conspired to produce and promote the "mules" narrative, and the *2000 Mules* film and the accompanying *2000 Mules* book.**

32. Following former President Donald Trump's defeat in the 2020 presidential election, Defendants invented and promoted a baseless narrative that there was "widespread, coordinated voter fraud in the 2020 election, sufficient to change the overall outcome."[16] Defendants claim this fraud was achieved via "an elaborate network of paid professional operatives called mules delivering fraudulent and illegal votes to mail-in drop boxes in the five key states where the election was decided."[17]

33. Defendants and their collaborators worked together to create, release, and promote the movie *2000 Mules*, which they claim is a "documentary"

---

[16]  2000 Mules, SalemNOW Store, https://shop.salemnow.com/product/2000-mules/ [perma.cc/8UQQ-UMXW] (last visited Oct. 2, 2022).

[17]  *Id.*

corroborating the false narrative that the election was stolen by "mules,"[18] and the accompanying book, which advances the same narrative.

34.　　In a May 4, 2022, interview, Defendant D'Souza described the film as "an exposé of a coordinated ring of paid ballot trafficking, illegal votes, fraudulent votes being dumped en masse into mail-in drop boxes."[19]  Defendants' film asserts that so-called "ballot mules" were paid to deliver illegal ballots from nonprofit organizations to absentee drop boxes in five swing states, including Georgia. According to Defendants' film, the "mules" illegally deposited enough ballots to swing the election from former President Trump to President Joe Biden.

35.　　In fact, Defendants' film intentionally mischaracterizes data and misconstrues the images of Mr. Andrews lawfully voting to support their preconceived narrative that the 2020 election was stolen. Even prominent members of former President Trump's party, including former Attorney General William Barr

---

[18]  *Id.* Defendant D'Souza later admitted that though the film is marketed as a "documentary," much of its action is really a series of "recreations" and took place on sets—though they are not portrayed as such in the film. Tom Dreisbach, *A publisher abruptly recalled the '2,000 Mules' election denial book. NPR got a copy.*, NPR (Sept. 8, 2022, 12:44 PM), https://www.npr.org/2022/09/08/1121648290/a-publisher-abruptly-recalled-the-2-000-mules-election-denial-book-npr-got-a-cop.

[19]  Kevin Hogan, *NTD News Today Full Broadcast (May 4)*, NTD (May 4, 2022), https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html.

and Georgia's Republican Secretary of State Brad Raffensperger, have rejected Defendants' false narrative.[20]

36.    Defendants' film falsely claims that cell phone geolocation data (combined with the footage in the film) proves that the voters depicted in the film were "mules" who unlawfully deposited fraudulent ballots, because certain cell phones were repeatedly near the location of drop boxes on multiple occasions. As additional "evidence," the film includes surveillance footage of people depositing ballots into drop boxes and claims that these voters are paid operatives "involved in picking up [fraudulent] ballots from locations and running them to the drop boxes."[21]

37.    Mr. Andrews is one of the voters Defendants portray in the film. Both the film and its trailer prominently feature video surveillance footage of

---

[20]    Amanda Carpenter, *Dinesh D'Souza's 2000 Mules Is a Hilarious Mockumentary*, Bulwark (May 17, 2022, 5:14 AM), https://www.thebulwark.com/dinesh-dsouzas-2000-mules-is-a-hilarious-mockumentary/. Former Attorney General Bill Barr laughed during a deposition when asked about the film, saying he was not convinced by it and calling the cellphone geolocation data "singularly unimpressive." Grace Panetta, *Former AG Bill Barr laughs at Dinesh D'Souza's election conspiracy theory film '2000 Mules' in January 6 Committee deposition*, Insider (June 13, 2022, 1:16 PM), https://www.businessinsider.com/bill-barr-mocks-2000-mules-film-january-6-deposition-video-2022-6. Conservative commentator Ben Shapiro said: "I think the conclusions of the film are not justified by the premises of the film itself. There are a bunch of dots that need to be connected." Ben Shapiro, *Ben Shapiro REACTS To The "2000 Mules" Documentary*, YouTube (May 10, 2022), https://www.youtube.com/watch?v=BnYWx2Ozahk; Eli Lake, *REVIEW: '2000 Mules'*, Free Beacon (May 27, 2022, 3:45 PM), https://freebeacon.com/politics/review-2000-mules.
[21]    DVD: 2000 Mules (Dinesh D'Souza 2022 Film) (on file with author).

Mr. Andrews depositing his and his family's absentee ballots in a Georgia ballot drop box, which the TTV Defendants edited into a widely used video clip ("the TTV clip"). The TTV Defendants excerpted and used this footage without Mr. Andrews' knowledge or consent.

38.     In the film, Defendants included this video of Mr. Andrews (with his face blurred) as an example of a "mule" at a drop box. The video also includes an image of Mr. Andrews' white SUV.

39.     In the film, Mr. Andrews' image (with his face blurred) is accompanied by a voiceover from Defendant D'Souza saying: "What you are seeing is a crime. These are fraudulent votes."[22]

40.     Mr. Andrews is portrayed in the final standalone video clip in a series of twelve clips of voters depositing absentee ballots in drop boxes.

41.     The video clips of voters, including Mr. Andrews, are shown immediately after a false explanation by Defendants D'Souza, Engelbrecht, and Phillips of why the conduct portrayed is illegal. These three Defendants appear in the film together to describe the so-called "mules" and the invented criminal scheme, namely, that these voters were paid to deposit fraudulent ballots in drop boxes (which would violate state and federal laws).

---

[22] *Id.*

42.     Defendants D'Souza, Engelbrecht, and Phillips describe this purported criminal scheme in detail, using terms associated with serious crimes. For example, Defendant Engelbrecht explains in the film: "And to us, it felt a lot like a cartel, it felt a lot like trafficking. It can be trafficking in drugs, trafficking in humans. In this instance it's ballot trafficking and so we began to use that vernacular."

43.     They also accuse the "mules" of committing other crimes, including joining "riots" in Atlanta, and, in other interviews, "burning people" and "pulling people out of cars and beating them up."[23]

44.     Defendants' description and then the depiction of video clips of voters (including Mr. Andrews) make clear that Defendants' description of illegal conduct by "mules" is meant to apply to Mr. Andrews. Further, Defendant D'Souza's voiceover stating "what you are seeing is a crime" occurs while Mr. Andrews' image is shown on screen.

45.     Defendants also included the footage of Mr. Andrews voting in their "official" trailer for *2000 Mules*.[24]  In the trailer, D'Souza asks, "do you have video

---

[23]   Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html; WMBC TV 63 New York, NTD: Crossroads, *Transcript*, TV Eyes (Sept. 13, 2022, 9:00 PM), https://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=9/13/2022%209:00:46%20PM&playclip =true&pbc=search%3a%2b(tactic) [https://perma.cc/5WTK-2RD6].

[24]   2000 Mules, https://2000mules.com/ (last visited Sept. 30, 2022).

evidence?" of the alleged mules engaged in criminal conduct. Phillips replies: "four million minutes of surveillance video," as Mr. Andrews' image (with his face blurred) is shown.[25]

46.     Defendants included in the trailer the following dialogue from the film discussing the purported mules (including Mr. Andrews):

> Phillips: "This is not grandma walking her dog: bad backgrounds, bad reputations. They are interested in one thing: that's money."
>
> Engelbrecht: "And in no shape, in no way, in no time is that legal."
>
> Phillips: "This is organized crime."

47.     D'Souza published this trailer on April 23, 2022, on his account on the video-sharing website Rumble, whereas of November 18, 2022, the trailer has over 6.4 million views.[26]   D'Souza posted the trailer on his Twitter page on April 23, 2022, where the post has accumulated more than 14,000 likes and over 8,600 retweets.[27]   He shared it on his Truth Social page on April 23, 2022, where it has received over 5,000 likes and 3,500 shares.[28]   TTV shared the trailer on Rumble that

---

[25]  *Id.*

[26]  Dinesh D'Souza, *2000 Mules Trailer*, Rumble (Apr. 23, 2022), https://rumble.com/v1238uc-2000-mules-trailer.html [https://perma.cc/RN99-ZJFN].

[27]  Dinesh D'Souza (@DineshDSouza), Twitter (Apr. 23, 2022, 9:37 PM), https://twitter.com/DineshDSouza/status/1518041311210782721 [https://perma.cc/YLZ8-U6LB].

[28]  Dinesh D'Souza (@DineshDSouza), Truth Social (Apr. 23, 2022, 9:24 PM), https://truthsocial.com/@DineshDSouza/posts/108184435073062228.

same day, and as of November 21, 2022, the post has over 951,000 views.[29]  TTV

also shared the trailer on its website, and official Facebook and Instagram pages on

April 23 and April 24, 2022.[30]  TTV's post was shared more than 900 times on

Facebook.

48.     In the weeks leading up to the film's premiere, Defendants continued

to show Mr. Andrews' image in various media outlets and spread the false claim that

he and others were engaged in election crimes. In addition to publicizing the trailer,

in the lead up to the film's premiere, Defendants showed Mr. Andrews' image at

least eleven times in media appearances, while making the false claim that he and

others were engaged in election crimes.

---

[29]  True the Vote, *2000 Mules: Extended Trailer*, Rumble (Apr. 23, 2022),
https://rumble.com/v124geo-2000-mules-extended-trailer.html
[https://perma.cc/XBL6-R7NL].

[30]  Catherine Engelbrecht, *2000 Mules is Just the Beginning - See New Trailer
Here!*, True the Vote (Apr. 24, 2022), https://www.truethevote.org/sneak-peek-
new-2000-mules-footage-released/ [https://perma.cc/RQ9T-YHK2];
@RealTrueTheVote, *Our movie '2000 Mules' is just the beginning.*, Instagram
(Apr. 23, 2022), https://www.instagram.com/p/Cct3Y-cjupV/
[https://perma.cc/CAX3-XDGV]; True The Vote, *See the extended trailer for
True the Vote's '2000 Mules,' produced by Dinesh D'Souza*, Facebook (Apr.
24, 2022), https://www.facebook.com/TrueTheVote/posts/1187649231982163/
[https://perma.cc/C93F-5WK3].

49.     On April 8, 2022, Defendants Engelbrecht and Phillips twice showed an excerpt of Mr. Andrews voting without any blurring of his face on *The Charlie Kirk Show*, which Defendant Salem Media produces.[31]

50.     During the interview, the unblurred video, which includes Mr. Andrews' face and the license plate on his car, shows him voting while Engelbrecht and Phillips falsely describe the video as depicting Mr. Andrews committed crimes:

> Kirk: "Ok let's watch this video here. This is Gwinnett County, is that right?"
>
> Engelbrecht: "Yes."
>
> Kirk: "Ok. And we can talk over the video as it's happening because there's no sound. Ok so a white **[video of Andrews voting begins]** SUV [Andrews' vehicle] pulls up, middle of the day, what are we looking at here guys?"
>
> Phillips: "You're going to see a voter [Andrews] get out—a mule get out."
>
> Engelbrecht: "A mule [referring to Andrews] get out."
>
> Kirk: "So this is a mule [referring to Andrews]?  [Referring to the unblurred image of Andrews.]  This is one of your 2000 that you've profiled."

---

[31] The Charlie Kirk Show, *How They Did It - True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show*, Rumble (Apr. 8, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [perma.cc/WAT2-9QFQ]; True the Vote, *Charlie Kirk Interviews True the Vote*, Rumble (Apr. 13, 2022), https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2 [https://perma.cc/ZD2C-VHTJ]; True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://ttvdevv.wpengine.com/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/4X9F-Y8SY].

Engelbrecht: "Yes."

Philips: "And they've—and they've got their ballots [referring to Andrews holding his and his family's ballots]. And they [referring to Andrews] walk up to the box. You can only fit a couple of ballots in at the same time."

Kirk: "Is this the state of Georgia?"

Phillips: "Yeah."

Engelbrecht: "Yes."

Kirk: "So you're not allowed to turn in more than one?"

Engelbrecht: "Yes."

Kirk: "Unless it's for a close relative?"

Engelbrecht: "That is correct."

Phillips: "And [referring to Andrews depositing the ballots] he's trying to figure out how to even get them into the box because he has so many he can't fit them in the little—the little slot. So then he starts having to put them in one by one. Everybody's sitting there waiting on him. One."

Kirk: "[Referring to Andrews' behavior] Now this is illegal?"

