181.   Nonetheless, *2000 Mules–the book and the film*–remain online and widely publicly available, and Defendants have not retracted their allegations. TTV's website and social media pages continue to promote the film and include interviews by Defendants Englebrecht and Phillips that include Mr. Andrews' image.[175]

---

the-money-went/; Mimi Swartz, *How True the Vote Fabricates Claims of Election Fraud, for Fun and Profit*, Texas Monthly (Aug. 22, 2022), https://www.texasmonthly.com/news-politics/true-the-vote-election-fraud/; Cassandra Jaramillo, *She Helped Create the Big Lie. Records Suggest She Turned It Into a Big Grift.*, Reveal News (June 8, 2022), https://revealnews.org/article/true-the-vote-big-lie-election-fraud/; Dan Harris & Melia Patria, *Is True the Vote Intimidating Minority Voters From Going to the Polls?*, ABC News (Nov. 1, 2012, 1:27 PM), https://abcnews.go.com/Politics/true-vote-intimidating-minority-voters-polls/story?id=17618823.

[175] True the Vote, *Is the house of cards finally falling?  True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Facebook (May 6, 2022), https://www.facebook.com/watch/?v=1381334499041217&ref=sharing [perma.cc/NE2K-M3PJ]; True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://ttvdevv.wpengine.com/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [https://perma.cc/G6RG-BLU7]; True The Vote, *They thought that with the movie launch, we were done.*, Facebook (May 8, 2022), https://www.facebook.com/TrueTheVote/videos/335770281958423/ [perma.cc/MJ8R-G83G]; True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://ttvdevv.wpengine.com/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/4X9F-Y8SY].

182.   Defendants have a history of profiting off election lies.[176]  Over the last

two presidential election cycles, Defendant TTV reportedly has raised millions of

dollars by promoting false claims of election fraud.

183.   In particular, Defendant TTV promotes and has substantially profited

from the false claim that election fraud most often occurs in urban areas and among

voters of color, and that voting by mail or absentee drop boxes is inherently

fraudulent.[177]  Indeed, *2000 Mules* largely focuses on urban areas and many of the

---

[176] Richard Salame, *Was Election Denial Just a Get-Rich-Quick Scheme? Donors'*
*Lawsuits Look for Answers.*, Intercept (Feb. 6, 2021, 11:00 AM),
https://theintercept.com/2021/02/06/election-deniers-profit-lawsuits/; Cassandra
Jaramillo, *True the Vote Raised Millions to Combat voter Fraud - But No One*
*Really Knows Where the Money Went*, Mother Jones (June 8, 2022),
https://www.motherjones.com/politics/2022/06/catherine-engelbrecht-true-the-
vote-raised-millions-to-combat-voter-fraud-but-no-one-really-knows-where-
the-money-went/; Mimi Swartz, *How True the Vote Fabricates Claims of*
*Election Fraud, for Fun and Profit*, Texas Monthly (Aug. 22, 2022),
https://www.texasmonthly.com/news-politics/true-the-vote-election-fraud/;
Cassandra Jaramillo, *She Helped Create the Big Lie. Records Suggest She*
*Turned It Into a Big Grift.*, Reveal News (June 8, 2022),
https://revealnews.org/article/true-the-vote-big-lie-election-fraud/.

[177] Andy Sullivan, *Explainer: Despite Trump Claims, voter fraud is extremely rare.*
*Here is how U.S. states keep it that way*, Reuters (Sept. 9, 2020, 6:08 AM),
https://www.reuters.com/article/us-usa-election-voter-fraud-facts-explai-
idUSKBN2601HG; Lee Fang & Nick Surgey, *Conservative Operatives Float*
*Plan to Place Retired Military, Police Officers as GOP Poll Watchers on*
*Election Day*, Intercept (Apr. 11, 2020, 6:00 AM),
https://theintercept.com/2020/04/11/republican-poll-watchers-vote-by-mail-
voter-fraud/; Suevon Lee, *A Reading Guide to True the Vote, the Controversial*
*Voter Fraud Watchdog*, ProPublica (Sept. 27, 2012, 11:23 AM),
https://www.propublica.org/article/a-reading-guide-to-true-the-vote-the-
controversial-voter-fraud-watchdog; Dan Harris & Melia Patria, *Is True the*

*(cont'd)*

so-called "mules" shown in the film, including Mr. Andrews, are voters of color.

Defendants' lies about Mr. Andrews fit in with their predetermined narrative.

184.   In November 2020, Defendant TTV was sued by a donor who gave

TTV $2.5 million to fund litigation that would prove that the 2020 election was

stolen from Trump.[178]   The donor alleged that TTV swindled him with false claims

about evidence in its possession that the election was stolen, and that TTV

improperly diverted much of the donation to people connected to Defendant

Engelbrecht, including Defendant Phillips' company, OPSEC.[179]   The litigation

---

*Vote Intimidating Minority Voters From Going to the Polls?*, ABC News (Nov. 1, 2012, 1:27 PM), https://abcnews.go.com/Politics/true-vote-intimidating-minority-voters-polls/story?id=17618823; AJ Vicens & Natasha Khan, *Election observers True the Vote accused of intimidating minority voters*, NBC News (Aug. 25, 2012, 8:02 AM), https://www.nbcnews.com/news/investigations/election-observers-true-vote-accused-intimidating-minority-voters-flna964130.

[178] Danny Hakim & Alexandra Berzon, *A Big Lie in a New Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html; Shawn Boburg & Jon Swaine, *A GOP donor gave $2.5 million for a voter fraud investigation. Now he wants his money back.*, Wash. Post (Feb. 15, 2021, 1:30 PM), https://www.washingtonpost.com/investigations/true-vote-lawsuit-fraud-eshelman/2021/02/15/a7017adc-6724-11eb-886d-5264d4ceb46d_story.html; Verified Complaint, *Eshelman v. True the Vote, Inc.*, No. 20-cv-04034 (S.D. Tex. Nov. 25, 2020), https://www.documentcloud.org/documents/20417606-eshelman-v-true-the-vote.

[179] Danny Hakim & Alexandra Berzon, *A Big Lie in a New Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html; Shawn Boburg & Jon Swaine, *A GOP donor gave $2.5*

*(cont'd)*

showed that TTV had repeatedly falsely claimed to be on the cusp of sharing evidence proving the election was stolen, but never really had such evidence.[180] Defendant Engelbrecht has said that ultimately some of those funds were used to launch the 2000 Mules project—after paying TTV's legal fees.[181]

185.    Others who have been TTV allies and fellow promoters of the lie that Trump lost the 2020 election due to fraud have told donors not to give a "penny" to Defendants Engelbrecht and TTV, as it is not a good use of funds.[182]  Another, who had worked with the donor who later sued Defendant Engelbrecht, regretted making

---

*million for a voter fraud investigation. Now he wants his money back.*, Wash. Post (Feb. 15, 2021, 1:30 PM), https://www.washingtonpost.com/investigations/true-vote-lawsuit-fraud-eshelman/2021/02/15/a7017adc-6724-11eb-886d-5264d4ceb46d_story.html; Richard Salame, *Was Election Denial Just a Get-Rich-Quick Scheme?  Donors' Lawsuits Look for Answers.*, Intercept (Feb. 6, 2021, 11:00 AM), https://theintercept.com/2021/02/06/election-deniers-profit-lawsuits/.

[180] Danny Hakim & Alexandra Berzon, *A Big Lie in a New Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html.

[181] Tom Dreisbach, *A publisher abruptly recalled the '2,000 Mules' election denial book. NPR got a copy.*, NPR (Sept. 8, 2022, 12:44 PM), https://www.npr.org/2022/09/08/1121648290/a-publisher-abruptly-recalled-the-2-000-mules-election-denial-book-npr-got-a-cop.

[182] Documented, *Leaders of the Big Lie Movement Warn Donors Not to Fund Catherine Engelbrecht of True the Vote* (May 31, 2022), https://documented.net/media/leaders-of-the-voter-fraud-myth-movement-warn-donors-not-to-fund-catherine-engelbrecht-of-true-the-vote.

the connection, writing, "[I] am just kicking myself as it is clear from many friends and insiders that Catherine is a disaster. . . . Her story is utter Bullshit."[183]

186.   A Republican operative who worked for TTV in 2014 noted that the organization never provided evidence to substantiate its claims. Of Defendant Engelbrecht, he explained: "She never had the juice in terms of evidence. . . . But now that doesn't matter. She's having her uplift moment."[184]

187.   Defendants Engelbrecht and TTV share a locals.com page.[185] Defendant Engelbrecht regularly engages in discussion about the mules narrative on this account, and promises to answer questions and reveal information—if supporters pay to subscribe.[186]

188.   Dineshdsouza.com is the website for D'Souza Media, but centers on Defendant D'Souza himself and his products. Alongside Defendant D'Souza's

---

[183] Cassandra Jaramillo, *She Helped Create the Big Lie. Records Suggest She Turned It Into a Big Grift.*, Reveal News (June 8, 2022), https://revealnews.org/article/true-the-vote-big-lie-election-fraud/.

[184] Cecilia Kang, *How a Spreader of Voter Fraud Conspiracy Theories Became a Star*, N.Y. Times (Sept. 14, 2022), https://www.nytimes.com/2022/09/14/technology/catherine-engelbrecht-voter-fraud-conspiracy-theories.html.

[185] True the Vote, *Your support helps us inform and educate more people across the country*, https://truethevote.locals.com/support [perma.cc/V7GM-N4BY] (last visited Oct. 2, 2022). D'Souza has also made streams of *2000 Mules* available to those who pay to subscribe to his own locals account.

