IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, et al.,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

**BRENDETTA ANDREWS' RESPONSES AND
OBJECTIONS TO DEFENDANTS TRUE THE VOTE, INC., CATHERINE
ENGELBRECHT AND GREGG PHILLIPS'S
SUBPOENA DUCES TECUM**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Brendetta Andrews states as follows her objections and responses to the subpoena duces tecum ("Subpoena") served by Defendants True the Vote, Inc., Catherine Engelbrecht and Gregg Phillips (collectively "TTV Defendants").

**GENERAL OBJECTIONS**

1. Ms. Andrews objects to the definition of "You" as overly broad, unduly burdensome, and not proportional to the needs of the case. The definition includes entities and individuals other than Ms. Andrews and who are beyond Ms. Andrews's control. Ms. Andrews is providing the Responses and Objections herein on behalf of herself and not any other individual or entity.

2. Ms. Andrews objects to the definition of "Document" on the grounds that to the extent it exceeds the bounds of Federal Rule of Civil Procedure 34, it is overly broad, unduly burdensome, and not proportional to the needs of the case. Ms. Andrews further objects to the extent the definition of "Documents" includes materials already in TTV Defendants' possession

EXHIBIT 2

as overly broad, cumulative, and duplicative. Ms. Andrews objects to the definition as overly broad and unduly burdensome to the extent it requires Ms. Andrews to review and provide information, if any, that is not in the possession, custody, or control of Ms. Andrews. As stated above, Ms. Andrews will review and provide information, if any, at the appropriate time and only on behalf of Ms. Andrews and not any other individual or entity. Further, Ms. Andrews objects to the definition of "Documents" to the extent that it requires unreasonably costly and/or time-consuming measures to locate and identify the requested information. Ms. Andrews objects to any interpretation of the definition that would require Ms. Andrews to provide any information that cannot be located by means of a reasonably diligent, good-faith review of her files. Ms. Andrews further objects to any interpretation of the definition that would require Ms. Andrews to restore back-up or archived electronic material, on the ground that any such interpretation would render the Requests unduly burdensome and oppressive. Ms. Andrews will not restore or review back-up or archived material in connection with any Request.

3. Ms. Andrews objects to Instruction 3 to the extent it calls for a privilege log of documents that postdate the date Ms. Andrews retained counsel in connection with this litigation. Ms. Andrews will produce a privilege log of documents withheld or redacted on the basis of privilege for documents that were created or sent before Ms. Andrews retained counsel in connection with this litigation.

4. Ms. Andrews objects to the definition of time period in paragraph 13 of "from 2022 to present" as overly broad, unduly burdensome, and not proportional to the needs of the case. Subject to and without waiving this objection, Ms. Andrews will search for and produce documents from April 1, 2022 onward.

## SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS

**REQUEST NO. 1:**

All documents and communications related to 2,000 Mules, the film and/or the book.

**RESPONSE TO REQUEST NO. 1:**

Ms. Andrews objects to this Request as overly burdensome to the extent it calls for information that is not within Ms. Andrews's possession, custody, or control or calls for information that is already in Defendants' possession, custody, or control. Ms. Andrews further objects to this Request to the extent that it seeks information protected by the marital communications privilege, attorney-client privilege, the attorney work-product doctrine, and/or any other applicable privilege or protection.

Subject to and without waiving these objections, Ms. Andrews will produce non-privileged documents and communications in her possession, custody, or control that are responsive to this Request, to the extent such documents exist and can be located after a reasonable search.

**REQUEST NO. 2:**

All documents and communications with reporters or other members of the press since January 1, 2022.

**RESPONSE TO REQUEST NO. 2:**

Ms. Andrews objects to this Request on the grounds that it seeks information that is not relevant to the subject matter involved in the pending action to the extent that it seeks "[a]ll documents and communications with reporters or other members of the press since January 1, 2022," irrespective of whether and to what extent such materials relate to the claims or defenses

raised in the pending action. Ms. Andrews further objects to the phrase "other members of the press" as vague, ambiguous, and overly broad. Ms. Andrews further objects to the time frame of "since January 1, 2022" as overly broad. Ms. Andrews further objects to this Request as overly burdensome to the extent it calls for information that is not within Ms. Andrews's possession, custody, or control.

