Chat with "Brit" <+ REDACTED >, and 2 more addressees on October 3, 2023

Mark <+1 REDACTED >
Alec <+1 REDACTED >
_$!<Other>!$ REDACTED >
Brit <+1 REDACTED >
Mom <+1 REDACTED >
Courtni <+1 REDACTED >

Earliest item: 2023-10-03 01:07:03
Latest item: 2023-10-03 23:41:51

**Tuesday 03 October 2023**

Instant Message : Native Messages
01:07:03

From

Mom <+1 REDACTED >

https://www.google.com/imgres?imgurl=https%3A%2F%2F3.bp.blogspot.com%2F-
BRgBH5Rt3gw%2FXFnOnOZhPDl%2FAAAAAAAAp8l%2FEEv7Jl15Dws3WAbBZVerJsJumDlAtCCZ
QCLcBGAs%2Fs1600%2FSherwin-Williams-Iron-Ore-Front-
door.jpg&tbnid=fPsKgetrY83_3M&vet=1&imgrefurl=https%3A%2F%2Fwww.littlehouseoffour.com%2F2
015%2F03%2Fupdating-entryway-with-sherwin-
williams.html&docid=7Vfpaf8iaW6TcM&w=417&h=640&hl=en-
US&source=sh%2Fx%2Fim%2Fm4%2F3

74EF09D2-9F5E-4245-A15D-4C81D1061F21.pluginPayloadAttachment

~/Library/SMS/Attachments/1e/14/2EB2E0C8-57DF-4295-8D4A-E758C9C47CA9/74EF09D2-9F5E-
4245-A15D-4C81D1061F21.pluginPayloadAttachment - This file type is not supported for embedded
threading. See attached child.

A1707740-ED31-4D78-9896-E247B1717016.pluginPayloadAttachment



CONFIDENTIAL

EXHIBIT
**3**

MA-0000056



Instant Message : Native Messages
11:57:03

Mom <+1REDACTED>

https://www.ajc.com/politics/judges-ruling-clears-path-for-defamation-case-against-2000-mules/H3EWZJNR7BHCTHBSQ6W5YQ6O74/

Instant Message : Native Messages
11:57:14

From

CONFIDENTIAL

Mom <+1 REDACTED >

Y'all lock front door

Instant Message : Native Messages
14:05:07

From

Mom <+1 REDACTED >

Open front doir

Instant Message : Native Messages
17:32:04

From

Mark <+1 REDACTED >

Still at office will head home in 15 minutes had a late meeting

Instant Message : Native Messages
20:02:37

From

Alec <+1 REDACTED >

Masaki rolling in the kitchen

Instant Message : Native Messages
20:44:49

From

Mom <+1 REDACTED >

https://www.ajc.com/politics/judges-ruling-clears-path-for-defamation-case-against-2000-mules/H3EWZJNR7BHCTHBSQ6W5YQ6O74/

2F5C9FBC-FA6F-408A-9C99-7D837D0E9D2F.pluginPayloadAttachment





Instant Message : Native Messages
23:32:48

From

Alec <+1REDACTED>

I did not know they were making a Five Nights at Freddy's movie.

Instant Message : Native Messages
23:41:51

From

Alec <+1REDACTED>

So reason I'm thinking about keeping the camaro and just paint it black.

End Thread

Thread Statistics

Instant Message Count

9

MA-0000059