





Highly Confidential - Attorneys' Eyes Only

EXHIBIT 4

BA-0000001









Highly Confidential - Attorneys' Eyes Only

BA-0000003

| Thread Statistics | |
|---|---|
| | Instant Message Count |
| | 5 |

Highly Confidential - Attorneys' Eyes Only
BA-0000004