```
      }
        }
      ]
    }
  ],
  "data": [
    {
      "post": "Naw"
    },
    {
      "update_timestamp": 1651691654
    },
    {

    },
    {

    },
    {

    }
  ],
  "title": "Brendetta Alexander-Andrews shared a link."
},
{
  "timestamp": 1651508049,
  "data": [
    {
      "post": "No weapon form against thee shall prosper.\nSomebody (a private citizens with too much time on their hands) reported \nmy husband for voter fraud in the 2020 election because he dropped off all our ballots. Found him because they got a picture of the tag on my truck.  We are being investigated lol. EVIL MOFO."
    },
    {

    }
  ]
},
{
  "timestamp": 1651447695,
  "attachments": [
    {
      "data": [
        {
          "external_context": {
            "url": "https://www.tiktok.com/@theonlycb3/video/7092576217722899755?is_from_webapp=1&sender_device=pc&web_id=7035397908480902661"
          }
        }
      ]
    }
  ],
  "data": [
    {
      "post": "he have me rollin"
```

EXHIBIT 5