Sent: 4/15/2023 8:01:24 PM
To: godfightbattles <>
Subject: 2023/04/16

**Godfightbattles**
04/16/2023 12:01:24 AM
@Calltoart @StirredCrazy @TLHelmuthauthor @Likeshesays https://t.co/zH38Fs14uL

**Godfightbattles**
04/16/2023 12:03:35 AM
@TLHelmuthauthor @Likeshesays https://t.co/AjpiYwZrRr there is no evidence. Dinesh's defense is not "ho ho ho we have evidence" - nooo his defense is that their faces were blurred

**Godfightbattles**
04/16/2023 12:05:35 AM
@lynxlaughing @Likeshesays @StirredCrazy https://t.co/AjpiYwZrRr prove it- without any evidence and sworn affadavits from the 9 people who have been investigated and cleared.

**Godfightbattles**
04/16/2023 12:06:09 AM
@Likeshesays @lynxlaughing @StirredCrazy Apparently neither did you - no evidence was shown in that BS movie https://t.co/AjpiYwZrRr

**Godfightbattles**
04/16/2023 12:08:44 AM
@Likeshesays You have evidence so you should send it to the proper authorities. I mean the movie didn't even state what your are stating. You must believe that you cant be sued

**Godfightbattles**
04/16/2023 12:16:31 AM
@PootDibou @Likeshesays AND the guy has the glove on the hand used to open the ballot box not on the hand use to hold the ballot. They were really in a rush when they put that one in the BS movie. They were hoping the gullible wouldn't notice and it worked lol -

**Godfightbattles**
04/16/2023 12:17:08 AM
@jazonuxlay @PootDibou @Likeshesays https://t.co/UACVy2xzDY prove it

**Godfightbattles**
04/16/2023 12:19:13 AM
@jazonuxlay @PootDibou @Likeshesays AND why would they when ballots can be mailed and dropped at the

EXHIBIT 6

BA-0000161

PO hundreds at a time. ASININE. https://t.co/WcP4ea3zAa

**Godfightbattles**
04/16/2023 06:14:11 PM
@realTuckFrumper Ok but Donna girl https://t.co/NxTXMUVyjC

**Godfightbattles**
04/16/2023 09:50:14 PM
@tmreardon90 https://t.co/AjpiYwZrRr There is no data or evidence - they said it themselves - if you have any - do share

**Godfightbattles**
04/16/2023 09:50:46 PM
@tmreardon90 https://t.co/YRfTG7b59O

**Godfightbattles**
04/16/2023 09:53:01 PM
@tmreardon90 @CPT_Cosmosis https://t.co/AjpiYwZrRr ask @DineshDSouza is he has any proof, evidence, data - anything

**Godfightbattles**
04/16/2023 09:53:41 PM
@tmreardon90 @elemenohpeeisme @CPT_Cosmosis None and they don't have any data - they lied https://t.co/AjpiYwZrRr

**Godfightbattles**
04/16/2023 09:54:57 PM
@tmreardon90 @elemenohpeeisme @CPT_Cosmosis By the way - thdat's not against the law. You can drop for a spouse in one city and your mother in another city at an entirely different box on diffent days. But the BS movie didn't even show that - https://t.co/eAlIGYXs94

**Godfightbattles**
04/16/2023 09:56:01 PM
@tmreardon90 @elemenohpeeisme @CPT_Cosmosis Good question - you can walk hundreds to your mail box or drop them at the post office- SEE ASININE