

Godfightsbattles (@Godfightb
x.com/Godfightbattles
All Bookmarks
Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post
Test Account
@knittingandcats
Godfightsbattles
199 posts
No weapon formed against me shall prosper.
Isaiah 54:17
Follow
Godfightsbattles
@Godfightbattles
"Vengeance belongs to me; I will repay, says the Lord."
Earth
Joined August 2016
588 Following 242 Followers
Not followed by anyone you're following
Posts
Replies
Media
Godfightsbattles reposted
Nasila @nasila8 · Oct 22
Having a hard time wrapping my head around the fact that 10,000 people died of COvid in the US last month — the equivalent of 3 whole 9/11s — and yet most people still refuse to take basic precautions to prevent the spread.
20
1.6K
6K
93K
Godfightsbattles reposted
philip lewis @Phil_Lewis_ · Oct 22
Rudy Giuliani must turn over control of his Manhattan penthouse apartment and luxury items to the two Black Georgia election workers he defamed, a judge ruled
Search
You might like
TheRussianMafiaMan
@TheRussianMafi6
Follow
Debbie from Legal
@slowquacious
Follow
Bernie Russelman
@GovernorBern
Follow
Show more
Explore
Beta
Ohtani to Play in Game 3 of World Series
Trending now · Baseball · 13K posts
Madison Square Garden Rally for Trump
19 hours ago · Politics · 475K posts
Kamala Harris' New Church Accent in Philadelphia
5 hours ago · Politics · 100K posts
JD Vance and Jake Tapper's Heated Exchange
7 hours ago · Politics · 386K posts
Show more
4:17 PM
10/27/2024

EXHIBIT
7

Godfightsbattles (@Godfightb
x.com/Godfightbattles
All Bookmarks
Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post
Test Account
@knittingandcats
Godfightsbattles
199 posts
Follow
Godfightsbattles reposted
Imtroby @imtroby · Sep 29
This if from the fire at BioLab in Conyers GA. They have us sheltering in place with our doors, windows closed and air conditioning units turned off. We need more information about what kind of chemicals we are being exposed too.
@wsbtv
0:23
1.6K
16K
71K
9M
Search
TheRussianMafiaMan
@TheRussianMafi6
Follow
Debbie from Legal
@slowquacious
Follow
Bernie Russelman
@GovernorBern
Follow
Show more
Explore
Beta
Ohtani to Play in Game 3 of World Series
Trending now · Baseball · 13K posts
Madison Square Garden Rally for Trump
19 hours ago · Politics · 475K posts
Kamala Harris' New Church Accent in Philadelphia
5 hours ago · Politics · 100K posts
JD Vance and Jake Tapper's Heated Exchange
7 hours ago · Politics · 386K posts
Show more
Terms of Service Privacy Policy Cookie Policy
4:18 PM
10/27/2024

