Sent:       5/16/2023 9:30:39 AM
To:         godfightbattles <>
Subject:    2023/05/16

**Godfightbattles**
05/16/2023 01:30:39 PM
@PootDibou The fact is that they did not portray it as a potential crime- they claimed they had tracing data that showed him going from drop box to drop box. They tracked him to riots. @DineshDSouza didn't say potential crime - he said what you are seeing is a crime. Hilarious

**Godfightbattles**
05/16/2023 01:38:03 PM
@PootDibou @SalemMediaGrp it was his first time using the drop box because he believes in voting in person. The only reason - Covid and he didn't trust the mail. Hasn't used the drop box since

**Godfightbattles**
05/16/2023 01:57:13 PM
@PootDibou Wasn't he cleared before the book came out- where is the potential - they knew who he was by then @SalemMediaGrp @TrueTheVote @DineshDSouza and that he was innocent -hilarious

**Godfightbattles**
05/16/2023 01:59:58 PM
@PootDibou Yep and his suv with particular stickers - everyone knew @SalemMediaGrp @DineshDSouza @TrueTheVote thEy forgot to "blurr" all of the stickers

**Godfightbattles**
05/16/2023 02:04:37 PM
@PootDibou So making a movie about a person, claiming you have tracking evidence to different drop boxes and to riots (lifestyle tracing) lying to the @GBI_GA David Cross constitutes news. David had been lying since fall 2020 and @TrueTheVote continued the lie claiming they had tracking dat

**Godfightbattles**
05/16/2023 02:07:31 PM
@PootDibou @GBI_GA @TrueTheVote They never had any because the guy was sitting in meetings before and after he dropped those ballots. Both defrauded the Gov't because they know they were lying when David filed the false report and @TrueTheVote gave @GBI_GA the fake data

**Godfightbattles**
05/16/2023 02:44:42 PM
@PootDibou @GBI_GA @TrueTheVote Hope Gregg realizes -there are eyes everywhere watching

EXHIBIT
8

**Godfightbattles**
05/16/2023 04:25:25 PM
@Thano @rolandsmartin @DineshDSouza @GOP Don't forget he is a racist.

**Godfightbattles**
05/16/2023 04:33:08 PM
@alexand58720449 @VogueKorea Nice

**Godfightbattles**
05/16/2023 06:38:39 PM
@PootDibou Mr Suv lawyers warned them not to publish the book - that their client had been investigated and cleared in May 2022 - they knew https://t.co/X7dyO72B97

**Godfightbattles**
05/16/2023 06:40:10 PM
@PootDibou @SalemMediaGrp is a "Christian " media company - due diligence is media basics

**Godfightbattles**
05/16/2023 06:44:34 PM
@PootDibou He doesn't have to prove actual malice and they all knew there was no tracking data on him. It was a conspiracy. David in the fall of 2020 withe the false narrative - he's dropping five ballots over and over- no evidence. @TrueTheVote picked it and magically had tracking data #BS

**Godfightbattles**
05/16/2023 06:47:30 PM
@PootDibou @TrueTheVote What the all knew was that there was no tracking, no cartel, no riots- they lied to @GBI_GA - to make money - scammers and grifters. The guy was sitting in meetings before and after he dropped those ballots- so they knew they had no data-period

**Godfightbattles**
05/16/2023 07:51:31 PM
@PootDibou Taking someone's image, lying and making a movie for profit hardly qualifies. Fox News lied everyday - but didnt make a movie. Fox lied and so did the 2000 mules .

**Godfightbattles**
05/16/2023 07:52:22 PM
@PootDibou Straight up calling some one a criminal is defamation

**Godfightbattles**
05/16/2023 09:50:19 PM
@PootDibou If you were @SalemMediaGrp @TrueTheVote @DineshDSouza knowing that when you put an innocent man in a movie, called him a criminal that was pulling people out of their cars- want to go through discovery? Answering questions such as "why did yo pick him" "did you ever have any

**Godfightbattles**
05/16/2023 09:53:08 PM
@PootDibou @SalemMediaGrp @TrueTheVote @DineshDSouza Tracking on him" "did you know he was investigated and cleared in May 2022" "did you conspire with David Cross to accuse an innocent man knowing you had no proof" "did you choose him because he is black" . It's even more clear than the Fox News case- he is a private citizen - he

**Godfightbattles**
05/16/2023 09:56:40 PM
@PootDibou @SalemMediaGrp @TrueTheVote @DineshDSouza He doesn't have to prove actual malice. If desperation was a company @SalemMediaGrp the Christian Broadcasting channel. I don't blame them I wouldn't want to go through discovery either. But most importantly - notice none of ever state that they have or had proof -Molly

**Godfightbattles**
05/16/2023 10:08:16 PM
@PootDibou Again why is 2000 mules newsworthy at all when it is totally made up @SalemMediaGrp @truethevote @DineshDSouza @GBI_GA I would love to have any of them explain that via discovery