| | |
|---|---|
| **Sent:** | 4/5/2023 8:07:45 PM |
| **To:** | godfightbattles <> |
| **Subject:** | 2023/04/06 |

**Godfightbattles**
04/06/2023 12:07:45 AM
@PootDibou @seankdesertrig The six year old who wrote the movie added that info to make the story more exciting.

**Godfightbattles**
04/06/2023 01:18:06 AM
@mmpadellan @rembert_paula https://t.co/e97YbdpaBe

**Godfightbattles**
04/06/2023 03:29:02 AM
@JohnBasham @DineshDSouza @TrueTheVote @TheDemocrats @LoriFly81084708 @gritz_robyn @RepMTG @BarbaraRedgate @replouiegohmert @KyleSeraphin @JosephJFlynn1 @johnrich You must think that you can't be sued!

**Godfightbattles**
04/06/2023 03:30:51 AM
@JohnBasham https://t.co/AjpiYwZrRr there is no evidence and you know it @DineshDSouza claims no evidence - he never saw it -ask him - his defense - he blurred their faces HE WILL LOOSE AND SO WILL YOU

**Godfightbattles**
04/06/2023 03:32:18 AM
@JohnBasham @DineshDSouza @TrueTheVote @TheDemocrats @LoriFly81084708 @gritz_robyn @RepMTG @BarbaraRedgate @replouiegohmert @KyleSeraphin @JosephJFlynn1 @johnrich https://t.co/AjpiYwZrRr @TrueTheVote never has any evidence in fact their defense - these were randoml chosen people and videos - Good Luck

**Godfightbattles**
04/06/2023 03:34:46 AM
@PootDibou @JohnBasham @DineshDSouza @TrueTheVote @TheDemocrats @LoriFly81084708 @gritz_robyn @RepMTG @BarbaraRedgate @replouiegohmert @KyleSeraphin @JosephJFlynn1 @johnrich Funny how the Republicans on the same ballots who won - aren't being challenged huh? It will not change any of the indictments - 2000 fake mules cannot save Trump - https://t.co/Q3T1MPd2VZ

**EXHIBIT 9**

**Godfightbattles**
04/06/2023 03:36:49 AM
@JohnBasham @DineshDSouza @TrueTheVote @TheDemocrats @LoriFly81084708 @gritz_robyn

BA-0000155

@RepMTG @BarbaraRedgate @replouiegohmert @KyleSeraphin @JosephJFlynn1 @johnrich @SalemMediaGrp Christian Broadcasting - this is on you

**Godfightbattles**
04/06/2023 03:42:28 PM
@Golficus @DineshDSouza @Twitter @SalemMediaGrp

**Godfightbattles**
04/06/2023 03:43:54 PM
@krassenstein https://t.co/InYEbHxiZl

**Godfightbattles**
04/06/2023 05:14:57 PM
@Voicesfrommykat @DineshDSouza He can't because the mules are imaginary.

**Godfightbattles**
04/06/2023 06:39:47 PM
@ashtonellisjr @peterbentley34 @DineshDSouza @KariLake https://t.co/AjpiYwZrRr What evidence? Dinesh doesn't claim he has evidence - his defense is " I blurred their faces"

**Godfightbattles**
04/06/2023 06:40:25 PM
@catturdtheobese @ashtonellisjr @peterbentley34 @DineshDSouza @KariLake https://t.co/omScTs7lmL

**Godfightbattles**
04/06/2023 06:42:30 PM
@buckwild8448 @ashtonellisjr @peterbentley34 @DineshDSouza @KariLake Georgia investigated several and clear them of any wrong doing