**Sent:**        4/21/2023 11:46:56 PM
**To:**          godfightbattles <>
**Subject:**     2023/04/22

**Godfightbattles**
04/22/2023 03:46:56 AM
@America1stMedia https://t.co/AjpiYwZrRr no evidence pure fantasy

**Godfightbattles**
04/22/2023 06:34:08 PM
@PootDibou @GuntherEagleman Yeah - why don't they all leave already

**Godfightbattles**
04/22/2023 06:35:34 PM
@PootDibou @gpp66peter https://t.co/AjpiYwZrRr You mean this data - the garbage that the Chinese stole - no backups?

**Godfightbattles**
04/22/2023 06:38:09 PM
@PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla Yes and he lives in Gwinnet County and knows Ga laws. Did he fund raise off his accusations about the black guy - lying about him voting with five ballots over and over and over again. I mean - isn't that against the law?

**Godfightbattles**
04/22/2023 06:39:08 PM
@PootDibou @PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla David thinks he can't be sued.

**Godfightbattles**
04/22/2023 06:41:19 PM
@GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla https://t.co/AjpiYwZrRr You mean like the 9 people you lied about that were cleared in GA? Maybe TTV can answer that question during discover huh?

**Godfightbattles**
04/22/2023 06:46:53 PM
@PootDibou @PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla If TTV doesn't have any data then how did @GAballots file a complaint which stated that TTV had data on these people? Were they all grifting together? Selling the narrative of the black man worked wonders didn't it

**Godfightbattles**

EXHIBIT
10

04/22/2023 06:48:46 PM
@cbouzy https://t.co/APUUOfVtKE


**Godfightbattles**
04/22/2023 06:51:46 PM
@CalltoActivism Makes you wonder about the other states


**Godfightbattles**
04/22/2023 07:20:31 PM
@GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla And yet their defense isn't, we had the data. Their defense is that mr white suv is just a random person. That's not what you said when you reported him. They never had any data on him as stated by @PootDibou. No data from 2020 so why report him at all and put him in the BS movi


**Godfightbattles**
04/22/2023 08:52:51 PM
@MuellerSheWrote https://t.co/u0VDMvlJ0T


**Godfightbattles**
04/22/2023 09:55:10 PM
@GAballots @R5Philly @PamelaEdwards @Tweet4409 @Garrett_Archer @KevinMoncla You were there. You know that everyone investigated had to sign an affidavit which is more than you, @DineshDSouza and @TrueTheVote have yet to do .Let's talk about cherry picking - all of the people who were seen dropping off 5 or more ballots you didn't report. WHY? Random?


**Godfightbattles**
04/22/2023 09:58:14 PM
@R5Philly @GAballots @PamelaEdwards @Tweet4409 @Garrett_Archer @KevinMoncla Randomly chosen. White guy and white woman with 6 ballots, same drop box. What was your distinguishing criteria? Asking for a friend.


**Godfightbattles**
04/22/2023 10:00:29 PM
@Tweet4409 @R5Philly @GAballots @PamelaEdwards @Garrett_Archer @KevinMoncla All were/ are innocent. But he should have known that living in Gwinnett County. How do you know whose ballots were being dropped off - randomly chosen based on what criteria. It wasn't number of ballots.


**Godfightbattles**
04/22/2023 10:13:38 PM
@JoelOsteen God sees the beginning to the end


**Godfightbattles**
04/22/2023 11:27:59 PM
@PootDibou @PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla

Exactly. It does not matter is he knew the law or not. He filed the complaint stating he had evidence-unbelievable

**Godfightbattles**
04/22/2023 11:30:04 PM
@PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla Wow and still put those people in the BS movie @TrueTheVote. They all knew the GA laws in FEB - just wow. All about the grift @DineshDSouza @SalemMediaGrp

**Godfightbattles**
04/22/2023 11:32:22 PM
@cbouzy https://t.co/o39mBNGQXP

**Godfightbattles**
04/22/2023 11:45:09 PM
@PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla So did TTV come to David and say they had tracking data (don't see how) or did David go to TTV and TTV magically said they had the tracking data for these innocent people?

BA-0000172