**Sent**:       4/30/2023 11:23:03 AM
**To**:         godfightbattles <>
**Subject**:    2023/04/30

**Godfightbattles**
04/30/2023 03:23:03 PM
@GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla What truth David? Dinesh and TTV defense is that they blurred faces. You accused a security expert/executive because he is black - admit it

**Godfightbattles**
04/30/2023 03:25:06 PM
@GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla TTV said the data was stolen. Mr suv you accused can prove he was sitting in meetings before and after he dropped those ballots-liar. And he signed an affidavit- so there is no freakin tracking on him - liar

**Godfightbattles**
04/30/2023 03:25:56 PM
@PamelaEdwards @GAballots @R5Philly @Tweet4409 @Garrett_Archer @KevinMoncla And calls himself a Christian

**Godfightbattles**
04/30/2023 03:28:36 PM
@GAballots @R5Philly @LoebMimi @TxSaving @PamelaEdwards @Tweet4409 @Garrett_Archer @KevinMoncla What was your criteria for reporting people? You got one video for them all and it seems you cherry picked those because you knew Ga laws

**Godfightbattles**
04/30/2023 03:35:24 PM
@PamelaEdwards @GAballots @R5Philly @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla TTV response to the lawsuit - their only evidence is the video which they state they picked randomly- it's public record and the person is unidentifiable because of the mask he is wearing and the shades he has on. He doesn't have on shades . And shades do not hide your identity.

**Godfightbattles**
04/30/2023 03:46:57 PM
@PamelaEdwards @GAballots @R5Philly @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla . Similarly, in a different interview, Phillips introduces the video of Mr. Andrews voting, stating that "some guy's up there putting all these ballots in the video and I can show you the pings, and then we can show you where he did it again and again and again and again." Lies

**Godfightbattles**
04/30/2023 03:49:25 PM

EXHIBIT
**11**

BA-0000187

@PamelaEdwards @GAballots @R5Philly @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla @truethevote can't show this- Mr Suv signed an affadavit when he was investigated - he dropped family ballots only. And he can prove he was in meetings before and after he dropped those ballots @DineshDSouza #totalBS There is no tracking of anyone from drop box to drop box. LIES

**Godfightbattles**
04/30/2023 05:29:26 PM
@R5Philly @PamelaEdwards @GAballots @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla @TrueTheVote @DineshDSouza https://t.co/e3eSi3EhVr

**Godfightbattles**
04/30/2023 06:00:51 PM
@PamelaEdwards @R5Philly @GAballots @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla @TrueTheVote @DineshDSouza Yeah they all all heroes- they discovered mass ballot fraud in Ga

**Godfightbattles**
04/30/2023 06:22:21 PM
@PootDibou These people and the BS. Then why did @truethevote @DineshDSouza say on many occasions that everything in that BS movie is true. AND why did they present so called "evidence" to Ga authorities. They presented as such and they know it.

**Godfightbattles**
04/30/2023 06:28:19 PM
@HerbKowalski @JLegoC1 @ChefPaxx https://t.co/J3BgOYmpT9

**Godfightbattles**
04/30/2023 06:29:03 PM
@HerbKowalski @ChefPaxx They have been investigated and cleared

**Godfightbattles**
04/30/2023 06:31:51 PM
@PootDibou @PamelaEdwards @R5Philly @GAballots @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla @TrueTheVote @DineshDSouza Yes

**Godfightbattles**
04/30/2023 06:34:27 PM
@PamelaEdwards @R5Philly @PootDibou @GAballots @LoebMimi @TxSaving @Tweet4409 @Garrett_Archer @KevinMoncla @TrueTheVote @DineshDSouza No? just the fact that David was at Margo fake mules showing. Sarcasm

**Godfightbattles**
04/30/2023 06:39:24 PM
@PamelaEdwards @R5Philly @PootDibou @GAballots @LoebMimi @TxSaving @Tweet4409

@Garrett_Archer @KevinMoncla @TrueTheVote @DineshDSouza Lol

**Godfightbattles**
04/30/2023 06:48:05 PM
@PootDibou @AngryFleas @GusQuixote Sitting around lying

**Godfightbattles**
04/30/2023 06:51:15 PM
@MKatUltra32 A reel on repeat and these people have been investigated and cleard- what you think you can't be sued? https://t.co/M9xYXZLzib

**Godfightbattles**
04/30/2023 06:54:09 PM
@TerriB45160111 https://t.co/AjpiYwZrRr when they find some evidence let us all know

**Godfightbattles**
04/30/2023 06:57:56 PM
@FamousSheymus1 @K6Data Wasn't even a good story. People riding around a city dropping 5 ballots at time when they can mail hundreds at the Post Office

**Godfightbattles**
04/30/2023 06:58:54 PM
@HerbKowalski @K6Data https://t.co/Os9KHZssmd

**Godfightbattles**
04/30/2023 07:19:14 PM
@FamousSheymus1 @ChefPaxx https://t.co/azWJoXMAQi

**Godfightbattles**
04/30/2023 07:24:50 PM
@seankelly63 @DineshDSouza Theory? The only thing Dinesh proved is that he is a grifting liar

**Godfightbattles**
04/30/2023 07:31:29 PM
@JoelOsteen More than conquerors

**Godfightbattles**
04/30/2023 07:35:16 PM
@BrockPaul6 @FoxNews . Similarly, in a different interview, Phillips introduces the video of Mr. Andrews voting, stating that "some guy's up there putting all these ballots in the video and I can show you the pings, and then we can show you where he did it again and again and again and again."

BA-0000189

**Godfightbattles**
04/30/2023 07:37:00 PM
@BrockPaul6 @FoxNews https://t.co/AjpiYwZrRr also TTV the biggest voter fraud data ever and they had no backups

**Godfightbattles**
04/30/2023 07:38:29 PM
@BrockPaul6 @FoxNews @DineshDSouza @truethevote @SalemMediaGrp We blurred faces and it's not our fault everyone else didn't.

**Godfightbattles**
04/30/2023 08:33:26 PM
@StirredCrazy @sshort4267 Nope they have no evidence

**Godfightbattles**
04/30/2023 09:46:26 PM
@FightHaven Karate kid

**Godfightbattles**
04/30/2023 10:30:42 PM
@tomofsnj https://t.co/AjpiYwZrRr these people have been investigated and cleared - there is no evidence - they are legally voting

**Godfightbattles**
04/30/2023 10:33:48 PM
@PootDibou @tomofsnj Is @DineshDSouza paying people to post.?

**Godfightbattles**
04/30/2023 10:35:40 PM
@bowiepoet1555 https://t.co/fltpiQe67B How about this- TTV admits fake fake fake

**Godfightbattles**
04/30/2023 10:37:07 PM
@bowiepoet1555 https://t.co/AjpiYwZrRr garbage garbage garbage

**Godfightbattles**
04/30/2023 10:37:47 PM
@bowiepoet1555 @JonRFleming Is there another movie with fake mules? lol

**Godfightbattles**
04/30/2023 10:39:51 PM
@Ieewarren @DineshDSouza https://t.co/hBJTg8anWT

**Godfightbattles**
04/30/2023 10:42:59 PM
@mephibosheth23 https://t.co/AjpiYwZrRr When you @DineshDSouza @TrueTheVote @SalemMediaGrp get any evidence - turn it over to the FBI


**Godfightbattles**
04/30/2023 10:43:33 PM
@mephibosheth23 https://t.co/AIo3niGCNF


**Godfightbattles**
04/30/2023 10:44:38 PM
@Golficus @mephibosheth23 @DineshDSouza It's all they have left - Fox admitted to lying- this is their last hope lol