| | |
|---|---|
| Sent: | 7/23/2023 3:20:34 PM |
| To: | godfightbattles <> |
| Subject: | 2023/07/23 |

**Godfightbattles**
07/23/2023 07:20:34 PM
@PootDibou @PatriotJoseph1 @jmb6g @James197521 @snoopsmom123 @RpsAgainstTrump Isn't that what @truethevote said in recent court filings. The videos were randomly selected, publibly available videos lol

**Godfightbattles**
07/23/2023 07:27:21 PM
@MaxwellFrostFL @RonDeSantis @RonDeSantis thinks he's winning. So did Pharoah

**Godfightbattles**
07/23/2023 10:38:29 PM
@Erin_Giddens @KatMcKinley @jemelehill @marclamonthill So she is just going to forget that they broke up black families for 400 years but they got skills tho.

**Godfightbattles**
07/23/2023 10:41:50 PM
@PootDibou @dancaseysblog @DineshDSouza Except he didn't even bother to blur his face each time. I just do not get how people are alright with a person putting an innocent person in a movie and a book and calling them a criminal, who participated in riots and was a part of a cartel. What kind of lawyers represent

**Godfightbattles**
07/23/2023 10:44:05 PM
@PootDibou @dancaseysblog @DineshDSouza people that egregious?. Your honor, yes they lied about having evidence because it's a made up story and yes they knew the guy was investigated and cleared before they put the movie and the book out but hey- they blurred his face sometimes. It's not our fault that other people

**Godfightbattles**
07/23/2023 10:45:55 PM
@PootDibou @dancaseysblog @DineshDSouza threaten him and his family, and played 2000 fake mules on their news shows. The story was of public interest even though it was completly made up. @truethevote @DineshDSouza @SalemMediaGrp the Christian Broadcasters.

**Godfightbattles**
07/23/2023 10:49:00 PM
@PootDibou @dancaseysblog @DineshDSouza @TrueTheVote @SalemMediaGrp @gbi @GaSecofState and to top it off we offered fake data to Gov't officials knowing we didn't trace anyone to multiple drop boxes. In fact, we are now claiming that those videos were randomly chosen, publicly available vidoes - nothing more

EXHIBIT 12

BA-0000322