| | |
|---|---|
| **Sent:** | 3/11/2024 3:36:03 PM |
| **To:** | 75985435 <>, 760676972385148928 <> |
| **Subject:** | 75985435-760676972385148928 - 2024/03/12 |

**760676972385148928**
03/11/2024 07:36:03 PM
☺

**75985435**
03/11/2024 07:59:01 PM
mail received - thanks

**75985435**
03/11/2024 07:59:10 PM
subpoenas to plaintiffs?

**75985435**
03/12/2024 09:48:17 AM
Latest on defence threads. Last to do is Regnery. https://t.co/d7oTtgbc8G

**760676972385148928**
03/12/2024 10:06:03 AM
Excellent

**75985435**
03/12/2024 10:10:46 AM
Thank you. @AngryFleas told be about a new AI tool called Claude, which is better than ChatGPT, where you can upload documents. So I uploaded some of the legal filings, and asked Claude to summarise the defences for me, and then help build a thread. Two hours of tweaking for the D'Souza thread. Salem was much faster after I should Claude the thread. I think the thread I myself for TTV's defence took me a day. I'll do Regnery next. I might have Claude have a go at TTV's defence too.

**75985435**
03/12/2024 10:11:03 AM
*after I showed

**760676972385148928**
03/12/2024 10:44:31 AM
Oh ok

EXHIBIT 13

75985435
03/12/2024 12:48:25 PM
Catherine and Gregg are liars. Dinesh is immoral. I don't know if he knew or cared whether the ballot trafficking claims were true.

75985435
03/12/2024 01:35:14 PM
I can feel people's confusion as they try to reconcile what they are convinced of with contradictory information. If they look at all, it's like their squinting - not reading properly and certainly not understanding. But he is still talking to us. And that is good.

760676972385148928
03/12/2024 01:49:40 PM
Ok but what more can you give him . He was investigated, signed affidavit, ballots appear same day- that is very rare- its usually a week later. They admit they have no evidence. Judge asked them specifically about him - it's opinion. That's why there is a lawsuit- it's always him- aren't there 1999 other mules?we're not other people investigated and cleared two on the same freaking day?

75985435
03/12/2024 01:59:29 PM
If they go quiet and don't respond, I take it as a win/

760676972385148928
03/12/2024 02:00:34 PM
You are so patient

75985435
03/12/2024 03:58:09 PM
I put "stubborn" in my bio for a reason. :-)

75985435
03/12/2024 04:02:33 PM
By the way, I found a few months ago that the web-based system I use to create subtitles has AI-generated talking heads to include as media, such as in training videos. In the videos, I choose a black guy to be the voice of authority, or when reading out the lawsuit text. https://t.co/KqbiEXzh7t

75985435
03/12/2024 04:02:50 PM
* face and voice

760676972385148928
03/12/2024 04:04:10 PM
Ok lol