| | |
|---|---|
| Sent: | 6/12/2023 11:34:40 PM |
| To: | godfightbattles <> |
| Subject: | 2023/06/13 |

**Godfightbattles**
06/13/2023 03:34:40 AM
@clearing_fog @BrianKempGA @gbi David Cross @gaballots who lied about have tracking data on innocent Ga voters on official complaints he sent to @gbi accusing them of being ballot mules.

**Godfightbattles**
06/13/2023 03:38:13 AM
@NoLieWithBTC @gaballots David Cross- an attorney who lied on official complaints to the @GBI_GA claiming he had tracking data on innocent GA voters- when he knew no such data existed and knew about GA laws allowing people to drop ballots for family and other people.

**Godfightbattles**
06/13/2023 03:41:31 AM
@Joe__312 @maddow AND lied to the @GBI_GA about having tracking data on these people. A lawyer who knew Ga election laws but lied on those official complaint forms.

**Godfightbattles**
06/13/2023 03:44:09 AM
@Joe__312 @maddow https://t.co/mNAQ2ioIvh

**Godfightbattles**
06/13/2023 03:45:47 AM
@CFKTidewriter @GAballots @VoterGa https://t.co/mNAQ2ioIvh

**Godfightbattles**
06/13/2023 03:46:37 AM
@GAballots https://t.co/mNAQ2ioIvh

**Godfightbattles**
06/13/2023 03:47:03 AM
@GAballots @marceelias https://t.co/mNAQ2ioIvh lying lawyers

EXHIBIT 14