**Sent:** 5/10/2023 3:01:26 PM
**To:** godfightbattles <>
**Subject:** 2023/05/10

**Godfightbattles**
05/10/2023 07:01:26 PM
@girlpatriot1 https://t.co/Hn1DkZjL4R

**Godfightbattles**
05/10/2023 07:03:25 PM
@HerbKowalski @Ant_Mazz @Jim_Jordan They knew that they wouldn't need to. They knew their target audience wouldnt care https://t.co/dl9cOfIdEb

**Godfightbattles**
05/10/2023 07:04:07 PM
@notcapnamerica Agree

**Godfightbattles**
05/10/2023 07:04:39 PM
@TalbertSwan That was the purpose for buying it

**Godfightbattles**
05/10/2023 07:09:22 PM
@Imposter_Edits States really need to start local mental health squads.

**Godfightbattles**
05/10/2023 07:14:56 PM
@LegrandMorro @BlackdiasporaV1 White women wear wings too and black women can have long hair naturally. https://t.co/5Bz1t4r9MT

**Godfightbattles**
05/10/2023 07:15:56 PM
@ninasnow1999 @BlackdiasporaV1 All races of women wear weave and wigs. Does this comment make you feel better about yourself

**Godfightbattles**
05/10/2023 07:21:43 PM
@ninasnow1999 @BlackdiasporaV1 https://t.co/UBwlRQpdWy

**Godfightbattles**

EXHIBIT 15

BA-0000221

05/10/2023 10:57:20 PM
@GNadaff How do you know That DOJ isn't investigating 2000 fake mules. After all they did lie to authorities about tracking people and intimidating voters


**Godfightbattles**
05/10/2023 10:58:40 PM
@GNadaff @CPT_Cosmosis https://t.co/6ZfSfiEokc scammers


**Godfightbattles**
05/10/2023 11:00:01 PM
@GNadaff @HakunaMatt_tata @CPT_Cosmosis @DineshDSouza is being sued. His claim is he blurred faces. He has no evidence https://t.co/AjpiYwZrRr


**Godfightbattles**
05/10/2023 11:08:11 PM
@FamousSheymus1 @_uncomfytruths @DineshDSouza https://t.co/AjpiYwZrRr


**Godfightbattles**
05/10/2023 11:08:46 PM
@_uncomfytruths https://t.co/AjpiYwZrRr


**Godfightbattles**
05/10/2023 11:34:44 PM
@DailyLoud What?


**Godfightbattles**
05/10/2023 11:52:23 PM
@gonofurther https://t.co/AjpiYwZrRr sure when you find some evidence be sure to inform @DineshDSouza @SalemMediaGrp @TrueTheVote


**Godfightbattles**
05/10/2023 11:53:20 PM
@gonofurther https://t.co/6ZfSfiEokc scam


**Godfightbattles**
05/10/2023 11:54:50 PM
@Buffone47941404 @gonofurther https://t.co/AjpiYwZrRr if you have evidence give it to the @FBI because @TrueTheVote does have any lol


**Godfightbattles**
05/10/2023 11:56:16 PM
@JonRFleming @Buffone47941404 @gonofurther There is and never was any tracking not when people can prove they were somewhere else before and after they dropped their ballots - lies

**Godfightbattles**
05/10/2023 11:57:17 PM
@aubbie2222 @gonofurther @CreasonJana @SpeakerMcCarthy @mattgaetz @dbongino @SteveScalise @Jim_Jordan @RepJamesComer @RepDonaldsPress @RepMTG @TuckerCarlson @RonnyJacksonTX @charliekirk11 @TomFitton @NEWSMAX https://t.co/qKmKuSVDuv

**Godfightbattles**
05/10/2023 11:58:31 PM
@LadyRedWave @gonofurther https://t.co/6ZfSfiEokc go get a copy more money for them

**Godfightbattles**
05/10/2023 11:59:54 PM
@Littletrae64 @gonofurther Go buy a copy https://t.co/KDXSQQGQi7