"timestamp_ms": 1653102043756,
    "content": "had yall going around  for a few bucks",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Court Andrews",
    "timestamp_ms": 1653102008625,
    "content": "\u00f0\u009f\u0098\u0082\u00f0\u009f\u0098\u0082",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Court Andrews",
    "timestamp_ms": 1653102003187,
    "content": "Gossip is funny to me",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Court Andrews",
    "timestamp_ms": 1653101989893,
    "content": "LIKE THIS SHIT IS HILARIOUS",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Court Andrews",
    "timestamp_ms": 1653101983802,
    "content": "LMFAOOOO",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Brendetta Alexander-Andrews",
    "timestamp_ms": 1653101913159,
    "content": "Even IF the ballots that person dropped in THAT box did belong to him and his family
members, why would he (his phone) have visited multiple other boxes with multiple other ballots if he (or
whoever had the phone) weren\u00e2\u0080\u0099t a mule? The phone he had was tracked. His phone
was tracked. If he wasn\u00e2\u0080\u0099t the one who carried the phone to the other drop boxes, he
should be able to say who had it at the time. I\u00e2\u0080\u0099m sure they have the dates & times the
phone went to those other drop boxes, so did one of his kids
\u00e2\u0080\u009cborrow\u00e2\u0080\u009d the phone during the wee hours of the morning to deliver
ballots and make a few bucks while he was asleep? some bitch on facebook",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Brendetta Alexander-Andrews",
    "timestamp_ms": 1653094315345,
    "content": "video",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Brendetta Alexander-Andrews",
    "timestamp_ms": 1653094312774,
    "content": "in the master bedroom watching a vido",
    "is_geoblocked_for_viewer": false
  },
  {
    "sender_name": "Brendetta Alexander-Andrews",
    "timestamp_ms": 1653094300546,

EXHIBIT
16

Confidential

BA-0001947

      "sender_name": "Brendetta Alexander-Andrews",
        "timestamp_ms": 1652889942308,
        "content": "on phone with mom",
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Brendetta Alexander-Andrews",
        "timestamp_ms": 1652889928316,
        "content": "yall ok",
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Court Andrews",
        "timestamp_ms": 1652815863494,
        "content": "Holy shit wow.",
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Brendetta Alexander-Andrews",
        "timestamp_ms": 1652815711343,
        "content": "https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/",
        "share": {
         "link": "https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/",
         "share_text": "The movie \"2000 Mules\" by Dinesh D'Souza alleges a ballot harvesting conspiracy in Georgia and four other states, but it lacks proof and context to support allegations of fraud in the 2020 presidential election."
        },
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Court Andrews",
        "timestamp_ms": 1652723131175,
        "content": "LOOK AT THAT LAST POINT AND TELL WHY GOING TO MOMOCON IS SMART",
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Court Andrews",
        "timestamp_ms": 1652723112243,
        "content": "https://twitter.com/NYCMayorsOffice/status/1526251060691615745?s=20&t=NAaFGpRhrWO1qnUgT5PEWg",
        "share": {
         "link": "https://twitter.com/NYCMayorsOffice/status/1526251060691615745",
         "share_text": "\u00e2\u0080\u009c.@NYCHealthCommr has issued an advisory as the City approaches the high #COVID19 Alert Level. All New Yorkers should wear masks in all indoor public settings. Those at high risk of severe illness should avoid crowded settings and limit get-togethers: https://t.co/AZH7tKYj5S\u00e2\u0080\u009d"
        },
        "is_geoblocked_for_viewer": false
      },
      {
        "sender_name": "Court Andrews",
        "timestamp_ms": 1652723015615,
        "content": "Dad is wrong and stubborn",

BA-0001948