| | |
|---|---|
| Sent: | 3/29/2023 4:38:48 PM |
| To: | godfightbattles <> |
| Subject: | 2023/03/29 |

### Godfightbattles
03/29/2023 08:38:48 PM
@DonDavi13103145 @KevinKn64163871 @DVATW https://t.co/AjpiYwZrRr if you have that evidence by all means give to @DineshDSouza And TTV because they don't have it

### Godfightbattles
03/29/2023 09:39:56 PM
@CalltoActivism https://t.co/Gf1MF61ndn

### Godfightbattles
03/29/2023 11:57:24 PM
@PootDibou So - is that why they claim in their defamation suit that they didn't have anything but the video and not the tracking data because they only had tracking from the runoff ????

EXHIBIT 17

BA-0000143