| | |
|---|---|
| Sent: | 7/31/2023 3:44:03 PM |
| To: | 75985435 <>, 760676972385148928 <> |
| Subject: | 75985435-760676972385148928 - 2023/08/01 |

**760676972385148928**
07/31/2023 07:44:03 PM
True The Vote to SEB: actually, we're being sued☐ in a related case in Georgia - that stops us from giving you any information, as it overlaps - are they not referring to the Andrews case or no

**75985435**
07/31/2023 07:56:48 PM
I believe they are

**75985435**
07/31/2023 07:57:50 PM
This is the letter wording: There is now pending in the Northern District of Georgia, a multi-party lawsuit involving the same hazards of relying on drop boxes and their impact on election integrity. Discovery has not begun. Motions to dismiss grounded on Federal Rule of Civil Procedure 12(b) are set for oral argument August 24, 2023. If the case survives those initial motions, discovery undoubtedly will involve many of the same issues raised in the subpoenas. To the extent disclosures are not already limited by standing court orders, there likely will be a protective order limiting production to third parties of any kind. Engaging in parallel discovery in different levels and departments of government invites inconsistent and confusing rulings on, among other things, assertions of privilege and privacy.

**75985435**
07/31/2023 07:58:20 PM
It must be the same case. Multi-party, hearing 24 Aug

**75985435**
07/31/2023 07:59:01 PM
"lawsuit involving the same hazards of relying on drop boxes and their impact on election integrity" they are scumbags of epic proportions

**760676972385148928**
07/31/2023 08:26:35 PM
No lies detected. So how does Mark's case hinder them from providing evidence?

**75985435**
07/31/2023 08:39:38 PM
We could ask one of the lawyers on here?

**EXHIBIT 18**

**760676972385148928**
07/31/2023 08:40:19 PM
Sure Please do

**760676972385148928**
07/31/2023 08:40:43 PM
Especially since they don't claim to have any evidence on him ?

**75985435**
07/31/2023 09:23:04 PM
I asked (tweeted) the guy who sends me the court filings.

**760676972385148928**
07/31/2023 09:34:09 PM
great thanks!

**75985435**
08/01/2023 09:08:37 AM
https://t.co/l2OjXjDGu8 https://t.co/53szgftMAp

**760676972385148928**
08/01/2023 10:47:00 AM
Thanks so much!