**Sent:** 5/13/2023 12:47:52 AM
**To:** godfightbattles <>
**Subject:** 2023/05/13

**Godfightbattles**
05/13/2023 04:47:52 AM
@cane_eleanor @SouthGAPatriot @BIGG69276626 @GaSecofState where is the subpoena for @TrueTheVote fake whistle blower and their evidence

**Godfightbattles**
05/13/2023 04:36:49 PM
@stephenarato @RealDLHughley @coker_renee He will be In prison just like CHAVIN. He could have Been arrested 1000 times( this murdered didn't know that) he had no right to be judge, jury and executioner. What laws was he breaking again?

**Godfightbattles**
05/13/2023 04:38:37 PM
@tinamichelehaze @stephenarato @RealDLHughley @coker_renee That's why this murderer needs to get the max allowed so that people who are defending don't think it's ok to kill people because they are irritated

**Godfightbattles**
05/13/2023 06:02:57 PM
@PootDibou Understand your anger. It's one thing to state that you feel some committed a crime based on a video @TrueTheVote . Let's accuse anyone coming out of Walmart of a crime - anybody. But they stated everything in that video was true. They stated that they had tracking data which is

**Godfightbattles**
05/13/2023 06:10:27 PM
@PootDibou @TrueTheVote Which as of today everyday on Twitter people still believe there is tracking evidence - when there is none - that is a fact because of @truethevote and @gabollots lies. These people lied to the authorities about data they do not have @SalemMediaGrp and it's not their fault.

**Godfightbattles**
05/13/2023 06:14:01 PM
@PootDibou @GAballots stated on the complaint that @truethevote had evidence for which people on Twitter believe to be true because they said they had it. Let's talk about participating in non existent riots, bad people, cartels. So threatening to house arrest him and his family violently

**Godfightbattles**
05/13/2023 06:19:57 PM
@PootDibou @GAballots @TrueTheVote @truethevote @DineshDSouza put him prominently in that movie and that trailer, lied about evidence, called him a thug and led people to believe that this nigga in a hoodie led

**EXHIBIT 19**

some type of cartel in Ga and stole the election from the treason ist, seditious convicted rapist.

**Godfightbattles**
05/13/2023 06:24:32 PM
@PootDibou @GAballots @TrueTheVote @DineshDSouza It worked and they all made money off of it @TrueTheVote @DineshDSouza @GAballots @SalemMediaGrp all claiming to be Christians. That man isn't depending of the judge of his 15 attorneys. His faith is in God- God fights his battles. These people are not fighting him - but God

**Godfightbattles**
05/13/2023 06:32:49 PM
@PootDibou Why doesn't @truethevote admit the movie is fake, the data is fake and stop with the BS. It was a random Video of a guy that's public record that. That's BS because @GAballots was tired of this voter dropping 5 ballots over and over in the Fall of 2020 and the true the vote pick

**Godfightbattles**
05/13/2023 06:38:13 PM
@PootDibou @TrueTheVote @GAballots It up and stated they had tracking evidence- when the guy was sitting in meetings before and after he dropped those ballots BS.@GaSecofState these people provided false evidence when they filed the complaint and they knew it was false. They will falsely accuse Ga citizens again

**Godfightbattles**
05/13/2023 06:38:25 PM
@PootDibou @TrueTheVote @GAballots @GaSecofState https://t.co/6ZfSfiEokc scammers

**Godfightbattles**
05/13/2023 06:39:57 PM
@PootDibou @TrueTheVote @GAballots @GaSecofState Then had the nerve to boast that it has been a year since they put out the fake movie and the number of people who have seen it - those people believe your lies @truethevote but it's not your fault you present it as truth