**Sent:** 12/13/2022 12:17:19 PM
**To:** godfightbattles <>
**Subject:** 2022/12/13

**Godfightbattles**
12/13/2022 05:17:19 PM
@Kahliro1 @DineshDSouza @elonmusk htttps://t.co/vY3FzCykUE It was always #BS and @SalemMediaGrp and TTV knew that -they made the money knowing those people were innocent - pure evil

**Godfightbattles**
12/13/2022 05:31:47 PM
@FamousSheymus1 @Kahliro1 @DineshDSouza @elonmusk Yes it is - total https://t.co/6IoAaGB7ya

EXHIBIT 20

BA-0000110