# EXHIBIT 1



SPINE

"2000 MULES" TELLS THE NEVER-BEFORE-TOLD STORY OF WHAT REALLY HAPPENED IN THE 2020 ELECTION.
Forget everything you know—or think you know—about election fraud. "2000 Mules" exposes a massive network of coordinated fraud across all five of the states that decided the election. This fraud was more than sufficient to change the outcome. This film uses two types of evidence. The first is geotracking, which monitors the cell phone movements of mules or paid criminal traffickers delivering illegal ballots to mail-in drop boxes. It's a new technology used for the first time to bust a very old type of fraud. The second is video evidence, obtained from the official surveillance cameras installed by the states themselves. The film takes you to the scene of the crime, again and again and again. You can actually watch the criminals at work. Finally, the film decisively answers the most important question: who really won the 2020 election? This is a movie that documents the biggest heist in American history. Its goals are to reveal how it happened, who did it, and how to make sure that this never happens again.
FEATURING
AUTHOR AND FILMMAKER
Dinesh D'Souza
TRUETHEVOTE FOUNDER AND PRESIDENT
Catherine Engelbrecht
OPSEC GROUP MANAGING PARTNER
Gregg Phillips
Dennis Prager
Eric Metaxas
Larry Elder
Charlie Kirk
Sebastian Gorka
D'SOUZA MEDIA LLC PRESENTS A FILM PRODUCED BY DINESH D'SOUZA MUSIC BY BRYAN E. MILLER
FEATURING CATHERINE ENGELBRECHT GREGG PHILLIPS AND DENNIS PRAGER CHARLIE KIRK DR SEBASTIAN GORKA ERIC METAXAS LARRY ELDER
WRITTEN & DIRECTED BY DINESH & DEBBIE D'SOUZA BRUCE SCHOOLEY EXECUTIVE PRODUCERS TRUE THE VOTE SALEM MEDIA GROUP, INC.
2000MULES.COM
THIS FILM IS NOT YET RATED | Languages: English Dolby Digital 5.1 | Subtitles: English | Anamorphic Widescreen 1.78:1 | Color/Dual Layer
WARNING: For private use only. Federal law provides severe civil and criminal penalties for the unauthorized reproduction, distribution or exhibition of copyrighted motion pictures and video formats. Dolby and the double-D symbol are registered trademarks of Dolby Laboratories. Dolby Digital soundtracks contain up to 5.1 channels of discrete audio. Dolby Surround soundtracks contain up to 4 channels of encoded audio. Playback from 2-channel DVD outputs is compatible with stereo and Dolby Pro Logic reproduction. **Subtitled for the deaf and hard-of-hearing. www.copyprotected.com
© 2022 OnePartyAmerica, LLC. All Rights Reserved.
2000 MULES DVD WIDESCREEN PROOF OF PURCHASE
1 96852 70841 3
SALEM MEDIA GROUP
D'SOUZA MEDIA
THIS DISC IS COMPATIBLE WITH ALL DVD PLAYERS DISPLAYING THESE SYMBOLS. AUTHORIZED USE IN THE U.S. AND CANADA.
NTSC
DVD VIDEO
2000 MULES
DVD VIDEO
FROM THE CREATOR OF "2016: OBAMA'S AMERICA"
WRITER AND DIRECTOR DINESH D'SOUZA
2000 MULES
CELL GEOTRACKING DATA
TARGET: LOCATED
THEY THOUGHT WE'D NEVER FIND OUT. THEY WERE WRONG.
DVD VIDEO

SPINE