# EXHIBIT 2

This Exhibit Is Being Provided In Physical Format