# EXHIBIT 3





BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**    ×

# 2000 Mules Trailer

**Dinesh D'Souza** ✓
April 23, 2022
3,758,179 Views

SUBSCRIBE 1.69M    JOIN



[+] [−]   19K rumbles                                    EMBED ↗   SHARE

    **Biden Retiring The US Dollar?**

Enjoyed this video? Join my Locals community for exclusive content at **dinesh.locals.com**!

CONFIDENTIAL                                                                                             MA-0000447

**BREAKING:** Rumble is now public & listed on Nasdaq as **$RUM**  ✕



SIGN IN TO SEE 2179 COMMENTS





**Kamala Boasts About Our Enduring Relationship With... North Korea?!?**

Dinesh D'Souza



**Episode 1070: Aftermath**

Revenge of the Cis



**REAL D1 Hoopers GOT PISSED & DROPPED OFF At The Park...**

Professional Basketball

**BREAKING:** Rumble is now public & listed on Nasdaq as **$RUM**    ✕






### Protests Break Out In Europe: Cold Winter Coming
The Ron Paul Liberty Report


### Is Biden Repeating Obama's Mistakes?
American Center for Law and Justice


### Watch CNN Host Don Lemon Get Put in His Place by Hurricane…
The Rubin Report


### lofi hip hop radio - beats to relax/study to
Lofi Girl
**250 watching**


### Thursday LIVE: Biden Sundown Moments, Nordstream Updates,…
Styxhexenhammer666

CONFIDENTIAL    MA-0000449

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**  ✕









2h57m21s

**DEVELOPERS**   **OUR APPS**   **ABOUT US**   **CAREERS**   **ADVERTISING**

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL    MA-0000450