# EXHIBIT 5

This Exhibit Is Being Provided In Physical Format