# EXHIBIT 6

This Exhibit Is Being Provided In Physical Format