# EXHIBIT 7



**Log In > Transcript**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Log In**

## Transcript
Log In

**WMBC TV 63 - New York, NY**
**NTD: Crossroads**



**9/13/2022 9:00:46 PM:** ...>> a tactic of mass fraud was used in the 2020 presidential elections, we're alleged paid couriers called meals we're traveling to various nonprofit groups and ballot drop boxes across county lines to stop a legal ballots. this is the conclusion of a new documentary 2000 meals from filmmaker and author dinesh d'souza and supported by surveillance footage massive amounts of data and whistleblowers who agreed to go on camera. we speak with d'souza about his findings and what this means for the nation. and that's just souza thanks to being a crossroads. >> my pleasure looking forward to it. now the nash, i mean everyone's heard about election for others a lot of suspicions on it, but it seems a lot of people don't really believe there's enough to prove that election fraud actually happened so did election fraud actually happen. >> it did although i think that i can somewhat understand the skepticism of people because going back to the aftermath of the 2020 election. there were some claims of fraud. episodic fraud fraud over here fraud over there sometimes more extravagant claims about my machine, switching votes, foreign hacking and so on but the ordinary guy had a hard time processing all that and how would i know the chinese are hacking the election for example, i'm not a cyber expert i wouldn't be competent to decide the matter one way or the other. so i've stayed relatively quiet on the issue at least for the last year or so until i came across the information that was being collected by an election intelligence group called true the vote. my wife debbie has been friends with catherine engelbrecht runs that organization for a decade. back then he was trained as a poll watcher by true the vote. so we knew that this was a credible organization and they came up with a completely ingenious a novel way to look at fraud and to document it and this really piqued my interest not explain this to me so you're kind of look not fully sold on the election front of maybe maybe hearing information to go maybe but. >> this peak, your interest what what was it about this that was different for you. >> well i suspected there was fraud. i mean i myself was baffled as many other people ...

Copyright ©1999 - 2022 TVEyes, Inc. All rights reserved.
Questions, comments, or suggestions? Send us feedback.
Privacy Policy