# EXHIBIT 8

This Exhibit Is Being Provided In Physical Format