# EXHIBIT 13

This Exhibit Is Being Filed Provisionally Under Seal