# EXHIBIT 14

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION
3    MARK ANDREWS,                    :
                                      :
4          Plaintiff,                 :
                                      : Case No.
5    V.                               : 1:22-cv-04259-SDG
                                      :
6    DINESH D'SOUZA, et al.,          :
          Defendants.                 :
7
8
9

     *************************************
10              C O N F I D E N T I A L
11   VIDEOTAPED / REALTIMED DEPOSITION OF
12              DINESH J. D'SOUZA
13              OCTOBER 17, 2024
14   *************************************
15
16
17
18
19
20
21
22
23
24
25

```
                                        Page 2

 1          DINESH J. D'SOUZA was called as a

 2     witness by the Plaintiff, taken before Pat

 3     English-Arredondo, CSR (TX), RMR,

 4     CRR, CLR, a Certified Shorthand Reporter in

 5     and for the State of Texas, and duly sworn

 6     and reported by stenographic machine

 7     shorthand in real-time translation to iPads,

 8     at the law offices of Greenberg Traurig, LLP,

 9     1000 Louisiana Street, Suite 5700, Houston,

10     Texas, on Thursday, the 17th day of October,

11     2024, from 9:29 a.m. to 5:59 p.m., pursuant

12     to the Federal Rules of Civil Procedure; that

13     the Witness may read and sign said deposition

14     and sign before any Notary Public; and as

15     outlined in the provisions stated on the

16     record or attached hereto.

17

18

19

20

21

22

23

24

25
```

```
 1              A P P E A R A N C E S
 2      COUNSEL FOR PLAINTIFFS:
             Ms. Lea Haber Kuck
 3           Ms. Danuta Egle
             SKADDEN, ARPS, SLATE, MEAGHER
 4              & FLOM LLP
             4 Times Sq, New York, NY 10036
 5           One Manhattan West
             New York, NY 10001-8602
 6           Phone:  212-735-3000
             Lea.kuck@probonolaw.com
 7           Danuta.egle@probonolaw.com
 8           Mr. Von A. DuBose, Esq.
             DUBOSE MILLER, LLC
 9           75 14th Street NE, Suite 2110
             Atlanta, GA 30309
10           Phone:  404.720.8111
             Dubose@dubosemiller.com
11
12      COUNSEL FOR DEFENDANTS TRUE THE VOTE,
        CATHERINE ENGELBRECHT AND GREGG PHILLIPS:
13           Mr. Jake Evans
             GREENBERG TRAURIG, LLP
14           Terminus 200
             3333 Piedmont Road NE, Suite 2500
15           Atlanta, Georgia 30305
             Phone: 678.553.2100
16           Jake.Evans@gtlaw.com
17
        COUNSEL FOR DEFENDANTS DINESH D'SOUZA AND
18      D'SOUZA MEDIA LLC:
             Ms. Amanda G. Hyland
19           Mr. Austin C. Vining
             BUCHALTER
20           3500 Riverwood Pkwy SE, Suite 1900
             Atlanta, Georgia 30339
21           Phone:  404.832.7536
             Ahyland@buchalter.com
22           Avining@buchalter.com
23
24
25
```

Page 4

1            A P P E A R A N C E S
                 (Continued)

2

3    ALSO PRESENT:
4         Ms. Jane Bentrott
5    VIDEOGRAPHER:
6         Ms. Alyssa Becerra
          Veritext

7

     CERTIFIED STENOGRAPHIC / REALTIME REPORTER:

8

          Ms. Pat English-Arredondo
9         CSR(TX), CRR, RMR, CLR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1                    EXAMINATION INDEX

2

   WITNESS:  DINESH J. D'SOUZA                    PAGE

3

   EXAMINATION BY MS. HABER KUCK              12

4  EXAMINATION BY MR. EVANS                    352

5  REPORTER'S CERTIFICATION                    360

   SIGNATURE REQUESTED                         361

6

7

8

9

10        (REPORTER'S NOTE:  All quotations from

11     exhibits are reflected in the manner in which

12     they were read into the record and do not

13     necessarily denote an exact quote from the

14     document.)

15

16

17

18

19

20

21

22

23

24

25

```
                                            Page 6
1                    EXHIBITS
2    NO.              DESCRIPTION              PAGE
3    EXHIBIT NO. 1                            353
     (Previously marked) Cover email
4    chain dated 3-25-22 to Charlie Kirk
     from Dinesh; Re:  2 clips to go with
5    my talk tomorrow, Bates DDR-00052769
6    EXHIBIT NO. 2                            355
     (Previously marked) Cover chain
7    email dated 4-12-22 to Tyler Bowyer
     from Dinesh; Re:  3 clips, Bates
8    DDR-00052690 - 691
9    EXHIBIT NO. 10                           202
     (Previously marked) Cover email
10   dated 12-30-23 to Dinesh from
     Dinesh; Re:  CGDD 26, Bates
11   DDR-00049450 - 451
12   EXHIBIT NO. 23                           111
     (Previously marked) Cover email
13   dated 12-9-21 to DJD, Debbie,
     Catherine and others from Bruce; Re:
14   First schedule and beat sheet
     request, Bates TTV_007191 - 199
15
     EXHIBIT NO. 27                           316
16   (Previously marked) Cover chain
     email dated 10-3-22 to Gregg from
17   Catherine; Re:  Demand Letter -
     Retract and Correct Defamatory
18   Statements about Mark Andrews, Bates
     TTV_008858 - 875
19
     EXHIBIT NO. 38                           89
20   (Previously marked) Cover email
     dated 10-13-22 to Brian from
21   Catherine; Re:  License agreement
     for "2000 Mules," Bates
22   TTV_008962-69
23   EXHIBIT NO. 40                           138
     (Previously marked) Email dated
24   1-10-22 to Bruce from Catherine; Re:
     Multiple ballot video needed, Bates
25   TTV_007209
```

Page 7

```
 1      EXHIBIT NO. 49                          160
        (Previously marked) Cover email dated
 2      2-10-22 to Debbie from Catherine; Re:
        Zoom call (Wednesday 7-10) and items
 3      to complete, Bates TTV_007276
        (attachment 4-7-22 email to Frankowski
 4      and DJD from Bruce; Re:  Davids list,
        Bates TPNF-0001637-38)
 5
        EXHIBIT NO. 52                          171
 6      (Previously marked) Cover email dated
        2-16-22 to Catherine and Debbie from
 7      Dinesh; Re:  Pennsylvania list, Bates
        TTV_007278
 8
        EXHIBIT NO. 72                          281
 9      (Previously marked) Cover email dated
        10-24-22 to Christopher Henderson from
10      Catherine w/attachment TTV
        Intervention Brief (Draft) in DOI v
11      GA; Re:  Quick Conversation, Bates
        TTV_008975 - 9097
12
        EXHIBIT NO. 73                           94
13      (Previously marked) Chat messages
        dated 5-1-22 with Dinesh and
14      (presumably) Gregg and Catherine,
        Bates DDR-00064295 - 296
15
        EXHIBIT NO. 83                          192
16      (Previously marked) Chat messages
        dated 1-29 to 1-30-22, Bates
17      DDR-00067677 - 80
18      EXHIBIT NO. 87                          237
        (Previously marked) Cover email dated
19      12-30-23 to Dinesh from Dinesh; Re:
        C&G 16, w/attachment, Bates
20      DDR-00049514 - 515
21      EXHIBIT NO. 91                           25
        Defendant's Dinesh D'Souza and D'Souza
22      Media LLC's Answer and Affirmative
        Defenses To Plaintiff's First Amended
23      Complaint and Supplemental Complaint,
        120 pages
24
25
```

Page 8

```
 1    EXHIBIT NO. 92                           27
      Defendant Dinesh D'Souza's Responses
 2    and Objections to Plaintiff's First
      Interrogatories
 3
      EXHIBIT NO. 93                           27
 4    Dinesh D'Souza's Amended Responses and
      Objections to Plaintiff's First
 5    Interrogatories
 6    EXHIBIT NO. 94                           28
      Defendant D'Souza Media, LLC's
 7    Responses and Objections to
      Plaintiff's First Interrogatories,
 8    16 pages
 9    EXHIBIT NO. 95                           28
      Defendant D'Souza Media's Amended
10    Responses and Objections to
      Plaintiff's First Interrogatories,
11    14 pages
12    EXHIBIT NO. 96                           28
      Defendant D'Souza Media LLC's
13    Responses and Objections to
      Plaintiff's Second Set of
14    Interrogatories, 9 pages
15    EXHIBIT NO. 97                           29
      Dinesh D'Souza's Second Amended
16    Responses and Objections to
      Plaintiff's First Interrogatories,
17    5 pages
18    EXHIBIT NO. 98                           29
      Defendant D'Souza Media, LLC's Second
19    Amended Responses and Objections to
      Plaintiff's First Interrogatories,
20    5 pages
21    EXHIBIT NO. 99                           99
      Cover email dated 4-26-22 to Catherine
22    from B Viviano; Re:  Revised email
      request, Bates TTV_007469 - 471
23
      EXHIBIT NO. 100                          149
24    Cover email dated 3-29-22 to Bruce,
      Debbie and Nathan from Dinesh; Re:
25    Mule videos, Bates TPNF_0004579
```

Page 9

```
 1    EXHIBIT NO. 101                              196
      Declaration of Patricia Jackson, Bates
 2    DD_000469 - 512
 3    EXHIBIT NO. 102                              228
      Dinesh's tweet titled "Post Analytics"
 4    dated 5-9-22, Bates DDR-000000007
 5    EXHIBIT NO. 103                              235
      Chat message dated 3-1-22 between
 6    Debbie, Gregg, Dinesh and Catherine,
      Bates DDR-00055740 - 741
 7
      EXHIBIT NO. 104                              270
 8    Cover email dated 12-30-23 to Dinesh
      from Dinesh; Re:  C&G 18, Bates
 9    DDR-00049510 - 511
10    EXHIBIT NO. 105                              289
      Series of texts Dinesh emailed to
11    self, Bates DDR-00049492 - 49493
12    EXHIBIT NO. 106                              296
      Centerfold pictures from the "2000
13    Mules" book, 8 pages.
14    EXHIBIT NO. 107                              311
      Cover email chain dated 8-25-22 to
15    Catherine, Gregg and Cherie from
      Christopher Henderson; Re:  2000
16    Mules, Bates TTV_008516
17    EXHIBIT NO. 108                              313
      Chapter 7 of book "2000 Mules," Pages
18    108 - 131
19    EXHIBIT NO. 109                              327
      Copy of chats between Gregg Phillips
20    and Dinesh, Bates TTV_009803
21    EXHIBIT NO. 110                              338
      Four photographs of purported mules
22    with drop box, Bates DD_000466
23    EXHIBIT NO. 111                              344
      Chat message dated 5-11-22 between
24    Dinesh and Brandon Gill, Bates
      DDR-00056721 - 722
25
```

                                        Page 10

1              (Following commenced at 9:29 a.m.)

2                   THE VIDEOGRAPHER:  We are going

3         on the record.

4                   The current time is 9:29 and

5         the date is 10-17-2024.

6                   The audio and video recording

7         will continue to take place until both

8         parties agree to go off the record.

9                   This is the recorded depo for

10        Dinesh D'Souza taken by counsel for

11        plaintiff in the matter of Mark

12        Andrews versus Dinesh D'Souza, et al.,

13        filed in the U.S. District Court for

14        the Northern District of Georgia,

15        Atlanta Division.

16                  The location of this deposition

17        is in Greenberg Traurig law office

18        located in Houston, Texas.

19                  My name is Alyssa Becerra, and

20        I'm the videographer for today.

21                  Will counsel present

22        themselves, please.

23                  MS. HABER KUCK:  Lea Haber Kuck

24        for the plaintiff.

25                  MS. EGLE:  Danuta Egle for the

Page 11

1          plaintiff.

2                  MR. DuBOSE:  Von DuBose for the

3          plaintiff.

4                  MS. BENTROTT:  Jean Bentrott

5          for the plaintiff.

6                  MS. HYLAND:  Amanda Hyland for

7          Dinesh D'Souza and D'Souza Media,

8          defendants.

9                  MR. VINING:  Austin Vining for

10         Dinesh D'Souza and D'Souza Media,

11         defendants.

12                 MR. EVANS:  And Jake Evans for

13         defendant True the Vote, Catherine

14         Engelbrecht, and Gregg Phillips.

15        (Brief off-the-record discussion.)

16                 MR. VINING:  And with us we

17         also have Bruce Schooley, who is here

18         as a corporate representative for

19         D'Souza Media.

20                 MS. HYLAND:  And he's on the

21         phone.

22                 MR. SCHOOLEY:  I am.

23             (Oath administered.)

24                 THE WITNESS:  I do.

25                 THE REPORTER:  Thank you, sir.

```
 1                    DINESH D'SOUZA,
 2       being called as a witness, and having been
 3       duly sworn, testified as follows:
 4                       EXAMINATION
 5       BY MS. HABER KUCK:
 6            Q.      Good morning, Mr. D'Souza.
 7            A.      Good morning.
 8            Q.      My name is Lea Haber Kuck, and
 9       I am one of the attorneys for Mark Andrews,
10       the plaintiff in this matter.  I'm going to
11       be asking you the questions today.
12                    Could you please state your
13       full name for the record?
14            A.      It's Dinesh D'Souza.
15            Q.      And your address?
16
17
18            Q.      Okay.  Have you ever been
19       deposed before?
20            A.      Yes.
21            Q.      How many times?
22            A.      A few.  Maybe three to four
23       times.
24            Q.      Okay.  And when was that?
25            A.      Well, I was deposed in a case
```

Page 13

1    about a decade ago in San Diego.

2                    I was also deposed in

3    connection with a divorce proceeding.

4                    And those are the two I

5    remember most vividly.

6         Q.    Okay.  And have you ever

7    testified in a nondeposition setting?

8         A.    No.

9         Q.    And do you understand that

10   you're under oath?

11        A.    Yes.

12        Q.    Do you understand that your

13   testimony today carries the same weight as

14   testimony before a judge or a jury?

15        A.    Yes.

16        Q.    Is there any reason you might

17   not be able to give your accurate testimony

18   today?

19        A.    No.

20        Q.    Is there any reason your memory

21   might be less sharp than usual today?

22        A.    No.

23        Q.    Do you have any physical or

24   mental condition that would prevent you from

25   giving your best testimony today?

Page 14

1          A.      No.

2          Q.      Are you under the influence of

3     any drugs or other substances that would

4     prevent you from giving your best testimony

5     today?

6          A.      No.

7          Q.      So let me just set down a few

8     ground rules for the rest of the day.

9                  Everything we say today is

10    being recorded and transcribed by the court

11    reporter.

12                 You're aware of that?

13         A.      Yes.

14         Q.      And for the court reporter's

15    benefit, please answer my questions verbally.

16    So, for example, please respond with a "yes"

17    or a "no" or -- as opposed to a shake or nod

18    of your head.  Okay?

19         A.      Okay.

20         Q.      Also, for the court reporter

21    let's please try not to talk over each other.

22    Allow me to finish my questions and I will

23    try to allow you to finish your answers.

24    Okay?

25         A.      Okay.

1          Q.     If my question is unclear,

2     please let me know.  If you don't ask me to

3     clarify my question, I will assume that you

4     understand it.  Okay?

5          A.     Okay.

6          Q.     And I will plan for us to take

7     a break every hour or so, but if you need a

8     break at any other time, please let me know

9     and we can take one, as long as there is no

10    question pending.

11         A.     Okay.

12         Q.     And, finally, throughout the

13    deposition your counsel may object to certain

14    of my questions.  Unless your counsel

15    specifically instructs you not to answer my

16    question, you must still answer my question.

17    Understood?

18         A.     Yes.

19         Q.     Did you speak to anyone about

20    the testimony you expect to give at your

21    deposition today?

22         A.     Yes.

23         Q.     Who?

24         A.     My counsel, Amanda and Austin.

25         Q.     Okay.  Anybody else?

Page 16

```
 1          A.     No.
 2          Q.     And did you do anything to
 3   prepare, other than meet with your counsel?
 4          A.     You mean during that meeting,
 5   during that period of preparation?
 6          Q.     Aside from that preparation.
 7          A.     No.
 8          Q.     And either in that preparation
 9   or separately, did you look at any documents
10   to prepare?
11          A.     Yes.
12          Q.     Okay.  And who selected those
13   documents?
14          A.     The -- Amanda and Austin.
15          Q.     Okay.  And you didn't review
16   your files outside of that meeting?
17          A.     Correct.
18          Q.     And did any of the documents
19   that your counsel provided to you cause you
20   to remember things you had otherwise
21   forgotten?
22          A.     Yes, in the sense the documents
23   always provide a certain specificity with
24   dates and things like that which are
25   impossible to have perfect recall of.  So it
```

1    refreshed my memory about things I knew, but

2    it gave me more detail.

3            Q.      And can you identify anything

4    specifically?

5            A.      No.  I think it was really more

6    in the nature of being able to establish a

7    timeline, refresh my memory about, oh, this

8    happened in January instead of February, that

9    kind of thing.

10           Q.      Okay.  Did you review the

11   testimony of Mr. Phillips or Ms. Engelbrecht?

12           A.      Yes, I did.

13           Q.      And was that in the preparation

14   meeting with your counsel or separate?

15           A.      Well, I just briefly looked it

16   over.

17           Q.      Okay.  But, I mean, somebody --

18           A.      On my own.

19           Q.      On your own.  Somebody provided

20   it to you and you reviewed it?

21           A.      Exactly.

22           Q.      You were here yesterday when

23   Mrs. D'Souza was deposed.  Right?

24           A.      Right.

25           Q.      And did you have any

1    conversations with her about the deposition

2    afterwards?

3         A.    Mine or hers?

4         Q.    Either.

5         A.    Well, as husband and wife, we

6    talked --

7         Q.    Yeah.

8         A.    -- a little bit about her

9    deposition, mainly just about her level of

10   stress and things that needed to be done to

11   alleviate it.

12        Q.    Right.  Okay.  But you didn't

13   talk about the substance at all?

14        A.    We did briefly.

15        Q.    And what substance did you talk

16   about?

17        A.    We just remembered a couple of

18   things that occurred yesterday, and it was

19   more in the nature of Debbie giving me her

20   feelings about it afterward and me responding

21   to those.

22        Q.    And what specific events did

23   you talk about that were discussed in the

24   deposition yesterday?

25        A.    I would say primarily it

```
1    was -- it was our relationship with Catherine
2    and Gregg.
3         Q.    Okay.  And what do you do for a
4    living?
5         A.    I am a writer, an author, a
6    podcaster, a documentary film maker.
7         Q.    And how long have you been
8    doing that?
9              MS. HYLAND:  Objection.
10        Ambiguous.
11        Q.    (By Ms. Haber Kuck)  Okay.  How
12   long have you been making documentaries?
13        A.    My first one was in 2012, so
14   I've been doing it about a decade.
15              I've been author -- my first
16   kind of trade book was in 1991, so I've been
17   doing that for a long time.
18              Speaking, about the same amount
19   of time as the book writing.
20              The podcast we began more
21   recently, during the COVID period.
22        Q.    And what is your relationship
23   to D'Souza Media, LLC?
24        A.    I am the manager and one of the
25   two partners in D'Souza Media.
```

Page 20

1          Q.      And who is the other partner?

2          A.      Bruce Schooley.

3          Q.      And Mr. Schooley is on the

4     phone.  I forgot to ask him.

5                  MS. HABER KUCK:  Mr. Schooley,

6          can you hear me?

7                  MR. SCHOOLEY:  I can.

8                  MS. HABER KUCK:  Okay.  So are

9          you -- you're not recording the

10         deposition today.  Correct?

11                 MR. SCHOOLEY:  I am not.

12                 MS. HABER KUCK:  Okay.  And are

13         you -- are you alone?

14                 MR. SCHOOLEY:  I am a -- my

15         wife is about to leave in about ten

16         minutes.  So I have been listening to

17         the conversation not on speaker phone.

18         But once she leaves, I will probably

19         move to speaker phone.

20                 MS. HABER KUCK:  Okay.  All

21         right.  But no one other than yourself

22         will be listening in.

23                 MR. SCHOOLEY:  No.

24                 MS. HABER KUCK:  Okay.  And you

25         won't be recording.

Page 21

1                    MR. SCHOOLEY:  I will not.

2                    MS. HABER KUCK:  Correct.

3          Okay.  Thank you.

4          Q.     (By Ms. Haber Kuck)  Sorry

5     about that.

6                    And when was D'Souza Media

7     formed?

8          A.     Roughly around 2014, after

9     the -- after the first film, to create the

10    groundwork for future films.

11         Q.     And has Mr. Schooley always

12    been your partner in D'Souza Media?

13         A.     Yes.

14         Q.     Have there been any other

15    partners at any point in time?

16         A.     No.

17         Q.     And is anyone employed by

18    D'Souza Media?

19         A.     No.

20         Q.     So is all of your work done

21    through contractors?

22         A.     Yes.

23         Q.     Have you ever been convicted of

24    a crime?

25         A.     Yes.

Page 22

1              Q.      And what was that?

2              A.      It's a campaign finance

3      violation.   I was convicted of exceeding the

4      limit in campaign finance donation.

5              Q.      And your conviction was

6      pardoned by President Trump in 2018.  Is that

7      correct?

8              A.      Yes.

9              Q.      How long have you known

10     Mr. Trump?

11             A.      I met him for the first time in

12     the fall of 2019, a year and a half after my

13     pardon.

14             Q.      Okay.  So you weren't

15     acquainted with him before the pardon?

16             A.      No.

17             Q.      Have you kept in touch with him

18     since 2019 through the present?

19             A.      I have been in touch with him

20     sporadically the -- since 2019, but in no way

21     on a regular basis.

22             Q.      And when did you first met

23     Catherine Engelbrecht?

24             A.      I first met Catherine

25     Engelbrecht through Debbie in the -- in the

```
 1    meeting that we had to talk about the film.
 2         Q.     Okay.  And that was a meeting
 3    at your home?
 4         A.     Yes.
 5         Q.     And you had never met
 6    Ms. Engelbrecht before that?
 7         A.     As far as I can remember, I
 8    hadn't.
 9         Q.     Okay.  And was Mr. Phillips at
10    that meeting?
11         A.     Yes.
12         Q.     And had you met him previously?
13         A.     No.
14         Q.     Were you aware of his work
15    prior to the time that you first met him?
16         A.     I had heard of him and I had
17    heard about his -- I had heard about some of
18    the things he had done.
19         Q.     Did he have a good reputation?
20         A.     Yes.
21         Q.     When did you last speak to
22    Ms. Engelbrecht?
23         A.     It's been a while.  It would be
24    in the -- in the aftermath of "2000 Mules,"
25    but not since.
```

Page 24

1          Q.      Have you spoken with her since
2     this litigation was filed?
3          A.      Yes, I think we spoke once,
4     perhaps twice, just to -- just to take note
5     of the litigation, but not very much beyond
6     that.
7          Q.      Okay.  And how about the last
8     time you talked to Mr. Phillips?
9          A.      I haven't spoken to
10    him -- generally, it's about the same.
11         Q.      Okay.  And what relationships
12    do you have with D'Souza Media or its
13    affiliates?
14               I'm sorry.  Strike that.
15               With Salem Media or its
16    affiliates?
17         A.      I have -- I'm partnered with
18    Salem Media on my podcast.  We do a -- we do
19    it as a kind of a revenue share.  And I made
20    the film "2000 Mules" in partnership with
21    Salem.
22               And, let's see, I've obviously
23    appeared as a guest on various Salem shows.
24    And Salem and I are contracted to do a film,
25    one film, in the future.

1          Q.     And did you publish your book

2     on the "2000 Mules" through a Salem

3     affiliate?

4          A.     Yes, I did.  It was an

5     originally independent company later acquired

6     by Salem.

7          Q.     Have you published any of your

8     other books through Salem affiliates?

9          A.     Well, the company called

10    Regnery, I published with them several books.

11    Salem then acquired them subsequently.  But

12    when I published those earlier books, they

13    weren't part of Salem.

14         Q.     Got it.

15         A.     And my most recent book is also

16    with Regnery, but Regnery is no longer a part

17    of Salem.

18         Q.     Right.  Okay.  Let me show you

19    a document we have marked as Exhibit 91, just

20    the answer.

21       (Marked was Plaintiff's Exhibit No. 91.)

22         Q.     (By Ms. Haber Kuck)  Which is

23    Defendant's Dinesh D'Souza and D'Souza Media

24    LLC's Answer and Affirmative Defenses To

25    Plaintiff's First Amended Complaint and

```
 1    Supplemental Complaint.
 2               MS. HYLAND:  Does this have a
 3         particular exhibit number?
 4               MS. HABER KUCK:  Oh, I'm sorry.
 5         It's 91.
 6               MS. HYLAND:  91.
 7         Q.     (By Ms. Haber Kuck)  And are
 8    you aware that an answer was filed on behalf
 9    of you and D'Souza Media in this litigation?
10         A.     Yes.
11         Q.     Okay.  And did you authorize
12    your lawyers to file it on your behalf?
13         A.     Yes.
14         Q.     Did you review it before it was
15    filed?
16         A.     Yes.
17         Q.     Without telling me any of the
18    substance of the discussion, did you discuss
19    the allegations in the complaint and your
20    responses before the answer was submitted on
21    your behalf?
22         A.     You mean did I discuss them
23    with my lawyers?
24         Q.     Yeah.  Did you review it and
25    discuss it with your lawyers before they
```

Page 27

```
1    filed it?
2           A.     Yes.
3           Q.     Are you aware of any
4    inaccuracies in your answer?
5           A.     No.
6           Q.     So let me also -- just to kind
7    of get the paperwork out of the way, I'm
8    going -- I've premarked a series of documents
9    which are the interrogatory responses.
10                 And there's a number of them,
11   so I'm just going to read into the record
12   what exhibits they are.  I will give them to
13   the witness and then we can go through what
14   we need to.
15      (Marked was Plaintiff's Exhibit No. 92.)
16          Q.     (By Ms. Haber Kuck)  So Exhibit
17   92 is Defendant Dinesh D'Souza's Responses
18   and Objections to Plaintiff's First
19   Interrogatories.
20                 Exhibit 93 is Dinesh D'Souza's
21   Amended Responses and Objections to
22   Plaintiff's First Interrogatories.
23      (Marked was Plaintiff's Exhibit No. 93.)
24          Q.     (By Ms. Haber Kuck)  Exhibit 94
25   is Defendant D'Souza Media, LLC's Responses
```

Page 28

1    and Objections to Plaintiff's First

2    Interrogatories.

3        (Marked was Plaintiff's Exhibit No. 94.)

4           Q.    (By Ms. Haber Kuck)   Exhibit 95

5    is D'Souza Media's Amended Responses and

6    Objections to Plaintiff's First

7    Interrogatories?

8        (Marked was Plaintiff's Exhibit No. 95.)

9           Q.    (By Ms. Haber Kuck)   And

10   Exhibit 96 is Defendant D'Souza Media LLC's

11   Responses and Objections to Plaintiff's

12   Second Set of Interrogatories.

13       (Marked was Plaintiffs Exhibit No. 96.)

14          Q.    (By Ms. Haber Kuck)   So I'm

15   going to put all of those before you and we

16   will find the ones we need when we need them.

17               But do you recall --

18               MS. HABER KUCK:   Whoops.   Let's

19        go off just for a second.

20       (Brief off-the-record discussion.)

21               THE VIDEOGRAPHER:   Going off

22        the record.   The current time is 9:45.

23               (Recess taken at 9:45 a.m.,

24        resuming at 9:52 a.m.)

25               THE VIDEOGRAPHER:   We are going

Page 29

1          back on the record.  The current time

2          is 9:52, and this is the start for

3          Media 2.

4          Q.      (By Ms. Haber Kuck)  Okay.  So

5   I'm going to also introduce two additional

6   exhibits.  No. 97 is Dinesh D'Souza's Second

7   Amended Responses and Objections to

8   Plaintiff's First Interrogatories.

9      (Marked was Plaintiff's Exhibit No. 97.)

10         Q.      (By Ms. Haber Kuck)  And 98 is

11  Defendant D'Souza Media, LLC's Second Amended

12  Responses and Objections to Plaintiff's First

13  Interrogatories.

14              So we will put this pile in

15  front of you.

16     (Marked was Plaintiff's Exhibit No. 98.)

17         Q.      (By Ms. Haber Kuck)  Do you

18  recall that you were asked to prepare some

19  responses to interrogatory questions in

20  connection with the litigation?

21         A.      Yes.

22         Q.      And do you recall that you

23  verified the responses to those interrogatory

24  responses?

25         A.      Yes, to the degree that I

Page 30

```
 1    could.
 2         Q.     What do you mean to the degree
 3    you could?
 4         A.     Well, what I mean is if there
 5    were -- sometimes in these -- in these things
 6    there is legalese or legal statements, which
 7    I don't feel in a position to independently
 8    verify.
 9         Q.     Fair in enough.  So for the
10    substantive answers, you verified that to the
11    best of your knowledge they were true and
12    correct?
13         A.     Yeah.  Yes.
14         Q.     Okay.  And are you aware of
15    anything -- has anything changed since you
16    verified?
17         A.     Not to my knowledge.
18         Q.     Okay.  So -- oh, and do you
19    know -- my indication from reviewing them is
20    the Dinesh D'Souza responses and the Dinesh
21    D'Souza Media responses are substantially the
22    same.
23              Is that accurate?
24         A.     I think generally they would
25    be.
```

Page 31

1          Q.     Yeah.  Okay.  So just to keep

2     things simple, let's go to No. 92, which I

3     believe is Dinesh D'Souza's Response and

4     Objections to Plaintiff's First Set of

5     Interrogatories.

6                  Do you have that?

7          A.     Yes.

8          Q.     If we go to Interrogatory No.

9     8, which is on Page 11, the sentence at the

10    bottom of the page says (as read):  "As the

11    film makes clear, no individual phones were

12    tied to any specific identifiable individuals

13    as part of the filmmaking process.  As the

14    film also makes clear, the analysis of

15    geotracking data was done by other parties."

16                  Do you see that?

17         A.     Yes.

18         Q.     And how does the film make

19    clear that -- and by "film" we're talking

20    about "2000 Mules."  Right?

21         A.     Yes.

22         Q.     How does it make clear that no

23    individual phones were tied to any specific

24    individuals?

25         A.     It is -- it makes it -- the

Page 32

1    film makes it clear through the description

2    of the geotracking process, which is based

3    upon cell phone IDs and not even cell phone

4    numbers.  And, therefore, there is no way,

5    certainly no automatic way, outside of law

6    enforcement, to connect it to specific

7    individuals.

8          Q.     Okay.  So you can't take the

9    geotracking -- so without knowing

10   whose -- strike that.

11               Without knowing what cell phone

12   ID is -- belongs to a particular individual,

13   you can't tie the geotracking data to that

14   individual.

15         A.     As far as I know, yes, that's

16   correct.

17         Q.     Okay.  And it also says that

18   the geotracking was done by other parties.

19   Who was that?

20         A.     That is True the Vote and its

21   team.

22         Q.     Okay.  If you would look

23   at -- also look at Interrogatory Response

24   No. 13.  It talks about communications with

25   David A. Cross and a complaint that he filed

Page 33

```
1      with the Georgia Bureau of Investigation.
2            A.      Yes.
3            Q.      Do you know who David Cross is?
4            A.      I know who he is now.
5            Q.      Okay.  When did you first learn
6      who he was?
7            A.      In the process of this
8      litigation, I learned that a man named David
9      Cross had filed a complaint or a demand or
10     request to the Georgia authorities to
11     investigate alleged mules, and that's when I
12     heard about David Cross.
13           Q.      Okay.  And so have you ever had
14     any communications with Mr. Cross?
15           A.      Not that I know of.
16           Q.      Are you aware of any
17     communications between Mr. Cross and anyone
18     else at D'Souza Media?
19           A.      I'm not aware of any.
20           Q.      Are you aware of any
21     communications with anyone who worked on the
22     "2000 Mules" film have had with Mr. Cross?
23           A.      Anyone who worked on the "2000
24     Mules" film.  I'm now aware that -- that
25     Catherine Engelbrecht and -- well, I will
```

Page 34

1    just say Catherine Engelbrecht has some

2    connection with Davis Cross.

3         Q.    And what do you understand that

4    connection to be?

5         A.    I don't know anything about it.

6         Q.    Okay.  So what do you

7    understand?  What did you learn about that?

8         A.    I just learned subsequently

9    about a request by Catherine Engelbrecht to

10   add Davis Cross to credits; and, therefore, I

11   assumed, based on that, that there was some

12   connection.

13        Q.    Okay.  And when you said her

14   request to add him to the credits, is that

15   what we talked about at the deposition

16   yesterday?

17        A.    Yes.

18        Q.    And before you heard it at the

19   deposition yesterday, were you -- were you

20   aware of that at all?

21        A.    I was not aware of it.

22        Q.    Okay.  So when you say you

23   learned it subsequently, it was yesterday

24   when you learned of it.  Right?

25        A.    Yes.

Page 35

1          Q.      Okay.

2          A.      Right.

3          Q.      Let's go to Exhibit 93, I

4     believe, which are your amended responses.

5               Let's look at Page 6, which is

6     where Interrogatory No. 4 starts, and your

7     answer is on Page 7.

8               Do you see that?

9          A.      Yes.

10         Q.      And it's talking about the

11    methodology that was used to support the

12    allegations in the "2000 Mules" film.

13              Do you see that?

14         A.      Yes.

15         Q.      Okay.  And it says, in the

16    second paragraph (as read):  "Mr. D'Souza

17    states that he relied on methodology, data

18    and presentations of TTV, Catherine

19    Engelbrecht, and Gregg Phillips."

20              Do you see that?

21         A.      Yes.

22         Q.      Did you rely -- well, what

23    methodology are you referring to?

24         A.      The methodology is twofold.

25    One is the use of cell phone geotracking to

```
                                            Page 36

 1        identify mules going to drop boxes, mail-in

 2        drop boxes.

 3                   And the other is the use of

 4        surveillance video to depict mules going to

 5        drop boxes.

 6             Q.      When -- can you tell me, when

 7        you use the term "mules," how -- what do you

 8        mean by that?

 9             A.      A mule is a delivery man or

10        delivery woman.  A mule is someone who is a

11        conduit for depositing ballots, typically

12        multiple ballots, into a -- into a mail-in

13        drop box.

14                   "Mules" is used in the film in

15        a fairly specific context.  So it's not

16        anyone doing those things.  It is people

17        doing those things who meet a certain

18        specified or enumerated criteria.

19             Q.      And can you give me that

20        criteria?

21             A.      That criteria is that a mule

22        has to go to ten or more drop boxes within a

23        specified period of time, essentially

24        election season.

25                   And the mule has to also go to
```

1   so-called NGOs or nonprofit houses, stash

2   houses it's sometimes called colloquially.

3            And it is the combination of

4   those two things that creates the criterion

5   for the cell phone geotracking.

6       Q.     And does that person need to

7   have been paid to deliver those ballots?

8       A.     Not necessarily, but there is a

9   discussion in the film about some plausible

10  reasons to believe that the mules were paid.

11      Q.     Do you have any evidence that

12  the mules were paid other than the theories

13  in the film?

14      A.     No.

15      Q.     The second sentence there says

16  (as read):  "In addition, D'Souza Defendants

17  conducted research into the nature and use of

18  geotracking and how it is routinely used in

19  criminal cases and other applications.  The

20  D'Souza Defendants interviewed other experts

21  about the implications of the findings."

22            Do you see that?

23      A.     Yes.

24      Q.     And who else did you interview

25  about the geotracking findings?

1          A.      The people that we interviewed

2     are, number one, a fellow named Hans von

3     Spakovsky, who is a former member of the

4     Federal Election Commission.

5               A second person was an election

6     lawyer named Harmeet Dhillon.

7               A third person is a person -- a

8     long-time public policy intellectual who does

9     research into the nature of nonprofit

10    organizations and their sources of funding.

11    His name is Scott Walter.  He's head of the

12    Capital Research Center based in Washington,

13    D.C.

14               And those -- two of those three

15    interviews are in the film, and the third

16    one, Harmeet Dhillon, is

17    represented -- reflected in the book.

18          Q.      And are any of them experts on

19    geotracking?

20          A.      I don't know what you mean by

21    "experts on geotracking."  Do you mean the

22    technical aspects of geotracking?

23          Q.      Yes.

24          A.      Not to my knowledge, no.  Their

25    expertise is in election-related areas.

1          Q.     And so did you talk to any

2     expert about the methodology that TTV used in

3     its study of the mules?

4          A.     Do you mean any outside expert?

5          Q.     Any outside expert on

6     geotracking, on the methodology they used?

7          A.     I didn't speak to anyone, but I

8     did a considerable amount of reading.

9          Q.     Okay.  And what reading did you

10    do?

11         A.     I read articles both in the

12    general media, as well as in law enforcement

13    media, to -- articles that I pulled up on

14    geotracking and to develop a good, I would

15    call it, layman's understanding of what it

16    is, how it worked, what it showed and didn't

17    show, its relative accuracy, and its -- the

18    frequency of its use in law enforcement, as

19    well as potential objections or problems with

20    geotracking.

21         Q.     And -- but you didn't have

22    anyone review specifically what Mister -- or

23    what TTV did with its methodology.  You were

24    looking at geotracking in general and what

25    its capacity was.

1          A.      Exactly.  We had brought -- we

2      had brought on TTV as our experts or as the

3      research group that was doing the work.

4                  And so my purpose in studying

5      geotracking was more to learn about it so I

6      could understand better what TTV was doing

7      and also how this material could be assessed

8      and presented in a book and a film.

9                  It was not to do something that

10     would be outside of my area of competence,

11     which is to sort of second-guess or review

12     the actual technical geotracking done by

13     another party.

14         Q.      Okay.  And you didn't ask

15     anyone to review the technical aspects of

16     what TTV did?

17         A.      That's right.

18         Q.      Okay.  And you refer in your

19     answer as -- to Ms. Engelbrecht and

20     Mr. Phillips as experts in this area.

21                 What qualifications does

22     Ms. Engelbrecht have that makes her an expert

23     in this area?

24         A.      Well, I looked at Catherine

25     Engelbrecht and Gregg Phillips as a team,

Page 41

1    bringing to the subject different levels of

2    expertise and areas of knowledge.

3                    Catherine Engelbrecht I had

4    first encountered I think in 2013 or '14 when

5    she gave a public testimony in front of the

6    U.S. Congress.  And so I knew her to be both

7    a public figure as well as a -- as well as a

8    competent expert on election issues; and also

9    was familiar, in general, with the work of

10   True the Vote based on things it had done

11   over the years.

12                    I had heard of Gregg Phillips

13   and I knew a little bit about him, and -- and

14   then I learned a lot more about him starting

15   at our first meeting.

16                    And based upon that, I had to

17   make an assessment about the credibility of

18   these two as a team in being able to do what

19   they said that they were going to do.

20        Q.        Okay.  And what did you learn

21   about Mr. Phillips' expertise in this area at

22   the meeting you had?  And just -- and just so

23   we're clear, is this the first meeting that

24   you had at your house about whether to do

25   the -- possibility of doing the film?

1          A.       Exactly.  We spent several

2     hours with the two of them and it was a lot

3     of conversation around these topics.

4               Since I had -- actually knew

5     less about Gregg than I did about Catherine,

6     I asked more questions about Gregg.  And what

7     I learned from him is that he had had various

8     positions in corporate America.  I believe he

9     may have worked at one point for an

10    accounting firm.

11              He had had high-level positions

12    in government.  He had been the Mississippi

13    head of Human Services, overseeing a rather

14    large army of employees.  He was also the

15    Texas head of the Health & Human Services

16    Commission.

17              In other words, you're dealing

18    with a visible, competent managerial person.

19              In addition, Gregg represented

20    to me that he had been, for not years, but

21    decades, involved in election integrity and

22    election intelligence.  That's the phrase

23    that he used.

24              And when I asked him what that

25    was, he said it was basically involvement in

Page 43

1    studying, monitoring, investigating elections

2    not just in the United States, but around the

3    world.

4                And he had done this in

5    conjunction with intelligence agencies as

6    well as law enforcement agencies; and that

7    some of that was sort of on the down-low, if

8    you can put it that way, but, nevertheless,

9    that this was something that he actively did.

10                And he gave me to understand

11   that the kind of things that they were

12   doing -- or that they were doing now, meaning

13   at that time, were things that he had been

14   involved in either in an active capacity or a

15   supervisory capacity, or that he was capable

16   of putting together a team that could carry

17   out that kind of research.

18        Q.    And did he -- did he tell you

19   about any specific training or education that

20   he had in the technical area of the

21   geotracking?

22        A.      He didn't, but he conveyed that

23   this is something that he knew a lot about.

24   He was able to corroborate that by answering

25   some quite detailed questions that we had

Page 44

```
 1    because this was something that I had the
 2    most cursory knowledge of.
 3              And I also understand from not
 4    just the world of politics, but American
 5    life, that there are all kinds of people who
 6    manage projects that don't have a technical
 7    understanding of those projects.
 8              You know, you may have the head
 9    of an accounting firm become the head of
10    Delta Airlines.  He's not a pilot.  He
11    doesn't fly planes.
12              So, in that sense, I not only
13    didn't probe him on the technicalities of
14    geotracking, but I wouldn't have felt myself
15    competent to do that.
16         Q.    And just following up on that
17    answer in terms of managing people, did you
18    under- -- did he tell you that he had people
19    working for him who were doing the actual
20    technical work?
21         A.    He just said, Me and my team.
22    That was kind of the phraseology that we --
23    he applied consistently through the months
24    leading up to the movie.
25         Q.    Did you ever learn who was on
```

Page 45

1    his team?

2         A.    From time to time he would talk

3    about the analysts, and he might have

4    occasionally given us a name.  I remember

5    that he had said later that it was a real

6    pity that his analysts had not been featured

7    in the film.

8              So there were references to his

9    team, but I never had any direct interaction

10   with anybody on the team.

11        Q.    Did he ask for his analysts to

12   be featured in the team -- in the film?

13        A.    No.  This was more of an

14   afterthought.

15        Q.    And I think in the film,

16   though, there is a scene where he is in a

17   computer room and seems to be talking to

18   people.

19              Do you know what I'm talking

20   about?

21        A.    Yes.

22        Q.    So those were not his

23   analysts --

24        A.    Correct.

25        Q.    -- in the film.

```
 1              And who were -- so who are the
 2    people in the film?
 3         A.    So that is -- maybe I should
 4    back up and talk a little bit about how
 5    documentary films are done.
 6         Q.    Uh-huh.
 7         A.    Documentary films are typically
 8    documenting something that is happening now,
 9    but they are also documenting something that
10    happened in the past, whether historically
11    or, in this case, let's say, research that
12    True the Vote did over the past, let's say,
13    year.
14              And what the documentary film
15    wants to do is, because film is a visual
16    medium, show you things even though it may be
17    actually impossible to show you things that
18    happened before.
19              Just by way of illustration,
20    you know, if you watch "Forensic Files,"
21    there is a murder that appeared three years
22    ago.  You see a recreation of the murder.
23              Obviously, it's not the same
24    guy.  Obviously, it's not the same house.  It
25    may not be the same town.  But you're
```

Page 47

1   depicting what happened.

2               And so that's called a

3   recreation.  A recreation is a -- is a

4   factual -- is a depiction of a factual event,

5   but it's a depiction of a factual event

6   using -- using actors or using sets.

7               And in this case, we created a

8   set that resembled the, quote, war room or

9   the -- or the investigating office, and we

10  showed Gregg, who was the character in the

11  film that people were going to be following,

12  we showed Gregg sort of doing the kind of

13  work that he would -- might be doing in

14  reality, but not with the analysts that he

15  actually did it with.

16       Q.     Got it.

17              And did he indicate to you in

18  any way that the work he was doing as it was

19  portrayed in the film wasn't actually the

20  type of work he was doing?

21       A.     He never indicated that.

22       Q.     Right.

23       A.     I think that at the beginning

24  he was a little mesmerized by our filmmaking

25  sort of techniques.  But there is a kind

Page 48

```
 1    of -- you know, there is a kind of -- this is
 2    the nature of documentary films.
 3                 They combine interviews with,
 4    in some cases, actual footage.  That would be
 5    surveillance video, for example.  And in some
 6    cases, a representation of things that are --
 7    are sometimes better shown in order to make
 8    them visually more understandable to the
 9    audience.
10         Q.     Right.  And he -- but he didn't
11    indicate to you in any way that the way that
12    you were depicting his work was inaccurate?
13         A.     Never.
14         Q.     Okay.  And what was your
15    understanding of where his actual computer
16    lab was?  Where was this work being done?
17         A.     He gave me to understand that
18    they were -- that the work was being done in
19    multiple places, but that they had a kind of
20    outpost at one of the either university or
21    university-related facilities.
22                 I believe at the University of
23    Mississippi, but I might have the wrong
24    university because it's off the top of my
25    head.  And that they had leased some
```

Page 49

```
1     facilities that -- because they -- because
2     the work required computing power and also
3     the files were extremely large.
4              So he would describe the kind
5     of volume of data that's involved and the
6     reason for why this data had to be stored in
7     a place that was capable of doing that.
8         Q.    Did he -- did you subsequently
9     learn that, in fact, he didn't have an office
10    at the University of Mississippi?
11        A.    I read something about that and
12    it appeared to be something of a technical
13    issue about whether he was, quote, at the
14    university or whether he had leased his
15    facility from the university.  And I just
16    took note of that seemingly trivial
17    distinction.
18        Q.    And do you -- you said you
19    reviewed his testimony, his deposition
20    testimony?
21        A.    I looked over it.
22        Q.    Do you recall that he said, in
23    fact, they had no supercomputers at that
24    facility in Mississippi?
25        A.    I don't remember all the
```

Page 50

1      details of his testimony.  I don't remember
2      that specifically right now.
3             Q.     Okay.  And you never saw any of
4      his facilities?
5             A.     Correct.
6             Q.     And you never met any of his
7      analysts?
8             A.     Correct.
9             Q.     But you were led to believe
10     that he knew who these people -- who these
11     analysts were?
12            A.     Yes.  And he would give us a
13     periodic -- I don't know if "updates" is the
14     right word, but descriptions about the kind
15     of work that was involved and the progress of
16     that work because this was a project that had
17     not only -- had done a considerable amount of
18     work, as we understood it and as we saw, but
19     it also was ongoing.
20            Q.     Okay.  The -- so in the -- in
21     the film there's surveillance footage that is
22     used.  Correct?  There is some drop box
23     footage?
24            A.     Yes.
25            Q.     And TTV provided that?

Page 51

```
 1          A.     Yes.
 2          Q.     Was there any source of footage
 3    other than TTV?  Any drop box video
 4    surveillance footage that you got from some
 5    other source when you were making the movie?
 6          A.     No.
 7          Q.     And while we have this
 8    document, let's look at Page 10.  It's
 9    Interrogatory No. 11.
10                 Do you see that?
11                 And it's talking about (as
12    read):  "All persons or entities who funded
13    TTV's investigation into the 2000 -- the 2020
14    election that was used in '2000 Mules' and
15    the amount of funding by each."
16                 Do you see that?
17          A.     Yes.
18          Q.     And you say that you (as read):
19    "...lack personal knowledge of the persons or
20    entities who funded TTV's investigation."
21                 Do you see that?
22          A.     Yes.
23          Q.     So my question is, in the book,
24    however, you say that you called up two
25    friends, one in Florida and one in Kansas,
```

Page 52

1    who agreed to meet Ms. Engelbrecht and they
2    eventually put up money?
3           A.    Yes, but that's -- puts the
4    cart before the horse.  In other words -- in
5    other words, the investigation as it was
6    brought to us --
7           Q.    Okay.
8           A.    -- from TTV had obviously been
9    conducted prior.  And we didn't know enough
10   about True the Vote in the sense of who was
11   funding it or never read its annual report.
12                I did, of course, look up True
13   the Vote; and, of course, I was aware of a
14   controversy involving a single donor, which
15   is mentioned here --
16          Q.    Which is mentioned there.
17          A.    Yeah, ███████████████
18          Q.    Right.  Yeah.
19          A.    The -- later, in -- while the
20   film was being prepared, True the Vote
21   expressed to us that they were, like any
22   nonprofit -- this is not unusual at all --
23   constantly raising money and needed money to
24   complete projects that they were doing, this
25   particular project in particular.

Page 53

```
 1              We obviously had a vested
 2    interest in the project moving forward.  But
 3    because we are -- we are a for-profit entity
 4    with investors, we said, Listen, we will
 5    connect you with a couple of our investors
 6    who may be interested in supporting your
 7    work.
 8              And we subsequently learned the
 9    two of them had contributed sums to help True
10    the Vote.  So I'm obviously aware of that.
11         Q.    Right.
12         A.    But outside of that, I don't
13    know who their donors are.
14         Q.    Okay.  And did you -- was there
15    a period of time in the summer of 2022, after
16    the film came out, where you also -- you and
17    Ms. D'Souza helped them somewhat with their
18    fundraising?
19         A.    Yeah, we -- you know, as you
20    know, we had had some rather, I would say,
21    raw and acrimonious dealings with them with
22    regard to recognition for the film, payment
23    for the film.
24              So like decent people, we felt
25    bad about it and we thought, all right,
```

Page 54

```
 1    listen, why don't we -- why don't we convene
 2    a few of our friends and have them come and
 3    make a presentation about their ideas.  We
 4    will kind of stay out of it.
 5                But if any of these guys want
 6    to follow up with True the Vote and support
 7    them, they can.
 8         Q.    And did you -- did you, at that
 9    point in time, support the work that True the
10    Vote was doing, leaving aside the personal
11    issues between -- with Ms. Engelbrecht?
12         A.    Absolutely.  We would not have
13    had the event if we had doubts about their
14    work.  We believed their work was sound, and
15    I still do.
16         Q.    Are you involved in any of
17    their work currently?
18         A.    No.
19         Q.    All right.  So we can put that
20    pile of -- oh, I'm sorry.  One more question,
21    sort of questions, actually.
22                If you could look at -- it's
23    going to be Exhibit -- it's actually going to
24    be 96.
25                And this is D'Souza Media's
```

Page 55

```
1    Response to a Second Set of Interrogatories.
2    And what this -- this set lists a number of
3    people who were involved in the film.
4              Do you see that?
5              MS. HYLAND:  What page are you
6         on?
7              MS. HABER KUCK:  I'm on Page 3.
8         3, 4, 5, et cetera.
9              MS. HYLAND:  Yeah.  Gotcha.
10        Thank you.
11        Q.    (By Ms. Haber Kuck)  And the
12   base -- the question essentially in this
13   interrogatory was, who was involved in the
14   making of the film?
15        A.    Yeah.
16        Q.    And we discussed this before,
17   but I just want to confirm it.
18              It lists here True the -- on
19   Page 4, you refer to True the Vote, Catherine
20   Engelbrecht, and Mr. Phillips as providing
21   the research and footage for the "2000 Mules"
22   that was -- and they were featured in the
23   film.  Right?
24        A.    Right.
25        Q.    And there was -- there is no
```

Page 56

```
1     other source of footage you had for the film
2     other than TTV, Ms. Engelbrecht and
3     Mr. Phillips?
4           A.      Yes.   Correct.
5           Q.      There is also a --
6           A.      You mean the surveillance
7     footage.   Correct?   The surveillance --
8                   (Speaking simultaneously.)
9           Q.      (By Ms. Haber Kuck)   I'm sorry.
10    Yes.   The surveillance --
11          A.      Just to be precise because was
12    there was other --
13          Q.      Yeah.
14          A.      There was other video footage,
15    but not surveillance video.   Yes.
16          Q.      Fair enough.   Yes.
17          A.      Okay.
18          Q.      Do you recall that when they --
19    at the time they came to you with the
20    surveillance footage that they only had
21    Georgia at that point in time?
22          A.      I don't know if I was aware of
23    that.   I knew that there was footage from
24    Georgia.   I knew that they were in the
25    process of trying to get footage in other
```

Page 57

```
 1    places.
 2                    And I also knew that there were
 3    enormous obstacles and difficulties to
 4    getting comprehensive footage.
 5         Q.      Okay.  On Page 6, there is a
 6    reference to a Frank Lamont?
 7         A.      Yeah.
 8         Q.      And who is Mr. Lamont?
 9         A.      He is a graphic designer.
10         Q.      And who -- in connection with
11    the film, who supervised his work or who gave
12    him instructions and had him produce things?
13         A.      My partner, Bruce Schooley.
14         Q.      Okay.  Did you work with
15    them -- work with him at all on the graphics
16    that were shown in the film?
17         A.      No.
18         Q.      And then finally, under
19    Promotion, it says -- No. 19, it says
20    "Mar-a-Lago"?
21         A.      Yes.
22         Q.      And the premier for the film
23    was held at Mar-a-Lago.  Right?
24         A.      Right.
25         Q.      How did it come to be that the
```

Page 58

1    event was held at Mar-a-Lago?

2          A.      It was my idea.  And I thought

3    it would be a -- film premiers are ultimately

4    glamorous events, and I thought it would be

5    cool to have it in a -- in that setting, not

6    to mention the fact that it tied in with a

7    theme that President Trump was very

8    interested in.

9               It -- so that's why we

10   approached Mar-a-Lago to host the premier.

11   But, you know, we were a normal customer and

12   we paid a hefty fee to do it; and we worked

13   with their organizational team in having that

14   event.

15         Q.      And Mr. Trump attended the

16   event?

17         A.      He did.

18         Q.      Okay.  Now I am done with that

19   big stack.

20               All right.  Were you asked to

21   collect any documents in connection with this

22   litigation?

23         A.      Yes.

24         Q.      And what documents were you

25   asked to collect?

```
                                       Page 59

 1          A.      Various documents in response

 2     to your requests.

 3          Q.      Do you remember -- well, so

 4     what steps did you take to undertake that

 5     collection of documents?

 6          A.      Initially we attempted

 7     to -- we, Debbie and I, attempted to do

 8     searches through cell phones and our

 9     computers and any other files that we had.

10     We obviously consulted with other people,

11     like Bruce and others, about things that we

12     needed.

13              And ultimately, I believe,

14     there were certain kind of collection firms

15     that were recruited to perhaps, you know,

16     more thoroughly, more systematically collect

17     data, the things that we didn't seem to

18     either find or have the technical resources

19     to excavate.

20              And so that was the -- that was

21     the process.

22          Q.      And was all of your -- were all

23     of your records in electronic form or did you

24     have anything in paper form?

25          A.      They were in electronic form.
```

                                        Page 60

1      I don't know if I had any paper lying around.

2      I don't recall any.

3           Q.    Okay.  And who was asked to

4      provide documents or -- who was asked to

5      provide their electronic files?

6           A.    I don't know everybody who was

7      asked.  I know that I was asked and Debbie

8      was asked.  Bruce was asked.

9                 And I believe my daughter,

10     Danielle D'Souza Gill, was asked.

11                Those are the people that I

12     know about.

13          Q.    And who was it who reached out

14     to people to ask them for data?

15          A.    I think this was a process we

16     undertook in consultation with our counsel.

17          Q.    Okay.  And other than, you

18     know, yourself, Mrs. D'Souza, your daughter

19     Danielle, and Mr. Schooley, are you aware of

20     anybody else from whom they collected

21     documents?

22          A.    Well, I know that our -- I

23     think cinematographer may be the right term,

24     is Nathan Frankowski, and I know that he was

25     providing some of the electronic digital

Page 61

```
 1      footage because he is the one who stores that
 2      kind of stuff.
 3           Q.     Okay.  How about Mr. Lamont?
 4           A.     I'm not aware that he has been
 5      contacted or provided anything.  I just don't
 6      know.
 7           Q.     Okay.  And then the actual
 8      gathering of the electronic data, that was
 9      done by a third party?
10           A.     Yeah.  I think it was more than
11      one third party --
12           Q.     Yeah.
13           A.     -- but yes.
14           Q.     So let's talk about the events
15      that led to the making of the film.
16           A.     Okay.
17           Q.     And so you said the first time
18      that you met Ms. Engelbrecht was at the
19      meeting at your house when she and
20      Mr. Phillips came to discuss the possibility
21      of -- or to discuss their research with you.
22      Right?
23           A.     Yeah, as best as I can recall.
24           Q.     Okay.
25           A.     And the only reason I say that
```

Page 62

```
1     is because I do a lot of speaking events and
2     I do meet a lot of people in a casual
3     context, so -- but, no, in terms of sitting
4     down with her, that was the first time.
5          Q.     Okay.  And how did that meeting
6     come to take place?
7          A.     The topic of election integrity
8     and election fraud was in the air, if I can
9     put it that way.  Lots of people were talking
10    about it.
11               And my wife, Debbie, is friends
12    with Catherine Engelbrecht.  And so I don't
13    remember if Catherine reached out to Debbie
14    or the other way around.
15               But, in any event, Debbie
16    reported to me that, hey, it looks like
17    Catherine and True the Vote has been doing
18    some original work in the area of election
19    integrity and either they want us to know
20    about it or I think it would be good if we
21    learned more about it.
22         Q.     And so Ms. D'Souza set up that
23    meeting at your home?
24         A.     Yes.
25         Q.     And it was just the four of
```

Page 63

1    you?

2          A.      Yes.

3          Q.      How long was the meeting?

4          A.      We went to lunch first just on

5    a social basis, didn't discuss any of the

6    work per se.  And then we sat down to a

7    meeting at our house for somewhere between

8    three to five hours.

9          Q.      And what did they -- so did

10   they make a presentation to you?  Was it a

11   conversation?  How did the meeting go?

12         A.      Both.  They made a -- they made

13   a presentation, which was illustrated by

14   Gregg opening up his computer and showing us

15   things.  And most of those things pertained

16   to cell phone geotracking.

17                 It was a little bit of a primer

18   in -- a course, mini course, if you will, in

19   cell phone geotracking.

20                 It was a discussion of election

21   laws and election rules.

22                 It was a discu- -- we had a

23   discussion, as I recall, about the criteria

24   for elections to be called into question,

25   overturned.

Page 64

```
 1                 And then there was a discussion
 2      of surveillance video.
 3                 And we didn't see a lot of
 4      video, but they made it clear to us that they
 5      were in the process of obtaining video.  And,
 6      obviously, for someone like me, thinking in a
 7      sort of a film mode, that becomes quite
 8      important because films show things.
 9                 And as -- in the early part of
10      our conversation, I was a little bit
11      skeptical.
12                 Well, first of all, the topic
13      was kind of new to me.  And while I've been
14      quite involved in political stuff, I was
15      learning new things.  So that was -- that
16      raised a whole host of questions.
17                 And -- but also in the back of
18      mind there were also, I would call it, you
19      know, the filmmaker questions, which is, What
20      do you show?  What will the audience see?
21      What can you -- if you make a movie about,
22      let's just say, the, you know, robbing of
23      Fort Knox, you kind of need to show burglars
24      breaking into Fort Knox.  There's no other
25      way to make the movie.
```

Page 65

1          Q.      And at that -- at that point in
2     time, had they done any matching of video to
3     their geolocation research?
4          A.      I don't know if they had or not
5     because we've had so many subsequent
6     conversations and it's a little difficult for
7     me to place them into a timeline; however,
8     the topic was discussed.
9               And they discussed the fact
10    that while the amount of video was scarce,
11    relatively scarce, they had a lot of it, but
12    they had not a lot of it relative to how much
13    they should have had or, in other words, how
14    much would -- you would get if you had --
15    were able to track all the drop boxes.
16               Nevertheless, they said that
17    part of the effectiveness of this mode of
18    research was that it took two completely
19    independent lines of inquiry and had the
20    possibility, at least on certain occasions,
21    to match the one with the other.
22               To illustrate very briefly, you
23    know, if your cell phone shows that let's --
24    I'm just giving a general example here.  If
25    your cell phone shows that you were at

Page 66

```
 1      Mr. Smith's at 2:00 a.m. in the morning and
 2      Mr. Smith happens to have a surveillance
 3      camera, you go look on the camera at
 4      a.m. in the morning and see if you can see
 5      the guy.  So that's the matching that we're
 6      talking about.
 7                  I don't remember if they --
 8      what they said in terms of how much they had
 9      progressed on that to that point, but they
10      did discuss the topic.  And it was very
11      appealing to me because obviously I thought
12      cell phone geotracking alone was a
13      fascinating and original line of inquiry.  It
14      was a very rare opportunity to take us right
15      back to what happened exactly in the days
16      leading up to the 2020 election.
17                  In theory, prior to that
18      meeting, if you had asked me, you know, How
19      can you go back and find out what happened?
20      I would have said, There is no way.  The best
21      you can do is affidavits, complaints by
22      people who are -- said, I was there.
23                  But the cell phone geotracking
24      was a way of putting people there at that
25      time.  So I thought, Wow, this is really
```

Page 67

```
 1        great, very interesting, at the very least.
 2                    And then, second, the idea of
 3        having the surveillance video appealed to me
 4        both as a filmmaking -- as a filmmaker, but,
 5        moreover, as a way of either supporting or
 6        reinforcing, corroborating things that were
 7        established through the cell phone
 8        geotracking.
 9             Q.     And did Mr. Phillips show you
10        any maps?
11             A.     Yes.
12             Q.     And what were those maps
13        depicting?
14             A.     The maps were -- were -- he
15        described them as a streamlined version of
16        the data.
17                    So the data is the data.  I
18        envisioned in my mind like an Excel
19        spreadsheet.  And then the map was a
20        depiction of a particular -- not a person,
21        but a cell phone, a device, moving through
22        space and through time.
23                    And he had depictions of that
24        on his computer.  I don't remember the
25        specific maps, but he was like, This is how
```

Page 68

1    we do it.  Let me show you what this looks

2    like.

3                    And he went on to describe a

4    concept that I had not heard of before, but

5    called pattern-of-life, which is a way of

6    sort of schematizing a map and developing a

7    pattern out of it, or maps, that could give

8    you a picture of real-life events.

9         Q.     And did you use any of those

10   maps in the film?

11        A.     I'm not sure if we did.  I

12   think that we -- we might have.  But I also

13   know that we didn't like the -- the maps were

14   very crude and they were -- you know, they

15   were the kind of maps I would make.

16                    And so I think we were

17   uncomfortable with the crudity of the maps.

18   And besides, in the film you have to think

19   about what something means to the audience.

20                    So, for example, putting up,

21   you know, an Excel spreadsheet is absolutely

22   pointless in a documentary film.  No one

23   could make head or tail of it.

24                    And so the maps that were shown

25   largely in the background of the film were

Page 69

```
 1    nothing -- were intended to illustrate the
 2    themes that were being discussed.
 3              So in a documentary film, when
 4    you have a credible source or witness, the
 5    primary focus is on what they're saying; but
 6    being a film, we'll often have a pictorial
 7    representation of what they're saying or
 8    we'll have a depiction so that the audience
 9    goes, Aha, that's what they are doing.  So
10    that's the purpose of the background maps.
11              It's completely different if
12    you put a map onto the front screen and start
13    following the -- and telling the audience
14    this is, you know, Peachtree Avenue and then
15    the guy went to another street.  That's a
16    different way of treating a map.
17              But on the other hand, for
18    example, if we have Gregg and his co-workers
19    that are -- that are talking about
20    geotracking or working on geotracking, we
21    would have illustrative maps in the
22    background and it wouldn't particularly
23    matter what those were.  The audience would
24    not be in a position to make any
25    identification in any case.
```

Page 70

```
 1          Q.     Why didn't do you it that way?
 2     Why didn't you show a person -- you know,
 3     have Mr. Phillips show a person going to
 4     multiple boxes and stash houses, et cetera?
 5          A.     Well, the maps as shown in the
 6     film do not pertain to the surveillance
 7     video.  They pertain to the geotracking.
 8          Q.     Uh-huh.
 9          A.     And so we come back to the
10     question of how do you show a person?  I
11     think what you're saying is we would have to
12     have shown an actor walking a particular
13     path.  And we just chose not to do it that
14     way.
15               In fact, I think the
16     artificiality of that is more blatant and
17     more hokey, if I can put it that way, than
18     simply having an intelligent discussion with
19     maps in the background.
20          Q.     No, what I had referred to is,
21     though, having a map where he shows the blip
22     on the map going to the various places.  I
23     wasn't referring to a specific person.
24          A.     Yeah, in the film -- in the
25     film Gregg does on occasion refer to a
```

Page 71

1     specific map, and the specific map is shown

2     in the film.  And that happens on multiple

3     occasions.

4          Q.     And was that a map of Atlanta?

5          A.     The -- well, the incidence that

6     jumped to mind off the top of my head, is

7     so -- so, for example, when Gregg Phillips is

8     talking about the Secoriea Turner murder, he

9     shows an actual map of the area where the

10    little girl was killed.  He shows an actual

11    sort of radius of where the presumed shooters

12    are.  And that's a good example of an actual

13    map.

14              There are a number of times in

15    the film where Gregg is not just in the

16    conversation with him -- with me and Debbie,

17    but separately in the meeting with the Salem

18    hosts where Gregg is showing things on his

19    computer and we're showing Gregg showing

20    them, and the Salem hosts are reacting in

21    realtime to what they are seeing.  And that's

22    part of Gregg's presentation.

23         Q.     Although when he was actually

24    having the discussion with you, the maps were

25    not in his background.  Right?

Page 72

```
 1          A.      That is right.  Although --
 2     although, as I recall, during that discussion
 3     there were times when Gregg did open up his
 4     computer and show us things in the
 5     conversation.  And I'm not quite sure how
 6     much of that in the edited version made it
 7     into the movie.
 8               So did Gregg have maps and
 9     computer presentations?  Yes, he did, during
10     both presentations, meaning the presentation
11     in The Woodlands as well as the LA
12     presentation.
13               And then ultimately we make
14     movie decisions, editorial decisions about
15     how best to depict the information that is
16     collected and how best to present it.  How do
17     we make it more understandable.
18               This is an inherently complex
19     topic and so I have a task that I normally am
20     considered good at, but it's very difficult
21     here, the supreme task of taking an
22     inherently technical topic, you know, similar
23     to ballistics or something like that, and
24     trying to convey this in an understandable
25     manner that makes sense to an audience that
```

1    is obviously not technical at all.

2           Q.      And when you said you did a lot

3    of research on geotracking, was that before

4    or after this meeting?

5           A.      That was after the meeting.

6           Q.      Okay.

7           A.      You're talking about the

8    initial meeting?

9           Q.      Yeah, after the initial meeting

10   at Woodlands.

11          A.      Yes.

12          Q.      And at the -- what was -- well,

13   you referred to -- a couple of times you

14   talked about Excel spreadsheets.

15                  You didn't see any Excel

16   spreadsheets, did you, from Mr. Phillips?

17          A.      No.   I mean, he always had a

18   massive briefcase full of drives, documents,

19   computers, other devices.   But, no, I didn't

20   go through it.

21          Q.      Okay.   Did he show you any

22   hard-copy documents?

23          A.      What do you mean?

24          Q.      Paper documents.

25          A.      I'm trying to remember.

1              He might have.  I just don't
2     recall.
3         Q.     Okay.  But your recollection is
4     he seemed to have some of them with him in
5     this briefcase?
6         A.     He had a lot of stuff with him
7     in the briefcase, yes.
8         Q.     And some of it was paper?
9         A.     Yes.
10        Q.     So what was -- we'll take a --
11    we'll take a break in a minute.  We've been
12    going about an hour.
13             What was the next step after
14    that Woodlands meeting?
15        A.     The next step after the
16    Woodlands meeting was to think about whether
17    this topic had enough new material, by which
18    I mean new concepts, new ideas, new
19    information.  Whether the topic was of
20    sufficient public importance to seriously
21    hunker down and consider making it our next
22    movie, or at least beginning the process of
23    that.
24             As you know, we had a deal with
25    Salem Media to make a movie, but they didn't

Page 75

```
 1    tell us what to make the movie about.  It was
 2    completely kind of at my discretion.  It was
 3    based upon my record with earlier films.
 4              We had talked about two or
 5    three other ideas for a movie.  In fact, the
 6    fact that our LLC was called One-Party
 7    America is a little bit of a hint of one of
 8    the earlier incarnations of a movie that we
 9    were -- we had done some research and we were
10    somewhat down the road of wanting to make
11    that film.
12              And so essentially I just had
13    to think about whether this is something that
14    was sufficiently interesting.
15              And I've got to say that the --
16    initially it met that bar quite easily
17    because it -- first of all, there had been
18    widespread ruminations about election fraud
19    in a variety of angles.
20              I had been very intrigued by
21    all of those things, boarded up windows and
22    allegations about machines, but I was not on
23    board with any of those as proving anything.
24              In other words, an anomaly is
25    not same thing as a proof.  An anomaly is
```

Page 76

1    just a strange thing that needs to be

2    explained and possibly there is a rational

3    explanation.

4                  Also, as I mentioned a moment

5    ago, I was very doubtful that one could sort

6    of go back and solve this who-done-it, if you

7    will.  But True the Vote was proposing a way

8    to do that.

9                  Not to do that in the

10   definitive sense that no more work would need

11   to be done, but to do that in a way that

12   would give is really important new

13   information on a really critical topic that I

14   thought audiences across the board would find

15   fascinating and would generate a constructive

16   debate, although I was also aware the topic

17   was controversial.

18                  And so essentially over the

19   next relatively short period, I made the

20   decision to approach Salem Media about the

21   topic.

22                  This was also part of what I

23   would call my vetting process, which is to

24   say that I have had a long career myself in

25   public life, you know, as a university

Page 77

1    president, I've been at two prestigious think

2    tanks, I've taught courses and classes at

3    universities.  And so I trust my judgment.

4    But on the other hand, I also think there are

5    other intelligent people in the world.

6              And so what I wanted to do was,

7    all right, here we've got Gregg Phillips and

8    Catherine Engelbrecht and they are giving me

9    a very interesting, to say the least,

10   presentation.  Why don't I haul them before a

11   group of corporate people at Salem?

12             It's quite a diverse group.

13   It's got lawyers.  It's got CEOs.  It's got

14   media people.  It's got people who deal with

15   social media.

16             In other words, a relatively

17   wide range of backgrounds.

18             And let me put these two in

19   front of them in a free-for-all and have them

20   do a presentation and then have at it.

21             And part of my goal there is

22   partly to persuade Salem, Hey, guys, this is

23   something that you would like to pursue.

24   Because while it's my choice as to the topic

25   of the film, I like to get Salem on board as

Page 78

1     the funder of the film.  But I also saw it as

2     an opportunity to learn more from probing

3     questions from intelligent people.

4                 And so that was the next step.

5          Q.     Did you consider taking them

6     before a panel of experts in geotracking to

7     see how their methodology held up?

8          A.     I didn't do that and the reason

9     I didn't do that is because this would be

10    akin to me taking an expert on ballistics to

11    a panel of ballistics experts and having --

12    and listening to that discussion, which I

13    would never be able to make head nor tail of.

14                So it was really more about

15    making a judgment about the credibility and

16    ability of these two people to execute the

17    task at hand which was ongoing, raise

18    questions, whether they were technical

19    questions or whether they were more questions

20    about the implications of these findings, and

21    to do that in more than one setting with a

22    diverse group of people so that we could

23    assess their -- assess the value of their

24    work both -- initially, of course, outside

25    the film, but then critically inside the

Page 79

1    film.

2         Q.    And so did you do any other

3    vetting other than with the Salem Media

4    folks?  Any third party -- any vetting with

5    anyone -- any other groups of people other

6    than Salem Media?

7         A.    I didn't do any additional

8    vetting, but I did hatch in my mind the idea

9    of not doing a film exclusively on True the

10   Vote, but widening the scope of the film to

11   draw in other experts who would corroborate

12   and enhance the themes in the film.

13              So, for example, if you're

14   talking about nonprofits, which obviously had

15   been mentioned, my question is, I thought

16   nonprofits are not supposed to be involved in

17   elections.  Are we making the claim that

18   these nonprofits are involved in elections?

19   How do we know that?

20              Moreover, any kind of organized

21   operation, any kind of election fraud,

22   election fraud as distinguished from, say,

23   voter fraud.  Voter fraud is if you vote

24   twice.  Election fraud is when someone is

25   organizing something.

Page 80

```
 1              So for someone to organize
 2    something, they would have to have some
 3    organizational structure.  There would have
 4    to be money involved.  If the mules are being
 5    paid, somebody would have to pay them.
 6              And so the question in my mind
 7    was, Where does the money come from?
 8              There were questions that were
 9    raised by True the Vote that were beyond the
10    scope of True the Vote.
11              And so part of my -- I don't
12    know if "vetting" is the right word, but it
13    is a form of vetting in my opinion because
14    what we're doing is we are exploring whether
15    the ancillary implications of what they are
16    saying hold water.
17              If I talk to an expert on
18    nonprofits and he goes, Oh, no, nonprofits
19    are not involved in elections, the idea that
20    these mules would have gotten their ballots
21    from nonprofits is absurd, that would be a
22    problem.
23              But -- so I made a mental note
24    at that point early on, let's bring in some
25    other sources who would flesh out these
```

Page 81

```
1    themes, would connect them with election law,
2    would connect them with what can be done,
3    would connect them with what the next steps
4    might be.
5              And all of that was part of the
6    way that you make a documentary film.  You
7    have a primary maybe research source, but
8    it's your -- it's not always your job or even
9    your competence to second-guess the resource
10   or try to make sure that that research is
11   correct.  I was trying to do that in every
12   way that I could.  In other words, using my
13   judgment and layman's understanding of these
14   complex issues.
15             But it was more to test the
16   validity of what they were saying by spelling
17   out the implications of it and testing
18   whether those implications held water.
19             In the course of our
20   conversation, for example, Gregg told me that
21   it is a part of election law that elections
22   can be overturned not necessarily by
23   establishing that one guy won instead of the
24   other, but merely by establishing that the
25   outcome would be in reasonable doubt.  I
```

Page 82

1    don't know who really won this election;
2    therefore, I'm going to, as a judge, kind of
3    cancel the election and either have it again
4    or remove the alleged -- you know, remove the
5    winner from office.
6              And I remember Gregg telling me
7    that and so not only did I go and research
8    the case in North Carolina in some depth
9    where an election was, in fact, overturned,
10   but I talked to people I know who are in the
11   election field, including Harmeet, about what
12   happened in this case.  Is this, in fact,
13   accurate?
14             So these were ways of me
15   testing the credibility of Gregg and
16   Catherine in areas that I was competent to
17   find out if what they were saying is -- was
18   valid, and it was.
19        Q.    At what point did Mr. Schooley
20   become involved?
21        A.    Bruce has been involved with my
22   films from --
23        Q.    I meant this particular film.
24        A.    Oh, yeah, with this particular
25   film, after the meeting with Gregg and

Page 83

```
1     Catherine, I -- either I alone or Debbie and
2     I had conversations with Bruce and expressed,
3     Hey, we have a very interesting -- we had an
4     interesting meeting.  We kind of relayed the
5     contents of it to him to get his initial
6     reaction.
7                    As Debbie mentioned yesterday,
8     we have a small film team, but each of us
9     provides a different, I would call it, angle
10    of input and also relative strengths.  And so
11    what we try to do and what I try to do is to
12    draw on the strengths of the each of the
13    members of the team to be able to convey kind
14    of what they know best and do best in the
15    form of a critique of an idea and an
16    evaluation of it.
17         Q.     And what was Mr. Schooley's
18    particular expertise?
19         A.     His background, he is an
20    entrepreneur and he is an inventor and he is
21    a creative artist, I think is not a wrong way
22    to put it.  In other words, he creates
23    products and has patents on those products.
24                    And he's very interested in the
25    filmmaking process, has now been involved
```

Page 84

```
 1    with it for a decade.  And he is extremely
 2    visual.
 3              And so I would very loosely
 4    say, although both of us are interested in
 5    the ideas and both of us are interested in
 6    the visual aspects of filmmaking, I would say
 7    that he is numero uno on the visual front and
 8    I'm sort of numero uno on the intellectual
 9    front.
10        Q.    And what about Ms. D'Souza?
11        A.    I married Debbie in 2016, so
12    she's a late-comer to the -- to the process.
13    She's not a partner in D'Souza Media.  So I
14    would say to that degree, her role is less
15    than Bruce's and mine.
16              However, she, kind of by
17    coincidence, brings a series of skills that
18    are very valuable to us.  She's a political
19    science major, so she does have a good
20    understanding of politics.
21              She was the head of the
22    Fort Bend County Republican Club, so ran a
23    large Republican club with hundreds of
24    members.
25              She is also a professional
```

Page 85

1    singer and has made CDs, so she knows about

2    music and music is a critical element of any

3    film.  In fact, it's the emotional

4    underscore -- or score of the film.

5                    She's also extremely well

6    organized and so she's sort of

7    our -- certainly the administrative head of

8    my life, but also of some of the projects

9    that we do.

10                   And she's also very visual and

11   comes up with good ideas.

12                   And so I would say it's

13   probably true that Debbie kind of

14   participates mainly through me, but also in

15   her own right.

16                   So that's her place in the

17   film.

18        Q.     Okay.

19                   MS. HABER KUCK:  Why don't we

20        take a break.  We've been going a

21        while.

22                   THE VIDEOGRAPHER:  Going off

23        the record.  The current time is

24        10:56.

25                   (Recess taken at 10:56 a.m.,

Page 86

```
1              resuming at 11:10 a.m.)
2                   THE VIDEOGRAPHER:  We're going
3         back on the record.  The current time
4         is 11:10 and this is the start for
5         Media 3.
6         Q.      (By Ms. Haber Kuck)  So at some
7    point in time before you started making the
8    film, you entered into a series of contracts
9    with the relevant parties.  Correct?
10        A.      Yes.
11        Q.      And was there an LLC formed to
12   make the film?
13        A.      The LLC had already been
14   preformed.  It was called One-Party America,
15   LLC.  It already existed.
16              And so our film titles and our
17   LLC titles aren't the same, so it was quite
18   easy to import this new concept under an
19   existing LLC.
20        Q.      And did you also enter into an
21   agreement with TTV?
22        A.      Yes, we did, and we also had
23   Salem have an agreement.  I think they
24   drafted the agreement and, yes, TTV signed
25   it.
```

Page 87

1          Q.      And do you recall the terms of
2     that agreement?
3          A.      In general terms, yes.
4          Q.      Tell me in general terms and
5     then we'll look at the document.
6          A.      Well, in general terms, there
7     were a few key elements outside of the legal
8     boilerplate.
9               One, that True the Vote would
10    cooperate actively with the research that was
11    needed, that would be the backbone, if you
12    will, of the film.  They would be
13    acknowledged and credited for that
14    involvement.
15              They would also participate in
16    helping to promote the film and help us get
17    the word out, so to speak.  We would be the
18    primary promoters, but we were counting on
19    them to kind of do their part.
20              Number three, we wanted
21    to -- we were insistent that they protect the
22    confidentiality of the surveillance video,
23    but also more generally of their work,
24    because part of my persuasion to them about
25    whether to do a film was based upon the idea

Page 88

1    that complex ideas cannot be released in
2    dribs and drabs and they need -- it needs to
3    be presented as part of a narrative
4    storyline; and, therefore, the film is an
5    effective medium to present these ideas and
6    have them intelligently discussed.
7                 And so we didn't want the key
8    visual features of the film to be getting out
9    or people to sort of know all about it
10   beforehand because why go see the film if
11   that's the case?
12                 We offered True the Vote
13   10 percent of the profit share of the film,
14   which is basically once you recover all the
15   costs of the film, pay back the equity
16   investor, which is Salem, the so-called P and
17   A lender, prints and advertising lender, also
18   Salem, once Salem had recouped its investment
19   and loan, then the balance left over would be
20   the profit bucket.  And we offered True the
21   Vote 10 percent of that, which I thought was
22   a reasonable amount, the reason being that,
23   of course, Salem inherently had 50 percent of
24   the bucket just by virtue of putting the
25   money in.  So everybody else had to share the

Page 89

1    other 50.

2                    And we were giving True the

3    Vote a fairly large share that was not as

4    large as mine, but was as large as Bruce's.

5    And there were other people who were also

6    involved in that.

7                    So the confidentiality was

8    critical.  The -- obviously, the profit

9    share, the compensation, is critical.

10                    And we basically said, you

11    know, Provide us with what we need to make

12    this film.

13                    So we -- and they were -- they

14    were on board with all of that.

15          Q.    So let's look at a document we

16    previously marked as Exhibit 38.

17          (Previously marked was Plaintiff's

18    Exhibit No. 38.)

19          Q.    (By Ms. Haber Kuck)  And just

20    if you -- the agreement, as I understand it,

21    is on the second page of that document.

22          A.    (Reviewing.)  Yeah.  Yeah.

23          Q.    And that's the agreement, as

24    you said, it's between True the Vote, Salem,

25    and D'Souza Media.  Right?

Page 90

1         A.      Right.

2         Q.      Looking at the whereas, the

3    first whereas clause, it says (as read):

4    "TTV is the owner of highly confidential film

5    footage."

6              What is that referring to?

7         A.      That is a reference to

8    surveillance video.

9         Q.      Okay.  Why was that

10   surveillance video highly confidential?

11   Wasn't it open-source material?

12        A.      Yes, but the problem with open-

13   source material is that if you and I

14   got -- first of all, it's difficult to get

15   this video.  It's not like it's available

16   online and you simply search it by Google and

17   it pops up.  If that were the case, this

18   statement would be absurd.

19              You have to go through a

20   complex process.  You often have to pay money

21   to get access to this video.  You sometimes

22   need some legal expertise to be able to

23   obtain it.  I obviously know more about all

24   of this now than I did before.

25              And not only did they have the

Page 91

1    video, but, more importantly, they had gone

2    through the video and they had -- in an ocean

3    of essentially nothing had excavated

4    particular meaningful content, clips and so

5    on.

6                   And that's what we mean by

7    highly confidential.  They are the clips that

8    they have painfully culled from the large

9    body of video.  They are in possession of

10   that video.  They obtained it legally, and so

11   it's their video.

12                  And so it's confidential in

13   that sense.  It's really kind of -- the

14   meaning of "confidential" here is it has not

15   been seen by the public.

16        Q.      Okay.  It's not easily

17   obtainable by the public?

18        A.      True.

19        Q.      Was this agreement ever

20   amended, or is this the only agreement you

21   ever had with them?

22        A.      To my knowledge, the agreement

23   wasn't changed.  In subsequent conversations

24   with Bettina reflecting Catherine and Gregg's

25   discontent, as evidenced by Page 1 where she

Page 92

```
 1      says the doc is horrible, we made some modest
 2      concessions and agreed to do a couple of
 3      things to appease them.
 4                   And I don't remember exactly
 5      what those were, but I suppose those would be
 6      a de facto modification of the agreement.
 7           Q.      Okay.  But there is no other
 8      agreement that says amended agreement, to
 9      your knowledge?
10           A.      To my knowledge, yes, that's
11      correct.
12           Q.      Okay.  And if you look at
13      Paragraph 4, which is the revenue share, it's
14      on Page 2, that's what you were talking about
15      that they would get 10 percent of the profit
16      share?
17           A.      Yes.
18           Q.      And as it turned out, TTV
19      itself was not actually paid anything.
20      Right?
21           A.      As it turned out, that is
22      correct.
23           Q.      And why was that?
24           A.      The -- at the end of the
25      process -- this was obviously several months
```

Page 93

```
 1    later when there were profit payouts -- I
 2    called Catherine and/or Gregg.  I don't
 3    remember if it was both of them or just
 4    Catherine.  It wasn't just Gregg.  I know
 5    that.
 6              And I basically said, Hey,
 7    guys, you know, the film has done well, which
 8    they already knew, and that we have a
 9    10 percent profit payout, which we're going
10    to do in parts.  So we didn't do it all at
11    once.  And so we're ready to send that to you
12    and how would you like me to do that?
13              And I say that because since we
14    deal with contractors all the time, it is
15    quite normal for me to -- well, Bruce has an
16    LLC.  I have an LLC.  I contract with parties
17    all the time and sometimes it will be like,
18    Hey, Dinesh, you know, would you like us to
19    make it out to you or do you have an LLC?
20              So I asked Catherine and Gregg
21    how do they want to receive this profit
22    payout.  And they replied and gave us the
23    name of an LLC, and we paid it to that LLC.
24         Q.    Although TTV is a
25    not-for-profit.  Right?
```

Page 94

```
 1            A.      That is right.
 2                    MS. HABER KUCK:  Okay.  So
 3            let's mark -- let's look at 73.
 4            Q.      (By Ms. Haber Kuck)  This is a
 5       document we previously marked as Exhibit 73.
 6       (Previously marked was Plaintiff's
 7       Exhibit No. 73.)
 8            A.      If I can just add one brief
 9       thought to the last point.
10            Q.      (By Ms. Haber Kuck)  Uh-huh.
11            A.      Organizations can be
12       not-for-profit and still do profit-making
13       projects.  I just wanted to put that on the
14       record.
15                    I've been involved with
16       nonprofits all my life, and they will sell
17       books and they will do things that do make a
18       profit, but the profit goes into the
19       nonprofit, if you know what I mean.
20            Q.      Correct.
21            A.      Yeah.
22            Q.      Correct.  But usually in the
23       case of a nonprofit, it doesn't go to the
24       individuals involved with the nonprofit.
25       That's a little bit different than, say,
```

Page 95

```
 1    D'Souza Media, which is a private company.
 2         A.      That's true.  The reason that
 3    this switcheroo, if you want to call it -- I
 4    don't think of it that way -- didn't bother
 5    me is because we were drawing on a
 6    considerable amount of Catherine and Gregg's
 7    time, and also their individual knowledge.
 8                 And so, to me, it was an open
 9    question to what degree the film was, from
10    their point of view, a True the Vote project
11    or was it a True the Vote project with
12    partial involvement by them as individuals or
13    was it largely an individual project that was
14    nevertheless drawing on some research that
15    was -- had been done by -- and separately
16    funded by True the Vote?
17                 Frankly, none of this is -- is
18    my main concern.  I was just trying to
19    deliver to them their share of the payout and
20    I thought it was reasonable to ask them how
21    they wanted to receive it.
22         Q.     Well, let's look at
23    the -- let's look at Exhibit 73, which --
24    it's difficult to tell.  It's from "Me,"
25    which I'm assuming is you.
```

Page 96

```
 1                 It says (as read):
 2    "Participants, 3."  It appears to me it's
 3    between -- well, I'm not quite sure actually.
 4    If you could read the -- read the text and
 5    see if you can tell who you're communicating
 6    with.
 7         A.    (Reviewing.)  I cannot because
 8    there is no reply, only some attachments.
 9         Q.    Right.
10         A.    But that is -- that sounds like
11    me.
12         Q.    And it says (as read):  "By the
13    way, I told Bettina last night I'm happy to
14    modify the license agreement so the
15    10 percent share goes to you guys"?
16         A.    Uh-huh.
17         Q.    Would that suggest you were
18    talking to Gregg and Catherine?
19         A.    That would suggest that, yes.
20         Q.    And you say (as read):  "It can
21    go either 5 to Catherine or 5 to Gregg or 10
22    to True the Vote.  Completely up to you.  I
23    think you guys should get some personal
24    benefit out of this, so let me know if you
25    want to make this modification."
```

Page 97

```
 1                    Right?
 2          A.          Right.   Right.   This is a
 3     response to my conversations with Bettina and
 4     her expressions of conveying Catherine and
 5     Gregg's frustration that they had, you know,
 6     in their -- in their rhetoric had, like, put
 7     their lives into this and devoted a lot to
 8     it.
 9                    I think they also were a little
10     bitter, and there is some verbal -- some
11     written and some verbal confirmation of this,
12     about, like, the attention is flowing to you,
13     Dinesh.  You just made a movie.  We did all
14     the work.
15                    So this is the background of
16     all of this.
17                    And I'm also trying to smooth
18     the waters.  We obviously don't want to have
19     renegade Catherine and Gregg when we have a
20     film out there, and so I am doing my best to
21     smooth the waters.
22                    And so I am telling Bettina,
23     their representative, Bettina, listen, you
24     know, we made an agreement.  We are going to
25     pay out the 10 percent.  It's a matter of
```

Page 98

1    indifference to us how you receive it.  Just
2    what I said a moment ago.
3               And obviously, here there is a
4    little bit more particularity and color.  I
5    don't remember offering 5 and 5.  But I think
6    this was my effort to create a harmonious
7    bridge to two ships that had seemingly
8    started out on the same course, but had
9    pulled kind of far away from each other.
10        Q.    And so this was made in the
11   context of them trying to renegotiate the
12   agreement?
13        A.    Exactly.
14        Q.    And so if the money went to
15   them -- if it went to TTV, it was going to a
16   nonprofit.  If it went to them, they had
17   access to it personally.  Right?
18        A.    Right.
19        Q.    And so to keep them happy, you
20   were suggesting, Look, we will just give it
21   to you personally, if that's what you want to
22   do?
23        A.    Yeah, it was part of us trying
24   to show maximum flexibility at a stage when
25   the waters were roiled.

Page 99

1    Q.    And this is right before the
2    film came out.  Right?  This is February --
3    or, I'm sorry, May 1, 2022?
4    A.    Right.  So this is at a point
5    when the film is about to come out, but the
6    way that films are -- because the film came
7    out right about that time.
8        But we may have already had our
9    virtual premier and we already had a lot of,
10   like, preorders and things like that for the
11   film.
12       You can generally make a fairly
13   early projection about how films are going to
14   do.  And at this stage, right at the
15   beginning, it was quite obvious the film
16   would do well.
17   Q.    Let me mark as Exhibit 99 a
18   document bearing Control Nos. TTV_007469
19   through 7471.
20    (Marked was Plaintiff's Exhibit No. 99.)
21   Q.    (By Ms. Haber Kuck)  Now, this
22   is a -- appears to be an email from it looks
23   to me like this is Bettina, Bettina Viviano?
24   A.    Yes.
25   Q.    To Catherine Engelbrecht and

```
                                        Page 100
 1     says (as read):  "Revised email request."
 2               Do you see that?
 3          A.    Yeah.
 4          Q.    Did you get an email similar to
 5     this in which, you know, there was a
 6     discussion -- there was a memorialization of
 7     this discussion you had been having about
 8     renegotiating things?
 9          A.    Yeah.  I got, you know, this
10     document or a version of it.
11          Q.    Okay.  And this is the context
12     in which also the chat was sent about
13     changing the way the payment was going to be
14     made?  This --
15          A.    Let me just check the date.
16          Q.    This is April 26.
17          A.    Yeah.  This is April 26 and
18     that was May 1, I believe, or early May, yes.
19     So that is -- that is correct.
20          Q.    And you also offered them
21     20 percent of any share of the royalties from
22     your book sales?
23          A.    Yes.
24          Q.    Did they ever get anything for
25     that?
```

Page 101

```
 1          A.      No.
 2          Q.      And is that because
 3    the -- there was no -- there was no profit
 4    after other payments were made?  Is that the
 5    reason?
 6          A.      Exactly.  I mean, basically,
 7    when Salem pulled the book, they did reissue
 8    it later, but they lost the time window in
 9    which the book would have had maximum
10    traction; and so it kind of torpedoed the
11    possibility of royalties at that point.
12          Q.      And the third category of
13    things or expenses, and they were looking for
14    expenses of about ██████████
15                  Did they get those expenses?
16          A.      No.  The -- we -- the two
17    donors that we introduced them to, to our
18    knowledge, gave them a total of ████████ and
19    that was it.  And we didn't give them any
20    more or raise any more for them.
21          Q.      Do you recall, though, giving
22    them each ████████  for expenses?
23          A.      I don't, but I -- I do
24    believe -- they undertook certain unexpected
25    activities that were not envisioned at the
```

Page 102

1    beginning when the contract was signed; and
2    we recognized that there were costs involved
3    in that, both of time and of expense.
4                   They did those things in an
5    unusual way for a film.  Normally the film
6    would organize it.  The film would do it.  I
7    would be the one doing the interviews and
8    doing the reporting and --
9                   But they -- in at least two
10   notable cases, they organized it.  They did
11   it.  They even filmed it.  And they delivered
12   the film to us.
13                  But we saw this as a film
14   expense since we fully intended to use the
15   material in the film, so I think we did pay
16   them some money to cover those expenses.
17        Q.     And what were those -- what
18   were those two notable events?
19        A.     One was the -- was a
20   conversation with an actual mule in Arizona,
21   a mule who -- whose identity was concealed in
22   the film for fear of reprisals of some sort.
23                  But, nevertheless, they
24   interviewed -- Gregg interviewed the mule in
25   that case, in Arizona.  In the Yuma area, I

Page 103

```
 1    believe.
 2                   The other was an interview by a
 3    lady named Heather Mullins of a -- a retired
 4    detective or cop with regard to voter
 5    irregularities that he observed and reported
 6    to a GOP Republican committee.
 7                   And that interview was done by
 8    Heather, but was done at True the Vote's
 9    direction.
10                   And so we -- those are the two
11    I'm talking about.
12         Q.     And Heather Mullins was also
13    given a payment, right, in connection with
14    the film?
15         A.     She might have been.  I
16    don't -- don't know.
17         Q.     Yeah.  Okay.  The conversation
18    with the mule in Arizona, did you have any
19    role in -- it sounds like you didn't have any
20    role in organizing that.
21         A.     Not the interview itself.  I
22    familiarized myself with the ambiance and the
23    surrounding case, and wrote about it in the
24    book as well.
25                   But, no, I didn't know who the
```

Page 104

```
1    person was, I didn't know her name, and I
2    didn't go to the filming.
3         Q.    Okay.  Did you ever learn who
4    she was?
5         A.    I might have heard -- I might
6    have learned her name.  I obviously didn't
7    use it.  But I don't remember it now.
8         Q.    Okay.  And you never met her?
9         A.    I never met her.
10         Q.    And do you know how it was that
11    Mr. Phillips came to be able to get that
12    interview with the mule?
13         A.    Yeah.  He told us that they
14    were doing active work in a number of places,
15    notably Arizona, it seemed, the most, but
16    also Michigan and also Georgia.
17              And so I wasn't all that
18    surprised when the two kind of additional
19    interviews, if you will, that they conducted
20    were this those two states, because we
21    had been -- they had been telling us that
22    they're -- we're going to Arizona or we're
23    going to Georgia or we're going to Michigan,
24    those -- that kind of thing.
25         Q.    After you had this kind of
```

1    renegotiation or you agreed to these

2    additional payments, did that smooth the

3    waters?  Did you feel that everything -- you

4    were -- you were all back on the same team at

5    that point?

6        A.    I think it's probably fair to

7    say that it got us over the hump, but I think

8    that it did create some friction and bad

9    blood that manifested itself in certain ways.

10           And might also have contributed

11   to their irritation over the film as a whole,

12   reluctance to specifically promote it as we

13   had expected.  And also with some residual

14   effect on our, really Debbie's, continuing

15   friendship with Catherine, which I would not

16   say has disappeared, but I would say is now

17   colored by this experience, as it inevitably

18   would be.

19       Q.    When you say the reluctance to

20   promote it, was there any -- at any point in

21   time did they tell you they were -- they

22   disagreed with anything in the film?

23       A.    No.  There were a couple of

24   times subsequent to the film where they made,

25   I would say, modest critiques of the film,

Page 106

1    generally of a fairly narrow nature.

2                We never heard anything to the

3    effect that they disputed the film as a

4    whole.

5                It had more to do with the fact

6    that I think their expectations was that they

7    would be sort of the heroes of the film.

8    And, quite honestly, they were.  We presented

9    them that way.

10               But it is the nature of my

11   films that they are seen as my films.  Very

12   similar to Michael Moore's films are Michael

13   Moore films.  And you can be in a Michael

14   Moore film, but you're not Michael Moore.

15               So that's kind of the -- from

16   the media's point of view, I was the magnet

17   for the publicity; and I think they felt that

18   I was getting credit that legitimately

19   belonged to them, even though I felt I was

20   doing backward somersaults to always

21   acknowledge them.  I was aware of the

22   sensitivity of it.

23               And so this was a -- this was a

24   sort of a sticking point.

25               I think additionally,

Page 107

1    they -- it became increasingly apparent that
2    our collaboration was far more modest, from
3    their point of view.
4                  They did not see the film as
5    the conduit for their work as a whole.  They
6    saw the film as that they had made certain
7    limited agreements to give us certain types
8    of stuff and that they had plenty of other
9    things to do and plenty of other agendas to
10   follow.
11                 And I think it became a little
12   bit disappointingly clear to us that we might
13   not even be, like, number one or number two
14   on that list.
15                 So it was not in the nature of
16   them repudiating the film -- they never did
17   that -- but rather in the nature of them
18   going a little bit limp on us and not only
19   pursuing other projects, but, in some cases,
20   doing some things that we felt hurt the film.
21        Q.     But they -- and they never said
22   to you that the film in any way
23   misrepresented their work?
24        A.     Never.
25        Q.     Okay.  And -- okay.

1              Oh, and it's also true, though,
2     that they often referred to it as TTV's film.
3     Is that right?
4         A.      I was aware of one occasion
5     where they did that.  If I remember, Debbie
6     pointed out to me -- and this is the kind of
7     thing that annoys Debbie more than me.  I
8     laughed it off.
9              To me, it is totally
10    understandable that a group that was
11    relatively -- not obscure.  They were
12    actually well known, but I think that their
13    reputation was more regional rather than
14    national.  They suddenly became, to a degree,
15    famous.
16              And so it didn't surprise me at
17    all and I didn't object to them saying it
18    was, quote, their film as long as we
19    understood what we meant by that.  This was
20    the film featuring their work, you know.
21              So it didn't bother me, to be
22    honest, but Debbie was irritated by it
23    because she said they are acting like they
24    made the film; and I took a slightly did
25    different view of that.

Page 109

1          Q.     But I guess my point is they
2     didn't -- they not only didn't disavow it,
3     but they also adopted it as their own.
4          A.     Yes, to the degree that the
5     film magnified their reputation and gave them
6     credit, they happily accepted it.
7               I think the -- I think that
8     their concern was that they thought that that
9     credit should be greater --
10         Q.     Yeah.
11         A.     -- than it was.
12         Q.     Okay.  Did you get insurance in
13    connection with the film?
14         A.     What kind of insurance?
15         Q.     Movie insurance.
16         A.     In films there are different
17    types of insurance.  There is some insurance
18    that pertains to things like the safety of
19    your set, somebody falls off a ladder.  There
20    is that type of insurance.
21               Then there is sort of liability
22    insurance, which is a separate matter.
23               I'm assuming you're asking
24    about the latter.
25         Q.     Yes.

Page 110

1          A.     And we did not get that
2     insurance.
3          Q.     Why not?
4          A.     I'm really not sure whether we
5     were not able to get it, which I think may be
6     the case.  I don't know for sure, to be
7     honest.
8                 And this is an area that Bruce
9     generally deals with --
10         Q.     Okay.
11         A.     -- so he kind of keeps me
12    appraised [sic] of where we are on this kind
13    of stuff.
14         Q.     Yep.
15         A.     But I don't remember the
16    details.
17         Q.     Okay.  Okay.  But Mister --
18    that would have been in Mr. Schooley's set of
19    responsibilities?
20         A.     Right.
21         Q.     Okay.
22                MS. HABER KUCK:  Let's look at
23         23.
24         Q.     (By Ms. Haber Kuck)  Let's
25    look -- oh, we don't -- you should already

```
                                        Page 111
```

1      have -- we're going to -- I'm going to give

2      you a document we previously marked as

3      Exhibit 23.

4                   We looked at it yesterday, so

5      you should have it?

6          (Previously marked was Plaintiff's

7      Exhibit No. 23.)

8                   MS. HYLAND:  You said 23?

9                   MS. HABER KUCK:  23.

10         Q.      (By Ms. Haber Kuck)  Do you

11     recognize this document?

12         A.      Yeah.

13         Q.      What is that?

14         A.      It is a -- it's sometimes

15     referred to as a beat sheet, but it's not

16     a -- a real beat sheet is typically something

17     that is developed prior to filming and

18     reflects a map, a kind of schedule and map of

19     themes, who is being interviewed, what is

20     their potential location in a film.

21                  It's the kind of loose

22     organizational structure of a film.  We don't

23     script our films, but we do outline them.

24         Q.      Uh-huh.

25         A.      Quite commonly, Bruce will take

Page 112

1    a first stab at laying out a scenario.  And

2    it's a very rough scenario.  This is done

3    extremely early in the process.  And it's a

4    lot of maybe this and maybe that and possibly

5    that and how about this?  And a lot of

6    question marks.

7                    But the idea is to give some

8    form to a rather amorphous subject, list

9    potential people that we might or might not

10   interview, things we might or might not show.

11                   I would describe this as an

12   early brainstorming document.

13        Q.    Okay.  And I see that

14   Ms. Engelbrecht and Mr. Phillips are copied

15   on it?

16        A.    Yes.

17        Q.    And why were they copied?

18        A.    They're copied because although

19   we were emphatic from the beginning that

20   editorial control of the film would be

21   ours -- this is our film.  It's a D'Souza

22   Media project.  I am the narrator of the

23   film.

24                   Nevertheless, we intended to

25   try to work as collaboratively as possible

1    with them, have them know what we were doing

2    so -- just to give them a feeling of

3    knowledge, but also trust, that we were

4    thinking stuff through, we were asking the

5    right questions.

6                    In other words, we saw them as

7    sources of potential ideas and input even

8    into things that we were doing on an informal

9    basis.

10          Q.    And during the course of the

11    making of the film, how much did you

12    personally interact with Ms. Engelbrecht and

13    Mr. Phillips?

14          A.    It was, I would say, sporadic

15    and periodic.  Some of it had to do with the

16    content of the film.  Some of it had to do

17    with the sort of logistics or mechanics of

18    the film.  When will we get this?  When are

19    you guys doing that?  When can we expect

20    this?  Things like that.

21                    The strategy of the film was to

22    try to keep the content of the film inside

23    the film.  In other words, to do what, I

24    guess, as a kid I heard from my teacher as a

25    show your work.

1            So the idea was not to go back

2    and forth with them on prepared questions,

3    How would you answer this if I were to ask

4    you?  None of that.

5            But rather, You know your topic

6    really well.  We're going to be doing filming

7    on so-and-so date at so-and-so studio.  You

8    have to leave the mechanics to us, but I will

9    be conducting a freewheeling, in-depth

10   conversation with you.

11           A lot of the questions that I

12   have, some of which I know the answers to,

13   but many of which I don't, I'm going to

14   prefer to put to you on camera because I am

15   assuming that the audience would have those

16   exact same questions and I want to get

17   informal, unrehearsed answers because that

18   also is more kind of genuine, I guess is the

19   right word, in a film context.

20           You want people speaking

21   informally.  Nobody has notes.  I don't have

22   any notes.  This is not a -- you're not

23   acting out a script.  You haven't memorized

24   anything.

25           So my idea was to try to keep

Page 115

1    most -- not all, but most of the content

2    inside of the two conversations, the one that

3    Debbie and I had in The Woodlands and the

4    other with the Salem hosts.

5              Because even there, keeping the

6    film in mind, I wanted unrehearsed reactions,

7    both from Catherine and Gregg and from the

8    Salem hosts.  None of them were prepped in

9    advance.  None of them had seen anything that

10   Catherine and Gregg were going to show them.

11             I wanted to capture expressions

12   of surprise, disbelief, what the heck?  That

13   makes no sense.  I wanted all of that to be

14   inside the film so that the audience could

15   understand that this was a project that we

16   were approaching critically and skeptically,

17   not uncritically.

18        Q.    And so -- but in terms of the

19   communications that were needed in terms of

20   scheduling, in terms of getting information,

21   that sort of thing, is it fair to say that

22   Mrs. D'Souza was the primary contact for

23   them --

24        A.    Yes.

25        Q.    -- during the filming?

Page 116

1          A.     Yes.  On logistical types of
2    matters and also sometimes to convey content
3    matters, which came mainly from me, but were
4    relayed by her.
5          Q.     Looking at the beat sheet from
6    Mr. Schooley, if we look at the -- I think
7    it's the third page -- fourth page, it says
8    "Election Film:  Beat Sheet"?
9          A.     Yes.
10         Q.     He's talking about information
11   that he's hoping to get.
12                Did they -- did you ever get,
13   say, these five to six characters from the
14   mule list, one in each of these places?
15         A.     (Reviewing.)  This is Bruce
16   laying out a template, and I think laying out
17   a template in advance of us having content.
18         Q.     Right.
19         A.     So he is -- this is
20   imaginative.
21         Q.     Right.  I understand.  He's
22   saying, Let's see if we can get this.
23         A.     Let's see if we can get this,
24   and let's see if we can get that in.
25                And, you know, again, with --

Page 117

```
1     we look at this beat sheet, I kind of
2     internalize it, but then I also look at kind
3     of what we have and we construct our
4     argument, keeping in mind our original -- I
5     would call this sort of like a hypothesis.
6          Q.     Uh-huh.
7          A.     And then we draw in
8     information.  We recognize, of course, we
9     have certain things and don't have others.
10              And so this is in no way a --
11    the argument of the film.
12         Q.     Right.
13         A.     This is like early
14    brainstorming.
15              And I cannot even say that we
16    systemically pursued it, like, Hey, what
17    about Atlanta?  Hey, what about Phoenix?
18    Because I recognized fairly early on that we
19    had certain things and we didn't have other
20    things.  Also the paucity and shortage of
21    surveillance video was a big concern.
22              And I don't know if Bruce was
23    at that point aware of it.  I don't think he
24    was aware, or even me at this point, how many
25    videos we would get at all.
```

Page 118

```
 1              So -- so this just becomes an
 2    early stab that is -- becomes dependent on
 3    what we get later.
 4         Q.      Right.  And there are things
 5    he -- with the initial idea for the movie,
 6    things you might want to show in the movie.
 7    Fair?
 8         A.      That we might want to show in
 9    the movie, yes.
10         Q.      Yes.  Did you ever get -- No. 4
11    is (as read):  "People who were a approached
12    and declined."
13              Did you ever find anybody like
14    that?
15         A.      Let me just read this.  (As
16    read):  "Shouldn't we be able to find someone
17    that kept saying no to these harvesters?"
18              Oh, I see.  So Bruce is, here,
19    raising a question that is, I think,
20    virtually impossible to answer, which is to
21    say the reluctant mule, a mule that had been
22    approached by a nonprofit or that asked them
23    to go do this and the mule goes, I'm not
24    going to do it.
25              Catherine and Gregg told us
```

Page 119

```
 1    that they did have one or some of these they
 2    called them whistleblowers notably in
 3    Georgia, and that the whistleblower or
 4    whistleblowers insisted upon absolute
 5    confidentiality because they did not want to
 6    be prosecuted or busted in any way.
 7                They might have been either
 8    people who said no, but I think more likely
 9    they were people who participated in the
10    operation, but then had qualms about it.
11                And this was, in fact,
12    according to Catherine and Gregg, the reason
13    why they came up with the geotracking idea in
14    the first place; namely, to try to get more
15    systematic information on something that was
16    coming from a confidential whistleblower.
17                Very often if the whistleblower
18    is confidential, there is not a lot of
19    credibility to it unless you have some other
20    corroboration.
21         Q.    Right.  But so you never had
22    any people who were actually -- you never
23    found any people --
24         A.    No.
25         Q.    -- who were actually approached
```

```
                                          Page 120
 1      and then declined?

 2           A.      Correct.

 3           Q.      And going back to the first

 4      one, following this, you never found five or

 5      six mule characters that you were able to use

 6      from each of these cities, No. 1?

 7           A.      Yeah.  I wouldn't say that we

 8      were looking for that.  This wasn't on the

 9      original, you know, sort of -- kind of wish

10      list that Bruce developed.  But we don't have

11      any system by which we go through this list

12      and start looking for all of these things.

13               It's more in the nature of,

14      here is -- if we were on mission to get

15      everything we wanted, here are some ideas of

16      things that we could go after.

17               And, you know, in that sense,

18      No. 6 is illustrative, you know, Interview

19      Stacey Abrams.

20           Q.      Right.

21           A.      We didn't think there was a --

22      much of a chance of doing that.  Brian Kemp,

23      same.  Raffensperger, same.  Eric Holder,

24      same.

25               I did want to talk to Mark
```

Page 121

```
 1    Brnovich, but that never came about.
 2                 And so this is a very early
 3    think-out-loud list.
 4         Q.     No, I understand.
 5                 And you also -- he -- No. 5,
 6    you also didn't -- you didn't get 1 or 6.
 7    You also didn't get No. 5.  Right?
 8                 You didn't call out the
 9    operatives who ran the harvesting and the
10    organizations they used?
11         A.     That is correct.  We were
12    dissuaded from doing anything along those
13    lines.
14         Q.     By who?
15         A.     By Catherine and Gregg, who
16    were emphatic that the nonprofits not be
17    named in the movie and that we make no effort
18    to contact them.
19         Q.     And why was that?
20         A.      I think they felt that that
21    was -- I don't know the exact reason, but the
22    kind of things that went through my mind as
23    we thought about all of this, and obviously
24    my goal in this whole project was -- I
25    wouldn't say less is more, but the opposite.
```

Page 122

1      More is more.

2                    In other words, I wanted,

3      certainly initially, to show the faces of the

4      mules, to name all the nonprofits, to send a

5      film crew to the nonprofits and show where

6      they were.

7                    In an ideal world, that's what

8      we certainly would do.  That is -- that is

9      pursuing things to the limit, which is

10     generally my starting point.

11                   I -- however, I realized I was

12     working collaboratively.  I realized I was

13     working with an organization that had closer

14     dealings with and more familiarity with this.

15     I realized that they were doing continuing

16     work.

17                   They also emphasized to me that

18     they were in constant contact with the

19     authorities and there might be either

20     investigations that came out of this.  I

21     obviously had no intention to disrupt or

22     spoil those investigations.

23                   They also raised with me the

24     possibility of physical confrontations that

25     might occur if we produced -- our film crew

Page 123

```
 1      is of a rather elaborate and dramatic sort.
 2      There might be incidents.
 3                  And so all of this was highly
 4      toxic, in their view, and ultimately I was
 5      persuaded that we were not going to do that.
 6          Q.    Okay.  And that was based on
 7      your conversations with Catherine and Gregg?
 8          A.    And the reasoning just given.
 9          Q.    Yes.  And you said you also
10      originally wanted to show the faces of the
11      mules?
12          A.    Yes.
13          Q.    But you didn't do that either.
14      Right?
15          A.    Right.
16          Q.    And why not?
17          A.    I was persuaded in the end
18      that -- that that was not necessary and not
19      the thing that we had set out to do or to
20      show.
21                  In other words, we are not the
22      FBI.  We are not a law enforcement agency.
23      We are a -- we are a journalistic operation
24      making a documentary film attempting to throw
25      light on a matter of grave importance.
```

Page 124

1              As I mentioned, there is a
2      difference between voter fraud and election
3      fraud.  And if our goal was to try to somehow
4      bust individuals, then we would go and try to
5      find the guy who voted in Georgia, then moved
6      to Arizona and voted there also.  This was
7      never our intention.
8              Our intention was to try to
9      examine whether there is an organized
10     operation to deliver -- to traffic votes,
11     generally in bulk.  And, of course, one of
12     the overriding questions is, of a magnitude
13     sufficient to make a difference.
14             We were not interested in doing
15     investigation that showed that there was a
16     modicum of fraud that made no difference
17     because that would be, then, so what?
18             So in the end, I was
19     persuade -- we had internal discussions about
20     this and I was persuaded that it's not about
21     the individual mules.  It's not about, you
22     know, Fred who decided to do this.  Who even
23     knows wether he knew or she knew what they
24     were doing?
25             This is really about a matter

Page 125

1    of public policy significance.  And so

2    showing the face of the mules is not

3    essential and it's probably not even prudent.

4         Q.    And I've seen -- I've seen

5    public statements by you where you say there

6    were legal reasons you had to blur them.

7         A.    Those might have been also in

8    the back of my mind in the sense that

9    the -- I have an understanding, in general,

10   that things go through legal review.  Books

11   go through legal review.

12              It's quite customary.  And I've

13   had that happen to me 25 times with pretty

14   much every book I've written.  And it is --

15   it's not unusual for us to discuss legal

16   aspects of something and try to take those

17   into account.

18        Q.    Did anyone ever tell you that

19   as long as you blurred someone's face, you

20   could say false things about them with

21   impunity?

22              MS. HYLAND:  And I'm going to

23         instruct you not to answer that if it

24         discloses attorney-client

25         communications.

Page 126

```
 1        A.     Without disclosing any
 2   attorney-client conversations, no one has
 3   ever said that to me.
 4        Q.     (By Ms. Haber Kuck)  Okay.  Has
 5   anyone ever said to you that you could blur
 6   someone's face and then just make things up
 7   about them?
 8              MS. HYLAND:  Same.
 9        A.     With the same proviso,
10   absolutely not.
11        Q.     (By Ms. Haber Kuck)  Okay.  And
12   isn't it also true that if the faces of the
13   mules were blurred, then no one could
14   challenge the assertion that they were mules?
15   Was that part of the consideration?
16        A.     No.
17        Q.     It would make it harder,
18   though, for any individual to challenge the
19   assertion that they were a mule.  Correct?
20        A.     You mean the individual who was
21   depicted in the --
22        Q.     Yeah --
23        A.     -- video themselves?
24        Q.     -- yeah.  Yeah.
25        A.     Yeah, possibly.  I can't say
```

Page 127

1    that even entered into my mind.

2         Q.    And this didn't -- and the

3    blurring didn't have anything to do with the

4    insurance, the liability insurance, because

5    you didn't get that for this film.

6         A.    Well, I wasn't involved in the

7    insurance part of the discussion, Bruce was.

8              But Bruce and I, you know,

9    talked about blurring, and basically Bruce

10   and then Debbie were advocates of blurring

11   and I was an advocate for not blurring.

12             But ultimately I acceded to

13   their concerns and agreed with them, and we

14   made the decision -- I mean, I did -- to

15   blur.

16        Q.    Okay.  So your testimony now is

17   it was just a -- it was really just a

18   stylistic issue?

19        A.    I didn't say that.

20             MS. HYLAND:  Objection.  I

21        don't -- I don't --

22             MS. HABER KUCK:  Okay.

23             MS. HYLAND:  -- think that's

24        what he said.

25        A.    Yeah, I didn't say it was a

Page 128

1    stylistic issue.  I thought it was

2    substantive on a number of levels.

3         Q.    (By Ms. Haber Kuck)  Okay.  But

4    you also were in favor of not blurring the

5    faces.

6         A.    Initially.

7         Q.    And you were convinced by

8    Mrs. D'Souza and Mr. Schooley that you

9    should.

10        A.    Yes.  And I'm trying to

11   remember if Catherine -- Catherine and Gregg

12   also weighed in on that.  I'm pretty sure

13   that they were on, loosely speaking, the

14   Bruce and Debbie side of this -- of this

15   discussion, but I don't remember anything

16   specific that they said.

17        Q.    Okay.  The last question I have

18   about Exhibit 23 is on the last page.  It

19   says (as read):  "Other."  And it says (as

20   read):  "The third thing is we need a couple

21   of investigators to hit the street.  They

22   could be on screen."

23             Do you see that?

24        A.    Where is that?

25        Q.    The last page.

Page 129

1          A.      Okay.  I'm on the last page.

2          Q.      (iii).

3          A.      Oh, yes, I see it.

4          Q.      Did you ever send out any

5     investigators in connection with making the

6     film?

7          A.      No, for the reason I gave a

8     little earlier; namely, we -- we thought

9     about it.  We rejected the idea because the

10    potential of confrontation was too high and

11    we thought that the benefit was outweighed by

12    the cost or the risk.

13         Q.      Okay.  And that risk was

14    conveyed to you by Mr. Phillips and

15    Ms. Engelbrecht?

16         A.      Possibly, but probably more

17    internally.  We -- you know, we do the

18    devil's advocate in all the things that we

19    do.  And so what's the upside?  What's the

20    downside?  What are we looking to get?  What

21    is the probability that we could get it?

22                 And so the idea of

23    investigators going on the street and being

24    on screen, which is to say with a camera

25    behind them, no one is going to say anything

Page 130

```
 1     when they see a film crew following some guy.
 2     No one is going to reveal anything that's
 3     going to be all that valuable.
 4               Plus, if there is a showdown
 5     and they are trespassing or they are this or
 6     they are that, it's just not worth it.
 7               So I think this was not
 8     actually a hard call.
 9          Q.    And you didn't have -- did you
10     have any discussion about sending
11     investigators out to find some of these
12     people that were described in here, but not
13     on film, just doing more investigation?
14          A.    We had absolutely no way to do
15     that outside of Catherine and Gregg because
16     they were in possession of the geotracking
17     data.  They -- if there were cell phone IDs
18     of the -- of anybody, they had them.  We
19     never got them nor could we do anything with
20     them.
21               And so those were avenues that
22     one could -- one could brainstorm about, but
23     there is no practical way to carry them out.
24          Q.    So you had to just rely on
25     their word?
```

1          A.     We had to rely on their work,

2     not their word.  But we rely on their work

3     and their -- and their summaries and

4     presentations of their data and their

5     evidence, and also corroborate it to the

6     degree that reasonably could be done.

7          Q.     And what -- is there anything

8     you did to corroborate that work other than

9     what we've already discussed?

10         A.     Sure.  For example, they

11    described the mule operation in Yuma,

12    Arizona.  And the -- helpful to that was that

13    there was an ongoing case in Yuma, Arizona,

14    involving ballot trafficking.

15              And so I learned everything I

16    could about the case, and it completely

17    supported what Catherine and Gregg had been

18    saying about it.  And it was, in fact, eerily

19    similar to the overall mule operation

20    described in the movie.

21              They also referred me to the

22    North Carolina case, which also involved

23    illegal ballot trafficking, ironically in

24    this case done by a Republican.  And I also

25    was insistent that that be put in the movie

Page 132

1    to emphasize that this was not a kind of a

2    mere partisan type of film; that there may be

3    partisan implications, but, on the other

4    hand, there was -- there had been Republican

5    ballot trafficking.

6              This had been not only been

7    busted, but it had been -- it resulted in the

8    overturning of a North Carolina congressional

9    election.  I learned everything I could about

10   that.

11             And that not only corroborated

12   what Catherine and Gregg were saying about

13   that case in particular, but it corroborated,

14   again, the generic mule operation.

15             If you look at the mechanics of

16   what happened in North Carolina, it was

17   identical in substance and very nearly in

18   form to what was being described as the

19   broader mule operation in the 2020 election.

20        Q.    Okay.  Other than those two

21   things, was there -- was there anything that

22   you did to corroborate not just that there

23   were particular incidents, but there was some

24   broader organizational structure that had

25   this mule operation?

Page 133

```
 1        A.    Well, I -- I discussed the
 2   general findings of Catherine and Gregg with
 3   people that I considered highly credible on
 4   the topic of how election fraud is organized,
 5   notably Hans von Spakovsky of the -- formerly
 6   of the Federal Election Commission.  This is
 7   a man who is an encyclopedia on election
 8   fraud.
 9        Q.    Well, let me just stop you
10   because we talked about him earlier.
11        A.    Yes.
12        Q.    Other than those people...
13        A.    Other than those people.  Well,
14   I guess what I was saying was initially I was
15   talking about something different.  I was
16   talking about the fact that I would draw the
17   implications of Catherine and Gregg's work
18   and test those against these other.
19             But now I'm talking about the
20   fact that I specifically discussed with Hans
21   and with Harmeet, and there was also another
22   election lawyer named Cleta Mitchell, whom I
23   met in another context, but I knew that she
24   had done some work with Catherine and Gregg.
25             And so I specifically asked
```

Page 134

1    them about Catherine and Gregg's work and

2    asked them what their assessment was of the

3    credibility and value of this work.  And I

4    was reassured, even by some people who did

5    not like Catherine and Gregg personally, that

6    their work was excellent and that -- and that

7    this was a very alarming development that

8    they were describing and that, according to

9    Hans von Spakovsky, it fit in with other

10   things that he was quite familiar with.

11              And so he considered this to be

12   believable, I suppose plausible is another

13   way to put it, and he was very interested to

14   comment on it, and he did so in the film.

15        Q.    But, again, none of those

16   people are experts in the geotracking aspect

17   of it?

18        A.    Yeah, but we're talking about

19   two different things.  We're talking about an

20   election fraud operation and how it's carried

21   out.

22              That is quite separate from the

23   retroactive technical mechanics of

24   discovering and excavating that operation.

25              I'm talking about the former.

Page 135

```
 1    I'm not talking about whether Gregg has got a
 2    degree in geotracking.  I'm talking about, is
 3    it believable that the election fraud
 4    operation described by Catherine and Gregg as
 5    a result of their geotracking and
 6    surveillance video, is that plausible?  Is
 7    that the way things have been done before?
 8    Have you ever seen anything like this?  Is it
 9    crazy?
10              Those are the questions I raise
11    with credible people who know a lot about the
12    subject, and I was assured on
13    multiple -- from multiple angles that it is
14    creditable, it's highly interesting, and it,
15    in fact, is a logical fraud scheme that would
16    have come out of something like -- like the
17    COVID pandemic.
18         Q.    But, again, it's a logical
19    conclusion in terms of proving it
20    scientifically.  That's not what those people
21    were opining on.
22         A.    They were opining on the fact
23    that any finding to the effect that there had
24    been, let's call it, fraud magnitude 100 is
25    believable because fraud magnitude 7 has been
```

Page 136

1  going on for a long time over here and there

2  and here.

3          And under COVID, when you have

4  a proliferation of mail-in drop boxes, all

5  that the fraudsters have to do is scale up

6  and they will be able to do, let's say, you

7  know, 50-fold or 10-fold what they have been

8  previously doing on a smaller scale.

9          So, in other words, the

10  operation in miniature was familiar to people

11  who are familiar with election fraud, and

12  they were like, Oh, no, it looks like this is

13  now being ramped up to a previously

14  unexpected scale; yes, Dinesh this is

15  definitely something you want to get to the

16  bottom of.

17      Q.    Right.  So they're talking

18  about such a fraud could have -- it would be

19  plausible that such a fraud could have

20  occurred.  They are not assessing the

21  underlying evidence that Catherine and --

22  Mr. Phillips and Ms. Engelbrecht had.

23      A.    Correct.  And I -- yes, they

24  were not assessing the evidence.  At that

25  point, they hadn't seen it.  Subsequently,

1    they have seen the movie and have commented

2    on that.

3              But at the time, no.  They were

4    commenting on the topic, the nature of the

5    operation, the plausibility of something like

6    this happening at scale, and also on the

7    credibility of Catherine and Gregg as far as

8    they knew it.

9         Q.    As far as they knew it in terms

10   of election work, election integrity work?

11        A.    Election integrity work and

12   election intelligence work.

13        Q.    Who selected the videos that

14   were used in the film?

15             MS. HYLAND:  Objection,

16        ambiguous.

17        Q.    (By Ms. Haber Kuck)  Who

18   selected the videos of the drop box footage

19   that -- strike that.

20             Who selected the drop box

21   footage that was shown in the film?

22        A.    That was selected by Bruce and

23   Nathan based upon the videos that we received

24   from Catherine and Gregg.

25             And in -- I don't know if

Page 138

1    "consultation" is the right word, but

2    Catherine and Gregg ultimately, you know,

3    knew what we had selected and in what context

4    we had put those videos.

5              The -- we were looking for

6    videos that were obviously informative and

7    also videos that were not so grainy or fuzzy

8    that the audience would be like, I don't even

9    know what I'm looking at.

10             So there was a clarity

11   component to selecting the videos.  But I

12   think it's fair to say that we used all the

13   usable content that we got from Catherine and

14   Gregg.

15             In other words, this is not a

16   case where -- where we had a plethora of

17   videos and we made our own selection.  We did

18   make our selection, but the selection was

19   using the main stuff that we got from them.

20        Q.    Let's look at -- it's -- this

21   is a document we previously marked as

22   Exhibit 40.  We had it yesterday.

23          (Previously marked was Plaintiff's

24   Exhibit No. 40.)

25        Q.    (By Ms. Haber Kuck)  You see

Page 139

1       this -- this appears to be an email from
2       Ms. Engelbrecht to Mr. Schooley and you
3       appear to be copied on it?
4            A.      Yeah.
5            Q.      And in the email he is
6       responding to, Mr. Schooley says (as read):
7       "Do you have video of multiple drops by the
8       same person and/or ballots and/or evidence
9       they are out of state?"
10                   Do you see that?
11           A.      Yeah.
12           Q.      Do you recall discussion about
13      trying to get from TTV video showing the same
14      person going to multiple drop boxes?
15           A.      Yes, we did discuss that.  I --
16      yeah, we discussed it with them.
17                   It is important to note the
18      date of this, which is January 10, very early
19      in the game.  Very -- this is about when
20      we're beginning the film.
21                   It looks like from the context
22      that we've received a sort of -- "dump" is
23      the wrong word, but we received a bunch of
24      videos.  And it is not clear to me that any
25      communication has occurred between Catherine

Page 140

1    and Gregg at this point and Bruce and Nathan.

2                 Bruce and Nathan

3    have -- because while Bruce was present at

4    the Salem meeting, Nathan was not.

5                 So what you have here is an

6    attempt to make sense of video content that

7    is completely lacking in context.  And so

8    that's why Catherine says, correctly (as

9    read):  "We have folders.  Let's talk it

10   through.  We can help you make sense of

11   things.  Things are not always what they

12   appear."

13                And so that's -- that is the

14   explanation for what's going on here.

15                But if you're asking if at any

16   time, not here or subsequently, did I discuss

17   with Catherine and Gregg or -- and did we

18   discuss with them the idea of showing the

19   same mule at multiple drop boxes, absolutely

20   we did do that.

21        Q.      You discussed it with them, but

22   you never actually got footage of the same

23   person going to multiple boxes.  Right?

24        A.      Correct.  We did -- we did get

25   footage of at least two cases of the same

Page 141

```
1     mule appearing on different occasions in
2     different clothing at the same drop box.
3                    We call those, colloquially,
4     the doppelganger videos.
5                    (Reporter clarification.)
6                    THE WITNESS:  Doppelganger,
7        D-O-P-P-E-L-G-A-N-G-E-R.
8                    I probably should have
9        abstained from that term.
10        A.    Doppelganger videos.  So we
11    have that.
12                    Really what we got from
13    Catherine and Gregg was a very plausible
14    reason for why this very reasonable
15    expectation was very difficult to meet.
16        Q.    (By Ms. Haber Kuck)   Okay.
17    What was their explanation?  And then we will
18    go back to the doppelganger videos.
19        A.    Okay.  Their explanation was
20    that the surveillance video rules were
21    grievously flouted under the pretext of
22    COVID.  So that while it is in the election
23    rules and guidelines that all drop boxes must
24    have 24/7 video, this was not done.
25                    There are entire states where
```

1    it was not done at all.  There are some

2    states where it was done in a partial way.

3    There are other states where it was done, but

4    the video not provided.  Some of the video

5    was forthcoming, but hadn't come in yet.

6              And so I remember having a

7    discussion -- and I don't remember if it was

8    with Catherine and Gregg or with our own

9    team -- in which we were making an analogy to

10   a serial killer who had gone to ten different

11   homes and committed ten murders and his phone

12   placed him at those homes in ten places.

13   However, only Home No. 4 happens to have a

14   surveillance video.

15             And so you look on the cell

16   phone -- you look at the cell phone

17   geotracking and it shows, let's just say that

18   on Wednesday night at 1:00 a.m. he showed up

19   at that home.  You look at video and there he

20   is.

21             I argued, to me, this is highly

22   plausible evidence that this is our guy,

23   because the cell phone places him at all the

24   ten homes.

25             And even though I would love to

1      have video at all the ten homes and I would

2      have video at all the ten homes if there were

3      ten surveillances in all those ten homes; but

4      if there are only surveillance in one home

5      out of ten, it's a little silly to say,

6      Where's the surveillance video of the other

7      homes when the rules are grievously being

8      flouted and very -- there is very little

9      video that is actually done.

10          Q.      Although, in your example, we

11     would know that there were ten murders

12     because we would have ten bodies.

13          A.      Exactly.

14          Q.      It's just a question of who

15     committed them.

16          A.      It would be just a matter of

17     who committed them.  But the -- what -- I

18     guess what -- the point of the analogy is

19     that the plausibility that this particular

20     suspect whose cell phone places him at those

21     locations and is corroborated in only one

22     location I think is sufficient to convince a

23     reasonable adjudicating panel, Yeah, that's

24     our guy.

25          Q.      So when you talk about these

1    doppelganger videos, what are you talking

2    about?

3         A.    I'm talking about the fact that

4    we noticed from looking at the videos, and

5    especially looking at the videos also more

6    closely afterward, that quite obviously in at

7    least two cases you see the same guy show up

8    at a drop box, same -- and deposit multiple

9    ballots.

10        Q.    And again, when you say "we"

11   noticed, who is the "we"?

12        A.    The "we" is I noticed, Bruce

13   noticed.  We obviously brought it to the

14   attention of Debbie.

15             Our team noticed that this is

16   the case.

17        Q.    Just by looking at the videos,

18   they seemed to be the same person?

19        A.    Well, they -- they are quite

20   obvious -- well, I -- yes, by looking at the

21   videos, they seem to be same person, yes.

22        Q.    And --

23        A.    I mean, as far as I'm

24   concerned, they are the same person; but

25   seemed to be is reasonable, I guess, under

Page 145

1      the circumstances.

2           Q.      And did -- were you able to get

3      Ms. Engelbrecht or Mr. Phillips to confirm

4      from the geotracking data that they were the

5      same person?

6           A.      No.  But I remember at one

7      point talking to Gregg.  This was after the

8      film came out when there were some critics of

9      the film who said, Show me the same guy

10     multiple --

11                  This was a -- this was a

12     critique of the film that came not just from

13     the left, so to speak, but a little bit even

14     from the right, Ben Shapiro and others.

15                  I was very eager to either

16     respond to it, rebut it, or explain why this

17     is the case.  And I remember discussing this

18     with Gregg.

19                  And he drew my attention to one

20     of those two doppelganger videos.  And he

21     goes -- it might at that point have been a

22     screenshot.  I'm really not sure.  But it was

23     like, Check this out.

24                  I was like, That's interesting.

25                  Because, to me, you know, here

1     you have something consistent with what they

2     are telling us.  You may not be able to find

3     the same mule at multiple drop boxes, but

4     guess what?  We can find the same mule

5     showing up again, at least twice, on the same

6     drop box, and I -- we couldn't think of a

7     reason why anyone would do that.

8          Q.     But, again, that's not based on

9     geotracking data.  That's just based on you

10    looking at the videos.

11         A.     In this case, it was based

12    upon -- in this case -- in this particular

13    conversation with Gregg, it was based upon

14    looking at a screenshot, but I have

15    subsequently seen the videos.

16         Q.     Right.  But -- so none of these

17    so-called doppelganger videos, you do not

18    have geolocation data supporting the idea

19    that it was the same cell phone or it's the

20    same person.  You're just doing it by looking

21    at the video.

22         A.     Just doing it by looking at the

23    video.  I -- right.  I haven't pursued it

24    beyond that.

25         Q.     And you didn't ask

Page 147

1    Ms. Engelbrecht or Mr. Phillips to confirm
2    that with their geolocation data?
3         A.    Well, as I said, this really
4    became apparent afterward.  In other words,
5    this was part of the debate around the film.
6    It was not -- it was not part of the -- the
7    making of the film.  And so it...
8         Q.    So, no, you didn't --
9         A.    I did not.
10        Q.    Okay.
11              (Reporter clarification.)
12        Q.    (By Ms. Haber Kuck)  No, you
13    did not ask them to confirm it?
14        A.    To confirm it by geotracking.
15        Q.    Right.  Right.
16        A.    Yeah.
17        Q.    And when you say "afterwards,"
18    was it -- was it in connection with this
19    litigation or was it something before that?
20        A.    Both.  I was aware of
21    doppelganger videos before that.  The
22    conversation I had with Gregg was prior to
23    the litigation.  Same guy at the same drop
24    box, clearly different day, different outfit,
25    different everything.

Page 148

```
1              And obviously we looked a
2    little more closely at the videos also after
3    the litigation commenced.
4              And I'm not sure if I was aware
5    prior of the second case, but -- or whether
6    we discovered that later, but I was aware of
7    the phenomenon prior to the litigation.
8         Q.    Okay.
9              MS. HYLAND:  How far are we
10         from lunch break?
11              MS. HABER KUCK:  Can we go,
12         like, 20 minutes?
13              MS. HYLAND:  Okay.
14              MS. HABER KUCK:  You okay?
15              MS. HYLAND:  I'm okay.
16              MS. HABER KUCK:  Are you okay?
17              THE WITNESS:  Sure.
18              MS. HABER KUCK:  Okay.
19         Q.    (By Ms. Haber Kuck)  Do you
20    recall that the TTV actually provided two
21    batches of surveillance videos?
22         A.    Yes.
23         Q.    Okay.  And tell me how that
24    came to be.  How were there two -- describe
25    the two batches for me.
```

```
 1          A.     I know about these indirectly
 2    in that -- in that I am kept informed of
 3    what's happening, but I'm not the direct
 4    recipient.
 5                 Generally, our video content
 6    will go -- I mean, I might be copied on it
 7    initially, but it really goes to Bruce and
 8    Nathan.
 9                 And -- but I was aware that
10    there was an initial, roughly, 70 videos that
11    were sent.  And subsequently we got a second
12    batch of videos.  I'm not sure if we got them
13    all at once.  I'm not sure how many there
14    were exactly.  But they -- it was Batch 2.
15          Q.     Let me -- I'm going to mark as
16    Exhibit 100 a document bearing Control No.
17    TPNF-0004579.
18     (Marked was Plaintiff's Exhibit No. 100.)
19          Q.     (By Ms. Haber Kuck)  Do you
20    recognize this document?
21          A.     (Reviewing.)  Yeah.
22          Q.     And what is it?
23          A.     It's a communication between
24    Nathan and then Bruce and then me.
25          Q.     And what are you discussing?
```

1           A.      We're discussing -- Nathan is

2      talking about what he got from Gregg and

3      Catherine, G&C.  And Nathan is talking about

4      some VO, a voice over, to connect to the

5      Salem part that comes next in the -- in the

6      structure of the film.

7                   (As read):  "I played one full

8      screen because it's the only good left that

9      wasn't shown."

10                  Don't quite know what that

11     means.

12                  And then he is making a plea to

13     get more mule videos.

14          Q.      And you say (as read):

15     "Realistically I think this is out of the

16     question, at least for now."

17                  Do you see that?

18          A.      Yes.

19          Q.      And why were you saying that?

20          A.      I'm not entirely sure,

21     but -- I'm not entirely sure.  It could

22     be -- well, I mean, I can -- I can think of a

23     couple of reasons just given the context and

24     given where this is on the calendar with

25     things.

Page 151

1                    But one of the themes of Gregg
2       and Catherine, as I say, that became apparent
3       as the movie -- as the production process
4       went along was that we were not quite as
5       simpatico as I had hoped and thought.
6                    They had their own agenda,
7       their own vision, their own expectation of
8       what they owed us or would give us.
9                    They made it quite clear that
10      they are not giving us everything that they
11      have because they have every right to release
12      some of it separately, later, on their own.
13                   So they -- they were -- I guess
14      they saw this as a limited partnership, to
15      put it that way.  And so I had sensed a
16      reluctance on their part to go the whole hog,
17      so to speak.
18                   And I think I'm diplomatically
19      reflecting this in this conversation, like,
20      listen, we have to sort of -- we have to
21      approach this cautiously because I'm clearly
22      getting pushback and resistance from them on
23      the grounds I just described.
24           Q.     Although didn't your agreement
25      give you exclusive right to the video?

Page 152

1          A.      It did.  And my experience in
2     these situations is that people frequently
3     agree to things and then they go
4     passive-aggressive on you when it comes to
5     actually delivering them.  Subsequently, we
6     realized that this was true also about the
7     confidentiality provisions.
8                  And, to a degree, I understand
9     this.  And I say this because I don't mean
10    to -- I don't mean to imply that I didn't get
11    that they are a voter integrity organization
12    that's been doing this for a decade.  We were
13    making a film and quite happy to march on to
14    the next film.
15                  So, in other words, I
16    understood their sense of proprietorship.  I
17    believed that they -- it took them a lot of
18    effort to do this.  I recognized that they
19    were very busy and doing other things.
20                  And because although we were
21    giving all our attention to this project, it
22    would be fair to say that they were not
23    giving all of their attention to us.  And I
24    accepted that and actually even expected it.
25          Q.     And did you have any concern

1    that it was difficult to get video from them,

2    that maybe this -- that maybe they didn't

3    have the video, maybe it didn't exist?

4         A.    At times I thought that -- that

5    there may be video that we're not getting.

6    At other times they -- they never said that

7    to us.  They always emphasized, It is really

8    hard to process this video.  It's extremely

9    time-consuming.  It's extremely expensive.

10                   And so we understood that we

11   were operating with limited, sort of,

12   availability here.  And we were trying to

13   make the best of what we had.

14        Q.    Did there come a time shortly

15   after this when the Salem folks viewed the

16   film?

17        A.    The Salem folks viewed the film

18   shortly after "this," meaning after the --

19        Q.    At the --

20        A.    -- 29th of March?

21        Q.    Yeah.  Yeah.

22        A.    Yeah.  The film was released in

23   early May, and so there would have been a

24   rough cut of the film sometime in April and

25   then more of a final cut in late April, and

Page 154

1    Salem would have viewed both.

2           Q.      And do you recall that when

3    they viewed the film they were concerned

4    about there being a lack of evidence of

5    wrongdoing shown in the film?

6           A.      Yeah, I remember this -- I

7    remember their initial reaction to the film.

8    They liked a lot about it, and yet they

9    raised some concerns about it, which, quite

10   frankly, I welcomed because we want to make

11   the most persuasive, intelligent film.  I

12   like to anticipate all potential objections

13   beforehand.  I don't want to be told after

14   the film, You didn't do this.

15                  And there are things I might

16   not do, but I would want to know the reason

17   why I didn't do them beforehand.  And so, to

18   me, this was a very welcome critique by Salem

19   and exactly part of the vetting process

20   that -- the kind of broad vetting process

21   that we establish for all of our films.

22           (Brief off-the-record discussion.)

23           Q.      (By Ms. Haber Kuck)  Let me

24   show you a document we looked at yesterday.

25   It's Exhibit 80.

Page 155

1          (Previously marked was Plaintiff's

2     Exhibit No. 80.)

3          A.     (Reviewing.)

4          Q.     (By Ms. Haber Kuck)   Do you

5     recognize this document?

6          A.     Yeah.

7          Q.     What is it?

8          A.     It's an email chain that kind

9     of bumps from one to the other, but it starts

10    off with some feedback from a fellow named

11    David Evans at Salem.

12               He has evidently shown the

13    rough cut to people in the larger Salem

14    universe; namely, Regnery and their publisher

15    and Townhall, which is one of their news

16    websites.

17               And he is gleaning their

18    collective critiques, and he offers three

19    specific suggestions.

20         Q.     And one of them is to get the

21    same person visiting multiple drop boxes?

22         A.     Yes.

23         Q.     And then Mr. Frankowski says

24    that there was no such video?

25         A.     He's making a bit of a movie

1      point, I think, here, which is that he seems

2      to be saying that Gregg does say that there

3      is a mule at more than one location, but

4      Nathan is saying that it doesn't -- it's not

5      validated in the video.

6                  This is really a cinematic

7      point, which is that if you say that

8      that's Dinesh over here and there is Dinesh

9      over there, the audience must independently

10     be able to recognize that it's me.

11                 So if it's, there is Dinesh

12     over here, but there is Dinesh over there but

13     he's facing to the back doesn't really work

14     in a movie because the audience is, like, I

15     don't see it.

16                 So that's the point that Nathan

17     is making.  He says that Gregg thinks that

18     there is, in fact, a mule at more than one

19     location.  But Nathan is saying, But I recall

20     the one you did have, it's a faraway shot and

21     dark, so it could be anyone.

22                 So it didn't work in the film.

23          Q.     So, at best, he only had one

24     and it didn't -- it wasn't -- it was

25     inconclusive from a video standpoint?

Page 157

```
 1        A.     What he's saying is from video
 2    standpoint for a movie, yes, that is the
 3    case, correct.
 4              Sometimes in other contexts a
 5    grainy video and so on can work because
 6    people will magnify it, look at it more
 7    closely.  But in a movie, you basically get
 8    to see something and then you get to see
 9    something else.
10        Q.     So we talked about earlier in
11    the movie to qualify as a mule, these people
12    would have had to have gone to ten drop
13    boxes.  Right?
14        A.     Right.
15        Q.     And there were allegedly 242
16    mules in Atlanta.  Correct?
17        A.     Using that criterion, yes.
18        Q.     Yes.  So did you have some
19    concern that you didn't have even one video
20    of any of these people going to more than
21    one.
22              I mean, there should be 240
23    people and they are going to -- each going to
24    at least ten drop boxes.
25              Did you have some concern that
```

Page 158

1    you couldn't find a video of anyone going to

2    more than one?

3         A.    I did have that concern and I

4    raised that concern.  And the reason I was

5    ultimately satisfied or at least -- I

6    wouldn't say fully satisfied, but sort of

7    grudgingly went ahead is probably best way to

8    put it, is because I came to the

9    understanding that even in the places where

10   there was video, notably Georgia, the video

11   was very sparse.

12              In other words, the majority of

13   the drop boxes did not have video.  And so

14   you always have to ask, Well, what would you

15   expect?

16              And so as I -- using my example

17   from earlier, if you have a 1 in 10 ratio of

18   surveillance video, then it's going to be

19   really hard to find mules going to multiple

20   drop boxes.  That's just by the nature of the

21   algebra.

22        Q.    Even though there's 242 of

23   them?

24        A.    Even though there's 242 of

25   them, yes.

Page 159

1              MS. HABER KUCK:  Okay.  We can
2        take a break for lunch.
3              MS. HYLAND:  Okay.
4              THE VIDEOGRAPHER:  Going off
5        the record.  The current time is
6        12:31.
7              (Recess taken at 12:31 p.m.,
8        resuming at 1:28 p.m.)
9              THE VIDEOGRAPHER:  Going back
10        on the record.  The current time is
11        1:28 and this is the start for Media
12        4.
13        Q.     (By Ms. Haber Kuck)  So before
14   lunch we were talking about the videos
15   obtained from TTV.
16              Do you recall that?
17        A.     (Moving head up and down.)
18        Q.     And they -- and I believe you
19   say this in the book and the movie.  They had
20   4 million minutes of video surveillance?
21        A.     That's what we understand.
22        Q.     Did you ever have reason to
23   think that wasn't true?
24        A.     No.
25        Q.     Let me show you a document we

Page 160

1    marked yesterday as Exhibit -- I'm not sure

2    which day we marked it.  It's been marked

3    previously as Exhibit 49.

4                   MS. HABER KUCK:  I have one

5           more copy.  You should have it.  We

6           looked at it yesterday.

7           (Previously marked was Plaintiff's

8    Exhibit No. 49.)

9           A.      (Reviewing.)

10          Q.      (By Ms. Haber Kuck)  Do you

11   recognize this document?

12          A.      Yes.

13          Q.      What is it?

14          A.      It appears to be a summary of

15   Catherine talking to Debbie, copying Gregg

16   and me, about some questions that we seem to

17   have asked prior.  And this is responding in

18   an itemized way to those questions.

19          Q.      And you're copied on this.

20                  Do you remember receiving it?

21          A.      Yeah.

22          Q.      Okay.  With respect to the

23   first category (as read):  "Video footage and

24   how many we can realistically have.  We want

25   to show mules all of what you have that

Page 161

1    works."

2              That was the first request?

3        A.    Yes.

4        Q.    She says (as read):  "We have

5    around 70 videos currently separated out and

6    are scaling our efforts to review more.  This

7    is an incredibly time-consuming because it

8    involves reading the geospatial data to try

9    and find a match in really poorly detailed

10   county video, so only the analysts can do

11   that."

12             Do you see that?

13       A.    Yes.

14       Q.    And are those -- she refers to

15   around 70 videos.  Are those the ones that

16   you had already received?

17       A.    I think in context it seems

18   clear; that is, it's dated February 10.  So

19   to me it makes sense in my timeline that we

20   would have gotten the first batch of videos,

21   and that's what she's referring to.

22       Q.    And do you understand, from the

23   way she describes it, she's talking about

24   videos that they had done the geospatial

25   matching on?

Page 162

1          A.      Yeah.   My understanding was

2    that that was a consistent pattern.   And, in

3    fact, it has to be because there is no -- I

4    cannot think of a reasonable way to excavate

5    videos of mules without doing that.

6               You've got 4 million minutes of

7    video and unless you have somebody watching

8    24 hours a day to, Hey, I found somebody at

9    this drop box, you really have to coordinate

10   the two.   That is the essence of the task

11   here.

12               In other words, you can have

13   the geotracking without the video, but you

14   really can't have the video without the

15   geotracking, as I understand it.   And I think

16   that's what she's confirming here.

17          Q.      And then she goes -- she goes

18   down -- at the bottom she says (as read):

19   "We have millions of minutes of general

20   footage so we can break apart clips and as

21   long as they are too blurry to determine

22   identifiable features, they could work for

23   purposes of showing movement to the drop

24   boxes and giving a 'fly' effect."

25               Do you see that?

Page 163

1        A.     Yeah.

2        Q.     So when she's using the term

3    "general footage," did you understand her to

4    mean the footage that hadn't yet been linked

5    to the geospatial tracking?

6        A.     Exactly.  She seems to be

7    saying that if you don't have enough usable

8    video, we can just scroll the video and we

9    will find some people moving around; and as

10   long as you have no idea who they are, quote,

11   sort of what we would loosely in films call

12   something like crowd footage or B role or

13   background footage or showing someone walking

14   through a subway.  There are obviously other

15   people milling about.

16            She appears to be suggesting

17   this.  It's not an advice that we took in any

18   way, but she's throwing out an idea to

19   seemingly satisfy our question.

20       Q.     And did you get a second batch

21   of footage from them?

22       A.     Yes.

23       Q.     And was that the general

24   footage as opposed to the footage that had

25   been tracked?

1        A.      No, we never got -- we never

2    got general footage.  We got a second batch

3    of mule videos.  I don't know on what date,

4    but that was Batch No. 2.

5        Q.      And your understanding that --

6    was that that was a batch of videos that

7    actually had been matched?

8        A.      Yes.

9        Q.      Did she tell you that?

10        A.      That was the agreed-upon

11    understanding of the videos, the mule videos

12    we were using in the movie, given that we

13    had -- by this time we had already done the

14    interview with Catherine and Gregg.  So this

15    is subsequent to all that.

16        Q.      Right.

17        A.      And in the -- in the interview,

18    which is to say in the movie, we couldn't

19    have been more clear up front about what a

20    mule is.

21            That was the point of the very

22    basic:  What is a mule?  What is geotracking?

23    How do you define a mule?

24            So our criteria had been put on

25    the table by then and we were operating

Page 165

1    within that criteria.

2              I -- when I read this, I paid

3    no attention to the bottom of it because I

4    took it as really one of those, We're trying

5    to be helpful and here is a wild idea.

6              I was, like, Pass.

7              So, no.  We were -- we asked

8    them, and I believe there is plenty of

9    documentation where we specifically asked

10   them, We need more mule videos.

11             Not, We need general footage.

12   We need mule videos.

13        Q.   And who did -- who did they

14   give that second batch to?

15        A.   The second batch went to

16   Nathan.  I'm not sure of the mode of the

17   delivery, whether in person or somehow

18   digitally or -- I have no idea.  But I know

19   that it was delivered and Nathan received it.

20        Q.   And do you know if -- well,

21   strike that.

22             Did you have any direct

23   conversations with Ms. Engelbrecht or

24   Mr. Phillips about what was in that second

25   batch?

Page 166

1          A.     Did I have any direct

2    conversations with them about what was in

3    that second batch?  I cannot recall any

4    specifically, no.

5          Q.     Do you know whether

6    Mr. Frankowski did?

7          A.     I don't know.

8          Q.     Other than Mr. Frankowski,

9    would there have been anybody else on the

10   team?

11         A.     Bruce Schooley.

12         Q.     Okay.  Do you know if

13   Mr. Schooley had any conversations with them

14   about what the content of that second batch

15   was?

16         A.     I don't know specifically.  He

17   was in contact with them, but I don't know

18   specifically.

19         Q.     Okay.  When you reviewed

20   Ms. Engelbrecht's deposition, did you notice

21   that she said the second batch was not

22   geotracked?

23         A.     I saw something to that effect.

24   I'm not sure I fully read, you know, page by

25   page or line by line; but I do recall seeing

Page 167

```
 1     in there that not all the videos evidently
 2     were geotracked, yes.
 3          Q.    And then the second category,
 4     it says (as read):  "We still need a list of
 5     nonprofits that you -- were involved with the
 6     tracking."
 7               Do you see that?
 8          A.    Yes.
 9          Q.    And then she sends you a link
10     to Georgia and Arizona.
11               Do you see that?
12          A.    Yes.
13          Q.    Did you click on that link?
14     Did you look at that?
15          A.    I did, but I don't remember if
16     I did it immediately or if I did it a little
17     bit later.  I say that because the -- we were
18     making a film.  I was also on a slightly
19     different trajectory writing a book.  And
20     those, while they ran parallel to each other,
21     were not occurring at the identical same
22     time.
23               So it could well have been that
24     I looked at it from a film point of view,
25     didn't do anything with it, but then later
```

Page 168

1      took a look at the link to see what was in

2      there.

3            Q.    Why was it that you were asking

4      for this list?

5            A.    Both to have some background

6      knowledge, whether we used it or not, about

7      what are these nonprofits.

8                  I was particularly interested

9      in something that Gregg Phillips said, which

10     was he said that the ideology of these

11     nonprofits was consistently left wing so that

12     even if I didn't use the nonprofits in the

13     movie, I could look and see, Oh, yeah.  Okay.

14     We're talking about, you know, this and that

15     and this and that, and I recognize this and I

16     recognize that.

17                 So for that reason, I was

18     curious as to what Catherine and Gregg were

19     referring to specifically.  And -- but you

20     can also see in the same -- I took note of

21     the fact that they're -- they say that these

22     active investigations that I gave you

23     earlier, that is one potential reason for not

24     including their names.

25           Q.    And did you understand that

Page 169

```
 1     this link was including organizations that
 2     they had identified in their research as
 3     stash houses?
 4          A.     I sort of assumed that, but I
 5     think that the opening line is a little
 6     ambiguous in the sense that it says (as
 7     read):  "Here is a link to the Georgia and
 8     Arizona organization."
 9               So that appears to be
10     responsive to the question, we need a list of
11     the nonprofits.
12               And then when it says "that
13     have published 990s," that throws me off a
14     little bit because I don't know if the list
15     is now modified by a second criterion, which
16     is the 990s.
17               So it's not something I would
18     proceed with without learning more, but now
19     that I read it -- and I'm sure I felt -- read
20     it the same way -- I'm like, hmm, I wonder
21     what that means.
22          Q.     Did you -- do you recall having
23     a discussion with her about it?
24          A.     No, because I think once we
25     made the decision not to include the
```

```
                                            Page 170
1       nonprofits, it remained a subject of interest
2       and, as I say, it was something I did give a
3       second look at in connection with the book,
4       but it was -- it was not something that we
5       were going to include in the film.
6              Q.     And you also asked for the NGOs
7       in the other states, and she says that she
8       will send a list by the close of business on
9       Friday.
10                    Do you see that?
11             A.     I don't see that in here.
12             Q.     She says, the last line is --
13             A.     Oh, yeah, sorry.  Yeah, I do
14      see it.
15                    (As read):  "We have the NGOs
16      in the other states, too.  We will send a
17      list by close of business Friday."
18             Q.     Do you know whether you got
19      that list ever?
20             A.     I do not know for sure, but I
21      don't recall getting any further list.
22             Q.     And you asked her -- you
23      continued to ask her for those lists, though.
24      Right?
25             A.     I think we had asked on more
```

Page 171

```
 1    than one occasion.  I don't know how many
 2    times and I don't know if at some point we
 3    made a decision, hey, we're not going down
 4    this road, and so we stopped asking about
 5    that.
 6         Q.    I will show you what we
 7    previously marked as Exhibit 52.
 8         (Previously marked was Plaintiff's
 9    Exhibit No. 52.)
10         A.    (Reviewing.)
11         Q.    (By Ms. Haber Kuck)  Do you
12    recognize this document?
13         A.    Yes.
14         Q.    And what is it?
15         A.    This appears to be an
16    email -- this is an email from me to
17    Catherine, copying Debbie, saying (as read):
18    "I seem to have the list of NGOs you tested
19    for in Georgia, Wisconsin, Arizona, but not
20    Michigan or Pennsylvania.  Can you send me
21    those two lists?"  And, "Have you written any
22    reports on Pennsylvania?"
23         Q.    And you don't recall whether
24    you actually got those two lists?
25         A.    Right.  I don't believe I did,
```

Page 172

```
 1    but I'm not positive.
 2            Q.      Did you have a concern that she
 3    was reluctant to give you this information
 4    about the NGOs?
 5            A.      Yes, but -- I did, but I
 6    thought that the reason was plausible and, in
 7    fact, stated in the previous email; namely,
 8    that she was -- had always conveyed to us
 9    that she, both in Georgia and Arizona, was
10    quite involved in making reports to either
11    political bodies or investigative bodies,
12    maybe -- maybe even law enforcement bodies,
13    and all of this was ongoing.
14                    So I thought, You're reluctant,
15    but it doesn't seem suspicious to me because
16    I know the reason why you're reluctant.
17    You've told it to me.
18            Q.      The reason -- yes, you're --
19    you believe she was reluctant for the reason
20    she gave you?
21            A.      Exactly.
22            Q.      And in your book, you have a
23    chapter on -- talking about how the
24    nonprofits could have funded the mules?
25            A.      Yeah.
```

Page 173

1          Q.     And you say (as read):  "I set

2     out to show who could have funded the mule

3     operations."

4               Did you have any evidence that

5     any mule was actually paid, or were you

6     hypothesizing on how it could have worked?

7          A.     My reasoning was that the movie

8     is going to take you to a water's edge at two

9     or three points in the movie, but there will

10     be legitimate questions that go beyond that

11     water's edge.

12               We may not be able to fully

13     answer those questions, but we should be able

14     to at least partially answer them, or at

15     least provide some plausible explanation for.

16               So this is the follow-the-money

17     kind of part of the film.

18          Q.     Uh-huh.

19          A.     If you have a nonprofit

20     involvement in a coordinated election fraud

21     scheme, they -- it would have to be paid for

22     somehow.

23               If it is paid for somehow,

24     there would have to be some source of money.

25     And ideally some source of suspicious money

Page 174

1    because this is an illicit operation.  It is

2    an under- -- is an underground operation.

3              So it cannot be that the Ford

4    Foundation gave you this money because

5    typically that will appear in the Ford

6    Foundation's report as the money has been

7    given to you for this reason.

8              So you are looking for really a

9    river of cash.  And that was the point

10   of consulting Scott Walter, Are there big

11   rivers of cash that flow into nonprofits

12   right around election time?

13             And his answer was, You won't

14   be surprised, Dinesh, that the answer to that

15   is yes.

16             And so I was like, all right,

17   without being able to connect those to the

18   mules, since we're not naming the nonprofits,

19   let's discuss that because that is -- that is

20   a very interesting question to someone who

21   would follow the trail to where the trail

22   ends, but then still have questions.  And I'm

23   going to do my best effort to answer those

24   questions.

25             So I was not able to go beyond

Page 175

1    the, Here's the money.  This is prima fascia,

2    a little suspicious and -- but this is the

3    kind of money that could be used to fund a

4    mule operation.

5                  And that's all that I felt

6    comfortable to say and that's all I did say.

7    I didn't go beyond that evidence in the book.

8         Q.    So you didn't have -- you

9    didn't have any proof that any mule was paid?

10        A.    The only -- the only

11   evidence -- and I agree that it is -- it is

12   somewhat speculative -- is it is hard to

13   think of other reasons for why mules would

14   take photos of drop boxes.

15                  In other words, I can

16   understand why someone would take a selfie,

17   because you might want to take a selfie --

18   I've seen people post selfies of the "I

19   voted."  But to take -- to take a photo of

20   ballots going in a box or just the box to me

21   is extremely bizarre.

22                  And I also do know that people

23   like UPS drivers and delivery people will

24   often take photos of a package when they

25   deliver it.  They prove that they deliver it,

Page 176

```
 1    make -- prove that they delivered it.

 2                    And so that seems to be a very

 3    reasonable conclusion, that that was a

 4    mode -- that was a mechanism of payment.  But

 5    that's all the evidence that we had and

 6    that's all the evidence we put in the film.

 7          Q.      Okay.  And when you said the

 8    film takes you to the water's edge, what did

 9    you mean by that?

10          A.      Well, what I mean by that is

11    that -- is that a film is limited by the

12    journalistic techniques available to the

13    journalists who are making the film.

14                    So, for example, I gave earlier

15    the example of cell phone IDs.  Even if

16    Catherine and Gregg had given me, here's a

17    list of the 2,000 cell phone IDs

18    corresponding to 2,000 mules, there is

19    absolutely nothing I could do with that

20    information.  I don't know who those people

21    are.  I have no way of finding out.

22                    And so that's the water's edge.

23    By that I mean that's as far as I can go.  I

24    can't go any further.

25                    Similarly, the ballots came
```

1      from somewhere.  I don't believe that these

2      people who were showing up with backpacks

3      produced their own ballots.  They got them

4      from somewhere.  Where?

5                      According to Catherine and

6      Gregg, it's the nonprofits groups.  But if

7      you're not going to name the nonprofit groups

8      and if we don't even have a comprehensive

9      list of those nonprofits groups, it is

10     impossible then to go and get the financial

11     statements of those nonprofit groups and look

12     at where they are spending their money and

13     what they disclose and what they don't and

14     who their leadership is.

15                     That is almost like another

16     phase of the investigation.  It's not to say

17     it can't be done, but it is to say that

18     under -- under these circumstances, we are

19     not in a position to do it.  But

20     investigators could do it.

21          Q.     Okay.  So we talked about

22     the -- we talked about the fact that the

23     premier was shown at Mar-a-Lago.

24          A.     Yes.

25          Q.     When were you first in contact

Page 178

1    with Donald Trump about the film?

2          A.      Catherine and Gregg had some

3    contact with him separate from us, and we

4    reached out to Mar-a-Lago to organize our

5    premier.

6                  Mar-a-Lago was aware of us, but

7    basically notified us that they don't have

8    events, particularly events that are

9    exhibiting some content without them having a

10   look at what it is.

11                 So they said, You need to have

12   a screening of the film.

13                 And we're like, We're happy to

14   do that.  We can come and show it to you or

15   we can send it to you.

16                 And they said, No, why don't we

17   do an actual screening?  In other words, we

18   will just have a private room in Mar-a-Lago.

19   There will be a handful of people there.  We

20   will all watch the film.  And we -- this is a

21   necessary step before we give our sort of

22   seal of approval for you to have your big

23   event here at -- on our property.

24          Q.      But you were in contact with

25   him well before the screening.  Right?

Page 179

1          A.     Well, I mean, I mentioned to

2     you my meeting with him in the Oval Office in

3     2019.

4          Q.     Uh-huh.

5          A.     I did not have any direct means

6     of contacting Donald Trump.  I didn't have

7     his phone number.  I couldn't text him, at

8     the time.  And so I was doing everything

9     through channels.

10          Q.     Okay.

11          A.     Catherine and Gregg had

12     more -- in that sense, more direct access

13     than I did.

14               So I approached Mar-a-Lago.  I

15     approached Trump's people.  I didn't deal

16     with Trump.

17          Q.     Okay.  Did you subsequently

18     have convers-- did you subsequently meet with

19     him after the preview?

20          A.     We met -- we met for the

21     preview of the film.  In other words --

22          Q.     Right.

23          A.     -- he was there and Catherine

24     and Gregg were there and I was there and some

25     other members of our film team, a couple of

Page 180

1     members of my family were there.  We all

2     watched the film together.

3                 And the next time I saw him was

4     at the -- at the actual Mar-a-Lago premier.

5                 So the prescreening and then

6     the premier.  I didn't see him -- I can't

7     remember any meetings with him in between

8     those two things.

9          Q.      So at the premier -- or, I'm

10    sorry, at the prescreening, am I correct that

11    he made some comments to you about he thought

12    the ending could be better?

13         A.      I'm laughing because Trump is

14    the type of guy who gives you a running

15    commentary as the film is playing, so he had

16    a lot of input, which, you know, included

17    sighs, groans, technical comments, a lot

18    of -- a lot of stuff, some of it quite

19    amusing.

20                 But, yes, at the end, one of

21    his comments was, You know, he's like, it

22    drags at the end.  It's too long.

23                 So he did say that.

24         Q.      And so in response to that, did

25    you revise the ending?

Page 181

1              A.      I never agreed to do something

2      like, Okay, I will shorten the film.   It

3      wasn't like that at all.

4                    I was like, Hmm, that's

5      interesting.

6                    I'm not saying -- my general

7      presumption is on films like this that I'm

8      right and other people are wrong.  And so

9      very rarely does someone say something like

10     this where I go along with it.

11                    But I did take note of it and

12     we had a discussion with our team later.  And

13     we actually realized that not only was he

14     right, but he was right for -- because he is

15     a cultural celebrity.

16                    In other words, he has

17     experience in this.  He's not speaking off

18     the top of his head.  He was on "The

19     Apprentice."  He actually knows what makes

20     good TV.

21                    And what he was saying to us,

22     in effect -- and this is my reading of it,

23     not really what he said -- is what he was

24     basically saying is, Look, if you -- if you

25     show people "The Shawshank Redemption,"

Page 182

1    nobody wants to have a big panel discussion
2    at the end about, why are there -- how do we
3    reform Shawshank?  And, What are the seven
4    things we need to do to clean the place up?
5                    No.  The movie is the movie.
6    And the moment that the guy breaks out, the
7    movie is over.
8                    And not that the rest of it
9    doesn't need to be done, but it's not a good
10   idea to put it in the film.  It takes the air
11   out of the tire.  It deflates the energy of
12   the film.
13                   So this was a section I had
14   originally thought belongs in the film.
15   You've described the problem.  You need to
16   have an extended discussion of the solution.
17                   The more I thought about it,
18   the more I realized that there needs to be an
19   extended discussion of the solution, but not
20   in the film.
21                   So I made a unilateral
22   editorial decision to cut the film.  He
23   didn't tell us how to cut it or how much to
24   shorten it, but I agreed that -- not just
25   that it was too long, it just wasn't a matter

1    of length, it was a matter that the film

2    builds in a certain climactic way and then it

3    sort of deflates.

4              So it was more of an artistic

5    decision to shorten the film.  Short is

6    generally better anyway.  Documentaries

7    ideally are -- it's kind of a rule of

8    documentaries that 90 minutes is the perfect

9    length.  This film was over 100 minutes, as I

10   recall.

11             So I was like, You know, it

12   will be a better film if we take ten minutes

13   of it out, and we did.

14        Q.    And then did you -- you sent

15   him a new cut of the film after that?

16        A.    Yes.

17        Q.    And when you say you sent it to

18   him, who -- well, who on your team would have

19   sent it and who did they send it to?

20        A.    I'm not really sure.  I wasn't

21   the one who actually sent it and he wasn't

22   the one who actually received it --

23        Q.    Right.

24        A.    -- so it would have come from

25   us.

Page 184

1              Very often what happens is

2     Nathan or Bruce will send me a link and I

3     will then forward it to somebody on the Trump

4     team and say, Here is the link.  This is how

5     you watch it.

6          Q.     And you don't recall -- you

7     don't recall who you were in contact with,

8     who you would have sent it to?

9          A.     Well, there were -- there were

10    two or three regular guys we were in contact

11    with.  And I think I know who it is, but I

12    don't know for sure, and so I would be sort

13    of guessing.

14         Q.     So leaving aside the specific,

15    then, who are the people on the Trump team

16    that you regularly had contact with?

17         A.     Well, I didn't have regular

18    contact with anybody.  It's just that

19    when -- it's just that when we were

20    organizing Mar-a-Lago, I had contact with --

21    with a couple of people on the Trump side and

22    then a woman named Nicky (phonetic) who was

23    the organizer at Mar-a-Lago.  She is -- she

24    does the chairs, the menu, the everything.

25    She's the Mar-a-Lago banquet organizer.  We

Page 185

1    dealt with her on a lot of these specifics.

2                    And then when we subsequently

3    sent the film, it would have gone to one of

4    the Trump staffers.

5            Q.    And who were the Trump staffers

6    you would have been in contact with at this

7    time?

8            A.    Well, the main one that I

9    remember is a guy named Sergio Gor, G-O-R.

10   He was just one of their -- one of Trump's

11   guys.

12           Q.    Okay.  And then you've

13   got -- we discussed this yesterday with

14   Mrs. D'Souza -- you got feedback from him on

15   the new cut?

16           A.    Yes.  I don't remember either

17   how I got the feedback.  I don't -- he didn't

18   call me or anything with feedback like that,

19   but we might have heard from his people that

20   he really liked it and that was -- that was

21   important to us.

22           Q.    So to the extent that

23   Mrs. D'Souza was reporting that Trump loves

24   the new cut, you're saying you didn't get

25   that directly from Mr. Trump?

Page 186

```
 1          A.    Yes.  Correct.
 2          Q.    Okay.  And you don't recall
 3    having any direct conversations with him
 4    about the film, other than -- well, you had a
 5    conversation at the screening?
 6          A.    Yes.
 7          Q.    And then you saw him again at
 8    the premier?
 9          A.    Right.
10          Q.    And you don't remember any
11    conversations with him in between.
12          A.    Right.
13          Q.    Do you recall that there was a
14    time in -- at the end of January of 2022 when
15    you were -- well, strike that.
16                Do you recall there were two
17    trailers for the film?  There was a teaser
18    trailer and then there was a longer trailer?
19          A.    Yes.
20          Q.    And do you recall that there
21    was a time around the end of January with
22    respect to the teaser trailer that Salem was
23    threatening to pull out?
24          A.    Yes, I do.  I do want to
25    qualify what we mean by "pull out."  At no
```

Page 187

1    point did Salem remotely consider pulling the

2    funding of the movie or its involvement in

3    the movie.

4                    The pullout here had to do with

5    whether or not Salem wanted to be an

6    executive producer and have their name appear

7    on the movie.  So "pullout" in that context

8    has to do with public recognition.

9                    We explained to Salem at the

10   outset of this project that we have had a

11   pool of maybe 40 investors over a series of

12   films.  The vast majority of them have no

13   intention of their names appearing in the

14   film.  They are just contributing money.

15                   They'd rather actually stay out

16   of any public debate around a film, so their

17   names are confidential.

18                   And we told Salem, You're

19   welcome to be an investor in the film and

20   have your name on the film or not have your

21   name on the film.  That's completely up to

22   you.

23        Q.    And what caused them to have

24   second thoughts about having their name on

25   the film?

Page 188

```
 1          A.      Salem is a large company with a
 2     lot of different cooks in the soup, and they
 3     are a little skittish about things, in my
 4     opinion.
 5               And by that, what I mean is
 6     that they are -- I'm describing them as an
 7     organization.  They -- if something appears
 8     to be controversial or radioactive, they will
 9     run away from it.  If something becomes very
10     successful, and they will run toward it.
11               They want to embrace credit,
12     but they want to minimize any public
13     criticism.
14          Q.      Okay.
15          A.      They are cautious, not in a bad
16     way, but that is their temperament.  And
17     it -- I was familiar with that.  That is kind
18     of the way they are.
19               The first time that I talked to
20     them about doing a podcast, they were like,
21     Dinesh, you know, are you going to prepare,
22     like, daily transcripts of what you say on
23     the podcast?  We would like to review them.
24     We want to make sure...
25               And I was like, I do the
```

Page 189

1    podcast impromptu.  I don't have any

2    transcripts.  You're not going to get any

3    transcripts.

4                    And if that's your condition

5    for doing it, either you have to do it or

6    it's not going to be done.

7                    And then they came to me and

8    said subsequently, You know, it's been six

9    months and we haven't heard a word of public

10   attack based on your podcast.  You're

11   obviously doing really well.  Keep going.

12                   It's hardly my criteria for

13   doing well, but, nevertheless, it reflected

14   their caution.

15                   And so here in this context,

16   basically what it is is they were -- they

17   were in, they were out, on the public use of

18   their name.

19                   And what happened is that the

20   teaser got accidentally released and they

21   freaked out.  They had a panic attack.  And

22   so I had to administer intellectual ambulance

23   services.

24       Q.    So what was it -- why did the

25   teaser getting released, what was it about

Page 190

```
 1    that that caused --
 2         A.     It had their name in it.  It
 3    already had -- in other words, we had put
 4    their name in the teaser and so they were --
 5    I don't want to say "outed," but they -- the
 6    cat was out of the bag, so to speak.  This is
 7    a Salem Media production.
 8              They had not made that final
 9    decision.  They didn't think that they had to
10    make it.  They didn't know the trailer was
11    going to be released.  Neither did we.
12              So we were quite -- we were
13    dismayed of the trailer being released, but
14    for a completely different reason.
15         Q.    And how was it that the trailer
16    was leaked?
17         A.     We do not to this day know.
18    There was a small number of people who had
19    the trailer.  We had shown the trailer to
20    some people and in the days -- you know,
21    these days of electronic communication, we
22    had sent it to it a handful of people either
23    for feedback or because we wanted them to see
24    it.
25              But we are usually quite
```

1    careful to tell people not to release things.

2    We release them.  It's our product.  We have

3    a strategy and a timing around these things.

4              So we were a little horrified

5    that the trailer was played without our

6    knowledge at a Trump rally.

7              It was erroneously linked

8    to -- I won't say erroneously.  People said

9    Ken Paxton released it, because he did have a

10   copy of it.  But it played either before or

11   after he spoke and that caused people to

12   think he did it, but I'm not convinced he

13   did.

14        Q.    And how -- how was it that the

15   Trump people had a copy of it?

16        A.    I don't know.

17        Q.    Okay.  So who had a copy of it

18   outside of Salem -- or, I'm sorry, outside of

19   D'Souza Media and TTV?

20        A.    I can't say definitively.  I

21   mean, we had it for sure.  True the Vote had

22   it for sure.

23              And we had sent it to -- we had

24   sent it to probably a half dozen other

25   people, but they were all people in a sort of

Page 192

1    inner circle that we thought we could trust,

2    you know.  And it wasn't people that we

3    thought would --

4              We're dealing with people who

5    are professionals and it's -- it's kind an

6    understood rule if somebody sends you, Hey,

7    here is our teaser trailer that you don't go

8    and release it.

9         Q.    Right.  Did TTV know that you

10   were providing the trailer to anyone outside

11   of D'Souza Media?

12        A.    I don't think that they would

13   have known that.

14        Q.    Let me show you a document.

15   Can you pull up -- you should have them

16   there -- 83?  It wasn't one of the ones we

17   looked at today.

18        A.    Okay.

19        (Previously marked was Plaintiff's

20   Exhibit No. 83.)

21        (Brief off-the-record discussion.)

22        A.    I have it.

23        Q.    (By Ms. Haber Kuck)  Okay.  Can

24   you take a look at this?  We looked at this

25   with Mrs. D'Souza yesterday, but I can't tell

Page 193

```
 1    who the two people are on it because one is
 2    redacted and one says "Me."
 3              She -- she suggested perhaps it
 4    was between you and your daughter.  But can
 5    you take a look and tell me if you can figure
 6    that out?
 7         A.    (Reviewing.)  This is without a
 8    doubt a conversation between me and my
 9    daughter.
10         Q.    And this is about the incident
11    that we were just talking about?
12         A.    It starts by talking about
13    that.
14         Q.    Right.  And this would -- this
15    would suggest that they were actually
16    threatening to pull the funding.  It says,
17    "Because if" -- the second line is (as read):
18    "Because if Salem pulls out of the movie they
19    will have torpedoed your launch.  Maybe
20    Trump's friends can fund this film if
21    needed."
22         A.    This looks like my bombastic
23    daughter.  She has no idea.
24         Q.    So your -- your -- so your
25    recollection is not that they were
```

Page 194

1      threatening to pull the funding?

2              A.      Absolutely not.  I know that

3      for a fact.

4              Q.      And did you subsequently have a

5      meeting with Mister -- well, with someone

6      from Salem Media and worked it out?

7              A.      I remember, with some friends

8      and this all broke in the evening the day of

9      the rally.  And so my dinner was sort of

10     ruined by a lengthy telephone conversation

11     with the top people at Salem.

12             Q.      Okay.  And do you -- and there

13     is a reference to Ed.

14                     Who is Ed?

15             A.      Ed is Ed Atsinger, the CEO.

16             Q.      Okay.  Did you have a

17     conversation with him?

18             A.      I think he was on the call,

19     yes.

20             Q.      Okay.  And but your -- your --

21                     Well, let me just make sure I

22     have this clear.  So they're -- they were

23     upset not because of any content issues, they

24     were upset because of the way in which the

25     trailer was released?

Page 195

```
 1          A.      They were -- I think that's a
 2     little misleading.  Salem had not fully
 3     signed on to being -- to having their name on
 4     the title page of the film.
 5          Q.      Okay.
 6          A.      The reason for that was a
 7     little bit of their skittishness around
 8     issues of election integrity, being an
 9     election denier.  These topics I think they
10     found a little bit radioactive and they were
11     in a crouched position about it.
12                  When the trailer was released,
13     it was almost like somebody made a decision
14     for us that we had not made in connection
15     with this film, and so they were having a bit
16     of a fit.
17          Q.      After the premier at
18     Mar-a-Lago, do you remember there being a
19     Trump -- the Team Trump Bus Tour to promote
20     the film that your daughter was involved in?
21          A.      When you say do you remember, I
22     remember my daughter telling me that
23     she -- my daughter was on the board of Women
24     for Trump and so she was doing some rallies
25     and traveling, not connected with the film.
```

Page 196

1              But I believe that once the

2    film sort of hit the scene, the Trump people

3    realized that, Hey, we've got Dinesh

4    D'Souza's daughter in our bus.  And so they

5    organized a couple of screenings on the tour

6    and she participated in those because she was

7    on the tour anyway.

8         Q.      Okay.

9         A.      And she told me about it.

10        Q.      I'm showing you what we will

11   mark as Exhibit 101.

12      (Marked was Plaintiff's Exhibit No. 101.)

13        Q.      (By Ms. Haber Kuck)  A document

14   bearing Control Nos. DDD-000469 through DD

15   [sic] -- I believe it's 512.

16        A.      (Reviewing.)

17        Q.      Have you ever seen this

18   document before?

19        A.      No.

20        Q.      Are you aware that Ms. Jackson

21   prepared a declaration for use in this case?

22        A.      I was aware that she was in

23   communication with our lawyers who had

24   contacted her to discuss some of the

25   publicity aspects.  She was our publicist for

1    the movie.

2                And I knew that she was kind of

3    cooperating with them.  But that was

4    the -- that's what I knew.

5         Q.     And did you have any

6    communications with her?  Did you put her in

7    touch with your lawyers?

8         A.     I believe Debbie did.  I might

9    have.  I mean, there was forwarded the

10   contact information, I don't remember, but

11   one of us did.

12        Q.     And you don't -- do you have

13   any information as to why she was preparing a

14   declaration?

15        A.     I don't have any information

16   about that, no.

17        Q.     Okay.  Ms. Engelbrecht at one

18   point also expressed a desire to use the film

19   to promote the campaign of David Perdue.

20               Do you recall that?

21        A.     Yes.

22        Q.     And what do you recall about

23   that?

24        A.     I recall from exchanges between

25   Catherine and really Debbie, but sometimes

Page 198

1    exchanges in which I was in the loop, a

2    running conversation about projects that True

3    the Vote was doing.

4              Quite honestly, projects that

5    were not -- not only were we not involved in,

6    but as a film we have a kind of a motto;

7    namely, that -- and it's not just -- not an

8    ideological motto so much as it is a

9    practical one, which is that we don't like to

10   get involved in internecine Republican party

11   fights.

12             The reason is kind of obvious,

13   and that is we're trying to sell a film to an

14   audience that is mainly right of center.  And

15   if one guy is running against another guy and

16   you take sides with the one guy, everybody

17   who supports the other guy will hate you and

18   not come and see your film.

19             So it's something that we've

20   learned over the years, probably owing to a

21   couple of mistakes we made early on in my

22   filmmaking career and we were like, Ah,

23   that's not something we want to be doing.

24             So we recognize, of course,

25   that True the Vote is an independent

Page 199

1    organization.  They have their own interests.

2    They have their own pursuits.

3              They seemingly had an interest

4    in Georgia.  I had my own reasons for

5    guessing as to why that was the case.  I

6    think I knew why it was the case.

7              But, nevertheless, this was

8    their cause and not ours and -- but they were

9    very determined to get some of this

10   information out in time.  I think that was

11   the key issue.

12             Our film was rolling on a very

13   predictable, fairly typical schedule.  They

14   were trying to rush it, but we were not

15   willing to do that.

16        Q.    And do you recall that -- her

17   asking to talk about what information they

18   could give to the campaign?

19        A.    I remember her asking about

20   that, yes.  We want to know what we can share

21   with the Perdue campaign --

22        Q.    Right.

23        A.    -- to which our presumptive

24   answer was, Nothing because of our NDA and

25   our joint agreement.

Page 200

1              However, we suspected that they

2      would, in fact, share some things with the

3      Perdue campaign, and that turned out to be

4      the case.

5              Q.     What -- how do you know it was

6      the case that TTV provided information to the

7      campaign?

8              A.     Well, I just happen to know

9      later -- and, of course, now -- about the

10     voter Georgia campaign, the ad that ran in

11     sort of certain red areas in Georgia,

12     and -- that contained footage from Catherine

13     and Gregg -- or contained their footage.  And

14     so some of this is just things that I've

15     learned subsequently.

16              I obviously knew at the time

17     that they were very -- they seemed to be

18     quite dead set against Governor Kemp and very

19     much -- very eager.  They seemed to think,

20     like, that the fate of Georgia or the

21     Republic hinged on this election.

22              We didn't think so.  But on the

23     other hand, we -- you know, we -- I felt like

24     I was eavesdropping on a loop that I was not

25     part of.

Page 201

1          Q.     And so the campaign ad that you
2     referred to, is that -- was it related to the
3     Get Georgia Right PAC?  Does that sound...
4          A.     Yes.
5          Q.     Okay.  And tell me what you
6     came to understand about that political
7     advertisement.
8                 MS. HYLAND:  Objection,
9          ambiguous.
10         Q.     (By Ms. Haber Kuck)  What did
11    you learn -- how did you learn about that
12    advertisement that you referred to in your
13    answer a minute ago?
14         A.     Well, I mean, to be honest, I
15    don't know if I knew anything about it prior
16    to seeing the Charlie Kirk interview with
17    Catherine and Gregg, which I did watch,
18    and -- but I watched later, much later.
19                And I saw in it an apparent
20    piece of video that was labeled -- that had
21    the designation Georgia -- Right
22    Georgia something --
23         Q.     Get Georgia Right?
24         A.     Yeah, something like that.
25         Q.     I'll show you what we marked

Page 202

```
 1    previously as Exhibit 10.
 2          (Previously marked was Plaintiff's
 3    Exhibit No. 10.)
 4          Q.    (By Ms. Haber Kuck)  There
 5    seems to be a text attached here, but there
 6    seems to be a cover page with you emailing
 7    this to yourself.
 8                Do you see that?
 9          A.    (Reviewing.)  Yes.
10          Q.    And this is December 30, 2023.
11                Do you know why you were
12    sending it to yourself or whether somebody
13    else was, or what -- can you explain the
14    cover email, I guess is my question?
15          A.    I don't really know.  It
16    doesn't make any sense to me.  However, I
17    mean, I can offer a reasonable theory of what
18    was going on.
19          Q.    Okay.
20          A.    And I think the reasonable
21    theory is that in the end of December of
22    2023, which is last December --
23          Q.    Uh-huh.
24          A.    -- and this is after we were
25    notified about the lawsuit, I saw this
```

1    exchange and I thought it may be prudent to

2    maybe print it out.

3              I don't really know.  I'm

4    thinking out loud.

5              This would be a plausible

6    reason for why I would have sent it to myself

7    because finding my emails in the deluge is

8    not easy, so by sending it to myself, I have

9    it at the top, I can print it out.

10             This -- that's why I do bizarre

11   stuff like this from time to time.

12        Q.    And what was it about this

13   exchange that was significant?

14        A.    I don't know because I'm

15   actually reading it now.  Let me see.

16   (Reviewing.)

17             I think it is -- I think it is

18   significant because it has to do with the

19   release of the videos on Charlie Kirk's show.

20   That's what appears to be the case.

21        Q.    And that's what Ms. Engelbrecht

22   seems to be talking about in the -- I

23   guess the last -- the second full text there.

24             And she says (as read):

25   "Lastly, we did an interview with Charlie

1    yesterday.  He had the same videos from the
2    ad in Georgia, the one we talked about, and
3    asked us to review them.  He says Salem
4    knows, et cetera, but didn't want to not tell
5    you-all.  It's supposed to air tomorrow."
6                    Do you see that?
7         A.    Yes.
8         Q.    And is that -- what is she
9    referring to (as read):  "The ad in Georgia,
10    the ones we talked about"?
11         A.    Yes, so I don't know what my
12    reaction was at the time, but I've reviewed
13    this subsequently and thought about this
14    particular statement.  And I think what she
15    means is -- okay, let's go through it slowly.
16    (As read):  "We did an interview with Charlie
17    yesterday."
18                    So that dates the interview.
19         Q.    With -- and that's Charlie
20    Kirk?
21         A.    That's Charlie Kirk.  So we
22    know when that happened.
23                    And -- and now I'm looking the
24    date of the exchanges.  It's evidently right
25    around April 5th, as you can see from the

Page 205

1    date below.  It's given on the -- on the
2    script itself.
3         Q.    Uh-huh.  Yep.
4         A.    So this is obviously right
5    around then, maybe the 4th, maybe the 5th.
6              And this is, like, a bit of a
7    red flag.  And she knows it because you can
8    see that she's cautiously wording this text
9    to kind of disclose something to us that she
10   knows will annoy us; namely, that:
11             (As read):  "We are releasing
12   videos or Charlie Kirk is releasing videos,
13   surveillance videos it seems.  They are not
14   from the film, but they are from the ad in
15   Georgia."
16             Now, I don't think I knew what
17   the so-called ad in Georgia was.  That was
18   complete, you know, mystery to me.  But
19   apparently those videos, Charlie Kirk had
20   them.
21             So, you know, remember, this
22   is -- these are videos we were -- we were
23   hoping to release exclusively in the film,
24   which is still a month away.
25             "...and asked us to review

1    them."  I think she means on the show.

2                 Then I think to sort of soften

3    the blow (as read):  "He says Salem knows,"

4    is to me a way of saying, Don't be too upset

5    about it.  Salem Media is the one that is

6    funding this film.  They know about it

7    because Charlie Kirk is, after all, on the

8    Salem Network.  And so since they know about

9    it, you shouldn't be too freaked out about it

10   because Salem has seemingly given tacit

11   approval.

12                 So I think all of this is aimed

13   at telling us not to react, not to freak out.

14                 "...but didn't want to not tell

15   you-all" is a -- is a kind of after-the-fact

16   disclosure; by the way, I'm letting you know

17   that it's coming tomorrow, heads-up.

18                 So that's how I read this text

19   line by line.  And I infer from it that

20   Charlie Kirk got the videos, he seems to have

21   gotten them from the, quote, ad in Georgia,

22   whatever that is, and we had no prior

23   knowledge of any of this.

24        Q.     And what did you understand her

25   to be referring to?  She says, "... the ones

Page 207

1    we talked about."

2        A.    It seems that she's referring

3    to some conversation she had, but not with

4    me, about this ad in Georgia.  She might have

5    said something either to Debbie or somebody

6    like, Oh, there's this ad in Georgia.  It's

7    part of our -- I don't know anything about

8    it.

9        Q.    Okay.  So you -- this seems to

10   be just -- okay.  So you don't recall any

11   discussion about this ad in Georgia?

12       A.    Exactly.

13       Q.    After this -- after you got

14   this, and you said it was a bit of a red

15   flag, did you try and figure out what she was

16   talking about about the ad in Georgia?

17       A.    No.  That wasn't the part that

18   worried me.  It was rather the fact that --

19   that True the Vote was -- well, it was -- it

20   was really the fact that these videos were

21   getting out a full 30 days before the film.

22            And, you know, the way films

23   work is people make plans to go see a film

24   generally in the ten days leading up to the

25   film.  I don't even know anyone who plans 30

Page 208

1    days ahead, I'm going to go see a movie.

2                    So this is a serious kind of

3    problem for us when this kind of thing

4    happens.  We -- we had thought it might

5    happen.  We were worried it might happen.

6    And I think this was an indication that it

7    was happening.

8                    So I -- that's really what

9    caught my attention.  It wasn't like I cared

10   about the, quote, ad in Georgia.  I didn't

11   even know what that was.

12                   But what I did know was why on

13   earth would Salem allow Charlie Kirk to do

14   this?  Doesn't Salem realize that we're

15   trying to hold back on the film?  Of course

16   they do.

17                   Is this even really true that

18   Salem does know?  And why are you telling us

19   this like as a fait accompli, as a done deal?

20                   And so all of this was, you

21   know, I would say deeply concerning is a good

22   way to put it.

23        Q.    Well, did -- and did you have

24   any follow-up conversations with them about

25   it?

Page 209

1          A.      We -- okay.  We are now in

2    April.  So we are right about the time that

3    the film, I think, is being edited and sort

4    of hammered down.  This is about a -- it

5    would be a normal schedule.

6              I see we talk here about (as

7    read):  "Interesting they came with 7 percent

8    just as we did."

9              So this is referring to the

10   content of a later cut of the film.  So I

11   kind of know where we are in this stage of

12   the film here.

13             I think by this stage we were

14   very concerned about things getting out and

15   we would have conveyed that to them, yes.

16        Q.     Did you have any conversation

17   with them about -- well, strike that.

18             Where did you think Mr. Kirk

19   got the film that he was showing on the show?

20        A.     I don't -- got the film?  You

21   mean got the video?

22        Q.     Where -- where'd he get the

23   video?

24        A.     Where he got the video?  Well,

25   the text says he had the same videos from the

1    ad in Georgia.  So we know what the videos

2    are.

3                    And we seem to know where they

4    came from; namely, the people who are making

5    the ad in Georgia, because they are the same

6    videos.

7                    And they are not our videos.

8    We -- and what I mean by that is they are not

9    videos from the film.  And it's quite easy to

10   tell that because you can tell the difference

11   between something that's in the film.  It has

12   a certain type of cut, color, texture,

13   et cetera.  This is -- this is seemingly the

14   raw video.

15                   So I don't know for a fact -- I

16   think I was less concerned about kind of

17   where he got it and more concerned about why

18   is this getting out?

19        Q.     Okay.  And you subsequently

20   learned that this video was being used in an

21   ad.

22        A.     Yes.

23        Q.     And did you ever hear that

24   Mr. Phillips provided the video for that

25   campaign ad?

Page 211

```
 1          A.      I never heard that from anyone
 2     that I recall, that he definitely did that.
 3     I don't know that.
 4          Q.      Do you remember seeing -- do
 5     you remember seeing an interview that
 6     Mr. Phillips and Ms. Engelbrecht did around
 7     this time on "Gateway Pundit"?
 8          A.      I -- I don't remember seeing
 9     that at the time, but I am aware of it now.
10          Q.      Okay.  And are you aware that
11     in that program, Mr. Phillips talked about
12     providing video for that ad?
13          A.      I'm not aware of that, but I
14     guess you're telling me that.
15          Q.      No, I'm asking you about your
16     knowledge.
17          A.      Yeah, I don't -- I don't -- I
18     don't --
19          Q.      And you don't have knowledge of
20     that?
21          A.      I don't as of -- I don't --
22     right, from my memory, I don't recall that
23     that was in the "Gateway Pundit" interview.
24     It very well might have been.
25                  I actually haven't reviewed the
```

Page 212

1    "Gateway Pundit" thing any time lately.  I

2    just know about it.

3         Q.    Okay.  And after the Charlie

4    Kirk interview, did you repost that interview

5    on your social media?

6         A.    Not to my knowledge, but that's

7    a very difficult thing for me to kind of

8    guess at.  I don't believe I did.

9         Q.    And do you recall any

10   conversations you had with -- well, strike

11   that.

12              At some point you watched the

13   interview.  Right?

14        A.    Yes.

15        Q.    And did you see that in that

16   interview the footage that was shown did not

17   have the so-called mule blurred?

18        A.    I did notice that.

19        Q.    And did you have any

20   conversations with Ms. Engelbrecht or

21   Mr. Phillips about that?

22        A.    Well, I didn't watch the

23   Charlie Kirk video at the very beginning.  I

24   watched the video like a week ago, meaning

25   recently --

Page 213

1          Q.      Okay.

2          A.      -- I watched it.  So I'm very

3     familiar with the video now because I've seen

4     it recently.

5          Q.      Okay.

6          A.      But -- so we have to

7     distinguish between my knowledge now based on

8     that --

9          Q.      Right.

10          A.      -- and then earlier knowledge I

11     had.

12          Q.      So was that the -- when you

13     watched it a few weeks ago, was that the

14     first time you had seen it?

15          A.      Yeah, I think so.  It's the

16     first time I saw it, like, all the way

17     through.

18          Q.      Okay.

19          A.      And so that's really when I

20     noticed things about it that if -- if I had

21     even glanced at it before.

22                  I mean, it's an hour-long

23     video.  It's kind of not my custom to watch

24     hour-long videos like that unless I have a

25     pressing reason to do it.

Page 214

```
 1              So I'm quite sure I didn't see
 2     the original video.  I was simply reacting to
 3     the information in the text.
 4          Q.     Okay.  Around this time you
 5     also provided some of the -- well, strike
 6     that.
 7              Around this time you also
 8     showed some of the mule footage at a private
 9     event for Mr. Kirk.
10              Do you recall that?
11          A.     Yes, but I think -- I recall it
12     with some specificity.  And when you say
13     "mule footage," I believe we're talking about
14     two or three specific items, which we can go
15     into.  But I -- so I am aware of the event,
16     yes.
17          Q.     And you provided -- this is
18     also around the same period of time, but you
19     provided footage to him in connection with
20     that event?
21          A.     I provided clips from the
22     movie.
23          Q.     Okay.  And which clips did you
24     provide?
25          A.     Going based on memory, I
```

Page 215

1    provided a clip of the interview with the

2    mule in Arizona talking in a disguised voice

3    about her participation.

4              We also provided a clip from

5    the movie of Catherine and Gregg discussing a

6    mule.

7              Now, here, by memory, I cannot

8    tell you which discussion there is.  There

9    are three or four candidates that are quite

10   obviously the ones we chose, and I could tell

11   you what those are, but I don't recall the

12   clip from memory now.

13             I just remember -- I just know

14   what I asked for, I know what we got, and I

15   know what we -- you know, well -- I know the

16   designation of the videos that we sent.

17        Q.    And was one of -- is it

18   possible that one of those clips was the clip

19   of Mr. Andrews?

20        A.    No.

21        Q.    Okay.  Did you have a concern

22   in providing those clips for this private

23   donor event that the -- that they could get

24   leaked out?

25        A.    The -- I don't remember the

Page 216

1    date of the private donor event, but I was

2    not concerned about that because the -- we

3    keep a fairly tight control over our own

4    material, and not to mention the fact that if

5    those exact videos got leaked out, we would

6    know exactly who leaked it; namely, Charlie

7    Kirk and "Turning Point."

8              And I'm sure we were quite

9    emphatic with them that that cannot and

10   should not happen.  And those were not, in

11   fact, the videos that appeared on "The

12   Charlie Kirk Show."

13        Q.    And how are you -- how can you

14   be sure of that?

15        A.    Because of the description of

16   them.  The description of the videos is

17   entirely different.  Clearly the videos we

18   sent are from our film.

19              And Charlie Kirk never showed

20   the interview with the mule.  He never showed

21   Catherine and Gregg discussing a mule.

22              So we had sent very short and

23   particular clips that are described in the --

24   in the request and -- in what we sent, and,

25   quite obviously, they are not these videos.

Page 217

```
1     And now that I've seen these videos, I
2     actually know that these are different
3     videos.
4            Q.     And also you can tell by the
5     quality of the video?
6            A.     By the nature of the cut.
7     Somebody like Nathan would give you five
8     immediate, like, technical reasons, but they
9     looked different.
10           Q.     Yeah.  Okay.
11           A.     I also want to emphasize, you
12    know, that with regard to Charlie Kirk, not
13    only did we not send him those videos, we
14    couldn't have and we had no good reason to.
15                  We couldn't have because we
16    didn't even know the show was going to
17    happen.  So there's no way we could have sent
18    videos for a show that we had no idea was
19    occurring at all.
20                  I'm now talking about the
21    interview with Gregg and Catherine.
22           Q.     Right.
23           A.     And moreover, it would be very
24    destructive to our own interests to do that
25    when we're trying to hold the videos close to
```

Page 218

1    our chest and not release them prior to the

2    film.

3              So for all of these reasons,

4    not only did we not send the videos, but we

5    couldn't have, and it runs completely against

6    our interest to do it.

7        Q.    But he could have used the

8    videos that you sent him, but he just didn't.

9        A.    He just -- he could have used

10   the videos that I sent him, which would have

11   been a breach of trust if he had done that.

12   I think he would probably have gotten a phone

13   call from me immediately had that happened.

14             He -- Charlie Kirk is a very

15   smart guy and I'm sure he knew that.  I also

16   think that he did not want to -- he knew that

17   he --

18             He knows enough to know that

19   the film is quite a-ways away, and so it's

20   very important for him to play nonfilm videos

21   because that way he can say, Well, I got the

22   videos myself and so I'm not -- I'm not

23   trespassing on the film, Dinesh.

24             So there's a -- I mean, I sort

25   of can see this -- how this happened from

Page 219

```
 1     different angles.  Everybody is sort of
 2     looking at it a slightly different way.
 3               And both with regard to people
 4     like Charlie Kirk and later with Tucker
 5     Carlson, there is a tremendous appetite in
 6     media today to want to claim exclusivity.
 7     I'm not showing you Dinesh's stuff.  I'm
 8     showing you my stuff.
 9               And so there is a desire
10     for -- on the part of media to try to, as far
11     as possible, claim, We found these.  These
12     are our videos.
13               And some of that appears to be
14     going on here.  At least that's my reading of
15     the -- of the event in context.
16          Q.    And let's talk about Tucker
17     Carlson.
18          A.    Okay.
19          Q.    Originally there was a plan for
20     him to release the teaser trailer.  Am I
21     correct?
22          A.    Yes.  At least we thought so.
23          Q.    And what happened there?
24               He didn't release it.  Right?
25     It was leaked in some other fashion?
```

Page 220

1          A.      What happened there was that --
2     was that the Tucker Carlson people had asked
3     us to provide the teaser trailer.  I believe
4     Debbie sent it to their producer, Alex.
5                  And we -- as far as we knew,
6     Tucker was going to go on with Catherine
7     Engelbrecht.  They were going to play the
8     teaser, announce the upcoming film, and then
9     Catherine and Tucker were going to have a
10    conversation.
11                 This was -- we were okay with
12    this because even though it's a-ways from the
13    film being released, we were releasing the
14    teaser.  So the teaser is fine to get out.
15                 The key to films is to have
16    generally a single product, whether the
17    teaser or the actual trailer, and that's what
18    sells the film.
19                 So we don't want to be
20    releasing other material from the film.  If
21    you want to play the trailer, that's good.
22    The trailer is the appetizer that causes
23    people to want to watch the film.
24                 So we were very much on board
25    with Tucker showing the teaser.

Page 221

1          However, Alex, the producer,
2     called me and said he had to talk to me.  And
3     he said, We are not able to use the teaser
4     because it's 90 seconds long and we can only
5     use 42 seconds.
6               And I go, Alex, you know what,
7     I go on Fox a lot.  I understand constraints
8     of media.  Which 42 seconds do you have in
9     mind?
10              And he goes, Well, we want to
11    skate over the beginning of the teaser which
12    says, D'Souza Media presents and Salem Media.
13    We want to take all of that out.  We then
14    want to go to the videos in -- that are in
15    the trailer.  And then at the end where it
16    says, "2,000 Mules" coming soon, website, we
17    want to cut all that out.
18              I go, Alex, you're basically
19    stealing our teaser.  You want to use all the
20    video content in it and pretend like it's
21    yours when we've taken a lot of time and
22    trouble to put this together.  It's our
23    artistic product with music under it, and so
24    I'm not going to let you do that.
25              So if that's what you're going

Page 222

1     to do, don't use it.  If you're telling me
2     that you want to use 42 seconds and you want
3     us to make a shorter cut, we would be willing
4     to do that.  But you cannot appropriate our
5     teaser in the way that you've described.
6              And then I got an extremely
7     brash and abusive text from the executive
8     vice president, a guy named Justin B. Wells,
9     where he says things like, Dinesh, that's it.
10    We were trying to do you a favor.  You will
11    never appear on "Tucker" again, blah, blah,
12    blah.
13             And -- but I didn't budge.  And
14    they realized that they couldn't use the
15    trailer and so they pulled the show.
16         Q.    And then -- but then sometime
17    later in May, Ms. Engelbrecht did go on
18    "Tucker Carlson" and there was some footage
19    shown.  Correct?
20         A.    Later, right around the time
21    the movie came out, Catherine, yes, she did
22    go on "Tucker Carlson" and in an appearance
23    that we had sort of expected would be a
24    promotion of the movie, because the movie at
25    this point was either -- had been released or

Page 223

1     on the verge of being released, and so
2     publicity at this point would do us a lot of
3     good.
4                    And Tucker, of course, is the
5     No. 1 show on Fox.  So that was an added
6     reason to want this to -- to be helpful to
7     the movie.
8                    As a matter of fact, I would
9     say -- I would not say it was unhelpful to
10    the movie, but it was -- it was much below
11    our expectations because the movie was never
12    mentioned either by Tucker or by Catherine.
13                   And to be honest, that's really
14    what, at the time, caught my attention.  It
15    wasn't the videos.  Quite honestly, I wasn't
16    paying attention to what videos were shown.
17                   The movie either being out or
18    being on the verge of being out -- this was
19    not the same as "The Charlie Kirk Show"
20    because at that point, the videos were one
21    month away from being released.  But the
22    movie has evidently either been out -- is
23    already out.
24                   So my attention was, what's
25    going on here?  You have Tucker, who doesn't

Page 224

1    want to say a word about the movie.

2    Catherine is evidently on board with this.

3              I sort of felt that it was bad

4    blood from Tucker, going back to my earlier

5    skirmish with his -- you know, his sidekick.

6              But I was more bewildered by

7    Catherine because I thought it's Catherine's

8    job to help us promote this film.  The film

9    is, like, red hot.  This is the time to be

10   doing that kind of promotion.  You're clearly

11   okay with not doing it.

12             I understand you like to be on

13   "Tucker."  I don't know if this is a

14   condition that Tucker and his people imposed

15   on you.  I have no idea.  But this is not

16   what we had hoped for.

17        Q.    And did you know in advance she

18   was going to be on the show?

19        A.    I think she told us that she

20   was going to be on the show, but I don't

21   remember if she told Debbie or if she told

22   me.  I think she said, I'm going on "Tucker."

23        Q.    And where did the footage that

24   was shown on "The Tucker Carlson Show" come

25   from?

Page 225

```
 1          A.      It certainly didn't come from
 2     us.  And it couldn't have come from us.
 3     We -- our communications with Tucker were cut
 4     off at that point.
 5                   Obviously, the teaser trailer
 6     was a completely different thing at that
 7     point.  The teaser, in fact, had very little
 8     video.  And all the video that we had was
 9     extremely early.
10                   The -- now that I know a little
11     bit more about what was on "Tucker" in terms
12     of the video, as I say, at the time I paid
13     very little attention to what -- you know,
14     are these blurred or unblurred?  I don't even
15     think I could even tell looking at the video.
16                   But the truth of it is that
17     wasn't my focus.  My focus was somebody
18     was -- primary concern and the main, like,
19     marketing guy for the movie, like this is a
20     foregone opportunity and it probably blows
21     our chance to have the movie talked about on
22     "Tucker" at all.
23          Q.      And did you -- you reposted
24     that interview, though.  Right?
25          A.      Yeah, one my social media guys
```

Page 226

1    did.
2         Q.    And you didn't blur any of the
3    video when you reposted it.
4         A.    Well, we didn't know what was
5    in the interview at that point.  The -- my
6    schedule is such that when a movie comes out,
7    I'm doing back-to-back interviews, morning to
8    night.
9              And so what -- the reason we
10   share content is it's content relevant to the
11   movie.  I think we expected that it would
12   promote the movie.
13             Obviously, it's a big show,
14   "Tucker."  And we had been trying to also do
15   things with Hannity and on Laura's show as
16   well, Laura Ingraham.
17             And so I think from the point
18   of view of my social media guys, they're
19   like, Catherine Engelbrecht is talking about
20   mules on "Tucker Carlson."  You know, share.
21             And so I'm sure I approved of
22   the decision, but it was not based upon me
23   reviewing videos that Tucker showed or
24   anything like that.  I had no idea what that
25   was.

Page 227

```
 1              As I say, what I -- when I
 2      learned about was she -- and I think people
 3      told me.  It's not that I even watched the
 4      show -- not a word about "2000 Mules."
 5              And I'm like, yeah, Tucker, I
 6      had this bad blood.  But Catherine never said
 7      a word about it?  No?  It's like the movie
 8      doesn't exist.  That was like, This is
 9      horrible.
10         Q.    So at some point in time did
11      you come to understand that Ms. Engelbrecht
12      was instructed not to mention the movie by
13      name?
14         A.    No, I was never -- I never got
15      the inside story of that.  I'm merely
16      offering the two possibilities.
17         Q.    And you don't recall Tweeting
18      about Fox instructing her not to mention the
19      film?
20         A.    I don't remember that.  I do
21      remember a little bit later doing some
22      postmortems on the film and Fox.  I've
23      actually not been on Fox since "2000 Mules,"
24      and it has to do with their extreme
25      skittishness around this issue, even though
```

Page 228

1    we were doing something completely different
2    from any litigation that Fox was involved in.
3              So this was -- so the issue of
4    Fox is a little separate from the issue of
5    Catherine and Gregg.  And -- and I think I've
6    done some commentaries about Tucker and about
7    Fox generally having to do with comments that
8    Tucker himself may have made or others have
9    made about Fox's various motivations, and
10   some of the inside workings at Fox.
11        Q.    Let me just mark as Exhibit 102
12   a document bearing Control No. DDR-00000007.
13     (Marked was Plaintiff's Exhibit No. 102.)
14        A.    (Reviewing.)
15        Q.    (By Ms. Haber Kuck)  Does this
16   refresh your recollection at all about being
17   aware that Mr. Carlson specifically
18   instructed her not to mention the film?
19        A.    No.  This is not -- this is
20   what is called a Quote Tweet.
21        Q.    Okay.
22        A.    And a Quote Tweet is when I'm
23   commenting on another piece of content --
24        Q.    Okay.
25        A.    -- that is attached to the

Page 229

1     quote.

2                    This is the Marisa Coppola A6

3     business, because when somebody else's name

4     like that appears, I am actually responding

5     to something someone else is saying and I'm

6     commenting on it.

7                    So it looks like -- I'm only

8     inferring because I can't see what she

9     says -- it looks like Marisa Coppola -- and I

10    don't know off the top of my head who she

11    is -- is putting out a piece of content

12    revealing something about Tucker.  Maybe

13    Tucker did an interview.  Maybe Fox made some

14    sort of a statement.

15                   And then -- and then I am

16    drawing the conclusion from that (as read):

17    "Hey, take a look.  I'm sorry to say, based

18    upon what you see below here, that this

19    appears to be the inference from what you

20    see."

21                   So, again, it's hard for me to

22    say.  But this is not -- I don't think,

23    looking at this and knowing something about

24    X, this is not me volunteering information

25    about Tucker Carlson because I didn't learn

Page 230

1    anything new.  I'm responding to something
2    that is in the feed.
3         Q.    Did you ask Ms. Engelbrecht if
4    she had been instructed not to mention the
5    film?
6         A.    I believe we did talk about the
7    Tucker interview.  I don't know if I put it
8    quite that way.  But she alluded to the fact
9    that there had been this earlier bad blood.
10              We were all very familiar with
11   it, and so -- but I didn't get anything
12   specific out of it.
13        Q.    Am I correct that "Newsmax"
14   also declined to promote the film?
15        A.    I don't believe that is true.
16   I do know that there was a back-and-forth on
17   that.  And what I mean by that is that
18   "Newsmax" initially, for reasons similar to
19   Fox, was very scared of the film and I think
20   had made some statement to the effect that
21   they weren't going to promote it.  They got a
22   big backlash against that.
23              And Chris Ruddy, who is the
24   head of "Newsmax," contacted me and said that
25   it was simply not true that they had declined

Page 231

1    to promote the film, that they supported the
2    film, that they would have me on as a guest,
3    and he wanted to convey directly that -- that
4    the rumor that "Newsmax" was not supporting
5    the film or any statement to that effect was
6    not, in fact, true.
7        Q.    And why were they skittish
8    about the film?
9        A.    Because of election lawsuits
10   that were at that point already well
11   publicized.  And I think it was more
12   that -- it was more that -- I don't know this
13   for a fact, but I know that several media
14   entities on the conservative side were
15   involved in, if not a Dominion lawsuit, some
16   sort of similar litigation, or they feared
17   that they might be.
18       Q.    And when you say Dominion
19   litigation, that's the litigation where
20   Dominion was -- brought a defamation claim
21   alleging that misrepresentations about their
22   involvement in the election had been made?
23       A.    Something like that, yes.
24       Q.    And Bill Barr also indicated
25   that he found the "2000 Mules" narrative

Page 232

```
1    unpersuasive.  Right?
2              (Reporter clarification.)
3         A.    He did, but his statement was,
4    on the face of it, ludicrous and -- and was
5    quite apparent from the statement that he
6    hadn't seen the film.
7         Q.    (By Ms. Haber Kuck)  And Ann
8    Coulter also criticized the underlying
9    research.  Right?
10        A.    Ann Coulter is my former
11   girlfriend.  And we have an interesting
12   history, but suffice to say that we are
13   friends and sometimes we clash.  And I did
14   think I saw something about that and I kind
15   of laughed it off.
16        Q.    Well, she was criticizing you.
17   She criticized TTV?
18        A.    I don't remember.
19        Q.    Okay.  There were also other
20   right-wing commentators who rejected the
21   narrative.  Right?
22             MS. HYLAND:  Objection.
23        Ambiguous.
24        Q.    (By Ms. Haber Kuck)  Were there
25   other people you would consider right-wing
```

Page 233

```
 1    commentators who rejected the narrative?
 2         A.       There might be a few.  I would
 3    say that the overwhelming majority were not
 4    only supportive, but enthusiastic.
 5              There were some, I consider
 6    them, responsible critics of the film.  I
 7    tried to address their concerns specifically.
 8              In a few cases, such as the Ann
 9    Coulter case, I saw her comments as more just
10    dismissive and not substantive, and not
11    warranting a response.
12              So, yes, there were -- I think
13    opinions varied across the board, yeah.
14         Q.       Did you -- did you follow the
15    coverage of the film in the media?
16         A.       Yes, to a degree, I did.
17    Mainly I was concerned -- at least in the
18    three or four months I was in a mad frenzy of
19    media either direct involvement or, in some
20    cases, responding.
21              I had a long exchange with
22    Phillip Bump of "The Washington Post," for
23    example.  I had some exchanges with Tom
24    Dreisbach of "NPR."
25              I was -- I was trying my best
```

Page 234

1    to follow what was going on with the film,
2    absolutely.  I would always try to do that
3    with any of my films.
4         Q.    And did any of the coverage and
5    commentary concerning the film that you saw
6    give you any -- well, no, strike that.
7              Did anything that you saw in
8    the media coverage give you any concern about
9    the validity of the underlying research in
10   the movie?
11        A.    No.  I would say there were
12   some legitimate questions that were raised
13   about the film.  I thought that they were --
14   that some of the commentary was thoughtful.
15             Some of the critiques of the
16   film were about side issues, but,
17   nevertheless, were worthy of not only debate,
18   but response, and I tried to do that.
19             And then some of the commentary
20   and some of the sources, and even some of the
21   fact-checkers, quite obviously didn't know
22   what they were talking about.  And it was
23   quite apparent in my conversation with them
24   that that was the case.
25             MS. HABER KUCK:  Why don't we

Page 235

1          take a break.

2                    THE VIDEOGRAPHER:  Going off

3          the record.  The current time is 2:48.

4                    (Recess taken at 2:48 p.m.,

5          resuming at 3:07 p.m.)

6                    THE VIDEOGRAPHER:  We are going

7          back on the record.  The current time

8          is 3:07, and this is the start for

9          Media 5.

10         Q.    (By Ms. Haber Kuck)  When we

11    were talking earlier, am I correct that you

12    testified that you didn't meet with Mr. Trump

13    until the prescreening for the film?

14         A.    I didn't meet with Mr. Trump

15    about the film since the prescreening.  I

16    mentioned to you before that I met him in

17    2019 --

18         Q.    Yep.

19         A.    -- in the Oval Office on a

20    different matter.

21         Q.    Right.  Okay.

22               Let me show you what I've

23    marked as Plaintiff's Deposition Exhibit 103.

24       (Marked was Plaintiff's Exhibit No. 103.)

25         Q.    (By Ms. Haber Kuck)  This seems

Page 236

1    to be a chat involving Ms. Engelbrecht,

2    Mrs. D'Souza, Mr. Phillips and yourself.  It

3    seems to be dated March 1 of 2022.

4              Do you see that?

5         A.    Yes.

6         Q.    And Mrs. D'Souza says (as

7    read):  "We just finished meeting with

8    Trump."

9              Do you see that?

10        A.    Yes.

11        Q.    And what is she referring to?

12        A.    Let met get the context of

13   this.  (Reviewing.)

14              Honestly, just reading this, I

15   have no idea.  I'm trying to...

16              I don't recall this at all and,

17   to be honest, there is nothing in the

18   supporting discussion, which veers into a

19   different track, that --

20        Q.    Okay.

21        A.    -- really refreshes my memory

22   at all.  I mean, we're obviously in the

23   throes of making the film, but --

24        Q.    Right.

25        A.    -- I'm not aware of any meeting

Page 237

```
 1     with Trump.  At least I can't remember --
 2     remember it at all.
 3          Q.    Okay.  Around -- you have no
 4     recollection of any meeting with him March
 5     1 -- around March 1 of 2022?
 6          A.    Correct.
 7          Q.    Let's look at a document that
 8     we previously marked yesterday as Exhibit 87.
 9          (Previously marked was Plaintiff's
10     Exhibit No. 87.)
11          Q.    (By Ms. Haber Kuck)  Oh,
12     actually, no, you should have one -- you need
13     to look at the one that has a sticker on it
14     that says 87.  Sorry.
15               MR. EVANS:  87?
16               MS. HABER KUCK:  87.
17          A.    I have it.
18          Q.    (By Ms. Haber Kuck)  This
19     appears to be another one of these things
20     that you were emailing yourself in
21     December of 2023.
22               Do you see that?
23          A.    Yeah, I do.
24          Q.    And this seems to refer to an
25     interview you did with Phillip Bump of "The
```

1    Washington Post" who I think you mentioned

2    earlier.

3         A.    Yeah, I don't know if this is

4    the interview per se or if this is me on my

5    podcast talking about that, but either way

6    I'm sending it to -- evidently to Catherine

7    and Gregg, basically reflecting my response,

8    I believe to Phillip Bump.

9              Because the interview I did

10   with Phillip Bump was actually over the

11   phone.

12        Q.    Okay.  And it was a Q&A?

13        A.    It was a Q&A.

14        Q.    And -- that Q&A was published.

15   Right?

16        A.    Right.

17        Q.    And I understand that you may

18   take issue with some of his commentary, but

19   do you have any dispute that the article

20   accurately reflects the conversation you had

21   with him?

22        A.    My main objection at the time

23   to the article was not the accuracy of the

24   transcription, but rather that he took all

25   the good points that he made and he put them

Page 239

```
 1      in highlights and then he acted like that's
 2      all you needed to read.
 3                  And so this was a very
 4      misleading typographical strategy that I had
 5      never seen employed prior.  And so I was
 6      like, This is a little bit below the belt, my
 7      friend, but so be it.
 8          Q.     But you don't have any -- you
 9      don't have any issue with him misquoting you
10      in that?
11          A.     No.
12          Q.     And then towards the middle of
13      this, Ms. Engelbrecht says (as read):  "I
14      can't talk now but let's connect tomorrow
15      when you're free to talk through a few tiger
16      traps."
17                  Do you see that?
18          A.     Yeah.
19          Q.     And what do you -- what did you
20      understand her to mean by "tiger traps"?
21          A.     This is a -- I understand it to
22      be sort of Catherine sort of esoterica; that
23      is -- that is supposed traps that evidently I
24      can't get out of, but she knows how to get
25      out of, tiger traps.
```

```
 1              And I just took it as a --
 2      that's my understanding of that phrase.
 3          Q.      And so did you understand it to
 4      mean she was highlighting some issues that
 5      perhaps she had concerns about?
 6          A.      Yeah.  Sometimes, you know, she
 7      would send somewhat cryptic messages which
 8      would allude to things without clarifying
 9      what they are.  And this kind of falls into
10      that category.
11              And so I looked it over, I
12      tried to make sense of it, and I made a
13      mental note that perhaps at some point she
14      would explain further.
15          Q.      Did you understand what she
16      meant by that first issue, the murder cases?
17          A.      Yes, I think she was referring
18      to -- well, there were two murder cases, but
19      one was featured in the film, the Secoriea
20      Turner case.
21          Q.      Uh-huh.
22          A.      And so she seemed to have
23      something that she wanted to say about that
24      case.  Subsequently, I had a better idea of
25      what that was.
```

Page 241

```
 1              I know what ACLED.
 2      Q.      Well, before we go -- move on
 3   from the --
 4      A.      Okay.
 5      Q.      -- the murder case, what was
 6   her issue with the murder case?
 7      A.      I think her issue with the
 8   murder case was something -- something to the
 9   effect that the movie said that she had --
10   that she and Gregg had solved the murder.
11              In fact, the defendants in that
12   case had been arrested before.  And she
13   wanted to clarify that instead of saying that
14   she had solved the murder -- they had solved
15   the murder, it would have been better to say
16   that they had provided helpful evidence,
17   geotracking evidence, that could have been
18   used to reach final adjudication in the case.
19              And I went back and looked at
20   the -- looked at what the film actually said,
21   and the film didn't say that they solved the
22   murder.  It somewhat implied it, but it
23   implied it in a very colloquial way, not in a
24   legal way.
25              In other words, the way it
```

Page 242

```
 1    went, as I recall, was:  And so you provided
 2    this information, didn't you, to the
 3    authorities?
 4                  Yes, we did.
 5                  And now they have arrested two
 6    suspects in the case, haven't they?
 7                  Yes, they have.
 8                  All right.  Let's move on.
 9                  So, in other words, the -- this
10    would be a little bit of film shorthand that
11    is leapfrogging some details in the murder
12    case that, quite honestly, I didn't think
13    were -- the nuance of it could work in the
14    movie.
15                  Let's remember the movie is not
16    about Secoriea Turner.  The movie is actually
17    about geotracking.  And all we're trying to
18    establish is that the geotracking that they
19    did for the Secoriea Turner case is the same
20    type of geotracking that they did for the
21    mules, and that point was clearly
22    established.
23                  And so, yes, if I could make
24    the movie again, I would -- I would add a
25    line or make a slight nuance that would do
```

Page 243

1    that a little differently, but I didn't think

2    that it was fundamentally misleading.

3              And that was my thoughts about

4    the murder cases.

5         Q.    And did she raise that concern

6    at the time she viewed the movie before it

7    was released?

8         A.    No.

9         Q.    Do you recall that she was also

10   concerned about statements that you made on

11   your podcast and she felt that on the podcast

12   you had said that they solved the murder?

13        A.    Yeah, I do remember something

14   to that effect.

15        Q.    And did you say on the podcast

16   that they solved the murder?

17        A.    I don't know if I did or I

18   didn't.  I hope I didn't put it quite that

19   way.

20              And -- but, again, I don't know

21   if the podcast statement was prior to having

22   this discussion with Catherine about what

23   their concern really was.  So I might not

24   have been alerted to what she was concerned

25   about.

Page 244

```
 1              And maybe it came after the
 2    podcast.  I'm not sure.
 3         Q.     And so you said, well, it
 4    wasn't -- it wasn't that significant because
 5    it was the same geotracking information.  And
 6    that's what your point was?
 7         A.     No.  The -- in a movie you have
 8    a central narrative or a central thrust of a
 9    movie.  And the thrust of this movie is, was
10    there an elaborate coordinated election fraud
11    operation going on in the swing states?
12              That would be quite different,
13    for example, from me making a "Forensic
14    Files" episode on who killed Secoriea Turner.
15              The purpose of referencing the
16    murder cases at all was merely to make a
17    point that I think is now well known, which
18    is that law enforcement habitually relies on
19    these kinds of techniques.
20              I thought what was interesting
21    in those cases was that Gregg and Catherine
22    themselves got the idea of trying to
23    investigate two unsolved murders using
24    geotracking.
25              I was like, Wow, that's really
```

1    creative because what you're really doing is
2    you're showing me the kind of critical
3    intelligence that would say, Hey, if your --
4    if your geotracking is good, it should be
5    helpful in being able to apply to situations
6    that you didn't originally conceive, but
7    where you can get helpful information.
8              And so their doing this showed
9    me a creativity of mind.  And I said, I
10   definitely want to include something about
11   this in the film.
12             Initially, I had thought of
13   including both of the cases.  I think we
14   ended up cutting one of the cases out and
15   doing a more abbreviated treatment of the
16   other because, as I say, this was ancillary
17   to the theme of the movie.
18             It was more to make the simple
19   point that geotracking works over here and,
20   therefore, it makes sense that it would work
21   over there.
22        Q.    And it was -- it was also to
23   lend credibility to their research.  Right?
24   They used this geotracking to solve a murder.
25        A.    That they used this geotracking

Page 246

1    I would -- the way I would put it now is, in
2    a way that was helpful to solving a murder.
3                I mean, I think, upon
4    reflection, any intelligent person knows that
5    you cannot throw a guy in jail because
6    his -- you place him on a location based on
7    his cell phone.  So it is actually impossible
8    to, quote, solve a murder based upon
9    geotracking alone.  Right?
10               They are not going to convict
11   Kohberger in Idaho because his phone shows
12   that he was patrolling the suspect's
13   residence.  You need a murder weapon, you
14   need a motive, you need lots of other things
15   in order to get to a conviction.  So solving
16   a murder is a whole different thing.
17               I think we meant it as
18   shorthand that this was a part of bringing
19   justice to this case.
20        Q.    Okay.  And you said you -- you
21   started to say you also knew what she meant
22   ACLED.
23        A.    Well, I mean, I knew what the
24   reference meant.  I don't know what she meant
25   by ACLED in the sense that she wanted to

```
 1      evidently talk to me about ACLED.  I'm just
 2      saying I know what ACLED was, and I had done
 3      some research into what ACLED was.
 4           Q.     And what research did you do
 5      into ACLED?
 6           A.     Well, I went on the ACLED
 7      website.  I searched all the articles I could
 8      find about ACLED.  I read them.
 9                I -- I merely wanted to get a
10      good grip about what it is ACLED was and what
11      it is that they did because when I first
12      heard the term, it was -- you know, it was
13      unfamiliar to me.
14           Q.     In your -- in the course of
15      your research, did you learn that ACLED
16      actually doesn't trace cell phone IDs?
17           A.     I read subsequently an article
18      quoting an ACLED representative that said
19      that -- that -- if I'm trying to remember,
20      that might be Tom Dreisbach's article in
21      "NPR," although I'm not a hundred percent
22      sure of that.  But I know that he was looking
23      into the ACLED part of the -- of the -- the
24      ACLED reference in the movie.
25                The ACLED reference to me, in
```

Page 248

1      the movie, was merely to say that there was

2      an organization, ACLED, that tracked violent

3      protests around the country and perhaps

4      around the world.

5              I don't if Gregg said something

6      to the effect about them using phones or

7      geotracking.  I just don't remember from the

8      film, even though I've got a good memory of

9      what's in the film.

10             It didn't seem clear to me that

11     you needed, quote, data from ACLED in order

12     to do what Gregg was doing.

13             Gregg was basically trying to

14     find a -- create two Venn diagrams and find

15     an area of overlap between the mules on the

16     one side and violent left-wing activists on

17     the other.  All right.  That was really the

18     person of this part of the discussion in the

19     movie.

20             Well, Gregg and Catherine had

21     bought data in the Atlanta -- greater Atlanta

22     area and they had bought data in a lot of the

23     other swing state jurisdictions.  And part of

24     what Gregg was saying is that these happened

25     to be the exact locations for violent

Page 249

1     activist protests.

2              If you have the data on -- if

3     ACLED merely supplies there was a violent

4     protest on, let's just say hypothetically --

5     and I am making up these

6     dates -- September 7th in Atlanta on

7     so-and-so street, you don't need ACLED's

8     data.  You merely need to go to your own data

9     for September 7, on that day, run a Venn

10    diagram between that and your suspected mule

11    list, and you will see whether there is an

12    overlap or not.

13             So, in other words, I'm not --

14    I'm not trying to second-guess what exactly

15    Gregg did, but I'm simply trying to think

16    through.

17             At the time Gregg said it, I

18    didn't bat an eyelid about it.  It made sense

19    to me there is an organization that tracks

20    these protests.  At that point I was like, I

21    don't know what they do.

22             Subsequently, I dig into it.

23    I --

24    Q.     When did you dig into it?

25    A.     Well, what I'm saying is after

Page 250

1    I heard Gregg reference it.

2         Q.      Okay.

3         A.      Gregg mentions ACLED in our

4    interview in the movie.

5         Q.      And this is before the movie

6    came out, though?

7         A.      Before the movie came out.

8         Q.      Right.

9         A.      Yeah.  I heard the name ACLED,

10   but I didn't -- it didn't mean anything --

11        Q.      Right.

12        A.      -- to me at that point.  It was

13   just a sound, a name.

14              Later, and I don't remember

15   exactly when, but sometime in the preparation

16   of the movie and the book, I went on the

17   ACLED website.  I learned more about ACLED,

18   whatever I could.

19              And I was like, Oh, yeah, well,

20   that's what -- ACLED tracks violent protests

21   around the world, exactly as Gregg said.

22   This is an organization that seems to collect

23   this kind of information.

24              It was not immediately apparent

25   either in the website or the articles I read

Page 251

```
1     what data ACLED does and doesn't have.
2                   In other words, it wasn't until
3     I read after the movie, in Dreisbach's
4     article or other articles, simply a spokesman
5     for ACLED disavowing the connection that True
6     the Vote had made and saying, We don't do it
7     this way.
8                   But that was news to me when I
9     heard that in the article.  In other words, I
10    was like, Oh, you don't do it that way?
11                  And then I was thinking
12    through, What could Gregg have meant then
13    when he said what he said about ACLED?
14                  And I'm just telling you
15    what -- what I think now.
16         Q.    Did you ask him?
17         A.     I think ACLED came up at one
18    point and Gregg was not very clear about what
19    it is that they did or didn't do.
20                  Part of the -- part of the
21    problem here, I think, is that we were
22    getting information not firsthand, but
23    refracted through the lens of critical media.
24                  In other words, it's quite
25    clear that Tom Dreisbach had his agenda.  He
```

Page 252

1    was trying to debunk the movie, using ACLED
2    for that purpose.
3                    And so we had to sort out what
4    is ACLED saying?  What is it that ACLED does?
5    Is ACLED trying to kind of cover its tracks
6    in some way?
7                    Are they being deliberately
8    ambiguous?  What is Dreisbach -- what words
9    is Dreisbach putting in their mouth?  What
10   words are in quotes and what are not?
11                   I guess what I'm saying is I
12   think you -- I think you know what I'm
13   getting at.  I'm saying we're getting
14   information at least one step removed.  And
15   so we ourselves have to be a little
16   skeptical -- all of us I think are these
17   dates -- of things you just read.
18        Q.     Did you check up on it after
19   you read Mr. Dreisbach's article?
20        A.     I spoke to Tom about it, about
21   this stuff.  So we discussed it, the two of
22   us.  I didn't contact ACLED directly, no.
23   But I got Tom's best understanding of what
24   was going on.
25                   And I assumed -- I mean, I

Page 253

```
 1     believe he's, you know, enough of a reliable
 2     reporter that I took his word for it.
 3          Q.     And this was -- his article is
 4     after the movie comes out, but before you do
 5     the book.  Is that fair?
 6          A.     I think so.  I think he was
 7     writing about the movie and the --
 8          Q.     Yeah.
 9          A.     -- book, of course -- well, no,
10     I'm sorry -- the -- well, all I mean is this.
11     The book was -- when was the book completed?
12                 The book came after the movie,
13     of course, but it was pulled.
14          Q.     Right.
15          A.     So its actual date became much
16     later.
17          Q.     Right.
18          A.     It was due to be released much
19     closer to the movie itself.
20                 So it's a little difficult for
21     me to answer that question just because of
22     the back-and-forth on the book.
23          Q.     And the statements about ACLED
24     was one of the reasons the book was pulled.
25     Am I right?
```

Page 254

```
 1          A.      Not to my knowledge.
 2          Q.      Are you aware that Salem
 3    settled with ACLED because of statements you
 4    made in the book?
 5          A.      Well, I'll tell you what I
 6    know.  I saw a copy of the book that, to my
 7    complete bewilderment, had a one-paragraph,
 8    like, insert in it.  This was in an actual
 9    book.  And it was something to do with Salem
10    Media, some sort of statement about ACLED.
11              I never discussed this with
12    Salem.  They never brought it up with me.  I,
13    frankly, thought this was some sort of a joke
14    when I saw it -- I mean, and it was some sort
15    of a mistake.  And I was like, What's going
16    on here?
17              I never got any further than
18    that.  That's the sole -- that is my sole
19    knowledge of Salem and ACLED.
20          Q.      Okay.  So you are not aware
21    that they --
22          A.      But that is not the reason the
23    book -- as far as I know -- or at least as
24    far as anything -- anything told to me, this
25    has nothing to do with why the book was
```

Page 255

```
1    pulled.
2         Q.      Okay.   And you're not aware of
3    a settlement that Salem reached with ACLED
4    relating to statements made in the book, part
5    of which included the little blurb you're
6    talking about?
7         A.      Not until right now.
8         Q.      So the third category in -- on
9    Ms. Engelbrecht's list is (as read):
10   "Nonmule video in the movie."
11               What did you understand her to
12   be referring to there?
13        A.      She appears to be referring to
14   some video in the movie that does not pertain
15   to a mule.
16        Q.      Right.
17        A.      And it's not clear whether it's
18   even her video or if she's objecting or has a
19   point to make about -- or has a tiger trap
20   about some nonmule video in the movie.
21               I think in my mind at the time,
22   we have -- we have some video in the movie --
23   early in the movie, for example, we show a
24   video which came from Project Veritas.  And
25   it's about a guy, a sort of a Somalian guy
```

1    who appears to be, like, buying votes or

2    something like that.  And he's -- he appears

3    to either be paying someone for a vote --

4              Anyway, James O'Keefe had

5    released this video publicly.  It's not --

6    it's not our video, but we did have it in the

7    movie.

8              And so there were these sort of

9    rare, but, nevertheless, other videos in the

10   movie.  And I guess I thought -- you know, I

11   don't know, I want to hear what Catherine is

12   talking about, but it made -- I didn't know

13   at all --

14        Q.    Okay.  So --

15        A.    -- beyond what I just said.

16        Q.    Did you ask her what she was

17   talking about?

18        A.    This is -- let me -- let me

19   look at this.

20        Q.    May 16.

21        A.    May 16, yeah.

22              This is in the -- in the

23   absolute media frenzy of the movie.  I don't

24   remember the, quote, connect tomorrow

25   conversation occurring at all.

Page 257

1          I -- as you know, I responded

2     to her, Let's talk tomorrow.

3          And then we go on to talk about

4     John Fund and other things.  And I guess I

5     just kind of assumed that she would let me

6     know more either by text or by call.  And I'm

7     not -- I'm not sure that this follow-up

8     occurred.

9          As I mentioned, I did later

10    come to a better understanding about the

11    murder cases and their concern about it, but

12    I'm not even clear this was the following day

13    after this particular text.

14          I think it's -- I think with

15    these sorts of things they -- it's important

16    to realize that, you know, they take on a

17    retroactive meaning that was not obvious at

18    the time so that you can look now and go, Oh,

19    wait a minute.  Clearly she was referring to

20    this.

21          But at the time, I had no idea

22    what she was talking about.  I had no idea

23    that we had any video in the movie that was,

24    quote, nonmule video.  I thought maybe it

25    refers to the O'Keefe video.

Page 258

1          I didn't know.  They were very

2    protective.  And anything that was not theirs

3    was basically rubbish.

4          And so I had a feeling that she

5    had an objection to something else we did in

6    the movie, maybe even our mule recreation,

7    because obviously our mule recreation was a

8    nonmule that was playing a mule.

9          And I would not have been in

10   the slightest surprised if she was like,

11   This -- you did a horrible job in depicting

12   this mule.  This is not what mules are.  This

13   is not what they do.

14          And I think I was preparing

15   myself for something like that.  This was not

16   a red flag to me because I didn't even know

17   what it was.

18       Q.    Okay.  And you don't remember

19   any follow-up discussion with her?

20       A.    As far as I can remember, no.

21       Q.    Do you recall that there was a

22   point in time when the Georgia State Election

23   Board considered a complaint about

24   Mr. Andrews?

25       A.    Yes.

Page 259

```
 1          Q.      And that was in May of 2022.
 2     Does that sound right?
 3          A.      It sounds right.
 4          Q.      Okay.  And you -- you became
 5     aware of that complaint at some point in
 6     time?
 7          A.      I became aware of it at some
 8     point in time.  I don't know exactly when.
 9     And I think I saw something about it posted
10     on the platform now X, but then Twitter.  I
11     think I saw something about it.
12          Q.      And what do you recall?  Do you
13     recall that the SEB cleared Mr. Andrews?
14          A.      I remember seeing a video in
15     which an investigator was talking.  It was a
16     video, so I saw him.  It was evidently from
17     some sort of a proceeding.  And he was saying
18     what he did.
19                  And he was saying that based
20     upon what he did, he had no reason to suspect
21     any wrongdoing, something to that effect.
22                  And then I think I might
23     have -- I don't know if I learned from that
24     video or from something else that
25     subsequently that case was dismissed.
```

Page 260

1          Q.      And do you recall posting
2     around that time something to the effect
3     that, you know, the investigation was a joke
4     because all they did was talk to the mule?
5          A.      I thought -- I remember when I
6     saw it, I thought, This is not what I would
7     call an investigation.
8                  Because you have to remember
9     the context of the movie.  The movie is
10    describing a rather widespread phenomenon.
11    The expectation of the movie, which is
12    discussed in the movie, is to have sort of
13    systematic follow-up to the movie that goes,
14    again, beyond the water's edge, by which I
15    mean takes up questions the movie cannot go
16    further in.
17                 So we're showing patterns of
18    geotracking in five different states.  We're
19    showing surveillance video that is -- that is
20    very striking on its face involving lots of
21    different people.
22                 And kind of my expectation was,
23    all right, what we need is some sort of
24    investigation where you go talk to all of
25    these people and ask them:

Page 261

1              Well, what were you doing at
2     1:30 in the morning with a backpack full of
3     ballots?  Do you have some alternative
4     explanation for your behavior that would make
5     sense, other than you're somehow doing
6     something wrong?
7                   So that's the context.  That,
8     in fact, in a systematic way never happens.
9                   So this was the -- in some ways
10    the closest that I saw to a -- to an
11    investigation.  And I think it struck me at
12    the time, given these expectations, as being
13    inadequate.
14                  If I said it was a joke, I was
15    probably reacting a little emotionally.  But
16    on the other hand, "inadequate" is probably a
17    better term that I would use now.
18         Q.     And the -- and you understood
19    at the time that the complaint was based on
20    surveillance footage that you also used in
21    the film.  Right?
22         A.      I'm not sure if I understood
23    that at the time.  I think I gleaned from the
24    context that there had been some sort of
25    complaint.

Page 262

```
 1              I honestly don't remember,
 2     because I haven't seen that video since,
 3     whether the investigator referenced the movie
 4     or referenced -- but I was obviously familiar
 5     with the fact that they were talking about
 6     trafficking and they were talking about, you
 7     know, Mules.  So in that sense, it clearly
 8     pertained to the movie.
 9              And obviously we had nothing to
10     do with the circumstances of that complaint.
11     We didn't make the complaint.  So -- and I
12     had no knowledge of any of that.
13              But I was like, whoa, this is
14     something -- he's talking about something
15     that is relevant to our movie.  I saw it that
16     way.
17              And then I was like -- and I
18     remember my reaction was that if this is what
19     you call an investigation, this is not really
20     an investigation of a phenomenon that is very
21     seriously presented in this movie.
22              And what you seem to have been
23     done to clear this guy is what I would call
24     sort of the irresponsible bare minimum.
25         Q.    But you were on notice the
```

Page 263

1    mule, or the person that they were discussing
2    in this complaint was one of the mules you
3    were portraying in the movie.  You knew that
4    at the time.
5         A.    I'm not sure if I did.  I might
6    have honestly because I -- because I think it
7    would have piqued my interest.  Obviously, if
8    they said, This was the guy portrayed in
9    "2000 Mules," I, of course, knew that we had
10   blurred the faces of the mules.
11             And so -- and so maybe I was
12   aware that there was some connection to the
13   movie, but I also knew for a fact that this
14   was not a case that was in any way brought by
15   us.
16             Let's remember the movie is a
17   few days old.
18        Q.    Right.
19        A.    So the idea that there is a
20   movie that just came out, like, last Tuesday
21   and somehow there is some sort of case before
22   the election commission, quote, coming out of
23   the movie based upon images that are
24   unrecognizable and completely blurred struck
25   me as sort of preposterous.

Page 264

1              I did not think that the --
2       this case, quote, came out of the movie.  It
3       might have been linked with the movie, which
4       would not have been surprising because the
5       movie was out there, everyone's talking about
6       it.
7              I saw the connection that way
8       rather than the movie being, quote, in any
9       way the source of this.
10         Q.    But regardless of whether the
11      movie was the source, the person in question
12      in this investigation was one of the people
13      who was shown in the movie and described as a
14      mule.  Correct?
15         A.    I'm saying I recognize that in
16      retrospect now.  I mean, I know that that was
17      the Andrews case.  I now know -- I had never
18      heard of Mr. Andrews, obviously, and I did
19      not know at any time in the movie the names
20      of any mules.
21         Q.    Right.
22         A.    Right?
23             So this is not a case where if
24      you told me a name, I'm like, Oh, that's the
25      guy in the movie.

Page 265

1            No, I had no knowledge of that

2    at all.

3            If the investigator said

4    something like, you know, This is the man who

5    was also portrayed in "2000 Mules," I would

6    have obviously recognized that's what he's

7    saying.  But I would also say to myself,

8    Well, that's clearly not where this came from

9    because you can't see that guy in the movie.

10            So I was commenting on the case

11    really as an outside observer of a -- the

12    closest thing I had seen to any kind of

13    investigation.  And I was like, whoa, what

14    kind of investigation is this?

15            That's really all it was.

16            And I was reacting also.  As

17    often happens on social media, I was

18    responding to what I saw.

19        Q.    And you don't -- do you recall

20    any discussion with Ms. Engelbrecht or

21    Mr. Phillips that this person was one of the

22    nonmules in the movie?

23        A.    I don't remember having a

24    discussion with them at that time about it.

25    It might have -- obviously it came up

Page 266

1     subsequently with regard to the case.  But I

2     don't remember any specific discussion of

3     what had happened.

4                    I think it's just because by

5     that time, our -- I won't say that we had

6     parted ways, but we had de facto parted ways.

7     And by that I mean I was now on a -- I was

8     now on a multi-, probably month-long

9     promotional track for the movie.

10                    True the Vote was doing other

11    things.  They had actually made it quite

12    clear that they were done with this.

13                    They, in fact, had made a

14    statement -- Gregg Phillips did -- right

15    around this time or shortly before, Guys, we

16    are working on something ten times bigger

17    than "2000 Mules," which was to me an

18    appalling statement to make because I

19    translated it as, You don't need to see this

20    movie.  We've got something a lot bigger in

21    our back pocket.

22                    And I was extremely annoyed at

23    that statement, but as often is my case, I

24    tried to rationalize -- or I tried to -- I

25    tried to give Gregg a good reason for why he

Page 267

1    had said that.  I thought, Maybe this guy is

2    just so excited about his next project, he's

3    not even thinking about "2000 Mules."

4              But that was the key point.  He

5    wasn't thinking about "2000 Mules."  They

6    were working on another project that could be

7    labeled Konnech.

8              And -- anyway, they were on to

9    other things and our conversations with them

10   became quite truncated.

11        Q.    And so you can't recall at this

12   point in time whether you had a conversation

13   with either of them about Mr. Andrews' video

14   being the nonmule video in the movie that she

15   was referring to?

16        A.    Well, first, I made absolutely

17   no connection to the prior reference that

18   you --

19        Q.    Yeah.

20        A.    -- you know, that you showed

21   me.  I wasn't even thinking in that way at

22   all.

23              If I had talked to them, I

24   probably would -- I probably would have said,

25   Did you see that investigation in Georgia?

Page 268

1    And did you see the way they carried that
2    out?
3                    That was what I got out of that
4    video.  Because the mules were blurred in the
5    movie, it didn't even cross my mind that we
6    had some problem with mules in the movie
7    because we hadn't shown any Mules in the
8    movie.  That was my point.  We hadn't shown a
9    single mule in the movie.
10        Q.    Well, you showed mules in
11    the -- you showed people that you
12    characterized as mules in the movie.  You
13    just blurred their faces.  Is that fair?
14        A.    Right.  But -- but what I'm
15    saying is if somebody says, you know, that I
16    saw Dinesh on Park Avenue and 35th and, in
17    fact, I was wearing a Halloween mask, there
18    is simply no way you could have said, I saw
19    Dinesh.
20                    It makes no sense, because
21    Dinesh was wearing -- was not -- Dinesh was
22    wearing a Halloween mask.  There was no way
23    to identify Dinesh.
24                    So my point being that -- was
25    simply this:  Yes, we did show mules in the

Page 269

1    movie, people that -- that we believed were

2    100 percent mules.  We blurred their faces so

3    that they were unrecognizable.

4                    And so the fact that there was

5    a case of an alleged mule supposedly in the

6    movie was something that was obviously

7    interesting, but I was like, this didn't come

8    from the movie.

9                    In the movie you see bodies

10   moving, but you cannot tell who they are.

11   And -- and also, as I said, when I looked at

12   the case, I'm like, This investigation

13   actually tells me very little about the

14   circumstances involving this person because

15   it omits some obvious things that one would

16   normally do.  And then it's like, you know,

17   clap your hands because the thing is closed.

18                    I was like, okay, I understand.

19   Okay, I'm -- you know, this is not my

20   hearing, obviously; but to me it's a little

21   bit -- it's a little bit shoddy.

22        Q.      All right.  Let's look at a

23   document that I'm marking as Exhibit 104.  It

24   bears Control Nos. DDR-00049510 through

25   DDR-00049511.

Page 270

1           (Marked was Plaintiff's Exhibit No. 104.)

2           Q.      (By Ms. Haber Kuck)  So this

3      seems to be another text chain that you

4      emailed to yourself.

5                   Do you see that?

6           A.      Yeah.

7           Q.      If you look at the second text

8      down, which is a text from Gregg Phillips.

9           A.      What is the date of this?

10          Q.      I believe it's the 17th, but I

11     would have to -- we could -- we could go to

12     another document.

13          A.      You're saying the 17th of May?

14          Q.      May.

15          A.      Okay.

16          Q.      I will find the other document

17     next time we take a break.

18                  And so Mr. Phillips says (as

19     read):  "Is this what they call a refutation?

20     This article borders on the comical.  It

21     features a single case in which the only

22     evidence the mule was merely dropping off the

23     votes of his family members is that he said

24     so.  True the Vote found nearly 250 mules in

25     Atlanta going to ten or more drop boxes."

1             And then there is a link, it

2      seems to be, to the "Atlanta-Journal

3      Constitution" website.  And according to the

4      link, it says (as read):  "Georgia

5      investigation dispels allegations highlighted

6      in '2000 Mules'"?

7             Do you see that?

8      A.     Yes, I do now.  Yes.

9      Q.     And then Mr. Phillips says (as

10     read):  "These aren't our -- weren't our

11     complaints.  These were dismissed.  Ours

12     moved on to the Attorney General.  In

13     addition, this isn't a mule, didn't reach the

14     threshold."

15             Do you see that?

16     A.     Yeah.

17     Q.     And you say, "All good points.

18     I will take them up on the podcast."

19     A.     Yes.

20     Q.     So do you understand that --

21     this to be a discussion of the issue we were

22     just talking about, the SEB investigation?

23     A.     Yes.

24     Q.     And so Mr. Phillips is saying

25     (as read):  "These weren't our complaints.

Page 272

1    These were dismissed.  Ours were moved to the
2    Attorney General."
3                    Do you see that?  Under the
4    link.
5         A.      Yes, I do see that.
6         Q.      So he's saying those weren't
7    the complaints of TTV?
8         A.      I think that's how I understood
9    it.
10        Q.      Okay.  And then he says (as
11   read):  "In addition, this isn't a mule,
12   didn't meet the threshold."
13                   Do you see that?
14        A.      Yes.
15        Q.      So he's telling you the person
16   in the investigation wasn't a mule and didn't
17   meet their criteria for mule.
18                   Do you see that?
19        A.      Yes.
20        Q.      And you say (as read):  "All
21   good points.  I will take them on the
22   podcast."
23        A.      Yeah, this is -- this is my
24   rhetorically polite way of acknowledging what
25   he's saying, but not -- not going into the

Page 273

1    meat of it, if you know what I mean.

2                In other words, we're on a

3    thread, as you can see, back and forth.  I'm

4    shooting him articles.  He's sending me

5    stuff.  We're obviously corresponding about

6    stuff that's going on out there.

7                So he sends me his take on all

8    of this.  I take a look at it.  I grasp some

9    aspects of it that are obviously quite

10   familiar to me.  I had actually watched the

11   video where the investigator was talking.

12               So I recognize what he means

13   when he says the mule -- the only evidence

14   the mule is dropping off was that he -- that

15   he said that he was.

16               I don't entirely agree with

17   that statement because I think that I

18   remember the investigator saying that he also

19   looked at the E-Verify and he confirmed that

20   those family members had, in fact, voted.

21               So I think that is -- I think

22   that this is an incomplete description of

23   what actually happened with the investigator.

24               Then he goes on to say,

25   correctly (as read):  "True the Vote found

Page 274

1      250 mules."

2                        That's basically a recitation

3      of what happened in the movie.

4                        So I don't think I -- I don't

5      think I digested this at any level of depth.

6      I simply took it as Gregg going, this is --

7      seeming to agree at the surface with me about

8      this investigation.

9                        He then sort of distances

10     himself from it by -- the way I read it, as

11     saying, you know, we didn't get sort of

12     dumped here because this wasn't our

13     complaint.

14                       And I'm like, uh-huh, uh-huh, I

15     will discuss this on the podcast, which is

16     another way of saying I will take a look at

17     it.  I'll consider it.

18          Q.     But he's also telling you

19     that that person isn't a mule.

20          A.     Yes, he is.  And -- and I don't

21     think I took any significance out of that

22     because I don't think I got any further

23     clarification of what Gregg meant by that.

24          Q.     You didn't understand what he

25     meant by (as read):  "This isn't a mule,

Page 275

```
 1    didn't reach the threshold"?
 2         A.      Right.  In other words, I don't
 3    think I understood anything beyond what he
 4    actually says.  (As read):  "This isn't a
 5    mule, didn't reach the threshold."
 6              And which seems to say
 7    something like, we -- maybe what he meant by
 8    this is, Oh, well, we geotracked this guy to
 9    eight drop boxes and not ten.
10              That could be, I think, the
11    most plausible way to read this.  And -- but
12    I don't think I even read it that way.  I'm
13    like -- I think I read it and I was probably
14    scratching my head about it.
15              And then I sort of defer it, go
16    on to other things.  And then I don't think I
17    ever came back to it.
18         Q.      You didn't read this to
19    understand that the person you showed in the
20    movie and called a mule was not, in fact, a
21    mule?  It was a nonmule in your movie?  You
22    didn't understand that?
23         A.      I didn't -- yeah, I didn't
24    understand that -- I did not understand that
25    this -- that this person who was featured
```

Page 276

1    blurred in the movie was somehow not a mule
2    in the way that the movie described the word
3    "mule."
4              I do recognize the plain
5    meaning of the words didn't reach the
6    threshold and I think it -- I probably
7    thought, What is he saying here about the
8    threshold?  Because we established a clear
9    threshold in the movie.
10             There is a qualification that
11   is worth noting and that is that at one point
12   the movie did lower the threshold from ten
13   drop boxes to five.  This was for the
14   mathematical purpose of recalculating the
15   volume of fraud.
16             So I recognize that this idea
17   of a threshold can be moved.  In other words,
18   you -- it's fairly arbitrary to establish a
19   ten-drop box stop.  You could do it for eight
20   drop boxes.  True the Vote could have done it
21   from the beginning with eight drop boxes
22   rather than ten.
23             So I think I thought to myself,
24   I don't really know what Gregg is getting at
25   here.  Is he basically saying that they

Page 277

1    reached the five drop box threshold but not
2    the ten?  I don't think I really knew.
3                    And I think part of what
4    happens sometimes in these kinds of exchanges
5    is -- you know, in a complex thread with a
6    number of features and certain parts of the
7    threads simply don't get picked up.
8        Q.    And so you didn't have a
9    concern -- you have -- around this time
10   Ms. Engelbrecht is also saying one of her
11   tiger traps is that there are nonmules in the
12   movie.
13                   And then Mr. Phillips here is
14   saying that the person is not a mule, didn't
15   reach the threshold.
16                   You didn't have any concern
17   that perhaps not everyone shown in your movie
18   met the criteria for a mule as you described
19   them?
20       A.    I think it is utterly unnatural
21   to take two separate texts in entirely
22   different threads given at entirely different
23   times and assume that one could make an
24   automatic connection between the two.
25                   Had the other text been in

Page 278

1    front of me and had I put the two together
2    and had I -- I might have been like, Hey,
3    wait a minute.
4              But when I got the first one,
5    it made no sense to me.  I did not take it as
6    referring to Mr. Andrews or anybody else.  It
7    was simply an obscure reference to, quote,
8    nonmule video.
9              We have a lot of nonmule video
10   in the movie.  I don't know what she is
11   referring to.  I did not give it a second
12   thought.
13             It was not sitting in the back
14   of my mind so I was able to make a logical
15   connection to this.
16             I think all of that just
17   assumes a kind of -- a kind of unnatural way
18   of proceeding in the way we do social media
19   communications that is just not plausible.
20             I was also quite confident that
21   we had protected the identity of the mule, so
22   I didn't think this was really a concern that
23   we had because I didn't think we had anything
24   to do with outing a mule.
25        Q.    But did you have a concern that

Page 279

1    you actually had surveillance footage in your
2    film that had not been linked to the
3    geospatial research such that it was showing
4    someone they showed was a mule?
5         A.    I had no such concerns.  I
6    quite reasonably assumed that what we
7    are -- I quite reasonably assumed that the
8    way that the surveillance video was found in
9    the first place is because of geotracking.
10              I made this point before.
11   Well, I will just highlight it here.
12              How can you find surveillance
13   video if you don't geotrack?  The only way,
14   presumably, would be to scroll all the video.
15              And I -- it struck me that that
16   would be an impossible, at the very least,
17   absurdly cumbersome way to do it.  And
18   Catherine had specifically said that's not
19   how they do it.
20              They do the geotracking.  The
21   geotracking points to a cell phone ID at a
22   location.  Then they look at the video.
23              So at no point did it cross my
24   mind that somehow we have video that is
25   somehow divorced from the -- from the cell

Page 280

1    phone geotracking.  We certainly had no

2    indication of this at all.

3         Q.    Did you at some point have an

4    indication of that?

5         A.    Well, after this -- much later

6    and after this case, I have heard, although I

7    can't say that I know for a fact, that there

8    is some question about whether all the video

9    was geotracked.

10              I'm not kind of at the bottom

11   of that so I don't know for a fact, but I've

12   heard that.

13        Q.    And your testimony is that you

14   had no idea about that until this litigation.

15        A.    Yes.

16              MS. HABER KUCK:  Okay.  We need

17        to take a break for a moment for the

18        videographer.

19              THE VIDEOGRAPHER:  Going off

20        the record.  The current time is 3:56.

21              (Recess taken at 3:56 p.m.,

22        resuming at 4:08 p.m.)

23              THE VIDEOGRAPHER:  We are going

24        back on the record.  The current time

25        is 4:08.  This is the start for Media

Page 281

```
 1          6.
 2                  MS. HYLAND:  And just very
 3          quickly, before you jump in, I wanted
 4          to note that this entire transcript,
 5          along with the one we did yesterday
 6          for Debbie D'Souza, should be marked
 7          "Confidential."
 8                  MS. HABER KUCK:  Okay.
 9                  MS. HYLAND:  Thanks.
10          Q.      (By Ms. Haber Kuck)  Let me
11     show you a document we marked at a prior
12     deposition as Exhibit 72.
13          (Previously marked was Plaintiff's
14     Exhibit No. 72.)
15          A.      (Reviewing.)
16          Q.      (By Ms. Haber Kuck)  Have you
17     ever seen this document before?
18          A.      No.
19          Q.      Do you know who Christopher
20     Henderson is?
21          A.      Yes.
22          Q.      Who is he?
23          A.      He is a lawyer for Salem Media.
24          Q.      And this seems to be from
25     Ms. Engelbrecht.  Correct?
```

Page 282

```
 1          A.      Right.
 2          Q.      And then it's copied to
 3   Cherie Phillips and Gregg Phillips.
 4                  Who is Cherie Phillips?
 5          A.      I don't know who that is.
 6          Q.      Okay.  Have you had a chance to
 7   read through it?
 8          A.      I've skimmed it, yes.
 9          Q.      So on the third paragraph on
10   the cover email -- or, I'm sorry, in the
11   first email, it says (as read):  "It is
12   important to note that Mark Andrews, unnamed
13   and unrecognizable, was shown as one of the
14   many Georgians who loaded multiple ballots
15   without properly signing as an assister in
16   the section of the movie that discussed drop
17   box abuse in one isolated drop box in
18   Gwinnett County, Georgia.  We did not track
19   Mr. Andrews going to more than ten drop
20   boxes.  He is not among the 240 individual
21   devices identified that did go to ten plus
22   ballot drop boxes in Metro Georgia."
23                  Do you see that?
24          A.      Yes.
25          Q.      Were you aware of that
```

Page 283

1    information -- well, when did you first

2    become aware of what she's saying there, of

3    that information?

4          A.    Well, as I --

5                MS. HYLAND:  Objection, assumes

6          facts not in evidence.

7          Q.    (By Ms. Haber Kuck)  Go ahead.

8          A.    As I mentioned earlier, I had

9    heard something to this effect, but I had not

10   seen something as clear as this coming right

11   from Catherine; and, of course, I hadn't seen

12   this exchange before.

13         Q.    Did -- in the movie do you know

14   what she's talking about, there was a section

15   of the movie about assisters?

16         A.    There is no section of the

17   movie about assisters, and I don't believe

18   that term is used in the movie at all nor am

19   I aware of that term until maybe a few days

20   ago.  I've never heard that term before.

21               And there is a section of the

22   movie, to be sure, where we are discussing

23   the drop box in Gwinnett County where

24   evidently a couple of hundred people, roughly

25   250, seemingly deposited 1900 or so votes.

Page 284

```
 1                    I remember clearly that
 2      discussion in the film, yes.
 3                    So I remember that discussion
 4      in the film.  I don't remember anything about
 5      assisters.
 6           Q.     Okay.  And were you
 7      aware -- well, strike that.
 8                    Did you become aware at any
 9      point in time that none of the footage from
10      Gwinnett County had been geotracked -- had
11      been compared with the geotracking analysis?
12           A.     No.
13           Q.     You never became aware of that?
14           A.     I never became aware of that.
15           Q.     And so do you agree with her
16      characterization that it was -- that in that
17      portion of the movie, those videos were of
18      people -- well, strike that.
19                    Do you agree with the first
20      sentence there that it was in a section of
21      the movie about people who voted without
22      signing assister ballots?
23           A.     I don't really know.  I know
24      the movie pretty well.  But as I recall, in
25      the section of the film
```

Page 285

1      discussing the -- let's just call it the

2      anomalous drop box --

3             Q.     The Gwinnett anomaly?

4             A.     The Gwinnett anomaly.   Perfect.

5                    In the Gwinnett anomaly we show

6      some video about a couple of election workers

7      emptying the box and a sort of large volume

8      of ballots being then deposited into a

9      collection bin.

10                   That's the only video that I

11     recall that is adjoined to the immediate

12     discussion of that topic.  So I don't really

13     recognize anything beyond that because, quite

14     honestly, even until recently I didn't even

15     know which video is the Mark Andrews video,

16     you know, blurred.

17                   So I would have to actually go

18     back, watch the movie, to see exactly when

19     he's shown in the movie.  So I can't comment

20     on that.

21             Q.     But when you -- when you made

22     the movie and you included the various drop

23     box surveillance videos, were you intending

24     that some of them were mules and some of them

25     were being used for other -- to illustrate

Page 286

1    other purposes?

2         A.     Absolutely not.  The point of

3    the movie was to show mules and really -- I

4    don't know, maybe nothing but mules is an

5    overstatement because there are other people

6    in the movie, but it was to show mules.

7              And we didn't make distinctions

8    between types of mules.  We were showing

9    mules.  And when we requested mule videos, we

10   requested videos of mules, not videos of

11   anything else.

12             And obviously it is of

13   considerable importance to know what videos

14   you're getting and in what context you're

15   using them.

16             So I thought it was very valid

17   and important to discuss the anomalous

18   Gwinnett County drop box.  I thought that

19   that was a legitimate part of the movie.

20             In no way did I think I was

21   showing any mule videos that were not of

22   mules who had been both geotracked as well as

23   found on surveillance video.

24        Q.     And, again, when you were using

25   the term "mules," it wasn't only that they

Page 287

```
 1     had been geotracked, but it was that they had
 2     been geotracked going to ten boxes from a
 3     stash house?
 4          A.     That was the clearly
 5     established criteria at the beginning of the
 6     movie.  I mentioned that that criteria was
 7     slightly relaxed for a specific purpose at
 8     one point in the movie, and the threshold
 9     dropped to five drop boxes.
10                But that was only a way of
11     saying that if we lower the threshold,
12     this is -- it was an if/then.  If we lower
13     the threshold, we are going to get a
14     different result and we want you to know what
15     that is.
16                So we did do that.  But apart
17     from that caveat, we consistently stayed with
18     the ten drop box criterion.
19          Q.     Do you recall any -- well,
20     strike that.
21                You were aware in Georgia that
22     it was legal for family members to deposit
23     ballots.  Right?
24          A.     Yes.
25          Q.     And do you remember any
```

1    discussions at all with Ms. Engelbrecht about

2    how somebody had to sign something about

3    being an assister?

4        A.    I don't remember any such

5    conversation, and I don't believe I had such

6    a conversation with her myself.

7        Q.    After the lawsuit was filed,

8    did you have any discussions with

9    Ms. Engelbrecht and Mr. Phillips about the

10   allegations in the complaint?

11       A.    I remember us having an initial

12   conversation when we had first gotten these

13   complaints, just kind of:  Did you get it?

14   Did I get it?

15            And I don't remember if we got

16   into any detail about the complaint.  I'm not

17   sure if we had even reviewed it.  I don't

18   think we either -- I mean, I know we didn't

19   at that point have counsel.

20            So any discussion that we had

21   would have been very preliminary.  I don't

22   remember anything beyond that.

23       Q.    Do you remember any discussion

24   at any point in time with Ms. Engelbrecht

25   about Mr. Andrews not meeting the

Page 289

1    qualifications to be a mule?

2         A.    At that time?

3         Q.    Anytime.

4         A.    No, the only time I've heard

5    about -- about this has been in the very

6    recent past.  In other words, quite literally

7    in the last few days.

8         Q.    And, again, that's not

9    conversations, though, with Ms. Engelbrecht?

10        A.    No.

11        Q.    All right.  Let's mark as

12   Exhibit 105 a multiple-page document bearing

13   Control Nos. DDR-00049492 through 49493.

14    (Marked was Plaintiff's Exhibit No. 105.)

15        A.    (Reviewing.)

16        Q.    (By Ms. Haber Kuck)  This

17   appears to be another set of texts that you

18   emailed to yourself in December of 2023.

19             Do you see that?

20        A.    Yeah, I do.

21        Q.    And you seem to be having a

22   colloquy back and forth between -- with

23   Ms. Engelbrecht and Mr. Phillips about, once

24   again, Phillip Bump.

25             Do you see that?

Page 290

1          A.      Yeah.  Uh-huh.

2          Q.      And you say (as read):  "Two

3    quick questions for a story I'm

4    writing" -- you say (as read):  "Just got

5    this from Phillip Bump."

6                  And then Mr. Bump has two

7    questions.  Right?

8          A.      Yes.

9          Q.      In the -- in Ms. Engelbrecht's

10   response she says (as read):  "On #2, I

11   believe we sent you the legal brief that the

12   RNC/NRSC blocked that had the top ten Mules

13   pattern-of-life mapped."

14                 Do you see that?

15                 That's the first sentence --

16         A.      Yes.

17         Q.      -- of her second paragraph.

18         A.      Yes.

19         Q.      Do you know which -- what legal

20   brief she's referring to there?

21         A.      No.

22         Q.      Do you know what she's

23   referring to when she said that "the RNC/NRSC

24   blocked"?

25         A.      No.

1          Q.     And then she goes on to say (as

2     read):  "If you haven't seen that, I will

3     send.  I think we covered all of this when

4     you-all were deciding whether to do the

5     movie.  Of course if you say yes, he'll ask

6     you to provide it to him and we will have to

7     say no because he will plaster it all over

8     Washington Post and then we will get sued for

9     violation of civil liberties so that's that.

10    They are desperate to debunk this and they

11    can't."

12               And then you say (as read):

13    "Actually do send but I won't share with him.

14    I just want to say I have it."

15               Do you see that?

16         A.     Yeah.

17         Q.     And did she send you something

18    after this?

19         A.     Well, I don't know.  I just see

20    right below that there is --

21         Q.     Yeah.

22         A.     -- some sort of attachment.  I

23    honestly have no idea.

24         Q.     Okay.  Do you have any reason

25    to believe she didn't send it to you?

Page 292

```
1           A.      Well, my -- let me see.
2       (Reviewing.)
3                   It is not uncommon for her to
4       say, I will send you something, and not send
5       it.
6                   So, in other words, it's not
7       obvious to me that this is that.  It could
8       be.  But the reason I say it's not obvious to
9       me is because she implies that she will send
10      it later.
11          Q.      Yeah.
12          A.      (As read):  "If you haven't
13      seen that, I will send," and then, boom, it's
14      there.  I don't know if that's it or if that
15      is, quite honestly, something else.
16          Q.      Okay.  We are done with that.
17                  So we talked a little bit about
18      the book that you wrote about "2000 Mules."
19      Correct?
20          A.      Yes.
21          Q.      Sitting here today, do you
22      stand by everything in the book?
23          A.      Yes.
24          Q.      How did it come to pass that
25      you also wrote a book based on the film?
```

Page 293

1          A.     How did it come to pass?  I had

2     a two-book deal with Salem Media.  It is

3     customary for me to write books that go along

4     with my films.  I've done that on multiple

5     occasions.

6               The Obama book, the book called

7     "America" that matched a film of the same

8     title.  "Hillary's America," which matched a

9     film of the same title.

10              So this was my practice to do

11     something like this.  And I undertook the

12     project very much in the understanding that

13     this would be my book.  As with the film, it

14     would give a lot of credit to True the Vote

15     and it would cite them and refer to their

16     work.

17              But a book is not a -- a film

18     is different than a book.  A book is

19     typically an individual's enterprise, and so

20     I undertook to do this as an individual.

21     And, of course, I told Catherine and Gregg

22     about it.

23        Q.     Was Ms. Engelbrecht at some

24     time thinking about also writing a book?

25          A.     After I told her that I was

Page 294

1    writing a book that would go with the film,

2    she said, Oh, that's perfectly fine.

3           She says, Well, you know, I had

4    also thought about the idea of writing a book

5    and I would like to pursue that.

6           And I offered her some ways

7    that I said I would be happy to help her,

8    fully understanding that they had projects

9    that went way beyond this particular one and

10   recognizing that she might write a very

11   different kind of book.

12          I mean, she could write her

13   life story.  She could write about the

14   history of election fraud.  She could do all

15   kinds of things.

16          She also had specifically

17   referenced a -- sort of a -- more like a

18   voter's handbook that would be more of an

19   action-oriented guide.

20          And I did mention that idea to

21   Regnery, my publisher.

22      Q.      All right.  And

23   she -- ultimately she never published

24   anything.  Right?

25      A.      Right.

Page 295

```
 1          Q.     So what is your book-writing
 2     process?  Do you write everything yourself?
 3     Do you have a ghostwriter?
 4          A.     I write everything myself.  I
 5     write every word.  I mean, I'm the primary
 6     figure in the book, and most likely I do 90
 7     percent of the research myself.
 8                 I sometimes will have someone
 9     help me, but -- because, you know, I mean,
10     I'm 63 and I'm hiring a 21-year-old.  I give
11     them very limited tasks and, by and large, do
12     most of the lifting myself.
13                 So, in general, the research in
14     my book is almost all mine except for maybe
15     some -- you know, Will you check this, Pull
16     this article for me, Get me -- I heard about
17     this article.  It's -- you know, can you get
18     it for me?  Or, There was an interview, can
19     you transcribe it?
20                 Things like that, relatively
21     menial type of tasks I'll sometimes delegate
22     out.  Otherwise, it's my -- it's my work.
23          Q.     And that was true of the "2000
24     Mules" book as well?
25          A.     Yes.
```

1          (Brief off-the-record discussion.)

2          Q.      (By Ms. Haber Kuck)   Let me

3      mark a document as Deposition Exhibit 106.

4         (Marked was Plaintiff's Exhibit No. 106.)

5          Q.      (By Ms. Haber Kuck)   It is the

6      centerfold from the "2000 Mules" book.   I

7      will just have you take a look and see if you

8      recognize it.

9          A.      (Reviewing.)   Okay.

10          Q.      Look right to you?

11          A.      Yeah.

12          Q.      Where did the images in this

13      centerfold come from?

14          A.      A number of them are from the

15      film.  And a few of them are from outside the

16      film.  When I say "a few," I really mean two

17      or three.

18          Q.      Okay.  So let's look at the

19      fourth page.

20                  And those all are scenes from

21      the film?

22          A.      Yes.

23          Q.      And the caption says (as read):

24      "What we see here are screenshots from the

25      video of mules stuffing multiple ballots into

```
1     mail-in drop boxes.  While vote harvesting is
2     legal in some states, typically under
3     restricted conditions, paid ballot
4     trafficking is illegal across the country.
5     What you are seeing here is organized crime
6     on behalf of the Democratic Party."
7                Do you see that?
8          A.    Yes.
9          Q.    What evidence do you have that
10    the people in these pictures are
11    participating in organized crime on behalf of
12    the Democratic Party?
13         A.    I think that the caption refers
14    to the evidence in the book as a whole, which
15    is illustrated -- merely illustrated by these
16    videos.
17                As you can see, the caption is
18    not particular to a photo.  It is generic.
19    And it's showing a -- it is showing a group
20    of people.  Right?  It's showing four
21    different people.  And it continues on the
22    next page.  More mule videos.
23                So this is intended to
24    be -- intended to be part of a -- sort of a
25    thread.
```

1              Here we're showing you a bunch

2      of videos, screenshots of them, of course,

3      and with a little bit of further texture as

4      to what you can observe in the videos and a

5      little bit of a mini education about photo

6      law.

7              So I'm trying to pack a lot of

8      information to educate people who read the

9      book.  And not all of these things are -- I

10     mean, some of these things are in there just

11     to let you know that, by the way, vote

12     harvesting is legal, but paid ballot

13     trafficking is not.

14             Obviously, I'm not showing

15     anyone getting paid.  But what I am saying is

16     that the conclusion of the -- the argument of

17     the book, if you will, is that what you are

18     seeing here is organized crime on behalf of

19     the Democratic Party.

20             By "organized crime" I mean

21     breaking the election laws and "on behalf of

22     the Democratic Party" means with a partisan

23     objective.

24         Q.    And how do you know these

25     people had a partisan objective?

Page 299

1          A.      I offer several reasons to
2      think that and make that surmise.  In order
3      to make a surmise like this, you have to look
4      at the context because the context is
5      critical.
6              If you have a group of mules
7      that are getting their ballots at the
8      National Rifle Association, evangelical
9      megachurches, and the -- let's just say the
10     National Republican Senate Committee, you
11     would be pretty reasonable in concluding that
12     this was some sort of a right-of-center
13     election fraud operation.
14              You would think that even more
15     if this was occurring in, let's just say,
16     rural Virginia, rural North Carolina, because
17     this would be fraud that was being carried
18     out, let's just call it loosely, in Trump
19     country.
20              On the other hand, if you were
21     to see mules going to drop boxes in downtown
22     LA or in downtown Philadelphia or Detroit,
23     Democratic strongholds, you would be -- and
24     let alone picking up their ballots at not the
25     NRA, but let's just say, for example, various

Page 300

1    left-wing organizations, you would be

2    reasonable in concluding that this was an

3    operation kind of on the other side of the

4    equation.

5                Moreover, since the

6    organization has to be organized, it is

7    highly unlikely that the fraud could have

8    tipped on both sides of the fence.

9                In other words -- in other

10   words, if you're looking at a random event

11   where the tennis ball could have fallen on

12   this side or that side, that's one thing.

13   But if people are organizing it, they're

14   going to organize it to a single purpose.

15                And, therefore, it's reasonable

16   in concluding that you would see a pattern of

17   activity by left-wing activists or presumed

18   left-wing activists serving as mules,

19   stopping at left-wing NGOs in Democratic

20   strongholds of, as it turns out, very

21   critical states where a relatively small

22   number of votes can tip the balance, and lo

23   and behold, you see that.

24                In other words, I think that

25   there was a hypothesis under investigation

1    here and it seemed to be borne out by the

2    data and by -- all the observations converged

3    in a single direction, I guess is my point.

4         Q.    But the -- in the caption -- so

5    what you are saying here, i.e., in these

6    pictures, is organized crime on behalf of the

7    Democratic Party, you don't have any evidence

8    that these people in these photographs were

9    working for the Democratic Party and were

10   part of some organized crime enterprise.

11        A.    Yeah, I think it's fair to say

12   that "what you are saying here" is intended

13   generically.  And by that I mean what you are

14   saying here, meaning, yes, in front of you,

15   but also in the book in general.

16             One of the problems of captions

17   for photos is I make generic statements that

18   don't directly pertain to the photos, but

19   that, nevertheless, represented either a

20   piece of educational information or a

21   conclusion of the book.  And that's what's

22   going on here.

23             And "on behalf of" doesn't

24   necessarily mean that this was something that

25   the DNC organized.  So "on behalf of" means

Page 302

```
1     to the benefit of.
2          Q.     Okay.  So your testimony is
3     you weren't -- well, strike that.
4               You don't have any evidence
5     with respect to these particular people.  You
6     were making a broader statement.  Is that
7     right?
8          A.     I was making a broader
9     statement.  And as I say in the movie, and I
10    think I emphasize just as clearly in the
11    book, that the movie is the beginning of
12    something that needs to have a middle and an
13    end.  In other words, there needs to be
14    further investigation.
15              I remember clearly saying in
16    the movie in the Salem discussion, the next
17    step is for someone in authority to interview
18    the mules, find out what they were doing,
19    find out who paid them, if anyone, find out
20    who organized this.
21              And all of this did not, in
22    fact, happen.  So what I'm really doing is
23    essentially drawing provisional conclusions
24    based upon what we see and what we can
25    reasonably infer.
```

1          Q.      And you don't have any evidence
2     that the people in these -- the pictures on
3     these pages we're looking at actually got
4     paid to do anything.  Right?
5          A.      Other than the fact that
6     several of them -- if not on this page, then
7     on subsequent pages -- can be seen wearing
8     gloves and in many -- in other cases taking
9     photos, and all of that is, you know,
10    discussed and interpreted in the -- in the
11    text of the book as well as the discussion in
12    the movie.
13         Q.      But that's your only basis for
14    saying they were paid?
15         A.      That is the only given basis
16    for saying they were paid, yes.
17         Q.      And when you use the term
18    "mules" in this caption, are you using it in
19    the -- in the sense that we've been
20    discussing, that the mules are people who
21    went to ten drop boxes and they went to stash
22    houses?
23         A.      Yes, of course.  The book is no
24    less clear than the movie.  The book is --
25    the book and the movie are -- I sometimes

Page 304

1    call them a one-two punch.  But what I really
2    mean is that they are different ways of
3    framing the same storyline or argument, the
4    book and the film.  And these photos are from
5    the film.
6              So there is no departure here
7    from the understanding of what a mule is.
8         Q.    Okay.  And this book was
9    published when?
10        A.    Well, it eventually was
11   released by Salem in October after being
12   withdrawn and then rereleased.
13        Q.    And so at the time it was
14   released, the State Election Board
15   investigation of Mr. Andrews that we've been
16   talking about had already occurred and he had
17   been cleared.  Right?  That was in May?
18        A.    That was in May.
19        Q.    And this is after the two texts
20   that we looked at earlier where Mr. Phillips
21   said this individual did not meet a criteria
22   for being the mule and Ms. Engelbrecht
23   referred to nonmules in the movie.  Right?
24        A.    I did not interpret either of
25   those two texts in the way that you are

Page 305

1    suggesting.  I, first of all, could not make
2    head nor tail of the first one.
3                   And the second one was in a
4    social media back and forth.  And you can
5    tell that I am not zooming in on the detail
6    of it by the fact that I send Gregg
7    immediately a video, or at least a meme
8    involving an EU screening of the movie.
9                   So had it registered on me that
10   Gregg Phillips is like, Red alert, we have
11   nonmules in the movie, that would have caught
12   my attention.
13                  As it turned out, this did not
14   happen.  I was -- that did not catch my
15   attention.  I just took -- I thought I saw
16   him discussing something familiar.  I nodded
17   my head in a sense and sent him something
18   completely different and I passed over it.
19                  So the significance of that
20   was, I think, quite understandably completely
21   lost on me.
22        Q.    But my question was just, in
23   terms of a temporal standpoint, those texts
24   were several months before the book was
25   published.

Page 306

1          A.     Oh, that is true.

2          Q.     And we've talked a couple of

3     times about the first printing being

4     recalled.

5                 How did you come to learn it

6     was being recalled?

7          A.     I learned about it from

8     Regnery.

9          Q.     And was it's Regnery's decision

10    to recall the book?

11         A.     100 percent.

12         Q.     And what did they tell you

13    about why they were recalling the book?

14         A.     They told me that they were

15    recalling the book because they had concerns

16    about me having listed some of the nonprofit

17    organizations or NGOs in the book.

18                They took full responsibility

19    for it and they said that all books

20    customarily -- always go through a legal

21    review and they had neglected to do that.

22    And the legal review should have picked that

23    up and the issue resolved, but they

24    didn't -- it was their fault that they didn't

25    do that and, therefore, they were -- it was

1    their mistake, their responsibility, and,

2    however, they were -- they had decided to

3    pull the book.

4         Q.    And your -- your understanding,

5    as we talked about earlier, is it didn't have

6    anything to do with ACLED?

7         A.    Yes.  It didn't have anything

8    to do with ACLED.  That was never mentioned.

9         Q.    And you said you originally

10   named the NGOs in the book.  Correct?

11        A.    Some of them, yes.

12        Q.    And where did you get the

13   information that you used?

14        A.    I got it from some of the

15   documentation that Catherine and Gregg

16   provided.  In other words, I had, by that

17   time, done a pretty careful study of the

18   information.

19            And as you saw from earlier

20   things that you showed me, there

21   were -- there was information that Catherine

22   and Gregg had provided relative to at least

23   some of the NGOs, if not all.

24            And I had a relatively

25   innocuous statement in the book that didn't

Page 308

```
 1    claim to provide any kind of comprehensive
 2    list, but, nevertheless, cited the names of
 3    some of the NGOs.
 4              My purpose for citing them in
 5    the book when they were not in the movie was
 6    simply to confirm or consolidate the point
 7    that these were left-wing organizations.
 8    That was obviously part of the way of
 9    answering the question you posed to me
10    earlier:  How do you know that these votes
11    were on the left or for the Democrats?
12              Well, one way you know is by
13    looking at the ideological complexion of the
14    NGOs.  And so this was my reason for
15    including the names of some of the NGOs in
16    the book even though they had not been in the
17    movie.
18         Q.    And where did you -- let's look
19    at a -- when you were write -- strike that.
20              When you were writing the book,
21    when -- when did you write it relative to the
22    movie?  Was it simultaneous?  Was it after
23    the movie came out?
24         A.    Yeah, it was roughly
25    simultaneous.  I think I finished it after
```

Page 309

1     the movie.

2              I'm not positive about this, by

3     the way, but it makes sense because there is

4     a time in a movie when all you're doing is

5     hunker down on the movie.  And so I obviously

6     needed some breathing room to finish the

7     book.

8              But I don't remember what my

9     deadlines were.  Especially now that the book

10    was moved, it's difficult for me to create a

11    mental timeline of when it was first supposed

12    to come out versus when it eventually did

13    come out.

14         Q.     And what happened to the

15    research that you used for the book?

16         A.     The research that I used for

17    the book was -- was, I would say, these days

18    mostly online research.  I did have a bunch

19    of articles that I had Xeroxed and so on.

20    And I didn't keep those because, again, you

21    know, I used to keep massive stashes of old

22    articles.  The problem with it is that these

23    days all the articles are cited in the book

24    and are easily retrievable by just searching,

25    you know, the article in "The New York

Page 310

1    Times."  You can pull it up in five seconds.

2              So publishers have greatly

3    relaxed or abandoned their old requirement,

4    which used to be kind of a requirement,

5    you've got to keep your notes from the book.

6    They don't ask you to do that anymore for the

7    reason I just gave you.

8         Q.    And what happens if

9    the -- well, strike that.

10             If you included the names of

11   the NGOs in the book, you must have had a

12   list or something from TTV.  Right?

13        A.    I had several names and

14   Catherine himself -- Catherine herself at

15   times refers to, We sent you the names from

16   this state and that state, but not from this

17   state and that state.

18             So I clearly did have some of

19   the names.  And I think what I did was I

20   culled through maybe a dozen names and I

21   cited maybe four or five of those

22   organizations.

23        Q.    And what happened to that

24   information that she sent you?

25        A.    I have no idea.  In other

Page 311

1    words, it presumably was -- you've sent --

2    you've shown me -- you've shown me documents

3    which have attachments which presumably have

4    those names.  I don't know if those links are

5    valid anymore.  I have no idea.

6                    But -- so I haven't done

7    anything with them.

8         Q.    Let's mark as Exhibit 107 a

9    one-page document bearing Control No. TTV

10    008516.

11      (Marked was Plaintiff's Exhibit No. 107.)

12         Q.    (By Ms. Haber Kuck)  This is,

13    again, Mr. Henderson.

14                    Do you see that?

15         A.    (Reviewing.)  Yes.

16         Q.    And this is a back-and-forth

17    with Ms. Engelbrecht and Mr. Phillips.

18    Correct?

19         A.    Right.

20         Q.    And he seems to be discussing

21    with them this issue of which nonprofit

22    information was included in what they sent

23    you.

24                    Do you see that?

25         A.    Yeah.

Page 312

1       Q.    He says (as read):  "I have

2   asked Dinesh why he included the ██████████

3   ████████████████  in the book."

4            Do you remember that

5   conversation?

6       A.    Yes.  I remember it somewhat.

7       Q.    What do you remember?

8       A.    I remember Chris Henderson

9   saying to me that the ██████████████████████

10  is a notoriously litigious organization and

11  they -- and they were very concerned about

12  naming them because of their proclivity for

13  filing lawsuits.

14            And I said, well, I -- I'm

15  merely listing some of the organizations that

16  were in Gregg and Catherine's database, so

17  whatever links or information that they sent

18  me, and that is the basis for me listing

19  these organizations.

20            And then -- and then Chris

21  Henderson said that he would reach out to

22  Catherine and Gregg about this and had some

23  further questions.  And I believe that the

24  CEO, Ed Atsinger, also had some further

25  questions.

```
1                And I -- so I was -- I stayed
2        out of the process at that point.  I was not
3        included in it.  But this apparently is part
4        of that follow-up.
5             Q.      And you didn't have any
6        conversations directly with Ms. Engelbrecht
7        or Mr. Phillips about this issue, did you?
8             A.      None.
9             Q.      Did Mr. Henderson or anyone
10       else at Regnery report back to you that
11       Ms. Engelbrecht had indicated that certain of
12       the people on the list that you had were not
13       people that she had provided to you?
14            A.      They -- I never heard that.  I
15       merely heard that they had made a prudential
16       decision to withdraw the book.
17            Q.      I'm going to mark as Exhibit
18       108 Chapter 7 of the book.
19        (Marked was Plaintiff's Exhibit No. 108.)
20            A.      Okay.
21            Q.      (By Ms. Haber Kuck)  And then
22       I'll just refer you to Pages 113 through 114,
23       and there seems to be a transcript of a
24       conversation you had with Scott Walter.
25                Do you see that?
```

Page 314

```
1           A.      Yes.
2           Q.      And who is Mr. Walter?
3           A.      He is the head, maybe
4    president, of the Capital Research Center in
5    Washington D.C.
6           Q.      And you interviewed him for --
7    did you interview him for the movie or just
8    the book?
9           A.      I interviewed him for the movie
10   and then I used that interview to -- to
11   generate this transcript for the book.
12          Q.      And if you would look at
13   the -- and it looks like a back-and-forth.
14                  Are these transcripts of your
15   conversation with him?
16          A.      Yeah.  This is me talking and
17   him talking.
18          Q.      If you look at the last entries
19   on the bottom, you ask the question (as
20   read):  "What do the IRS regulations say
21   about the involvement of these nonprofits,
22   these so-called 501(c)(3)s, in direct
23   electioneering and promoting a particular
24   party or candidate?"
25                  Do you see that?
```

Page 315

```
1              A.    Yeah.  What page is that on?
2              Q.    113, at the bottom.
3              A.    Yeah, I see that.
4              Q.    And then his answer is (as
5      read):  "By law, these nonprofit charities
6      are forbidden to directly intervene in
7      elections in any way or to help a particular
8      party or candidate, and not only does the IRS
9      say they can't intentionally interfere
10     with -- in elections, help a candidate, but
11     they can't even have that effect.  The IRS is
12     emphatic that you cannot intend or have the
13     effect of helping one party or candidate over
14     the other."
15             Do you see that?
16             A.    Yes.
17             Q.    And is that consistent with
18     your understanding of the restrictions on
19     501(c)(3) entities?
20             A.    Loosely, yes.
21             Q.    And TTV is such an entity,
22     isn't it?
23             A.    Yes.
24             Q.    And so it would be subject to
25     the restrictions that Mr. Scott describes?
```

Page 316

1          A.      Yes.

2          Q.      Let me show you a document that

3    we previously marked as Exhibit 27.

4          (Previously marked was Plaintiff's

5    Exhibit No. 27.)

6          A.      (Reviewing.)

7          Q.      (By Ms. Haber Kuck)   If you

8    look at the third page, there is a letter

9    from DeBose Miller.

10                 Do you see that?

11                 It's on the bottom.   The bottom

12   number is 8860.

13         A.      Yes, I do.

14         Q.      And it's addressed to a number

15   of people, including D'Souza Media and

16   yourself.

17                 Do you see that?

18         A.      Yes.

19         Q.      Did you receive this letter?

20         A.      Yes.

21         Q.      And did you receive it around

22   the time of October 3, 2022, around the time

23   it was sent?

24         A.      I received it sometime around

25   then.   I'm not quite sure when.

1          Q.       And did you review it when you
2     received it?
3          A.       I read it, yes.
4          Q.       Did you take any actions as a
5     result of the letter?
6          A.       What do you mean by "actions"?
7          Q.       Did you -- well anything.  Did
8     you do anything in response to the letter?
9          A.       I took the letter as a -- a
10    sort of a legal warning and a legal threat,
11    and I began the process of finding a lawyer
12    to represent me in dealing with this matter.
13         Q.       Did you take any action with
14    respect to your forthcoming book?
15         A.       The book was, by this time,
16    completely out of my hands and there is no
17    action to be taken, or that I could have
18    taken.
19         Q.       Did you have any discussions
20    with anyone at Regnery or Salem Media about
21    the implications of this for you book, which
22    was the second printing which was coming out
23    about this time?
24         A.       I don't remember if the topic
25    came up with Salem at this point.

Page 318

```
1              The way that a book works is
2    that the books ship out about a month before
3    the pub date of a book.  And so even though
4    Salem Media was the publisher, they
5    completely controlled the printing of the
6    book and the distribution of the book.
7              The book would have been out.
8    This is, as far as I can see, just days or a
9    couple of weeks from the official publication
10   date.  So I'm just letting you know that that
11   is the case.
12              But I don't remember having any
13   conversations with Salem about what to sort
14   of do about the book.  And I don't remember
15   any conversations at that point immediately
16   about what they were doing about this letter.
17   I obviously knew that they had received it,
18   as well as others.
19        Q.    Did you take any action to
20   retract or correct any statements you had
21   made previously?
22        A.    I, I think, like most people,
23   recognized at this point that we were in sort
24   of legal territory, which is not something
25   that I would generally act in the absence of
```

1      having competent counsel about what I should

2      and shouldn't do, what I should or shouldn't

3      say.

4                    I've been around this kind of a

5      block before, so I was very cautious and

6      recognized I need to be operating at this

7      point through an attorney and not doing

8      things on my own.

9           Q.     So the answer is no?

10          A.     So the answer is no.

11          Q.     There is also a request with

12     the letter that you preserve documents.

13                 Do you see it's the last two

14     pages?

15          A.     The last two pages of the

16     letter?

17          Q.     Uh-huh.  Or the exhibit.

18     Either way.

19                 The last two pages of the

20     exhibit, I guess, is the easiest way to say

21     it.

22          A.     (Reviewing.)

23          Q.     Next page.

24          A.     Okay.  Yes.

25          Q.     Did you take any action to

Page 320

1    preserve documents once you got this?

2         A.    Yes.  I mean, the action that I

3    took here was, you could say, negative in the

4    sense that I don't typically delete documents

5    or -- I mean, the only time I delete

6    documents is like old voicemails that are

7    long past their purpose.

8              So I took a note of it and I

9    said to myself, I'm preserving all documents

10   by doing nothing.

11        Q.    Did you instruct anyone else to

12   also preserve their files?

13        A.    As I recall, I don't remember

14   specifically, but the only person that I

15   would tell about something like this would be

16   Bruce.  Bruce is normally the conduit to

17   Nathan with regard to things like video files

18   or movie files.

19              Nathan doesn't -- would be

20   informed through Bruce.  And I'm sure that at

21   some point I discussed it with Bruce,

22   although I don't know the date.

23        Q.    You don't have a recollection?

24        A.    I don't have a recollection of

25   the exact date, no.

Page 321

1           Q.      Okay.  Are you aware that
2     around this time, OAN showed the film?  And
3     "around this time," I mean October of 2022?
4           A.      Around that time, yes.
5           Q.      And are you aware that when
6     they showed it, they cut out the footage of
7     Mr. Andrews, after receiving a letter from
8     his attorney?
9           A.      I did hear that, yes.
10          Q.      Did you have any conversations
11    with them about that?
12          A.      I think that -- I think that
13    they might have -- they might have told me
14    that they were doing that or they might have
15    told me afterwards that they did it.  I don't
16    remember exactly what.
17                  But I was aware that they did
18    that and I don't remember what I said about
19    it or conveyed, Yeah, I can understand why
20    you might do that, or something to that
21    effect.
22                  I have no idea what actually
23    happened, but I do know that they did that.
24          Q.      And you were still distributing
25    the film at that point in time, right,

Page 322

1    October 2022?

2         A.      Well, in October of 2022, the

3    film was -- a film is -- has a relatively

4    short sort of -- I won't say shelf life.

5    That's not really probably accurate to say.

6              Most people who see a flim see

7    a film in the relatively immediate aftermath

8    of the film coming out.

9              There are certain aspects of

10   the film, like it's still available on a

11   platform or you can get a DVD of the film.

12   In that sense, the film was still out there,

13   yes.

14        Q.      Right.  You were still selling

15   copies of the film.

16        A.      Well, when you say we were

17   selling it, I think Salem Media was selling

18   the DVDs.  So DVDs were available on Salem.

19              The film itself was not -- let

20   me think.  Was the film actually selling DVDs

21   directly?

22              At one point, we were through

23   a -- through a kind of a wholesaler, I guess

24   it was.

25              But anyway, the bottom line of

1    it is it's not like we were selling them, but

2    they were available.

3         Q.    And were -- so what

4    distribution rights did D'Souza Media have

5    with respect to the film?

6         A.    D'Souza Media is a production

7    entity that makes the film and typically

8    enters into contracts with various

9    wholesalers or retailers, in some cases you

10   could call them platforms, and delivers

11   possession of the film to those platforms to

12   be sold under contract for a certain duration

13   or, in some cases, like with DVDs, when you

14   buy them, you own the DVD.

15        Q.    And did you have any streaming

16   rights?

17        A.    What do you mean by that?

18        Q.    Did you have any rights to

19   sell -- did D'Souza Media have the right to

20   sell streaming rights to the film?

21        A.    Yeah, streaming is usually used

22   in two separate contexts.  One context is you

23   could call it a digital download of the movie

24   where you buy the movie.  Let's just say for

25   9.99, you can download it or you can watch it

Page 324

1    on a platform, which could be -- you know,

2    could be YouTube.  It could be some platform

3    that sells the movie.

4              The other way that streaming is

5    used is, for example, in the context of say

6    Netflix.

7         Q.      Right.

8         A.      Where Netflix will buy the

9    streaming rights.  They pay you a fixed

10   amount of money.  They show the film as often

11   as they want.  You are not buying -- Netflix

12   buys the right to offer the film to its, you

13   know, monthly subscribers.

14             So we did stream the film in

15   the first context, but not in the second.

16        Q.      Okay.  And are you still in any

17   form selling the film today?

18        A.      We are not, but -- but I have

19   no idea if the film is available.  I've heard

20   from a number of people that they have some

21   difficulty finding it.

22             And part of the reason for that

23   is that Salem, I believe, took it off their

24   platform.  And so my guess is that the film's

25   main life at this stage is in the DVD phase.

Page 325

1          Q.     And you don't have the rights
2     to the DVD?
3          A.     No.  We have the rights to the
4     DVD, but if you already bought a DVD, it's
5     yours.
6          Q.     Right.  That's right.  But are
7     you still selling the DVDs?
8          A.     We are not selling DVDs.
9          Q.     I had asked you earlier about
10    after the lawsuit was filed whether you had
11    any conversations with Ms. Engelbrecht and
12    Mr. Phillips.  Right?
13         A.     Yes.
14         Q.     Do you recall having a call
15    with Ms. Engelbrecht, Mr. Phillips, and Salem
16    to come up with a unified plan to deal with
17    the litigation?
18         A.     It's quite likely that we did
19    in the early stage because I think at the
20    very beginning, this appeared to be a sort of
21    umbrella cause, if you will; and we had
22    identified it as somebody is either
23    threatening to suing us, "us" meaning all
24    three parties.  And so we thought it was
25    reasonable for us to kind of put our heads

Page 326

1    together.

2              Obviously, one question that I

3    wanted to explore is whether we

4    would -- could defend in a common way against

5    this or whether this would raise issues that

6    would make that impossible.

7              So I believe we had some

8    discussion to that effect.

9        Q.    And did you come up with a

10   unified plan?

11       A.    We came up with a -- sort of an

12   understanding of what was going on.  But I

13   think quite early on, the Salem party made it

14   quite clear to us and to Catherine and Gregg

15   that in this kind of an action, it was

16   essential for them to have their own

17   representation.

18              Part of the reason for this had

19   to do with something to do with insurance,

20   which I can go into, but they said that was

21   kind of a requirement; and, therefore, it was

22   necessary for us to find our own counsel.

23       Q.    But did you -- but my question

24   was, did you get together with anyone from

25   Salem, Mr. Phillips, Ms. Engelbrecht, and

Page 327

1    come up a plan amongst you?

2           A.      Well, I don't know what you

3    mean by a plan.  We discussed the -- we

4    discussed what was going on and we discussed

5    the need to respond to it.  So that -- I

6    think that was the extent of a, quote, plan.

7                  We didn't have any -- any -- I

8    don't know if we had a plan that went beyond,

9    We all need to be -- we all need to be

10   vigilant about this and we all need to figure

11   out how we are going to respond to it.

12          Q.      And did you coordinate your

13   responses?

14          A.      Well, I really began the

15   process of trying to find counsel to

16   represent myself and D'Souza Media.  And then

17   I sort of left it to them to pick up the

18   ball.

19          Q.      So let me mark as Exhibit 109 a

20   one-page document bearing TTV 009803.

21    (Marked was Plaintiff's Exhibit No. 109.)

22          A.      (Reviewing.)

23          Q.      (By Ms. Haber Kuck)  Do you see

24   this appears to be a series of texts with you

25   and Mr. Phillips and maybe Ms. Engelbrecht?

1              Do you see that?

2         A.    Yeah.

3         Q.    And then it talks about a

4    meeting at the Houston Racquet Club.

5              Do you see that?

6         A.    Yeah.

7         Q.    Did you have a meeting, all of

8    you together?

9         A.    I already mentioned I think we

10    had a short meeting and -- yeah, at the

11    Houston Racquet Club.  I now remember that.

12    Yes, we did.

13         Q.    And who was there?

14         A.    If I remember correctly, it

15    was -- it was me and Debbie, and Gregg and

16    Catherine, and somebody else that they

17    brought with them, and I don't remember who

18    that was.

19         Q.    Was there anyone from Salem

20    there?

21         A.    No.

22         Q.    And what did you -- what did

23    you discuss at that meeting?

24         A.    We just discussed that -- we

25    just discussed that we are either being sued

Page 329

1    or we are likely to be sued.  And we

2    discussed the fact that we would need to be

3    responding to this.

4                  And I remember Catherine and

5    Gregg raising the question of whether I

6    thought that I -- either that Salem would

7    agree to pay for our defense or whether I

8    could convince them to do that.

9                  And I think I said something to

10   the effect that I would -- I would try and I

11   would let them know what would happen.

12        Q.    Did you try?

13        A.    I did raise it with Salem and

14   was promptly assured -- as I think they were

15   independently -- that Salem wouldn't and

16   couldn't do that.

17        Q.    Did you discuss anything about

18   the merits of the lawsuit?

19        A.    We might have discussed them

20   in -- we might have discussed in general

21   terms what the lawsuit was about.  But when

22   you say "the merits of the lawsuit," we did

23   not go through the lawsuit and try to either

24   assess or develop some kind of a refutation.

25                  I think we realized that it was

Page 330

```
 1    now in legal territory and that -- and that
 2    it had to be handled in that way.  I'm pretty
 3    sure that the person that Catherine and Gregg
 4    brought was some sort of a legal advisor of
 5    some sort, although I don't remember who it
 6    was.
 7         Q.    Did Miss -- did you discuss in
 8    substance the issue that we discussed
 9    earlier, that Ms. Engelbrecht had advised
10    Mr. Henderson that Mr. Andrews was not a
11    mule?
12         A.    I don't recall that subject
13    coming up in this discussion.  I only
14    remember that -- that their -- Catherine and
15    Gregg were fairly dismissive of the validity
16    of the -- of the lawsuit.
17               They had a lawyer there and we
18    didn't, so I think we were -- Debbie and I
19    were more there to listen than anything else
20    because we were not represented, I think, at
21    that point.
22               But I don't remember going into
23    anything to do with the specific allegations.
24         Q.    When Ms. Engelbrecht was
25    deposed, she said that you at some point had
```

Page 331

```
 1       told her that you had footage of Mr. Andrews
 2       going to more than one drop box.
 3                    Is that accurate?
 4            A.      That -- no.  It is more
 5       accurate to say that we appear to have
 6       footage of Mr. Andrews going to the same drop
 7       box on more than one occasion.
 8            Q.      When you say "we appear to
 9       have" that, what do you have?
10            A.      We have two videos of -- one of
11       them is the sort of known and acknowledged
12       video of Mark Andrews.  This is with the
13       white SUV.
14            Q.      And that's the one in the
15       centerfold of the book?
16            A.      That is the one --
17            Q.      That we looked at on that page
18       we looked at earlier?
19            A.      Yes, that is right.
20            Q.      Yeah.
21            A.      Yes.
22            Q.      Okay.
23            A.      And there appears to be another
24       video.  This is, by the way, not exclusive to
25       Mark Andrews.  We have, as I mentioned,
```

Page 332

1    another -- another case.

2             But in this case, we seem to

3    have Mark Andrews -- or I humorously add

4    Mark Andrews's twin brother, but I think it's

5    Mark Andrews -- in a second video at the

6    exact same location, at the exact same drop

7    box, inserting ballots.

8         Q.    And that's your, what we talked

9    about earlier, as the doppelganger?

10        A.    Yeah, I do want to clarify.  I

11   mean, I used the term sarcastically because

12   obviously the true meaning of a doppelganger

13   is that you have two separate people that one

14   is a double of the other.  Like Biden is

15   using a doppelganger so that -- you know, for

16   whatever reason.

17             I meant the term sarcastically

18   because what I mean -- what I mean in that

19   colloquial expression is that we are talking

20   about the same guy by any reasonable measure.

21             And I say this because this is

22   an issue that, by the way, has plagued me for

23   much of my adult life, which is to say that I

24   often get mistaken for people, confused with

25   people.  Or, in other cases, people will spot

1    me and are absolutely certain it's me, and

2    I'm sometimes curious as to how they know.

3              So I've actually become quite

4    careful about trying to take a look,

5    particularly when you're dealing with video

6    material and, of course, we're in the --

7    we're in the film business.  We don't look at

8    video in what I would call the sort of

9    layman's way of just, Oh, here is a video and

10   here's another video, they kind of look

11   alike.  Not at all.

12             We will -- we will use all of

13   the -- all of the reasonably objective

14   measures that you can use to compare people

15   and make sure that we have a strong ground

16   for believing it's the same guy.

17             We will look at eight or nine

18   factors that can help you make that kind of,

19   you know, informed judgment.  Although,

20   granted, this is -- this is a judgment that

21   is made with the eyes and based upon

22   appearances looking at video.  And you can

23   make it more or less reliably depending on

24   the quality of the video.

25        Q.    And when we talked about --

Page 334

1    when we talked about the doppelganger videos

2    earlier, you said you never asked

3    Ms. Engelbrecht or Mr. Phillips to match

4    those with their geospatial data?

5         A.    Yes.  The reason I didn't ask

6    them to do it is that I was under the rather

7    firm, if not unshakeable, conviction that the

8    way that surveillance video ended up in the

9    movie and, in fact, in their possession was

10    because of the prior geotracking that pointed

11    to the video.

12              So, in other words, my asking

13    them would be nothing more than, Hey, go back

14    to your cell phone geotracking that you

15    already did on this guy.  Something of that

16    nature.

17              Because, as I say, my operating

18    assumption from the beginning and making the

19    movie, subsequent of the movie, publicizing

20    the movie, was that the surveillance videos

21    had, in fact, been geotracked.

22         Q.    And even if we -- even if we

23    were to agree with that and take that as

24    true, that still wouldn't -- you still should

25    be able to go back to the geotracking data

Page 335

1    and see if the two people you're looking at

2    in the videos are the same person, right,

3    because they'd have the same cell phone data?

4         A.      Yes, presumably they would,

5    unless for some weird reason they were

6    carrying a different phone.  But yes, they

7    should be -- that should be something that

8    could be done.

9         Q.      Right.  And you didn't do that?

10         A.      Well, I -- the reason I didn't

11    do that is because -- well, let's back up for

12    a moment.

13              In the first stage where I was

14    looking at a video of the same guy at two

15    different occasions on the same drop

16    box -- and this was not the case of Andrews.

17    This is another guy who quite clearly appears

18    twice at the same drop box -- and it is, in

19    fact, the Gwinnett drop box -- and if you

20    look closely, it's unmistakably the guy.

21              But this was only in the

22    context of a public debate over whether the

23    same mule had appeared at other drop boxes.

24              In other words, this is a

25    debate that is conducted at the level of,

Page 336

1      Hey, you're saying that there is no mule at
2      more than one drop box?  Here we go.  What do
3      you make of this guy?
4                     So I remember responding to
5      somebody who had raised that question by
6      showing him a screenshot of the two videos of
7      the same man side by side.  And, quite
8      honestly, it convinced him because he was
9      like, Whoops.  Oh, man, yeah.  Wow.
10                     So what I'm getting at is this
11     is not a case where I was going to go back
12     and look at geotracking that had already been
13     done, not to mention that at this stage our
14     relationship with Catherine and Gregg was a
15     little rocky, at best.
16                     And so I was dealing with the
17     debate in the public domain at this point.
18     This had nothing to do with Andrews.  I had
19     never heard of Andrews.
20                     It was only after the Andrews
21     litigation that we went back and looked a
22     little harder at the videos to see if there
23     were any other, you could say, matching
24     videos, whatever you want to call it,
25     double -- doubles, and we did find one.

Page 337

1          Q.      So you did that only in the
2     context of the litigation?
3          A.      This was the second one, the
4     second -- right.
5          Q.      Right.
6          A.      The second find came only
7     afterward, yes.
8          Q.      And did you ever discuss that
9     with Ms. Engelbrecht?
10         A.      No, because I think at that
11    stage, quite honestly, we were only operating
12    in a legal mode through the lawyers.
13                 So, in other words, at this
14    stage I don't contact Gregg or Catherine to
15    discuss anything pertaining to the lawsuit,
16    just out of caution.
17                 If I wanted to discuss
18    something with them, I will talk to Amanda
19    and Austin about it and I will find out what
20    they want me to do.  And in some cases they
21    will reach out.
22                 So kind of we want to do things
23    the proper way, so it's not -- it is not my
24    habit, or at least my proclivity, in the
25    context of litigation, to be calling

1      Catherine and Gregg and telling them what to
2      do.
3          Q.     Did you ask your lawyers to ask
4      their lawyers to ask them about this video
5      you say you have?
6               MS. HYLAND:  I'm going to
7          instruct you not to disclose your
8          communications with me.
9          Q.     (By Ms. Haber Kuck)  Okay.  Let
10     me show you what's been -- Bates No.
11     DD-00466.  110.
12      (Marked was Plaintiff's Exhibit No. 110.)
13         A.     (Reviewing.)
14         Q.     (By Ms. Haber Kuck)  You -- is
15     this the comparison you're referring to?
16         A.     I think so, but I just want to
17     emphasize that I have been talking about
18     matching videos.  This looks to be
19     screenshots blown up.
20         Q.     Okay.  Where did -- so what --
21     tell me about this document then.  This seems
22     to be screenshots blown up.  It was produced
23     by you.
24               What is this?
25         A.     This looks to be somebody in

Page 339

```
 1    our -- either in our team or in our orbit
 2    taking the video and taking a screenshot of
 3    it and putting it side by side so that one
 4    can do a -- a sort of a review, recognizing
 5    that we're talking about video; but,
 6    nevertheless, it's helpful also to have
 7    something like this where you can look at it
 8    visually in a kind of systematic way.
 9         Q.    And who would -- who on your
10    team would be responsible for doing that?
11         A.    I can say, but without
12    certainty, I'm pretty sure that this document
13    was done by Bruce Schooley, partly because
14    he, as I mentioned earlier, is visual.
15    Partly because he is very careful and
16    systematic.  And it is just like him to want
17    to look at these things very closely and with
18    a very analytical eye.
19         Q.    And I had told you the reason I
20    was asking the question was because
21    Ms. Engelbrecht told me that you had
22    indicated you had video of him going to the
23    drop box more than once.
24              Is that something that you told
25    her directly?
```

1          A.     I don't -- I don't recall doing

2     that.  I'm not saying I didn't.  But I don't

3     remember an occasion where I would have done

4     that.

5          Q.     Okay.  So you may have told

6     someone who told her?

7          A.     That's possible.  I mean, I

8     might have -- I might have suggested it

9     directly myself, but I have spoken to her or

10    met on such limited occasions that I think it

11    is somewhat unlikely.

12         Q.     And other than, you know,

13    comparing the video -- well, strike that.

14                Other than -- other than you

15    and your team looking at the video, do you

16    have any other evidence that these two people

17    are the same person?

18         A.     Other than that -- other than

19    looking at the video and looking at even the

20    screenshots, I'm not aware of any additional

21    evidence at this stage.

22         Q.     In your -- in your book you say

23    that in the first six weeks the film took in

24    $13 million.

25                Is that about accurate?

Page 341

1          A.       I think so, yes.

2          Q.       And what was the final number?

3          A.       The final number would have

4    been a little higher than that.  I say that

5    for the reason I gave earlier, which is that

6    films tend to be a perishable product.  They

7    sell the vast majority in a concentrated

8    space of time.  And then there is a dripping

9    effect in which you might have some further

10   sales, but the bulk of your money is going to

11   come in the first six weeks.

12         Q.       And in your book you also talk

13   about the viewership of the film.  Correct?

14         A.       Yes.

15         Q.       And you estimate that 20

16   million people have seen the film?

17         A.       Well, that's not my estimate.

18   It is -- it was an estimate that was

19   generated by the Rasmussen survey, which did

20   a survey based upon -- to see how many people

21   had seen the movie.

22               The survey, of course, was done

23   with a sort of representative sample of like

24   a thousand people.  So this is a conjecture

25   or a projection based upon that kind of a

Page 342

1    survey.

2                    It asks you, Have you seen the

3    movie?  And let's just say 3 percent of

4    people say they have.  You then estimate what

5    that might be and you come up with how many

6    people you think saw the movie.

7                    So it's based on that.  It's

8    not based upon any count we did.

9         Q.     Okay.  Do you know how many

10   copies of your book were sold?

11        A.     I do not.

12        Q.     There was also a children's

13   book about the "2000 Mules."  We talked a

14   little bit about that with Mrs. D'Souza

15   yesterday.

16                    Do you recall that?

17        A.     Yes.

18        Q.     How did -- how did you come to

19   be involved with that?

20        A.     A couple of Texans who run a

21   kind of a mom-and-pop shop called Brave Books

22   came to see us and said that they were

23   essentially composing children's books that

24   were fictional stories but based upon sort of

25   contemporary political themes.

1    And they thought it was --

2    would be funny -- I think I'm using their

3    word -- "funny" to do a story based upon

4    trying to teach a topic like "2000 Mules" in

5    an amusing way to very young children.

6    And, obviously, they said we

7    recognize that this story has to be

8    completely not only simplified, but delivered

9    in metaphorical way.  But we would like to

10   try to do that and show it to you guys and

11   see if you guys might be okay with being the

12   authors or co-authors of a children's book

13   loosely based on "2000 Mules."

14   This was a very small

15   operation.  I think they paid us a modest

16   advance.  I believe $2500, but I could be

17   mistaken.  It's just based on memory.

18   And we thought it was a fun

19   project and told them to try it out.

20   Q.    And was there also "2000 Mules"

21   merchandise that was sold?

22   A.    There might have been, but I

23   honestly know nothing about it.

24   Q.    Let me mark as Exhibit 111 a

25   two-page document bearing Control No.

Page 344

```
 1    00056721 through 00056722.
 2      (Marked was Plaintiff's Exhibit No. 111.)
 3          A.     (Reviewing.)
 4          Q.     (By Ms. Haber Kuck)   This seems
 5    to be another chat conversation back and
 6    forth between Brandon Gill, Mrs. D'Souza, and
 7    yourself.
 8                 Do you see that?
 9          A.     Yes.
10          Q.     And is Brandon Gill your
11    daughter's husband?
12          A.     Yeah, my enterprising
13    son-in-law.
14          Q.     And he says (as read):  "Are we
15    able to send a merch email out to the 2000
16    Mules email list advertising 2000 Mules merch
17    or will that piss off True the Vote too
18    much?"
19                 Do you see that?
20          A.     Yes.
21          Q.     And what is he -- what
22    merchandise is he talking about?
23          A.     Well, I think at that time
24    Brandon had a small social media company and
25    he was involved in selling other kinds of
```

Page 345

1    merchandise, you know, "Keep Texas Texas,"

2    things like that.

3              And once "2000 Mules" became a

4    kind of a brand, he got the idea that maybe

5    they could do some "2000 Mules" merchandise.

6    However, this was in the -- as you can see,

7    we're talking about May 11th, in the

8    aftermath of our rather tense negotiations

9    with Bettina.  And also we're in the context

10   of heightened sensitivities with True the

11   Vote.

12             And so Brandon is asking, Hey,

13   you know, if we start selling "2000 Mules"

14   merchandise -- which, quite honestly, we had

15   every right to sell, it was our company, it

16   was our movie -- but will this make -- will

17   this upset True the Vote?

18             And I say (as read):  "Let's

19   hold off for now."

20             So I'm responding prudentially.

21   I just don't want to rock the boat.  And so I

22   go, Let's not do it.

23        Q.    And did you ever do it?

24        A.    Not to my knowledge.

25        Q.    Okay.  The Salem hosts who

1     appeared in the film, they were also paid

2     $30,000 each.   Correct?

3          A.     Well, they were -- they were

4     paid more than that.

5          Q.     Okay.   How much were they paid?

6          A.     Well, what happened was that --

7     that Salem allocated to them a 1 percent

8     share in the movie.   So, in other words,

9     rather than pay them, they -- Salem felt, and

10    we agreed, that it would be good to give them

11    a small share in the movie.   That way they

12    have an incentive to promote the movie.   And

13    if the movie does well, they'll -- they will

14    get some, you know, I would say real money

15    out of it.

16               So we all thought that this was

17    a very smart idea.

18               By and large, with any film you

19    always are conserving your budget, so you do

20    not want to pay people money because that's

21    coming straight out of your -- your limited

22    budget.   And so one way you incentivize

23    people without paying them money is you give

24    them a tiny share.   And so we decided to do

25    that.

1     Q.     Did anyone else other -- other

2     than the hosts, Salem, D'Souza Media, TTV,

3     did anybody else have a share in the movie?

4     A.     No.  The D'Souza Media part was

5     a small portion to Nathan and the larger

6     portion to Bruce and me in our proportionate

7     shares.

8              And I believe that is a

9     comprehensive list of everybody who got

10    paid -- who got a share of the movie.

11    Q.     Okay.  And we talked about

12    earlier that Heather Mullins also might have

13    been paid.  Not with a share, but she might

14    have been paid for her appearance in the

15    film?

16    A.     Yeah, we might have paid her a

17    modest either fee for her time or something

18    to that effect.  I don't really know.

19    Q.     Was anyone else who appeared in

20    the film paid?

21    A.     I'm not sure.  I know that we

22    had talked to Gregg about either reimbursing

23    expenses or making modest payments to people

24    who were -- we were asking people to make

25    commitments of time and to be in the movie.

Page 348

1                And we also recognized that the

2       movie is a for-profit enterprise.  So we

3       thought it would be -- it's unreasonable to

4       ask people to do things completely for free.

5                Now, we were quite -- we did

6       not pay Hans von Spakovsky.  We did not pay

7       Scott Walter.  We did not pay Harmeet

8       Dhillon.

9                But I'm talking about people

10      who are doing, quote, work for the movie, if

11      you under- -- if that distinction makes

12      sense.

13               And we might have made modest

14      payments to that effect.  It's actually

15      customary for us to do that.

16               MS. HABER KUCK:  I don't think

17          I have too much more, but let me take

18          a break and confer with my colleagues

19          and we'll see if we can --

20               THE VIDEOGRAPHER:  Going off

21          the record.  The current time is 5:29.

22               (Recess taken at 5:29 p.m.,

23          resuming at 5:48 p.m.)

24               THE VIDEOGRAPHER:  We are going

25          back on the record.  The current time

Page 349

1          is 5:48, and this is the start for

2          Media 6.

3          Q.    (By Ms. Haber Kuck)  I just

4     have a few more questions.

5               Did Mr. Phillips and

6     Ms. Engelbrecht explain to you how they

7     connected the geotracking data to the names

8     of the specific nonprofits?

9          A.    They suggested that the way

10    that they did that was by looking at

11    addresses.  So they moved from addresses to

12    organizations.

13              But they also emphasized that

14    we should be clear that the cell phone takes

15    you to an address.  It doesn't take you to an

16    organization by itself.

17              So -- I mean, to me that is an

18    interesting and somewhat important

19    distinction.

20              And so I was aware of that

21    distinction even though, as I said, we didn't

22    end up using it.  But I'm familiar with the

23    fact that geotracking is geotracking of IDs

24    and the IDs takes you to locations, and that

25    is something different from an actual

Page 350

1    address.

2              Q.      Okay.    Because if you got -- if

3    your phone was geotracked to this address,

4    you could be at Greenberg Traurig, you could

5    be at Wells Fargo, you could be at Skadden

6    Arps.    Right?

7              A.      Exactly.

8              Q.      Yeah.

9              A.      And I think it's -- that

10   creates more problems for identifying a --

11   let's say, a nonprofit than it would, let's

12   say, identifying drop boxes because drop

13   boxes are generally stand-alone.    Sometimes

14   they are in a library, but a lot of times

15   they are standing by themselves.

16             Q.      And when you were writing the

17   book, you had the list of names that was

18   provided to you by Ms. Engelbrecht, correct,

19   of the not-for-profits?

20             A.      Yes, although I understood that

21   to be an incomplete list, maybe a partial

22   list.

23                     But I did have several -- I did

24   have several of the organizations listed,

25   yes.

Page 351

```
1          Q.     Did you do any research, then,

2     to see if you could follow the money, as you

3     said?

4          A.     No.  And the reason was that I

5     had been convinced by this point, A, to

6     exclude the organizations from the movie; and

7     I decided to use them in a very limited way

8     in the book.

9                 In other words, as I mentioned

10    before, only for the purpose of deciphering

11    their ideological coloration and not trying

12    to take the book any further than that.

13                It occurred to me that that

14    would be a completely different project and

15    that would maybe have to be a different book.

16         Q.     Okay.  So you didn't do that

17    research?

18         A.     I didn't do that, yes.

19         Q.     Okay.  Given everything that

20    you know today, do you still stand by

21    everything in the film?

22         A.     I stand by everything in the

23    film in the sense that I think that the film

24    is accurate, it's valid.

25                I've obviously seen some new
```

Page 352

1    information with regard to what geotracking

2    has and hasn't been done.  Obviously, I have

3    to take that into -- into consideration.

4                   But if you're asking me if I

5    stand by the film as a whole, absolutely.

6                   MS. HABER KUCK:  And I have

7          nothing further at this time.

8                   As I did yesterday, I'm going

9          to just reserve my right based on the

10         discovery issues that we have.  But I

11         have no further questions today.

12                  MR. EVANS:  Great.  I just have

13         a few.

14         (Following commenced at 5:52 p.m.)

15                   EXAMINATION

16    BY MR. EVANS:

17         Q.    All right.  Mr. D'Souza, we met

18    yesterday.  My name is Jake Evans.  I

19    represent True the Vote, Ms. Engelbrecht and

20    Mr. Phillips.

21                   I just have a couple questions,

22    and they mainly just relate to you searching

23    for -- we sent an RPD to you, and I just want

24    to know if you have access to these

25    documents, if you don't have access.

Page 353

```
 1                  And I have the exact emails.
 2      The first I'm going to give you I marked
 3      Defendant True the Vote's Exhibit 1.
 4         (Marked was Defendants' Exhibit No. 1.)
 5          Q.      (By Mr. Evans)  So if you could
 6      take a look at that.
 7                  And do you recognize that
 8      document?
 9          A.      Yes, I do.
10          Q.      And what is that?
11          A.      This is a modest email chain
12      starting with Nathan and -- Nathan
13      Frankowski, our cinematographer, sending me
14      two videos.  They are actually videos that I
15      asked him to send me, and I specify what they
16      are.
17                  And he sent me those two
18      interviews.  And then I sent them to Charlie
19      Kirk and -- with a designation (as read):
20      "Two clips to go with my talk tomorrow."
21          Q.      Uh-huh.  And are you able to
22      pull what's in those two Dropbox links?
23          A.      I don't believe that we have
24      been able to do that.  Subsequently, I think
25      we have tried to do it, but without success.
```

Page 354

1     And, therefore, I can only go at this point

2     from the, you know, the clear description of

3     the two videos which is given at the bottom

4     of the page.

5            Q.     And what happens when you try

6     to pull the -- whatever?  Was it a video, to

7     your recollection, in these two links?

8            A.     Well, it looks like there were

9     two we call them clips.  They are short 30-,

10    40-second videos and they are pulled from the

11    movie.

12                  See it says here (as read):  "I

13    want to show them a couple of short two-,

14    three-minute clips from the rough cut."

15                  So we know the source.  It's

16    the rough cut of the movie.

17                  (As read):  "Can you pull one

18    from the mule interview and another from

19    Gregg and Catherine going over one of the

20    mule videos?"

21                  So it's Gregg and Catherine

22    talking about one of the mule videos.

23                  That's the two items in the

24    Dropbox, but I'm not able to see them.

25            Q.     Okay.  And I'm just focused on

Page 355

1    not so much your recollection, but your
2    ability to pull the document from the links.
3              Have you tried to pull the
4    document from the links?
5         A.    I've discussed this document
6    with my attorneys.  I know that there have
7    been efforts to do it without success.
8         Q.    Okay.  And do you know why you
9    haven't been able to pull the document from
10   the link?
11        A.    I have no idea.
12        Q.    And I will hand you Defendants'
13   Exhibit 2, which is a similar document.
14      (Marked was Defendants' Exhibit No. 2.)
15        Q.    (By Mr. Evans)  And do you
16   recognize that document?
17        A.    Hang on a second (reviewing.)
18              Yes.
19        Q.    And what is that document?
20        A.    It appears to be a modification
21   of the earlier instruction to send a couple
22   of videos, except it adds a further video,
23   which is described as (as read):  "Gregg
24   showing that only a couple of hundred people
25   went to a drop box, but 1,960 ballots were

Page 356

1      cast."

2           Q.      Uh-huh.

3           A.      And it looks like that is now

4      the third clip in the Dropbox.  So that's why

5      there are three links.

6           Q.      And who is -- who is the

7      recipient and the sender in the final email,

8      the one at the top?

9           A.      In the one at the top, I am the

10     sender and the recipient is a guy name Tyler

11     Boyer, who is sort of Charlie Kirk's guy.

12          Q.      Okay.  What do you mean by

13     Charlie Kirk's guy?

14          A.      He's like the vice-president of

15     Turning Point, which is Charlie Kirk's

16     organization.  He's the -- he's the man who

17     sort of does a lot of the logistics and

18     organization for Charlie's -- Charlie's life.

19          Q.      Okay.  And these links that are

20     towards the middle here, right below where it

21     says (as read):  "Here they are," are you

22     able to pull what those clips are?

23          A.      I don't believe we've been able

24     to pull any of these, and I'm not sure what

25     the reason is.  I think it's the same fate as

Page 357

1    the other two videos.

2                    And, hang on, I'm just looking

3    at them here to see.  (Reviewing.)

4                    Yeah, you can actually -- let

5    me see.

6                    It's a little hard to say, but

7    it looks like there is a replication of two

8    and maybe one new one.

9        Q.        Do you know if these -- are

10    these the same two of the -- what's

11    referenced in Defendants' Exhibit 1?

12        A.        Yes, because -- because look

13    below.  (As read):  "Remember the two clips

14    you prepared for me, Mule Video and Salem

15    Reaction, Part of the Mule Interview?  Just

16    want to use these same clips and add one

17    more."

18                    And then Nathan goes (as read):

19    "How about the one where Gregg shows only a

20    couple of hundred went to drop box, but 1,960

21    ballots were cast?"  And then, "Here they

22    are."

23                    And I say (as read):  "Yes,

24    good idea."

25                    And then he sends that exact

Page 358

1     one.

2                    And so we now know what the

3     three clips are.

4          Q.     Well, you know it just based

5     upon this email.  Right?

6          A.     Based upon the email.

7          Q.     And you've tried to pull these

8     clips, but you've been able to do so.  Right?

9          A.     Yes.  When you say I, I have

10    not myself tried to do it.  I'm incapable of

11    doing this kind of stuff, but people have

12    tried to do it, yes.

13         Q.     Yes.  And today you don't know

14    the reason why you or your team or agents

15    have been unable to pull these clips from

16    Defendants' Exhibit 1 and 2.  Right?

17         A.     As of today, I don't know the

18    reason why.

19         Q.     Okay.

20                MR. EVANS:  No further

21         questions.

22         (Following commenced at 5:58 p.m.)

23                MS. HYLAND:  I don't have any

24         redirect.

25                MS. HABER KUCK:  We can go

Page 359

1          home.

2                    MR. EVANS:  All right.  Good.

3                    THE VIDEOGRAPHER:  Going off

4          the record.  The current time is 5:59.

5          This concludes today's depo.  The

6          number of medias used was 6.

7          (Proceedings concluded at 5:59 p.m.)

8                         *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 360

1    COUNTY OF HARRIS )

2    STATE  OF  TEXAS )

3            REPORTER'S CERTIFICATION

4        I, Pat English-Arredondo, CSR (TX),

5    RMR, CRR, CLR, Certified Shorthand Reporter

6    in and for the State of Texas, hereby certify

7    that this transcript is a true record of the

8    testimony given and that the witness was duly

9    sworn by the officer.

10       I further certify that I am neither

11   attorney nor counsel for, related to, nor

12   employed by any of the parties to the action

13   in which this testimony was taken.  Further,

14   I am not a relative or employee of any

15   attorney of record in this cause, nor do I

16   have a financial interest in the action.

17       Subscribed and sworn to on this the 30th

18   day of October, 2024.

19   _____

                 Pat English-Arredondo,

20               CSR (TX), RMR, CRR, CLR

                 Expiration Date:  4/30/2026

21

     Local Affiliate Reporter for:

22   Veritext New York Reporting Co.

     330 Old Country Road, Suite 300

23   Mineola, New York 11501

     Phone:  212.267.6868

24   Toll Free:  800.727.6396

25   Job No. 6963197

Page 361

1    Ms. Amanda G. Hyland

2    Ahyland@buchalter.com

3                        October 30, 2024

4    RE:    Andrews, Mark v. D'Souza, Dinesh   Et Al

5         10/17/2024, Dinesh J. D'Souza (#6963197)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

Page 362

1    Andrews, Mark v. D'Souza, Dinesh    Et Al

2    Dinesh J. D'Souza (#6963197)

3                    E R R A T A    S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _____

24   Dinesh J. D'Souza                        Date

25

Page 363

1    Andrews, Mark v. D'Souza, Dinesh    Et Al

2    Dinesh J. D'Souza (#6963197)

3                  ACKNOWLEDGEMENT OF DEPONENT

4        I, Dinesh J. D'Souza, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Dinesh J. D'Souza                        Date

13    *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                       _____ DAY OF _____, 20___.

16

17

18                       _____

19                       NOTARY PUBLIC

20

21

22

23

24

25

| & | | | |
|---|---|---|---|

**&**   3:4 42:15

**0**

**0**   141:7
**000000007**   9:4
**00000007**
  228:12
**0001637-38**   7:4
**0004579**   8:25
  149:17
**000466**   9:22
**000469**   9:2
  196:14
**00049450**   6:11
**00049492**   9:11
  289:13
**00049510**   9:9
  269:24
**00049511**
  269:25
**00049514**   7:20
**00052690**   6:8
**00052769**   6:5
**00055740**   9:6
**00056721**   9:24
  344:1
**00056722**   344:1
**00064295**   7:14
**00067677**   7:17
**00466**   338:11
**007191**   6:14
**007209**   6:25
**007276**   7:3
**007278**   7:7

**007469**   8:22
  99:18
**008516**   9:16
  311:10
**008858**   6:18
**008962-69**   6:22
**008975**   7:11
**009803**   9:20
  327:20
**04259**   1:5

**1**

**1**   6:3 91:25
  99:3 100:18
  120:6 121:6
  158:17 223:5
  236:3 237:5,5
  346:7 353:3,4
  357:11 358:16
**1,960**   355:25
  357:20
**1-10-22**   6:24
**1-29**   7:16
**1-30-22**   7:16
**10**   6:9 51:8
  88:13,21 92:15
  93:9 96:15,21
  97:25 136:7
  139:18 158:17
  161:18 202:1,3
**10-13-22**   6:20
**10-17-2024**
  10:5
**10-24-22**   7:9
**10-3-22**   6:16

**10/17/2024**
  361:5
**100**   8:23
  135:24 149:16
  149:18 183:9
  269:2 306:11
**1000**   2:9
**10001-8602**   3:5
**10036**   3:4
**101**   9:1 196:11
  196:12
**102**   9:3 228:11
  228:13
**103**   9:5 235:23
  235:24
**104**   9:7 269:23
  270:1
**105**   9:10
  289:12,14
**106**   9:12 296:3
  296:4
**107**   9:14 311:8
  311:11
**108**   9:17,18
  313:18,19
**109**   9:19
  327:19,21
**10:56**   85:24,25
**11**   31:9 51:9
**110**   9:21
  338:11,12
**111**   6:12 9:23
  343:24 344:2
**113**   313:22
  315:2

**114**   313:22
**11501**   360:23
**11:10**   86:1,4
**11th**   345:7
**12**   5:3
**12-30-23**   6:10
  7:19 9:8
**12-9-21**   6:13
**120**   7:23
**12649**   360:18
**12:31**   159:6,7
**13**   32:24
  340:24
**131**   9:18
**138**   6:23
**14**   8:11 41:4
**149**   8:23
**14th**   3:9
**150,000**   101:14
**16**   7:19 8:8
  256:20,21
**160**   7:1
**17**   1:13
**171**   7:5
**17th**   2:10
  270:10,13
**18**   9:8
**19**   57:19
**1900**   3:20
  283:25
**192**   7:15
**196**   9:1
**199**   6:14
**1991**   19:16

**[1:00 - 4/30/2026]**

| | | | |
|---|---|---|---|
| **1:00** 142:18 | **2014** 21:8 | **242** 157:15 | **30305** 3:15 |
| **1:22** 1:5 | **2016** 84:11 | 158:22,24 | **30309** 3:9 |
| **1:28** 159:8,11 | **2018** 22:6 | **25** 7:21 125:13 | **30339** 3:20 |
| **1:30** 261:2 | **2019** 22:12,18 | **25,000** 101:22 | **30th** 360:17 |
| **2** | 22:20 179:3 | **250** 270:24 | **311** 9:14 |
| | 235:17 | 274:1 283:25 | **313** 9:17 |
| **2** 6:4,6 29:3 | **202** 6:9 | **2500** 3:14 | **316** 6:15 |
| 92:14 149:14 | **2020** 51:13 | 343:16 | **327** 9:19 |
| 164:4 290:10 | 66:16 132:19 | **26** 6:10 100:16 | **330** 360:22 |
| 355:13,14 | **2022** 53:15 | 100:17 | **3333** 3:14 |
| 358:16 | 99:3 186:14 | **27** 6:15 8:1,3 | **338** 9:21 |
| **2,000** 176:17,18 | 236:3 237:5 | 316:3,5 | **344** 9:23 |
| 221:16 | 259:1 316:22 | **270** 9:7 | **3500** 3:20 |
| **2-10-22** 7:2 | 321:3 322:1,2 | **28** 8:6,9,12 | **352** 5:4 |
| **2-16-22** 7:6 | **2023** 202:10,22 | **281** 7:8 | **353** 6:3 |
| **20** 100:21 | 237:21 289:18 | **289** 9:10 | **355** 6:6 |
| 148:12 341:15 | **2024** 1:13 2:11 | **29** 8:15,18 | **35th** 268:16 |
| 363:15 | 360:18 361:3 | **296** 7:14 9:12 | **360** 5:5 |
| **200** 3:14 | **21** 295:10 | **29th** 153:20 | **361** 5:5 |
| **2000** 6:21 9:12 | **2110** 3:9 | **2:00** 66:1 | **38** 6:19 89:16 |
| 9:15,17 23:24 | **212-735-3000** | **2:48** 235:3,4 | 89:18 |
| 24:20 25:2 | 3:6 | **3** | **3:07** 235:5,8 |
| 31:20 33:22,23 | **212.267.6868** | | **3:56** 280:20,21 |
| 35:12 51:13,14 | 360:23 | **3** 6:7 55:7,8 | **4** |
| 55:21 227:4,23 | **228** 9:3 | 86:5 96:2 | |
| 231:25 263:9 | **23** 6:12 110:23 | 314:22 315:19 | **4** 3:4 35:6 55:8 |
| 265:5 266:17 | 111:3,7,8,9 | 316:22 342:3 | 55:19 92:13 |
| 267:3,5 271:6 | 128:18 | **3-1-22** 9:5 | 118:10 142:13 |
| 292:18 295:23 | **235** 9:5 | **3-25-22** 6:4 | 159:12,20 |
| 296:6 342:13 | **237** 7:18 | **3-29-22** 8:24 | 162:6 |
| 343:4,13,20 | **24** 162:8 | **30** 202:10 | **4-12-22** 6:7 |
| 344:15,16 | **24/7** 141:24 | 207:21,25 | **4-26-22** 8:21 |
| 345:3,5,13 | **240** 157:22 | 354:9 361:3,16 | **4-7-22** 7:3 |
| **2012** 19:13 | 282:20 | **30,000** 346:2 | **4/30/2026** |
| **2013** 41:4 | | **300** 360:22 | 360:20 |

**[40 - able]**                                                                 Page 3

**40** 6:23 138:22 138:24 187:11 354:10
**400,000** 101:18
**404.720.8111** 3:10
**404.832.7536** 3:21
**42** 221:5,8 222:2
**430** 12:16
**451** 6:11
**471** 8:22
**49** 7:1 160:3,8
**49493** 9:11 289:13
**4:08** 280:22,25
**4th** 205:5

**5**

**5** 8:17,20 55:8 96:21,21 98:5 98:5 121:5,7 235:9
**5-1-22** 7:13
**5-11-22** 9:23
**5-9-22** 9:4
**50** 88:23 89:1 136:7
**501** 314:22 315:19
**511** 9:9
**512** 9:2 196:15
**515** 7:20
**52** 7:5 171:7,9

**5700** 2:9
**5:29** 348:21,22
**5:48** 348:23 349:1
**5:52** 352:14
**5:58** 358:22
**5:59** 2:11 359:4 359:7
**5th** 204:25 205:5

**6**

**6** 35:5 57:5 120:18 121:6 281:1 349:2 359:6
**63** 295:10
**678.553.2100** 3:15
**691** 6:8
**6963197** 360:25 361:5 362:2 363:2

**7**

**7** 9:17 35:7 135:25 209:7 249:9 313:18
**7-10** 7:2
**70** 149:10 161:5,15
**72** 7:8 281:12 281:14
**722** 9:24
**73** 7:12 94:3,5 94:7 95:23

**741** 9:6
**7471** 99:19
**75** 3:9
**7th** 249:6

**8**

**8** 9:13 31:9
**8-25-22** 9:14
**80** 7:17 154:25 155:2
**800.727.6396** 360:24
**83** 7:15 192:16 192:20
**87** 7:18 237:8 237:10,14,15 237:16
**875** 6:18
**8860** 316:12
**89** 6:19

**9**

**9** 8:14
**9.99** 323:25
**90** 183:8 221:4 295:6
**9097** 7:11
**91** 7:21 25:19 25:21 26:5,6
**92** 8:1 27:15,17 31:2
**93** 8:3 27:20,23 35:3
**94** 7:12 8:6 27:24 28:3

**95** 8:9 28:4,8
**96** 8:12 28:10 28:13 54:24
**97** 8:15 29:6,9
**98** 8:18 29:10 29:16
**99** 8:21,21 99:17,20
**990s** 169:13,16
**9:29** 2:11 10:1 10:4
**9:45** 28:22,23
**9:52** 28:24 29:2

**a**

**a.m.** 2:11 10:1 28:23,24 66:1 66:4 85:25 86:1 142:18
**a6** 229:2
**abandoned** 310:3
**abbreviated** 245:15
**ability** 78:16 355:2
**able** 13:17 17:6 41:18 43:24 65:15 78:13 83:13 90:22 104:11 110:5 118:16 120:5 136:6 145:2 146:2 156:10 173:12,13 174:17,25

[able - ad]    Page 4

221:3 245:5
278:14 334:25
344:15 353:21
353:24 354:24
355:9 356:22
356:23 358:8
**above**  361:6
363:7
**abrams**  120:19
**absence**  318:25
**absolute**  119:4
256:23
**absolutely**
54:12 68:21
126:10 130:14
140:19 176:19
194:2 234:2
267:16 286:2
333:1 352:5
**abstained**
141:9
**absurd**  80:21
90:18
**absurdly**
279:17
**abuse**  282:17
**abusive**  222:7
**acceded**  127:12
**accepted**  109:6
152:24
**access**  90:21
98:17 179:12
352:24,25
**accidentally**
189:20

**accompli**
208:19
**account**  125:17
**accounting**
42:10 44:9
**accuracy**  39:17
238:23 361:9
**accurate**  13:17
30:23 82:13
322:5 331:3,5
340:25 351:24
**accurately**
238:20
**acknowledge**
106:21
**acknowledged**
87:13 331:11
**acknowledge...**
363:3
**acknowledging**
272:24
**acknowledg...**
361:12
**acled**  241:1
246:22,25
247:1,2,3,5,6,8
247:10,15,18
247:23,24,25
248:2,11 249:3
250:3,9,17,17
250:20 251:1,5
251:13,17
252:1,4,4,5,22
253:23 254:3
254:10,19

255:3 307:6,8
**acled's**  249:7
**acquainted**
22:15
**acquired**  25:5
25:11
**acrimonious**
53:21
**act**  318:25
**acted**  239:1
**acting**  108:23
114:23
**action**  294:19
317:13,17
318:19 319:25
320:2 326:15
360:12,16
**actions**  317:4,6
**active**  43:14
104:14 168:22
**actively**  43:9
87:10
**activist**  249:1
**activists**  248:16
300:17,18
**activities**
101:25
**activity**  300:17
**actor**  70:12
**actors**  47:6
**actual**  40:12
44:19 48:4,15
61:7 71:9,10
71:12 102:20
178:17 180:4

220:17 253:15
254:8 349:25
**actually**  42:4
46:17 47:15,19
54:21,23 71:23
92:19 96:3
108:12 119:22
119:25 130:8
140:22 143:9
148:20 152:5
152:24 164:7
171:24 173:5
181:13,19
183:21,22
187:15 193:15
203:15 211:25
217:2 227:23
229:4 237:12
238:10 241:20
242:16 246:7
247:16 266:11
269:13 273:10
273:23 275:4
279:1 285:17
291:13 303:3
321:22 322:20
333:3 348:14
353:14 357:4
**ad**  200:10
201:1 204:2,9
205:14,17
206:21 207:4,6
207:11,16
208:10 210:1,5
210:21,25

Case 1:22-cv-04259-SDG    Document 250-16    Filed 12/20/24    Page 369 of 456

211:12
**add**  34:10,14
  94:8 242:24
  332:3 357:16
**added**  223:5
**addition**  37:16
  42:19 271:13
  272:11
**additional**  29:5
  79:7 104:18
  105:2 340:20
**additionally**
  106:25
**additions**  363:6
**address**  12:15
  233:7 349:15
  350:1,3
**addressed**
  316:14
**addresses**
  349:11,11
**adds**  355:22
**adjoined**
  285:11
**adjudicating**
  143:23
**adjudication**
  241:18
**administer**
  189:22
**administered**
  11:23
**administrative**
  85:7

**adopted**  109:3
**adult**  332:23
**advance**  115:9
  116:17 224:17
  343:16
**advertisement**
  201:7,12
**advertising**
  88:17 344:16
**advice**  163:17
**advised**  330:9
**advisor**  330:4
**advocate**
  127:11 129:18
**advocates**
  127:10
**affidavits**  66:21
**affiliate**  25:3
  360:21
**affiliates**  24:13
  24:16 25:8
**affirmative**
  7:22 25:24
**aftermath**
  23:24 322:7
  345:8
**afterthought**
  45:14
**afterward**
  18:20 144:6
  147:4 337:7
**agencies**  43:5,6
**agency**  123:22
**agenda**  151:6
  251:25

**agendas**  107:9
**agents**  358:14
**aggressive**
  152:4
**ago**  13:1 46:22
  76:5 98:2
  201:13 212:24
  213:13 283:20
**agree**  10:8
  152:3 175:11
  273:16 274:7
  284:15,19
  329:7 334:23
**agreed**  52:1
  92:2 105:1
  127:13 164:10
  181:1 182:24
  346:10
**agreement**  6:21
  86:21,23,24
  87:2 89:20,23
  91:19,20,22
  92:6,8,8 96:14
  97:24 98:12
  151:24 199:25
**agreements**
  107:7
**ah**  198:22
**aha**  69:9
**ahead**  158:7
  208:1 283:7
**ahyland**  3:21
  361:2
**aimed**  206:12

**air**  62:8 182:10
  204:5
**airlines**  44:10
**akin**  78:10
**al**  1:6 10:12
  361:4 362:1
  363:1
**alarming**  134:7
**alert**  305:10
**alerted**  243:24
**alex**  220:4
  221:1,6,18
**algebra**  158:21
**alike**  333:11
**allegations**
  26:19 35:12
  75:22 271:5
  288:10 330:23
**alleged**  33:11
  82:4 269:5
**allegedly**
  157:15
**alleging**  231:21
**alleviate**  18:11
**allocated**  346:7
**allotted**  361:19
**allow**  14:22,23
  208:13
**allude**  240:8
**alluded**  230:8
**alternative**
  261:3
**alyssa**  4:6
  10:19

amanda  3:18
  11:6 15:24
  16:14 337:18
  361:1
ambiance
  103:22
ambiguous
  19:10 137:16
  169:6 201:9
  232:23 252:8
ambulance
  189:22
amended  7:22
  8:4,9,15,19
  25:25 27:21
  28:5 29:7,11
  35:4 91:20
  92:8
america  42:8
  75:7 86:14
  293:7,8
american  44:4
amorphous
  112:8
amount  19:18
  39:8 50:17
  51:15 65:10
  88:22 95:6
  324:10
amusing
  180:19 343:5
analogy  142:9
  143:18
analysis  31:14
  284:11

analysts  45:3,6
  45:11,23 47:14
  50:7,11 161:10
analytical
  339:18
analytics  9:3
ancillary  80:15
  245:16
andrews  1:3
  6:18 10:12
  12:9 215:19
  258:24 259:13
  264:17,18
  267:13 278:6
  282:12,19
  285:15 288:25
  304:15 321:7
  330:10 331:1,6
  331:12,25
  332:3,5 335:16
  336:18,19,20
  361:4 362:1
  363:1
andrews's
  332:4
angle  83:9
angles  75:19
  135:13 219:1
ann  232:7,10
  233:8
announce
  220:8
annoy  205:10
annoyed
  266:22

annoys  108:7
annual  52:11
anomalous
  285:2 286:17
anomaly  75:24
  75:25 285:3,4
  285:5
answer  7:22
  14:15 15:15,16
  25:20,24 26:8
  26:20 27:4
  35:7 40:19
  44:17 114:3
  118:20 125:23
  173:13,14
  174:13,14,23
  199:24 201:13
  253:21 315:4
  319:9,10
answering
  43:24 308:9
answers  14:23
  30:10 114:12
  114:17
anticipate
  154:12
anybody  15:25
  45:10 60:20
  118:13 130:18
  166:9 184:18
  278:6 347:3
anymore  310:6
  311:5
anytime  289:3

anyway  183:6
  196:7 256:4
  267:8 322:25
apart  162:20
  287:16
appalling
  266:18
apparent  107:1
  147:4 151:2
  201:19 232:5
  234:23 250:24
apparently
  205:19 313:3
appealed  67:3
appealing
  66:11
appear  139:3
  140:12 174:5
  187:6 222:11
  331:5,8
appearance
  222:22 347:14
appearances
  333:22
appeared  24:23
  46:21 49:12
  216:11 325:20
  335:23 346:1
  347:19
appearing
  141:1 187:13
appears  96:2
  99:22 139:1
  160:14 163:16
  169:9 171:15

188:7 203:20
219:13 229:4
229:19 237:19
255:13 256:1,2
289:17 327:24
331:23 335:17
355:20
**appease** 92:3
**appended**
363:7
**appetite** 219:5
**appetizer**
220:22
**applicable**
361:8
**applications**
37:19
**applied** 44:23
**apply** 245:5
**appraised**
110:12
**apprentice**
181:19
**approach**
76:20 151:21
**approached**
58:10 118:11
118:22 119:25
179:14,15
**approaching**
115:16
**appropriate**
222:4
**approval**
178:22 206:11

**approved**
226:21
**april** 100:16,17
153:24,25
204:25 209:2
**arbitrary**
276:18
**area** 40:10,20
40:23 41:21
43:20 62:18
71:9 102:25
110:8 248:15
248:22
**areas** 38:25
41:2 82:16
200:11
**argued** 142:21
**argument**
117:4,11
298:16 304:3
**arizona** 102:20
102:25 103:18
104:15,22
124:6 131:12
131:13 167:10
169:8 171:19
172:9 215:2
**army** 42:14
**arps** 3:3 350:6
**arredondo** 2:3
4:8 360:4,19
**arrested**
241:12 242:5
**article** 238:19
238:23 247:17

247:20 251:4,9
252:19 253:3
270:20 295:16
295:17 309:25
**articles** 39:11
39:13 247:7
250:25 251:4
273:4 309:19
309:22,23
**artificiality**
70:16
**artist** 83:21
**artistic** 183:4
221:23
**aside** 16:6
54:10 184:14
**asked** 29:18
42:6,24 58:20
58:25 60:3,4,7
60:7,8,8,10
66:18 93:20
118:22 133:25
134:2 160:17
165:7,9 170:6
170:22,25
204:3 205:25
215:14 220:2
312:2 325:9
334:2 353:15
**asking** 12:11
109:23 113:4
140:15 168:3
171:4 199:17
199:19 211:15
334:12 339:20

345:12 347:24
352:4
**asks** 342:2
**aspect** 134:16
**aspects** 38:22
40:15 84:6
125:16 196:25
273:9 322:9
**assertion**
126:14,19
**assess** 78:23,23
329:24
**assessed** 40:7
**assessing**
136:20,24
**assessment**
41:17 134:2
**assister** 282:15
284:22 288:3
**assisters**
283:15,17
284:5
**association**
299:8
**assume** 15:3
277:23
**assumed** 34:11
169:4 252:25
257:5 279:6,7
**assumes** 278:17
283:5
**assuming** 95:25
109:23 114:15
**assumption**
334:18

**assured** 135:12 329:14
**atlanta** 1:2 3:9 3:15,20 10:15 71:4 117:17 157:16 248:21 248:21 249:6 270:25 271:2
**atsinger** 194:15 312:24
**attached** 2:16 202:5 228:25 361:11
**attachment** 7:3 7:10,19 291:22
**attachments** 96:8 311:3
**attack** 189:10 189:21
**attempt** 140:6
**attempted** 59:6 59:7
**attempting** 123:24
**attended** 58:15
**attention** 97:12 144:14 145:19 152:21,23 165:3 208:9 223:14,16,24 225:13 305:12 305:15
**attorney** 125:24 126:2 271:12 272:2

319:7 321:8 360:11,15 361:13
**attorneys** 12:9 355:6
**audience** 48:9 64:20 68:19 69:8,13,23 72:25 114:15 115:14 138:8 156:9,14 198:14
**audiences** 76:14
**audio** 10:6
**austin** 3:19 11:9 15:24 16:14 337:19
**author** 19:5,15
**authorities** 33:10 122:19 242:3
**authority** 302:17
**authorize** 26:11
**authors** 343:12 343:12
**automatic** 32:5 277:24
**availability** 153:12
**available** 90:15 176:12 322:10 322:18 323:2

324:19 361:6
**avenue** 69:14 268:16
**avenues** 130:21
**avining** 3:22
**aware** 14:12 23:14 26:8 27:3 30:14 33:16,19,20,24 34:20,21 52:13 53:10 56:22 60:19 61:4 76:16 106:21 108:4 117:23 117:24 147:20 148:4,6 149:9 178:6 196:20 196:22 211:9 211:10,13 214:15 228:17 236:25 254:2 254:20 255:2 259:5,7 263:12 282:25 283:2 283:19 284:7,8 284:13,14 287:21 321:1,5 321:17 340:20 349:20

**b**

**b** 8:22 163:12 222:8
**back** 29:1 46:4 64:17 66:15,19 70:9 76:6 86:3

88:15 105:4 114:1 120:3 125:8 141:18 156:13 159:9 208:15 224:4 226:7,7 230:16 235:7 241:19 253:22 266:21 273:3 275:17 278:13 280:24 285:18 289:22 305:4 311:16 313:10 314:13 334:13,25 335:11 336:11 336:21 344:5 348:25
**backbone** 87:11
**background** 68:25 69:10,22 70:19 71:25 83:19 97:15 163:13 168:5
**backgrounds** 77:17
**backlash** 230:22
**backpack** 261:2
**backpacks** 177:2
**backward** 106:20

**[bad - benefit]**

**bad** 53:25
  105:8 188:15
  224:3 227:6
  230:9
**bag** 190:6
**balance** 88:19
  300:22
**ball** 300:11
  327:18
**ballistics** 72:23
  78:10,11
**ballot** 6:24
  131:14,23
  132:5 282:22
  297:3 298:12
**ballots** 36:11
  36:12 37:7
  80:20 139:8
  144:9 175:20
  176:25 177:3
  261:3 282:14
  284:22 285:8
  287:23 296:25
  299:7,24 332:7
  355:25 357:21
**banquet** 184:25
**bar** 75:16
**bare** 262:24
**barr** 231:24
**base** 55:12
**based** 32:2
  34:11 38:12
  41:10,16 75:3
  87:25 123:6
  137:23 146:8,9

146:11,13
  189:10 213:7
  214:25 226:22
  229:17 246:6,8
  259:19 261:19
  263:23 292:25
  302:24 333:21
  341:20,25
  342:7,8,24
  343:3,13,17
  352:9 358:4,6
**basic** 164:22
**basically** 42:25
  88:14 89:10
  93:6 101:6
  127:9 157:7
  178:7 181:24
  189:16 221:18
  238:7 248:13
  258:3 274:2
  276:25
**basis** 22:21
  63:5 113:9
  303:13,15
  312:18
**bat** 249:18
**batch** 149:12
  149:14 161:20
  163:20 164:2,4
  164:6 165:14
  165:15,25
  166:3,14,21
**batches** 148:21
  148:25

**bates** 6:5,7,10
  6:14,18,21,24
  7:3,4,7,11,14
  7:16,19 8:22
  8:25 9:1,4,6,8
  9:11,16,20,22
  9:24 338:10
**bearing** 99:18
  149:16 196:14
  228:12 289:12
  311:9 327:20
  343:25
**bears** 269:24
**beat** 6:14
  111:15,16
  116:5,8 117:1
**becerra** 4:6
  10:19
**began** 19:20
  317:11 327:14
**beginning**
  47:23 74:22
  99:15 102:1
  112:19 139:20
  212:23 221:11
  276:21 287:5
  302:11 325:20
  334:18
**behalf** 26:8,12
  26:21 297:6,11
  298:18,21
  301:6,23,25
**behavior** 261:4
**behold** 300:23

**believable**
  134:12 135:3
  135:25
**believe** 31:3
  35:4 37:10
  42:8 48:22
  50:9 59:13
  60:9 100:18
  101:24 103:1
  159:18 165:8
  171:25 172:19
  177:1 196:1,15
  197:8 212:8
  214:13 220:3
  230:6,15 238:8
  253:1 270:10
  283:17 288:5
  290:11 291:25
  312:23 324:23
  326:7 343:16
  347:8 353:23
  356:23
**believed** 54:14
  152:17 269:1
**believing**
  333:16
**belonged**
  106:19
**belongs** 32:12
  182:14
**belt** 239:6
**ben** 145:14
**bend** 84:22
**benefit** 14:15
  96:24 129:11

302:1

**bentrott** 4:4
11:4,4

**best** 13:25 14:4
30:11 61:23
66:20 72:15,16
83:14,14 97:20
153:13 156:23
158:7 174:23
233:25 252:23
336:15

**better** 40:6
48:7 180:12
183:6,12
240:24 241:15
257:10 261:17

**bettina** 91:24
96:13 97:3,22
97:23 99:23,23
345:9

**bewildered**
224:6

**bewilderment**
254:7

**beyond** 24:5
80:9 146:24
173:10 174:25
175:7 256:15
260:14 275:3
285:13 288:22
294:9 327:8

**biden** 332:14

**big** 58:19
117:21 174:10
178:22 182:1

226:13 230:22

**bigger** 266:16
266:20

**bill** 231:24

**bin** 285:9

**bit** 18:8 41:13
46:4 63:17
64:10 75:7
94:25 98:4
107:12,18
145:13 155:25
167:17 169:14
195:7,10,15
205:6 207:14
225:11 227:21
239:6 242:10
269:21,21
292:17 298:3,5
342:14

**bitter** 97:10

**bizarre** 175:21
203:10

**blah** 222:11,11
222:12

**blatant** 70:16

**blip** 70:21

**block** 319:5

**blocked** 290:12
290:24

**blood** 105:9
224:4 227:6
230:9

**blow** 206:3

**blown** 338:19
338:22

**blows** 225:20

**blur** 125:6
126:5 127:15
226:2

**blurb** 255:5

**blurred** 125:19
126:13 212:17
225:14 263:10
263:24 268:4
268:13 269:2
276:1 285:16

**blurring** 127:3
127:9,10,11
128:4

**blurry** 162:21

**board** 75:23
76:14 77:25
89:14 195:23
220:24 224:2
233:13 258:23
304:14

**boarded** 75:21

**boat** 345:21

**bodies** 143:12
172:11,11,12
269:9

**body** 91:9

**boilerplate**
87:8

**bombastic**
193:22

**book** 9:13,17
19:16,19 25:1
25:15 38:17
40:8 51:23

100:22 101:7,9
103:24 125:14
159:19 167:19
170:3 172:22
175:7 250:16
253:5,9,11,11
253:12,22,24
254:4,6,9,23,25
255:4 292:18
292:22,25
293:2,6,6,13,17
293:18,18,24
294:1,4,11
295:1,6,14,24
296:6 297:14
298:9,17
301:15,21
302:11 303:11
303:23,24,25
304:4,8 305:24
306:10,13,15
306:17 307:3
307:10,25
308:5,16,20
309:7,9,15,17
309:23 310:5
310:11 312:3
313:16,18
314:8,11
317:14,15,21
318:1,3,6,6,7
318:14 331:15
340:22 341:12
342:10,13
343:12 350:17

351:8,12,15
**books** 25:8,10
25:12 94:17
125:10 293:3
306:19 318:2
342:21,23
**boom** 292:13
**borders** 270:20
**borne** 301:1
**bother** 95:4
108:21
**bottom** 31:10
136:16 162:18
165:3 280:10
314:19 315:2
316:11,11
322:25 354:3
**bought** 248:21
248:22 325:4
**bowyer** 6:7
**box** 9:22 36:13
50:22 51:3
137:18,20
141:2 144:8
146:6 147:24
162:9 175:20
175:20 276:19
277:1 282:17
282:17 283:23
285:2,7,23
286:18 287:18
331:2,7 332:7
335:16,18,19
336:2 339:23
355:25 357:20

**boxes** 36:1,2,5
36:22 65:15
70:4 136:4
139:14 140:19
140:23 141:23
146:3 155:21
157:13,24
158:13,20
162:24 175:14
270:25 275:9
276:13,20,21
282:20,22
287:2,9 297:1
299:21 303:21
335:23 350:12
350:13
**boyer** 356:11
**brainstorm**
130:22
**brainstorming**
112:12 117:14
**brand** 345:4
**brandon** 9:24
344:6,10,24
345:12
**brash** 222:7
**brave** 342:21
**breach** 218:11
**break** 15:7,8
74:11 85:20
148:10 159:2
162:20 235:1
270:17 280:17
348:18

**breaking** 64:24
298:21
**breaks** 182:6
**breathing**
309:6
**brian** 6:20
120:22
**bridge** 98:7
**brief** 7:10
11:15 28:20
94:8 154:22
192:21 290:11
290:20 296:1
**briefcase** 73:18
74:5,7
**briefly** 17:15
18:14 65:22
**bring** 80:24
**bringing** 41:1
246:18
**brings** 84:17
**brnovich** 121:1
**broad** 154:20
**broader** 132:19
132:24 302:6,8
**broke** 194:8
**brother** 332:4
**brought** 40:1,2
52:6 144:13
231:20 254:12
263:14 328:17
330:4
**bruce** 6:13,24
7:4 8:24 11:17
20:2 57:13

59:11 60:8
82:21 83:2
93:15 110:8
111:25 116:15
117:22 118:18
120:10 127:7,8
127:9 128:14
137:22 140:1,2
140:3 144:12
149:7,24
166:11 184:2
320:16,16,20
320:21 339:13
347:6
**bruce's** 84:15
89:4
**buchalter** 3:19
**buchalter.com**
3:21,22 361:2
**bucket** 88:20
88:24
**budge** 222:13
**budget** 346:19
346:22
**builds** 183:2
**bulk** 124:11
341:10
**bump** 233:22
237:25 238:8
238:10 289:24
290:5,6
**bumps** 155:9
**bunch** 139:23
298:1 309:18

**bureau** 33:1
**burglars** 64:23
**bus** 195:19
  196:4
**business** 170:8
  170:17 229:3
  333:7
**bust** 124:4
**busted** 119:6
  132:7
**busy** 152:19
**buy** 323:14,24
  324:8
**buying** 256:1
  324:11
**buys** 324:12

**c**

**c** 1:10 3:1,19
  4:1 314:22
  315:19
**c&g** 7:19 9:8
**calendar**
  150:24
**call** 7:2 39:15
  64:18 76:23
  83:9 95:3
  117:5 121:8
  130:8 135:24
  141:3 163:11
  185:18 194:18
  218:13 257:6
  260:7 262:19
  262:23 270:19
  285:1 299:18
  304:1 323:10

323:23 325:14
333:8 336:24
354:9
**called** 2:1 12:2
25:9 37:1,2
47:2 51:24
63:24 68:5
75:6 86:14
88:16 93:2
119:2 146:17
205:17 212:17
221:2 228:20
275:20 293:6
314:22 342:21
**calling** 337:25
**camera** 66:3,3
114:14 129:24
**campaign** 22:2
22:4 197:19
199:18,21
200:3,7,10
201:1 210:25
**cancel** 82:3
**candidate**
314:24 315:8
315:10,13
**candidates**
215:9
**capable** 43:15
49:7
**capacity** 39:25
43:14,15
**capital** 38:12
314:4

**caption** 296:23
297:13,17
301:4 303:18
**captions**
301:16
**capture** 115:11
**cared** 208:9
**career** 76:24
198:22
**careful** 191:1
307:17 333:4
339:15
**carlson** 219:5
219:17 220:2
222:18,22
224:24 226:20
228:17 229:25
**carolina** 82:8
131:22 132:8
132:16 299:16
**carried** 134:20
268:1 299:17
**carries** 13:13
**carry** 43:16
130:23
**carrying** 335:6
**cart** 52:4
**case** 1:4 12:25
46:11 47:7
69:25 82:8,12
88:11 90:17
94:23 102:25
103:23 110:6
131:13,16,22
131:24 132:13

138:16 144:16
145:17 146:11
146:12 148:5
157:3 196:21
199:5,6 200:4
200:6 203:20
233:9 234:24
240:20,24
241:5,6,8,12,18
242:6,12,19
246:19 259:25
263:14,21
264:2,17,23
265:10 266:1
266:23 269:5
269:12 270:21
280:6 318:11
332:1,2 335:16
336:11
**cases** 37:19
48:4,6 102:10
107:19 140:25
144:7 233:8,20
240:16,18
243:4 244:16
244:21 245:13
245:14 257:11
303:8 323:9,13
332:25 337:20
**cash** 174:9,11
**cast** 356:1
357:21
**casual** 62:2
**cat** 190:6

**[catch - changes]**

Page 13

catch  305:14
category
  101:12 160:23
  167:3 240:10
  255:8
catherine  3:12
  6:13,17,21,24
  7:2,6,10,14
  8:21 9:6,15
  11:13 19:1
  22:23,24 33:25
  34:1,9 35:18
  40:24 41:3
  42:5 55:19
  62:12,13,17
  77:8 82:16
  83:1 91:24
  93:2,4,20 95:6
  96:18,21 97:4
  97:19 99:25
  105:15 115:7
  115:10 118:25
  119:12 121:15
  123:7 128:11
  128:11 130:15
  131:17 132:12
  133:2,17,24
  134:1,5 135:4
  136:21 137:7
  137:24 138:2
  138:13 139:25
  140:8,17
  141:13 142:8
  150:3 151:2
  160:15 164:14

168:18 171:17
176:16 177:5
178:2 179:11
179:23 197:25
200:12 201:17
215:5 216:21
217:21 220:6,9
222:21 223:12
224:2,7 226:19
227:6 228:5
238:6 239:22
243:22 244:21
248:20 256:11
279:18 283:11
293:21 307:15
307:21 310:14
310:14 312:22
326:14 328:16
329:4 330:3,14
336:14 337:14
338:1 354:19
354:21
catherine's
  224:7 312:16
caught  208:9
  223:14 305:11
cause  16:19
  199:8 325:21
  360:15
caused  187:23
  190:1 191:11
causes  220:22
caution  189:14
  337:16

cautious
  188:15 319:5
cautiously
  151:21 205:8
caveat  287:17
cds  85:1
celebrity
  181:15
cell  32:3,3,11
  35:25 37:5
  59:8 63:16,19
  65:23,25 66:12
  66:23 67:7,21
  130:17 142:15
  142:16,23
  143:20 146:19
  176:15,17
  246:7 247:16
  279:21,25
  334:14 335:3
  349:14
center  38:12
  198:14 299:12
  314:4
centerfold  9:12
  296:6,13
  331:15
central  244:8,8
ceo  194:15
  312:24
ceos  77:13
certain  15:13
  16:23 36:17
  59:14 65:20
  101:24 105:9

107:6,7 117:9
117:19 183:2
200:11 210:12
277:6 313:11
322:9 323:12
333:1
certainly  32:5
  85:7 122:3,8
  225:1 280:1
certainty
  339:12
certification
  5:5 360:3
certified  2:4
  4:7 360:5
certify  360:6,10
cetera  55:8
  70:4 204:4
  210:13
cgdd  6:10
chain  6:4,6,16
  9:14 155:8
  270:3 353:11
chairs  184:24
challenge
  126:14,18
chance  120:22
  225:21 282:6
change  362:4,7
  362:10,13,16
  362:19
changed  30:15
  91:23
changes  361:10
  363:6

changing
  100:13
channels  179:9
chapter  9:17
  172:23 313:18
character
  47:10
characterizati...
  284:16
characterized
  268:12
characters
  116:13 120:5
charities  315:5
charlie  6:4
  201:16 203:19
  203:25 204:16
  204:19,21
  205:12,19
  206:7,20
  208:13 212:3
  212:23 216:6
  216:12,19
  217:12 218:14
  219:4 223:19
  353:18 356:11
  356:13,15
charlie's
  356:18,18
chat  7:13,16
  9:5,23 100:12
  236:1 344:5
chats  9:19
check  100:15
  145:23 252:18

295:15
checkers
  234:21
cherie  9:15
  282:3,4
chest  218:1
children  343:5
children's
  342:12,23
  343:12
choice  77:24
chose  70:13
  215:10
chris  230:23
  312:8,20
christopher  7:9
  9:15 281:19
cinematic
  156:6
cinematograp...
  60:23 353:13
circle  192:1
circumstances
  145:1 177:18
  262:10 269:14
cite  293:15
cited  308:2
  309:23 310:21
cities  120:6
citing  308:4
civil  2:12 291:9
claim  79:17
  219:6,11
  231:20 308:1

clap  269:17
clarification
  141:5 147:11
  232:2 274:23
clarify  15:3
  241:13 332:10
clarifying
  240:8
clarity  138:10
clash  232:13
classes  77:2
clause  90:3
clean  182:4
clear  31:11,14
  31:19,22 32:1
  41:23 64:4
  107:12 139:24
  151:9 161:18
  164:19 194:22
  248:10 251:18
  251:25 255:17
  257:12 262:23
  266:12 276:8
  283:10 303:24
  326:14 349:14
  354:2
cleared  259:13
  304:17
clearly  147:24
  151:21 216:17
  224:10 242:21
  257:19 262:7
  265:8 284:1
  287:4 302:10
  302:15 310:18

335:17
cleta  133:22
click  167:13
client  125:24
  126:2
climactic  183:2
clip  215:1,4,12
  215:18 356:4
clips  6:4,7 91:4
  91:7 162:20
  214:21,23
  215:18,22
  216:23 353:20
  354:9,14
  356:22 357:13
  357:16 358:3,8
  358:15
close  170:8,17
  217:25
closed  269:17
closely  144:6
  148:2 157:7
  335:20 339:17
closer  122:13
  253:19
closest  261:10
  265:12
clothing  141:2
clr  2:4 4:9
  360:5,20
club  84:22,23
  328:4,11
coincidence
  84:17

collaboration 107:2

collaboratively 112:25 122:12

colleagues 348:18

collect 58:21,25 59:16 250:22

collected 60:20 72:16

collection 59:5 59:14 285:9

collective 155:18

colloquial 241:23 332:19

colloquially 37:2 141:3

colloquy 289:22

color 98:4 210:12

coloration 351:11

colored 105:17

combination 37:3

combine 48:3

come 54:2 57:25 62:6 70:9 80:7 99:5 135:16 142:5 153:14 178:14 183:24 198:18 224:24 225:1,2

227:11 257:10 269:7 292:24 293:1 296:13 306:5 309:12 309:13 325:16 326:9 327:1 341:11 342:5 342:18

comer 84:12

comes 85:11 150:5 152:4 226:6 253:4

comfortable 175:6

comical 270:20

coming 119:16 206:17 221:16 263:22 283:10 317:22 322:8 330:13 346:21

commenced 10:1 148:3 352:14 358:22

comment 134:14 285:19

commentaries 228:6

commentary 180:15 234:5 234:14,19 238:18

commentators 232:20 233:1

commented 137:1

commenting 137:4 228:23 229:6 265:10

comments 180:11,17,21 228:7 233:9

commission 38:4 42:16 133:6 263:22

commitments 347:25

committed 142:11 143:15 143:17

committee 103:6 299:10

common 326:4

commonly 111:25

communicating 96:5

communication 139:25 149:23 190:21 196:23

communicati... 32:24 33:14,17 33:21 115:19 125:25 197:6 225:3 278:19 338:8

company 25:5 25:9 95:1 188:1 344:24 345:15

compare 333:14

compared 284:11

comparing 340:13

comparison 338:15

compensation 89:9

competence 40:10 81:9

competent 41:8 42:18 44:15 82:16 319:1

complaint 7:23 7:23 25:25 26:1,19 32:25 33:9 258:23 259:5 261:19 261:25 262:10 262:11 263:2 274:13 288:10 288:16

complaints 66:21 271:11 271:25 272:7 288:13

complete 7:3 52:24 205:18 254:7 363:8

completed 253:11 361:16

completely 65:18 69:11

**[completely - conservative]** Page 16

75:2 96:22
131:16 140:7
187:21 190:14
218:5 225:6
228:1 263:24
305:18,20
317:16 318:5
343:8 348:4
351:14
**complex** 72:18
81:14 88:1
90:20 277:5
**complexion**
308:13
**component**
138:11
**composing**
342:23
**comprehensive**
57:4 177:8
308:1 347:9
**computer**
45:17 48:15
63:14 67:24
71:19 72:4,9
**computers** 59:9
73:19
**computing**
49:2
**concealed**
102:21
**conceive** 245:6
**concentrated**
341:7

**concept** 68:4
86:18
**concepts** 74:18
**concern** 95:18
109:8 117:21
152:25 157:19
157:25 158:3,4
172:2 215:21
225:18 234:8
243:5,23
257:11 277:9
277:16 278:22
278:25
**concerned**
144:24 154:3
209:14 210:16
210:17 216:2
233:17 243:10
243:24 312:11
**concerning**
208:21 234:5
**concerns**
127:13 154:9
233:7 240:5
279:5 306:15
**concessions**
92:2
**concluded**
359:7
**concludes**
359:5
**concluding**
299:11 300:2
300:16

**conclusion**
135:19 176:3
229:16 298:16
301:21
**conclusions**
302:23
**condition** 13:24
189:4 224:14
**conditions**
297:3
**conducted**
37:17 52:9
104:19 335:25
**conducting**
114:9
**conduit** 36:11
107:5 320:16
**confer** 348:18
**confident**
278:20
**confidential**
90:4,10 91:7
91:12,14
119:16,18
187:17 281:7
**confidentiality**
87:22 89:7
119:5 152:7
**confirm** 55:17
145:3 147:1,13
147:14 308:6
**confirmation**
97:11
**confirmed**
273:19

**confirming**
162:16
**confrontation**
129:10
**confrontations**
122:24
**confused**
332:24
**congress** 41:6
**congressional**
132:8
**conjecture**
341:24
**conjunction**
43:5
**connect** 32:6
53:5 81:1,2,3
150:4 174:17
239:14 256:24
**connected**
195:25 349:7
**connection**
13:3 29:20
34:2,4,12
57:10 58:21
103:13 109:13
129:5 147:18
170:3 195:14
214:19 251:5
263:12 264:7
267:17 277:24
278:15
**conservative**
231:14

**conserving**
346:19
**consider** 74:21
78:5 187:1
232:25 233:5
274:17
**considerable**
39:8 50:17
95:6 286:13
**consideration**
126:15 352:3
**considered**
72:20 133:3
134:11 258:23
**consistent**
146:1 162:2
315:17
**consistently**
44:23 168:11
287:17
**consolidate**
308:6
**constant**
122:18
**constantly**
52:23
**constitution**
271:3
**constraints**
221:7
**construct** 117:3
**constructive**
76:15
**consultation**
60:16 138:1

**consulted**
59:10
**consulting**
174:10
**consuming**
153:9 161:7
**contact** 115:22
121:18 122:18
166:17 177:25
178:3,24 184:7
184:10,16,18
184:20 185:6
197:10 252:22
337:14
**contacted** 61:5
196:24 230:24
**contacting**
179:6
**contained**
200:12,13
**contemporary**
342:25
**content** 91:4
113:16,22
115:1 116:2,17
138:13 140:6
149:5 166:14
178:9 194:23
209:10 221:20
226:10,10
228:23 229:11
**contents** 83:5
**context** 36:15
62:3 98:11
100:11 114:19

133:23 138:3
139:21 140:7
150:23 161:17
187:7 189:15
219:15 236:12
260:9 261:7,24
286:14 299:4,4
323:22 324:5
324:15 335:22
337:2,25 345:9
**contexts** 157:4
323:22
**continue** 10:7
**continued** 4:1
170:23
**continues**
297:21
**continuing**
105:14 122:15
**contract** 93:16
102:1 323:12
**contracted**
24:24
**contractors**
21:21 93:14
**contracts** 86:8
323:8
**contributed**
53:9 105:10
**contributing**
187:14
**control** 99:18
112:20 149:16
196:14 216:3
228:12 269:24

289:13 311:9
343:25
**controlled**
318:5
**controversial**
76:17 188:8
**controversy**
52:14
**convene** 54:1
**converged**
301:2
**convers** 179:18
**conversation**
7:11 20:17
42:3 63:11
64:10 71:16
72:5 81:20
102:20 103:17
114:10 146:13
147:22 151:19
186:5 193:8
194:10,17
198:2 207:3
209:16 220:10
234:23 238:20
256:25 267:12
288:5,6,12
312:5 313:24
314:15 344:5
**conversations**
18:1 65:6 83:2
91:23 97:3
115:2 123:7
126:2 165:23
166:2,13 186:3

[conversations - court]                                              Page 18

186:11 208:24
212:10,20
267:9 289:9
313:6 318:13
318:15 321:10
325:11
**convey** 72:24
83:13 116:2
231:3
**conveyed** 43:22
129:14 172:8
209:15 321:19
**conveying** 97:4
**convict** 246:10
**convicted**
21:23 22:3
**conviction** 22:5
246:15 334:7
**convince**
143:22 329:8
**convinced**
128:7 191:12
336:8 351:5
**cooks** 188:2
**cool** 58:5
**cooperate**
87:10
**cooperating**
197:3
**coordinate**
162:9 327:12
**coordinated**
173:20 244:10
**cop** 103:4

**copied** 112:14
112:17,18
139:3 149:6
160:19 282:2
**copies** 322:15
342:10 361:14
**coppola** 229:2
229:9
**copy** 9:19
73:22 160:5
191:10,15,17
254:6
**copying** 160:15
171:17
**corporate**
11:18 42:8
77:11
**correct** 6:17
16:17 20:10
21:2 22:7
30:12 32:16
45:24 50:5,8
50:22 56:4,7
81:11 86:9
92:11,22 94:20
94:22 100:19
120:2 121:11
126:19 136:23
140:24 157:3
157:16 180:10
186:1 219:21
222:19 230:13
235:11 237:6
264:14 281:25
292:19 307:10

311:18 318:20
341:13 346:2
350:18 363:8
**corrections**
363:6
**correctly** 140:8
273:25 328:14
**corresponding**
176:18 273:5
**corroborate**
43:24 79:11
131:5,8 132:22
**corroborated**
132:11,13
143:21
**corroborating**
67:6
**corroboration**
119:20
**cost** 129:12
**costs** 88:15
102:2
**coulter** 232:8
232:10 233:9
**counsel** 3:2,12
3:17 10:10,21
15:13,14,24
16:3,19 17:14
60:16 288:19
319:1 326:22
327:15 360:11
361:14
**count** 342:8
**counting** 87:18

**country** 248:3
297:4 299:19
360:22
**county** 84:22
161:10 282:18
283:23 284:10
286:18 360:1
**couple** 18:17
53:5 73:13
92:2 105:23
128:20 150:23
179:25 184:21
196:5 198:21
283:24 285:6
306:2 318:9
342:20 352:21
354:13 355:21
355:24 357:20
**course** 52:12,13
63:18,18 78:24
81:19 88:23
98:8 113:10
117:8 124:11
198:24 200:9
208:15 223:4
247:14 253:9
253:13 263:9
283:11 291:5
293:21 298:2
303:23 333:6
341:22
**courses** 77:2
**court** 1:1 10:13
14:10,14,20

cover 6:3,6,9
  6:12,16,20 7:1
  7:6,9,18 8:21
  8:24 9:8,14
  102:16 202:6
  202:14 252:5
  282:10
coverage
  233:15 234:4,8
covered 291:3
covid 19:21
  135:17 136:3
  141:22
crazy 135:9
create 21:9
  98:6 105:8
  248:14 309:10
created 47:7
creates 37:4
  83:22 350:10
creative 83:21
  245:1
creativity
  245:9
credibility
  41:17 78:15
  82:15 119:19
  134:3 137:7
  245:23
credible 69:4
  133:3 135:11
credit 106:18
  109:6,9 188:11
  293:14

creditable
  135:14
credited 87:13
credits 34:10
  34:14
crew 122:5,25
  130:1
crime 21:24
  297:5,11
  298:18,20
  301:6,10
criminal 37:19
criteria 36:18
  36:20,21 63:23
  164:24 165:1
  189:12 272:17
  277:18 287:5,6
  304:21
criterion 37:4
  157:17 169:15
  287:18
critical 76:13
  85:2 89:8,9
  245:2 251:23
  299:5 300:21
critically 78:25
  115:16
criticism
  188:13
criticized 232:8
  232:17
criticizing
  232:16
critics 145:8
  233:6

critique 83:15
  145:12 154:18
critiques
  105:25 155:18
  234:15
cross 32:25
  33:3,9,12,14,17
  33:22 34:2,10
  268:5 279:23
crouched
  195:11
crowd 163:12
crr 2:4 4:9
  360:5,20
crude 68:14
crudity 68:17
cryptic 240:7
cs 361:15
csr 2:3 4:9
  360:4,20
culled 91:8
  310:20
cultural 181:15
cumbersome
  279:17
curious 168:18
  333:2
current 10:4
  28:22 29:1
  85:23 86:3
  159:5,10 235:3
  235:7 280:20
  280:24 348:21
  348:25 359:4

currently 54:17
  161:5
cursory 44:2
custom 213:23
customarily
  306:20
customary
  125:12 293:3
  348:15
customer 58:11
cut 153:24,25
  155:13 182:22
  182:23 183:15
  185:15,24
  209:10 210:12
  217:6 221:17
  222:3 225:3
  321:6 354:14
  354:16
cutting 245:14
cv 1:5

**d**

d 1:10 141:7
d'souza 3:17,18
  5:2 7:21,21 8:6
  8:9,12,18
  10:10,12 11:7
  11:7,10,10,19
  12:1,6,14
  17:23 19:23,25
  21:6,12,18
  24:12 25:23,23
  26:9 27:25
  28:5,10 29:11
  30:20,21 33:18

35:16 37:16,20
53:17 54:25
60:10,18 62:22
84:10,13 89:25
95:1 112:21
115:22 128:8
185:14,23
191:19 192:11
192:25 221:12
236:2,6 281:6
316:15 323:4,6
323:19 327:16
342:14 344:6
347:2,4 352:17
361:4,5 362:1
362:2,24 363:1
363:2,4,12
**d'souza's**  8:1,4
8:15 27:17,20
29:6 31:3
196:4
**d.c.**  38:13 314:5
**daily**  188:22
**danielle**  60:10
60:19
**danuta**  3:3
10:25
**danuta.egle**  3:7
**dark**  156:21
**data**  31:15
32:13 35:17
49:5,6 59:17
60:14 61:8
67:16,17,17
130:17 131:4

145:4 146:9,18
147:2 161:8
248:11,21,22
249:2,8,8
251:1 301:2
334:4,25 335:3
349:7
**database**
312:16
**date**  10:5
100:15 114:7
139:18 164:3
204:24 205:1
216:1 253:15
270:9 318:3,10
320:22,25
360:20 362:24
363:12
**dated**  6:4,7,10
6:13,16,20,23
7:1,6,9,13,16
7:18 8:21,24
9:4,5,8,14,23
161:18 236:3
**dates**  16:24
204:18 249:6
252:17
**daughter**  60:9
60:18 193:4,9
193:23 195:20
195:22,23
196:4
**daughter's**
344:11

**david**  32:25
33:3,8,12
155:11 197:19
**davids**  7:4
**davis**  34:2,10
**day**  2:10 14:8
147:24 160:2
162:8 190:17
194:8 249:9
257:12 360:18
363:15
**days**  66:15
190:20,21
207:21,24
208:1 263:17
283:19 289:7
309:17,23
318:8 361:16
**dd**  9:2,22
196:14 338:11
**ddd**  196:14
**ddr**  6:5,8,11
7:14,17,20 9:4
9:6,9,11,24
228:12 269:24
269:25 289:13
**de**  92:6 266:6
**dead**  200:18
**deadlines**  309:9
**deal**  74:24
77:14 93:14
179:15 208:19
293:2 325:16
**dealing**  42:17
192:4 317:12

333:5 336:16
**dealings**  53:21
122:14
**deals**  110:9
**dealt**  185:1
**debate**  76:16
147:5 187:16
234:17 335:22
335:25 336:17
**debbie**  6:13 7:2
7:6 8:24 9:6
18:19 22:25
59:7 60:7
62:11,13,15
71:16 83:1,7
84:11 85:13
108:5,7,22
115:3 127:10
128:14 144:14
160:15 171:17
197:8,25 207:5
220:4 224:21
281:6 328:15
330:18
**debbie's**  105:14
**debose**  316:9
**debunk**  252:1
291:10
**decade**  13:1
19:14 84:1
152:12
**decades**  42:21
**december**
202:10,21,22
237:21 289:18

**[decent - described]** Page 21

decent 53:24
decided 124:22
  307:2 346:24
  351:7
deciding 291:4
deciphering
  351:10
decision 76:20
  127:14 169:25
  171:3 182:22
  183:5 190:9
  195:13 226:22
  306:9 313:16
decisions 72:14
  72:14
declaration 9:1
  196:21 197:14
declare 363:4
declined
  118:12 120:1
  230:14,25
deemed 363:6
deeply 208:21
defamation
  231:20
defamatory
  6:17
defend 326:4
defendant 8:1,6
  8:9,12,18
  11:13 27:17,25
  28:10 29:11
  353:3
defendant's
  7:21 25:23

defendants 1:6
  3:12,17 11:8
  11:11 37:16,20
  241:11 353:4
  355:12,14
  357:11 358:16
defense 329:7
defenses 7:22
  25:24
defer 275:15
define 164:23
definitely
  136:15 245:10
definitive 76:10
definitively
  191:20 211:2
deflates 182:11
  183:3
degree 29:25
  30:2 84:14
  95:9 108:14
  109:4 131:6
  135:2 152:8
  233:16
delegate 295:21
delete 320:4,5
deliberately
  252:7
deliver 37:7
  95:19 124:10
  175:25,25
delivered
  102:11 165:19
  176:1 343:8

delivering
  152:5
delivers 323:10
delivery 36:9
  36:10 165:17
  175:23
delta 44:10
deluge 203:7
demand 6:17
  33:9
democratic
  297:6,12
  298:19,22
  299:23 300:19
  301:7,9
democrats
  308:11
denier 195:9
denote 5:13
departure
  304:6
dependent
  118:2
depending
  333:23
depict 36:4
  72:15
depicted
  126:21
depicting 47:1
  48:12 67:13
  258:11
depiction 47:4
  47:5 67:20
  69:8

depictions
  67:23
depo 10:9
  359:5
deponent
  361:13 363:3
deposed 12:19
  12:25 13:2
  17:23 330:25
deposing
  361:13
deposit 144:8
  287:22
deposited
  283:25 285:8
depositing
  36:11
deposition 1:11
  2:13 10:16
  15:13,21 18:1
  18:9,24 20:10
  34:15,19 49:19
  166:20 235:23
  281:12 296:3
depth 82:8
  114:9 274:5
describe 49:4
  68:3 112:11
  148:24
described
  67:15 130:12
  131:11,20
  132:18 135:4
  151:23 182:15
  216:23 222:5

264:13 276:2
277:18 355:23
**describes**
161:23 315:25
**describing**
134:8 188:6
260:10
**description**   6:2
32:1 216:15,16
273:22 354:2
**descriptions**
50:14
**designation**
201:21 215:16
353:19
**designer**   57:9
**desire**   197:18
219:9
**desperate**
291:10
**destructive**
217:24
**detail**   17:2
288:16 305:5
**detailed**   43:25
161:9
**details**   50:1
110:16 242:11
**detective**   103:4
**determine**
162:21
**determined**
199:9
**detroit**   299:22

**develop**   39:14
329:24
**developed**
111:17 120:10
**developing**
68:6
**development**
134:7
**device**   67:21
**devices**   73:19
282:21
**devil's**   129:18
**devoted**   97:7
**dhillon**   38:6,16
348:8
**diagram**
249:10
**diagrams**
248:14
**diego**   13:1
**difference**
124:2,13,16
210:10
**different**   41:1
69:11,16 83:9
94:25 108:25
109:16 133:15
134:19 141:1,2
142:10 147:24
147:24,25
167:19 188:2
190:14 216:17
217:2,9 219:1
219:2 225:6
228:1 235:20

236:19 244:12
246:16 260:18
260:21 277:22
277:22 287:14
293:18 294:11
297:21 304:2
305:18 335:6
335:15 349:25
351:14,15
**differently**
243:1
**difficult**   65:6
72:20 90:14
95:24 141:15
153:1 212:7
253:20 309:10
**difficulties**   57:3
**difficulty**
324:21
**dig**   249:22,24
**digested**   274:5
**digital**   60:25
323:23
**digitally**   165:18
**dinesh**   1:6,12
2:1 3:17 5:2
6:4,7,10,10 7:7
7:13,19,19,21
8:1,4,15,24 9:6
9:8,8,10,20,24
10:10,12 11:7
11:10 12:1,14
25:23 27:17,20
29:6 30:20,20
31:3 93:18

97:13 136:14
156:8,8,11,12
174:14 188:21
196:3 218:23
222:9 268:16
268:19,21,21
268:23 312:2
361:4,5 362:1
362:2,24 363:1
363:2,4,12
**dinesh's**   9:3
219:7
**dinner**   194:9
**diplomatically**
151:18
**direct**   45:9
149:3 165:22
166:1 179:5,12
186:3 233:19
314:22
**direction**   103:9
301:3
**directly**   185:25
231:3 252:22
301:18 313:6
315:6 322:21
339:25 340:9
**disagreed**
105:22
**disappeared**
105:16
**disappointing...**
107:12
**disavow**   109:2

**disavowing**
  251:5
**disbelief**
  115:12
**disclose**  177:13
  205:9 338:7
**discloses**
  125:24
**disclosing**
  126:1
**disclosure**
  206:16
**discontent**
  91:25
**discovered**
  148:6
**discovering**
  134:24
**discovery**
  352:10
**discretion**  75:2
**discu**  63:22
**discuss**  26:18
  26:22,25 61:20
  61:21 63:5
  66:10 125:15
  139:15 140:16
  140:18 174:19
  196:24 274:15
  286:17 328:23
  329:17 330:7
  337:8,15,17
**discussed**  18:23
  55:16 65:8,9
  69:2 88:6

131:9 133:1,20
139:16 140:21
185:13 252:21
254:11 260:12
282:16 303:10
320:21 327:3,4
327:4 328:24
328:25 329:2
329:19,20
330:8 355:5
**discussing**
  145:17 149:25
  150:1 215:5
  216:21 263:1
  283:22 285:1
  303:20 305:16
  311:20
**discussion**
  11:15 26:18
  28:20 37:9
  63:20,23 64:1
  70:18 71:24
  72:2 78:12
  100:6,7 127:7
  128:15 130:10
  139:12 142:7
  154:22 169:23
  181:12 182:1
  182:16,19
  192:21 207:11
  215:8 236:18
  243:22 248:18
  258:19 265:20
  265:24 266:2
  271:21 284:2,3

285:12 288:20
288:23 296:1
302:16 303:11
326:8 330:13
**discussions**
  124:19 288:1,8
  317:19
**disguised**  215:2
**dismayed**
  190:13
**dismissed**
  259:25 271:11
  272:1
**dismissive**
  233:10 330:15
**dispels**  271:5
**dispute**  238:19
**disputed**  106:3
**disrupt**  122:21
**dissuaded**
  121:12
**distances**  274:9
**distinction**
  49:17 348:11
  349:19,21
**distinctions**
  286:7
**distinguish**
  213:7
**distinguished**
  79:22
**distributing**
  321:24
**distribution**
  318:6 323:4

**district**  1:1,1
  10:13,14
**diverse**  77:12
  78:22
**division**  1:2
  10:15
**divorce**  13:3
**divorced**
  279:25
**djd**  6:13 7:4
**dnc**  301:25
**doc**  92:1
**document**  5:14
  25:19 51:8
  87:5 89:15,21
  94:5 99:18
  100:10 111:2
  111:11 112:12
  138:21 149:16
  149:20 154:24
  155:5 159:25
  160:11 171:12
  192:14 196:13
  196:18 228:12
  237:7 269:23
  270:12,16
  281:11,17
  289:12 296:3
  311:9 316:2
  327:20 338:21
  339:12 343:25
  353:8 355:2,4
  355:5,9,13,16
  355:19

**documentaries**
  19:12 183:6,8
**documentary**
  19:6 46:5,7,14
  48:2 68:22
  69:3 81:6
  123:24
**documentation**
  165:9 307:15
**documenting**
  46:8,9
**documents**
  16:9,13,18,22
  27:8 58:21,24
  59:1,5 60:4,21
  73:18,22,24
  311:2 319:12
  320:1,4,6,9
  352:25
**doi**  7:10
**doing**  19:8,14
  19:17 36:16,17
  40:3,6 41:25
  43:12,12 44:19
  47:12,13,18,20
  49:7 52:24
  54:10 62:17
  69:9 79:9
  80:14 97:20
  102:7,8 104:14
  106:20 107:20
  113:1,8,19
  114:6 120:22
  121:12 122:15
  124:14,24

  130:13 136:8
  146:20,22
  152:12,19
  162:5 179:8
  188:20 189:5
  189:11,13
  195:24 198:3
  198:23 224:10
  224:11 226:7
  227:21 228:1
  245:1,8,15
  248:12 261:1,5
  266:10 302:18
  302:22 309:4
  318:16 319:7
  320:10 321:14
  339:10 340:1
  348:10 358:11
**domain**  336:17
**dominion**
  231:15,18,20
**donald**  178:1
  179:6
**donation**  22:4
**donor**  52:14
  215:23 216:1
**donors**  53:13
  101:17
**doppelganger**
  141:4,6,10,18
  144:1 145:20
  146:17 147:21
  332:9,12,15
  334:1

**double**  332:14
  336:25
**doubles**  336:25
**doubt**  81:25
  193:8
**doubtful**  76:5
**doubts**  54:13
**download**
  323:23,25
**downside**
  129:20
**downtown**
  299:21,22
**dozen**  191:24
  310:20
**drabs**  88:2
**draft**  7:10
**drafted**  86:24
**drags**  180:22
**dramatic**  123:1
**draw**  79:11
  83:12 117:7
  133:16
**drawing**  95:5
  95:14 229:16
  302:23
**dreisbach**
  233:24 251:25
  252:8,9
**dreisbach's**
  247:20 251:3
  252:19
**drew**  145:19
**dribs**  88:2

**dripping**  341:8
**drivers**  175:23
**drives**  73:18
**drop**  9:22 36:1
  36:2,5,13,22
  50:22 51:3
  65:15 136:4
  137:18,20
  139:14 140:19
  141:2,23 144:8
  146:3,6 147:23
  155:21 157:12
  157:24 158:13
  158:20 162:9
  162:23 175:14
  270:25 275:9
  276:13,19,20
  276:21 277:1
  282:16,17,19
  282:22 283:23
  285:2,22
  286:18 287:9
  287:18 297:1
  299:21 303:21
  331:2,6 332:6
  335:15,18,19
  335:23 336:2
  339:23 350:12
  350:12 355:25
  357:20
**dropbox**
  353:22 354:24
  356:4
**dropped**  287:9

**dropping**
  270:22 273:14
**drops**  139:7
**drugs**  14:3
**dubose**  3:8,8,10
  11:2,2
**dubosemiller....**
  3:10
**due**  253:18
**duly**  2:5 12:3
  360:8
**dump**  139:22
**dumped**  274:12
**duration**
  323:12
**dvd**  322:11
  323:14 324:25
  325:2,4,4
**dvds**  322:18,18
  322:20 323:13
  325:7,8
**d'souza**  1:6,12
  2:1

**e**

**e**  1:10 3:1,1 4:1
  4:1 141:7,7
  273:19 362:3,3
  362:3
**eager**  145:15
  200:19
**earlier**  25:12
  75:3,8 129:8
  133:10 157:10
  158:17 168:23
  176:14 213:10

  224:4 230:9
  235:11 238:2
  283:8 304:20
  307:5,19
  308:10 325:9
  330:9 331:18
  332:9 334:2
  339:14 341:5
  347:12 355:21
**early**  64:9
  80:24 99:13
  100:18 112:3
  112:12 117:13
  117:18 118:2
  121:2 139:18
  153:23 198:21
  225:9 255:23
  325:19 326:13
**earth**  208:13
**easiest**  319:20
**easily**  75:16
  91:16 309:24
**easy**  86:18
  203:8 210:9
**eavesdropping**
  200:24
**ed**  194:13,14,15
  194:15 312:24
**edge**  173:8,11
  176:8,22
  260:14
**edited**  72:6
  209:3
**editorial**  72:14
  112:20 182:22

**educate**  298:8
**education**
  43:19 298:5
**educational**
  301:20
**eerily**  131:18
**effect**  105:14
  106:3 135:23
  162:24 166:23
  181:22 230:20
  231:5 241:9
  243:14 248:6
  259:21 260:2
  283:9 315:11
  315:13 321:21
  326:8 329:10
  341:9 347:18
  348:14
**effective**  88:5
**effectiveness**
  65:17
**effort**  98:6
  121:17 152:18
  174:23
**efforts**  161:6
  355:7
**egle**  3:3 10:25
  10:25
**eight**  275:9
  276:19,21
  333:17
**either**  16:8 18:4
  43:14 48:20
  59:18 62:19
  67:5 82:3 83:1

  96:21 119:7
  122:19 123:13
  145:15 172:10
  185:16 189:5
  190:22 191:10
  207:5 222:25
  223:12,17,22
  233:19 238:5
  250:25 256:3
  257:6 267:13
  288:18 301:19
  304:24 319:18
  325:22 328:25
  329:6,23 339:1
  347:17,22
**elaborate**  123:1
  244:10
**election**  36:24
  38:4,5,25 41:8
  42:21,22 51:14
  62:7,8,18
  63:20,21 66:16
  75:18 79:21,22
  79:24 81:1,21
  82:1,3,9,11
  116:8 124:2
  132:9,19 133:4
  133:6,7,22
  134:20 135:3
  136:11 137:10
  137:10,11,12
  141:22 173:20
  174:12 195:8,9
  200:21 231:9
  231:22 244:10

258:22 263:22
285:6 294:14
298:21 299:13
304:14
**electioneering**
314:23
**elections** 43:1
63:24 79:17,18
80:19 81:21
315:7,10
**electronic**
59:23,25 60:5
60:25 61:8
190:21
**element** 85:2
**elements** 87:7
**else's** 229:3
**email** 6:3,7,9
6:12,16,20,23
7:1,3,6,9,18
8:21,22,24 9:8
9:14 99:22
100:1,4 139:1
139:5 155:8
171:16,16
172:7 202:14
282:10,11
344:15,16
353:11 356:7
358:5,6
**emailed** 9:10
270:4 289:18
**emailing** 202:6
237:20

**emails** 203:7
353:1
**embrace**
188:11
**emotional** 85:3
**emotionally**
261:15
**emphasize**
132:1 217:11
302:10 338:17
**emphasized**
122:17 153:7
349:13
**emphatic**
112:19 121:16
216:9 315:12
**employed**
21:17 239:5
360:12
**employee**
360:14
**employees**
42:14
**emptying** 285:7
**encountered**
41:4
**encyclopedia**
133:7
**ended** 245:14
334:8
**ends** 174:22
**energy** 182:11
**enforcement**
32:6 39:12,18
43:6 123:22

172:12 244:18
**engelbrecht**
3:12 11:14
17:11 22:23,25
23:6,22 33:25
34:1,9 35:19
40:19,22,25
41:3 52:1
54:11 55:20
56:2 61:18
62:12 77:8
99:25 112:14
113:12 129:15
136:22 139:2
145:3 147:1
165:23 197:17
203:21 211:6
212:20 220:7
222:17 226:19
227:11 230:3
236:1 239:13
265:20 277:10
281:25 288:1,9
288:24 289:9
289:23 293:23
304:22 311:17
313:6,11
325:11,15
326:25 327:25
330:9,24 334:3
337:9 339:21
349:6 350:18
352:19
**engelbrecht's**
166:20 255:9

290:9
**english** 2:3 4:8
360:4,19
**enhance** 79:12
**enormous** 57:3
**enter** 86:20
**entered** 86:8
127:1
**enterprise**
293:19 301:10
348:2
**enterprising**
344:12
**enters** 323:8
**enthusiastic**
233:4
**entire** 141:25
281:4
**entirely** 150:20
150:21 216:17
273:16 277:21
277:22
**entities** 51:12
51:20 231:14
315:19
**entity** 53:3
315:21 323:7
**entrepreneur**
83:20
**entries** 314:18
**enumerated**
36:18
**envisioned**
67:18 101:25

episode  244:14
equation  300:4
equity  88:15
eric  120:23
errata  361:11
  361:13,16
erroneously
  191:7,8
eshelman  52:17
esoterica
  239:22
especially
  144:5 309:9
esq  3:8
essence  162:10
essential  125:3
  326:16
essentially
  36:23 55:12
  75:12 76:18
  91:3 302:23
  342:23
establish  17:6
  154:21 242:18
  276:18
established
  67:7 242:22
  276:8 287:5
establishing
  81:23,24
estimate
  341:15,17,18
  342:4
et  1:6 10:12
  55:8 70:4

204:4 210:13
361:4 362:1
363:1
eu  305:8
evaluation
  83:16
evangelical
  299:8
evans  3:13 5:4
  11:12,12
  155:11 237:15
  352:12,16,18
  353:5 355:15
  358:20 359:2
evening  194:8
event  47:4,5
  54:13 58:1,14
  58:16 62:15
  178:23 214:9
  214:15,20
  215:23 216:1
  219:15 300:10
events  18:22
  58:4 61:14
  62:1 68:8
  102:18 178:8,8
eventually  52:2
  304:10 309:12
everybody  60:6
  88:25 198:16
  219:1 347:9
everyone's
  264:5
evidence  37:11
  131:5 136:21

136:24 139:8
142:22 154:4
173:4 175:7,11
176:5,6 241:16
241:17 270:22
273:13 283:6
297:9,14 301:7
302:4 303:1
340:16,21
evidenced
  91:25
evidently
  155:12 167:1
  204:24 223:22
  224:2 238:6
  239:23 247:1
  259:16 283:24
exact  5:13
  114:16 121:21
  216:5 248:25
  320:25 332:6,6
  353:1 357:25
exactly  17:21
  40:1 42:1
  66:15 92:4
  98:13 101:6
  143:13 149:14
  154:19 163:6
  172:21 207:12
  216:6 249:14
  250:15,21
  259:8 285:18
  321:16 350:7
examination
  5:1,3,4 12:4

352:15
examine  124:9
example  14:16
  48:5 65:24
  68:20 69:18
  71:7,12 79:13
  81:20 131:10
  143:10 158:16
  176:14,15
  233:23 244:13
  255:23 299:25
  324:5
excavate  59:19
  162:4
excavated  91:3
excavating
  134:24
exceeding  22:3
excel  67:18
  68:21 73:14,15
excellent  134:6
except  295:14
  355:22
exchange  203:1
  203:13 233:21
  283:12
exchanges
  197:24 198:1
  204:24 233:23
  277:4
excited  267:2
exclude  351:6
exclusive
  151:25 331:24

**exclusively**
79:9 205:23
**exclusivity**
219:6
**execute** 78:16
**executive** 187:6
222:7
**exhibit** 6:3,6,9
6:12,15,19,23
7:1,5,8,12,15
7:18,21 8:1,3,6
8:9,12,15,18,21
8:23 9:1,3,5,7
9:10,12,14,17
9:19,21,23
25:19,21 26:3
27:15,16,20,23
27:24 28:3,4,8
28:10,13 29:9
29:16 35:3
54:23 89:16,18
94:5,7 95:23
99:17,20 111:3
111:7 128:18
138:22,24
149:16,18
154:25 155:2
160:1,3,8
171:7,9 192:20
196:11,12
202:1,3 228:11
228:13 235:23
235:24 237:8
237:10 269:23
270:1 281:12

281:14 289:12
289:14 296:3,4
311:8,11
313:17,19
316:3,5 319:17
319:20 327:19
327:21 338:12
343:24 344:2
353:3,4 355:13
355:14 357:11
358:16
**exhibiting**
178:9
**exhibits** 5:11
6:1 27:12 29:6
**exist** 153:3
227:8
**existed** 86:15
**existing** 86:19
**expect** 15:20
113:19 158:15
**expectation**
141:15 151:7
260:11,22
**expectations**
106:6 223:11
261:12
**expected**
105:13 152:24
222:23 226:11
**expense** 102:3
102:14
**expenses**
101:13,14,15
101:22 102:16

347:23
**expensive**
153:9
**experience**
105:17 152:1
181:17
**expert** 39:2,4,5
40:22 41:8
78:10 80:17
**expertise** 38:25
41:2,21 83:18
90:22
**experts** 37:20
38:18,21 40:2
40:20 78:6,11
79:11 134:16
**expiration**
360:20
**explain** 145:16
202:13 240:14
349:6
**explained** 76:2
187:9
**explanation**
76:3 140:14
141:17,19
173:15 261:4
**explore** 326:3
**exploring**
80:14
**expressed**
52:21 83:2
197:18
**expression**
332:19

**expressions**
97:4 115:11
**extended**
182:16,19
**extent** 185:22
327:6
**extreme** 227:24
**extremely** 49:3
84:1 85:5
112:3 153:8,9
175:21 222:6
225:9 266:22
**eye** 339:18
**eyelid** 249:18
**eyes** 333:21

**f**

**f** 1:10
**face** 125:2,19
126:6 232:4
260:20
**faces** 122:3
123:10 126:12
128:5 263:10
268:13 269:2
**facilities** 48:21
49:1 50:4
**facility** 49:15
49:24
**facing** 156:13
**fact** 49:9,23
58:6 65:9
70:15 75:5,6
82:9,12 85:3
106:5 119:11
131:18 133:16

133:20 135:15
135:22 144:3
156:18 162:3
168:21 172:7
177:22 194:3
200:2 206:15
207:18,20
210:15 216:4
216:11 223:8
225:7 230:8
231:6,13
234:21 241:11
261:8 262:5
263:13 266:13
268:17 269:4
273:20 275:20
280:7,11
302:22 303:5
305:6 329:2
334:9,21
335:19 349:23
**facto** 92:6
266:6
**factors** 333:18
**facts** 283:6
**factual** 47:4,4,5
**fails** 361:18
**fair** 30:9 56:16
105:6 115:21
118:7 138:12
152:22 253:5
268:13 301:11
**fairly** 36:15
89:3 99:12
106:1 117:18

199:13 216:3
276:18 330:15
**fait** 208:19
**fall** 22:12
**fallen** 300:11
**falls** 109:19
240:9
**false** 125:20
**familiar** 41:9
134:10 136:10
136:11 188:17
213:3 230:10
262:4 273:10
305:16 349:22
**familiarity**
122:14
**familiarized**
103:22
**family** 180:1
270:23 273:20
287:22
**famous** 108:15
**far** 23:7 32:15
98:9 107:2
137:7,9 144:23
148:9 176:23
219:10 220:5
254:23,24
258:20 318:8
**faraway** 156:20
**fargo** 350:5
**fascia** 175:1
**fascinating**
66:13 76:15

**fashion** 219:25
**fate** 200:20
356:25
**fault** 306:24
**favor** 128:4
222:10
**fbi** 123:22
**fear** 102:22
**feared** 231:16
**featured** 45:6
45:12 55:22
240:19 275:25
**features** 88:8
162:22 270:21
277:6
**featuring**
108:20
**february** 17:8
99:2 161:18
**federal** 2:12
38:4 133:6
**fee** 58:12
347:17
**feed** 230:2
**feedback**
155:10 185:14
185:17,18
190:23
**feel** 30:7 105:3
**feeling** 113:2
258:4
**feelings** 18:20
**fellow** 38:2
155:10

**felt** 44:14 53:24
106:17,19
107:20 121:20
169:19 175:5
200:23 224:3
243:11 346:9
**fence** 300:8
**fictional** 342:24
**field** 82:11
**fights** 198:11
**figure** 41:7
193:5 207:15
295:6 327:10
**file** 26:12
**filed** 10:13 24:2
26:8,15 27:1
32:25 33:9
288:7 325:10
**files** 16:16
46:20 49:3
59:9 60:5
244:14 320:12
320:17,18
**filing** 312:13
**film** 19:6 21:9
23:1 24:20,24
24:25 31:11,14
31:18,19 32:1
33:22,24 35:12
36:14 37:9,13
38:15 40:8
41:25 45:7,12
45:15,25 46:2
46:14,15 47:11
47:19 50:21

**[film - find]** Page 30

| | | | |
|---|---|---|---|
| 52:20 53:16,22 | 115:14 116:8 | 209:20 210:9 | **film's** 324:24 |
| 53:23 55:3,14 | 117:11 122:5 | 210:11 216:18 | **filmed** 102:11 |
| 55:23 56:1 | 122:25 123:24 | 218:2,19,23 | **filming** 104:2 |
| 57:11,16,22 | 127:5 129:6 | 220:8,13,18,20 | 111:17 114:6 |
| 58:3 61:15 | 130:1,13 132:2 | 220:23 224:8,8 | 115:25 |
| 64:7 68:10,18 | 134:14 137:14 | 227:19,22 | **filmmaker** |
| 68:22,25 69:3 | 137:21 139:20 | 228:18 230:5 | 64:19 67:4 |
| 69:6 70:6,24 | 145:8,9,12 | 230:14,19 | **filmmaking** |
| 70:25 71:2,15 | 147:5,7 150:6 | 231:1,2,5,8 | 31:13 47:24 |
| 75:11 77:25 | 152:13,14 | 232:6 233:6,15 | 67:4 83:25 |
| 78:1,25 79:1,9 | 153:16,17,22 | 234:1,5,13,16 | 84:6 198:22 |
| 79:10,12 81:6 | 153:24 154:3,5 | 235:13,15 | **films** 21:10 |
| 82:23,25 83:8 | 154:7,11,14 | 236:23 240:19 | 46:5,7 48:2 |
| 85:3,4,17 86:8 | 156:22 167:18 | 241:20,21 | 64:8 75:3 |
| 86:12,16 87:12 | 167:24 170:5 | 242:10 245:11 | 82:22 99:6,13 |
| 87:16,25 88:4 | 173:17 176:6,8 | 248:8,9 261:21 | 106:11,11,12 |
| 88:8,10,13,15 | 176:11,13 | 279:2 284:2,4 | 106:13 109:16 |
| 89:12 90:4 | 178:1,12,20 | 284:25 292:25 | 111:23 154:21 |
| 93:7 95:9 | 179:21,25 | 293:7,9,13,17 | 163:11 181:7 |
| 97:20 99:2,5,6 | 180:2,15 181:2 | 294:1 296:15 | 187:12 207:22 |
| 99:11,15 102:5 | 182:10,12,14 | 296:16,21 | 220:15 234:3 |
| 102:5,6,12,13 | 182:20,22 | 304:4,5 321:2 | 293:4 341:6 |
| 102:15,22 | 183:1,5,9,12,15 | 321:25 322:3,3 | **final** 153:25 |
| 103:14 105:11 | 185:3 186:4,17 | 322:7,8,10,11 | 190:8 241:18 |
| 105:22,24,25 | 187:14,16,19 | 322:12,15,19 | 341:2,3 356:7 |
| 106:3,7,14 | 187:20,21,25 | 322:20 323:5,7 | **finally** 15:12 |
| 107:4,6,16,20 | 193:20 195:4 | 323:11,20 | 57:18 |
| 107:22 108:2 | 195:15,20,25 | 324:10,12,14 | **finance** 22:2,4 |
| 108:18,20,24 | 196:2 197:18 | 324:17,19 | **financial** |
| 109:5,13 | 198:6,13,18 | 333:7 340:23 | 177:10 360:16 |
| 111:20,22 | 199:12 205:14 | 341:13,16 | **find** 28:16 |
| 112:20,21,23 | 205:23 206:6 | 346:1,18 | 59:18 66:19 |
| 113:11,16,18 | 207:21,23,25 | 347:15,20 | 76:14 82:17 |
| 113:21,22,23 | 208:15 209:3 | 351:21,23,23 | 118:13,16 |
| 114:19 115:6 | 209:10,12,19 | 352:5 | 124:5 130:11 |

146:2,4 158:1
158:19 161:9
163:9 247:8
248:14,14
270:16 279:12
302:18,19,19
326:22 327:15
336:25 337:6
337:19
**finding**  135:23
176:21 203:7
317:11 324:21
**findings**  37:21
37:25 78:20
133:2
**fine**  220:14
294:2
**finish**  14:22,23
309:6
**finished**  236:7
308:25
**firm**  42:10 44:9
334:7
**firms**  59:14
**first**  6:14 7:22
8:2,4,7,10,16
8:19 19:13,15
21:9 22:11,22
22:24 23:15
25:25 27:18,22
28:1,6 29:8,12
31:4 33:5 41:4
41:15,23 61:17
62:4 63:4
64:12 75:17

90:3,14 112:1
119:14 120:3
160:23 161:2
161:20 177:25
188:19 213:14
213:16 240:16
247:11 267:16
278:4 279:9
282:11 283:1
284:19 288:12
290:15 305:1,2
306:3 309:11
324:15 335:13
340:23 341:11
353:2
**firsthand**
251:22
**fit**  134:9 195:16
**five**  63:8
116:13 120:4
217:7 260:18
276:13 277:1
287:9 310:1,21
**fixed**  324:9
**flag**  205:7
207:15 258:16
**flesh**  80:25
**flexibility**
98:24
**flim**  322:6
**flom**  3:4
**florida**  51:25
**flouted**  141:21
143:8

**flow**  174:11
**flowing**  97:12
**fly**  44:11
162:24
**focus**  69:5
225:17,17
**focused**  354:25
**fold**  136:7,7
**folders**  140:9
**folks**  79:4
153:15,17
**follow**  54:6
107:10 173:16
174:21 208:24
233:14 234:1
257:7 258:19
260:13 313:4
351:2
**following**  10:1
44:16 47:11
69:13 120:4
130:1 257:12
352:14 358:22
**follows**  12:3
**footage**  48:4
50:21,23 51:2
51:4 55:21
56:1,7,14,20,23
56:25 57:4
61:1 90:5
137:18,21
140:22,25
160:23 162:20
163:3,4,12,13
163:21,24,24

164:2 165:11
200:12,13
212:16 214:8
214:13,19
222:18 224:23
261:20 279:1
284:9 321:6
331:1,6
**forbidden**
315:6
**ford**  174:3,5
**foregoing**
363:5
**foregone**
225:20
**forensic**  46:20
244:13
**forgot**  20:4
**forgotten**  16:21
**form**  59:23,24
59:25 80:13
83:15 112:8
132:18 324:17
**formed**  21:7
86:11
**former**  38:3
134:25 232:10
**formerly**  133:5
**fort**  64:23,24
84:22
**forth**  114:2
230:16 253:22
273:3 289:22
305:4 311:16
314:13 344:6

**forthcoming**
142:5 317:14
**forward** 53:2
184:3
**forwarded**
197:9
**found** 119:23
120:4 162:8
195:10 219:11
231:25 270:24
273:25 279:8
286:23
**foundation**
174:4
**foundation's**
174:6
**four** 9:21 12:22
62:25 215:9
233:18 297:20
310:21
**fourth** 116:7
296:19
**fox** 221:7 223:5
227:18,22,23
228:2,4,7,10
229:13 230:19
**fox's** 228:9
**framing** 304:3
**frank** 57:6
**frankly** 95:17
154:10 254:13
**frankowski** 7:3
60:24 155:23
166:6,8 353:13

**fraud** 62:8
75:18 79:21,22
79:23,23,24
124:2,3,16
133:4,8 134:20
135:3,15,24,25
136:11,18,19
173:20 244:10
276:15 294:14
299:13,17
300:7
**fraudsters**
136:5
**freak** 206:13
**freaked** 189:21
206:9
**fred** 52:17
124:22
**free** 77:19
239:15 348:4
360:24
**freewheeling**
114:9
**frenzy** 233:18
256:23
**frequency**
39:18
**frequently**
152:2
**friction** 105:8
**friday** 170:9,17
**friend** 239:7
**friends** 51:25
54:2 62:11
193:20 194:7

232:13
**friendship**
105:15
**front** 29:15
41:5 69:12
77:19 84:7,9
164:19 278:1
301:14
**frustration**
97:5
**full** 12:13 73:18
150:7 203:23
207:21 261:2
306:18
**fully** 102:14
158:6 166:24
173:12 195:2
294:8
**fun** 343:18
**fund** 175:3
193:20 257:4
**fundamentally**
243:2
**funded** 51:12
51:20 95:16
172:24 173:2
**funder** 78:1
**funding** 38:10
51:15 52:11
187:2 193:16
194:1 206:6
**fundraising**
53:18
**funny** 343:2,3

**further** 170:21
176:24 240:14
254:17 260:16
274:22 298:3
302:14 312:23
312:24 341:9
351:12 352:7
352:11 355:22
358:20 360:10
360:13
**future** 21:10
24:25
**fuzzy** 138:7

**g**

**g** 3:18 141:7,7
185:9 361:1
**g&c** 150:3
**ga** 3:9 7:11
**game** 139:19
**gateway** 211:7
211:23 212:1
**gathering** 61:8
**general** 39:12
39:24 41:9
65:24 87:3,4,6
125:9 133:2
162:19 163:3
163:23 164:2
165:11 181:6
271:12 272:2
295:13 301:15
329:20
**generally** 24:10
30:24 87:23
99:12 106:1

110:9 122:10
124:11 149:5
183:6 207:24
220:16 228:7
318:25 350:13
**generate** 76:15
314:11
**generated**
341:19
**generic** 132:14
297:18 301:17
**generically**
301:13
**genuine** 114:18
**geolocation**
65:3 146:18
147:2
**georgia** 1:1
3:15,20 10:14
33:1,10 56:21
56:24 104:16
104:23 119:3
124:5 158:10
167:10 169:7
171:19 172:9
199:4 200:10
200:11,20
201:3,21,22,23
204:2,9 205:15
205:17 206:21
207:4,6,11,16
208:10 210:1,5
258:22 267:25
271:4 282:18
282:22 287:21

**georgians**
282:14
**geospatial**
161:8,24 163:5
279:3 334:4
**geotrack**
279:13
**geotracked**
166:22 167:2
275:8 280:9
284:10 286:22
287:1,2 334:21
350:3
**geotracking**
31:15 32:2,9
32:13,18 35:25
37:5,18,25
38:19,21,22
39:6,14,20,24
40:5,12 43:21
44:14 63:16,19
66:12,23 67:8
69:20,20 70:7
73:3 78:6
119:13 130:16
134:16 135:2,5
142:17 145:4
146:9 147:14
162:13,15
164:22 241:17
242:17,18,20
244:5,24 245:4
245:19,24,25
246:9 248:7
260:18 279:9

279:20,21
280:1 284:11
334:10,14,25
336:12 349:7
349:23,23
352:1
**getting** 57:4
88:8 106:18
115:20 151:22
153:5 170:21
189:25 207:21
209:14 210:18
251:22 252:13
252:13 276:24
286:14 298:15
299:7 336:10
**ghostwriter**
295:3
**gill** 9:24 60:10
344:6,10
**girl** 71:10
**girlfriend**
232:11
**give** 13:17
15:20 27:12
36:19 50:12
68:7 76:12
98:20 101:19
107:7 111:1
112:7 113:2
151:8,25
165:14 170:2
172:3 178:21
199:18 217:7
234:6,8 266:25

278:11 293:14
295:10 346:10
346:23 353:2
**given** 45:4
103:13 123:8
150:23,24
164:12 174:7
176:16 205:1
206:10 261:12
277:22 303:15
351:19 354:3
360:8 363:9
**gives** 180:14
**giving** 13:25
14:4 18:19
65:24 77:8
89:2 101:21
151:10 152:21
152:23 162:24
**glamorous** 58:4
**glanced** 213:21
**gleaned** 261:23
**gleaning**
155:17
**gloves** 303:8
**go** 6:4 10:8
27:13 28:19
31:2,8 35:3
36:22,25 63:11
66:3,19 73:20
76:6 82:7
88:10 90:19
94:23 96:21
104:2 114:1
118:23 120:11

120:16 124:4
125:10,11
141:18 148:11
149:6 151:16
152:3 173:10
174:25 175:7
176:23,24
177:10 181:10
192:7 204:15
207:23 208:1
214:14 220:6
221:6,7,14,18
222:17,22
241:2 249:8
257:3,18
260:15,24
270:11 275:15
282:21 283:7
285:17 293:3
294:1 306:20
326:20 329:23
334:13,25
336:2,11
345:22 353:20
354:1 358:25
**goal** 77:21
121:24 124:3
**goes** 69:9 80:18
94:18 96:15
118:23 145:21
149:7 162:17
162:17 221:10
260:13 273:24
291:1 357:18

**going** 10:2
12:10 27:8,11
28:15,21,25
29:5 36:1,4
41:19 47:11
54:23,23 70:3
70:22 74:12
82:2 85:20,22
86:2 93:9
97:24 98:15
99:13 100:13
104:22,23,23
107:18 111:1,1
114:6,13
115:10 118:24
120:3 123:5
125:22 129:23
129:25 130:2,3
136:1 139:14
140:14,23
149:15 157:20
157:23,23
158:1,18,19
159:4,9 170:5
171:3 173:8
174:23 175:20
177:7 188:21
189:2,6,11
190:11 202:18
208:1 214:25
217:16 219:14
220:6,7,9
221:24,25
223:25 224:4
224:18,20,22

230:21 234:1
235:2,6 244:11
246:10 252:24
254:15 270:25
272:25 273:6
274:6 280:19
280:23 282:19
287:2,13
299:21 300:14
301:22 313:17
326:12 327:4
327:11 330:22
331:2,6 336:11
338:6 339:22
341:10 348:20
348:24 352:8
353:2 354:19
359:3
**good** 12:6,7
23:19 39:14
62:20 71:12
72:20 84:19
85:11 150:8
181:20 182:9
208:21 217:14
220:21 223:3
238:25 245:4
247:10 248:8
266:25 271:17
272:21 346:10
357:24 359:2
**google** 90:16
**gop** 103:6
**gor** 185:9

**gotcha** 55:9
**gotten** 80:20
161:20 206:21
218:12 288:12
**government**
42:12
**governor**
200:18
**grainy** 138:7
157:5
**granted** 333:20
**graphic** 57:9
**graphics** 57:15
**grasp** 273:8
**grave** 123:25
**great** 67:1
352:12
**greater** 109:9
248:21
**greatly** 310:2
**greenberg** 2:8
3:13 10:17
350:4
**gregg** 3:12 6:16
7:14 9:6,15,19
11:14 19:2
35:19 40:25
41:12 42:5,6
42:19 47:10,12
63:14 69:18
70:25 71:7,15
71:18,19 72:3
72:8 77:7
81:20 82:6,15
82:25 93:2,4

93:20 96:18,21
97:19 102:24
115:7,10
118:25 119:12
121:15 123:7
128:11 130:15
131:17 132:12
133:2,24 134:5
135:1,4 137:7
137:24 138:2
138:14 140:1
140:17 141:13
142:8 145:7,18
146:13 147:22
150:2 151:1
156:2,17
160:15 164:14
168:9,18
176:16 177:6
178:2 179:11
179:24 200:13
201:17 215:5
216:21 217:21
228:5 238:7
241:10 244:21
248:5,12,13,20
248:24 249:15
249:17 250:1,3
250:21 251:12
251:18 266:14
266:25 270:8
274:6,23
276:24 282:3
293:21 305:6
305:10 307:15

307:22 312:16
312:22 326:14
328:15 329:5
330:3,15
336:14 337:14
338:1 347:22
354:19,21
355:23 357:19
**gregg's**  71:22
  91:24 95:6
  97:5 133:17
  134:1
**grievously**
  141:21 143:7
**grip**  247:10
**groans**  180:17
**ground**  14:8
  333:15
**grounds**  151:23
**groundwork**
  21:10
**group**  40:3
  77:11,12 78:22
  108:10 297:19
  299:6
**groups**  79:5
  177:6,7,9,11
**grudgingly**
  158:7
**gtlaw.com**  3:16
**guess**  40:11
  81:9 109:1
  113:24 114:18
  133:14 143:18
  144:25 146:4

151:13 202:14
203:23 211:14
212:8 249:14
252:11 256:10
257:4 301:3
319:20 322:23
324:24
**guessing**
  184:13 199:5
**guest**  24:23
  231:2
**guide**  294:19
**guidelines**
  141:23
**guy**  46:24 66:5
  69:15 81:23
  124:5 130:1
  142:22 143:24
  144:7 145:9
  147:23 180:14
  182:6 185:9
  198:15,15,16
  198:17 218:15
  222:8 225:19
  246:5 255:25
  255:25 262:23
  263:8 264:25
  265:9 267:1
  275:8 332:20
  333:16 334:15
  335:14,17,20
  336:3 356:10
  356:11,13
**guys**  54:5 77:22
  93:7 96:15,23

113:19 184:10
185:11 225:25
226:18 266:15
343:10,11
**gwinnett**
  282:18 283:23
  284:10 285:3,4
  285:5 286:18
  335:19

**h**

**h**  362:3
**haber**  3:2 5:3
  10:23,23 12:5
  12:8 19:11
  20:5,8,12,20,24
  21:2,4 25:22
  26:4,7 27:16
  27:24 28:4,9
  28:14,18 29:4
  29:10,17 55:7
  55:11 56:9
  85:19 86:6
  89:19 94:2,4
  94:10 99:21
  110:22,24
  111:9,10 126:4
  126:11 127:22
  128:3 137:17
  138:25 141:16
  147:12 148:11
  148:14,16,18
  148:19 149:19
  154:23 155:4
  159:1,13 160:4
  160:10 171:11

[haber - helpful]                                                      Page 36

192:23 196:13
201:10 202:4
228:15 232:7
232:24 234:25
235:10,25
237:11,16,18
270:2 280:16
281:8,10,16
283:7 289:16
296:2,5 311:12
313:21 316:7
327:23 338:9
338:14 344:4
348:16 349:3
352:6 358:25
**habit** 337:24
**habitually**
244:18
**half** 22:12
191:24
**halloween**
268:17,22
**hammered**
209:4
**hand** 69:17
77:4 78:17
132:4 200:23
261:16 299:20
355:12
**handbook**
294:18
**handful** 178:19
190:22
**handled** 330:2

**hands** 269:17
317:16
**hang** 355:17
357:2
**hannity** 226:15
**hans** 38:2
133:5,20 134:9
348:6
**happen** 125:13
200:8 208:5,5
216:10 217:17
302:22 305:14
329:11
**happened** 17:8
46:10,18 47:1
66:15,19 82:12
132:16 189:19
204:22 218:13
218:25 219:23
220:1 248:24
266:3 273:23
274:3 309:14
310:23 321:23
346:6
**happening** 46:8
137:6 149:3
208:7
**happens** 66:2
71:2 142:13
184:1 208:4
261:8 265:17
277:4 310:8
354:5
**happily** 109:6

**happy** 96:13
98:19 152:13
178:13 294:7
**hard** 73:22
130:8 153:8
158:19 175:12
229:21 357:6
**harder** 126:17
336:22
**harmeet** 38:6
38:16 82:11
133:21 348:7
**harmonious**
98:6
**harris** 360:1
**harvesters**
118:17
**harvesting**
121:9 297:1
298:12
**hatch** 79:8
**hate** 198:17
**haul** 77:10
**he'll** 291:5
**head** 14:18
38:11 42:13,15
44:8,9 48:25
68:23 71:6
78:13 84:21
85:7 159:17
181:18 229:10
230:24 275:14
305:2,17 314:3
**heads** 206:17
325:25

**health** 42:15
**hear** 20:6
210:23 256:11
321:9
**heard** 23:16,17
23:17 33:12
34:18 41:12
68:4 104:5
106:2 113:24
185:19 189:9
211:1 247:12
250:1,9 251:9
264:18 280:6
280:12 283:9
283:20 289:4
295:16 313:14
313:15 324:19
336:19
**hearing** 269:20
**heather** 103:3,8
103:12 347:12
**heck** 115:12
**hefty** 58:12
**heightened**
345:10
**held** 57:23 58:1
78:7 81:18
**help** 53:9 87:16
140:10 224:8
294:7 295:9
315:7,10
333:18
**helped** 53:17
**helpful** 131:12
165:5 223:6

241:16 245:5,7
246:2 339:6
**helping**  87:16
315:13
**henderson**  7:9
9:15 281:20
311:13 312:8
312:21 313:9
330:10
**hereto**  2:16
363:7
**heroes**  106:7
**hey**  62:16
77:22 83:3
93:6,18 117:16
117:17 162:8
171:3 192:6
196:3 229:17
245:3 278:2
334:13 336:1
345:12
**high**  42:11
129:10
**higher**  341:4
**highlight**
279:11
**highlighted**
271:5
**highlighting**
240:4
**highlights**
239:1
**highly**  90:4,10
91:7 123:3
133:3 135:14

142:21 300:7
**hillary's**  293:8
**hinged**  200:21
**hint**  75:7
**hiring**  295:10
**historically**
46:10
**history**  232:12
294:14
**hit**  128:21
196:2
**hmm**  169:20
181:4
**hog**  151:16
**hokey**  70:17
**hold**  80:16
208:15 217:25
345:19
**holder**  120:23
**home**  23:3
62:23 142:13
142:19 143:4
359:1
**homes**  142:11
142:12,24
143:1,2,3,7
**honest**  108:22
110:7 201:14
223:13 236:17
**honestly**  106:8
198:4 223:15
236:14 242:12
262:1 263:6
285:14 291:23
292:15 336:8

337:11 343:23
345:14
**hope**  243:18
**hoped**  151:5
224:16
**hoping**  116:11
205:23
**horrible**  92:1
227:9 258:11
**horrified**  191:4
**horse**  52:4
**host**  58:10
64:16
**hosts**  71:18,20
115:4,8 345:25
347:2
**hot**  224:9
**hour**  15:7
74:12 213:22
213:24
**hours**  42:2 63:8
162:8
**house**  41:24
46:24 61:19
63:7 287:3
**houses**  37:1,2
70:4 169:3
303:22
**houston**  2:9
10:18 328:4,11
**huh**  46:6 70:8
94:10 96:16
111:24 117:6
173:18 179:4
202:23 205:3

240:21 274:14
274:14 290:1
319:17 353:21
356:2
**human**  42:13
42:15
**humorously**
332:3
**hump**  105:7
**hundred**
247:21 283:24
355:24 357:20
**hundreds**
84:23
**hunker**  74:21
309:5
**hunnewell**
12:16
**hurt**  107:20
**husband**  18:5
344:11
**hyland**  3:18
11:6,6,20 19:9
26:2,6 55:5,9
111:8 125:22
126:8 127:20
127:23 137:15
148:9,13,15
159:3 201:8
232:22 281:2,9
283:5 338:6
358:23 361:1
**hypothesis**
117:5 300:25

**[hypothesizing - included]**                                          Page 38

**hypothesizing**
173:6
**hypothetically**
249:4

**i**

**i.e.** 301:5
**idaho** 246:11
**idea** 58:2 67:2
79:8 80:19
83:15 87:25
112:7 114:1,25
118:5 119:13
129:9,22
140:18 146:18
163:10,18
165:5,18
182:10 193:23
217:18 224:15
226:24 236:15
240:24 244:22
257:21,22
263:19 276:16
280:14 291:23
294:4,20
310:25 311:5
321:22 324:19
345:4 346:17
355:11 357:24
**ideal** 122:7
**ideally** 173:25
183:7
**ideas** 54:3
74:18 75:5
84:5 85:11
88:1,5 113:7

**120:15**
**identical**
132:17 167:21
**identifiable**
31:12 162:22
**identification**
69:25
**identified**
169:2 282:21
325:22
**identify** 17:3
36:1 268:23
**identifying**
350:10,12
**identity** 102:21
278:21
**ideological**
198:8 308:13
351:11
**ideology**
168:10
**ids** 32:3 130:17
176:15,17
247:16 349:23
349:24
**iii** 129:2
**illegal** 131:23
297:4
**illicit** 174:1
**illustrate** 65:22
69:1 285:25
**illustrated**
63:13 297:15
297:15

**illustration**
46:19
**illustrative**
69:21 120:18
**images** 263:23
296:12
**imaginative**
116:20
**immediate**
217:8 285:11
322:7
**immediately**
167:16 218:13
250:24 305:7
318:15
**implications**
37:21 78:20
80:15 81:17,18
132:3 133:17
317:21
**implied** 241:22
241:23
**implies** 292:9
**imply** 152:10
**import** 86:18
**importance**
74:20 123:25
286:13
**important** 64:8
76:12 139:17
185:21 218:20
257:15 282:12
286:17 349:18
**importantly**
91:1

**imposed**
224:14
**impossible**
16:25 46:17
118:20 177:10
246:7 279:16
326:6
**impromptu**
189:1
**impunity**
125:21
**inaccuracies**
27:4
**inaccurate**
48:12
**inadequate**
261:13,16
**incapable**
358:10
**incarnations**
75:8
**incentive**
346:12
**incentivize**
346:22
**incidence** 71:5
**incident** 193:10
**incidents** 123:2
132:23
**include** 169:25
170:5 245:10
**included**
180:16 255:5
285:22 310:10
311:22 312:2

313:3
**including** 82:11
168:24 169:1
245:13 308:15
316:15
**incomplete**
273:22 350:21
**inconclusive**
156:25
**increasingly**
107:1
**incredibly**
161:7
**independent**
25:5 65:19
198:25
**independently**
30:7 156:9
329:15
**index** 5:1
**indicate** 47:17
48:11
**indicated** 47:21
231:24 313:11
339:22
**indication**
30:19 208:6
280:2,4
**indifference**
98:1
**indirectly**
149:1
**individual**
31:11,23 32:12
32:14 95:7,13

124:21 126:18
126:20 282:20
293:20 304:21
**individual's**
293:19
**individuals**
31:12,24 32:7
94:24 95:12
124:4
**inevitably**
105:17
**infer** 206:19
302:25
**inference**
229:19
**inferring** 229:8
**influence** 14:2
**informal** 113:8
114:17
**informally**
114:21
**information**
72:15 74:19
76:13 115:20
116:10 117:8
119:15 172:3
176:20 197:10
197:13,15
199:10,17
200:6 214:3
229:24 242:2
244:5 245:7
250:23 251:22
252:14 283:1,3
298:8 301:20

307:13,18,21
310:24 311:22
312:17 352:1
**informative**
138:6
**informed** 149:2
320:20 333:19
**ingraham**
226:16
**inherently**
72:18,22 88:23
**initial** 73:8,9
83:5 118:5
149:10 154:7
288:11
**initially** 59:6
75:16 78:24
122:3 128:6
133:14 149:7
230:18 245:12
**inner** 192:1
**innocuous**
307:25
**input** 83:10
113:7 180:16
**inquiry** 65:19
66:13
**insert** 254:8
**inserting** 332:7
**inside** 78:25
113:22 115:2
115:14 227:15
228:10
**insisted** 119:4

**insistent** 87:21
131:25
**instruct** 125:23
320:11 338:7
**instructed**
227:12 228:18
230:4
**instructing**
227:18
**instruction**
355:21
**instructions**
57:12
**instructs** 15:15
**insurance**
109:12,14,15
109:17,17,20
109:22 110:2
127:4,4,7
326:19
**integrity** 42:21
62:7,19 137:10
137:11 152:11
195:8
**intellectual**
38:8 84:8
189:22
**intelligence**
42:22 43:5
137:12 245:3
**intelligent**
70:18 77:5
78:3 154:11
246:4

intelligently
  88:6
intend   315:12
intended   69:1
  102:14 112:24
  297:23,24
  301:12
intending
  285:23
intention
  122:21 124:7,8
  187:13
intentionally
  315:9
interact   113:12
interaction
  45:9
interest   53:2
  170:1 199:3
  218:6 263:7
  360:16
interested   53:6
  58:8 83:24
  84:4,5 124:14
  134:13 168:8
interesting
  67:1 75:14
  77:9 83:3,4
  135:14 145:24
  174:20 181:5
  209:7 232:11
  244:20 269:7
  349:18
interests   199:1
  217:24

interfere   315:9
internal   124:19
internalize
  117:2
internally
  129:17
internecine
  198:10
interpret
  304:24
interpreted
  303:10
interrogatories
  8:2,5,7,10,14
  8:16,19 27:19
  27:22 28:2,7
  28:12 29:8,13
  31:5 55:1
interrogatory
  27:9 29:19,23
  31:8 32:23
  35:6 51:9
  55:13
intervene   315:6
intervention
  7:10
interview   37:24
  103:2,7,21
  104:12 112:10
  120:18 164:14
  164:17 201:16
  203:25 204:16
  204:18 211:5
  211:23 212:4,4
  212:13,16

215:1 216:20
217:21 225:24
226:5 229:13
230:7 237:25
238:4,9 250:4
295:18 302:17
314:7,10
354:18 357:15
interviewed
  37:20 38:1
  102:24,24
  111:19 314:6,9
interviews
  38:15 48:3
  102:7 104:19
  226:7 353:18
intrigued   75:20
introduce   29:5
introduced
  101:17
inventor   83:20
investigate
  33:11 244:23
investigating
  43:1 47:9
investigation
  33:1 51:13,20
  52:5 124:15
  130:13 177:16
  260:3,7,24
  261:11 262:19
  262:20 264:12
  265:13,14
  267:25 269:12
  271:5,22

272:16 274:8
300:25 302:14
304:15
investigations
  122:20,22
  168:22
investigative
  172:11
investigator
  259:15 262:3
  265:3 273:11
  273:18,23
investigators
  128:21 129:5
  129:23 130:11
  177:20
investment
  88:18
investor   88:16
  187:19
investors   53:4
  53:5 187:11
involved   42:21
  43:14 49:5
  50:15 54:16
  55:3,13 64:14
  79:16,18 80:4
  80:19 82:20,21
  83:25 89:6
  94:15,24 102:2
  127:6 131:22
  167:5 172:10
  195:20 198:5
  198:10 228:2
  231:15 342:19

344:25
**involvement**
42:25 87:14
95:12 173:20
187:2 231:22
233:19 314:21
**involves**  161:8
**involving**  52:14
131:14 236:1
260:20 269:14
305:8
**ipads**  2:7
**ironically**
131:23
**irregularities**
103:5
**irresponsible**
262:24
**irritated**
108:22
**irritation**
105:11
**irs**  314:20
315:8,11
**isolated**  282:17
**issue**  49:13
127:18 128:1
199:11 227:25
228:3,4 238:18
239:9 240:16
241:6,7 271:21
306:23 311:21
313:7 330:8
332:22

**issues**  41:8
54:11 81:14
194:23 195:8
234:16 240:4
326:5 352:10
**itemized**
160:18
**items**  7:2
214:14 354:23

**j**

**j**  1:12 2:1 5:2
361:5 362:2,24
363:2,4,12
**jackson**  9:1
196:20
**jail**  246:5
**jake**  3:13 11:12
352:18
**jake.evans**  3:16
**james**  256:4
**jane**  4:4
**january**  17:8
139:18 186:14
186:21
**jean**  11:4
**job**  81:8 224:8
258:11 360:25
**john**  257:4
**joint**  199:25
**joke**  254:13
260:3 261:14
**journal**  271:2
**journalistic**
123:23 176:12

**journalists**
176:13
**judge**  13:14
82:2
**judgment**  77:3
78:15 81:13
333:19,20
**jump**  281:3
**jumped**  71:6
**jurisdictions**
248:23
**jury**  13:14
**justice**  246:19
**justin**  222:8

**k**

**kansas**  51:25
**keep**  31:1 98:19
113:22 114:25
189:11 216:3
309:20,21
310:5 345:1
**keeping**  115:5
117:4
**keeps**  110:11
**kemp**  120:22
200:18
**ken**  191:9
**kept**  22:17
118:17 149:2
**key**  87:7 88:7
199:11 220:15
267:4
**kid**  113:24
**killed**  71:10
244:14

**killer**  142:10
**kind**  17:9 19:16
24:19 27:6
43:11,17 44:22
47:12,25 48:1
48:19 49:4
50:14 54:4
59:14 61:2
64:13,23 68:15
75:2 79:20,21
82:2 83:4,13
84:16 85:13
87:19 91:13
98:9 101:10
104:18,24,25
106:15 108:6
109:14 110:11
110:12 111:18
111:21 114:18
117:1,2 120:9
121:22 132:1
154:20 155:8
173:17 175:3
183:7 188:17
192:5 197:2
198:6,12 205:9
206:15 208:2,3
209:11 210:16
212:7 213:23
224:10 232:14
240:9 245:2
250:23 252:5
257:5 260:22
265:12,14
278:17,17

280:10 288:13
294:11 300:3
308:1 310:4
319:4 322:23
325:25 326:15
326:21 329:24
333:10,18
337:22 339:8
341:25 342:21
345:4 358:11
**kinds** 44:5
244:19 277:4
294:15 344:25
**kirk** 6:4 201:16
204:20,21
205:12,19
206:7,20
208:13 209:18
212:4,23 214:9
216:7,12,19
217:12 218:14
219:4 223:19
353:19
**kirk's** 203:19
356:11,13,15
**knew** 17:1 41:6
41:13 42:4
43:23 50:10
56:23,24 57:2
93:8 124:23,23
133:23 137:8,9
138:3 197:2,4
199:6 200:16
201:15 205:16
218:15,16

220:5 246:21
246:23 263:3,9
263:13 277:2
318:17
**know** 15:2,8
30:19 32:15
33:3,4,15 34:5
38:20 44:8
45:19 46:20
48:1 50:13
52:9 53:13,19
53:20 56:22
58:11 59:15
60:1,6,7,12,18
60:22,24 61:6
62:19 64:19,22
65:4,23 66:18
68:13,14,21
69:14 70:2
72:22 74:24
76:25 79:19
80:12 82:1,4
82:10 83:14
88:9 89:11
90:23 93:4,7
93:18 94:19
96:24 97:5,24
100:5,9 103:16
103:25 104:1
104:10 108:20
110:6 113:1
114:5,12
116:25 117:22
120:9,17,18
121:21 124:22

127:8 129:17
135:11 136:7
137:25 138:2,9
143:11 145:25
149:1 150:10
154:16 164:3
165:18,20
166:5,7,12,16
166:17,24
168:14 169:14
170:18,20
171:1,2 172:16
175:22 176:20
180:16,21
183:11 184:11
184:12 188:21
189:8 190:10
190:17,20
191:16 192:2,9
194:2 199:20
200:5,8,23
201:15 202:11
202:15 203:3
203:14 204:11
204:22 205:18
205:21 206:6,8
206:16 207:7
207:22,25
208:11,12,18
208:21 209:11
210:1,3,15
211:3 212:2
215:13,14,15
215:15,15
216:6 217:2,12

217:16 218:18
221:6 224:5,13
224:17 225:10
225:13 226:4
226:20 229:10
230:7,16
231:12,13
234:21 238:3
240:6 241:1
243:17,20
246:24 247:2
247:12,22
249:21 252:12
253:1 254:6,23
256:10,11,12
257:1,6,16
258:1,16 259:8
259:23 260:3
262:7 264:16
264:17,19
265:4 267:20
268:15 269:16
269:19 273:1
274:11 276:24
277:5 278:10
280:7,11
281:19 282:5
283:13 284:23
284:23 285:15
285:16 286:4
286:13 287:14
288:18 290:19
290:22 291:19
292:14 294:3
295:9,15,17

298:11,24
303:9 308:10
308:12 309:21
309:25 311:4
318:10 320:22
321:23 324:1
324:13 327:2,8
329:11 332:15
333:2,19
340:12 342:9
343:23 345:1
345:13 346:14
347:18,21
351:20 352:24
354:2,15 355:6
355:8 357:9
358:2,4,13,17
**knowing** 32:9
32:11 229:23
**knowledge**
30:11,17 38:24
41:2 44:2
51:19 91:22
92:9,10 95:7
101:18 113:3
168:6 191:6
206:23 211:16
211:19 212:6
213:7,10 254:1
254:19 262:12
265:1 345:24
**known** 22:9
108:12 192:13
244:17 331:11

**knows** 85:1
124:23 181:19
204:4 205:7,10
206:3 218:18
239:24 246:4
**knox** 64:23,24
**kohberger**
246:11
**konnech** 267:7
**kuck** 3:2 5:3
10:23,23 12:5
12:8 19:11
20:5,8,12,20,24
21:2,4 25:22
26:4,7 27:16
27:24 28:4,9
28:14,18 29:4
29:10,17 55:7
55:11 56:9
85:19 86:6
89:19 94:2,4
94:10 99:21
110:22,24
111:9,10 126:4
126:11 127:22
128:3 137:17
138:25 141:16
147:12 148:11
148:14,16,18
148:19 149:19
154:23 155:4
159:1,13 160:4
160:10 171:11
192:23 196:13
201:10 202:4

228:15 232:7
232:24 234:25
235:10,25
237:11,16,18
270:2 280:16
281:8,10,16
283:7 289:16
296:2,5 311:12
313:21 316:7
327:23 338:9
338:14 344:4
348:16 349:3
352:6 358:25

**l**

**l** 1:10 141:7
**la** 72:11 299:22
**lab** 48:16
**labeled** 201:20
267:7
**lack** 51:19
154:4
**lacking** 140:7
**ladder** 109:19
**lady** 103:3
**lago** 57:20,23
58:1,10 177:23
178:4,6,18
179:14 180:4
184:20,23,25
195:18
**lamont** 57:6,8
61:3
**large** 42:14
49:3 84:23
89:3,4,4 91:8

188:1 285:7
295:11 346:18
**largely** 68:25
95:13
**larger** 155:13
347:5
**lastly** 203:25
**late** 84:12
153:25
**lately** 212:1
**laughed** 108:8
232:15
**laughing**
180:13
**launch** 193:19
**laura** 226:16
**laura's** 226:15
**law** 2:8 10:17
32:5 39:12,18
43:6 81:1,21
123:22 172:12
244:18 298:6
315:5 344:13
**laws** 63:21
298:21
**lawsuit** 202:25
231:15 288:7
325:10 329:18
329:21,22,23
330:16 337:15
**lawsuits** 231:9
312:13
**lawyer** 38:6
133:22 281:23
317:11 330:17

lawyers  26:12
  26:23,25 77:13
  196:23 197:7
  337:12 338:3,4
laying  112:1
  116:16,16
layman's  39:15
  81:13 333:9
lea  3:2 10:23
  12:8
lea.kuck  3:6
leadership
  177:14
leading  44:24
  66:16 207:24
league  312:2,9
leaked  190:16
  215:24 216:5,6
  219:25
leapfrogging
  242:11
learn  33:5 34:7
  40:5 41:20
  44:25 49:9
  78:2 104:3
  201:11,11
  229:25 247:15
  306:5
learned  33:8
  34:8,23,24
  41:14 42:7
  53:8 62:21
  104:6 131:15
  132:9 198:20
  200:15 210:20

227:2 250:17
  259:23 306:7
learning  64:15
  169:18
leased  48:25
  49:14
leave  20:15
  114:8
leaves  20:18
leaving  54:10
  184:14
led  50:9 61:15
left  88:19
  145:13 150:8
  168:11 248:16
  300:1,17,18,19
  308:7,11
  327:17
legal  30:6 87:7
  90:22 125:6,10
  125:11,15
  241:24 287:22
  290:11,19
  297:2 298:12
  306:20,22
  317:10,10
  318:24 330:1,4
  337:12 361:23
legalese  30:6
legally  91:10
legitimate
  173:10 234:12
  286:19
legitimately
  106:18

lend  245:23
lender  88:17,17
length  183:1,9
lengthy  194:10
lens  251:23
letter  6:17
  316:8,19 317:5
  317:8,9 318:16
  319:12,16
  321:7
letting  206:16
  318:10
level  18:9 42:11
  274:5 335:25
levels  41:1
  128:2
liability  109:21
  127:4
liberties  291:9
library  350:14
license  6:21
  96:14
life  44:5 68:5,8
  76:25 85:8
  94:16 290:13
  294:13 322:4
  324:25 332:23
  356:18
lifting  295:12
light  123:25
liked  154:8
  185:20
likely  119:8
  295:6 325:18
  329:1

limit  22:4 122:9
limited  107:7
  151:14 153:11
  176:11 295:11
  340:10 346:21
  351:7
limp  107:18
line  66:13
  166:25,25
  169:5 170:12
  193:17 206:19
  206:19 242:25
  322:25 362:4,7
  362:10,13,16
  362:19
lines  65:19
  121:13
link  167:9,13
  168:1 169:1,7
  184:2,4 271:1
  271:4 272:4
  355:10
linked  163:4
  191:7 264:3
  279:2
links  311:4
  312:17 353:22
  354:7 355:2,4
  356:5,19
list  7:4,7
  107:14 112:8
  116:14 120:10
  120:11 121:3
  167:4 168:4
  169:10,14

170:8,17,19,21
171:18 176:17
177:9 249:11
255:9 308:2
310:12 313:12
344:16 347:9
350:17,21,22
**listed** 306:16
350:24
**listen** 53:4 54:1
97:23 151:20
330:19
**listening** 20:16
20:22 78:12
**listing** 312:15
312:18
**lists** 55:2,18
170:23 171:21
171:24
**literally** 289:6
**litigation** 24:2
24:5 26:9
29:20 33:8
58:22 147:19
147:23 148:3,7
228:2 231:16
231:19,19
280:14 325:17
336:21 337:2
337:25
**litigious** 312:10
**little** 18:8 41:13
46:4 47:24
63:17 64:10
65:6 71:10

75:7 94:25
97:9 98:4
107:11,18
129:8 143:5,8
145:13 148:2
167:16 169:5
169:14 175:2
188:3 191:4
195:2,7,10
225:7,10,13
227:21 228:4
239:6 242:10
243:1 252:15
253:20 255:5
261:15 269:13
269:20,21
292:17 298:3,5
336:15,22
341:4 342:14
357:6
**lives** 97:7
**living** 19:4
**llc** 3:8,18 19:23
75:6 86:11,13
86:15,17,19
93:16,16,19,23
93:23
**llc's** 7:22 8:6,12
8:18 25:24
27:25 28:10
29:11
**llp** 2:8 3:4,13
**lo** 300:22
**loaded** 282:14

**loan** 88:19
**local** 360:21
**located** 10:18
**location** 10:16
111:20 143:22
156:3,19 246:6
279:22 332:6
**locations**
143:21 248:25
349:24
**logical** 135:15
135:18 278:14
**logistical** 116:1
**logistics** 113:17
356:17
**long** 15:9 19:7
19:12,17 22:9
38:8 63:3
76:24 108:18
125:19 136:1
162:21 163:10
180:22 182:25
213:22,24
221:4 233:21
266:8 320:7
**longer** 25:16
186:18
**look** 16:9 32:22
32:23 35:5
51:8 52:12
54:22 66:3
87:5 89:15
92:12 94:3
95:22,23 98:20
110:22,25

116:6 117:1,2
132:15 138:20
142:15,16,19
157:6 167:14
168:1,13 170:3
177:11 178:10
181:24 192:24
193:5 229:17
237:7,13
256:19 257:18
269:22 270:7
273:8 274:16
279:22 296:7
296:10,18
299:3 308:18
314:12,18
316:8 333:4,7
333:10,17
335:20 336:12
339:7,17 353:6
357:12
**looked** 17:15
40:24 49:21
111:4 148:1
154:24 160:6
167:24 192:17
192:24 217:9
240:11 241:19
241:20 269:11
273:19 304:20
331:17,18
336:21
**looking** 39:24
90:2 101:13
116:5 120:8,12

129:20 138:5,9
144:4,5,17,20
146:10,14,20
146:22 174:8
204:23 219:2
225:15 229:23
247:22 300:10
303:3 308:13
333:22 335:1
335:14 340:15
340:19,19
349:10 357:2
**looks**   62:16
68:1 99:22
136:12 139:21
193:22 229:7,9
314:13 338:18
338:25 354:8
356:3 357:7
**loop**   198:1
200:24
**loose**   111:21
**loosely**   84:3
128:13 163:11
299:18 315:20
343:13
**lost**   101:8
305:21
**lot**   41:14 42:2
43:23 62:1,2
64:3 65:11,12
73:2 74:6 97:7
99:9 112:4,5
114:11 119:18
135:11 152:17

154:8 180:16
180:17,18
185:1 188:2
221:7,21 223:2
248:22 266:20
278:9 293:14
298:7 350:14
356:17
**lots**   62:9
246:14 260:20
**loud**   121:3
203:4
**louisiana**   2:9
**love**   142:25
**loves**   185:23
**low**   43:7
**lower**   276:12
287:11,12
**ludicrous**   232:4
**lunch**   63:4
148:10 159:2
159:14
**lying**   60:1

| m |
|---|

**machine**   2:6
**machines**   75:22
**mad**   233:18
**made**   24:19
63:12,12 64:4
72:6 76:19
80:23 85:1
92:1 97:13,24
98:10 100:14
101:4 105:24
107:6 108:24

124:16 127:14
138:17 151:9
169:25 171:3
180:11 182:21
190:8 195:13
195:14 198:21
228:8,9 229:13
230:20 231:22
238:25 240:12
243:10 249:18
251:6 254:4
255:4 256:12
266:11,13
267:16 278:5
279:10 285:21
313:15 318:21
326:13 333:21
348:13 363:5
**magnet**   106:16
**magnified**
109:5
**magnify**   157:6
**magnitude**
124:12 135:24
135:25
**mail**   36:1,12
136:4 297:1
**main**   95:18
138:19 185:8
225:18 238:22
324:25
**major**   84:19
**majority**
158:12 187:12
233:3 341:7

**make**   31:18,22
41:17 48:7
54:3 63:10
64:21,25 68:15
68:23 69:24
72:13,17 74:25
75:1,10 78:13
81:6,10 86:12
89:11 93:19
94:17 96:25
99:12 121:17
124:13 126:6
126:17 138:18
140:6,10
153:13 154:10
176:1 188:24
190:10 194:21
202:16 207:23
222:3 240:12
242:23,25
244:16 245:18
255:19 261:4
262:11 266:18
277:23 278:14
286:7 299:2,3
301:17 305:1
326:6 333:15
333:18,23
336:3 345:16
347:24
**maker**   19:6
**makes**   31:11,14
31:25 32:1
40:22 72:25
115:13 161:19

| | | | |
|---|---|---|---|
| 181:19 245:20 268:20 309:3 323:7 348:11 | 71:9,13 111:18 111:18 | 7:18 25:19,21 27:15,23 28:3 | 336:23 338:18 |
| **making** 19:12 51:5 55:14 61:15 74:21 78:15 79:17 86:7 94:12 113:11 123:24 129:5 142:9 147:7 150:12 152:13 155:25 156:17 167:18 172:10 176:13 210:4 236:23 244:13 249:5 302:6,8 334:18 347:23 | **mapped** 290:13 **maps** 67:10,12 67:14,25 68:7 68:10,13,15,17 68:24 69:10,21 70:5,19 71:24 72:8 | 28:8,13 29:9 29:16 89:16,17 94:5,6 99:20 111:2,6 138:21 138:23 149:18 155:1 160:1,2 160:2,7 171:7 171:8 192:19 196:12 201:25 202:2 228:13 235:23,24 237:8,9 270:1 281:6,11,13 289:14 296:4 311:11 313:19 316:3,4 327:21 338:12 344:2 353:2,4 355:14 | **material** 40:7 74:17 90:11,13 102:15 216:4 220:20 333:6 **mathematical** 276:14 **matter** 10:11 12:10 69:23 97:25 109:22 123:25 124:25 143:16 182:25 183:1 223:8 235:20 317:12 **matters** 116:2,3 **maximum** 98:24 101:9 **meagher** 3:3 **mean** 16:4 |
| **man** 33:8 36:9 133:7 265:4 336:7,9 356:16 | **mar** 57:20,23 58:1,10 177:23 178:4,6,18 179:14 180:4 184:20,23,25 195:18 **march** 152:13 153:20 236:3 237:4,5 **marisa** 229:2,9 **mark** 1:3 6:18 | | |
| **manage** 44:6 **manager** 19:24 **managerial** 42:18 **managing** 44:17 **manhattan** 3:5 **manifested** 105:9 **manner** 5:11 72:25 **map** 67:19 68:6 69:12,16 70:21 70:22 71:1,1,4 | 10:11 12:9 94:3 99:17 120:25 149:15 196:11 228:11 282:12 285:15 289:11 296:3 311:8 313:17 327:19 331:12 331:25 332:3,4 332:5 343:24 361:4 362:1 363:1 **marked** 6:3,6,9 6:12,16,20,23 7:1,6,9,13,16 | **marketing** 225:19 **marking** 269:23 **marks** 112:6 **married** 84:11 **mask** 268:17,22 **massive** 73:18 309:21 **match** 65:21 161:9 334:3 **matched** 164:7 293:7,8 **matching** 65:2 66:5 161:25 | 17:17 26:22 30:2,4 36:8 38:20,21 39:4 56:6 73:17,23 74:18 91:6 94:19 101:6 126:20 127:14 144:23 149:6 150:22 152:9 152:10 157:22 163:4 176:9,10 176:23 179:1 186:25 188:5 191:21 197:9 201:14 202:17 209:21 210:8 |

213:22 218:24
230:17 236:22
239:20 240:4
246:3,23
250:10 252:25
253:10 254:14
260:15 264:16
266:7 273:1
288:18 294:12
295:5,9 296:16
298:10,20
301:13,24
304:2 317:6
320:2,5 321:3
323:17 327:3
332:11,18,18
340:7 349:17
356:12
**meaning** 43:12
72:10 91:14
153:18 212:24
257:17 276:5
301:14 325:23
332:12
**meaningful**
91:4
**means** 68:19
150:11 169:21
179:5 204:15
206:1 273:12
298:22 301:25
**meant** 82:23
108:19 240:16
246:17,21,24
246:24 251:12

274:23,25
275:7 332:17
**measure**
332:20
**measures**
333:14
**meat** 273:1
**mechanics**
113:17 114:8
132:15 134:23
**mechanism**
176:4
**media** 3:18
7:22 8:6,12,18
11:7,10,19
19:23,25 21:6
21:12,18 24:12
24:15,18 25:23
26:9 27:25
28:10 29:3,11
30:21 33:18
39:12,13 74:25
76:20 77:14,15
79:3,6 84:13
86:5 89:25
95:1 112:22
159:11 190:7
191:19 192:11
194:6 206:5
212:5 219:6,10
221:8,12,12
225:25 226:18
231:13 233:15
233:19 234:8
235:9 251:23

254:10 256:23
265:17 278:18
280:25 281:23
293:2 305:4
316:15 317:20
318:4 322:17
323:4,6,19
327:16 344:24
347:2,4 349:2
**media's** 8:9
28:5 54:25
106:16
**medias** 359:6
**medium** 46:16
88:5
**meet** 16:3
36:17 52:1
62:2 141:15
179:18 235:12
235:14 272:12
272:17 304:21
**meeting** 16:4
16:16 17:14
23:1,2,10
41:15,22,23
61:19 62:5,23
63:3,7,11
66:18 71:17
73:4,5,8,9
74:14,16 82:25
83:4 140:4
179:2 194:5
236:7,25 237:4
288:25 328:4,7
328:10,23

**meetings** 180:7
**megachurches**
299:9
**member** 38:3
**members** 83:13
84:24 179:25
180:1 270:23
273:20 287:22
**meme** 305:7
**memorializat...**
100:6
**memorized**
114:23
**memory** 13:20
17:1,7 211:22
214:25 215:7
215:12 236:21
248:8 343:17
**menial** 295:21
**mental** 13:24
80:23 240:13
309:11
**mention** 58:6
216:4 227:12
227:18 228:18
230:4 294:20
336:13
**mentioned**
52:15,16 76:4
79:15 83:7
124:1 179:1
223:12 235:16
238:1 257:9
283:8 287:6
307:8 328:9

331:25 339:14
351:9
**mentions** 250:3
**menu** 184:24
**merch** 344:15
344:16
**merchandise**
343:21 344:22
345:1,5,14
**mere** 132:2
**merely** 81:24
227:15 244:16
247:9 248:1
249:3,8 270:22
297:15 312:15
313:15
**merits** 329:18
329:22
**mesmerized**
47:24
**message** 9:5,23
**messages** 7:13
7:16 240:7
**met** 22:11,22
22:24 23:5,12
23:15 50:6
61:18 75:16
104:8,9 133:23
179:20,20
235:16 236:12
277:18 340:10
352:17
**metaphorical**
343:9

**methodology**
35:11,17,23,24
39:2,6,23 78:7
**metro** 282:22
**michael** 106:12
106:12,13,14
**michigan**
104:16,23
171:20
**middle** 239:12
302:12 356:20
**miller** 3:8
316:9
**milling** 163:15
**million** 159:20
162:6 340:24
341:16
**millions** 162:19
**mind** 64:18
67:18 71:6
79:8 80:6
115:6 117:4
121:22 125:8
127:1 221:9
245:9 255:21
268:5 278:14
279:24
**mine** 18:3
84:15 89:4
295:14
**mineola** 360:23
**mini** 63:18
298:5
**miniature**
136:10

**minimize**
188:12
**minimum**
262:24
**minute** 74:11
201:13 257:19
278:3 354:14
**minutes** 20:16
148:12 159:20
162:6,19 183:8
183:9,12
**misleading**
195:2 239:4
243:2
**misquoting**
239:9
**misrepresent...**
231:21
**misrepresented**
107:23
**mission** 120:14
**mississippi**
42:12 48:23
49:10,24
**mistake** 254:15
307:1
**mistaken**
332:24 343:17
**mistakes**
198:21
**mister** 39:22
110:17 194:5
**mitchell** 133:22
**mode** 64:7
65:17 165:16

176:4 337:12
**modest** 92:1
105:25 107:2
343:15 347:17
347:23 348:13
353:11
**modicum**
124:16
**modification**
92:6 96:25
355:20
**modified**
169:15
**modify** 96:14
**mom** 342:21
**moment** 76:4
98:2 182:6
280:17 335:12
**money** 52:2,23
52:23 80:4,7
88:25 90:20
98:14 102:16
173:16,24,25
174:4,6 175:1
175:3 177:12
187:14 324:10
341:10 346:14
346:20,23
351:2
**monitoring**
43:1
**month** 205:24
223:21 266:8
318:2

| | | | |
|---|---|---|---|
| **monthly** | 164:12,18 | 268:5,6,8,9,12 | 103:18 104:12 |
| 324:13 | 168:13 173:7,9 | 269:1,6,8,9 | 116:14 118:21 |
| **months**  44:23 | 182:5,5,7 | 274:3 275:20 | 118:21,23 |
| 92:25 189:9 | 187:2,3,7 | 275:21 276:1,2 | 120:5 126:19 |
| 233:18 305:24 | 193:18 197:1 | 276:9,12 | 131:11,19 |
| **moore**  106:13 | 208:1 214:22 | 277:12,17 | 132:14,19,25 |
| 106:14,14 | 215:5 222:21 | 278:10 282:16 | 140:19 141:1 |
| **moore's**  106:12 | 222:24,24 | 283:13,15,17 | 146:3,4 150:13 |
| **morning**  12:6,7 | 223:7,10,11,17 | 283:18,22 | 156:3,18 |
| 66:1,4 226:7 | 223:22 224:1 | 284:17,21,24 | 157:11 164:3 |
| 261:2 | 225:19,21 | 285:18,19,22 | 164:11,20,22 |
| **motivations** | 226:6,11,12 | 286:3,6,19 | 164:23 165:10 |
| 228:9 | 227:7,12 | 287:6,8 291:5 | 165:12 173:2,5 |
| **motive**  246:14 | 234:10 241:9 | 302:9,11,16 | 175:4,9 212:17 |
| **motto**  198:6,8 | 242:14,15,16 | 303:12,24,25 | 214:8,13 215:2 |
| **mouth**  252:9 | 242:24 243:6 | 304:23 305:8 | 215:6 216:20 |
| **move**  20:19 | 244:7,9,9 | 305:11 308:5 | 216:21 249:10 |
| 241:2 242:8 | 245:17 247:24 | 308:17,22,23 | 255:15 258:6,7 |
| **moved**  124:5 | 248:1,19 250:4 | 309:1,4,5 | 258:8,12 260:4 |
| 271:12 272:1 | 250:5,7,16 | 314:7,9 320:18 | 263:1 264:14 |
| 276:17 309:10 | 251:3 252:1 | 323:23,24 | 268:9 269:5 |
| 349:11 | 253:4,7,12,19 | 324:3 334:9,19 | 270:22 271:13 |
| **movement** | 255:10,14,20 | 334:19,20 | 272:11,16,17 |
| 162:23 | 255:22,23 | 341:21 342:3,6 | 273:13,14 |
| **movie**  44:24 | 256:7,10,23 | 345:16 346:8 | 274:19,25 |
| 51:5 64:21,25 | 257:23 258:6 | 346:11,12,13 | 275:5,20,21 |
| 72:7,14 74:22 | 260:9,9,11,12 | 347:3,10,25 | 276:1,3 277:14 |
| 74:25 75:1,5,8 | 260:13,15 | 348:2,10 351:6 | 277:18 278:21 |
| 97:13 109:15 | 262:3,8,15,21 | 354:11,16 | 278:24 279:4 |
| 118:5,6,9 | 263:3,13,16,20 | **moving**  53:2 | 286:9,21 289:1 |
| 121:17 131:20 | 263:23 264:2,3 | 67:21 159:17 | 297:22 304:7 |
| 131:25 137:1 | 264:5,8,11,13 | 163:9 269:10 | 304:22 330:11 |
| 151:3 155:25 | 264:19,25 | **mule**  8:25 36:9 | 335:23 336:1 |
| 156:14 157:2,7 | 265:9,22 266:9 | 36:10,21,25 | 354:18,20,22 |
| 157:11 159:19 | 266:20 267:14 | 102:20,21,24 | 357:14,15 |

**mules** 6:21 9:13
9:16,17,21
23:24 24:20
25:2 31:20
33:11,22,24
35:12 36:1,4,7
36:14 37:10,12
39:3 51:14
55:21 80:4,20
122:4 123:11
124:21 125:2
126:13,14
157:16 158:19
160:25 162:5
172:24 174:18
175:13 176:18
221:16 226:20
227:4,23
231:25 242:21
248:15 258:12
262:7 263:2,9
263:10 264:20
265:5 266:17
267:3,5 268:4
268:6,7,10,12
268:25 269:2
270:24 271:6
274:1 285:24
286:3,4,6,8,9
286:10,22,25
290:12 292:18
295:24 296:6
296:25 299:6
299:21 300:18
302:18 303:18

303:20 342:13
343:4,13,20
344:16,16
345:3,5,13
**mullins** 103:3
103:12 347:12
**multi** 266:8
**multiple** 6:24
36:12 48:19
70:4 71:2
135:13,13
139:7,14
140:19,23
144:8 145:10
146:3 155:21
158:19 282:14
289:12 293:4
296:25
**murder** 46:21
46:22 71:8
240:16,18
241:5,6,8,10,14
241:15,22
242:11 243:4
243:12,16
244:16 245:24
246:2,8,13,16
257:11
**murders**
142:11 143:11
244:23
**music** 85:2,2
221:23
**mystery** 205:18

**n**

**n** 1:10,10 3:1
4:1 141:7
**name** 10:19
12:8,13 38:11
45:4 93:23
104:1,6 122:4
177:7 187:6,20
187:21,24
189:18 190:2,4
195:3 227:13
229:3 250:9,13
264:24 352:18
356:10
**named** 33:8
38:2,6 103:3
121:17 133:22
155:10 184:22
185:9 222:8
307:10
**names** 168:24
187:13,17
264:19 308:2
308:15 310:10
310:13,15,19
310:20 311:4
349:7 350:17
**naming** 174:18
312:12
**narrative** 88:3
231:25 232:21
233:1 244:8
**narrator**
112:22

**narrow** 106:1
**nathan** 8:24
60:24 137:23
140:1,2,4
149:8,24 150:1
150:3 156:4,16
156:19 165:16
165:19 184:2
217:7 320:17
320:19 347:5
353:12,12
357:18
**national** 108:14
299:8,10
**nature** 17:6
18:19 37:17
38:9 48:2
106:1,10
107:15,17
120:13 137:4
158:20 217:6
334:16
**nda** 199:24
**ne** 3:9,14
**nearly** 132:17
270:24
**necessarily**
5:13 37:8
81:22 301:24
**necessary**
123:18 178:21
326:22 363:6
**need** 15:7 27:14
28:16,16 37:6
64:23 76:10

88:2 89:11
90:22 128:20
165:10,11,12
167:4 169:10
178:11 182:4,9
182:15 237:12
246:13,14,14
249:7,8 260:23
266:19 280:16
319:6 327:5,9
327:9,10 329:2
**needed**  6:24
18:10 52:23
59:12 87:11
115:19 193:21
239:2 248:11
309:6
**needs**  76:1 88:2
182:18 302:12
302:13
**negative**  320:3
**neglected**
306:21
**negotiations**
345:8
**neither**  190:11
360:10
**netflix**  324:6,8
324:11
**network**  206:8
**never**  23:5 45:9
47:21 48:13
50:3,6 52:11
78:13 104:8,9
106:2 107:16

107:21,24
119:21,22
120:4 121:1
124:7 130:19
140:22 153:6
164:1,1 181:1
211:1 216:19
216:20 222:11
223:11 227:6
227:14,14
239:5 254:11
254:12,17
261:8 264:17
283:20 284:13
284:14 294:23
307:8 313:14
334:2 336:19
**nevertheless**
43:8 65:16
95:14 102:23
112:24 189:13
199:7 234:17
256:9 301:19
308:2 339:6
**new**  3:4,5 64:13
64:15 74:17,18
74:18,18 76:12
86:18 183:15
185:15,24
230:1 309:25
351:25 357:8
360:22,23
**news**  155:15
251:8

**newsmax**
230:13,18,24
231:4
**ngos**  37:1 170:6
170:15 171:18
172:4 300:19
306:17 307:10
307:23 308:3
308:14,15
310:11
**nicky**  184:22
**night**  96:13
142:18 226:8
**nine**  333:17
**nod**  14:17
**nodded**  305:16
**nondeposition**
13:7
**nonfilm**  218:20
**nonmule**
255:10,20
257:24 258:8
267:14 275:21
278:8,9
**nonmules**
265:22 277:11
304:23 305:11
**nonprofit**  37:1
38:9 52:22
94:19,23,24
98:16 118:22
173:19 177:7
177:11 306:16
311:21 315:5
350:11

**nonprofits**
79:14,16,18
80:18,18,21
94:16 121:16
122:4,5 167:5
168:7,11,12
169:11 170:1
172:24 174:11
174:18 177:6,9
314:21 349:8
**normal**  58:11
93:15 209:5
**normally**  72:19
102:5 269:16
320:16
**north**  82:8
131:22 132:8
132:16 299:16
**northern**  1:1
10:14
**nos**  99:18
196:14 269:24
289:13
**notable**  102:10
102:18
**notably**  104:15
119:2 133:5
158:10
**notary**  2:14
363:13,19
**note**  5:10 24:4
49:16 80:23
139:17 168:20
181:11 240:13
281:4 282:12

320:8 361:10
**noted** 363:7
**notes** 114:21,22
310:5
**notice** 166:20
212:18 262:25
**noticed** 144:4
144:11,12,13
144:15 213:20
**notified** 178:7
202:25
**noting** 276:11
**notoriously**
312:10
**npr** 233:24
247:21
**nra** 299:25
**nrsc** 290:12,23
**nuance** 242:13
242:25
**number** 26:3
27:10 38:2
55:2 71:14
87:20 104:14
107:13,13
128:2 179:7
190:18 277:6
296:14 300:22
316:12,14
324:20 341:2,3
359:6
**numbers** 32:4
**numero** 84:7,8
**ny** 3:4,5 361:15

**o**

**o** 1:10 185:9
**o'keefe** 256:4
257:25
**oan** 321:2
**oath** 11:23
13:10
**obama** 293:6
**object** 15:13
108:17
**objecting**
255:18
**objection** 19:9
127:20 137:15
201:8 232:22
238:22 258:5
283:5
**objections** 8:2
8:4,7,10,13,16
8:19 27:18,21
28:1,6,11 29:7
29:12 31:4
39:19 154:12
**objective**
298:23,25
333:13
**obscure** 108:11
278:7
**observations**
301:2
**observe** 298:4
**observed** 103:5
**observer**
265:11

**obstacles** 57:3
**obtain** 90:23
**obtainable**
91:17
**obtained** 91:10
159:15
**obtaining** 64:5
**obvious** 99:15
144:20 198:12
257:17 269:15
292:7,8
**obviously**
24:22 46:23,24
52:8 53:1,10
59:10 64:6
66:11 73:1
79:14 89:8
90:23 92:25
97:18 98:3
104:6 121:23
122:21 138:6
144:6,13 148:1
163:14 189:11
200:16 205:4
215:10 216:25
225:5 226:13
234:21 236:22
258:7 262:4,9
263:7 264:18
265:6,25 269:6
269:20 273:5,9
286:12 298:14
308:8 309:5
318:17 326:2
332:12 343:6

351:25 352:2
**occasion** 70:25
108:4 171:1
331:7 340:3
**occasionally**
45:4
**occasions** 65:20
71:3 141:1
293:5 335:15
340:10
**occur** 122:25
**occurred** 18:18
136:20 139:25
257:8 304:16
351:13
**occurring**
167:21 217:19
256:25 299:15
**ocean** 91:2
**october** 1:13
2:10 304:11
316:22 321:3
322:1,2 360:18
361:3
**offer** 202:17
299:1 324:12
**offered** 88:12
88:20 100:20
294:6
**offering** 98:5
227:16
**offers** 155:18
**office** 10:17
47:9 49:9 82:5
179:2 235:19

| | | | |
|---|---|---|---|
| **officer**   360:9 | 58:18 60:3,17 | 214:23 215:21 | 149:13 169:24 |
| **offices**   2:8 | 61:3,7,16,24 | 217:10 219:18 | 196:1 289:23 |
| **official**   318:9 | 62:5 73:6,21 | 220:11 224:11 | 320:1 339:23 |
| **oh**   17:7 26:4 | 74:3 85:18 | 228:21,24 | 345:3 |
| 30:18 54:20 | 90:9 91:16 | 232:19 235:21 | **ones**   28:16 |
| 80:18 82:24 | 92:7,12 94:2 | 236:20 237:3 | 161:15 192:16 |
| 108:1 110:25 | 100:11 103:17 | 238:12 241:4 | 204:10 206:25 |
| 118:18 129:3 | 104:3,8 107:25 | 246:20 250:2 | 215:10 |
| 136:12 168:13 | 107:25 109:12 | 254:20 255:2 | **ongoing**   50:19 |
| 170:13 207:6 | 110:10,17,17 | 256:14 258:18 | 78:17 131:13 |
| 237:11 250:19 | 110:21 112:13 | 259:4 269:18 | 172:13 |
| 251:10 257:18 | 123:6 126:4,11 | 269:19 270:15 | **online**   90:16 |
| 264:24 275:8 | 127:16,22 | 272:10 280:16 | 309:18 |
| 294:2 306:1 | 128:3,17 129:1 | 281:8 282:6 | **open**   72:3 |
| 333:9 336:9 | 129:13 132:20 | 284:6 291:24 | 90:11,12 95:8 |
| **okay**   12:18,24 | 141:16,19 | 292:16 296:9 | **opening**   63:14 |
| 13:6 14:18,19 | 147:10 148:8 | 296:18 302:2 | 169:5 |
| 14:24,25 15:4 | 148:13,14,15 | 304:8 313:20 | **operating** |
| 15:5,11,25 | 148:16,18,23 | 319:24 321:1 | 153:11 164:25 |
| 16:12,15 17:10 | 159:1,3 160:22 | 324:16 331:22 | 319:6 334:17 |
| 17:17 18:12 | 166:12,19 | 338:9,20 340:5 | 337:11 |
| 19:3,11 20:8 | 168:13 176:7 | 342:9 343:11 | **operation** |
| 20:12,20,24 | 177:21 179:10 | 345:25 346:5 | 79:21 119:10 |
| 21:3 22:14 | 179:17 181:2 | 347:11 350:2 | 123:23 124:10 |
| 23:2,9 24:7,11 | 185:12 186:2 | 351:16,19 | 131:11,19 |
| 25:18 26:11 | 188:14 191:17 | 354:25 355:8 | 132:14,19,25 |
| 29:4 30:14,18 | 192:18,23 | 356:12,19 | 134:20,24 |
| 31:1 32:8,17 | 194:12,16,20 | 358:19 | 135:4 136:10 |
| 32:22 33:5,13 | 195:5 196:8 | **old**   263:17 | 137:5 174:1,2 |
| 34:6,13,22 | 197:17 201:5 | 295:10 309:21 | 175:4 244:11 |
| 35:1,15 39:9 | 202:19 204:15 | 310:3 320:6 | 299:13 300:3 |
| 40:14,18 41:20 | 207:9,10 209:1 | 360:22 | 343:15 |
| 48:14 50:3,20 | 210:19 211:10 | **omits**   269:15 | **operations** |
| 52:7 53:14 | 212:3 213:1,5 | **once**   20:18 24:3 | 173:3 |
| 56:17 57:5,14 | 213:18 214:4 | 88:14,18 93:11 | |

operatives
121:9
opining 135:21
135:22
opinion 80:13
188:4
opinions
233:13
opportunity
66:14 78:2
225:20
opposed 14:17
163:24
opposite
121:25
orbit 339:1
order 48:7
246:15 248:11
299:2
organization
122:13 152:11
169:8 188:7
199:1 248:2
249:19 250:22
300:6 312:10
349:16 356:16
356:18
organizational
58:13 80:3
111:22 132:24
organizations
38:10 94:11
121:10 169:1
300:1 306:17
308:7 310:22

312:15,19
349:12 350:24
351:6
organize 80:1
102:6 178:4
300:14
organized
79:20 85:6
102:10 124:9
133:4 196:5
297:5,11
298:18,20
300:6 301:6,10
301:25 302:20
organizer
184:23,25
organizing
79:25 103:20
184:20 300:13
oriented
294:19
original 62:18
66:13 117:4
120:9 214:2
originally 25:5
123:10 182:14
219:19 245:6
307:9
outcome 81:25
outed 190:5
outfit 147:24
outing 278:24
outline 111:23
outlined 2:15

outpost 48:20
outset 187:10
outside 16:16
32:5 39:4,5
40:10 53:12
78:24 87:7
130:15 191:18
191:18 192:10
265:11 296:15
outweighed
129:11
oval 179:2
235:19
overall 131:19
overlap 248:15
249:12
overriding
124:12
overseeing
42:13
overstatement
286:5
overturned
63:25 81:22
82:9
overturning
132:8
overwhelming
233:3
owed 151:8
owing 198:20
own 17:18,19
85:15 109:3
138:17 142:8
151:6,7,7,12

177:3 199:1,2
199:4 216:3
217:24 249:8
319:8 323:14
326:16,22
owner 90:4

**p**

p 3:1,1 4:1,1
88:16 141:7,7
p.m. 2:11 159:7
159:8 235:4,5
280:21,22
348:22,23
352:14 358:22
359:7
pac 201:3
pack 298:7
package 175:24
page 5:2 6:2
31:9,10 35:5,7
51:8 55:5,7,19
57:5 89:21
91:25 92:14
116:7,7 128:18
128:25 129:1
166:24,25
195:4 202:6
289:12 296:19
297:22 303:6
311:9 315:1
316:8 319:23
327:20 331:17
343:25 354:4
362:4,7,10,13
362:16,19

**pages** 7:23 8:8
8:11,14,17,20
9:13,17 303:3
303:7 313:22
319:14,15,19
**paid** 37:7,10,12
58:12 80:5
92:19 93:23
165:2 173:5,21
173:23 175:9
225:12 297:3
298:12,15
302:19 303:4
303:14,16
343:15 346:1,4
346:5 347:10
347:13,14,16
347:20
**painfully** 91:8
**pandemic**
135:17
**panel** 78:6,11
143:23 182:1
**panic** 189:21
**paper** 59:24
60:1 73:24
74:8
**paperwork**
27:7
**paragraph**
35:16 92:13
254:7 282:9
290:17
**parallel** 167:20

**pardon** 22:13
22:15
**pardoned** 22:6
**park** 268:16
**part** 25:13,16
31:13 64:9
65:17 71:22
76:22 77:21
80:11 81:5,21
87:19,24 88:3
98:23 126:15
127:7 147:5,6
150:5 151:16
154:19 173:17
200:25 207:7
207:17 219:10
246:18 247:23
248:18,23
251:20,20
255:4 277:3
286:19 297:24
301:10 308:8
313:3 324:22
326:18 347:4
357:15
**parted** 266:6,6
**partial** 95:12
142:2 350:21
**partially**
173:14
**participants**
96:2
**participate**
87:15

**participated**
119:9 196:6
**participates**
85:14
**participating**
297:11
**participation**
215:3
**particular** 26:3
32:12 52:25,25
67:20 70:12
82:23,24 83:18
91:4 132:13,23
143:19 146:12
204:14 216:23
257:13 294:9
297:18 302:5
314:23 315:7
**particularity**
98:4
**particularly**
69:22 168:8
178:8 333:5
**parties** 10:8
31:15 32:18
86:9 93:16
325:24 360:12
**partisan** 132:2
132:3 298:22
298:25
**partly** 77:22
339:13,15
**partner** 20:1
21:12 57:13
84:13

**partnered**
24:17
**partners** 19:25
21:15
**partnership**
24:20 151:14
**parts** 93:10
277:6
**party** 40:13
61:9,11 75:6
79:4 86:14
198:10 297:6
297:12 298:19
298:22 301:7,9
314:24 315:8
315:13 326:13
**pass** 165:6
292:24 293:1
**passed** 305:18
**passive** 152:4
**past** 46:10,12
289:6 320:7
**pat** 2:2 4:8
360:4,19
**patents** 83:23
**path** 70:13
**patricia** 9:1
**patrolling**
246:12
**pattern** 68:5,7
162:2 290:13
300:16
**patterns**
260:17

| | | | |
|---|---|---|---|
| **paucity** 117:20 | 112:9 114:20 | 316:15 318:22 | 139:8,14 |
| **paxton** 191:9 | 118:11 119:8,9 | 322:6 324:20 | 140:23 144:18 |
| **pay** 80:5 88:15 | 119:22,23 | 332:13,24,25 | 144:21,24 |
| 90:20 97:25 | 130:12 133:3 | 332:25 333:14 | 145:5 146:20 |
| 102:15 324:9 | 133:12,13 | 335:1 340:16 | 155:21 165:17 |
| 329:7 346:9,20 | 134:4,16 | 341:16,20,24 | 246:4 248:18 |
| 348:6,6,7 | 135:11,20 | 342:4,6 346:20 | 263:1 264:11 |
| **paying** 223:16 | 136:10 152:2 | 346:23 347:23 | 265:21 269:14 |
| 256:3 346:23 | 155:13 157:6 | 347:24 348:4,9 | 272:15 274:19 |
| **payment** 53:22 | 157:11,20,23 | 355:24 358:11 | 275:19,25 |
| 100:13 103:13 | 163:9,15 | **percent** 88:13 | 277:14 320:14 |
| 176:4 | 175:18,22,23 | 88:21,23 92:15 | 330:3 335:2 |
| **payments** | 176:20 177:2 | 93:9 96:15 | 340:17 |
| 101:4 105:2 | 178:19 179:15 | 97:25 100:21 | **personal** 51:19 |
| 347:23 348:14 | 181:8,25 | 209:7 247:21 | 54:10 96:23 |
| **payout** 93:9,22 | 184:15,21 | 269:2 295:7 | **personally** |
| 95:19 | 185:19 190:18 | 306:11 342:3 | 98:17,21 |
| **payouts** 93:1 | 190:20,22 | 346:7 | 113:12 134:5 |
| **peachtree** | 191:1,8,11,15 | **perdue** 197:19 | **persons** 51:12 |
| 69:14 | 191:25,25 | 199:21 200:3 | 51:19 |
| **pending** 15:10 | 192:2,4 193:1 | **perfect** 16:25 | **persuade** 77:22 |
| **pennsylvania** | 194:11 196:2 | 183:8 285:4 | 124:19 |
| 7:7 171:20,22 | 207:23 210:4 | **perfectly** 294:2 | **persuaded** |
| **people** 36:16 | 219:3 220:2,23 | **period** 16:5 | 123:5,17 |
| 38:1 44:5,17 | 224:14 227:2 | 19:21 36:23 | 124:20 |
| 44:18 45:18 | 232:25 260:21 | 53:15 76:19 | **persuasion** |
| 46:2 47:11 | 260:25 264:12 | 214:18 | 87:24 |
| 50:10 53:24 | 268:11 269:1 | **periodic** 50:13 | **persuasive** |
| 55:3 59:10 | 283:24 284:18 | 113:15 | 154:11 |
| 60:11,14 62:2 | 284:21 286:5 | **perishable** | **pertain** 70:6,7 |
| 62:9 66:22,24 | 297:10,20,21 | 341:6 | 255:14 301:18 |
| 77:5,11,14,14 | 298:8,25 | **person** 37:6 | **pertained** |
| 78:3,16,22 | 300:13 301:8 | 38:5,7,7 42:18 | 63:15 262:8 |
| 79:5 82:10 | 302:5 303:2,20 | 67:20 70:2,3 | **pertaining** |
| 88:9 89:5 | 313:12,13 | 70:10,23 104:1 | 337:15 |

**pertains** 109:18
**phase** 177:16
  324:25
**phenomenon**
  148:7 260:10
  262:20
**philadelphia**
  299:22
**phillip** 233:22
  237:25 238:8
  238:10 289:24
  290:5
**phillips** 3:12
  9:19 11:14
  17:11 23:9
  24:8 35:19
  40:20,25 41:12
  41:21 55:20
  56:3 61:20
  67:9 70:3 71:7
  73:16 77:7
  104:11 112:14
  113:13 129:14
  136:22 145:3
  147:1 165:24
  168:9 210:24
  211:6,11
  212:21 236:2
  265:21 266:14
  270:8,18 271:9
  271:24 277:13
  282:3,3,4
  288:9 289:23
  304:20 305:10
  311:17 313:7

325:12,15
326:25 327:25
334:3 349:5
352:20
**phoenix** 117:17
**phone** 3:6,10
  3:15,21 11:21
  20:4,17,19
  32:3,3,11
  35:25 37:5
  63:16,19 65:23
  65:25 66:12,23
  67:7,21 130:17
  142:11,16,16
  142:23 143:20
  146:19 176:15
  176:17 179:7
  218:12 238:11
  246:7,11
  247:16 279:21
  280:1 334:14
  335:3,6 349:14
  350:3 360:23
**phones** 31:11
  31:23 59:8
  248:6
**phonetic**
  184:22
**photo** 175:19
  297:18 298:5
**photographs**
  9:21 301:8
**photos** 175:14
  175:24 301:17
  301:18 303:9

304:4
**phrase** 42:22
  240:2
**phraseology**
  44:22
**physical** 13:23
  122:24
**pick** 327:17
**picked** 277:7
  306:22
**picking** 299:24
**pictorial** 69:6
**picture** 68:8
**pictures** 9:12
  297:10 301:6
  303:2
**piece** 201:20
  228:23 229:11
  301:20
**piedmont** 3:14
**pile** 29:14
  54:20
**pilot** 44:10
**piqued** 263:7
**piss** 344:17
**pity** 45:6
**pkwy** 3:20
**place** 10:7 49:7
  62:6 65:7
  85:16 119:14
  182:4 246:6
  279:9
**placed** 142:12
**places** 48:19
  57:1 70:22

104:14 116:14
142:12,23
143:20 158:9
**plagued** 332:22
**plain** 276:4
**plaintiff** 1:4 2:2
  10:11,24 11:1
  11:3,5 12:10
**plaintiff's** 7:22
  8:2,4,7,10,13
  8:16,19 25:21
  25:25 27:15,18
  27:22,23 28:1
  28:3,6,8,11
  29:8,9,12,16
  31:4 89:17
  94:6 99:20
  111:6 138:23
  149:18 155:1
  160:7 171:8
  192:19 196:12
  202:2 228:13
  235:23,24
  237:9 270:1
  281:13 289:14
  296:4 311:11
  313:19 316:4
  327:21 338:12
  344:2
**plaintiffs** 3:2
  28:13
**plan** 15:6
  219:19 325:16
  326:10 327:1,3
  327:6,8

planes 44:11
plans 207:23
    207:25
plaster 291:7
platform
    259:10 322:11
    324:1,2,24
platforms
    323:10,11
plausibility
    137:5 143:19
plausible 37:9
    134:12 135:6
    136:19 141:13
    142:22 172:6
    173:15 203:5
    275:11 278:19
play 218:20
    220:7,21
played 150:7
    191:5,10
playing 180:15
    258:8
plea 150:12
please 10:22
    12:12 14:15,16
    14:21 15:2,8
plenty 107:8,9
    165:8
plethora
    138:16
plus 130:4
    282:21
pocket 266:21

podcast 19:20
    24:18 188:20
    188:23 189:1
    189:10 238:5
    243:11,11,15
    243:21 244:2
    271:18 272:22
    274:15
podcaster 19:6
point 21:15
    42:9 54:9
    56:21 65:1
    66:9 80:24
    82:19 86:7
    94:9 95:10
    99:4 101:11
    105:5,20
    106:16,24
    107:3 109:1
    117:23,24
    122:10 136:25
    140:1 143:18
    145:7,21 156:1
    156:7,16
    164:21 167:24
    171:2 174:9
    187:1 197:18
    212:12 216:7
    222:25 223:2
    223:20 225:4,7
    226:5,17
    227:10 231:10
    240:13 242:21
    244:6,17
    245:19 249:20

250:12 251:18
255:19 258:22
259:5,8 267:4
267:12 268:8
268:24 276:11
279:10,23
280:3 284:9
286:2 287:8
288:19,24
301:3 308:6
313:2 317:25
318:15,23
319:7 320:21
321:25 322:22
330:21,25
336:17 351:5
354:1 356:15
pointed 108:6
    334:10
pointless 68:22
points 173:9
    238:25 271:17
    272:21 279:21
policy 38:8
    125:1
polite 272:24
political 64:14
    84:18 172:11
    201:6 342:25
politics 44:4
    84:20
pool 187:11
poorly 161:9
pop 342:21

pops 90:17
portion 284:17
    347:5,6
portrayed
    47:19 263:8
    265:5
portraying
    263:3
posed 308:9
position 30:7
    69:24 177:19
    195:11
positions 42:8
    42:11
positive 172:1
    309:2
possession 91:9
    130:16 323:11
    334:9
possibilities
    227:16
possibility
    41:25 61:20
    65:20 101:11
    122:24
possible 112:25
    215:18 219:11
    340:7
possibly 76:2
    112:4 126:25
    129:16
post 9:3 175:18
    233:22 238:1
    291:8

posted   259:9
posting   260:1
postmortems
   227:22
potential   39:19
   111:20 112:9
   113:7 129:10
   154:12 168:23
power   49:2
practical
   130:23 198:9
practice   293:10
precise   56:11
predictable
   199:13
prefer   114:14
preformed
   86:14
preliminary
   288:21
premarked
   27:8
premier   57:22
   58:10 99:9
   177:23 178:5
   180:4,6,9
   186:8 195:17
premiers   58:3
preorders
   99:10
preparation
   16:5,6,8 17:13
   250:15
prepare   16:3
   16:10 29:18

188:21
prepared   52:20
   114:2 196:21
   357:14
preparing
   197:13 258:14
preposterous
   263:25
prepped   115:8
prescreening
   180:5,10
   235:13,15
present   4:3
   10:21 22:18
   72:16 88:5
   140:3
presentation
   54:3 63:10,13
   71:22 72:10,12
   77:10,20
presentations
   35:18 72:9,10
   131:4
presented   40:8
   88:3 106:8
   262:21
presents
   221:12
preserve
   319:12 320:1
   320:12
preserving
   320:9
president   22:6
   58:7 77:1

222:8 314:4
   356:14
pressing
   213:25
prestigious
   77:1
presumably
   7:14 279:14
   311:1,3 335:4
presumed
   71:11 300:17
presumption
   181:7
presumptive
   199:23
pretend   221:20
pretext   141:21
pretty   125:13
   128:12 284:24
   299:11 307:17
   330:2 339:12
prevent   13:24
   14:4
preview   179:19
   179:21
previous   172:7
previously   6:3
   6:6,9,12,16,20
   6:23 7:1,6,9,13
   7:16,18 23:12
   89:16,17 94:5
   94:6 111:2,6
   136:8,13
   138:21,23
   155:1 160:3,7

171:7,8 192:19
   202:1,2 237:8
   237:9 281:13
   316:3,4 318:21
prima   175:1
primarily
   18:25
primary   69:5
   81:7 87:18
   115:22 225:18
   295:5
primer   63:17
print   203:2,9
printing   306:3
   317:22 318:5
prints   88:17
prior   23:15
   52:9 66:17
   111:17 147:22
   148:5,7 160:17
   201:15 206:22
   218:1 239:5
   243:21 267:17
   281:11 334:10
private   95:1
   178:18 214:8
   215:22 216:1
probability
   129:21
probably   20:18
   85:13 105:6
   125:3 129:16
   141:8 158:7
   191:24 198:20
   218:12 225:20

261:15,16
266:8 267:24
267:24 275:13
276:6 322:5
**probe** 44:13
**probing** 78:2
**problem** 80:22
90:12 182:15
208:3 251:21
268:6 309:22
**problems** 39:19
301:16 350:10
**probonolaw....**
3:6,7
**procedure** 2:12
**proceed** 169:18
**proceeding**
13:3 259:17
278:18
**proceedings**
359:7
**process** 31:13
32:2 33:7
56:25 59:21
60:15 64:5
74:22 76:23
83:25 84:12
90:20 92:25
112:3 151:3
153:8 154:19
154:20 295:2
313:2 317:11
327:15
**proclivity**
312:12 337:24

**produce** 57:12
**produced**
122:25 177:3
338:22
**producer** 187:6
220:4 221:1
**product** 191:2
220:16 221:23
341:6
**production**
151:3 190:7
323:6
**products** 83:23
83:23
**professional**
84:25
**professionals**
192:5
**profit** 53:3
88:13,20 89:8
92:15 93:1,9
93:21,25 94:12
94:12,18,18
101:3 348:2
**profits** 350:19
**program**
211:11
**progress** 50:15
**progressed**
66:9
**project** 50:16
52:25 53:2
95:10,11,13
112:22 115:15
121:24 152:21

187:10 255:24
267:2,6 293:12
343:19 351:14
**projection**
99:13 341:25
**projects** 44:6,7
52:24 85:8
94:13 107:19
198:2,4 294:8
**proliferation**
136:4
**promote** 87:16
105:12,20
195:19 197:19
224:8 226:12
230:14,21
231:1 346:12
**promoters**
87:18
**promoting**
314:23
**promotion**
57:19 222:24
224:10
**promotional**
266:9
**promptly**
329:14
**proof** 75:25
175:9
**proper** 337:23
**properly**
282:15
**property**
178:23

**proportionate**
347:6
**proposing** 76:7
**proprietorship**
152:16
**prosecuted**
119:6
**protect** 87:21
**protected**
278:21
**protective**
258:2
**protest** 249:4
**protests** 248:3
249:1,20
250:20
**prove** 175:25
176:1
**provide** 16:23
60:4,5 89:11
173:15 214:24
220:3 291:6
308:1
**provided** 16:19
17:19 50:25
61:5 142:4
148:20 200:6
210:24 214:5
214:17,19,21
215:1,4 241:16
242:1 307:16
307:22 313:13
350:18
**provides** 83:9

**[providing - questions]**    Page 62

**providing**
55:20 60:25
192:10 211:12
215:22
**proving**  75:23
135:19
**provisional**
302:23
**provisions**  2:15
152:7
**proviso**  126:9
**prudent**  125:3
203:1
**prudential**
313:15
**prudentially**
345:20
**pub**  318:3
**public**  2:14
38:8 41:5,7
74:20 76:25
91:15,17 125:1
125:5 187:8,16
188:12 189:9
189:17 335:22
336:17 363:19
**publication**
318:9
**publicist**
196:25
**publicity**
106:17 196:25
223:2
**publicized**
231:11

**publicizing**
334:19
**publicly**  256:5
**publish**  25:1
**published**  25:7
25:10,12
169:13 238:14
294:23 304:9
305:25
**publisher**
155:14 294:21
318:4
**publishers**
310:2
**pull**  186:23,25
192:15 193:16
194:1 295:15
307:3 310:1
353:22 354:6
354:17 355:2,3
355:9 356:22
356:24 358:7
358:15
**pulled**  39:13
98:9 101:7
222:15 253:13
253:24 255:1
354:10
**pulling**  187:1
**pullout**  187:4,7
**pulls**  193:18
**punch**  304:1
**pundit**  211:7
211:23 212:1

**purported**  9:21
**purpose**  40:4
69:10 244:15
252:2 276:14
287:7 300:14
308:4 320:7
351:10
**purposes**
162:23 286:1
**pursuant**  2:11
**pursue**  77:23
294:5
**pursued**  117:16
146:23
**pursuing**
107:19 122:9
**pursuits**  199:2
**pushback**
151:22
**put**  28:15 29:14
43:8 52:2
54:19 62:9
69:12 70:17
77:18 83:22
94:13 97:6
114:14 131:25
134:13 138:4
151:15 158:8
164:24 176:6
182:10 190:3
197:6 208:22
221:22 230:7
238:25 243:18
246:1 278:1
325:25

**puts**  52:3
**putting**  43:16
66:24 68:20
88:24 229:11
252:9 339:3

**q**

**q&a**  238:12,13
238:14
**qualification**
276:10
**qualifications**
40:21 289:1
**qualify**  157:11
186:25
**quality**  217:5
333:24
**qualms**  119:10
**question**  15:1,3
15:10,16,16
51:23 54:20
55:12 63:24
70:10 79:15
80:6 95:9
112:6 118:19
128:17 143:14
150:16 163:19
169:10 174:20
202:14 253:21
264:11 280:8
305:22 308:9
314:19 326:2
326:23 329:5
336:5 339:20
**questions**  12:11
14:15,22 15:14

29:19 42:6
43:25 54:21
64:16,19 78:3
78:18,19,19
80:8 113:5
114:2,11,16
124:12 135:10
160:16,18
173:10,13
174:22,24
234:12 260:15
290:3,7 312:23
312:25 349:4
352:11,21
358:21
**quick** 7:11
290:3
**quickly** 281:3
**quite** 43:25
64:7,14 72:5
75:16 77:12
86:17 93:15
96:3 99:15
106:8 111:25
125:12 134:10
134:22 144:6
144:19 150:10
151:4,9 152:13
154:9 172:10
180:18 190:12
190:25 198:4
200:18 210:9
214:1 215:9
216:8,25
218:19 223:15

230:8 232:5
234:21,23
242:12 243:18
244:12 251:24
266:11 267:10
273:9 278:20
279:6,7 285:13
289:6 292:15
305:20 316:25
325:18 326:13
326:14 333:3
335:17 336:7
337:11 345:14
348:5
**quotations** 5:10
**quote** 5:13 47:8
49:13 108:18
163:10 206:21
208:10 228:20
228:22 229:1
246:8 248:11
256:24 257:24
263:22 264:2,8
278:7 327:6
348:10
**quotes** 252:10
**quoting** 247:18

**r**

**r** 3:1 4:1 141:7
185:9 362:3,3
**racquet** 328:4
328:11
**radioactive**
188:8 195:10

**radius** 71:11
**raffensperger**
120:23
**raise** 78:17
101:20 135:10
243:5 326:5
329:13
**raised** 64:16
80:9 122:23
154:9 158:4
234:12 336:5
**raising** 52:23
118:19 329:5
**rallies** 195:24
**rally** 191:6
194:9
**ramped** 136:13
**ran** 84:22
121:9 167:20
200:10
**random** 300:10
**range** 77:17
**rare** 66:14
256:9
**rarely** 181:9
**rasmussen**
341:19
**rather** 42:13
53:20 107:17
108:13 112:8
114:5 123:1
187:15 207:18
238:24 260:10
264:8 276:22
334:6 345:8

346:9
**ratio** 158:17
**rational** 76:2
**rationalize**
266:24
**raw** 53:21
210:14
**reach** 241:18
271:13 275:1,5
276:5 277:15
312:21 337:21
**reached** 60:13
62:13 178:4
255:3 277:1
**react** 206:13
**reacting** 71:20
214:2 261:15
265:16
**reaction** 83:6
154:7 204:12
262:18 357:15
**reactions** 115:6
**read** 2:13 5:12
27:11 31:10
35:16 37:16
39:11 49:11
51:12,18 52:11
90:3 96:1,4,4
96:12,20 100:1
118:11,15,16
128:19,20
139:6 140:9
150:7,14
160:23 161:4
162:18 165:2

| | | | |
|---|---|---|---|
| 166:24 167:4 | **ready** 93:11 | 265:15 276:24 | 361:11 362:6,9 |
| 169:7,19,19 | **real** 2:7 45:5 | 277:2 278:22 | 362:12,15,18 |
| 170:15 171:17 | 68:8 111:16 | 284:23 285:12 | 362:21 |
| 173:1 193:17 | 346:14 | 286:3 296:16 | **reasonable** |
| 203:24 204:9 | **realistically** | 302:22 304:1 | 81:25 88:22 |
| 204:16 205:11 | 150:15 160:24 | 322:5 327:14 | 95:20 141:14 |
| 206:3,18 209:7 | **reality** 47:14 | 347:18 | 143:23 144:25 |
| 229:16 236:7 | **realize** 208:14 | **realtime** 4:7 | 162:4 176:3 |
| 239:2,13 247:8 | 257:16 | 71:21 | 202:17,20 |
| 247:17 250:25 | **realized** 122:11 | **realtimed** 1:11 | 299:11 300:2 |
| 251:3 252:17 | 122:12,15 | **reason** 13:16 | 300:15 325:25 |
| 252:19 255:9 | 152:6 181:13 | 13:20 49:6 | 332:20 |
| 270:19 271:4 | 182:18 196:3 | 61:25 78:8 | **reasonably** |
| 271:10,25 | 222:14 329:25 | 88:22 95:2 | 131:6 279:6,7 |
| 272:11,20 | **really** 17:5 | 101:5 119:12 | 302:25 333:13 |
| 273:25 274:10 | 66:25 76:12,13 | 121:21 129:7 | **reasoning** |
| 274:25 275:4 | 78:14 82:1 | 141:14 146:7 | 123:8 173:7 |
| 275:11,12,13 | 91:13 105:14 | 154:16 158:4 | **reasons** 37:10 |
| 275:18 282:7 | 110:4 114:6 | 159:22 168:17 | 125:6 150:23 |
| 282:11 290:2,4 | 124:25 127:17 | 168:23 172:6 | 175:13 199:4 |
| 290:10 291:2 | 141:12 145:22 | 172:16,18,19 | 217:8 218:3 |
| 291:12 292:12 | 147:3 149:7 | 174:7 190:14 | 230:18 253:24 |
| 296:23 298:8 | 153:7 156:6,13 | 195:6 198:12 | 299:1 |
| 312:1 314:20 | 158:19 161:9 | 203:6 213:25 | **reassured** |
| 315:5 317:3 | 162:9,14 165:4 | 217:14 223:6 | 134:4 |
| 344:14 345:18 | 174:8 181:23 | 226:9 254:22 | **rebut** 145:16 |
| 353:19 354:12 | 183:20 185:20 | 259:20 266:25 | **recalculating** |
| 354:17 355:23 | 189:11 197:25 | 291:24 292:8 | 276:14 |
| 356:21 357:13 | 202:15 203:3 | 308:14 310:7 | **recall** 16:25 |
| 357:18,23 | 207:20 208:8 | 324:22 326:18 | 28:17 29:18,22 |
| 361:9 363:5 | 208:17 213:19 | 332:16 334:5 | 49:22 56:18 |
| **reading** 39:8,9 | 223:13 236:21 | 335:5,10 | 60:2 61:23 |
| 161:8 181:22 | 243:23 244:25 | 339:19 341:5 | 63:23 72:2 |
| 203:15 219:14 | 245:1 248:17 | 351:4 356:25 | 74:2 87:1 |
| 236:14 | 262:19 265:11 | 358:14,18 | 101:21 139:12 |

148:20 154:2
156:19 159:16
166:3,25
169:22 170:21
171:23 183:10
184:6,7 186:2
186:13,16,20
197:20,22,24
199:16 207:10
211:2,22 212:9
214:10,11
215:11 227:17
236:16 242:1
243:9 258:21
259:12,13
260:1 265:19
267:11 284:24
285:11 287:19
306:10 320:13
325:14 330:12
340:1 342:16
**recalled** 306:4
306:6
**recalling**
306:13,15
**receipt** 361:17
**receive** 93:21
95:21 98:1
316:19,21
**received**
137:23 139:22
139:23 161:16
165:19 183:22
316:24 317:2
318:17

**receiving**
160:20 321:7
**recent** 25:15
289:6
**recently** 19:21
212:25 213:4
285:14
**recess** 28:23
85:25 159:7
235:4 280:21
348:22
**recipient** 149:4
356:7,10
**recitation**
274:2
**recognition**
53:22 187:8
**recognize**
111:11 117:8
149:20 155:5
156:10 160:11
168:15,16
171:12 198:24
264:15 273:12
276:4,16
285:13 296:8
343:7 353:7
355:16
**recognized**
102:2 117:18
152:18 265:6
318:23 319:6
348:1
**recognizing**
294:10 339:4

**recollection**
74:3 193:25
228:16 237:4
320:23,24
354:7 355:1
**record** 2:16
5:12 10:3,8
11:15 12:13
27:11 28:20,22
29:1 75:3
85:23 86:3
94:14 154:22
159:5,10
192:21 235:3,7
280:20,24
296:1 348:21
348:25 359:4
360:7,15
**recorded** 10:9
14:10
**recording** 10:6
20:9,25
**records** 59:23
**recouped** 88:18
**recover** 88:14
**recreation**
46:22 47:3,3
258:6,7
**recruited** 59:15
**red** 200:11
205:7 207:14
224:9 258:16
305:10
**redacted** 193:2

**redemption**
181:25
**redirect** 358:24
**refer** 40:18
55:19 70:25
237:24 293:15
313:22
**reference** 57:6
90:7 194:13
246:24 247:24
247:25 250:1
267:17 278:7
**referenced**
262:3,4 294:17
357:11 361:6
**references** 45:8
**referencing**
244:15
**referred** 70:20
73:13 108:2
111:15 131:21
201:2,12
304:23
**referring** 35:23
70:23 90:6
161:21 168:19
204:9 206:25
207:2 209:9
236:11 240:17
255:12,13
257:19 267:15
278:6,11
290:20,23
338:15

**refers** 161:14
257:25 297:13
310:15
**reflected** 5:11
38:17 189:13
**reflecting**
91:24 151:19
238:7
**reflection**
246:4
**reflects** 111:18
238:20
**reform** 182:3
**refracted**
251:23
**refresh** 17:7
228:16
**refreshed** 17:1
**refreshes**
236:21
**refutation**
270:19 329:24
**regard** 53:22
103:4 217:12
219:3 266:1
320:17 352:1
**regardless**
264:10
**regional** 108:13
**registered**
305:9
**regnery** 25:10
25:16,16
155:14 294:21
306:8 313:10

317:20
**regnery's** 306:9
**regular** 22:21
184:10,17
**regularly**
184:16
**regulations**
314:20
**reimbursing**
347:22
**reinforcing**
67:6
**reissue** 101:7
**rejected** 129:9
232:20 233:1
**relate** 352:22
**related** 38:25
48:21 201:2
360:11
**relating** 255:4
**relationship**
19:1,22 336:14
**relationships**
24:11
**relative** 39:17
65:12 83:10
307:22 308:21
360:14
**relatively** 65:11
76:19 77:16
108:11 295:20
300:21 307:24
322:3,7
**relaxed** 287:7
310:3

**relayed** 83:4
116:4
**release** 151:11
191:1,2 192:8
203:19 205:23
218:1 219:20
219:24
**released** 88:1
153:22 189:20
189:25 190:11
190:13 191:9
194:25 195:12
220:13 222:25
223:1,21 243:7
253:18 256:5
304:11,14
**releasing**
205:11,12
220:13,20
**relevant** 86:9
226:10 262:15
**reliable** 253:1
**reliably** 333:23
**relied** 35:17
**relies** 244:18
**reluctance**
105:12,19
151:16
**reluctant**
118:21 172:3
172:14,16,19
**rely** 35:22
130:24 131:1,2
**remained** 170:1

**remember** 13:5
16:20 23:7
45:4 49:25
50:1 59:3
62:13 66:7
67:24 73:25
82:6 92:4 93:3
98:5 104:7
108:5 110:15
128:11,15
142:6,7 145:6
145:17 154:6,7
160:20 167:15
180:7 185:9,16
186:10 194:7
195:18,21,22
197:10 199:19
205:21 211:4,5
211:8 215:13
215:25 224:21
227:20,21
232:18 237:1,2
242:15 243:13
247:19 248:7
250:14 256:24
258:18,20
259:14 260:5,8
262:1,18
263:16 265:23
266:2 273:18
284:1,3,4
287:25 288:4
288:11,15,22
288:23 302:15
309:8 312:4,6

312:7,8 317:24
318:12,14
320:13 321:16
321:18 328:11
328:14,17
329:4 330:5,14
330:22 336:4
340:3 357:13
**remembered**
18:17
**remotely** 187:1
**remove** 82:4,4
**removed**
252:14
**renegade** 97:19
**renegotiate**
98:11
**renegotiating**
100:8
**renegotiation**
105:1
**replication**
357:7
**replied** 93:22
**reply** 96:8
**report** 52:11
174:6 313:10
**reported** 2:6
62:16 103:5
**reporter** 2:4
4:7 11:25
14:11,20 141:5
147:11 232:2
253:2 360:5,21

**reporter's** 5:5
5:10 14:14
360:3
**reporting**
102:8 185:23
360:22
**reports** 171:22
172:10
**repost** 212:4
**reposted**
225:23 226:3
**represent**
317:12 327:16
352:19
**representation**
48:6 69:7
326:17
**representative**
11:18 97:23
247:18 341:23
**represented**
38:17 42:19
301:19 330:20
**reprisals**
102:22
**republic**
200:21
**republican**
84:22,23 103:6
131:24 132:4
198:10 299:10
**repudiating**
107:16
**reputation**
23:19 108:13

109:5
**request** 6:14
8:22 33:10
34:9,14 100:1
161:2 216:24
319:11
**requested** 5:5
286:9,10
**requests** 59:2
**required** 49:2
363:13
**requirement**
310:3,4 326:21
**rereleased**
304:12
**research** 37:17
38:9,12 40:3
43:17 46:11
55:21 61:21
65:3,18 73:3
75:9 81:7,10
82:7 87:10
95:14 169:2
232:9 234:9
245:23 247:3,4
247:15 279:3
295:7,13
309:15,16,18
314:4 351:1,17
**resembled** 47:8
**reserve** 352:9
**residence**
246:13
**residual** 105:13

**resistance**
151:22
**resolved**
306:23
**resource** 81:9
**resources**
59:18
**respect** 160:22
186:22 302:5
317:14 323:5
**respond** 14:16
145:16 327:5
327:11
**responded**
257:1
**responding**
18:20 139:6
160:17 229:4
230:1 233:20
265:18 329:3
336:4 345:20
**response** 31:3
32:23 55:1
59:1 97:3
180:24 233:11
234:18 238:7
290:10 317:8
**responses** 8:1,4
8:7,10,13,16,19
26:20 27:9,17
27:21,25 28:5
28:11 29:7,12
29:19,23,24
30:20,21 35:4
327:13

**responsibilities**
  110:19
**responsibility**
  306:18 307:1
**responsible**
  233:6 339:10
**responsive**
  169:10
**rest**  14:8 182:8
**restricted**
  297:3
**restrictions**
  315:18,25
**result**  135:5
  287:14 317:5
**resulted**  132:7
**resuming**  28:24
  86:1 159:8
  235:5 280:22
  348:23
**retailers**  323:9
**retired**  103:3
**retract**  6:17
  318:20
**retrievable**
  309:24
**retroactive**
  134:23 257:17
**retrospect**
  264:16
**return**  361:13
  361:16
**reveal**  130:2
**revealing**
  229:12

**revenue**  24:19
  92:13
**review**  16:15
  17:10 26:14,24
  39:22 40:11,15
  125:10,11
  161:6 188:23
  204:3 205:25
  306:21,22
  317:1 339:4
  361:7
**reviewed**  17:20
  49:19 166:19
  204:12 211:25
  288:17
**reviewing**
  30:19 89:22
  96:7 116:15
  149:21 155:3
  160:9 171:10
  193:7 196:16
  202:9 203:16
  226:23 228:14
  236:13 281:15
  289:15 292:2
  296:9 311:15
  316:6 319:22
  327:22 338:13
  344:3 355:17
  357:3
**revise**  180:25
**revised**  8:22
  100:1
**rhetoric**  97:6

**rhetorically**
  272:24
**rifle**  299:8
**right**  17:23,24
  18:12 20:21
  25:18 31:20
  34:24 35:2
  40:17 47:22
  48:10 50:2,14
  52:18 53:11,25
  54:19 55:23,24
  57:23,24 58:20
  60:23 61:22
  66:14 71:25
  72:1 77:7
  80:12 85:15
  89:25 90:1
  92:20 93:25
  94:1 96:9 97:1
  97:2,2 98:17
  98:18 99:1,2,4
  99:7,14 103:13
  108:3 110:20
  113:5 114:19
  116:18,21
  117:12 118:4
  119:21 120:20
  121:7 123:14
  123:15 136:17
  138:1 140:23
  145:14 146:16
  146:23 147:15
  147:15 151:11
  151:25 157:13
  157:14 164:16

  170:24 171:25
  174:12,16
  178:25 179:22
  181:8,14,14
  183:23 186:9
  186:12 192:9
  193:14 198:14
  199:22 201:3
  201:21,23
  204:24 205:4
  209:2 211:22
  212:13 213:9
  217:22 219:24
  222:20 225:24
  232:1,9,20,21
  232:25 235:21
  236:24 238:15
  238:16 242:8
  245:23 246:9
  248:17 250:8
  250:11 253:14
  253:17,25
  255:7,16 259:2
  259:3 260:23
  261:21 263:18
  264:21,22
  266:14 268:14
  269:22 275:2
  282:1 283:10
  287:23 289:11
  290:7 291:20
  294:22,24,25
  296:10 297:20
  299:12 302:7
  303:4 304:17

304:23 310:12 311:19 321:25 322:14 323:19 324:7,12 325:6 325:6,12 331:19 335:2,9 337:4,5 345:15 350:6 352:9,17 356:20 358:5,8 358:16 359:2

**rights** 323:4,16 323:18,20 324:9 325:1,3

**risk** 129:12,13

**river** 174:9

**rivers** 174:11

**riverwood** 3:20

**rmr** 2:3 4:9 360:5,20

**rnc** 290:12,23

**road** 3:14 75:10 171:4 360:22

**robbing** 64:22

**rock** 345:21

**rocky** 336:15

**roiled** 98:25

**role** 84:14 103:19,20 163:12

**rolling** 199:12

**room** 45:17 47:8 178:18 309:6

**rough** 112:2 153:24 155:13 354:14,16

**roughly** 21:8 149:10 283:24 308:24

**routinely** 37:18

**royalties** 100:21 101:11

**rpd** 352:23

**rubbish** 258:3

**ruddy** 230:23

**ruined** 194:10

**rule** 183:7 192:6

**rules** 2:12 14:8 63:21 141:20 141:23 143:7

**ruminations** 75:18

**rumor** 231:4

**run** 188:9,10 249:9 342:20

**running** 180:14 198:2,15

**runs** 218:5

**rural** 299:16,16

**rush** 199:14

| s |
|---|

**s** 3:1 4:1 314:22 362:3

**safety** 109:18

**salem** 24:15,18 24:21,23,24 25:2,6,8,11,13

25:17 71:17,20 74:25 76:20 77:11,22,25 79:3,6 86:23 88:16,18,18,23 89:24 101:7 115:4,8 140:4 150:5 153:15 153:17 154:1 154:18 155:11 155:13 186:22 187:1,5,9,18 188:1 190:7 191:18 193:18 194:6,11 195:2 204:3 206:3,5 206:8,10 208:13,14,18 221:12 254:2,9 254:12,19 255:3 281:23 293:2 302:16 304:11 317:20 317:25 318:4 318:13 322:17 322:18 324:23 325:15 326:13 326:25 328:19 329:6,13,15 345:25 346:7,9 347:2 357:14

**sales** 100:22 341:10

**sample** 341:23

**san** 13:1

**sarcastically** 332:11,17

**sat** 63:6

**satisfied** 158:5 158:6

**satisfy** 163:19

**saw** 50:3,18 78:1 102:13 107:6 113:6 151:14 166:23 180:3 186:7 201:19 202:25 213:16 232:14 233:9 234:5,7 254:6,14 259:9 259:11,16 260:6 261:10 262:15 264:7 265:18 268:16 268:18 305:15 307:19 342:6

**saying** 69:5,7 70:11 80:16 81:16 82:17 108:17 116:22 118:17 131:18 132:12 133:14 150:19 156:2,4 156:19 157:1 163:7 171:17 181:6,21,24 185:24 206:4 229:5 241:13 247:2 248:24

**[saying - secoriea]** Page 70

249:25 251:6
252:4,11,13
259:17,19
264:15 265:7
268:15 270:13
271:24 272:6
272:25 273:18
274:11,16
276:7,25
277:10,14
283:2 287:11
298:15 301:5
301:12,14
302:15 303:14
303:16 312:9
336:1 340:2
**says** 31:10
32:17 35:15
37:15 57:19,19
90:3 92:1,8
96:1,12 100:1
116:7 128:19
128:19 139:6
140:8 155:23
156:17 161:4
162:18 167:4
169:6,12 170:7
170:12 193:2
193:16 203:24
204:3 206:3,25
209:25 221:12
221:16 222:9
229:9 236:6
237:14 239:13
268:15 270:18

271:4,9 272:10
273:13 275:4
282:11 290:10
294:3 296:23
312:1 344:14
354:12 356:21
**scale** 136:5,8
136:14 137:6
**scaling** 161:6
**scarce** 65:10,11
**scared** 230:19
**scenario** 112:1
112:2
**scene** 45:16
196:2
**scenes** 296:20
**schedule** 6:14
111:18 199:13
209:5 226:6
**scheduling**
115:20
**schematizing**
68:6
**scheme** 135:15
173:21
**schooley** 11:17
11:22 20:2,3,5
20:7,11,14,23
21:1,11 57:13
60:19 82:19
116:6 128:8
139:2,6 166:11
166:13 339:13
**schooley's**
83:17 110:18

**science** 84:19
**scientifically**
135:20
**scope** 79:10
80:10
**score** 85:4
**scott** 38:11
174:10 313:24
315:25 348:7
**scratching**
275:14
**screen** 69:12
128:22 129:24
150:8
**screening**
178:12,17,25
186:5 305:8
**screenings**
196:5
**screenshot**
145:22 146:14
336:6 339:2
**screenshots**
296:24 298:2
338:19,22
340:20
**script** 111:23
114:23 205:2
**scroll** 163:8
279:14
**sdg** 1:5
**se** 3:20 63:6
238:4
**seal** 178:22

**search** 90:16
**searched** 247:7
**searches** 59:8
**searching**
309:24 352:22
**season** 36:24
**seb** 259:13
271:22
**second** 8:13,15
8:18 28:12,19
29:6,11 35:16
37:15 38:5
40:11 55:1
67:2 81:9
89:21 148:5
149:11 163:20
164:2 165:14
165:15,24
166:3,14,21
167:3 169:15
170:3 187:24
193:17 203:23
249:14 270:7
278:11 290:17
305:3 317:22
324:15 332:5
337:3,4,6
354:10 355:17
**seconds** 221:4,5
221:8 222:2
310:1
**secoriea** 71:8
240:19 242:16
242:19 244:14

section   182:13
282:16 283:14
283:16,21
284:20,25
see   24:22 31:16
35:8,13,20
37:22 46:22
51:10,16,21
55:4 64:3,20
66:4,4 73:15
78:7 88:10
96:5 100:2
107:4 112:13
116:22,23,24
118:18 128:23
129:3 130:1
138:25 139:10
144:7 150:17
156:15 157:8,8
161:12 162:25
167:7,11 168:1
168:13,20
170:10,11,14
180:6 190:23
198:18 202:8
203:15 204:6
204:25 205:8
207:23 208:1
209:6 212:15
214:1 218:25
229:8,18,20
236:4,9 237:22
239:17 249:11
265:9 266:19
267:25 268:1

269:9 270:5
271:7,15 272:3
272:5,13,18
273:3 282:23
285:18 289:19
289:25 290:14
291:15,19
292:1 296:7,24
297:7,17
299:21 300:16
300:23 302:24
311:14,24
313:25 314:25
315:3,15
316:10,17
318:8 319:13
322:6,6 327:23
328:1,5 335:1
336:22 341:20
342:22 343:11
344:8,19 345:6
348:19 351:2
354:12,24
357:3,5
seeing   71:21
166:25 201:16
211:4,5,8
259:14 297:5
298:18
seem   59:17
144:21 160:16
171:18 172:15
210:3 248:10
262:22 289:21
332:2

seemed   74:4
104:15 144:18
144:25 200:17
200:19 240:22
301:1
seeming   274:7
seemingly
49:16 98:7
163:19 199:3
206:10 210:13
283:25
seems   45:17
156:1 161:17
163:6 176:2
202:5,6 203:22
205:13 206:20
207:2,9 235:25
236:3 237:24
250:22 270:3
271:2 275:6
281:24 311:20
313:23 338:21
344:4
seen   91:15
106:11 115:9
125:4,4 135:8
136:25 137:1
146:15 175:18
196:17 213:3
213:14 217:1
232:6 239:5
262:2 265:12
281:17 283:10
283:11 291:2
292:13 303:7

341:16,21
342:2 351:25
selected   16:12
137:13,18,20
137:22 138:3
selecting
138:11
selection
138:17,18,18
self   9:11
selfie   175:16,17
selfies   175:18
sell   94:16
198:13 323:19
323:20 341:7
345:15
selling   322:14
322:17,17,20
323:1 324:17
325:7,8 344:25
345:13
sells   220:18
324:3
senate   299:10
send   93:11
122:4 129:4
170:8,16
171:20 178:15
183:19 184:2
217:13 218:4
240:7 291:3,13
291:17,25
292:4,4,9,13
305:6 344:15
353:15 355:21

sender   356:7
  356:10
sending   130:10
  202:12 203:8
  238:6 273:4
  353:13
sends   167:9
  192:6 273:7
  357:25
sense   16:22
  44:12 52:10
  72:25 76:10
  91:13 115:13
  120:17 125:8
  140:6,10
  152:16 161:19
  169:6 179:12
  202:16 240:12
  245:20 246:25
  249:18 261:5
  262:7 268:20
  278:5 303:19
  305:17 309:3
  320:4 322:12
  348:12 351:23
sensed   151:15
sensitivities
  345:10
sensitivity
  106:22
sent   100:12
  149:11 183:14
  183:17,19,21
  184:8 185:3
  190:22 191:23

191:24 203:6
  215:16 216:18
  216:22,24
  217:17 218:8
  218:10 220:4
  290:11 305:17
  310:15,24
  311:1,22
  312:17 316:23
  352:23 353:17
  353:18 361:14
sentence   31:9
  37:15 284:20
  290:15
separate   17:14
  109:22 134:22
  178:3 228:4
  277:21 323:22
  332:13
separated
  161:5
separately   16:9
  71:17 95:15
  151:12
september
  249:6,9
sergio   185:9
serial   142:10
series   9:10 27:8
  84:17 86:8
  187:11 327:24
serious   208:2
seriously   74:20
  262:21

services   42:13
  42:15 189:23
serving   300:18
set   8:13 14:7
  28:12 31:4
  47:8 55:1,2
  62:22 109:19
  110:18 123:19
  173:1 200:18
  289:17
sets   47:6
setting   13:7
  58:5 78:21
settled   254:3
settlement
  255:3
seven   182:3
several   25:10
  42:1 92:25
  231:13 299:1
  303:6 305:24
  310:13 350:23
  350:24
shake   14:17
shapiro   145:14
share   24:19
  88:13,25 89:3
  89:9 92:13,16
  95:19 96:15
  100:21 199:20
  200:2 226:10
  226:20 291:13
  346:8,11,24
  347:3,10,13

shares   347:7
sharp   13:21
shawshank
  181:25 182:3
sheet   6:14
  111:15,16
  116:5,8 117:1
  361:11
shelf   322:4
ship   318:2
ships   98:7
shoddy   269:21
shooters   71:11
shooting   273:4
shop   342:21
short   76:19
  183:5 216:22
  322:4 328:10
  354:9,13
shortage
  117:20
shorten   181:2
  182:24 183:5
shorter   222:3
shorthand   2:4
  2:7 242:10
  246:18 360:5
shortly   153:14
  153:18 266:15
shot   156:20
show   25:18
  39:17 46:16,17
  64:8,20,23
  67:9 68:1 70:2
  70:3,10 72:4

73:21 98:24
112:10 113:25
115:10 118:6,8
122:3,5 123:10
123:20 144:7
145:9 154:24
159:25 160:25
171:6 173:2
178:14 181:25
192:14 201:25
203:19 206:1
209:19 216:12
217:16,18
222:15 223:5
223:19 224:18
224:20,24
226:13,15
227:4 235:22
255:23 268:25
281:11 285:5
286:3,6 316:2
324:10 338:10
343:10 354:13
**showdown**
130:4
**showed** 39:16
47:10,12
124:15 142:18
214:8 216:19
216:20 226:23
245:8 267:20
268:10,11
275:19 279:4
307:20 321:2,6

**showing** 63:14
71:18,19,19
125:2 139:13
140:18 146:5
162:23 163:13
177:2 196:10
209:19 219:7,8
220:25 245:2
260:17,19
279:3 286:8,21
297:19,19,20
298:1,14 336:6
355:24
**shown** 48:7
57:16 68:24
70:5,12 71:1
137:21 150:9
154:5 155:12
177:23 190:19
212:16 222:19
223:16 224:24
264:13 268:7,8
277:17 282:13
285:19 311:2,2
**shows** 24:23
65:23,25 70:21
71:9,10 142:17
246:11 357:19
**sic** 110:12
196:15
**side** 128:14
184:21 231:14
234:16 248:16
300:3,12,12
336:7,7 339:3

339:3
**sidekick** 224:5
**sides** 198:16
300:8
**sighs** 180:17
**sign** 2:13,14
288:2 361:12
**signature** 5:5
360:18
**signed** 86:24
102:1 195:3
361:19
**significance**
125:1 274:21
305:19
**significant**
203:13,18
244:4
**signing** 282:15
284:22
**silly** 143:5
**similar** 72:22
100:4 106:12
131:19 230:18
231:16 355:13
**similarly**
176:25
**simpatico**
151:5
**simple** 31:2
245:18
**simplified**
343:8
**simply** 70:18
90:16 214:2

230:25 249:15
251:4 268:18
268:25 274:6
277:7 278:7
308:6
**simultaneous**
308:22,25
**simultaneously**
56:8
**singer** 85:1
**single** 52:14
220:16 268:9
270:21 300:14
301:3
**sir** 11:25
**sitting** 62:3
278:13 292:21
**situations**
152:2 245:5
**six** 116:13
120:5 189:8
340:23 341:11
**skadden** 3:3
350:5
**skate** 221:11
**skeptical** 64:11
252:16
**skeptically**
115:16
**skills** 84:17
**skimmed** 282:8
**skirmish** 224:5
**skittish** 188:3
231:7

**skittishness**
195:7 227:25
**slate**  3:3
**slight**  242:25
**slightest**  258:10
**slightly**  108:24
167:18 219:2
287:7
**slowly**  204:15
**small**  83:8
190:18 300:21
343:14 344:24
346:11 347:5
**smaller**  136:8
**smart**  218:15
346:17
**smith**  66:2
**smith's**  66:1
**smooth**  97:17
97:21 105:2
**social**  63:5
77:15 212:5
225:25 226:18
265:17 278:18
305:4 344:24
**soften**  206:2
**sold**  323:12
342:10 343:21
**sole**  254:18,18
**solution**  182:16
182:19
**solutions**
361:23
**solve**  76:6
245:24 246:8

**solved**  241:10
241:14,14,21
243:12,16
**solving**  246:2
246:15
**somalian**
255:25
**somebody**
17:17,19 80:5
109:19 162:7,8
184:3 192:6
195:13 202:12
207:5 217:7
225:17 229:3
268:15 288:2
325:22 328:16
336:5 338:25
**someone's**
125:19 126:6
**somersaults**
106:20
**somewhat**
53:17 75:10
175:12 240:7
241:22 312:6
340:11 349:18
**son**  344:13
**soon**  221:16
**sorry**  21:4
24:14 26:4
54:20 56:9
99:3 170:13
180:10 191:18
229:17 237:14
253:10 282:10

**sort**  40:11 43:7
47:12,25 54:21
64:7 68:6
71:11 76:5
84:8 85:6 88:9
102:22 106:7
106:24 109:21
113:17 115:21
117:5 120:9
123:1 139:22
151:20 153:11
158:6 163:11
169:4 178:21
183:3 184:12
191:25 194:9
196:2 200:11
206:2 209:3
218:24 219:1
222:23 224:3
229:14 231:16
239:22,22
252:3 254:10
254:13,14
255:25 256:8
259:17 260:12
260:23 261:24
262:24 263:21
263:25 274:9
274:11 275:15
285:7 291:22
294:17 297:24
299:12 317:10
318:13,23
322:4 325:20
326:11 327:17

330:4,5 331:11
333:8 339:4
341:23 342:24
356:11,17
**sorts**  257:15
**sound**  54:14
201:3 250:13
259:2
**sounds**  96:10
103:19 259:3
**soup**  188:2
**source**  51:2,5
56:1 69:4 81:7
90:11,13
173:24,25
264:9,11
354:15
**sources**  38:10
80:25 113:7
234:20
**space**  67:22
341:8
**spakovsky**  38:3
133:5 134:9
348:6
**sparse**  158:11
**speak**  15:19
23:21 39:7
87:17 145:13
151:17 190:6
**speaker**  20:17
20:19
**speaking**  19:18
56:8 62:1
114:20 128:13

181:17
**specific**  18:22
31:12,23 32:6
36:15 43:19
67:25 70:23
71:1,1 128:16
155:19 184:14
214:14 230:12
266:2 287:7
330:23 349:8
**specifically**
15:15 17:4
39:22 50:2
105:12 133:20
133:25 165:9
166:4,16,18
168:19 228:17
233:7 279:18
294:16 320:14
**specificity**
16:23 214:12
**specifics**  185:1
**specified**  36:18
36:23
**specify**  353:15
**speculative**
175:12
**spelling**  81:16
**spending**
177:12
**spent**  42:1
**spoil**  122:22
**spoke**  24:3
191:11 252:20

**spoken**  24:1,9
340:9
**spokesman**
251:4
**sporadic**
113:14
**sporadically**
22:20
**spot**  332:25
**spreadsheet**
67:19 68:21
**spreadsheets**
73:14,16
**sq**  3:4
**stab**  112:1
118:2
**stacey**  120:19
**stack**  58:19
**staffers**  185:4,5
**stage**  98:24
99:14 209:11
209:13 324:25
325:19 335:13
336:13 337:11
337:14 340:21
**stand**  292:22
350:13 351:20
351:22 352:5
**standing**
350:15
**standpoint**
156:25 157:2
305:23
**start**  29:2
69:12 86:4

120:12 159:11
235:8 280:25
345:13 349:1
**started**  86:7
98:8 246:21
**starting**  41:14
122:10 353:12
**starts**  35:6
155:9 193:12
**stash**  37:1 70:4
169:3 287:3
303:21
**stashes**  309:21
**state**  2:5 12:12
139:9 248:23
258:22 304:14
310:16,16,17
310:17 360:2,6
**stated**  2:15
172:7
**statement**
90:18 204:14
229:14 230:20
231:5 232:3,5
243:21 254:10
266:14,18,23
273:17 302:6,9
307:25
**statements**
6:18 30:6
125:5 177:11
243:10 253:23
254:3 255:4
301:17 318:20

**states**  1:1 35:17
43:2 104:20
141:25 142:2,3
170:7,16
244:11 260:18
297:2 300:21
**stay**  54:4
187:15
**stayed**  287:17
313:1
**stealing**  221:19
**stenographic**
2:6 4:7
**step**  74:13,15
78:4 178:21
252:14 302:17
**steps**  59:4 81:3
**sticker**  237:13
**sticking**  106:24
**stop**  133:9
276:19
**stopped**  171:4
**stopping**
300:19
**stored**  49:6
**stores**  61:1
**stories**  342:24
**story**  227:15
290:3 294:13
343:3,7
**storyline**  88:4
304:3
**straight**  346:21
**strange**  76:1

**strategy** 113:21 191:3 239:4

**stream** 324:14

**streaming** 323:15,20,21 324:4,9

**streamlined** 67:15

**street** 2:9 3:9 69:15 128:21 129:23 249:7

**strengths** 83:10 83:12

**stress** 18:10

**strike** 24:14 32:10 137:19 165:21 186:15 209:17 212:10 214:5 234:6 284:7,18 287:20 302:3 308:19 310:9 340:13

**striking** 260:20

**strong** 333:15

**strongholds** 299:23 300:20

**struck** 261:11 263:24 279:15

**structure** 80:3 111:22 132:24 150:6

**studio** 114:7

**study** 39:3 307:17

**studying** 40:4 43:1

**stuff** 61:2 64:14 74:6 107:8 110:13 113:4 138:19 180:18 203:11 219:7,8 252:21 273:5,6 358:11

**stuffing** 296:25

**stylistic** 127:18 128:1

**subject** 41:1 112:8 135:12 170:1 315:24 330:12

**submitted** 26:20

**subscribed** 360:17 363:14

**subscribers** 324:13

**subsequent** 65:5 91:23 105:24 164:15 303:7 334:19

**subsequently** 25:11 34:8,23 49:8 53:8 136:25 140:16 146:15 149:11 152:5 179:17 179:18 185:2 189:8 194:4 200:15 204:13

210:19 240:24 247:17 249:22 259:25 266:1 353:24

**substance** 18:13,15 26:18 132:17 330:8

**substances** 14:3

**substantially** 30:21

**substantive** 30:10 128:2 233:10

**subway** 163:14

**success** 353:25 355:7

**successful** 188:10

**suddenly** 108:14

**sued** 291:8 328:25 329:1

**suffice** 232:12

**sufficient** 74:20 124:13 143:22

**sufficiently** 75:14

**suggest** 96:17 96:19 193:15

**suggested** 193:3 340:8 349:9

**suggesting** 98:20 163:16

305:1

**suggestions** 155:19

**suing** 325:23

**suite** 2:9 3:9,14 3:20 360:22

**summaries** 131:3

**summary** 160:14

**summer** 53:15

**sums** 53:9

**supercomput...** 49:23

**supervised** 57:11

**supervisory** 43:15

**supplemental** 7:23 26:1

**supplies** 249:3

**support** 35:11 54:6,9

**supported** 131:17 231:1

**supporting** 53:6 67:5 146:18 231:4 236:18

**supportive** 233:4

**supports** 198:17

**suppose** 92:5 134:12

**supposed** 79:16 204:5 239:23 309:11

**supposedly** 269:5

**supreme** 72:21

**sure** 68:11 72:5 81:10 96:3 110:4,6 128:12 131:10 145:22 148:4,17 149:12,13 150:20,21 160:1 165:16 166:24 169:19 170:20 183:20 184:12 188:24 191:21,22 194:21 214:1 216:8,14 218:15 226:21 244:2 247:22 257:7 261:22 263:5 283:22 288:17 316:25 320:20 330:3 333:15 339:12 347:21 356:24

**surface** 274:7

**surmise** 299:2 299:3

**surprise** 108:16 115:12

**surprised** 104:18 174:14

258:10

**surprising** 264:4

**surrounding** 103:23

**surveillance** 36:4 48:5 50:21 51:4 56:6,7,10,15,20 64:2 66:2 67:3 70:6 87:22 90:8,10 117:21 135:6 141:20 142:14 143:4,6 148:21 158:18 159:20 205:13 260:19 261:20 279:1,8,12 285:23 286:23 334:8,20

**surveillances** 143:3

**survey** 341:19 341:20,22 342:1

**suspect** 143:20 259:20

**suspect's** 246:12

**suspected** 200:1 249:10

**suspects** 242:6

**suspicious** 172:15 173:25 175:2

**suv** 331:13

**swing** 244:11 248:23

**switcheroo** 95:3

**sworn** 2:5 12:3 360:9,17 363:14

**system** 120:11

**systematic** 119:15 260:13 261:8 339:8,16

**systematically** 59:16

**systemically** 117:16

**t**

**t** 1:10 362:3,3

**table** 164:25

**tacit** 206:10

**tail** 68:23 78:13 305:2

**take** 10:7 15:6 15:9 24:4 32:8 59:4 62:6 66:14 74:10,11 85:20 111:25 125:16 159:2 173:8 175:14 175:16,17,19 175:19,24 181:11 183:12 192:24 193:5 198:16 221:13 229:17 235:1

238:18 257:16 270:17 271:18 272:21 273:7,8 274:16 277:21 278:5 280:17 296:7 317:4,13 318:19 319:25 333:4 334:23 348:17 349:15 351:12 352:3 353:6

**taken** 2:2 10:10 28:23 85:25 159:7 221:21 235:4 280:21 317:17,18 348:22 360:13

**takes** 176:8 182:10 260:15 349:14,24

**talk** 6:5 14:21 18:13,15,23 23:1 39:1 45:2 46:4 61:14 80:17 120:25 140:9 143:25 199:17 209:6 219:16 221:2 230:6 239:14 239:15 247:1 257:2,3 260:4 260:24 337:18 341:12 353:20

**talked** 18:6 24:8 34:15

73:14 75:4
82:10 127:9
133:10 157:10
177:21,22
188:19 204:2
204:10 207:1
211:11 225:21
267:23 292:17
306:2 307:5
332:8 333:25
334:1 342:13
347:11,22
**talking** 31:19
35:10 45:17,19
51:11 62:9
66:6 69:19
71:8 73:7
79:14 92:14
96:18 103:11
116:10 133:15
133:16,19
134:18,19,25
135:1,2 136:17
144:1,3 145:7
150:2,3 159:14
160:15 161:23
168:14 172:23
193:11,12
203:22 207:16
214:13 215:2
217:20 226:19
234:22 235:11
238:5 255:6
256:12,17
257:22 259:15

262:5,6,14
264:5 271:22
273:11 283:14
304:16 314:16
314:17 332:19
338:17 339:5
344:22 345:7
348:9 354:22
**talks** 32:24
328:3
**tanks** 77:2
**task** 72:19,21
78:17 162:10
**tasks** 295:11,21
**taught** 77:2
**teach** 343:4
**teacher** 113:24
**team** 32:21
40:25 41:18
43:16 44:21
45:1,9,10,12
58:13 83:8,13
105:4 142:9
144:15 166:10
179:25 181:12
183:18 184:4
184:15 195:19
339:1,10
340:15 358:14
**teaser** 186:17
186:22 189:20
189:25 190:4
192:7 219:20
220:3,8,14,14
220:17,25

221:3,11,19
222:5 225:5,7
**technical** 38:22
40:12,15 43:20
44:6,20 49:12
59:18 72:22
73:1 78:18
134:23 180:17
217:8
**technicalities**
44:13
**techniques**
47:25 176:12
244:19
**telephone**
194:10
**tell** 36:6 43:18
44:18 75:1
87:4 95:24
96:5 105:21
125:18 148:23
164:9 182:23
191:1 192:25
193:5 201:5
204:4 206:14
210:10,10
215:8,10 217:4
225:15 254:5
269:10 305:5
306:12 320:15
338:21
**telling** 26:17
69:13 82:6
97:22 104:21
146:2 195:22

206:13 208:18
211:14 222:1
251:14 272:15
274:18 338:1
**tells** 269:13
**temperament**
188:16
**template**
116:16,17
**temporal**
305:23
**ten** 20:15 36:22
142:10,11,12
142:24 143:1,2
143:3,3,5,11,12
157:12,24
183:12 207:24
266:16 270:25
275:9 276:12
276:19,22
277:2 282:19
282:21 287:2
287:18 290:12
303:21
**tend** 341:6
**tennis** 300:11
**tense** 345:8
**term** 36:7
60:23 141:9
163:2 247:12
261:17 283:18
283:19,20
286:25 303:17
332:11,17

| | | | |
|---|---|---|---|
| **terminus** 3:14 | 270:3,7,8 | 46:17 48:6 | 337:22 339:17 |
| **terms** 44:17 | 277:25 303:11 | 57:12 59:11,17 | 345:2 348:4 |
| 62:3 66:8 87:1 | **texts** 9:10 | 63:15,15 64:8 | **think** 17:5 24:3 |
| 87:3,4,6 | 277:21 289:17 | 64:15 67:6 | 30:24 41:4 |
| 115:18,19,20 | 304:19,25 | 71:18 72:4 | 45:15 47:23 |
| 135:19 137:9 | 305:23 327:24 | 75:21 92:3 | 60:15,23 61:10 |
| 225:11 305:23 | **texture** 210:12 | 94:17 99:10 | 62:20 68:12,16 |
| 329:21 | 298:3 | 100:8 101:13 | 68:18 70:11,15 |
| **territory** | **thank** 11:25 | 102:4 107:9,20 | 74:16 75:13 |
| 318:24 330:1 | 21:3 55:10 | 109:18 112:10 | 77:1,4 83:21 |
| **test** 81:15 | **thanks** 281:9 | 113:8,20 117:9 | 86:23 95:4 |
| 133:18 | **theirs** 258:2 | 117:19,20 | 96:23 97:9 |
| **tested** 171:18 | **theme** 58:7 | 118:4,6 120:12 | 98:5 102:15 |
| **testified** 12:3 | 245:17 | 120:16 121:22 | 105:6,7 106:6 |
| 13:7 235:12 | **themes** 69:2 | 122:9 125:10 | 106:17,25 |
| **testimony** | 79:12 81:1 | 125:20 126:6 | 107:11 108:12 |
| 13:13,14,17,25 | 111:19 151:1 | 129:18 132:21 | 109:7,7 110:5 |
| 14:4 15:20 | 342:25 | 134:10,19 | 116:6,16 |
| 17:11 41:5 | **theories** 37:12 | 135:7 140:11 | 117:23 118:19 |
| 49:19,20 50:1 | **theory** 66:17 | 140:11 150:25 | 119:8 120:21 |
| 127:16 280:13 | 202:17,21 | 152:3,19 | 121:3,20 |
| 302:2 360:8,13 | **thing** 17:9 | 154:15 180:8 | 127:23 130:7 |
| 361:9,17 363:8 | 75:25 76:1 | 182:4 188:3 | 138:12 143:22 |
| **testing** 81:17 | 104:24 108:7 | 191:1,3 200:2 | 146:6 150:15 |
| 82:15 | 115:21 123:19 | 200:14 209:14 | 150:22 151:18 |
| **texans** 342:20 | 128:20 208:3 | 213:20 222:9 | 156:1 159:23 |
| **texas** 2:5,10 | 212:1,7 225:6 | 226:15 237:19 | 161:17 162:4 |
| 10:18 12:17 | 246:16 265:12 | 240:8 246:14 | 162:15 169:5 |
| 42:15 345:1,1 | 269:17 300:12 | 252:17 257:4 | 169:24 170:25 |
| 360:2,6 | **things** 16:20,24 | 257:15 266:11 | 175:13 184:11 |
| **text** 96:4 179:7 | 17:1 18:10,18 | 267:9 269:15 | 190:9 191:12 |
| 202:5 203:23 | 23:18 30:5 | 275:16 294:15 | 192:12 194:18 |
| 205:8 206:18 | 31:2 36:16,17 | 295:20 298:9 | 195:1,9 199:6 |
| 209:25 214:3 | 37:4 41:10 | 298:10 307:20 | 199:10 200:19 |
| 222:7 257:6,13 | 43:11,13 46:16 | 319:8 320:17 | 200:22 202:20 |

**[think - time]**

| | | | |
|---|---|---|---|
| 203:17,17 | 291:3 297:13 | 94:9 95:20 | 63:8 75:5 |
| 204:14 205:16 | 299:2,14 | 109:8 121:23 | 87:20 155:18 |
| 206:1,2,12 | 300:24 301:11 | 128:1 129:8,11 | 173:9 184:10 |
| 208:6 209:3,13 | 302:10 305:20 | 151:5 153:4 | 214:14 215:9 |
| 209:18 210:16 | 308:25 310:19 | 172:6,14 | 233:18 296:17 |
| 213:15 214:11 | 318:22 321:12 | 180:11 182:14 | 325:24 354:14 |
| 218:12,16 | 321:12 322:17 | 182:17 192:1,3 | 356:5 358:3 |
| 224:19,22 | 322:20 325:19 | 203:1 204:13 | **threshold** |
| 225:15 226:11 | 326:13 327:6 | 208:4 219:22 | 271:14 272:12 |
| 226:17 227:2 | 328:9 329:9,14 | 224:7 234:13 | 275:1,5 276:6 |
| 228:5 229:22 | 329:25 330:18 | 244:20 245:12 | 276:8,9,12,17 |
| 230:19 231:11 | 330:20 332:4 | 254:13 256:10 | 277:1,15 287:8 |
| 232:14 233:12 | 337:10 338:16 | 257:24 260:5,6 | 287:11,13 |
| 238:1 240:17 | 340:10 341:1 | 267:1 276:7,23 | **throes** 236:23 |
| 241:7 242:12 | 342:6 343:2,15 | 278:12 286:16 | **throw** 123:24 |
| 243:1 244:17 | 344:23 348:16 | 286:18 294:4 | 246:5 |
| 245:13 246:3 | 350:9 351:23 | 305:15 325:24 | **throwing** |
| 246:17 249:15 | 353:24 356:25 | 329:6 343:1,18 | 163:18 |
| 251:15,17,21 | **thinking** 64:6 | 346:16 348:3 | **throws** 169:13 |
| 252:12,12,16 | 113:4 203:4 | **thoughtful** | **thrust** 244:8,9 |
| 253:6,6 255:21 | 251:11 267:3,5 | 234:14 | **thursday** 2:10 |
| 257:14,14 | 267:21 293:24 | **thoughts** | **tie** 32:13 |
| 258:14 259:9 | **thinks** 156:17 | 187:24 243:3 | **tied** 31:12,23 |
| 259:11,22 | **third** 38:7,15 | **thousand** | 58:6 |
| 261:11,23 | 61:9,11 79:4 | 341:24 | **tiger** 239:15,20 |
| 263:6 264:1 | 101:12 116:7 | **thread** 273:3 | 239:25 255:19 |
| 266:4 272:8 | 128:20 255:8 | 277:5 297:25 | 277:11 |
| 273:17,21,21 | 282:9 316:8 | **threads** 277:7 | **tight** 216:3 |
| 274:4,5,21,22 | 356:4 | 277:22 | **time** 2:7 10:4 |
| 275:3,10,12,13 | **thoroughly** | **threat** 317:10 | 15:8 19:17,19 |
| 275:16 276:6 | 59:16 | **threatening** | 21:15 22:11 |
| 276:23 277:2,3 | **thought** 53:25 | 186:23 193:16 | 23:15 24:8 |
| 277:20 278:16 | 58:2,4 66:11 | 194:1 325:23 | 28:22 29:1 |
| 278:22,23 | 66:25 76:14 | **three** 12:22 | 36:23 38:8 |
| 286:20 288:18 | 79:15 88:21 | 38:14 46:21 | 43:13 45:2,2 |

| | | | |
|---|---|---|---|
| 53:15 54:9 | 270:17 277:9 | titled   9:3 | tomorrow   6:5 |
| 56:19,21 61:17 | 280:20,24 | titles   86:16,17 | 204:5 206:17 |
| 62:4 65:2 | 284:9 288:24 | today   10:20 | 239:14 256:24 |
| 66:25 67:22 | 289:2,4 293:24 | 12:11 13:13,18 | 257:2 353:20 |
| 85:23 86:3,7 | 304:13 307:17 | 13:21,25 14:5 | took   49:16 |
| 93:14,17 95:7 | 309:4 316:22 | 14:9 15:21 | 65:18 108:24 |
| 99:7 101:8 | 316:22 317:15 | 20:10 192:17 | 152:17 163:17 |
| 102:3 105:21 | 317:23 320:5 | 219:6 292:21 | 165:4 168:1,20 |
| 136:1 137:3 | 321:2,3,4,25 | 324:17 351:20 | 238:24 240:1 |
| 140:16 153:9 | 341:8 344:23 | 352:11 358:13 | 253:2 274:6,21 |
| 153:14 159:5 | 347:17,25 | 358:17 | 305:15 306:18 |
| 159:10 161:7 | 348:21,25 | today's   359:5 | 317:9 320:3,8 |
| 164:13 167:22 | 352:7 359:4 | together   43:16 | 324:23 340:23 |
| 174:12 179:8 | 361:18 | 180:2 221:22 | top   48:24 71:6 |
| 180:3 185:7 | **timeframe** | 278:1 326:1,24 | 181:18 194:11 |
| 186:14,21 | 361:8 | 328:8 | 203:9 229:10 |
| 188:19 199:10 | **timeline**   17:7 | told   81:20 | 290:12 356:8,9 |
| 200:16 203:11 | 65:7 161:19 | 96:13 104:13 | topic   62:7 |
| 203:11 204:12 | 309:11 | 118:25 154:13 | 64:12 65:8 |
| 209:2 211:7,9 | **times**   3:4 12:21 | 172:17 187:18 | 66:10 72:19,22 |
| 212:1 213:14 | 12:23 71:14 | 196:9 224:19 | 74:17,19 76:13 |
| 213:16 214:4,7 | 72:3 73:13 | 224:21,21 | 76:16,21 77:24 |
| 214:18 221:21 | 105:24 125:13 | 227:3 254:24 | 114:5 133:4 |
| 222:20 223:14 | 153:4,6 171:2 | 264:24 293:21 | 137:4 285:12 |
| 224:9 225:12 | 266:16 277:23 | 293:25 306:14 | 317:24 343:4 |
| 227:10 235:3,7 | 306:3 310:1,15 | 321:13,15 | topics   42:3 |
| 238:22 243:6 | 350:14 | 331:1 339:19 | 195:9 |
| 249:17 255:21 | **timing**   191:3 | 339:21,24 | torpedoed |
| 257:18,21 | **tiny**   346:24 | 340:5,6 343:19 | 101:10 193:19 |
| 258:22 259:6,8 | **tip**   300:22 | toll   360:24 | total   101:18 |
| 260:2 261:12 | **tipped**   300:8 | tom   233:23 | totally   108:9 |
| 261:19,23 | **tire**   182:11 | 247:20 251:25 | touch   22:17,19 |
| 263:4 264:19 | **title**   195:4 | 252:20 | 197:7 |
| 265:24 266:5 | 293:8,9 | tom's   252:23 | tour   195:19 |
| 266:15 267:12 | | | 196:5,7 |

| | | | |
|---|---|---|---|
| **toward** 188:10 | 221:15 222:15 | **tremendous** | 345:17 352:19 |
| **towards** 239:12 | 225:5 | 219:5 | 353:3 360:7 |
| 356:20 | **trailers** 186:17 | **trespassing** | 363:8 |
| **town** 46:25 | **training** 43:19 | 130:5 218:23 | **trump** 22:6,10 |
| **townhall** | **trajectory** | **tried** 233:7 | 58:7,15 178:1 |
| 155:15 | 167:19 | 234:18 240:12 | 179:6,16 |
| **toxic** 123:4 | **transcribe** | 266:24,24,25 | 180:13 184:3 |
| **tpnf** 7:4 8:25 | 295:19 | 353:25 355:3 | 184:15,21 |
| 149:17 | **transcribed** | 358:7,10,12 | 185:4,5,23,25 |
| **trace** 247:16 | 14:10 | **trivial** 49:16 | 191:6,15 |
| **track** 65:15 | **transcript** | **trouble** 221:22 | 195:19,19,24 |
| 236:19 266:9 | 281:4 313:23 | **true** 3:12 11:13 | 196:2 235:12 |
| 282:18 | 314:11 360:7 | 30:11 32:20 | 235:14 236:8 |
| **tracked** 163:25 | 361:6,19 363:5 | 41:10 46:12 | 237:1 299:18 |
| 248:2 | 363:8 | 52:10,12,20 | **trump's** 179:15 |
| **tracking** 163:5 | **transcription** | 53:9 54:6,9 | 185:10 193:20 |
| 167:6 | 238:24 | 55:18,19 62:17 | **truncated** |
| **tracks** 249:19 | **transcripts** | 76:7 79:9 80:9 | 267:10 |
| 250:20 252:5 | 188:22 189:2,3 | 80:10 85:13 | **trust** 77:3 |
| **traction** 101:10 | 314:14 | 87:9 88:12,20 | 113:3 192:1 |
| **trade** 19:16 | **translated** | 89:2,24 91:18 | 218:11 |
| **traffic** 124:10 | 266:19 | 95:2,10,11,16 | **truth** 225:16 |
| **trafficking** | **translation** 2:7 | 96:22 103:8 | **try** 14:21,23 |
| 131:14,23 | **trap** 255:19 | 108:1 126:12 | 81:10 83:11,11 |
| 132:5 262:6 | **traps** 239:16,20 | 152:6 159:23 | 112:25 113:22 |
| 297:4 298:13 | 239:23,25 | 191:21 198:2 | 114:25 119:14 |
| **trail** 174:21,21 | 277:11 | 198:25 207:19 | 124:3,4,8 |
| **trailer** 186:18 | **traurig** 2:8 | 208:17 230:15 | 125:16 161:8 |
| 186:18,22 | 3:13 10:17 | 230:25 231:6 | 207:15 219:10 |
| 190:10,13,15 | 350:4 | 251:5 266:10 | 234:2 329:10 |
| 190:19,19 | **traveling** | 270:24 273:25 | 329:12,23 |
| 191:5 192:7,10 | 195:25 | 276:20 293:14 | 343:10,19 |
| 194:25 195:12 | **treating** 69:16 | 295:23 306:1 | 354:5 |
| 219:20 220:3 | **treatment** | 332:12 334:24 | **trying** 56:25 |
| 220:17,21,22 | 245:15 | 344:17 345:10 | 72:24 73:25 |

81:11 95:18
97:17 98:11,23
128:10 139:13
153:12 165:4
198:13 199:14
208:15 217:25
222:10 226:14
233:25 236:15
242:17 244:22
247:19 248:13
249:14,15
252:1,5 298:7
327:15 333:4
343:4 351:11
**ttv** 6:14,18,22
6:25 7:3,7,10
7:11 8:22 9:16
9:20 35:18
39:2,23 40:2,6
40:16 50:25
51:3 52:8 56:2
86:21,24 90:4
92:18 93:24
98:15 99:18
139:13 148:20
159:15 191:19
192:9 200:6
232:17 272:7
310:12 311:9
315:21 327:20
347:2
**ttv's** 51:13,20
108:2
**tucker** 219:4,16
220:2,6,9,25

222:11,18,22
223:4,12,25
224:4,13,14,22
224:24 225:3
225:11,22
226:14,20,23
227:5 228:6,8
229:12,13,25
230:7
**tuesday** 263:20
**turned** 92:18
92:21 200:3
305:13
**turner** 71:8
240:20 242:16
242:19 244:14
**turning** 216:7
356:15
**turns** 300:20
**tv** 181:20
**tweet** 9:3
228:20,22
**tweeting**
227:17
**twice** 24:4
79:24 146:5
335:18
**twin** 332:4
**twitter** 259:10
**two** 13:4 19:25
29:5 37:4
38:14 41:18
42:2 51:24
53:9 65:18
75:4 77:1,18

78:16 98:7
101:16 102:9
102:18 103:10
104:18,20
107:13 115:2
132:20 134:19
140:25 144:7
145:20 148:20
148:24,25
162:10 171:21
171:24 173:8
180:8 184:10
186:16 193:1
214:14 227:16
240:18 242:5
244:23 248:14
252:21 277:21
277:24 278:1
290:2,6 293:2
296:16 304:1
304:19,25
319:13,15,19
323:22 331:10
332:13 335:1
335:14 336:6
340:16 343:25
353:14,17,20
353:22 354:3,7
354:9,13,23
357:1,7,10,13
**twofold** 35:24
**tx** 2:3 4:9 360:4
360:20
**tyler** 6:7 356:10

**type** 47:20
109:20 132:2
180:14 210:12
242:20 295:21
**types** 107:7
109:17 116:1
286:8
**typical** 199:13
**typically** 36:11
46:7 111:16
174:5 293:19
297:2 320:4
323:7
**typographical**
239:4

**u**

**u.s.** 10:13 41:6
**uh** 46:6 70:8
94:10 96:16
111:24 117:6
173:18 179:4
202:23 205:3
240:21 274:14
274:14 290:1
319:17 353:21
356:2
**ultimately** 58:3
59:13 72:13
123:4 127:12
138:2 158:5
294:23
**umbrella**
325:21
**unable** 358:15

**unblurred**
225:14
**unclear** 15:1
**uncomfortable**
68:17
**uncommon**
292:3
**uncritically**
115:17
**under** 13:10
14:2 44:18
57:18 86:18
136:3 141:21
144:25 174:2
177:18,18
221:23 272:3
297:2 300:25
323:12 334:6
348:11
**underground**
174:2
**underlying**
136:21 232:8
234:9
**underscore**
85:4
**understand**
13:9,12 15:4
34:3,7 40:6
43:10 44:3
48:17 89:20
115:15 116:21
121:4 152:8
159:21 161:22
162:15 163:3

168:25 175:16
201:6 206:24
221:7 224:12
227:11 238:17
239:20,21
240:3,15
255:11 269:18
271:20 274:24
275:19,22,24
275:24 321:19
**understandable**
48:8 72:17,24
108:10
**understandably**
305:20
**understanding**
39:15 44:7
48:15 81:13
84:20 125:9
158:9 162:1
164:5,11 240:2
252:23 257:10
293:12 294:8
304:7 307:4
315:18 326:12
**understood**
15:17 50:18
108:19 152:16
153:10 192:6
261:18,22
272:8 275:3
350:20
**undertake** 59:4
**undertook**
60:16 101:24

293:11,20
**unexpected**
101:24 136:14
**unfamiliar**
247:13
**unhelpful**
223:9
**unified** 325:16
326:10
**unilateral**
182:21
**united** 1:1 43:2
**universe**
155:14
**universities**
77:3
**university**
48:20,21,22,24
49:10,14,15
76:25
**unmistakably**
335:20
**unnamed**
282:12
**unnatural**
277:20 278:17
**uno** 84:7,8
**unpersuasive**
232:1
**unreasonable**
348:3
**unrecognizable**
263:24 269:3
282:13

**unrehearsed**
114:17 115:6
**unshakeable**
334:7
**unsolved**
244:23
**unusual** 52:22
102:5 125:15
**upcoming**
220:8
**updates** 50:13
**ups** 175:23
**upset** 194:23
194:24 206:4
345:17
**upside** 129:19
**usable** 138:13
163:7
**use** 35:25 36:3
36:7 37:17
39:18 68:9
102:14 104:7
120:5 168:12
189:17 196:21
197:18 221:3,5
221:19 222:1,2
222:14 261:17
303:17 333:12
333:14 351:7
357:16
**used** 35:11
36:14 37:18
39:2,6 42:23
50:22 51:14
121:10 137:14

**[used - videographer]** Page 85

138:12 168:6
175:3 210:20
218:7,9 241:18
245:24,25
261:20 283:18
285:25 307:13
309:15,16,21
310:4 314:10
323:21 324:5
332:11 359:6
361:19
**using** 47:6,6,6
81:12 138:19
157:17 158:16
163:2 164:12
244:23 248:6
252:1 286:15
286:24 303:18
332:15 343:2
349:22
**usual** 13:21
**usually** 94:22
190:25 323:21
**utterly** 277:20

**v**

**v** 1:5 7:10
361:4 362:1
363:1
**valid** 82:18
286:16 311:5
351:24
**validated** 156:5
**validity** 81:16
234:9 330:15

**valuable** 84:18
130:3
**value** 78:23
134:3
**varied** 233:13
**variety** 75:19
**various** 24:23
42:7 59:1
70:22 228:9
285:22 299:25
323:8
**vast** 187:12
341:7
**veers** 236:18
**venn** 248:14
249:9
**verbal** 97:10,11
**verbally** 14:15
**verge** 223:1,18
**verified** 29:23
30:10,16
**verify** 30:8
273:19 361:9
**veritas** 255:24
**veritext** 4:6
360:22 361:14
361:23
**veritext.com.**
361:15
**version** 67:15
72:6 100:10
**versus** 10:12
309:12
**vested** 53:1

**vetting** 76:23
79:3,4,8 80:12
80:13 154:19
154:20
**vice** 222:8
356:14
**video** 6:24 10:6
36:4 48:5 51:3
56:14,15 64:2
64:4,5 65:2,10
67:3 70:7
87:22 90:8,10
90:15,21 91:1
91:2,9,10,11
117:21 126:23
135:6 139:7,13
140:6 141:20
141:24 142:4,4
142:14,19
143:1,2,6,9
146:21,23
149:5 151:25
153:1,3,5,8
155:24 156:5
156:25 157:1,5
157:19 158:1
158:10,10,13
158:18 159:20
160:23 161:10
162:7,13,14
163:8,8 201:20
209:21,23,24
210:14,20,24
211:12 212:23
212:24 213:3

213:23 214:2
217:5 221:20
225:8,8,12,15
226:3 255:10
255:14,18,20
255:22,24
256:5,6 257:23
257:24,25
259:14,16,24
260:19 262:2
267:13,14
268:4 273:11
278:8,9 279:8
279:13,14,22
279:24 280:8
285:6,10,15,15
286:23 296:25
305:7 320:17
331:12,24
332:5 333:5,8
333:9,10,22,24
334:8,11
335:14 338:4
339:2,5,22
340:13,15,19
354:6 355:22
357:14
**videographer**
4:5 10:2,20
28:21,25 85:22
86:2 159:4,9
235:2,6 280:18
280:19,23
348:20,24
359:3

Veritext Legal Solutions
www.veritext.com
212-267-6868      516-608-2400

| | | | |
|---|---|---|---|
| **videos** 8:25 | 297:22 298:2,4 | **visiting** 155:21 | 266:10 270:24 |
| 117:25 137:13 | 331:10 334:1 | **visual** 46:15 | 273:25 276:20 |
| 137:18,23 | 334:20 335:2 | 84:2,6,7 85:10 | 293:14 297:1 |
| 138:4,6,7,11,17 | 336:6,22,24 | 88:8 339:14 | 298:11 344:17 |
| 139:24 141:4 | 338:18 353:14 | **visually** 48:8 | 345:11,17 |
| 141:10,18 | 353:14 354:3 | 339:8 | 352:19 |
| 144:1,4,5,17,21 | 354:10,20,22 | **viviano** 8:22 | **vote's** 103:8 |
| 145:20 146:10 | 355:22 357:1 | 99:23 | 353:3 |
| 146:15,17 | **videotaped** | **vividly** 13:5 | **voted** 124:5,6 |
| 147:21 148:2 | 1:11 | **vo** 150:4 | 175:19 273:20 |
| 148:21 149:10 | **view** 95:10 | **voice** 150:4 | 284:21 |
| 149:12 150:13 | 106:16 107:3 | 215:2 | **voter** 79:23,23 |
| 159:14 161:5 | 108:25 123:4 | **voicemails** | 103:4 124:2 |
| 161:15,20,24 | 167:24 226:18 | 320:6 | 152:11 200:10 |
| 162:5 164:3,6 | **viewed** 153:15 | **volume** 49:5 | **voter's** 294:18 |
| 164:11,11 | 153:17 154:1,3 | 276:15 285:7 | **voters** 312:3,9 |
| 165:10,12 | 243:6 | **volunteering** | **votes** 124:10 |
| 167:1 203:19 | **viewership** | 229:24 | 256:1 270:23 |
| 204:1 205:12 | 341:13 | **von** 3:8 11:2 | 283:25 300:22 |
| 205:12,13,19 | **vigilant** 327:10 | 38:2 133:5 | 308:10 |
| 205:22 206:20 | **vining** 3:19 | 134:9 348:6 | |
| 207:20 209:25 | 11:9,9,16 | **vote** 3:12 11:13 | **w** |
| 210:1,6,7,9 | **violation** 22:3 | 32:20 41:10 | **w** 7:10,19 |
| 213:24 215:16 | 291:9 | 46:12 52:10,13 | **wait** 257:19 |
| 216:5,11,16,17 | **violent** 248:2 | 52:20 53:10 | 278:3 |
| 216:25 217:1,3 | 248:16,25 | 54:6,10 55:19 | **walking** 70:12 |
| 217:13,18,25 | 249:3 250:20 | 62:17 76:7 | 163:13 |
| 218:4,8,10,20 | **virginia** 299:16 | 79:10,23 80:9 | **walter** 38:11 |
| 218:22 219:12 | **virtual** 99:9 | 80:10 87:9 | 174:10 313:24 |
| 221:14 223:15 | **virtually** | 88:12,21 89:3 | 314:2 348:7 |
| 223:16,20 | 118:20 | 89:24 95:10,11 | **want** 54:5 |
| 226:23 256:9 | **virtue** 88:24 | 95:16 96:22 | 55:17 62:19 |
| 284:17 285:23 | **visible** 42:18 | 191:21 198:3 | 88:7 93:21 |
| 286:9,10,10,13 | **vision** 151:7 | 198:25 207:19 | 95:3 96:25 |
| 286:21 297:16 | | 251:6 256:3 | 97:18 98:21 |
| | | | 114:16,20 |

| | | | |
|---|---|---|---|
| 118:6,8 119:5 | **wants** 46:15 | 62:14 64:25 | 278:17,18 |
| 120:25 136:15 | 182:1 | 66:20,24 67:5 | 279:8,13,17 |
| 154:10,13,16 | **war** 47:8 | 68:5 69:16 | 286:20 287:10 |
| 160:24 175:17 | **warning** | 70:1,14,17 | 294:9 298:11 |
| 186:24 188:11 | 317:10 | 76:7,11 81:6 | 304:25 308:8 |
| 188:12,24 | **warranting** | 81:12 83:21 | 308:12 309:3 |
| 190:5 198:23 | 233:11 | 95:4 96:13 | 315:7 318:1 |
| 199:20 204:4 | **washington** | 99:6 100:13 | 319:18,20 |
| 206:14 217:11 | 38:12 233:22 | 102:5 106:9 | 324:4 326:4 |
| 218:16 219:6 | 238:1 291:8 | 107:22 117:10 | 330:2 331:24 |
| 220:19,21,23 | 314:5 | 119:6 130:14 | 332:22 333:9 |
| 221:10,13,14 | **watch** 46:20 | 130:23 134:13 | 334:8 337:23 |
| 221:17,19 | 178:20 184:5 | 135:7 142:2 | 339:8 343:5,9 |
| 222:2,2 223:6 | 201:17 212:22 | 151:15 158:7 | 346:11,22 |
| 224:1 245:10 | 213:23 220:23 | 160:18 161:23 | 349:9 351:7 |
| 256:11 287:14 | 285:18 323:25 | 162:4 163:18 | **ways** 82:14 |
| 291:14 324:11 | **watched** 180:2 | 169:20 176:21 | 105:9 218:19 |
| 332:10 336:24 | 201:18 212:12 | 183:2 188:16 | 220:12 261:9 |
| 337:20,22 | 212:24 213:2 | 188:18 194:24 | 266:6,6 294:6 |
| 338:16 339:16 | 213:13 227:3 | 206:4,16 | 304:2 |
| 345:21 346:20 | 273:10 | 207:22 208:22 | **we've** 65:5 |
| 352:23 354:13 | **watching** 162:7 | 213:16 217:17 | 74:11 77:7 |
| 357:16 | **water** 80:16 | 218:21 219:2 | 85:20 131:9 |
| **wanted** 77:6 | 81:18 | 222:5 230:8 | 139:22 196:3 |
| 87:20 94:13 | **water's** 173:8 | 238:5 241:23 | 198:19 221:21 |
| 95:21 115:6,11 | 173:11 176:8 | 241:24,25 | 266:20 303:19 |
| 115:13 120:15 | 176:22 260:14 | 243:19 246:1,2 | 304:15 306:2 |
| 122:2 123:10 | **waters** 97:18 | 251:7,10 252:6 | 356:23 |
| 187:5 190:23 | 97:21 98:25 | 261:8 262:16 | **weapon** 246:13 |
| 231:3 240:23 | 105:3 | 263:14 264:7,9 | **wearing** 268:17 |
| 241:13 246:25 | **way** 12:16 | 267:21 268:1 | 268:21,22 |
| 247:9 281:3 | 22:20 27:7 | 268:18,22 | 303:7 |
| 326:3 337:17 | 32:4,5 43:8 | 272:24 274:10 | **website** 221:16 |
| **wanting** 75:10 | 46:19 47:18 | 274:16 275:11 | 247:7 250:17 |
| | 48:11,11 62:9 | 275:12 276:2 | 250:25 271:3 |

| | | | |
|---|---|---|---|
| **websites** 155:16 | **white** 331:13 | 27:13 69:4 | 249:13 251:2,9 |
| **wednesday** 7:2 142:18 | **whoa** 262:13 265:13 | 141:6 148:17 360:8 361:8,10 | 251:24 252:8 252:10 273:2 |
| **week** 212:24 | **wholesaler** 322:23 | 361:12,18 | 275:2 276:5,17 |
| **weeks** 213:13 318:9 340:23 341:11 | **wholesalers** 323:9 | **woman** 36:10 184:22 | 289:6 292:6 300:9,10,24 |
| **weighed** 128:12 | **whoops** 28:18 336:9 | **women** 195:23 312:3,9 | 302:13 307:16 311:1 334:12 |
| **weight** 13:13 | **wide** 77:17 | **won** 81:23 82:1 | 335:24 337:13 |
| **weird** 335:5 | **widening** 79:10 | **wonder** 169:20 | 346:8 351:9 |
| **welcome** 154:18 187:19 | **widespread** 75:18 260:10 | **woodlands** 12:17 72:11 | **work** 21:20 23:14 40:3 |
| **welcomed** 154:10 | **wife** 18:5 20:15 62:11 | 73:10 74:14,16 115:3 | 41:9 44:20 47:13,18,20 |
| **wells** 222:8 350:5 | **wild** 165:5 | **word** 50:14 80:12 87:17 | 48:12,16,18 49:2 50:15,16 |
| **went** 63:4 68:3 69:15 98:14,15 | **willing** 199:15 222:3 | 114:19 130:25 131:2 138:1 | 50:18 53:7 54:9,14,14,17 |
| 98:16 121:22 151:4 158:7 | **window** 101:8 | 139:23 189:9 224:1 227:4,7 | 57:11,14,15 62:18 63:6 |
| 165:15 241:19 242:1 247:6 | **windows** 75:21 | 253:2 276:2 295:5 343:3 | 76:10 78:24 87:23 97:14 |
| 250:16 294:9 303:21,21 | **wing** 168:11 232:20,25 | **wording** 205:8 | 104:14 107:5 107:23 108:20 |
| 327:8 336:21 355:25 357:20 | 248:16 300:1 300:17,18,19 | **words** 42:17 52:4,5 65:13 | 112:25 113:25 122:16 131:1,2 |
| **west** 3:5 | 308:7 | 75:24 77:16 81:12 83:22 | 131:8 133:17 133:24 134:1,3 |
| **wether** 124:23 | **winner** 82:5 | 113:6,23 122:2 123:21 136:9 | 134:6 137:10 137:10,11,12 |
| **where'd** 209:22 | **wisconsin** 171:19 | 138:15 147:4 152:15 158:12 | 156:13,22 157:5 162:22 |
| **whistleblower** 119:3,16,17 | **wish** 120:9 | 162:12 175:15 178:17 179:21 | 207:23 242:13 245:20 293:16 |
| **whistleblowers** 119:2,4 | **withdraw** 313:16 | 181:16 190:3 241:25 242:9 | 295:22 348:10 |
| | **withdrawn** 304:12 | | |
| | **witness** 2:2,13 5:2 11:24 12:2 | | |

| | | | |
|---|---|---|---|
| **worked** 33:21 | **written** 97:11 | 160:21 162:1 | 83:7 111:4 |
| 33:23 39:16 | 125:14 171:21 | 163:1 168:13 | 138:22 154:24 |
| 42:9 58:12 | **wrong** 48:23 | 170:13,13 | 160:1,6 185:13 |
| 173:6 194:6 | 83:21 139:23 | 172:25 201:24 | 192:25 204:1 |
| **workers** 69:18 | 181:8 261:6 | 211:17 213:15 | 204:17 237:8 |
| 285:6 | **wrongdoing** | 217:10 225:25 | 281:5 342:15 |
| **working** 44:19 | 154:5 259:21 | 227:5 233:13 | 352:8,18 |
| 69:20 122:12 | **wrote** 103:23 | 237:23 238:3 | **york** 3:4,5 |
| 122:13 266:16 | 292:18,25 | 239:18 240:6 | 309:25 360:22 |
| 267:6 301:9 | **x** | 243:13 250:9 | 360:23 |
| **workings** | | 250:19 253:8 | **young** 343:5 |
| 228:10 | **x** 229:24 | 256:21 267:19 | **youtube** 324:2 |
| **works** 161:1 | 259:10 | 270:6 271:16 | **yuma** 102:25 |
| 245:19 318:1 | **xeroxed** 309:19 | 272:23 275:23 | 131:11,13 |
| **world** 43:3 | **y** | 289:20 290:1 | **z** |
| 44:4 77:5 | **yeah** 18:7 | 291:16,21 | |
| 122:7 248:4 | 26:24 30:13 | 292:11 296:11 | **zoom** 7:2 |
| 250:21 | 31:1 52:17,18 | 301:11 308:24 | **zooming** 305:5 |
| **worried** 207:18 | 53:19 55:9,15 | 311:25 314:16 | |
| 208:5 | 56:13 57:7 | 315:1,3 321:19 | |
| **worth** 130:6 | 61:10,12,23 | 323:21 328:2,6 | |
| 276:11 | 70:24 73:9 | 328:10 331:20 | |
| **worthy** 234:17 | 82:24 89:22,22 | 332:10 336:9 | |
| **wow** 66:25 | 94:21 98:23 | 344:12 347:16 | |
| 244:25 336:9 | 100:3,9,17 | 350:8 357:4 | |
| **write** 293:3 | 103:17 104:13 | **year** 22:12 | |
| 294:10,12,13 | 109:10 111:12 | 46:13 295:10 | |
| 295:2,4,5 | 120:7 126:22 | **years** 41:11 | |
| 308:19,21 | 126:24,24,25 | 42:20 46:21 | |
| **writer** 19:5 | 127:25 134:18 | 198:20 | |
| **writing** 19:19 | 139:4,11,16 | **yep** 110:14 | |
| 167:19 253:7 | 143:23 147:16 | 205:3 235:18 | |
| 290:4 293:24 | 149:21 153:21 | **yesterday** | |
| 294:1,4 295:1 | 153:21,22 | 17:22 18:18,24 | |
| 308:20 350:16 | 154:6 155:6 | 34:16,19,23 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.