# EXHIBIT 16

| | |
|---|---|
| From: | Catherine Engelbrecht |
| Sent: | Tuesday, November 23, 2021 12:15 AM EST |
| To: | Debbie D'Souza |
| Subject: | Trafficking overview |
| Attachments: | TTV Trafficking Overview.pdf |

Debbie -

Would you please take a look at the attached and let me know if this will work?

Thank you so much -
Catherine

--


CATHERINE
ENGELBRECHT
CEO & Founder

catherine@truethevote.org
(+1) 713 401 6017
www.truethevote.org

   

PO Box 3109 #19128
Houston, TX 77253-3109
713-401-6017

CONFIDENTIAL