# EXHIBIT 19

This Exhibit Is Being Filed Provisionally Under Seal