# EXHIBIT 20

This Exhibit Is Being Filed Provisionally Under Seal