# EXHIBIT 23

This Exhibit Is Being Filed Provisionally Under Seal