# EXHIBIT 24

This Exhibit Is Being Filed Provisionally Under Seal