# EXHIBIT 25

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 41 | Date Range: 4/5/2022 - 4/6/2022 |

## Outline of Conversations



**CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/04/06** • 41 messages between 4/5/2022 - 4/6/2022 • Catherine Engelbrecht <+ **Redacted** > • Debbie D'Souza < **Redacted** > • Gregg Phillips <+ **Redacted** >

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/04/06**

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/5/2022, 7:35 PM
1) the correct verbiage for police video
2) The video that goes along with it
3) emails and phone numbers of invitees

Am I missing anything?

CE   **Catherine Engelbrecht** <+ Redacted >                  ► 4/5/2022, 7:44 PM
4) correct average number of dropboxes

Are you able to use the emails that were sent to corroborate the cop story? Good either way, just curious

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/5/2022, 7:46 PM
I'm not sure on the emails simply if they are too hard to read for viewers then maybe not. I'll let Nathan decide
cinematically what works best. He did say he really wants that video that corresponds to what cop is saying so he can
make that even more visually appealing

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/5/2022, 7:48 PM
Also, if you have people that want to rent a theater - we need those names . We are only rendering AMC's and
Cinemarks because we have a deal with them so they have to go through that channel . Once we have that up and
running it's just a matter of sending them a link in their area and hopefully there's one close by to them

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/5/2022, 8:12 PM
Yes!

CE   **Catherine Engelbrecht** <+ Redacted >                  ► 4/6/2022, 2:22 PM
We are wrapping up meetings for the day and will now start knocking out our to-dos

1) cop wants to be called a whistleblower. He is now terrified of losing his job. Boss is a leftist. So script could look like:

"I wondered, were there any Republicans who DID know? Investigative journalist Heather Mullens, interviews a
whistleblower hired by the National Republican Senatorial Committee."

CE   **Catherine Engelbrecht** <+ Redacted >                  ► 4/6/2022, 2:25 PM
2) the video they sent is, to be blunt,  a shit show.  They only sent a fraction of the video and clipped the dates and
times that corroborate with the cop.

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/6/2022, 2:27 PM
Send anyway - let's see what we can do with it

GP   **Gregg Phillips** <+ Redacted >                         ► 4/6/2022, 2:28 PM
Send what?

GP   **Gregg Phillips** <+ Redacted >                         ► 4/6/2022, 2:28 PM
The disk?

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/6/2022, 2:28 PM
Video - aren't we trying to include that with Mullins interview ?

DD   **Debbie D'Souza** < Redacted >                          ◄ 4/6/2022, 2:29 PM
We thought that would help that interview be a little more interesting and cinematic

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 2:29 PM
It doesn't have to have time codes

CE    **Catherine Engelbrecht** <+[ Redacted ]>                                   ► 4/6/2022, 2:31 PM
The less screen time for Heather the better. I love her but she looks dead.

GP    **Gregg Phillips** <+[ Redacted ]>                                          ► 4/6/2022, 2:32 PM
We just received the raw data. We have only been able to open a few minutes of it. It will take a least a day and finding
the stuffers is likely not going to happen. The known times and dates were excluded.

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:29 PM
Too bad ! Would have really added

CE    **Catherine Engelbrecht** <+[ Redacted ]>                                   ► 4/6/2022, 3:30 PM
Gregg is working with team to see what else can be easily sent as filler

GP    **Gregg Phillips** <+[ Redacted ]>                                          ► 4/6/2022, 3:31 PM
We have looked through several hours. Only seen three voters.

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:32 PM
👩🏻lol

CE    **Catherine Engelbrecht** <[ Redacted ]>                                    ► 4/6/2022, 3:41 PM
Gregg can we point them to another folder to show trafficking again … maybe the one guy that votes 10+

GP    **Gregg Phillips** <+[ Redacted ]>                                          ► 4/6/2022, 3:42 PM
They have that entire folder.

CE    **Catherine Engelbrecht** <[ Redacted ]>                                    ► 4/6/2022, 3:46 PM
K. My recommendation is to grab another video and play it in the background

CE    **Catherine Engelbrecht** <+[ Redacted ]>                                   ► 4/6/2022, 3:46 PM
To cover up Heather

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:51 PM
Dinesh says we can do some movie magic on her and turn her into Tyra Banks!

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:51 PM
😂

GP    **Gregg Phillips** <+[ Redacted ]>                                          ► 4/6/2022, 3:52 PM
As opposed to morticia Adams

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:52 PM
👩🏻😂

GP    **Gregg Phillips** <+[ Redacted ]>                                          ► 4/6/2022, 3:52 PM
Attached URL: https://p35-
content.icloud.com/M4BE10519FAFF8D33AD46C35220FF4FEE1D3F315FBAB2711B15F6359A4F6BE129.C01USN00
Attachment Title: IMG_9873.heic

*Attachment: IMG_9873.heic (12 KB)*

DD    **Debbie D'Souza** <[ Redacted ]>                                           ◄ 4/6/2022, 3:53 PM
Laughed at an image

Confidential

GP    **Gregg Phillips** <+ [Redacted] >                                          ▶ 4/6/2022, 3:53 PM
Or Lilly Munster

GP    **Gregg Phillips** <+ [Redacted] >                                          ▶ 4/6/2022, 3:53 PM
Attached URL: https://p37-
content.icloud.com/M4BE10519FAFF8D33AD46C35220FF4FEE1D3F315FBAB2711B15F6359A4F6BE129.C01USN00
Attachment Title: IMG_3674.heic

*Attachment: IMG_3674.heic (12 KB)*

DD    **Debbie D'Souza** < [Redacted] >                                          ◀ 4/6/2022, 3:53 PM
Laughed at "Or Lilly Munster"

DD    **Debbie D'Souza** < [Redacted] >                                          ◀ 4/6/2022, 3:53 PM
Laughed at an image

GP    **Gregg Phillips** <+ [Redacted] >                                          ▶ 4/6/2022, 3:53 PM
#justsayin

DD    **Debbie D'Souza** < [Redacted] >                                          ◀ 4/6/2022, 3:53 PM
Loved "#justsayin"

DD    **Debbie D'Souza** < [Redacted] >                                          ◀ 4/6/2022, 3:54 PM
You'll really like the new footage we added in one of the scenes of you and Catherine . You are pointing to the US map

GP    **Gregg Phillips** <+ [Redacted] >                                          ▶ 4/6/2022, 3:56 PM
Can dinesh do some movie magic to prevent this guy

GP    **Gregg Phillips** <+ [Redacted] >                                          ▶ 4/6/2022, 3:56 PM
Attached URL: https://p44-
content.icloud.com/M4BE10519FAFF8D33AD46C35220FF4FEE1D3F315FBAB2711B15F6359A4F6BE129.C01USN00
Attachment Title: IMG_8352.heic

*Attachment: IMG_8352.heic (11 KB)*

GP    **Gregg Phillips** < [Redacted] >                                          ▶ 4/6/2022, 3:57 PM
I don't know who he is but we are close to same weight anyway

DD    **Debbie D'Souza** < [Redacted] >                                          ◀ 4/6/2022, 4:08 PM
😂😂😂😂

CE    **Catherine Engelbrecht** <+ [Redacted] >                                  ▶ 4/6/2022, 4:53 PM
4) correct average number of drop boxes - 38

Confidential