# EXHIBIT 26

Case 1:22-cv-04259-SDG   Document 252-1   Filed 12/20/24   Page 1 of 6

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 56 | Date Range: 1/8/2022 - 1/9/2022 |

## Outline of Conversations

  **a45595ba3f99115ae7052bc1c95882061a604918f6b220ec9811a6e220305ba6** • 56 messages between 1/8/2022 - 1/9/2022 • + Redacted • + Redacted • + Redacted • Me

Confidential
DDR-00066574

**Messages in chronological order** (times are shown in GMT -06:00)

 **a45595ba3f99115ae7052bc1c95882061a604918f6b220ec9811a6e220305ba6**

# | Redacted | 1/8/2022, 6:02 PM

From Catherine:

We've written and called Nathan. He has access to 70+ videos in a Dropbox, organized by type in separate folders. John David is available to review with Nathan, then will deliver the original videos directly to him

# | Redacted | 1/8/2022, 11:28 PM

Awesome will look over in morning

# | Redacted | 1/9/2022, 12:25 PM

Do we need to do a zoom call this afternoon ?

# | Redacted | 1/9/2022, 12:25 PM

Let us know once you have access to the footage etc..

# | Redacted | 1/9/2022, 12:31 PM

Nick says he has date w gf. Could do later tonight. But I'm game to confirm plan for shoot and what we need to finalize this week. Also nail down how to finish trailer this week.

# | Redacted | 1/9/2022, 12:31 PM

We don't need Nick for this

# | Redacted | 1/9/2022, 12:32 PM

We are back on podcast schedule so we are going to go to bed early

# | Redacted | 1/9/2022, 12:33 PM

Agreed

M | Me | 1/9/2022, 12:33 PM

I'd like to go over trailer and set form schedule. We lose a LOT if someone else figures out a way to release a mule video. We no longer own the story.

M | Me | 1/9/2022, 12:33 PM

A firm schedule

# | Redacted | 1/9/2022, 12:33 PM

Great!!

# | Redacted | 1/9/2022, 12:34 PM

I'm free so you guys pick best time. I'm doing mock up of title treatment for trailer now

# | Redacted | 1/9/2022, 12:34 PM

Does 4pm CST work?

# | Redacted | 1/9/2022, 12:34 PM

I'll send zoom invite

# | Redacted | 1/9/2022, 12:36 PM

I can earlier, before 3est

\# + Redacted 1/9/2022, 12:36 PM
Yes. Great

\# + Redacted 1/9/2022, 12:37 PM
Ok

\# + Redacted 1/9/2022, 12:37 PM
I reviewed all the footage they gave me. Pretty self explanatory

\# + Redacted 1/9/2022, 12:37 PM
I think I should share it all with you guys via DB link

\# + Redacted 1/9/2022, 12:38 PM
Ok let's do it at 1:30 CST. It shouldn't take that long.
Nathan, I'm not sure if that's a good idea . Let's discuss

\# + Redacted 1/9/2022, 12:39 PM
We need to pick one for Houston shoot to make out drop box prop based on and get actor. Maybe Nathan can describe and then send screen shots of best 2 for us to pick one

\# + Redacted 1/9/2022, 12:39 PM
At least a few mule vids so I can be sure I'm choosing the best one

\# + Redacted 1/9/2022, 12:40 PM
Can you do screen shot so video doesn't get out there

\# + Redacted 1/9/2022, 12:42 PM
Maybe describe what we think is best for trailer. I have black, white, fat, male, female, doing drops

\# + Redacted 1/9/2022, 12:42 PM
Even a guy with a dog

\# + Redacted 1/9/2022, 12:43 PM
My vote is for lots of ballots and returning to take photo

\# + Redacted 1/9/2022, 12:44 PM
That's the whole reason for the secrecy Nathan and why they couldn't send you footage that way

\# + Redacted 1/9/2022, 12:44 PM
Very imperative that this footage doesn't leak in any way shape or form

\# + Redacted 1/9/2022, 12:45 PM
They sent me the footage via Dropbox

\# + Redacted 1/9/2022, 12:45 PM
Which is very secure

\# + Redacted 1/9/2022, 12:46 PM
They did ? I thought they were physically going to send it to you ?

\# + Redacted 1/9/2022, 12:46 PM
*give

\# + Redacted 1/9/2022, 12:47 PM
No

\# + Redacted 1/9/2022, 12:47 PM

We will release on world w this trailer. We just need to limit. Is there one where we see more than one ballot and he returns to take photo

\# **Redacted** 1/9/2022, 12:48 PM
I didn't see anyone return to take pic. But yes there are multi ballot drops

\# **Redacted** 1/9/2022, 12:48 PM
Great

\# **Redacted** 1/9/2022, 12:48 PM
They just take a selfie

\# **Redacted** 1/9/2022, 12:49 PM
That works. Any hoodies? Something easy to copy in Houston

\# **Redacted** 1/9/2022, 12:49 PM
Gregg also emailed a clip

\# **Redacted** 1/9/2022, 12:49 PM
Where we see drop box

\# **Redacted** 1/9/2022, 12:49 PM
I think one of the mules in Georgia was wearing a black hoodie

\# **Redacted** 1/9/2022, 12:53 PM
It's a gray hoodie and not pulled up

\# **Redacted** 1/9/2022, 12:53 PM
Nobody looks like they are trying to conceal their ID

\# **Redacted** 1/9/2022, 12:54 PM
Did you see the black hoodie guy?

\# **Redacted** 1/9/2022, 12:54 PM
That was a Georgia mule

\# **Redacted** 1/9/2022, 12:54 PM
No

\# **Redacted** 1/9/2022, 12:54 PM
Can you ask Gregg?

\# **Redacted** 1/9/2022, 12:55 PM
You sure it exists

\# **Redacted** 1/9/2022, 12:55 PM
Black might eat the light.

\# **Redacted** 1/9/2022, 1:30 PM
I started the meeting on zoom

\# **Redacted** 1/9/2022, 1:30 PM
Ok now I see you

\# **Redacted** 1/9/2022, 3:04 PM
From Catherine on trailer :

Awesome. I can't stress enough how important details will be in all of this. It may seem over the top and broadly irrelevant for me to want to see it, but lots of tiger traps are awaiting our misstep.

\# **Redacted**  1/9/2022, 3:05 PM

She wants to make sure the trailer is accurate

\# **Redacted**  1/9/2022, 3:11 PM

And further :

Forewarning… I will almost certainly become a pain about them language and context. Example, we can't say that the ballots were illegal. We can say they appear to be illegally cast. It's maddening that we've let the left contort our election processes to the point that there is very little that's clear about anything. There's always an exception, always a lawyer's paradise. It's. Such. A. Joke.

\# **Redacted**  1/9/2022, 3:14 PM

She's going to approach Tucker and tell him we will have trailer on Monday 17th.. they will have to run it through legal beforehand

\# **Redacted**  1/9/2022, 3:46 PM

From Catherine :

Tucker is good to go, but they will definitely need to see the trailer first. Asked if there was any possible way to get it to them this week. I said I didn't think so but would try and would keep him updated.

Confidential