# EXHIBIT 27

| | |
|---|---|
| From: | Catherine Engelbrecht |
| Sent: | Saturday, January 15, 2022 10:54 AM EST |
| To: | Debbie D'Souza |
| Subject: | Re: Draft Teaser trailer |

Our recommended edits

1) rather than name the NGO's in the graphics let's refer to them as NGO #1, NGO#2 etc

2) Geospatial should be all one word

3) recommend fully spelling state names

4) total number of times the guy went to Dropboxes is 53 drops (I think the trailer draft states 30 times)

5) if at all possible, we'd like to replace the map graphic with another of our clips that uses Google Earth Studio (showing drop points and NGO locations). We know this may be a stretch, but thought we'd ask.

Again - great job!!! Super exciting!!!!


On Fri, Jan 14, 2022 at 5:09 PM Debbie D'Souza <​████████████​> wrote:

Here is the preliminary teaser trailer. It's not complete. It still needs graphics and music which will be added this weekend and then Dinesh will go into studio and do professional voice over. Right now it has temp music and graphic place holders.

More importantly, we want you to look at the "language" to make sure you are comfortable with it so we can send it to the graphic guy and don't have to change it after the fact.

PLEASE do not forward link to anyone else. It will be taken down tonight for security.

Call us with any thoughts after you view it.

https://www.dropbox.com/s/7ysv7fd8yf4ng52/muleTEASERv7.mp4?dl=0


Thanks!
Debbie

PLAINTIFFS DEP
41
18-Sep-2024
M. Schneider, CSR, RPR