# EXHIBIT 30

LOADING 0%

CONFIDENTIAL                                                                                     MA-0000111



## FROM PRESIDENT

## DONALD J. TRUMP

"Highly respected Dinesh D'Souza, working together with Catherine Engelbrecht of True the Vote, just released a trailer to their new movie, "2,000 Mules," that shows the world exactly how the 2020 Presidential Election was Rigged and Stolen. The movie exposes the lies of the Democrats, RINOs, and Fake News who say it was the "most secure election in history." It was, perhaps, the least secure in history. The ballot box was stuffed, and stuffed like never before—and it's all on video. Ballots were trafficked and sold in a massive operation in each Swing State. The evidence is so damning, what will the cowards who sat and did nothing about the stolen election say now? The way our votes were taken away is a disgrace to our Nation. It must be fixed."



THEY THOUGHT WE'D NEVER FIND OUT.

# THEY WERE WRONG.

D'Souza Media LLC presents a film produced by Dinesh D'Souza. Music by Bryan E. Miller. Featuring Catherine Engelbrecht, Gregg Phillips, Dennis Prager, Charlie Kirk, Dr. Sebastian Gorka, Eric Metaxas, Larry Elder. Written and directed by Dinesh & Debbie D'Souza, Bruce Schooley. Executive Producers: True The Vote, Salem Media Group, Inc.

# 77%
## OF VOTERS

CONFIDENTIAL                                                                                                                MA-0000113

# SORRY, FACT-CHECKERS

77% of Likely U.S. voters who have seen "2000 Mules" say the movie strengthened their conviction that there was systematic and widespread election fraud in the 2020 election.

**View Poll Details on Rasmussen Reports**

# THE LATEST

2022-03-22
2022-04-18
2022-04-23
2022-04-23
2022-04-24
2022-04-25
2022-04-28
2022-05-02
2022-05-02
2022-05-02
2022-04-30
2022-05-02

CONFIDENTIAL                                                                 MA-0000114

Paul Bond, NEWSWEEK:

"After Joe Biden beat Donald Trump to become the nation's 46th president, the Department of Homeland Security declared that the 2020 election was "the most secure in American history." But conservative filmmaker Dinesh D'Souza is likely to set off a new firestorm with a documentary using video he says was obtained through open-records requests that allegedly shows "mules" stuffing ballot boxes."

[Read article on Newsweek](#)

"2000 Mules," a documentary film created by Dinesh D'Souza, exposes widespread, coordinated voter fraud in the 2020 election, sufficient to change the overall outcome. Drawing on research provided by the election integrity group True the Vote, "2000 Mules" offers two types of evidence: geotracking and video, exposing an elaborate network of paid professional operatives called mules delivering fraudulent and illegal votes to mail-in dropboxes in the five key states where the election was decided.

Matt Boyle, BREITBART:

"Former President Donald Trump on Saturday evening played the trailer of the forthcoming explosive documentary "2000 Mules" which reveals a wide scale ballot trafficking network of ballot harvesters across several swing states. Trump played the trailer at the rally where he is campaigning with J.D. Vance, the candidate he endorsed for U.S. Senate in this year's Ohio GOP Senate primary."

[Read article on Breitbart](#)

GATEWAY PUNDIT:

"They thought we'd never find out. They were wrong."

[Read article on Gateway Pundit](#)

Miranda Devine, NEW YORK POST:

"Now pesky evidence is starting to emerge of systematic schemes to subvert the electoral process — which must not be allowed to happen again if we are to restore faith in elections. The most compelling evidence to date has emerged in "2000 Mules," the upcoming documentary by conservative filmmaker Dinesh D'Souza, who draws on research by election integrity group True The Vote to expose suspicious ballot harvesting."

[Read article on New York Post](#)

Dinesh D'Souza discusses his new film 2000 Mules on Morning Answer

[Watch it now](#)

Dinesh interviews with Mark Levin on The Mark Levin Show Podcast

[Listen now](#)

Dinesh D'Souza's '2000 Mules': Ballot trafficking exposé has the evidence; can it get a hearing? [Read article on Just The News](#)

New Film Alleges 2020 Was Stolen, 2000 Felonies Prove It [Read article on Town Hall](#)

Dinesh D'Souza Talks "2,000 Mules" on The Newsmax Daily Rob Carson Show

Podcast

[Listen now](#)

Exclusive — Dinesh D'Souza: Latest Film Contains 'Smoking Gun' on How Ballot Harvesting Manipulated the 2020 Election [Read article on Breitbart](#)

Democrat Voter Fraud: Dinesh D'Souza Talks About His New Film '2,000 Mules' on Houston's Morning News with Shara & Jim

[Listen now](#)



## GET THE LATEST UPDATES

No spam. Only the important stuff

Enter your email...

**GET UPDATES**

YOU HAVE BEEN SUCCESSFULLY SUBSCRIBED

**TRUE**THE**VOTE**

RESEARCH FOR THIS
MOVIE IS PROVIDED BY
TRUE THE VOTE

TO LEARN MORE ABOUT
DINESH D'SOUZA
CLICK HERE

BUY DVD

PREORDER BOOK

WATCH ONLINE

CONFIDENTIAL                                                              MA-0000117

LATEST NEWS

QUESTIONS? EMAIL US



Privacy Policy  |  D'Souza Media

Copyright: © 2022 D'Souza Media. All rights reserved.

Crafted by Goel Strategies