# EXHIBIT 31



| | |
|---|---|
| Document title: | 2000 Mules Extended Trailer - A Film On Election Integrity - Charlie Kirk |
| Capture URL: | https://salemnewschannel.com/watch/2000-mules-extended-trailer-a-film-on-election-integrity-charlie-kirk-6266e365bbf5b900010a0ccc |
| Page loaded at (UTC): | Wed, 27 Mar 2024 18:00:42 GMT |
| Capture timestamp (UTC): | Wed, 27 Mar 2024 18:01:26 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 3 |
| Capture ID: | i28fd87pdbofab4EVFEvKu |
| User: | wdeffo |

PDF REFERENCE #:     hUUgnYDmLmyiy65EMuidpA

PDSA-0001420



## 2000 Mules Extended Trailer - A Film On Election Integrity - Charlie Kirk

**Charlie Kirk**
On Demand Anytime

[+ Subscribe]  [→ Share]

Coming soon! The long-awaited film by Dinesh D'Souza in partnership with True The Vote.

### Get today's best conservative news delivered to your inbox.

The breaking stories you're looking for. The answers you need.

[Email Address]

**Send Me the News**

Plus email updates and offers from Salem News Channel. Terms

### Most Popular Videos Rig[ht Now]


Investigators
Baltimore Br[idge]


DENNIS PRAG[ER]
Banning ter[m]


Joel James Fr[...]
Preview The


Trump Prom[o]


BRANDON TA[TUM]
Saying "Chri[st]"


ANDREW WIL[KOW]
Trump did no[t]


HUGH HEWIT[T]
Fmr. Israeli A[...]
Finish The Jo[b]







