# EXHIBIT 32

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ✕

  

# 2000 Mules: Extended Trailer

 **TruetheVote**
April 23, 2022
673,682 Views

SUBSCRIBE    JOIN 



   1.64K rumbles

EMBED ↗    SHARE



 Enjoyed this video? Join my Locals community for exclusive content at truethevote.locals.com!

CONFIDENTIAL                                                                                    MA-0000484

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ✕

  

Be sure to SUBSCRIBE to this channel. There's much more to come.

SIGN IN TO SEE 143 COMMENTS





**"The Art Of Being Chill" Will CHANGE Your Dating Life...**

Dre Drexler



**Episode 1070: Aftermath**

Revenge of the Cis



**REAL D1 Hoopers GOT PISSED & DROPPED OFF At The Park...**

Professional Basketball

CONFIDENTIAL                                                                                      MA-0000485

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**                    ✕

 rumble                                                    🔍          


Sekulow Brothers Podcast



**Protests Break Out In Europe: Cold Winter Coming**

○  The Ron Paul Liberty Report

30m05s



**Is Biden Repeating Obama's Mistakes?**

○  American Center for Law and Justice

59m23s



**Watch CNN Host Don Lemon Get Put in His Place by Hurricane…**

○  The Rubin Report

46m52s



**lofi hip hop radio - beats to relax/study to**

○  Lofi Girl
**322 watching**

LIVE



**Thursday LIVE: Biden Sundown Moments, Nordstream Updates,…**

○  Styxhexenhammer666

54m29s

CONFIDENTIAL                                                                          MA-0000486

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ✕

  



2h57m21s

DEVELOPERS    OUR APPS    ABOUT US    CAREERS    ADVERTISING

Terms & Conditions    Privacy Policy    Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL    MA-0000487