# EXHIBIT 33

      

 **True The Vote**
April 23

See the extended trailer for True the Vote's '2000 Mules', produced by Dinesh D'Souza. To get more movie information check out 2000Mules.com . To donate to True the Vote got to https://true-the-vote.Revv.co/rd_donate . Support election integrity for all Americans!



1K   155 Comments   914 Shares

Like   Comment   Share

Most relevant

Write a comment...

**Kathleen McMahon Dosiak**
Get rid of Romney, McConnell, McCarthy and the rest of the rinos. Ballot boxes need to be banned. Big Tech needs to be banned from interfering in elections. All who vote show ID.

Like   Reply   22w   31

**Mary Lynne Davis**
Mules are illegal and it is organized crime which was committed by the democratic party.

Like   Reply   22w   37

2 Replies

**James Maynard**
We need to fix the 2020 election or we won't have a country

     
 **Paul Brown**
We have to fix the 2020 fraud before we can worry about 2022 and 2024.

Like   Reply   22w                                           12

 **Marie Hughes**
Stolen elections have catastrophic consequences. #TrumpWon

Like   Reply   22w                                           46

 7 Replies

 **Paul Brown**
How can we get these democrats in jail! They have destroyed the country. They have not only endangered America but put the world at risk.

Like   Reply   22w                                           15

**Frank Castle**
I heard some people voted in order to further their own interests even! Please see that they get punished! If we still had President Trump, we could at least count on him to do things his own way that best suited him! Please make America Great Again!

Like   Reply   22w                                           17

 1 Reply

**William R. Adams Jr.**
FB practicing to be part of the Biden's censorship bureau

Like   Reply   21w                                           6

 1 Reply

 **Jackie Piercey Morgan**
He tells America right to your face and why aren't you paying attention. He said he would cut our oil supplies, blow our taxes through the roof, dramatically increase the inheritance tax, and so on. Why aren't you paying attention?

Like   Reply   22w                                           17

2 Replies

 **Chris Dihrberg**
I know of 3 different people in PA that didn't get their ballets in the mail , and when all 3 inquired about it they were told they did vote. The whole thing is just bad.

Like   Reply   22w                                          



**Steven Brown**
Every Democrat (and every other American) NEEDS TO SEE THIS EVIDENCE !!!

Like   Reply   20w                                         👍❤️ 2

**Cindy Chaplin**
The United States is NOT a democracy, we are a, CONSTITUTIONAL Republic.

Like   Reply   22w

💬 2 Replies

**Vickie Henderson**
Why isn't this all over the news ? FB? Etc

Like   Reply   22w

💬 1 Reply

**Helen T Johnson**
Fact is TRUMP WON.. KEMPY of GEORGIA, boy He made us proud!! Only KANDISS TAYLOR For GEORGIA....thank you JESUS!

Like   Reply   20w

**Denise RuLon- Clegg**
We are not a democracy DUDE, we are a REPUBLIC!

Like   Reply   22w

**Paul Hall**
True the vote, please go over to truth social also. 👍

Like   Reply   22w

💬 2 Replies

**Kevin Dorsey**
It comes to a point where they need to stop mail in voting when it can be forged or figure out a more secure way to stop this nonsense make it online only not mail in I hope this gets resolved

Like   Reply   22w

**Wayne Somers**
YEAH HE IS GOING TO TRY TO DESTROY AMERICA.!!!!!!!!!!!

Like   Reply   22w

💬 1 Reply

**Jay R Goodson**
😂 yes fact checkers, we know Biden doesn't know what

     


**Robert Randall Bagwell**
The Lord grant his mighty protection over Dinesh, True the vote

Like    Reply    21w


**Henry Hamner**
Exactly the only time I have ever heard him speak the truth

Like    Reply    22w


**Gerald Dubois**
Macron france just did the same crap & no one can prove it

Like    Reply    22w


**Jeffrey Wilson**
A lot of people nose would happen but a lot of other people don't want to hear it either way no one will do anything about it and that is a shame

Like    Reply    22w


**Joseph Fernandes**
CROOKED JOE DID NOT WIN...............

Like    Reply    22w


**Terry Sipes**
Well at least , he told the truth about that and everything else has been a lie.

Like    Reply    22w


**Jerrilyn McFarland**
Do a forensic aduiton every machine and investigate the mules.

Like    Reply    22w


**Miriam Noda**
I hope Elon buys Facebook!

Like    Reply    22w


**Fletcher Glass**
It's a real shame you didn't fill that room with left leaning commentators. The left aren't interested in media produced by the right trying to prove voter fraud.

Like    Reply    22w


**Kevin Stephenson**
Watch the movie. The "fact-checkers" are the ones lying.

Like    Reply    22w



     

**Laurie Hart**
Are u going to add theaters as my city is sold out?

Like   Reply   21w

**Kelly Tilleman**
where is the fakebook fake checkers on this one?

Like   Reply   22w

**Gayle Freeman**
So why isn't something Done?

Like   Reply   22w

**Kathryn Falletta Nichols**
Could this answer why so many illegal immigrants have been flown into various cities in the dead of night?

Like   Reply   22w

**Ken Schroeder**
As reputable that these people claim this company to be, why haven't they presented this evidence to the FBI!! Wouldn't this be considered covering up a crime?? Then you have to look at it this way Republicans are known for lying!! Deem this to be pu... See more

Like   Reply   22w

🔲 4 Replies

**Nannette Ferris**
Well the fact checkers are saying this is misinformation

Like   Reply   22w

**Kerry Barber**
Now you know that Government is organized crime and the camera's Don't lie it's just that simple. Keep voting for the Dems and you will make everyone suffer. EVERYONE

Like   Reply   22w

**Joe Watson**
Oh Know "independent fact-checkers" Are Back 🤣🤣

Like   Reply   21w

**René Routhier**
Hi, can you identify some of those mules ?

Like   Reply   22w

**Mark Barnett**
How they did it -- Go to Rumble and type in "Maria Zack" -- she has several videos on the subject.

CONFIDENTIAL                                                                                 MA-0000366

     


**Jerry Miller**
After that they put him in the basement
Like    Reply    22w


**Mary Gauthier**
This is the democrats cheering and they will try again
Like    Reply    22w


**Dale Key Key**
Truth to power
Like    Reply    22w


**David Bell**
Check it out my friend
Like    Reply    22w


**Trudy Barnhart**
I saw it on video. Mail trucks dumps ballots, Truck drivers lising loads of ballots. One trucker said when he woke up and went to his truck his load was gone!!... See more
Like    Reply    22w


**Steve Backoff**
Dinesh is mad because his buddy Trump lost.
Like    Reply    22w


**John N Lorraine Dooley**
joe war joe war
Like    Reply    22w


**William Noack**
Thank you!!!!!!
Like    Reply    22w


**Donna Nivelt**
Zelenskyy is a Deep State puppet. The war in Ukraine is a false flag to distract you from the stolen election and the Durham report. That is not to say that real people are not suffering and dying. They are. That is what the Deep State monsters do. The... See more
Like    Reply    22w


**Joey Simmons**
#TrumpWon .... Return the power
Like    Reply    22w

View 28 more comments                    50 of 94

     

 **Fact Check: Joe Biden Did NOT Admit He Put Together A 'Voter Fraud Organization' -- He Was Talking About...**
Did Joe Biden admit that he put together a &quot;voter fr...

CONFIDENTIAL	MA-0000368