# EXHIBIT 34

Case 1:22-cv-04259-SDG   Document 252-9   Filed 12/20/24   Page 1 of 4

9/30/22, 12:55 AM — True The Vote on Instagram: "Our movie '2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead. We are still hard at work and I…"

Case 1:22-cv-04259-SDG   Document 252-9   Filed 12/20/24   Page 2 of 4



Search

Log In

Sign Up



realtruethevote • Follow



**realtruethevote** Our movie '2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead. We are still hard at work and I promise you - we will not quit. If elections are not truly fair, we are not truly free.

For more information about the movie, please go to 2000Mules.com.

To help support our continued research efforts, please consider a donation in USD or Bitcoin.

Thank you all for your patience and continued support. Keep the faith. God bless America.

Ever onward -

22w

   

**3,563 views**

APRIL 23

0:00 / 3:03

Log into Instagram

Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up

CONFIDENTIAL                                                              MA-0000370

9/30/22, 12:55 AM
True The Vote on Instagram: "Our 'revile 2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead. We are still hard at work and I…"
Case 1:22-cv-04259-SDG   Document 252-9   Filed 12/20/24   Page 3 of 4



CONFIDENTIAL
MA-0000371

9/30/22, 12:55 AM True The Vote on Instagram: "Our involve 2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead. We are still hard at work and I…"

Case 1:22-cv-04259-SDG   Document 252-9   Filed 12/20/24   Page 4 of 4

# Instagram

Search                                                                    Log In    Sign Up

  

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite   Contact Uploading & Non-Users

English  © 2022 Instagram from Meta

Log into Instagram                                                         Log in
Log in to see photos and videos from friends and discover other accounts you'll love.
                                                                           Sign Up

CONFIDENTIAL                                                               MA-0000372