# EXHIBIT 35

This Exhibit Is Being Filed Provisionally Under Seal