# EXHIBIT 36

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 19 | Date Range: 4/19/2022 - 4/20/2022 |

## Outline of Conversations

💬 **CHAT - BS0000001 - 00071 - 2022/04/20** • 19 messages between 4/19/2022 - 4/20/2022 • Bruce Schooley <Redacted> • Debbie D'Souza <Redacted> • Dinesh D' Souza <Redacted> • Nathan Frankowski <Redacted>

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - BS0000001 - 00071 - 2022/04/20

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/19/2022, 7:30 PM
Attached URL: https://p33-content.icloud.com/MA6AAA27C038391AB67E65D0FC373B0794600B755C53DB4C390B48269F5C43CA4.C01USN00
Attachment Title: IMG_1360.heic

*Attachment: IMG_1360.heic (1 MB)*

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 10:49 AM
From Catherine

The call I missed yesterday was to ask that I personally confirm the changes were made to the movie. What is the best way to do this? Can we talk them through or can I view another rough cut?

Also, from my notes yesterday please make sure:

1. Bruce pixelates the cop's head/body and alters his voice, 2. removes all trace of the RAV branding in Heather's clip 3. at the end of the movies, only uses the last QR code (there were two included yesterday, only the last one is accurate)

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 10:50 AM
Apparently in the Heather Mullins interview , they want NO reference to her being a reporter for RAV. I'm guessing this is the clip that shows her before the interview

**NF** **Nathan Frankowski** <+ Redacted >  ▶ 4/20/2022, 10:51 AM
There is no visual RAV on the clip

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 10:53 AM
I think that there's a lower third on her clip before interview that says it

**NF** **Nathan Frankowski** <+ Redacted >  ▶ 4/20/2022, 10:55 AM
Attached URL: https://p53-content.icloud.com/MCBAA8DCC5B43601A322571DF1EFB3EBEDF713928BF6E754F8C127008CD175D7C.C01USN00Attachment Title: 67216295172__2E7F9DCE-E4D4-465A-AB12-1BFEFD39067C.heic

*Attachment: 67216295172__2E7F9DCE-E4D4-465A-AB12-1BFEFD39067C.heic (2 MB)*

**NF** **Nathan Frankowski** <+ Redacted >  ▶ 4/20/2022, 10:56 AM
The "outside the beltway" ?

**NF** **Nathan Frankowski** <+ Redacted >  ▶ 4/20/2022, 11:11 AM
Let me know. All changes need to final today

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 11:12 AM
We are in flight . I'll try to get all this sorted out when we get home

**BS** **Bruce Schooley** < Redacted >  ◀ 4/20/2022, 11:18 AM
I hate everything about this interview.

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 11:18 AM
I know what you mean

**DD** **Debbie D'Souza** <+ Redacted >  ▶ 4/20/2022, 11:22 AM

From Catherine on the Heather Mullins clip:

It's super minor, in the opening scene with her, it's the blue area on the lower third.

The thing is, Heather is coming to work for us. The owner of RAV is extremely litigious. There's a hint of the RAV logo on the left of the screen. I suggest we scrub it entirely. If we can't, it's prob ok, just being super cautious

**NF** **Nathan Frankowski** <Redacted>  ▶ 4/20/2022, 11:24 AM
We can't scrub, we need something there. I can zoom in a bit tho

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 11:25 AM
She thought maybe you can crop that blue lower third or blur 🙆

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 11:25 AM
I told her there are way more important things to do lol

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 11:27 AM
From C:

It would be cropping out that lower blue area that shows a portion of the RAV logo - if possible.

Of all my changes, most important is to pixelate the cops profile and slightly alter his voice

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 4:34 PM
Voice over was sent over by Brian!

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 5:56 PM
Catherine just sent the correct QR code . Two of them appeared and only one of them was the correct one. She resent that one

**DD** **Debbie D'Souza** <Redacted>  ▶ 4/20/2022, 5:56 PM
I forwarded it to you