# EXHIBIT 38

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 11/2/2022 - 11/3/2022 |

## Outline of Conversations

 **299ad75787b887e47082fdc1ff792e674d4fa4d76530c23dadc635f5b8863f38** • 4 messages between 11/2/2022 - 11/3/2022 • +Redacted • Me

**Messages in chronological order** (times are shown in GMT -05:00)

 **299ad75787b887e47082fdc1ff792e674d4fa4d76530c23dadc635f5b8863f38**

\# + Redacted — 11/2/2022, 8:00 PM
Plaintiff Andrews is among the voters that Defendants accuse of illegally depositing ballots into drop boxes. As Mr. Andrews appears on screen, during the film, Defendant D'Souza's voiceover falsely states: "What you are seeing is a crime. These are fraudulent votes." Defendants also feature
Mr. Andrews in the trailer for the film.

\# + Redacted — 11/2/2022, 8:01 PM
From lawsuit. This is the one I sent pics of

\# + Redacted — 11/2/2022, 8:02 PM
He is on screen when this is VO runs

M **Me** — 11/3/2022, 3:52 PM
https://twitter.com/variety/status/1588272136916869120?s=42&t=5NVIQqAtMRYAwZczdSllJg

*Attachment: BAC22CF7-93F5-4445-863C-428F1CC149A1.pluginPayloadAttachment (719 bytes)*