# EXHIBIT 39

## OFFICE OF THE SECRETARY OF STATE



### STATEMENT FORM

File Number: _____  File Name: GW  SEB-2022-038
Date: 5/2/2022   Time: 11:56   Place: RESIDENCE

I voted ballots for my family that lives with me.

Sworn and subscribed to before me in
Suwanee, Georgia, this
2 Day of May, 2022

Notary Public /s/

DANA C. DEWEESE
Notary Public, Georgia
Cobb County
My Commission Expires
March 07, 2026

Signature: /s/ Mark D. Andrews
Printed Name: MARK D. ANDREWS

Page 1 of 1

EXHIBIT # 4

TTV_000063