# EXHIBIT 40

This Exhibit Is Being Provided In Physical Format