# EXHIBIT 41



## INVESTIGATIONS DIVISION

## SUMMARY

| | |
|---|---|
| CASE NAME: | Gwinnett County Ballot harvesting White Ford SUV |
| CASE NUMBER: | SEB2022-054 |
| INVESTIGATOR: | Dana DeWeese |
| DATE OF REPORT: | 5/12/2022 |

### COMPLAINT(S):

The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/2020 a male parked a white Ford SUV () and then deposited what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:** Gwinnett County 2020 General Election

**ELECTION STAFF: N/A**

1

be attached to the file. **There is insufficient evidence to support that a violation of Georgia Election Code occurred.**

**POTENTIAL VIOLATIONS:** none

CONFIDENTIAL                                                                 MA-0000205

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:

## JURISDICTION/VENUE:

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for any criminal prosecution will lie in Gwinnet County County, Georgia.

**COMPLAINANT(S):** David A. Cross

**RESPONDENT(S):** none

## INVESTIGATIVE SUMMARY:

Investigator DeWeese researched the SUV vehicle registration and learned that it belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched Andrew's address and located five registered voters living at the home. All the names appeared to be family members. DeWeese confirmed the names were family members. DeWeese confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked as ballot received in ENET on the same day.

On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots into the ballot box. Andrews confirmed that all ballots were his family members. Andrews completed a voluntary statement form. DeWeese completed a Memorandum of Interview and



# INVESTIGATIONS DIVISION

## WITNESS LIST

| | |
|---|---|
| Case Name: | Gwinnett County Ballet Harvesting White SUV |
| Case Number: | SEB2022-054 |
| Investigator: | Dana DeWeese |
| Date of Report: | May 12, 2022 |

**WITNESSES:**

1) Mark D. Andrews
2) ▮▮▮▮▮▮▮▮▮▮

EXHIBIT # 2

## OFFICE OF THE SECRETARY OF STATE



### STATEMENT FORM

File Number: _____ File Name: GW SEB-2022-038
Date: 5/2/2022  Time: 11:56  Place: RESIDENCE

I VOTED bALLOTS FOR MY FAMILY tHAT LIVES WITH ME.

Sworn and subscribed to before me in
SU Wauee , Georgia, this
2 Day of May, 20 22

Notary Public

DANA C. DEWEESE
Notary Public, Georgia
Cobb County
My Commission Expires
March 07, 2026

Page 1 of 1

Signature: Mark D. Andrews
Printed Name: MARK D. ANDREWS
DOB         SSN
Address
Telephone Number

EXHIBIT# 4

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=03538061&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| BRENDETTA A ANDREWS | 02/08/2008 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/25/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/27/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 06/18/2018 | MAILED BALLOT | | 11/05/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/13/2018 | MAILED BALLOT | | 07/23/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/05/2016 | MAILED BALLOT | | 10/17/2016 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/12/2016 | MAILED BALLOT | | | 124 | 00284 | |

Previous

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=08635094&method=&vo...

Inquiries > Absentee Ballots

### Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| COURTNI ALEXIS ANDREWS | 03/20/2012 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/02/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/09/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/24/2020 | MAILED BALLOT | | 10/26/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/30/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

[Previous]

CONFIDENTIAL

MA-0000215