# EXHIBIT 42

# SUMMARY
# STATE ELECTION BOARD
## Tuesday, May 17th 2022 – 8:30 a.m.

*As required by O.C.G.A. § 50-14-1(e)(2)(A), the following is a summary of the subjects acted on and the board members present at the meeting.*

## CALL TO ORDER

Acting Chair Mashburn called the State Election Board ("Board") meeting to order at approximately 8:35 a.m. A quorum was established for each Board action with the following Board members in attendance: Acting Chair Matthew Mashburn, Sara Ghazal, Dr. Janice Johnston, and Ed Lindsey.

## APPROVAL OF BOARD MEETING MINUTES

The Board voted to approve the minutes of the State Election Board Meetings and Hearings held on March 16th, 2022.

## PUBLIC COMMENT

Acting Chair Mashburn called for public comment as the next order of business. The following individuals provided public comment: Rebekah Bennett, George Balbona, YG Nyghtstorm, Salleigh Grubbs, David Cross, Garland Favorito, and William T. Quinn.

## BOARD MEMBER COMMENT

Acting Chair Mashburn called for Board Member comment as the next order of business. The members made comments in the following order: Dr. Johnston, Mr. Lindsey, Mrs. Ghazal, Acting Chair Mashburn.

## UPDATE ON TRUE THE VOTE COMPLAINT

Secretary of State General Counsel Ryan Germany provided an update on the True the Vote complaint. Mr. Germany asked the Board to authorize the Attorney General's Office to take appropriate action to enforce the subpoenas that have been issued and ensure confidentiality of any information that may put a witness's safety at risk. The motion passed unanimously.

## UPDATE ON EARLY VOTING

Secretary of State General Counsel Ryan Germany provided an update on Early Voting throughout the state.

## INVESTIGATIONS REPORTS

### SEB Case No. 2022-054  Gwinnett County – Ballot Harvesting
After presentation and discussion of the investigative findings, the Board voted to dismiss the case.

### SEB Case No. 2022-055  Gwinnett County – Ballot Harvesting
After presentation and discussion of the investigative findings, the Board voted to dismiss the case.

### SEB Case No. 2022-056  Gwinnett County – Ballot Harvesting
After presentation and discussion of the investigative findings, the Board voted to dismiss the case.

## ATTORNEY GENERAL REPORT

### Consolidated Consent Orders

2017-073; 2020-157        Spalding County

Assistant Attorney General Charlene McGown presented the Attorney General Report and recommended the Board approve the Consolidated Consent Orders. After discussion, the Board voted to approve the Consolidated Consent Orders.

## ADJOURNMENT

The Board voted to adjourn the meeting at approximately 10:04 a.m.

CONFIDENTIAL
MA-0001292