# EXHIBIT 43

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. <br> 1:22-cv-04259-SDG |

## DECLARATION OF COURTNI ALEXIS ANDREWS

1. My name is Courtni Alexis Andrews. I am a United States citizen over the age of 18 and competent to make this declaration. I make this declaration based on my personal knowledge.

2. My dad is Mark Daryl Andrews.

3. I am a resident of Gwinnett County, Georgia.

**Ballot for the 2020 General Election**

4. In 2020, my family—my dad, my mom, my sister, my brother, and myself—all lived in the same house in Gwinnett County, Georgia.

5. I voted in the 2020 election. I remember for the 2020 election, my whole family did absentee ballots. I remember I signed my ballot and put it in the

1

absentee ballot envelope. Afterwards, I gave it to my dad who was going to put the ballots in the ballot drop box.

6. It was 2020, and there was COVID, so my dad took all our family's ballots and dropped them off.

7. Sometime later, I got a notice in the mail that my ballot needed to be cured. I don't remember the exact date the notice came. It was definitely before Election Day.

8. The notice told me I needed to cure my ballot, and it gave me some instructions for how to do that. I remember the issue with my original ballot was related to my signature. My signature that I had signed on my original ballot didn't match how it looked on my driver's license. My signature has always been long, and I didn't always do my signature the same way over these years. So that was the problem—my signature was off.

9. To cure my ballot, I got a new ballot and also a new envelope to redo the whole ballot. I signed and sealed the new ballot in the new absentee ballot envelope. I remember I had to verify that I, Courtni Andrews, was curing my ballot.

10. I then sent my cured ballot back by the deadline.

11. Afterwards, I remember I checked the Georgia online voter portal to see if my new ballot was accepted. I don't remember how long it took, but at some point, I saw on the portal that my cured ballot was accepted.

**2000 Mules**

12. I don't remember the exact moment I first found out about the film *2000 Mules*. From what I remember, probably my mom told me about it. I remember I saw a video online, and there was a clip of my dad getting out of the car.

13. The big thing that was wild is that I recognized my dad and my family car from this video. I recognized my dad by his posture, by his car. It was an instant thing of—*whoah, that's my dad.*

14. I've seen both the blurred and unblurred versions of this clip with my dad, and I immediately recognized him in both. I recognized him from the way my dad walks, his posture, that car we've had since I was a kid. As soon as I saw that, I was like, *oh, that's my dad.*

15. A reporter sent me messages on two of my social media accounts (I think Instagram and LinkedIn) asking about my dad related to *2000 Mules*, and asking me to help put that reporter in contact with my dad. I shared with my family, including my dad, that I received both of these messages. I did not respond to the reporter at all.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2024, in Lawrenceville, Georgia.

_____
Courtni Alexis Andrews