# EXHIBIT 46



David A. Cross
4805 Spring Park Circle
Suwanee, GA 30024

April 25, 2022

| | |
|---|---|
| Georgia State Election Board<br>2 MLK Jr. Drive<br>Suite 802 Floyd West Tower<br>Atlanta, Georgia 30334 | Mr. Brad Raffensperger<br>Secretary of State<br>214 State Capitol<br>Atlanta, Georgia 30334 |
| Mr. Matt Mashburn (Interim Chair)<br>mmashburn@georgia-elections.com | Mrs. Sara Tindall Ghazal<br>SaraGhazal.seb@gmail.com |
| Dr. Jan Johnston<br>JJohnstonMD.seb@gmail.com | Mr. Edward Lindsey<br>edwardlindsey.seb@gmail.com |

| | |
|---|---|
| Gwinnett Board of Elections<br>Gwinnett Justice &<br>Administration Center<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Chairperson - Alice Olenick<br>alice.olenick@gwinnettcounty.com<br><br>Vice Chairperson - Wandy Taylor<br>wandy.taylor@gwinnettcounty.com |
| Member - Stephen Day<br>stephen.day@gwinnettcounty.com | Member - Anthony Rodriguez<br>anthony.rodriguez@gwinnettcounty.com |
| Member - George Awuku<br>george.awuku@gwinnettcounty.com | |

RE: OFFICIAL COMPLAINT

Ladies and Gentlemen:

   I am part of a volunteer team of citizens investigating irregularities in the November 2020 General Election. I am writing to file a complaint for ballot harvesting by an individual in Gwinnett County, driving a white Ford SUV Georgia license plate ▮▮▮.

- This individual deposited 5 ballots on 10/06/2020 at 10:48 am.
- A private investigative organization, True the Vote, purchased billions of cell phone "pings" and they identified this individual by tracking his cell phone pings to multiple ballot drop boxes.
- The probability that this individual was simply "helping family members" deliver their ballots seems unlikely because this video footage is from very in the election on October 10, 2020.

EXHIBIT# 1

TTV_000050

You can view the full video here https://tinyurl.com/Gwinnett-1 or you can retrieve it from Gwinnett County. You can watch the 2-minute video here: https://tinyurl.com/Gwinnett-1 or by scanning this QR code with your



camera.

This picture shows the individual approaching the ballot drop box with a small stack of ballot envelopes.



Here, you can see the individual attempting to place multiple ballots in the box:



This picture shows the individual's vehicle pulling away.



This is another view of the vehicle:



This final picture shows a close-up of the license plate:



Enhanced license plate ███



We have multiple examples of individuals trafficking 5 ballots at a time. "Ballot Mules" are typically paid $10 to $15 per ballot delivered. One individual came forward in Fulton County admitting to receiving $34,000 for his work delivering ballots.

While some may thing that 5 ballots is trivial, it adds up to a large number when you have hundreds of people delivering 5 ballots at a time to multiple drop boxes each day.

I respectfully ask that you investigate the individual and his passenger to determine why 5 ballots were dropped off at one time.

I also respectfully ask that you <u>post signs at each ballot drop box</u> warning individuals that it is a felony punishable by imprisonment for not less than one year per OCGA § 21-2-603.

Sincerely,

David A. Cross

cc:   Governor Brian Kemp
      206 Washington Street, Ste 203
      State Capitol
      Atlanta, GA 30334

TTV_000054