# EXHIBIT 47

This Exhibit Is Being Provided In Physical Format