# EXHIBIT 48

        

**Watch**   Home   Live   Music   Shows   Explore   Saved Videos   Following                 🔍 Search videos



 **True The Vote**
January 31 · 🌐                                                                    ■ Follow

**Overview**   **Comments**

True the Vote would like to extend a special thank you to David Cross for being a great American. We deeply appreciate his work for free and fair elections in Georgia, it's patriots like him that make this country great. This is just the beginning, get ready patriots.

#electionfraud #voterintegrity #transparency #america #voterregistration #ballotharvesting #votingmatters #electionintegrity #freedom #accountability #electionintegrity #truth #accountabilty #PresidentTrump #2000mules #TTV #TruetheVote
See less

BBReplay_Final1643638557

👍 Like     💬 Comment     ↪ Share                    👍 180 · 4 Comments · 2.2K Views

                                                                             Most relevant ■

 **Jeff Lepkowicz**
Would like to see more but honestly I wouldn't be surprised. It seemed so obvious to me at the

Write a comment...

 **Dạ Khúc Tình Yêu** · Follow
April 11 · ⚙
**Wife Leaves Husband And Kids To Find A Better Life, Then This Happens.**

**Explore More Videos on Watch**

■              ■

Home          Live

■              ■

Music         Shows

PLAINTIFFS DEP 32 18-Sep-2024 M. Schneider, CSR, RPR

         





 Everything Stays Spinel Music Video | Steven Universe The...
 Steven Universe

 A legacy that'll never be forgotten.
 NCIS

 The History of Music Video Dancing (w/ Jennifer Lopez &...
 Jimmy Fallon

 On this day in 2007, Ash and Turtwig overcame the...
 Pokémon

 Like  Comment  Share
 welcometomyworld2778, Ontlyn's Bling Boutique and 140K others
4.9K Comments · 10M Views

 Elseworlds: Supergirl
 DC Comics

 Captain America: The Winter Soldier
  BBC One

 Rhythm + Flow | Snoop Dogg & D Smoke
 Strong Black Lead


         



Laine Hardy RETURNS For Ashton Gill Audition -...
Luke Bryan

**Latest Videos**                                                                 See All



30 Dogs Graduate From Mexico City Rescue School
NowThis



let's make pumpkin conchas!
BuzzFeed



TV News Cameraman Drops Camera to Help People Fleein...
The New York Times

