# EXHIBIT 49

**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 21 | Date Range: 4/5/2022 |

**Outline of Conversations**

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/04/05** • 21 messages on 4/5/2022 • Catherine Engelbrecht <Redacted> • Debbie D'Souza <Redacted> • Gregg Phillips <Redacted>


Confidential

DDR-00056140

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/04/05**

**DD**   **Debbie D'Souza** <Redacted>   ◀ 4/5/2022, 8:52 AM
Also, we need a list of invitees of your core team and your children for Mar-A-Lago as soon as possible

**CE**   **Catherine Engelbrecht** <+Redacted>   ▶ 4/5/2022, 8:55 AM
Yes, will forward now. It maybe be larger than you're anticipating. If so, let me know and we will cover overage.

**CE**   **Catherine Engelbrecht** <+Redacted>   ▶ 4/5/2022, 8:57 AM
Also note - they will not all attend. But we would like to invite them.

**DD**   **Debbie D'Souza** <Redacted>   ◀ 4/5/2022, 8:58 AM
Ok

**CE**   **Catherine Engelbrecht** <+Redacted>   ▶ 4/5/2022, 9:02 AM



Credits
John David Phillips - Digital Mastering
Casey Grant - videography
Heather Mullins - Investigative Reporter
OpSec Group
The True the Vote Team
All Americans taking a stand for election integrity.

Special thanks to Jim
Hoft at Gateway Pundit and Patty McMurray at 100% Fed Up for sharing Wayne County MI dropbox surveillance video

Special thanks to Heather Mullins and David Cross for their tireless research

**DD**   **Debbie D'Souza** <Redacted>   ◀ 4/5/2022, 9:14 AM
Catherine on the guest list, we need their contact info (e-mail and phone)

**DD**   **Debbie D'Souza** <Redacted>   ◀ 4/5/2022, 9:15 AM
Because we are compiling a comprehensive list of invitees

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 9:15 AM
And sending them the same invitation

CE — **Catherine Engelbrecht** < Redacted > — 4/5/2022, 9:17 AM
That makes sense...sorry. Ok will add that and resend

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 9:17 AM
Liked "That makes sense...sorry. Ok will add that and resend"

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 5:17 PM
Did you get backpack ?

CE — **Catherine Engelbrecht** < Redacted > — 4/5/2022, 5:21 PM
Yes!! Thank you. We went straight from FedEx to AG

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 5:21 PM
Loved "Yes!! Thank you. We went straight from FedEx to AG"

GP — **Gregg Phillips** < Redacted > — 4/5/2022, 5:30 PM
Thank you so much.

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 6:28 PM
Loved "Thank you so much."

CE — **Catherine Engelbrecht** < Redacted > — 4/5/2022, 6:30 PM
We know we owe you a number of details. Our goal is to get it all done tomorrow. 🙂

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 6:32 PM
Liked "We know we owe you a number of details. Our goal is to get it all done tomorrow. 🙂"

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 6:33 PM
It's just that we need to lock this baby up so we can have ready for Trump screening because all the technical stuff, color, music etc... take a very long time

CE — **Catherine Engelbrecht** < Redacted > — 4/5/2022, 6:33 PM
Liked "It's just that we need to lock this baby up so we can have ready for Trump screening because all the technical stuff, color, music etc... take a very long time"

CE — **Catherine Engelbrecht** < Redacted > — 4/5/2022, 6:35 PM
Totally get it. It's like our work ... it take a tremendous amount of time and very few people understand. So...we get it.

DD — **Debbie D'Souza** < Redacted > — 4/5/2022, 6:53 PM
Loved "Totally get it. It's like our work ... it take a tremendous amount of time and very few people understand. So...we get it."