# EXHIBIT 50

**Exhibit 00138**
11/6/2024
GASOS



## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

CASE NAME:         Gwinnett County Ballot Harvesting White SUV

CASE NUMBER:    SEB2022-054

INVESTIGATOR:   Dana DeWeese

DATE OF REPORT: 05/12/2022

**COMPLAINT(S):**

    The Secretary of State's Office received a Ballot Harvesting complaint from Gwinnett County resident David Cross. Cross provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/20 at 10:48 AM, a white Ford SUV ▇▇▇▇▇▇▇▇▇▇ parked at the curb near the ballot box. A male is observed carrying what appear to be ballots and placing them in the box.

    Cross's complaint also mentions in the complaint, "A private organization, True the Vote, purchased billions of cell phone "pings" and they have identified <u>this individual</u> by tracking his cell phone pings to multiple Absentee Ballot drop boxes."

**COUNTY AND ELECTION INVOLVED:** Gwinnett County 2020 General Election

**ELECTION STAFF:** N/A

**ELECTION CERTIFICATION:**

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:

**JURISDICTION/VENUE:**
Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for any criminal prosecution will lie in Gwinnet County County, Georgia.

**COMPLAINANT(S):**     David A. Cross

**RESPONDENT(S)**:      none

**INVESTIGATIVE SUMMARY:**

     Investigator DeWeese researched the SUV vehicle registration and learned that it belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched Andrew's address and located five registered voters living at the home. All the names appeared to be family members. DeWeese confirmed the names were family members. DeWeese confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked as ballot received in ENET on the same day.

     On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots into the ballot box. Andrews confirmed that all ballots were his family members. Andrews completed a voluntary statement form. DeWeese completed a Memorandum of Interview and

included all involved Voter ID numbers. The statement and memorandum will be attached to the file.

**FINDINGS:**   There is insufficient evidence to prove a Georgia Election Code Violation

**POTENTIAL VIOLATIONS:**  None

**EXHIBITS:**

1) Complaint.
2) Witness List
3) Memorandum of Interview
4) Statement form