## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>    Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-04259-SDG |

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht ("Engelbrecht"), and Gregg Phillips ("Phillips") (together, "TTV Defendants"), by and through their undersigned counsel, will manually file the following documents or things in connection with their Motion for Summary Judgment:

1. Exhibit M        DVD titled "2000 Mules"        DD_000536

8. Exhibit EEE     Hardback book titled *2000 Mules*   DD_000535

These items were not electronically filed because the documents or things cannot be converted to an acceptable format. Copies of these documents or things have previously been produced to counsel of record as indicated by the referenced Bates labels.

This 20th day of December, 2024.

/s/ Jake Evans

JAKE EVANS
Georgia Bar No. 797018
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc.,*
*Catherine Englebrecht and Gregg Phillips*

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Notice of Manual Filing** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*