# EXHIBIT 51



# INVESTIGATIONS DIVISION

# MEMORANDUM OF INTERVIEW

CASE NAME:　　　　　　Ballot Harvesting

CASE NUMBER:　　　　　SEB2022-054

PERSON INTERVIEWED:　Mark D. Andrews

DATE OF INTERVIEWS:　May 2, 2022

　　　　On May2, 2022, Investigator DeWeese met with Mark Andrews at his residence. DeWeese Informed Andrews of the complaint and Andrews agreed to speak to this investigator. Andrews confirmed that the photo of the male and the white Ford Expedition was him and his vehicle. Andrews confirmed that he dropped off five Absentee Ballots. The ballots belonged to his immediate family members and those family members all live at the residence. Investigator DeWeese had earlier confirmed that information, The ballots were deposited on 10-6-20 and recorded as accepted the same day. No illegal activity detected

Voter ID Numbers involved: ██████████████████████████

Contact Info:  Mark D. Andrews

██████████████

**Exhibit
00139**
11/6/2024
GASOS