# EXHIBIT 52

**In The Matter Of:**

*SECRETARY OF STATE*
*STATE ELECTION BOARD HEARING*

---

*May 17, 2022*

---

*Steven Ray Green Court Reporting, LLC*
*404 733 6070*

**Exhibit
00140**
11/6/2024
GASOS

Original File SoS May 17 22.prn
Min-U-Script® with Word Index

1

### THE OFFICE OF THE SECRETARY OF STATE

### STATE OF GEORGIA

### IN THE MATTER OF:
### STATE ELECTION BOARD HEARING

### 2 MLK JR. DR. SE
### SUITE 810 WEST TOWER
### ATLANTA, GEORGIA 30334

### May 17th, 2022
### 8:30 A.M.

PRESIDING OFFICER:  MATTHEW MASHBURN
                    ACTING CHAIR, STATE ELECTION BOARD

### STEVEN RAY GREEN COURT REPORTING, LLC
### Kaitlin Walsh, CCR, CVR

### Atlanta, Georgia

2

APPEARANCE OF THE PANEL

Matthew Mashburn, acting chair

Sara Tindall Ghazal

Ed Lindsey

Dr. Janice W. Johnston

ALSO PRESENT IN ORDER OF PRESENTATION

Ryan Germany

Investigator Dana DeWeese

3

Transcript Legend

(sic) - Exactly as said.

(ph.) - Exact spelling unknown.

(???) - Audio feed unclear

-- Break in speech continuity.

... Indicates halting speech, unfinished sentence or omission of word(s) when reading.

Quoted material is typed as spoken.


## TABLE OF CONTENTS

PAGE:

Approval of Meeting Minutes ............................. 4

Public Comment on Posted Rules ......................... 5

Board Member Comments .................................. 19

Update on True the Vote   ............................... 35

Update on Early Voting   ............................... 39

Investigative Reports .................................. 42

Attorney General's Report .............................. 54

4

1                    P R O C E E D I N G S

2          MR. MASHBURN:  So since Ed can hear us, I'm going to

3   call this meeting of the State Election Board to order,

4   and the first order of business is that we begin with an

5   invocation and Pledge of Allegiance, and I'd like to

6   invite Sara Ghazal to do the invocation and the Pledge of

7   Allegiance.

8          (Invocation)

9          (Pledge of Allegiance)

10         MR. MASHBURN:  Thank you.  I'd ask everyone to please

11  be seated.  The next order -- item on our agenda is the

12  approval of the board meeting minutes from last meeting.

13  I'd ask the Board if everyone has had an opportunity to

14  have a look.  Well, first, I need to -- before we do that,

15  let me proceed with a roll call in essence.  We know that

16  Ed can hear us, so Ed checks in as present.  Sara?

17         MS. GHAZAL:  Present.

18         MR. MASHBURN:  Member Sara Ghazal is present.

19  Doctor?

20         DR. JOHNSTON:  Present.

21         MR. MASHBURN:  Dr. Johnston is present, so all of the

22  Board is present.  We do have a quorum.  Now, we can

23  proceed to business, and that is has the Board had an

24  opportunity to review the minutes from the last meeting?

25  Are there any corrections that need to be made?  Okay.  At

1    this time, I will entertain a motion that the minutes be

2    approved.

3          MS. GHAZAL:  So moved.

4          DR. JOHNSTON:  Second.

5          MR. MASHBURN:  It's been moved and seconded.  Any

6    discussion?  All those in favor, say aye.

7          THE BOARD MEMBERS:  Aye.

8          MR. MASHBURN:  If all those opposed would say nay?

9    Nay?  There's no nay's.  It passes unanimously.  All

10   right.  So Ed has joined us both in -- in visage and

11   voice, so welcome and we appreciate your vote, and we have

12   marked it for the official meeting records.  The next item

13   on the agenda is public comment, and I have a list of

14   those who have commented, and just a warning, we're in

15   election season, and so tensions are high, and there's a

16   desire to have one candidate or another benefited, but

17   that's not the business of the Board.  The business of the

18   Board is to run the elections uniformly and safely and

19   transparently, so comments in favor or in opposition to a

20   particular candidate are already ruled out of order by the

21   Chair, and so we ask you to respond accordingly, but we're

22   going to limit it to our traditional three minutes, and

23   the first speaker on the list is Rebekah Bennett.  I think

24   we have -- you can come to this microphone.  Now, we'll

25   turn your mic on.

1          MS. BENNETT:  Good -- good morning, Board.  My

2     question is for a candidate that qualified, looking for

3     some protocol or some definition into what happened in a

4     timeline.  I am told that they disqualified roughly two

5     weeks after qualifying closed due to insufficient funds,

6     and it took the Board until April the 30th to make the

7     election local -- election supervisors aware of this,

8     preventing them from being able to reprint ballots or deal

9     with that.  Can you give me any information on that, the

10    candidate being John London in the 9th district?

11         MR. MASHBURN:  Well, the -- the public comments

12    section is for you to make comments.  It's not a question-

13    and-answer period, so we're --

14         MS. BENNETT:  Oh, okay.

15         MR. MASHBURN:  -- I'm going to go ahead and rule that

16    all statements in the form of a question are rhetorical.

17         MS. BENNETT:  Okay.  That's fine.  So I guess, if I'm

18    going to make a statement to those that are listening,

19    please make sure you check your ballots because we do

20    actually have candidates on there that were too late to be

21    pulled off, and I don't want to cause any issues going in

22    where people are uninformed, thinking there's an actual

23    candidate on the -- on the ballot.

24         MR. MASHBURN:  Thank you for your comment.  The next

25    speaker is George Balbona.

1          MR. BALBONA:  I'm George Balbona.  I'm from Cobb

2    County.  I have handouts, three sets of handouts, and if

3    you want, if the general public is interested, there's

4    copies behind my cameras over there as well.  I have some

5    questions and concerns.  I'd like to know why Erica

6    Hamilton, DeKalb County's former Election Supervisor, was

7    placed on extended leave of absence prior to her

8    resignation.  I think every Cobb County voter should be

9    asking this because she was recently hired as the Cobb

10   County registration manager, and I submitted an OCGA --

11   back in Feb -- February 3rd, which did not get a response,

12   which is contrary to OCGA 50-15-70, subsection F, where I

13   should get a response within three business days.  They

14   never responded.  I had to resubmit -- unacceptable.  I

15   still haven't received any responsive information

16   regarding that.

17          I received this spreadsheet directly from the

18   Secretary of State's Office.  It has all the counties and

19   all the companies that are handling their ballot printing.

20   Overwhelmingly, Tattnall out of Reidsville, Georgia is the

21   hit.  They've been printing in Georgia since 1879.  They

22   print 151 counties out of 159.  You said -- just said,

23   Matt, that the SEB's goal was uniformity.  Well, there's

24   only one county here that is listed as unknown.  Guess

25   which one?  My county, Cobb, says unknown.  Print files

1    sent directly to Cobb -- directly to county, so that means

2    the Secretary of State's Office and Michael Barnes [ph.]

3    don't know who's printing ballots for Cobb County.  I have

4    a problem with that.  I have a lot more problems.  Let's

5    get to them.

6         The other problem I have is that 8 other counties are

7    using Fort Orange Press out of Albany, New York.  Okay.

8    They are playing -- paying exorbitant money to do this.

9    Their quote -- their invoice is ridiculous, to quote a

10   Georgia ballot printing expert, quote, that's pretty dang

11   expensive, and he also mentioned that it also doesn't

12   include postage, and I want to know why these counties

13   which include Cherokee, Clay -- bum, bum, bum -- what is

14   that?  Right here.  -- DeKalb, Gwinnett, Clarke, Paulding,

15   Cherokee, Dougherty -- Dougherty, Lee, Oconee, why they're

16   paying so much for ballot printing.  I know there's

17   absentee, and there's, you know, emergency and all that,

18   provisional, but it is crazy.  Cobb is paying too little.

19   The expert says that the bid is, like, half what it should

20   be by far, and they -- they quoted it last year, so

21   they're not making money.  Why does someone want to

22   desperately print Cobb's ballots and not make money for

23   it?  I don't get it.

24        Lastly, the other reason these guys are on the table

25   is because back in 2020, Gwinnett County opened the door

1    by doing a nationwide bid for ballot printing, and that's

2    why these guys are here, and I have a problem with -- you

3    know, that's why Fort Orange Press is in -- in the

4    picture, and the problem is that who put them at the table

5    is the former Gwinnett County Elections Supervisor Kristi

6    Royston, and she's currently the Fort Orange Press

7    representative, handling Georgia and the Southeast.  Isn't

8    that nice?  I think there's a big conflict of interest

9    there.  She's also making a lot of money on it too, and

10   she was on --

11        MR. MASHBURN:  The next speaker signed up for public

12   comment is YG Nyghtstorm.

13        MR. NYGHTSTORM:  Good morning, everyone.  My name is

14   YG Nyghtstorm.  I'm running for US Congress in District 7,

15   based out of Gwinnett County, and I've had the pleasure of

16   speaking with constituents on both sides.  Democrats and

17   Republicans are very concerned about our election.  In

18   2016, the Democrats were angry, saying that Hilary Clinton

19   should have won the election, and that there were some

20   issues there.  Stacey Abrams, some of her supporters, who

21   in are Gwinnett County, said that she should have won the

22   election.  There are some concerns there.  In 2020, Donald

23   Trump's supporters said he should have won the election.

24   There are some concerns there.  The fact that the media

25   and some in the state house are not considering the

1    concerns of the constituency is a problem to me.  This

2    should not be a partisan issue.  We have folks being

3    kicked out.  We have folks wanting transparency, and, you

4    know, it seems like some of the leaders here don't seem to

5    want that.

6         The people deserve to have free and fair elections

7    and to have the power to choose their leaders.  Regardless

8    of whatever political affiliation we have, we should have

9    the right, as the people, to pick our leaders, and as a

10   person running for Congress in District 7, I don't care if

11   you Democrat or Republican, everybody should have full

12   transparency to this.  Everybody should have full

13   transparency to every action with every ballot, and every

14   ballot should be counted, and the people should have the

15   power to know what's going on in the background and should

16   not have a shroud of secrecy.  So my concerns are as a

17   person running because I have skin in the game -- this

18   directly affects me and others.  I don't care if you

19   democrat or republican.  It should not matter.  The vote

20   should be the vote, and anybody that's trying to

21   manipulate the vote, if they break the law, they should go

22   to jail, and they should be punished.  God bless everybody

23   in here, and I hope we can all stand together regardless

24   of political party for what's right and what's true for

25   the betterment of this state and this country.  Thank you.

1          MR. MASHBURN:  Thank you for your comment.  Next, --

2     the next speaker signed up for public comment is Salleigh

3     Grubbs.  Your mic is on.

4          MS. GRUBBS:  Thank you, and good morning.  I would

5     like to personally thank you for holding this in-person

6     meeting because it's very difficult to conduct actual

7     tangible meetings via Zoom because you always have control

8     of the mic.  Last year, in April, on April 28th, I was

9     testifying when I was disconnected, so I wanted to tell

10    you thank you.  I'm going to read a press release.  I'm

11    from Cobb County.  I did this press release and sent it to

12    you all on May 5th.

13         Unfortunately, the 2022 primary advance voting began

14    with multiple issues at polling locations throughout Cobb

15    County.  Since the polls opened on Monday, May 2nd,

16    problems have included poll pad voter data being missing

17    and incorrect information in certain ballots.  Some

18    ballots excluded a state representative race, and some

19    ballots excluded the cityhood referendums.  Since our vote

20    is anonymous, once a ballot is cast, there is no way to

21    rectify an issue.  Today, we were faced with the same

22    issues being reported.  In addition, the early voting

23    check-in system, E-Net, crashed.  Incidentally, it was

24    also down yesterday again.  We have conflicting stories as

25    to why.  The MyVoter page contains inaccurate or missing

1    information for some voters.  The problems do not appear

2    to be isolated; however, we have not yet determined the

3    number of affected voters or the number of incorrect

4    ballots.

5        To Mr. Nyghtstorm's comments, it should be one

6    citizen, one vote, and there should be accountability in

7    how our process happens.  The Cobb County Republican Party

8    takes election integrity seriously, and we are committed

9    to the proposition that every eligible voter should be

10   permitted to vote, every legal vote should be counted

11   accurately, and every ballot issued should be prepared

12   correctly.  If we can get lottery tickets right, we should

13   be able to process ballots.  As the representative of the

14   Cobb County Republican Party, we are elevating our level

15   of concern.  The Cobb Board of Elections has suggested an

16   election challenge after the election as a possible

17   remedy, but we believe that the Office of the Secretary of

18   State and the Cobb Board of Elections exist to prevent

19   these matters from having to appeal to the courts for

20   every minor problem.

21       Although the problems may be considered minor, we

22   believe -- and I believe personally -- that it is

23   indicative of a systemic failure.  Therefore, considering

24   the above issues, it is our position that emergency

25   balloting provisions should be used as per Georgia law

1    with audits implemented as per Georgia law.  This would

2    entail hand-marked paper ballots so that poll workers can

3    verify the ballot being issued to the voter as accurate,

4    and the voter could actually see that the information is

5    accurate.  It is imperative that the voter be able to

6    verify who they are voting for and what they are voting

7    for before they cast their ballot.  We will act as needed

8    to protect the rights of voters from the systemic failure.

9        We have put our election integrity legal team and the

10   State GOP on alert that Cobb County GOP will do all within

11   our power to make sure that every legal vote is counted.

12   As of yesterday, we had conflicting information from the

13   Secretary of State's Office, and this body exists to

14   ensure that elections are run appropriately and fairly,

15   and I am begging you to please step up for the citizens of

16   Georgia.  Thank you very much.

17        MR. MASHBURN:  Thank you for your time.  Next spea --

18   the next speaker is David Cross.  The mic is on.

19        MR. CROSS:  Thank you.  My name is David Cross.  I

20   live in Gwinnett County, Georgia.  Today, I'm before you

21   not because you want me here for -- for the Board.  I've

22   submitted over fifteen well-se -- well-researched

23   complaints on everything from potential ballot trafficking

24   violations, drop box tally sheets with impossible check-in

25   times, unsigned tabulator tapes for more than 300,000

14

1    votes in Fulton County, illegal and improperly installed

2    elections software, poll pad check-ins that don't match

3    the statement of votes cast.  I found out about today's

4    meeting from someone on Twitter commenting by saying hey,

5    did you see this?  The State Election Board did not even

6    notify me of today's meeting even though my official

7    complaints are on the agenda today.  Nobody told me my

8    complaints were assigned case numbers, and my email was

9    ignored when I tried to find out which ones would be on

10   the agenda today.  The lack of communication here is

11   astonishing, and it's embarrassing.

12       We the citizens have been asked to believe that this

13   was the most secure -- and I won't even finish the

14   sentence.  Why?  Because there are so many errors,

15   incomplete and missing documents that it should make even

16   the staunchest advocates wonder if the results were the

17   results at all.  I've contacted the Secretary of State

18   over a dozen times in the past twelve months.  I got so

19   excited when he called me a few months ago, but as it

20   turns out, he had no idea who I was, and he was simply

21   calling me for a donation to his campaign.

22       The Secretary and the counties have a duty to not

23   only collect the ballots but to verify the data and then

24   archive the data.  Nobody proofed anything.  Nobody ever

25   looked at drop box video.  What is the point of security

1    footage if nobody ever views it?  Is it my responsibility

2    to do the job of the county and the State Election Board

3    and the Secretary of State?  The Attorney General has the

4    responsibility to prosecute and punish violations of law.

5    So far, he's done nothing, and no one's been held

6    accountable.  My understanding is that each missing ballot

7    image is a thousand dollar fine.  That's nearly 2 billion

8    dollars of liability.  The Governor has a responsibility

9    to uphold the laws of Georgia, and clearly, election laws

10   were violated.  He has done zero to help the people have

11   confidence that the laws were followed.  I never thought

12   I'd say this, but I'm embarrassed to be a Georgian.  Is

13   this the way we run elections in the greatest county on

14   Earth, like some third-rate banana republic?  Our leaders,

15   the Governor, and the Secretary of State need to fulfill

16   their constitutional duties to the citizens.  Put on your

17   big boy pants, roll up your sleeves, and get to work.

18   Everyone here wants secure -- wants a secure vote.

19   Election integrity is paramount.  Thank you.

20        MR. MASHBURN:  The next -- the next speaker -- the

21   next speaker is Garland Favorito, but just for a second, I

22   have received your emails, and I have forwarded every one

23   of them along for processing, so I apologize -- the volume

24   that we get -- this is a volunteer Board that has no pay

25   and no staff, so the volume of emails that we get make it

1    impossible for us to respond to every email that we get,

2    but rest assured, I did get your -- I did get your emails,

3    and I have forwarded them along for pro -- for processing.

4         MR. CROSS:  I appreciate it.

5         MR. MASHBURN:  Now, in addition, it is customary for

6    complainants to receive notice when their cases are being

7    heard, and if you are a complainant and you didn't receive

8    notice, I apologize for that.  That wasn't -- that is not

9    the customary thing, and I apologize for that.  That

10   shouldn't have happened, so I've -- I've been a

11   complainant before, and I got notice of the hearing where

12   my complaint was going to be heard, so that's the ordinary

13   course, so I will find out what happened -- what happened

14   there, and I apologize for that, but I've seen every

15   single one of them, and I've forwarded them along, but I

16   get 300 emails a day with complaints, so I can't respond

17   to each and every one and have a full-time job, so I

18   apologize for that, but I did want you to know that you

19   concerns are being addressed.  Okay.  The next speaker is

20   Garlan Favorito.

21        MR. FAVORITO:  Thank you, Mr. Chairman.  I'm Garland

22   Favorito, co-founder of Voter GA.  We are encourage by the

23   restructuring of the Board and hope it continues for the

24   Board so they can gain complete independence from the

25   Secretary of State's Office and that will help you conduct

1    more legitimate, unbiased investigations.

2         This afternoon, you will receive an email, the final

3    signed draft of our demand letter respectfully requesting

4    that you make two State Election Board rules conforming to

5    federal and state law.  When SB 202 was passed last year,

6    it made ballot images public, and Voter GA immediately

7    began a state-wide analysis of them for the 2020 general

8    election images.  Our analysis was hindered because we

9    found that about 70 counties had destroyed roughly 1.7

10   million original ballot images from the 2020 election.  In

11   another analysis, we found that about 70 counties

12   destroyed their drop box surveillance video which would

13   have monitored 181,507 drop box ballots.

14        In both cases, the counties blamed the State Election

15   Board rules that allowed for premature destruction of

16   images and surveillance video.  I say premature because

17   state and federal law requires a two-year retention of all

18   election records.  Therefore, the letter that you will

19   receive requests that the State Election Board rules be

20   changed to comply with state and federal two-year

21   retention periods.  The destruction of the original images

22   prevents any means to verify the election results or the

23   tab counterfeit balances.  Therefore, the letter also

24   requests the Board to seek a litigation hold on all 2020

25   general election ballots so that they may be preserved

1    until all litigation regarding the 2020 election is

2    resolved.  The people demand transparency.

3        MR. MASHBURN:  Thank you, sir.  Thank you for your

4    comment.  The next speaker is William T. Quinn.  The mic

5    is on.

6        MR. QUINN:  Thank you.  Good morning.  Yes, sir?

7        MR. MASHBURN:  Excuse me, Mr. Quinn.  Garland, I did

8    get your draft demand later, and I've already forwarded it

9    along, so I don't have an issue -- like, Mr. Cross didn't

10   know his was being processed.  Yours is being processed.

11   Okay.  All right.  But I've already sent it along, so

12   sorry.

