# EXHIBIT 53



## INVESTIGATIONS DIVISION

## SUMMARY

CASE NAME:        Gwinnett County Ballot harvesting White Ford SUV

CASE NUMBER:      SEB2022-054

INVESTIGATOR:     Dana DeWeese

DATE OF REPORT:   5/12/2022

### COMPLAINT(S):

The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/2020 a male parked a white Ford SUV (█████████) and then deposited what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**  Gwinnett County 2020 General Election

**ELECTION STAFF: N/A**

1

TTV_000055

**ELECTION CERTIFICATION:**

    Kristi Royston (No longer working there). (Was employed at time of elections)
    Gwinnett County Election Supervisor
    Registrations and Elections Office:
    455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

    Zachary Manifold (current)
    Gwinnett County Election Supervisor certified 2-14-22
    Registrations and Elections Office:
    455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

    zachary.manifold@gwinnettcounty.com

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for any criminal prosecution will lie in Gwinnett County, Georgia.

**RESPONDENT(S):** none

**FINDINGS:**

    Investigator DeWeese researched the SUV vehicle registration and learned that it belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched Andrew's address and located five registered voters living at the home. All the names appeared to be family members. DeWeese confirmed the names were family members. DeWeese confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked as ballot received in ENET on the same day.

    On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots into the ballot box. Andrews confirmed that all ballots were his family members and they lived with him. Andrews completed a voluntary statement form. DeWeese completed a Memorandum of Interview and included all involved Voter ID numbers. The statement and memorandum will

TTV_000056

be attached to the file. **There is insufficient evidence to support that a violation of Georgia Election Code occurred.**

**POTENTIAL VIOLATIONS:** none

TTV_000057