# EXHIBIT 54

This Exhibit Is Being Provided In Physical Format