# EXHIBIT 55





To: Catherine, Gregg

NEW!

President Donald J. Trump:

"An incredible new film by Dinesh D'Souza exposes massive and determinative ballot harvesting in the 2020 Election. Congratulations to Dinesh, Catherine Englebrecht, and all of the incredible Patriots at True the Vote who worked so hard...

Liz Harrington
twitter.com

Apr 29, 2022 at 2:06 PM

Film '2,000 Mules' Offers Vivid Proof of Voter Fraud
dailysignal.com

Apr 29, 2022 at 3:25 PM

Guys—we're talking this weekend but I just got a note from Bettina This is Deroy's take on the movie, not mine. So please be aware that any misunderstandings here are his, not mine. I'm trying to be extremely careful in what I say but I obviously can't monitor or regulate what others say

PLAINTIFFS DEP
70
18-Sep-2024
M. Schneider, CSR, RPR



DD_000064



To: Catherine, Gregg

of this incredible whodunit in the movie

Dinesh D'Souza
twitter.com

Gregg Phillips

Thank you Dinesh!

May 7, 2022 at 4:29 PM

These are the two heroes of "2000 Mules"—Catherine Engelbrecht and Gregg Phillips of True the Vote. They busted the Democrats' criminal cartel, and I tell the stor
of this incredible whodunit in the movie

Dinesh D'Souza
twitter.com

Over 12,000 likes

Gregg Phillips

The trolls comments are ridiculous. LOL. I'm sure their 11 followers are impressed.

May 8, 2022 at 10:27 AM

Great event last night! Feedback is basically rave reviews! You two were fantasti

Catherine Engelbrecht

It was a great night!

Gregg mentioned you're wanting to debunk the AP. I went through this with a journalist this other day, point by point, but the basis of their argument, about accuracy in location, is nonsense. Here's useful quote from John Roberts



Excellent! You might like to use this paragraph Gregg sent me

"When the Government tracks the location of a cell phone it achieves near perfect surveillance, as if it had attached an ankle monitor to the phone's user," Chief Justice John Roberts wrote in the majority opinion for Carpenter v United States, noting that it lets the government "travel back in time to retrace a person's whereabouts."

Carpenter v. United States

The left is so predictable 🙄



To: Catherine, Gregg

CDC bought cellphone data to track vaccination, lockdown compliance: report
nypost.com

Gregg Phillips

Published 2019

Opinion | How to Track President Trump (Published 2019)
nytimes.com

**The New York Times**
ONE NATION, TRACKED

A single dot appeared on the screen, representing the precise location of someone in President Trump's entourage at 7:10 a.m. It lingered around the grounds of the president's Mar-a-Lago Club in Palm Beach, Fla., where the president was staying, for about an hour.



DD_000068







To: Catherine, Gregg

May 16, 2022 at 6:57 PM

Philip Bump of the Washington Post thinks he has a maj
"gotcha" on the movie. Well, let's see.

Dinesh D'Souza
twitter.com

This addresses the issue of the murde

Catherine Engelbrecht

K. A few details need to be straightened out before you do the back and forth with Bump

Free now

I already did the Bump Q & A but this subject didn't come u

Catherine Engelbrecht

I can't talk now but let's connect tomorrow when you're free to talk through a few tiger traps:
1. The murder cases
2. ACLED
3. Non-mule video in the movie
All manageable, we just need to be on the same page

Yep let's talk tmrw

NPR thing is no big deal. They reached out to me but I'm not respondin

May 17, 2022 at 5:01 PM

Heard a rumor through a third party that NYT is trying to do a hit job on you guys
They haven't contacted me or anything. Just a heads up. It's only a reflection of

Georgia investigation dispels allegations highlighted in '2000 Mules'

I'm sure you saw but just in case..

**Catherine Engelbrecht**
That isn't true

I haven't read yet! I heard they are misrepresenting the facts

**Catherine Engelbrecht**
Just got off the phone with the NYT. There is a hit piece coming, but it has been fueled by none other than John Fund and Cleta Mitchell.

He has all kinds of direct quotes from them.

Disparaging me and Gregg

Oh I see. Fund is in on it

That NPR hit piece is also cut

Let's debrief on all this tomorrow. We have definitely stirred the hornet's nest. Quite honestly, I love it!

**Catherine Engelbrecht**
Yes 100% Fund and Cleta are in on it. What they have been saying to donors has finally come back to bite them. Someone recorded them.

May 16, 2022 at 7:56 AM

#2000Mules claims it analyzed @ACLEDINFO data on the "cell phones of all violent rioters around the world" to prove "voter fraud mules" participated in "antifa rioting"

The problem? We don't collect phone data. At all.

@TomDreisbach with a fact-check
https://t.co/eyy4IyJJkg

Sam Jones
twitter.com

Want to address a couple of points in the NPR article. Can we discuss later today

**Catherine Engelbrecht**
Yes. In advance I will forward the initial thread between me and NPR. In it you will see the full explanations

**CONFIDENTIAL**                    **DD_000071**



**CONFIDENTIAL**                    **DD_000072**





To: Catherine, Gregg

Sam Jones
twitter.com

Gregg Phillips

We use different data sources for different things. The ACLED identified rioting would be combined with other geographic specific sources in our analysis to form the "geofence." Then we use the data from the phone signals to link the device, to the when, to the where. As an aside, ACLED compels users to credit them. So we did.

