# EXHIBIT 56



CONFIDENTIAL

DD_000133