# EXHIBIT 57

This Exhibit Is Being Provided In Physical Format