# EXHIBIT 59



# D'SOUZA MEDIA

PODCASTS    VIDEOS    FILMS    BOOKS    NEWS

CONTACT



"2000 Mules," a documentary film created by Dinesh D'Souza, exposes widespread, coordinated voter fraud in the 2020 election, sufficient to change the overall outcome. Drawing on research provided by the election integrity group True the Vote, "2000 Mules" offers two types of evidence: geotracking and video. The geotracking evidence, based on a database of 10 trillion cell phone pings, exposes an elaborate network of paid professional operatives called mules delivering fraudulent and illegal votes to mail-in dropboxes in the five key states where the election was decided. Video evidence, obtained from official surveillance cameras installed by the states themselves, confirms the geotracking evidence. The movie concludes by exploring numerous ways to prevent the fraud from happening again.

MORE INFO & BUY

PERMISSION TO SCREEN MOVIE

CONFIDENTIAL

MA-0000188



## D'SOUZA MEDIA

PODCASTS    VIDEOS    FILMS    BOOKS    NEWS

CONTACT



### TRUMP CARD

Written and directed by acclaimed film maker, scholar, and New York Times best selling author Dinesh D?Souza, TRUMP…

**MORE INFO & BUY**



### 2016: OBAMA'S AMERICA

Just in time for this year's Presidential election, don't miss the must-see documentary that has the entire country…

**MORE INFO & BUY**



### AMERICA: IMAGINE THE WORLD WITHOUT HER

A story that questions the shaming of the US through revisionist history, lies and omissions by educational…

**MORE INFO & BUY**





PERMISSION TO SCREEN MOVIE

CONFIDENTIAL

MA-0000189



**D'SOUZA** MEDIA

PODCASTS    VIDEOS    FILMS    BOOKS    NEWS

CONTACT

An outspoken American journalist, Jim Caviezel, is kidnapped by the Iranian regime while giving talks in Cairo, Egypt....

## SECRET HISTORY OF THE DEMOCRATIC PARTY

In Hillary's America, bestselling author and influential filmmaker D'Souza reveals the sordid truth about Hillary and...

Not since 1860 have the Democrats so fanatically refused to accept the result of a free election. That year, their...

**MORE INFO & BUY**

**MORE INFO & BUY**

**MORE INFO & BUY**

## JOIN

Email address... *    Phone

**PERMISSION TO SCREEN MOVIE**



# D'SOUZA MEDIA

PODCASTS    VIDEOS    FILMS    BOOKS    NEWS

CONTACT

## NAVIGATE

HOMEPAGE

PODCASTS

VIDEOS

BOOKS

NEWS

FILMS

ABOUT

CAREER

CONTACT US

## FILMS

2000 MULES

INFIDEL

TRUMP CARD

DEATH OF A NATION

HILLARY'S AMERICA

AMERICA

OBAMA'S AMERICA

## BOOKS

DEATH OF A NATION

HILLARY'S AMERICA

ILLIBERAL EDUCATION

LETTERS TO A YOUNG CONSERVATIVE

LIFE AFTER DEATH

OBAMA'S AMERICA

RONALD REAGAN

STEALING AMERICA

THE BIG LIE

THE END OF RACISM

THE ENEMY AT HOME

PERMISSION TO SCREEN MOVIE



**D'SOUZA MEDIA**

PODCASTS   VIDEOS   FILMS   BOOKS   NEWS

CONTACT

ABOUT AMERICA

WHAT'S SO GREAT ABOUT CHRISTIANITY

WHAT'S SO GREAT ABOUT GOD

Privacy Policy   Contact Us

Handcrafted site by Goel Strategies

© 2022 D'Souza Media. All rights reserved.

PERMISSION TO SCREEN MOVIE

CONFIDENTIAL                                                                                                        MA-0000192