# EXHIBIT 60

Twitter

# Explore

⚙ Settings

🔍 Search Twitter

**Poker and Politics** @PokerPolitics · Jun 18
1. Why does True The Vote use "within 100 feet" for their definition of how accurate their CSLI data is when engaging with law enforcement? Dinesh loves talking about "Articles" and "Reports" hyping far greater accuracy, yet TTV won't say this when dealing with the GBI.

💬 16          ⟲ 16          ♡ 225          ⬆

**Poker and Politics** @PokerPolitics · Jun 18
2. Why is Gregg putting a photo of a car in a fire lane and scary red dots indicating "Mules" on a graphic that is supposedly of Atlanta at 38:43 in the movie when the graphic has conclusively been proven to be a flipped street map of Moscow?

💬 12          ⟲ 20          ♡ 303          ⬆

**Poker and Politics** @PokerPolitics · Jun 18
3. At 33:37 Catherine says "We chose to look at 2 murders that were ebbing on cold case status." when the main suspect in the shooting of Secoriea Turner turned himself in two weeks after the shooting. Why did she claim the case was about to become a "Cold case"?

💬 6          ⟲ 8          ♡ 203          ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     S



🐦

\# Explore

⚙ Settings

🔍 Search Twitter

doesn't he give us a date for the Photo Edict?

💬 6        🔁 5        ♡ 180        ⬆

**Poker and Politics** @PokerPolitics · Jun 18        ···
5. Why does Glove Girl not take a photo of her ballots? At 40:12 Catherine tells us she is voting at 1am on the final day in the Georgia run off. Clearly the Photo Edict had to have been made before then, yet no photo, is Glove Girl not a mule?

💬 9        🔁 5        ♡ 177        ⬆

**Poker and Politics** @PokerPolitics · Jun 18        ···
6. Why does Gregg claim, at 39:58, that the FBI caught people stuffing ballots in Arizona using fingerprints when the FBI was not involved in the case?

💬 7        🔁 7        ♡ 187        ⬆

**Poker and Politics** @PokerPolitics · Jun 18        ···
7. at 47:47 Dinesh says "What you are seeing is a crime" as a man puts ballots into a drop box. At 25:58 Gregg says "We want to absolutely assure that we don't have false positives." This video was investigated and the case was dismissed. Were you wrong?

> **Paola Poot** @PootDibou · Jun 13
> David Cross @GAballots baselessly accused this voter of ballot harvesting, and shared drop box video with True The Vote.
>
> It appeared in 2000 Mules, Charlie Kirk & Tucker Carlson's shows.
>
> The GA State Election Board investigated official records. The ballots were for his family.
> Show this thread

← **Tweet**

**Dinesh D'Souza** ✔        ···
@DineshDSouza

Replying to @PokerPolitics

No. The investigation was bogus. Since there is no way to retrieve the ballots, the investigator has no way to definitively confirm they were the ballots of family members. He simply got this from the mule himself.

1:26 PM · Jun 18, 2022 · Twitter for iPhone

**2** Retweets    **15** Likes

💬        🔁        ♡        ⬆

**New to Twitter?**
Sign up now to get your own pers

G    Sign up with G

 Sign up with A

Sign up with phone

By signing up, you agree to the Te
Privacy Policy, including Cookie U

**Relevant people**

**Don't miss what's happening**
People on Twitter are the first to know.        Log in        S

CONFIDENTIAL        MA-0000326



Explore

Settings

Right in the video, the investigator refutes your claim. "He did not "simply get this from the mule." But you are counting on your cultists not taking 2 minutes to watch the video.

💬 2          🔁          ♡ 5          ⬆️

Show replies

**Angry Fleas** @AngryFleas · Jun 18
Replying to @DineshDSouza and @PokerPolitics
What's the coincidence that that guy's family ballots all ended up in that dropbox, on THE SAME DAY?

You could easily prove your theory by showing the video of the other family members delivering their ballots. 😉

💬 1          🔁          ♡ 16          ⬆️

**arafurastorm** @Arafurastorm · Jun 18
Replying to @AngryFleas @DineshDSouza and @PokerPolitics
What about the other 9 boxes he visited?
He was only listed because he has visited other boxes as confirmed by geotracking.

💬 5          🔁          ♡ 2          ⬆️

Show replies

Show more replies

**More Tweets**

**Defiant L's** @DefiantLs · 12h

💬 1,680          🔁 9,496          ♡ 47.3K          ⬆️

**Rep. Marjorie Taylor Greene 🇺🇸 ☑️** @RepMTG · 17h
The epitome of switching teams.

🔍 Search Twitter

podcasts.apple.com
...

**Poker and Politics**
@PokerPolitics
I came up with the
meme but Katy Per
at last month's Anti
group meeting.

**What's happening**

NFL · Last night
**Dolphins at Bengals**

Allure ☑️ · Yesterday
**An Iranian Protestor Descr
the Moment She Cut Her H**

NHL · Last night
**Devils at Rangers**

Talk shows · Earlier today
**Trevor Noah announces
departure from The Daily S
after seven years**
Trending with Trevor Noah, The I
Show

Entertainment · Last night
**Kid Cudi's Entergalactic is**
Trending with #Entergalactic 🍑

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in          S

CONFIDENTIAL



𝕏

\# Explore

⚙ Settings

🔍 Search Twitter

💬 5,641      ↻ 6,591      ♡ 23.9K      ⬆

**Steve Scalise** ✔ @SteveScalise · 18h

🚨 BREAKING → Every House Democrat just voted against requiring parental notice and consent before a school provides services related to sexual orientation or gender identity.

Outrageous.

Parents have a right to know what schools are doing with their kids.

💬 4,134      ↻ 9,235      ♡ 21.5K      ⬆

**Donald Trump Jr.** ✔ @DonaldJTrumpJr · 17h

You couldn't script this stuff anymore if you tried.

> **Breaking911** @Breaking911 · 18h
> BREAKING: First openly trans Army officer charged in plot to give U.S. military medical info to Russians to help in war against Ukraine - breaking911.com/breaking-first...

💬 3,485      ↻ 4,462      ♡ 18.8K      ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

CONFIDENTIAL

MA-0000328



CONFIDENTIAL

MA-0000329



CONFIDENTIAL

MA-0000330



CONFIDENTIAL

MA-0000331



CONFIDENTIAL