# EXHIBIT 61

# Re: Georgia SEB complaint link

| | |
|---|---|
| From | Catherine Engelbrecht <██████> |
| To | David Cross <██████> |
| Date | Saturday, May 21st, 2022 at 8:56 AM |

Got it!

On Sat, May 21, 2022 at 7:48 AM ██████ <██████> wrote:

> Catherine,
>
> I sent you a link just now to a Dropbox file with my complaints. Let me know if you don't receive it.
>
> Dave Cross
> ██████
>
> On Sat, May 21, 2022 at 8:41 AM, Catherine Engelbrecht <██████> wrote:
>
>> Thanks! Yes crazy times!
>>
>> I've attached our Gwinnett complaint for your review. In it you'll see the reference to the state law.
>>
>> Would you mind sending me your Gwinnett complaints that were the subject of this week's SBOE hearing, along with any video or other evidence you provided to them. We have reason to believe the

investigator is not telling the truth, but we want to have all the facts before we go public. Please forward as soon as you can.

Keep fighting the same fight!
Catherine

On Fri, May 20, 2022 at 8:12 PM ▮▮▮▮▮
<▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> Catherine,
>
> I looked up my receipts and it was hardly anything - I used a free companion airfare and we stayed at an Airbnb. Don't worry about it - you've got bigger things to handle.
>
> Thank you for the invitation to the Premier. I hope to see you again at "2,000 Arrests" !
>
> Have a great weekend!
>
> Dave Cross
> ▮▮▮▮▮▮▮▮▮
>
> Sent from ProtonMail for iOS