# EXHIBIT 62

# Re: one for your team

| | |
|---|---|
| From | Catherine Engelbrecht <███████████> |
| To | David Cross<███████████> |
| Date | Sunday, May 22nd, 2022 at 4:22 PM |

Hi David -

We too watched the full 24 hours, so not sure how the numbers differ so much, but regardless, there were no where close to 1962 voters :)

Also, I have a request. To avoid confusion, in your future complaints, please don't reference True the Vote or the movie. That will avoid future misrepresentations in the press, which will definitely help us both.

Keep fighting the good fight -
Catherine

On Sun, May 22, 2022 at 1:38 PM ███████ <███████████> wrote:

> Catherine,
>
> I looked at your complaint on Gwinnett and there's an issue - you may already be aware. The drop box tally sheet for Oct 12, 2020 at Gwinnett Voter Registration outdoor box shows 1,962 ballots picked up but the sheet appears to be for the entire day because there were multiple pickups that day. TTV has stated that 271 phones approached the box but over 1,900 ballots were received according to the tally sheet. After watching the full day of video, it was clear that more than 500 people deposited ballots that

day and many did not have phones with them (that I could see). I thought you would want to know this so that
you don't push that point because the critics will smash the argument.

I have a couple at different locations for your team to check on. I will send those later.


David Cross
Cell: ███████████

Sent with ProtonMail secure email.