# EXHIBIT 63

# TRUTH.

Log in   Sign up


**DineshDSouza** 
@DineshDSouza · May 18

This article borders on the comical. It features a single case in which the only "evidence" the mule was merely dropping off the votes of his family members is that HE SAID SO. True the Vote found nearly 250 mules in Atlanta going to 10 or more dropboxes ajc.com/politics/georgia-inves...



**Georgia investigation dispels allegations highlighted in '2000 Mules'**

The State Election Board voted unanimously to dismiss three allegations of "ballot harvesting," finding that ballots had been delivered by family members as allowed in Georgia law. Ballot harvesting claims...

🔗 www.ajc.com

**1,333** Reposts   **3,578** Likes                    May 18, 2022, 8:33 AM

 Reply     ReTruth     Like       ···

## Continue the conversation
Join Truth Social to get the full story and details.

## Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.

Learn more    Accept

CONFIDENTIAL                                                                                                    MA-0001901

11/30/22, 2:08 PM
@DineshDSouza's post | Truth Social
Case 1:22-cv-04259-SDG    Document 259-12    Filed 12/20/24    Page 3 of 3

## Truth Social uses cookies

Truth Social uses session cookies to help provide you with a fast and consistent user experience. These cookies are essential for the Truth Social service to work as intended. Truth Social also employs a third-party cookie to protect its website from harmful automated attacks.

Learn more    Accept

CONFIDENTIAL    MA-0001902