# EXHIBIT 64

# Web Data Collection Report

**Page Title**

(1) Dinesh D'Souza on X: "This article borders on the comical. It features a single case in which the only "evidence" the mule was merely dropping off the votes of his family members is that HE SAID SO. True the Vote found nearly 250 mules in Atlanta going to 10 or more dropboxes https://t.co/qfITefLXGl" / X

**URL**

https://x.com/DineshDSouza/status/1526903524130537472

**Collection Date**

Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

36c9056802eebf655a9fe6c6997215f2800e0c3fd1903a0b4db22891843074cd441bb0ced
d909bf1db8d2052c4fb6342e0d89d01cea29047757ea7247ae294d3138bea13a78a22b508
4d59c0655875c279dea18d287fc36f0cd1865d7e01b2944e4ff84531527e4eb4cbe9ad351
9d7e187eaa7669d578eaabe9f17a8d11a347d34ff4a072eff22bfe12223c51d4531c098b58
44be8065fdf0a3b549891307a861cacae1cc31ac0652515d71ab4089be2ff0e117fb9290a
fde9385200974342777492e6f1a9af9f451e72168ea5544aa857a46970df291ddf8448203
a57e02dce747e9f9f563aa6e43cfbe7e73824c9e75653e60546b7967df1124964253f5bb
7

PDSA-0001735

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

https-x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

6c1a1b13a30cb53bcaf2a590849ab0d12c75f37230c3b6e636d9575c2b84af68

**Signature (PKCS#1v1.5)**

6f43d3a1982e6378110adabfd65cadb6648092065c6599fd2dfea26274fff79253cf12c433
64ab8c75bc8cdbc3ce65b411d01d109490d0e110a8af110a941a3f42d93e5ea60f727d56a0
e0e69ff8c001d5a19636cf6470a96b3e1711c21bb0700fc7df724059e5f1ad605929187ac5
aa9d79084954c2262fe44339419a419ac6fff59615f70e54e8f4339855d05a36a8ed31b65
24fb26b87ece4ef22f87870f0573624d3a8624cf65d39f67fe873efcde8c5c291d0fd5baf7
28de12a9f59c6a6790bd706d096fafa6547b5ad2f39a684026403dff449f008bdf16f27ff
ac337e343a7d13a080a5acc9c73e5e657c39ab17dcdbaad5e3255b11e870de7a6872b1



**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
{EDT}_0.jpg

**Hash (SHA256)**
2e43b2863230d866549c6125f50f2a3d8b01e31e0a0996875b15cdb05ec2f8a2

**Signature (PKCS#1v1.5)**
108bd7d9f9a52ff7296d1655f55078b329178fc975d8f87b37c9ac1031339c2d7f16d5d9c3918008b
9946048f6832c775c753db874e259caf47b6ed7e7bf681d4c655561d114ddb9912434aa5a986d2454
f9b4c5bd7ccefd76d3b7a1bc151f784393eb0d637bd35ee506239fb94f83c901def0b553785b1b895
86d7cec6eb6e63b2c910bd6367ca4e08a6dd52cb45a5f2f4e978c83a5ffaeeba4f9717198cd513f9
6de6d88394d3806d66ee5967807e70622307778fafD0ae57ffedb18c63964d3e21edb81bb6a37d2
782847f74e2eef60e416b3094548e5d9a6d93ca137a53a06e89e44830d6490862aa245fee05d34e
f1c20d010ef64a3d6b0d7a56b6b7936

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

PDSA-0001737



**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
aa9c6927e4bd65e064f4fc1f3222db54c64f9f1d4bdcf6be1c8365396a7ec228

**Signature (PKCS#1v1.5)**
06b7938848ffff2af1cd0a0f225bc34242d9964aaae55298badd852e12c2ff1eecee5b58dfb57306d
db7b90591c3f4aa6d965000754aaed2130c0c8cfef637523b43638e4f970d0e8be87eb5ee49a12750
c95c19fd28a42c21831f42e08556a2e556ace3dd68ca5528df96f5bfd5a2eb35309609c6e82d649f1
35c8d14cb671bd9710aa8aa3c9c0e864fc3ed94136b9d177e210b9cd5a27961bb19af959382fe738b
f8246823cbe44a2e8008bb4fb7ea54fb6abaef7a12eddd5b48212255793723e7bb5433cba224faf3e
959b0d2b62561624c2b51fc6a6274f634803d96a055d8b8cd7c6180bca8415fe1bd6ab34072590c4
c2d9099bbdc2fa2b718bac2c5ef

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
(EDT)_2.jpg

**Hash (SHA256)**
93b79e3693ee3dee956097a67d4b4df2097bbd15ecff412d3b8107b264b493fe

**Signature (PKCS#1v1.5)**
380ab62b4e8ed7d9cd41bb670223fb2619bedff74b20891317f8b5d89defedb0b423d4496c271bc48
c8c077878c34f9727d38c11076d201eeafc09cbbf4536b9a38ef057b5fc4354b80323d0a5bef750e7
3eb006247abfb550a92f35c9ccea6766c0cdb75bd383bc79f85d5c6288560f6e646b6420cd240fa2d
cfb8904bd28d0a2fa014018efe8ca3e97a4d4f3a303fd0f4dc6053ddfaea72ef0c1ae2df6b4690a7c
57ea9179d860e39581941ffedbfba6e74460b23c8bdc57942074da54c0da61a456a1c7204f2a3e54
14a360c0d71b6d543276fa9ad27470e20066f80fc18252875c283b00a3ba2004b145f0e7815805aa
752c22d3b48d150562e16c572aea

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https://x.com/DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
(EDT)_3.jpg

