# EXHIBIT 65

This Exhibit Is Being Provided In Physical Format