# EXHIBIT 66



DINESH D'SOUZA / EPISODE 333: UNLAWFUL CONDUCT

# EPISODE 333: UNLAWFUL CONDUCT

Share this article   

PREVIOUS
EPISODE 332: AND THEREFORE WHAT?

NEXT
EPISODE 334: CRITIQUES AND REBUTTALS

**POPULAR NEWS**

**CATEGORIES**






## YOU MAY ALSO LIKE


GOLD STAR PARENT BLAMES LOSS ON BIDEN ON ANNIVERSARY OF DISASTROUS AFGHANISTAN WITHDRAWAL


TRUMP MAKES DEMAND OF DESANTIS IN BID TO UNIFY GOP AHEAD OF 2024


DEM LAWMAKER SAYS IT'S 'CLEAR' TO HIM HUNTER BIDEN BROKE LAWS

## JOIN NEWSLETTER

No spam ever

Receive SMS Text Messages*

I'm not a robot — reCAPTCHA



NAVIGATE*
HOMEPAGE
VIDEOS
PODCASTS
BOOKS
FILMS
ABOUT
CAREER
CONTACT US

FILMS*
2000 MULES
INFIDEL
TRUMP CARD
DEATH OF A NATION
HILLARY'S AMERICA
AMERICA
OBAMA'S AMERICA

BOOKS*
DEATH OF A NATION
HILLARY'S AMERICA
ILLIBERAL EDUCATION
LETTERS TO A YOUNG CONSERVATIVE
LIFE AFTER DEATH
OBAMA'S AMERICA
RONALD REAGAN
STEALING AMERICA
THE BIG LIE
THE END OF RACISM
THE ENEMY AT HOME
THE ROOTS OF OBAMA'S RAGE
THE VIRTUE OF PROSPERITY
UNITED STATES OF SOCIALISM
WHAT'S SO GREAT ABOUT AMERICA
WHAT'S SO GREAT ABOUT CHRISTIANITY
WHAT'S SO GREAT ABOUT GOD

Privacy Policy    Contact Us

© 2024 D'Souza Media. All rights reserved.

Handcrafted site by Goel Strategies