# EXHIBIT 67

