# EXHIBIT 68

