# EXHIBIT 69



# Unlawful Conduct: Were Legal Ballots Delivered Illegally? - Dinesh D'Souza

**Dinesh D'Souza**
Weekdays at 10PM ET

127 weeks ago

Dinesh gets into the weeds over the social and cultural impacts of his "2000 Mules" documentary.

## Most Popular Videos Right Now


**SEBASTIAN GORKA** — What Trump 2.0 looks like. Scott Bessent with Sebastian Gorka on AMERICA First


**SEBASTIAN GORKA** — Why did President Trump go to Madison Square Garden? Sebastian Gorka on AMERICA First


**DENNIS PRAGER** — Extremist Doctor Hides Data Showing Puberty Blockers Ineffective


**DENNIS PRAGER** — Democrats Have Historically Used Gross 'Hitler' Smear Against GOP Opponents


**MIKE GALLAGHER** — Trump's Record Breaking Interview With Joe Rogan

### Get today's best conservative news delivered to your inbox.

The breaking stories you're looking for. The answers you need.

[Email Address]
[Send Me the News]

Plus email updates and offers from Salem News Channel.    Terms


**MIKE GALLAGHER** — Trump Shines At Madison Square Garden


**HUGH HEWITT** — Pennsylvania Presidential Poll Trends Favor Trump | Salena Zito


**ANDREW WILKOW** — The Reason Why Democrats Keep Linking Trump to Hitler


**REVIVE 1776 PRINCIPLES**


**COUNTRY IS REJECTING THE LEFT**

Hugh Hewitt | Larry Elder | Mike Gallagher | Dennis Prager | Jay Sekulow | Sebastian Gorka | Stacy Washington | Charlie Kirk | Andrew Wilkow | Dinesh D'S...



 

  

Terms of Use | Privacy Policy | California: CCPA Notice | California: Do Not Sell My Personal Information | Careers | About | Contact Support | © 2024 Salem News Channel

PDSA-0002167