# EXHIBIT 70

# EXHIBIT 70

Message

| | |
|---|---|
| **From:** | Dinesh D'Souza [█████████] |
| on behalf of | Dinesh D'Souza █████████ |
| **Sent:** | 12/30/2023 1:43:30 PM |
| **To:** | Dinesh D'Souza [█████████] |
| **Subject:** | C&G 16 |
| **Attachments:** | Image 12-30-23 at 1.43 PM.jpg |



Confidential

DDR-00049514

To: Catherine, Gregg

May 16, 2022 at 6:57 PM

Philip Bump of the Washington Post thinks he has a major "gotcha" on the movie. Well, let's see.

Dinesh D'Souza
twitter.com

This addresses the issue of the murder

Catherine Engelbrecht
K. A few details need to be straightened out before you do the back and forth with Bump

Free now?

I already did the Bump Q & A but this subject didn't come up

Catherine Engelbrecht
I can't talk now but let's connect tomorrow when you're free to talk through a few tiger traps:
1. The murder cases
2. ACLED
3. Non-mule video in the movie
All manageable, we just need to be on the same page

Yep let's talk tmrrw

NPR thing is no big deal. They reached out to me but I'm not responding

May 17, 2022 at 5:01 PM

Heard a rumor through a third party that NYT is trying to do a hit job on you guys. They haven't contacted me or anything. Just a heads up. It's only a reflection of how big this movie is and how dangerous you are to the Left

Catherine Engelbrecht
Yes, they definitely are.

Just curious, who'd you hear it from?

John Fund. But through a 3rd party so I'm just passing it along. I haven't spoken to John or anything

Catherine Engelbrecht
K. Good deal.

