# EXHIBIT 71



PLAINTIFFS DEP 17  17-Sep-2024  M. Schneider, CSR, RPR

**279 likes**

**realtruethevote** To understand this quote you must first understand ballot harvesting. This is when absentee ballots are "collected" and taken to a ballot box by someone who isn't a member of your immediate family.

Why is this dangerous? When there is a surplus of "absentee" ballots in an election then the real voter's ballot isn't often counted. In Georgia there were a surplus of people who would show up on Election Day only to be told they had already voted via absentee. It doesn't take rocket science to figure out what happened.

This is why we get so frustrated when people like Marc Elias and his chronies fight election laws that seek to protect people from not getting their vote counted.

*
*
*
*
*
*
*

#electionfraud #voterintegrity #transparency #republic #democrat #republican #independent #libertarian #values #america #voterregistration #ballotharvesting #voteblue #votered  #votingmatters #electionintegrity #freedom #accountability #electionintegrity #truth #accountabilty #quoteoftheday #tedcruz #powertothepeople #ttv #truethevote

View all 34 comments

September 7, 2021