# EXHIBIT 76

| F. Name | L. Name | Email |
|---|---|---|
| Dinesh | D'Souza | |
| Debbie | D'Souza | |
| Camila | Simoni | |
| Gabe | Alvarez | |
| Sergio | Gor | |
| Connor | Hickey | |
| Donald | Trump Jr | |
| Kim | Guilfoyle | |
| John | McMinnis | |
| Kellyanne | Conway | |
| Dan | Scavino | |
| Lara | Trump | |
| Eric | Trump | |
| Danielle D'So | Gill | |
| Brandon | Gill | |
| Bruce | Schooley | |
| Valerie | Schooley | |
| Samuel | Reeves | |
| Elizabeth | Reeves | |
| Catherine | Engelbrecht | |
| Gregg | Phillips | |
| Larry | Elder | |
| Nina | Perry | |
| Dr. Sebastian | Gorka | |
| Katharine | Gorka | |
| Charlie | Kirk | |
| Tyler | Bowyer | |
| Andrew | Kolvet | |
| Blake | Masters | |
| Benjamin | Pratt | |
| Michael | Seifert | |
| Eric | Metaxas | |
| Susanne | Metaxas | |
| Dennis | Prager | |
| Susan | Prager | |
| Lauren | Boebert | |
| Jayson Steven | Boebert | |
| Margaret | Silvers | |
| Andrew | Sandler | |
| Matt | Gaetz | |
| Ginger | Gaetz | |

| First | Last |
|---|---|
| Marjorie Tayl | Greene |
| Isaiah | Wartman |
| Joe | Proenza |
| James | Bopp |
| Lydia | Bopp |
| Troy | Nehls |
| Jill | Nehls |
| James | O'Keefe |
| Joanne | Sumner-Obst |
| Jordon | Weldon |
| Bethany | Rolando |
| Terrrence | Williams |
| Nancy | Prall |
| Kevin | Sorbo |
| Sam | Sorbo |
| Kristen | Swanson |
| Jessie Jane | Duff |
| Greg | Locke |
| Taisha | Locke |
| Brandon | Straka |
| Paul | Gray |
| Brandon | Tatum |
| Corinne | Tatum |
| Benny | Johnson |
| Liz | Harrington |
| Jillian | Anderson |
| Michael | King |
| Kyle | Rittenhouse |
| Skyler | Bergoon |
| Dave | Handcock |
| Charles | Herring |
| Dawn | Herring |
| John | Feucht |
| Katie | Feucht |
| Michael | Mauldin |
| Dick | Morris |
| Douglas | Depiero |
| Louie | Gohmert |
| Kathryn | Gohmert |
| Lara | Logan |
| Mary | Flynn |
| Joseph | Flynn |
| Michael | Flynn |

| First | Last |
|---|---|
| Jackson | Lane |
| Vernon | Jones |
| William Ray | Norwood |
| Ryan | Fournier |
| Matthew | Boyle |
| James | Hoft |
| Jezreel | Morano |
| Devin | Nunes |
| Mattheus | Wagner |
| Glenn | Beck |
| Tania | Beck |
| David | Harris Jr. |
| Skyler | Harris |
| Cameron | Moore |
| Seth | Dillon |
| Brianna | Clark |
| Chaya | Mushka Raichik |
| Jesse | Kelly |
| Aubrey | Kelly |
| Lisa | Boothe |
| Joseph | Kronberg |
| Lynne | Patton |
| Barbara | Rumpel |
| John | Rumpel |
| Caitlyn | Jenner |
| Sophia | Hutchins |
| Jerry | Daniels |
| Allissa Robert | Smith |
| Carter James | Smith |
| Annette Flatch | Olsen |
| Michael | Wilkerson |
| Bret Lee | Strong |
| Angela Francis | Strong |
| John | Vess |
| Rhonda | Vess |
| Troye | Skipworth |
| Kevin | Skipworth |
| Lee Roy | Mitchell |
| Tandi | Mitchell |
| Donald | Lewis |
| Darren | Beattie |
| Iuliia | Kirillova |
| Patrick | Byrne |

| First | Last |
|---|---|
| Carl | Johnson |
| Robert | Agostinelli |
| Felix | Rodriguez |
| Dan | Rodriguez |
| Lisette | Coen |
| Gay | Gaines |
| Robin Marcus | Birley |
| Kimberly | Rawson |
| Kimberli | Bowman Bishop |
| Ronald | Cornelius |
| Sherry | Cornelius |
| Robert | Marling |
| Kim | Marling |
| Mike | Jain |
| Rajni | Jain |
| Neal | Jain |
| Andrew | Conru |
| Hao | Xue |
| Richard | Bunch |
| Michelle | Bunch |
| Mike | Wallace |
| Traci | Coursey |
| Douglas Stephen | Howard |
| Douglas Lex | Howard |
| Brecken Bren | Bang |
| Thomas | Smith |
| Diane | Smith |
| Kaylea | Bakker |
| Mary | Macrae |
| James | Linen |
| Susie | Wiles |
| Jenna | Ellis |
| Donald | Ellis |
| Andrew | Giuliani |
| Zivile | Giuliani |
| Rudy | Giuliani |
| Maria | Ryan |
| David | Webb |
| Astrid | Webb |
| John Hogan | Gidley |
| Allison | Smith |
| Chris | Pavlovski |
| Tyler | Hughes |

