# EXHIBIT 77

Message

**From:** Bruce Schooley [REDACTED]
**on behalf of** Bruce Schooley <REDACTED> REDACTED
**Sent:** 4/10/2022 11:35:22 AM
**To:** REDACTED
**Subject:** Re: Amazon Image Guidelines

I think it will be you and Dennis. I had to just tell my sister she can't come and she already bought air tickets. Extremely limited event. Please let Justin know I'm sorry. We will be doing screenings on May 2 and 4 in theaters and I am sure there will be one near you so he could go to that the same night you are at the premiere. Not as good but...

-----Original Message-----
From: REDACTED
To: Bruce Schooley <REDACTED>
Sent: Sat, Apr 9, 2022 3:53 pm
Subject: RE: Amazon Image Guidelines

Thank you, Bruce, we'll talk with you Tuesday then. We appreciate the invite to the premier and are looking forward to it. Can you let us know if Justin will be able to attend? When Dennis spoke with Bryce it wasn't quite finalized and we just didn't know. Thanks!

*Stephanie*
**President and Founder**



**Kiddly Marketing & Fulfillment**
REDACTED

Office: REDACTED
http://www.kiddlymarketing.com

Creators and Distributors of the Brainy Baby and Brainy Kids Brands



-------- Original Message --------
Subject: Re: Amazon Image Guidelines
From: Bruce Schooley <REDACTED>
Date: Sat, April 09, 2022 6:40 pm
To: "REDACTED" <REDACTED>

Tuesday is fine. I have you two on the list and they know both of you are a priority for me. The finalizing list is Tuesday then we gather info the the SS#s.

-----Original Message-----
From: REDACTED
To: Bruce Schooley <REDACTED>; REDACTED <REDACTED>
Cc: REDACTED <REDACTED>
Sent: Sat, Apr 9, 2022 3:38 pm
Subject: RE: Amazon Image Guidelines

Hey Bruce,

Since you're finalizing things Tuesday I'm thinking you may want our information sooner than later so let me know your cell number and Dennis can give you a call now with the SSN #s!

*Stephanie*
**President and Founder**



**Kiddly Marketing & Fulfillment**
REDACTED

Office: REDACTED
http://www.kiddlymarketing.com

Creators and Distributors of the Brainy Baby and Brainy Kids Brands



-------- Original Message --------
Subject: Re: Amazon Image Guidelines
From: Bruce Schooley <REDACTED>
Date: Sat, April 09, 2022 6:02 pm
To: 'REDACTED' <REDACTED>, "REDACTED" <REDACTED>
Cc: "REDACTED" <REDACTED>

Thanks Stephanie. I'll get you the quantities as soon I can get confirmation from the DVD manufacturer. The premiere at Mar-A-Lago is May 4. We are finalizing list by Tuesday so I will confirm with you then. Bruce

-----Original Message-----
From: REDACTED
To: Bruce Schooley <REDACTED>; REDACTED <REDACTED>
Cc: REDACTED <REDACTED>

Sent: Sat, Apr 9, 2022 2:57 pm
Subject: RE: Amazon Image Guidelines

Hi Bruce,

Sounds good and we understand May 13th will be the release date as of now.

We'll be glad to do a rough estimate for mailers and postage and send you an invoice. Please let me know the DVD quantities you'll shipping to Kiddly so we know what to expect and so we can space plan. Based on that quantity we will invoice you accordingly.

Regarding SSNs, we would prefer to give you that over the phone. Dennis can call you next week. Our home address is: REDACTED

Can you please confirm the premiere date? Has it changed or is it now May 13th?

Thanks,

*Stephanie*
**President and Founder**



**Kiddly Marketing & Fulfillment**
REDACTED

Office: REDACTED
http://www.kiddlymarketing.com

Creators and Distributors of the Brainy Baby and Brainy Kids Brands



-------- Original Message --------
Subject: Re: Amazon Image Guidelines
From: Bruce Schooley <REDACTED>
Date: Fri, April 08, 2022 4:02 pm
To: "REDACTED" <REDACTED>,
"REDACTED" <REDACTED>

Hi Stephanie! Bruce here. I am sending this to our design comp house to give them a heads up.

