# EXHIBIT 78

This Exhibit Is Being Filed Provisionally Under Seal