# EXHIBIT 79



Patricia Jackson

Mr. and Mrs. Dinesh D'Souza
DJD CREATIVE



March 29, 2022

Dear Debbie and Dinesh,

It is with pleasure I submit a brief proposal for public relations work for your forthcoming film *2000 Mules*.

As discussed, there are multiple important dates to take into account for the media strategy and implementation.

Monday, May 2 and Wednesday, May 4 – Theatrical Buyouts in select cities and states.
Wednesday, May 4 – Film Premiere and Red Carpet in Florida at Mar-a-Lago.
Sunday, May 8 – Virtual Premiere from Las Vegas.
Monday, May 9 – Digital Release on Salem Now's platform and on Rumble's Locals platform.

Film Promotion: April, May, and June
    April will see development and initial implementation of the media strategy for theater buyouts and premieres as well as the digital release. Targeted outreach and bookings of national and local media will reach across all platforms —TV, radio, podcasts, and print. A particular focus toward the end of April will be put on local media for the theatrical buyouts and the Mar-a-Lago premiere. Following the early May events, the focus will shift to promotion of the digital release with continued national media and additional media across locales not previously targeted. National media and local media will continue through May and into June.

    Film promotion media bookings will include bookings for DJD CREATIVE as the film creator and artistic visionary as well as for True the Vote as the data expert.

Cost for Project: $60,000

In addition to the project cost, reimbursement for reasonable expenses will be required.

I am very excited to have the opportunity to work with you again.

All the best,

Patricia