# EXHIBIT 80

| | |
|---|---|
| **From:** | Dinesh D"Souza |
| **To:** | Jake Hoffman |
| **Cc:** | Catherine Engelbrecht |
| **Subject:** | Re: Question from AZ Legislator |
| **Date:** | Thursday, March 10, 2022 6:10:19 PM |

Jake Hoffman: Thanks for writing.

I'm copying Catherine Engelbrecht of True the Vote on this.

She'll communicate directly with you.

best, Dinesh

On Thu, Mar 10, 2022 at 8:00 AM Jake Hoffman <REDACTED> wrote:

> Dinesh,
>
> Great work, as always, with your upcoming expose.
>
> I'm the chairman of the Arizona Freedom Caucus and a 100% rated constitutional conservative in the Arizona House. I'm also responsible for most of the top tier election integrity legislation that was signed into law last year, as well as, most of the bills that are currently moving through the process this year.
>
> I am running a ballot drop box prohibition bill; however, a couple of the moderate members have watered it down from election staff monitored to 24-hour video surveillance monitored.
>
> It would be extremely helpful if I could show them video evidence of ballot trafficking/harvesting/stuffing occurring IN Arizona.
>
> Do you or the True the Vote team have any footage from Arizona that you would be willing to share?
>
> Thanks. Keep up the fight for freedom.
>
> Jake Hoffman