# EXHIBIT 81

| | |
|---|---|
| **From:** | Dinesh D'Souza |
| **Sent:** | Thursday, March 31, 2022 1:22 PM EDT |
| **To:** | Catherine Engelbrecht |
| **CC:** | gregg |
| **Subject:** | Re: Publicity Proposal for 2000 Mules |

Ok terrific. Just let Patricia know what you can and can't do.

Dinesh

On Thu, Mar 31, 2022 at 11:32 AM Catherine Engelbrecht wrote:
I'm absolutely game to promote TTV and the movie but also need to be candid about the uncertainty around my/our schedules. We are so busy with the investigations and other efforts that time is tight, but we know now is the time to make hay

On Thu, Mar 31, 2022 at 6:13 AM Dinesh D'Souza wrote:
Catherine & Gregg: See below FYI.

We are hiring Patricia to do publicity for the movie that will include me but also True the Vote.

Catherine can you confirm that you are up for working closely with Patricia on media over the next 2-3 months?

Dinesh

---------- Forwarded message ---------
From: **Patricia Jackson**
Date: Tue, Mar 29, 2022 at 2:35 PM
Subject: Publicity Proposal for 2000 Mules
To: Debbie Dsouza                                    Dinesh DSouza


Hi Dinesh and Debbie,

It was so nice to speak with you both yesterday. As discussed here is my proposal for publicity for the forthcoming film, *2000 Mules*.

I am looking forward to working with you on the film!

Thanks!
Patricia

**CONFIDENTIAL**                                                                                                                              TTV_006619