# EXHIBIT 83

To: Debbie, Catherine, Gregg

**Catherine Engelbrecht**

of course, our team is fried and we all have extreme burnout to the point of PTSD, but it all comes down to this very simple argument about where we believe the real fraud occurred. Which, sadly, makes pretty much everyone else look misguided at best.

Trump's really hurt himself by accepting every allegation without applying at least a thin filter of critical thought.

And Debbie, you are exactly right. The Big Lie was that the election was secure. To accept that is to believe that all the insanely insecure processes pushed by the Left somehow magically autocorrected themselves when throughout history it has been known and accepted that mail ballots are the most vulnerable to fraud.

And it's why America is SO upset. They know they're being lied to but they can't quite figure out the lie. We can help clear the air. The fraud is primarily in mail in ballots. Correct this one area and most of the fraud is eradicated. People can then trust elections, though not perfect and still improvable, will not be wildly off the rails like they were in 2020.

**Debbie**

Amen to that Catherine

*Mar 13, 2022 at 12:42 PM*

**Gregg Phillips**



Election Integrity Will Be Important Issue in November, Voters Say
rasmussenreports.com

*Mar 13, 2022 at 2:45 PM*

Fascinating! A clear majority of all voters says this is a VERY IMPORTANT issue

*Mar 14, 2022 at 3:50 PM*

**Catherine Engelbrecht**

Hi guys – do y'all have a marketing plan written up that we can refer to for our planning purposes? We've having lots of folks express interest in renting theaters and we also need to schedule our comms plans

We just made a very rough one and are going over it with Salem since it's going to be their $. It includes a plan for coordinated theater rentals. Also for hiring a publicist to book you, Gregg, me & Debbie for movie promo. We will share with you guys soon and we can go over the details

**Catherine Engelbrecht**

Good deal. I just spoke with Gregg and we should be able to send the rough cut on the NRSC video later today, via Dropbox.

*Mar 14, 2022 at 5:26 PM*

That's great!!

*Mar 16, 2022 at 1:05 PM*

**Catherine Engelbrecht**

Did y'all watch the GA cop video yet?

Confidential

DDR-00049467