# EXHIBIT 84

To: Debbie, Catherine, Gregg

Mar 2, 2022 at 9:03 AM

**Film claims it has video of "Mules" stuffing ballot boxes in 2020 election**
newsweek.com

This is our friend Paul. Very helpful I think to have mainstream outlets like Newsweek cover the story in this way—ie not dismissively or alleging "conspiracy theories"

He also some some fresh reporting of his own, contacting the various counties about the availability of records and video

Catherine Engelbrecht

Yes I gave him all that contact info. He did a good job. Thanks for sending. I'll send a thank you email to him too

Yes of course! I merely meant to say he came through and did a fine job

His whole underlying premise is that this is a valid project and that's what's important at this stage. (We can share this article and no one is going to censor it.)

Catherine Engelbrecht

Absolutely. Yes, this is a good piece :)

Mar 2, 2022 at 11:49 AM

Gregg Phillips

I copied the video from AZ. I will send the disk drive out to Nathan today.

Mar 2, 2022 at 1:31 PM

Gregg Phillips

I sent the video to Nathan

Debbie

Thank you Gregg! This is great 👍 we are in the throes of editing . Tomorrow we will go over the rough script with Catherine (we don't write out scripts for our documentaries but we will show you what we have so far)

We will have one after we sew everything together

Gregg Phillips

I don't need to see it. Catherine will make the call for her and TTV.

Mar 6, 2022 at 10:18 AM

Catherine Engelbrecht

What is the release date for the movie? I'd thought it was April 21, but last time we spoke it was mentioned that the release was early May.

This is critical for many reasons, not the least of which is Georgia. David Perdue is running for Governor against Kemp. Perdue needs our evidence out there in order for his campaign to have a chance. Their primary is May 24, but early voting starts sooner. They were counting on an April release.

Debbie

At this point it's looking like early May (6th or thereabouts) our full length trailers will be out a lot before then. You and Gregg can definitely start talking about

