# EXHIBIT 85



To: Catherine, Gregg

**Georgia investigation dispels allegations highlighted in '2000 Mules'**
ajc.com

I'm sure you saw but just in case....

Catherine Engelbrecht
That isn't true

I haven't read yet! I heard they are misrepresenting the facts

Catherine Engelbrecht
Just got off the phone with the NYT. There is a hit piece coming, but it has been fueled by none other than John Fund and Cleta Mitchell.

He has all kinds of direct quotes from them.

Disparaging me and Gregg

Oh I see. Fund is in on it!

That NPR hit piece is also out

Let's debrief on all this tomorrow. We have definitely stirred the hornet's nest. Quite honestly, I love it!

Catherine Engelbrecht
Yes 100% Fund and Cleta are in on it. What they have been saying to donors has finally come back to bite them. Someone recorded them.

May 18, 2022 at 7:56 AM

#2000Mules claims it analyzed @ACLEDINFO data on the "cell phones of all violent rioters around the world" to prove "voter fraud mules" participated in "antifa rioting."

The problem? We don't collect phone data. At all.

@TomDreisbach with a fact-check.
https://t.co/eyy4LyJJkg

Sam Jones
twitter.com

1 Reply

Want to address a couple of points in the NPR article. Can we discuss later today?

Catherine Engelbrecht
Yes. In advance I will forward the initial thread between me and NPR. In it you will see the full explanations

Ok that's great!

Catherine Engelbrecht
Sent 2 versions - the first includes attachments. The second includes subsequent back and forth post the attachments.

Sam Jones
twitter.com

Gregg Phillips
We use different data sources for different things. The ACLED identified rioting would be combined with other geographic specific sources in our analysis to form