# EXHIBIT 86

To: Catherine, Gregg

May 5, 2022 at 7:21 PM

Gregg Phillips

Catherine is doing Tucker right now. She has been asked to not speak about the movie.

Her mentions are through the roof right now, so we should still get some spillover into the movie.

Obviously she should do it! But this is very petty on Tucker's part. I am actually shocked at this.

Gregg Phillips

Yeah. Agreed. But we just have to move through it.

Yes, agree! It is good exposure for the cause

Gregg Phillips

If this is the closest we get to the audience I guess it's ok. I'll send a clip when we get it. She is in the zone on this right now so I'm hopeful.

Seems focused on Biden and DHS

More of a monologue in the b-block than an interview. Three minutes left and she still isn't on.

Good news is she look great.

Everything perfect except the inability to say "2000 Mules". She was great. We should pull the clip. Add mules front end and push it out.

She kicked ass. Great job CE.

NoSurrender200 ⚓ @NoSu... · 18m

Well…#Tucker just went there!
#Election2020
We have a right to see…
We deserve to know…
9+ Minute Monologue & Interview with True The Vote Catherine Engelbrecht about Ballot Mules & $$$ NGOs…
He made NO mention of
2000mules.com

3 7

Sharon @SPN75126 · 8m

Replying to @nem56

Thank you @TuckerCarlson for yo
interview with Catherine Engelbr

