# EXHIBIT 87

This Exhibit Is Being Filed Provisionally Under Seal