# EXHIBIT 88

This Exhibit Is Being Filed Provisionally Under Seal