# EXHIBIT 89

**PLAINTIFFS DEP**
**14**
17-Sep-2024
M. Schneider, CSR, RPR

**Short Message Report**

| Conversations: 1 | Participants: 4 |
| Total Messages: 12 | Date Range: 4/18/2022 |

**Outline of Conversations**

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/04/18 · 12 messages on 4/18/2022** · Catherine Engelbrecht <+ Redacted > · Debbie D'Souza < Redacted > · Dinesh DSouza <+ Redacted > · Gregg Phillips <+ Redacted >

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/04/18**

| | | |
|---|---|---|
| DD | **Dinesh DSouza** <+Redacted><br>Hey guys are you ready to go over marketing plan at noon? In a few? | ▶ 4/18/2022, 11:53 AM |
| GP | **Gregg Phillips** <+Redacted><br>We are both flying. | ▶ 4/18/2022, 11:53 AM |
| DD | **Dinesh DSouza** <+Redacted><br>Oh ok! We can do it tmrrw then. When we see you guys | ▶ 4/18/2022, 11:53 AM |
| DD | **Dinesh DSouza** <+Redacted><br>We fly out later this afternoon and get in late to Ft Lauderdale | ▶ 4/18/2022, 11:54 AM |
| GP | **Gregg Phillips** <+Redacted><br>I called the PR lady and left her a message. | ▶ 4/18/2022, 11:55 AM |
| CE | **Catherine Engelbrecht** <+Redacted><br>We can connect tomorrow. Noon at MAL, correct? | ▶ 4/18/2022, 11:56 AM |
| DD | **Dinesh DSouza** <+Redacted><br>11.30 am. The actual movie starts at noon | ▶ 4/18/2022, 12:05 PM |
| CE | **Catherine Engelbrecht** <+Redacted><br>Got it | ▶ 4/18/2022, 12:07 PM |
| GP | **Gregg Phillips** <+Redacted><br>Dinesh are you wearing a tie tomorrow? | ▶ 4/18/2022, 12:07 PM |
| >DD | **Debbie D'Souza** <Redacted><br>He's wearing a blazer but no tie | ◀ 4/18/2022, 12:14 PM |
| GP | **Gregg Phillips** <+Redacted><br>k thx | ▶ 4/18/2022, 12:15 PM |
| DD | **Debbie D'Souza** <Redacted><br>Liked "k thx " | ◀ 4/18/2022, 12:22 PM |