# EXHIBIT 90

This Exhibit Is Being Filed Provisionally Under Seal