# EXHIBIT 91

This Exhibit Is Being Filed Provisionally Under Seal