# EXHIBIT 92

This Exhibit Is Being Filed Provisionally Under Seal