# EXHIBIT 93



**True The Vote**
Apr 8, 2022

Here's the poster for our new movie "2000 Mules" which is out the first week of May. Get ready to see it in its premiere week which is May 2-May 8. Details coming soon on 2000Mules.com

