# EXHIBIT 94



**Liked by lisashawnrodda and 248 others**

**realtruethevote** Here's the poster for our new movie "2000 Mules" which is out the first week of May. Get ready to see it in its premiere week which is May 2–May 8. Details coming soon on 2000Mules.com

View all 15 comments

April 9, 2022

TTV_009868