# EXHIBIT 95

PageVault

| | |
|---|---|
| Document title: | Truth Details | Truth Social |
| Capture URL: | https://truthsocial.com/@Banners4Freedom/posts/108488923789206749 |
| Page loaded at (UTC): | Thu, 16 May 2024 19:48:08 GMT |
| Capture timestamp (UTC): | Thu, 16 May 2024 19:55:55 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 2 |
| Capture ID: | m1myQPk7s4RQXgPGF9Gaeg |
| User: | wdeffo |

PDF REFERENCE #:      3HQqcMsvw9ktuJRQmwXVfx

PDSA-0001425



Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@Banners4Freedom/posts/108488923789206749
Capture timestamp (UTC): Thu, 16 May 2024 19:55:55 GMT

Page 1 of 1

PDSA-0001426