# EXHIBIT 96

This Exhibit Is Being Provided In Physical Format