# EXHIBIT 97

This Exhibit Is Being Provided In Physical Format