# EXHIBIT 98

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**   ×

  

# Charlie Kirk Interviews True the Vote


**TruetheVote**
April 13, 2022
502 Views

**SUBSCRIBE**   **JOIN**



+ −   16 rumbles                                         **EMBED**   **SHARE**

   **BEST DIET FOR LAZY PEOPLE!**
**100% WAY TO LOSE WEIGHT**
**AT HOME!**
**[READ MORE]**

 Enjoyed this video? Join my Locals community for exclusive content at **truethevote.locals.com**!

BREAKING: Rumble is now public & listed on Nasdaq as $RUM  ✕



SIGN IN TO SEE 1 COMMENT





**EMERGENCY MEETING EPISODE 5 - FAMILY FRIENDS**

TateSpeech

3h10m29s



**Stay Free with Russell Brand #002 - Bill Gates says we're on the brink…**

Russell Brand

1h17m10s



**"The Art Of Being Chill" Will CHANGE Your Dating Life…**

Dre Drexler

9m53s

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM** ✕




1h58m48s


44m04s

**REAL D1 Hoopers GOT PISSED & DROPPED OFF At The Park...**

Professional Basketball


48m12s

**DeSantis Tested, RIP Coolio, Fast Food Chaos**

Sekulow Brothers Podcast


30m05s

**Protests Break Out In Europe: Cold Winter Coming**

The Ron Paul Liberty Report


59m23s

**Is Biden Repeating Obama's Mistakes?**

American Center for Law and Justice


46m52s

**Watch CNN Host Don Lemon Get Put in His Place by Hurricane…**

The Rubin Report

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ✕





DEVELOPERS   OUR APPS   ABOUT US   CAREERS   ADVERTISING

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL                                                                                                                              MA-0000340