# EXHIBIT 99

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**   ✕



# How They Did It — True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show

**The Charlie Kirk Show** ✓
April 8, 2022
2,130,061 Views

SUBSCRIBE 1.03M     JOIN



2.52K rumbles            EMBED ↗   SHARE

Enjoyed this video? Join my Locals community for exclusive content at **charliekirk.locals.com**!

CONFIDENTIAL                                          MA-0000479

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**  ✕



And for EVEN MORE - tune in to The Charlie Kirk Show LIVE on Salem Radio Network affiliates across the country, 5 days a week from 12—3PM ET

To listen live, turn on post notifications on YouTube, check your local affiliates, or head to https://charliekirk.com

US

SIGN IN TO SEE 377 COMMENTS



WAS THE U.S. GOVERNMENT INVOLVED IN THE PIPELINE…
The Charlie Kirk Show

President Trump Gives Shoutout to Catherine Engelbrecht and True t…
The Gateway Pundit

CONFIDENTIAL                                                                    MA-0000480



BREAKING: Rumble is now public & listed on Nasdaq as $RUM  ✕



4m11s



**Charlie Kirk Destroys Biden Supporter**
The Charlie Kirk Show
3m53s



**Charlie Kirk Annihilates Ignorant Socialists**
The Charlie Kirk Show
4m12s



**Charlie Kirk Annihilates Self-Proclaimed 'Anarchist'**
The Charlie Kirk Show
3m23s



**Charlie Kirk Attacked By Leftist**
The Charlie Kirk Show
3m29s

**Live - Heavy Rainfall with Thunder Ambient Sleep Sounds**



**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM** ×

rumble

**The Bathhouse Episode #1 - Call-In Show Live From the Green Room ...**

Danny Polishchuk
$0.81 earned

**EMERGENCY MEETING EPISODE 5 - FAMILY FRIENDS**

TateSpeech

DEVELOPERS OUR APPS ABOUT US CAREERS ADVERTISING

Terms & Conditions Privacy Policy Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.