# EXHIBIT 100

🔒 Page Vault

| | |
|---|---|
| Document title: | VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000 Mules" Movie | The Gateway Pundit | by Jim Hoft |
| Capture URL: | https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-upcoming-2000-mules-movie/ |
| Page loaded at (UTC): | Tue, 17 Sep 2024 14:34:48 GMT |
| Capture timestamp (UTC): | Tue, 17 Sep 2024 14:39:55 GMT |
| Capture tool: | 10.50.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.6367.243 Safari/537.36 |
| Operating system: | Linux (Node 20.15.1) |
| PDF length: | 89 |
| Capture ID: | pRSnEkuv3i2L8uNhkd33fi |

PDF REFERENCE #:    dqzjFyxx7EguCFwjGVNaTd

Gateway Hispanic    American Gulag    TGP Truth    TGP Videos    How To Help    Donate    Get Ad Free    Log In / Register

# GATEWAY PUNDIT
WHERE HOPE FINALLY MADE A COMEBACK

Home    About Us    Join Us    Contact Us    How To Help    TGP Store    English

ADVERTISEMENT



Diabetes is Not from Sweets! Meet the Main Enemy of Diabetes
Ad by Health-Review24



Revealed: the Shocking Origins of Primary Immunodeficiency
Ad by Immunodeficiency



75 Years of Israel
Ad by Pulse of Israel



This Method Will Rid Your Body of Parasites Forever!
Ad by Anti parasite

## VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000 Mules" Movie

By Jim Hoft    Apr. 20, 2022 3:45 pm    771 Comments

 Truth   Tweet   Share   Gettr      



Back on October 17, 2020, The Gateway Pundit interviewed Catherine Engelbrecht the founder of **True the Vote** election integrity organization. Back in October 2020, Catherine warned us that the "key to victory" was for conservatives to observe and keep watch of the ballot drop boxes.

Search ...

ADVERTISEMENT



**The Best Men's Shoes for Walking and Standing All Day**

### Video of the Week

SHOCKING: New Video PROVES Immigrants are EATING Cats in Ohio | Elijah Schaffer's Top 5 (VIDEO)



### Trending Now on TGP

**1** WOW! Check Out The Bumper Sticker On Back of Would-Be-Trump Assassin Ryan Wesley Routh's Truck!

**2** WATCH: Man Expertly Humiliates Alleged FBI Agents and Sends Them Fleeing After They Show Up at His House to Confront Him Over a Social Media Post

**3** Joe Biden Gives OUTRAGEOUS Statement About Secret Service After Second Assassination Attempt Against Trump (VIDEO)

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 1 of 88
CONFIDENTIAL
PDSA-0000003



**THE KEY TO VICTORY: True the Vote's Catherine Engelbrecht Warns Trump Voters — WE MUST OBSERVE, KEEP WATCH OF BALLOT DROP BOXES! – VIDEO**

... Continue reading

GP The Gateway Pundit                    💬 0  ⤴

Catherine warned us and she was right.

Catherine Engelbrecht and associate Gregg Phillips have been working to expose the election fraud since November 2020. They are about to go public with their findings in the upcoming movie **"2000 Mules."**

**As Gold Prices Surge Past $2,500 Per Ounce, This Faith-Based Gold Company Shows People How To Get in Now**

On Wednesday The Gateway Pundit founder Jim Hoft and Patty McMurray from 100% FedUp will interview Catherine Engelbrecht and Gregg Phillips, the investigative team behind the ballot trafficking investigation into the 2020 presidential election.

ADVERTISEMENT

**\*\* Our interview will begin Wednesday at 5 PM.\*\***

Catherine Engelbrecht is the founder of **True the Vote,** an election integrity project launched in 2009.  Gregg Phillips is the senior adviser with **Get Georgia Right** PAC. Gregg has been in conservative politics for 40 years, working with committees, parties, campaigns and election intelligence operations. He has built political apps including GROUND, ARC and IV3. Gregg was also a founder and Managing Partner of the pro-Gingrich SuperPac, Winning Our Future, and election intelligence company, OPSEC Group. Gregg is currently working with Catherine Engelbrecht from True the Vote in their historic investigation of Democrat ballot trafficking in the 2020 election.

The two investigators have been working with Dinesh D'Souza on his latest movie project "2000 Mules" that will be released early next month.  The movie will uncover the massive ballot trafficking operation in several states during the 2020 election.

ADVERTISEMENT



WATCH: Man Expertly Humiliates Alleged FBI Agents and Sends Them Fleeing After They Show Up at His House to Confront Him Over a Social Media Post

3 Joe Biden Gives OUTRAGEOUS Statement About Secret Service After Second Assassination Attempt Against Trump (VIDEO)

4 Independent Journalist Nick Sortor Confronts MSNBC Reporter for Pushing Divisive Rhetoric Blaming Trump for His Own Assassination Attempt — Reporter Runs for Help and Calls Police

5 Trump's Golf Partner Steve Witkoff Breaks His Silence After He Witnesses Second Assassination Attempt Against President Trump

**This Week's Top Posts**

1 293.2K VIEWS: **Wireless Audio Earrings Company Responds to Rumors Kamala Harris Wore Earpiece During Presidential Debate**

2 211.6K VIEWS: **Elon Musk Delivers Epic Response After Hollywood Elite Taylor Swift Endorses Kamala Harris**

3 190.3K VIEWS: **WOW! Check Out The Bumper Sticker On Back of Would-Be-Trump Assassin Ryan Wesley Routh's Truck!**

4 182.5K VIEWS: **WATCH: Man Expertly Humiliates Alleged FBI Agents and Sends Them Fleeing After They Show Up at His House to Confront Him Over a Social Media Post**

5 135.5K VIEWS: **FACT-CHECK: Don't Be Fooled by This Hoax — ABC Whistleblower Who Claimed Kamala Harris Was Given Debate Questions Reportedly Dies in Car Crash**

**Get Our Newsletter**
Sign up now and stay ahead in the political landscape.

Enter Your Email Address

Subscribe



Visit **GatewayHispanic.com** to read news of interest to the hispanic community.



Visit **AmericanGulag.org** to learn



Catherine and Gregg told Charlie Kirk in a recent interview that their evidence will be released following the movie launch next month.

We look forward to the interview. Patty and Jim plan on releasing new footage from a battleground state during the interview on Tuesday.

**The interview is scheduled for 5 PM Eastern Time on Wednesday — We will air the video live at The Gateway Pundit.**

Youtube:



Rumble:



ADVERTISEMENT
Ad · Men's Sneaker



**Best Walking Shoes for Men 1
Wear All Day Without Discom**

Visit **Gatewaypundit.com** to read news of interest to the hispanic community.

### AMERICAN GULAG

Visit **AmericanGulag.org** to learn how to help the prisoners of the protest on January 6th.

### TGP VIDEOS

Visit **TGPVideos.com** to watch the latest exclusive videos from The Gateway Pundit.

### TGP TRUTH

As the mainstream media repeatedly fails and loses public trust, TGP has continued to offer accurate and timely reporting for almost two decades. Visit **TGP FactCheck** to see how we get it right.

### TGP FACTCHECK

Check out **TGP FactCheck** to see how terribly wrong the legacy media can get it.

Please Donate Here

ADVERTISEMENT



**Benjamin Netanyahu**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 3 of 88
PDSA-0000005



Best Walking Shoes for Men
Wear All Day Without Discom


Benjamin Netanyahu
on 75 Years of Israel

Submit additional information.

 Truth  Tweet  Share  Gettr  Gab    

TGP Stats



## Jim Hoft

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016. In 2023, The Gateway Pundit received the Most Trusted Print Media Award at the American Liberty Awards.

You can email Jim Hoft here, and read more of Jim Hoft's articles here.



Sponsored

### TRENDING NEWS

 Actress Aubrey Plaza
Says She Was Briefly
Paralyzed

 Joe Biden's Pick to Head
Social Security Wants to
Make These Changes

 Ballerina Michaela
DePrince Dies at 29

 3 Big Social Security
Changes Coming in 2025
May Surprise Many...

 How To Collect $1,000 Per
Month From Warren
Buffett's Favorite Divi...

 These 5 Kirkland
Products at Costco Are
Made by Brands You...

RFK Jr. Warns That
Corporations Are Trying
To Buy Every Single-...

Sponsored



**Here's How Much You Should Pay for Affordable Gutter Guards**
Ad by LeafFilter Partner



**Cardiologist: Too Much Belly Fat? Do This Before Bed**
Ad by Fast Lean Pro



**Diabetes is Not From Sweets! Meet the #1 Enemy of Diabetes**
Ad by Health Review24



**Hair Grows Back in 2 Weeks! at Any Stage of Baldness**
Ad by BioGrow



**This Method Will Rid Your Body of different Parasites Forever!**
Ad by Anti parasite



**Md: Feet Numbness or Burning (Neuropathy) After 50 Comes Down to 1 Thing**
Ad by Nerve Recovery Max

ADVERTISEMENT

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 4 of 88
PDSA-0000006



**The Gateway Pundit Comment Policy**

We welcome comments from our readers while reserving the right to edit or remove comments that do not meet our policy.

Please read our Comment Policy before commenting.

Got it

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

**What do you think?**
125 Responses

Upvote    Funny    Love    Surprised    Angry    Sad

3 Ratings
★ ★ ★ ★    4.0

771 Comments                                                        Login ▾

**Rate and comment**

G    Join the discussion...

LOG IN WITH            OR SIGN UP WITH DISQUS ⑦

Name

**Like Gateway Pundit?**

Subscribe to The Gateway Pundit to receive daily updates of the latest articles delivered straight to your email.

✉ Enter email address            Subscribe            Hide this message

♡ 5    • Share                                        Best  Newest  Oldest

**computersaurus** 🗨 💚
2 years ago  edited

If anything that has happened in the last two years makes any difference, it will not be something done by some State politician like the fake loudmouths in Arizona. The difference will have been made by this incredible woman, Catherine Engelbrecht, who in these perilous times has had the smarts and the b@lls to put together this True the Vote project.

I think the Conservative movement needs true heroes, and a prize to recognize these heroes. I suggest that we have an annual award of the Patriot prize to be awarded to individuals that have made an amazing difference in the movement. I nominate Catherine for this year's award, and a lifetime award for President Trump.

Edit: I just realized I left out a posthumous Lifetime Achievement award to maybe the individual that created and nurtured the present (no pinky lifted while drinking tea) Conservative movement. The one and only Rush Limbaugh...RIP.

👍 76    👎 0    Reply  Share ›

**SunGodAZ** 🗨 ➜ computersaurus
2 years ago

Upvote x 1000000

👍 30    👎 0    Reply  Share ›

**Firestopper** 💬 👤 💚 ➜ computersaurus
2 years ago

If you want to know who the 'Fake Loudmouths' as you put are...
They're the ones who didn't visit or represent the Jan 6th Political Prisoners.

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 5 of 88
CONFIDENTIAL                                                        PDSA-0000007

**Firestopper** 💬 🏆 🔰 ➜ computersaurus
2 years ago

If you want to know who the 'Fake Loudmouths' as you put are...
They're the ones who didn't visit or represent the Jan 6th Political Prisoners.

👍 23   👎 0     Reply   Share ›

> **Jaytee** 💬 ❤️ 🔰 ➜ Firestopper
> 2 years ago
>
> Or the ones that denied or ignored the voter fraud.
>
> 👍 12   👎 0     Reply   Share ›
>
> > **shonji** ➜ Jaytee
> > 2 years ago
> >
> > Many of the individuals that denied, ignored, or suppressed evidence, investigations, or proceedings tackling voter fraud are more than Fake Loudmouths. Those in positions within government are violators of our most fundamental federal civil rights laws and therefore fedral criminals.
> >
> > 👍 7   👎 0     Reply   Share ›

**Jim Johnson** 👤 ➜ computersaurus
2 years ago

Making individuals into Champions is a sure way to destroy them. Our strength is in numbers. Quiet obscure heroes win this war. Your neighbors know who you are. No greater Honor.

👍 8   👎 0     Reply   Share ›

> **sue** 👤 ➜ Jim Johnson
> 2 years ago
>
> Well. I guess I should withdraw my "approval" of a "Patriot Award", as mentioned above.
> You have a very valid point!
> TRUE heroes don't need any accolades!
> Thanks!
>
> 👍 2   👎 0     Reply   Share ›

**zonablue** 👤 ❤️ 💬 🏆 🔰 ➜ computersaurus
2 years ago

AZ AG Brnovich is a lying sack of trash. He has been smacking his gums about all the stuff he's going to do to all the criminal vote stealers in this state and hasn't done squat but talk for 18 months. Now he's running for US Senate. Screw him, and the RINO horse he rode in on, and screw RINO Doug Ducey, the lame duck governor who's been dead silent and hiding under his bed for the whole time. And now Senate Prez Karen Fann, who's been all mouth, too, is retiring, and it just so happens her private company just got a huge highway improvement contract worth millions, and AZ RNC president Kelli Ward has disappeared from view as well. I'm sick of this whole gang of lying, do-nothing-but-talk buttholes. The conservative screamers, US Reps Paul Gosar and Andy Biggs, and state Rep Wendy Rogers, have been trampled on by the RINO Republicans during this whole time. The establishment RINO crooks have sat on their arses and let this state's votes get stolen, and now they come out as conservatives in their election ads as if nothing happened. Screw 'em.

-AZ Conservative Voter-

👍 7   👎 0     Reply   Share ›

> **ChinaBroc** 👤 ➜ zonablue
> 2 years ago
>
> Couldn't agree more. Brnovich on Banner's War Room claimed he couldn't do anything because he hasn't prosecutorial powers. Gannon mentioned perhaps he'd upset the Republican power structure in thatArizo-ha. He laughed it off and now runs for Senate exclaiming his virtues as the son the son of immigrant.
>
> 👍 0   👎 0     Reply   Share ›

> **Peas82AllY'all** 👤 ➜ zonablue
> 2 years ago
>
> Trump said no endorsement for kung-fu Brnovich.
>
> 👍 0   👎 0     Reply   Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 6 of 88
CONFIDENTIAL
PDSA-0000008





PeasB2AllY'all → zonablue
2 years ago
Trump said no endorsement for kung-fu Brnovich.
0 0 Reply Share ›

Sky1282 → computersaurus
2 years ago
And the Dems will call it the terrorist trophy.
7 0 Reply Share ›

AnnaS → Sky1282
2 years ago
Who cares. We gotta start playing their game instead of Mr Niceguy!
17 0 Reply Share ›

sue → computersaurus
2 years ago
Hear...Hear! A truly great and wonderful idea!
Anything to combat the "Woman of the Year" award to that trans dude in Congress...or wherever it is...
1 0 Reply Share ›

PeasB2AllY'all → computersaurus
2 years ago
Pretend you're calling someone and hit: star, pound, zero, six, pound. Four sets of numbers appear showing: phone id, latitude, longitude, elevation. Accurate within 18 inches, and public information. That's how True The Vote tracked the mules seen on video stuffing the drop boxes and then repeatedly returning to Stacey Abrams' office for more ballots.
0 0 Reply Share ›

BadgerBoy56
2 years ago
This movie needs to be watched and spread worldwide.
24 0 Reply Share ›

Salty Army Savage → BadgerBoy56
2 years ago
It should be shown in high school
0 0 Reply Share ›

This comment was deleted.

Daniel Doyle → Guest
2 years ago
Except for that whole, pesky thing called video evidence!!!

Moron
3 0 Reply Share ›

johniboz1 → Guest
2 years ago
FJB and all the people who voted for him!
4 1 Reply Share ›

LoanRangerSeattle → Guest
2 years ago
There is something seriously wrong with you, My Good Man. You witness undebunkable evidence of massive, institutionalized, national election fraud & derisively dismiss it? I'm embarrassed FOR you...
2 0 Reply Share ›

Scott → Guest

ADVERTISEMENT
Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

2 years ago

It's something seriously wrong with you, my Good Man. You witness irrefutable evidence of massive, institutionalized, national election fraud & derisively dismiss it? I'm embarrassed FOR you...

👍 2   👎 0    Reply  Share ›

Scott 👤 ✦ ♦ ♀ → Guest
2 years ago

Look everyone! A lib turd has risen!

👍 0   👎 0    Reply  Share ›

This comment was deleted.

This comment was deleted.

**S**  Salty Army Savage  → Guest
2 years ago

⭐⭐⭐⭐⭐😂😂😂😂😂 he thinks joe got 81M votes. He is the most disliked person in the country

👍 6   👎 0    Reply  Share ›

This comment was deleted.

Jim Johnson 👤 ✦ → Guest
2 years ago

Go fix your neighborhood, JoeT. Burn off some of this energy building something.

👍 1   👎 0    Reply  Share ›

**O**  Ozzie 👤 ✦ ♦ → Guest
2 years ago

You'll get another laugh when you unzip your fly, and take a leak.

👍 3   👎 0    Reply  Share ›

This comment was deleted.

**M**  MJ C  → Guest
2 years ago

Joe - You got the last laugh on all of us -
Ol Demented Joe got "elected" and ruined the Country
And you're still happy to defend him.

👍 2   👎 0    Reply  Share ›

This comment was deleted.

**M**  MJ C  → Guest
2 years ago

Very Commendable - Unusual and courageous to stay with a sinking ship (Or stupid)

👍 4   👎 0    Reply  Share ›

This comment was deleted.

Mike 👤 ✦ → Guest
2 years ago · edited

Well Biden did say that he and Barack Obama created the greatest election fraud system in history. That was recorded on the campaign trail. Was that a demented brain fart. Just like his Ukraine story about holding up funds until the prosecutor looking into Hunter got canned. Then Obama released the funds. Again bragging on video.
Let's stick with video- bundlers and ballot harvesters showing up at the Fkkkrburg drop boxes over and over again. In swing states where it's against the law. He never got 81 million votes with half the counties won than Obama.
The Jan 6 fraud was a false flag led by gay FBI just like the Whitmer fiasco. We



Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 8 of 88
PDSA-0000010

fraud system in history. That was recorded on the campaign trail. Was that a prosecutor looking into Hunter got canned. Then Obama released the funds. Again bragging on video.

Let's stick with video- bundlers and ballot harvesters showing up at the Fkkkrburg drop boxes over and over again. In swing states where it's against the law. He never got 81 million votes with half the counties won than Obama. The Jan 6 fraud was a false flag led by gay FBI just like the Whitmer fiasco. We need to get all of you Petey Butty-gapers sent one way to the Taliban.

👍 22   👎 0   Reply   Share ›

 **John C** 🔹⁺   ⤷ Mike
2 years ago

"Anybody that doesn't think there wasn't massive election fraud in the 2020 presidential election is either very stupid, or very corrupt!" -DJT

👍 24   👎 1   Reply   Share ›

 This comment was deleted.

 **L**   **Landlord8544**   ⤷ Guest
2 years ago

Your sense of humor must come from late night talk shows. Any US patriot would never find this subject and the seriousness of it humorous. Common sense and statistical anomalies make it impossible to have had a fair and true election in 2020. Joe Biden is a disgraceful puppet of a much more devious force to destroy the United States Constitution. You think that's funny?

👍 9   👎 0   Reply   Share ›

 **retrocon** 🔹⁺ 🏆 🔷   ⤷ Landlord8544
2 years ago   edited

Joe is a paid troll. Respond once and block it if it keeps making noise.

Suspect he was one of the masked ballot mules.

👍 5   👎 0   Reply   Share ›

 This comment was deleted.

 **D**   **Daniel Doyle** 🔹⁺   ⤷ Guest
2 years ago

No, tyrannical fascist regimes will kill us and your cheering it on like and idiot

👍 4   👎 0   Reply   Share ›

 **ISpySomething** 🔹⁺   ⤷ Guest
2 years ago

Not watching television is awesome but if you're going to read books at least read the right ones .."Covid 19: The great reset" by Kl@u$ $chw@b, the number one satanic, global elitist. The system was designed to get rid of President Trump and install a do as you're told puppet at any cost. They want America destroyed first before any other country.

The steal was just the beginning of all the s***t that's about to hit the fan. They tell exactly what they plan to do in the future. If you want to just brush that off as just being paranoid, you're no different than the fluoride drinking TV watchers.

👍 1   👎 0   Reply   Share ›

 **S**   **Salty Army Savage**   ⤷ Guest
2 years ago

Joe is gonna be impeached repeatedly until something sticks at the same time heels up harris is gonna be impeached for not 25th amendmenting biden.

👍 6   👎 0   Reply   Share ›

 **george harris** 🔹⁺ 🔷   ⤷ Salty Army Savage
2 years ago

When is Biden going to be Charged with treason????

👍 7   👎 0   Reply   Share ›

Sponsored Content
ADVERTISEMENT


**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max


**Learn the Truth About Hair Loss and How to Control It**

CONFIDENTIAL
PDSA-0000011

**george harris** · 2 years ago → Salty Army Savage

When is Biden going to be Charged with treason????

👍 7   👎 0   Reply   Share ›



**Salty Army Savage** → george harris
2 years ago

2023

👍 3   👎 0   Reply   Share ›

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

*Nerve Recovery Max*

**gg2** → Salty Army Savage
2 years ago

not with Mitch guarding the gate back to freedom

👍 1   👎 0   Reply   Share ›

**Salty Army Savage** → gg2
2 years ago

Mitch is a senator. Impeachment starts in the house. These republicans who dont support impeaching biden can get primary right out of here office.

As far as mitch the traitor goes if he runs again i will vote against him no matter who is running

👍 2   👎 0   Reply   Share ›



Learn the Truth About Hair Loss and How to Control It

**gg2** → Salty Army Savage
2 years ago

True, impeachment hearings are held un Senate...that's where the senate votes to remove...kinda like we watched them put PDJT through...Sometimes we just need to jump to the conclusion...

👍 4   👎 0   Reply   Share ›

This comment was deleted.

**Daniel Doyle** → Guest
2 years ago

The adults are talking. Back to your basement.

👍 5   👎 0   Reply   Share ›

**Kulakhan** → Guest
2 years ago

Yes, but to be clear, you should know that it will be the female bunnies impregnated by the male unicorns. We will not allow them to be aborted either because all Bunnycorn lives matter.

