# EXHIBIT 101

# Web Data Collection Report

**Page Title**

Gateway Pundit Interview Catherine Engelbrecht and Gregg Phillips on '2000 Mules' - YouTube

**URL**

https://www.youtube.com/watch?v=aiuQCPxj_38

**Collection Date**

Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

6b29047dcdafe506106491aea08f5db183401aa852d45e18172528d017585cd497c4cb8ed7
06e0685767bda2816f9f663f8161e5819bd1d8ae5c7c6172b92b60bca5fcca2473a01a34ab
e99c51bb7b0b84afff1791b2d75fb219fc18d01da725c1cd30e9ab8dadd2987ec827fc04db
786557ca00d8142dcc405434d75dfbfc74997351e29136327f2df741fe999fa446a378e789
ae9fff8d7e6cbc064f3a6febb41fd4184c6f405e31364bc209162c60cf1de2453c5378204
692fc7ee849a616c950f1cba8beccaecc37b2b230a2ad8be06f0764cf9203ce194882bb9e
8fea2729b1cc6f6fe72568bc7f8287b934200c1436d70758f070a6fb7c8edb3ead5cc7

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

83665438c29a8cdbb5e1249f9df4bc02399cdc25ec40455390796f9facdeed0e

**Signature (PKCS#1v1.5)**

7f4ef4c3738f3f16926e238adad1344ff674c5b26ea845b37425f156b4ef772704795c7400
b3755406c2e4870f5201f9fa6916b0b6313b180a70a44f014457d2027b31a3cc6a7116db3
b4691d69d31e8ec3ad835a3ce7c27df99c4a82ec16ecc34425e7670598b52c1778719a5d1
5d3efe61985891cd8b57ee3d5fe32ac4cac062f3c42797bcfdb08416739b8844219b69686
29ecd3b84db55a16f7aff1d5408ca57832becf7f664ec7189fde221edcf210bfbd3621a1fb
e1bb061c6b338f00374c1e457b13efd0b44c4a803f7835d04c87f3257071c0b03e33bb8ff
406e42f388726a96b70f1867f08e123594abeb8470bdf2854867b89db716059ef83d488
0

VIDEO

**File Name**

https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_0.mp4

**Hash (SHA256)**

66e331f207b3ef0afcf4a224305048233a6066840e41856792024bec5b49e662

**Signature (PKCS#1v1.5)**

61055bbde3011f253b55bc6463d64c3c16b000c98ac57e8dfaac040b98db1751b8e7c911c
487fc435ee2fcaeab21ecd6bd36c56ddc351a8d3c2348368df5b44ddcad0db72a13fe48f2
0a3a317045f656b4b3b67aefaf82874960ad231ad0a00d060232795699b66083f2b6a381a
f16a981e32779c374ee9f41bad182fa9669b47a83735ca63f14cd07e8f80f71c27b69f214
d57249cea07f65675ea49f92717131e9428a9ace90235bf8f717baba849021387105c0de
2ff9d47abd77b9f864af9de69e34b6a46cd0126bf2a5a9a05d656956a22a98351e38a739
38c34a821d0f42ff5a39d6788ab5995f5b23625e62be918af379827a84dcbf0300db4351
eeae



Gateway Pundit Interview Catherine Engelbrecht and Gregg Phillips on '2000 Mules'

Unlisted

 Gateway Pundit
104K subscribers

 Subscribe    487       Share   ...

11,012 views  Streamed live on Apr 20, 2022
The Gateway Pundit and 100%FedUp Interview Catherine Engelbrecht and Gregg Phillips on Upcoming Movie '2000 Mules'

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_0.jpg

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Hash (SHA256)**
e254d046e0fc7e8b95272d6f9afa090e2fce6bbbe5402e2e4cf123e8c823096d

