# EXHIBIT 102

# Web Data Collection Report

## Page Title

TGP's Jim Hoft Interviews Catherine Engelbrecht and Gregg Phillips

## URL

https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

## Collection Date

Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)

## Browser Information

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

## Digital Signature (SHA256 / PKCS#1v1.5)

2edf7dabdd2559ab0186baf7938c637fff5967059e3d84e49c2b0233543b8e57202906b9
049a37566beb02865ccb6c7785b18fa8b5a028f17b4a9cd1cb4ce596f0e933bee78f6e3b
e98a9a7aed9e2a3e5baa4ff548b09795ee6ed58a606481b64d5ca957177f28d4cf714a3c
20a7cc02cc20ca99f43dbbb096963fcacd082f032acc02f618100bd1c983d103b7b0f738
3a28765e6486a1cab0efb221b0cb8e24654d234b0b914bb29d9b0c7d99b4e174a6149786
6da4a7aed5fdad3a79ba2c1bf0531c6faa0e33ddc481004efa7c0a3690057c6b00ffce52
cdccc9ba22ca18be55844d7bc467b9a592f8d278b36d9434a5d27abe4f5073a79512120
062d6dfd2

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

db97d1a9a2904aeabaced449b03b14b70ec31644d30a8eedf53acbfc6af3590e

**Signature (PKCS#1v1.5)**

5605054170c7e976b21364197374ca9e0c48be1922e94d339fb585ec2f38f39b9d57ad61eb
0959a936aebe5228bca46e8d72726385cecabd3b63e6f53bb11e24a7386f75650400b91613
3e76b4371a5d95267030ecf663dec511c081bd267b455818921eade9600c040478cad103c53
f1ab36f6aaa455f16c16c21bb9ebfcfe4b7fda9bfb6e8f74bd445b150dfa263f6a2ce4edfca
cf428331436a21b59806f25314c614463e13c19ffe477de317fdf1ce8900137464f71aff2e8
733fc6029f6b27d55571adc9c56836081858fae12c46ff2200f592f2a9a43be4c044269f4
49118570ec4ef03383f42b8a6e9e964a670cc1cba960a1a41988ac15b8bb3d89cd

### VIDEO

**File Name**

https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_0.mp4

**Hash (SHA256)**

416d3f1a15d3839c8d12031b7756c73e96b29b18bae66b079e31cada4214e073

**Signature (PKCS#1v1.5)**

3757376bbed67fbf261c842e1991fb4fe6a5355c3d854d5084a052577877edb698da9f78
91707b05719a580587740a5bc6a8ce6fc0cfc38b51b5a63aef3ef34f4dc7d54ac38c7a57
382b6b3c8bb56d002e6b2f0d376c4a22713f4aadd4484ee1bddfc13eee6066b91c9e38d
fcadab766ecc3ae4547aefb970c0628288477b23e2e6e52e17385d13742ef8485d76519
e6a55d2b0bc91679552db305aa2353f80b605fd10aca9afe51c1fda199328f3e14da99e
377c650f88f1c54407e94ce30a64ea66d15a49060a1b889162bbe97d726d606574b1d4a
42deb009fe30e906ba3221ddb4b419349ecb56587dd54132b80b32c48e96973d488dae
7182ee73553039



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-
GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
d4406a89c6a7c1d7b137e403d0fa8798c280eecdda3f8c864a58b50609efb97b

**Signature (PKCS#1v1.5)**
39f9a2abb043feb85e71473ef1c06b8f3030e479d51889b0fc7f3d7f4aa5bd767ab571e14708da33c
ec4b15a12f131b93ee0fb59aa39d4943bdc3ae50d7c327019e02e45a36355515f5e94c2751e5ccc63
7c681aa5680fac7f224059915dace106e941e4071403c0760eb5e425ab4950c0aad343b3bedf601e0
76410efe60701d58a4702e6baf39c2692c5ba6be51508b3f67c5a50d2e224d7bb107b8edab3a98c5f
90ff67030c410e3f0c619108abb0ded868ba8af1dd9c338ea4865bb9b7d64240fdd0f87b1da47c78e
23a3b0a28598b0e9bf9f071595e9ab310b5cfcff43c6f764bef3626367fc68132ac1666e7e5a7d806
a4ab2954367d6cad9d6b7603a2

