# EXHIBIT 103

This Exhibit Is Being Provided In Physical Format