# EXHIBIT 104

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**   ×

  

# Tucker Carlson Tonight-Catherine Engelbrecht May 5, 2022

**TruetheVote**
May 5, 2022
7,710 Views

SUBSCRIBE   JOIN 



 163 rumbles          EMBED   SHARE


rmer Diabetic Shows How He
eps His Blood Sugar Under 100...


Here Are 22 of the Coolest Gifts for This 2022


The Secret Japanese Way to Free Your Body from Toxins

Enjoyed this video? Join my Locals community for exclusive content at **truethevote.locals.com**!

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**    ✕

  

SIGN IN TO SEE 20 COMMENTS





**The Nordstream Sabotage Shuffle Continues**

Styxhexenhammer666

9m41s



**Prehistoric dinosaur looking bird seen in Uganda**

sashasjournal
$13.32 earned

43s

 

**Mom surprises daughter after she moves to another country**

T  Tynasity
$13.30 earned

34s

CONFIDENTIAL       MA-0000563

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ×



9m40s



LIVE

**Rain Sounds for Sleeping - Sound of Heavy Rainstorm & Thunder in…**

abc24al
86 watching



1h18m41s

**PUTIN BLAMED For Nord Stream ATTACKS, Irreparable Damage**

The Dive With Jackson Hinkle



2h27m20s

**Joe Biden Is a Terrorist ReeEEeE Stream 09-28-22**

TheSaltyCracker



1h10m36s

**The Left Endorses Hurricane Ian to Sink DeSantis**

Habibi Bros.



1h05m13s

**Sidebar with "Rich Dad Poor Dad" Author, Robert Kiyosaki! Viva &…**

vivafrei

CONFIDENTIAL    MA-0000564

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**  ✕





24m36s

DEVELOPERS   OUR APPS   ABOUT US   CAREERS   ADVERTISING

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL                                                                         MA-0000565