# EXHIBIT 105

        

**Watch**   Home   Live   Music   Shows   Explore   Saved Videos   Following           🔍 Search videos



**Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.**

❤️ Like    💬 Comment    ↗️ Share         👍❤️ Dr. Helen Tupaʻi, Dan McGrath and 13K others · 2.2K Comments · 247K Views


AmoMama.com · Follow
Based in Cyprus · September 14 at 3:38 PM · 🌐
Wife caught husband with her bff



**True The Vote**
May 6 · 🌐                                   Follow

**Overview**    **Comments**

Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.

Most relevant

**Ralph Baker**
We desperately to pray for courage for our Senators congressmen and women to stand up for truth that truth may prevail
Like  Reply  20w  Edited                  👍😂 110
    5 Replies

**Bill Counts**
So let's make 24 hours a day video at all drop boxes and only disabled people vote by mail and All others vote at the polls with valid

Write a comment...

**Explore More Videos on Watch**



Home                    Live

Music                   Shows





























Like Comment Share

Forever Photo's Jade Lima, Frizzooh254 and 87K others ·
657 Comments · 10M Views

Everything Stays Spinel Music Video | Steven Universe The...
Steven Universe

A legacy that'll never be forgotten.
NCIS

The History of Music Video Dancing (w/ Jennifer Lopez &...
Jimmy Fallon

On this day in 2007, Ash and Turtwig overcame the...
Pokémon

Elseworlds: Supergirl
DC Comics

Captain America: The Winter Soldier
BBC One

Rhythm + Flow | Snoop Dogg & D Smoke
Strong Black Lead

         



Laine Hardy RETURNS For Ashton Gill Audition -...
Luke Bryan

**Latest Videos**  See All




30 Dogs Graduate From Mexico City Rescue School
 NowThis



let's make pumpkin conchas!
 BuzzFeed



TV News Cameraman Drops Camera to Help People Fleein...
 The New York Times

