# EXHIBIT 106

9/30/22, 1:03 AM — True The Vote on Instagram: "Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some trut…

Case 1:22-cv-04259-SDG   Document 262-6   Filed 12/2/2024   Page 2 of 3

# Instagram

Log In  Sign Up

**realtruethevote** • Follow

**realtruethevote** Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.

20w

**kellymckinney6617** Again, I am so grateful for your work. Have followed and supported you since I saw you testify before Congress. Not in our wildest dreams would we seen our future as this, but here we

0:00 / 6:59

2,155 views

MAY 6

Log in to like or comment.

More posts from realtruethevote



9/30/22, 1:03 AM    True The Vote on Instagram: "Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some trut…

Case 1:22-cv-04259-SDG    Document 262-6    Filed 12/2024    Page 3 of 3



Instagram

Log In    Sign Up

See more posts

Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations    Instagram Lite
Contact Uploading & Non-Users

English    © 2022 Instagram from Meta

g into Instagram
g in to see photos and videos from friends and discover other accounts you'll love.