# EXHIBIT 107

This Exhibit Is Being Provided In Physical Format