# EXHIBIT 108

**BREAKING:** Rumble is now public & listed on Nasdaq as **$RUM** ✕



# True The Vote: This Is Not The End

**TruetheVote**
May 8, 2022
111,449 Views

SUBSCRIBE    JOIN



385 rumbles    EMBED    SHARE



**Biden Probably Wants This Video Destroyed - Us Dollar on Path Towards Replacement?**

 Enjoyed this video? Join my Locals community for exclusive content at **truethevote.locals.com**!

CONFIDENTIAL    MA-0000405

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM** ✕



This is only the beginning. Buckle up, we're about the pull the #ripcord.

SIGN IN TO SEE 90 COMMENTS





"The Art Of Being Chill" Will CHANGE Your Dating Life…

Dre Drexler

9m53s



Episode 1070: Aftermath

Revenge of the Cis

1h58m48s



REAL D1 Hoopers GOT PISSED & DROPPED OFF At The Park…

Professional Basketball

44m04s

BREAKING: Rumble is now public & listed on Nasdaq as $RUM   ×






**Protests Break Out In Europe: Cold Winter Coming**
The Ron Paul Liberty Report


**Is Biden Repeating Obama's Mistakes?**
American Center for Law and Justice


**Watch CNN Host Don Lemon Get Put in His Place by Hurricane…**
The Rubin Report


**lofi hip hop radio - beats to relax/study to**
Lofi Girl
288 watching


**Thursday LIVE: Biden Sundown Moments, Nordstream Updates,…**
Styxhexenhammer666

BREAKING: Rumble is now public & listed on Nasdaq as $RUM    ✕



DEVELOPERS   OUR APPS   ABOUT US   CAREERS   ADVERTISING

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.