# EXHIBIT 109





**Watch** Home Live Music Shows Explore Saved Videos Following

Search videos

## This is not the end: We're about to pull the ripcord

Like Comment Share

Adam B Mate - Motivational Speaker, Dan McGrath and 7.3K others · 650 Comments · 95K Views

**True The Vote** Follo
May 8 ·

Overview Comments

They thought that with the movie launch, we v
done. But friends... we haven't even gotten sta

Buckle up, America. We're about to pull the rip

You're about to see it all. No wonder why big t
terrified right now. Join us in exposing the trut
**See less**

Most re

**Sandra Ray**
Outstanding work by this top notch organization For the People!!! May Heavenly Father continue to protect you from those who wish to silence your brave efforts for ALL Americans. Arizona needs you and THANKS YOU.

Write a comment...

**MYKA Media** · Follow
August 1 ·

This woman abused her stepdaughter out of jealousy until she find out a big secret

### Explore More Videos on Watch

Home Live
Music Shows

### Entertainment

**The Sisterhoo**
**Traveling Pan**
Netflix

**The History o**
**Video Dancin**
Jimmy Fall

**The Philosopl**
**Punch Man -**
Wisecrack

CONFIDENTIAL    MA-0000978