# EXHIBIT 110

9/30/22, 12:30 AM — True the Vote on Instagram: "They thought that with the movie launch, we were done. But friends... we haven't even gotten start…

Case 1:22-cv-04259-SDG   Document 262-10   Filed 12/30/24   Page 2 of 3

# Instagram

Log In    Sign Up

**realtruethevote** • Follow

**realtruethevote** They thought that with the movie launch, we were done. But friends... we haven't even gotten started.

Buckle up, America. We're about to pull the ripcord.

You're about to see it all. No wonder why big tech is terrified right now. Join us in exposing the truth.

#2000Mules #Ripcord #TrueTheVote

0:00 / 1:00

5,794 views

MAY 8

**Log in** to like or comment.

More posts from realtruethevote



9/30/22, 12:30 AM  True the Vote on Instagram: "They thought that with the movie launch, we were done. But friends, we haven't even gotten start…

Case 1:22-cv-04259-SDG   Document 262-10   Filed 12/30/24   Page 3 of 3



See more posts

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Top Accounts  Hashtags  Locations  Instagram Lite

Contact Uploading & Non-Users

English ∨    © 2022 Instagram from Meta