# EXHIBIT 111

This Exhibit Is Being Provided In Physical Format