# EXHIBIT 112

This Exhibit Is Being Provided In Physical Format