# EXHIBIT 113



9/29/22, 3:09 PM Case 1:22-cv-04259-SDG Document 262-13 Filed 12/20/24 Page 2 of 4 EXCLUSIVE: Ballot Mules Funded by Obama-Linked NGOs Pouring Billions Into 'Local Insurgencies' - YouTube

SKIP NAVIGATION
YouTube
SIGN IN
SHOW CHAT REPLAY
EXCLUSIVE: Ballot Mules Funded by Obama-Linked NGOs Pouring Billions Into 'Local Insurgencies'
375,020 views • Premiered Jun 3, 2022
54K
DISLIKE
SHARE
SAVE
Facts Matter with Roman Balmakov
841K subscribers
SUBSCRIBE
Watch the FULL INTERVIEW with True the Vote https://ept.ms/WhoFundedTheMules_
Resources:
SHOW MORE
Being President 'not the arena' for Joe Biden's cognitive decline
Sky News Australia
207K views • 3 days ago
New
9:51
SKIP NAVIGATION

https://www.youtube.com/watch?v=LoRp9PpiNQE 1/3

CONFIDENTIAL MA-0000105







Powerful Hurricane Ian leaves destruction in its path
WPLG Local 10
121K views • 2 hours ago
New

Are We Living in the End Times? Greg Laurie on Bible Prophecy Amid Chaos
CBN News
380K views • 6 months ago

Ian update: Storm leaves catastrophic flooding, damage, collapsed bridge
KHOU 11
3.4K views • 1 hour ago
New

LIVE: Hurricane Ian updates: Now a tropical storm as it crosses Florida | LiveNOW from FOX
LiveNOW from FOX
32K watching
LIVE

Texas will 'keep those buses coming' until Biden admin 'wakes up': Lt. Gov. Dan Patrick
Fox News
1.1M views • 12 days ago

New Day Reveals Extensive Damage In Fort Myers After Hurricane Ian
CBS Miami
5.3K views • 2 hours ago
New

New Rule: A Unified Theory of Wokeness | Real Time with Bill Maher (HBO)
Real Time with Bill Maher
2.4M views • 12 days ago

Tropical update: Tropical Storm Ian headed for South Carolina; could regain hurricane status
KHOU 11
2.9K views • 32 minutes ago
New

Leftist Woman Asks Shapiro If He's Transphobic
DailyWire+
6M views • 3 years ago

5 Of The Most Dangerous Jobs In The World | Big Business | Business Insider
Business Insider
3.9M views • 2 weeks ago

How To Hold Your Ground In Any Argument

Charisma on Command
11M views • 3 years ago

Sharon Osbourne speaks out on return to media after CBS 'ambush'

Fox News
810K views • 4 days ago
New

Tucker: This should make you nervous

Fox News
7M views • 4 months ago

Why The Oath Keepers Trial Defense Could Spell Trouble For Trump

MSNBC
569K views • 1 day ago
New

The Great Fall Of China's Housing Market: Who Will Pay The Price? | Insight | China Mortgage Boycott

CNA Insider
228K views • 3 days ago
New

The Chris Hedges Report: Julian Assange's father, John Shipton, speaks out

The Real News Network
64K views • 6 days ago
New

Sen. Marsha Blackburn: There is a crime wave hitting America

Fox Business
15K views • 1 day ago
New

'I want to say what I believe to be true': Dr Jordan Peterson

Sky News Australia
180K views • 1 day ago
New

Florida AG warns big oil not to use Hurricane Ian emergency to jack up prices

Fox Business
6.9K views • 23 hours ago
New