# EXHIBIT 114



# EPOCH TV

Opinion | News | Arts & Culture | Lifestyle | SUBSCRIBE | Cinema | Featured | Schedule | FOLLOW LIST

Coming Soon | More

May 13, 2022   FACTS MATTER   Views 159.1K

**Live chat** ✕

EpochTV  🔴 Sign up...

square mile rosin in the Nevada high desert that would require NO MAINTENANCE and GUARDS.

**eigh8or** Whats to prevent the liberals from using all these Zukerberg drop boxes in the next election? If there still available, you can bet the left will want to use them again.

**WasssupU** You have to be an idiot or just a lying fool to say elections are fair and honest.

Live chat session ended, you can leave a comment instead.

# Ballot Mules Funded by Obama-Linked NGOs Poured Billions Into 'Local Insurgencies': Analyst



**FACTS MATTER**

ROMAN BALMAKOV

My team and I flew down to Florida for the global premiere of the film

**Play Video**



**Related Videos**



Facts Matter (May 10): $350M in Secret

Enjoy Your Free Unlimited Digital Access for 30 days    **View Offer**

CONFIDENTIAL    MA-0000472

Read More

10-year Span: Documents

🔗 13314        ✉ Friends Watch Free        🔗 Copy        🐦



f        💬 668

Facts Matter (May 9): CDC Tracked Millions Of Americans To Monitor Compliance Using Cell Phone Ping Data; Operation Laser Exposed

🔖 Save    💲 Donate

## Popular

  

**Real Story of FBI's 10-Hour Raid on Trump's Home: Interview With President Trump's Lawyer**

**Over 5,000 Cases of Sudden Adult Death Syndrome (SADS): Doctors Trying to Determine Why Young People Suddenly Dying | Facts Matter**

**The Surprising of Melanoma, Not Too Much Dr. Mercola**

51d   FACTS MATTER

16d   FACTS MATTER

🔗 9086    💬 659

🔗 5287    💬 1?

67d   FACTS MATTER

🔗 6454    💬 670



Facts Matter (May 7): Elon Musk Blasts Soros 'Dark Money Groups' Threatening Twitter Advertisers



Facts Matter (May 6): Rare "Blood Clot

Enjoy Your Free Unlimited Digital Access for 30 days        View Offer

CONFIDENTIAL                                                                                                           MA-0000473

Vaccine Nationwide



Farmers' Costs Are Up 15 Percent; Nitrogen Bans Would Devastate Global Production | Facts Matter



Mike Lindell's FBI Phone Seizure Warrant Reveals Why DOJ Is Investigating Him | Facts Matter



CDC Director Admits Agency Gave False Information to Epoch Times on Safety

Enjoy Your Free Unlimited Digital Access for 30 days       View Offer

CONFIDENTIAL                                                                        MA-0000474



97 Percent of Scientists Don't Agree About Humans' Role in 'Climate Change': Truth Behind the Stats | Facts Matter



A List Of 33 Things We Know About The Coming Food Shortages | Facts Matter



Exposing the Communist Forces, Including China, Behind US Election Integrity Issues: Trevor Loudon | Facts Matter

Enjoy Your Free Unlimited Digital Access for 30 days          View Offer

CONFIDENTIAL                                                                                                              MA-0000475



'Weaponized' Voter Rolls in NY: Investigation Into Over 10,000 'Cloned' Registrations | Facts Matter



Central Bankers Are Secretly Hoarding Millions of Pounds of Gold; Bankers Caught Manipulating Price | Facts Matter



The Surprising Cause of Melanoma, and It's Not Too Much Sun: Dr. Mercola

Enjoy Your Free Unlimited Digital Access for 30 days    View Offer

CONFIDENTIAL                                                                                                       MA-0000476

Behind the Lake Mead Disaster | Facts Matter



5 Progressive Entities Control 98 Percent of the Processed Food Industry | Facts Matter

Enjoy Your Free Unlimited Digital Access for 30 days      View Offer

CONFIDENTIAL                                                                          MA-0000477