# EXHIBIT 115

About | Engage | News | FAQs | Store | Contact | VoteAlert | Donate | Español

# 'Local Insurgencies': The Epoch Times Features Interview With True The Vote About Who Is Funding The Ballot Mules

5.14.2022

In the news



**From The Epoch Times:**

"*An organization called* True the Vote *has, for the past year and a half now, been investigating the illegal* ballot harvesting *that took place around the entire country during the* 2020 election*.*

*And after painstakingly tracking 10 trillion cell phone pings after looking at millions of minutes of surveillance footage, and after actually being able to speak with some of the whistleblowers who acted as ballot mules in 2020, they were able to conclude that around 5 million ballots were trafficked during the 2020 election, and very likely swung the results.*

*In order to get a better picture of what really took place, my team and I flew down to Florida in order to sit down with Greg Phillips and Catherine Engelbrecht from True the Vote and figure out what they found, what they're doing to stop it from happening again in the future, as well as what common Americans like you and me can do to help.*"



## Stay in the loop!

Sign up for our newsletter →

About | Get Involved
Toolkits | Donate
News | Privacy Policy
Submit a Report | Terms and Conditions
Contact

All content c. True the Vote 2024

PDSA-0001725