# EXHIBIT 117

This Exhibit Is Being Provided In Physical Format