# EXHIBIT 118

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**                      ×



# REAL AMERICA -- Dan Ball W/ Dinesh D'Souza, Everyone Needs To Watch 2,000 Mules, 5/17/22

**One America News Network** 
May 17, 2022
58,431 Views

**SUBSCRIBE 938K**



\+  \−   405 rumbles                                                              EMBED ↗   SHARE

---

REAL AMERICA -- Dan Ball W/ Dinesh D'Souza, Everyone Needs To Watch 2,000 Mules, 5/17/22

---

SIGN IN TO SEE 40 COMMENTS

CONFIDENTIAL                                                                                          MA-0000296

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ×





### Joe Biden and Democrats Responsible for Deaths Caused b…
One America News Network



### REAL AMERICA -- Dan Ball W/ Dinesh D'Souza, 2,000 Mules,…
One America News Network



### Real America - Dan Ball W/ Dinesh D'Souza (January 3, 2022)
One America News Network



### Dinesh D'Souza on 2000 Mules
R   RealAmericasVoice

CONFIDENTIAL    MA-0000297

BREAKING: Rumble is now public & listed on Nasdaq as **$RUM**   ✕







### How to Trigger an ENTIRE College with ONE Question…

SNEAKOLive



### Stay Free with Russell Brand #003 - Is the system deliberately making…

Russell Brand



### lofi hip hop radio - beats to relax/study to

Lofi Girl

**322 watching**



### Kari Lake brought to TEARS after 6-year-old girl says what her DREA…

Benny Johnson

### MOATS Ep 176 with George Galloway

CONFIDENTIAL                                                                                                                                    MA-0000298

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**      ✕

  



1h44m47s

DEVELOPERS    OUR APPS    ABOUT US    CAREERS    ADVERTISING

Terms & Conditions    Privacy Policy    Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL                                                                                                                          MA-0000299