# EXHIBIT 119

This Exhibit Is Being Provided In Physical Format