# EXHIBIT 120

# Web Data Collection Report

**Page Title**

(1) Chanel Rion OAN on X: "BOTH SIDES ARE TERRIFIED of the bombshell revelations in #2000Mules. They can't say the name of the film. They've FAILED to debunk it... Why aren't relevant authorities investigating? Filmmaker @DineshDSouza lays it out on #WeeklyBriefing. WATCH @OANN https://t.co/eVvGofBtmh" / X

**URL**

https://x.com/ChanelRion/status/1528812903494819842

**Collection Date**

Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

31043b913f8ca4c5241b30ac546f44a9149407d1d0981084d012b91490a3cf57abd3942e9
af0b69a9cc6ab2540a318f5682b33848a42840e5ef10805bc0fc21f0418da71db685ba801
695d24df0cc442b6d1725961a57c17f262cea22f23fb890348fe742d6fa6bb2782f367ba5
f844c4aa8114904097b8467537973e0fdc44e4f5c58e3bcb2bffa5f305306ca27d48d000f
b8128c2881e46b9db2db1c5855585fbf0487e61cf24505ad925892317a54785d935d24e07
4664d19abadaaa6c1fd1ba2d89dfa0310e4f9d964bd5c1935d17f2b601a421a49a433d66bc
cf75e4945203f9c3f97a4d0efcfb9775027206d497ff9fd4cad591ef4f4b38890afdee956

# File Signatures

SCREEN CAPTURE

MHTML

**File Name**

https-x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

9756b787891a6bd029073ec96a82bfd63fd6ba8abb13fd833dbae979c65b1729

**Signature (PKCS#1v1.5)**

01f6223599e6c32e10097ed1c2e6dde0a92446332e07b2c5a2fd229220b326db18fefa899
8769856a675cc3c2feedf9bd8ad6c959419fd57d0f84e7ba94f567a6d6ae305781b0d279d
e2a3acba464cacd5618794e8eac693c41d5355b5faad686ff8ed1e8a2bf0ee1ef8c6f16bc4
eab09dbe84a96e3cac330ef44ec8893b25c8b7591473041e8563ac29176fddabdf77fa122
524c1068ff29147e3266024c2c70d130d62d8827796858768cc17172f62eba4017b8ad7aeb
b0069e04c8e4ae862ec194d40e5793266b6f558eaff4e404146a91bf151fad68e76c387766
c9e491865f01a6b1f46925a41c424030e4423218af921f5650f15a4114ccde55154c2b3



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_0.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
fad5ffa98efaa6ad522b2afe1e07c4756f5fd7c00199ed57b03dd46e259be28c

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4c195cdbe6b7606dda0fac409759835602f9940bdab080786a7c4eb03f554233cb2116955510224af5
65e806c08d3eab59b2300580c6ea21a198063dfc91c0a341b72cdf265f9fab49e7741c23e83b6f0fd6
6b7ec0a1f3b4b92b78702ce7c6e21605736e518ca445b551c84364d24040410414ea2d1c2bfad17d24
6867a2505556e65be2e0f9c025ac182d607d5a79c0777f5bc6cbeec0fbfb52aad451d14afc20f1ff7ff
8ecbd38b9caa605cd1f98605982leb475e9e969cf0102f76c63c7889af5c1cfb01ed1c4c146405c183
68719691aebffbee59b8c208c6acac58efaff38000f097c769ef18a43d1aa3b49482f8b335b5533e83
99966354d165c70de73



**File Name**
https-x-com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_1.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
929ea935e8566736c445c3cadfdc7f0baccccdc5345c0d5b8d16f80ab5e728660

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
1b98316c07d8bec0781072dd3994450b9090cd21b961ee49f692569551b53ae16c6d9e0b240b1a048
18c65494cffe1e8b5b59abc236b48f32a0ee1bf66ce086548d50fa878457a467396a69d75606ad90ef
4468b650d0c634fe1c26702fa3cd18453945d4477bda448a1b1958d0199854ed07f333e99595c66bf9
70f8934ceb5bf4701330d5648b214149b18310f7d7e422f52916e7bfcdf4ccaac23ac6686678c55bfe
7efa382174a237f4a7443d768c4b0433611fe8cec74954e95c3bb2ed01c017b3a669f92e88b1800ffa
86e109a998060bc03f891617a1d7782e46af6eb48037079afe994736b63a81f65c7917b3fa268b497a
df6f778c254c66f53830



