# EXHIBIT 121

This Exhibit Is Being Provided In Physical Format