# EXHIBIT 122



**Click Here for More Information**

Don't miss this content from our sponsor

Ad by Sponsor                                                          See Mor

# Dinesh D'Souza on the success of his new film, '2000 Mules'

Posted: May 23, 2022
Updated: 10:14 AM by KUSI Newsroom (https://www.kusi.com/author/kusinewsroom/)



If the video above will not play, you can watch it on Rumble here (https://rumble.com/v15tc9r-dinesh-dsouza-on-the-success-of-his-new-film-2000-mules.html).

## TOP VIDEOS

SAN DIEGO (KUSI) – Author and filmmakers Dinesh D'Souza is making national headlines after his new film, "2000 Mules" exposes how the 2020 election was rigged against Donald J. Trump.

The film details how orchestrated voter fraud in a few big cities changed the outcome of the election, and uses video evidence to support the claim.

D'Souza's opponents still say there "is no evidence of voter fraud," but his film clearly provides all the evidence.

2000 Mules was shown in select theaters across the country, and is available for purchase online, but many platforms will censor any positive promotion of the film, claiming it is "disinformation."

Despite the censorship efforts, 2000 Mules made millions of dollars, and has been seen by Americans all across the country.

Dinesh D'Souza joined KUSI's Paul Rudy on Good Morning San Diego to discuss the success and critique of the film now that it has been seen by so many.

To watch 2000 Mules, click here (https://2000mules.com/).

D'Souza has also been reacting to the claims critics are making on his Twitter account, calling out the "fact checkers."





MA-0001044

❤ 2K    💬 Reply    ↑ Share

**Read 211 replies**

Categories: Good Morning San Diego (https://www.kusi.com/category/good-morning-san-diego/), National & International News (https://www.kusi.com/category/national-international-news/), Politics (https://www.kusi.com/category/politics/)

## RELATED POSTS:

(https://www.kusi.com/record-flooding-and-loss-of-life-in-florida-after-hurricane-ian/)

(https://www.kusi.com/journalist-hal-slate-plante-passes-away-at-the-age-of-84/)

(https://www.kusi.com/hurricane-ian-barrels-toward-florida-as-a-cat-4-storm/)

## TOP STORIES

(https://www.kusi.com/41-of-recent-covid-deaths-among-vaccinated-and-boosted-individuals/)

(https://www.kusi.com/la-mesa-spring-valley-school-district-warns-families-about-rainbow-fentanyl/)

(https://www.kusi.com/supervisor-desmond-sandag-has-no-real-plan-to-remove-unpopular-mileage-tax/)

(https://www.kusi.com/mts-frequent-passenger-diagnosed-with-tb/)

(https://www.kusi.com/celebrate-san-diego-restaurant-week-sea180-in-imperial-beach-ca/)

(https://www.kusi.com/state-gas-prices-due-to-failed-democratic-policies-says-james-gallagher/)

(https://www.kusi.com/2nd-annual-cocktails-for-a-cause-a-tribute-to-the-roaring-20s/)

(https://www.kusi.com/record-flooding-and-loss-of-life-in-florida-after-hurricane-ian/)

**KUSI**

Advertising Opportunities (https://www.kusi.com/about-us/advertising-opportunities/)
Event Calendar (https://www.kusi.com/community-calendar/)
Contests (https://www.kusi.com/about-us/contests/)
Contact Us (https://www.kusi.com/about-us/contact-us/)
Current Job Opportunities (https://www.kusi.com/about-us/current-job-opportunities/)
KUSI Causes (https://www.kusi.com/about-us/kusi-causes/)
Links Mentioned On KUSI (https://www.kusi.com/only-on-kusi/links-mentioned-kusi/)
Meet the Team (https://www.kusi.com/about-us/meet-the-team/)
Program Guide (https://www.kusi.com/about-us/program-guide/)
Submit a News Photo (https://www.kusi.com/about-us/submit-a-news-photo/)
EEO (https://www.kusi.com/about-us/eeo/)
Children's Programming (https://www.kusi.com/about-us/childrens-programming/)
KUSI Public File (https://www.kusi.com/only-on-kusi/kusi-public-file/)
FCC Applications (https://www.kusi.com/fcc-applications/)

**News**

Local News (https://www.kusi.com/local-san-diego-news/)
Health (https://www.kusi.com/local-san-diego-news/health/)
Politics (https://www.kusi.com/local-san-diego-news/politics/)
Traffic & Accidents (https://www.kusi.com/local-san-diego-news/traffic-accidents/)
California News (https://www.kusi.com/local-san-diego-news/california-news/)
National News (https://www.kusi.com/local-san-diego-news/national-news/)
Wildfires (https://www.kusi.com/local-san-diego-news/wildfires/)

**Weather**

Forecast (https://www.kusi.com/weather/)

**Sports**

All Sports Report (https://www.kusi.com/sports/all-sports-report/)
Prep Pigskin Report (https://www.kusi.com/sports/highschool-football-prep-pigskin-report/)

**Only On KUSI**

Livestream (https://www.kusi.com/only-on-kusi/livestream/)
Community Heroes (https://www.kusi.com/only-on-kusi/community-heroes/)
Dave's World Of Wonder (https://www.kusi.com/only-on-kusi/daves-world-wonder/)
Family Business (https://www.kusi.com/only-on-kusi/family-business/)
Good Morning San Diego (https://www.kusi.com/only-on-kusi/good-morning-san-diego/)
Healthy Living (https://www.kusi.com/only-on-kusi/healthy-living/)
Links Mentioned On KUSI (https://www.kusi.com/only-on-kusi/links-mentioned-kusi/)
Lucky13 (https://www.kusi.com/only-on-kusi/lucky13/)
Good Business San Diego (https://www.kusi.com/only-on-kusi/good-business-san-diego/)
San Diego People



© 2022 McKinnon Broadcasting.

Privacy Policy (/about-us/privacy-policy/)

(https://www.townnews.com/)

✕

CONFIDENTIAL

MA-0001046