# EXHIBIT 123

# Web Data Collection Report

**Page Title**

(1) Dinesh D'Souza on X: "@JonRFleming @BCJ711 @iamaxian They didn't check 3 mules, only 1. And here too the "verification" was largely bogus—basically just interviewing the mule" / X

**URL**

https://x.com/DineshDSouza/status/1537427073819713536

**Collection Date**

Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

11bb032754a8c9d20d117cdd3ebd008f1816814ebc8418d756d1decb2c596473add6a3de9
820c7624b5bf4f4f10c3e11ac89a373393d01490db852b1a96a23a5b6f7115a3abcca96dc
8087bc2d9b6c4c4b3d78a2c9186c0080eb15d648920b052618388e57174a107b27fb616a
5cfc603fcb2428cccacc7c070809b3deff6bf7a3882d0b3489a466eac28708020c530c195
4186f8f136df170fb4577573d416459f56a9f7e442f30e393847527090dddbeb3a09033be
3ac72c9ca193c99a4cd5a221484a799c37f1cd0ebcae589c95d17e48f08de37ba95c94406
b1f92aca1cdbf26fb27534e47d7977470c9ef0667e1acdd01346b3a9b85c197902cdcac0b
ab

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT).mhtml

**Hash (SHA256)**

5af3cd168efd0805fd00ab005c8caaace4ca389c7b7962d52197ce2c96100912

**Signature (PKCS#1v1.5)**

111f329a8660a73894055f7a6b82bde215f83f60ff34c55c93599c9611af3429a19e655f2
65cea4d86ba8f58a04b6059f79a8540c9295e35ef556c3f007f93e1b7568b79fefb9fbe89
1dfe9421fd08356c0d3f3ef988d82a3deb42c738c48dc7548b873eaaae463ab805213842e
fd3303b1bb23d9cd1ae3a049128e315a1bcaea5665578de2e55df216f8b3b2fc9c65dc05c
609c975ca6a1254720b1d6915f73f7c3b65bf641b4550a9c0c904c8a55f6ebdb88f197248
10c8133d5cad4873c351d5de64c231ed222b63f63dcf85f7c1f587f9b824505159e1747a12
4dbd9d9682854b158dbeb8b1385beeeff56e27daa37a209610fbb3c8296a24517c8a11cf0



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_0.jpg

**Hash (SHA256)**
26ae9396dae1336f07c1fbc0c910a9dc75731f73e1de9d63b0be614e8ff17f10

**Signature (PKCS#1v1.5)**
74b8332e1d76c1d6259e15fae96f11d0293795cdb24b4c7493f4f469a780f4203a2ee90630285358b0
76083f2aec32b94b2cdfeae70adea527d431a154801b0ecb4dbb34003650b8ce69293f76ec2f730448
5ac1b465fef1f5ac4fd1d6c4bac9f27649106a44c1c8c0babe99aa6293f13e29122312cca5e1304d33f
7ed73bf9e9d194372b1824d09929736cd5fd1ba12e7c1cecec79df3bff061f7ac65e336a668c152a19
a40457e3e5b58cb27f1f8a5ccd296070ff0828e8f3acdb31089c94d35179faf6caf1d07eda76ad976
ddb466333d9a197f432aeb36547e8db98843dd894bfc3631f37587262193362297 8a391eb2270a31
669e0cf550d710d42e48a5

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x-com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
e36a0a6517b22be9284f99d88cd09631eaab3ad3eedb19ea854efa0f4770a011

**Signature (PKCS#1v1.5)**
14966fc2cc10e701e913ea50a73b52f7e42cbd68459d34505835691cb57581b4f5fa30b0f8c7b25667
cdf185803899a8f7a0d5dc8612452e01e5a7b5e12153e9b39b386eeefde3d64f1717c4136290e1751a
2664e3ea054263b5bd50ecbd91af24546e8df29f1cf94727fb733a3a5d742709cfe5f249815b84d824
197967a01dbb19af02285a872c44a5ce2a6fe17f90b31a2bae5d1ce459e8a75cc597e8ba7200125510
86c5f6d88fd2bb5298deba446e0e3dfe03e5d448174ed4f27035155f107b90b180f68b15b8f87dd7da
59ffe3f6191ebcfcf3049d68b69ae895e04a981b1550266c3e1872eac2d36e6992aa3a8f30b309543d
30b0a10234eeaf11f4a6

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
abaeac95cb9c11b443f232f07dffbb1efa7bd77af5d4b26abd8224914cc22d6b

