# EXHIBIT 124

Post

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

**Dinesh D'Souza** @DineshDSouza

Bullshit. The investigator only examined a single case, and even there largely relied on the mule himself saying he was merely dropping off the ballots of family members. There is no way to verify this statement by looking at the ballots themselves

4:53 PM · Jun 16, 2022

12 · 2 · 4

Post your reply · Reply

**Paige # Ex GOP** @ItWasACoup · Jun 16, 2022

**Angry Fleas** @AngryFleas · Jun 16, 2022

No, THREE GA cases have been investigated so far.

In each case, they confirmed the correct # of registered voters at that address.

They confirmed that ballots for the voters were collected from the dropbox for THAT day's batch.

#getTheFacts

3 · 13

**DrGasLight** @DrGasLight1 · Jun 16, 2022

Dinesh - I would think as a convicted felon you'd take more of an innocent until proven guilty position.

**Steven J. Frisch** @stevenjfrisch · Jun 16, 2022

That's a bald lie.

Firstly, your claims of ballot stuffing are based in large part on 'evidence' from far right-wing organization True the Vote.

See: truethevote.org/wp-content/upl...

1 · 1 · 1

**Mmmm...really?** @Mmmm_echtwaar · Jun 16, 2022

Well that's easy to debunk... (#ProTip if you comment on a shared article at least read it, not only the headlines)

> Georgia secretary of state investigator Dana DeWeese looked into video provided by True the Vote **in three cases** in which the people putting multiple ballots into drop boxes left in vehicles whose license plates were clearly identifiable. But in all three cases, nothing untoward was found (beginning at the 1:19 mark).

3

**Classy Gentleman** @gentle_class7 · Jun 16, 2022

Sounds like your bullshit theories are unfalsifiable and unprovable.

Like any good conspiracy cult.

1

**404 Not Found** @Fundundy · Jun 16, 2022

Your movie didn't verify shit. That's why youre ignoring subpoenas requesting you data. You can claim anything you want in your film, but you know you can't lie in court, and all your 'evidence' will be scrutinized.

**Jane Gail** @Jaynitess · Jun 16, 2022

Why did you leave out that the investigator said this👇? You seem to be so concerned w/controlling perception re your movie that you left out the most important part👇of the investigation. Do u really prefer your followers view an innocent man to be guilty cuz that benefits YOU?

> "Prior to my interview I researched his home & located 5 legal electors that lived in that house, all fam members, I checked all their ballots in our enet system &they all coincided w/being dropped in the dropbox on the same day as the male placed them in the video"

1 · 1 · 4

**Hajji A. Davis (The Woke Anti Trump Leftist** @HajjiADavi: · Jun 17, 2022

Yet Dinesh "Former Justice Department official Richard Donoghue recalled breaking down one claim after another – from a truckload of ballots in Pennsylvania to a missing suitcase of ballots in Georgia — and telling Trump "much of the info you're getting is false."

**Relevant people**

**Dinesh D'Souza** @DineshDSouza · Follow

Author, Filmmaker, Host of the Dinesh D'Souza Podcast. Follow me on Locals: dinesh.locals.com

**What's happening**

**Blackhawks at Avalanche**
NHL · Starts at 9:00 PM

**Sports Equinox**
with BetMGM & X. Click to download here!
Promoted by BetMGM

Sports · Trending
**Vini**

