# EXHIBIT 125

Post

**Poker and Politics**
When defending #2000Mules @DineshDSouza likes to claim he has answered the common questions asked by debunkers. Here are 10 questions Dinesh will never answer.

**Poker and Politics** · Jun 18, 2022
1. Why does True The Vote use "within 100 feet" for their definition of how accurate their CSU data is when engaging with law enforcement? Dinesh loves talking about "Articles" and "Reports" hyping far greater accuracy, yet TTV won't say this when dealing with the GBI.

**Poker and Politics** · Jun 18, 2022
2. Why is Gregg putting a photo of a car in a fire lane and scary red dots indicating "Mules" on a graphic that is supposedly of Atlanta at 35:43 in the movie when the graphic has conclusively been proven to be a flipped street map of Moscow?

**Poker and Politics** · Jun 18, 2022
3. At 33:37 Catherine says "We chose to look at 2 murders that were ebbing on cold case status." when the main suspect in the shooting of Secoriea Turner turned himself in two weeks after the shooting. Why did she claim the case was about to become a "Cold case"?

**Poker and Politics** · Jun 18, 2022
4. At 41:11 Gregg says "At this point they had started requiring the mules, apparently, to take pictures of the stuffing of the ballots" Why is he so vague? He supposedly has overwhelming video evidence of the "Mules" why doesn't he give us a date for the Photo Edict?

**Poker and Politics** · Jun 18, 2022
5. Why does Glove Girl not take a photo of her ballots? At 40:12 Catherine tells us she is voting at 1am on the final day in the Georgia run off. Clearly the Photo Edict had to have been made before then, yet no photo. Is Glove Girl not a mule?

**Poker and Politics** · Jun 18, 2022
6. Why does Gregg claim, at 38:58, that the FBI caught people stuffing ballots in Arizona using fingerprints when the FBI was not involved in the case?

**Poker and Politics** · Jun 18, 2022
7. at 47:47 Dinesh says "What you are seeing is a crime" as a man puts ballots into a drop box. At 25:58 Gregg says "We want to absolutely assure that we don't have false positives." This video was investigated and the case was dismissed. Were you wrong?

> **Commander Poot** · Jun 13, 2022
> David Cross @GAballots baselessly accused this voter of ballot harvesting, and shared drop box video with True The Vote.
>
> It appeared in 2000 Mules, Charlie Kirk & Tucker Carlson's shows.
> ...
> Show more

**Dinesh D'Souza**
@DineshDSouza

No. The investigation was bogus. Since there is no way to retrieve the ballots, the investigator has no way to definitively confirm they were the ballots of family members. He simply got this from the mule himself.

1:28 PM · Jun 18, 2022

Post your reply

**Berlin** · Jun 18, 2022
The film was bogus. There's absolutely no way you can prove those weren't family ballots. Where's your refuting evidence?

**SmythRadio** · Jun 18, 2022

**GiveThonks** · Jun 18, 2022
Convicted criminal smears someone of a made-up crime.

Your moral bankruptcy is a sight to see.

**Mark Wylie** · Jun 18, 2022
Right in the video, the investigator refutes your claim. He did not "simply get this from the mule." But you are counting on your cultists not taking 2 minutes to watch the video.

**Angry Fleas** · Jun 18, 2022
What's the coincidence that that guy's family ballots all ended up in that dropbox, on THE SAME DAY?

You could easily prove your theory by showing the video of the other family members delivering their ballots. 🙄

**Rupert Pupkin** · Jun 18, 2022
No, the investigation independently established that there were 5 registered voters in his household & that their ballots were deposited at the same location and day as the video.

You should be more careful here, Dinesh. You're coming awfully close to defamation.

**Uriel** · Jun 18, 2022
So, by that same logic, there's no way for you to prove that the ballots "weren't" from his family. So you're just leveling baseless accusations.

You complaining about the investigation isn't evidence, it's just you complaining.

**Extremist For Moderation ★★★★★** · Jun 18, 2022
If 1 guy lives with 5 other household members who also voted via drop box, and the same guy in your video is found dropping 5 ballots into the drop box, what is the MOST LIKELY explanation?

**Tommy** · Jun 18, 2022
"The investigation was bogus."

In their defense, there was an actual investigation here. Unlike what you guys did, they didn't assume a crime happened.

**Prism Metanews (prism-metanews.bsky.** · Jun 18, 2022
When you don't have the goods you can just say so bro

**Nathan** · Jun 18, 2022
All Dinesh' rebuttals amount to a child yelling "nuh uhhhh"

**P B by the sea** · Jun 18, 2022
It was bogus, the GBE is lying, waaaaaaaaa.

**Jane Gail** · Jun 18, 2022
In your ..., while u showed video of him dropping 5 ballots in GA, u narrated, "What you are seeing is a crime, these are fraudulent votes." Investigator checked his fam ballots in their enet system & they coincided. Why should we believe it isn't YOU who made a bogus accusation?

> "Prior to my interview I researched his home & located 5 legal electors that lived in that house, all fam members, I checked all their ballots in our enet system &they all coincided w/being dropped in the dropbox on the same day as the male placed them in the video"

This Post was deleted by the Post author. Learn more

**Poker and Politics** · Jun 18, 2022

**GiveThonks** · Dec 27, 2022
How prescient.

**Karim Adatia** · Jun 24, 2022
Yes, blame the investigators when you don't like their conclusions.

It's eerily similar to something u just said a few tweets ago — convenient excuse, eh.

> **Dinesh D'Souza** · Jun 18, 2022
> Replying to @PokerPolitics
> They don't. This is a misleading summary by the politically motivated GBI. They are misrepresenting True the Vote's search criteria

Relevant people

**Dinesh D'Souza** @DineshDSouza
Author, Filmmaker, Host of the Dinesh D'Souza Podcast. Follow me on Locals: dinesh.locals.com

**Poker and Politics** @PokerPolitics
Lee Harvey Oswald acted alone in the assassination of President Kennedy.

What's happening

The Offseason


