# EXHIBIT 126

This Exhibit Is Being Provided In Physical Format