Engelbrecht: "Right."

Kirk: "Highly illegal to do this."

Engelbrecht: "Right."

Phillips: "[Referring to Andrews depositing the ballots] Every one past that first one was illegal."

Engelbrecht: "Well there is a possible in that he [Andrews] could have been an assistor, which would have meant he would have had **[video of Andrews voting ends]** a signed envelope that would had indicated that he was an assistor in that capacity, but through our open records we confirmed that Gwinnett County had no assistors."

20

Kirk: "Ok."

Engelbrecht: "So we tried to kick over you know every, every rock."

Kirk: "Good for you. Because that would have been in *The Washington Post*: 'Hey could have been an assistor.'"

Engelbrecht: "Absolutely."

Kirk: "Well, no, we looked into it."[32]

51.  Even as Defendants Kirk and Engelbrecht acknowledge that Georgia law permits voters to deliver ballots of their close relatives, they claim, without evidence, that Mr. Andrews was acting illegally. They also claim that the only way he could have done this was as an official "assistor," which is incorrect—the "assistor" provision of Georgia law is separate from the section that authorizes delivery of ballots for relatives. *See* Ga. Code Ann. § 21-2-385(a) (family member delivery); *id*. § 21-2-385(b) (assisting a physically disabled or illiterate voter).

52.  Later in the interview, Defendants' clip of Mr. Andrews voting plays again, with his face unblurred, and including a location and timestamp: "Drop box - Gwinnett County Election Office - Grayson Hwy" and "10/6/20 9:48AM." Onscreen in large, bold letters is the caption: "Ballot Harvesting is illegal in GA!"

---

[32] The Charlie Kirk Show, *How They Did It - True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show*, Rumble (Apr. 8, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [perma.cc/WAT2-9QFQ].

53.   This episode of *The Charlie Kirk Show* was published on Rumble on April 8, 2022, and has more than 4.4 million views.[33]  True the Vote shared links to the video on its website, and on its Instagram, Rumble, and Facebook pages.[34]  The episode remains publicly available.

54.   On May 4, 2022, Defendant D'Souza appeared on *NTD News* on New York news channel WMBC 63, where he repeated the false claim that Mr. Andrews had committed voter fraud. Defendant D'Souza stated that "[*2000 Mules*] is an exposé of a coordinated ring of paid ballot trafficking, illegal votes, fraudulent votes being dumped en masse into mail-in drop boxes."[35]  The TTV clip of Mr. Andrews

---

[33]  The Charlie Kirk Show, *How They Did It - True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show*, Rumble (Apr. 8, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [perma.cc/WAT2-9QFQ].

[34]  True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://www.truethevote.org/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/5A62-U4J2]; @RealTrueTheVote, *Special Thanks to Charlie Kirk*, Instagram (Apr. 8, 2022), https://www.instagram.com/p/CcGy5Q2p8aC/ [https://perma.cc/C69E-3EBV];
True the Vote, *Charlie Kirk Interviews True the Vote*, Rumble (Apr. 13, 2022), https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2 [https://perma.cc/ZD2C-VHTJ]; True the Vote, *ICYMI: Here's our full interview with Charlie Kirk on the Charlie Kirk Show.*, Facebook, https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid038MbJziMYJ9GcNXgHRtytiX2Wy2k44Z6vw1cFghWnJtfH9X3TPZytkov9THZG1GMTl&show_text=true&width=500 [https://perma.cc/D6TL-F8YJ] (last visited Sept. 30, 2022).

[35]  Kevin Hogan, *NTD News Today Full Broadcast (May 4)*, NTD (May 4, 2022), https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html.

voting appeared onscreen (with his face blurred) as Defendant D'Souza said "dumped en masse into mail-in drop boxes."

55.    Later in the interview, Defendant D'Souza said that by watching the film, "you will actually be taken to the scene of the crime. You'll be able to see it for yourself. Now where do you see the movie, there's only one way to see it: go to the website."[36] Defendant D'Souza went on to explain that they had identified "more than 2000 mules. A mule is just kind of the trafficker, it's a term taken out of sex trafficking or drug trafficking, except we're talking now about ballot trafficking."[37]

56.    The next day, May 5, 2022, Defendant Engelbrecht appeared on *Tucker Carlson Tonight* on Fox News. During her appearance, the TTV clip of Mr. Andrews appeared as she made false claims about the election fraud purportedly depicted in *2000 Mules*. Neither Mr. Andrews' face nor his license plate are blurred as she described "a recipe for fraud."[38]

57.    One minute later, Defendant Engelbrecht said: "As I sit here tonight, I can tell you there was rampant abuse of those drop boxes, and the data that we have

---

[36]  *Id.*

[37]  *Id.*

[38]  True the Vote, *Is the house of cards finally falling?  True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Facebook (May 6, 2022), https://www.facebook.com/watch/?v=1381334499041217&ref=sharing [perma.cc/NE2K-M3PJ].

is immutable and proves it, now buttressed increasingly by video."[39]   She also

commented: "the subversion was in fact real."[40]

58.    *Tucker Carlson Tonight* averaged more than 3.2 million viewers per

night the month Defendant Engelbrecht appeared and discussed Mr. Andrews'

image.[41]

59.    On May 6, 2022, Defendant D'Souza appeared on The Epoch Times'

*Crossroads* with host Joshua Philipp, a news show broadcast online and on

television via a streaming service.[42]  Mr. Andrews' blurred image was shown twice.

The first instance was in Philipp's introduction to the segment as he claimed that

"alleged paid couriers called mules were traveling to various nonprofit groups and

ballot drop boxes."[43]  Later in the interview, Defendant D'Souza said: "What seals

the deal and what made this movie so powerful…is when True the Vote began to

show me surveillance video that they had obtained from the states themselves,

official surveillance video which kind of catches the mules in the act."

---

[39]  *Id.*

[40]  *Id.*

[41]  A.J. Katz, *May '22 Ratings: Fox News Delivers 2nd-Largest May Audience in Network History*, TV Newser (June 1, 2022, 3:45 PM), https://www.adweek.com/tvnewser/may-22-ratings-fox-news-delivers-2nd-largest-may-audience-in-network-history/508109/.

[42]  Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html.

[43]  *Id.*

Mr. Andrews' image appears during Defendant D'Souza's first mention of "surveillance video."

60.    During the interview, Defendant D'Souza falsely claimed that "everything that you see in the movie is 100% illegal in all the 50 states."  He continued to claim that the "mules" engaged in other criminal activity: "We happen to know that a number of the mules are Antifa-BLM types. Those are the sort of thugs who are being hired to do this."

61.    The episode re-aired on WMBC TV 63 as recently as September 13, 2022.[44]

62.    The episode remains on The Epoch Times' website, which had 26.5 million visitors in July 2022.[45]  The video itself has been viewed more than 119,000 times and shared to social media more than 11,000 times.[46]

---

[44]  WMBC TV 63 New York, NTD: Crossroads, *Transcript*, TV Eyes (Sept. 13, 2022, 9:00 PM), https://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=9/13/2022 %209:00:46%20PM&playclip =true&pbc=search%3a%2b(tactic) [perma.cc/5WTK-2RD6].

[45]  Similar Web, The Epoch Times, https://www.similarweb.com/website/theepochtimes.com/ (last visited Oct. 2, 2022).

[46]  Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html.

63.     On May 8, 2022, TTV shared on its Facebook page the seven-minute clip of Engelbrecht on *Tucker Carlson Tonight* with the footage of Mr. Andrews voting, with his face unblurred and recognizable, and her statements that the video depicted individuals committing election fraud (detailed above). The clip was viewed more than 248,000 times and shared more than 7,800 times.[47]  It is still online as of November 30, 2022. The video was also shared on TTV's Instagram and Rumble accounts, as well as Defendant D'Souza's Rumble.[48]

64.     On May 8, 2022, TTV published on its Facebook page another video about how it planned to release all of its video and data evidence of mass fraud beyond that contained in *2000 Mules*. Interspersed among ominous footage and

---

[47] True the Vote, *Is the house of cards finally falling?  True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Facebook (May 6, 2022), https://www.facebook.com/watch/?v=1381334499041217&ref=sharing [perma.cc/NE2K-M3PJ].

[48] @RealTrueTheVote, *Is the house of cards finally falling?  True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Instagram (May 6, 2022), https://www.instagram.com/p/CdN1ud6D11e/ [https://perma.cc/G98V-4HFR];
True the Vote, *Tucker Carlson Tonight - Catherine Engelbrecht May 5, 2022*, Rumble (May 5, 2022), https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4 [https://perma.cc/33UC-87H5];
Dinesh D'Souza, *Catherine Engelbrecht Joins Tucker to Discuss the Groundbreaking Technology Behind "2000 Mules,"* Rumble (May 6, 2022), https://rumble.com/v13qlbn-catherine-engelbrecht-joins-tucker-to-discuss-the-groundbreaking-technology.html?mref=hsiwx&mrefc=3 [https://perma.cc/QC4N-PRUY].

statements about how "all the easy choices are in the past" and "pull[ing] the ripcord," the trailer contained Mr. Andrews' image (with his face blurred) as the first in a series of examples of video evidence.[49]  This trailer has more than 95,000 views and remains online.[50]   TTV shared the trailer on its website, Instagram, and Rumble.[51]

65.     On May 11, 2022, Defendant D'Souza appeared on One America News Network's *Tipping Point with Kara McKinney*. He showed the TTV clip of Mr. Andrews voting (with his face blurred). During the interview, D'Souza claimed that the film "shows that there was fraud, coordinated fraud in all the key states that decided the election."[52]  As evidence of this, he claimed that the video "confirmed"

---

[49] True The Vote, *They thought that with the movie launch, we were done.*, Facebook (May 8, 2022), https://www.facebook.com/TrueTheVote/videos/335770281958423/ [perma.cc/MJ8R-G83G].

[50] *Id*.

[51] True the Vote, Release 2000 Mules (May 9, 2022), https://www.truethevote.org/release-2000-mules-expose-the-truth-then-pull-the-ripcord/ [https://perma.cc/ET9E-XJD8]; @RealTrueTheVote, *They thought that with the movie launch, we were done.*, Instagram (May 8, 2022), https://www.instagram.com/p/CdTt8_ujYbI/ [https://perma.cc/9T55-XCD8]; True the Vote, *This is Not The End*, Rumble (May 8, 2022), https://rumble.com/v13zwyp-true-the-vote-this-is-not-the-end.html?mref=hsiwx&mrefc=7 [https://perma.cc/K4RW-KV7M].

[52] Media Matters, *From the May 11, 2022, edition of OAN's Tipping Point*, https://www.mediamatters.org/media/3988751 (last visited Oct. 1, 2022).

the scheme, as it showed the same "mules" that were geotracked "stuffing the ballot box" and constituted "proof of a very high order."[53]

66.     On May 14, 2022, Defendants Engelbrecht and Phillips appeared on The Epoch Times' news show *Truth Matters with Roman Balmakov* and showed the TTV clip of Mr. Andrews voting (with his face blurred) as they explained the purported illegal "mules" scheme.[54]   Phillips stated that they used geolocation tracking because "we were looking for ways to solve a crime."[55]   Phillips claimed that they tracked people going to "stash houses," and "delivering" to ballot drop boxes, then "backed [that] up with video."[56]   He stated, "in no case, either by federal law or any state law, can you get paid to traffic ballots."[57]

67.     Before the clip played, Phillips stated:

> The data itself is immutable. Even if you don't believe your lying eyes on that, then just go look at the video. I mean, okay, if I could show you that some guy's up there putting all these ballots in the video and I can show you the pings, and then we can show you where he did it again and again and again and again, it really takes an extraordinary person with an agenda that's probably not America's agenda to say: "I don't believe that."

---

[53]  *Id.*

[54]  True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://www.truethevote.org/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [perma.cc/G6RG-BLU7].

[55]  *Id.*

[56]  *Id.*

[57]  *Id.*

68.    While Defendants' excerpt of Mr. Andrews voting played, Mr. Balmakov asserted: "That happened. What we just saw is an actual thing that happened. . . . What are we going to do about this?" referring to the film's invented claims of voter fraud. In discussing the footage of voters (including Mr. Andrews), Defendant Engelbrecht stated, without any factual basis with respect to Mr. Andrews: "Their phone was at a violent riot. Make of that what you will."[58] Mr. Andrews has never attended a "violent riot."