[186] Cassandra Jaramillo, *Group Behind '2000 Mules' Has Deep Ties to Ken Paxton*, Reveal News (July 21, 2022), https://revealnews.org/article/true-the-vote-trump-election-ken-paxton/.

books and DVDs, the site includes an "official store" selling other D'Souza merchandise. The website includes links to Defendant D'Souza's podcast episodes and videos, which have paid advertisements. The *2000 Mules* website contains a link to Dineshdsouza.com.

189.   Defendant D'Souza's business model is predicated on spreading false narratives for profit. He has been responsible for many of the most roundly discredited conspiracy theories of the twenty-first century. Defendant D'Souza's book *The Enemy at Home*—which argued that the American left's cultural openness caused 9/11—was denounced by those on the political right and left.[187]

190.   Defendant D'Souza was also a proponent of the so-called "Birther" conspiracy theory that former President Barack Obama was not born in the United States.[188]   Defendant D'Souza has been criticized for his "fundamental intellectual

---

[187] NR Symposium, *The Enemy D'Souza Knows*, National Review (Mar. 16, 2007, 9:00 AM), https://www.nationalreview.com/2007/03/enemy-dsouza-knows-nro-symposium/; Daniel Larison, *Obama, Anticolonial Hegemonist?*, American Conservative (Sept. 9, 2010, 3:32 PM), https://www.theamericanconservative.com/obama-anticolonial-hegemonist/; Aidan McLaughlin, *Dinesh D'Souza Gets Scrubbed From the National Review Masthead*, MEDIAite (Mar. 3, 2022, 4:47 PM), https://www.mediaite.com/weird/dinesh-dsouza-gets-scrubbed-from-the-national-review-masthead/; Zachary Petrizzo, *Right-Wing Site Townhall Quietly Deletes Ann Coulter Post Bashing D'Souza's Movie It Funded*, Daily Beast (June 17, 2022, 3:43 PM), https://www.thedailybeast.com/townhall-quietly-deletes-ann-coulter-post-bashing-dinesh-dsouza-movie-it-funded.

[188] Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 27, 2016, 11:01 AM), https://twitter.com/DineshDSouza/status/780784483448590338?ref_src=

*(cont'd)*

dishonesty" in the conservative *National Review*,[189] and his work has been called "ideological Birtherism" in *The American Conservative*, as well as "inexcusably moronic," "a bad conspiracy theory," and "evidence-free, ideological babbling."[190]

191. Defendants continue to profit from the release of the *2000 Mules* book. The book was widely released on October 25, 2022, and is available at bookstores around the country, including major national retailers such as Barnes & Noble and on Amazon.com.

192. Defendants have continued to attempt to profit off of the film and the book, even after its claims were thoroughly discredited.[191]

---

twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E780784483448590 338%7Ctwgr%5E1991f582450de5cc1d8b4e798a20f4992acf32a4%7Ctwcon%5 Es1_&ref_url=https%3A%2F%2Ftheweek.com%2Farticles%2F776256%2F7-dinesh-dsouzas-most-shameful-moments.

[189] NR Symposium, *The Enemy D'Souza Knows*, National Review (Mar. 16, 2007, 9:00 AM), https://www.nationalreview.com/2007/03/enemy-dsouza-knows-nro-symposium/.

[190] Daniel Larison, *Obama, Anticolonial Hegemonist?*, American Conservative (Sept. 9, 2010, 3:32 PM), https://www.theamericanconservative.com/obama-anticolonial-hegemonist/.

[191] *E.g.*, Dinesh D'Souza (@DineshDSouza), Twitter (Oct. 14, 2022, 12:36 PM), https://twitter.com/DineshDSouza/status/1580960811820142592; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 6, 2022, 4:39 PM), https://twitter.com/DineshDSouza/status/1567251267696590850; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 4, 2022, 2:04 PM), https://twitter.com/DineshDSouza/status/1566487312346783747; Dinesh D'Souza (@DineshDSouza), Twitter (Aug. 20, 2022, 6:28 PM), https://twitter.com/DineshDSouza/status/1561117901385568257; True The Vote, *We had so many great people tune in Monday*, Facebook (May 25, 2022), https://www.facebook.com/photo.php?fbid=378648854299239&set=pb.100064 623822609.-2207520000..&type=3.

### G. Defendants' false statements were designed to advance a predetermined narrative.

193. Defendants' false statements about Mr. Andrews fit their predetermined narratives. Defendants conceived a storyline—that the 2020 election was stolen by fraudulent votes delivered by "mules"—and then set out to manufacture "evidence" that conformed to this narrative. Even after being confronted with direct evidence of its falsity, Defendants continued to push the narrative that Mr. Andrews and others committed fraud to steal the 2020 election.

194. In addition to the significant fundraising TTV achieved by promoting the lie that the 2020 election was stolen, TTV's actions before the 2020 election and dating back a decade to sensationalize the risk of election fraud demonstrate this same predetermined narrative.[192] For example, a TTV leader declared at a national summit preparing for the 2012 presidential election: "I'm not being over the top here: I fear the Obama gang is setting themselves up to steal the elections, if possible."[193]

---

[192] Lee Fang & Nick Surgey, *Conservative Operatives Float Plan to Place Retired Military, Police Officers as GOP Poll Watchers on Election Day*, Intercept (Apr. 11, 2020, 6:00 AM), https://theintercept.com/2020/04/11/republican-poll-watchers-vote-by-mail-voter-fraud/.

[193] Dan Harris & Melia Patria, *Is True the Vote Intimidating Minority Voters From Going to the Polls?*, ABC News (Nov. 1, 2012, 1:27 PM), https://abcnews.go.com/Politics/true-vote-intimidating-minority-voters-polls/story?id=17618823; Complaint, *McDonald v. King Street Patriots a/k/a KSP/True the Vote* (Tex. Ethics Comm'n, Oct. 15, 2010),

*(cont'd)*

195.   Defendant Engelbrecht has also recognized that TTV's methods had a heightened risk of wrongly targeting voters living in multigenerational households— like Mr. Andrews—and that she and TTV advance their narratives regardless of the truth of those narratives. A *Nightline* reporter in 2012 asked Defendant Engelbrecht about how TTV's system for reporting fraud accusations to authorities—which targets addresses with many registered voters—could be biased against multigenerational households, like the Andrews home.[194]   Engelbrecht did not deny that multigenerational households could be disproportionately targeted, but explained that TTV's system works that way for efficiency.[195]

### H.   Mr. Andrews has been harmed by Defendants' actions.

196.   Defendants' misconduct has caused—and continues to cause— significant harm to Mr. Andrews. As detailed above, in total, Defendants spread their false claims about Mr. Andrews on programs that reached at least 3.2 million viewers. Defendants also disseminated Mr. Andrews' image and the accusations against him on multiple social media platforms, with posts that have been viewed more than 5.8 million times. In addition, the film itself has been viewed by over a

---

https://static.texastribune.org/media/documents/King_street_complaint.pdf?_ga=2.83151766.1480191080.1601916449-2142928190.1592927878.

[194] Dan Harris & Melia Patria, *Is True the Vote Intimidating Minority Voters From Going to the Polls?*, ABC News (Nov. 1, 2012, 1:27 PM), https://abcnews.go.com/Politics/true-vote-intimidating-minority-voters-polls/story?id=17618823.

[195] *Id.*

million people. This is in addition to the continued presence of the *2000 Mules* film, its trailer, and other promotional materials for the film, all currently available on Defendants' websites and social media pages.

## I.    Mr. Andrews reasonably fears physical harm.

197.    Mr. Andrews reasonably fears for his and his family's physical safety because of Defendants' false accusations that he committed serious crimes, that he helped "steal" the 2020 election, and Defendants' repeated and continuing publication of his image—including permanently in a print book on bookshelves nationwide—in a false light without his consent.

198.    Defendants' actions have had the predictable and foreseeable consequence of leading to threats of physical harm—including death threats—against Mr. Andrews and his family by Defendants' followers. This has led to Mr. Andrews' reasonable fear for his and his family's safety, the expenses and changes in his daily life to try to ensure his and his family's safety, and the psychological harm caused by his reasonable fear for his and his family's safety.

199.    Mr. Andrews' reasonable fear has increased as Defendants have spurred their followers to take physical action against the alleged perpetrators of voter fraud. For example, following a presentation by Defendants on the "mules"

story, Arizona lawmakers called on vigilantes to monitor and record voters.[196]  In

response, vigilantes held "mules"-inspired "tailgate parties" where they monitored,

recorded, and questioned voters at drop boxes in Arizona, which led to

confrontations during the primary and general elections, during which voters

described being intimidated.[197]  Indeed, Defendant D'Souza tweeted to question

---

[196] Jerod MacDonald-Evoy, *Republicans are urging vigilantes to watch ballot drop boxes, polling locations, to sniff out fraud*, AZ Mirror (Aug. 2, 2022, 6:30 AM), https://www.azmirror.com/2022/08/02/republicans-are-urging-vigilantes-to-watch-ballot-drop-boxes-polling-locations-to-sniff-out-fraud/; Jerod MacDonald-Evoy, *GOP lawmaker calls on 'vigilantes' to film and follow voters to combat unproven 'ballot mules'*, AZ Mirror (May 31, 2022, 9:57 PM), https://www.azmirror.com/2022/05/31/gop-lawmaker-calls-on-vigilantes-to-film-and-follow-voters-to-combat-unproven-ballot-mules/; Tiffany Hsu & Stuart A. Thompson, *Hunting for Voter Fraud, Conspiracy Theorists Organize 'Stakeouts'*, N.Y. Times (Aug. 10, 2022), https://www.nytimes.com/2022/08/10/technology/voter-drop-box-conspiracy-theory.html.