Subject to and without waiving these objections, Ms. Andrews will produce non-privileged documents and communications in her possession, custody, or control that are responsive to this Request, dated April 1, 2022, through the present and relevant to the subject matter of the pending action, to the extent such documents exist and can be located after a reasonable search.

**REQUEST NO. 3:**

All documents and communications relating to any allegations in the Complaint or Supplemental Complaint, attached hereto as Exhibit 1 and Exhibit 2, respectively.

**RESPONSE TO REQUEST NO. 3:**

Ms. Andrews objects to this Request as overly burdensome to the extent it calls for information that is not within Ms. Andrews's possession, custody, or control or calls for information that is already in Defendants' possession, custody, or control. Ms. Andrews further objects to this Request to the extent that it seeks information protected by the marital communications privilege, attorney-client privilege, the attorney work-product doctrine, and/or any other applicable privilege or protection.

Subject to and without waiving these objections, Ms. Andrews will produce non-privileged documents and communications in her possession, custody, or control that are

responsive to this Request to the extent such documents exist and can be located after a reasonable search.

**REQUEST NO. 4:**

All ballots, applications for absentee ballots, or other election-related records dated January 1, 2022 through the present.

**RESPONSE TO REQUEST NO. 4:**

Ms. Andrews objects to the phrase "other election-related records" as overly broad, vague, and ambiguous. Ms. Andrews objects to this Request as overly burdensome to the extent it calls for information that is not within Ms. Andrews's possession, custody or control or would otherwise require Ms. Andrews to request documents from the State of Georgia or other governmental entities. Ms. Andrews further objects to the time frame of "since January 1, 2022" as overly broad. Ms. Andrews further objects to this Request as overly burdensome to the extent it seeks information about Ms. Andrews's choices of candidate for political office.

Subject to and without waiving these objections, Ms. Andrews will produce non-privileged documents and communications in her possession, custody, or control that are responsive to this Request dated April 1, 2022, through the present, to the extent such documents exist and can be located after a reasonable search.

DATED: July 9, 2024

By: */s/ Catherine Chen*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT

3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org


Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
jane.bentrott@protectdemocracy.org

Lea Haber Kuck*
Quinn Balliet*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005

Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

***Counsel for Brendetta Andrews***
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon counsel for Defendants via electronic mail this 9th day of July, 2024 to:

Amanda G. Hyland
Georgia Bar No. 325115
Deborah A. Ausburn
Georgia Bar No. 028610
Austin C. Vining
Georgia Bar No. 362473
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
(770) 434-6868
ahyland@taylorenglish.com
dausburn@taylorenglish.com
avining@taylorenglish.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

Jake Evans
Georgia Bar No. 797018
Richard Walker
Georgia Bar No. 956246
Julia Martin*
Florida Bar No. 1040204
Philip George
Georgia Bar No. 441996
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
Jake.Evans@gtlaw.com
Richard.f.Walker@gtlaw.com
Julia.Martin@gtlaw.com
philip.george@gtlaw.com

Michael J. Wynne*
Texas Bar No. 00785289
Cameron Powell*
DC Bar No. 00459020

Joseph R. Larsen*
Texas Bar No. 11955425
GREGOR WYNNE ARNEY PLLC
909 Fannin Street, Suite 3800
Houston, Texas 77010
(281) 450-7403
mwynne@gwafirm.com
cpowell@gwafirm.com
jlarsen@gwafirm.com

***Attorneys for Defendants True the Vote,
Catherine Engelbrecht and Gregg Phillips***

*Admitted Pro Hac Vice

By: */s/ Catherine Chen*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org

***Counsel for Brendetta Andrews***
*Admitted Pro Hac Vice