13       MR. QUINN:  That's very good.  Thank you.  So again,

14   William T. Quinn, I'm a resident of Forsyth County,

15   Georgia.  I wanted to this morning make the Board aware of

16   the existence of analysis from the actual ballot records

17   of a number of counties in Georgia.  Some folks have

18   already seen this analysis.  It's based on the actual

19   ballot listing from the systems in those counties.  What's

20   interesting is many of the counties have been very

21   forthcoming and happy to turn over the cast the vote

22   record to us.  Notably, there have been several that

23   haven't, which begs the question why not?  I've heard

24   words like transparency, truthfulness, other things this

25   morning, so as we go forward, I would like to offer to the

1    Board the opportunity to see the analysis, have it

2    presented to you.  We'll explain the findings and so

3    forth, and I would encourage the Board to send the message

4    where appropriate to the counties that are not turning

5    over the information yet -- Cherokee, Coweta, Houston --

6    that they should make that information available for the

7    betterment of everybody's visibility to what happened in

8    these -- in these past elections and for the knowledge and

9    foresight for the people of Georgia.  Thank you.

10          MR. MASHBURN:  Thank you for your comment.  That

11    concludes the listing of people who have signed up for the

12    public comments, so the public comments section of the

13    meeting is closed.  We now move to the section of the

14    meeting that is Board member comment, and we proceed in

15    reverse order, so Doctor, you get to go first as the

16    newest member of the Board.  You get the honor or joy of

17    going first.

18          DR. JOHNSTON:  Well, thank you.

19          MR. MASHBURN:  Let me turn on your mic.  There you

20    go.

21          DR. JOHNSTON:  Thank you.  To all of you who have

22    outlined deficiencies or processes that have not been

23    completed, we will do better, but let me -- imagine with

24    me for a few minutes.  I'm going to put on my baseball

25    hat.  The election is a baseball game.  There are two

1    teams with an intense rivalry.  It's early in the season,

2    and the game is on.  There are rules, but the way the game

3    is played seems to keep changing.  There are new rules

4    made.  The equipment keeps changing.  The bats are heavy.

5    The bats are light.  The balls are small.  The balls are

6    too big.  The bases are moved.  The lights tend to flicker

7    on and off.  Whoever's at bat says the field doesn't seem

8    to be level.  The scores on the scoreboard don't seem to

9    reflect the balls, the strikes, the outs, or the runs

10   batted in, so when the game is over, neither side is

11   really sure if they won fair and square.

12       Now, let me share a few words -- a few thoughts with

13   you.  What we're seeing in the May 24th primary is what I

14   call a rough start: complaints by workers that the ballot

15   is too long for this election system, Election Net down on

16   day two and day fourteen, Easy Vote unusable and other

17   poll pad problems in Cobb County, Fulton County with early

18   voting scanners slower than molasses, Fulton County

19   scanners left on 24/7, Fulton County ballot marking

20   devices left on overnight, DeKalb County ballots

21   misprinted and sent to voters, Fulton County voters given

22   wrong ballots, reports of candidates not being on ballots,

23   loss of chain of custody of absentee ballots in DeKalb

24   County and then wrongly blaming the Secretary of State, a

25   Democrat candidate left off the ballot in HD 36, city

21

1    referendums misplaced, Cobb County tax collection boxes

2    mistaken for ballot drop boxes, absentee ballot voter

3    verification beginning before the posting processing date

4    with no monitors and no witnesses.  This does not bode

5    well for the last few days of early voting and Election

6    Day on May 24th, and the November election will be

7    completely out of control if these equipment, operational,

8    and software issues are not resolved.

9         These distractions, chaos, and confusion only

10   increase the difficulty the State Election Board has in

11   providing oversight, uniformity, legality, and purity in

12   the elections.  My impression is that election workers are

13   strained and struggling to keep up with the equipment, the

14   operations, and are helpless when it comes to any software

15   problems.  In this atmosphere of partisan tension, we need

16   to do everything we can to simplify the process, make it

17   transparent for all candidates and their parties and

18   ensure that election laws and regulations are upheld.

19   There must be remedies, cures, and sanctions for violating

20   the laws if we want the results to be trusted and

21   accepted.  We need rules that are understandable and

22   upheld throughout the state, and we need to train against

23   those rules.  We also need to audit the training.  We need

24   to insist on uniformity and accuracy in following State

25   Election Board rules and when laws and rules are broken,

1      there should be swift and meaningful sanctions up to and

2      including barring repeat offenders from being involved in

3      this very serious election process.

4          The good people of Georgia are paying a lot of money

5      for this election process, millions and millions of

6      dollars, and I'm not so sure they think they're getting

7      their money's worth.  We should not continue to create

8      more complexity and shore up what has become an

9      untrustworthy system.  Ryan Germany, the legal counsel for

10     the Secretary of State, said we have -- we have a decrease

11     in confidence of the election systems when he addressed

12     the State Election Board a year ago.  He went on to say we

13     need to build back that confidence, and we need to address

14     things that fall through the cracks and other issues.

15         Indeed, we do need to address voter confidence.

16     According to a Rasmussen poll, sixty percent of voters

17     believe that both parties would cheat to steal an election

18     if they could get away with it.  According to the

19     Rasmussen poll, there are several things that -- that the

20     majority of voters like and want: photo ID, number one.

21     It's common sense.  It's not a crazy idea, and people want

22     it with mail-in ballots too in addition to driver's

23     license numbers and signatures.  Number two, accurate

24     voter rolls, this has the support of more than eighty

25     percent of voters.  One legal vote for one legal voter:

1    simple, basic, and not that difficult to achieve.  Three,

2    bipartisan conduct and witnessing in all election

3    processes with ballots in by Election Day.

4        There are some things that voters do not like: a very

5    extended voting period.  It's exhausting for workers.

6    It's expensive.  It increases the risk for election

7    abuses.  The low number of voters at the polls do not

8    justify extended early voting.  Two, ballot harvesting,

9    buying, bullying, intimidation, pressure, threats,

10   vulnerable voter abuse, illegal voter assistance, and

11   ballot theft: I call these people vote -- vote predators.

12   They prey on the weak.  Vulnerable voters must be

13   protected, and vote predators should be hunted down and

14   stopped.  Outside -- three, outside private money or

15   schemes by so-called non-profits that amount to vote

16   buying -- these issues were recognized by the Jimmy Carter

17   and James Baker Commission in 2005, and most of us think

18   that they make just good common sense to ensure election

19   integrity.  Those that oppose these measures are not moti

20   -- motivated by desire for honest, free, and fair

21   elections, but by dishonorable and unethical interests.

22   It's time to reset our election compass to a course that

23   will guide us to honest, free, fair, and trustworthy

24   elections that are conducted uniformly, cooperatively,

25   accountably, respectfully, transparently, and ethically.

24

1    Thank you.

2        MR. MASHBURN:  Thank you for your comment.  The next

3    member of our Board in terms of seniority or newness is

4    Mr. Lindsey, and so he has joined us by Zoom, and so I

5    turn the floor to you, Mr. Lindsey.

6        MR. LINDSEY:  Well, first off, I -- I apologize for

7    not being able to be there in person, and I appreciate the

8    fact that I can -- in this age of technology, I can come

9    in via Zoom, and I do appreciate the comments that were

10   made -- public comments that were made as well as my

11   fellow members of the Board.  I don't have any additional

12   comments at this time, but I look forward to hearing the

13   evidence as -- on the various issues that we have before

14   us coming, but good morning to everyone.

15       MR. MASHBURN:  Thank you for your comments, Ed, and I

16   don't think I'm giving out too much information about your

17   personal life, but you rearranged your entire travel

18   schedule to be available this morning, so we appreciate

19   your effort in being here, and even though you're here via

20   Zoom, that required heroic efforts on your part to

21   rearrange your entire calendar, so we appreciate it very

22   much, so thank you very much.  The next Board member is

23   Sara Ghazal, so we turn the floor over to Sara.

24       MS. GHAZAL:  Thank you, Mr. Chairman.  And I wanted

25   to thank every single person who's here today.  I know

1    it's not easy being here at 8:30 in the morning, and your

2    presence here shows your commitment to Georgia's

3    elections.  I think we can all agree everyone here,

4    everyone watching, and Georgians across the state all

5    depend on free and fair elections conducted peacefully by

6    nonpartisan professionals, free from intimidation.  Our

7    election officials in 159 counties across the state are

8    doing everything in their power to maintain confidence in

9    our elections with limited resources.

10        Amplifying unproven and misleading allegations of

11   voting misconduct creates a chilling environment for

12   voters and election workers alike.  I'm wholly committed

13   to working together with my colleagues here to find a path

14   forward with our communities that ensures Georgians' trust

15   in our election processes, supports our election workers,

16   and defuses the rising rhetoric and tensions across the

17   state.

18        I watched the movie that we -- that is on everybody's

19   lips, I've read all of the complaints, and I've watched

20   all of the accompanying videos that have been sent to the

21   Board.  The claims made in the movie have been reviewed

22   and refuted by numerous Republican appointed and elected

23   officials.  GBI Director Vic Reynolds explicitly stated

24   that he's seen no evidence linking any alleged cell phone

25   data to unauthorized ballot delivery.  The analysis is

1      flawed, and there are assertions there that are wholly

2      unsupported by any evidence that I've been provided.

3      Aside from individual isolated instances that I can count

4      on one hand with fingers to spare, I've seen no credible

5      evidence of any organized efforts of unauthorized persons

6      delivering ballots, let alone widespread invalid votes

7      being cast.  As the AJC has pointed out, a verified valid

8      ballot will be counted regardless of how it was delivered.

9      In Georgia, absentee ballots are only issued to registered

10     voters who have applied for those ballots, and those

11     applications --

12          MR. MASHBURN:  Order, order.

13          MS. GHAZAL:  -- and those applications have been

14     processed --

15          MR. MASHBURN:  I'll ask the member to suspend for a

16     minute.  The -- the ability of the public to be in this

17     meeting is a privilege that should be exercised with due

18     dignity and respect.  No one interrupted the speakers when

19     they had public comment, and no one should interrupt the

20     Board members, okay?  If we have a problem with this,

21     we'll clear the room, and we'll have the public meeting

22     via Zoom again, so I'm going to ask all of the people here

23     in person to conduct themselves with the respect that the

24     elections deserve, the respect that these Board members

25     deserve, and if not, we'll just clear the room, and you

1    can watch it on Zoom, okay?  If the lady will continue?

2         MS. GHAZAL:  Ballots are only counted once the

3    identity of the voter has been verified by checking the

4    signature on the ballot, and that is the process that was

5    followed in 2020.  Drop boxes are inherently more secure

6    than mailboxes and have been used in other jurisdictions

7    for decades.  Despite the lack of evidence of widespread

8    illegal ballot collection activities, real harm has been

9    caused by these unsupported allegations asserted by

10   individuals seeking to profit off of them.  Election

11   administrators across the state have testified against

12   restrictions that were put in place because of how they

13   limited access to voters, and I'm deeply concerned that

14   the individuals who are pushing these false narratives for

15   their own purposes are fueling inflammatory rhetoric that

16   risks conflict, but I also have a deep belief that Georgia

17   voters will come together across the political spectrum to

18   reject efforts to dox and intimidate innocent voters and

19   hard-working poll workers who are simply doing their jobs

20   and that Georgians across the spectrum will condemn the

21   threats to identify and target non-profit organizations

22   based on unfounded allegations which these same groups are

23   threatening to do.

24        Our democratic institutions depend on public trust to

25   uphold our rights as citizens.  I'm committed to working

1    together with our communities to deepen trust in our

2    elections and protect and support our election workers and

3    voters alike.  Thank you.

4        MR. MASHBURN:  Thank you.  The -- the member of the

5    Board by seniority is me, so I get to go last, and so what

6    I'd like to do is take a few minutes to respond to the

7    questions that I get.  As I go through the day, I get

8    uncounted numbers of emails asking me questions and

9    saying, have you seen this?  Have you seen that?  Please,

10   please see this.  Please, pay attention to this.  So what

11   I want to do is take this opportunity to communicate to a

12   lot of people all at one time the questions -- the answers

13   to questions that I have been receiving.

14       And so the first question is -- surprisingly, the

15   suitcase ballot issue is still coming up, and I get lots

16   of questions about that, so I'm going to go take a minute

17   to address that.  And so what I want to do is I want to

18   invite everybody in the public who is interested in this,

19   and especially I'm speaking directly to voters who have

20   come to me and said I'm not going to vote because the

21   suitcase ballot showed my vote doesn't count -- I'm

22   speaking directly to you now.  I want you to go to secure

23   vote GA dot com, secure vote GA dot com forward slash fact

24   check, and that has been put up by the Secretary of State

25   and is the actual video from State Farm Arena.  It has

1   four cameras, and you might be a busy person, and you

2   might say, well, I don't have time to watch 14 hours of

3   four cameras, so what I'm going to do is I'm going to make

4   it -- all you've got to do is watch three and a half

5   minutes, and so if you go -- if you go to secure vote

6   Georgia -- I mean, secure vote GA dot com forward slash

7   fact check, go to camera 2, timestamp 10:26, and watch the

8   next three and a half minutes.  You will be able to see

9   empty ballot containers -- visibly empty -- shown on the

10  camera, camera 2.  You can watch the workers load the

11  ballots into the ballot containers, you can watch the

12  workers seal the ballot containers, and you can watch the

13  workers push the ballot containers under the table.  So --

14  and you will see that the ballot containers are clearly

15  marked ballots.  So I still have people coming to me

16  saying that they smuggled in unauthorized secret suitcases

17  of ballots.  I still get this, and so you can see on this

18  camera that it says ballots, so all it will take us three

19  minutes of your time, three and a half minutes of your

20  time.  And then also, you can go to camera 4 at the same

21  timestamp and see what the monitors are doing, so you can

22  watch the three and a half minutes where those ballot

23  containers get loaded, and you can watch the monitors

24  watching or not watching the workers do that.

25          The second thing I want to do is I want to take a

1    minute to commend the State's lawyers and representatives

2    in the legal suits.  We have tremendous representation,

3    and I want to call these lawyers out by name: Josh

4    Belinfante, Vincent Russo, Brian Tyson [ph.], Melanie

5    Johnson [ph.], Ryan Germany, Charlene McGowan.  They all

6    do a tremendous job for the people of Georgia.  They're

7    some of the brightest lawyers out there.  They are

8    certainly the most -- among the most experienced election

9    lawyers out there, and they have a win ratio that I've

10   only seen exceeded by the Walton High School girls' tennis

11   team that went a hundred and fifty-nine and zero, so these

12   lawyers are very, very talented.  So -- and the State of

13   Georgia is to be very proud.  The citizens of Georgia

14   should be very proud to have them represent them.

15        So one thing we see on the national press, we see

16   talking heads get on the television and tell us the

17   lawyers should have agreed to this.  The lawyers shouldn't

18   have agreed to this.  And I just want the citizens of

19   Georgia to know that the lawyers that are working on their

20   behalf are some of the most talented, energetic,

21   conscientious, and dedicated public servants that I've

22   ever met, and I'm -- I'm proud of each and every one of

23   them and what they do.

24        The final thing is that I want to point out I've had

25   lots of people say -- beg me please watch the movie 2000

1    Mules.  Please watch the movie.  Please watch the movie.

2    So I did watch the movie, and I need to make -- I'll make

3    four points about the -- about the movie.  First is I know

4    Hans von Spakovsky. I've known him for a long time.  He's

5    an acquaintance of mine.  He's a very smart person.  He's

6    been very interested and very dedicated to issues of

7    ballot harvesting for a long time, so he is -- he is a

8    voice that I trust and -- and -- and is one of the

9    brightest people I know.  So Hans von Spakovsky is in the

10   movie, and he makes points.  Now, most of the points he's

11   making don't apply to Georgia, and in fact, the movie

12   itself recommends that states adopt a system where ballots

13   are mailed at the request of the voter who then gets the

14   ballot and sends them back, so in fact, the movie says

15   that states should adopt this system.  Well, the thing is

16   Georgia uses that system and has used that system for

17   many, many years, so the citizens of Georgia who are --

18   see this movie and talk to their -- their friends that are

19   talking about this movie, the movie suggests that the

20   other states -- they don't mention Georgia by name, but

21   they suggest that the other states adopt the system that

22   Georgia uses, so you can be confident in that.

23       The next thing about the movie is they are free to

24   draw whatever conclusions they want, but the citizens of

25   Georgia need to know that Sara was correct in that a

1    ballot that is delivered by a ballot harvester -- and let

2    me take a minute out of this.  I, actually, as -- in my

3    experience, I actually was part of a team that busted a

4    ballot harvesting ring in Georgia that resulted in

5    prosecutions, so the citizens of Georgia can rest assured

6    that they have one of the only people in Georgia that has

7    actually busted a ballot harvesting ring taking this very

8    seriously.  Now, a brief moment to talk to my Republican

9    friends out there.  Rush Limbaugh used to hate it.  I

10   mean, he would go apoplectic when somebody says we have to

11   investigate this because of the seriousness of the

12   allegation.  He hated that, but here, we're -- us

13   Republicans are now on the other side of this issue, and

14   we do want it investigated.  We do want it investigated

15   exactly because of the seriousness of the issue.

16        So we'll give this a fair look.  We'll call the balls

17   and strikes fairly as we see them, and the chips will fall

18   where they may, but it's not going to be a witch hunt.

19   It's going to be done soberly and with great care by

20   people who know what they're doing, and you can rest

21   assured that I'm very familiar with ballot harvesting.

22   I've trained scores of lawyers in what do look for over my

23   thirty years of doing this.  So the citizens of Georgia

24   can rest assured.

25        But Sara is exactly correct in that a -- a vote

1    delivered by a ballot harvester, if there is one, is

2    treated in exactly the same manner as the vote that you

3    have delivered yourself.  It still goes to the same

4    people.  It still goes through the same process.  It's

5    still checked against the voter rolls.  The signature at

6    the time was still matched, and so we say is this a voter?

7    Yes, this is a voter.  Did they request a ballot?  Yes,

8    they requested a ballot.  Are they authorized?  Yes.  So

9    the idea that I got from watching the movie was that they

10    were saying there were 92,000 illegitimate, manufactured

11    votes in Georgia, and maybe I misunderstood the point they

12    were making, but that was the point I heard.  But that is

13    not true.

14        A ballot harvested vote might be a perfectly legal

15    vote.  It's just the manner of its delivery was illegal.

16    So that's a very important point that I did not see

17    mentioned, that I would bring out to those that -- that

18    want to ask what's my opinion there.

19        The other thing I want to address is that I heard on

20    the radio the other day an allegation that the -- that the

21    Governor mailed out 7.8 million ballots to people that

22    didn't even request them, and I almost drove off the road

23    because that was -- that statement was so wrong on so many

24    different levels.  So let's address that for a minute.

25    First of all, no constitutional officer anywhere in the

34

1    state sent anyone a single ballot.  The ballots are sent

2    out by the county election office, so no constitutional

3    officer sent a single ballot to anybody.  The governor

4    didn't, the Secretary of State didn't, nobody did.  And

5    second of all, nobody -- other than a handful of mistakes

6    where an election worker just simply picked the wrong --

7    the name next on the list and sent a ballot off to the

8    wrong person by mistake, no -- no election worker sent a

9    ballot out that wasn't requested by a voter.  So when they

10   talk about mailed-out ballots and vote by mail, Georgia

11   does not use that system.  Although you can send your

12   absentee ballot back by mail, we don't use vote by mail,

13   and what they mean when they're talking about vote by mail

14   is they mean that live ballots are mailed out to everybody

15   on the voting list, and Georgia does not have that system.

16   I personally don't think that's a wise system.  I don't

17   think we should do that for the same reason you don't send

18   out a live credit card to somebody, whether you know that

19   they live there or don't, so Georgia does not use that

20   system.  Ballots are only sent when they're requested.