Gregg Phillips

Is this what they call a refutation?
This article borders on the comical. It features a single case in which the only "evidence" the mule was merely dropping off the votes of his family members is that HE SAID SO. True the Vote found nearly 250 mules in Atlanta going to 10 or more dropboxes

https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/[illegible]

These weren't our complaints. These were dismissed. Ours were moved on to the Attorney General. In addition, this isn't a mule. Didn't reach the threshold.

All good points! I'll take them up on the podcas

Today, @fvdemocratie organizes a screening in the @Europarl_EN (Brussels) of @DineshDSouza's groundbreaking documentary on the 2020 US Presidential election fraud. Afterwards, I will participate in a panel discussion with #FVD MEP @MJRLdeGraaff and #AFD MEP @Joachim_Kuhs.

Thierry Baudet
twitter.com

This is at the EU

Catherine Engelbrecht

Yes, it's everywhere :). Gregg has been invited to present at a geospatial conference in Italy.

I really want to connect on the issues in NPR and video showing repeat offenders.

Let's chat this evenin

To: Catherine,  Gregg

stopped Republican voter fraud
in a recent North Carolina
congressional race involving a
candidate who was a pastor, and
his campaign was paying for
ballot harvesting.

Steve Deace
twitter.com

True the Vote now demonstrating
the integrity of their work with
geo tracking by showing they
also used it to catch two
uncaptured murderers.

Steve Deace
twitter.com

This from a guy at The Blaze  We need a plan to quash or at min address this kind
of stuff

It's hair splitting and easily addressed

May 18, 2022 at 11:56 AM

CONFIDENTIAL

DD_000074



To: Catherine, Gregg

May 19, 2022 at 1:34 PM

I really like how you guys insist on written questions and provide written answers This way they can still twist the interpretation but they cannot make up stuff and attribute it to you.

Gregg Phillips

I personally find it helpful. On this very point, Phillip Bump called as why the pattern of life on that one individual in GA doesn't correspond to real drop boxes.

I think you should ignore hin

CRITIQUES AND REBUTTALS

To: Catherine, Gregg

**CRITIQUES AND REBUTTALS**

**DINESH D'SOUZA** PODCAST

CRITIQUES AND REBUTTALS Dinesh D'Souza Podcast Ep334
to bit.ly.com

Today: Here's my close analysis of the in-depth conversation the Washington Post published featuring me and national correspondent Philip Bump. You be the judge. Watch!

The text above is how I posted this on social media

May 21, 2022 at 5:27 PM

Got this as a Twitter message:

Hi Dinesh! I'm hoping you can publicly address this counter argument to 2K mules because I'm seeing it from intelligent conservatives and not just the left. They're saying that because TTV submitted docs to the GBI with the figure "100ft.", that TTV only had data that was accurate within 100ft. I know that the argument doesn't hold water but I can't seem to convince them that this counter argument contains hidden assumptions (e.g. the number isn't padded for legal reasons). Fake news even granted 9ft in one article and TTV has explicitly stated up to 18' on the Charlie Kirk show. Its still falling on deaf ears because of the GBI document. Thanks!

Catherine Engelbrecht

A lot happened between our initial outreach to GBI in May of 2021. They weren't interested in updates, so they didn't receive them.

Gregg can add more ...

Gregg Phillips

The GBI would do well to stop the lies.

They never looked at the data. Their arguments make no sense. among other things their is a massive difference between accuracy and precision. The catchment polygon was used to exclude. Not include.

These arguments are those of haters who have zero technical background.

Last thing. Ask the FBI who they included for research purpose on J6. The r initial look was 1,000 feet

They know nothing about us, our hypotheses, methods or conclusions. These "concerns" are warmed over lies from Brian Kemp and Co.

If the FBI needs help, they call us. Not the GBI

CONFIDENTIAL





To: Catherine, Gregg

Catherine Engelbrecht

I can't get the audio to work :(

Liz Cheney says that 2000 Mules has been debunked.

Lol

Suzy
twitter.com

Catherine Engelbrecht

Liz Cheney has been debunked.

Adam Klasfeld
twitter.com

Catherine Engelbrecht

Ok I listened to it. His reference to the GBI is very informative. Re the videos - I cannot wait to post all the video for all of America to see.

The fact that there was so little video available is an incrimination of government, not us. And clearly they are comfortable not just investigating but imprisoning Americans based on geospatial data when it suits their purposes.

Jun 23, 2022 at 5:05 PM

Gregg Philips



To: Catherine, Gregg

@LorenCollins @DineshDSouza True The Vote had drop box video for 12 libraries in Fulton County.

And yet True The Vote couldn't find anyone in their geotracking data going to more than one Fulton library drop box to use in 2000 Mules.

That's pretty odd.