**Hash (SHA256)**
66cc929be5e10bfdc20742ceffd20d7055b5f1f4e4678a61e7cc90c0dec688bb

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
61cd34022d5c59611e63b19340c44f90087bae3ed172b82da402a3f7ac70468c4de56ce869a3bb5729
4f6ed4562b8229c1ef37fc88e091081beac3cfffa366e0a58945d828a73d8af9b4c687919f9cb1a750
bb2f8f8dd5f1c4302b52a9a8683dba03c87acc7828a38510ef699c3590793c77f7dd10826b08e7e570
0ac9a7770b16318f453c02ebedb16d2858883dd6b1d93b0f8a2a0e47006e57f7f3398978bd333af1c1d
4239dbdc2148e9578347be560a8f9af7bad39fe100a4bbb6c13a13560513a2978a7d17f17937019435c6
117e116980486a3ec35fd9cb88f1143a112c0538a4baf2f18a7a3a7be53194bacfb9ad725621857a35a2
5b2c8fc519eda9c1



is no empirical truth? Hearsay is not enough proof. Where's the empirical data, where are the sign affidavits? Try harder Georgia

**Us Purple People** @UsPurplePeople · May 19, 2022
Aren't you a Convicted Felon. Lets convict you of FRAUD, Fraud Boy.

**🇺🇸💜🇺🇸TrueBlueAmericanGirl** @StormyForUSA · May 18, 2022
Were they Republican mules? Were they attempting to make it look like fraud was committed by Democrats?

So many questions...

**Steven H. Davies** @shd8531 · May 18, 2022
If your allegations of cheating are so legally compelling, so clearly conclusive, then why are they not being taken seriously by law enforcement ? Why are there no meaningful investigations, no arrests, no official enquiries ? Could it be your claims are merely wish thinking ?

**Judith Hamrick** @HamrickJudith13 · May 20, 2022
I do not believe this man. He is afraid of going to jail. What time and how many votes?

**Beauregard** @Beaureg2503 · May 18, 2022
This should be illegal and the ones that are caught doing this should get a 5

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
4917d83dd7151e874864d4ce4633c83dad690dc8a6c0ffd9c983b8c94990d063

**Signature (PKCS#1v1.5)**
6e21021b9b6cc641f30f727a9001cd5c7de522a9d3328b8ce9bdd595dca3c16a591fb77e8dd731e5b
d7568c64691ec25e81b93ab12ea5701e7b95390636769710131f7b1a60ec65d017c16afa06a776a9f
ddda0945c58736138123ed76dd31008466d58166b649368345c3eb3c049fd61b8eafa123ac7e565
7b86260e9bfff6d2a215071d67bb1c9bd695de6cb8c183bfcb0e00ddf30ee2ce8803ce621dc679a8d
61c40abda5ea39c3c985076ff92fa272e3c8dfd6c2be6698a92dc88d2dd7c7b3b0e4c26972439448f
50e3d98b64d816ef5119b3083c433b69161cb4aaf47dda01c99b47396363023447f5f846202d2a6e
39d02af5dbe3222641d23d7917

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



I do not believe this man. He is afraid of going to jail. What time and how many votes?

**Beauregard** @Beaureg2503 · May 18, 2022
This should be illegal and the ones that are caught doing this should get a 5 to 10 years in prison and a $ million dollars fine!:)

2    1

**Kim Corradini** @kcpippy · May 21, 2022
The thing we ALL need to focus on is that IT HAPPENS.  It can't only matter when your candidate doesn't win: it needs to matter every time!
One vote, in person, with ID.

1

**Karim Adatia** @Karim_Adatia · Aug 15, 2022
They allegedly found that 10 or more IMEIs were within 100 feet of a drop box over 2 months.

It's not difficult to make the facts match the hypothesis.

When the motive is fundraising $$s and movie profits, there is no credibility in the analysis. Why wasn't this indep verified?

**Rockdawggy** @aaronkollar · May 18, 2022
Good read.

Dinesh D'Souza film '2000 Mules' Falsely Implies Data Solved A Murder  –
npr.org/2022/05/17/109...

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
{EDT)_5.jpg

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Hash (SHA256)**
cb24f757cf576c5c6dcc7e2d2a06c03aafeea11c481ce8b03976073bf49398d9

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 {Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
6cbb1e3c46bbd42a6e1f1f0b743f52d2885085a0faab83ef3d901b5c1c9d61467994370502214ceb6d5
c250acb0d2b684370eda9fd29a258221ea3a5f07be911a3c482f6b677b2a036a133b2785a655165f57
73901b3f143481423954d67eb56adf1b6d5cbc45c899eb3b7ba2f4a8cfd0fdd437b4c2cc58fcb6fa47
d363c3d4879ec3f003ef04e1fa5b564e8cb4f4c68b763f7411daf839b38c05da9190a10a0bb1848165
6aebf2cd8c35200c093a7e244cbc4fa2706567234271cf8218e24cd6194cdcacdc1628f1269cf34c4a
833d6af7a5d103f6ff66d21c496f717e7d04aa5b4e87b0400668d63035f422dbc8285dc1af9a8af52c
06d65052470d3c31fd7c



**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
(EDT)_6.jpg

**Hash (SHA256)**
ade1efe5f26c59e2d89b4313a5f752af56b56263d6b477b83c7f1b096dbdb1b9

**Signature (PKCS#1v1.5)**
2d195e1e1b71f02988e60446901e84ed8de01683b7dfe91f00b17543a6010af828677a7f6170376e
c0322fcc3dd6d0ad7e94388421c1a11d65446e1a2c11edf7945b6d1a8ba0a5f9825cea21db454507
fd915871a20fd220b159876e5e9a4b016f7c2c70252ae4c2f9d754b52496d2868c738997624ce5b
9e30bb49cf7e0b27814aa8a9009de189984ef3e5aa6e5d4d84261db3e457c3871a9a95f6b08ed60
57eb7947b282e8fb4da606acf10d7aa38489ec5b82bc8a5746e4bb0ab1cb5bc9d000e062fbfe8c4
59dd90280f9935c88dce96ee4b5795b5bd3e3532dd300ad89ba5179dd092ee760ec7f3034a72098
9c35c33fc0c7fbea942cc2982905f22e376b

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**nick rogers** @Sweasty · May 18, 2022
Yet you can't show a single one multiple times. You don't have GPS data from before/after election that would prove these are mules, and not just random Uber, Lyft, or Post Mates drivers. And of course you think that cell phone GPS is way more accurate than it actually is.