| First | Last |
|---|---|
| Robert | Arsov |
| Dave | Rubin |
| Lev | Assaf |
| Ralph | Reed |
| Joanne | Reed |
| Dru | Hammer |
| Walter | Schirmer |
| Matthew | Schlapp |
| Mercedes | Schlapp |
| David | Limbaugh |
| Peter | Kinder |
| Ed | Henry |
| Karyn | Turk |
| Sharyl | Attkisson |
| Carol | Swaine |
| Jeffrey | Ulmer |
| Tana | Goertz |
| Kurtis | Goertz |
| Frank | Pavone |
| Alveda | King |
| Chris | Leader |
| Angela | Stanton King |
| Bruce | LeVell |
| Sharon | LeVell |
| Merlynn | Carson |
| Benjamin Jr. | Carson |
| Pam | Bondi |
| John | Wakefield |
| Stephen | Miller |
| Caroline | Wren |
| Lee | Rizzuto |
| Denise | Rizzuto |
| Keith | Frankel |
| John | Selloni |
| Maria | Selloni |
| David | Cancialosi |
| Grant | Stinchfield |
| Sophie | Andreoa |
| Kari | Lake |
| Lisa | Dale |
| Michael | Lindell |
| Kendra | Reeves |
| Jason | Miller |

| First | Last |
|---|---|
| Kelly | Miller |
| Joe | Pagliarulo |
| Monica Mary | Pagliarulo |
| Michael | Berry |
| Sara | Bailey |
| Martin | Bailey |
| John | Loudon |
| Rob | Smith |
| Jorge | Luis Rios |
| Joel | Patrick |
| Mark | Hamilton |
| Anna | Khait |
| Ruth | Sercedo Hilla |
| Ashley | St. Clair |
| Erin | Elmore |
| Anna | Paulina Luna |
| Andrew John | Gamberzky |
| Rogan | O'Handley |
| Bryson | Gray |
| Shekinah | Geist |
| Chrystal (Kay: | Neria (Jones |
| Crystal | Archie |
| Gavin | Wax |
| Viswanag | Burra |
| Raheem | Kassam |
| Paige | Wiley |
| Natalie | Harp |
| Jill | Stephenson |
| Alex | Lorusso |
| Braeden | Sorbo |
| Logan Adair C | Cook |
| Michelle | Wisner |
| Kambree | Nelson |
| Sherry | Mostoufi |
| Matt | Couch |
| Nicole | Nogrady |
| Amy Kotcha | Lee |
| Alex | Phillips |
| McKenzee | Jones |
| Ryann | McEnany |
| Ethan | Stern |
| Spencer | Brown |
| Justin | Fancher |

| First Name | Last Name |
|---|---|
| Brianna | Garcia |
| Scott | Painter |
| Cameron | Brinkman |
| Tony | Nash |
| Nora | Castaneda D… |
| Sandra | Boyd |
| Nicholas | Givas |
| Scarborough | Schlenker |
| Thomas | Schlenker |
| Jeanette | Schlenker |
| Franklin | Lamont |
| Brian | Miller |
| Karen | Miller |
| John Brian | Falcon |
| Maria Lynnn | Falcon |
| Bryce | Kesler |
| Ben | Hart |
| Wanda | Hart |
| Adam | Bellow |
| Michael Keen | Jones |
| Nancy | Jones |
| Chad | Abbott |
| Emily | Washler |
| Nathan | Frankowski |
| Elizabeth | Frankowski |
| Aaron | Brubaker |
| Masoumeh | Pourmand |
| Judi | Gill |
| Russell | Gill |
| Brad | Akin |
| Leslie | Akin |
| Margaret | Saustad |
| Donald | Saustad |
| Jim | Jenkins |
| Mandy | Jenkins |
| Douglas | Jelonek |
| Charles Scott | Young |
| Amy | Young |
| Michael | Huffine |
| Jennifer | Huffine |
| Richard Cullen | Boyer |
| Heather Justi… | Boyer |
| Dennis | Fedoruk |

| | |
|---|---|
| Stephanie | Fedoruk |
| Justin | Fedoruk |
| Ruben | Delgado |
| Ricardo | Sobrevilla |
| Dan | Lahl |
| Jennifer | Lah |
| Joyce | Kaufman |
| William | Delaney |
| Jorge | Granier |
| Morgan | Granier |
| Dan | Ball |
| Steve | Cheung |
| Drew | Sessa |
| David | Brody |
| Anna | Perez |
| Lisette | Bassett-Brody |
| Elina | Brody |
| Lee | Habeeb |
| Debra | Heine |
| Melanie | Eiberger |
| Alfred | Bonati |
| Kimberly | Bonati |
| Elizabeth | Emmons |
| Jon | Fiorentino |
| Onofrio | Fiorentino |
| Cheryl | Fiorentino |
| Matthew | Azrieli |
| Mark | Serrano |
| Stacy | Serrano |
| Lianna | Farnesi |
| Erik | Finman |
| Eugene | Garan |
| Martin | Walsh |
| Larry | Taunton |
| Laureen | Taunton |
| Karol | Markowicz |
| Liz | Lange |
| Derek | Utley |
| Linda | Cuadros |
| Todd | Starnes |
| Josh | Hammer |
| Shir | Cohen |
| Christina | Bobb |