Just got off the phone with Rob at Salem Now. He manages their film area. He thinks to be safe we should say May 13th for release DVD date since we hav a big unknown..when Technicolor will actually get you the product. We can always ship early.

Confidential

DDR-00022369

Please invoice me for the bags and the freight cost estimate. REDACTED   Attn: me. Email to this address.

I put your and Dennis's name in for the premiere. Can you send your SS#s and residence address. We need to start early for secret service clearance. May 4!

Thanks again for everything,

Bruce


-----Original Message-----
From: REDACTED
To: REDACTED <REDACTED>
Cc: Bruce Schooley <REDACTED>
Sent: Fri, Apr 8, 2022 9:35 am
Subject: Amazon Image Guidelines

Hi Bryce,

Happy Friday (but we know that doesn't mean the work stops, haha)

Here are Amazon's image requirements. Let me know if you have any questions or need anything else. Thanks!

# Site standards for ALL product images

- Images must accurately represent the product that is for sale.
- Images must match the product title.
- Product must fill at least 85% of the image.
- The optimal zoom experience for detail pages requires files to be 1600px or larger on the longest side. Zoom has been shown to help enhance sales. If you are unable to meet this requirement, the smallest your file can be for zoom is 1000px, and the smallest your file can be for the site is 500px.
- Images must not exceed 10,000px on the longest side.
- Images must be JPEG (.jpg or .jpeg), TIFF (.tif), PNG(.png), or GIF (.gif) file formats. JPEG is preferred. Our servers do not support animated .gifs.
- Images must not be blurry, pixelated, or have jagged edges.
- Images must not contain nudity or be sexually suggestive. Leotards, underwear, and swimwear for kids and baby must not be shown on a human model.
- Images must not include any Amazon logos or trademarks, or variations, modifications or anything confusingly similar to Amazon's logos and trademarks. This includes, but is not limited to, any words or logos with the terms AMAZON, PRIME, ALEXA, or the Amazon Smile design.
- Images must not include any badges used on Amazon, or variations, modifications or anything confusingly similar to such badges. This includes, but is not limited to, "Amazon's Choice," "Premium Choice," "Amazon Alexa," "Works with Amazon Alexa," "Best Seller," or "Top Seller". Refer to trademark usage guidelines for more details.

# Site standards for MAIN product images

- MAIN images must have a pure white background (pure white blends in with the Amazon search and product detail pages—RGB color values of 255, 255, 255).

Confidential

DDR-00022370

- MAIN images must be professional photographs of the actual product (graphics, illustrations, mockups, or placeholders are not allowed). They must not show excluded accessories or props that might confuse the customer.
- MAIN images must not include text, logos, borders, color blocks, watermarks, or other graphics over the top of a product or in the background.
- MAIN images must not include multiple views of a single product.
- MAIN images must show the entire product that is for sale. Images must not touch or be cut off by the edge of the image frame, with exception of Jewelry (e.g. necklaces).
- MAIN images must show products outside of their packaging. Boxes, bags, or cases should not appear in the image unless they are an important product feature.
- MAIN images must not show a human model that is sitting, kneeling, leaning or lying down; however, expressing various physical mobilities with assistive technology is encouraged (wheelchairs, prosthetics, etc.).
- MAIN images of multi-pack apparel items and accessories must be photographed flat (off-model).
- MAIN images of clothing accessories must not show any part of a mannequin, regardless of the mannequin's appearance (clear, solid-color, flesh-toned, framework or hanger).
- MAIN images for Women's and Men's clothing must show the product on a human model.
- All images of Kids & Baby clothing must be photographed flat (off-model).
- MAIN images of shoes must show a single shoe, facing left at a 45-degree angle.

*Stephanie*
**President and Founder**



**Kiddly Marketing & Fulfillment**
REDACTED

Office: REDACTED
http://www.kiddlymarketing.com

Creators and Distributors of the Brainy Baby and Brainy Kids Brands