👍 0   👎 0   Reply   Share ›

**Salty Army Savage** → Guest
2 years ago

Only a stupid person is unaware that biden admitted to have the biggest voter fraud group in history. He also got a prosecutor fired in Ukraine.

👍 4   👎 0   Reply   Share ›

**Daniel Doyle** → Guest
2 years ago

You said that already moron. Get new material. Or just make another sock account lol.

👍 1   👎 1   Reply   Share ›

**Melissa Lisa Anderson** → Guest
2 years ago

YES TRUMP WON!!!!!!!!!! My Husband Marine 35 years and Now sits in Pentagon I can tell you FOR A FACT, Some Very Very Important People know the Truth GET READY PEOPLE ALOT ALOT Will go down these Next Few Months YES ENEMIES KNOW

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT

Page 10 of 88

CONFIDENTIAL                                                                PDSA-0000012



Sponsored Content

**Melissa Lisa Anderson** ➜ Guest
2 years ago

YES TRUMP WON!!!!!!!!!!!! My Husband Marine 35 years and Now sits in Pentagon I can tell you FOR A FACT, Some Very Very Important People know the Truth GET READY PEOPLE ALOT ALOT Will go down these Next Few Months YES ENEMIES KNOW

👍 9    👎 0    Reply    Share ›

**Infidel50** ➜ Melissa Lisa Anderson
2 years ago

Please God, let it be so.

👍 5    👎 0    Reply    Share ›

**sue** ➜ Infidel50
2 years ago

AMEN! So be it!

👍 2    👎 0    Reply    Share ›

**sue** ➜ Melissa Lisa Anderson
2 years ago

AMEN! We can decree it because God has chosen DJT as HIS willing vessel to help this Nation to cleaned up and back to God where we once were ...and need to be again!
This horrific "interim h*!" we are in was necessary to bring light to ALL the unimaginable and ever increasing, blatant corruption that has been going on in this Nation for DECADES! It really is opening some peoples' eyes ...at least those who are willing to have their eyes and ears opened by the Truth of God.

👍 1    👎 0    Reply    Share ›

This comment was deleted.

**Melissa Lisa Anderson** ➜ Guest
2 years ago

Get right with God, God Bless You

👍 4    👎 0    Reply    Share ›

**fritz brayton** ➜ Guest
2 years ago

No Biden could never do this, he is however the most venal person to ever hold the office. the Democratic machine assembled a group of people that sell their souls and mine for a buck in the identified states. This was done using people that see the act as a money making preposition and feel the government is there to steal from. Like the Zuck, following David Plouffe programs, entrapping either stupid or corrupt local officials, that in turn, armed the Rue-Bees of the world (and her homey friends) for $500 MM. (I wonder how much the democratic party paid ?) Pretty good ROI in my opinion.

👍 3    👎 0    Reply    Share ›

**retrocon** ➜ Guest
2 years ago    edited

Are you really so ignorant that you think those methods you mentioned are how the steal happened?

No, the fact that you did not mention the ballot harvesting, the REAL means by which the cadre of Obama community organizers stole the election...proves that you know the truth, but you are intentionally trying to obfuscate it.

Sad that anyone has so little integrity

👍 2    👎 0    Reply    Share ›

This comment was deleted.

**retrocon** ➜ Guest
2 years ago

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 11 of 88
CONFIDENTIAL
PDSA-0000013

Sad that anyone has so little integrity

This comment was deleted.

**retrocon** 👤⭐ ⚲ ◈ → Guest
2 years ago

Saw you in a video holding up ballots and taking a pic before depositing them.

Paid troll.

👍 0   👎 0   Reply   Share ›

**patriot forever** 👤 ⚲ → Guest
2 years ago

No evidence?

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Johnny Walker** 👤⭐ → Guest
2 years ago

Only the guilty try to hide their identity. The tables will be turned eventually and the criminals will all be in jail or executed.

👍 5   👎 0   Reply   Share ›

**Che Obama Guevara**
2 years ago

Doing the work the FBI and DOJ are supposed to.

👍 9   👎 0   Reply   Share ›

**Up the Coast** 👤⭐ ◈ ◈ ⚲
2 years ago

Any state that allows these 'unsupervised' ballot boxes to just sit on the street....should have more than one camera and a Republican presence.. 24 hrs. So that we can prove there is a problem the moment there is a problem.

👍 9   👎 0   Reply   Share ›

**the_scientific_rooster** ◈ ⚲ → Up the Coast
2 years ago

We need to end the ballot dropbox activity. Every mailbox in America already acts as a dropbox: Every Supermarket that sell stamps will let you put an envelope in their outgoing mail. Dropboxes exist only for ballot trafficking. In Maricopa 80% of the dropbox ballots lacked proper chain of custody. Stop this lawless practice. verifyvote.us/maricopa-dropbox-chain-of-custody/

👍 4   👎 0   Reply   Share ›

**gg2** → Up the Coast
2 years ago

at least station a police officer or national guard to guard our democracy... Securing the voting process seems about as important as the US Bordor...think about it...

👍 3   👎 0   Reply   Share ›

**Aussie4Trump2024!** 👤⭐ ◈ ⚲ → Up the Coast
2 years ago

the delay is because they forgot an extra 0 in the title and have to reword all the press releases

👍 2   👎 0   Reply   Share ›

**Salty Army Savage** → Up the Coast
2 years ago

Some say they should be burned to the ground.

👍 0   👎 0   Reply   Share ›

**BUCK FIDEN** **The Gunny** ⚲ ⭐ ⭐ ⭐ ⚲
2 years ago

TRUMP WON



Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

*Nerve Recovery Max*

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 12 of 88
CONFIDENTIAL
PDSA-0000014



**BUCK FIDEN**

**The Gunny** ★★★★★
2 years ago

TRUMP WON

FJB

👍 8  👎 0   Reply  Share ›

**Brick Wilson** 🔰
2 years ago · edited

I mean HOW could Psaki say the Administration was "disappointed" in the ruling of the federal court that lifted the mask mandate for commercial airlines?? Where are those people even coming from? I think we all know. Every little bit falls out of that burlap bag shows the truth of it. The progtards NEED covid to manipulate the people in the upcoming elections.

👍 7  👎 0   Reply  Share ›

**afarmboy** 🔰🔰
2 years ago

TRUMP WON!!! BIGLY!!!

👍 7  👎 0   Reply  Share ›

> **Set845** 🔰 🔰 → afarmboy
> 2 years ago
>
> Everybody knows it too.
>
> 👍 3  👎 0   Reply  Share ›

> This comment was deleted.

>> **Harmonica** 🔰 🔰 → Guest
>> 2 years ago
>>
>> American leftists are the only people on this planet who are still pretending not to know what happened on Three November.
>>
>> 👍 0  👎 0   Reply  Share ›

>> This comment was deleted.

>>> **Xiden** → Guest
>>> 2 years ago
>>>
>>> Biden already beat him to that.
>>>
>>> 👍 4  👎 0   Reply  Share ›

>>> **Set845** 🔰 🔰 → Guest
>>> 2 years ago
>>>
>>> Have you registered as a sex offender yet?
>>>
>>> 👍 1  👎 0   Reply  Share ›

>>> This comment was deleted.

>>>> **Set845** 🔰 🔰 → Guest
>>>> 2 years ago
>>>>
>>>> Mohammed raped thousands of innocent children. That rag you call the Koran says so.
>>>>
>>>> 👍 1  👎 0   Reply  Share ›

>>>> This comment was deleted.

>>>>> **Set845** 🔰 🔰 → Guest
>>>>> 2 years ago
>>>>>
>>>>> You worship a serial child rapist.
>>>>>
>>>>> 👍 1  👎 0   Reply  Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 13 of 88

CONFIDENTIAL                                                                                          PDSA-0000015



Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

*Nerve Recovery Max*

Learn the Truth About Hair Loss and How to Control It

Set845    → Guest
2 years ago

You worship a serial child rapist.

👍 1   👎 0    Reply  Share ›

This comment was deleted.

Set845    → Guest
2 years ago

Haha you worship an evil man who raped and tortured thousands of children.

👍 0   👎 0    Reply  Share ›

Hermes
2 years ago

The DC pedo trolls are soiling themselves. Scumbags caught on video.

👍 6   👎 0    Reply  Share ›

Set845    → Hermes
2 years ago

The ballot stuffing idiots were taking selfies with handfuls of ballots and then stopping at Stacey's headquarters to get paid. Haha. Street cameras, cell tower pings, and geofencing. Haha you can't make this sh1t up.

👍 5   👎 1    Reply  Share ›

Hermes    → Set845
2 years ago

This group is going to identify the criminals that dropped off the ballots in Detroit. This is absolute proof of election fraud with the perps identified. Will the GOP finally do something?

👍 4   👎 0    Reply  Share ›

Set845    → Hermes
2 years ago

It is proof beyond a shadow of a doubt. Where the shadow is cast is upon the GOP for sure.

👍 4   👎 0    Reply  Share ›

sue    → Hermes
2 years ago

And whatever has happened to all the extensive work that Mike Liddell has done???

👍 1   👎 1    Reply  Share ›

Hermes    → sue
2 years ago

You shift yourself then got a new account and screen name.
Back to your DC cesspool pedo troll.

👍 2   👎 0    Reply  Share ›

Kulakhan    → Hermes
2 years ago

The RINOS won't but We The People will.

👍 0   👎 0    Reply  Share ›

Da_Pile_of_Chit
2 years ago

Imagine if you had a no limit credit card and never had to pay it back

Welcome to the US Congress

👍 6   👎 0    Reply  Share ›

BUCK FIDEN  The Gunny    ★★★★★
2 years ago

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL

Page 14 of 88

PDSA-0000016



2 years ago

Imagine being a 14 year old and showing Dad had his vaccines

Welcome to the US Congress

👍 6   👎 0   Reply   Share ›

**BUCK FIDEN** The Gunny ★☆☆☆☆
2 years ago

JOMO can't cope

👍 5   👎 0   Reply   Share ›

> The Great Zot  ➜ The Gunny
> 2 years ago
>
> Neither, it seems, can TBONE.
>
> 👍 1   👎 0   Reply   Share ›

**BUCK FIDEN** The Gunny ★★★★★
2 years ago

Bad week, fat boi?

👍 5   👎 0   Reply   Share ›

This comment was deleted.

> **BUCK FIDEN** The Gunny  ➜ Guest
> 2 years ago
>
> Sometimes "Content unavailable" responds to "Content unavailable"
>
> Looks insane
>
> 👍 3   👎 0   Reply   Share ›

GB 🎖 ✈
2 years ago

Dems cheated, Trump won! Disney sucks.

👍 5   👎 0   Reply   Share ›

> sue ⚥  ➜ GB 🎖
> 2 years ago
>
> That's really right to the point! In the fewest words possible!
> Bravo!
>
> 👍 1   👎 0   Reply   Share ›

**BUCK FIDEN** The Gunny ★★★★★
2 years ago · edited

HOW TO REPORT JOMO TROLL SOCK ACCOUNTS
1. Left click on the -- | ▼ down arrow at the far right side of the comment
2. Left click on "Flag as inappropriate".
3. Repeat #1 and #2 until you get bored.

Do this before you block him. Look at the Joined date, it works.
Let him waste the rest of his pathetic life creating new sock accounts.

👍 4   👎 0   Reply   Share ›

A  anonymous source ⚥ ♀ ✈ ◈
2 years ago

What an inspiring group of people!

My Thanks to all of You.

👍 4   👎 0   Reply   Share ›

The Lone Ranger ⚥ ◈ ♀ ✈ ◈
2 years ago

The solution to all problems begins with first recognizing that there is a problem!

👍 4   👎 0   Reply   Share ›

Nunya Bizness
2 years ago

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 15 of 88

CONFIDENTIAL

PDSA-0000017

 **The Lone Ranger**
2 years ago

The solution to all problems begins with first recognizing that there is a problem!

👍 4    👎 0    Reply    Share ›

---

 **Nunya Bizness**
2 years ago

In my city, the clerk left the "drop box" out for AT LEAST 10 days after the election (I took the photos 10 days after. I don't know how long it was out after that). I was ticked and actually called and asked WHY it was still there. I was told by the person who answered the phone that they didn't know why, but would ask the clerk. Right. I suspect they knew all too well WHY it was still there. I took photos of it along with the sign stating "drop your ballot here". I don't know if that amounts to fraud, but I'd bet money that if TGP got video footage, they'd see some shenanigans. I know there's footage because it's right in front of the police station! This is a SE MI city that borders Detroit.

I then watched the hours long live video of the same city's cherry picked ballot "audit" mandated by our corrupt SOS. It was funny that in some precincts only 1 ballot was chosen from massive stacks.

Because I didn't think any of that was enough to prove anything, I didn't report it to anyone...not that anyone would do anything anyway. MI is nothing but corruption, and my neighbors have already made it clear they're willing to doxx anyone who goes against their personal narrative. They feel 'threatened' by a mere flag!

👍 4    👎 0    Reply    Share ›

>  **sue** ➤ Nunya Bizness
> 2 years ago
>
> WOW... so very sad...
> If you can, save your info...see if there is some way to get it to the ones involved in "2000 Mules".
>
> 👍 2    👎 0    Reply    Share ›
>
> >  **Nunya Bizness** ➤ sue
> > 2 years ago
> >
> > Trust me. I've got everything triple saved. Should it come to it I will had it all over to True the Vote or PROSECUTORS. Whomever comes first!
> >
> > 👍 1    👎 0    Reply    Share ›

---

 **Humphrey Braggart**
2 years ago

I used to tell my friends the election was stolen, and most of them thought that idea was insane. I even lost a few friends. Then, over the past year, as they've seen how everything is playing out with Biden in charge, those same friends are waking up and starting to admit that they how many lies they have been told. This is wonderful, and I love how it is playing out. More and more people are waking up to what is going on with election fraud in our elections all over the country. This revelation cannot be told in a single news segment. It is something the country needs to see happening in realtime, over a period of time, in order to collectively grasp that it is actually happening, and that is has been going on for decades.

👍 4    👎 0    Reply    Share ›

---

 **Brick Wilson** ◈
2 years ago · edited

I'm convinced now more than ever that the tards used covid to cheat in the election. And watching some of them as they hold onto that crutch, as if somehow their disease can become a symptom of their delusion....as if by hanging on they can convince the world that it was all above board.....just shows how petty and small those people really are. That they would subject school children to their desperation is just one take....

👍 4    👎 0    Reply    Share ›

---

**S** **Set845** ☆ ◦ ◦ ◈
2 years ago · edited

I see all the trolls moved over to this article. Coordinated. What time is your shift over?

👍 4    👎 0    Reply    Share ›

>  **A** **Kulakhan** ☆ ◈ ➤ Set845
> 2 years ago
>
> The trolls have swarmed here because they KNOW how powerful and true this vote fraud story is. The mules were CAUGHT IN THE ACT and will be traced back to high level Democrats, Oligarchs, and possibly foreign interference.
>
> 👍 1    👎 0    Reply    Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 16 of 88
CONFIDENTIAL
PDSA-0000018

The trolls have swarmed here because they KNOW how powerful and true this vote fraud story is. The mules were CAUGHT IN THE ACT and will be traced back to high level Democrats, Oligarchs, and possibly foreign interference.

👍 1    👎 0    Reply    Share ›

**Allen Louis** ⚫⁺
2 years ago

Send this to Bill I didn't see anything Barr

👍 4    👎 0    Reply    Share ›

**thebigdog** ⚫⁺ ◎ ❤ ❤
2 years ago

Alt-left lunatic: There is no evidence of election fraud.
Normal person: What about the hundreds of BLM activists loading hundreds of thousands of ballots into drop boxes after midnight?

Alt-left lunatic: It doesn't matter... I hate Trump!!!

👍 4    👎 0    Reply    Share ›

> **Set845** ⚫⁺ ◎ ❤ ❤    → thebigdog
> 2 years ago
>
> Precisely.
>
> 👍 2    👎 0    Reply    Share ›

**RockinRo2**
2 years ago

BTW ... Total cumulative attendance at Biden rallies = 84 .. mostly MSM press.

Popularity has imploded since.

👍 4    👎 0    Reply    Share ›

> **cb1512** ⚫⁺    → RockinRo2
> 2 years ago
>
> Last Trump rally `1000..dinky in the south..
>
> 👍 0    👎 0    Reply    Share ›

**LoanRangerSeattle** ⚫⁺
2 years ago

ANYBODY who denies the mountain of evidence of massive, institutionalized election fraud that WOULD/DID overturn the election is either lying, low-info, low-IQ or some combination. We ain't stupid, for crissakes! Screw all those criminals, uninformed (as David Letterman would exclaim - HYP-MO-TIZED - by legacy/digital media malpractitioners) & cognitively challenged people! This is WAY too important. I support any Constitutional/legal means to counter institutionalized election fraud. Anything less is weak, irresponsible & tyrannical.

👍 4    👎 0    Reply    Share ›

> **Guest**    → LoanRangerSeattle
> 2 years ago
>
> Comment by Olena blocked.
> I can **flush** you faster than you can make new accounts.
>
> 👍 1    👎 0    Reply    Share ›

**Dennis Reeves** ⚫⁺
2 years ago

God bless Catherine and Gregg! The 2020 election makes me sick.

👍 4    👎 0    Reply    Share ›

> This comment was deleted.
>
> > **thebigdog** ⚫⁺ ◎ ❤ ❤    → Guest
> > 2 years ago
> >
> > Says the dude pretending to be a chick.
> >
> > 👍 3    👎 0    Reply    Share ›

Sponsored Content
ADVERTISEMENT



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 17 of 88
PDSA-0000019

This comment was deleted

**thebigdog** 🔰⁺ ♡ ♥ ♕  ↗ Guest
2 years ago

Says the dude pretending to be a chick.

👍 3   👎 0   Reply   Share ›

**D**  **Daniel Doyle** 🔰⁺  ↗ thebigdog
2 years ago

Just block this one. It's the same loser with its hundredth account

👍 1   👎 0   Reply   Share ›

This comment was deleted

**thebigdog** 🔰⁺ ♡ ♥ ♕  ↗ Guest
2 years ago

You're not even sure which bathroom to use.

lol

👍 2   👎 0   Reply   Share ›

**American Beagle** ♥
2 years ago

I can't wait to see this movie....President Trump won.

👍 3   👎 0   Reply   Share ›

**indy2015** ♡ ♥
2 years ago

Even those who've seen all the cheating vids will be SHOCKED to see what True The Vote found.

👍 3   👎 0   Reply   Share ›

**BUCK FIDEN** **The Gunny** ☆ ☆ ☆ ☆ ☆
2 years ago

39% of 1,137 Republican ballots never arrived for counting, despite being mailed.
https://twitter.com/MattBraynard/status/1328543627937132808

👍 3   👎 0   Reply   Share ›

**J**  **Jack DeMolay**
2 years ago

The Dems appealed to the judicial branch to amend election law as opposed to the legislative branch which has the only authority to amend election law as prescribed in the constitution. Any votes that were included under any law that was amended this way are null and void.

👍 3   👎 0   Reply   Share ›

**BUCK FIDEN** **The Gunny** ☆ ☆ ☆ ☆ ☆
2 years ago

Stupid Mexican transvestite
ROFLMMFAO!!!

👍 3   👎 0   Reply   Share ›

**BUCK FIDEN** **The Gunny** ☆ ☆ ☆ ☆ ☆
2 years ago

I believe Valerie Jarrett is behind at least some of the bullshit coming out of this illegitimate regime.

👍 3   👎 0   Reply   Share ›

**S**  **Set845** 🔰⁺ ♡ ♥ ♕  ↗ The Gunny
2 years ago   edited

She was behind Obama's bullshit so...

👍 2   👎 0   Reply   Share ›

**BUCK FIDEN** **The Gunny**  ↗ Set845
2 years ago

Him too, and his husband Mooch

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 18 of 88
CONFIDENTIAL
PDSA-0000020

She was tie and Obama's bullshit so...

👍 2    👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny** → Set845
2 years ago

Him too, and his husband Mooch

👍 2    👎 0    Reply   Share ›

**Set845** → The Gunny
2 years ago · edited

For the first time in my adult life I am proud to be a Wookiee.

👍 1    👎 0    Reply   Share ›

**Brick Wilson**
2 years ago

DeSantis is breaking new ground. He's showing the world how progtards must be dealt with....and it's not hard. You just have to be as nasty as they are. Go after them and cancel them.

👍 3    👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny** ★★★★★
2 years ago

JOMO > hannah > Jeff

One ugly transvestite

👍 3    👎 0    Reply   Share ›

**V.**
2 years ago

anyone who repeatedly says "Cope and seethe"
is clearly coping and seething themselves.

👍 3    👎 0    Reply   Share ›

**Set845** → V.
2 years ago

So true!

👍 2    👎 0    Reply   Share ›

**Jeff** → V.
2 years ago

Cry

👍 0    👎 0    Reply   Share ›

**AIKIDO** → Jeff
2 years ago

Dont do it....it spreads the purple spots

👍 1    👎 0    Reply   Share ›

**V.** → Jeff
2 years ago

Why

👍 1    👎 0    Reply   Share ›

**unworthy**
2 years ago

Commies are still claiming that Rittenhouse hunted and killed black guys.

👍 3    👎 0    Reply   Share ›

This comment was deleted.

**unworthy** → Guest
2 years ago

He is...

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 19 of 88
CONFIDENTIAL
PDSA-0000021



This comment was deleted.

**unworthy** → Guest
2 years ago

He is...

👍 1   👎 0   Reply   Share ›

**unworthy**
2 years ago

Commies: "Pay no attention to the oceans of detailed fraud evidence before your eyes. Instead, trust the people who said that Hunter's laptop was a Russian PsyOp."

👍 3   👎 0   Reply   Share ›

**Set845** → unworthy
2 years ago

Truth hurts them like holy water does.

👍 2   👎 0   Reply   Share ›

**unworthy**
2 years ago

Does Hillary still claim that Russia got Trump elected?