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
57bc9df62d8fc836ea646e85aa5baee291ee5c9e5f415dca918ffaba558818408f07400e8dea8be5
894425707f6243b8ca17f840d9b8bc5798731cc25347bd1061bd460d57d690b5dc447c7e74cf77d9
5af702c3ae72dcbd29059d7a538582a2cc0686b2b184aa418ac5a0e79fe73490c2631a377faaa02b
1c15d24b38184c43c0d60b89da7dc657151a2782af30c4ec10efaefe3910429ba15ca91e4458646
cdebec8a455602e0bc13d67008b916b9c9c4552bc3e77e1ba299b9084a0de9bb36582dd31d8a589
acc4d5f804a7afb450bced1e8557cd7a251930ce283a8a94cd09153e6b3c30cc88f83845e284b727
e6c9c3e0c79dd7cacf9d89d96ed9ee570



### Gateway Pundit Interview Catherine Engelbrecht and Gregg Phillips on '2000 Mules'

⊂⊃ Unlisted

**GP** Gateway Pundit
104K subscribers             [ Subscribe ]          👍 487   👎    ↗ Share   ···

11,012 views  Streamed live on Apr 20, 2022
The Gateway Pundit and 100%FedUp Interview Catherine Engelbrecht and Gregg Phillips on Upcoming Movie '2000 Mules'

### Transcript

Follow along using the transcript.

[ Show transcript ]

**GP** Gateway Pundit
104K subscribers

( ▶ Videos )  ( 👤 About )  ( **f** Facebook )  ( 📷 Instagram )

Show less

**48 Comments**   ⇅ Sort by

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
cc772989cd3d304a216a4ee58d0b92e005ebe60fafa866a1095db2fcd49d35c6

**Signature (PKCS#1v1.5)**
6afdca880131715ccfb1e4d3b84dff0f3e478a8c3395b23803e7ac4de1bbf7d4315a5470aef307e346
bb257146b24bf3e55b20cbba2d99526005e5e946df0e1d65ff25dc53b59fe7ec019fdd5ddcd7cbf0f5
f0e494a198654ce1453ce517f091978e65cdf49ae1e475b814fe2bf6e87e8ea60f3bc509699d530ee7
6f2aaa847cc7795295f128d73b976938afe029b0a5a195cf084de8d176f2a4ec65c1fedb61a9aae8a9
657567192347a02f31678f20725fcc77b9e1d27cdd83674766d4a20a0184509017d95ab48ee728a80
776f07c30b7ebfc15ae3b5657337b5b7e504cec886326700ee2102678bfee438cf23fc6a7da91d132a
1b17ab461dcc02041dd56

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

PDSA-0002174

Show less

48 Comments   Sort by



@jodinadeau4185 2 years ago
Bless ALL you Patriots 🖤🙏🖤

5   Reply



@CarolR 2 years ago
Shocking! This makes my blood boil! Thank you True The Vote for your hard work toward uncovering what happened in 2020. Looking forward to seeing the movie 2000 Mules.

6   Reply



@ivormectin3816 2 years ago
Waiting for this to be uploaded to Rumble, to watch.

3   Reply



@mikelee9886 2 years ago
People across the country need to put cameras on everything that they can before this next election. Need to get whatever hardware we can, even old smart phones (not too old) that have wifi, that you setup to stream the video continuously to a server. Could be plugged in on site with its charger and even if people see them they may dismiss it as someone just plugging their phone in to charge it. But anyway, point is getting cameras on everything possible relating to elections next time.

Show less

22   Reply

⌄ 1 reply



@edmundmay7503 2 years ago
Yes need the keep GQP from cheating.

Reply

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_2.jpg

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Hash (SHA256)**
4842364477fe84db226b1b69114a0772e941cd31c43586d6f2d2c60f553d3584

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7af87ef80579494579f9d28d520fed66ca9b61de2052457bfc27bbe35746893f24598db91825338d9
027f5f8fa98a32a8708ba6c1934a2ea1a9c029a3900878f981d07090f7ba992b0d1ab35098b0a39f4
66415caf7adbcf54eb64e6e90a9d4c39fbdd5d5d49dbce9de620ca8bd92ad45d990412ce6fbef39b4
092b6e3b07c88fccb563b3d73f64fe910251ac4b3bc4cec397dc6d9d8d6b002441eb5ce9d196f1a272
137187436c479d103ca22610b21dd7a4e30a6c8dfad06fb5f6ff7e934f9677b082081693078750dc60
38e615051c7a2565d2b6773fccd3cfb0fed53e9d670747f60829fe67810bc03b0f9c95ce1844d645f4
2efc554ecd4e3d1a0792d37