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
c97f502cb1192547c34fb7a911878bc3c1a966d63591171abe56ecc523245c8a

**Signature (PKCS#1v1.5)**
3d7de5f13b466a32e3bfe48e81948925db70c247adf60d2a3597b5bf90369c5a6fcb37a3a14175949a
d059586b61c814f38dc9d891da20e71c351497822ca2fe8224d45fa94768561dea162bab4138f23a90
8e8d99352f2c8f59280afeb095a06a53d2192d37924fc1aaa9b9a1fa5fd4766f99b55c97c76c7fb9a4
f3bb08cf09974d54b26ee9f7a236e36556eaf7fe7226223f190e9dc30dd237301cafe4174d7dd83ee0
2a675e22fa5a475f241f379751fbbb77954ced39e4dd06f53d3406fa1306faa3c70ef13f01a2edbd25
537364822ff8a8ac47c4d48fc89236b9116d2c4ed476c85087e4188c353d5a77fe5d1a6f5edd285e5
a9a1188a7b65050cded9a

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**Dac1911** · 1 year ago
American Patriots...

23 likes                                                                 Reply

**JanCMoore** · 1 year ago
In tears here listening ~ God Bless you both! We can never repay all you're doing for freedom and Liberty in America, & for standing up for ALL OF US ~ but The Lord can & will! Thank you Father for Gregg & Catherine. Thank you for protecting & strengthening them in their time of need. Continued prayers ~ and much love & gratitude 🙏

21 likes                                                                 Reply

**tmcarpenter** · 1 year ago
when will we see bad actors held accountable for election fraud?

9 likes                                                                  Reply

  ⌄ Hide 3 replies

  **jackhuddle** · 1 year ago
  Most likely never...
  Trump essentially conceded 2020 elections and all the hope and talk about justice for the traitors that participated in the 2020 and 2022 elections will not likely be held accountable.
  Why? Well, Trump just by announcing run for 2024 is saying he lost and will give it another try and hopefully they won't use the same dirty tactics they have honed so well for voter theft to keep him from winning next time.
  Mike Lindell and Greg and Catherine and many other's have tons of evidence and some how nothing is ever adjucated. In normal times someone accused of a crime would be in a court of some jurisdiction and the other party/accuser would have it out in the court and show the evidence and one side would be proven the winner. In this case nothing happens??

  3 likes                                                                Reply

    ⌄ Hide 2 replies

    **deedledaddle** · 1 year ago
    first and foremost...Trump did not concede 2020 his exact words were I will be running for president...so many people had 2024 stuck in their minds...thats what they wanted to hear...so when he said he would be running again..they automatically inserted 2024...that speech he gave at Mara Lago was full of comms to the patriots...i have included a link in case you are interested in learning the truth abouth that speech,...then maybe you won't be so inclined to pass on misinformation..https://rumble.com/v1v8fpa-us-marine-corps-apprehending-traitors-us-national-guard-deployed-trump-spee.html God Bless you and give you more discernment...

**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
5981b2c626139e078202bf2ccd24a08c4f689134b94837409332757de6f3b208

**Signature (PKCS#1v1.5)**
02d7630ace844145deaad7bf10dc0d41c1034f9901102f3989a72f2d00ce9f7ebd5249d868b466ef6
4ce6af4546d70ab3a972bf2196bf83644a4b3da254b0fe8ddde7b2f3e69d5b2fc507251f91288b93d
1b2941205b2531eccb666bae11398fe7b46c281994fedb8fdbf64ec3bc8a0968ba331e77cb7756eb0
b8a5b440df92cc3a7f280c924ed8d9271263be8201ac86d54012bb6d1c748b48d3bd57ec12ca0e17
699413ec3523b7228edb46e30a35c3fad2279eefa7718642d427d9a879f8121d2a816580143a39d5
bbfe4a6a2292079d142ac3433b5793932d3d081aac49c3e27c22c68adbb73afdc726716f5d05e932
c6ab94c207771b2e377e3215b7d50