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_2.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
40f891888639f8f15a04e9df563601858d66699450bdd56d78648e3c0c365430

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4f3549d48f6100a42083239307fbc217f1d51118fb1b73e9a5c4b96453ce18da3c16203666bbcc6fe8
6576ef965f378513c0ecddbeca286229ba7634ca9883b976324ad3a4e882cdc8ff5bff3504bc493beb
7331b56a68ccfb3a06debbb020ffa58145040be1faed712f1b3b504e3b577272924 1aa909fbe19ba17
b28686367d0c1e9ed696666132b9a4c1228fcc6bd2e83f0c1db11deb898b37c3482a715815aa0eb95c
fef3744df948e70095fd9dadabf206798acbfe354f4f23ff9ec36ce1cb219ff1d51dff6fe1af82bddd1d
48a9298c400865c3754f2d098c7ebfec9b6b3854a95d8b1469eac39f7335a76780eceee0e8b8634a
2283af259d7ea058165861



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_3.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
b17c6739a8f6829b901118ead4858c4973d8c519bf6ca74d40d24fd022c718e0

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4d0edd9c18a3d2640fbe89503d4a0fa488fbae70a04af557669d71ad9ebf6f2f72ea856852c47fa642
e889cb62e44a08c202372dcc9af67965b2b20b2f1de851e2600c15b7a400bb376c9cff5ade35c4fd47
d1f494ca13fd28b3541f00562d10bb3d3cf2a2469594aff0471312c990ad35de7aadbcbec71900b68d
3128ea47ebcf53a823c97a56d254a2886ac7d0653ce511881f1e81c226a2641ed950dade2faeabd681
565ac16fc6865cb4cdb06fc05efd4e35d2bf58762bba58256a23bf5e62d3f3c375b359c94f061060f6
51d2ad70e13c124a7471021af5221ec479f07d1d22544aff533c2706f26282d50eb109a307d536c79ae
a96c5e35e56f39f4b1e



**File Name**
https-x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_4.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
f7fc8baae8842ee6da2c25c201304d41e6aa580941c44c735217b72e91448160

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
1e49bc86d03b381d875193706820c5de38b6ae0d27aee78070e1d51330ac9ad1611c7736ee6331a6a
4b4ddd27e7bcb60de98efa889a3002b90f95bd8e822b7f016ca0eba2969df6876f76aa151de4eea9f
7a29b747b2febbfe6f137389cb542342892fe287b910a699dbb43257e76a51788975e0d360c889488
1a681ef197c6f06130306fc28d029d3cc97c66b2e04c0a36a8663803e54ea0101d81ac754ea501c2c0
5a5c35f86eebcaa2802e90c2odda2376ec67bf4e88aaf705d14b54d22b82deeb608c41ee8d62fbd88
dd1aaa0616165f88d85beb8e33f3756cfd8547f7663dcfa6e5683ad4b1a124e5b58c8ad3f0470ff0a0
31885146fbd358759dbde3b49



**File Name**
https://x.com/ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_5.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
d345bc0a4aab945816ee4f7b04a07dfa5e35f3277e1359ccfed8e83f329f8db2

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
162ddfecfdfb9f544356d97008538e20f032cb12ed4b6e17ecc49d6a769fa39e45463d5f80bcff21e2
8985922f15674daa054f335a4316f4955c0a0aa495f4cb3dd4da27f9afd273df471a3c827c636254eb
d2887163b20a6d30af3a99dfa10b1de8a589ea3f4c93432722957ae42133cc9e77e3c7d18ef9e38da8
540bc152d6560de9318cb68ad5b4cc2248c3811e0570650b99283bc11e4ffdb6bec8bf003943c0c07c
7b26676fcb5a25190eb8faafb57b25bc4435a8bc201a28df4e1a8ce9afdd7ae454337104a589b3177c
e1f51b4d6cfc9a2a52133c26a81dd437ca565496e67e55b16cb0bf66712ea199c88dec0c42f667794b
877fc5608235fdff9290