**Signature (PKCS#1v1.5)**
213455c7440a3c3117fa2b929da175cdcfdb46c7038c8842e46b438b3325f1fdd281a6bcb31d67c0bf
b4f214db313f3f6316ecd154cd0179746a326da7e03a0eae33e19ae7f31ef621d74f3593549e646338
056f147bc0dbd2a0e9d89cb81005d648370ab88ef0a02ef8519bb94b4f225ef14ded741e052045ef73
a9598bf4fa1b5017a36ddc9a04059e331e36828829063006badfb5cef610912d8a82811256f9f9b83f
82440d7aa8d38a9285e9377cb9a1936eafb9aa6bfa979362616cdb4b9d95cf89e6db7e392db9ebf132
52dd11ecd226fbf3f2f62bf2d5be479c8261f01e13d6abe28194a945487ac2e8fe250fa4c135f8674fde
2c2c4b4a6614755fbd

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_3.jpg

**Hash (SHA256)**
6f0acf4163c214b78cf25fe0b47472d54dfd3d424dcca86773a2f9c8594e6419

**Signature (PKCS#1v1.5)**
09549038ef9171b6643119b6745ad585353d226ee73cf2d47a5d50da82094686779ad42f4b66c3fe8
9b4f50655fa04463b58444cae59eeb0f757a8a554568ac9f7290540761dd6ba52113630t1d566284dfb
b7966ca46f2cfb8d34305b4090171c5610d4747afe22f1c88565bff50ce5620a619e9496f8f4b9a24d
9437f289a9e123eb6d5875a6f1b6b8f94929abbe18f994c1da50c9d84540e03b12d6764641d375eeba
da73cb0508b081ea86956ac17594274c45d191bc6c10b6dc1c19f42b055a57639bf9584bf111957b19
e4bd291e511ed72e5872c884c944d075aca3f075a0e5ec195d2102a7d72a8a5c00f1e6fb7bfb6276c0
17a8870b5a41b4874a7ac

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)

PDSA-0001905



**File Name**
https-x-com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
1fe9726c0381140d33e6c78e48a928cd1851c40f06a492f30449ce797a89608b

**Signature (PKCS#1v1.5)**
0b2cc325ebad20228acddb9447e2c00fb3bb79416fdff3604e8a021ba0fe7a102b5c3a7572bf5542d8
c9777712fd5e8a6c4fecaa916be821725785320368a658047981e1978ddf4c1c099b61181ec2a8db96
1e0ba333a3f0fa466fdc9ff7016d1937323e36dcc4af4e53b2853f071eae818c9c4149c8c06a1754fb
b9cb766e7f2e51d7d5362fc1ed479503cd5d0134b07c17dd0ecf66435872d45f13e649f158a7ef54b2
ea9a8320e7c60a6ac23a528b3ca1c348ba9b6ceab73bf60daa07de199ae09f5ec3a71aa952c6bacf62
2fc4a8c0251c027989cf0e62bde0d7515ffd430869ec10b16bc8efdcfc27aa2c1e9339ffb905274e08b
7abdea6c131e2c62e90

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_5.jpg

**Hash (SHA256)**
0cdf0c8278a0c2728e2d796c1da4ec64053f688c49fa94aeb400bed74ad6bf54

**Signature (PKCS#1v1.5)**
72abf7cb073ea3b77d0a2c10cee2b1323b51366b5d41a24bb30991f76bcc2c947c0d23614c2a74b52
9b709ab386eab4755b31f0075bc8eed2d11c8682e28ed6275a0d3dc6fd9cf7a6516dc36ec1df3573c
4f3324368975bc190d58637760ed14b58777fd3e85647506e5290d74ab02b77d5da2f523dc989b1d50
d9fd0ad2bf739ec94622457079535660cdae0d21aec8ce7989fe3821e823086ce28d25c4df49894cb4
672fdf1c00d854f4727b1c026f8ce9685e3cc52df2748b4dba3787fc62c19a01a7a9ec85b0beb8cb3b13
6c2f6c08c563e1e464f89197b1444ac710cfc65042ad3a763af97f8ddb16fc20fc424e15ec46360931f6
86f23f1a8784652ef

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)