69.    The interview has been viewed more than 159,000 times on the Epoch Times website.[59]  TTV also published the interview on its website, Facebook, and

---

[58]    *Id.*

[59]    Roman Balmakov, Facts Matter, *Ballot Mules Funded by Obama-Linked NGOs Poured Billions Into 'Local Insurgencies': Analyst*, Epoch Times (May 13, 2022), https://www.theepochtimes.com/obama-affiliated-ngos-poured-billions-into-local-insurgencies-to-steal-2020-election-analyst_4458553.html [perma.cc/V8NN-6NZU].

Rumble, where it remains available for viewing.[60]   In addition, True the Vote's

Instagram account still promotes the interview with a post and a link to the video.[61]

70.    Defendants D'Souza, Regnery Publishing, and Salem Media further

republished Mr. Andrews' image and the defamatory false statements about him in

the book *2000 Mules: They Thought We'd Never Find Out. They Were Wrong*. The

book was widely released on October 25, 2022[62] – more than five months after the

state of Georgia publicly declared the allegations about Mr. Andrews to be

unfounded, as described below.

71.    Additionally, this was after Mr. Andrews, through his counsel,

informed all Defendants via a letter that portraying Mr. Andrews as a so-called

---

[60]  True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://www.truethevote.org/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [perma.cc/G6RG-BLU7]; True the Vote, *Want to know who is behind the trafficking?*, Facebook, https://perma.cc/7PGG-W324 (last visited Sept. 30, 2022); True the Vote, *Epoch Times_Obama Affiliated NGOs Poured Billions to Steal Elections*, Rumble (May 13, 2022), https://rumble.com/v4no71-epoch-times-obama-affiliated-ngos-poured-billions-to-steal-elections.html?mref=hsiwx&mrefc=6 [https://perma.cc/LP3R-B9NK].

[61]  @RealTrueTheVote, *Want to know who is behind the trafficking?*, Instagram (May 14, 2022), https://www.instagram.com/p/CdjKQ4Ju1S7/ [https://perma.cc/B8HF-MBAX].

[62]  The book was initially going to be released in August 2022, but was recalled at the last moment before ultimately being published in October. Tom Dreisbach, *Here's what changed in Dinesh D'Souza's '2,000 Mules' book after it was recalled*, NPR (Oct. 25, 2022, 4:26 PM), https://www.npr.org/2022/10/25/1131077739/heres-what-changed-in-dinesh-dsouzas-2-000-mules-book-after-it-was-recalled.

"mule" was false, and put them on notice of its falsity. Nonetheless, Defendants published the book with Mr. Andrews portrayed as a "mule" engaged in illegal activity.[63]

72. The book *2000 Mules* lists Defendant D'Souza as an author, and Defendant Regnery Publishing as the publisher.

73. Regnery Publishing is a corporation owned by Eagle Publishing, which is owned by Salem Media. The back flap of the book describes Regnery as "A Division of Salem Media Group."

74. The *2000 Mules* book contains numerous screenshots from the *2000 Mules* film, including the image of Mr. Andrews voting by delivering his ballot to the dropbox, and the image of his car. His face is blurred. The caption on the page with Mr. Andrews image reads: "What we see here are screenshots from the videos of mules stuffing multiple ballots into mail-in drop boxes. While vote harvesting is legal in some states, typically under restricted conditions, paid ballot trafficking is illegal across the country. What you are seeing here is organized crime on behalf of the Democratic Party."[64]

75. Mr. Andrews' image appears in the *2000 Mules* book in a center full-color photo spread, along with a repetition of the false and defamatory claims of the

---

[63] Dinesh D'Souza, *2000 Mules: They Thought We'd Never Find Out. They were wrong.* 144-45 (10th photo image) (1st ed. 2022).

[64] *Id.*

*2000 Mules* film, nearly in their entirety. The entire framing of the book, like the movie, claims it is an exposé on voter fraud, and accuses the voters depicted in the videos of being "mules," which as the book defines on the front flap, is a "criminal deliveryman." The promotional materials for the book state: "the criminals are still at large."

76. The book itself also details some aspects of the coordination among Defendants D'Souza, the TTV Defendants, Salem Media, and Regnery. On one page, there's a still of a scene in the film showing D'Souza driving up to meet with Phillips and Engelbrecht. The caption states: "This is a movie recreation of our fateful summit with Catherine and Gregg. We took their evidence to Salem Media to see if Salem would provide the equity investment to make the *2000 Mules* documentary."[65]

### B. Defendants' allegations are false.

77. Mr. Andrews lives in Gwinnett County, Georgia, with his wife of almost forty years and his three adult children. All are registered voters.

78. Mr. Andrews deeply cherishes exercising his right to vote. Growing up in the South in the 1960s, he heard stories from family members about when Black people could not vote. From a young age, Mr. Andrews' family instilled in him that by voting he was making the world a better place for future generations and

---

[65] *Id.* at 144-45 (6th photo image).

protecting the legacy of his forebearers who had fought for his right to vote. As a result, Mr. Andrews is a committed voter, having cast a ballot in every presidential and midterm general election since moving to Georgia in 1995.

79.     Mr. Andrews has passed down this core family value by encouraging his three adult children to vote. To this end, for the 2020 presidential election, given the COVID-19 pandemic, he offered to drop off the completed ballots of his children and his wife at a ballot drop box.

80.     Before dropping off his family's ballots, Mr. Andrews checked Georgia law, confirming that it specifically allows a voter's father or spouse (and other household members) to deliver their ballot to a voting location, including a drop box.[66]

81.     On October 6, 2020, Mr. Andrews voted by depositing his ballot in a ballot drop box in downtown Lawrenceville in Gwinnett County, Georgia ("the ballot box"). He stopped his car by the ballot box, walked out of his car, and voted by placing his ballot in the ballot box.

82.     In addition to his own ballot, he deposited the ballots that his wife and his three children had completed for themselves. Before placing the ballots in the box, he carefully checked to make sure that all five ballots were there, and that they

---

[66]   Ga. Code Ann. § 21-2-385(a) (2020).

were not stuck together. Mr. Andrews carefully dropped off these ballots well before election day to ensure that they were counted.

83. As Mr. Andrews went to vote, he noticed that there were security cameras. However, he could not have imagined that the footage of him voting would become "evidence" in a coordinated campaign of voter intimidation, harassment, and defamation.

84. On April 25, 2022, unbeknownst to Mr. Andrews, a Georgia resident named David A. Cross filed a complaint against Mr. Andrews with the Georgia Bureau of Investigations (GBI) asserting the same false allegations of ballot fraud in *2000 Mules*.

85. Cross' complaint to the GBI included multiple screenshots of Mr. Andrews voting, as well as Mr. Andrews' vehicle and license plate number, all unblurred and all taken from the TTV video clip.[67]

86. Cross routinely collaborates with Defendant True the Vote.[68] In fact, public statements by True the Vote in 2022 indicate that True the Vote collaborated with Cross to obtain video "evidence" of illegal ballot delivery in Georgia.

---

[67] The investigator used this information about Andrews' vehicle to locate and identify Andrews. Investigations Division Summary at 2, Case No. SEB2022-054, Georgia Secretary of State (May 12, 2022).

[68] For example, on January 31, 2022, TTV shared a video of a person depositing ballots in a drop box. The video was one of many Cross created and shared on his website and Rumble page showing people he alleged to be engaged in

*(cont'd)*

87.    The text of Cross' complaint provides further evidence of his collaboration with TTV. It relied on Defendants' false "mules" narrative, claiming: "A private investigative organization, True the Vote, purchased billions of cell phone 'pings' and they identified this individual by tracking his cell phone pings to multiple ballot drop boxes."   Echoing Defendants' narrative, Cross' complaint alleged that so-called "ballot mules" were paid ten to fifteen dollars per ballot to illegally deliver multiple ballots. Cross noted that the conduct of which he was accusing Mr. Andrews was a "felony punishable by imprisonment for not less than one year."[69]

88.    Mr. Andrews became aware of the film and the allegations against him on May 2, 2022, when an investigator with the GBI visited Mr. Andrews at home. At that time, Mr. Andrews learned that the GBI had opened an investigation into him following Cross' complaint alleging that he engaged in illegal ballot delivery during

---

illegal ballot delivery. The caption read: "True the Vote would like to extend a special thank you to David Cross for being a great American. We deeply appreciate his work for free and fair elections in Georgia, it's patriots like him that make this country great. This is just the beginning, get ready patriots." True The Vote, *True the Vote would like to extend a special thank you to David Cross for being a great American.*, Facebook (Jan. 31, 2022, 12:58 PM), https://www.facebook.com/TrueTheVote/videos/1103565933725389 [https://perma.cc/S8EC-SJ8B]; @RealTrueTheVote, *True the Vote would like to extend a special thank you to David Cross for being a great American.*, Instagram (Jan. 31, 2022), https://www.instagram.com/p/CZZvNuMK6yi/ [https://perma.cc/NF4H-VCML].

[69]   David A. Cross, Official Complaint filed with Georgia State Election Board (Apr. 25, 2022).

the 2020 election.[70]  The GBI investigator interviewed Mr. Andrews as part of a broader investigation into his family's voting activities triggered by the complaint. Mr. Andrews provided a voluntary statement explaining that he had deposited ballots for family in his household.

89.   Mr. Andrews only learned of the broader publicity and film after a reporter for a national newspaper contacted him on or about May 16, 2022. The reporter asked about the accusation in *2000 Mules* that he had engaged in election fraud and informed him that he was portrayed in the film as a ballot mule. Mr. Andrews was shocked, upset, and afraid when he heard this. Until this time, he was not aware of his portrayal in the film.

90.   At this point, Mr. Andrews and his wife went online and viewed the *2000 Mules* trailer and Defendant Engelbrecht's appearance on Fox News that included Mr. Andrews' unblurred image, described above. They were not only outraged, but also afraid for his safety, the safety of his family, and of professional and legal consequences, even though he knew he had not broken any laws.

91.   The following day, May 17, 2022, the Georgia State Elections Board (SEB) held a public meeting during which they addressed the complaint and

---

[70]  Ga. Code Ann. §§ 21-2-385(a), 21-2-603 (2020).

allegations against Mr. Andrews.[71]  The GBI investigated Cross' complaint and fully

cleared Mr. Andrews of any wrongdoing. At the hearing, which was open to the

public and live-streamed on the internet, a GBI investigator publicly and

unequivocally refuted the allegations that Mr. Andrews had engaged in illegal

"ballot harvesting" and instead had legally deposited the ballots of his wife and three

adult children.[72]

92.    As the investigator at the May 17 SEB meeting detailed, the

investigation confirmed that there were five voters registered at the Andrews

residence—Mr. Andrews, his wife, and his three children—and that the state's

internal ballot tracking system reflected that all five voters had requested ballots by

mail that were received in advance of election day.[73]

---

[71]   Mark Niesse, *Georgia investigation dispels allegations highlighted in '2000 Mules'*, Atlanta Journal (May 17, 2022), https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/; State of Georgia, Agenda State Election Board, Office of Secretary of State (May 17, 2022), https://sos.ga.gov/sites/default/files/forms/Agenda.May_.17th.2022.pdf.

[72]   State of Georgia, Summary State Election Board, Office of Secretary of State (May 17, 2022), https://www.sos.ga.gov/sites/default/files/forms/May%2017%20 Meeting% 20 Summary.pdf.

[73]   Investigations Division Summary at 2, Case No. SEB2022-054, Georgia Secretary of State (May 12, 2022).

93.    The investigator concluded: "I did not find anything to suggest a violation of Georgia code"[74] after explaining the methodologies underlying his finding. The investigator explained that he "validated that . . . the five electors all lived in that residence at that time making all those ballots legal ballots."[75]  The investigator further explained that he had independently conducted extensive research before speaking with Mr. Andrews. Mr. Andrews' statements were consistent with Georgia voting records.

94.    The investigation thus demonstrated that allegations of voter fraud were baseless.

95.    The same day, the SEB dismissed the case without objection. The dismissal received media coverage in local and national publications.[76]

---

[74]  Georgia House of Representatives, State Election Board, Vimeo (May 17, 2022), https://vimeo.com/695911723.