[197] Sasha Hupka, *As ballot drop box stakeouts continue, new voter intimidation complaints flow in*. Arizona Republic (Oct. 24, 2022), https://www.azcentral.com/story/news/politics/elections/2022/10/21/ballot-drop-box-stakeouts-continue-new-voter-complaints-flow/; Jerod MacDonald-Evoy, *Republicans are urging vigilantes to watch ballot drop boxes, polling locations, to sniff out fraud*, AZ Mirror (Aug. 2, 2022, 6:30 AM), https://www.azmirror.com/2022/08/02/republicans-are-urging-vigilantes-to-watch-ballot-drop-boxes-polling-locations-to-sniff-out-fraud/; Jerod MacDonald-Evoy, *GOP lawmaker calls on 'vigilantes' to film and follow voters to combat unproven 'ballot mules'*, AZ Mirror (May 31, 2022, 9:57 PM), https://www.azmirror.com/2022/05/31/gop-lawmaker-calls-on-vigilantes-to-film-and-follow-voters-to-combat-unproven-ballot-mules/; Tiffany Hsu & Stuart A. Thompson, *Hunting for Voter Fraud, Conspiracy Theorists Organize 'Stakeouts'*, N.Y. Times (Aug. 10, 2022), https://www.nytimes.com/2022/08/10/technology/voter-drop-box-conspiracy-theory.html; Sasha Hupka, *Federal judge limits ballot drop box monitors'*

*(cont'd)*

voters filmed dropping off their ballots at an Arizona drop box in the 2022 general election on November 17, 2022–shortly after it became apparent his candidate of choice would likely not prevail there.[198]

200.   At a *2000 Mules* screening at Mar-a-Lago, former President Trump called on attendees to "do something" about the purported stealing of the 2020 election. TTV endorses this call to action by promoting it on its website.[199] Defendant D'Souza has posted similar calls to action:[200]

*activities in Arizona*, Arizona Republic (Nov. 1, 2022, 7:14 PM), https://www.azcentral.com/story/news/politics/elections/2022/11/01/federal-judge-arizona-limits-ballot-drop-box-monitors-activities/8241192001/.

[198] Dinesh D'Souza (@DineshDSouza), Twitter (Nov. 17, 2022, 9:46 AM), https://twitter.com/dineshdsouza/status/1593254278042628099?s=46&t=Lg2W MXGAriw22vgpQpV8Bw.

[199] True the Vote, *Trump Encourages Audience at 2000 Mules Premiere to 'Do Something' About Voter Fraud* (May 5, 2022), https://www.truethevote.org/trump-encourages-audience-at-2000-mules-premiere-to-do-something/.

[200] Dinesh D'Souza (@DineshDSouza), Twitter (Aug. 1, 2022, 8:21 AM), https://twitter.com/DineshDSouza/status/1554079964420608000.



201.   Numerous social media users have posted or shared threats on social media, including ones threatening to "arrest," assault, or kill "mules" like Mr. Andrews.

202.   Many of these posts include Mr. Andrews' image along with white supremacist references, and promote Defendants' narrative that Mr. Andrews is a criminal and a treasonous "mule."[201]   Some of these posts have been shared over 100,000 times.

---

[201] @RedPillPharmacist, Telegram (May 9, 2022), https://t.me/redpillpharmacist/25824 [perma.cc/2GYT-S3PT]; Andy Kroll, *"Big Lie" Vigilantism Is on the Rise. Big Tech is Failing to Respond.*, ProPublica (June 17, 20122, 12:00 PM), https://www.propublica.org/article/election-fraud-ballot-mules-facebook-tiktok-memes; Alyssa Rich295 (@alyssarich13), TikTok, https://www.tiktok.com/@alyssarich13/video/7095415280226061611?is_from_webapp=v1&item_id=7095415280226061611 (last visited Oct. 2, 2022).

203.   One social media user posted that he was "watching" voters on election day, and that he voted wearing a Defendant Phillips shirt and an "Arrest the Mules" bracelet.[202]

204.   "The term 'ballot mules,' . . . has surfaced 326,000 times on Twitter since January [2022], up from 329 times between November 2020 and this January, according to Zignal Labs, a media insights company."[203]

205.   As another example, a Twitter post stating, "Arrest the mules!" has been shared 2,737 times and liked 13,200 times as of October 13, 2022.[204]

206.   Some social media posts have actually placed images of the alleged "mules" on mock "WANTED" posters.[205]

207.   Further, one website in particular created digital billboards with the word "busted" superimposed on a screenshot from the movie of Andrews submitting

---

[202] Poker and Politics (@PokerPolitics), Twitter (Aug. 20, 2022, 11:59 PM), https://twitter.com/PokerPolitics/status/1561201365459820544.

[203] Cecilia Kang, *How a Spreader of Voter Fraud Conspiracy Theories Became a Star*, N.Y. Times (Sept. 14, 2022), https://www.nytimes.com/2022/09/14/technology/catherine-engelbrecht-voter-fraud-conspiracy-theories.html.

[204] Tim Swain (@_TimSwain_), Twitter (May 9, 2022, 5:35 PM), https://twitter.com/_TimSwain_/status/1523778747719057408.

[205] Andy Kroll, *"Big Lie" Vigilantism Is on the Rise. Big Tech is Failing to Respond.*, ProPublica (June 17, 20122, 12:00 PM), https://www.propublica.org/article/election-fraud-ballot-mules-facebook-tiktok-memes.

ballots for himself and his family and suggests that Andrews was "hired to illegally dump ballots into ballot boxes."[206]

208. In addition, numerous social media posts repeating the "mules" narrative have called for physical violence against those falsely depicted in Defendants' film as "mules," some of which have used Mr. Andrews' image. These threats have dramatically increased Mr. Andrews' fear of physical harm and his emotional and psychological anguish.

209. For example, one social media user posted TTV's clip of Mr. Andrews voting alongside an explanation of the "mules" theory. That post has been viewed over 1,500 times.[207] Comments on these posts include threats to have the "mules" "forcibly amputated from the country and sent somewhere else en masse," and proclamations that the "mules" should be arrested, "face a firing squad," or receive "Bullets to Mules Heads." Defendants' followers have also assured "mules" through social media comments that "we're coming after you." For example:

---

[206] The America Project, 7Ballots, Wayback Machine, https://web.archive.org/web/20220528170234/https://www.7ballots.com/ (last visited Oct. 13, 2022); Audrey Trujillo The Next NM Secretary of State, Facebook (Aug. 22, 2022), https://www.facebook.com/photo.php?fbid=453254773452447&set=pb.100063 037849794.-2207520000.

[207] Americas Best Pics, *Stolen Election? It Appears So - Trump Wins Just By Removing the Worst Offenders [2000 Mules]*, https://americasbestpics.com/video/stolen-election-it-appears-so-trump-wins-just-by-removing-QbrsD4YX9 (last visited Sept. 30, 2022).



210.   As another example, a user posted a video on the video-sharing platform Rumble that included the TTV clip of Mr. Andrews. The comments on the video suggest that Defendants' followers want to track down the "mules" who they believe should be hanged, "executed," "die," or face incarceration.[208]

---

[208] The Salty Cracker, *2000 Mules Clip - Video Montage of Mules*, Rumble (May 11, 2022), https://rumble.com/v14ck4s-2000-mules-clip-video-montage-of-mules.html.



35_Whelen, 5 weeks ago
Why are the faces blurred ? Show me the mother FKR's
11 rumbles REPLY

Rebelscumsixtwo, 5 weeks ago
who can find me their personal info?!? These traitors need to be DOXXED!! Traitors to the Republic have NO RIGHTS!! FIND THEM!! EXPOSE THEM TO THE BRIGHT LIGHT OF JUSTICE!!!
4 rumbles REPLY

[209]

211. Another video with Mr. Andrews' image posted to the social network TikTok resulted in the following comments:[210]

Robert Best77
We need real Americans at every drop box . If someone try's to put more than 1 take em down. We have to fight for ourselves.
4-27 1 Reply

user9001772525645
These people should be in jail!😳
7-25 0 Reply

Oversig
Everyone involved is guilty of treason!
4-27 3 Reply

212. These threats have led Mr. Andrews, like any reasonable person, to fear that he and his family are in physical danger from Defendants' vigilante followers.

---

[209] *Id.*
[210] Comments to @robertsantini01 TikTok post.

213.   These public threats were the foreseeable and even intended result of Defendants' actions.

214.   Mr. Andrews' fear for his and his family's physical safety is objectively reasonable, given Defendants' ongoing use of his image with the false and defamatory accusations that he has committed crimes and the clear and numerous threats of harm leveled by Defendants' followers.

215.   Mr. Andrews' fear for his family's safety has further increased after a reporter contacted his daughter on two different social media platforms about Defendants' claims. He is troubled that members of the public were able to discover his daughter's identity and contact her. If the press can easily identify and contact her, then those issuing threats against him and his family can as well.

216.   Mr. Andrews' reasonable fear for his and his family's physical safety has had a deleterious effect on all of their lives. For example, Mr. Andrews and his family have become hypersensitive to hearing knocks on their door or seeing unknown persons or cars on their street for fear that it may be one of Defendants' followers coming to cause them harm. Additionally, Mr. Andrews does everything in his power to avoid leaving his house at night for fear of reprisal, and he has begun taking alternate driving routes to and from work to limit the likelihood that he is followed. This constant state of vigilance, especially in and around their own home, has caused significant anxiety for Mr. Andrews and his family.