21       So that's a few issues that I wanted to get out to

22   the public and get off my chest, and I think everybody has

23   the opportunity to speak, and one of the reasons that I

24   was insistent and Sara was insistent and the Doctor was

25   insistent, and Ed agreed along, and the Secretary of

1  State's Office and the Georgia Building Authority were so

2  kind to let us have this meeting was because I thought it

3  was important that everybody have a chance to publicly air

4  their views and get things out in the open that they

5  wanted to talk about, so I've gone a long time, and what

6  we will do now is close the Board member comment section

7  of the meeting, and we'll move to the update on True the

8  Vote complaint, which I think is Ryan Germany.  So Mr.

9  Germany, the floor is yours.

10     MR. GERMANY:  Thank you, Mr. Chairman.  I'm Ryan

11  Germany.  I'm the General Counsel for the Secretary of

12  State's Office.  I wanted to give the Board members a

13  quick update on the complaint from True the Vote that we

14  received that we are investigating.  At the last meeting,

15  the Board members authorized subpoenas to go out.  Those

16  subpoenas have been sent.  We are in discussions with True

17  the Vote's lawyers about receiving information, and I look

18  forward to receiving that information so that we can fully

19  investigate these claims.  True the Vote does have some

20  genuine concerns about confidentiality of information, and

21  so we're trying to work with them to resolve those

22  concerns.  It could be a situation where we end up needing

23  to go to court and have the protection of a court order to

24  protect confidentiality.  So that's where we are with --

25  with this.  We have not yet received information, but

1    we're -- we're in discussions with their lawyers.  At this

2    point, I would ask the Board to authorize the AG's Office

3    to take appropriate action if it does come to a point

4    where we need to go to court to enforce the subpoenas or

5    get a protective order.  I would ask the Board to

6    authorize the AG's Office to take that action if it -- if

7    it becomes necessary.

8        MR. MASHBURN:  So that's -- if that's a request for a

9    motion, the Chair will entertain a motion if there are --

10   if a Board member would like to make one.

11       MR. LINDSEY:  So moved, Mr. Chairman.

12       MS. GHAZAL:  So moved.

13       MR. MASHBURN:  Okay.  We have -- Sara and Ed have

14   both moved and seconded.  Doctor?

15       DR. JOHNSTON:  Discussion.

16       MR. MASHBURN:  Discussion.

17       DR. JOHNSTON:  So I'm very --

18       MR. MASHBURN:  Oh, sorry.  My fault.

19       DR. JOHNSTON:  I'm very concerned about

20   confidentiality and actually the safety and well-being of

21   said whistleblower.  Do we have any information about the

22   whistleblower?

23       MR. GERMANY:  Not at this point, no, ma'am.

24       DR. JOHNSTON:  Is there any indication that the

25   whistleblower was discovered and harmed?

37

1    MR. GERMANY:  We don't have any information about the

2    whistleblower at this point. We have requested that

3    information.

4    MR. LINDSEY:  If I may, Mr. Chairman, while -- you

5    know, within the court system there are procedures for

6    assisting in confidentiality for a whistleblower, but

7    given the allegations that True the Vote came forward

8    with, you know, I believe that it is incumbent on us and

9    the Attorney General to pursue those allegations and to

10   see if it, indeed, has any merit or not, and I would

11   encourage True the Vote to cooperate with us and cooperate

12   with the Attorney General to set up the necessary

13   safeguards for any whistleblower which can be done through

14   the court system.  But let's get to whether or not these

15   allegations have any merit or not.  I -- I was a little

16   bit concerned that in one publication someone from True

17   the Vote was quoted as saying that he felt that the

18   subpoenas were an attempt to intimidate True the Vote and

19   harass True the Vote.  I believe that was the term that

20   was used in this -- in this publication.  I certainly hope

21   that didn't accurately reflect True the Vote's true

22   feelings, and I certainly hope that they will -- will work

23   with the AG to set up the necessary safeguards for any

24   whistleblower, but let's move forward with the -- with the

25   investigation.

1          Although the best way we can do so is if someone

2     comes forward with specific evidence with someone who can

3     testify.  For that reason, I believe that it's incumbent

4     on us to have the AG move forward.

5          MR. MASHBURN:  Doctor, do you have --

6          DR. JOHNSTON:  I do not want to put the wellbeing or

7     safety of somebody in jeopardy, and I think we need to

8     have a mechanism to offer protection to necessary parties

9     before we can really proceed with this investigation.

10          MR. GERMANY:  I think the mechanism to do that is

11     what we're discussing.  I think a court order could --

12     could assist with that, and that's why I'm asking the

13     Board to authorize the AG to take appropriate action both

14     to enforce the subpoena if it becomes necessary but also

15     to ensure, you know, sufficient confidentiality of -- of

16     information.

17          MR. MASHBURN:  Any further discussion?  Any further

18     discussion?  If not, at this time we're ready to proceed

19     with the motion to authorize subpoenas with instruction.

20     If all those in favor would say aye?

21          THE BOARD MEMBERS:  Aye.

22          MR. MASHBURN:  If all those opposed would say nay?

23     Motion carries.  Mr. Germany, the floor is still yours.

24          MR. GERMANY:   That's all I have on the True the Vote

25     complaint, Mr. Chairman.

1      MR. MASHBURN:  If you'll remain in place, the next --

2  the next item on our agenda is an update on early voting,

3  so Mr. Germany, again, the floor is yours.

4      MR. GERMANY:  Thank you, Mr. Chairman.  I did want to

5  provide the Board with a quick update on early voting.  We

6  are now -- it's Tuesday of the last week of early voting,

7  so we do expect turnout to increase as it generally does

8  during the last week of early voting.  So far in this

9  election, we've had record early voting turnout almost

10  every day of the cycle.  Yesterday was, in fact, the

11  highest day that we've had in the cycle, and we've been

12  consistently -- I think it's about two and a half times

13  the number of early voters that we had in 2018 and about

14  one and a half times the number of voters -- the number of

15  early voters that we had even in the 2020 cycle for in

16  person early voting.  And also, we have not had reports of

17  lines.  I do expect for those listening in that lines will

18  probably increase as the week continues, so if you can

19  work that into your voting plans.  But that is what we're

20  seeing.  We're seeing record early voting turnout, and

21  we're seeing no reports of lines at this point.

22      There have been some issues that some people have

23  discussed already.  I would describe them as the types of

24  issues that we normally see in -- in any election, and

25  we've been working with counties to resolve them as

1    quickly as possible.  The bulk of the issues that are a

2    bit unique to this cycle are because this is the first

3    election following redistricting, that fall into the ten-

4    year redistricting cycle, and as the Board members know,

5    we had a condensed redistricting cycle this year due to

6    the delayed -- delayed census and then delayed numbers out

7    from the census bureau, so the counties have been working

8    -- working diligently to complete that redistricting as

9    quickly as possible, but we are seeing some issues with --

10   with redistricting, and we are working with counties to

11   resolve them as quickly as -- as we can.  I'm happy to

12   take any questions.

13        MR. MASHBURN:  Ms. Ghazal?

14        MS. GHAZAL:   Thank you, Mr. Germany.  I appreciate

15   this, and this is more of a comment than a question, and I

16   -- I think that all of us have shared in the frustrations

17   that Ms. Grubbs and Dr. Johnston have expressed with

18   regards to some of these redistricting issues.  I want to

19   acknowledge the fact that the county election supervisors

20   almost as a whole recognized that this was going to be an

21   issue and petitioned to delay the start of the primary by

22   one month, but unfortunately, the General Assembly did not

23   take that up, so this was -- this was -- these issues were

24   anticipated, and I think the counties should be commended

25   for, frankly, the scarcity in the number of problems that

1    we've seen.  I anticipated a lot more given the compressed

2    timescale, so I really wanted to give my thanks to the

3    incredible work that the counties have put in to try to

4    minimize these problems and to resolve them as quickly as

5    they could.

6          MR. GERMANY:  I would -- I would echo that, and I

7    would just add the same praise for our elections division.

8    This cycle, we instituted a new tool of using the mapping

9    software to kind of help counties do some quality checks

10    on their -- at least their state and their federal --

11    their congressional lines, and I think -- I think the

12    counties would say that that tool is appreciated and

13    helped them really reduce any potential errors before

14    voting started.  Some of the issues that have come up that

15    we've seen have been with county commission lines, and

16    that was unfortunately not part of the quality assurance

17    check we were able to -- to offer counties because we

18    don't have those -- those lines, but when those issues

19    were discovered, then counties quickly -- quickly resolved

20    them as well.

21          MR. MASHBURN:  Ed?

22          MR. LINDSEY:  I would like to make a -- you know, a

23    quick comment as well, Mr. Chairman, just to -- while I do

24    recognize the difficulties that the counties are going

25    through, I think all of us are concerned any time any

42

1    voter has their vote cheapened, for want of a better term,

2    because of some irregularity and that these need to be

3    taken care of as quickly as possible so that every voter's

4    vote can be fully counted.  I am encouraged by the

5    turnout, you know, to sort of echo what you said, and for

6    those who were listening who want a good website to check

7    daily, it's something called Georgia votes dot com, which

8    is a great website that shows you every day -- that shows

9    that as of today in terms of turnout 2022 primary early

10   voting versus '18, we're 196 percent higher than we were

11   just four years ago, but I think that that's a -- that's

12   good positive sign of -- of the interest of voters in this

13   election and their desire to exercise their votes.

14   Anyway, I -- while I do commend the counties for what

15   they're trying to do to correct any irregularities, I

16   think it's incumbent upon us and anyone to -- to try to

17   get these things resolved as quickly as possible.

18        MR. MASHBURN:  Thank you.  Any further comments from

19   the Board?  Okay.  With that, we'll conclude the update on

20   early voting, and we'll move to investigations reports.

21   I'll call SEB case number 2022-054, Gwinnett County,

22   ballot harvesting.  We have our investigators.  We have

23   our investigators?  Great.

24        MR. DEWEESE:  Good morning.  I'm Investigator DeWeese

25   with the Secretary of State's Office.  Now, the first case

1    is 2022-054, ballot harvesting involving a white Ford SUV.

2    The complainant sent in video clips of the white SUV

3    approaching the ballot box at the government building in

4    Gwinnett County.  A male subject exits and places five

5    ballots inside the ballot box.  The video had the vehicle

6    tag.  I was able to find the registered owner and identify

7    him and interview him, but prior to my interview, I

8    researched his home and located five legal electors that

9    lived inside the home, and they were all family members.

10   I checked all of their ballots in our E-Net system, and

11   they all coincided as being dropped in the drop box on the

12   same day as the male placed them in the video, and they

13   were all counted either that day or the very next day.  So

14   I then interviewed him and determined -- and validated

15   that he had five -- more than five people living in his

16   home, but the five electors all lived in that residence at

17   that time, making all those ballots legal ballots.

18       MR. MASHBURN:  Thank you for that report.  Any

19   questions from the Board?  Dr. Johnston?

20       DR. JOHNSTON:  Thank you for the report.  Did you get

21   information as to the relationship of each of those five

22   people?

23       MR. DEWEESE:  They were his children and his wife.

24       DR. JOHNSTON:  And did you interview them?

25       MR. DEWEESE:  No.  But I did check their election

44

1   status, that the ballots all matched, so everybody that

2   was a registered voter at that house -- in the interview,

3   he admitted to being there.  He said that's me on the

4   video.  That's me placing five ballots, but he goes those

5   are all my family members' ballots, so that information

6   and prior to me talking to him, I found all the electors

7   that were registered at that home and checked all their

8   ballots, and they were all dropped on the same day which

9   matched up with the video and counted.

10      DR. JOHNSTON:  Thank you.

11      MR. MASHBURN:  Other questions from members of the

12   Board?

13      MR. LINDSEY:  If I -- if I may, Mr. Chairman, I think

14   for the listening audience, it's important to point out,

15   you know, that the investigator confirmed that you are

16   authorized to deliver ballots for other family members

17   located in your home.  That is something that is clearly

18   permissible by law; correct?

19      MR. DEWEESE:  That is correct.

20      MR. LINDSEY:  Let me also ask you this, and I

21   appreciate folks coming forward with concerns and specific

22   allegations for us to investigate, but I've also seen some

23   of these -- some people also going out and publishing

24   these allegations and posting videos online or through --

25   through other sources of people without a full

1    investigation.  Do you know whether or not this individual

2    was one of those people that was -- whose car and car tag

3    and picture was published publicly?

4        MR. DEWEESE:  As far as the white SUV, I have not

5    seen the movie True the Vote, but I did see a True the

6    Vote representative on a Tucker Carlson show, and in the

7    background, they had that video clip playing of that

8    subject in the white SUV.

9        MR. LINDSEY:  I would simply like to caution folks

10    who -- who are bringing forth these allegations to please

11    allow investigation to take place before you publish these

12    allegations.  You know, voter harvesting is a crime.

13    Claiming that someone is committing a crime without full

14    investigation carries with it some -- some legal liability

15    as well, and -- and I would like for folks who are simply

16    just exercising their right to vote and exercising the

17    right of their family to vote not to -- not to have

18    allegations thrown about and just simply ask folks to be a

19    little more cautious in this day and age to make sure that

20    before you make those kind of allegations, that you turn

21    over the claim to proper authorities and allow an

22    investigation to take place before you publish it and

23    perhaps bring into question someone's good name.  Just a

24    cautionary -- I think this is a cautionary tale here that

25    I would like for us to observe in the future.

46

1          MR. MASHBURN:  Thank you, Mr. Lindsey.  I -- I do

2     have one -- it's kind of a question, but it's for the

3     benefit of the people out there, and you can defer to your

4     colleague if you'd like to -- to answer this question, but

5     when you go and interview people -- a friend of mine was

6     put up for US Attorney, and so she listed me as a

7     reference, and the FBI came and -- and talked to me about

8     her as a reference, and they came with badges and guns.  I

9     was scared to death, and it was just a -- it was just a

10    job reference.  So how -- how does this -- how do y'all

11    approach -- do you communicate with them the seriousness

12    of it?  Do you communicate with them that it's a crime to

13    tell you things that aren't true?  Or how does that

14    process work?  I think people listening would like to know

15    at what level -- are we just taking someone's word for it,

16    or at what level is the -- is the weight or the magnitude

17    of the system made apparent?

18         MR. DEWEESE:  Well, in my experience as an

19    investigator, every case is different in how you would

20    approach, in this case, a Respondent.  In this case, I got

21    a lot of information prior.  I found five legal votes from

22    that address and matched up with the video, so that made

23    me a little -- well, what's the word I'm looking for?  It

24    made me satisfied that it looked like they were going to

25    be legal votes, so I contacted him by phone and email and

1   set up a meeting to get his statement.  And as far as the

2   family living there, yeah.  You could tell there were

3   several people living there with the amount of cars in the

4   -- in the driveway.

5       MR. MASHBURN:  So not to put words in your mouth, but

6   to characterize what I heard, and that is -- like -- like

7   us lawyers, we always say don't ask a question in court

8   that you don't already know the answer to.  You -- you go

9   into these interviews already knowing the answers to a lot

10  of the questions you're going to ask, and that way you

11  know whether they're telling you the truth or not.

12      MR. DEWEESE:  Correct.  Well, I researched the home

13  and found that these people lived there and, you know, did

14  as much research as I could based on the information I had

15  with his name and all that.

16      MR. MASHBURN:  Thank you for that explanation.  Do

17  you have a recommendation for the Board?

18      MR. DEWEESE:  I did not find anything to suggest a

19  violation of Georgia code.

20      MR. MASHBURN:  All right.  I think your

21  recommendation is for no action.  I'm prepared to accept a

22  motion.

23      MR. LINDSEY:  So moved, Mr. Chairman.

24      MS. GHAZAL:  So moved.

25      MR. MASHBURN:  Okay.  Ed and Sara have both moved and

1  seconded with each other again.  Dr. Johnston, discussion?

2  All right.  I told you we had -- I told you we had the

3  brightest lawyers in the -- in the State helping us out.

4  There is no legal consequence to the statement no action,

5  so it's actually a motion for dismissal, so I stand

6  corrected.  Thank you, Ryan.  So the Board will restate

7  the motion as one for dismissal.

8      MR. LINDSEY:  So moved, Mr. Chairman.

9      MS. GHAZAL:  Second.

10     MR. MASHBURN:  It has been moved and seconded, so we

11 are ready for a discussion.  Dr. Johnston, anything?

12     DR. JOHNSTON:  No discussion.

13     MR. MASHBURN:  No discussion.  We're ready to vote.

14 If all those in favor of the dismissal will say aye?

15     THE BOARD MEMBERS:  Aye.

16     MR. MASHBURN:  All those opposed will say nay?  So

17 the motion carries, and this case is dismissed.  Next case

18 on the agenda is case number -- SEB case number 2022-055,

19 Gwinnett County, ballot harvesting.  You have the floor.

20     MR. DEWEESE:  Yes, thank you.  It's very similar,

21 same kind of complaint.  Video received from the

22 complainant showing a subject driving a red Corolla, same

23 thing, but this was on 10/18 of '20, placed the ballots

24 inside the ballot box, and they appeared to be more than

25 the one legal allowed vote -- ballot.  Same investigation,

1    we had a tag.  I got the registered owner and did the same

2    research on the home, found the legal electors registered

3    at that address and confirmed with -- in a phone interview

4    that was recorded with him that he did admit that it was

5    him on the video, and he admitted to placing the four

6    ballots, and they were all family members that lived at

7    that home, and that was that.  All the information on E-

8    Net coincided with the video as being dropped, and as far

9    as being accepted into E-Net, as we mentioned the first

10   time, it depends on the time of day you drop your ballot.

11   If you drop it off early, it may get counted all at the

12   same day, or if you drop it off late at night, it could

13   get counted on a very -- next date, but in this case, they

14   were all counted, and they all appeared to be legal votes,

15   and my interview confirmed that.

16       MR. MASHBURN:  Any questions by Board members?  Dr.

17   Johnston?

18       DR. JOHNSTON:  What were the rel -- relations of each

19   person --

20       MR. DEWEESE:  These were his family members and

21   children.

22       DR. JOHNSTON:  His what?

23       MR. DEWEESE:  His children.

24       DR. JOHNSTON:  Children.

25       MR. DEWEESE:  And his wife.

1          DR. JOHNSTON:  Did you interview them?

2          MR. DEWEESE:  No.

3          DR. JOHNSTON:  Thank you.

4          MR. DEWEESE:  I just confirmed that all their votes

5     were all voted the same way.

6          MR. LINDSEY:  Investigator, I have a similar question

7     to the question I asked previously.  In addition to the --

8     sending the complaint to us, and I do appreciate when

9     someone sees something that looks questionable that they

10    turn over the investigation to us, but do you know whether

11    or not -- once again, the same question I had before, that

12    in addition to filing a complaint with us, do you know

13    whether or not allegations of voter harvesting were

14    published in any kind of online service or any kind of

15    documentary or anything like that?  Do you know in this

16    situation if that happened again?

17         MR. DEWEESE:  I have not seen any -- my personal

18    self, I have not watched that movie yet.

19         MR. LINDSEY:  Okay.  I just -- anyway, the same --

20    same caution that I would give -- that I gave earlier I

21    would give here to -- to the folks making these

22    allegations.  If you see something that you would find

23    questionable, turn it over to the authorities, but do not

24    simply go out and start questioning the integrity of

25    individuals and alleging crimes without any further

1    evidence.  That could subject you to some kind of

2    liability from that individual who rightly might take

3    exception to having their good name questioned.

4        MR. MASHBURN:  So I understand your finding was there

5    was insufficient evidence to prove a Georgia election code

6    violation?

7        MR. DEWEESE:  Yes, sir.

8        MR. MASHBURN:  Okay.  At this point, the Board -- the

9    Chair will entertain a motion from any of the Board

10   members?

11       MR. LINDSEY:  So moved, Mr. Chairman.

12       MS. GHAZAL:  Second.

13       MR. MASHBURN:  To dismiss?

14       MR. LINDSEY:  Move to dismiss.

15       MR. MASHBURN:  Okay.  There's been a motion to

16   dismiss and a second.  Discussion?

17       DR. JOHNSTON:  No discussion.

18       MR. MASHBURN:  No further discussion, so we're ready

19   to vote, so all those in favor of dismissing this case 2 -

20   - SEB 2022-054 would say aye?

21       MR. LINDSEY:  Aye.

22       MR. DEWEESE:  55. Yeah, it's 55.

23       MR. MASHBURN:  Oh, I'm sorry. 55.  Thank you for

24   correcting me, -055.  All those in favor would say aye?

25       THE BOARD MEMBERS:  Aye.

1        MR. MASHBURN:  All those opposed would say nay?  The

2    motion carries, and the case is dismissed.  The next case

3    is SEB 2022-056.  I'll hand this over to the investigator.