Paola Poot
twitter.com

I'm not responding to this but forwarding it just FY

Gregg Phillips
It's not odd. It's false.

How so? Just curiou

Gregg Phillips
We do have geotracking data going to all libraries.

I'm the first paragraph above they mention video. In the second they mention geotracking.

I think he is asking about video in both case

Gregg Phillips
We also have the same person going to different libraries on video.

If you have the geotracking and the boxes had surveillance, where's the video

Gregg Phillips
Maybe but that's not what he said.

This is what we need to show. Just to shut these guys up

Catherine Engelbrecht
1. 90% of video was unavailable in Fulton County for the General Election (as we showed w the letter received from the county)

2. Of the video available from the Run-Off most cameras were positioned in ways that made video unusable, drops at night weren't lit, etc.

This is why the geotracking was such a breakthrough.

We might even have it in what you sent us but you'll have to walk Nathan throug the video so he knows what to put together





To: Catherine, Gregg

In the teaser we show the same person going to 2-3 places.

If we highlight that the argument will be...but how do you know it's the same person, you can't see his face.

When we put the videos up side by side of one guy going to a well lit box 2x, where you could absolutely see it was the same person, the argument was "but it's at the same box".

It will never be enough. The Ripcord will show just how bad it all is. And ProtectAmerica.vote will make sure it won't happen again in 2022

Catherine Engelbrecht

PROTECT AMERICA.vote

Home
protectamerica.vote

Gregg Phillips

1 Reply

I don't see anything on this video. Am I missing something

Gregg Phillips

Both of these are libraries. Both in Fulton. Both in runoff.

Gregg Phillips

Exactly. The box is out of sight.

Catherine Engelbrecht



To: Catherine, Gregg

In the first one, you'll see a guy walk through in the corner of the frame. That's all the camera picked up.

The lack of usable video was either incompetence at its worst ... or intentional.

Catherine Engelbrecht

For additional context - this is one of the drops made by the guy who went to dropboxes 27x in one night

Jul 8, 2022 at 10:46 AM

Wisconsin Supreme Court disallows absentee ballot drop boxes
thehill.com

Catherine Engelbrecht

Yup

Jul 8, 2022 at 12:24 PM

Big win! You guys should feel very good about thi

Catherine Engelbrecht

The maddening thing is that dropboxes were ALWAYS illegal in WI. Yet everyone watched as dropboxes were installed, and so much more, and law enforcement did nothing.

That's why our new initiative ProtectAmerica.Vote is so critical. We are equipping Sheriffs with information and resources to ensure there are no repeats of the lawlessness that was 2020. Had they been equipped, Sheriffs could have stopped the use of dropboxes in their jurisdictions. Most didn't know that. We are working to make sure local law enforcement will stand in defense of citizens.

PROTECT AMERICA.vote

Home
protectamerica.vote

Jul 10, 2022 at 4:42 PM



To: Catherine, Gregg

Jul 10, 2022 at 4:42 PM

@BullshitReturns @DineshDSouza According to 2000 Mules, sepia-dropped-ballot guy went to 28 (Gregg) or 27 (Catherine) drop boxes and 5 organisations in 6 counties (Catherine) in one night (Catherine) day (Gregg).

I challenge @DineshDSouza to list those 27/28 drop box locations with timestamps.

Paola Poot
twitter.com

Catherine Engelbrecht

😳 Aye, aye Capt Poot, we'll get right on that.

Just sending F

I don't think we need to respond but in case you I want to hit back.

Catherine Engelbrecht

This account is dedicated to trolling the movie. Hates it so much he/she/zed has listened to countless interviews to find inconsistency. It's enticing, to be sure. But it would give the account oxygen they don't deserve.

Jul 10, 2022 at 5:53 PM

Yes makes sense



To: Catherine, Gregg

Just got this from Philip Bump of W. Post:

Two quick questions for a story I'm writing, if you have a sec.

1. Can you confirm that the analysis in the film was a function of CSLI (cell-tower data) and not GPS pings? (The GBI response from October indicates that it was CSLI.)

2. Beyond the artificial map of movement shown in the film, did TTV/Phillips ever show you any specific articulation of where a "mule" went and when?

**Catherine Engelbrecht**

He send Gregg the same question for #1. I think you should get Gregg's answer and copy/paste it or just defer to him on the specifics.

On #2. I believe we sent you the legal brief (that the RNC/NRSC blocked) that had the top ten mule's patterns of life mapped. If you haven't seen that I'll send. I think we covered all of this when y'all were deciding whether to do the movie.  Of course, if you say yes, he'll ask you to provide it to him and we'll say no because he will plaster it all over WaPo and then we will get sued for violation of civil liberties ... so, that's that.

They are desperate to debunk this and then can't.

Actually do send but I won't share with him. I just want to say I have

**Catherine Engelbrecht**

confidentialdraftfileiwovimanage-fid1230080.zip
ZIP Archive · 4.3 MB

**Gregg Phillips**

1) No, the GBI was wrong.
2) Yes, we showed patterns of life for lots of mules.







**CONFIDENTIAL**                    **DD_000086**