♡ 1

**South Florida Sports Junkie .** @Rgarcia3633 · May 18, 2022
You never show the so called " mules " at more than one Dropbox . You're a clown 🤡.

♡ 2

**George Dolan** @GeorgeDolan17 · May 18, 2022
True the Vote did not find they... they found geotracking data that puts 250 people close (within 100ft according to True the Vote) to 10+ drop boxes during a multiple week period.

The idea of this being evidence of anything is ridiculous.

♡ 3

**Doing Better.** 👍 @ThePaintedGrape · May 18, 2022
"HE SAID SO" Dinesh angry and distraught.

Won't supply names he claims to have.

Fear of huge lawsuits?

Obviously

♡ 1

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
(EDT)_7.jpg

**Hash (SHA256)**
19a2d4ef9bcac573ac8bff9eae4bcaff9679304561fd8ac9c506f6fa96bbde0e

**Signature (PKCS#1v1.5)**
24aa0d2e31129487a2be76bf30dc1d5531136d5c6f2b5d8ee8d0136a9a161f4f2edff1fb14a689959
be837c6e00c47d7b06de31501fccf9766b0922633863e3a0e066aa463caaba7a662030a4052a0dee
0007c647f5a4e71643160f075fa77d8a4a8c40830c3e8e200f4365877e275d5ee9510fd4482bb84fd
783bcc1bae4afbefdca0d3059dbb280a5a1680dd7486a7738c4e9dd60df4ae7211a836169fbc485b8
5393316cd68fa34f8cb325784d5f7026b5f6a79475724a86b37b87ebd035e1bf24a5405ac0e4448b
c1c04408800a2758b096f7a8b6382d3e7f69c4aba31f8546b035319a977e30dbdd3aa1e7d8a1a440
6d14c8ef92356da768398ccadbd3c

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



Fear of huge lawsuits?

Obviously

**Mike Hamm** @mike_hamm · May 18, 2022
Has True released their evidence to election officials yet?

♡ 2

**tonyazar** @tonyazar2010 · May 19, 2022
Let's go Brandon

♡ 1

**warpox** @warpox · May 18, 2022
Be honest, Dinesh. No proof they were putting ballots in the drop boxes, only that they were near them. That's not illegal.

♡ 2

**Cliff Wilkes Booth** @CliffWilkesBooth · May 18, 2022
Remember that time you were convicted of a fraudulent offense and you thought to yourself "hmmm maybe I should start telling even more outrageous lies to try to raise money?"

Total normie stuff.

♡ 8

**Sparkypants 🏴 Doom Prophet** @TheCenterStripe · Aug 15, 2022
Oh the irony of impugning someone else because "HE SAID SO"

**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_8.jpg

**Hash (SHA256)**
fc0e75384c7f52ddea7bf3ad15e77600a3e8fe6b2a44d240ea3dbf669e23c31f

**Signature (PKCS#1v1.5)**
1eaa69493dc7e56a1aade71f0b9192a66a9fb5b84df8f6ff266304910fb42e079189b3b6fe7c26af23
e409dd4e09ecc7a67fe8dce7c8f7b074c9648c01e215d9b35d914b6b473a0adab64d6c32b0526ce62a
4f9df524ef5d3e5253ba3a0696d8dc0ad25f144852369af511eddtlf7074344c5bdd5d055e1f22c8a3f2
b22180b37fe98755cab2e58d00bc7f342a095f0a04b9e5f087b326b08a5e45f6580c0bf7e3213d80f60
acff5423785032a9afa6f3b66e7c48596f2d72818124b74408143dbc18123eff3e735cd2f231e43b3fb
a0ff67c8e0f97c220b0e9a603940b08fc71dcfe9dffd4e77228ba1057d2af2461a01e87ca175f31f67c
f7582b3d46790a

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



Total normie stuff.

**Sparkypants 🇺🇸 Doom Prophet** @TheCenterStripe · Aug 15, 2022 ···
Oh the irony of impugning someone else because "HE SAID SO"

**Joseph Shabadoo** @andrewlmd · May 18, 2022 ···
Incorrect

**Rockdawggy** @aaronkollar · May 18, 2022 ···
As comical as 2000 Mules?

Also, how come you never debate actually historians? (Pretty sure I already know)...

**Laura Hawk** @LauraSaysNada · May 18, 2022 ···
What is actually comical is that the "Republican Values Center" in Simi Valley had a fake dropbox set up in front of their building in 2020 as well as in several other locations. The GOP won their Congressional seat in that district by around 300 votes. nytimes.com/2020/10/12/us/...