| | |
|---|---|
| Lee | Smith |
| Catherine | Clough |
| Joshua | Philipp |
| Channaly | Philipp |
| Marc Lotter | Lotter |
| Nicole Annett | Lotter |
| Lorenzo | Borghese |
| Devon | Simpson |
| Paul | Bond |
| Dan | Nelson |
| Evan | Masyr |
| David | Spady |
| Ted | Atsinger |
| Jerry | Crowley |
| David | Evans |
| Eric | Halvorson |
| Rich | Riddle |
| David | Santrella |
| Philip | Boyce |
| Diana | Boyce |
| Mike | Reed |
| Ed | Atsinger |
| Nic | Anderson |
| Jonathan | Garthwaite |
| Heather | Mullins |
| Parker | Sigg |
| John Chuck | Barnham |
| Todd | Avakian |
| Kellie | Avakian |
| Andrew | Del Ray |
| Michael | DeAmicis |
| Tim | Gibson |
| James | Clark |
| Rebecca | Weber |
| Dave | Weber |
| Lynn | Kasel |
| Alfredo | Ortiz |
| Christopher | Henderson |
| Jennifer | Van Laar |
| Robert | Davi |
| Amy | Jacobson |
| Jerry | Mixon |
| Matthew | Williams |

| First | Last |
|---|---|
| Thomas | Peterffy |
| Erik | Prince |
| Stacy | Prince |
| Scott | Taylor |
| Robert | Stryk |
| Pam | Brewster (Schw... |
| Pepe | Fanjoul |
| Jenny | Story |
| Kathleen | Coburn |
| Scott | Coburn |
| Aaron | Haley |
| Zina | Bell |
| David | Cross |
| Shawn | Cross |
| Anastasia | Simoncelli |
| Kathleen | Bensi |
| Karla | Mott |
| James | Shew |
| Vicki | Franklin |
| John | Burns |
| Catherine Mc | Mcculloch |
| Patty | McMurray |
| Harold Zorler | Zorlen |
| Richard | Thompson |
| Lisa | Roper |
| Paula | Bolyard |
| Alain | Lambert |
| Mary Lou | Parisé |
| Tom | Sodeika |
| Patti | Katter |
| Kenneth | Katter |
| Jennifer | Horn |
| Garret | Lewis |
| Andrew | Meyer Grimm |
| Kyle | Reyes |
| Quinn | Reyes |
| Boris | Epshteyn |
| Cole | Hughes |
| Whitney | Walter |
| John David | Phillips |
| Chelsea | Magee |
| Eddie | Siman |
| John | Graves |

| First | Last |
|---|---|
| Adam | Bridegan |
| Karlee | Bridegan |
| Kirsten | Bridegan |
| James | Calvin Vach |
| Robert Ionata | Sighiartau |
| Claudia | Sighiartau |
| Patricia | Barrett |
| Warren | Barrett |
| Mark | Skousen |
| Jacki | Daily |
| Khanh-Vy | Hopkins |
| Jim | Hopkins |
| James | Langlais |
| Bettina | Viviano |
| Debraleigh | Jowers |
| Brock | Akers |
| Colleen | Akers |
| Courtney | Kramer |
| Glenn | Story |
| Erik | Hastings |
| Benjamin | Matthews |
| Robert | Ellis |
| Brenda | Dean |
| Michael | Dean |
| William | Engelbrecht |
| Hannah | Martin |
| Elizabeth | Engelbrecht |
| Phillip | Kline |
| Deborah | Shattuck-Kline |
| Elijah | Crane |
| Jennifer | Crane |
| Yvonne | Rands |
| William | Rands |
| Jennifer | Little |
| Taylor | Phillips |
| Timothy | Gerwig |
| George | Karpus |
| Rodd | Reisenberger |
| Shaun | Thompson |
| Nicole | Richmond |
| Nick | Richmond |
| Rhonda | Lacy |
| Juandelle | Lacy Roberts |

| | |
|---|---|
| Laura | Loomer |
| Karen | Giorno |
| Bo | Hines |
| Robert | Burgess |
| Daniel | Kozik |
| Sara | Kozik |
| Cortland Lerc | Rush |
| Elizabeth | Rush |
| Keegan | Rush |
| Parker | Sexton |
| Nicholas | Santopietro |
| Steve | Slocum |
| Peter | Lowe |
| Chris | Widener |
| Brian | Forte |
| Martha | Boneta |
| Mark | Lang |
| Camille | D'Amico |
| Samuel | Yudkin |
| Bert | Davi |
| Xueke | Wang |
| Tony | Calatayud |
| Kathryn | Fonville |
| Wilson | Fonville |
| Jack | Posobiec |
| Tanya | Posobiec |
| Pete | Hegseth |
| Christian | Walker |