Seriously? The woman is a lunatic

👍 3   👎 0   Reply   Share ›

**AIKIDO** → unworthy
2 years ago

tHATS JEFFS MOM you are talkin about

👍 2   👎 0   Reply   Share ›

**The Great Zot** → AIKIDO
2 years ago

I recognize the writing style. It's "Mom" among others. It's a freak show.

👍 1   👎 0   Reply   Share ›

**Jeff** → The Great Zot
2 years ago

Cope and seethe

👍 0   👎 0   Reply   Share ›

**Set845** → unworthy
2 years ago

Criminally insane.

👍 1   👎 0   Reply   Share ›

**unworthy**
2 years ago

Commie trolls flood all stories about 2020 election fraud.

Why?

Not because nobody believes it...but because MOST Americans know there was fraud.

👍 3   👎 0   Reply   Share ›

**Michael**
2 years ago

What good does watching the drop boxes do? We already have videos and phone records of the "mules" repeatedly visiting drop boxes and depositing multiple ballots, yet there is no enforcement. This is a crime. Why no investigation? Why no enforcement? The FBI is too busy harrassing and entrapping President Trump supporters.

👍 3   👎 0   Reply   Share ›

**Da_Pile_of_Chit** → Michael
2 years ago

ADVERTISEMENT

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL

Page 20 of 88
PDSA-0000022

What good does watching the drop boxes do? We already have videos and phone records of the "mules"
repeatedly stuffing boxes and stuffing multiple ballots. What's the point of collecting more of the same?
Why no investigation? Why no enforcement? The FBI is too busy harrassing and entrapping President Trump
supporters.

👍 3    👎 0    Reply    Share ›

**Da_Pile_of_Chit** → Michael
2 years ago
It all happened in dim ghetto cities.

👍 1    👎 0    Reply    Share ›

**FunkOut AKA The Prodigal Sun**
2 years ago
I escaped the Matrix at Mediate.

👍 3    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ★★★★
2 years ago
JOMO troll types with a lisp

👍 3    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ★★★★
2 years ago
IT'S SISSYFIT TIME!

👍 3    👎 0    Reply    Share ›

This comment was deleted.

**BUCK FIDEN** **The Gunny** → Guest
2 years ago
1 second

👍 0    👎 0    Reply    Share ›

**Guest**
2 years ago
I have a song for you JOMO:
Dust in the Wind, Kansas.

👍 3    👎 0    Reply    Share ›

**Guest**
2 years ago
Oh my, JOMO on noodle break.

👍 3    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** → Guest
2 years ago
He likes to milk gerbils

👍 1    👎 0    Reply    Share ›

**cb1512** → Guest
2 years ago
Lying delusional Russian sympathizer says what?

👍 0    👎 0    Reply    Share ›

**Daniel Doyle** → cb1512
2 years ago
Your childish lame one liners are really effective lol.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**cb1512** → Guest
2 years ago
FOMO FIFYMF

Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 21 of 88
CONFIDENTIAL
PDSA-0000023



Sponsored Content

This comment was deleted.

**cb1512** 👤 ➜ Guest
2 years ago
FOMO FIFYMF

👍 0    👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny** ★★★★
2 years ago
UP HERE, JOMO

👍 3    👎 0    Reply   Share ›

**G** **Guest**
2 years ago
JOMO dragging out more accounts:

Comment by cb1512 blocked

👍 3    👎 0    Reply   Share ›

This comment was deleted.

**G** **Guest** ➜ Guest
2 years ago
Good job.

👍 2    👎 0    Reply   Share ›

**R** **RockinRo2**
2 years ago
I've never seen the leftist democrats so widely despised and ridiculed as they are today.

.. and I survived Carter!

👍 3    👎 0    Reply   Share ›

**C** **cb1512** 👤 ➜ RockinRo2
2 years ago
Rasmussen 47% YouGov 46% etc Catch up..sweetie

👍 0    👎 0    Reply   Share ›

**G** **Guest**
2 years ago
Caught another:

Comment by FATHER BUCK FIDEN(Gunny) blocked

👍 3    👎 0    Reply   Share ›

**Brick Wilson** ✓ ➜ Guest
2 years ago
I'll second that.

👍 3    👎 0    Reply   Share ›

**G** **Guest** ➜ Guest
2 years ago
Comment by FATHER BUCK FIDEN(Gunny) proved it's a moron by replying after being blocked.

👍 2    👎 0    Reply   Share ›

**FATHER BUCK FIDEN(Gunny)** ➜ Guest
2 years ago
Trump lost

👍 0    👎 0    Reply   Share ›

**D** **Daniel Doyle** 👤 ➜ FATHER BUCK FIDEN(Gunny)
2 years ago

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 22 of 88
CONFIDENTIAL
PDSA-0000024

FATHER BUCK FIDEN(Gunny) → Guest

Trump lost

👍 0    👎 0    Reply    Share ›

**D**  Daniel Doyle → FATHER BUCK FIDEN(Gunny)
2 years ago

Lol, thanks for proving our point loser. See you on the next sock account!

👍 0    👎 0    Reply    Share ›

**Wayne_B**
2 years ago

Catherine Engelbrecht is brilliant. I'm glad she's on America's side and not the Democrats.

👍 3    👎 0    Reply    Share ›

**G**  Guest
2 years ago

JOMO meltdown in progress.

👍 3    👎 0    Reply    Share ›

**Chicago Dude**
2 years ago

Remember that Nate's idiotic character Olena ?

Blocked (again). 👀👀👀👀👀

👍 3    👎 0    Reply    Share ›



This comment was deleted.

**Chicago Dude** → Guest
2 years ago

Blocked again. LOL
ONE comment troll.

👍 3    👎 0    Reply    Share ›

**upcountry *SENSITIVE EVENT ***
2 years ago

Update 2022 mules

👍 3    👎 0    Reply    Share ›

FATHER BUCK FIDEN(Gunny) → upcountry *SENSITIVE EVENT *
2 years ago

Update  See Into the BLUE

ALIENS 👽 exist as well

👍 0    👎 0    Reply    Share ›

**S**  Set845
2 years ago

I think the truth hurts these trolls as much as holy water does.

👍 4    👎 1    Reply    Share ›

**C**  chuckawala
2 years ago

What blows my mind is that Dennis Prager & Larry Elder needed 2000 Mules to convince them 2020 was rigged. They can't see the coup before their very eyes? They've never heard of Mike Lindell's documentaries & seminars, Dominion, the courts that wouldn't look at evidence, including SCOTUS, Kemp, Raffensperg, Big Tech, Lap top from hell, Patrick Byrne, all the Whistle Blowers that signed sworn affidavits, all the democrats like Klobachar in 2019 that were shouting that machines can be hacked, who became crickets after 2020 steal, while dems claimed cleanest election in history, etc, etc? How uncurious do you have to be to need 2000 Mules. Don't get me wrong, Im' grateful for 2K Mules, but there was plenty of smoke, enough smoke before this film to know there was a fire if you were paying attention. IMO.

👍 2    👎 0    Reply    Share ›



ADVERTISEMENT

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 23 of 88
CONFIDENTIAL
PDSA-0000025

& seminars, Dominion, the courts that wouldn't look at evidence, including SCOTUS, Kemp, Raffensperg, Big Tech, more than 1,000 lawsuits with little Big Bond, Gov Ducey, AZ recount lawsuits, and the Republicans like Klobachar in 2019 that were shouting that machines can be hacked, who became crickets after 2020 steal, while dems claimed cleanest election in history, etc, etc? How uncurious do you have to be to need 2000 Mules. Don't get me wrong, Im' grateful for 2K Mules, but there was plenty of smoke, enough smoke before this film to know there was a fire if you were paying attention. IMO.

👍 2   👎 0    Reply   Share ›



**Jim Johnson** ⚷ ⃰
2 years ago

Ballot stuffing was the Gaming used prior to computer counting mail-in ballots. They could pervert the smaller elections, such as AG and SecState, Prosecuting Attorneys. We won't see this small stuff so much in November, now that they know what to watch for. What we did see in 2020 is how computers now can change 100's of thousands of Votes. They know in real time, what the deficit is. They hold back van loads of pre-cast ghost ballots, calling them in at midnight if needed. They have us believing a simple recount is an actual Audit. They know we've been lax in chain-of-custody rules, putting mistakes off on volunteers at the precinct level. We must anticipate how this election can be further bent and begin NOW TO STOP IT. These people are being paid obscene amounts of cash, even more now it is from our tax dollars. They will work hard to keep earning it. Zuck Bucks was always a One-Off event. Our Country is on the cusp of disappearing forever, Folks. They want us to watch the ballot drop-offs while the other hand blows us out of the water. It is time we GET SMART!

👍 2   👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny** ★★★★★
2 years ago  edited

Better to see "Content unavailable" than be a witness to JOMO troll's insanity

👍 2   👎 0    Reply   Share ›

 **The Great Zot**  ➜ The Gunny
2 years ago

I just logged on and saw Olestra's latest rant. If it really is who you think it is, my deepest fear is that he's going to snap. He's going to harm a lot of innocent people.

👍 1   👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny**  ➜ The Great Zot
2 years ago

Hopefully, he attacks a cop with one of his straps.

👍 0   👎 0    Reply   Share ›

**BUCK FIDEN** **The Gunny** ★★★★★
2 years ago

I see JOMO spam
I flag JOMO spam

👍 2   👎 0    Reply   Share ›

 This comment was deleted.

**BUCK FIDEN** **The Gunny**  ➜ Guest
2 years ago  edited

He's got Gunny issues.

I believe he wants to believe Gunny is his daddy

👍 2   👎 0    Reply   Share ›

 **Chicago Dude**
2 years ago

If Democrats won the last election,
why is it that they want to change election law ?

How often you see the winner not happy with existing law ?

👍 2   👎 0    Reply   Share ›

**xyeke** ⚷ ⃰ ◈  ➜ Chicago Dude
2 years ago  edited

THEY KNOW THEY GOT AWAY WITH A CHEAT & VOTERS WERN'T FOOLED ! NOV IS THEIR WATERLOO



Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 24 of 88
CONFIDENTIAL
PDSA-0000026



**kyeke** → Chicago Dude
2 years ago  edited

THEY KNOW THEY GOT AWAY WITH A CHEAT & VOTERS WERN'T FOOLED ! NOV IS THEIR WATERLOO

👍 2   👎 0   Reply  Share ›

**Chicago Dude**
2 years ago

What's with these people here ?
They didn't change article since yesterday ?
Are they on strike or something ? Or just don't give a s.... about traffic ?

👍 2   👎 0   Reply  Share ›

**The Great Zot** → Chicago Dude
2 years ago

I think it's on autopilot. The other stories get changed, but they change the lead story manually.

👍 1   👎 0   Reply  Share ›

**The Gunny** ★ ★ ★ ★ ★
2 years ago

Memory sticks used to program Philly's voting machines were stolen from elections warehouse
https://www.inquirer.com/politics/election/philadelphia-election-trump-equipment-stolen-usb-laptop-20200936.html

👍 2   👎 0   Reply  Share ›

**The Gunny** ★ ★ ★ ★ ★
2 years ago

I don't ask
I flag, report and block JOMO sock accounts

2 seconds

👍 2   👎 0   Reply  Share ›

**The Lone Ranger** ★⁺ 🏅🏅🏅🏅
2 years ago

Corrupt government is the reason why the Founding Fathers put limits on the federal government!

👍 2   👎 0   Reply  Share ›

**john roy** ★⁺ → The Lone Ranger
2 years ago  edited

Except now the U.S. government and all it's bureaucracies are a thoroughly massive & corrupt juggernaut. What's the founders remedy for that?

👍 0   👎 0   Reply  Share ›

**Guest**
2 years ago

I see JOMO still in meltdown mode. It's bad for the spirit to be as hateful as he is.

👍 2   👎 0   Reply  Share ›

This comment was marked as spam.

**Set845** ★⁺ 🏅🏅 → Cactus Jack
2 years ago

Haha he ran away.

👍 2   👎 0   Reply  Share ›

**Set845** ★⁺ 🏅🏅 → Cactus Jack
2 years ago

A Trump/DeSantis ticket!

👍 1   👎 0   Reply  Share ›

**cb1512** ★⁺ → Cactus Jack

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 25 of 88
CONFIDENTIAL
PDSA-0000027



**Set845** 👤 👥 🏆 👤 → Cactus Jack
2 years ago

A Trump/DeSantis ticket!

👍 1    👎 0    Reply   Share ›

**cb1512** 👤⁺ → Cactus Jack
2 years ago

Neither.. Donny too old and senile and lil 5'8" Fla Gov Short Stack way too short..

👍 0    👎 1    Reply   Share ›

👤   This comment was marked as spam.

**cb1512** 👤⁺ → Cactus Jack
2 years ago · edited

We do Gym Jordan and MTG too.

👍 0    👎 0    Reply   Share ›

👤   This comment was marked as spam.

**cb1512** 👤⁺ → Cactus Jack
2 years ago

Don't.. America won't elect a president who has to stand on a box. We just won't.

👍 0    👎 1    Reply   Share ›

👤   This comment was marked as spam.

**cb1512** 👤⁺ → Cactus Jack
2 years ago

A female Short men so unmanly. I mean waddling on stage and hopping on a box.. ..Same size as Little Marco..only fat 4x4

👍 0    👎 0    Reply   Share ›

👤   This comment was marked as spam.

**cb1512** 👤⁺ → Cactus Jack
2 years ago

Short females fine short men . . lol No

👍 0    👎 0    Reply   Share ›

👤   This comment was marked as spam.

**cb1512** 👤⁺ → Cactus Jack
2 years ago

There's old and there's old.. Trump's on another planet old .. Joe is still cogent and focused old.

Ya know Golf cart old v 57 Corvette Stingray old...

👍 0    👎 0    Reply   Share ›

**sue** 👤⁺ → cb1512
2 years ago

Ya gotta be kiddin', right??? "Cogent and focused"????? What planet are YOU on???
Demented joey can barely focus on his teleprompter or his notes...Even with those he is CONSTANTLY going off script and screwing up royally! Then the white house has to backtrack all he has uttered. Only thing he's focused on is sniffing some cutie's hair or when he's getting his next ice cream cone...or another "well-deserved" vacation while the world blows up.

👍 1    👎 0    Reply   Share ›

**Set845** 👤⁺ 💬 🏆 👤 → cb1512
2 years ago

Mohammed raped and tortured thousands of children



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 26 of 88
CONFIDENTIAL
PDSA-0000028



white house has to backtrack all he has uttered. Only thing he's focused on is another 'well-deserved' vacation while the world blows up.

👍 1    👎 0    Reply    Share ›

**S** **Set845** 🔔 ⬦ 🚫 ⬦    ↱ cbt512
2 years ago

Mohammed raped and tortured thousands of children.

👍 2    👎 0    Reply    Share ›

**Brick Wilson** ⬦
2 years ago

The progtards love the mask mandate only because they believe it can be used to create the same conditions that existed during the election of 2020.. IOW's they can cheat easier.

👍 2    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ★ ★ ★ ★ ★
2 years ago

Election Fraud Matters

👍 2    👎 0    Reply    Share ›

**afarmboy** 🚫 ⬦
2 years ago

Who is Content Unavailable? JOMO?

👍 2    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ↱ afarmboy
2 years ago

One ugly transvestite who can't keep a boyfriend because he spends too much time online

👍 1    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ★ ★ ★ ★ ★
2 years ago

'Content unavailable' wears his mom's panties

👍 2    👎 0    Reply    Share ›

**M** **Mark**
2 years ago

maybe 50 years from now those that cheated and are still alive will be put in jail for at least one night. That sure would be nice.

👍 2    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ★ ★ ★ ★ ★    edited
2 years ago

The transvestite troll has Cheez Whiz dripping off his morbidly obese outer ring of neck rolls

👍 2    👎 0    Reply    Share ›

**The Great Zot** ↱ The Gunny
2 years ago

His dance card is all filled up. Soon, the piper must be paid.

👍 1    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** ↱ The Great Zot
2 years ago

I see a diabetic stroke in his future

God hates him too

👍 2    👎 0    Reply    Share ›

**The Great Zot** ↱ The Gunny
2 years ago

He's going to hear nine simple words at the Pearly Gates.

Get thee away from Me. I never knew you.

👍 0    👎 0    Reply    Share ›

Sponsored Content
ADVERTISEMENT



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 27 of 88
CONFIDENTIAL
PDSA-0000029



**The Great Zot** → The Gunny
2 years ago

He's going to hear nine simple words at the Pearly Gates.

Get thee away from Me. I never knew you.

👍 0   👎 0   Reply   Share ›

**BUCK FIDEN**   **The Gunny** ★★★★★
2 years ago

It takes 1 second to flag, report and block the JOMO troll

SO

MUCH

WINNING!!!

👍 2   👎 0   Reply   Share ›

**BUCK FIDEN**   **The Gunny** ★★★★★
2 years ago

"The JOMOs of Tik Tok" = Free Admission Freak Show

👍 2   👎 0   Reply   Share ›

**lojo luqpac <>][<> DemonSlayer** ♥ ❤ ♀
2 years ago · edited

The [DS]/[HRC] is panicking, she has now deployed all assets, she fell right into the trap and the lies are being exposed. JA is being brought back to the US, do the patriots have the source, how do you introduce evidence legally? The war in Ukraine is failing for the [DS] and the fake news is panicking that Trump and the people have the upper hand and its not going away. They keep talking about how democracy will be destroyed, translation... they are talking about their system that they put in place, that is what will be destroyed.

Watch>>> X22 Report

Ep 2756b – [HRC] Panics, All Assets Deployed, How is Evidence Legally Introduced, We Have It All

👍 2   👎 0   Reply   Share ›

**BUCK FIDEN**   **The Gunny** ★★★★★
2 years ago

Point and laugh at the JOMOlena troll that stalks TGP using multiple sock accounts:

JOMO gets kicked out of college 2006
youtu.be/i_DsBFSqLNs

Fatty McTransFat
youtu.be/Tqe2RNQrZEU

Fatty McTransFat 2.0
youtu.be/4GS4R6Xtgdw

👍 2   👎 0   Reply   Share ›

**Wez** ♥ ♀
2 years ago

Here we go Trannie Tantrums.

👍 2   👎 0   Reply   Share ›

**Guest** → Wez
2 years ago

Big time. 3rd account in <1 hour.

👍 2   👎 0   Reply   Share ›

**RockinRo2**
2 years ago

Biden didn't get 81 million back then, and couldn't get 8 million now without cheating again.

👍 2   👎 0   Reply   Share ›

This comment was deleted.

ADVERTISEMENT

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 28 of 88
CONFIDENTIAL
PDSA-0000030



**Rockingbird** R
2 years ago

Biden didn't get 81 million back then, and couldn't get 8 million now without cheating again.

👍 2   👎 0   Reply  Share ›

This comment was deleted.

**SSN COB** → Guest
2 years ago

You will lose even more

👍 1   👎 0   Reply  Share ›

**Bilderberg_Burning_Effigy** 🔔 ⚜ 💠
2 years ago

The Evidence they'll reveal along with the Documentary will be enough to Indict Hundreds of Ballot Harvesters and their Democrat Handlers after they start Ratting on each other.

The Zuckerberg Ballot Drop-Boxes are numbered and the "2,000 Mules" evidence that identifies which boxes were used by Harvesters must have their Ballot Counts deducted from the final 2020 Vote Tallies. The mixture of Trump, Democrat and Independent Ballots must all be Tossed because **the entire contents were Tainted by the Harvested Ballots**. People who legitimately used the Boxes as a convenience were screwed by the Democrat Party.
A Court of Law must reach this final conclusion - They have no choice in the matter.

This would automatically reverse the Presidential Election to Trump and many other Democrat Seats that were won by the Corrupt Democrat Party to Republicans - Mark Kelly in AZ and the two fraudulent Georgia Senators along with several additional stolen Democrat House Seats across the Nation....!

👍 2   👎 0   Reply  Share ›

This comment was deleted.

**Vida Galore** 🔔 → Guest
2 years ago

Born today, annoying already.

👍 0   👎 0   Reply  Share ›

**Guest** G
2 years ago

So Dominion lost their lawsuits against Rudy and Sidney. I hope they both get legal fees from Dominion now.

👍 2   👎 0   Reply  Share ›

This comment was deleted.

**Vida Galore** 🔔 → Guest
2 years ago

OK groomer

👍 0   👎 0   Reply  Share ›

**Doug** 🔔
2 years ago

OK . . . I'll muster up some hope one more time. But, we've been disappointed many times. What is it that makes people think this documentary will be taken seriously?

👍 2   👎 0   Reply  Share ›

**Bilderberg_Burning_Effigy** 🔔 ⚜ 💠 → Doug
2 years ago

Because this is simple **Democrat Meat and Potatoes Fraud** that goes back a hundred years or more. Stuffing Ballot Boxes. It's very easy to explain and prove in a Court of Law. They have the criminals on Video and their ID's by their Cellphone Ping Data. Easy Court Case by prosecutors - If they have the Guts.

👍 2   👎 0   Reply  Share ›

**Toadally Todd** 🔔
2 years ago

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 29 of 88
CONFIDENTIAL
PDSA-0000031

more. Stuffing Ballot Boxes. It's very easy to explain and prove in a Court of Law. They have the
ability to present their case. Cellphone Data. Camera footage. Release it because by then maybe
they have the Guts.

👍 2   👎 0   Reply   Share ›

**Toadally Todd** 👤⁺
2 years ago

Release the documovie already, we don't have all "day!"

👍 2   👎 0   Reply   Share ›

> **RC877** 👁 👁 😊 → Toadally Todd
> 2 years ago
>
> I know...I would've released it for free too.
>
> 👍 2   👎 0   Reply   Share ›
>
> > **Toadally Todd** 👤⁺ → RC877
> > 2 years ago
> >
> > I get your point but if we are all going to "have nothing and like it," exactly what do they
> > have to lose?
> >
> > 👍 1   👎 0   Reply   Share ›
> >
> > > **RC877** 👁 👁 😊 → Toadally Todd
> > > 2 years ago
> > >
> > > Good point.
> > >
> > > 👍 0   👎 0   Reply   Share ›

**Paddy** 👤⁺ 👁 👁
2 years ago

Since the courts won't take on election fraud issues the next best thing is to make evidence based
documentaries about what went on so people will know.