**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
0f3ba86e66d87e6e73b59fdcdfc556e46ef5271c50d680619b2098a889f5ba75

**Signature (PKCS#1v1.5)**
4dd2593e9059a3c5d350645b14d1c98a6bb4b2e02f023b75e7e406ac0a8ab15ea1a18daf192fff39d1
2f10a00ab10a0fd03e0b7dc8e6325627fb20741207bd01fdf51b9a6f97fab1b4569be1eff7bbc8e06a
02d0f2c1001a4cdec8e194a597004e34ed8b67f4762ffaf3991982ac94b5bed5bf91d90761617c9a3
3743c053f5bd02655e557ded6d30332316743431 9c223fd45e3eb8e276ff7a16e67894de79f246405
8fea19e20fa44fe0e625e04d955e9cfc35fefd63607062c29769c6b8aae43dfae7c95760c672178a1
5624907d8d36877a9f0b64ba4d5954ad66ba0a531399a87cbcc557ebbf13130b8cf58120ebcc8971f
3bec84374059d165a97eece7

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**@gerkmonster1** 2 years ago
Can I download this? It isn't going to be here long. LOL

👍 19  👎  Reply

∧ 2 replies

**@alexanderm.duncan7528** 2 years ago
exactly my thoughts

👍 1  👎  Reply

**@kevincounter6879** 2 years ago
It's also on Rumble as a backup.

👍  👎  Reply

**@kevincounter6879** 2 years ago
So for people claiming there was NO VOTER FRAUD, what is their explanation for all this video footage that clearly shows voter fraud. What do they believe was happening if it was not voter fraud? I haven't heard any libs/dems/politicians explain how this footage is legal, free, and fair.

👍 3  👎  Reply

∧ 5 replies

**@gerkmonster1** 2 years ago
They know it occurred. they are obfuscating in most cases. A few are just stupid and haven't figured it out and just use cognitive dissonance so they don't have to deal with it.

👍  👎  Reply

**@joemwas5442** 2 years ago
@gerkmonster1 very true and obvious

👍 1  👎  Reply

**@plattyog** 2 years ago
@joemwas5442 no no its not its literally only true in your head wake up and get a education you need it badly

👍  👎  Reply

**@joemwas5442** 2 years ago

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
efae1a0cb2a3e35fb677e0dfd71a01adfbdb8667117b95190b0a81d3ec13c6fe

**Signature (PKCS#1v1.5)**
4b41ee0a907315fbb940ab6c9e7402cbdea4d8d6f8757ec6b7951750e1294c204107c62afa8345501
3a3fdcf240445bcaa52cc6ad2d288992515d008efa19c8b574ecb7410ad0b8e3c6dc7b6725159e8036
090f73ff22302992ca45185596b590b5094e125fd3470d6eedbef16668e47f7f937b1ebce23d381e1c
6622ca424853624e31c4f2781257921c98de0a142d5ca42f4e8a4258a3acec0e6e1beaefb5edc7ba94
629228836ff129d288972c0df950fa7349f046941b0e1c1ca659096c21bf101ad03d007a91eec4598a
e218957695ec397afb28a98f28c6968f3351a38b3ace350181840b64d35a5b18c44c5bf7bade6604189
fc9fd897ccdd41cb82ca24

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

👍 1 👎   Reply

**@plattyog** 2 years ago
@joemwas5442 no no its not its literally only true in your head wake up and get a education you need it badly

👍 👎   Reply

**@joemwas5442** 2 years ago
@plattyog thanks for your misinformation but I know am 100 percent right

👍 👎   Reply

**@gerkmonster1** 2 years ago
@plattyog You wouldn't need to censor us if it wasn't true. @Joe MWas

👍 👎   Reply

**@gerkmonster1** 2 years ago
Time for a follow up on this... Were we able to get the data and lat/long and what did we find out.