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
b5df53bac9fb238f9a1d23b38b60389a21afe63e01fde233099f61c568ea0362

**Signature (PKCS#1v1.5)**
0063b10a9625c3626ca814b1e3b3f045c2a3e06905c305b2e73c5d606ebd05b530d6116ad9acec3c
0324f725d4a83e8fb92b7e1c0707b30564a2c3f2e5fb396f6ff6e97bdf2c6de802d7f2252cc630882
3bd7d1a7a4165fe67a4b3aa04022a146d3856b0ec20fd42983e93fb6b767e8f2425149dfcbde85be
82dc0f5ce16240b8d38f8397ae27438998e8a77147acbc6972ad52c936e7dd692922c04bc298230f
cf9ba018dca953f7e952747859d21debe38f6ad4907216d85c0d120762c79e0dd9fa945c04da3ed60
d7514a925e8d92959a3e4dc27185434b2678dfad54f8a0bdfda99a4237f9e50fa5e95f4b6e6a04e18
4aa7ff97f4729bb456a0d8852cb67

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
d5fc78c79f76defa2ad260b48768075342f4b1afe1f32432f2e0d7437452e283

**Signature (PKCS#1v1.5)**
407c875a60a14214b88a35fbc1943e1af154b872926aab47ded0ca017c662eee21c6b295de0dbebfa4
690575afe7d2da45a12017fc20de436f1fb72b8063ac2cc1bf36e72147dfb0daa06fae9d100f645a56
e2cfe37f3eff8a998cac818d029f02fc99acd83b76bae2f1a06f227ab6ceee8cd2427670887e8913b7
9b5ec56a3363e86eab57e3204191ee9d131b84ee051f17428c2743f0ee983df74d93aff4423290866
727d62ed0a9e70259a2b9fce3f4e4a88d355f25e246eaddaf2df1cdd47f1edc162cd895c533b73d7c
3a965e55e8641eb07a702d62deba9aa68c34292bbef212afc4fcb5fb6ac4247a0fc6600db3292824b
3e5431f6d3e530ace3ff9ab

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
2d89a37d7b44cec2a6a47b8cb6784083a885162da9d33773a72665893ff61614

**Signature (PKCS#1v1.5)**
581bb00c3858d92ee3e707ca1477b2fdd6044dc2b4167a19ee93f9eb8981427ce733d3848b8fb22a2
8236a2a29fe43164f583685d74957451a00ceed7f5f01c9dc02d84798accfdad322b483d088a43ee4
0c2ef6d8b303f7bbc6155c1230c000b5cc7dc5c9909f1f4d4f2829a30360322369d0f99c1e8761c9f
04d6a9381908d7df8dca918e7b24d421206419896b3b1ac06d19ce5fed663aeeef4c4a2a7c055bcf79
4329b30cfb714b4e798297cec6e7952adba6ac22220a8485894df44739de399d3da8eb1fe2d4c278d
61ba81d1e4ee6b3b2c20e8cdc03f5587b9a427c8b2c14fd96ff044d9dbb5037f1e030d4db6a34845f
66429cbdb0f550b1887a65f9cc

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**TexasTrump** • 1 year ago

said a prayer.please PRAY it's more valuable than money.It takes only minutes of time.Our country is looking ugly. God is the only one that can fix this. Why not take His hand? It benefits your whole life,not only government control.

3 likes    Reply

**BadgerKlaws** • 1 year ago

Here in Wisconsin, I just discovered: the American Contingency group owned by Mike Glover (former green beret and CIA Officer) has ACs (area coordinators) here in upper Midwest/Wisconsin who claim to live here, but they are actually FEMA Admin from California. When confronted about this, they immediately remove you from their online groups. These AmCon people are infiltrating 1st responders everywhere; EMTs, EMS, FireFighters, BUT they refuse to support or recruit LEOs of any sort. It *APPEARS* that these people are actually CIA as well as their handler Mike Glover from Utah

3 likes    Reply

**Razor1k** • 1 year ago

It's refreshing and motivating to see two patriots with the highest standards of integrity. The information they provided is stunning and has to be addressed, hopefully by the incoming Congress.