**File Name**
https-x-com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_6.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
f5c8604185a31ad6ae226761ba1650c41a85f0bfbffcb4a752c6ca6eafb9dd11

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
57ac8171947835548cdb0be08fcb6ca16aefcf439b55fa15f6bb444d97aae4b0bbb38366f9ddfce63f
4e7dad1448a818804c21de3bd15aa3b93ccaaf24251dd89577ca341cbefe37ef03e9f01b7e3ab23d93
9740a51506998bdbdcb2ab79b4cf3d8979cee47d48e3b45a14a0ab5e461bfc29f162ae4765cdee2c33
5ab214e16c99710b0444e7c8931eff331b477e970e7147ca1c8f3cd5ca49a13892aa8b300704bc6d16
81646be1c3e8f63e53d46d25e4eccca957eef4921ebd96713e2569ab34955b99b79478f2b4b717fcf5
70959cfce8ca9c78f3873e531ffc364d59d3309236978356e04beb9a8f670bec0ff746de619e7940f9
37742522acd91a6ff0ac



**File Name**
https://x.com/ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_7.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
28fd3e609a4d4959651367155b784a0a49f120208df609c6d3b214a61ea79c8f

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
12102d3fcc3a444ec70bf98ee6be91c16c24a0006b7fa1b55c3918ccef433cef8bdc77bbe50fb8350
2ee45dc8ab00c0affa53a79a16337f07cf972284eafd49a801adb5c80724ee4ce5af0f31ad101ae6
c01bd98c63c80cd16686857bef3130d2d77ef66a324fd54f9ebbe174d8443063e74ebc6afa9a5eb61
28acf50914007ad9fd89da0240b1bca244663feb503053c7956462ecfcf24cec5e71f99ad7a05973
a3bbe7ced25bc79f97cc59cc860eba658e1c7fa8803016425 9b773c02ee4abc6260044a35a356c8c
9137a4e756a404dc0ab8b8956a626a7b9daccf7f02571c28cbc0e15c68a41c6457af2e7af0c970ec8
e92e98660d365ef24572ccbd4ad0

PDSA-0001855



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_8.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
fdd12c5decc927ef7d627bfb78347fd1ea777c099df9df7db7d84daf54103777

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
343378c8dd3961c1f3cee3b4d03a95fad63ad250c58d3eee979cbde85281db3187138042b5d05d0ed6
27f9189a527b8e47bf8d2698aa71b9a48325e5ed478253b3bf0139a66d6a2bd5e3eb98cc18cabca01f
66cfc53c629bbfed3e1a80e520d5d14d1969680b48dcb4baf83e94cc558f13f307eb7937b95affb058
7dd26d8221f6005e522485ce06d2753d5ad4bfe715cca7af872a1521cab18ca91da8c8cf4361bb2bce
d5df9c74bfa9ff6a96ca1af2e6c349f53b2b20daf32ac49f86e703a97f314ef34c4aa66166bc335f75
999e4ea12de4eeed871d07e6e6578457c3f55c45d886ff0cf4445f504ecb65a81d2770c6c96cd1987
b50678ca225e316ca69e

PDSA-0001856



**File Name**
https-x-com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_9.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
29584decf644e79a64ecba4e065925eee47c786ab97d10977d8963aa9f34b0b4

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
1ca1afda09d6ba3ef2b413bc8a66a22d7c1ca3e6b88612bc59871da370c42d34d90d39d6bb2f21e3e
443d8d1be977ccf66c5b39f9094ef0f0b80423ea87b0e6f685d8234dca9a2d3fdc636fed9604d95b9
b548ba3c0cf14e9a8530730f07e85f5bbe68131b7bbdf2ef2fcce157c2f4ee0f74ba7598b56872885
3712bee4299f0049daf5597263682bfdcef70f39d5e03444ed31af8ae4889e684d93596c8e8f9b0b
1ab069d4ccf33d0403d4a441ac0eebd14a5d724002cbaf5351e490f9256827e696df232ec087ea8e
bd83a8e9c0b7f3be825f08c1a6ae0bb256962cd476dc77e0fb7039776c8a806be50207e33c8be03
1729a2dd259f56c344400f1d59abd4