PDSA-0001907



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_6.jpg

**Hash (SHA256)**
5a8af470ed529fa89657da43e5e9ac3c8ebed7817ecab9b7ff7cdc914bd1dee5

**Signature (PKCS#1v1.5)**
6bb3755df2f8fa5ac528317fa5cd9e7d29d019b0d286fe79f2cb1aa1ccf3ce7c0f72a5473d6979e702
f4daaea961569e3e7c534347def74371fc6e9003bf378a144197d0a35a1b09e9b12a8701cb622260e5
3a02d4f1bbb8c8aed12d88eff67e64163970f3fa531d1a469b9b0b57a297f76b9748995746c8e05d50
c0c5947b2acf7aa1c60baad00ee31b701771879cadc949c33169e118f0bea856bf0301526289b7ede9
b14c6937bd7627a58047bb7ac450cff91bb23631d79df4d414d8f27e6308d6e7c164cd4db5ac1fb263
df05949c29a1370dbbd4e324925e5bf0883f21898e2fa544dbeb81a279bede54fa24a7767b0975dad
11f9e6f9bfaa4b2109db4

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_7.jpg

**Hash (SHA256)**
672ee9105b42c9562e24d8edd0450c68ea37e168bff9c8896fef08cbe1cc2a32

**Signature (PKCS#1v1.5)**
26d0ea4357fc1877cc8e12d854ab2402e87cf7ef72faf27d15418836f1cdd7fb852737564fc5e763aa
db96e64254b210391abea17978d0817dc514a69208d2e6ed1e3ac28399e5615f97ac527b7b78e707e9
993eb22f7db1cb2a1dc3350ddfb060a8a1f230baa294cd67c146dc3ed411c7dc4f4a618de54a787ff8
269f8eab896f6594d2689b3c00c67046b9c7915c3ecc273b1cf85a4ea36a9096fdc389e21007f231ca
a476cc603744a24db9501fcd8c371d9a7c930837b1674e99e8dc1c27fb896fcf438b14ac9f2b7b9573
b42a8aaa5c427f8171a343d4c5169351085610e945d2b279bc01ce7e9bc591cd4bacd1ebce7d7c398d
f705030f544b210c95f3

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_8.jpg

**Hash (SHA256)**
79d2fcbce79eae481d37bda96b3ec430918ca35456dcb42f56b2937f53d6786d

**Signature (PKCS#1v1.5)**
6139756f7216ad070c8bb54d9e5cf49459ff5fd722d852c081485ddb87e6d1f61a457d25300ca1b8e
309e52247aeeede52386205a63135e0c280a2dfb8347a0b402b26039c3a7e8fc279745e0fe4f2148c
58e5fe8f1b066df1ad58ac4d1dee156e791d59b9562de2b278e4936b3797b3a993e6369046baff115
47a8aab859553f425111fbb3397dae9fb77754c9c5f94d24e588dc6e7a53d4968dce8e5f76da236dcbe
c012fe4b9d32f9af4585cda60821c62d79402822f77bdcc13a1e2463e88cd3dac0d5807ee4046ee2d9
f2a02e172175ac1de1ac99ed14cf8ea7838a8dca1a02162d174b522e6709bf5689fab096c8d1077c81fc
8c2f1a3bd707e918e701

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)



**File Name**
https-x.com-DineshDSouza-status-1537427073819713536-Oct-28-24-15-58-43-GMT-0400-(EDT)_9.jpg

**Hash (SHA256)**
1f6ec9550df045332d918d0c19b80426d11e1fbb95244eb1b9962bfe951fdfb4

**Signature (PKCS#1v1.5)**
52b28fb79120a5e970ca7fec98e8405b1e3e43ec52083cb0cec60dbf259268af2904c64a31ecc4081
721fb962feba663d75fb448debe0fc368a6f5aeb1405e0f7ec728539191341d08229ecf78b3a008d1
1a8f0c034f33015a13dc86095c629b6815fe1685aebf1edc611b4d388f6ec0a75152128133ada658
7468c0f37c32db9da946f04786ef24e1140ab15ec900ec249f30a15855c85ecc751079a24c0dbbca
442abe2652d23fe2ba6b0957c4e028ba94dad43b70b67d20fb50b489cfcb62b5b35a05530c3bcc9
348d7b2063f766e6a9408f8522cb6cd792b3bd686f5fbb902f7d1989c3867803ab9403359a07660
a9ff43c78ebb5e382389d67297961dba

**URL**
https://x.com/DineshDSouza/status/1537427073819713536

**Timestamp**
Mon Oct 28 2024 15:58:43 GMT-0400 (Eastern Daylight Time)

PDSA-0001911