[75]  *Id.*

[76]  Matthew Brown & Amy Gardner, *Georgia elections board dismisses allegations of ballot harvesting*, Wash. Post (May 17, 2022, 2:19 PM), https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints; Mark Niesse, *What 2000 Mules Leaves Out From Ballot Harvesting Claims*, Atlanta Journal (May 10, 2022), https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/; Mark Niesse, *Georgia investigation dispels allegations highlighted in '2000 Mules'*, Atlanta Journal (May 17, 2022), https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/.

96.     During discussion of the case, Republican SEB Member Ed Lindsey voiced concern about "some people also going out and publishing these allegations and posting videos online or to other sources of people without a full investigation."[77]

97.     When the GBI investigator confirmed that he had seen Defendants publicize Mr. Andrews' image on the *Tucker Carlson Show* along with his white SUV, Mr. Lindsey then admonished those actors, like Defendants, who had spread Mr. Andrews' image and accused him of a crime without a real basis:

> Voter harvesting is a crime, claiming that someone is committing a crime without full investigation carries with it some legal liability as well, and I would like for folks who are simply doing, exercising their right to vote and exercise the right of their family to vote not to have an allegation thrown about and to simply ask folks to be a little more cautious in this day and age, to make sure that before you make those kind of allegations, that you turn over the claim to proper authorities and **allow an investigation to take place before you publish it and perhaps bring into question someone's good name.** Just a cautionary, **I think this is a cautionary tale here that I would like folks to observe in the future.**[78]

98.     The accusations against Mr. Andrews—the same false accusations that Defendants have spread and continue to spread—were proven false.

---

[77]  Georgia House of Representatives, State Election Board, Vimeo (May 17, 2022), https://vimeo.com/695911723.

[78]  *Id.*

39

**C.**     **Defendants have known from the beginning that their claims about Mr. Andrews were false, or recklessly disregarded the truth.**

99.     From the beginning, Defendants knew of the falsity of their statements about Mr. Andrews, and/or acted with reckless disregard as to the falsity of those statements. That is, they acted with actual malice.

100.     Upon information and belief, Defendants *never* had any means to connect the public surveillance footage of Mr. Andrews to Defendants' concocted story about "ballot mules" based on cell phone location data. Indeed, Defendants appear to lack video surveillance footage showing any individual making multiple trips to drop boxes—undercutting the heart of their narrative.[79]

101.     Following the 2020 election and leading up to the *2000 Mules*' release, election officials, law enforcement, federal judges, and other experts consistently and decisively rejected claims that mass voter fraud had swayed the election in favor of President Biden.[80]

---

[79] Tom Dreisbach, *A Pro-Trump film suggests its data are so accurate, it solved a murder. That's false*, NPR (May 17, 2022, 4:05 PM), https://www.npr.org/2022/05/17/1098787088/a-pro-trump-film-suggests-its-data-are-so-accurate-it-solved-a-murder-thats-fals.

[80] Matt Zapotosky, Devlin Barrett & Josh Dawsey, *Barr says he hasn't seen fraud that could affect the election outcome*, Wash. Post (Dec. 1, 2020, 7:58 PM), https://www.washingtonpost.com/national-security/barr-no-evidence-election-fraud/ 2020/12/01/5f4dcaa8-340a-11eb-8d38-6aea1adb3839_story.html; Siobhan Hughes, *GOP Senate Leader McConnell Rejects Trump's Fraud Claims*, WSJ (Jan. 6, 2021, 1:55 PM), https://www.wsj.com/livecoverage/biden-trump-electoral-college-certification-

*(cont'd)*

102. Undeterred by the lack of evidence of voter fraud, Defendants resorted to contriving evidence of their own to push their false narrative. Defendants falsely claimed that cell phone geolocation data conclusively proved that people (the "mules") made multiple trips to ballot boxes to illegally deposit ballots. In *2000 Mules*, Defendants present surveillance footage, like that of Mr. Andrews, as supposedly corroborating evidence of their claims about the geolocation data.

103. Defendants' reliance on cellular geolocation data to support their mules narrative in and of itself shows a reckless disregard for the truth. It has been well-demonstrated by multiple authorities that the type of geolocation data relied upon by Defendants is not precise enough to determine whether an individual deposited a

---

congress/card/D3m1htBWKtXPl0Lv4tuB; Cybersecurity & Infrastructure Security Agency, *Joint Statement From Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees* (Nov. 12, 2020), https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election; Nick Corasaniti, Reid J. Epstein & Jim Rutenberg, *The Times Called Officials in Every State: No Evidence of Voter Fraud*, N.Y. Times (Nov. 10, 2020, updated Nov. 6, 2021), https://www.nytimes.com/2020/11/10/us/politics/voting-fraud.html?action=click&module=Spotlight&pgtype=Homepage; Yelena Dzhanova, *A Team of Republican lawyers, judges, and former senators reviewed dozens of lawsuits alleging voter fraud in the 2020 election and concluded there was none*, Insider (July 16, 2022, 11:05 AM), https://www.businessinsider.com/gop-lawyers-reviewed-voter-fraud-lawsuits-presidential-election-2022-7.

ballot in a drop box.[81]  These authorities include the source of some of the

geolocation data itself (discussed below), as well as independent journalistic sources

including but not limited to *Texas Monthly*, *The Associated Press*, *The New York

Times*, *The Washington Post*, *PolitiFact*, and high-profile experts.

104.    Moreover, Georgia's ballot drop boxes in 2020 tended to be located in

high-traffic areas including shopping centers and public buildings.[82]  According to

experts, "[t]he entirety of [Defendants'] claim rests on cell phone location data,

which doesn't remotely show that people were actually using the drop boxes (it

doesn't have the granularity to show that, as opposed to just walking or even driving

by) . . . ."[83]  Another expert notes that cellphone geodata is: "not accurate enough to

---

[81]  Reuters Fact Check, *Fact Check-Does '2000 Mules' provide evidence of voter fraud in the 2020 U.S. presidential election?*, Reuters (May 27, 2022, 8:29 AM), https://www.reuters.com/article/factcheck-usa-mules/fact-check-does-2000-mules-provide-evidence-of-voter-fraud-in-the-2020-u-s-presidential-election-idUSL2N2XJ0OQ; Rick Earle, *Investigation exposes critical limitations of 911 emergency call system and cellphones*, WPXI (Sept. 9, 2020, 8:59 PM), https://www.wpxi.com/news/investigates/investigation-exposes-critical-limitations-911-emergency-call-system-cellphones/GXCYFYBJKJHRZBP53XBQYUQU2Y/; Ali Swenson, *FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules'*, AP News (May 3, 2022), https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762.

[82]  Reuters Fact Check, *Fact Check-Does '2000 Mules' provide evidence of voter fraud in the 2020 U.S. presidential election?*, Reuters (May 27, 2022, 8:29 AM), https://www.reuters.com/article/factcheck-usa-mules/fact-check-does-2000-mules-provide-evidence-of-voter-fraud-in-the-2020-u-s-presidential-election-idUSL2N2XJ0OQ.

[83]  *Id.*

tell if someone stopped at a ballot box, or if someone simply walked near the box . . . . If it is a high-traffic area, I can think of any number of legitimate reasons why someone would be in the vicinity of a ballot box."[84] Defendants have recklessly disregarded these crucial facts and instead continue to assert authoritatively—and falsely—that geolocation data proves that Mr. Andrews and others engaged in mass election fraud.

105. Defendants have made other misrepresentations about the geolocation data which they claimed buttressed their mules narrative.[85]

106. For example, Defendants D'Souza and Phillips claimed that they used geolocation data from the Armed Conflict Location & Event Data Project ("ACLED") to show that, in the Atlanta area, "dozens and dozens and dozens of our

---

[84] Robert Farley, *Evidence Gaps in '2000 Mules'*, FactCheck (June 10, 2022, updated June 13, 2022), https://www.factcheck.org/2022/06/evidence-gaps-in-2000-mules/.

[85] Further, even the imagery used in the film to depict an alleged "mule" in Atlanta is misleading. A map that Defendants claim depict the path of a mule in Atlanta is not actually of Atlanta – a fact which Defendant Phillips admitted to a reporter who noted this. However, the claim that it's a depiction of Atlanta remains in the film. Philip Bump, *Even the geolocation maps in '2000 Mules' are misleading*, Wash. Post (May 19, 2022, 2:33 PM, updated May 19, 2022, 4:48 PM), https://www.washingtonpost.com/politics/2022/05/19/even-geolocation-maps-2000-mules-are-misleading/.

mules" attended violent protests. According to the film, the data therefore demonstrates that many mules are "violent criminals."[86]

107.   But these claims are false. ACLED itself entirely disclaimed that its data could be used for Defendants' claims in *2000 Mules*, with its leaders telling National Public Radio ("NPR"): "This is not what we do," and "[t]his is not the type of analysis you can use ACLED data for . . . ."[87]   For example, contrary to Defendants' claims, ACLED data does not include specific locations inside a city, such as neighborhoods or city blocks, where protests took place.[88]   Nor does ACLED track the time of day of those incidents or track individual participants.[89]

108.   Defendants have likewise misrepresented their techniques for analyzing this data in order to amplify their narrative. Defendants Engelbrecht and Phillips have claimed that they used "high-powered computers" at "the High Performance Computing Center on the campus of Starkville, Miss[issippi]."[90]

---

[86]   Tom Dreisbach, *A Pro-Trump film suggests its data are so accurate, it solved a murder. That's false*, NPR (May 17, 2022, 4:05 PM), https://www.npr.org/2022/05/17/1098787088/a-pro-trump-film-suggests-its-data-are-so-accurate-it-solved-a-murder-thats-fals.

[87]   *Id.*

[88]   *Id.*

[89]   *Id.*

[90]   The Charlie Kirk Show, *How They Did It - True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show*, Rumble (Apr. 8, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [perma.cc/WAT2-9QFQ].

109. NPR investigated and determined that Phillips was referring to the Portera High Performance Computing Center, which houses the High Performance Computing Collaboratory at Mississippi State University in Starkville. However, the University stated that it "has done zero analysis or computing on behalf of True the Vote."[91] According to the University, the closest that Defendant Phillips has been to the computing center was a "publicly available tour."[92]

110. In addition to these misrepresentations about geolocation data, Defendants also misrepresented video evidence to prop up their baseless narrative. *2000 Mules* the film features edited surveillance footage, like that of Mr. Andrews, claiming to show visual evidence of "mules" illegally depositing ballots, allegedly connected to geolocation data that demonstrates that these individuals are "mules." The book includes stills of that footage. But upon information and belief, Defendants *never* had any means to connect this video footage of voters such as Andrews with their individualized cell phone geolocation data. In fact, ACLED has explained that it is not *possible* to connect this data to individual phones.[93]

---

[91] Tom Dreisbach, *A Pro-Trump film suggests its data are so accurate, it solved a murder. That's false*, NPR (May 17, 2022, 4:05 PM), https://www.npr.org/2022/05/17/1098787088/a-pro-trump-film-suggests-its-data-are-so-accurate-it-solved-a-murder-thats-fals.

[92] *Id.*

[93] *Id.*

111. Moreover, Defendants appear to lack *any* surveillance footage that actually shows any individual depositing ballots at multiple locations.[94]

112. In a May podcast episode, Defendant D'Souza admitted he and the other defendants had yet to release such footage, conceding, "we didn't [release footage of a mule visiting multiple drop boxes] in the movie."[95] Defendant D'Souza claimed: "I am going to do that and True the Vote is going to do that,"[96] but as of October 25, Defendants had not released any such footage.

113. When Defendants Phillips and Engelbrecht appeared at an August 2022 event at which they had promised to share their key evidence supporting the "mules" narrative that was not in the film, they showed up empty-handed and incredibly claimed that they must have been hacked.[97] Phillips told attendees they could pay to view additional footage on his website. He also described the video on his website—the purported key evidence—as: "It is junk. It is trash. They didn't do a

---

[94] *Id.*

[95] The Dinesh D'Souza Podcast, *Critiques and Rebuttals* (May 19, 2022, 1:35 PM), https://podcasts.apple.com/us/podcast/critiques-and-rebuttals/id1547827376?i=1000562605416.