217.    Mr. Andrews has also spent time and money to protect his and his family's safety. Mr. Andrews bought and installed four new surveillance cameras around his house that stream directly to his phone and notify him of any activity on his property. Mr. Andrews has also paid for a service to remove personal information from the internet to protect the family's privacy. Additionally, Mr. Andrews has spent time and money changing his license plate and scraping the stickers off his SUV in an effort to hide his identity, because Defendants included images of the car and its license plate in their publications. Mr. Andrews knows that this is how the state investigator located him, and fears that others could do so as well. Mr. Andrews' wife fears for his safety whenever he drives this vehicle.

**J.      Mr. Andrews is scared to vote and has been injured because he voted.**

218.    Mr. Andrews and his family now feel intimidated to exercise their right to vote, and will forever look over their shoulders when voting.

219.    His fear is objectively reasonable. Any reasonable voter would fear that simply by exercising their right to vote, they could have their image posted all over the media and could be falsely accused of crimes. Any reasonable voter would also experience fear about voting given the threats of physical harm detailed above. And it is likely that other voters are also intimidated by Defendants' "mules" narrative and portrayal of Mr. Andrews.

220.   Indeed, Defendants' false statements have spurred vigilantes to set up "tailgates" near ballot boxes to monitor, harass, and dissuade any voters depositing more than one ballot (which is legal under certain circumstances in most states), based on the false idea that they are preventing "mules" from delivering ballots.[211]

221.   Moreover, Mr. Andrews is upset that Defendants included harmful racist stereotypes in the film, and targeted him—a Black man wearing a hoodie—based on stereotypes that he has sought to avoid throughout his life.[212]

222.   Mr. Andrews is upset and anxious that Defendants are riling up people who may already have racial biases, and he fears that people who believe Defendants' offensive stereotypes will target himself, his wife, and his children. Mr. Andrews is worried that this could lead to violence and other attacks.

223.   Mr. Andrews is also aware that the harm he has suffered and continues to suffer is on account of his exercising his lawful right to vote, which is especially painful to him because he values voting as a core duty of citizens in our democracy.

---

[211] Danny Hakim & Alexandra Berzon, *A Big Lie in a New Package*, N.Y. Times (May 29, 2022, updated June 8, 2022), https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html.

[212] *2000 Mules* references the "Mexican Mafia" committing voter fraud, and many of the film's images of "mules" are voters of color, including Andrews. Further, the film focuses on cities with large populations of voters of color—Atlanta, Milwaukee and Phoenix. The film claims that mules were also tracked attending Black Lives Matter "riots" and protests.

224.   Defendants' ongoing defamation campaign is a modern and particularly insidious method of voter intimidation. An objectively reasonable voter depicted as a "mule" in Defendants' publications, or fearful of being wrongly depicted in a future one, would reasonably fear going to the polls because of the significant risk that the voter would be a continued target of Defendants' defamation campaign that could have devastating effects on their lives, reputations, careers, and physical safety.

225.   Defendants' call to action to "monitor" voters is ongoing. For example, multiple TTV social media accounts include a call to action that includes "watch the drop boxes":



[213]

226. Defendant D'Souza continues to regularly promote the film, and to call for monitoring of ballot drop boxes.[214]

---

[213] True the Vote (@truethevote), Truth Social (Sept. 13, 2022, 19:53), https://truthsocial.com/@truethevote/posts/108993787364452061; @RealTrueTheVote, Instagram, https://www.instagram.com/realtruethevote/?hl=en (last visited Oct. 1, 2022).

[214] *E.g.*, Dinesh D'Souza (@DineshDSouza), Twitter (Oct. 16, 2022, 11:08 AM), https://twitter.com/DineshDSouza/status/1581663440808333316?cxt=HHwWiMDS-Z6hmfMrAAAA; Dinesh D'Souza (@DineshDSouza), Twitter (Oct. 14,

*(cont'd)*

227.    Defendants D'Souza, Regnery Publishing, and Salem Media further continue to promote this false and defamatory narrative by recently releasing and promoting the accompanying book.

228.    Responses to Defendants' conduct are also ongoing, and have moved from the online sphere to the physical. For example, in October 2022, a Twitter user posted photos of flyers posted on the streets of Tucson, Arizona, that stated: "You cannot stop the revolution!  We have just begun!  We are watching you, Mules."[215] Another sign that appeared to be from the same group included an image of a person

---

2022, 12:36 PM), https://twitter.com/DineshDSouza/status/1580960811820142592; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 23, 2022, 12:05 PM), https://twitter.com/DineshDSouza/status/1573342748580761602; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 18, 2022, 10:39 AM), https://twitter.com/DineshDSouza/status/1571509199586185224; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 9, 2022, 5:08 PM), https://twitter.com/DineshDSouza/status/1568345679637905408; Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 6, 2022, 4:39 PM), https://twitter.com/DineshDSouza/status/1567251267696590850; Dinesh D'Souza (@DineshDSouza), Twitter (Aug. 20, 2022, 6:28 PM), https://twitter.com/DineshDSouza/status/1561117901385568257.

[215] Aim (@TheRealAFitch), Twitter (Oct. 4, 2022, 5:11 PM), https://twitter.com/therealafitch/status/1577406200890634240?s=46&t=eNHR75JSoO1SQoMrTCeWcw; *see also* Sasha Hupka, *As ballot drop box stakeouts continue, new voter intimidation complaints flow in*. Arizona Republic (Oct. 24, 2022), https://www.azcentral.com/story/news/politics/elections/2022/10/21/ballot-drop-box-stakeouts-continue-new-voter-complaints-flow/10565205002/.

behind jail bars and threatened: "Ballot drops get cell blocks. We are watching you."[216]

229.   Defendants' misconduct—monitoring, broadcasting, and questioning a person's voting habits, as well as falsely accusing a person of election fraud—are classic examples of voter intimidation of exactly the type that federal anti-voter intimidation legislation prohibits.

230.   Like any reasonable voter in his position, Mr. Andrews now feels fear in connection with voting, and is afraid to assist his spouse and children in voting. He feels intimidated because he fears that his image will be taken out of context, shared publicly, and used to spread lies, and that those lies will result in threats.

231.   He is nervous about voting given that Defendants' claims are ongoing and are spurring others to engage in intimidation.[217]   As noted above, one social

---

[216] *Id.*

[217] As discussed above, in Arizona, vigilantes organized ballot drop-box "watch parties" to monitor voters during the August 2022 primaries inspired by Defendants' film (which also targeted Arizona) and invented narrative. Jerod MacDonald-Evoy, *Republicans are urging vigilantes to watch ballot drop boxes, polling locations, to sniff out fraud*, AZ Mirror (Aug. 2, 2022, 6:30 AM), https://www.azmirror.com/2022/08/02/republicans-are-urging-vigilantes-to-watch-ballot-drop-boxes-polling-locations-to-sniff-out-fraud/; Jerod MacDonald-Evoy, *GOP lawmaker calls on 'vigilantes' to film and follow voters to combat unproven 'ballot mules'*, AZ Mirror (May 31, 2022, 9:57 PM), https://www.azmirror.com/2022/05/31/gop-lawmaker-calls-on-vigilantes-to-film-and-follow-voters-to-combat-unproven-ballot-mules/.

media user posted that he was "watching" voters on election day in summer 2022, and that he voted wearing an "Arrest the Mules" bracelet.[218]

232.  Mr. Andrews is afraid that he could be recognized and attacked when he goes to vote.

233.  He has also already changed his voting behavior because of Defendants' intimidating conduct, and will continue to change his voting behavior in the future. Georgia held a primary election in May 2022. For that election, Mr. Andrews' daughters feared having Mr. Andrews drop off their ballots—which is entirely legal—as a result of Defendants' actions. One of his daughters dropped off her own ballot, and the other ended up not voting because she did not receive the ballot she had requested.

234.  In the same 2022 primary election, Mr. Andrews drove with his wife and son to vote by dropping off their absentee ballots inside at a county elections office. The family was afraid to get out of the car together because of Defendants' portrayal of Mr. Andrews. They were worried that Mr. Andrews and/or his car would be recognized and accosted by people who believed Defendants' narrative. They were afraid that the people who had called for Mr. Andrews' to face citizens' arrest would recognize them and harm the family.

---

[218] Poker and Politics (@PokerPolitics), Twitter (Aug. 20, 2022, 11:59 PM), https://twitter.com/PokerPolitics/status/1561201365459820544.

235. Mr. Andrews' son was afraid to get out of the car because of Defendants' false portrayal of Mr. Andrews and resultant threats. He was afraid to face physical harm, but he was also afraid that his image could be misappropriated. Ultimately, he remained inside the car.

236. Mr. Andrews was also afraid to drop off his son's ballot—which is entirely lawful—because of Defendants' actions, but did it so that his son could remain in the car. Mr. Andrews was nervous throughout and made sure to explain to the person inside that he was complying with the law and depositing the ballot of a relative in his household.

237. Mr. Andrews' wife did not want him to get out of the car to vote in the primary given Defendants' accusations and resulting threats. She felt intimidated and did not want to get out of the car herself to vote. She requested a ballot by mail, but it never arrived. Because of this, she knew that if she tried to vote in person, she would have to vote provisionally. She was afraid to call attention to herself and to vote provisionally because of Defendants' actions. As a result, she did not vote.

238. Defendants' ongoing use of Mr. Andrews' image in connection with allegations of voter fraud has made Mr. Andrews and his family feel intimidated about voting in the future. They fear that he is being watched and could again be falsely accused of a crime or portrayed in a false and harmful light for profit.

Mr. Andrews has not been able to vote since without feeling anxiety for fear that he will be targeted.