4        MR. DEWEESE:  Yes, sir.  This is also ballot

5    harvesting, and this involves the video clips received

6    from the complainant out of Gwinnett County on a black

7    Volkswagen Passat.  The tag was visible, and we were able

8    to get the registered owner for that also and did the same

9    procedures.  I found out that he was a legal voter, and

10   his vote was counted on the same day, 10/12/20, that he

11   placed them in the box.  This voter only had two votes,

12   and the second vote was his mother's, and I did confirm

13   through investigation that she was a legal voter,

14   registered, and both ballots were dropped at the same time

15   and counted at the same time, and I found no violation of

16   Georgia code on this.

17       MR. MASHBURN:  Questions from the Board?

18       DR. JOHNSTON:  Question, did you interview the

19   mother?

20       MR. DEWEESE:  No, ma'am.

21       DR. JOHNSTON:  Thank you.

22       MR. MASHBURN:  Any further questions from the Board?

23   At this time, I'm ready to entertain a motion from a

24   member.

25       MS. GHAZAL:  I move to dismiss this case.

1      MR. MASHBURN:  Board member Ghazal has moved to

2  dismiss.  Is there a second?  Is there a second?

3      MR. LINDSEY:  Second.  Second, Mr. Chairman.  Sorry.

4  I was on mute.

5      MR. MASHBURN:  There's a second.  Any discussion?

6      DR. JOHNSTON:  No discussion.

7      MR. MASHBURN:  No discussion.  We're ready to vote.

8  All those in favor of dismissing case number SEB 2022-056

9  would say aye?

10      THE BOARD MEMBERS:  Aye.

11      MR. MASHBURN:  All those opposed would say no?

12  Motion carries, and case number SEB 2022-056 is dismissed.

13      MR. DEWEESE:  Thank you.

14      MR. MASHBURN:  Did I hear anybody?  Did I hear

15  somebody?

16      MR. DEWEESE:  I said thank you, sir.

17      MR. MASHBURN:  One thing I would like to just add to

18  my comment on this is I would like to state the

19  appreciation for those citizens out there that are

20  watching these videos.  I think the cautions that have

21  been given are very wise, but the people that are watching

22  these videos are basically giving up their time to be poll

23  observers.  They're doing it after the fact rather than

24  during the time, but it is still time, and it takes hours

25  and hours and hours and hours and so I think the citizens

54

1    that do this provide a tremendous public service and --
2    and have my thanks, but I think we should also be
3    cautioned to be judicious with your findings, but it just
4    -- I appreciate the time that it takes to go in to
5    watching these videos.  So with that, we will move on to
6    the next item on the agenda and that is the Attorney
7    General report.  Charlene McGowan, attorney Charlene
8    McGowan of the Attorney General's Office is here to
9    present that, so we turn the floor to you, attorney
10   McGowan.
11        MS. MCGOWAN:  Thank you, Mr. Chairman, and good
12   morning, Board members.  For the Attorney General's
13   report, I just have one agenda item, and that is a consent
14   order with the Spalding County Board of Elections and
15   Registration.  This consent order resolves two cases.  One
16   is a 2017 case, case 2017-073.  That case involves some
17   redistricting issues back in 2017 with the City of Griffin
18   municipal election.  But the primary case that this
19   consent order resolves is 2020-157, which involved a
20   number of significant issues that arose on Election Day in
21   November 2020.  The Board voted to refer this matter to us
22   back in August of 2021.  The issues in that case that
23   arose were failure to have voters sign the voter
24   certification at check-in, failure to timely start voting
25   on Election Day.  When the poll pads were not working that

1    morning, poll workers used provisional ballots instead of

2    emergency ballots, which should have been done pursuant to

3    this Board's rules.  There were also some issues about the

4    proper handling of provisional ballots when they were at

5    the end of the day.

6        The consent order also addresses the Secretary of

7    State's investigation into allegations that ballots had

8    been discarded in a dumpster as was reported when this

9    case was presented to the Board, that allegation was not

10    corroborated, and while they were no ballots that were

11    discovered in that dumpster, there were documents

12    containing confidential voter information that had not

13    been disposed of properly.  So the consent order with

14    Spalding County Board of Elections includes a civil

15    penalty of 13,000 dollars, investigative costs of 6,321

16    dollars, as well as training requirements for county

17    election workers.  So our office recommends that the Board

18    approve this consent order.

19        MR. MASHBURN:  Questions -- questions by the Board?

20    Ms. Ghazal?

21        MS. GHAZAL:  Yes.  My question is regarding the --

22    the mandatory training.  How will that be conducted?  Who

23    will be conducting it?  What sort of feedback oversight

24    will there be with that?

25        MS. MCGOWAN:  That is something that will need to be

1    worked out between the Secretary of State's Office and the

2    elections director of the county.  The county does have a

3    new elections director, so we will work with them to make

4    those training arrangements.

5         MS. GHAZAL:  Okay.  Thank you.

6         MR. MASHBURN:  Other Board members' questions?  I

7    have a question if no one else has -- okay.  The -- my

8    impression is this is a rather large fine.  Is your -- you

9    have a lot more experience in this than even I do, and is

10   -- how do you have a -- do you rank this on fines that

11   you've seen or that you've been involved with?  Is this a

12   bare -- fairly large fine?

13        MS. MCGOWAN:  This is a large fine.  Yes.

14        MR. MASHBURN:  Okay.  So this is one of the biggest -

15   - this is one of the bigger ones I've seen, so this was a

16   serious matter treated very seriously by the Attorney

17   General's Office.

18        MS. MCGOWAN:  That is correct.

19        MR. MASHBURN:  At this time, I'll entertain a motion

20   to approve -- oh.  Further question, Dr. Johnston?

21        DR. JOHNSTON:  So is there -- are there circumstances

22   where the election supervisor is prohibited from working

23   in the election area -- in the election office?  Or a

24   recommendation is made?

25        MS. MCGOWAN:  Our -- yes.  The Board does have the

1  authority to revoke an election supervisor's

2  certification.  It can also lapse if the director does not

3  receive their annual training or meet their annual

4  training requirements.  In this instance, that particular

5  election supervisor that was in the position for the

6  November 2020 election is no longer with Spalding County.

7      MR. MASHBURN:  And if I may, do I understand

8  correctly there is a case pending against that person?

9      MS. MCGOWAN:  Yes.  And to clarify, this particular

10  consent order for the case -- the 2017 case, the Spalding

11  County Board of Elections and Registration is agreeing to

12  take responsibility for her actions for that incident but

13  not for the 2020 case, so our office still has a case

14  pending against the former elections supervisor, and we

15  will pursue that separately.

16      DR. JOHNSTON:  Is there a manner in which this

17  previous election supervisor would be prohibited from

18  working in another election, another county office?

19      MS. MCGOWAN:  We would have to look into -- the Board

20  would have to look into taking steps to revoking her

21  certification to the extent that she is still using it.

22      DR. JOHNSTON:  So I think it's a consideration for

23  old workers that are sort of repeat offenders.  Is there a

24  method that we have that would suggest that -- or a

25  process for revoking certification?  So that they don't

1    pop up in another county, so to speak.

2         MS. MCGOWAN:  Are you talking -- I'm sorry.  Are you

3    talking about election -- county elections directors or

4    just poll workers, any elections worker in general?

5         DR. JOHNSTON:  Well, I'm saying that this was the

6    elections supervisor that was having the difficulties.

7         MS. MCGOWAN:  I --

8         MR. MASHBURN:  If I -- if I could step in for just a

9    minute, I have --  I have an analogy that -- that I'm

10   familiar with, not personally, but I've -- I've seen it,

11   and that is the judicial qualifications commission

12   sometimes will settle a case with a judge by the judge

13   agreeing not to stand for election again, so as you enter

14   into consent order negotiations, that is one of the tools

15   that you might use that the person would say, you know,

16   I'm done with elections, and -- and so they would agree,

17   as far as the consent order, never to hold that position

18   again.  Is that...

19        MS. MCGOWAN:  Yes.  That's certainly a tool that is

20   available to us.

21        MR. LINDSEY:  And -- and if I may, Mr. Chairman, sort

22   of to follow up, at the -- once that investigation,

23   regarding the supervisor, is completed, and they come back

24   to us, we have the authority at that time to -- to move to

25   revoke their license to be a supervisor, elections

1    supervisor; correct?

2        MS. MCGOWAN:  Yes.  That is correct.  There is a

3    permission in the elections code that allows this Board to

4    revoke certification.

5        MR. LINDSEY:  Yeah.  I just wanted -- I just wanted

6    to make sure that the audience knows that we have that

7    power, that her invest -- okay.  I don't know if it was a

8    she or he.  That investigation is still ongoing, but that

9    -- that power is still available to us when it comes back

10   for final adjudication.

11       DR. JOHNSTON:  So is there a notification process

12   that is in place that the Board would be notified if this

13   election supervisor was soon to be hired in another

14   county?

15       MS. MCGOWAN:  I'm not aware of any notification

16   process that exists.

17       MR. MASHBURN:  Any further questions?  Okay.  At this

18   time, I will entertain a motion to approve the consent

19   order, Spalding County, 2017-073 and 2020-157, through a

20   motion?

21       DR. JOHNSTON:  So moved.

22       MR. MASHBURN:  There's been a motion to approve the

23   consent order.  Is there a second?

24       MS. GHAZAL:  Second.

25       MR. LINDSEY:  Second.

1        MR. MASHBURN:  Board member Ghazal and Ed Lindsey

2    have coordinated to second once again, so there's been a

3    motion and a second.  Is there any further discussion?

4    Everyone's ready to vote.  All those in favor of approving

5    this consent order would say aye?

6        THE BOARD MEMBERS:  Aye.

7        MR. MASHBURN:  All those opposed would say no?

8    Motion carries.  The consent order is approved.  With

9    that, I have exhausted my agenda and would entertain a

10   motion to adjourn.

11       MS. GHAZAL:  So moved.

12       DR. JOHNSTON:  Second.

13       MR. MASHBURN:  Board member Ghazal has moved and Dr.

14   Johnston has seconded.  All those in favor would say aye?

15       THE BOARD MEMBERS:  Aye.

16       MR. MASHBURN:  All those opposed would say no?  No

17   opposition.  We are adjourned.

18       (Meeting adjourned 10:05 A.M.)

CERTIFICATE

STATE OF GEORGIA
COUNTY OF DEKALB

    I, Kaitlin Walsh, Certified Court Reporter, hereby certify
that the foregoing pages numbered 4 through 60 constitute a
true, correct and accurate transcript of the testimony heard
before me, an officer duly authorized to administer oaths, and
was transcribed under my supervision.

    I further certify that I am a disinterested party to
this action and that I am neither of kin nor counsel to
any of the parties hereto.

    In witness whereof, I hereby affix my hand on this,
the 7th day of June, 2022.



                         Kaitlin Walsh, CCR, CVR
                         CCR #: 5910-3132-3171-2256

**[**

**[ph] (3)**
8:2;30:4,5

**A**

**ability (1)**
26:16
**able (8)**
6:8;12:13;13:5;
24:7;29:8;41:17;43:6;
52:7
**above (1)**
12:24
**Abrams (1)**
9:20
**absence (1)**
7:7
**absentee (5)**
8:17;20:23;21:2;
26:9;34:12
**abuse (1)**
23:10
**abuses (1)**
23:7
**accept (1)**
47:21
**accepted (2)**
21:21;49:9
**access (1)**
27:13
**accompanying (1)**
25:20
**According (2)**
22:16,18
**accordingly (1)**
5:21
**accountability (1)**
12:6
**accountable (1)**
15:6
**accountably (1)**
23:25
**accuracy (1)**
21:24
**accurate (3)**
13:3,5;22:23
**accurately (2)**
12:11;37:21
**achieve (1)**
23:1
**acknowledge (1)**
40:19
**acquaintance (1)**
31:5
**across (6)**
25:4,7,16;27:11,17,
20
**act (1)**
13:7
**action (6)**

10:13;36:3,6;38:13;
47:21;48:4
**actions (1)**
57:12
**activities (1)**
27:8
**actual (5)**
6:22;11:6;18:16,18;
28:25
**actually (7)**
6:20;13:4;32:2,3,7;
36:20;48:5
**add (2)**
41:7;53:17
**addition (5)**
11:22;16:5;22:22;
50:7,12
**additional (1)**
24:11
**address (7)**
22:13,15;28:17;
33:19,24;46:22;49:3
**addressed (2)**
16:19;22:11
**addresses (1)**
55:6
**adjourn (1)**
60:10
**adjourned (2)**
60:17,18
**adjudication (1)**
59:10
**administrators (1)**
27:11
**admit (1)**
49:4
**admitted (2)**
44:3;49:5
**adopt (3)**
31:12,15,21
**advance (1)**
11:13
**advocates (1)**
14:16
**affected (1)**
12:3
**affects (1)**
10:18
**affiliation (1)**
10:8
**afternoon (1)**
17:2
**AG (3)**
37:23;38:4,13
**AG's (2)**
36:2,6
**again (10)**
11:24;18:13;26:22;
39:3;48:1;50:11,16;
58:13,18;60:2
**against (3)**
21:22;27:11;33:5;
57:8,14

**age (2)**
24:8;45:19
**agenda (9)**
4:11;5:13;14:7,10;
39:2;48:18;54:6,13;
60:9
**ago (3)**
14:19;22:12;42:11
**agree (2)**
25:3;58:16
**agreed (3)**
30:17,18;34:25
**agreeing (2)**
57:11;58:13
**ahead (1)**
6:15
**air (1)**
35:3
**AJC (1)**
26:7
**Albany (1)**
8:7
**alert (1)**
13:10
**alike (2)**
25:12;28:3
**allegation (3)**
32:12;33:20;55:9
**allegations (15)**
25:10;27:9,22;37:7,
9,15;44:22,24;45:10,
12,18,20;50:13,22;
55:7
**alleged (1)**
25:24
**Allegiance (3)**
4:5,7,9
**alleging (1)**
50:25
**allow (2)**
45:11,21
**allowed (2)**
17:15;48:25
**allows (1)**
59:3
**almost (3)**
33:22;39:9;40:20
**alone (1)**
26:6
**along (6)**
15:23;16:3,15;18:9,
11;34:25
**Although (3)**
12:21;34:11;38:1
**always (2)**
11:7;47:7
**among (1)**
30:8
**amount (2)**
23:15;47:3
**Amplifying (1)**
25:10
**analogy (1)**

**58:9**
**analysis (7)**
17:7,8,11;18:16,18;
19:1;25:25
**and-answer (1)**
6:13
**angry (1)**
9:18
**annual (2)**
57:3,3
**anonymous (1)**
11:20
**anticipated (2)**
40:24;41:1
**apologize (6)**
15:23;16:8,9,14,18;
24:6
**apoplectic (1)**
32:10
**apparent (1)**
46:17
**appeal (1)**
12:19
**appear (1)**
12:1
**appeared (2)**
48:24;49:14
**applications (2)**
26:11,13
**applied (1)**
26:10
**apply (1)**
31:11
**appointed (1)**
25:22
**appreciate (10)**
5:11;16:4;24:7,9,
18,21;40:14;44:21;
50:8;54:4
**appreciated (1)**
41:12
**appreciation (1)**
53:19
**approach (2)**
46:11,20
**approaching (1)**
43:3
**appropriate (3)**
19:4;36:3;38:13
**appropriately (1)**
13:14
**approval (1)**
4:12
**approve (4)**
55:18;56:20;59:18,
22
**approved (2)**
5:2;60:8
**approving (1)**
60:4
**April (3)**
6:6;11:8,8
**archive (1)**

**14:24**
**area (1)**
56:23
**aren't (1)**
46:13
**Arena (1)**
28:25
**arose (2)**
54:20,23
**arrangements (1)**
56:4
**Aside (1)**
26:3
**Assembly (1)**
40:22
**asserted (1)**
27:9
**assertions (1)**
26:1
**assigned (1)**
14:8
**assist (1)**
38:12
**assistance (1)**
23:10
**assisting (1)**
37:6
**assurance (1)**
41:16
**assured (4)**
16:2;32:5,21,24
**astonishing (1)**
14:11
**atmosphere (1)**
21:15
**attempt (1)**
37:18
**attention (1)**
28:10
**Attorney (10)**
15:3;37:9,12;46:6;
54:6,7,8,9,12;56:16
**audience (2)**
44:14;59:6
**audit (1)**
21:23
**audits (1)**
13:1
**August (1)**
54:22
**authorities (2)**
45:21;50:23
**Authority (3)**
35:1;57:1;58:24
**authorize (4)**
36:2,6;38:13,19
**authorized (3)**
33:8;35:15;44:16
**available (5)**
19:6;24:18;58:20;
59:9
**aware (3)**
6:7;18:15;59:15

**away (1)**
　22:18
**aye (16)**
　5:6,7;38:20,21;
　48:14,15;51:20,21,24,
　25;53:9,10;60:5,6,14,
　15

**B**

**back (9)**
　7:11;8:25;22:13;
　31:14;34:12;54:17,
　22;58:23;59:9
**background (2)**
　10:15;45:7
**badges (1)**
　46:8
**Baker (1)**
　23:17
**balances (1)**
　17:23
**Balbona (3)**
　6:25;7:1,1
**ballot (61)**
　6:23;7:19;8:10,16;
　9:1;10:13,14;11:20;
　12:11;13:3,7,23;15:6;
　17:6,10;18:16,19;
　20:14,19,25;21:2,2;
　23:8,11;25:25;26:8;
　27:4,8;28:15,21;29:9,
　11,12,13,14,22;31:7,
　14;32:1,1,4,7,21;33:1,
　7,8,14;34:1,3,7,9,12;
　42:22;43:1,3,5;48:19,
　24,25;49:10;52:4
**balloting (1)**
　12:25
**ballots (50)**
　6:8,19;8:3,22;
　11:17,18,19;12:4,13;
　13:2;14:23;17:13,25;
　20:20,22,22,23;22:22;
　23:3;26:6,9,10;27:2;
　29:11,15,17,18;31:12;
　33:21;34:1,10,14,20;
　43:5,10,17,17;44:1,4,
　5,8,16;48:23;49:6;
　52:14;55:1,2,4,7,10
**balls (4)**
　20:5,5,9;32:16
**banana (1)**
　15:14
**bare (1)**
　56:12
**Barnes (1)**
　8:2
**barring (1)**
　22:2
**baseball (2)**
　19:24,25
**based (4)**

**9:15;18:18;27:22;**
　47:14
**bases (1)**
　20:6
**basic (1)**
　23:1
**basically (1)**
　53:22
**bat (1)**
　20:7
**bats (2)**
　20:4,5
**batted (1)**
　20:10
**become (1)**
　22:8
**becomes (2)**
　36:7;38:14
**beg (1)**
　30:25
**began (2)**
　11:13;17:7
**begging (1)**
　13:15
**begin (1)**
　4:4
**beginning (1)**
　21:3
**begs (1)**
　18:23
**behalf (1)**
　30:20
**behind (1)**
　7:4
**belief (1)**
　27:16
**Belinfante (1)**
　30:4
**benefit (1)**
　46:3
**benefited (1)**
　5:16
**Bennett (4)**
　5:23;6:1,14,17
**best (1)**
　38:1
**better (2)**
　19:23;42:1
**betterment (2)**
　10:25;19:7
**bid (2)**
　8:19;9:1
**big (3)**
　9:8;15:17;20:6
**bigger (1)**
　56:15
**biggest (1)**
　56:14
**billion (1)**
　15:7
**bipartisan (1)**
　23:2
**bit (2)**

**37:16;40:2**
**black (1)**
　52:6
**blamed (1)**
　17:14
**blaming (1)**
　20:24
**bless (1)**
　10:22
**Board (78)**
　4:3,12,13,22,23;5:7,
　17,18;6:1,6;12:15,18;
　13:21;14:5;15:2,24;
　16:23,24;17:4,15,19,
　24;18:15;19:1,3,14,
　16;21:10,25;22:12;
　24:3,11,22;25:21;
　26:20,24;28:5;35:6,
　12,15;36:2,5,10;
　38:13,21;39:5;40:4;
　42:19;43:19;44:12;
　47:17;48:6,15;49:16;
　51:8,9,25;52:17,22;
　53:1,10;54:12,14,21;
　55:9,14,17,19;56:6,
　25;57:11,19;59:3,12;
　60:1,6,13,15
**Board's (1)**
　55:3
**bode (1)**
　21:4
**body (1)**
　13:13
**both (8)**
　5:10;9:16;17:14;
　22:17;36:14;38:13;
　47:25;52:14
**box (9)**
　13:24;14:25;17:12,
　13;43:3,5,11;48:24;
　52:11
**boxes (3)**
　21:1,2;27:5
**boy (1)**
　15:17
**break (1)**
　10:21
**Brian (1)**
　30:4
**brief (1)**
　32:8
**brightest (3)**
　30:7;31:9;48:3
**bring (2)**
　33:17;45:23
**bringing (1)**
　45:10
**broken (1)**
　21:25
**build (1)**
　22:13
**Building (2)**
　35:1;43:3