**The Almighty God** @GODreal1 · May 18, 2022 ···
I see the ex-con grifter is still triggered...

**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_9.jpg

**Hash (SHA256)**
3706246951e47c2904bbbfc10e9e31632ee7dadb9730205e687ee2f2bf0079b6

**Signature (PKCS#1v1.5)**
586155f2d7ad6fef84fa9431c15cd6279e84b2375f656de863c479625b56601b301b8de1720c4426a
9f9185e6a3e0c1a7960e42b9c1710d9f32424d896256797a8325eea0f215cd07af8acca7d2ed56ad7
2c11ead068ce3cd7399f6cc1a6a8284b4bc99ca0d8bc82ad8734fb469acbf017507ace0235bf56a6b
5572a5c0f9cc3f84a6d49d5d4b0022c16286cfbbb4456c539613bfa480e2f1b3d6cad5a9e4d09abe9
57d76e20f63d142474f2b549b2339a9754fe1f43a01f62327f27c02ba431b53c81783693bae40053
ae47ce84655488311360f1acb20a030eb0e68f5b0ffbc3207599e28c485237b02b654813d5623444f
94f2843a33eb38cf55d923313

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_10.jpg

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Hash (SHA256)**
ad982a3929612d6bc20d2bdbc82d2face5eb847ed3cf4a80afe3f87e0f9710fd

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
18a79fcfa839269e514ec3c4de8b816afc8ca369f6f6c419c188e3e992961e8b345154081819aef278
1f68aae8be583bd647efaff29bde34b28215dca63a8191847661deab4eafc69bbf60f1f51071def6f8
2eb8a87f4d975d654d4ae48f6b45caf9cbc029a4c926f9d2d8addf08fce8e391685a0ad1bad6bb39b
601a7bb3e98e0e37b241e380d0fa814ce00d7c490a40c21659d0cd78397dcc44c3b46e1000a0825c
d2ded780cdaec51bf0e3a661319869f7b5914deedc3f6c55d72521fc14b411c88b2ac0ed00282badc
1b6ca7f62c8dddd1826a8d3e59e64d825b8abada0b2edb7ac0e309b79672770f4d6b84dcddde4cf
6bfd9299f6c8084d37b09d3cd2adb



**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_11.jpg

**Hash (SHA256)**
9a00755358b9316a9ab66b7893b2bc199423162cf84b25bc38a515a464e293d9

**Signature (PKCS#1v1.5)**
6ca1b36dd9e88c8240b582c120f11a69f3ac20f99191efef2b5fc0955192b25b3ede6a25250a225289
41b71ecf85fb36566e8447b0241f27e438296304200c122b9236b4823fd63ec5d024a7a0e096da1ee4
32d63c888f38aa9b3ab9730fb949dd025f22fb59e1bde7d7a1a88265fce179d7cdbefe4f5bedf34c05
552e1a6011768f259846c82fe42b99d05101a676735de56cc9d2783871e2d7ba43219b72ff37398e99
7522751710abd4c70eb265352e5a9eefff60e289c524eb6ed451f8bf36f5fe3e034da2a591062395bf4
963ead7faaff1b7109e8cdeab7b1873e5938301a86f778f4bb8f8226a9f6b38817c9ee3108cfc7930ef
122820dd90fd38b292

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



A South Philly GOP ward leader has been ousted over 'ballot harvesting' conce...

From inquirer.com

💬 1    🔁    ♡ 2    📊    🔖 ⬆️

**Jensen Button**🔳 @19Defender86 · May 18, 2022    ···
Every lockbox location should have a member of each party and a law enforcement officer present with the ability to question anyone approaching to drop ballots. Sometimes presence is a deterrent. Cameras at a minimum. Outlawing boxes should be the way.

💬 1    🔁    ♡ 2    📊    🔖 ⬆️

**TomEric** @TomEricBayView1 · May 18, 2022    ···
Of Course, they dispute it.

💬    🔁    ♡ 1    📊    🔖 ⬆️

**The Nicest Boy on this Website and App** @bikivindaloo · May 18, 2022    ···
They found no such thing, Little D.

💬    🔁    ♡ 1    📊    🔖 ⬆️

**Captain Deadpool**🔳 @dazdilly2323 · May 18, 2022    ···
Dinesh, serious question. Is there any pending litigation to address what was found? This is downright treasonous and will continue to happen until it is stopped, legally. It's this all just a pipe dream that will fall by the wayside or are people involved going to jail?

💬 1    🔁    ♡    📊    🔖 ⬆️

**Nate BF** @SouthernSon1969 · May 18, 2022    ···

**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_12.jpg

**Hash (SHA256)**
9f1aefa3d55f329cd3a5ee5bac07abf3c9aa2d4e96b361f82e925c2950b02b43

**Signature (PKCS#1v1.5)**
6a41f699b8b98d9839145b64dc9ee62106c9305e84eb2a30cc0805c86855ca1e124911c1c2a303e597
db08b58e90ace6f38efff3df6b38113018e6432ed0754635d34607bf1d83bedc26142aa2f1192ee0f
e755db7e3d426e7bf581dc58287f7b762917496bbde3100b93ef9180b9814e081ac1e088fb210d6613
eb326a21f6e9c88bfc771d9875ea062ef89705b491833b0f3c68f64e27b97ba3a59b26e38fb08ce086
366777f1c0f457ed08b9f32bc1e4ae4b088914b85d6cf40682f9fe4812c7ec6da493436a4bfa7e08a
76fbb7e434433c701479a03893822f041c266182010a17f5291ba6b246597d40fb91e75bc73d50efb
f5a90d527a02e63b38958

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

PDSA-0001749



**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
{EDT}_13.jpg

**Hash (SHA256)**
df75c1c96624fc5b175ed7cad54d86ce2c86745a3413c3c75a8e6c6e507f2a72

**Signature (PKCS#1v1.5)**
3b4006f66ed38cfd5bbb3876b4d072938fe402f99541afd9b5aebfdb699bda66e3b04c3b113886447
98aeada2e94ae8ebff3bbd7819f4f32b21c778826f3652f445d7cb74313ce0cb189e1ff9a3757db8a
f97680d3a1322e67dfd63786edb4645d824aaa43be22fae0f6baf2f3bf8ec0d2c84ab376397a4da5e
6189773fb8fcbc654fea42752592f22532c42f619b5f36d9130cb0989619d0d33f5020927465126c3
638c329e94de6a00a146d4f9b8129ea3e465a9426f8cc0d4129071eb1e30e2a4250bc8d679800b9f0
9af8aba1e9b3971b33d2ceae4b44a631f5ef2795ef53b7d06087d5b2ca8fd2e64f9c3eb0a9b46f57c9
f9fbaabd200da93791382742e

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



#2000Mules claims it analyzed @ACLEDINFO data on the "cell phones of all violent rioters around the world" to prove "voter fraud mules" participated in "antifa rioting."