👍 2   👎 0   Reply   Share ›

**Careful Consumer**
2 years ago

I am looking forward to this movie. It appears to prove Barr is a liar.

👍 2   👎 0   Reply   Share ›

> **jm5494** 👤⁺ → Careful Consumer
> 2 years ago
>
> You mean a TRAITOR !
>
> 👍 1   👎 0   Reply   Share ›

This comment was deleted.

> **Blueberry Muffin** 👤⁺ → Guest
> 2 years ago
>
> Again! I posted your mind.
> This is free hive reduction therapy.
> You're welcome!!!!!
>
> 👍 7   👎 0   Reply   Share ›
>
> This comment was deleted.
>
> > **Blueberry Muffin** 👤⁺ → Guest
> > 2 years ago
> >
> > Thank you for taking us out of the damn Mediaite sphere!
> > I get to post without a target on my back 😊
> >
> > 👍 5   👎 0   Reply   Share ›

**Nashvillain**
2 years ago

Hey GP, which one of your new interns made the blurry thumbnail for this article on the main page? 😊

👍 2   👎 0   Reply   Share ›

Sponsored Content
ADVERTISEMENT



**This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch**
Nerve Recovery Max

**Learn the Truth About Hair
Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 30 of 88
CONFIDENTIAL
PDSA-0000032



ADVERTISEMENT

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

**Nashvillain**
2 years ago

Hey GP, which one of your new interns made the blurry thumbnail for this article on the main page? 😳

👍 2    👎 0    Reply    Share ›

> **TheChiefScientist** ✓  ↗ Nashvillain
> 2 years ago
>
> The drunk one? 😆
>
> 👍 0    👎 0    Reply    Share ›

**SeekUFindQ**
2 years ago

The DOJ and FBI will do nothing. The States AG's will do nothing. The information must be given to the people, they will do something about it.

👍 2    👎 0    Reply    Share ›

**R** **RockinRo2**
2 years ago

Every rally President Trump holds provides more factual information than anything LW democrats have to say.

Let them wipe their eyes by themselves on stage... Ditch the debates.

No real Americans G.A.S. what dempanzees have to say anymore.

👍 2    👎 1    Reply    Share ›

> **C** **cb1512** ↗ RockinRo2
> 2 years ago
>
> Profoundly disjointed rants more alarming all the time
>
> 👍 0    👎 0    Reply    Share ›

> **C** **cb1512** ↗ RockinRo2
> 2 years ago   edited
>
> Last rally only 1000 people dinky in the south..
>
> 👍 0    👎 0    Reply    Share ›

**Mike**
2 years ago

We already have MOUNTAINS of evidence and not one single traitor has been held accountable. Oh I know what will fix it, more voting.

👍 2    👎 1    Reply    Share ›

> **P** **Pamela Rogers** ↗ Mike
> 2 years ago
>
> BUT, IF I WERE A MULE, ID BE SHARTING MYSELF. THINK ABOUT IT, THEY HAVE ALL THE DATA. WOULD YOU WANNA MAKE $ ON STUFFING BALLOTS WITH THIS EVIDENCE. JUSTICE GRINDS SLOW BUT VERY FINE.
>
> 👍 1    👎 0    Reply    Share ›

> > **G** **gg2** ↗ Pamela Rogers
> > 2 years ago
> >
> > What judge or DOJ is going to convict any of them? The system is currupt from the teachers in the first grade class room up to the chief justice of the Supreme Court
> >
> > 👍 0    👎 0    Reply    Share ›

> > This comment was deleted.

> > **E** **EyesWideOpen1216** ↗ Guest
> > 2 years ago
> >
> > You're going to lose your freedom, too, moron. You Left-tards are SOOO primed to hate that you have become the perfect useful idiots. lolol Fair vote protects everyone. Pathetic that this even has to be explained to you.
> >
> > 👍 1    👎 1    Reply    Share ›

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 31 of 88
PDSA-0000033


ADVERTISEMENT
Sponsored Content

**E** **EyesWideOpen1216** → Guest
2 years ago

You're going to lose your freedom, too, moron. You Left-tards are SOOO; primed to hate that you have become the perfect useful idiots. lolol Fair vote protects everyone. Pathetic that this even has to be explained to you.

👍 1   👎 1   Reply   Share ›

**GWAR44** → EyesWideOpen1216
2 years ago   edited

I know...they are so estupid...useful idiots are always the last to know....their famous last words are always....But ..But...Im on your side !!!....Shaddup and get in the cattle car...They dont realize that once the fascists get the control ..they cant have such gullible people running around...

👍 1   👎 1   Reply   Share ›

**GWAR44** → Guest
2 years ago

Just like in Haiti.....hmmmm

👍 0   👎 0   Reply   Share ›


**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

**D** **dan** → Mike
2 years ago

and we need to primary all the R's out and start over.......TERM LIMITS , agency heads also.. ......ammo up

👍 0   👎 0   Reply   Share ›

**midwestpatriot70** → dan
2 years ago

I agree 100%. Get the old far-ts out. All they are, mostly, is self-serving career politicians. Please quit voting them back in! Start with showing Linsey Graham his walking papers. All they care about is getting reelected. This is why we don't hear from the Republicans about the abuse at the D.C. jail. They think it will play badly for their reelection chances if they speak out against the DOJ and the Democrat D.C. jailers. They are the main reason Joe Biden is the president.

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**GK85** → Guest
2 years ago

Going to be kind of difficult to ignore irrefutable evidence of fraud when you have a F*** ton of video surveillance and cell phone geo-tracking data proving more than enough fraud occurred to steal the election from Trump who was running away in a landslide late election night before the shenanigans kicked into high gear and the rest is history. All of this evidence only corroborates what TGP has been talking about for well over a year now. Even with all the communist big tech giants suppressing and censoring the truth, this documentary will be undeniable and will go viral.

👍 1   👎 1   Reply   Share ›

This comment was deleted.

**GK85** → Guest
2 years ago

You're either a special kind of stupid or your troll game is weak as F***. The cell phone geo-tracking data corroborates the video surveillance. What more proof do you need? It's obvious to anyone with an ounce of discernment that this was an organized crime operation and the elites responsible for coordinating it will not allow the mainstream media/Big Tech to discuss it whatsoever. The Resident-Select, dementia Joe already told the entire world that they've created 'the most extensive and inclusive voter fraud organization in the history of American politics.' The truth will prevail and the masses will be awakened. The cheat machine has been operating for a LONG time, but it's finally time to restore election integrity and to hold these traitors accountable. And Trump will be re-elected (for the third time in a row) in 2024, you know that, right? Right?

👍 1   👎 0   Reply   Share ›

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 32 of 88
CONFIDENTIAL
PDSA-0000034

Resident-Select, dementia Joe already told the entire world that they've created the largest voter fraud organization ever and indeed they came out in the open to steal American politics. The truth will prevail and the masses will be awakened. The cheat machine has been operating for a LONG time, but it's finally time to restore election integrity and to hold these traitors accountable. And Trump will be re-elected (for the third time in a row) in 2024, you know that, right? Right?

👍 1    👎 0    Reply    Share ›

**GWAR44** ⬦ ⬦  → Guest
2 years ago

I know history is tough ...but Biden in his prime ran for president and got less votes in the primary than Thomas Eagleton...who wiped the floor with Biden... you remember Thomas ?....didnt think so...ha ha ha ha

👍 0    👎 0    Reply    Share ›

This comment was deleted.

> **fideetveritate** ⬦  → Guest
> 2 years ago
>
> no he isn't and wasn't. What happens when the criminal cartel is also the government deep state? This.
>
> 👍 0    👎 0    Reply    Share ›

> This comment was deleted.

> **fideetveritate** ⬦  → Guest
> 2 years ago
>
> Not quite as small as the echo chamber you operate in. It took millions of fake ballots to give joke bidet a narrow "victory". The truth will prevail, it always does.
>
> 👍 0    👎 0    Reply    Share ›

**Cj** ⬦⁺ ⬦ ♀
2 years ago

No the election was stolen proof we have it guaranteed we got the receipts now I sent email to Trump we need to know the call to action what do we do. Who do we call who do we get 74 million people to pick up the phone every day and call and bother and go and knock and push and demand. That's what we need to know we have to have a plan and you have everybody call it out like the media does White Lies call it out with the call of action here are the numbers to call here are the places to go here's what we're gonna do

👍 1    👎 0    Reply    Share ›

**BUCK FIDEN** **The Gunny** →
2 years ago

January

👍 0    👎 0    Reply    Share ›

**Chuck Woo** ⬦⁺
2 years ago    edited

This movie is going to break social media. The Devil made them cheat the vote. True the Vote caught them red-handed and dead to rights. BOOM

👍 1    👎 0    Reply    Share ›

This comment was deleted.

> **Chuck Woo** ⬦⁺  → Guest
> 2 years ago
>
> It's a film. PPV is a thing. Unstoppable. if they want to know.
>
> 👍 0    👎 0    Reply    Share ›

**xyeke** ♀ ⬦ ⬦
2 years ago

THERE WILL BE NO CHEAT BOXES THIS TIME !

👍 1    👎 0    Reply    Share ›

> **MassachusettsPatriot** ⬦⁺  → xyeke

ADVERTISEMENT

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 33 of 88
CONFIDENTIAL
PDSA-0000035

2 years ago

THERE WILL BE NO CHEAT BOXES THIS TIME !

👍 1    👎 0    Reply   Share ›

**MassachusettsPatriot** 👤 ✗  ↗ xyeke
2 years ago  edited

I hope you're right but the Democrats and their RINO cousins have mastered the art of stealing everything from elections to the taxes that we pay. I'll stay vigilant.

👍 1    👎 0    Reply   Share ›

**xyeke** 👤 ♡ ❤  ↗ MassachusettsPatriot
2 years ago

THE SCOTUS ALREADY OUTLAW'D THEM IN ARIZONA PRECEDENCE SET !

👍 0    👎 0    Reply   Share ›

**Chicago Dude** ↗ xyeke
2 years ago

You think ?
Mail in voting is still in place.
Dominion machines are still in place.

👍 1    👎 0    Reply   Share ›

**xyeke** 👤 ♡ ❤  ↗ Chicago Dude
2 years ago

& SO IS SCRUTINY DEMS ARE DEAD IN NOV !

👍 0    👎 0    Reply   Share ›

**Cretzmar-Schuldorf** ♡ ❤  ↗ xyeke
2 years ago  edited

The same people are counting the votes, no one went to jail and the GOP are helping with the cover up.

You are in for a nasty surprise in November.

👍 0    👎 0    Reply   Share ›

**xyeke** 👤 ♡ ❤  ↗ Cretzmar-Schuldorf
2 years ago

IF YOU'RE A SOCIALIST ! SEE YOU AT THE RED BLOODBATH !

👍 0    👎 0    Reply   Share ›

**Cretzmar-Schuldorf** ♡ ❤  ↗ xyeke
2 years ago  edited

I'm a conservative, but I'm also not stupid enough to believe the left will walk away from the most successful vote stealing machine in history and go back to voting honestly. They know we know what they did and they don't care. Voting won't fix this now.

👍 0    👎 0    Reply   Share ›

**xyeke** 👤 ♡ ❤  ↗ Cretzmar-Schuldorf
2 years ago

DUE DILLIGENCE WILL STOP THE LEFT COLD IN THEIR TRACKS !

👍 0    👎 0    Reply   Share ›

**Cretzmar-Schuldorf** ♡ ❤  ↗ xyeke
2 years ago

We have enough evidence to jail half the election officials in this country for fraud and racketeering and not one of them were even arrested.. They will be back 'counting' the votes in november.

'due diligence'? no chance. If it makes you feel any better you keep on believing it, but I know what I saw in 2020 and there's no way they are going to roll over and go quietly.

👍 0    👎 0    Reply   Share ›

Sponsored Content
ADVERTISEMENT



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 34 of 88
CONFIDENTIAL
PDSA-0000036

fraud and racketeering and not one of them was even arrested . They will be

'due diligence'? no chance. If it makes you feel any better you keep on believing it, but I know what I saw in 2020 and there's no way they are going to roll over and go quietly.

△ 0   ▽ 0   Reply   Share ›



**Chicago Dude**  → xyeke
2 years ago
I wish you are right,
but rest assured they will try cheating. That is for sure.

△ 0   ▽ 0   Reply   Share ›

**xyeke** 🌐 ✶ ◈  → Chicago Dude
2 years ago
& WE WILL BE THERE TO CATCH THEM !

△ 1   ▽ 0   Reply   Share ›

**Chicago Dude**  → xyeke
2 years ago
I hope so,
because that train with 85 Million "votes"
THAT WE LET GO BY, is hard to swallow.

△ 0   ▽ 0   Reply   Share ›

**xyeke** 🌐 ✶ ◈  → Chicago Dude
2 years ago
DO YOUR DILLIGENCE !

△ 0   ▽ 0   Reply   Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

**Oldgolfpro**
2 years ago
Trump is giving the swing state AGs, election officials a chance to do the right thing. If they don't they will be toast. Devolution is in progress right now. These people will all face military tribunals. The military is in charge right now. If Biden was in charge then we would have boots on the groud Ukraine. The only thing they can do is have the Defense department send arms. After the midterms Kaboom!!!

△ 1   ▽ 0   Reply   Share ›



**The Gunny** ★ ★ ★ ★
2 years ago
2,036,041
Ballots Touched By "Anomalies"

923
Fact Witnesses

50+
Courts Blocked An Evidentiary Hearing

**GOP plaintiff prevailed on 14 of the 21 cases decided on the merits.**

https://hereistheevidence.com

△ 1   ▽ 0   Reply   Share ›



**csharper** ♟⁺
2 years ago
There is no way to observe what happens inside of the voting machines or the servers that compile the votes. These problems have not been addressed and nobody is even talking about them anymore.

△ 1   ▽ 0   Reply   Share ›

**John S** ♟⁺ ✦
2 years ago
You'd think the IRS would get involved. These people got paid under the table and I'm sure didn't report the income.

△ 1   ▽ 0   Reply   Share ›



**Wes Lovelace** ♟⁺  → John S

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 35 of 88
CONFIDENTIAL
PDSA-0000037



John S
2 years ago

You'd think the IRS would get involved. These people got paid under the table and I'm sure didn't report the income.

👍 1   👎 0   Reply   Share ›

Wes Lovelace → John S
2 years ago

The Governments (Federal & State) installed that drooling moron in the WH, they are not about to do anything. Not ONE Republican Senator or Congress member will speak to this irrefutably evidence. One day, there may be only one alternative.

👍 2   👎 0   Reply   Share ›

DigNap15
2 years ago

A molotov cocktail into each ballot box would be a true patriot!

👍 1   👎 0   Reply   Share ›

Brick Wilson  edited
2 years ago

Don't get mad at me, progtards, for revealing the truth. That's not hard. Revealing what everybody already thinks, including yourselves, is just a matter of being articulate and writing it up.

👍 1   👎 0   Reply   Share ›

The Gunny  ★ ★ ★ ★ ★
2 years ago

Bad night, JOMO?

I accept your defeat

👍 1   👎 0   Reply   Share ›

Set845 → The Gunny
2 years ago

I don't get them. It's not as if we go and bother them at their kiddie grooming sessions.

👍 2   👎 0   Reply   Share ›

The Gunny → Set845
2 years ago  edited

JOMO craves attention
The kind all his mom's boyfriends gave him while his mom was at work.

👍 2   👎 0   Reply   Share ›

Set845 → The Gunny
2 years ago

Must've been some ornery boyfriends.

👍 1   👎 0   Reply   Share ›

The Gunny → Set845
2 years ago

They had no respect for his mom, either

👍 0   👎 0   Reply   Share ›

Set845
2 years ago

Whenever a troll deletes their post it's because they lost and don't want people to read them. Simple. They're cowards that have to cancel every little thing that threatens them.

👍 1   👎 0   Reply   Share ›

This comment was marked as spam.

cb1512 → Cactus Jack
2 years ago

Incorrect

👍 0   👎 0   Reply   Share ›

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 36 of 88
PDSA-0000038



**cb1512** → Cactus Jack
2 years ago

Incorrect

👍 0   👎 0   Reply   Share ›

**blackwater88**
2 years ago

American's lost, NOT TRUMP, everything will be swept under the judicial rug. Symbolism is everywhere.

👍 1   👎 0   Reply   Share ›

**cb1512** → blackwater88
2 years ago

Trump's big Lie... Total BS says Bill Barr.. You people are nuts.

👍 2   👎 3   Reply   Share ›

**cb1512** → blackwater88
2 years ago

A generational thing..

👍 0   👎 0   Reply   Share ›

**publiusnj**
2 years ago

TGP is ready to believe anybody who claims they have proof of fraud. For most of 2021, it was the Arizona Audit. Even after Arizona's Audit started stalling with any proof, TGP didn't push the auditors. TGP insisted the Audit would bring home the proof. Then Arizona ended up with a big ZERO of proof. Does Hoft investigate that? No, it was a case of "ho, hum, let's move on to Dinesh D'Souza's new movie coming out someday." He puts on three people and they quantify nothing. It is all little vignettes.

If this movie is to mean anything, D'Souza, Engelbrecht and Philipps need to quantify how many votes they can prove were false. So: How many mules, where and how many ballots per person. Were any of those identified as "mules" allowed to harvest ballots under the law of the state? Then what proof of fraud resulting from the dirty voter roles? STATISTICS ARE NEEDED, not funny, little stories.

👍 1   👎 0   Reply   Share ›

**V.** → publiusnj
2 years ago

cope and seethe, snowflake.

👍 1   👎 0   Reply   Share ›

**publiusnj** → V.
2 years ago

Ooh, such smart repartee! People can "know that the 2020 Election was stolen" but that doesn't count. Proof is required.

👍 0   👎 0   Reply   Share ›

**cb1512** → publiusnj
2 years ago

Grift.

👍 0   👎 0   Reply   Share ›

**publiusnj** → cb1512
2 years ago

That is a very ambiguous comment. Are you saying that Marc Elias and the DNC were grifters in battleground states? There is a lot of evidence of that. Is Catherine Engelbrecht a grifter? I don't think so. Is Joe Hoft using the constant desire for "proof" about the 2020 Election as clickbait? Maybe. Bottom line? Hoft should be as tough on these claims as he is on Joe Biden. If the proof is not there, we need to focus on how to stop the Steal in 2022.

👍 0   👎 0   Reply   Share ›

**cb1512** → publiusnj
2 years ago

Are they cooking dems? No . Simple



Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 37 of 88
CONFIDENTIAL
PDSA-0000039

Election as clickbait? Maybe. Bottom line? Hoft should be as tough on these claims as he not the 2022.

👍 0   👎 0   Reply   Share ›

**C**  cb1512 👤 → publiusnj
2 years ago
Are they soaking dems? No.. Simple

👍 0   👎 0   Reply   Share ›

**P**  publiusnj 👤 😊 💬 ⬧ → cb1512
2 years ago
More ambiguity.

👍 0   👎 0   Reply   Share ›



**Globalist Juice** 👤
2 years ago
What's not to love about Mike Lindell, honestly the guy's been through hell and back and he's still full of joy and smiling!

👍 1   👎 0   Reply   Share ›

**Billy Baroo** 👤 ⬧ ⬧
2 years ago
If you state that 2020 was a free and fair election
You are a Democrat operative

👍 1   👎 0   Reply   Share ›

**The Gunny** ★★★★★
2 years ago
ESAD JOMO

LGBFJB

👍 1   👎 0   Reply   Share ›

🚫 This comment was deleted.

**The Gunny** → Guest
2 years ago
JOMO can't pronounce "seethes" without lisping and slobbering like a Nancy boy

👍 1   👎 0   Reply   Share ›

**zama202**
2 years ago
2020 Election = RIGGED and STOLEN
#DecertifyNow

👍 1   👎 0   Reply   Share ›

**zama202**
2 years ago
So basically the ghettos STOLE the election and disenfranchised White voters.

👍 1   👎 0   Reply   Share ›

**V.** 👤 ⬧   edited
2 years ago
Referrals to UK hospital heart failure diagnostic clinic
2018: 213
2019: 172
2020: 63
2021: 603
2022: 104 (at end of Feb)

Totally normal!!!!!

👍 1   👎 0   Reply   Share ›

**V.** 👤 ⬧
2 years ago

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 38 of 88
CONFIDENTIAL
PDSA-0000040

2021: 603
2022: unkers (entered on reply)

Totally normal!!!!!

👍 1  👎 0   Reply  Share ›



**Y.** ⚖️ ◈
2 years ago
🚨ATTENTION AZOV BATTALION TROLLS🚨
@GP has a story on election fraud
to battle stations!!!!!

👍 1  👎 0   Reply  Share ›

**Y.** ⚖️ ◈
2 years ago

arrest dementia joe

👍 1  👎 0   Reply  Share ›

**Hermes** ⚖️
2 years ago

Thanks Jim and Patty! Catherine and Gregg are heroes. Awesome work.

👍 1  👎 0   Reply  Share ›

**Da_Pile_of_Chit** ⚖️
2 years ago

Bin Laden was dumped in the ocean

KNOT

👍 1  👎 0   Reply  Share ›

   **J.Rod** ◈  → Da_Pile_of_Chit
   2 years ago
   cb1512 is using him as a butt plug.

   👍 1  👎 0   Reply  Share ›

      **Da_Pile_of_Chit** ⚖️  → J.Rod
      2 years ago  edited
      That was 5 sacks of potatoes

      👍 2  👎 0   Reply  Share ›

**cb1512** ⚖️
2 years ago  edited

Remember the people who knocked those buildings down?