👍 👎   Reply

**@k9companion231** 2 years ago
Kemp is done.

👍 7 👎   Reply

**@jrogers7086** 2 years ago
Hope that Gregg and you all have the info from that Retired Vet who filmed a white Truck backing up to Atlanta polling site where 🎥 and boxes were being removed and replaced, despite state law preventig such acts. He actually followed the departure and had another vehicle that left at same time and literally ran interference for van and the veteran eventually got blocked from further filming the departure, as both vehicles, with plate #'s were obviously working to obscure their getaway. The streamer was working with a small group of veterans for election integrity.
Show less

👍 3 👎   Reply

**@Spike1771** 2 years ago

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_5.jpg

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Hash (SHA256)**
111fd02adb9e841285e2716531f39b7185706c2231a838fbffc4f790ee071342

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
0ad49a85721e915d4300e5b37bfdf043ebd17a5d8ecb26c82c999f45d75511dcccc8efd5102690c21
d804ab7f1cdfcf2449673f21f5b60e406baa6cf0952f1a8e7fc2ddc738544037c78421429f83b5d3c
4fa0d18b7f23337577ba8b1bc9c6fed0ee8630113171274106148389dac0c6efe41cd16dea823cb8
0bed03bf6a0250612fbccebc5734231ef518347387a353561ca5ec6b3827c961cadb5f0e79d9ad07
21fb3a067b5db309719292dd708c86f08cda900901ee6056a0637f28d62cdb7eee40275a7078b6d
166e6a4ba23047e9f74d1db47553765bc84b5ebe9b293a3e6e1fb7777ba242c95ed968966821baa
a8347e1290de6db5da622e7d294d4088

filming the departure, as both vehicles, with plate #'s were obviously working to obscure their getaway. The streamer was working with a small group of veterans for election integrity.

Show less

👍 3  👎   Reply

**@Spike1771** 2 years ago
Gregg needs to get rid of Zelensky's nazi hat.

👍   👎   Reply

**@rickvalBBB** 2 years ago
Comedy at it's finest lol.

👍 1  👎   Reply

⌃ 3 replies

**@gerkmonster1** 2 years ago
What's funny about it?

👍 3  👎   Reply

**@ronfox5519** 2 years ago
Corruption at its worst

👍 3  👎   Reply

**@williamdavidge1097** 2 years ago
I see a child in your profile picture, do you not care weather your child is represented by free and fare elections ???

👍   👎   Reply

**File Name**
https-www.youtube.com-watch-v-aiuQCPxj_38-Oct-28-24-16-18-45-GMT-0400-(EDT)_6.jpg

**URL**
https://www.youtube.com/watch?v=aiuQCPxj_38

**Hash (SHA256)**
e01caa46f21d40fccf56e0ff28db20c1b615e386fd4ea27d39a51a0ae95089ad

**Timestamp**
Mon Oct 28 2024 16:18:45 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
27d735683061486c5e910a42c26348b67a7be2b7866072687883266002d587f7460480e810a250d21
5bbdf42dfe937a186e4bc722ebb7560f7023f8d236a4723933d212bf46457ac0e1c949f2f10385c6e4
0f820c9141b8a77ce4202a1498978e1f29aaf0af48feaa04c4d5ae67cbffb8e8461e9484be9584c4a4
1c26b2eba24b52e15e4d3046d599492f556574949f95e6ec03f59b58b72f6f460061fbc7f120fbe27c
169ba36ce2ddf113663172476d5a6407e66a564cca5b8fc5a304b871eaac9f64695766abcfe382890
df53ab8c175f35f89965d4ee95516d9eba0c0b916f3a00a8ac31ada45a3f7125ef9c489301c44e2499
9e55b9da5078ac5241144

PDSA-0002179