3 likes    Reply

**Popull** • 1 year ago

Voter rolls with link to citizenship

2 likes    Reply

**Popull** • 1 year ago

Agreed on voter roll, it's very simple though when you move from a town to town within the state, most likely you're registered in both unless they physically go and clean it.

2 likes    Reply

**AFVET8700** • 1 year ago

When your govt is corrupt...and the judges are corrupt...and Law Enforcement is corrupt ????
Are you just going to "move forward" & hope for the best next time?

2 likes    Reply

**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
5de3b56c539d6c9f67b0bbee1a238f45ee8ce34e70bb4bb332450a86a763a19e

**Signature (PKCS#1v1.5)**
18de5ab332ef67f8f6d2969891b495200dd95c182e612567032a78cdf45cbf2387e6ba6e4f9bdc8364
5bf6a0be89717a8891e5be4f70966065ec7b83aa8a59a1046610b52a7d80423fe6c00155dccc1896dc
dfa405ed0563a38dbb008871287c89fb15a4b34858730d7a2578f2b08a134bfcfd300c3e113d1654693
069f5b2fd7d5078b950c1a6757562800c94ca081aafd01c5a3e386e54fd22cbe3c5a39ba304af3941de
f8f30f4c428aa4affd2ae0964ffdeb65a6fe8fe42d7e99c80fb3067cd0728fac137664aaff3e987b3ee7
561dc3826adfefcb698f3e1f3bff58cd69bed23fe4f458fba03843c3d0a1e15f6aee6d9361b1ec59efa6
333c401ece4e4c

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)

both unless they physically go and clean it.

👍 👎 2 likes                                                                                     Reply

**AFVET8700** · 1 year ago

When your govt is corrupt...and the judges are corrupt...and Law Enforcement is corrupt ????
Are you just going to "move forward" & hope for the best next time?

👍 👎 2 likes                                                                                     Reply

**RIENZ80** · 1 year ago

What will happen to the Juge that put you there. Striked of the Bar?

👍 👎 2 likes                                                                                     Reply

**Populi** · 1 year ago

This is needed for blackmail

👍 👎 1 like                                                                                      Reply

**Torgul** · 1 year ago

Thank you.

👍 👎 1 like                                                                                      Reply

**Pfadalia** · 1 year ago

ususus

👍 👎 1 like                                                                                      Reply

**PresidentElectVictro** · 1 year ago

Amazing program!

👍 👎 1 like                                                                                      Reply

**Smyser24** · 1 year ago

I can't believe this. The government has covered up the fraud and went after the good people. The FBI needs taken apart

👍 👎 1 like                                                                                      Reply

**1814Patriot** · 1 year ago

God's Got You Patriots, and so do we!

**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-
GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
fb59eefc3da2de8dbee6053fb5fe87398c5637b30e63ace34ce2e70fb267262d

**Signature (PKCS#1v1.5)**
558bd50b6ea5ee7cc75bbd535a7699209a967589a6d1b7373020cb58da6a599a7480eba03fb6a5d7
0910b400b4602d012dd08aa9a59adbaca6ebce805599ebb2ab345d41570be72214d866103eaa7382
bad305b2a41d47aff676bff3528aaae5bde4a42e3e31db1e8d3159ade53d403a40aaec9650c4d102fc
cf50d6fa96e8758afb70d760d51e72c5215926336fa4f30731a685f768d7c191f4e44ed262853b68a
9afbe4f310cb6d48293cb94a6d0b4169720dda0d5f740a6372188caf8c227a201223da216b91fc48
48ce606202c25d3b0e94165984d6d7baa4a0c386148061351bab363fec296e7cbac999165bb008f
3f0ab49d5176588c35924b28e22a0a3

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)