**File Name**
https://x.com/ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_10.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
daac22199f290c3f64d8ba77a7e268ddf8f5d66ce08e5a1e8bf3f78172e79ab3

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
80ce45dd1eaaaf942446c88f78d2d9979e87d5117d5d0a2030e3e40a9297a827d0bd3755aecb670e4
b775234903db02f1553b8f13f12f2d1f948aa0714ca8fcf7586a4fce984e7e028cedb322724d00a6ba
a5c8dc9dc62e60bf0b2479d093c207d34d3965717a6f361c8d8482a830c2ecdfdlfd652bc0c739174
b1ca88dcad7e0df3933c9739e3474777501dfc3ddcbd38bc39d9c772c797cd3571441528867a535fb
14a13da14b0484f365a3aa78a8a0cc632e2a395997695b62e17ed501c4154008157db79f44d417805
0ac23a4bbdb951de3bba771cb393998ea2dffdec3c3919dc8141556ee5aab61f0f762eabb8c817d496
ecfd26c41dc33d470290238b



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_11.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
60ac818f36ec256eaced2fb63b9a302ad3713afc72ef9d3ad9b7aedd2f9d3a83

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
75ed9c730b6c2c0a7cce71e0ae318d373b62e7ca083051a1013aa94379fc10010b11dc75cf13b2fb7
5cd1c7e0d3ba2befbbf140368005d6c8d4463a155d015f350c01295e3f1d09aa436baf99465ee5f33
bf3d9b673aa7480e931eb920ad4c8dd40a5a26f8d9c820ca9e9457e9aa1cdded3f3beb457f4c7b56
84a42c79465fdb4da3ab39f399dd26056eb8ba1aae2e1243178838f4fb1858d3abd7e21283496ee5a
1277675d31dc89899a0cc927f0afe923a5a5e68de9bba596ac20969e66db046cb72c7b10ca840efeb
2503d7a85c21ba36ff0c6ec24550d3b348c677a23174f5abfa4d3e03ecc696e1cb27373460037653a
241df83227d0d1706072484b3faf



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_12.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
1:c64e8cb2f7bee5933a4176ebed5ca2b1ca99bc7099056f570a14aa848622426

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4bc75843395eedfac80955ab66046259437cede261685d500d7b8daf78a3db3d37b5c2a009e3b0ac
ee58a6295c7b2101bf395c3ac7b91fdff0a624a6afe2bd4634005102613f2c61731c7b7a4f87a73bb
9c64bb0871ec492e7e09fa4c4bdd2e1a78bd2472bbf957f9cf555c41df07b909d65e27b9691d3db2
ec4aac0b140c5af5c0dec36d7050ab5cb72b76531334ce136991dd460187ea7b75189284174f3ed5
af67420e1d95074ef9430f0dd3c58a15d65f760e9987a48dd230f27c9e8726e9fc69854cbbfa64f5
d4d611d8028bcec98d93d2a47d99aee48d4047a955e2f0be277c95d66d3bd960b236c67c68de99
03844a4d0139339cae7c25afd19080d8b



**File Name**
https://x.com/ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_13.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
8ba7cb3d04ceb8c8c743870d884c21943074ded22ee2bd600188df90147109c1

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
121d767bfb67a506e6496ea1f033f57f205ac23a1ad1184a2f16e6246cb70122c36e14bfab19904383
b9713ee1c1469d6c7f23c44fe3dee82b21c27489c346938237118c217f1ea7d7da30612535552f5a54
64dba1c5038872840fe8210a39dcf474c811f04408f47628fe9d43a7ad8e74e75f29d873b5c7760e9
0b2cd19d0c6754628a03b2291e31b5e402d0e9b94294f005f81fb8f443520d1353cfdecf75851983b
3cad66bf53af11238c4be906337d245cb0d6b8cf2701ae94a6807eaa322194ad986fb9ab188768d54
ced440bb12176b99c6691109aacacb98871eb577688d496a262f259cd0486bb456eea953d55f2f627
13bf3ad46fac8a05005185e2