[96] *Id.*

[97] Matt Shuham, *WATCH: The Moment When The '2,000 Mules' Folks Admit Their Supposed Evidence Is Nonsense*, TPM (Aug. 16, 2022, 4:21 PM), https://talkingpointsmemo.com/news/watch-the-moment-when-the-2000-mules-folks-admit-their-supposed-evidence-is-nonsense; Philip Bump, *Another year, another high-profile voter-fraud summit goes bust*, Wash. Post (Aug. 15, 2022, 1:37 PM), https://www.washingtonpost.com/politics/2022/08/15/trump-voter-fraud-2020-election/.

good job," adding eventually: "Once you get into that video, it's nonsense, complete nonsense."[98]

114.    At times, Defendants even appear to have *acknowledged* that their assertions are baseless (and therefore made with actual malice). For example, Defendants' *2000 Mules* website includes a reference to "fact checkers" being wrong—and attempts to counter this by illogically stating that viewers indicated they were persuaded by the film.[99]

115.    As early as May 13, 2022, Defendant D'Souza recognized that "fact-checkers" had debunked the reliability of geolocation data—admitting his own awareness about the falsity of the accusation, or at a minimum, his reckless disregard for the truth:[100]

---

[98]  Matt Shuham, *WATCH: The Moment When The '2,000 Mules' Folks Admit Their Supposed Evidence Is Nonsense*, TPM (Aug. 16, 2022, 4:21 PM), https://talkingpointsmemo.com/news/watch-the-moment-when-the-2000-mules-folks-admit-their-supposed-evidence-is-nonsense.

[99]  2000 Mules, https://2000mules.com/ (last visited Sept. 30, 2022).

[100]  Dinesh D'Souza (@DineshDSouza), Twitter (May 13, 2022, 7:19 AM), https://twitter.com/DineshDSouza/status/1525073340486008832; [perma.cc/KT4B-T2PN].



116.    There is no evidence that the CDC is tracking people to see if they remain six feet apart to social distance, and Defendant D'Souza's baseless assertion about the CDC further demonstrates that he was, at a minimum, reckless in continuing to advance the *2000 Mules* narrative.

117.    Moreover, as early as September 2021, the GBI informed Defendants that their geolocation data was insufficient evidence to support an investigation. The TTV Defendants requested that the GBI investigate its claims of ballot harvesting based on TTV's geolocation data. In September 2021, the GBI informed Defendant TTV in a letter that they lacked credible evidence to support an investigation, explaining that Defendants had failed to "provide[] . . . any other kind of evidence that ties these cellphones to ballot harvesting."[101]

---

[101] Mark Niesse & Greg Bluestein, *GBI chief: Not enough evidence to pursue GOP's ballot fraud claim*, Atlanta Journal (Oct. 21, 2021), https://www.ajc.com/politics/gbi-chief-not-enough-evidence-to-pursue-gops-ballot-fraud-claim/YLBIKVC6OZFG7D3QIXR54UFPWU/.

118.    Defendants have also shown that they lack any credible basis for their false allegations by failing to provide such evidence to law enforcement when requested—leading to an inference that Defendants do not have any such evidence.

119.    For example, in a letter to Defendant Phillips and others, then-GBI Director D. Victor Reynolds wrote that "there are no statements of witnesses and no names of any potential defendants to interview."[102]    Reynolds further noted: "Saliently, it has been stated that there is 'a source' that can validate ballot harvesting. Despite repeated requests that source has not been provided to either the GBI or the FBI."[103]  Defendant TTV has refused to cooperate with Georgia's election investigations, rejecting a request to disclose the names of people who they claim "harvested" ballots.[104]

120.    Similarly, in Arizona, the TTV Defendants presented their "mules" narrative in May 2022, and claimed they would provide additional data and evidence in support to the Attorney General's Office. However, the TTV Defendants have

---

[102] Stephen Fowler (@stphnfwlr), Twitter (Oct. 21, 2021, 6:10 PM), https://twitter.com/stphnfwlr/status/1451309892824936452?ref_src=twsrc% 5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1451309892824936452%7 Ctwgr%5E631f4fa1f292e2f7e055a86ede8fbda728c0e6b7%7Ctwcon%5Es1_&r ef_url=https%3A%2F%2Fwww.gpb.org%2Fnews%2F2021%2F10%2F22%2F gbi-says-gops-cellphone-data-lacks-enough-evidence-prove-ballot-harvesting.

[103] *Id.*

[104] Mark Niesse, *What 2000 Mules Leaves Out From Ballot Harvesting Claims*, Atlanta Journal (May 10, 2022), https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/.

reportedly ignored repeated requests for that evidence by Arizona's Republican

Attorney General Mark Brnovich, while continuing to claim that they had extensive

geolocation data evidence of election fraud that they would soon provide.[105] Indeed,

on October 14, 2022, Brnovich's office sent a letter to the FBI and IRS noting that

TTV had never provided any information, but had lied in public communications

and to another law enforcement agency that it had.[106] Given that the organization

was conducting extensive fundraising off of this lie, the letter noted "further review

of its financials may be warranted."[107]

121. Prominent Republicans and allies of former President Trump have also

publicly rejected the "mules" narrative.[108] For example, in videotaped testimony

---

[105] Jeremy Duda, *"2000 Mules" group ignored Arizona AG's requests*, Axios (Sept. 2, 2022), https://www.axios.com/local/phoenix/2022/09/02/2000-mules-group-ignored-arizona-ags-requests-info.

[106] Jeremy Duda (@jeremyduda), Twitter (Oct. 14, 2022, 8:03 PM), https://twitter.com/jeremyduda/status/1581073342257242112?s=46&t=8TKaS-IAdIk_BgiDBmQW1w. The letter also debunked two other lies by the TTV Defendants: that they had caught a person who had delivered multiple ballots in San Luis, Arizona, and that they had helped solve a murder in Atlanta.

[107] *Id.*

[108] Ann Coulter, *Dinesh's Stupid Movie: And the grift goes on …*, Substack (June 15, 2022, 1:30 PM), https://anncoulter.substack.com/p/dineshs-stupid-movie?s=rI; Khaya Himmelman, *Fact Checking Dinesh D'Souza's '2,000 Mules': The film's ballot harvesting theory is full of holes.*, The Dispatch Fact Check (May 21, 2022), https://factcheck.thedispatch.com/p/fact-checking-dinesh-dsouzas-2000; Amanda Carpenter, *Dinesh D'Souza's 2000 Mules Is a Hilarious Mockumentary*, Bulwark (May 17, 2022, 5:14 AM), https://www.thebulwark.com/dinesh-dsouzas-2000-mules-is-a-hilarious-mockumentary/; Danny Hakim & Alexandra Berzon, *A Big Lie in a New*

*(cont'd)*

before the House Select Committee to Investigate the January 6th Attack on the

United States Capitol made public on June 13, 2022, former Attorney General

William Barr laughed when referencing *2000 Mules*, noting that it had not changed

his conclusion that there was no widespread fraud in the 2020 election.[109]  Barr

detailed why he found the film unconvincing, including the unreliability of cellphone

data, and deemed the photographic evidence "lacking."[110]

122.  Right-wing commentator Ann Coulter debunked *2000 Mules* in a

detailed post on her "Unsafe" blog, citing geolocation data experts. She explained:

> First, the movie doesn't show what it says it shows.
>
> – Cellphone tracking isn't precise enough to distinguish between liberal activists stuffing drop boxes, and store owners, police officers, delivery men and others who have perfectly legitimate reasons to be within a few yards of the same drop box every day.
>
> – In all five battleground states D'Souza considers, it is perfectly legal for third parties to drop off ballots for others, with varying degrees of lenience. Pennsylvania, for example, allows a grandparent, grandchild, uncle, aunt, niece, nephew, in-law, household member, caregiver or jailer to drop off someone else's ballot.

---

*Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html.

[109] Grace Panetta, *Former AG Bill Barr laughs at Dinesh D'Souza's election conspiracy theory film '2000 Mules' in January 6 Committee deposition*, Insider (June 13, 2022, 1:16 PM), https://www.businessinsider.com/bill-barr-mocks-2000-mules-film-january-6-deposition-video-2022-6.

[110] *Id.*; January 6 Hearings, *Second Hearing on Investigation of January 6 Attack on the U.S. Capitol*, C-Span (June 13, 2022), https://www.c-span.org/video/?520804-1/hearing-investigation-capitol-attack.

– Even if every cellphone dot represented a left-wing organizer illegally dropping off another person's ballot, that still wouldn't make the ballot invalid. A legal ballot can be illegally delivered, although the guy who delivered it might be in trouble.[111]

She also detailed how in her view, Trump's 2020 loss did not "cr[y] out for an explanation," based on his poor polling and failure to keep campaign promises.[112]

123. Additionally, conservative commentator Ben Shapiro noted: "I think the conclusions of the film are not justified by the premises of the film itself. There are a bunch of dots that need to be connected."[113]

124. Defendants were aware of the evidence debunking their narrative and of the widely publicized rejection of their lies, further supporting the conclusion that they had knowledge of the falsity of their statements or recklessly disregarded the truth.

125. For example, when Mr. Barr's testimony became public, Defendant Engelbrecht appeared on a podcast and stated that she was aware of Mr. Barr's rejection of the "mules" narrative, and was "disappointed."[114] Nonetheless, she has

---

[111] Ann Coulter, *Dinesh's Stupid Movie: And the grift goes on …*, Substack (June 15, 2022, 1:30 PM), https://anncoulter.substack.com/p/dineshs-stupid-movie?s=rI.

[112] *Id.*

[113] Ben Shapiro, *Ben Shapiro REACTS To The "2000 Mules" Documentary*, YouTube (May 10, 2022), https://www.youtube.com/watch?v=BnYWx2Ozahk.

[114] Zachary Leeman, *'We're Coming for You, Bro!' Steve Bannon Loses it on Bill Barr After Jan. 6 Hearings*, MEDIAite (June 14, 2022, 10:02 AM), https://www.mediaite.com/politics/were-coming-for-you-bro-steve-bannon-loses-it-on-bill-barr-after-jan-6-hearings/.

continued to repeat the false allegations. Defendant D'Souza was also aware of Mr. Barr's rejection, and the debunking on which he relied.[115]

126.    Additionally, Fox News and Newsmax—historically supporters of former President Trump—appear to have declined to promote the film. When Defendant Engelbrecht appeared on *Tucker Carlson* alongside the unblurred clip of Mr. Andrews, she carefully avoided mentioning the film itself. Defendant D'Souza himself noted those networks' decision was likely due to concerns that *2000 Mules* would expose them to further legal liability beyond the defamation litigation they are already facing for spreading other lies about the 2020 election being stolen.[116]

---

[115] Dinesh D'Souza (@DineshDSouza), Twitter (June 13, 2022, 12:02 PM), https://twitter.com/DineshDSouza/status/1536378544254644224.

[116] Yelena Dzhanova, *Trump Rails Against Fox News, saying the network hasn't aired a movie alleging widespread voter fraud in the 2020 election*, Insider (May 15, 2022, 8:50 AM), https://www.businessinsider.com/trump-rails-against-fox-news-not-airing-2000-mules-movie-2022-5?r=US&IR=T; Justin Baragona, *Fox News Anchor Rebukes GOP Rep. for Promoting D'Souza's Batshit Movie*, Daily Beast (May 29, 2022, 12:18 PM), https://www.thedailybeast.com/fox-news-anchor-sandra-smith-rebukes-mo-brooks-for-pushing-dinesh-dsouza-movie-2000-mules; Dinesh D'Souza (@DineshDSouza), Twitter (May 12, 2022, 9:00 AM), https://twitter.com/DineshDSouza/status/1524736307024609283 [perma.cc/9LRB-S3B3]; Dinesh D'Souza (@DineshDSouza), Twitter (June 30, 2022, 8:47 AM), https://twitter.com/DineshDSouza/status/1542489989551898626 [perma.cc/QZ84-8XKX]; Dinesh D'Souza (@DineshDSouza), Twitter (May 9, 2022, 10:47 AM), https://twitter.com/DineshDSouza/status/1523676024336424960 [perma.cc/A2ZL-FUP4]; Dinesh D'Souza (@DineshDSouza), Twitter (May 9, 2022, 9:40 AM),

*(cont'd)*



127.   Defendant D'Souza thus demonstrated that he had actual knowledge that the statements in *2000 Mules* and the trailer for it are baseless enough to potentially subject publishers to liability.[117]

---

https://twitter.com/DineshDSouza/status/1523659231341461504 [perma.cc/ZX8D-GHUD]; Adam Staten, *D'Souza Targets Fox News, Says Network Banning Mention of '2000 Mules'*, Newsweek (May 12, 2022, 10:57 AM), https://www.newsweek.com/dsouza-targets-fox-news-says-network-banning-mention-2000-mules-1706047.