239.   For the 2022 general election, Mr. Andrews and his family changed their voting behavior because of Defendants' lies about him. Mr. Andrews' wife required that Mr. Andrews and his family put their ballots in the mail out of fear that they would be targeted, harassed, and face further injury if they went to the polls. Mr. Andrews was reluctant to put his ballot in the mail because he did not trust that it would get there and be counted, but did so because he felt serious and real anxiety and fear about going in person due to Defendants' conduct.

240.   It is foreseeable that any reasonable voter would be intimidated by Defendants' scheme to use footage of voters to baselessly accuse them of serious election crimes.[219]  This is particularly acute given TTV's history of "monitoring" voters and their plans to continue doing so.[220]  TTV announced its plans to partner with local sheriffs to "monitor" and intimidate voters in upcoming elections at a

---

[219] Further, Defendants likely knew this and intended it, as similarly aggressive poll monitoring and false accusations of fraud targeting non-white voters had intimidated voters before. *E.g.*, AJ Vicens & Natasha Khan, *Voters feel intimidated by election observers*, Tucson Sentinel (Aug. 20, 2012), https://www.tucsonsentinel.com/nationworld /report/082012_ voting_observers/voters-feel-intimidated-by-election-observers/.

[220] *Id.*; Jessica Pishko, *The Big Lie Messengers Who Carry a Badge and Gun*, Bolts (Aug. 24, 2022), https://boltsmag.org/true-the-vote-sheriffs/; True the Vote, *2000 Mules Team Launches New 'Sheriffs Initiative'*, Facts Matter (June 29, 2022), https://ttvdevv.wpengine.com/2000-mules-team-launches-new-sheriffs-initiative-facts-matter/ [perma.cc/KJ9E-FFVA].

panel Defendant Engelbrecht appeared on titled "2000 Mules: 'Law Enforcement Has to Step in at This Point!'—Will Sheriff's [sic] Investigate?"[221]

241.  Reasonable voters will fear that their image will be captured and misused for profit—and that they will be accused of a crime—simply for voting. Reasonable voters will also fear facing the threats and reactions that Mr. Andrews has faced from Defendants and from those who believe their lies, as described herein.

242.  As was foreseeable, and as detailed herein, others have repeated and amplified Defendants' lies about Mr. Andrews, increasing the harm to him and the ongoing intimidation of him on account of his exercise of his right to vote. Defendants have continued to discuss their false "mules" theory, and Mr. Andrews' likeness has continued to be a point of public discussion due to Defendants' conduct.[222]  The harm to Mr. Andrews and his family is ongoing, as Defendants

---

[221] Jessica Pishko, *The Big Lie Messengers Who Carry a Badge and Gun*, Bolts (Aug. 24, 2022), https://boltsmag.org/true-the-vote-sheriffs/.

[222] Randy Ren (@RandyRen4), Twitter (Aug. 23, 2022, 4:13 PM), https://twitter.com/RandyRen4/status/1562171100842303488; Space Ghost Is Tired of Your BS (@BullshitReturns), Twitter (Aug. 23, 2022, 6:30 PM), https://twitter.com/BullshitReturns/status/1562205744338018304; Paola Poot (@PootDibou), Twitter (Sept. 4, 2022, 3:32 PM), https://twitter.com/PootDibou/status/1566509548038492160; Dinesh D'Souza (@DineshDSouza), Twitter (June 16, 2022, 9:29 AM), https://twitter.com/DineshDSouza/status/1537427073819713536; Dinesh D'Souza (@DineshDSouza), Twitter (June 18, 2022, 1:26 PM), https://twitter.com/DineshDSouza/status/1538211490741772289 [perma.cc/7PBM-9224]; Pamela Edwards (@PamelaEdwards), Twitter (June 19, 2022, 2:14 PM),

*(cont'd)*

continue to promote *2000 Mules*, republish Mr. Andrews' image and the false narratives about him in the accompanying book, and continue to spur additional postings of Mr. Andrews' image.[223]

### K.   Mr. Andrews' privacy and reputation have been harmed

243.   Further, Mr. Andrews values his privacy and Defendants have harmed him by invading it. He prides himself on being a private person who keeps his head down and always tries to do the right thing. For this reason, he does not maintain social media profiles. Defendants have massively invaded his privacy, showing his image to at least 3.2 million television news viewers, and 5.8 million internet viewers, and to an unknown number of readers of the accompanying book, to whom he now represents the face of a despicable criminal conspiracy.

244.   While on vacation, Mr. Andrews and his wife were shocked and frightened when he received a message from a national reporter seeking comment on the fact that his image was in *2000 Mules*, that he was accused of being a criminal

---

https://twitter.com/PamelaEdwards/status/1538585950888026121; Meg (@LMegaw), Twitter (Aug. 25, 2022, 8:15 AM), https://twitter.com/LMegaw/status/1562775574254596096; Paola Poot (@PootDibou), Twitter (Aug. 24, 2022, 3:15 PM), https://twitter.com/PootDibou/status/1562518980337729536
[223] Dinesh D'Souza (@DineshDSouza), Twitter (Sept. 6, 2022, 4:39 PM), https://twitter.com/DineshDSouza/status/1567251267696590850; Dinesh D'Souza (@DineshDSouza), Twitter (Aug. 23, 2022, 4:06 PM), https://twitter.com/DineshDSouza/status/1562169408805552128; Jags Fan Dee um (@FamousSeymus1), Twitter (Aug. 20, 2022, 3:46 PM), https://twitter.com/FamousSheymus1/status/1561077282856394752.

ballot mule, and seeking comment. Mr. Andrews found the film and was anguished to see his unblurred and recognizable image widely publicized on Fox News, alongside Defendant Engelbrecht stating she had evidence that he had committed election fraud.

245.   Although he knew that he did nothing wrong, he immediately reached out to a family member who is a lawyer, seeking protection from prosecution based on Defendants' lies.

246.   Mr. Andrews is outraged that his image is being used in a false light and for profit. Defendants have broadcast his image on national television and published it in a book and labeled him a criminal for doing nothing more than lawfully exercising his right to vote and helping members of his immediate family to do the same.

247.   Moreover, Mr. Andrews' professional reputation has been harmed by Defendants. Mr. Andrews works as an auditor investigating, among other things, fraud. Accordingly, his steadfast reputation for integrity is essential to his professional success. Mr. Andrews felt he had to tell his employer, a colleague, and a direct report about Defendants' claims to make sure that they heard about the lies from him first and so that he could debunk them, before encountering them elsewhere. Mr. Andrews was upset that he needed to share this information at all, concerned about who else at work might see it, and was disturbed to see how shaken

some of his colleagues have been upon hearing of the false narrative about Mr. Andrews and that he is connected to widespread conspiracy theories. Mr. Andrews has worked hard to establish his career and was proud of his professional reputation as an executive-level auditor. That professional reputation is tarnished by false and widely peddled accusations of his serious criminal conduct and election fraud.

248.   Further, Mr. Andrews and his wife are upset by the allegation that he needs ten dollars badly enough to commit crimes. Mr. Andrews takes pride in having worked hard to obtain his executive-level job.

249.   Mr. Andrews remains afraid that he could suffer further reputational and legal consequences because of the false accusations. Because he is an auditor, Mr. Andrews' professional reputation hinges on his integrity. Whenever Mr. Andrews has learned that colleagues have relatives who follow conspiracy theories, he becomes worried that they will connect him to *2000 Mules*.

250.   The harm to Mr. Andrews' privacy and reputation is ongoing because Defendants continue to publish his image with false accusations that he is a criminal and continue to draw attention to the film, even after Plaintiff sent a retraction letter to Defendant Regnery on October 24, 2022, and to all other defendants on October 3, 2022.

**L.     Defendants have extensive business connections in Georgia that are sufficient for the exercise of personal jurisdiction.**

251.    Defendants have regularly done and solicited business in Georgia, have engaged in other persistent courses of conduct in Georgia, and/or derive substantial revenue from goods used or consumer or services rendered in Georgia, such that personal jurisdiction in Georgia is proper.

252.    Defendant D'Souza has regularly done and solicited business in Georgia, has engaged in a persistent course of conduct in Georgia, and upon information and belief, has derived substantial revenue from goods consumed or services rendered in Georgia. He has made paid appearances in Georgia to promote his ventures and generate income, including one in May 2022 to promote *2000 Mules*.[224]   For another film, he organized, appeared at, and promoted a special

---

[224] Turning Point Action, *Exclusive showing of 2,000 Mules featuring Dinesh D'Souza and Charlie Kirk!*, Eventbrite, https://www.eventbrite.com/e/georgia-2000-mules-with-dinesh-dsouza-hosted-by-turning-point-action-tickets-325248255287 [perma.cc/D8Y4-WKG8] (last visited Oct. 1, 2022); Kingdom Charge International, *"Death of a Nation" Prescreening - Galleria*, Eventbrite (July 30, 2018), https://www.eventbrite.com/e/death-of-a-nation-prescreening-galleria-tickets-48095924204?aff=ehomecard [perma.cc/JJ28-H3QL].

screening in Atlanta aimed at Georgians because he wanted to "get the word out" about his work.[225]  D'Souza has a podcast affiliated with an Atlanta radio station.[226]

253.   The TTV Defendants—True the Vote, along with its founder Engelbrecht and board member Phillips—have regularly done and solicited business in Georgia, have engaged in a persistent course of conduct in the state, and upon information and belief have derived substantial revenue from goods consumed or services rendered in Georgia.

254.   Leading up to Georgia's January 2021 Senate runoff election, TTV partnered with "Georgians in every county to preemptively challenge" the eligibility of more than 364,000 voters in Georgia.[227]  Most counties rejected the challenges.[228]

255.   TTV also maintains Georgia-specific resources on its website including the state's voter fraud hotline and links to the state's voter identification rules and elections schedule, targeting Georgians to seek out and report what they suspect

---

[225] Kingdom Charge International, *Dinesh D'Souza in Atlanta!*, Facebook (July 24, 2018), https://www.facebook.com/kingdomcharge/videos/dinesh-dsouza-in-atlanta/1762365653881603/ [perma.cc/T7R6-Q7NP].