**bulk (1)**
　40:1
**bullying (1)**
　23:9
**bum (3)**
　8:13,13,13
**bureau (1)**
　40:7
**business (5)**
　4:4,23;5:17,17;7:13
**busted (2)**
　32:3,7
**busy (1)**
　29:1
**buying (2)**
　23:9,16

**C**

**calendar (1)**
　24:21
**call (7)**
　4:3,15;20:14;23:11;
　30:3;32:16;42:21
**called (2)**
　14:19;42:7
**calling (1)**
　14:21
**came (3)**
　37:7;46:7,8
**camera (5)**
　29:7,10,10,18,20
**cameras (3)**
　7:4;29:1,3
**campaign (1)**
　14:21
**can (37)**
　4:2,16,22;5:24;6:9;
　10:23;12:12;13:2;
　16:24;21:16;24:8,8;
　25:3;26:3;27:1;29:10,
　11,12,17,20,21,23;
　31:22;32:5,20,24;
　34:11;35:18;37:13;
　38:1,2,9;39:18;40:11;
　42:4;46:3;57:2
**can't (1)**
　16:16
**candidate (6)**
　5:16,20;6:2,10,23;
　20:25
**candidates (3)**
　6:20;20:22;21:17
**car (2)**
　45:2,2
**card (1)**
　34:18
**care (4)**
　10:10,18;32:19;
　42:3
**Carlson (1)**
　45:6
**carries (6)**

**38:23;45:14;48:17;**
　52:2;53:12;60:8
**cars (1)**
　47:3
**Carter (1)**
　23:16
**case (29)**
　14:8;42:21,25;
　46:19,20,20;48:17,17,
　18,18;49:13;51:19;
　52:2,2,25;53:8,12;
　54:16,16,16,18,22;
　55:9;57:8,10,10,13,
　13;58:12
**cases (3)**
　16:6;17:14;54:15
**cast (5)**
　11:20;13:7;14:3;
　18:21;26:7
**cause (1)**
　6:21
**caused (1)**
　27:9
**caution (2)**
　45:9;50:20
**cautionary (2)**
　45:24,24
**cautioned (1)**
　54:3
**cautions (1)**
　53:20
**cautious (1)**
　45:19
**cell (1)**
　25:24
**census (2)**
　40:6,7
**certain (1)**
　11:17
**certainly (4)**
　30:8;37:20,22;
　58:19
**certification (5)**
　54:24;57:2,21,25;
　59:4
**chain (1)**
　20:23
**Chair (3)**
　5:21;36:9;51:9
**Chairman (15)**
　16:21;24:24;35:10;
　36:11;37:4;38:25;
　39:4;41:23;44:13;
　47:23;48:8;51:11;
　53:3;54:11;58:21
**challenge (1)**
　12:16
**chance (1)**
　35:3
**changed (1)**
　17:20
**changing (2)**
　20:3,4

chaos (1)
    21:9
characterize (1)
    47:6
Charlene (3)
    30:5;54:7,7
cheapened (1)
    42:1
cheat (1)
    22:17
check (6)
    6:19;28:24;29:7;
    41:17;42:6;43:25
checked (3)
    33:5;43:10;44:7
check-in (3)
    11:23;13:24;54:24
checking (1)
    27:3
check-ins (1)
    14:2
checks (2)
    4:16;41:9
Cherokee (3)
    8:13,15;19:5
chest (1)
    34:22
children (4)
    43:23;49:21,23,24
chilling (1)
    25:11
chips (1)
    32:17
choose (1)
    10:7
circumstances (1)
    56:21
citizen (1)
    12:6
citizens (12)
    13:15;14:12;15:16;
    27:25;30:13,18;
    31:17,24;32:5,23;
    53:19,25
city (2)
    20:25;54:17
cityhood (1)
    11:19
civil (1)
    55:14
claim (1)
    45:21
Claiming (1)
    45:13
claims (2)
    25:21;35:19
clarify (1)
    57:9
Clarke (1)
    8:14
Clay (1)
    8:13
clear (2)

26:21,25
clearly (3)
    15:9;29:14;44:17
Clinton (1)
    9:18
clip (1)
    45:7
clips (2)
    43:2;52:5
close (1)
    35:6
closed (2)
    6:5;19:13
Cobb (16)
    7:1,8,9,25;8:1,3,18;
    11:11,14;12:7,14,15,
    18;13:10;20:17;21:1
Cobb's (1)
    8:22
code (4)
    47:19;51:5;52:16;
    59:3
co-founder (1)
    16:22
coincided (2)
    43:11;49:8
colleague (1)
    46:4
colleagues (1)
    25:13
collect (1)
    14:23
collection (2)
    21:1;27:8
com (4)
    28:23,23;29:6;42:7
coming (4)
    24:14;28:15;29:15;
    44:21
commend (2)
    30:1;42:14
commended (1)
    40:24
comment (14)
    5:13;6:24;9:12;
    11:1,2;18:4;19:10,14;
    24:2;26:19;35:6;
    40:15;41:23;53:18
commented (1)
    5:14
commenting (1)
    14:4
comments (11)
    5:19;6:11,12;12:5;
    19:12,12;24:9,10,12,
    15;42:18
Commission (3)
    23:17;41:15;58:11
commitment (1)
    25:2
committed (3)
    12:8;25:12;27:25
committing (1)

45:13
common (2)
    22:21;23:18
communicate (3)
    28:11;46:11,12
communication (1)
    14:10
communities (2)
    25:14;28:1
companies (1)
    7:19
compass (1)
    23:22
complainant (5)
    16:7,11;43:2;48:22;
    52:6
complainants (1)
    16:6
complaint (7)
    16:12;35:8,13;
    38:25;48:21;50:8,12
complaints (6)
    13:23;14:7,8;16:16;
    20:14;25:19
complete (2)
    16:24;40:8
completed (2)
    19:23;58:23
completely (1)
    21:7
complexity (1)
    22:8
comply (1)
    17:20
compressed (1)
    41:1
concern (1)
    12:15
concerned (5)
    9:17;27:13;36:19;
    37:16;41:25
concerns (9)
    7:5;9:22,24;10:1,
    16;16:19;35:20,22;
    44:21
conclude (1)
    42:19
concludes (1)
    19:11
conclusions (1)
    31:24
condemn (1)
    27:20
condensed (1)
    40:5
conduct (4)
    11:6;16:25;23:2;
    26:23
conducted (3)
    23:24;25:5;55:22
conducting (1)
    55:23
confidence (5)

15:11;22:11,13,15;
    25:8
confident (1)
    31:22
confidential (1)
    55:12
confidentiality (5)
    35:20,24;36:20;
    37:6;38:15
confirm (1)
    52:12
confirmed (4)
    44:15;49:3,15;50:4
conflict (2)
    9:8;27:16
conflicting (2)
    11:24;13:12
conforming (1)
    17:4
confusion (1)
    21:9
Congress (2)
    9:14;10:10
congressional (1)
    41:11
conscientious (1)
    30:21
consent (13)
    54:13,15,19;55:6,
    13,18;57:10;58:14,
    17;59:18,23;60:5,8
consequence (1)
    48:4
consideration (1)
    57:22
considered (1)
    12:21
considering (2)
    9:25;12:23
consistently (1)
    39:12
constituency (1)
    10:1
constituents (1)
    9:16
constitutional (3)
    15:16;33:25;34:2
contacted (2)
    14:17;46:25
containers (6)
    29:9,11,12,13,14,23
containing (1)
    55:12
contains (1)
    11:25
continue (2)
    22:7;27:1
continues (2)
    16:23;39:18
contrary (1)
    7:12
control (2)
    11:7;21:7

cooperate (2)
    37:11,11
cooperatively (1)
    23:24
coordinated (1)
    60:2
copies (1)
    7:4
Corolla (1)
    48:22
corrected (1)
    48:6
correcting (1)
    51:24
corrections (1)
    4:25
correctly (2)
    12:12;57:8
corroborated (1)
    55:10
costs (1)
    55:15
counsel (2)
    22:9;35:11
count (2)
    26:3;28:21
counted (13)
    10:14;12:10;13:11;
    26:8;27:2;42:4;43:13;
    44:9;49:11,13,14;
    52:10,15
counterfeit (1)
    17:23
counties (24)
    7:18,22;8:6,12;
    14:22;17:9,11,14;
    18:17,19,20;19:4;
    25:7;39:25;40:7,10,
    24;41:3,9,12,17,19,
    24;42:14
country (1)
    10:25
County (48)
    7:2,8,10,24,25;8:1,
    3,25;9:5,15,21;11:11,
    15;12:7,14;13:10,20;
    14:1;15:2,13;18:14;
    20:17,17,18,19,20,21,
    24;21:1;34:2;40:19;
    41:15;42:21;43:4;
    48:19;52:6;54:14;
    55:14,16;56:2,2;57:6,
    11,18;58:1,3;59:14,19
County's (1)
    7:6
course (2)
    16:13;23:22
court (7)
    35:23,23;36:4;37:5,
    14;38:11;47:7
courts (1)
    12:19
Coweta (1)

19:5
**cracks (1)**
22:14
**crashed (1)**
11:23
**crazy (2)**
8:18;22:21
**create (1)**
22:7
**creates (1)**
25:11
**credible (1)**
26:4
**credit (1)**
34:18
**crime (3)**
45:12,13;46:12
**crimes (1)**
50:25
**Cross (5)**
13:18,19,19;16:4;
18:9
**cures (1)**
21:19
**currently (1)**
9:6
**custody (1)**
20:23
**customary (2)**
16:5,9
**cycle (7)**
39:10,11,15;40:2,4,
5;41:8

**D**

**daily (1)**
42:7
**dang (1)**
8:10
**data (4)**
11:16;14:23,24;
25:25
**date (2)**
21:3;49:13
**David (2)**
13:18,19
**day (21)**
16:16;20:16,16;
21:6;23:3;28:7;33:20;
39:10,11;42:8;43:12,
13,13;44:8;45:19;
49:10,12;52:10;
54:20,25;55:5
**days (2)**
7:13;21:5
**deal (1)**
6:8
**death (1)**
46:9
**decades (1)**
27:7
**decrease (1)**

22:10
**dedicated (2)**
30:21;31:6
**deep (1)**
27:16
**deepen (1)**
28:1
**deeply (1)**
27:13
**defer (1)**
46:3
**deficiencies (1)**
19:22
**definition (1)**
6:3
**defuses (1)**
25:16
**DeKalb (4)**
7:6;8:14;20:20,23
**delay (1)**
40:21
**delayed (3)**
40:6,6,6
**deliver (1)**
44:16
**delivered (4)**
26:8;32:1;33:1,3
**delivering (1)**
26:6
**delivery (2)**
25:25;33:15
**demand (3)**
17:3;18:2,8
**Democrat (3)**
10:11,19;20:25
**democratic (1)**
27:24
**Democrats (2)**
9:16,18
**depend (2)**
25:5;27:24
**depends (1)**
49:10
**describe (1)**
39:23
**deserve (3)**
10:6;26:24,25
**desire (3)**
5:16;23:20;42:13
**desperately (1)**
8:22
**Despite (1)**
27:7
**destroyed (2)**
17:9,12
**destruction (2)**
17:15,21
**determined (2)**
12:2;43:14
**devices (1)**
20:20
**DEWEESE (22)**
42:24,24;43:23,25;

44:19;45:4;46:18;
47:12,18;48:20;
49:20,23,25;50:2,4,
17;51:7,22;52:4,20;
53:13,16
**didn't (6)**
16:7;18:9;33:22;
34:4,4;37:21
**different (2)**
33:24;46:19
**difficult (2)**
11:6;23:1
**difficulties (2)**
41:24;58:6
**difficulty (1)**
21:10
**dignity (1)**
26:18
**diligently (1)**
40:8
**directly (6)**
7:17;8:1,1;10:18;
28:19,22
**Director (4)**
25:23;56:2,3;57:2
**directors (1)**
58:3
**discarded (1)**
55:8
**disconnected (1)**
11:9
**discovered (3)**
36:25;41:19;55:11
**discussed (1)**
39:23
**discussing (1)**
38:11
**discussion (16)**
5:6;36:15,16;38:17,
18;48:1,11,12,13;
51:16,17,18;53:5,6,7;
60:3
**discussions (2)**
35:16;36:1
**dishonorable (1)**
23:21
**dismiss (5)**
51:13,14,16;52:25;
53:2
**dismissal (3)**
48:5,7,14
**dismissed (3)**
48:17;52:2;53:12
**dismissing (2)**
51:19;53:8
**disposed (1)**
55:13
**disqualified (1)**
6:4
**distractions (1)**
21:9
**district (3)**
6:10;9:14;10:10

**division (1)**
41:7
**Doctor (5)**
4:19;19:15;34:24;
36:14;38:5
**documentary (1)**
50:15
**documents (2)**
14:15;55:11
**doesn't (3)**
8:11;20:7;28:21
**dollar (1)**
15:7
**dollars (7)**
15:8;22:6;55:15,16
**don't (25)**
6:21;8:3,23;10:4,
10,18;14:2;18:9;20:8;
24:11,16;29:2;31:11,
20;34:12,16,16,17,19;
37:1;41:18;47:7,8;
57:25;59:7
**Donald (1)**
9:22
**donation (1)**
14:21
**done (6)**
15:5,10;32:19;
37:13;55:2;58:16
**door (1)**
8:25
**dot (4)**
28:23,23;29:6;42:7
**Dougherty (2)**
8:15,15
**down (3)**
11:24;20:15;23:13
**dox (1)**
27:18
**dozen (1)**
14:18
**DR (37)**
4:20,21;5:4;19:18,
21;36:15,17,19,24;
38:6;40:17;43:19,20,
24;44:10;48:1,11,12;
49:16,18,22,24;50:1,
3;51:17;52:18,21;
53:6;56:20,21;57:16,
22;58:5;59:11,21;
60:12,13
**draft (2)**
17:3;18:8
**draw (1)**
31:24
**driver's (1)**
22:22
**driveway (1)**
47:4
**driving (1)**
48:22
**drop (10)**
13:24;14:25;17:12,

13;21:2;27:5;43:11;
49:10,11,12
**dropped (4)**
43:11;44:8;49:8;
52:14
**drove (1)**
33:22
**due (3)**
6:5;26:17;40:5
**dumpster (2)**
55:8,11
**during (2)**
39:8;53:24
**duties (1)**
15:16
**duty (1)**
14:22

**E**

**E- (1)**
49:7
**earlier (1)**
50:20
**early (17)**
11:22;20:1;17:21:5;
23:8;39:2,5,6,8,9,13,
15,16,20;42:9,20;
49:11
**Earth (1)**
15:14
**Easy (2)**
20:16;25:1
**echo (2)**
41:6;42:5
**Ed (10)**
4:2,16,16;5:10;
24:15;34:25;36:13;
41:21;47:25;60:1
**effort (1)**
24:19
**efforts (3)**
24:20;26:5;27:18
**eighty (1)**
22:24
**either (1)**
43:13
**elected (1)**
25:22
**Election (77)**
4:3;5:15;6:7,7;7:6;
9:17,19,22,23;12:8,
16,16;13:9;14:5;15:2,
9,19;17:4,8,10,14,18,
19,22,25;18:1;19:25;
20:15,15;21:5,6,10,
12,18,25;22:3,5,11,
12,17;23:2,3,6,18,22;
25:7,12,15,15;27:10;
28:2;30:8;34:2,6,8;
39:9,24;40:3,19;
42:13;43:25;51:5;
54:18,20,25;55:17;

56:22,23,23;57:1,5,6,
  17,18;58:3,13;59:13
**elections (30)**
  5:18;9:5;10:6;
  12:15,18;13:14;14:2;
  15:13;19:8;21:12;
  23:21,24;25:3,5,9;
  26:24;28:2;41:7;
  54:14;55:14;56:2,3;
  57:11,14;58:3,4,6,16,
  25;59:3
**electors (4)**
  43:8,16;44:6;49:2
**elevating (1)**
  12:14
**eligible (1)**
  12:9
**else (1)**
  56:7
**email (4)**
  14:8;16:1;17:2;
  46:25
**emails (5)**
  15:22,25;16:2,16;
  28:8
**embarrassed (1)**
  15:12
**embarrassing (1)**
  14:11
**emergency (3)**
  8:17;12:24;55:2
**empty (2)**
  29:9,9
**encourage (3)**
  16:22;19:3;37:11
**encouraged (1)**
  42:4
**end (2)**
  35:22;55:5
**energetic (1)**
  30:20
**E-Net (3)**
  11:23;43:10;49:9
**enforce (2)**
  36:4;38:14
**ensure (4)**
  13:14;21:18;23:18;
  38:15
**ensures (1)**
  25:14
**entail (1)**
  13:2
**enter (1)**
  58:13
**entertain (7)**
  5:1;36:9;51:9;
  52:23;56:19;59:18;
  60:9
**entire (2)**
  24:17,21
**environment (1)**
  25:11
**equipment (3)**

20:4;21:7,13
**Erica (1)**
  7:5
**errors (2)**
  14:14;41:13
**especially (1)**
  28:19
**essence (1)**
  4:15
**ethically (1)**
  23:25
**even (8)**
  14:5,6,13,15;24:19;
  33:22;39:15;56:9
**everybody (8)**
  10:11,12,22;28:18;
  34:14,22;35:3;44:1
**everybody's (2)**
  19:7;25:18
**everyone (7)**
  4:10,13;9:13;15:18;
  24:14;25:3,4
**Everyone's (1)**
  60:4
**evidence (8)**
  24:13;25:24;26:2,5;
  27:7;38:2;51:1,5
**exactly (3)**
  32:15,25;33:2
**exceeded (1)**
  30:10
**exception (1)**
  51:3
**excited (1)**
  14:19
**excluded (2)**
  11:18,19
**Excuse (1)**
  18:7
**exercise (1)**
  42:13
**exercised (1)**
  26:17
**exercising (2)**
  45:16,16
**exhausted (1)**
  60:9
**exhausting (1)**
  23:5
**exist (1)**
  12:18
**existence (1)**
  18:16
**exists (2)**
  13:13;59:16
**exits (1)**
  43:4
**exorbitant (1)**
  8:8
**expect (2)**
  39:7,17
**expensive (2)**
  8:11;23:6

**experience (3)**
  32:3;46:18;56:9
**experienced (1)**
  30:8
**expert (2)**
  8:10,19
**explain (1)**
  19:2
**explanation (1)**
  47:16
**explicitly (1)**
  25:23
**expressed (1)**
  40:17
**extended (3)**
  7:7;23:5,8
**extent (1)**
  57:21

**F**

**faced (1)**
  11:21
**fact (9)**
  9:24;24:8;28:23;
  29:7;31:11,14;39:10;
  40:19;53:23
**failure (4)**
  12:23;13:8;54:23,
  24
**fair (6)**
  10:6;20:11;23:20,
  23;25:5;32:16
**fairly (3)**
  13:14;32:17;56:12
**fall (3)**
  22:14;32:17;40:3
**false (1)**
  27:14
**familiar (2)**
  32:21;58:10
**family (7)**
  43:9;44:5,16;45:17;
  47:2;49:6,20
**far (7)**
  8:20;15:5;39:8;
  45:4;47:1;49:8;58:17
**Farm (1)**
  28:25
**fault (1)**
  36:18
**favor (9)**
  5:6,19;38:20;48:14;
  51:19,24;53:8;60:4,
  14
**Favorito (4)**
  15:21;16:20,21,22
**FBI (1)**
  46:7
**Feb (1)**
  7:11
**February (1)**
  7:11