The problem? We don't collect phone data. At all....
Show more

Uncle JJ 🏴 @jfryryman · May 18, 2022
When are we going to see law-enforcement convert the cell phone identifications to names? And perhaps grant immunity to the mules, so that we may learn more details, and hold those at the highest levels accountable?

LiveLife 🏴 ✓ @livelifekaye · May 18, 2022
.@EWErickson continues to embarrass himself pushing comical rebuttals.

GH HILL ✓ @GHHILL1911 · May 18, 2022
Bald Faced Lies to cover up their Sins.

Commander Poot ✓ @PootDibou · May 23, 2022

Commander Poot ✓ @PootDibou · May 23, 2022
Replying to @DineshDSouza and @pbump
How Georgia State Election Board determined that one of the people in

**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_14.jpg

**Hash (SHA256)**
8158482883bc0484779eeb728064345233a752f59d1d701f772ff796a3779943

**Signature (PKCS#1v1.5)**
22044a6586fa2dd90f9b04583f5e9d075220c2fa674727940877e63e09566afd9e7f0c7fa46150fb4
8b2b4e1764d703ec3a9048d57d951fbb72915ee6c52e92d7780644fd2dcaf57b0e594cdc612824349
ac9022fd7119d6d4a8261bec8d7e6679b5d3d9dcab4409810ef75797dd237e95ac65f5f45b97c2d83f
2f206ee66dbcb34375438f106948103a741d71b6ea63dfd42fbb58155838ea2861d5c71b51fc652cc9
2edae6e11995dde491ca70cffdefcca8b77bc010d3ae1d6b374277a078110a576ee70e8653b9441d5
5a2292ed9d699d2de47eb0c8fccda089fbb17741661c463b7a7ae38e6521a22dcc5951e0972b80349
611d4549510f8680c1835af0

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
(EDT)_15.jpg

**Hash (SHA256)**
00b9ea8d668777475bd57a8e845daafe5eeb020f5e3601c3b9856c7ba0bd60a8

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4b75c9e6a1b07e15f5ad581a667233053da72b006aede9cf8fb03a76e5f2485278e55fe1ef418aa0
ed9f59e4b44c24c8351a25a619a2b9a461a9201a51cbc448a70e2eca73da8cc0573ced505f8e2afb
6276c2895c8a8521d3609bbbb4c0cf5ad73215d47dd63e414bcf0f34eb65d6cf0a62648d978565a5
6fa545c7a0fbe53fb52ba079d95773e84dcefb12309a5ff9ad53b0c40190d5894275ea93377db073
7b58a35e209e9715aa8376b2051fa26a4eff3046a8a578e925a8fd482c5a5746f173aa0ac2a22b5d
20093de217a082c66745ba00fb0c6c6a5a99862d624e1d559b1092cf86dac54696be70a3d05c46a
483792be4830fba3c6b0c6be72e344104



**Rusty Jewell** ✅ @NOMalreadytaken · May 18, 2022
And of course I saw the video you are referring to here getting posted yesterday by the leftist cult clan claiming this is all the proof they need.

**Nacho_Bitcoin** ✅ @Nacho_Bitcoin · May 18, 2022
If he was one of the mules that True the Vote identified, why did he have to go to 10 different drop boxes to drop off the votes for his "family"? Why didn't he just drop them in one box? And what about the stash houses he visited... does his "family" work there?
💬 1                                🤍 3

**Nancy Haddad** ✅ ✅ @NancyHaddad41 · May 18, 2022

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_16.jpg

**Hash (SHA256)**
364cb8d2c26f63b92156a145ecb9f21fa5b0118c264502befe70f1d209918bbb

**Signature (PKCS#1v1.5)**
5ae831e187a672e2105b614ca3cb0b42ff389e11ca6e2a8c80e34047b3884e5c8ac6dbe40bf7f678f
d4d2a86cd0fe49b5a7bdd59895a0d1805166fe7849655bba603a3b2df42ed9737f3dee55132d7dd23
99b2bc074a726045f2bf78bc0561c5adeeda3c017b60baf0b51a85f71adcc822978166d690a48a8835
c8a74deb03dda222541b7fd871106519f3e818b7b356f02431d845154e01605e53d0d9251bdf4c2f86
0e649ad7acc26bd8344b2504365371e666ca91779dbcf21bde1b00f35dd0bd3f26baef7e5e507dd4fa
d578b9d927de116f3e66f022255e288a68a8eca62151f89d9c1e489f73fa465770fd81b54070cb42f2
cdc38e9d59c3a7f8e0f7b0

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



go to 10 different drop boxes to drop on the votes for his "family"? Why didn't he just drop them in one box? And what about the stash houses he visited... does his "family" work there?