You're Welcome

Sincerely,

President Barack Hussein Obama

👍 1  👎 0   Reply  Share ›

   **J.Rod** ◈  → cb1512
   2 years ago
   Who cares what a fat old lounge cushion thinks.

   👍 0  👎 0   Reply  Share ›

      **cb1512** ⚖️  → J.Rod
      2 years ago
      Poor Nappy.. Bad day?

      👍 0  👎 0   Reply  Share ›

**REAL-R G-*** ⚖️
2 years ago

I bought the RIGGED movie and I thought that it was traitorous with the statement that they "legally stole the election".

2000mules will be hard hitting truth. I just pre ordered the DVD. Documented history.

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

CONFIDENTIAL                                                                              PDSA-0000041



ADVERTISEMENT

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

**REAL-R G-*** ⚔⁺
2 years ago

I bought the RIGGED movie and I thought that it was traitorous with the statement that they "legally stole the election".

2000mules will be hard hitting truth. I just pre ordered the DVD. .Documented history.

👍 1    👎 0    Reply    Share ›

**ShockingPink** 💎    ➔ REAL-R G-*
2 years ago

I agree 100%/

👍 0    👎 0    Reply    Share ›

**Louis Richard** 👤 ✨ 💎
2 years ago

TY for your effort, tenacity, intelligence and courage

👍 1    👎 0    Reply    Share ›

**The Gunny**    ✦ ✦ ✦ ✦
2 years ago

JOMO is The Gunny's bitch

Change my mind

👍 1    👎 0    Reply    Share ›

**RockinRo2**
2 years ago

Faglena ... exceeded lie allotment.. Shatcanned ... **FO EVAH!**

👍 1    👎 0    Reply    Share ›

**Bob Johnson** 👤⁺ ✨ 💎
2 years ago

So with all the Biden inflation it should be at least 2200 mules.

👍 1    👎 0    Reply    Share ›

**RockinRo2**
2 years ago

Biden yelled *'Honk for Joe'* when geese flew over his empty wheat field rally.

👍 1    👎 0    Reply    Share ›

**Guest** ➔ RockinRo2
2 years ago

No wonder the bird sharted him.

👍 1    👎 0    Reply    Share ›

**Guest**
2 years ago

Comment by Olena blocked
Still failing JOMO.

👍 1    👎 0    Reply    Share ›

**SSN COB**
2 years ago

Disney went from being a "Wonderland" for children to being a "Hunting Ground" for Democrats (Marxists).

👍 1    👎 0    Reply    Share ›

**RockinRo2**
2 years ago

Biden lost

👍 1    👎 0    Reply    Share ›

**Rlee bert** 👤⁺ ✨ 💎

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 40 of 88
CONFIDENTIAL
PDSA-0000042

R **Rockin** 2 years ago
Biden lost

👍 1    👎 0    Reply    Share ›

R **Rlee bert** 2 years ago
It's hard to find leaders in a Fabian Society- the Official Ballot Drop Boxes were snuck in under covid protocol by the National Vote at Home Institute headed by London School of Economics alum Amber McReynolds who was rewarded for her work by being put on the USPS Board of Governors by Joe Biden. They have quite a racket going but unlike the Mob- you can't get them for tax evasion because they are 'non-profits', so they don't pay any taxes to evade.

👍 1    👎 0    Reply    Share ›

This comment was deleted.

G **Guest** → Guest
2 years ago
JOMO does that when enough people block it and don't reply to it. It costs "it" nickels it needs to pay off it's $100k Gender Studies degree.

👍 1    👎 0    Reply    Share ›

Y **Youunclebob** 2 years ago
Thank you block feature and good bye olena. I can only handle so much stupid and she is a whole mess of it.

👍 1    👎 0    Reply    Share ›

**fideetveritate** 2 years ago
MODS - can you please get rid of the dumb bint olena. Its very annoying and just a waste of space.

👍 1    👎 0    Reply    Share ›

G **Guest** → fideetveritate
2 years ago
They get rid of it at least once a day. It constantly makes new accounts.

👍 1    👎 0    Reply    Share ›

**Wez** → fideetveritate
2 years ago
Olena helps keep the lights on, ironically.

👍 1    👎 0    Reply    Share ›

This comment was deleted.

**fideetveritate** → Guest
2 years ago
In your dreams loser

👍 0    👎 0    Reply    Share ›

**sodapants** → Guest
2 years ago
^^ Liberal male!! hahah

👍 0    👎 0    Reply    Share ›

G **Guest** 2 years ago
What kind of moron keeps replying to you when they know they're blocked?

👍 1    👎 0    Reply    Share ›

G **Guest** → Guest
2 years ago
The Olena kind. LOL

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**



Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 41 of 88
CONFIDENTIAL
PDSA-0000043



Sponsored Content
ADVERTISEMENT

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

2 years ago
What if someone keeps replying to you when they know they's blocked?

👍 1   👎 0   Reply   Share ›

**G** Guest → Guest
2 years ago
The Olena kind. LOL
Eating my corn troll.

👍 1   👎 0   Reply   Share ›

**The Lone Ranger** 2 years ago
The propaganda lies from the left finally ran into the age-old axiom which says, "you cannot fool all the people all the time"!

👍 1   👎 0   Reply   Share ›

**The Lone Ranger** 2 years ago
FYI, Hilary is screwed!
She better plan her swan song exit!

👍 1   👎 0   Reply   Share ›

**AK Guide**
2 years ago
TRUMP WON
STOP THE STEAL
SAVE AMERICA
DECERTIFY
LETS GO BRANDON

👍 1   👎 0   Reply   Share ›

**D** Democrats are Evil Groomers
2 years ago   edited
Is the groomer troll hanging out in this thread like the homeless crackhead LGBTQPedophile+ child rapist he is?

👍 1   👎 0   Reply   Share ›

**Randy Marsh**
2 years ago
These ppl make movies instead of taking legitimate action

👍 1   👎 0   Reply   Share ›

**H** HangOnTight
2 years ago
Why are they waiting so long to release it?

👍 1   👎 0   Reply   Share ›

👤 This comment was deleted.

**H** HangOnTight → Guest
2 years ago
Sure😊

👍 0   👎 0   Reply   Share ›

**Blazing Patriots**
2 years ago   edited
.

👍 1   👎 0   Reply   Share ›

**M** Mynd Groper
2 years ago
Maybe when enough RINOs lose their elections Republicans will move to fight the fraud.

👍 1   👎 0   Reply   Share ›

CONFIDENTIAL
PDSA-0000044



**Mynd Groper**
2 years ago

Maybe when enough RINOs lose their elections Republicans will move to fight the fraud.

👍 1    👎 0    Reply    Share ›

**Jim Johnson**
2 years ago

I trust TIMING is now being effectively deployed. It will take a lot of awakened folks + brilliant strategies to frustrate the plans to steal this next election. They can not win fair voting. Let us trust the truly stupid people we see destroying the Land are now steering their tax-funded ship. Our County Clerks in charge of Elections locally are equating a fast and smooth count is also an honest count. Not so. We must dispel this pretense. Get involved locally! Now. Waiting for "someone" to do "something" is what got us here.

👍 1    👎 0    Reply    Share ›

**jd**
2 years ago

Man, the troll count is up today. Must be fear in the playpen.

👍 1    👎 0    Reply    Share ›

**Michael LeSage**
2 years ago

An oyster at the bottom of the bay could of told you the 2020 Federal election was rigged.

👍 1    👎 0    Reply    Share ›

**Mark**
2 years ago

WE CAN 'WATCH' THE BALLOT DROP BOXES LIKE A 'WATCH DOG' BUT CAN WE 'GUARD' BALLOT DROP BOXES LIKE A 'GUARD DOG' - MEANING CAN WE PREVENT THE SCUM FROM DEPOSITING AS MANY BALLOTS AS THEY PLEASE? I THINK NOT.

👍 1    👎 0    Reply    Share ›

This comment was deleted.

**BUCK FIDEN  The Gunny** → Guest
2 years ago

Better the illegal ballots be destroyed than counted

👍 2    👎 0    Reply    Share ›

**antiliberalcryptonite** → Guest
2 years ago

BINGO

👍 0    👎 0    Reply    Share ›

**King David**
2 years ago

Thank You!

👍 1    👎 0    Reply    Share ›

**Mark Dickison**
2 years ago

You sure the name isn't 2000 Donkey's?

👍 1    👎 0    Reply    Share ›

**Deadly Earnest** → Mark Dickison
2 years ago

I think it's called 2000 Libt@rds.

👍 1    👎 0    Reply    Share ›

**GK85**
2 years ago

Catherine Engelbrecht/Gregg Phillips will go down as two of the greatest patriots in American history. Do your part and spread the word about True the Vote and 2000 Mules

Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 43 of 88
CONFIDENTIAL
PDSA-0000045



**GK85** 🔒⁺
2 years ago

Catherine Engelbrecht/Gregg Phillips will go down as two of the greatest patriots in American history. Do your part and spread the word about True the Vote and 2000 Mules.

👍 1   👎 0   Reply   Share ›

**mmoffatt2626@gmail.com** 🔒⁺
2 years ago

Oh man....if only this info and more, could be plastered in creative ways in the publics face... leading up to 2022. MAYBE, just maybe ... ! We need creative gorilla marketing of this incredible info and Jan 6th and the laptop from hell...all of it...in the publics face, over and over...creatively...and confidently!

👍 1   👎 0   Reply   Share ›

**cb1512** 🔒⁺
2 years ago

Maga snowflakes don't deal with reality very well do they..

👍 1   👎 1   Reply   Share ›

This comment was deleted.

**Highlander** 🔒 👻 ♥   → Guest
2 years ago

They're like a pesky venereal disease ... but they CAN be eradicated.

👍 2   👎 0   Reply   Share ›

This comment was deleted.

**White Knight** 🔒⁺ 🔷 🔷 👻 🔷   → Guest
2 years ago

I have a Zero Tolerance Policy towards trolls like you.

So you are now blocked - Goodbye !

👍 0   👎 0   Reply   Share ›

**Jeff**
2 years ago

Trumpcake is still the president of Mara lago

👍 1   👎 1   Reply   Share ›

**AIKIDO**   → Jeff
2 years ago

When was the election?

👍 1   👎 0   Reply   Share ›

**AIKIDO**   → Jeff
2 years ago

Adam Schiff is lookin for ya...

👍 0   👎 0   Reply   Share ›

**AIKIDO**   → Jeff
2 years ago

Give your Jihadi men friends kisses from all of us

👍 0   👎 0   Reply   Share ›

**Jeff**
2 years ago

The far right group think has destroyed this country.

Cope and seethe

👍 1   👎 1   Reply   Share ›

Sponsored Content

ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 44 of 88
CONFIDENTIAL
PDSA-0000046

The far right group think has destroyed this country.

Cope and seethe

👍 1    👎 1    Reply    Share ›

**Set845** 2 years ago → Jeff

Soon we'll be rounding you up and taking you to our far right reeducation camps. Where you will learn eighth grade civics and recite The Pledge of Allegiance.

👍 1    👎 0    Reply    Share ›



Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**cb1512** → Set845
2 years ago

Spare us the star spangled bulls h i t fascist. Not enough red white and blue to camouflage your fat fascist #sses...

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Karen or Magafag? So hard to tell the difference these days.

👍 0    👎 1    Reply    Share ›



**Learn the Truth About Hair Loss and How to Control It**

**Set845** → cb1512
2 years ago

Ooh triggered. Say the Pledge of Allegiance with me. Come on. You can do it.

👍 1    👎 0    Reply    Share ›

**4freedom** → Set845
2 years ago

It doesn't know it.

👍 1    👎 0    Reply    Share ›

**AIKIDO** → Set845
2 years ago

He cant....it has the word REPUBLIC IN IT....ITS LIKE HIS GARLIC

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Mad grandma

👍 0    👎 0    Reply    Share ›

**AIKIDO** → Jeff
2 years ago

We see you fell for it, just like RUSSIA RUSSIA RUSSIA

👍 0    👎 0    Reply    Share ›

**cb1512**
2 years ago

Malcolm Nance 60 year old combat vet done talking.. What a true FREEDOM fighter looks like.

👍 1    👎 1    Reply    Share ›

This comment was deleted.

**cb1512** → Guest
2 years ago

Gonna stop playing GI JOE and start doin?

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 45 of 88
CONFIDENTIAL
PDSA-0000047



**cb1512** → Guest
Gonna stop playing GI JOE and start doin?

👍 0   👎 0   Reply   Share›

**Set845** → cb1512
2 years ago

Mohammed the founder of a false religion. What a true child molester looks like.

👍 0   👎 0   Reply   Share›

**cb1512** → Set845
2 years ago

God a dirty pedophile.. raping a 12 year old engaged pre teen making Jesus the illegitimate bastard son of a child f u c k e r and a rape victim?

AAAAMEN!! Let Us 'PREY'

👍 0   👎 0   Reply   Share›

**Set845** → cb1512
2 years ago

Another faithful of the false religion which is Islam. Smoked out. Thank you for your cooperation.

👍 0   👎 0   Reply   Share›

**cb1512** → Set845
2 years ago

Xian God a pedophile.. 12 year old engaged pre teen.. Long tradition..for cross lizards

👍 0   👎 0   Reply   Share›

**Set845** → cb1512
2 years ago

I'll try to use small words. God never came down to Earth. Moron. Haha

👍 0   👎 0   Reply   Share›

**cb1512** → Set845
2 years ago

Get down cross crawler You're worshipping a grifting bastard

👍 0   👎 0   Reply   Share›

This comment was deleted.

**RockinRo2** → Guest
2 years ago

Busted Russian disinformation troll ^^

👍 2   👎 0   Reply   Share›

**The Gunny** → Guest
2 years ago

1 second

👍 0   👎 0   Reply   Share›

This comment was deleted.

**TheBullhorn** → Guest
2 years ago

You've misspelled your own name again gal it should be Holena, That's fixed it for you.

👍 0   👎 0   Reply   Share›

This comment was deleted.

**TheBullhorn** → Guest
2 years ago

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 46 of 88
CONFIDENTIAL
PDSA-0000048



That's fixed it for you.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**TheBullhorn**  → Guest
2 years ago

Holena da ho it's got a ring to it.

👍 0    👎 0    Reply    Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Trump lost

👍 1    👎 2    Reply    Share ›

This comment was deleted.

**AIKIDO**  → Guest
2 years ago

cORRECTION: 27%

👍 2    👎 0    Reply    Share ›

**Set845**  → Guest
2 years ago

Hence the obvious panic. Try to enjoy it.

👍 0    👎 0    Reply    Share ›

**AIKIDO**  → FATHER BUCK FIDEN(Gunny)
2 years ago

wHEN?

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Set845**  → Guest
2 years ago

I see it frightens you. That pleases me immensely. Go on tell me more. I love it.

👍 3    👎 0    Reply    Share ›

This comment was deleted.

**Set845**  → Guest
2 years ago

Islam is a joke.

👍 3    👎 0    Reply    Share ›

**cb1512**  → Set845
2 years ago

I saw no Muslims at your 1-6 sedition.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Hermes**  → Guest
2 years ago

Another blocked pedo troll.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Jay W**  → Guest
2 years ago

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 47 of 88
CONFIDENTIAL
PDSA-0000049



Another blocked pedo troll.

This comment was deleted.

**Jay W** 🔹 Guest
2 years ago

10's of people showed up for 'Joementia' today in New Hampshire. It was awe-inspiring!

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**midwestpatriot70** 🔹 Guest
2 years ago

Sure, when cheating is the only way for some candidates to win, as everyone saw.

👍 2   👎 1   Reply   Share ›

This comment was deleted.

**GetReady** 🔹 Guest
2 years ago

You will be able to vote if you turn 18 on or before election day.

👍 1   👎 0   Reply   Share ›

**fideetveritate** 🔹 Guest
2 years ago

joke bidet did none of these things, he is but a puppet. The fraud machine has been operating and refining it's operations since 1960, maybe earlier.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**fideetveritate** 🔹 Guest
2 years ago

Laugh away, the truth will eventually come out, it is leaking out now in so many ways. Why would you want to be on the side that thinks lying and cheating is ok? It's beyond me, I was brought up to believe integrity was important.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**fideetveritate** 🔹 Guest
2 years ago

So why do you dismiss truth and facts as they are presented and side with the liars?

👍 0   👎 0   Reply   Share ›

**midwestpatriot70** 🔹 Guest
2 years ago

I feel sorry for people who believe their own bs.

👍 0   👎 0   Reply   Share ›

**DR WINN** 🔹 Guest
2 years ago

We all know that he is not that smart. If fact it would require that someone be as vacuous as him to become the perfect hand puppet with years of senate experience. They turned him into the perfect stooge that he has become. Just like Kamalamalalala.

👍 0   👎 0   Reply   Share ›

**Jay W** 🔹 Guest
2 years ago

Absolutely!

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 48 of 88
CONFIDENTIAL
PDSA-0000050

vacuous as him to become the perfect hand puppet with years of senate experience. They turned him into the perfect stooge that he has become. Just like Kamalamalalala.

0 0 Reply Share ›

Jay W → Guest
2 years ago

Absolutely!

And OJ Simpson is innocent, Bruce Jenner is a woman and men can menstruate.

It's a strange world.

0 0 Reply Share ›

cb1512
2 years ago

Ron Watkins Q... and his insane Qballs started this disgusting kiddie diddling thing running rampant on RW media ..Don't see libs accusing anyone of pedophilia.. You people are broken..and the powers that be in your party know it.

1 4 Reply Share ›

AIKIDO → cb1512
2 years ago

YOU AND YOUR ILK WILL BE CRUSHED.....

1 1 Reply Share ›

cb1512 → AIKIDO
2 years ago

Right..just like in 2020.. Get a job..

1 2 Reply Share ›

This comment was deleted.

cb1512 → Guest
2 years ago

Real estate

Get a job

0 0 Reply Share ›

This comment was deleted.

AIKIDO → Guest
2 years ago

he will be out of one soon

1 0 Reply Share ›

cb1512 → AIKIDO
2 years ago

LOL Wasted?

0 0 Reply Share ›

cb1512 → Guest
2 years ago

I own much...

Get a job

0 0 Reply Share ›

This comment was deleted.

cb1512 → Guest
2 years ago

Poor? Need a loan?

ADVERTISEMENT

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It



**cb1512** → Guest
2 years ago

Poor? Need a loan?

0    0    Reply    Share›

**AIKIDO** → cb1512
2 years ago

GOIN DOWN....NEVER to be heard from again....LOSER....YOU ARE DONE.

0    0    Reply    Share›

**cb1512** → AIKIDO
2 years ago

Poor old porch whiner...

0    0    Reply    Share›

**AIKIDO** → cb1512
2 years ago

where?

0    0    Reply    Share›

**cb1512** → AIKIDO
2 years ago

Old men are boring

0    0    Reply    Share›

**Set845** → cb1512
2 years ago    edited

Ok blueanon Russiagate groomer. I don't know anyone who's heard of Q. But your Russia hoax was mainstream. Don't throw rocks in a glass house moron.

0    0    Reply    Share›

**cb1512** → Set845
2 years ago

And again freak leave kids alone..

0    0    Reply    Share›

**cb1512** → Set845
2 years ago    edited

"If that's what it is I love it," JR regarding dirt on HRC to Putin's apparatchiks at TrumpTower.Conspiracy to collude and plenty of obstruction.. Mueller; Impeach..

Donny has always been Vlads loyal fellatist

0    0    Reply    Share›

**Set845** → cb1512
2 years ago

You're lost. Durham just stated that Trump Tower Russian Bank connection was man made. It was made up by Sussman, the hag's very own lawyer. Moron. You know absolutely nothing because that's the way you want it. Fantasy boy.

0    0    Reply    Share›

**Olena**
2 years ago

Bunch of crap for Trumpy rubes.

2    5    Reply    Share›

**Pamela Rogers** → Olena
2 years ago

KEEP DREAMING SWEET CHEEKS, WE ARE WINNING BACK WHAT WE HAVE ALREADY WON. ENOUGH OF THE LIBERAL CORRUPTION E N O U G H !!!!!!

3    0    Reply    Share›

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
*Nerve Recovery Max*

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL



**Pamela Rogers** → Olena
2 years ago

KEEP DREAMING SWEET CHEEKS, WE ARE WINNING BACK WHAT WE HAVE ALREADY WON. ENOUGH OF THE LIBERAL CORRUPTION E N O U G H !!!!!!

👍 3    👎 0    Reply    Share ›

**Harold Angel** → Olena
2 years ago

You know what you and Herpes have in common?

👍 2    👎 0    Reply    Share ›

**Aussie4Trump2024!** → Harold Angel
2 years ago

everything?

👍 1    👎 0    Reply    Share ›

**Bidenisapuppet** → Olena
2 years ago · edited

I would be upset too if my mommy was too stupid to spell my name right Olena. What is wrong with Elena idiot. You are an ugly thing and stupid to boot

👍 1    👎 0    Reply    Share ›

This comment was deleted.

This comment was deleted.

**Martina Vaslovik** → Guest
2 years ago

Yup! I did.

👍 0    👎 0    Reply    Share ›

**American Fealty** → Guest
2 years ago

As useless as your moms genitals that only produce cucks.

👍 1    👎 0    Reply    Share ›

**H. Spires** → American Fealty
2 years ago

And cooties.

👍 0    👎 0    Reply    Share ›

**Cj**
2 years ago

we have to have a plan and you have everybody call it out like the media does White Lies call it out with the call of action here are the numbers to call here are the places to go here's what we're gonna do

👍 0    👎 0    Reply    Share ›

**Jim Johnson**
2 years ago

The professionals from California were reassigned to the 6 battleground States. Which Counties were they from? Look at the Counties which elected Republicans...

👍 0    👎 0    Reply    Share ›

**cleoshep**
2 years ago

The trolls are screaming "show me the proof" and on all the comment boards and we have nothing. NOTHING. Unless you give us the names and addresses of the so called "mules" then we still have nothing. The videos by themselves, without names and addresses, are worse than useless. All this movie will do is increase frustration.