**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_8.jpg

**Hash (SHA256)**
c1f92d974747e2cd190dd860c67a9300e92e902288725b13418aeb8e0fd5d991

**Signature (PKCS#1v1.5)**
4b2a225d6f3066cb712e4a4abce25cb35b9e1adf198e340354249b52835f12821e3791892af187df7
99f7e0c44c1acab946f99e30622b2b8fab56e2d96174e9cc9f96f7814cec49af09c5b7effee75eb40
a7d23fe5ae32fe45672deb00e90a70fee681f736a4e917259c29a5a8990404c69d5b8b55604a4371
b06c5a903e5abaa0b8c0e9a473a86030c8937a6b938818b9d89ea78520aa05cb5a0f0e82f6f56bd6
30085959f4e18e2883b91d9e7670117e6c0d8863c219becd8927d004a9e5d5431177d44a87cf17b1
1cab407568c62b7ddab0011ea02138a4851ba7148a3e95c568c25bfe237cab19b016e9688882994d1
c0a14aba839abe6598ba1301993f

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)

PDSA-0002138

The behavior of these radical left mafia crooks tells all. Outvoting the machines does not work and we saw this happen in the 2022 midterm elections. When the crooked election officials can take weeks to manipulate the ballot counting with no transparency or accountability is criminal and justice must be served to those who decide to cheat the election.

1 like    Reply

**marcosriverajr** • 1 year ago

Welcome to communist country !

1 like    Reply

**Sktrth** • 1 year ago

Can they ask a higher court for a different judge?
Can they take their evidence to Jim Jordan now?
Everyone with EVIDENCE of any wrongdoing or irregularities regarding voter fraud/vote harvesting or vote machine manipulation or Chinese spying on American voters, should FLOOD Kevin McCarthy's D.C. office with the EVIDENCE & demand hearings & accountability. The people who pay this country's bills have a right to know how corrupt our election systems are. Once it's common knowledge, people will stop being afraid to speak about it. Then we'll have the power to change things. But the people need to see all of the evidence that is out there in some kind of organization that can easily be found. Goolag covers up that shit when you try to search it.
We NEED ONE website where anyone can go & go through all of the evidence, & see all of the videos.

0 likes    Reply

**shroomingnewman** • 1 year ago

the grifters catherine and gregg still blowing smoke up people's asses.
these are the same people who censored all the people committing election fraud because they "might get sued".
but they'll still beg for donations though...
and to be honest, I don't think these two spent a single minute in jail

-1 likes    Reply

    FAQ  About Us  Careers  Our Apps  Developers  Advertising  Store  Cloud        Terms & Conditions  Privacy Policy  Copyright / DMCA        Copyright © 2024 Rumble. All Rights Reserved.  

**File Name**
https-rumble.com-v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbre-Oct-28-24-16-13-55-GMT-0400-(EDT)_9.jpg

**Hash (SHA256)**
0517e6961e74401b67a59feb18f51d8d4f4980ac18236040a8e61acc92128427

**Signature (PKCS#1v1.5)**
79dcf5f2f08923687e4c39e443787ba0e8f294658f0bb9e4b9fe620220baa3d4c0d241b557a492676
6d895be98d55ba7196a9be465fc34d8e549c38ed1c275866394db1da2576dbd58a05af7baae29c5ac
3e1f9256dd9f0ba1378e675a3e049f47866e4259256bfaecd44526e49ab5c5c850ee4a93d2116a003
afb6b8f34873d1a082ba769f1771f9af1bbc0e7e73d78ed4580e55aff6b32d915c9ef61deb7391a902
78abcb343072695767cc3ef7e27fa8273ac4c72d774a0d16f04d63a0131bed3b98756fceddcc5c83e
5f037004256821c905fb89b44847baee3987c1755c1f5b8c5182093dc64a2af29b0f5d9c4263c453
d6540ddf5eb941a49240d9292e

**URL**
https://rumble.com/v1v7nqm-tgps-jim-hoft-interviews-catherine-engelbrecht-and-gregg-phillips.html

**Timestamp**
Mon Oct 28 2024 16:13:55 GMT-0400 (Eastern Daylight Time)