**File Name**
https://x.com/ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_14.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
03e9f4ca5163f917cf1394c4bc168b4b1759c26e56739580965c7573b2b01939

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
29f1bec9eefbab8c61a5906b3333e980bb6f3bd693810539fe3827b6de700a949c99e5e99fa796ae0
ca2e89422c0e7b58cfff6cda2730b83cbd145ae65631dde057cdb7f1190170ef76483b49ae85aedd3
e977470f3b6cf93d6e8c0df34ef63d368c3927e4cb9ccfae8feb6e14135b59004424a3262c41a5106
00b8f15e68a118e666946ef0c99049b79e6c503c3f59570135ea5d724a6be3ea453000af13288cae
0bfd4090b2b24bb986e28c5f1f46299456c2958e274cc089acd4c4d661ec02bc236ab45eb0b1be55
86dc381da7a51fb03061b0dec731db87044629716c91fba4ed0c5d02b9a80d085d850f46c81aee2e88
9f15b4294cc5fd167cbd6df22cb



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_15.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
db9569d574789fee1811027ebdf7bc1e6a4c568304d4510e9bca4cdc7300fc91

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
6b31ea67853f85f38f553358f3aa3954ae17b8103e3d828190f7863261cb453657aa50fb8ab2a9ff7
3381b9d91183bedaf89dcff080383450d72739473986abb17442f959da1f89322d6944f2ae40656d1
763754451edb91e635c82342299ec16ef912649c027e90d18c260a7d77b5414908372b69a729f111b
ce6647510bd65a28d2688621b4326b30ea7dce4fbc10a5790593fc13948b0ea326b18031c1d3e8783
78d950f814f1f28e0024cba1f9374bdb3fb0184c39ee0d40dd73848d0cb4af5a33089efecd50b8732
c29ebdabf9231b8b2de9d74a70cfd5cf1e53188f9c392f002d6556c25c99a37df5c838b9a733ea2e4
3afa570a243c5e46720bbe9ba1

PDSA-0001863



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_16.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
db9d9b4999071ca54560d41a0a81b5e221a8a276f223a4ef9d05f1c5c3e1fda2

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7fcb5d389e4f34d6768da991ce0de2521c7e728bc3d312886b9cb77e1ce6f7b9eecbffbf60aae5763
a3c1c5236404120bdd7447c2efb1c1245fb127a720dc9e487c4a0b70e082c52ce8ae8ffed64268615
5f30b0b0abea80d54dae1980f4617928c8f458871b40932ab42453b80097b9da7af7aa39d8464a2f8
12bc8e637b0263b79f88b8d7b06e9ffb6e7fd0ed6085762fe844456cb1618e985a7937509441f3293
642e2e14e98f8a475caf6ba9d8518591ba5ba7753ca1e5dc319051dd97a94ed6665acb29c1ad94bcb
de15e58bef61e15045ca25be23a7a06d0ed6cea3a4f94d2b51ad2a67e1012601b34a5e72eb513b067
5c042905999eb8fa363f432619



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)__17.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
fc9a4f397c6b96ac591ccbe71c2e7bec90fac7b38c9ff7cddadd32b7ef4fe0bb

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
49d778036461b43e71a4cbe89c6f5f4fa3a02e9e0b0ade26dbfc412c314dfc5927cbf596ccf3543a95
6a7f9c191b36cbb2113304d769841c952c2980315c12d7dca260a55aa26c8e2f618594118e72f93e23
65607a4c07f6c8d95c41f6ffb24bb0ca61c44026e0d06bc55d6710c662907cbf341012ff21cfe56bdd
995c819709ba417fc39432cc436533a5d9d6c86447313e5fbb6a198dc5f6f04c6a72524cb1a463041
31f1a20d919203839168238e4feef95905241317784bfa19a9a59edeb2f980250baad44da36626612
519c6c7d4c490b7325d36c47dfdb16dc02c0605c1c5be5c3482ad6b72956a46c42e2c7120bde1baa
a03ff29d0a68be83e3bb029a7



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_18.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
82ce82fae86d0e0f4b517dd7f5bb88a6fd8a8ffda2e1755efaa32fa25b2f8877