[117] Dinesh D'Souza (@DineshDSouza), Twitter (May 12, 2022, 9:00 AM), https://twitter.com/DineshDSouza/status/1524736307024609283 [perma.cc/9LRB-S3B3]; Yelena Dzhanova, *Trump Rails Against Fox News, saying the network hasn't aired a movie alleging widespread voter fraud in the 2020 election*, Insider (May 15, 2022, 8:50 AM), https://www.businessinsider.com/trump-rails-against-fox-news-not-airing-2000-mules-movie-2022-5?r=US&IR=T; Dinesh D'Souza (@DineshDSouza), Twitter (June 30, 2022, 8:47 AM), https://twitter.com/DineshDSouza/status/1542489989551898626 [perma.cc/QZ84-8XKX]; Dinesh D'Souza (@DineshDSouza), Twitter (May 9, 2022, 10:47 AM), https://twitter.com/DineshDSouza/status/1523676024336424960 [perma.cc/A2ZL-FUP4]; Dinesh D'Souza (@DineshDSouza), Twitter (May 9, 2022, 9:40 AM), https://twitter.com/DineshDSouza/status/1523659231341461504 [perma.cc/ZX8D-GHUD]; Adam Staten, *D'Souza Targets Fox News, Says*

*(cont'd)*

### D. Defendants were aware of the May 17, 2022, public clearing of Mr. Andrews.

128. In addition to Defendants' knowledge and/or reckless disregard of the truth from the beginning that their "evidence" of the "mules" conspiracy was a sham and that their allegations of criminality against Mr. Andrews were baseless, Defendants had actual knowledge of the May 17, 2022, public clearing of Mr. Andrews by the GBI and SEB.

129. Defendant D'Souza was aware that Mr. Andrews had acted legally at least by May 18, 2022. On the May 18 episode of "The Dinesh D'Souza Podcast," Defendant D'Souza mentions having read his own exchange with a reporter in the *Washington Post*.[118] That article states: "On Tuesday, the state elections board dismissed related complaints,"[119] referencing *2000 Mules*, and links to a separate

---

*Network Banning Mention of '2000 Mules'*, Newsweek (May 12, 2022, 10:57 AM), https://www.newsweek.com/dsouza-targets-fox-news-says-network-banning-mention-2000-mules-1706047.

[118] D'Souza Media, *Episode 333: Unlawful Conduct*, https://dineshdsouza.com/podcast/episode-333-unlawful-conduct/ (last visited Sept. 30, 2022).

[119] Philip Bump, *Discussing the gaps in '2000 Mules' with Dinesh D'Souza*, Wash. Post (May 17, 2022, 4:27 PM), https://www.washingtonpost.com/politics/2022/05/17/discussing-gaps-2000-mules-with-dinesh-dsouza.

*Washington Post* article detailing the dismissal of the allegations against Mr. Andrews.[120]

130.    In the same podcast episode, D'Souza refers to an *Atlanta Journal-Constitution* article specifically about the SEB's dismissal of the complaint against Mr. Andrews.[121]  D'Souza posted about this article on Truth Social on May 18, 2022, misconstruing the GBI investigation by claiming the only evidence was Andrews' statement.[122]  He added to his false portrayal of Mr. Andrews that "True the Vote found nearly 250 mules in Atlanta going to 10 or more dropboxes."[123]

131.    The TTV Defendants were also aware at least by May 17, 2022, that the allegations against Mr. Andrews were false because the *Washington Post* contacted them for comment on a story about the GBI finding the claims about Mr. Andrews to be false. In a May 17 *Washington Post* article, Defendant Phillips went so far as to acknowledge the falsity of Defendants' portrayal of Mr. Andrews when confronted with the facts of the GBI investigation, admitting of Mr. Andrews:

---

[120] Matthew Brown & Amy Gardner, *Georgia elections board dismisses allegations of ballot harvesting*, Wash. Post (May 17, 2022, 2:19 PM), https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints.

[121] Mark Niesse, *Georgia investigation dispels allegations highlighted in '2000 Mules'*, Atlanta Journal (May 17, 2022), https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/.

[122] Dinesh D'Souza (@DineshDSouza), Truth Social (May 18, 2022, 8:33 AM), https://truthsocial.com/@DineshDSouza/posts/108322959068782884.

[123] *Id.*

"That's not a mule to us."[124]   Defendant Engelbrecht was asked for comment but provided none.

132.   Yet, in the weeks and months that followed, Defendant Phillips and the other Defendants have continued to advance the false claim that Mr. Andrews is a "mule" who committed crimes, as detailed more fully below. The TTV Defendants have never retracted their statements about Mr. Andrews, and their social media still contains promotion for *2000 Mules*, as well as interviews in which Defendant Phillips repeats his lies about Mr. Andrews.[125]

133.   In fact, while Defendants have continued to promote the film, the trailer for the film, and promotional links remain on TTV's website and social media, the

---

[124] Matthew Brown & Amy Gardner, *Georgia elections board dismisses allegations of ballot harvesting*, Wash. Post (May 17, 2022, 2:19 PM), https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints.

[125] Further, during a May 31 public presentation, Defendant Phillips sat alongside Engelbrecht and claimed that his "method" did not have false positives. True the Vote shared footage of other parts of this presentation on their website. True The Vote, Facebook, https://www.facebook.com/TrueTheVote (last visited Oct. 1, 2022); True the Vote, *Arizona Senate Hearing May 31, 2022*, Rumble (June 1, 2022), https://rumble.com/v16z0k3-arizona-senate-hearing-may-31-2022.html; True the Vote, *Bombshell Testimony from True the Vote at Arizona Joint Legislative Hearing* (June 1, 2022), https://www.truethevote.org/bombshell-testimony-from-true-the-vote/.

TTV Defendants have at times attempted to distance themselves from the subsequent book that expands on the claims in *2000 Mules*.[126]

> **E.  Defendants continue to spread false accusations, despite knowledge of their falsity.**

134.  Despite the GBI's and SEB's public and unequivocal demonstration that Defendants' claims about Mr. Andrews are false, Defendants have persisted in their course of defamatory and intimidating conduct by continuing to make false statements about Mr. Andrews, publicizing his image in order to promote their film and its falsehoods, disseminating the trailer for the film, and distributing *2000 Mules* without correction.

135.  Notwithstanding Defendant Phillips' acknowledgment on May 17 to the *Washington Post* that the portrayal of Mr. Andrews was false, his interviews alongside Defendant Engelbrecht repeating the lie and promotions for *2000 Mules* remain on TTV's website and social media pages.[127]  Between May 24 and July 17,

---

[126] Tom Dreisbach, *A publisher abruptly recalled the '2,000 Mules' election denial book. NPR got a copy.*, NPR (Sept. 8, 2022, 12:44 PM), https://www.npr.org/2022/09/08/1121648290/a-publisher-abruptly-recalled-the-2-000-mules-election-denial-book-npr-got-a-cop. However, the TTV Defendants have also promoted the book at times as well. *See, e.g.*, Gregg Phillips (@greggphllips), Truth Social (Nov. 19, 2022, 6:36 PM), https://truthsocial.com/users/greggphillips/statuses/109373093970072856.

[127] True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://www.truethevote.org/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/5A62-U4J2]; @RealTrueTheVote, *Special Thanks to Charlie*

*(cont'd)*

58

2022, Defendant Phillips promoted *2000 Mules* in at least twenty-three different posts on Truth Social. [128]  This included posts where he continued to claim the film was "factually accurate" and "exposes the cheat."[129]

136.   Despite Defendant D'Souza's May 18 acknowledgment on his podcast that the claims against Mr. Andrews had been refuted by the GBI and dismissed by

*Kirk*, Instagram (Apr. 8, 2022), https://www.instagram.com/p/CcGy5Q2p8aC/ [https://perma.cc/C69E-3EBV];

True the Vote, *Charlie Kirk Interviews True the Vote*, Rumble (Apr. 13, 2022), https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2 [https://perma.cc/ZD2C-VHTJ]; True the Vote, ICYMI: *Here's our full interview with Charlie Kirk on the Charlie Kirk Show.*, Facebook, https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid038MbJziMYJ9GcNXgHRtytiX2Wy2k44Z6vw1cFghWnJtfH9X3TPZytkov9THZG1GMTl&show_text=true&width=500 [https://perma.cc/D6TL-F8YJ] (last visited Sept. 30, 2022); True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://ttvdevv.wpengine.com/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [https://perma.cc/G6RG-BLU7]; True the Vote, *Epoch Times_Obama Affiliated NGOs Poured Billions to Steal Elections*, Rumble (May 13, 2022), https://rumble.com/v14no71-epoch-times-obama-affiliated-ngos-poured-billions-to-steal-elections.html?mref=hsiwx&mrefc=6 [https://perma.cc/LP3R-B9NK]; True the Vote, *News*, https://www.truethevote.org/news/ (Oct. 13, 2022).

[128] Gregg Phillips (@greggphllips), Truth Social, https://truthsocial.com/@greggphillips (last visited Nov. 30, 2022).

[129] Gregg Phillips (@greggphllips), Truth Social (May 30, 2022, 2:00 PM), https://truthsocial.com/@greggphillips/posts/108392195996399895.

the SEB, he has continued to promote the "mules" narrative as well as the book and movie across multiple media.[130]

137. In fact, *2000 Mules*' public box office premiere was the weekend of May 20, 2022—three days *after* the GBI publicly refuted the claims about Mr. Andrews and the SEB dismissed the complaint against him.[131] During opening weekend, the film played in 415 theaters and made more than three quarters of a million dollars.[132] In total the film's theatrical run has earned more than $1.4 million for the producers, including Defendants.[133]

138. Defendants have also continued to promote the film, book, and their false narrative—including using the trailer showing Mr. Andrews' image as an example of a mule—in an attempt to drive sales and spread their lies.

139. For example, on May 21, 2022, Defendant D'Souza appeared on OANN's "Weekly Briefing with Chanel Rion" show. Alongside the TTV clip of Mr. Andrews voting, Defendant D'Souza reiterated his false narrative: "a mule is a paid operative who is delivering these fraudulent and illegal votes" to multiple drop

---

[130] Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 20, 2022, 12:13 PM), https://twitter.com/DineshDSouza/status/1572257554348281856; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 9, 2022, 5:08 PM), https://twitter.com/DineshDSouza/status/1568345679637905408.

[131] Box Office Mojo, *2000 Mules*, https://www.boxofficemojo.com/release/rl2915074817/?ref_=bo_tt_gr_1 (last visited Oct. 1, 2022).

[132] *Id.*

[133] *Id.*

boxes. With Mr. Andrews' image on screen (face blurred), Defendant D'Souza claimed that there was widespread fraud during the 2020 election.[134]

140.   This interview added additional material containing racist undertones to Defendants' insinuations about Mr. Andrews. During the interview, the host, Chanel Rion noted: "One of the things this film alludes to is the fact that some of these mules may also be tied to violent leftwing actors or may be violent leftwing actors who protested at the BLM [Black Lives Matter] riots over the summer of 2020."[135] Defendant D'Souza responded, again making false statements:

> Out of 240 mules, 242 mules in Atlanta, something like 67 of them were in the **violent antifa BLM riots**. It doesn't look to me like that's likely to be a population of cops, it's more likely that the Democrats, who by the way dominate these inner cities, **basically went to these antifa BLM guys and said: "Look you've had enough fun burning cities and pulling people out of their cars and beating them up, why don't we pay you to do a different kind of operation that might help our guys to get to the White House."**[136]

141.   Mr. Andrews has never been part of any "violent antifa riot."

142.   On May 17, 2022, Defendant D'Souza appeared on OANN's *Real America with Dan Ball*.[137] He shared the *2000 Mules* trailer in its entirety, including

---

[134] Media Matters, *From the May 21, 2022, edition of OAN's Weekly Briefing*, https://www.mediamatters.org/media/3988753 (last visited Oct. 2, 2022).

[135] Chanel Rion OAN (@ChanelRion), Twitter (May 23, 2022, 2:59 PM), https://twitter.com/ChanelRion/status/1528812903494819842.