[226] Dinesh D'Souza Podcast, AM 920 The Answer, https://am920theanswer.com/radioshow/dinesh-dsouza-podcast (last visited Sept. 30, 2022).

[227] Russ Bynum, *Group says it's challenging residency of 364K Georgia voters*, News4 Jax (Dec. 19, 2020, 8:38 AM), https://www.news4jax.com/news/georgia/2020/12/19/group-says-its-challenging-residency-of-364k-georgia-voters/.

[228] David Wickert, *Federal judge skeptical of Georgia voter challenges*, Atlanta Journal (Jan. 2, 2021), https://www.ajc.com/politics/election/federal-judge-skeptical-of-georgia-voter-challenges/I4R54GYSXFENPLT7ZCDVQ6BSRE/.

could be fraud. TTV's website also contains Georgia-specific resources on a "My State" page that enables Georgia residents to "Report Voter Fraud" in Georgia.[229] TTV runs an interactive online platform meant to assist voters in scrutinizing their state's voter rolls, including in Georgia. Defendants Engelbrecht and Phillips are deeply involved in TTV's efforts.

256.   Salem Media does business in Georgia and is registered there. It has multiple programs in Georgia markets, for which it solicits commercial advertising and derives substantial revenue.[230]

257.   Regnery Publishing transacts business in Georgia. It has held author events in the state, and has published books about Georgia and aimed at Georgians. Moreover, Regnery sells its products in Georgia stores, including *2000 Mules: They Thought We'd Never Find Out. They Were Wrong*, which is physically available in over a dozen bookstores across the state.

## CLAIMS FOR RELIEF

## COUNT I: CONSPIRACY IN VIOLATION OF 42 U.S.C. § 1985(3)

258.   Plaintiff incorporates and realleges all preceding paragraphs as if set forth fully herein.

---

[229] True the Vote, *My State* https://www.truethevote.org/my-state/ (last visited Oct. 10, 2022).

[230] Salem Media Group, *Radio Stations*, https://salemmedia.com/radio-stations-by-city/ga-atlanta/ (last visited Oct. 2, 2022).

259.   Plaintiff asserts a claim under Section 2 of the Ku Klux Klan Act which

states, in relevant part:

> if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case or conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

42 U.S.C. § 1985(3).

260.   Defendants violated 42 U.S.C. § 1985(3).

261.   Defendants conspired with each other and potentially with other non-

parties, to intimidate and threaten Mr. Andrews—and innumerable other eligible

voters—in order to deter him from engaging in support or advocacy on behalf of his

preferred candidates for federal office by exercising his right to vote, and to injure

him on account of such support or advocacy.

262.   Defendants conspired with each other to take actions that would

intimidate a reasonable voter, including but not limited to: widely publicizing

Mr. Andrews' image in conjunction with false and defamatory accusations that he

committed crimes; widely publicizing Mr. Andrews' car make, model, and license

plate number, making his vehicle easily identifiable and therefore putting him in

danger of physical harm; widely publicizing false and defamatory accusation that he is part of a vast criminal conspiracy that had the effect of "stealing" the 2020 presidential election; widely publicizing Mr. Andrews' image, car, and license plate number along with the accusation he participated in "riots," "burning people," and "pulling people out of cars," and is part of "organized crime" and other violent crimes; widely publicizing his image, car, and license plate along with calling him a "thug"; and other intimidating actions detailed above.

263.  These actions had the foreseeable and predictable effect of intimidating Mr. Andrews from exercising his right to vote in the future—including intimidating him from delivering his and his family members' ballots via drop box in the subsequent May 2022 primary election, and putting him in ongoing fear of voting in the November 2022 election and future elections—and injuring Mr. Andrews on account of his exercising his right to vote.

264.  Defendants formed an agreement to undertake this course of conduct, as demonstrated by their coordination described above, including but not limited to: producing the *2000 Mules* film together; launching an extensive and coordinated media campaign together to publicize *2000 Mules*, which included repeatedly showing Mr. Andrews' image alongside the false accusations against him; appearing on at least eleven different media shows spreading the false claim about Mr. Andrews and publishing their joint and separate media appearances on several

of Defendants' separate websites and social media pages; publishing and promoting the accompanying book containing Mr. Andrews' image along with false accusations of criminal conduct.

265. Defendants took overt actions in furtherance of their conspiracy, including but not limited to: filming and producing *2000 Mules* film; releasing a trailer for the film that includes Mr. Andrews' image and the false accusations against him; publicizing the film; appearing on at least eleven different media shows along with Mr. Andrews' image and the false accusations against him; continuing to publicize Mr. Andrews' image and the false claims against him on their respective websites and social media pages; publishing Mr. Andrews' image and false accusations of criminal conduct in the book accompanying the film; and continuing to publicize the false claims against Mr. Andrews despite a retraction request.

266. Further, as detailed above, Defendants continue to spread, and have not retracted, the false claims that Mr. Andrews engaged in voter fraud, despite multiple refutations of those claims, including by state law enforcement officers.

267. As detailed above, Mr. Andrews was and continues to be injured by Defendants' conduct in his person and property. Mr. Andrews feared exercising his right to vote in the subsequent May 2022 primary election, and fears exercising his right to vote in the future. Mr. Andrews also suffered financial injury; he has needed to protect himself from potential threats of physical harm to himself and his family.

He has also suffered injury to his reputation, damage to his professional reputation, and emotional and psychological injury.

268.   Mr. Andrews has been and will continue to be injured by Defendants' unlawful actions unless this court grants relief.

## COUNT II: VIOLATION OF 52 U.S.C. § 10307(B)

269.   Plaintiff incorporates and realleges all preceding paragraphs as if set forth fully herein.

270.   Section 11(b) of the Voting Rights Act, 52 U.S.C. § 10307(b), provides that:

> No person, whether acting under color of law or otherwise, shall intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for voting or attempting to vote, or intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for urging or aiding any person to vote or attempt to vote . . . .

52 U.S.C. § 10307(b).

271.   Defendants violated Section 11(b) of the Voting Rights Act by taking actions that would intimidate a reasonable voter and, in fact, did and continue to intimidate Mr. Andrews.

272.   These actions include, but are not limited to: widely publicizing Mr. Andrews' image in conjunction with false and defamatory accusations that he committed crimes; widely publicizing Mr. Andrews' car make, model, and license plate number, making his vehicle easily identifiable and therefore increasing the

possibility that he will face personal threats including of physical harm; widely publicizing false and defamatory accusation that he is part of a vast criminal conspiracy that had the effect of "stealing" the 2020 presidential election; widely publicizing Mr. Andrews' image, car, and license plate number along with the accusation he participated in "riots," "burning people," and "pulling people out of cars," and is part of "organized crime" and other violent crimes; widely publicizing his image, car, and license plate along with calling him a "thug"; publishing and promoting the accompanying book containing Mr. Andrews' image along with false accusations of criminal conduct; and other intimidating actions detailed above.

273. As detailed above, Defendants' actions had the foreseeable and predictable effect of intimidating Mr. Andrews from exercising his right to vote in the future, including intimidating him from delivering his and his family members' ballots via drop box in the subsequent May 2022 primary election and putting him in ongoing fear of voting in the November 2022 election and future elections—and causing harm to Mr. Andrews on account of his exercising his right to vote.

274. Mr. Andrews was and continues to be harmed by Defendants' conduct. Mr. Andrews feared exercising his right to vote in the subsequent May 2022 primary election, and fears exercising his right to vote in the future. Mr. Andrews has also suffered financial injury, injury to his reputation, damage to his professional

reputation, and emotional and psychological injury. Defendants' conduct has led to their reasonably expected consequences.

275.   Mr. Andrews has been and will continue to be injured by Defendants' unlawful actions unless this court grants relief.

## <u>COUNT III: DEFAMATION/DEFAMATION PER SE</u>

276.   Plaintiff incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

277.   Mr. Andrews is a private figure.

278.   Defendants published, caused to publish, or reasonably could have foreseen the publication of a series of false and defamatory statements of fact about Mr. Andrews, including by and through their agents and by making the statements themselves; and by republishing and failing to retract the statements on their websites and social media accounts, as detailed extensively above.

279.   As a reasonably foreseeable—and intended—result of Defendants' statements and actions, others repeated and amplified these false and defamatory statements.

280.   Defendants implied a series of false facts about Mr. Andrews as well.

281.   Defendants intentionally created these false implications through the false statements, by other statements that were misleading due to material omissions, by presenting misleading juxtapositions of statements, and when taking into account

the context of each publication. The false implications were also made through the defamation campaign as a whole.

282.   The defamatory meanings of Defendants' false statements and implied statements of facts are apparent from the face of the publications, often are accompanied by video or still image of Mr. Andrews, and/or are understood to be about him.

283.   The statements authored and published by Defendants about Mr. Andrews are reasonably understood to state or imply that he:

(a)   engaged in a nationwide criminal conspiracy, along with others, to accept payments to illegally pick up and place in ballot drop boxes fraudulent votes to engage in election fraud;

(b)   was in such a poor financial position that he needed to commit crimes in exchange for small sums of money; and

(c)   was previously engaged in multiple violent crimes such as rioting, burning cities, and pulling people out of their cars and beating them up.