**federal (4)**
  17:5,17,20;41:10
**feedback (1)**
  55:23
**feelings (1)**
  37:22
**fellow (1)**
  24:11
**felt (1)**
  37:17
**few (7)**
  14:19;19:24;20:12,
  12;21:5;28:6;34:21
**field (1)**
  20:7
**fifteen (1)**
  13:22
**fifty-nine (1)**
  30:11
**files (1)**
  7:25
**filing (1)**
  50:12
**final (3)**
  17:2;30:24;59:10
**find (6)**
  14:9;16:13;25:13;
  43:6;47:18;50:22
**finding (1)**
  51:4
**findings (2)**
  19:2;54:3
**fine (5)**
  6:17;15:7;56:8,12,
  13
**fines (1)**
  56:10
**fingers (1)**
  26:4
**finish (1)**
  14:13
**first (12)**
  4:4,14;5:23;19:15,
  17;24:6;28:14;31:3;
  33:25;40:2;42:25;
  49:9
**five (8)**
  43:4,8,15,15,16,21;
  44:4;46:21
**flawed (1)**
  26:1
**flicker (1)**
  20:6
**floor (7)**
  24:5,23;35:9;38:23;
  39:3;48:19;54:9
**folks (8)**
  10:2,3;18:17;44:21;
  45:9,15,18;50:21
**follow (1)**
  58:22
**followed (2)**
  15:11;27:5

**following (2)**
  21:24;40:3
**footage (1)**
  15:1
**Ford (1)**
  43:1
**foresight (1)**
  19:9
**form (1)**
  6:16
**former (2)**
  7:6;9:5;57:14
**Forsyth (1)**
  18:14
**Fort (3)**
  8:7;9:3,6
**forth (2)**
  19:3;45:10
**forthcoming (1)**
  18:21
**forward (11)**
  18:25;24:12;25:14;
  28:23;29:6;35:18;
  37:7,24;38:2,4;44:21
**forwarded (4)**
  15:22;16:3,15;18:8
**found (9)**
  14:3;17:9,11;44:6;
  46:21;47:13;49:2;
  52:9,15
**four (5)**
  29:1,3;31:3;42:11;
  49:5
**fourteen (1)**
  20:16
**frankly (1)**
  40:25
**free (6)**
  10:6;23:20,23;25:5,
  6;31:23
**friend (1)**
  46:5
**friends (2)**
  31:18;32:9
**frustrations (1)**
  40:16
**fueling (1)**
  27:15
**fulfill (1)**
  15:15
**full (4)**
  10:11,12;44:25;
  45:13
**full-time (1)**
  16:17
**fully (2)**
  35:18;42:4
**Fulton (5)**
  14:1;20:17,18,19,
  21
**funds (1)**
  6:5
**further (9)**

38:17,17;42:18;
50:25;51:18;52:22;
56:20;59:17;60:3
**future (1)**
45:25

## G

**GA (5)**
16:22;17:6;28:23,
23;29:6
**gain (1)**
16:24
**game (5)**
10:17;19:25;20:2,2,
10
**Garlan (1)**
16:20
**Garland (3)**
15:21;16:21;18:7
**gave (1)**
50:20
**GBI (1)**
25:23
**general (10)**
7:3;15:3;17:7,25;
35:11;37:9,12;40:22;
54:7;58:4
**General's (3)**
54:8,12;56:17
**generally (1)**
39:7
**genuine (1)**
35:20
**George (2)**
6:25;7:1
**Georgia (39)**
7:20,21;8:10;9:7;
12:25;13:1,16,20;
15:9;18:15,17;19:9;
22:4;26:9;27:16;29:6;
30:6,13,13,19;31:11,
16,17,20,22,25;32:4,
5,6,23;33:11;34:10,
15,19;35:1;42:7;
47:19;51:5;52:16
**Georgia's (1)**
25:2
**Georgian (1)**
15:12
**Georgians (2)**
25:4;27:20
**Georgians' (1)**
25:14
**Germany (15)**
22:9;30:5;35:8,9,
10,11;36:23;37:1;
38:10,23,24;39:3,4;
40:14;41:6
**gets (1)**
31:13
**Ghazal (23)**
4:6,17,18;5:3;

24:23,24;26:13;27:2;
36:12;40:13,14;
47:24;48:9;51:12;
52:25;53:1;55:20,21;
56:5;59:24;60:1,11,
13
**girls' (1)**
30:10
**given (4)**
20:21;37:7;41:1;
53:21
**giving (2)**
24:16;53:22
**goal (1)**
7:23
**God (1)**
10:22
**goes (3)**
33:3,4;44:4
**good (15)**
6:1,1;9:13;11:4;
18:6,13;22:4;23:18;
24:14;42:6,12,24;
45:23;51:3;54:11
**GOP (2)**
13:10,10
**government (1)**
43:3
**Governor (4)**
15:8,15;33:21;34:3
**great (3)**
32:19;42:8,23
**greatest (1)**
15:13
**Griffin (1)**
54:17
**groups (1)**
27:22
**Grubbs (3)**
11:3,4;40:17
**guess (2)**
6:17;7:24
**guide (1)**
23:23
**guns (1)**
46:8
**guys (2)**
8:24;9:2
**Gwinnett (10)**
8:14,25;9:5,15,21;
13:20;42:21;43:4;
48:19;52:6

## H

**half (7)**
8:19;29:4,8,19,22;
39:12,14
**Hamilton (1)**
7:6
**hand (2)**
26:4;52:3
**handful (1)**

34:5
**handling (3)**
7:19;9:7;55:4
**hand-marked (1)**
13:2
**handouts (2)**
7:2,2
**Hans (2)**
31:4,9
**happened (6)**
6:3;16:10,13,13;
19:7;50:16
**happens (1)**
12:7
**happy (2)**
18:21;40:11
**harass (1)**
37:19
**hard-working (1)**
27:19
**harm (1)**
27:8
**harmed (1)**
36:25
**harvested (1)**
33:14
**harvester (2)**
32:1;33:1
**harvesting (11)**
23:8;31:7;32:4,7,
21;42:22;43:1;45:12;
48:19;50:13;52:5
**hat (1)**
19:25
**hate (1)**
32:9
**hated (1)**
32:12
**haven't (2)**
7:15;18:23
**HD (1)**
20:25
**he's (6)**
15:5;25:24;31:4,5,
5,10
**heads (1)**
30:16
**hear (4)**
4:2,16;53:14,14
**heard (6)**
16:7,12;18:23;
33:12,19;47:6
**hearing (2)**
16:11;24:12
**heavy (1)**
20:4
**held (1)**
15:5
**help (3)**
15:10;16:25;41:9
**helped (1)**
41:13
**helping (1)**

48:3
**helpless (1)**
21:14
**heroic (1)**
24:20
**hey (1)**
14:4
**high (2)**
5:15;30:10
**higher (1)**
42:10
**highest (1)**
39:11
**Hilary (1)**
9:18
**hindered (1)**
17:8
**hired (1)**
7:9;59:13
**hit (1)**
7:21
**hold (2)**
17:24;58:17
**holding (1)**
11:5
**home (8)**
43:8,9,16;44:7,17;
47:12;49:2,7
**honest (2)**
23:20,23
**honor (1)**
19:16
**hope (4)**
10:23;16:23;37:20,
22
**hours (5)**
29:2;53:24,25,25,
25
**house (2)**
9:25;44:2
**Houston (1)**
19:5
**hundred (1)**
30:11
**hunt (1)**
32:18
**hunted (1)**
23:13

## I

**I'd (6)**
4:5,10,13;7:5;
15:12;28:6
**I'll (5)**
26:15;31:2;42:21;
52:3;56:19
**I'm (43)**
4:2;6:15,17;7:1,1;
9:14;11:10,10;13:20;
15:12;16:21;18:14;
19:24;22:6;24:16;
25:12;26:22;27:13,

25;28:16,19,20,21;
29:3,3;30:22,22;
32:21;35:10;36:17,
19;38:12;40:11;
42:24;46:23;47:21;
51:23;52:23;58:2,5,9,
16;59:15
**I've (24)**
9:15;13:21;14:17;
16:10,10,14,15;18:8,
11,23;25:19,19;26:2,
4;30:9,21,24;31:4;
32:22;35:5;44:22;
56:15;58:10,10
**ID (1)**
22:20
**idea (3)**
14:20;22:21;33:9
**identify (2)**
27:21;43:6
**identity (1)**
27:3
**ignored (1)**
14:9
**illegal (4)**
14:1;23:10;27:8;
33:15
**illegitimate (1)**
33:10
**image (1)**
15:7
**images (5)**
17:6,8,10,16,21
**imagine (1)**
19:23
**immediately (1)**
17:6
**imperative (1)**
13:5
**implemented (1)**
13:1
**important (3)**
33:16;35:3;44:14
**impossible (2)**
13:24;16:1
**impression (1)**
21:12;56:8
**improperly (1)**
14:1
**inaccurate (1)**
11:25
**incident (1)**
57:12
**Incidentally (1)**
11:23
**include (2)**
8:12,13
**included (1)**
11:16
**includes (1)**
55:14
**including (1)**
22:2

**incomplete (1)**
14:15
**incorrect (2)**
11:17;12:3
**increase (3)**
21:10;39:7,18
**increases (1)**
23:6
**incredible (1)**
41:3
**incumbent (3)**
37:8;38:3;42:16
**Indeed (2)**
22:15;37:10
**independence (1)**
16:24
**indication (1)**
36:24
**indicative (1)**
12:23
**individual (3)**
26:3;45:1;51:2
**individuals (3)**
27:10,14;50:25
**inflammatory (1)**
27:15
**information (23)**
6:9;7:15;11:17;
12:1;13:4,12;19:5,6;
24:16;35:17,18,20,25;
36:21;37:1,3;38:16;
43:21;44:5;46:21;
47:14;49:7;55:12
**inherently (1)**
27:5
**innocent (1)**
27:18
**in-person (1)**
11:5
**inside (3)**
43:5,9;48:24
**insist (1)**
21:24
**insistent (3)**
34:24,24,25
**installed (1)**
14:1
**instance (1)**
57:4
**instances (1)**
26:3
**instead (1)**
55:1
**instituted (1)**
41:8
**institutions (1)**
27:24
**instruction (1)**
38:19
**insufficient (2)**
6:5;51:5
**integrity (5)**
12:8;13:9;15:19;

23:19;50:24
**intense (1)**
20:1
**interest (2)**
9:8;42:12
**interested (3)**
7:3;28:18;31:6
**interesting (1)**
18:20
**interests (1)**
23:21
**interrupt (1)**
26:19
**interrupted (1)**
26:18
**interview (9)**
43:7,7,24;44:2;
46:5;49:3,15;50:1;
52:18
**interviewed (1)**
43:14
**interviews (1)**
47:9
**intimidate (2)**
27:18;37:18
**intimidation (2)**
23:9;25:6
**into (11)**
6:3;29:11;39:19;
40:3;45:23;47:9;49:9;
55:7;57:19,20;58:14
**invalid (1)**
26:6
**invest (1)**
59:7
**investigate (3)**
32:11;35:19;44:22
**investigated (2)**
32:14,14
**investigating (1)**
35:14
**investigation (12)**
37:25;38:9;45:1,11,
14,22;48:25;50:10;
52:13;55:7;58:22;
59:8
**investigations (2)**
17:1;42:20
**investigative (1)**
55:15
**Investigator (5)**
42:24;44:15;46:19;
50:6;52:3
**investigators (2)**
42:22,23
**invite (2)**
4:6;28:18
**invocation (3)**
4:5,6,8
**invoice (1)**
8:9
**involved (3)**
22:2;54:19;56:11

**involves (2)**
52:5;54:16
**involving (1)**
43:1
**irregularities (1)**
42:15
**irregularity (1)**
42:2
**Isn't (1)**
9:7
**isolated (2)**
12:2;26:3
**issue (7)**
10:2;11:21;18:9;
28:15;32:13,15;40:21
**issued (3)**
12:11;13:3;26:9
**issues (23)**
6:21;9:20;11:14,22;
12:24;21:8;22:14;
23:16;24:13;31:6;
34:21;39:22,24;40:1,
9,18,23;41:14,18;
54:17,20,22;55:3
**It's (28)**
5:5;6:12;11:6;
14:11;18:18;20:1;
22:21;23:5,6,22;25:1;
32:18,19;33:4,15;
38:3;39:6,12;42:7,16;
44:14;46:2,2,12;48:5,
20;51:22;57:22
**item (5)**
4:11;5:12;39:2;
54:6,13

**J**

**jail (1)**
10:22
**James (1)**
23:17
**jeopardy (1)**
38:7
**Jimmy (1)**
23:16
**job (4)**
15:2;16:17;30:6;
46:10
**jobs (1)**
27:19
**John (1)**
6:10
**Johnson (1)**
30:5
**JOHNSTON (37)**
4:20,21;5:4;19:18,
21;36:15,17,19,24;
38:6;40:17;43:19,20,
24;44:10;48:1,11,12;
49:17,18,22,24;50:1,
3;51:17;52:18,21;
53:6;56:20,21;57:16,

22;58:5;59:11,21;
60:12,14
**joined (2)**
5:10;24:4
**Josh (1)**
30:3
**joy (1)**
19:16
**judge (2)**
58:12,12
**judicial (1)**
58:11
**judicious (1)**
54:3
**jurisdictions (1)**
27:6
**justify (1)**
23:8

**K**

**keep (2)**
20:3;21:13
**keeps (1)**
20:4
**kicked (1)**
10:3
**kind (8)**
35:2;41:9;45:20;
46:2;48:21;50:14,14;
51:1
**knowing (1)**
47:9
**knowledge (1)**
19:8
**known (1)**
31:4
**knows (1)**
59:6
**Kristi (1)**
9:5

**L**

**lack (2)**
14:10;27:7
**lady (1)**
27:1
**lapse (1)**
57:2
**large (3)**
56:8,12,13
**last (10)**
4:12,24;8:20;11:8;
17:5;21:5;28:5;35:14;
39:6,8
**Lastly (1)**
8:24
**late (2)**
6:20;49:12
**later (1)**
18:8
**law (7)**

10:21;12:25;13:1;
15:4;17:5,17,5,17;44:18
**laws (6)**
15:9,9,11;21:18,20,
25
**lawyers (13)**
30:1,3,7,9,12,17,17,
19;32:22;35:17;36:1;
47:7;48:3
**leaders (4)**
10:4,7,9;15:14
**least (1)**
41:10
**leave (1)**
7:7
**Lee (1)**
8:15
**left (3)**
20:19,20,25
**legal (19)**
12:10;13:9,11;22:9,
25,25;30:2;33:14;
43:8;17;45:14;46:21,
25;48:4,25;49:2,14;
52:9,13
**legality (1)**
21:11
**legitimate (1)**
17:1
**Let's (4)**
8:4;33:24;37:14,24
**letter (1)**
17:3,18,23
**level (4)**
12:14;20:8;46:15,
16
**levels (1)**
33:24
**liability (3)**
15:8;45:14;51:2
**license (2)**
22:23;58:25
**life (1)**
24:17
**light (1)**
20:5
**lights (1)**
20:6
**Limbaugh (1)**
32:9
**limit (1)**
5:22
**limited (1)**
25:9;27:13
**Lindsey (22)**
24:4,5,6;36:11;
37:4;41:22;44:13,20;
45:9;46:1;47:23;48:8;
50:6,19;51:11,14,21;
53:3;58:21;59:5,25;
60:1
**lines (6)**
39:17,17,21;41:11,

15,18
**linking (1)**
25:24
**lips (1)**
25:19
**list (4)**
5:13,23;34:7,15
**listed (2)**
7:24;46:6
**listening (5)**
6:18;39:17;42:6;
44:14;46:14
**listing (2)**
18:19;19:11
**litigation (2)**
17:24;18:1
**little (4)**
8:18;37:15;45:19;
46:23
**live (4)**
13:20;34:14,18,19
**lived (4)**
43:9,16;47:13;49:6
**living (3)**
43:15;47:2,3
**load (1)**
29:10
**loaded (1)**
29:23
**local (1)**
6:7
**located (2)**
43:8;44:17
**locations (1)**
11:14
**London (1)**
6:10
**long (4)**
20:15;31:4,7;35:5
**longer (1)**
57:6
**look (7)**
4:14;24:12;32:16,
22;35:17;57:19,20
**looked (2)**
14:25;46:24
**looking (2)**
6:2;46:23
**looks (1)**
50:9
**loss (1)**
20:23
**lot (8)**
8:4;9:9;22:4;28:12;
41:1;46:21;47:9;56:9
**lots (2)**
28:15;30:25
**lottery (1)**
12:12
**low (1)**
23:7

## M

**ma'am (2)**
36:23;52:20
**magnitude (1)**
46:16
**mail (4)**
34:10,12,12,13
**mailboxes (1)**
27:6
**mailed (3)**
31:13;33:21;34:14
**mailed-out (1)**
34:10
**mail-in (1)**
22:22
**maintain (1)**
25:8
**majority (1)**
22:20
**makes (1)**
31:10
**making (6)**
8:21;9:9;31:11;
33:12;43:17;50:21
**male (2)**
43:4,12
**manager (1)**
7:10
**mandatory (1)**
55:22
**manipulate (1)**
10:21
**manner (3)**
33:2,15;57:16
**manufactured (1)**
33:10
**many (5)**
14:14;18:20;31:17,
17;33:23
**mapping (1)**
41:8
**marked (2)**
5:12;29:15
**marking (1)**
20:19
**MASHBURN (72)**
4:2,10,18,21;5:5,8;
6:11,15,24;9:11;11:1;
13:17;15:20;16:5;
18:3,7;19:10,19;24:2,
15;26:12,15;28:4;
36:8,13,16,18;38:5,
17,22;39:1;40:13;
41:21;42:18;43:18;
44:11;46:1;47:5,16,
20,25;48:10,13,16;
49:16;51:4,8,13,15,
18,23;52:1,17,22;
53:1,5,7,11,14,17;
55:19;56:6,14,19;
57:7;58:8;59:17,22;

60:1,7,13,16
**match (1)**
14:2
**matched (4)**
33:6;44:1,9;46:22
**Matt (1)**
7:23
**matter (3)**
10:19;54:21;56:16
**matters (1)**
12:19
**May (12)**
11:12,15;12:21;
17:25;20:13;21:6;
32:18;37:4;44:13;
49:11;57:7;58:21
**maybe (1)**
33:11
**McGowan (16)**
30:5;54:7,8,10,11;
55:25;56:13,18,25;
57:9,19;58:2,7,19;
59:2,15
**mean (4)**
29:6;32:10;34:13,
14
**meaningful (1)**
22:1
**means (2)**
8:1;17:22
**measures (1)**
23:19
**mechanism (2)**
38:8,10
**media (1)**
9:24
**meet (1)**
57:3
**meeting (17)**
4:3,12,12,24;5:12;
11:6;14:4,6;19:13,14;
26:17,21;35:2,7,14;
47:1;60:18
**meetings (1)**
11:7
**Melanie (1)**
30:4
**Member (13)**
4:18;19:14,16;24:3,
22;26:15;28:4;35:6;
36:10;52:24;53:1;
60:1,13
**MEMBERS (21)**
5:7;24:11;26:20,24;
35:12,15;38:21;40:4;
43:9;44:11,16;48:15;
49:6,16,20;51:10,25;
53:10;54:12;60:6,15
**members' (2)**
44:5;56:6
**mention (1)**
31:20
**mentioned (3)**

**merit (2)**
37:10,15
**message (1)**
19:3
**met (1)**
30:22
**method (1)**
57:24
**mic (6)**
5:25;11:3,8;13:18;
18:4;19:19
**Michael (1)**
8:2
**microphone (1)**
5:24
**might (5)**
29:1,2;33:14;51:2;
58:15
**million (2)**
17:10;33:21
**millions (2)**
22:5,5
**mine (2)**
31:5;46:5
**minimize (1)**
41:4
**minor (2)**
12:20,21
**minute (6)**
26:16;28:16;30:1;
32:2;33:24;58:9
**minutes (11)**
4:12,24;5:1,22;
19:24;28:6;29:5,8,19,
19,22
**misconduct (1)**
25:11
**misleading (1)**
25:10
**misplaced (1)**
21:1
**misprinted (1)**
20:21
**missing (4)**
11:16,25;14:15;
15:6
**mistake (1)**
34:8
**mistaken (1)**
21:2
**mistakes (1)**
34:5
**misunderstood (1)**
33:11
**molasses (1)**
20:18
**moment (1)**
32:8
**Monday (1)**
11:15
**money (6)**
8:8,21,22;9:9;22:4;