♡ 1    ⟲    ♡ 3    ᴵ�!ᴵ    🔖    ⬆

**Nancy Haddad** 🔵 ✓ @NancyHaddad41 · May 18, 2022    ···
Then, why was the mule wearing disposable gloves??

♡    ⟲    ♡ 1    ᴵ!ᴵ    🔖    ⬆

**Angry Fleas** @AngryFleas · May 18, 2022    ···
There were enough confirmed registered voters at the address (spouse, children). Did you watch the hearing?

Do you think family DNA testing and birth certificates would be enough proof that this wasn't "trafficking"?

♡    ⟲ 2    ♡ 14    ᴵ!ᴵ    🔖    ⬆

**Barry Mark Froemming** @FroemmingBarry · May 18, 2022    ···
Remember for the left the Holocaust never happened as well.

♡    ⟲    ♡    ᴵ!ᴵ    🔖    ⬆

**Gayle Pye** @pye_gayle · May 18, 2022    ···
It's clear democrats stole the election. The far left Democrats are socialists and communists who take their ques from the communist manifesto, which encourages domestic violence, insurrection, riots, political unrest, to lie, n teach citizens to give up their rights.

♡    ⟲    ♡ 2    ᴵ!ᴵ    🔖    ⬆

**Danny G** @DanGreg2468 · May 19, 2022    ···
Republicans been the Uni-party pied pipers for Socialism for decades &

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_17.jpg

**Hash (SHA256)**
ae6dbf98041ae626b5763ed3a13c69de42c00bbf8b3872fbf51bb6754de8a2fe

**Signature (PKCS#1v1.5)**
5499e4c37c589b99dcbc8f958c4ec9435a61fb0c493770b98751853f8894f8d5d2ee0712b830cf512
d6b4f0cc5a95aeb87b57b9a9b2dea2cfc750cfdb9c0c3b792372f8c77439cf4697d96560e8943e24e
97bcc018272fbae106938279b6f3ed9e31a62b1ee1086f59f7570f162b9d10ac2689b3d09a6dc0b48
7aab4b88e8b327e89bb1263c49578bebafac29db5b5504c6dd25fe8f616776c0956800e66991928ed
f7644f75dafea356a93622724dd0f468f2c452c7e637341a7017315ac3d39aae9e0650be7c4cb45de1
024194a2307624eecc4bac069405661b1f0cdc1e8d0de38de60faeafcb1dc68815b31c236fdcba95d9
3ad7d7b31314a0e810eb49c2

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https://x.com/DineshDSouza/status/1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_18.jpg

**Hash (SHA256)**
358fcb586a30729747a6341557ac16f9e279bf7026dd775858ff7d5d084f702a

**Signature (PKCS#1v1.5)**
77febbe8a07c9e6d2dcf65e939870466addd31e870f453b480c4a8187c8b3905bdbdd0a2d8ec690a8
e01ca568d98f9d70590fd4370a3d904f1b81ff8e97960fe909546c29b9dcfe3fd62408a281db604e0f
f16e488fbf12bbe3ef4a6c507d437bc3659e00a0816ba6e88446f298bfdfae2132fe14044a2311c0c4
2782fb440c49e0ce39b4912811e04c0637480d233cd601ada9547f7aaa026040d1eddbdbdf3386427
9da4ff4b7448f0f0caa85444609425ce0a862615006d927091aabbcdcc999450e193587c69c65db3aa
9bc61fe624792114e5dbc3df52d5a37fcb76e89fceaae293541aefa9eb19da1680cc36b3559331ea20c
b1f57e3241d1e3381ba38

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



United Swamps of America? 😈

**Phillip K Williams** @PhillipKWillia1 · May 18, 2022
Don't worry Mr. D'Souza, Most Americans are beginning to catch on that the election was rigged. But the democrats will try to destroy you for exposing them. Please hire an armed bodyguard.

**Charles Moore** @Delcherry2 · May 18, 2022
Covering their ass-ets. How does every irresponsible child respond when their grubby little hand are found in the cookie Jar. They become fanciful, creative story tellers.

**Socrates Johnson** @Jon85943072 · May 18, 2022
The title of the movie is a lie.  There is no evidence for "mules" in the movie.

The movie is full of lies.  The claim that the movie shows that Trump won is an outrageous lie.

Dinesh lies for a living.   Nobody should ever trust him as a source.

**Jyn** @jynmeyer · May 19, 2022
This happened when a news outlet called the Sec of State to inquire about voter parties being changed without permission.

SOS: "We have investigated ourselves and found ourselves to be innocent. People just forgot they changed parties.."

**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_19.jpg

**Hash (SHA256)**
871642befbc000135caebf8f99bd3237761d1f4fbcf49981ec1f79908803c0bb

**Signature (PKCS#1v1.5)**
257001c891a839fd6ea02286e8c15b69f4842d4dc9e62a890cd0c728c05075eda14e1a47d21c1cb43
c74a23a2aed6a9558e2593830cee4f38f95a4b92906b101cf745c308c5bc13b5ccf83f7a07ba81109
8bc20bc5407fb75907335f02117fd799ab09875fad2c571b15d879380bda501902518da0ebd1dc140
ad20b234a0128017973690e7f7b6c3ac8f712a41b63143de598d55c2cc02167ab2ee8ba799bdbb575
5a27b18a90b3ee78b2b67abf66b76cfec0705d9b73992d914f902438e5f5392ac1290d3c0eb52158d
7e05fe7439d12533f9f276f7055020223281ffc6ff2461e6824aa05aed664e2025fb75a354b8a686a6
9a1340e610982f4faadc70fe5