Without actual names (first name, middle initial, last name) and an addresses this is of no more value than those phony weight loss "testimonials" such as "Bob in Toledo lost 427 pounds" in the clickbait ads. If the

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 51 of 88
CONFIDENTIAL
PDSA-0000053

2 years ago

The true underlying Covid-related problem is an alleged 2020 election fraud. This movie shows NOTHING. Unless you give us the names and addresses of the so called 'mules' then we still have nothing. The videos by themselves, without names and addresses, are worse than useless. All this movie will do is increase frustration.

Without actual names (first name, middle initial, last name) and an addresses this is of no more value than those phony weight loss "testimonials" such as "Bob in Toledo lost 427 pounds" in the clickbait ads. If the videos are real then find out who the names and addresses of the crooks who were committing felony voter fraud and give them to us. Show us the license plates of the cars.

If you won't publicly announce the names then this effort will fail.

👍 0   👎 0   Reply   Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**B**  birdlegend
2 years ago

Joetard says Putin is a war criminal who has committed war crimes , atrocities and genocide.

So is George Bush -- and nothing happened to him.

👍 0   👎 0   Reply   Share ›

**S**  ShareTheWealth
2 years ago

If i were them, I'd be leaving the country 'before' the election!...

👍 0   👎 0   Reply   Share ›

**BUCK FIDEN**  The Gunny ★★★★★
2 years ago

Finding a Democrat voter who was denied the right to vote is as easy as finding a picture of a pregnant Michelle Obama.

👍 0   👎 0   Reply   Share ›

**Learn the Truth About Hair Loss and How to Control It**

The Dali Llama
2 years ago

Will anyone in power even be asked to explain this latest evidence of widespread voter fraud?

👍 0   👎 0   Reply   Share ›

Joe Fine  ➤ The Dali Llama
2 years ago

I hear Bill Barr will get right on it

👍 0   👎 0   Reply   Share ›

Scrwey Louie
2 years ago

Midterms are harder to cheat on because they are conducted at a County level. Back in the Mondale Era when the Democrat Farmers Labor Party ( DFL) represented the farmers and outstate counties.. Today the County Maps are completely reversed with Republican outstate Counties that cannot be easily watered down by the urban voters who are Democrats.

👍 0   👎 0   Reply   Share ›

USA4TRUMP
2 years ago

There's no question that the Communist Democrats stole the election and since then have destroyed our economy, our military and the health of Americans who were mandated to take a vaccine that real scientist and medical doctors have discovered contain ingredients that are killing healthy people all over the world.

👍 0   👎 0   Reply   Share ›

Kalt
2 years ago

I like the idea of a movie exposing this to the public. I do wish they would expedite this. they have been sitting on this information for going on a year now. Also they could have chosen a better name for the movie. 2000 mules sounds like a bad(or possibly good?) porno

👍 0   👎 0   Reply   Share ›

**J**  Jack DeMolay
2 years ago

A FRONTLINE analysis of two databases tracking lawsuits found that more than 400 election-related cases

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 52 of 88
CONFIDENTIAL
PDSA-0000054

I like the idea of a movie exposing this to the public. I do wish they would expedite this. they have been sitting on ??? (you could add with a ??? Also the reference to a ??? summer name. Just make a movie. 2000 mules sounds like a bad(or possibly good?) porno

👍 0   👎 0    Reply   Share ›

**J** Jack DeMolay
2 years ago

A FRONTLINE analysis of two databases tracking lawsuits found that more than 400 election-related cases have been filed in the U.S. in 2020 by political parties, campaign committees, activists and individual voters. The majority of cases have focused on voting by mail in the midst of COVID-19, voting in person during the pandemic, and the counting of a historic number of mail-in ballots, FRONTLINE found

👍 0   👎 0    Reply   Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*



**Learn the Truth About Hair Loss and How to Control It**

**G** gale storm
2 years ago

We are quite aware of the corruption during the 2020 election. ...we need to be proactive in 2022 and 2024. If it means physically watching everything that's what has to be done! Cameras and patriots everywhere.

👍 0   👎 0    Reply   Share ›

**Commie-Crusher**
2 years ago   edited

Former Bush-Cheney administration top advisor Matthew Dowd claimed Wednesday that Jesus would be called a "groomer" if he were alive today.

Hey groomer, Jesus Christ is alive today...

👍 0   👎 0    Reply   Share ›

**Bob Johnson** ⚧
2 years ago

Ballot stuffing is horrible. But what's more horrible is the voting machines we have to vote on.

👍 0   👎 0    Reply   Share ›

**Steve Walker** ⚧
2 years ago

So tell me folks, after watching this video, and others before, WHAT American would stand by there and watch somebody with gloves on depositing ballot after ballot in one of those boxes. WHERE were the real Americans here. I would certainly have gotten physical over that....Our COWARDICE as a Nation of people is off the charts now....

👍 0   👎 0    Reply   Share ›

**C** claspur ⚧
2 years ago

The Plot Against the President just came on, on Newsmax. (2hrs.)
Never saw much of this before...it's good stuff.

👍 0   👎 0    Reply   Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Russian Orthodox catholic Priest Found Guilty of Violent Sex Acts With Children at Orthodox Christian Youth Camps

14 years in a high-security penal colony for "especially cynical" violent sexual acts with minors.

The abuse took place at Orthodox youth camps in Russia between 2020 and 2021 according to local reports on Wednesday

👍 0   👎 0    Reply   Share ›

**S** Set845 ⚧ ↗ FATHER BUCK FIDEN(Gunny)
2 years ago

There's no such thing as a Russian Orthodox CATHOLIC priest. Moron!!!

👍 5   👎 0    Reply   Share ›

**DragonsPaw.blogspot** ⚧ ↗ Set845
2 years ago

Maybe it was a joke? It sure made me laugh!

👍 0   👎 0    Reply   Share ›

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 53 of 88
CONFIDENTIAL
PDSA-0000055

DragonsPaw.blogspot → Set845
2 years ago
Maybe it was a joke? It sure made me laugh!

👍 0   👎 0   Reply   Share ›

**Set845** → FATHER BUCK FIDEN{Gunny}
2 years ago
You forgot Democrat priest. You're welcome.

👍 1   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}**
2 years ago
Trump

👍 0   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}**
2 years ago
Trump lost...

👍 0   👎 0   Reply   Share ›

**Set845** → FATHER BUCK FIDEN{Gunny}
2 years ago
Then why are you so frightened of him? If he lost then he should lose again. Right?

👍 2   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}** → Set845
2 years ago
Trump lost

👍 0   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}**
2 years ago
Courts open 8:30 am. I assume you wack jobs will be bringing the movie in right lol.

👍 0   👎 0   Reply   Share ›

**Set845** → FATHER BUCK FIDEN{Gunny}
2 years ago
Hey foreigner posing as an American. What's the capital of Cincinnati?

👍 2   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}**
2 years ago
Trump lost

👍 0   👎 0   Reply   Share ›

**Set845** → FATHER BUCK FIDEN{Gunny}
2 years ago
What are your pronouns again? It's hard keeping track of all you lunatics!

👍 2   👎 0   Reply   Share ›

**FATHER BUCK FIDEN{Gunny}** → Set845
2 years ago
Trump lost...

👍 0   👎 0   Reply   Share ›

**Set845** → FATHER BUCK FIDEN{Gunny}
2 years ago
Are you a bumper sticker?

👍 1   👎 0   Reply   Share ›

**Dee McClanahan**

ADVERTISEMENT
Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 54 of 88
CONFIDENTIAL
PDSA-0000056



Set845    2 years ago
Are you a bumper sticker?

👍 1   👎 0    Reply   Share ›

Dee McClanahan    2 years ago
Jim, are you worried about this same process being used in 2022 and 2024 but with the mules not using their phones any more since you've exposed how they work?

👍 0   👎 0    Reply   Share ›

cb1512  → Dee McClanahan    2 years ago
Only fraud was bogus Republican electors.

👍 0   👎 0    Reply   Share ›

Set845  → cb1512    2 years ago
What are your pronouns?

👍 0   👎 0    Reply   Share ›

BUCK FIDEN   The Gunny  → Set845    2 years ago
It, Freak & JOMO

👍 0   👎 0    Reply   Share ›

V.    2 years ago
things you need latex gloves for;
stealing, voting in drop boxes.

👍 0   👎 0    Reply   Share ›

V.    2 years ago  edited
latex gloves for voting
yep, it's totally above board!!!

👍 0   👎 0    Reply   Share ›

cb1512    2 years ago
Truth is out there .

👍 0   👎 0    Reply   Share ›

Set845  → cb1512    2 years ago
Here's some truth. And it ain't out there. It's right here. I'm rich and you're poor. Is that enough truth for you?

👍 0   👎 0    Reply   Share ›

cb1512  → Set845    2 years ago
OMG... You're so nuts.

👍 0   👎 0    Reply   Share ›

Set845  → cb1512    2 years ago
OMG... You're so poor.

👍 0   👎 0    Reply   Share ›

cb1512  → Set845    2 years ago
Can' stop stalking, I'll have to do it for you. Bye-Polar..

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 55 of 88
CONFIDENTIAL
PDSA-0000057

Sponsored Content

2 years ago

△ 0   ▽ 0   Reply   Share ›

**cb1512** 🔒   → Set845
2 years ago

Can' stop stalking, I'll have to do it for you. Bye-Polar.

△ 0   ▽ 0   Reply   Share ›

**Set845** 🔒 ♡ ☺ ❖   → cb1512
2 years ago

You see, son, if you come in here biting everybody don't be surprised if someone
bites back. Hard.

△ 0   ▽ 0   Reply   Share ›

**Demskill**
2 years ago

I am sure we will get to the bottom of this and justice served by perhaps 2085.

△ 0   ▽ 0   Reply   Share ›

**cb1512** 🔒   → Demskill
2 years ago   edited

LOL Do Area 51... Sasquatch? Amelia Earhart? China Clipper?

△ 0   ▽ 0   Reply   Share ›

**Big Mike** 🔒 ♡ ❖
2 years ago

The Washington Generals AKA the Republican Party leadership will do EVERYTHING to to stay in minority
including certifying any and all Democrat election fraud.

△ 0   ▽ 0   Reply   Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Russian Orthodox catholic Priest Found Guilty of Violent Sex Acts With Children at Orthodox Christian Youth
Camps

14 years in a high-security penal colony for "especially cynical" violent sexual acts with minors.

The abuse took place at Orthodox youth camps in Russia between 2020 and 2021 according to local
reports on Wednesday

△ 0   ▽ 0   Reply   Share ›

**truthmatterslol** 🔒 ♡ ❖
2 years ago

perfect summation of what democrats/rinos are ... Proverbs 30:11-14
(11) There is a generation that curses its father,
And does not bless its mother.
(12) There is a generation that is pure in its own eyes,
Yet is not washed from its filthiness.
(13) There is a generation—oh, how lofty are their eyes!
And their eyelids are lifted up.
(14) There is a generation whose teeth are like swords,
And whose fangs are like knives,
To devour the poor from off the earth,
And the needy from among men.

△ 0   ▽ 0   Reply   Share ›

This comment was deleted.

**Globalist Juice** 🔒   → Guest
2 years ago

#IQMatters

△ 1   ▽ 0   Reply   Share ›

This comment was deleted.



**This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch**

*Nerve Recovery Max*

**Learn the Truth About Hair
Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 56 of 88
CONFIDENTIAL
PDSA-0000058



#IQMatters

👍 1  👎 0   Reply  Share ›

This comment was deleted.

**AIKIDO** ➔ Guest
2 years ago · edited

JIHADIST... Reported

👍 1  👎 0   Reply  Share ›

**hightechstuff** ➔ Guest
2 years ago

My dog and I.... Simple grammar.

👍 0  👎 0   Reply  Share ›

**AIKIDO**
2 years ago

DUMBOCRAT PAVLOVS DOGS BELL is in the article: 2000 mules.. MAKES THEM RUN, But soon it will make them run away, but these poor slobs on here, NEED THE MONEY

👍 0  👎 0   Reply  Share ›

**cb1512**
2 years ago

Keep hunting for voter fraud until they medicate you or put you in the booby hatch for a while. You're not well people and have way too much time on your hands spending most of it online jerking each other off compounding your "issues". Close your browsers, get a hobby or a job better.. Walmart Greeter is good, rite?

👍 0  👎 0   Reply  Share ›

**Set845** ➔ cb1512
2 years ago

I own two very successful businesses as well as a lot of property. You?

👍 2  👎 0   Reply  Share ›

**AIKIDO** ➔ cb1512
2 years ago

But we are not TURNING PURPLE, AND OUR BRAINS ARE still the same size...

👍 1  👎 0   Reply  Share ›

**cb1512** ➔ AIKIDO
2 years ago

Burdens on American taxpayers..dead weight

👍 0  👎 0   Reply  Share ›

**AIKIDO** ➔ cb1512
2 years ago

Then leave, you will never be missed, ya aint gonna last long anyway, so being in denial isnt that bad is it?

👍 2  👎 0   Reply  Share ›

**cb1512** ➔ AIKIDO
2 years ago

Let's do an exchange.. Immigrants for you dead weight

👍 0  👎 0   Reply  Share ›

**AIKIDO** ➔ cb1512
2 years ago

Speakin of dead weight.... KEEP FRAUDCI's number handy he might have gotten a cure for the VAIDS by now

👍 0  👎 0   Reply  Share ›

**Set845** ➔ cb1512
2 years ago

Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 57 of 88
CONFIDENTIAL
PDSA-0000059



Speakin of dead weight...KEEP FRAUDCI's number handy he might have gotten
a cure for the VAIDS by now

👍 0    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 → cb1512
2 years ago

Dead weight? You don't even have a job. Trolling for minimum wage is not a real
job, it's an embarrassment.

👍 0    👎 0    Reply    Share ›

**AIKIDO** →
2 years ago

You cant smell nuttin. ..COVID DESTROYED EVERYTHING ABOUT YOU. your brain, your immune system, way
of life, and soon your life

👍 1    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 → AIKIDO
2 years ago

Is THAT is funny. Awesome.

👍 0    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 →
2 years ago

Oh but I do. And you on the other hand are dirt poor. I can buy and sell you a hundred times over. I love my
white privilege.

👍 1    👎 0    Reply    Share ›

**AIKIDO** → Set845
2 years ago

Of course he is, 2000mules phrase is his pavlov dog bell...MONEY MONEY MONEY....

👍 2    👎 0    Reply    Share ›

**cb1512** 🎗️ → Set845
2 years ago

You smell poor. Think you can hide who you are online? LOL Ask your grandkids boomer.

👍 0    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 → cb1512
2 years ago

Sure thing Skippy.

👍 0    👎 0    Reply    Share ›

**cb1512** 🎗️ → Set845
2 years ago

Talk to your grandkids Boomer.. Can't hide... Sorry

👍 0    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 → cb1512
2 years ago

So much envy. Keep it up. I love it.

👍 0    👎 0    Reply    Share ›

**cb1512** 🎗️ → Set845
2 years ago

Grandkids lie like you pauper? Need a loan? LOL

👍 0    👎 0    Reply    Share ›

**Set845** 🎗️ 💬 ☺ 🌐 → cb1512
2 years ago

Calling me a liar doesn't make it so. Sorry bro. But I'm still rich and you're still
poor.

👍 0    👎 0    Reply    Share ›

ADVERTISEMENT
Sponsored Content



**This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch**

Nerve Recovery Max



**Learn the Truth About Hair
Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 58 of 88
CONFIDENTIAL
PDSA-0000060



**Set845** 2 years ago → cb1512

Calling me a liar doesn't make it so. Sorry bro. But I'm still rich and you're still poor.

👍 0    👎 0    Reply    Share ›

**AIKIDO** → Set845
2 years ago  edited

wITH 280 comments, you know he hustles when the pavlov dog bell rings... HE IS SO POOR. He sleeps on dirt, eats from wooden boxes, and uses newspaper to wipe his butt.

👍 1    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Post your address old woman..We'll pass the hat.. :)

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago  edited

You're owned by your own jealousy and lack of direction and drive. Why don't you go smoke another joint. You will feel better. I promise. Or better still. Why don't you get off your butt and make something of your life. But you won't becsuse you are a coward.

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago  edited

Never say libs let a sad old head case go hungry Post your address and we'll send some charity your way ..:)

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

I'm done. I actually tried to help you for a second. What was I thinking? You're lost. Too bad for you.

👍 0    👎 0    Reply    Share ›

**AIKIDO** → Set845
2 years ago

You can never help people with IQ's less than 42.

👍 1    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

LOL Obama Care GO

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

Buh bye loser. Enjoy the welfare. Can't say you don't deserve it. Your fault. Not mine.

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

OWNED.. :)

👍 0    👎 0    Reply    Share ›

**AIKIDO** → cb1512
2 years ago

You are nothing so you own nothing

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 59 of 88
PDSA-0000061



**AIKIDO** → cb1512
2 years ago

You are nothing so you own nothing

👍 1    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

Ooh I am everything you hate aren't I? You hate me so much you can't look away. Who owns who? I told you I can buy and sell you a hundred times over. It's because I'm smart.

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Crisis old woman? We can call 911.. Glad to help. :)

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

Liberal, stupid, and in Seattle is no way to go through life son.

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Meltdown? We'd be glad to call 911.. Post your address..

👍 0    👎 0    Reply    Share ›

**AIKIDO** → cb1512
2 years ago

You could never do that, you dont even know their number

👍 0    👎 0    Reply    Share ›

**Set845** → cb1512
2 years ago

After you show me your browser history. Well I gotta get going. Some of us have business to attend to in the morning. I rather enjoyed putting you in your place. Remember I did try to help you.

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Always glad to help the less fortunate. :)

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Porta Potties Ooh impressive Franchise? LOLOLOL

👍 0    👎 0    Reply    Share ›

**cb1512** → Set845
2 years ago

Porta Potties Ooh impressive Franchise? LOLOL

👍 0    👎 0    Reply    Share ›

**AIKIDO** → cb1512
2 years ago

cALL him sometime he needs them cleaned, its better than soros money

👍 1    👎 0    Reply    Share ›

**Set845** → cb1512

ADVERTISEMENT

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 60 of 88
CONFIDENTIAL
PDSA-0000062



2 years ago

cALL him sometime he needs them cleaned, its better than soros money

👍 1    👎 0    Reply    Share ›

**Set845** 2 years ago ← cb1512

Childish jealous tantrums only betray you. They don't hurt me, in fact it pleases me. You'll never achieve a hundredth of what I have.

👍 0    👎 0    Reply    Share ›

**Jeff**
2 years ago

Pillow man has all the pcaps

irrefutable proof

lol

👍 0    👎 0    Reply    Share ›

**unworthy** → Jeff
2 years ago

You just can't go back once you've had a MyPillow

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**unworthy** → Guest
2 years ago

ChiComm Chen no speak-o english.

👍 1    👎 0    Reply    Share ›

**V.**
2 years ago

Ukrainian Drones Have Been Targeting Civilians

👍 0    👎 0    Reply    Share ›

**Jeff**
2 years ago

Pillow man will reinstate the trumpcake any day now

👍 0    👎 0    Reply    Share ›

**unworthy** → Jeff
2 years ago

You got one, too?

They are the best pillows ever!

👍 0    👎 0    Reply    Share ›

**AIKIDO** → Jeff
2 years ago

mY grandson is laughing at you

👍 0    👎 0    Reply    Share ›

**Set845**
2 years ago

Hey everybody! cb1512 thinks the ridiculous Russia hoax was real news! He believes that ridiculous pee tape story. Even after it's been proven false time and time again. Haha what a moron!!

👍 0    👎 0    Reply    Share ›

**AIKIDO** → Set845
2 years ago

Shows ya.... Most dumbocrats IQ's are less than 42, but his has to less than 35

👍 1    👎 0    Reply    Share ›

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 61 of 88
PDSA-0000063



tape story. Even after it's been proven false time and time again. Haha what a moron!!

👍 0   💬   Reply  Share ›

**AIKIDO**  → Set845
2 years ago

Shows ya... Most dumbocrats IQ's are less than 42, but his has to less than 35

👍 1   👎 0   Reply  Share ›

**C  cb1512**
2 years ago

So... the whole baby eating sex trafficking Pizza Parlor pedo ring QBALL lunacy thing mainstream Xian Neo Fascist Conservatism now?

What happens when intellectually lazy poorly educated and raised people allow their crazy extremists to do their thinking for them?

306 - 232

Note: Hate, Hunter and Mickey Mouse NOT enough... Not even

👍 0   👎 0   Reply  Share ›

This comment was deleted.

**AIKIDO**  → Guest
2 years ago

He is a founder

👍 1   👎 0   Reply  Share ›

**C  cb1512**  → Guest
2 years ago

Watkins..

👍 0   👎 1   Reply  Share ›

**S  Set845**  → cb1512
2 years ago

I don't know anyone who knows that story. Where your ridiculous Russia hoax was mainstream. The fake news lied to you every day for years and you loved every minute of it. You loved being lied to so much that you keep going back for more. Pathetic.

👍 0   👎 0   Reply  Share ›

**AIKIDO**  → Set845
2 years ago

They are not that smart to realize its fake....HELL THEY ARE DUMBOCRATS. WHAT ELSE WOULD YOU EXPECT?

👍 1   👎 0   Reply  Share ›

**C  cb1512**  → Set845
2 years ago

Learning from your mistakes or doomed to repeat them? Capable or constipated?

👍 0   👎 0   Reply  Share ›

This comment was deleted.

**C  cb1512**  → Guest
2 years ago

Ron Watkins QBALL

👍 0   👎 0   Reply  Share ›

**AIKIDO**  → cb1512
2 years ago

aha....the 9 year old comes out...KNEW IT

👍 0   👎 0   Reply  Share ›

**C  cb1512**  → AIKIDO
2 years ago

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 62 of 88
CONFIDENTIAL
PDSA-0000064



Sponsored Content
ADVERTISEMENT

aha....the 9 year old comes out...KNEW IT

👍 0    👎 0    Reply    Share ›

**cb1512** ⤷ AIKIDO
2 years ago

There's that kiddie obsession again.. Uber creepy

👍 0    👎 0    Reply    Share ›

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**AIKIDO** ⤷ cb1512
2 years ago

Get off the booze and glue, makes the vax brain erosion faster, and increases your number of purple spots

👍 0    👎 0    Reply    Share ›

**cb1512** ⤷ AIKIDO
2 years ago

Don't project.. Tiresome and boring.. Capable of learning from your mistakes?