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7e55331e3271b311b9a95196a15f4c2830631eeaff7f34214e4cb5ad19601a66c147a173922ac58518
59449c33f8012e63d6ecf882cc9162adaada1d34ac0b8bdd02ff396b249c0e5273a90d278ca27df6e
87716325c732d04afaaee2f8634890ec4dbeff4ae2d8b410511cb7eae28ee77d130b62b689d08b4f13
6efb8c6932f48a8a2cb1de9658accccfd4518c678665b54973d0bef189a7fb9d6479915277160cb4c
b6df103a43286e504897ae14aa5cee1465e428fec524ee322cf3ca6ceb77690f3795a63a50adf8a6e
a56e0b765f34363a4675dc15db65297fc131f59a7d2ebbd5447ec5614d886f679353e19bbdff55e3e
3ab323906b168ee5f66edf60



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_19.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
727443d0f3d32c621d34b9f44c77b9496eaeeb28450806c1cd87820e2ae69c20

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7981c98b3535452f5b62e5b1ab29860272c29ddfd29571164d3d06e084d9dd372f8a850c236945455a
edf9c6b47acec075e58d35a968b79d4f97f5f04c209db250f11f79f6ad887bf0d60c797242dca41005
cf488cf1af28141d4e00c4fcc2801b2ca4f46a24f6a43f24932414e18e232a32dd18220d94a1280b54
fb5956d6fc5672c174d3be69a37d3e0df9c8c6654c361f8cd5f9fee2325432c81ee4518c426d9fbc9b
0ca328bbc61a666554de61152d6daf6f16525a1724fd5b428d16405468e37868ccfc43e5e9bf03959
f329ced40d8923dfc2b190ea8320e078baa77bafdd0f4a365d1f42d330cf4d6d3cf2f73f550e57b89
5693530cd58e91e2197b64



**File Name**
https://x.com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_20.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
e13e9149027e6dab4a7e7865bb5de97a51fbd21a40155380db3a51e631375767

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
1557bc5e95ce9c802373cf6e46ff18e0f843da1b131d9739ab139ba6b9b330fcb632dd293ed67662b
2388b911bf59b1334c40919f1014dfdf7d2c65c59be610fa95515143bbc77b0a3ae715e746a0308ea
4a9d0df9fb293f62edd718946cfe4824b8b459d27363b08eecfb9c499cd72eeaf9662adc621a6839
35a1c50a62ca396aba576a7d0a6e88bc4021a09d7b782875d2a019c7202069d901653970387ef797
178b31909aea6b2ddd230448290bca76d4f2bd3ef1971c275423a8074bf12d269df95fde8fb807e4e
37ca218f35257d449bca204aba92cfc2b53af65bd7277806a1310237365a5be7ad570b3e699898de1
4455ae0ddb774a287e9af9213a1b



**File Name**
https-x-com-ChanelRion-status-1528812903494819842-Oct-29-24-16-03-16-GMT-0400-(EDT)_21.jpg

**URL**
https://x.com/ChanelRion/status/1528812903494819842

**Hash (SHA256)**
b62dcfe1ecbed7b6c1bb7104ab8edfe2e54d59782d1fe2df0af56bdd88991b98

**Timestamp**
Tue Oct 29 2024 16:03:16 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7a3923c6ccf361a28ba7fbd65660bde4319f2b5a99a7b56deeb73a2b5d34470f3acb630a7549efa18
f3148543e281cc81cc3d7ff4bc0fb182374c3b3eeb67b94d72157ca5e569018ad6566daa4ab74c26f
b40ca098fcf24316bfd805cf5874292b9e3c74696130d7b0dd2de31c200b810144a80395992a848dc
0704d0450e064949abbba9aa386fa3eb07c4044087dd04a16e68db24775684764e62b0646fefdba7f
7ce706a8489e41ba39f19ef5b485aa5f8a7ef8b19538f2ac9d27f4ace4c9e94eb877548af427749b3f
81d5be8a8753f61e237e4dc9f88da7e420b7eebc936e921d3819d143b10359078b7f93d2b4c762fa0
c0392ef3dd991c2ee351f429d