[136] *Id.*

[137] One America News Network, *Real America – Dan Ball w/ Dinesh D'Souza, Everyone Needs to Watch 2,000 Mules*, Rumble (May 17, 2022), https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone-needs-to-watch-2000-mules-51.html.

the clip of Mr. Andrews voting with Defendant D'Souza's voiceover describing it as "evidence" of an organized crime scheme.[138]

143.   Later in the May 17 interview, while discussing the purported fraud scheme, he again played the TTV clip of Mr. Andrews voting, while the host asked about "ballot stuffers" making five to ten dollars per ballot.[139]  In the same interview, Defendant D'Souza seemed to acknowledge that the GBI had publicly cleared Mr. Andrews that morning, while still falsely asserting that Mr. Andrews was a "mule."   D'Souza commented that "fact checkers"—presumably referring to the GBI investigation—were incorrect, referencing the finding that Mr. Andrews was legally dropping off his family members' ballots:

> It's really hard to argue, because when you look at what the fact checkers are saying, it doesn't really square with what's in the film. So they'll say things like, well, you know, in Georgia, people are allowed to return ballots for their family members. That's true, but if you're returning ballots for your family members, why would you go to more than one drop box?  You'd go to one to drop them off, you go home. We're looking at mules that went to a minimum of ten drop boxes. And, as you know, if you've seen that video in the film . . . .

144.   This interview indicates that Defendant D'Souza knew of the GBI investigation's findings, but nonetheless falsely stated that Mr. Andrews would not have been depicted in the film if he had not been to at least ten drop boxes. In fact, Mr. Andrews went to one drop box on one occasion to deposit his family's ballots.

---

[138] *Id.*

[139] *Id.*

145.   On May 23, 2022, Defendant D'Souza also appeared on "KUSI News" on San Diego channel KUSI.[140]   Mr. Andrews' image was shown (with his face blurred) as Defendant D'Souza described *2000 Mules* as "damning evidence"— again falsely portraying the image of Mr. Andrews as evidence of the election fraud scheme.[141]   The TTV clip of Mr. Andrews voting was shown a second time as Defendant D'Souza spoke about how the purported "mules" wore gloves to avoid leaving fingerprints.[142]   He explained the scheme:

> These mules are paid operators who deliver illegal and fraudulent votes to mail-in drop boxes and by monitoring the movement of their phones, you can show these guys go from one drop box to another to another to another and track their movements in the crucial weeks leading up to the election.[143]

146.   Defendant D'Souza elaborated that the "mules" were paid ten dollars per ballot. He further claimed that the filmmakers "set a very high bar, because you don't want to get false positives" for deeming a person a mule: "ten or more drop boxes, because there's no rational or innocent reason to go to more than ten. Even if you're dropping off the votes of your family members, you're going to go to one

---

[140] KUSI Newsroom, *Dinesh D'Souza on the success of his new film, '2000 Mules'*, Kusi (May 23, 2022), https://www.kusi.com/dinesh-dsouza-on-the-success-of-his-new-film-2000-mules/?fbclid=IwAR3LB8eLsSXx0xKeLxQvaNnYn84JdbN6tiSQaQ7c0rkmVTZGQRcvwRaGUE4.

[141] *Id.*

[142] *Id.*

[143] *Id.*

drop box and put them all in there, why would you go to ten?"[144]  These statements again indicate that Defendant D'Souza was aware that the GBI had investigated and found that Mr. Andrews was dropping off his family members' ballots–but continued to lie about him anyway.

147.    Since May 17, 2022, D'Souza has posted on Truth Social about the 2000 Mules conspiracy approximately ninety times, and continues to do so.[145]  On June 2, 2022, he posted a website page that included an embedded TTV clip of Mr. Andrews voting with his face and license plate unblurred, fully visible.[146]

148.    On June 18, 2022, a Twitter user retweeted a video of the SEB presentation clearing Mr. Andrews with a caption questioning Defendant D'Souza's false narrative.[147]  Defendant D'Souza replied to the tweet that day, calling the investigation "bogus" because the investigator got his information from "the mule himself," referring to Mr. Andrews. He omitted that the GBI investigator made clear he had conducted additional research. Defendant D'Souza was clearly aware of the

---

[144] *Id.*

[145] Dinesh D'Souza (@DineshDSouza), Truth Social, https://truthsocial.com/@DineshDSouza (last visited Nov. 30, 2022).

[146] Dinesh D'Souza (@DineshDSouza), Truth Social (June 2, 2022, 1:58 PM), https://truthsocial.com/@DineshDSouza/posts/108409174893649611.

[147] Dinesh D'Souza (@DineshDSouza), Twitter (June 18, 2022, 1:26 PM), https://twitter.com/DineshDSouza/status/1538211490741772289 [perma.cc/7PBM-9224].

investigation's findings, yet continued to baselessly accuse Mr. Andrews of being a "mule."

149.  On June 3, 2022, more than two weeks after the SEB dismissed the complaint against Mr. Andrews, *Facts Matter with Roman Balmakov*, the Epoch Times show, aired an interview with Defendants Engelbrecht and Phillips.[148] TTV's clip of Mr. Andrews was shown as Mr. Balmakov introduced Defendants Engelbrecht and Phillips and their false narrative.

150.  More recently, Defendant D'Souza himself has appeared to recognize that *2000 Mules*—and using Mr. Andrews' image as an example of a mule—exposes Defendants to liability. During a June 29, 2022, podcast, Defendant D'Souza explained that he blurred the faces of Mr. Andrews and the other individuals in the film to comply with lawyers' demands and to get "movie insurance."[149] Nonetheless, Defendants have used Mr. Andrews' unblurred image in other instances, including to promote the film on national television.

---

[148] Roman Balmakov, Facts Matter, *Exclusive: Ballot Mules Funded by Obama-Linked NGOs Pouring Billions Into 'Local Insurgencies'*, YouTube (June 3, 2022), https://www.youtube.com/watch?v=LoRp9PpiNQE [https://perma.cc/9UCC-LQMK].

[149] The Dinesh D'Souza Podcast, *Blurring the Dog* (June 29, 2022, 1:32 PM), https://podcasts.apple.com/us/podcast/blurring-the-dog-id1547827376?i= 1000568148724.

151.   Defendants have continued to promote the film on social media and on their websites following the GBI and other debunking of its lies.[150]

152.   In total, Defendants have appeared on at least eleven different programs spreading their false claims about Mr. Andrews and the 2020 election. At least three of these programs were *after* the May 17 public clearing of Mr. Andrews. These programs alone reached well over 3.2 million viewers.

153.   Defendants also disseminated Mr. Andrews' image and the accusations against him on multiple social media platforms—through trailers for *2000 Mules* and clips of Defendants' media appearances that included Mr. Andrews' image—that have been viewed over 5.8 million times.

154.   In addition to the promotional appearances and trailer, the film itself showed in 415 theaters over just its opening weekend in May 2022. According to

---

[150] *E.g.*, Dinesh D'Souza (@DineshDSouza), Twitter (Aug. 20, 2022, 6:28 PM), https://twitter.com/DineshDSouza/status/1561117901385568257; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 6, 2022, 4:39 PM), https://twitter.com/DineshDSouza/status/1567251267696590850; True the Vote, *2000 Mules Team Launches New 'Sheriffs Initiative'*, Facts Matter (June 29, 2022), https://www.truethevote.org/2000-mules-team-launches-new-sheriffs-initiative-facts-matter; Gregg Phillips (@greggphllips), Truth Social https://truthsocial.com/@greggphillips (last visited Oct. 10, 2022); True the Vote (@truethevote), Truth Social (Sept. 13, 2022), https://truthsocial.com/@truethevote/posts/108473455140392389; True The Vote, *We had so many great people tune in Monday*, Facebook (May 25, 2022), https://www.facebook.com/photo.php?fbid=378648854299239&set=pb.100064 623822609.-2207520000..&type=3.

Defendant Salem Media, within the first two weeks, it was viewed by over a million

people and generated over 10 million dollars in revenue.

155.   This is in addition to the continued presence of the *2000 Mules* film, its

trailer (including unblurred footage of Mr. Andrews and asserting that he committed

election fraud crimes), and other promotional materials for the film and narrative,

all available on Defendants' websites and social media pages.

156.   As a foreseeable and intended result of Defendants' coordinated press

tour to promote *2000 Mules*, others have repeated their claims and publicized

Mr. Andrews' image in concert with these false allegations.[151]

---

[151] For example, the Republican nominee for Arizona governor appeared on "Real
America's Voice" to comment on a TTV presentation. She showed the
unblurred image of Mr. Andrews, as well as his car and license plate, as she
echoed Defendants' claims. John Fredericks, Outside the Beltway, *Kari Lake on
the True the Vote Hearing in the AZ State Senate*, Real America's Voice,
https://americasvoice.news/kari-lake-on-the-true-the-vote-hearing-in-the-az-
state-senate/ (last visited Sept. 30, 2022); Outside the Beltway, *Kari Lake on the
True the Vote Hearing in the AZ State Senate*, Rumble (June 1, 2022),
https://rumble.com/v170zjd-kari-lake-on-the-true-the-vote-hearing-in-the-az-
state-senate.html; Beau Davidson, *Can 2000 Mules Change an Election?*, NTD
(May 12, 2022), https://www.ntd.com/can-2000-mules-change-an-
election_778513.html; *see also* Roman Balmakov, Facts Matter, *Exclusive:
Ballot Mules Funded by Obama-Linked NGOs Pouring Billions Into 'Local
Insurgencies'*, YouTube (June 3, 2022),
https://www.youtube.com/watch?v=LoRp9PpiNQE [perma.cc/9UCC-LQMK];
Americas Best Pics, *Stolen Election?  It Appears So - Trump Wins Just By
Removing the Worst Offenders [2000 Mules]*,
https://americasbestpics.com/video/stolen-election-it-appears-so-trump-wins-
just-by-removing-QbrsD4YX9 (last visited Sept. 30, 2022); The Salty Cracker,
*Carpet Bomb Normies 2000 Mules ReeEEeE Stream 05-11-22*, Rumble (May

*(cont'd)*

157.   For example, a follower posted on social media the unblurred TTV clip of Mr. Andrews voting with his license plate and image fully visible, with the caption: "These are felony election law violations caught on camera. And law enforcement is doing nothing about it."[152]  This video has been viewed 66,800 times, and was retweeted 1,964 times

158.   Moreover, to attempt to mitigate the harm caused by Defendants, Mr. Andrews' attorneys sent demand letters to Defendants D'Souza, Phillips, Engelbrecht, True the Vote, and Salem Media Group on October 3, 2022, further alerting them to the false and defamatory nature of their statements about Mr. Andrews contained in the film, trailer, and related media appearances, and requesting that they take down and retract those statements.

159.   As of the date of this filing, upon information and belief, Defendants have not retracted the defamatory material.[153]

---

11, 2022), https://rumble.com/v14e37k-carpet-bomb-normies-2000-mules-reeeeee-stream-05-11-22.html.

[152] Liz Harrington (@realLizUSA), Twitter (Apr. 11, 2022, 2:33 PM), https://twitter.com/realLizUSA/status/1513586022394826762?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1513586262460055556%7Ctwgr%5E2d43cf1011d55ea83bf2ac36be5a42c91bfd5e6e%7Ctwcon%5Es2_&ref_url=https%3A%2F%2Fwww.patriotproject.com%2Fap-refers-true-vote-election-integrity-experts-conspiracy-theorists-reporting-az-senate-hearing%2F.

[153] In contrast, on October 11, 2022, Plaintiff sent a similar demand letter to One America News Network as it planned to air 2000 Mules multiple times. In response, One America News Network removed Mr. Andrews from the version it aired.

160.   Further, since that date, Defendants continue to promote the film and book on their websites and social media pages, as detailed above, despite having actual knowledge since October 3, 2022, at the very latest, that their statements about Mr. Andrews are false and defamatory and create liability.

161.   Defendants have repeated their false and intimidating statements about Mr. Andrews even since that date.

162.   For example, on October 22, 2022, the TTV Defendants published the "music video trailer" for *2000 Mules* on TTV's Facebook page.[154]   This trailer, which repeats Defendants' false "mules" narrative, includes TTV's image of Mr. Andrews voting as an exemplar mule.[155] Mr. Andrews' image appears onscreen as background to the lyrics "2000 Mules/on a mission/riggin' elections."  TTV's post remains published and available as of November 30, 2022, and has been viewed over 9,300 times.