284.   Each of these statements and implications is false and defamatory per se.

285.   These statements have been viewed, read, or listened to by millions of individuals.

286.   Each of these false statements was published with actual malice, that is, with knowledge of its falsity or with reckless disregard as to its truth.

287.   Defendants had no credible basis for the false allegations made; failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; and published the allegations in a manner to create false inferences.

288.   Defendants had financial motives for promulgating lies about Plaintiff.

289.   Defendants did not neutrally report the allegations about Mr. Andrews that other members of the conspiracy advanced and that Georgia law enforcement and election officials promptly rejected. Nor did they acknowledge the actual facts. Rather, they endorsed the false allegations, publishing and republishing them for months with full knowledge of their falsity or reckless disregard for their truth.

290.   Defendants had no applicable privilege or legal authorization to make these false and defamatory statements, or if they did, they abused it.

291.   Defendants' statements and implications about Andrews constitute defamation per se in that they damaged him in his trade, office, or profession and claimed that he participated in criminal activity punishable by law and labeled him a ballot "mule" engaged in a criminal conspiracy to commit election fraud, a person who had engaged in violent rioting and other criminal acts, and a person whose

professional reputation was so poor that he needed to accept small sums of money in exchange for committing crimes.

292.   Defendants acted with willful misconduct, malice, fraud, wantonness, oppression, and/or entire want of care which would raise the presumption of conscious indifference to consequences, and specifically intended to cause Mr. Andrews harm.

293.   Defendants' statements damaged Mr. Andrews' reputation in the general public, in his profession, and in his community.

294.   As a direct and proximate result of Defendants' conduct, Mr. Andrews has suffered significant general, actual, consequential, and special damages including, without limitation, impairment of reputation and standing in the community, personal humiliation, mental anguish and suffering, emotional distress, stress, anxiety, and other pecuniary loss.

## **COUNT IV: INVASION OF PRIVACY BY FALSE LIGHT**

295.   Plaintiff incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

296.   Mr. Andrews is a private figure.

297.   Defendants published, caused to publish, or reasonably could have foreseen the publication of a series of false statements about Mr. Andrews, including by and through their agents and by making the statements themselves; and by

republishing and failing to retract the statements on their website and social media accounts, as detailed extensively above.

298.   As a reasonably foreseeable—and intended—result of Defendants' statements and actions, others repeated and amplified these false statements.

299.   Defendants' conduct created false publicity that depicted Plaintiff as something which he is not, namely that he:

> (a)   engaged in a nationwide criminal conspiracy, along with others, to accept payments to illegally pick up and place in ballot drop boxes fraudulent votes to engage in election fraud;

> (b)   was in such a poor financial position that he needed to commit crimes in exchange for small sums of money; and

> (c)   was previously engaged in multiple violent crimes such as rioting, burning cities, and pulling people out of their cars and beating them up.

300.   This false light in which Defendants placed Plaintiff would be highly offensive to a reasonable person.

301.   Each of these false statements was published with actual malice, that is, with knowledge of its falsity or with reckless disregard as to its truth.

302.   Defendants failed to contact and question obvious available sources for corroboration; disregarded reliable sources refuting their claims; had no credible

basis for the false allegations made; and published the allegations in a manner to create false inferences.

303. Defendants had financial motives for promulgating lies about Plaintiff.

304. These statements were viewed, read, or listened to by thousands, and even millions, of individuals.

305. Defendants received and continue to receive substantial profit as a result of depicting Plaintiff in a false light.

306. Plaintiff was harmed and continues to be harmed by this invasion of privacy by false light.

## <u>COUNT V: INVASION OF PRIVACY BY APPROPRIATION OF LIKENESS</u>

307. Plaintiff incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

308. Mr. Andrews is a private figure.

309. Defendants published, caused to publish, or reasonably could have foreseen the publication of Plaintiff's likeness, including by and through their agents and by making the statements themselves; and by republishing and failing to retract the statements on their website and social media accounts, as detailed extensively above.

310. In doing so, Defendants appropriated Mr. Andrews' likeness.

311.   As described above, Defendants appropriated Mr. Andrews' likeness without his consent and on a continued basis.

312.   As described above, Defendants appropriated Mr. Andrews' likeness for financial gain. Defendants appropriated his likeness in a film to which they sold tickets, DVDs, and streams. Defendants also promoted the film to raise their profiles and related entities' profiles, and to increase their subscribers on paid subscription platforms. Defendants appropriated Mr. Andrews' likeness in the commercial for the film, and in television and other media appearances intended to promote the film, themselves, and their organizations, for financial gain. Defendants also appropriate Mr. Andrews' likeness in the book accompanying the film.

313.   Defendants consciously and deliberately have continued this appropriation.

314.   Plaintiff was harmed and continues to be harmed by this invasion of privacy by appropriation of likeness.

## COUNT VI: CIVIL CONSPIRACY

315.   Plaintiff incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

316.   Defendants agreed to intentionally and maliciously participate in a civil conspiracy with other individuals, the purpose of which was to commit the torts of Defamation, Defamation per se, false light, and misappropriation of likeness, as well

as to engage in voter intimidation in violation of the Ku Klux Klan Act and the Voting Rights Act.

317.   Throughout the course of the conspiracy, Defendants, acting in concert with other individuals, coordinated in furtherance of the common scheme.

318.   Defendants agreed to launch a campaign to defame Mr. Andrews and intimidate him and other voters and harm him and other voters because they voted, as evidenced by the *2000 Mules* film and accompanying book, and accompanying commercial and press appearances, and the decision to repeatedly plan, record, produce, and publish segments on the topic of election "fraud" in Georgia including Mr. Andrews' image.

319.   As a result of Defendants' conspiracy, Mr. Andrews suffered professional, reputational, and emotional harm, and caused the damages outlined above.

## COUNT VII: PUNITIVE DAMAGES

320.   Plaintiff incorporates and re-alleges all preceding paragraphs as if fully set forth herein.

321.   The tortious conduct described herein was committed by Defendants intentionally, willfully, maliciously, wantonly, and with utter disregard to the consequences to Plaintiff. Because Defendants acted with specific intent to cause

harm, there is no limitation regarding the amount that may be awarded as punitive damages.

322.  In addition to full compensatory damages and all other relief sought herein, Plaintiff is entitled to an award of punitive damages against Defendants in an amount to be determined by the enlightened conscience of the jury and sufficient to deter Defendants from engaging in such conduct in the future.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants for each of the causes of action raised herein, and respectfully asks that this Court:

(a)    Award damages in an amount to be determined at trial;

(b)    Award punitive damages in an amount to be determined at trial;

(c)    Award reasonable royalties for appropriation of Mr. Andrews' likeness, as well as disgorgement of profits;

(d)    Award reasonable attorneys' fees and costs;

(e)    Award pre-judgment and post-judgment interest at the highest lawful rates;

(f)    Declare that Defendants have violated 42 U.S.C. § 1985(3), 52 U.S.C. § 10307(b), and the state laws as set forth above;

(g)    Declare that the statements authored and published by Defendants identified within this complaint, individually and collectively, were and are false;

(h)    Grant injunctive relief requiring Defendants to remove their false and defamatory statements about Plaintiff from any website and/or social media accounts under their control;

(i)     Grant injunctive relief enjoining Defendants and anyone acting in privity with the Defendants from further violations of the law; and

(j)     Grant any such other relief as this Court may deem just and proper.

Dated: December 1, 2022

Respectfully submitted,

/s/ Von A. DuBose
Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel F. Homer*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.paredes@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

***Counsel for Plaintiff***

*Admitted Pro Hac Vice.

# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,** | Case No. 1:22-cv-04259-SDG |
| Plaintiff, | |
| v. | |
| **DINESH D'SOUZA, *et al.*,** | JURY TRIAL DEMANDED |
| Defendants. | **Supplemental Complaint** |

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Mark Andrews, through his attorneys, hereby supplements his First Amended Complaint (the "Complaint"), Dkt. 27, with the following "transaction[s], occurrence[s], or event[s]" that took place after the filing of the Complaint. The facts set forth below in this Supplemental Complaint are in addition to, and do not supersede or replace, the facts and claims alleged in the Complaint.

1

## **INTRODUCTION**

1.     This lawsuit seeks accountability on behalf of an innocent Georgia voter, Mark Andrews, whom Defendants falsely accused, and continue to accuse, of ballot fraud in their multi-million dollar-grossing film *2000 Mules*, in the accompanying book, and in related promotional appearances.

2.     Defendants Dinesh D'Souza, D'Souza Media LLC, True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, Salem Media Group, Inc., Regnery Publishing, Inc., and John Does (collectively "Defendants"), are the architects and amplifiers of a widely circulated false narrative about alleged ballot fraud in the 2020 election. Through their false statements about voters, including about Mr. Andrews and using an image of Mr. Andrews' face, they have profited financially and reputationally within certain circles while causing significant harm to Mr. Andrews.

3.     Mr. Andrews supplements his Complaint to include new, relevant, factual information.

4.     As alleged in the Complaint, notwithstanding findings by a law enforcement investigation that Mr. Andrews was legally voting in the video clip of him Defendants excerpted to include in the book and film, and despite Mr. Andrews repeatedly put them on notice that their allegations about him are false

2

and defamatory, Defendants have continued to promote and amplify their *2000 Mules* narrative and the lie that Mr. Andres was a "mule" engaged in ballot fraud, via the film, book, and related appearances.