8:11;33:17;49:9
**money's (1)**
22:7
**monitored (1)**
17:13
**monitors (3)**
21:4;29:21,23
**month (1)**
40:22
**months (2)**
14:18,19
**more (12)**
8:4;13:25;17:1;
22:8,24;27:5;40:15;
41:1;43:15;45:19;
48:24;56:9
**morning (12)**
6:1;9:13;11:4;18:6,
15,25;24:14,18;25:1;
42:24;54:12;55:1
**most (5)**
14:13;23:17;30:8,8,
20;31:10
**mother (1)**
52:19
**mother's (1)**
52:12
**moti (1)**
23:19
**motion (21)**
5:1;36:9,9;38:19,
23;47:22;48:5,7,17;
51:9,15;52:2,23;
53:12;56:19;59:18,
20,22;60:3,8,10
**motivated (1)**
23:20
**mouth (1)**
47:5
**move (9)**
19:13;35:7;37:24;
38:4;42:20;51:14;
52:25;54:5;58:24
**moved (16)**
5:3,5;20:6;36:11,
12,14;47:23,24,25;
48:8,10;51:11;53:1;
59:21;60:11,13
**movie (17)**
25:18,21;30:25;
31:1,1,2,3,10,11,14,
18,19,19,23;33:9;
45:5;50:18
**much (6)**
8:16;13:16;24:16,
16,22,22;47:14
**Mules (1)**
31:1
**multiple (1)**
11:14
**municipal (1)**
54:18
**must (2)**

23:14

21:19;23:12
**mute (1)**
    53:4
**MyVoter (1)**
    11:25

## N

**name (8)**
    9:13;13:19;30:3;
    31:20;34:7;45:23;
    47:15;51:3
**narratives (1)**
    27:14
**national (1)**
    30:15
**nationwide (1)**
    9:1
**nay (5)**
    5:8,9;38:22;48:16;
    52:1
**nay's (1)**
    5:9
**nearly (1)**
    15:7
**necessary (5)**
    36:7;37:12,23;38:8,
    14
**need (17)**
    4:14,25;15:15;
    21:15,21,22,23,23;
    22:13,13,15;31:2,25;
    36:4;38:7;42:2;55:25
**needed (1)**
    13:7
**needing (1)**
    35:22
**negotiations (1)**
    58:14
**neither (1)**
    20:10
**Net (2)**
    20:15;49:8
**New (4)**
    8:7;20:3;41:8;56:3
**newest (1)**
    19:16
**newness (1)**
    24:3
**next (25)**
    4:11;5:12;6:24;
    9:11;11:1,2;13:17,18;
    15:20,20,21;16:19;
    18:4;24:2,2,2;29:8;
    31:23;34:7;39:1,2;
    43:13;48:17;49:13;
    52:2;54:6
**nice (1)**
    9:8
**night (1)**
    49:12
**Nobody (6)**
    14:7,24,24;15:1;

34:4,5
**nonpartisan (1)**
    25:6
**non-profit (1)**
    27:21
**non-profits (1)**
    23:15
**normally (1)**
    39:24
**Notably (1)**
    18:22
**notice (3)**
    16:6,8,11
**notification (2)**
    59:11,15
**notified (1)**
    59:12
**notify (1)**
    14:6
**November (3)**
    21:6;54:21;57:6
**number (16)**
    12:3,3;18:17;22:20,
    23;23:7;39:13,14,14;
    40:25;42:21;48:18,
    18;53:8,12;54:20
**numbers (4)**
    14:8;22:23;28:8;
    40:6
**numerous (1)**
    25:22
**Nyghtstorm (3)**
    9:12,13,14
**Nyghtstorm's (1)**
    12:5

## O

**observe (1)**
    45:25
**observers (1)**
    53:23
**OCGA (2)**
    7:10,12
**Oconee (1)**
    8:15
**off (10)**
    6:21;20:7,25;24:6;
    27:10;33:22;34:7,22;
    49:11,12
**offenders (2)**
    22:2;57:23
**offer (3)**
    18:25;38:8;41:17
**Office (18)**
    7:18;8:2;12:17;
    13:13;16:25;34:2;
    35:1,12;36:2,6;42:25;
    54:8;55:17;56:1,17,
    23;57:13,18
**officer (2)**
    33:25;34:3
**official (2)**

5:12;14:6
**officials (2)**
    25:7,23
**old (1)**
    57:23
**once (5)**
    11:20;27:2;50:11;
    58:22;60:2
**one (36)**
    5:16;7:24,25;12:5,
    6;15:22;16:15,17;
    22:20,25,25;26:4,18,
    19;28:12;30:15,22;
    31:8;32:6;33:1;34:23;
    36:10;37:16;39:14;
    40:22;45:2;46:2;48:7,
    25;53:17;54:13,15;
    56:7,14,15;58:14
**one's (1)**
    15:5
**ones (2)**
    14:9;56:15
**ongoing (1)**
    59:8
**online (2)**
    44:24;50:14
**only (9)**
    7:24;14:23;21:9;
    26:9;27:2;30:10;32:6;
    34:20;52:11
**open (1)**
    35:4
**opened (2)**
    8:25;11:15
**operational (1)**
    21:7
**operations (1)**
    21:14
**opinion (1)**
    33:18
**opportunity (5)**
    4:13,24;19:1;28:11;
    34:23
**oppose (1)**
    23:19
**opposed (7)**
    5:8;38:22;48:16;
    52:1;53:11;60:7,16
**opposition (2)**
    5:19;60:17
**Orange (3)**
    8:7;9:3,6
**order (23)**
    4:3,4,11;5:20;
    19:15;26:12,12;
    35:23;36:5;38:11;
    54:14,15,19;55:6,13,
    18;57:10;58:14,17;
    59:19,23;60:5,8
**ordinary (1)**
    16:12
**organizations (1)**
    27:21

5:12;14:6
**organized (1)**
    26:5
**original (2)**
    17:10,21
**others (1)**
    10:18
**out (38)**
    5:20;7:20,22;8:7;
    9:15;10:3;14:3,9,20;
    16:13;21:7;24:16;
    26:7;30:3,7,9,24;32:2,
    9;33:17,21;34:2,9,14,
    18,21;35:4,15;40:6;
    44:14,23;46:3;48:3;
    50:24;52:6,9;53:19;
    56:1
**outlined (1)**
    19:22
**outs (1)**
    20:9
**outside (2)**
    23:14,14
**over (12)**
    7:4;13:22;14:18;
    18:21;19:5;20:10;
    24:23;32:22;45:21;
    50:10,23;52:3
**overnight (1)**
    20:20
**oversight (2)**
    21:11;55:23
**Overwhelmingly (1)**
    7:20
**own (1)**
    27:15
**owner (3)**
    43:6;49:1;52:8

## P

**pad (3)**
    11:16;14:2;20:17
**pads (1)**
    54:25
**page (1)**
    11:25
**pants (1)**
    15:17
**paper (1)**
    13:2
**paramount (1)**
    15:19
**part (3)**
    24:20;32:3;41:16
**particular (3)**
    5:20;57:4,9
**parties (3)**
    21:17;22:17;38:8
**partisan (2)**
    10:2;21:15
**party (3)**
    10:24;12:7,14
**Passat (1)**

52:7
**passed (1)**
    17:5
**passes (1)**
    5:9
**past (2)**
    14:18;19:8
**path (1)**
    25:13
**Paulding (1)**
    8:14
**pay (2)**
    15:24;28:10
**paying (4)**
    8:8,16,18;22:4
**peacefully (1)**
    25:5
**penalty (1)**
    55:15
**pending (2)**
    57:8,14
**people (33)**
    6:22;10:6,9,14;
    15:10;18:2;19:9,11;
    22:4,21;23:11;26:22;
    28:12;29:15;30:6,25;
    31:9;32:6,20;33:4,21;
    39:22;43:15,22;
    44:23,25;45:2;46:3,5,
    14;47:3,13;53:21
**per (2)**
    12:25;13:1
**percent (3)**
    22:16,25;42:10
**perfectly (1)**
    33:14
**perhaps (1)**
    45:23
**period (2)**
    6:13;23:5
**periods (1)**
    17:21
**permissible (1)**
    44:18
**permission (1)**
    59:3
**permitted (1)**
    12:10
**person (12)**
    10:10,17;24:7,25;
    26:23;29:1;31:5;34:8;
    39:16;49:19;57:8;
    58:15
**personal (2)**
    24:17;50:17
**personally (4)**
    11:5;12:22;34:16;
    58:10
**persons (1)**
    26:5
**petitioned (1)**
    40:21
**phone (3)**

SECRETARY OF STATE
STATE ELECTION BOARD HEARING                                                    May 17, 2022

25:24;46:25;49:3

**photo (1)**
22:20
**pick (1)**
10:9
**picked (1)**
34:6
**picture (2)**
9:4;45:3
**place (5)**
27:12;39:1;45:11,
22;59:12
**placed (4)**
7:7;43:12;48:23;
52:11
**places (1)**
43:4
**placing (2)**
44:4;49:5
**plans (1)**
39:19
**played (1)**
20:3
**playing (2)**
8:8;45:7
**please (10)**
4:10;6:19;13:15;
28:9,10,10;30:25;
31:1,1;45:10
**pleasure (1)**
9:15
**Pledge (3)**
4:5,6,9
**point (12)**
14:25;30:24;33:11,
12,16;36:2,3,23;37:2;
39:21;44:14;51:8
**pointed (1)**
26:7
**points (3)**
31:3,10,10
**political (3)**
10:8,24;27:17
**poll (11)**
11:16;13:2;14:2;
20:17;22:16,19;
27:19;53:22;54:25;
55:1;58:4
**polling (1)**
11:14
**polls (2)**
11:15;23:7
**pop (1)**
58:1
**position (3)**
12:24;57:5;58:17
**positive (1)**
42:12
**possible (5)**
12:16;40:1,9;42:3,
17
**postage (1)**
8:12

**posting (2)**
21:3;44:24
**potential (1)**
13:23;41:13
**power (6)**
10:7,15;13:11;25:8;
59:7,9
**praise (1)**
41:7
**predators (2)**
23:11,13
**premature (2)**
17:15,16
**prepared (2)**
12:11;47:21
**presence (1)**
25:2
**present (7)**
4:16,17,18,20,21,
22;54:9
**presented (2)**
19:2;55:9
**preserved (1)**
17:25
**Press (6)**
8:7;9:3,6;11:10,11;
30:15
**pressure (1)**
23:9
**pretty (1)**
8:10
**prevent (1)**
12:18
**preventing (1)**
6:8
**prevents (1)**
17:22
**previous (1)**
57:17
**previously (1)**
50:7
**prey (1)**
23:12
**primary (5)**
11:13;20:13;40:21;
42:9;54:18
**print (3)**
7:22,25;8:22
**printing (6)**
7:19,21;8:3,10,16;
9:1
**prior (4)**
7:7;43:7;44:6;
46:21
**private (1)**
23:14
**privilege (1)**
26:17
**pro (1)**
16:3
**probably (1)**
39:18
**problem (7)**

8:4,6;9:2,4;10:1;
12:20;26:20
**problems (8)**
8:4;11:16;12:1,21;
20:17;21:15;40:25;
41:4
**procedures (2)**
37:5;52:9
**proceed (5)**
4:15,23;19:14;38:9,
18
**process (11)**
12:7,13;21:16;22:3,
5;27:4;33:4;46:14;
57:25;59:11,16
**processed (3)**
18:10,10;26:14
**processes (3)**
19:22;23:3;25:15
**processing (3)**
15:23;16:3;21:3
**professionals (1)**
25:6
**profit (1)**
27:10
**prohibited (2)**
56:22;57:17
**proofed (1)**
14:24
**proper (2)**
45:21;55:4
**properly (1)**
55:13
**proposition (1)**
12:9
**prosecute (1)**
15:4
**prosecutions (1)**
32:5
**protect (3)**
13:8;28:2;35:24
**protected (1)**
23:13
**protection (2)**
35:23;38:8
**protective (1)**
36:5
**protocol (1)**
6:3
**proud (3)**
30:13,14,22
**prove (1)**
51:5
**provide (2)**
39:5;54:1
**provided (1)**
26:2
**providing (1)**
21:11
**provisional (3)**
8:18;55:1,4
**provisions (1)**
12:25

**public (17)**
5:13;6:11;7:3;9:11;
11:2;17:6;19:12,12;
24:10;26:16,19,21;
27:24;28:18;30:21;
34:22;54:1
**publication (2)**
37:16,20
**publicly (2)**
35:3;45:3
**publish (2)**
45:11,22
**published (2)**
45:3;50:14
**publishing (1)**
44:23
**pulled (1)**
6:21
**punish (1)**
15:4
**punished (1)**
10:22
**purity (1)**
21:11
**purposes (1)**
27:15
**pursuant (1)**
55:2
**pursue (2)**
37:9;57:15
**push (1)**
29:13
**pushing (1)**
27:14
**put (10)**
9:4;13:9;15:16;
19:24;27:12;28:24;
38:6;41:3;46:6;47:5

**Q**

**qualifications (1)**
58:11
**qualified (1)**
6:2
**qualifying (1)**
6:5
**quality (2)**
41:9,16
**question- (1)**
6:12
**questionable (2)**
50:9,23
**quick (3)**
35:13;39:5;41:23
**quickly (8)**
40:1,9,11;41:4,19,
19;42:3,17
**Quinn (5)**
18:4,6,7,13,14
**quorum (1)**
4:22
**quote (3)**

8:9,9,10
**quoted (2)**
8:20;37:17

**R**

**race (1)**
11:18
**radio (1)**
33:20
**rank (1)**
56:10
**Rasmussen (2)**
22:16,19
**rather (2)**
53:23;56:8
**ratio (1)**
30:9
**read (2)**
11:10;25:19
**ready (5)**
38:18;48:11,13;
51:18;52:23;53:7;
60:4
**real (1)**
27:8
**really (4)**
20:11;38:9;41:2,13
**rearrange (1)**
24:21
**rearranged (1)**
24:17
**reason (3)**
8:24;34:17;38:3
**reasons (1)**
34:23
**Rebekah (1)**
5:23
**receive (5)**
16:6,7;17:2,19;57:3
**received (7)**
7:15,17;15:22;
35:14,25;48:21;52:5
**receiving (1)**
28:13;35:17,18
**recently (1)**
7:9
**recognize (1)**
41:24
**recognized (2)**
23:16;40:20
**recommendation (3)**
47:17,21;56:24
**recommends (2)**
31:12;55:17
**record (3)**
18:22;39:9,20
**recorded (1)**
49:4
**records (3)**
5:12;17:18;18:16
**rectify (1)**
11:21

**red (1)**
48:22
**redistricting (7)**
40:3,4,5,8,10,18;
54:17
**reduce (1)**
41:13
**refer (1)**
54:21
**reference (3)**
46:7,8,10
**referendums (2)**
11:19;21:1
**reflect (2)**
20:9;37:21
**refuted (1)**
25:22
**regarding (4)**
7:16;18:1;55:21;
58:23
**Regardless (3)**
10:7,23;26:8
**regards (1)**
40:18
**registered (8)**
26:9;43:6;44:2,7;
49:1,2;52:8,14
**registration (3)**
7:10;54:15;57:11
**regulations (1)**
21:18
**Reidsville (1)**
7:20
**reject (1)**
27:18
**rel (1)**
49:18
**relations (1)**
49:18
**relationship (1)**
43:21
**release (2)**
11:10,11
**remain (1)**
39:1
**remedies (1)**
21:19
**remedy (1)**
12:17
**repeat (2)**
22:2;57:23
**report (4)**
43:18,20;54:7,13
**reported (2)**
11:22;55:8
**reports (4)**
20:22;39:16,21;
42:20
**represent (1)**
30:14
**representation (1)**
30:2
**representative (4)**

**9**:7;11:18;12:13;
45:6
**representatives (1)**
30:1
**reprint (1)**
6:8
**republic (1)**
15:14
**Republican (6)**
10:11,19;12:7,14;
25:22;32:8
**Republicans (2)**
9:17;32:13
**request (4)**
31:13;33:7,22;36:8
**requested (4)**
33:8;34:9,20;37:2
**requesting (1)**
17:3
**requests (2)**
17:19,24
**required (1)**
24:20
**requirements (2)**
55:16;57:4
**requires (1)**
17:17
**research (3)**
47:14;49:2
**researched (2)**
43:8;47:12
**reset (1)**
23:22
**residence (1)**
43:16
**resident (1)**
18:14
**resignation (1)**
7:8
**resolve (4)**
35:21;39:25;40:11;
41:4
**resolved (4)**
18:2;21:8;41:19;
42:17
**resolves (2)**
54:15,19
**resources (1)**
25:9
**respect (3)**
26:18,23,24
**respectfully (2)**
17:3;23:25
**respond (4)**
5:21;16:1,16;28:6
**responded (1)**
7:14
**Respondent (1)**
46:20
**response (2)**
7:11,13
**responsibility (4)**
15:1,4,8;57:12

**responsive (1)**
7:15
**rest (4)**
16:2;32:5,20,24
**restate (1)**
48:6
**restrictions (1)**
27:12
**restructuring (1)**
16:23
**resubmit (1)**
7:14
**resulted (1)**
32:4
**results (4)**
14:16,17;17:22;
21:20
**retention (2)**
17:17,21
**reverse (1)**
19:15
**review (1)**
4:24
**reviewed (1)**
25:21
**revoke (3)**
57:1;58:25;59:4
**revoking (2)**
57:20,25
**Reynolds (1)**
25:23
**rhetoric (2)**
25:16;27:15
**rhetorical (1)**
6:16
**ridiculous (1)**
8:9
**right (10)**
5:10;8:14;10:9,24;
12:12;18:11;45:16,
17;47:20;48:2
**rightly (1)**
51:2
**rights (2)**
13:8;27:25
**ring (2)**
32:4,7
**rising (1)**
25:16
**risk (1)**
23:6
**risks (1)**
27:16
**rivalry (1)**
20:1
**road (1)**
33:22
**roll (2)**
4:15;15:17
**rolls (2)**
22:24;33:5
**room (2)**
26:21,25

**rough (1)**
20:14
**roughly (2)**
6:4;17:9
**Royston (1)**
9:6
**rule (1)**
6:15
**ruled (1)**
5:20
**rules (10)**
17:4,15,19;20:2,3;
21:21,23,25,25;55:3
**run (3)**
5:18;13:14;15:13
**running (3)**
9:14;10:10,17
**runs (1)**
20:9
**Rush (1)**
32:9
**Russo (1)**
30:4
**Ryan (5)**
22:9;30:5;35:8,10;
48:6

**S**

**safeguards (2)**
37:13,23
**safely (1)**
5:18
**safety (2)**
36:20;38:7
**Salleigh (1)**
11:2
**same (23)**
11:21;27:22;29:20;
33:2,3,4;34:17;41:7;
43:12;44:8;48:21,22,
25;49:1,12;50:5,11,
19,20;52:8,10,14,15
**sanctions (2)**
21:19;22:1
**Sara (10)**
4:6,16,18;24:23,23;
31:25;32:25;34:24;
36:13;47:25
**satisfied (1)**
46:24
**saying (7)**
9:18;14:4;28:9;
29:16;33:10;37:17;
58:5
**SB (1)**
17:5
**scanners (2)**
20:18,19
**scarcity (1)**
40:25
**scared (1)**
46:9