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 {Eastern Daylight Time}



**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_20.jpg

**Hash (SHA256)**
096c4dab54dcaf00bc4321003be90574977eefde98122bacf3971762bbfc57b0

**Signature (PKCS#1v1.5)**
0816e05f5ad0512b76301ebe44914bfa6d41c5d4df6fa80599dc2a8149ba9679f4163c023c3ff79ba
2407fded7d3b0634732090c5bbb4b1d5aa3753684010d9f37e5079b4f1f9480cacbd4d4ca0ed541c0
0cdcde004ad5f7f2ec48e9859c4c6debbc6c5f5e43fe839460311bf021933c3d21678f49391358c36
19ca1e1a87f255d54cc41d2bbd16f455b205380b44f6389d6c85a709c593710ae60513e5e07e63b25
b4cca7bba08235f4c6dbfe12840216874a8f2b602ea75bfbd23476799fc60f5629527b3518e880fbd
aa30b91fa038dcd8d211cd5e62cff0ca9cfe4326984a9ced2e6d256bfdd29e2e1edda612b01f5cd0d
2437beb35e2d4d377358a21026

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_21.jpg

**Hash (SHA256)**
b249cc2acb07f9b26ef07ab196a80043c550bc8bfd964b41574239e15ad063a2

**Signature (PKCS#1v1.5)**
4990a5bae1215fb3dd7dde7647553364bc41b81fd8a79dd27ee894ddca3bfc10d89cf85b0c8c86cce4
98eb8868ae0d34182d9bc851ad01ca2ccef5359a4cd94f1ede7f4b6afaa4f9fcfcb8d09b30f2984f51
4c6e8981ce76d20e463d5587fbd5b88bcb5d12610603d2152a9f671ccc7155db874681a4055789983f
724fc1213b7f784dc44a4afa86100c6cb404120ded982ec0ee84fdd3adc42d84cbb983dc7c952b0d2a
37920173e47d67adfff1a1c7d800f98a755806ab1656e8f6156f1b5b1c80ffb6dcbeab17acb4084d78
3dacc1cc632728d871e4c157486182808313f483539b67363d6f5f8da22c5e07485d4bb9b8069e10
ecbe0820ce84285fd894da

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_22.jpg

**Hash (SHA256)**
7188b0c34773ef36e425008dc2cc291d197aa6014ff249ac122560e9ee5f7b09

**Signature (PKCS#1v1.5)**
337e91dca44c5d6b2a0fd818ccea46ee074d2b114b748d445af204c18f01964285b1d1376a1a98d754
9e87ae4f9a2d3ddf64cd80eab34a3c36989e008f034e4cd9e602ce2f2018c5598c7fb95d94810cb887
0dd102bca161971ce0f8501b07767ea9c49a314ca86531a744e91e417a98bc7dea3930ae1f0cb522313
0f1146f83f471a4e5334b3f4a4e8ca28926dccd17ed18ca9f134a7a082ea661947893c9460a92f511ac
213427c1b5dfc76aa0ba0e3429430bdfd7dc1a814abfb3f787758b41817156bb28bd0fb9a01db578df6
81deb9f7d9bc0c4e818ab2ba47c77191b4d37b76358467f27f91acc26408579ca086c156750f453bcb
85b16d478c7de196a

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-{EDT}_23.jpg

**Hash (SHA256)**
5ecee9d21f4abb8404dfcd920b0ff83367ac75dd30203855637efe56c25aa7c7

**Signature (PKCS#1v1.5)**
734cd6e6c9ce582adcbe9ae8de4c9429b7893fcbee89174eb83d9b84c024a1f4f62c9d96f8e28c297
c2f4e20788c50c570dda2118a2430f9df4055e5f94a6a2e048c14fbd45d3d4a0d6f3ebea395e43b8f
0fcaa428ef2daa5fa4c161e481f3edd1e6dac740cb471841b93a573d0ccb05faa80f4c7bdce005c96
ea695289a0d25f5d061b00cb1c00c81bff0bf8e2319b87456562e3d414988a63833fcbb60f243d76d
eda7b6fe3ff64505af87100b4dd8867f04b3cc98914cc861ed544f10e00580a667259fa637c4fdcff
a066b46086fe73472de35e330dabb053b48de069c91f7f2bb5b3e4c846bd60d100db0385d49f5f0
83337a0aba5f9dc55b92c92838b5

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**Jim** @jafrealty · May 18, 2022
Where do we go to view each of the individual and specific videos of the 252 mules or see a list of mules? Need more data to decide.

**William White** @kwhite1960 · May 18, 2022
And nothing will ever be done about it. People are sick and tired of hearing about wrong doing and nothing ever being done!! I know that I am!! I'm sure not paying to hear about more wrong doing just to see nothing get done.

**Jagsfan2001** @jagsfan2001 · May 18, 2022
Must have been a big family. Still illegal

**Duddy Kravitz** @Duddy__Kravitz · May 18, 2022
He must have a big family....

**Becky Boomer** @BoomerBecky · May 18, 2022
Can't unlock the article

**Robert Allen** @TheGamblerTX · May 18, 2022
Well it is Atlanta, they have some big families in the community.

**Melanie Hutchinson** @Melanie49390818 · May 18, 2022

**File Name**
https://x.com/DineshDSouza/status/1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_24.jpg

**Hash (SHA256)**
8b533ed0c2f018cd5ac80b39580d8f762f5f927127cc711e0234569fb820f321

**Signature (PKCS#1v1.5)**
59046e448e919c4116d6592b1b0751c402eac6166c36da0bd33fdde74ffa2b724fe0c9663c30274fc
a1e552318c0443ea5bd0d6f5470b317afd6a48f921ca8f7784e1e2619db2fa1b860eb0c3e26bd198d
f66117384192924c0f9fc1a48cf68c39e9da23488154c57231bc25f9c292596ad4ad12cce8f275cb5
a5d3770ea3adc91199c33e84178045a98b78c0760352b8b21dcd6e8adaa9a97c263d3042d4ae1a3d
a182939b87a452aadc27cbe43d6392fe13bf8694782584be5bdd9232500554041f27b6f0bc8be124
6a0f9a27e4880a682b8c243c19f8776982d0bd238b051c3245424e6b7e765f59191a2cea9473acb29
e4992bcd15b2689bf42a7fa72351

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**Robert Allen** @TheGamblerTX · May 18, 2022
Well it is Atlanta, they have some big families in the community.