👍 0    👎 0    Reply    Share ›



**Learn the Truth About Hair Loss and How to Control It**

This comment was deleted.

**cb1512** ⤷ Guest
2 years ago

Ron Watkins does exist and his disciples feed you every day

👍 0    👎 0    Reply    Share ›

**AIKIDO** ⤷ cb1512
2 years ago

Its a warning.....take it or leave it....up to you

👍 0    👎 0    Reply    Share ›

**cb1512** ⤷ AIKIDO
2 years ago

Your party is old and obsolete. Deal

👍 0    👎 0    Reply    Share ›

**Jeff**
2 years ago

January 6th is our national shame

Cry and seethe

👍 0    👎 0    Reply    Share ›

**unworthy** ⤷ Jeff
2 years ago

Yes. It was when peaceful protesters were attacked and then became political prisoners.

👍 1    👎 0    Reply    Share ›

**AIKIDO** ⤷ Jeff
2 years ago

Need to stop cryin, it makes the purple spots spread

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**AIKIDO** ⤷ Guest
2 years ago

Same as Godzilla

👍 0    👎 0    Reply    Share ›

**Louis Richard** ♀ ◉ ◈
2 years ago



Same as Godzilla

0    0    Reply   Share ›

**Louis Richard**
2 years ago

TY
From Québec

0    0    Reply   Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Why does 100 fed up use a picture from 20 years ago?

0    0    Reply   Share ›

**cb1512**
2 years ago

Maga fascists still haven't recovered from Obama getting Osama.. Devastating.

I doubt they will ever recover from 306-232.. Should we care?

0    0    Reply   Share ›

**Falconfan**  → cb1512
2 years ago

It doesn't take a degree in psychology to realize that you have a strong "deep" sexual obsession with President Trump. It's cool, most of you trolls dream of being on your knees before The Don, waiting patiently for your reward. Your shame for your fantasies make you write bad things about him You don't have to do that, you can be nice about him and still sexually fantasize about The Donald.

0    0    Reply   Share ›

**cb1512**  → Falconfan
2 years ago

Ew ... Toadstool penis and matted yeti pubes? The worst 90 seconds of my life." Says Stormy Daniels...and she's a porn star.. again ew

0    0    Reply   Share ›

This comment was deleted.

**cb1512**  → Guest
2 years ago

You are nobody.

0    0    Reply   Share ›

This comment was deleted.

**cb1512**  → Guest
2 years ago

You are nobody..

0    0    Reply   Share ›

This comment was deleted.

**cb1512**  → Guest
2 years ago

You are nobody

0    0    Reply   Share ›

**Set845**  → cb1512
2 years ago

And you're a genius because you can't make a lamp.

0    0    Reply   Share ›

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 64 of 88
CONFIDENTIAL
PDSA-0000066



You are nobody

**Set845** 🔹 → cb1512
2 years ago

And you're a genius because you can't make a lamp.

👍 0    👎 0    Reply    Share ›

**cb1512** 🔹 → Set845
2 years ago

Medicated?

👍 0    👎 0    Reply    Share ›

**Set845** 🔹 → cb1512
2 years ago

Why is it that you loons have no sense of humor? You're not funny. Really.

👍 0    👎 0    Reply    Share ›

**cb1512** 🔹 → Set845
2 years ago

Humor not in maga fascists DNA.. one of your many inherent character flaws.

👍 0    👎 0    Reply    Share ›

**Set845** 🔹 → cb1512
2 years ago

You just can't click with people can you? I can tell because you don't understand what is funny and what is not. So you kind of half whit stumble around. Not much of a social butterfly are ya?

👍 0    👎 0    Reply    Share ›

**cb1512** 🔹 → Set845
2 years ago

So bitter.. Old and poor? sad

👍 0    👎 0    Reply    Share ›

**J.Rod** 🔹 → cb1512
2 years ago

Hey chunk. 398th account? Haha

👍 0    👎 0    Reply    Share ›

**cb1512** 🔹 → J.Rod
2 years ago

My #1 gay fan boi

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Blueberry Muffin** 🔹 → Guest
2 years ago

Mother
Of
All
Boomerangs
MOAB

Jump ship Democrats? Stop helping this elite crime family playing you for cash, power grabs.

👍 8    👎 0    Reply    Share ›

**cb1512** 🔹
2 years ago

Sheep gotta be fleeced..

👍 0    👎 0    Reply    Share ›

**cb1512** 🔹
2 years ago

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 65 of 88
CONFIDENTIAL
PDSA-0000067

**cb1512**
2 years ago

Sheep gotta be fleeced..

👍 0   👎 0   Reply   Share ›

**cb1512**
2 years ago

Trumpski's BIG LIE... TOTAL BS says Bill Barr.

Grift

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin**   → Guest
2 years ago

I love the chickens line.

👍 5   👎 0   Reply   Share ›

**Blueberry Muffin**   → Guest
2 years ago

That was not the only racist "chicken coming home to roost" in the Democrats' "chicken coop" of racial hypocrisy. Another one laying racist eggs in the Democrat nest was Alexandria Ocasio-Cortez, D-N.Y. She accused Pelosi of "explicit singling out of newly elected women of color" for criticism of their tactics.

Guess who came to Pelosi's defense? President Trump, who said that she "was not a racist."

So how did Pelosi return the favor? She sponsored a resolution condemning Trump's tweet criticizing four non-White congresswomen as racist.

👍 4   👎 0   Reply   Share ›

**Set845**   → Guest
2 years ago

Misfit chickens.

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**town crier**   → Guest
2 years ago

Why would scotus have anything to do with it? Even if it is proven that democrats in fact committed enough fraud to win the election in a couple states there is nothing for any judge anywhere do do anything about it. Take your precious Biden victory and continue running the country into the ground. Hope your proud of that victory, we'll done landfill material.

👍 0   👎 0   Reply   Share ›

**Set845**   → Guest
2 years ago

Yawn

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Set845**   →
2 years ago

You're right! I hadn't thought of it that way.

👍 3   👎 0   Reply   Share ›

**cb1512**   →
2 years ago

With nearly all hate crimes committed by white right wingers. Why is that?

👍 0   👎 0   Reply   Share ›

**cb1512**   →

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 66 of 88
CONFIDENTIAL
PDSA-0000068



C **cb1512** 🔁
2 years ago

With nearly all hate crimes committed by white right wingers. Why is that?

👍 0   👎 0   Reply   Share ›

C **cb1512** 🔁 ↗
2 years ago

Really think Dirty Donny wouldn't play with working girls? Grow up.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin** 🔁 ↗ Guest
2 years ago

In the process of clarifying what is involved in being a democrat and dissolving the alleged paradox of democratic theory, it will become evident that one popular argument often levelled against resistance to democratic law is without foundation. This is the argument that any democrat who conscientiously disobeys valid democratic law is necessarily behaving inconsistently with his democratic principles; and, therefore, if someone does conscientiously disobey valid democratic law, it proves he is not 'really' a democrat after all

👍 7   👎 0   Reply   Share ›

**sue** 🔁 ↗ Blueberry Muffin
2 years ago

That's quite a mouthful! But great reasoning!

👍 1   👎 0   Reply   Share ›

**Blueberry Muffin** 🔁 ↗ sue
2 years ago

(confessions of a copy paster)

👍 8   👎 0   Reply   Share ›

C **cb1512** 🔁 ↗ Guest
2 years ago

Who cares what a fat old lounge lizard does with prostitutes? Puke inducing idea.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

S **Set845** 🔁 💬 👤 ❤ ↗ Guest
2 years ago

He's coming for you. Soon. Haha

👍 1   👎 0   Reply   Share ›

**town crier** 🔁 ↗ Guest
2 years ago

It would appear he has never left your head.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

S **Set845** 🔁 💬 👤 ❤ ↗ Guest
2 years ago

Islam is a false religion.

👍 1   👎 0   Reply   Share ›

This comment was deleted.

S **Set845** 🔁 💬 👤 ❤ ↗ Guest
2 years ago

Says the groomer of innocent children. Have you registered as a sex offender yet?

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 67 of 88
CONFIDENTIAL
PDSA-0000069



This comment was deleted.

**Set845** ✒ ♡ ☺ ♦ → Guest
2 years ago
Says the groomer of innocent children. Have you registered as a sex offender yet?

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin** ✒ → Guest
2 years ago
Will Joe Biden give them all crack pipes? So we can help wean the democrat folk off of fentanyl?
Importing Democratic Voters/Drugs/Human Trafficking 2024

👍 10   👎 0   Reply   Share ›

This comment was deleted.

**town crier** ✒ → Guest
2 years ago
How many votes did Biden win by in your "landslide"?

👍 1   👎 0   Reply   Share ›

**Xiden** → Guest
2 years ago
Will Biden fix the lowest test scores of all time?

👍 2   👎 0   Reply   Share ›

This comment was deleted.

**Xiden** → Guest
2 years ago
Not true. Test scores went up.

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**Xiden** → Guest
2 years ago
How?

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**Xiden** → Guest
2 years ago
So, you have nothing? Gotcha

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**Xiden** → Guest
2 years ago
Lol. Real news? Lol

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**Xiden** → Guest

Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 68 of 88
CONFIDENTIAL
PDSA-0000070



2 years ago

This comment was deleted.

**Xiden** → Guest
2 years ago

You call me ignorant while you refuse to look at any news besides your left wing crap?

👍 1   👎 0   Reply   Share ›

**cb1512**
2 years ago

You really have lost your minds..

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**cb1512** → Guest
2 years ago  edited

Never too tightly wrapped..

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin** → Guest
2 years ago

"Free your mind and the rest will follow
Don't be color blind don't be so shallow"

The folk need bubble wrap to escape their addiction to racism. They can pop bubbles for therapy.

👍 5   👎 0   Reply   Share ›

**cb1512** → Guest
2 years ago

Dried and fried old stoner..

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin** → Guest
2 years ago

ESL?
Sign language?
Hooked on Ebonics?
Body language?
Fluid gender?

👍 7   👎 0   Reply   Share ›

**cb1512** → Guest
2 years ago

meh

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Blueberry Muffin** → Guest
2 years ago

Beat me to it! I didn't even see this until after I posted.

Imagine. Joe Manchin turning down programs that could turn his state's addicts into zombies with benefits.
So... un democrat.

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 69 of 88
CONFIDENTIAL
PDSA-0000071



**Blueberry Muffin** → Guest
2 years ago

Beat me to it! I didn't even see this until after I posted.

Imagine. Joe Manchin turning down programs that could turn his state's addicts into zombies with benefits.
So.... un democrat.

👍 9    👎 0    Reply   Share ›

This comment was deleted.

This comment was deleted.

This comment was deleted.

This comment was deleted.

**Blueberry Muffin** → Guest
2 years ago

Why folk.

👍 7    👎 0    Reply   Share ›

This comment was deleted.

This comment was deleted.

**Blueberry Muffin** → Guest
2 years ago

"Space is exciting"- Kamala The Harris

👍 9    👎 0    Reply   Share ›

**cb1512**
2 years ago

Still? What's wrong with you people?

👍 0    👎 0    Reply   Share ›

This comment was deleted.

**Youruncklebob** → Guest
2 years ago  edited

You dumbocrats leave out the important part. They got booted because they haven't lived in the state long enough to be on the ballot. Read the articles dumbo. It's not a blow to Trump. He will win no matter what.

👍 0    👎 0    Reply   Share ›

**RockinRo2**
2 years ago

Biden has the support of all those in his empty wheat field rallies.

👍 0    👎 0    Reply   Share ›

This comment was deleted.

**SSN COB** → Guest
2 years ago  edited

So you held it in your mouth or your rectum? You have to be factual. It took both hands. Was he able to manipulate it around your body and hit both orifices ?
When you say tiny, is that compared to 4 black guys that ravaged you and left you bleeding?

👍 1    👎 0    Reply   Share ›

**Youruncklebob** → Guest
2 years ago

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 70 of 88
CONFIDENTIAL
PDSA-0000072

So you need it in your mouth or your rectum? You have to be factual. It took both hands?
Was he able to maneuver it around your body and hit both orifices?
When you say tiny, is that compared to 4 buck guys that ravaged you and left you bleeding?

👍 1  👎 0    Reply  Share ›

**Yourunclebob** 👤 · Guest
2 years ago

A porn star paid Trump $300,000 to have sex with her. Sounds like a stud to me.

👍 0  👎 0    Reply  Share ›

**BUCK FIDEN  The Gunny** → Guest
2 years ago

1 second

👍 0  👎 0    Reply  Share ›

This comment was deleted.                                                    ⋯

**RockinRo2** → Guest
2 years ago

Fat Russian boy posting from Putin's bedroom ^^

👍 2  👎 0    Reply  Share ›

**SSN COB** → Guest
2 years ago

Groomed in Disneyland?

👍 1  👎 0    Reply  Share ›

This comment was deleted.                                                    ⋯

    **SSN COB** → Guest
    2 years ago

    Now you are Gender Dysphoric and should be institutionalized.

    👍 0  👎 0    Reply  Share ›

    This comment was deleted.                                        ⋯

    **SSN COB** → Guest
    2 years ago

    Free is what you want. I'm not going to let you off that easy. I will allow you to
    starve, as you have no worth to humanity.

    👍 1  👎 0    Reply  Share ›

    This comment was deleted.                                        ⋯

    **SSN COB** → Guest
    2 years ago

    I'm going to hurt more than your feelings. I am going to starve every
    homosexual/LGBTQXYZ person that tried to force their ideology on my children
    and on society. There will be a reckoning.

    👍 1  👎 0    Reply  Share ›

    This comment was deleted.                                        ⋯

    **SSN COB** → Guest
    2 years ago

    I am a heterosexual male. That is biology. Whatever you are is not within the
    realm of nature. That makes you abnormal and a freak  Seek help.

    👍 0  👎 0    Reply  Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Russian Orthodox catholic Priest Found Guilty of Violent Sex Acts With Children at Orthodox Christian Youth
Camps

Sponsored Content

**This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch**

*Nerve Recovery Max*

**Learn the Truth About Hair
Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 71 of 88
CONFIDENTIAL
PDSA-0000073



Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

Nerve Recovery Max



Learn the Truth About Hair Loss and How to Control It

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Russian Orthodox catholic Priest Found Guilty of Violent Sex Acts With Children at Orthodox Christian Youth Camps

14 years in a high-security penal colony for "especially cynical" violent sexual acts with minors.

The abuse took place at Orthodox youth camps in Russia between 2020 and 2021 according to local reports on Wednesday

👍 0    👎 0    Reply    Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

It's hard to believe the Russian Trump is dumber then the American trump

👍 0    👎 0    Reply    Share ›

**FATHER BUCK FIDEN(Gunny)**
2 years ago

Trump lost

👍 0    👎 0    Reply    Share ›

**Guest**
2 years ago

JOMO, I have a policy, IBM
I Block Morons.

👍 0    👎 0    Reply    Share ›

**Guest** ↱ Guest
2 years ago

Caught one:

Comment by Olena blocked

👍 1    👎 0    Reply    Share ›

This comment was deleted.

**Harmonica** 💟 🏅 ↱ Guest
2 years ago

He won. And every time Biden tries to shake hands with Casper the ghost, it only reinforces the fact that there's no way he won the election, let alone shattered the record for the popular vote. You're only fooling yourself!

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Vida Galore** 👤⁺ ↱ Guest
2 years ago

Dunno 'bout that, he still lives rent free in your noggin.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Vida Galore** 👤⁺ ↱ Guest
2 years ago

Maybe Morgan is a fool.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Yourunclebob** 👤⁺ ↱ Guest
2 years ago

Trump is the most investigated person on the planet. Guess what dumbo. They never find a thing.

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL

Page 72 of 88

PDSA-0000074

This comment was deleted.

**Y** **Yourunclebob** ⚫⁺ ➜ Guest
2 years ago

Trump is the most investigated person on the planet. Guess what dumbo. They never find a thing. Never. Trump is squeaky clean. Keep lying. It's all dumbocrats can do

👍 1   👎 0   Reply   Share ›

This comment was deleted.

**Y** **Yourunclebob** ⚫⁺ ➜ Guest
2 years ago

Only one talking stupid is you. Get your head out of your arse.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Y** **Yourunclebob** ⚫⁺ ➜ Guest
2 years ago

No. You disappointed me. I can't believe a person could be as dumb as you are. Such a shame

👍 0   👎 0   Reply   Share ›

**elitesnobhammer** ♕ ⬚ ◈
2 years ago

Russia test fired the Satan2 today. It gives them back first strike capability and we have nothing to defend against it's 16,000 mph scram jet.

👍 0   👎 0   Reply   Share ›

**G** **Guest** ➜ elitesnobhammer
2 years ago

Hard to be impressed. They aren't doing nearly as well in Ukraine as you would expect. Too much vodka?

👍 0   👎 0   Reply   Share ›

**S** **Sven sampsonite** ◈
2 years ago

Saw Joe biden at the gas pump today.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**S** **Sven sampsonite** ◈ ➜ Guest
2 years ago

Couldn't tell.somebody tried to scratch him off the pump. The other side of the pump had a picture off obama on it and said Joe built that.

👍 1   👎 0   Reply   Share ›

**VVV**
2 years ago  edited

The Dems and GOPe struck a deal.Dems would do the dirty work of stealing the election to boot Trump out, and the GOPe wouldn't raise any objections.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Chicago Dude** ➜ Guest
2 years ago

Said the moron with numbers instead of name.

👍 2   👎 0   Reply   Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

---

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 73 of 88
CONFIDENTIAL
PDSA-0000075



**Chicago Dude** → Guest
2 years ago
Said the mcron with numbers instead of name

👍 2   👎 0   Reply   Share ›

> **Hermes** → Chicago Dude
> 2 years ago
> It's a scum bag with a brand new pedo troll account. Blocked.
>
> 👍 1   👎 0   Reply   Share ›

**ShockingPink**
2 years ago
Great interview! Thanks!

👍 0   👎 0   Reply   Share ›

**Louis Richard**
2 years ago
TY for your effort, dedication, intelligence and courage

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**BUCK FIDEN The Gunny** → Guest
2 years ago
FACT

👍 5   👎 0   Reply   Share ›

**Harmonica** → Guest
2 years ago
Don't forget Harrison Deal and Brian O'Sullivan.

👍 1   👎 0   Reply   Share ›

**White Knight**
2 years ago
Terrible audio, it keeps breaking up.

👍 0   👎 0   Reply   Share ›

**HangOnTight**
2 years ago
30 year fixed mortgage 6.75%

2% points higher than last month.

👍 0   👎 0   Reply   Share ›

**The Lone Ranger**
2 years ago
We will not accept taxation without representation for much longer!

👍 0   👎 0   Reply   Share ›

**Randy Marsh**
2 years ago
enough w the money making movie marketing paired with ZERO action. DO SOMETHING

👍 0   👎 0   Reply   Share ›

> **The Lone Ranger** → Randy Marsh
> 2 years ago
> What action should they take?
>
> 👍 0   👎 0   Reply   Share ›
>
> This comment was deleted.

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
*Nerve Recovery Max*

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 74 of 88
CONFIDENTIAL
PDSA-0000076



**The Lone Ranger** 👤 ✦ ✦ 👤 ✦ → Randy Marsh

What action should they take?

👍 0    👎 0    Reply   Share ›

This comment was deleted.

**The Lone Ranger** 👤 ✦ ✦ 👤 ✦ → Guest
2 years ago

There is only one source for the protection against what the left has done to us and that is We The People!
There is no institution or individual who we can turn to and expect them to fix this!
ONLY WE THE PEOPLE can insist that enough is enough!
Change comes when We draw the line in the sand!
At some point we will reach that point when WE become so mad that WE will not take it anymore!

👍 0    👎 0    Reply   Share ›

This comment was deleted.

**The Lone Ranger** 👤 ✦ ✦ 👤 ✦ → Guest
2 years ago

Personal choice is still personal!
Live and die by your own choices!

👍 1    👎 0    Reply   Share ›

**The Great Zot** 👤 → The Lone Ranger
2 years ago

Reasoning with a coward gets you nowhere. That 🔺 is beyond reason.

👍 0    👎 0    Reply   Share ›

**White Knight** 👤 ✦ ✦ 👤 ✦
2 years ago

25 minutes late to start, hopefully a full copy will appear later ?

👍 0    👎 0    Reply   Share ›

**White Knight** 👤 ✦ ✦ 👤 ✦
2 years ago

'It's live Jim, but not in a format we know of'.........
.

👍 0    👎 0    Reply   Share ›

**DR WINN** 👤
2 years ago

Is this where the live broadcast is supposed to be? What am I missing?

👍 0    👎 0    Reply   Share ›

**ImforUs** 👤
2 years ago

If I were to guess,,,,,
the "free speech" group MOTU is making sure this is not seen!

👍 0    👎 0    Reply   Share ›

**RC877** ✦ ✦ 👤 → ImforUs
2 years ago

then how can they call themselves "free speech group"...

👍 0    👎 0    Reply   Share ›

**Joseph Dirt** 👤
2 years ago

Why did you delete my post

👍 0    👎 0    Reply   Share ›



Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

*Nerve Recovery Max*



Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 75 of 88
PDSA-0000077

**Joseph Dirt** ≗⁺
2 years ago

Why did you delete my post

👍 0    👎 0    Reply    Share ›

> **Scratchin me head** ♥ ➔ Joseph Dirt
> 2 years ago
>
> Disqus is shadow banning
>
> 👍 1    👎 0    Reply    Share ›

> **Blazing Patriots** ≗⁺ ➔ Joseph Dirt
> 2 years ago
>
> They deleted one of mine too. Might as well be on Twitter
>
> 👍 0    👎 0    Reply    Share ›

> > **RC877** ♥ ♥ ☺ ➔ Blazing Patriots
> > 2 years ago
> >
> > key words...you still gotta keep it classy folks.
> >
> > 👍 0    👎 0    Reply    Share ›

**White Knight** ≗⁺ ♥ ♥ ☺ ♥
2 years ago

Is that 5pm ET or EST .?