163.   In addition, Defendants further republished Mr. Andrews' image and their false narrative in the October 25, 2022, book *2000 Mules*. The book republishes Mr. Andrews' image, the image of his car, and the same false and defamatory accusations about Mr. Andrews, including that he committed a crime and that he did

---

[154] True The Vote, *Music video trailer for the film 2000 Mules*, Facebook (Oct. 22, 2022), https://www.facebook.com/TrueTheVote/videos/3304988439758013/ Oct 22, 2022.

[155] *Id.*

so for money. It also insinuates that he was previously engaged in violent crimes such as rioting. The color image of Mr. Andrews included in the book has the caption: "What we see here are screenshots from the videos of mules stuffing multiple ballots into bail-in drop boxes. While vote harvesting is legal in some states, typically under restricted conditions, paid ballot trafficking is illegal across the country. What you are seeing here is organized crime on behalf of the Democratic Party."[156]

164.   On October 24, 2022, Mr. Andrews' attorneys sent a letter to Regnery Publishing demanding a retraction of the claims involving Mr. Andrews, putting them on further notice of the claims' falsity, and alerting them to their possible liability in this matter. Regnery Publishing continues to publish Mr. Andrews' image and the false and defamatory claims about him after receiving that letter.

165.   The book remains available for sale online and in bookstores with Mr. Andrews' image and false portrayal.

166.   Even after receiving the retraction letter from Mr. Andrews' attorneys, Defendant D'Souza continued to promote the book on his social media. On

---

[156] Dinesh D'Souza, *2000 Mules: They Thought We'd Never Find Out. They were wrong.* 144-45 (10th photo image) (1st ed. 2022).

October 12, more than a week after receiving the letter, D'Souza posted an Amazon.com link to pre-order the *2000 Mules* book on his Twitter account.[157]



In addition, D'Souza has continued to promote paid subscriptions to his Locals channel on Truth Social, touting *2000 Mules* as one of the primary reasons to subscribe. D'Souza has promoted *2000 Mules* on Truth Social at least 14 times since Mr. Andrews's October 3, 2022 retraction letter.[158]

---

[157] Dinesh D'Souza (@DineshDSouza), Twitter (Oct. 12, 2022, 11:31 AM), https://twitter.com/DineshDSouza/status/1580234695211483143.

[158] Dinesh D'Souza (@DineshDSouza), Truth Social, https://truthsocial.com/@DineshDSouza (last visited Nov. 30, 2022).



167. On October 25, 2022, the day the book was published, D'Souza published a half-hour *2000 Mules Special* video on Rumble to promote the book and movie, in which he interviewed former president Trump among others.[159] The same day, he also appeared again on The Charlie Kirk Show to promote the book and movie.[160]

168. D'Souza again promoted *2000 Mules* and repeated its false narrative on a November 1, 2022 appearance on OANN's Real America with Dan Ball and on The Dinesh D'Souza Podcast on November 3, 2022.[161] On November 5, 2022,

---

[159] Dinesh D'Souza, *2000 Mules Special*, Rumble (Oct. 25, 2022), https://rumble.com/v1puzer-2000-mules-special.html.

[160] The Charlie Kirk Show, *2000 Mules Redux with Dinesh D'Souza and Anna Paulina Luna*, Rumble (Oct. 25, 2022), https://rumble.com/v1pvo7o-2000-mules-redux-with-dinesh-dsouza-and-anna-paulina-luna.html.

[161] One America News Network, Real America Dan Ball with Dinesh D'Souza, *True the Vote Founders Arrested* (Nov. 1, 2022), https://rumble.com/v1r0b5s-real-america-dan-ball-w-dinesh-dsouza-true-the-vote-founders-arrested-

*(cont'd)*

D'Souza republished an excerpt of the November 3 podcast episode repeating the 2000 Mules narrative on Rumble.[162]

169. Defendants continue to republish their false narrative at the expense of innocent Americans, including Mr. Andrews and his family, despite their knowledge of its falsity or recklessness with respect to its falsity.

**F. Defendants have profited and continue to attempt to profit from their false accusations against Mr. Andrews.**

170. That Defendants acted with actual malice is also demonstrated by the fact that their invention and propagation of the "mules" lie was a money-making scheme to enrich themselves at the expense of innocent voters, like Mr. Andrews, and of our democratic institutions.

171. Defendants made their false and defamatory statements at least in part to sell movie theater tickets, DVDs, streams of the film, books, and subscriptions to their other platforms in order to reward themselves financially. Defendants

---

11122.html; The Dinesh D'Souza Podcast, *Desperation* (Nov. 3, 2022, 1:46 PM), https://podcasts.apple.com/us/podcast/the-dinesh-dsouza-podcast/id1547827376?i=1000584987591; The Dinesh D'Souza Podcast, Desperation, YouTube (Nov. 3, 2022), https://www.youtube.com/watch?app=desktop&v=XyhjDksRZ-U.

[162] Dinesh D'Souza, *The Konnech CEO Should Be in Jail, Not Catherine and Gregg of True the Vote*, Rumble (Nov. 6, 2022), https://rumble.com/v1rt8tq-the-konnech-ceo-should-be-in-jail-not-catherine-and-gregg-of-true-the-vote.html.

appropriated Mr. Andrews' likeness in a widely circulated commercial for *2000 Mules* in an attempt to drive sales.

172. Defendants released *2000 Mules* in theaters first by renting out theaters and selling tickets themselves, and then formally releasing it on May 20, 2022, *after* the GBI had debunked the lies about Mr. Andrews. Defendants are currently selling streams and DVDs of the film for $19.99 to purchase or $14.99 to rent.[163] Defendant D'Souza also offers access to *2000 Mules* via streaming to anyone who buys a subscription to his account on locals.com—a platform that enables people to start a "subscription-based community" to "make money directly from their supporters."[164]

173. As of June, *2000 Mules* was 2022's highest-earning "documentary," according to a trade publication.[165] Defendant Salem Media reported on its August

---

[163] 2000 Mules, https://2000mules.com/ (last visited Sept. 30, 2022); 2000 Mules, SalemNOW, https://watch.salemnow.com/series/xFOCFe59zfCS-2000-mules (last visited Oct. 2, 2022). This is a discount from the original $29.99 price. Dinesh D'Souza, *Back by Popular DEMAND! 2000 Mules in Theaters THIS WEEK*, Rumble (May 16, 2022), https://rumble.com/v15083x-back-by-popular-demand-2000-mules-in-theaters-this-week.html [perma.cc/65CB-5FYJ].

[164] Dinesh D'Souza, *Back by Popular DEMAND! 2000 Mules in Theaters THIS WEEK*, Rumble (May 16, 2022), https://rumble.com/v15083x-back-by-popular-demand-2000-mules-in-theaters-this-week.html [perma.cc/65CB-5FYJ]; Dinesh D'Souza, 2000 Mules, Locals, https://dinesh.locals.com/post/2083099/2000-mules (last visited Oct. 13, 2022).

[165] Christian Toto, *'2000 Mules' Is Year's Top-Grossing Documentary (So Far)*, Hollywood in Toto (June 3, 2022), https://www.hollywoodintoto.com/2000-mules-top-grossing-documentary/.

2022 quarterly earnings call that within two weeks of the film's release, more than a million people had seen it and it had generated $10 million in revenue.[166]

174.  Defendants' website, 2000mules.com, includes a prominent box explaining that to screen the movie, one should purchase a DVD and then mail a check for $5 per person who attends the screening to an LLC "C/O" Defendant D'Souza's wife. The film itself "ends with a QR code that directs voters to a website where they can donate money to True the Vote."[167]

175.  The book version of *2000 Mules* is also promoted on Defendants' 2000mules.com website. It is being sold for $29.99 in stores and online, and upon information and belief, generating substantial revenue for defendants. It is available at numerous major booksellers including Barnes & Noble and Amazon.com, as well as through Defendants' online stores.

---

[166] Salem Media Group, *2000 Mules Becomes the Most Successful Political Documentary in a Decade, Seen by 1 Million* (May 12, 2022, 12:00 PM), https://www.businesswire.com/news/home/20220511006114/en/2000-Mules-Becomes-the-Most-Successful-Political-Documentary-in-a-Decade-Seen-by-1-Million; SA Transcripts, *Salem Media Group, Inc.'s (SALM) CEO David Santrella on Q2 2022 Results - Earnings Call Transcript*, Seeking Alpha (Aug. 6, 2022, 10:07 PM), https://seekingalpha.com/article/4530981-salem-media-group-inc-s-salm-ceo-david-santrella-on-q2-2022-results-earnings-call-transcript.

[167] Mark Niesse, *What 2000 Mules Leaves Out From Ballot Harvesting Claims*, Atlanta Journal (May 10, 2022), https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/.

176.   Defendants TTV and D'Souza Media are enterprises that generate or aim to generate income for Defendants Engelbrecht, Phillips, and D'Souza.

177.   TTV pays Defendant Engelbrecht a substantial salary. In addition, a *Reveal News* investigation showed that TTV reported loans to Defendant Engelbrecht of more than $113,000, despite Texas law banning nonprofits from loaning money to directors.[168]   TTV paid companies connected to Defendants Engelbrecht and Phillips nearly $890,000 from 2014 to 2020.[169]

178.   By repeating lies about Mr. Andrews in *2000 Mules*, in the film's trailer, and in related promotional appearances, Defendants Engelbrecht and Phillips sought to drive revenue and raise the profiles of themselves and their organizations. Defendant Phillips' company, OPSEC Group LLC, claims to analyze data for TTV and has derived substantial revenue for these services.[170]   OPSEC has billed at least $750,000 to TTV since November 2020.[171]   Defendant Phillips first gained

---

[168] Cassandra Jaramillo, *She Helped Create the Big Lie. Records Suggest She Turned It Into a Big Grift.*, Reveal News (June 8, 2022), https://revealnews.org/article/true-the-vote-big-lie-election-fraud/.

[169] *Id.*

[170] Danny Hakim & Alexandra Berzon, *A Big Lie in a New Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html.

[171] Mimi Swartz, *How True the Vote Fabricates Claims of Election Fraud, for Fun and Profit*, Texas Monthly (Aug. 22, 2022), https://www.texasmonthly.com/news-politics/true-the-vote-election-fraud/.

prominence by originating a discredited theory that former President Trump lost the popular vote in 2016 because of voter fraud.[172]

179.   As described above, Defendant Phillips sold access to a website where he claimed to share additional evidence of the mules scheme left out of the film.[173]

180.   Both Defendant Engelbrecht and TTV have been criticized across the political spectrum for, among other things, financial misdealing, manufacturing fears of voter fraud, racist targeting of voters, and falsely claiming to have evidence of voter fraud which they lacked.[174]

---

[172] Katie Forster, *Donald Trump's false claim about illegal votes 'based on unverified tweet posted on conspiracy website'*, Independent (Nov. 28, 2016, 8:12 AM), https://www.independent.co.uk/news/world/americas/donald-trump-millions-illegal-aliens-voted-greg-phillips-three-million-tweet-infowars-alex-jones-a7443006.html; Alex Samuels, *Trump says Texan is source for unsupported voter fraud claim*, Texas Tribune (Jan. 27, 2017, 11:00 AM), https://www.texastribune.org/2017/01/27/trump-says-texan-source-unsupported-voter-fraud-cl/.

[173] Matt Shuham, *WATCH: The Moment When The '2,000 Mules' Folks Admit Their Supposed Evidence Is Nonsense*, TPM (Aug. 16, 2022, 4:21 PM), https://talkingpointsmemo.com/news/watch-the-moment-when-the-2000-mules-folks-admit-their-supposed-evidence-is-nonsense; Philip Bump, *Another year, another high-profile voter-fraud summit goes bust*, Wash. Post (Aug. 15, 2022, 1:37 PM), https://www.washingtonpost.com/politics/2022/08/15/trump-voter-fraud-2020-election/.

[174] Richard Salame, *Was Election Denial Just a Get-Rich-Quick Scheme?  Donors' Lawsuits Look for Answers.*, Intercept (Feb. 6, 2021, 11:00 AM), https://theintercept.com/2021/02/06/election-deniers-profit-lawsuits/; Cassandra Jaramillo, *True the Vote Raised Millions to Combat voter Fraud - But No One Really Knows Where the Money Went*, Mother Jones (June 8, 2022), https://www.motherjones.com/politics/2022/06/catherine-engelbrecht-true-the-vote-raised-millions-to-combat-voter-fraud-but-no-one-really-knows-where-

*(cont'd)*