5.   In recent months, Defendants have amped up their defamatory campaign against Mr. Andrews.

6.   Defendants Engelbrecht, Phillips, and True the Vote (collectively, "TTV Defendants") have recently published multiple copies of a document on their website that include Mr. Andrews' date of birth and other personally identifying information, as well as unblurred images of his face and an image of his SUV (with the license plate redacted, but also including his printed license plate number), describing the documents as evidence and research supporting *2000 Mules*. At the same time, they have been arguing to the Court that the Complaint should be dismissed because they assert that Mr. Andrews was not identifiable in the images of him they promoted and that their portrayals were of "mules" generally and not Mr. Andrews specifically. *See generally*, TTV Defendants' Motion to Dismiss (MTD), Dkt. 58.

7.   In recent interviews, TTV Defendants have been actively promoting this website with his information in response to questions specifically about Mr.

Andrews and in connection with the false allegations of ballot fraud that they

make against him.

## PARTIES

8.     The allegations stated in paragraphs 17 through 27 of the First

Amended Complaint are adopted and incorporated by reference, pursuant to

Federal Rules of Civil Procedure 10(b) and 10(c).

## JURISDICTION & VENUE

9.     The allegations in paragraphs 28 through 31 of the First Amended

Complaint are adopted and incorporated by reference, pursuant to Federal Rules

of Civil Procedure 10(b) and 10(c).

## SUPPLEMENTAL FACTUAL ALLEGATIONS

## Open.ink Is a Website Created and Promoted by Defendants True The Vote, Engelbrecht, And Phillips

10.     Defendant TTV's primary website, truethevote.org, describes

open.ink as a website that "we will roll out" and on which "we've posted all of

our findings."[1]

---

[1] True the Vote, *Another Whipsaw Week* (Aug. 15, 2021),
https://www.truethevote.org/another-whipsaw-week/.

11.     During an August 16, 2022, video interview with RSBN (Right Side Broadcast Network), an online media outlet, Defendants Engelbrecht and Phillips both identified open.ink as the website on which they would be posting the "evidence" in support of *2000 Mules*.[2]

12.     In that RSBN interview, Defendant Phillips stated: "We are launching today something called open.ink."[3] Defendant Engelbrecht said, "that's the place that we're going to continue to load [documents] into."

13.     In the same RSBN interview, Defendant Engelbrecht stated: "This is very much a repository" for the evidence from *2000 Mules*. "Open.ink is the site where you're going to be able to go" to download the so-called evidence.[4]

14.     This interview, and the TTV website open.ink, was widely reported on at the time and is discussed in Plaintiff's Complaint in paragraphs 113 and 179, which are adopted and incorporated by reference pursuant to Federal Rules of Civil Procedure 10(b) and 10(c).

---

[2] Matt Shuham, *WATCH: The Moment When The '2,000 Mules' Folks Admit Their Supposed Evidence Is Nonsense*, TPM (Aug. 16, 2022, 4:21 PM), https://talkingpointsmemo.com/news/watch-the-moment-when-the-2000-mules-folks-admit-their-supposed-evidence-is-nonsense.

[3] *Id.*

[4] *Id.*

15.     More recently, in a July 28, 2023, interview on "CrossPolitic," an online video podcast, Defendant Engelbrecht described open.ink as a website that she asked Defendant Phillips to build for Defendant TTV. Engelbrecht stated: "open.ink started out as . . . a site where True The Vote could put its research." She then continued "I tasked Gregg and his team to build" the website.[5]

### TTV Defendants Posted Mr. Andrews' Personal Identifying Information On Open.Ink

16.     Multiple copies of the document about Mr. Andrews have been posted to Defendants' open.ink website, which they have described as a repository of their research supporting 2000 Mules. These documents, which appear to be copies of the Georgia State Elections Board file concerning the investigation into the allegation that Mr. Andrews had engaged in voter fraud, include Mr. Andrews' image alongside his personal identifying information, namely:

- His first name, middle initial, and last name
- His home address
- His voter registration number
- The voter registration numbers of four of his family members
- His date of birth

---

[5] CrossPolitic, *Thrown in Prison for not Snitching: Injustice & 2000 Mules,* Rumble (July 28, 2023, 9:00 PM), https://rumble.com/v330nok-thrown-in-prison-for-not-snitching-injustice-and-2000-mules.html.

    ○  His license plate number along with a description of his car's make, model, and color

    ○  Multiple images of Mr. Andrews' car, with the license plate redacted (although his full license plate number is also printed in the documents), which match the images contained in the *2000 Mules* book and/or film

    ○  Multiple images of Mr. Andrews where his face is not blurred or redacted, which match the images contained in the *2000 Mules* book and/or film

17.    Defendant Phillips recently promoted and referred viewers and listeners to this website in a July 24, 2023, interview on Stephen Bannon's "War Room," an online video podcast. In the interview, Bannon asked about *2000 Mules* and a recent Wall Street Journal editorial[6] discussing how no evidence has been provided that would support the assertions made in *2000 Mules*. In response, Phillips stated, "we have so many documents," including "the data and the research that we did for ultimately what became the movie." The conversation then continued:

> Bannon: "How do people get to find out all of the information? Because *2000 Mules* is as relevant today as it was when they first found out about it."

---

[6] The Editorial Board, *'2000 Mules' but No Evidence,* WSJ (July 23, 2023, 6:15 pm), https://www.wsj.com/articles/true-the-vote-georgia-lawsuit-subpoena-2000-mules-ballot-harvesting-2020-election-donald-trump-eb331058.

Phillips: "We built a new platform called open.ink . . . we released all
of the [data about a different lawsuit] . . . We're going to take all of
this information . . . we're just going to dump it into open.ink."

Engelbrecht: " . . . we're finally now at a place where we can start
posting heavy duty stuff and it's coming."[7]

18.     At the end of the interview, both Phillips and Engelbrecht list the

social media handles and websites where listeners/viewers can find more

information, and Phillips identifies truethevote.org and open.ink as their

websites.

19.     In addition to acknowledging that they operate open.ink and are

responsible for its content, Defendants Engelbrecht and Phillips also continue to

direct listeners/viewers to the website for more information about the so-called

evidence in support of their allegations specifically against Mr. Andrews.

20.     In the July 28, 2023, video interview on CrossPolitic, the hosts

discussed *2000 Mules* and the recent WSJ editorial that noted the lack of any

evidence to support the allegations of the film, including those made against

---

[7] Bannon's War Room, *Gregg Phillips And Catherine Engelbrecht: "That (WSJ) article is end to end inaccurate",* Rumble (July 24, 2023), https://rumble.com/v324ki6-gregg-phillips-and-catherine-engelbrecht-that-wsj-article-is-end-to-end-ina.html.

Mr. Andrews. In response, Defendant Phillips said, "We have just short of two petabytes of data" in support of the theories in *2000 Mules*.

21.     Later in the same interview, the hosts specifically referenced Mr. Andrews by name and asked about the evidence against him. Defendant Phillips then said, "There's a lot more to that story than just what they published here." Later, as part of a continued discussion about the so-called evidence, he said, "We have all of this data and there's nothing they can do about it," and "we built a platform called open.ink." He then said, "We dropped all of our information" about a different case into open.ink and "we may just do that in Georgia."[8]

**TTV Defendants Posted This Information After They Filed Their Motion to Dismiss Arguing that They Had Not Specifically Targeted Mr. Andrews or Published Identifying Information About Him**

22.     Upon information and belief, based on the metadata available on open.ink, the documents containing Mr. Andrews' image and personally identifying information were posted on open.ink on or about April 15, 2023, at 12:37 PM Eastern Time.

---

[8] CrossPolitic, *Thrown in Prison for not Snitching: Injustice & 2000 Mules,* Rumble (July 28, 2023, 9:00 PM), https://rumble.com/v330nok-thrown-in-prison-for-not-snitching-injustice-and-2000-mules.html.

23.     April 15, 2023, is more than two months after TTV Defendants filed their Motion to Dismiss, Dkt. 58, on February 6, 2023.

24.      In their Motion to Dismiss, TTV Defendants repeatedly assert that they never made any publication that identified Mr. Andrews by name, image, or in any other way; that their portrayals were of "mules" generally and not Mr. Andrews specifically; and they had not taken any steps to try to intimidate him, specifically. *See, e.g.,* TTV MTD at 4-5, 7-10. They tried to absolve themselves of responsibility by blaming others for publication of Mr. Andrews' image and his vehicle with its license plate visible and by accusing Mr. Andrews of improper group pleading. *See* TTV MTD at 7-12.

25.      The TTV Defendants' most recent actions described in this Supplemental Complaint—namely, posting documents with Mr. Andrews' unblurred image and personal identifying information on their website and directing listeners/viewers to that website in response to questions about their "evidence" regarding Mr. Andrews—provide further support for Mr. Andrews' claims as stated in the Complaint.

26.     The allegations stated in Paragraphs 32 through 257 of the First Amended Complaint are adopted and incorporated by reference, pursuant to Federal Rules of Civil Procedure 10(b) and 10(c).

## CLAIMS FOR RELIEF & PRAYER FOR RELIEF

27.    Plaintiff does not bring any additional claims for relief in this Supplemental Complaint. Rather, the allegations and claims for relief stated in Paragraphs 258 through 322, and the subsequent Prayer for Relief, of the First Amended Complaint are adopted and incorporated by reference, pursuant to Federal Rules of Civil Procedure 10(b) and 10(c).

Dated: August 7, 2023        Respectfully submitted,

/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

/s/ *Von A. DuBose*
Von A. DuBose
DUBOSE MILLER
Georgia Bar No. 231451
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Rachel F. Homer*
PROTECT DEMOCRACY PROJECT

2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com


*Counsel for Plaintiff Mark Andrews*
*Admitted Pro Hac Vice*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in

Times New Roman, 14-point font, in compliance with Local Rule 5.1C.


/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing was electronically filed with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: August 7, 2023

/s/ *Sara Chimene-Weiss*
Sara Chimene-Weiss*