**schedule (1)**
24:18
**schemes (1)**
23:15
**School (1)**
30:10
**scoreboard (1)**
20:8
**scores (2)**
20:8;32:22
**seal (1)**
29:12
**season (2)**
5:15;20:1
**seated (1)**
4:11
**SEB (6)**
42:21;48:18;51:20;
52:3;53:8,12
**SEB's (1)**
7:23
**Second (19)**
5:4;15:21;29:25;
34:5;48:9;51:12,16;
52:12;53:2,2,3,3,5;
59:23,24,25;60:2,3,12
**seconded (5)**
5:5;36:14;48:1,10;
60:14
**secrecy (1)**
10:16
**secret (1)**
29:16
**Secretary (18)**
7:18;8:2;12:17;
13:13;14:17,22;15:3,
15;16:25;20:24;
22:10;28:24;34:4,25;
35:11;42:25;55:6;
56:1
**section (4)**
6:12;19:12,13;35:6
**secure (8)**
14:13;15:18,18;
27:5;28:22,23;29:5,6
**security (1)**
14:25
**seeing (5)**
20:13;39:20,20,21;
40:9
**seek (1)**
17:24
**seeking (1)**
27:10
**seem (3)**
10:4;20:7,8
**seems (2)**
10:4;20:3
**sees (1)**
50:9
**self (1)**
50:18
**send (3)**

19:3;34:11,17
**sending (1)**
    50:8
**sends (1)**
    31:14
**seniority (1)**
    24:3;28:5
**sense (2)**
    22:21;23:18
**sent (13)**
    8:1;11:11;18:11;
    20:21;25:20;34:1,1,3,
    7,8,20;35:16;43:2
**sentence (1)**
    14:14
**separately (1)**
    57:15
**serious (2)**
    22:3;56:16
**seriously (3)**
    12:8;32:8;56:16
**seriousness (3)**
    32:11,15;46:11
**servants (1)**
    30:21
**service (2)**
    50:14;54:1
**set (3)**
    37:12,23;47:1
**sets (1)**
    7:2
**settle (1)**
    58:12
**several (3)**
    18:22;22:19;47:3
**share (1)**
    20:12
**shared (1)**
    40:16
**she's (2)**
    9:6,9
**sheets (1)**
    13:24
**shore (1)**
    22:8
**shouldn't (2)**
    16:10;30:17
**show (1)**
    45:6
**showed (1)**
    28:21
**showing (1)**
    48:22
**shown (1)**
    29:9
**shows (3)**
    25:2;42:8,8
**shroud (1)**
    10:16
**side (2)**
    20:10;32:13
**sides (1)**
    9:16

**sign (2)**
    42:12;54:23
**signature (2)**
    27:4;33:5
**signatures (1)**
    22:23
**signed (4)**
    9:11;11:2;17:3;
    19:11
**significant (1)**
    54:20
**similar (2)**
    48:20;50:6
**simple (1)**
    23:1
**simplify (1)**
    21:16
**simply (7)**
    14:20;27:19;34:6;
    45:9,15,18;50:24
**single (4)**
    16:15;24:25;34:1,3
**situation (2)**
    35:22;50:16
**sixty (1)**
    22:16
**skin (1)**
    10:17
**slash (2)**
    28:23;29:6
**sleeves (1)**
    15:17
**slower (1)**
    20:18
**small (1)**
    20:5
**smart (1)**
    31:5
**smuggled (1)**
    29:16
**soberly (1)**
    32:19
**so-called (1)**
    23:15
**software (4)**
    14:2;21:8,14;41:9
**somebody (4)**
    32:10;34:18;38:7;
    53:15
**someone (7)**
    8:21;14:4;37:16;
    38:1,2;45:13;50:9
**someone's (2)**
    45:23;46:15
**sometimes (1)**
    58:12
**soon (1)**
    59:13
**sorry (5)**
    18:12;36:18;51:23;
    53:3;58:2
**sort (4)**
    42:5;55:23;57:23;

58:21
**sources (1)**
    44:25
**Southeast (1)**
    9:7
**Spakovsky (2)**
    31:4,9
**Spalding (5)**
    54:14;55:14;57:6,
    10;59:19
**spare (1)**
    26:4
**spea (1)**
    13:17
**speak (2)**
    34:23;58:1
**speaker (9)**
    5:23;6:25;9:11;
    11:2;13:18;15:20,21;
    16:19;18:4
**speakers (1)**
    26:18
**speaking (3)**
    9:16;28:19,22
**specific (2)**
    38:2;44:21
**spectrum (2)**
    27:17,20
**spreadsheet (1)**
    7:17
**square (1)**
    20:11
**Stacey (1)**
    9:20
**staff (1)**
    15:25
**stand (3)**
    10:23;48:5;58:13
**start (4)**
    20:14;40:21;50:24;
    54:24
**started (1)**
    41:14
**State (35)**
    4:3;9:25;10:25;
    11:18;12:18;13:10;
    14:5,17;15:2,3,15;
    17:4,5,14,17,19,20;
    20:24;21:10,22,24;
    22:10,12;25:4,7,17;
    27:11;28:24,25;
    30:12;34:1,4;41:10;
    48:3;53:18
**State's (10)**
    7:18;8:2;13:13;
    16:25;30:1;35:1,12;
    42:25;55:7;56:1
**stated (1)**
    25:23
**statement (5)**
    6:18;14:3;33:23;
    47:1;48:4
**statements (1)**

6:16
**states (4)**
    31:12,15,20,21
**state-wide (1)**
    17:7
**status (1)**
    44:1
**staunchest (1)**
    14:16
**steal (1)**
    22:17
**step (2)**
    13:15;58:8
**steps (1)**
    57:20
**still (14)**
    7:15;28:15;29:15,
    17;33:3,4,5,6;38:23;
    53:24;57:13,21;59:8,
    9
**stopped (1)**
    23:14
**stories (1)**
    11:24
**strained (1)**
    21:13
**strikes (2)**
    20:9;32:17
**struggling (1)**
    21:13
**subject (4)**
    43:4;45:8;48:22;
    51:1
**submitted (2)**
    7:10;13:22
**subpoena (1)**
    38:14
**subpoenas (3)**
    35:15,16;36:4;
    37:18;38:19
**subsection (1)**
    7:12
**sufficient (1)**
    38:15
**suggest (3)**
    31:21;47:18;57:24
**suggested (1)**
    12:15
**suggests (1)**
    31:19
**suitcase (2)**
    28:15,21
**suitcases (1)**
    29:16
**suits (1)**
    30:2
**Supervisor (11)**
    7:6;9:5;56:22;57:5,
    14,17;58:6,23,25;
    59:1,13
**supervisor's (1)**
    57:1
**supervisors (2)**

6:7;40:19
**support (2)**
    22:24;28:2
**supporters (2)**
    9:20,23
**supports (1)**
    25:15
**sure (6)**
    6:19;13:11;20:11;
    22:6;45:19;59:6
**surprisingly (1)**
    28:14
**surveillance (2)**
    17:12,16
**suspend (1)**
    26:15
**SUV (4)**
    43:1,2;45:4,8
**swift (1)**
    22:1
**system (16)**
    11:23;20:15;22:9;
    31:12,15,16,16,21;
    34:11,15,16,20;37:5,
    14;43:10;46:17
**systemic (2)**
    12:23;13:8
**systems (2)**
    18:19;22:11

                T

**tab (1)**
    17:23
**table (3)**
    8:24;9:4;29:13
**tabulator (1)**
    13:25
**tag (4)**
    43:6;45:2;49:1;
    52:7
**tale (1)**
    45:24
**talented (1)**
    30:12,20
**talk (4)**
    31:18;32:8;34:10;
    35:5
**talked (1)**
    46:7
**talking (6)**
    30:16;31:19;34:13;
    44:6;58:2,3
**tally (1)**
    13:24
**tangible (1)**
    11:7
**tapes (1)**
    13:25
**target (1)**
    27:21
**Tattnall (1)**
    7:20

**tax (1)**
21:1
**team (1)**
13:9;30:11;32:3
**teams (1)**
20:1
**technology (1)**
24:8
**television (1)**
30:16
**telling (1)**
47:11
**ten- (1)**
40:3
**tend (1)**
20:6
**tennis (1)**
30:10
**tension (1)**
21:15
**tensions (2)**
5:15;25:16
**term (2)**
37:19;42:1
**terms (2)**
24:3;42:9
**testified (1)**
27:11
**testify (1)**
38:3
**testifying (1)**
11:9
**thanks (2)**
41:2;54:2
**that's (22)**
5:17;6:17;8:10;9:1,
3;10:20;15:7;16:12;
18:13;33:16;34:16,
21;35:24;36:8,8;
38:12,24;42:11,11;
44:3,4;58:19
**theft (1)**
23:11
**There's (12)**
5:9,15;6:22;7:3,23;
8:16,17;9:8;51:15;
53:5;59:22;60:2
**Therefore (3)**
12:23;17:18,23
**they're (10)**
8:15,21;22:6;30:6;
32:20;34:13,20;
42:15;47:11;53:23
**They've (1)**
7:21
**thinking (1)**
6:22
**third-rate (1)**
15:14
**thirty (1)**
32:23
**though (2)**
14:6;24:19

**thought (2)**
15:11;35:2
**thoughts (1)**
20:12
**thousand (1)**
15:7
**threatening (1)**
27:23
**threats (2)**
23:9;27:21
**three (10)**
5:22;7:2,13;23:1,
14;29:4,8,18,19,22
**throughout (2)**
11:14;21:22
**thrown (1)**
45:18
**tickets (1)**
12:12
**timeline (1)**
6:4
**timely (1)**
54:24
**times (4)**
13:25;14:18;39:12,
14
**timescale (1)**
41:2
**timestamp (2)**
29:7,21
**Today (6)**
11:21;13:20;14:7,
10;24:25;42:9
**today's (2)**
14:3,6
**together (4)**
10:23;25:13;27:17;
28:1
**told (4)**
6:4;14:7;48:2,2
**took (1)**
6:6
**tool (3)**
41:8,12;58:19
**tools (1)**
58:14
**traditional (1)**
5:22
**trafficking (1)**
13:23
**train (1)**
21:22
**trained (1)**
32:22
**training (6)**
21:23;55:16,22;
56:4;57:3,4
**transparency (5)**
10:3,12,13;18:2,24
**transparent (1)**
21:17
**transparently (2)**
5:19;23:25

**travel (1)**
24:17
**treated (2)**
33:2;56:16
**tremendous (3)**
30:2,6;54:1
**tried (1)**
14:9
**true (17)**
10:24;33:13;35:7,
13,16,19;37:7,11,16,
18,19,21,21;38:24;
45:5,5;46:13
**Trump's (1)**
9:23
**trust (4)**
25:14;27:24;28:1;
31:8
**trusted (1)**
21:20
**trustworthy (1)**
23:23
**truth (1)**
47:11
**truthfulness (1)**
18:24
**try (2)**
41:3;42:16
**trying (3)**
10:20;35:21;42:15
**Tucker (1)**
45:6
**Tuesday (1)**
39:6
**turn (9)**
5:25;18:21;19:19;
24:5,23;45:20;50:10,
23;54:9
**turning (1)**
19:4
**turnout (5)**
39:7,9,20;42:5,9
**turns (1)**
14:20
**twelve (1)**
14:18
**Twitter (1)**
14:4
**two (9)**
6:4;17:4;19:25;
20:16;22:23;23:8;
39:12;52:11;54:15
**two-year (2)**
17:17,20
**types (1)**
39:23
**Tyson (1)**
30:4

## U

**unacceptable (1)**
7:14

**unanimously (1)**
5:9
**unauthorized (3)**
25:25;26:5;29:16
**unbiased (1)**
17:1
**uncounted (1)**
28:8
**under (1)**
29:13
**understandable (1)**
21:21
**unethical (1)**
23:21
**Unfortunately (3)**
11:13;40:22;41:16
**unfounded (1)**
27:22
**uniformity (3)**
7:23;21:11,24
**uniformly (2)**
5:18;23:24
**uninformed (1)**
6:22
**unique (1)**
40:2
**unknown (2)**
7:24,25
**unproven (1)**
25:10
**unsigned (1)**
13:25
**unsupported (2)**
26:2;27:9
**untrustworthy (1)**
22:9
**unusable (1)**
20:16
**up (22)**
9:11;11:2;13:15;
15:17;19:11;21:13;
22:1,8;28:15,24;
35:22;37:12,23;
40:23;41:14;44:9;
46:6,22;47:1;53:22;
58:1,22
**update (5)**
35:7,13;39:2,5;
42:19
**upheld (2)**
21:18,22
**uphold (2)**
15:9;27:25
**upon (1)**
42:16
**use (4)**
34:11,12,19;58:15
**used (6)**
12:25;27:6;31:16;
32:9;37:20;55:1
**uses (2)**
31:16,22
**using (3)**

8:7;41:8;57:21

## V

**valid (1)**
26:7
**validated (1)**
43:14
**various (1)**
24:13
**vehicle (1)**
43:5
**verification (1)**
21:3
**verified (2)**
26:7;27:3
**verify (4)**
13:3,6;14:23;17:22
**versus (1)**
42:10
**via (3)**
11:7;24:9,19;26:22
**Vic (1)**
25:23
**video (15)**
14:25;17:12,16;
28:25;43:2,5,12;44:4,
9;45:7;46:22;48:21;
49:5,8;52:5
**videos (5)**
25:20;44:24;53:20,
22;54:5
**views (2)**
15:1;35:4
**Vincent (1)**
30:4
**violated (1)**
15:10
**violating (1)**
21:19
**violation (3)**
47:19;51:6;52:15
**violations (2)**
13:24;15:4
**visage (1)**
5:10
**visibility (1)**
19:7
**visible (1)**
52:7
**visibly (1)**
29:9
**voice (2)**
5:11;31:8
**Volkswagen (1)**
52:7
**volume (2)**
15:23,25
**volunteer (1)**
15:24
**von (2)**
31:4,9
**vote (52)**

SECRETARY OF STATE
STATE ELECTION BOARD HEARING                                    May 17, 2022

5:11;10:19,20,21;
11:19;12:6,10,10;
13:11;15:18;18:21;
20:16;22:25;23:11,
11,13,15;28:20,21,23,
23;29:5,6;32:25;33:2,
14,15;34:10,12,13;
35:8,13,19;37:7,11,
17,18,19;38:24;42:1,
4;45:5,6,16,17;48:13,
25;51:19;52:10,12;
53:7;60:4
**Vote's (2)**
35:17;37:21
**voted (2)**
50:5;54:21
**voter (29)**
7:8;11:16;12:9;
13:3,4,5;16:22;17:6;
21:2;22:15,24,25;
23:10,10;27:3;31:13;
33:5,6,7;34:9;42:1;
44:2;45:12;50:13;
52:9,11,13;54:23;
55:12
**voter's (1)**
42:3
**voters (23)**
12:1,3;13:8;20:21,
21;22:16,20,25;23:4,
7,12;25:12;26:10;
27:13,17,18;28:3,19;
39:13,14,15;42:12;
54:23
**votes (11)**
14:1,3;26:6;33:11;
42:7,13;46:21,25;
49:14;50:4;52:11
**voting (22)**
11:13,22;13:6,6;
20:18;21:5;23:5,8;
25:11;34:15;39:2,5,6,
8,9,16,19,20;41:14;
42:10,20;54:24
**vulnerable (2)**
23:10,12

**W**

**Walton (1)**
30:10
**wants (2)**
15:18,18
**warning (1)**
5:14
**wasn't (2)**
16:8;34:9
**watch (13)**
27:1;29:2,4,7,10,11,
12,22,23;30:25;31:1,
1,2
**watched (3)**
25:18,19;50:18

**watching (7)**
25:4;29:24,24;33:9;
53:20,21;54:5
**way (6)**
11:20;15:13;20:2;
38:1;47:10;50:5
**we'll (10)**
5:24;19:2;26:21,21,
25;32:16,16;35:7;
42:19,20
**we're (17)**
5:14,21;6:13;20:13;
32:12;35:21;36:1,1;
38:11,18;39:19,20,21;
42:10;48:13;51:18;
53:7
**we've (6)**
39:9,11,11,25;41:1,
15
**weak (1)**
23:12
**website (2)**
42:6,8
**week (3)**
39:6,8,18
**weeks (1)**
6:5
**weight (1)**
46:16
**welcome (1)**
5:11
**wellbeing (1)**
38:6
**well-being (1)**
36:20
**well-researched (1)**
13:22
**well-se (1)**
13:22
**what's (6)**
10:15,24,24;18:19;
33:18;46:23
**whistleblower (7)**
36:21,22,25;37:2,6,
13,24
**white (4)**
43:1,2;45:4,8
**who's (2)**
8:3;24:25
**Whoever's (1)**
20:7
**whole (1)**
40:20
**wholly (2)**
25:12;26:1
**whose (1)**
45:2
**widespread (2)**
26:6;27:7
**wife (2)**
43:23;49:25
**William (2)**
18:4,14

**win (1)**
30:9
**wise (2)**
34:16;53:21
**witch (1)**
32:18
**within (3)**
7:13;13:10;37:5
**without (3)**
44:25;45:13;50:25
**witnesses (1)**
21:4
**witnessing (1)**
23:2
**won (4)**
9:19,21,23;20:11
**won't (1)**
14:13
**wonder (1)**
14:16
**word (2)**
46:15,23
**words (3)**
18:24;20:12;47:5
**work (7)**
15:17;35:21;37:22;
39:19;41:3;46:14;
56:3
**worked (1)**
56:1
**worker (3)**
34:6,8;58:4
**workers (16)**
13:2;20:14;21:12;
23:5;25:12,15;27:19;
28:2;29:10,12,13,24;
55:1,17;57:23;58:4
**working (10)**
25:13;27:25;30:19;
39:25;40:7,8,10;
54:25;56:22;57:18
**worth (1)**
22:7
**wrong (4)**
20:22;33:23;34:6,8
**wrongly (1)**
20:24

**Y**

**y'all (1)**
46:10
**year (6)**
8:20;11:8;17:5;
22:12;40:4,5
**years (3)**
31:17;32:23;42:11
**yesterday (3)**
11:24;13:12;39:10
**YG (2)**
9:12,14
**York (1)**
8:7

**you'd (1)**
46:4
**you'll (1)**
39:1
**you're (2)**
24:19;47:10
**you've (3)**
29:4;56:11,11

**Z**

**zero (2)**
15:10;30:11
**Zoom (6)**
11:7;24:4,9,20;
26:22;27:1

**0**

**055 (1)**
51:24

**1**

**1.7 (1)**
17:9
**10/12/20 (1)**
52:10
**10/18 (1)**
48:23
**10:05 (1)**
60:18
**10:26 (1)**
29:7
**13,000 (1)**
55:15
**14 (1)**
29:2
**151 (1)**
7:22
**159 (2)**
7:22;25:7
**18 (1)**
42:10
**181,507 (1)**
17:13
**1879 (1)**
7:21
**196 (1)**
42:10

**2**

**2 (4)**
15:7;29:7,10;51:19
**20 (1)**
48:23
**2000 (1)**
30:25
**2005 (1)**
23:17
**2016 (1)**
9:18

**2017 (3)**
54:16,17;57:10
**2017-073 (2)**
54:16;59:19
**2018 (1)**
39:13
**202 (1)**
17:5
**2020 (11)**
8:25;9:22;17:7,10,
24;18:1;27:5;39:15;
54:21;57:6,13
**2020-157 (2)**
54:19;59:19
**2021 (1)**
54:22
**2022 (2)**
11:13;42:9
**2022-054 (3)**
42:21;43:1;51:20
**2022-055 (1)**
48:18
**2022-056 (3)**
52:3;53:8,12
**24/7 (1)**
20:19
**24th (2)**
20:13;21:6
**28th (1)**
11:8
**2nd (1)**
11:15

**3**

**300 (1)**
16:16
**300,000 (1)**
13:25
**30th (1)**
6:6
**36 (1)**
20:25
**3rd (1)**
7:11

**4**

**4 (1)**
29:20

**5**

**50-15-70 (1)**
7:12
**55 (3)**
51:22,22,23
**5th (1)**
11:12

**6**

**6,321 (1)**

55:15

**7**

**7 (2)**
9:14;10:10
**7.8 (1)**
33:21
**70 (2)**
17:9,11

**8**

**8 (1)**
8:6
**8:30 (1)**
25:1

**9**

**92,000 (1)**
33:10
**9th (1)**
6:10