**Melanie Hutchinson** @Melanie49390818 · May 18, 2022
And that's just one city!

**Raff** @Raff87997730 · May 18, 2022
Of course those of us who are not of the low information bubble know that democrats lie and spin. I know better and laugh at them...to their face.

**Joan Carsey** @JoanCarsey · May 18, 2022
Is the country ready to receive 100 million extra Trump votes? Is that how they want this to go down? We all can find access to a Xerox machine, despite what Kamala Harris says.

**Rod Jordan** @rod_jordan · May 18, 2022
It's easy to cherry pick your stooges @ajc

**Babbs @babbs456** @BarbaraFulcher3 · May 18, 2022
Yes they stole the election

**Do better** @dean1941_d · May 18, 2022

**File Name**
https://x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_25.jpg

**Hash (SHA256)**
71de062fd2b999707799ad108c8e052e48dcdd5cf1ca43a21c1ce185bfb42182

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
080505d032f6b5d77be0d8441647c263cf90921679b5b55c199e3c39dfa46c490f2100afcc4087861
97bbbaf965cfc0a843717f2ac559002bec53dc6805de082a0dfdf3d8b4038793940f0ea5e4ef260e
44bcf809a6cef75263aefb0ab92429ab92579f05ccbdc621d84a827612c853b46ed1d7bfd8f94e577
d18d604f59196547f1fa3f51a33d51002428abbf79621bbb587c6c5d80aa0e7bfoa52676bafd8aa96
2ed532bc42ee6a03ff059973ba09a93dab5d240203a408adde67aeb0fc5e47d9120913e51e4a8c5c
c63060fc6fb401d7bef908bf4027776d48bf74e8a5224dffc0e65675deb2cd6e16f9ce65d6e09864
220340559c9e88064b555e4ac36a6



**File Name**
https://x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_26.jpg

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Hash (SHA256)**
57468b0c5036829ef7f23e9bfb218bddaa81ce3436b724ad5c39bd1cfac6741f

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4e40d3bd1e2e2f5a361eb3d190db7b5089af72100aa3395e7dfd018a39a623fe34e7c71d357d81c8ba
3cb19e3fca91874d4483691c2b463f015640680fa9ea5c6b9569f990ae645b7b8cda13d58b4931732
b5516a32c96b1277ba03f25f9472febcb6da5ebac2df7b42fd99b46cb304e21bf075c73beab01adbcc
9b14e8a6707969af795dabc894b94facff5e33ee88bec90eba210e4bc484a7391ddfb3272b0d0344f
8a0e6f4fc9115d5c62953fc1ee4a597abe496793637ba4f747f5b45b5e246b30174437c42ff31ba97
14d265f549b352464a0cd3bc86826ce3df316a844881da88cae61521b2c3e92db37c808769e82e06
ee6ea1175229b8fd4697f97a



**File Name**
https-x-com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-
{EDT}_27.jpg

**Hash (SHA256)**
93fb397e1a4275740ac232e10fce532a040c4482cb397bd021960ebd077ab595

**Signature (PKCS#1v1.5)**
3614243c8c47c5e6bab869c154ce83077811d1ed107715d63418279b644e4d3b3193fe9cf9860f5199
ea643370d32ca3838f8ec2eef0bae9f810bff460e789adddfb126a5fd9f34c7d7a3227aecfc7e38673
4f645a3cb23e3f58dcaa98da98e142c24b5f2ac58ce2396e91ad5ca7b88a8bb1378a5f8e9c81763f4c
3c1e405505e1e031d7147a61833190d195b045b9cd6e708d5579a3e1ff07d84ddf1a42105b40cf9181
80887388120c14feec1c6be36ffd402f9944fd63ee545689c0ed345357f0d435327fd5ab405dc4235
d33986e3bff7fb6ece4a729ad8ade226009c3058cd9c2a743f20950e4d6fa68693f6afe25afa7ff547
47e387a138d0863f63a39

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1526903524130537472-Oct-29-24-14-38-37-GMT-0400-(EDT)_28.jpg

**Hash (SHA256)**
90554a3c6d5169c2d3aea88f7c6a073197f7ad6dbbf709465a4d9b2ba8466899

**Signature (PKCS#1v1.5)**
799155b6da07b3e9bc0c8ace004fda9899185dbeeca60fc266ce57b66d45e5bb5ed2428f9742f8664
dcac96d6bad87b59e39114f19e7c72f139e29145cbe79f310195ee7d4fb434253e2004da8338736144
3c163c50a3ec0bf1bc7570969e99757a478ea51da1a84328f85da88692689f709441829ae75ee1daf8
9cc429a0eabb79ce07a495183589e8de2a8b065d39393af3ce5d91f1b9332655c353d88efa4601b4ee
0fb0796209f838b5c92cd7a164ac8cc712e371129359a3187fef35bd0cf2ba3478198d5c1ff54eb444
0b7e5105712399f0e4a6495659dfbda8c7b807944dacde3d85d7dbcd5f4e6a8745a771552e38e8281
7bfdc7bd8fd1677f581726

**URL**
https://x.com/DineshDSouza/status/1526903524130537472

**Timestamp**
Tue Oct 29 2024 14:38:37 GMT-0400 (Eastern Daylight Time)