👍 0    👎 0    Reply    Share ›

> **RC877** ♥ ♥ ☺ ➔ White Knight
> 2 years ago
>
> hahahahaha
>
> 👍 0    👎 0    Reply    Share ›

**Chicago Dude**
2 years ago

You sure it's 5:00 PM ET and not 5: 07 ?

👍 0    👎 0    Reply    Share ›

**Joseph Dirt** ≗⁺
2 years ago

Anybody know how to watch the live stream

👍 0    👎 0    Reply    Share ›

**Panapal.** ≗⁺
2 years ago

LINK

👍 0    👎 0    Reply    Share ›

> **Bubba01** ≗⁺ ➔ Panapal.
> 2 years ago
>
> Missing
>
> 👍 0    👎 0    Reply    Share ›

**Blazing Patriots** ≗⁺
2 years ago

where's it streaming at? Any link?

👍 0    👎 0    Reply    Share ›

**HangOnTight**
2 years ago

When and where is this movie coming out?

👍 0    👎 0    Reply    Share ›

**White Knight** ≗⁺ ♥ ♥ ☺ ♥
2 years ago

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 76 of 88
CONFIDENTIAL
PDSA-0000078

**H** HangOBate
2 years ago

When and where is this movie coming out?

👍 0  👎 0   Reply  Share ›

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

*Nerve Recovery Max*

**White Knight** 2 years ago

It's now 5.01 Eastern - 22.01 in the UK. but so far no link to the broadcast........

👍 0  👎 0   Reply  Share ›

**S** Salty Army Savage
2 years ago

After musk takes twitter we red pill the normal people

👍 0  👎 0   Reply  Share ›

**°RU°EthanCarterIII**
2 years ago

Take as long as you need, its not like anybody believes things will change.

👍 0  👎 0   Reply  Share ›



**Learn the Truth About Hair Loss and How to Control It**

**P** publiusnj
2 years ago

Time's a-wasting. The sooner this gets out and the more time before the next election, the greater the impact.

👍 0  👎 0   Reply  Share ›

**Toadally Todd**
2 years ago

No rush, you know the clock is just ticking............release the damned documentary already!

👍 0  👎 0   Reply  Share ›

**Wow**
2 years ago

Scheduling problem, more evidence to drop or just getting ducks in order???

👍 0  👎 0   Reply  Share ›

> **E** EyesWideOpen1216  ↱ Wow
> 2 years ago
>
> Evidence is literally raining down, by the hour.
>
> 👍 2  👎 1   Reply  Share ›
>
> > This comment was deleted.
> >
> > > **D** DR WINN  ↱ Guest
> > > 2 years ago
> > >
> > > do you live in your mothers basement? do you have a degree in genders studies?
> > >
> > > 👍 0  👎 1   Reply  Share ›

**D** DR WINN
2 years ago

is the live broadcast here?

👍 0  👎 0   Reply  Share ›

**allegre.raul**
2 years ago

There are already mailboxes and post offices all over, so why the need for drop boxes? Is it because there are laws involving committing crimes involving the mail that are serious, but drop boxes are nothing under the law so they're a free for all?

👍 0  👎 0   Reply  Share ›

**antiliberalcryptonite**
2 years ago

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 77 of 88
CONFIDENTIAL
PDSA-0000079



There are already mailboxes and post offices all over, so why the need for drop boxes? Is it because there are laws against committing crimes involving the mail that are serious, but drop boxes are nothing under the law so they're a free for all?

👍 0   👎 0   Reply   Share ›

**antiliberalcryptonite** 👤⁺ 💬 👍 🏆 ⊘
2 years ago
FREE Beer - Tomorrow

👍 0   👎 0   Reply   Share ›

**Louis Richard** 👍 💬 ⊘
2 years ago
TY Catherine Engelbrecht and associate Gregg Phillips

👍 0   👎 0   Reply   Share ›

This comment was deleted.

  **Joe Fine** 👤⁺ 💬 👍 🏆 ⊘   ➔ Guest
  2 years ago
  Denial is not a River^^^^^^

  👍 0   👎 0   Reply   Share ›

This comment was deleted.

  **Seeker** 👤⁺ 💬 👍 🏆 ⊘   ➔ Guest
  2 years ago
  Incorrect there are no fine leftists.

  👍 3   👎 0   Reply   Share ›

  **Lockup the Biden Crime Family**   ➔ Guest
  2 years ago
  Tr Ann y Nate ^^

  👍 2   👎 0   Reply   Share ›

  **Steve Walker** 👤⁺ 💬 ⊘   ➔ Guest
  2 years ago
  AND very STUPID ones here too... LOOK in a mirror, you'll see one... A BLOCKED one...

  👍 1   👎 0   Reply   Share ›

**Jeff**
2 years ago
Dominion actually favored the trumpcake according to the pillow ninjas

👍 0   👎 1   Reply   Share ›

  **AIKIDO**   ➔ Jeff
  2 years ago
  THATS why your bank account is being check next thursday

  👍 1   👎 0   Reply   Share ›

**Jeff**
2 years ago
It's important that right wingers learn to cope

👍 0   👎 1   Reply   Share ›

  **AIKIDO**   ➔ Jeff
  2 years ago
  YOU can take your anti gravity boots off now

  👍 1   👎 0   Reply   Share ›

**Jeff**
2 years ago
Still no evidence of election fraud despite the far right group think

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max



**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 78 of 88
CONFIDENTIAL
PDSA-0000080



**Jeff**
2 years ago

Still no evidence of election fraud despite the far right group think

Cope and seethe

👍 0   👎 1   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

Pretty good with that braille typewriter

👍 3   👎 0   Reply   Share ›

This comment was deleted.

**AIKIDO** → Guest
2 years ago

He is blind

👍 1   👎 0   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

Your bank account will be checked next week...

👍 0   👎 0   Reply   Share ›

**cb1512** → AIKIDO
2 years ago

Paranoia is wrecking you old head

👍 0   👎 0   Reply   Share ›

**AIKIDO** → cb1512
2 years ago

Youre too

👍 0   👎 0   Reply   Share ›

**Jeff**
2 years ago

JFK will reinstate trumpcake any day now

👍 0   👎 1   Reply   Share ›

**unworthy** → Jeff
2 years ago

Is Stacy Abrams still claiming she's governor of Georgia and there was election fraud? Yes.

👍 1   👎 0   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

WHAT YA gonna do when the glue becomes hard to get? Just sniff the booze bottle? AND MOST of
the drug stores are all out of white skin tone concealer....LOTS OF PURPLE GOIN ROUND

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Jeff** → Guest
2 years ago

Cope and seethe

👍 0   👎 1   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

THE IDIOTS talkin phrase of the day...they gotta get it in 29 times a day or they

Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch**

Nerve Recovery Max

**Learn the Truth About Hair
Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Englebrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-englebrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 79 of 88
CONFIDENTIAL
PDSA-0000081



2 years ago

**AIKIDO** → Jeff
2 years ago

THE IDIOTS talkin phrase of the day...they gotta get it in 29 times a day or they dont get paid

👍 0    👎 0    Reply    Share ›

**Jeff** → AIKIDO
2 years ago

Cope

👍 0    👎 0    Reply    Share ›

**unworthy** → Jeff
2 years ago

Prefer to crush commies.

And it's underway. .

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**The Great Zot** → Guest
2 years ago

Whole lotta dope going on. Grow up, gash.

👍 2    👎 0    Reply    Share ›

**Set845** → Guest
2 years ago

Mohammed was a serial child rapist.

👍 1    👎 0    Reply    Share ›

This comment was deleted.

**Hermes** → Guest
2 years ago

I see you pedo trolls are back sliming up the internet. Back to your DC cesspool pedo troll.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**Guest** → Guest
2 years ago

Not you.
**FLUSHED**

👍 0    👎 0    Reply    Share ›

**Guest** → Guest
2 years ago

Comment by Olena blocked
I always flush and starve the dumb ones like Olena.

👍 0    👎 0    Reply    Share ›

This comment was deleted.

**The Lone Ranger** → Guest
2 years ago

This is beyond the Supreme Court!

👍 2    👎 0    Reply    Share ›

This comment was deleted.

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch

*Nerve Recovery Max*

Learn the Truth About Hair Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 80 of 88
CONFIDENTIAL
PDSA-0000082



This is beyond the Supreme Court!

👍 2    👎 0    Reply   Share ›

*This comment was deleted.*

**The Lone Ranger** 👤 ◈ ◈ ◈ ◈   ➔ Guest
2 years ago

Just beyond the Courts and Congress and the Executive Branch and even the state governments!
ALL government derives its consent from the governed!
If we no longer consent, then they can no longer govern!

👍 1    👎 0    Reply   Share ›

*This comment was deleted.*

**The Lone Ranger** 👤 ◈ ◈ ◈ ◈   ➔ Guest
2 years ago

We both know that is not true!

👍 1    👎 0    Reply   Share ›

*This comment was deleted.*

**HUNK** 👤   ➔ Guest
2 years ago

Yet here you are.
You f'n loser troll.

👍 3    👎 0    Reply   Share ›

*This comment was deleted.*

**American Beagle** ◈   ➔ Guest
2 years ago

Trump won.

👍 2    👎 0    Reply   Share ›

**cb1512** 👤
2 years ago

Dominion will own RW media before they're through and a whole lot of crappy pillows too.

👍 0    👎 2    Reply   Share ›

**V.** 👤 ◈   ➔ cb1512
2 years ago

you've been saying that for two years.

👍 0    👎 0    Reply   Share ›

**cb1512** 👤   ➔ V.
2 years ago

Wait for it...

👍 0    👎 1    Reply   Share ›

**V.** 👤 ◈   ➔ cb1512
2 years ago

2 moor weeks

👍 0    👎 0    Reply   Share ›

**cb1512** 👤   ➔ V.
2 years ago

Wheels of justice move slowly

👍 0    👎 0    Reply   Share ›

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 81 of 88
CONFIDENTIAL
PDSA-0000083





0 0 Reply Share ›

cb1512 → V.
2 years ago
Wheels of justice move slowly
0 0 Reply Share ›

This comment was deleted.

cb1512 → Guest
2 years ago
correct
0 0 Reply Share ›

Jeff
2 years ago
Trump lost

Cope and seethe
0 2 Reply Share ›

AIKIDO → Jeff
2 years ago
COME BACK with more than 1 comment....worthless
1 0 Reply Share ›

Set845 → Jeff
2 years ago
Wait. Are you telling me to seethe? I don't know if you know this but real people don't emote on command. I thought you should know that, algorithm.
1 0 Reply Share ›

unworthy → Jeff
2 years ago
There is no amount of powerful evidence that will make the commies admit they cheated.
1 0 Reply Share ›

Jeff → unworthy
2 years ago
What evidence?
0 0 Reply Share ›

AIKIDO → Jeff
2 years ago
You arent smart enough to understand....
1 0 Reply Share ›

Jeff → AIKIDO
2 years ago
Cry and seethe
0 0 Reply Share ›

AIKIDO → Jeff
2 years ago
So thats what you are doin over your VAIDS...OK SO I GET IT...GOOD LUCK WITH THAT
1 0 Reply Share ›

AIKIDO → Jeff
2 years ago
Purple spots yet?
0 0 Reply Share ›

unworthy → Jeff

ADVERTISEMENT
Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Purple spots yet?

👍 0   👎 0   Reply   Share ›

**unworthy** → Jeff
2 years ago

See?

👍 0   👎 0   Reply   Share ›

**Hermes** → Jeff
2 years ago

Off you go Cinderella. Back to your DC cesspool.

👍 0   👎 0   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

When?

👍 0   👎 0   Reply   Share ›

**AIKIDO** → Jeff
2 years ago

wHEN?

👍 0   👎 0   Reply   Share ›

**V.** → Jeff
2 years ago

says the AZOV Battalion troll

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Set845** → Guest
2 years ago

Didn't have to. We got their cell tower pings and geofenced them. Funny how they were all stopping by Stacy Abrahm's place. What do you have to say about that smart guy?

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Set845** → Guest
2 years ago

You said it. Anyone with a brain. The brain trust is very low on your side. Like your testosterone. The idiots even took selfies holding tons of ballots to prove to their handers (Stacey) to get paid. We got the street cameras. Like I said the brain trust is low in your side.

👍 0   👎 0   Reply   Share ›

**Set845** → Guest
2 years ago

Idiot. Try harder. We just got this info. Try to keep up.

👍 0   👎 0   Reply   Share ›

This comment was deleted.

**Set845** → Guest
2 years ago

Have you registered as a sex offender yet?

👍 0   👎 0   Reply   Share ›

**cb1512** → Set845
2 years ago

Your obsession with children? Uber creepy.

Sponsored Content

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**

Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 83 of 88
PDSA-0000085



Set845  → Guest
2 years ago
Have you registered as a sex offender yet?

👍 0    👎 0    Reply  Share ›

cb1512  → Set845
2 years ago
Your obsession with children? Uber creepy

👍 0    👎 0    Reply  Share ›

Set845  → cb1512
2 years ago
I'm putting the spotlight on your ideals.

👍 0    👎 0    Reply  Share ›

cb1512  → Set845
2 years ago
See a shrink.

👍 0    👎 0    Reply  Share ›

Set845  → cb1512
2 years ago
I have Jesus. You?

👍 0    👎 0    Reply  Share ›

cb1512  → Set845
2 years ago
My dog a better Xian

👍 0    👎 0    Reply  Share ›

cb1512  → Guest
2 years ago
Grifters

👍 0    👎 1    Reply  Share ›

Set845  → cb1512
2 years ago
Say what, groomer?

👍 0    👎 0    Reply  Share ›

cb1512  → Set845
2 years ago
More sex with children? Get some help, Francine

👍 1    👎 1    Reply  Share ›

Set845  → cb1512
2 years ago  edited
You're the groomer of innocent children. I'm just here to remind everyone of
what evil monsters you people really are.

👍 0    👎 0    Reply  Share ›

cb1512  → Set845
2 years ago
Or get a goat..

👍 0    👎 0    Reply  Share ›

This comment was deleted.

SSN COB  → Guest
2 years ago
Looks like Disney and their protections for groomers is coming to an end!!!! LMFAO!!! Your family is
going to be living in a dumpster fire!

👍 0    👎 0    Reply  Share ›

This Little-known Tip Can
Turn off Nerve Pain
(Neuropathy) Like a Light
Switch
*Nerve Recovery Max*

Learn the Truth About Hair
Loss and How to Control It

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 84 of 88
CONFIDENTIAL
PDSA-0000086



SSN COB  👤 → Guest
2 years ago
Looks like Disney and their protections for groomers is coming to an end!!!! LMFAO!!! Your family is going to be living in a dumpster fire!

👍 0    👎 0    Reply   Share ›

Vida Galore 👤⁺ → Guest
2 years ago
LMAO.

👍 0    👎 0    Reply   Share ›

This comment was deleted.

thebigdog 👤° 🔶 ◆ 🔶 → Guest
2 years ago
Trannies say the darndest things.

👍 5    👎 0    Reply   Share ›

This comment was deleted.

Yourunclebob 👤° → Guest
2 years ago · edited
You are a fool. It's funny that you come on this comment board and tell everyone that you are stupid. Do you wear a I'm stupid sign when you leave your cardboard box. You are definitely too dumb to have a home.

👍 1    👎 0    Reply   Share ›

This comment was deleted.

Yourunclebob 👤° → Guest
2 years ago
Haha. Lay off the antidepressants and wine dumbo.

👍 1    👎 0    Reply   Share ›

This comment was deleted.

Yourunclebob 👤° → Guest
2 years ago
Typical dumbocrat. Repeat the same lie over and over. It's called mass formation psychosis. Yeah. You got brainwashed.

👍 0    👎 0    Reply   Share ›

Chicago Dude → Guest
2 years ago
Stupid is knowing the truth,
seeing the truth,
but still believing in lies.

👍 1    👎 0    Reply   Share ›

The Lone Ranger 👤⁺ ◆ 🔶 🔶 ◆ → Guest
2 years ago
You still have yet to produce any evidence of that!

👍 0    👎 0    Reply   Share ›

This comment was deleted.

blueskymesa 👤⁺ → Guest
2 years ago
Mask don't work, so try again.

👍 1    👎 0    Reply   Share ›

BUCK  The Gunny → Guest



Sponsored Content
ADVERTISEMENT

**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 85 of 88
CONFIDENTIAL                                                                              PDSA-0000087



blueskymesa ⚲ → Guest
2 years ago

Mask don't work, so try again.

👍 1    👎 0    Reply    Share ›

BUCK FIDEN    The Gunny → Guest
2 years ago

2 seconds

👍 1    👎 0    Reply    Share ›

This comment was deleted.

The Great Zot → Guest
2 years ago

Goodbye, Olestra.

Grow up.

👍 2    👎 0    Reply    Share ›

This comment was deleted.

Seeker ⚲ ◈ ♡ ⊕ ◈ → Guest
2 years ago

Your dumb af. listen to the actual quote, then realize what Biden is doing to America. then go kill urself, fkr.

👍 4    👎 0    Reply    Share ›

Lockup the Biden Crime Family ◈ → Guest
2 years ago

Child abuser ^

👍 1    👎 0    Reply    Share ›

H. Spires ◈ → Guest
2 years ago

Did the bad orange man grab your momma? 😂😂😂Bye now little lefty lunatic. ⚠ 🖕

👍 1    👎 0    Reply    Share ›

Jeff
2 years ago

Trumpcake will never be president again

Cope and seethe

👍 0    👎 4    Reply    Share ›

zama202 → Jeff
2 years ago

STOP harmingGerbils.

👍 2    👎 0    Reply    Share ›

BUCK FIDEN    The Gunny → Jeff
2 years ago

2 seconds

👍 1    👎 0    Reply    Share ›

AIKIDO → Jeff
2 years ago

HE STILL IS

👍 0    👎 0    Reply    Share ›

This comment was deleted.

2thegates → Guest
2 years ago

Sponsored Content

This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch
Nerve Recovery Max

Learn the Truth About Hair Loss and How to Control It

👍 0    👎 0    Reply  Share ›

This comment was deleted.

**2thegates**  ➜ Guest    ⋯  🚩
2 years ago

Get a life.

Abortion dr daShawn
@abortion_dr_dashawn

12
Comments
0
Upvotes
0
Followers
0
Following

👍 1    👎 0    Reply  Share ›

This comment was deleted.

**2thegates**  ➜ Guest    ⋯  🚩
2 years ago

Your daddy is out there somewhere don't give up!!

👍 0    👎 0    Reply  Share ›

**Lockup the Biden Crime Family** 💎  ➜ Guest    ⋯  🚩
2 years ago

ᴧᴧᴧ LOSER TR ANNY NATE ᴧᴧᴧ

👍 1    👎 0    Reply  Share ›

---

📥 Subscribe    🔒 Privacy    🚫 Do Not Sell My Data

Sponsored Content



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
*Nerve Recovery Max*



**Learn the Truth About Hair Loss and How to Control It**

Sponsored





**$3 Ivermectin Made in the USA**
Ad by Ar Family Pharmacy



**Here's How Much You Should Pay for Affordable Gutter Guards**
Ad by LeafFilter Partner



**These Stained Glass Birds Are Taking Your State by Storm in 2024**
Ad by Shisson



**Urologist: Many Men With an Enlarged Prostate Don't Know About This Simple Trick**
Ad by TheraTrue



**Always Put a Crayon in Your Wallet When Traveling Alone, Here's Why**
Ad by Sogoodly



**Put a Red Cup Under the Toilet Seat, Here's Why**
Ad by Sogoodly

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000…
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-…
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
Page 87 of 88
CONFIDENTIAL
PDSA-0000089

2 years ago

0    0    Reply    Share ›



**Lockup the Biden Crime Family** 🌐 ↗ Guest
2 years ago

^^^ LOSER TR ANNY NATE ^^^

1    0    Reply    Share ›

🔔 Subscribe    🔒 Privacy    🚫 Do Not Sell My Data

Sponsored



**$3 Ivermectin Made in the USA**
Ad by All Family Pharmacy



**Here's How Much You Should Pay for Affordable Gutter Guards**
Ad by LeafFilter Partner



**These Stained Glass Birds Are Taking Your State by Storm in 2024**
Ad by Sherem



**Urologist: Many Men With an Enlarged Prostate Don't Know About This Simple Trick**
Ad by TRUHTow



**Always Put a Crayon in Your Wallet When Traveling Alone, Here's Why**
Ad by Sogoodly



**Put a Red Cup Under the Toilet Seat, Here's Why**
Ad by Sogoodly



**This Little-known Tip Can Turn off Nerve Pain (Neuropathy) Like a Light Switch**
Nerve Recovery Max

**Learn the Truth About Hair Loss and How to Control It**

ALSO ON THE GATEWAY PUNDIT



Trump's Golf Outing Was a Last-Minute Decision, Sources Reveal



Rule #1: When Hosting a High Profile Speaker at a Rally Always Do Your ...



Rule #1: When Hosting a High Profile Speaker at a Rally Always Do Your ...

Trump-Hating Gu Son Defends His [ Despite Alleged ...

**GATEWAY PUNDIT**
WHERE HOPE FINALLY MADE A COMEBACK

© 2024 The Gateway Pundit

Home    About Us    Contact    Privacy    Terms    Get Ad Free

Document title: VIDEO INTERVIEW: Gateway Pundit and 100% Fed Up to Interview Investigators Catherine Engelbrecht and Gregg Phillips Behind Upcoming "2000...
Capture URL: https://www.thegatewaypundit.com/2022/04/live-5-pm-et-gateway-pundit-100-fed-interview-investigators-catherine-engelbrecht-gregg-phillips-behind-...
Capture timestamp (UTC): Tue, 17 Sep 2024 14:39:55 GMT
CONFIDENTIAL
Page 88 of 88
PDSA-0000090