# EXHIBIT 127

# Web Data Collection Report

**Page Title**

(14) Video | Facebook

**URL**

https://www.facebook.com/watch/?v=3304988439758013

**Collection Date**

Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/129.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

648858904dd793ed33456da5ae7b9313943a4af9544d1f67971738b7ca5e93830116f168
7646b08fd304fbd2381c15b75fb9946f3834df24742cb353fe728bda982c960b7f153914
fb8718716ae7962416e525d2ffdf575edee72a0575069c37109cd57125c12728cbbb4ba4
e4bdf349aa0eb6d84aaa5fa6d8903ba58041c39e1738409f0c9e4e23132c759999a6bf29
3fb10bf69acd42e902ecbc6efbb71bc13a80935752960b1acae0fc6a65cd105e0b07a6aa
20fe66edca613f47b089b7e1b32c18ce06308ef2605988cc272bc8a02af60325dd6664d7
498b8d24d18ccd7f72efe5e997b7fe224c9503a086b99b39f1d1b7cc3742458152db893d
2db32470

PDSA-0001819

# File Signatures

## SCREEN CAPTURE

### MHTML

### File Name

https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT).mhtml

### Hash (SHA256)

03ed6e1cfa3cefe73c166277320ec8f3f7e0b2c78dfa3665f46afd10f82adc5b

### Signature (PKCS#1v1.5)

6dae487e08f4a71059bbe674aa6930dfcac2fdada10ebc019cd164673f94a451f94199d36
262ce3d74666d2d4f5e0141082bce5e8caca6a02b92493d75874bf7064512ac95a88d661e
627de212da6ea698143c3813f1f29656a4588acbc246a60af473fc423148aa0edb2086465
1a095da88ff5686cc55ff82c6c3d1e13c17b9a4976d7f300b67a7edbf9f8a235d36b3e882
351764fa134207f54d1588edcfa7e3e15a27ae4f6794c5523e4fa53c7c6381cc7f738dc62
80d42f2c29228d2906e97df9774bd2c33ea65d48bfcea6c535f4c27cac1369a6ae785736
aea1f7b8d52fda75e88fda4bc81229794348d9a36592889b8205f61b1c5e4c8ac3728aae9
af

### VIDEO

### File Name

https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_0.mp4

### Hash (SHA256)

7d0837a04a4c217399d478a894f894088189bf3cb549dde9fb65fbaafe5a12b9

### Signature (PKCS#1v1.5)

1f6f94b80fd2bb1ef087ea0cf673b522c7604950a837f86e3232cf3cc6c9b20c2e0811c75
1da8ee2b8173971ece2d578893718b21f1d76410575a54baebfbc454a8e9b5b5cf716e8b1
1a7a005168af95e7782fa78b996f773aa3ac05e885ec25dcb881308a429de2d4ff941905f
f01e9e5e375fe776d9f0fc6ae30e68fc2e9ad09cce60b5ced5df37cb68cb7f25964e290b
09c23e072127fd27edd755d2f26ba5c5b5bac1eb801ddf745005bb92a58153d02a1a1376
78ba3e46c97fb2143ed613c2c7454db319b7ec3cf57be8ddba0abe9687e0e79f45206a0f
749b78fc0c5e6a27c9ad9990c91f417590844e61d4f0eff03db80ad0a6ae3924b2a82f36
aeb9e

PDSA-0001820





**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_0.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
ae5f9a23b538555ab62829d057efae1b76f58a9db916d2a38c2d8219437fd27d

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
628b61495f94caeed1f4e96ad37ee2bd7700aeafba1316ac08127e7cacd604d354c1c8780ec051ba8
858fba7d0300ac5e8c03fb3265215ecdd6391bfe257dee5c7d844d34ae5124c81ad475b4f3a199551
1ea66ed869c41832763833646db187280b3da21a1a975b38ee7b8e7846bf0eabd6a82c97f3edf3aee
b1f80c8316d401118371f60e41f5d5ae586d1a937a665ddb7bca568aefe93d2c0f63c5c775057cf140
9da498a890dab0b7f1efedc638b38e46a1b56392f2fb5e78407658e73797b737e28e534076365132b
6911fa4fef638b7e425bb780a7cef8b7068f36532f424459461603f78b0a09c95e12983ffe2e4293d
fadd90648d52e72c55c8305d8



**2000 Mules - Forgiato Blow**

 Like      Comment      Share               1K · 161 comments · 11K views

 True The Vote
October 22, 2022 · 

 Follow

Overview     Comments

Music video trailer for the film 2000 Mules
Instagram @mayorblow
Truth Social @forgiatoblow
Twitter @ForgiatoBlow47

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_1.jpg

**Hash (SHA256)**
08f856057a0c4185e5cbc8c3a93c446b6b49cb9af405035368b5ec45fc7cee4a

**Signature (PKCS#1v1.5)**
6de9437dd4ba06bfe5ef163bd2f013a86c59bce3cd6d238c19d771804f4573ed7575100da266e97f6
7e7b4987ebfe93dad2c51f9f18eb2e0c08a07488922f075b1b7267bc6c32bd517c163ec5a936c6fd7
a1e9c70eb7c9bfd82a1cd04ed59fd679257758e8828b223f24e5739a4e29c5349522ffa5d236478ba
45c2c6ca3502ab5dc5c1b41b80a6717aae37d5aa7742b4228a6b76fd74cfa7d56e682ea69d6c3d33a1
ee3aa37c9a9e0ad51f7566a0ae421995cfd9af757cdc1f2d225d492e0354ff6d9a7e8b792f85fbee00
2cfb593ebcf7c6ff0c2b7ed46bfb4a7d9d0d3cfbbb56567f038bbd1ce930229f85c7a8c83f04d15301
5b631c15c9cae5c0d222664

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

PDSA-0001822

Overview    Comments

Music video trailer for the film 2000 Mules
Instagram @mayorblow
Truth Social @forgiatoblow
Twitter @ForgiatoBlow47

All comments ▼

 **A Silva Backus**
10/31/22 Jail Day.

1y   Like   Reply

 **Lorie Guthrie**
Proof positive of illegal votes. Everyone should watch the movie.

2y   Like   Reply              3 

 **Kallie Sizemore**
**Shelley Scholzen**

1y   Like   Reply   ◯

 **Don Lane**
Jail time for the lying liars.

1y   Like   Reply

 **Bryce Harless**
Fart

1y   Like   Reply

 **Channon Edwards**
Yes!

1y   Like   Reply

 **Teresa Bridgers Winstead**
**Tammy**
ssp

2y   Like   Reply   Edited

 **Mark Lobato**
These A holes are going to jail. Traitor Trump next.

**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_2.jpg

**Hash (SHA256)**
59ddf0e7d14820e08719d757891cb653ea16f91d3e695a7f63022f8d852eee48

**Signature (PKCS#1v1.5)**
4fe31b9647baef765536a10778bf7ee1a2fdf0c8933b05a4e05b39c7542df07f3f27423a61cc88bfccf
70978984ea502638de167c24b415fa7f98a1ba1398defc11ab7b0aa4bf0ae9e5428f67b997c6429992
6753e722a8dcf3d197d0f6903c3ca68cab6acd63f6ad7c5bbf3f88a510bd705da05ae037024cf2d1ef
f99d8476b13ac53f3f90224bd425b252ffe168d1a6026a255e31ace419bbfce61ffcc4556ff3905c57b
9240860a9611a6f90a6266a9d7bafb415efaac7ff330025f974c7a6e278fac07eb4b0192072e0928ea
d846748acee21787655a58673d5c87880f36846ab7d11e069c6cd5ff68d3b31178a1585d59186c9b42
084383f5bc18df1e04

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

PDSA-0001823


**Teresa Bridgers Winstead**
Tammy
ssp
2y  Like  Reply  Edited


**Mark Lobato**
These A holes are going to jail. Traitor Trump next.
1y  Like  Reply


**Steve Backoff**
A bunch of bull 💩
2y  Like  Reply


**Marilyn Lynn**
Wonderful
2y  Like  Reply  2 


**Debbie Hope Dyer**
Amen... Great film of Truth AND proof of fraud.....
2y  Like  Reply  6 


**Elisha Campis**
**Debbie Hope Dyer** ya might wanna watch this tool's other music videos... they perpetuate violence against women. He sexualizes killing his girlfriend. Ya, that's some real "family values" for ya.
1y  Like  Reply


Reply to Debbie Hope Dyer...


**Victoria Jolie Hitzman**
White guy can't rap
1y  Like  Reply


**William Francis**
Yep
2y  Like  Reply  6 


**Joyce S Manu**
**William Francis** Hello how are you doing, handsome kindly text me on messenger
2y  Like  Reply

**File Name**
https://www-facebook-com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_3.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
288ee7247e071838dc1329dba3e3f62bcd24034efa6956c10de0fba8ec5e0504

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
76d86651e6884923450a206ab7276626b5a484c29cd65e377a4d5005bbe5e1fc1b00f158a879031fa
030d3cf6cc55f2e9a373faa895bdd22cb01710b33e3e8e012b2f11eea4ac6c40dfdc1da504b02a9dbe
a71127061f0c38938d09c9ae22f5c954fceb2b884649af5cf158527246d1980bec57f9c8eacb8c8fc8
a1553f1f044f63e1670a17513890938e5bfc1056589c25983a25c2d17b8090ede1f914a32409d24e0
0349a285853c0a09951b1846a69e9581d498468ccfbd6efe50ac269921c8bc619b13d0b2a89515b9a
11bfe79376640e324868e1ad97567a6d67c431978b70cd007c9aa340e90cf5eafc58926256f1f91505
3202f4806a0d4a4d8a041af

 William Francis
Yep

2y   Like   Reply   6 

 Joyce S Manu
**William Francis** Hello how are you doing, handsome kindly text me on messenger

2y   Like   Reply

Reply to William Francis...

 Liz Wesenberg
Why jail True the Vote if they didn't expose the lefties. So obvious what going on !!

1y   Like   Reply                                     2 

 Dan Mulligan
Morons. Forgiaot blow is a crackpot.
Whatch him being interviewed here:

https://youtu.be/sQvZZADtolo

1y   Like   Reply

 Connie Parker
Why won't it let me share this?

2y   Like   Reply                            

Darlene Misciagno ⊘ · Follow
Everyone must watch the truth

2y   Like   Reply          4 

 Richard Schultz
2000 they on a mission

2y   Like   Reply   2 

 Scott Nelson
Do any states still allow drop boxes or ballot harvesting?

2y   Like   Reply                        8 

 Cheryl Cook
Scott Nelson

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_4.jpg

**Hash (SHA256)**
dad68ff7c5ed5fb2ff28b6aa2ad2e57ff50be9bac86c98eb4da01311785bb55a

**Signature (PKCS#1v1.5)**
0fae10c23fa767aa00c9e011354aa0af1b2017ced4d2cc4d32dbc8b229e21641fb2d78d78542367ec
96c524eaab2215418e5e9189cd77c4a70097eb2b6f206f7687307335a612637ca5605ecabdf5cb4bc
5a69ddc978fda2a465de391e7ea618ef4293a8801e07ac9aef142a9c7536c1b5d60659763bb033ad0
8ef0043aacf5138e1dbb643e91020288cd22b20685c63cd807396b1246f0258514b515ad92d516303
b09213cdf7552059241b5fc7c81756118871bb70a4ba3b08688414c484ea3ab3857ae51be137ef155e
e05287116fb3583241d6efffcd4febe9874e07d213426d25364b7f88d794238d98948baca068038ed
8bcc21af8689c565e8e8107d0

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

PDSA-0001825

2y   Like   Reply

**Scott Nelson**
Do any states still allow drop boxes or ballot harvesting?

2y   Like   Reply                8 

> **Cheryl Cook**
> **Scott Nelson**
> Yes
>
> 2y   Like   Reply   3 

> **Nancy Young**
> **Scott Nelson** CleanElectionsUSA.org is organizing watch groups.
>
> 2y   Like   Reply                3 

> **Deauna Stafford**
> **Scott Nelson**
> Not sure.
> True The Vote would know. 😊 I'd like to find out as well. Will let you know if I find out 😊
>
> 2y   Like   Reply                3 

**Bob Usinger**
**Scott Nelson** I know California does, where it was all created, perfected and implemented throughout other states during the 2020 election. Shows why California stays blue when so many people vote Red.

2y   Like   Reply                                                                            4 

> **Cynthia Wilson Fallon**
> **Bob Usinger** I always wondered how Pelosi and Waters and other Democrat corrupt politicians got re-elected...now after 2000 Mules, Jovan Hutton Pulitzer's videos, Patrick Bymes the Big Rig, Dr. Peter Navarro's reports...we all know!
>
> 2y   Like   Reply                                                                            3 

>  Reply to Bob Usinger...

**Joshua Wishon**
**Scott Nelson** obviously they do. Haven't noticed the armed nuts in Arizona at the drop box?
https://www.axios.com/.../mesa-arizona-armed-vigilantes...

2y   Like   Reply

 **Debbie Bernardi**

**File Name**
https://www-facebook-com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_5.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
e690b88ff2972fd14b00663158fccfb3fab04a40bbeddf06d970eaa819b035b9

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
744445d2e180d5afd758a76ebca19baee1fa84d6158a4dc98db77f5f9863c5a1dcd0a5ec6c66b48c09
1f8569b070c452323fc5c766ced348ab1dc3366afb3a281af3f57ff471066f86ea49a02f0b52ea7321
c69d1dcc3da8a77b8407131b73986b56bda820f4096a174960ce86a9b0e8ea2548e1677919cc6b07c5
e60df3f1682b739e4f622bbd974e1442c4837f9315e2a1925ecfc0abd092930543a0012396726fd29f
8b39e1bb046e0dd365c3c8ecc24cf1d0378b1a1bed1d8de2de53fe910fb7cffa25d4d05a7905fdb069b
7aa49f6fb302d326756fd3fc8f0acfe86dfd629a37fb16398662231492a01fd2a20a84e0e2eaec7bc0f
f35ddf16a22522b1c6



Joshua Wishon
**Scott Nelson** obviously they do. Haven't noticed the armed nuts in Arizona at the drop box?
https://www.axios.com/.../mesa-arizona-armed-vigilantes...

2y   Like   Reply

Debbie Bernardi
**Scott Nelson** Yes, unfortunately our state,California, with our horrible governor!!!😩

2y   Like   Reply

Sylvia Martin Lafferty
**Scott Nelson** yes, Nevada!!

1y   Like   Reply

Pamela Stuckey
**Scott Nelson** yes quite a few, NY, Arizona, Colorado, so many and Pa, so many

1y   Like   Reply

Reply to Scott Nelson...

Shawn Rottman
https://youtu.be/TBQvqA1GW94

Foreskin blown is a very very untalented hack
His "music" sucks

1y   Like   Reply

Joseph Scott
Fogiato blows trump nuts fat homo

1y   Like   Reply

Victoria Jolie Hitzman
Unbelievably stupid

1y   Like   Reply

Maria A Smith
His name is blow? Is that for the amount of coke he does or because his music sucks? 😂😂😂😂😭😭

1y   Like   Reply

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_6.jpg

 **URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
2ec930e8e85c911ee1f3b825dc40cbe0f8ff9d491aae8a952b39261c59d9fe12

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
58a8fadff305dc48c2cd30074815acc35e998f3adb3035b93aeb835d41886223f671f694d352fc3e6
756b16630074507a7f21f8b026d5c78f90b0b234ee2be88ddc7c5a71ae4a2e3927965c1667dabb88f
7ad71e123a3a0bd977f815da3bd2bd3ba6b2c9e0456da9bac77d5b228104335d94b5880c1d5bf8c2d
f956284d22ed0f129afaedf72d66f6fb8fab53e8b051186f79464a7cfeb822c67544146dcab9659f5
c9c73bb1b61954c17bd98daac5d38244566b8dc3d2d49d6b97cb16acaf318be5a3d97faee89c0d38
0f677837c464300052b20809dbe754c2db35d7124e755ae9f806a594606797f5bd32a720ff240e10
0c79f6a08780178e7f4385f76974

PDSA-0001827

 **Victoria Jolie Hitzman**
Unbelievably stupid

1y    Like    Reply

 **Maria A Smith**
His name is blow? Is that for the amount of coke he does or because his music sucks? 😩😩😩😩🤮🤮

1y    Like    Reply

 **Kire McAllister**
FACEBOOK---Your post goes against our Community Standards on dangerous individuals and organizations. No one else can see your post.
We have these standards because we want everyone to feel safe, respected and welcome.. If your content goes against our Community Standards again, your account may be restricted or disabled..You can disagree with the decision if you think we got it wrong.---Kire McAllister---Trumps Nephew
@ForgiatoBlow47--Why Is #Target Targeting Our Kids? Rap Video
3 comments
Does America's Black Community know that Facebook is censoring Trumps Nephew @ForgiatoBlow47 Why Is #Target Targeting Our Kids? As of 4:27 PM · May 25, 2023--3.6M Views

1y    Like    Reply

 **Thomas J Gallagher**
Let's show the low life libs we will expose them and bring the truth out and not stop. By the time we are done the demoncrat part won't be able to run anything more prestigious then dog catcher

1y    Like    Reply                                                                                                                                                    2 😂

 **Douglas Owens**
You folks sure are desperate...

https://www.vice.com/.../akeaaz/voter-intimidation-texas

1y    Like    Reply

 **Patty Holtke**
As of today, I no longer support Trump, and that completely breaks my heart. I belong to Truth Social. Trump hasn't bothered to once mention True the Vote, or Catherine and Gregg. He hasn't asked for prayer for them - nothing. I am completely heartbroken and angry at the same time about this. I still completely support True the Vote. I will still continue to pray for Catherine and Gregg, and I'll still ask many others to do so.

1y    Like    Reply                                                                                                                                                    3 😮😍

 🖊 Author
**True The Vote**
**Patty Holtke** He has! He did an interview and mentioned Catherine by name several times and has also posted about this injustice on TS 😊

1y    Like    Reply                                                                                                                                                    2 😍😊

 **Patty Holtke**

**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_7.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
e16e66a0d06ceba39cafa8a8729eee7641e033ced88f7200041b0f46e7f4b0de

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
43d75c6d8e3420370673e96ecf77fd1008848ed25977cc4b8f3117d817a7e8624edb8d04b9eb5830
5120330209ac6dda54f5205d9bb0ffe3855cc158d39ba9b8b0df9e0b04df52da79a2ec42f48cb190
14cb4b527fa638147b49513a47267a4082fb4930295ec1a2db2d7240b68a50651 0dd616c7c4ac214
0906b783e3b57ed18955b30394edc4a946357be5a741e5721477a2c29e917acfe90818e1f4709f4b
9c2c6610b93b380a1c4d98f5268da5bfb4042d2c52ab5bdbffb50d8d740216e9beed706b44d6f98a
9feabbb039e880adde0b00aa85b2245ed897c6558349b7098fac1cf2b707db2cb8e878804f0949d
3b07750897f48c1871229ec70260514ae



1y  Like  Reply

Author
True The Vote
**Patty Holtke** He has! He did an interview and mentioned Catherine by name several times and has also posted about this injustice on TS 😊

1y  Like  Reply

**Patty Holtke**
**True The Vote** I apologize for speaking badly about him now. Thank you for clarifying. God bless you.

1y  Like  Reply

Reply to True The Vote ..

Reply to Patty Holtke ..

**John McLaughlin**
What a bunch of dummies

1y  Like  Reply

**Gary Davis**
https://www.salon.com/.../throws-true-the-vote.../...

1y  Like  Reply

**Gary Davis**
Back in the old days you needed to wear a white hood and a robe to prove you were an ignorant bigot. Now all you need is a red hat.

1y  Like  Reply

**Kate Linden**

1y  Like  Reply

**Don Lockman**
https://www.texastribune.org/.../true-the-vote-leaders.../

1y  Like  Reply

**Sylvia Martin Lafferty**
They need to stop the voting in supermarkets and retail stores. It looks very shabby! We need election integrity board in Nevada. Democrats that are against integrity boards show they want to cheat.

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_8.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
a9c8bf7f99ac85bc7ac070a9065fd7b22878d194cccdb937300e633c32e589dd

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
61e90b0615649c5dc7d58230098603b9884b5738c297c33d180f2c169ac0f3536b3ca135e710b1281
801e71ba82124202302cb7777ee894c8527597ed678ebdff5af2503d81268cdc90e71f7bf7c4eb55
f386977f5ede882fead67939a06bb65cbbd987a44c9c74089ebea023f08caca7d949df0396a5e56a4
5d957d8c4540ff5ef989d9def5d989ebd7f29d6ff0d8b30bda22f697af4f0cf4221b4b537974acaec2
d359fcfc2ae6f0e0878e67a26852fe675af9a8a055800766f413f663b1187c86dbe8e5333610b5749
48b6fef4d10d8c3314ec7b63aaecf8e5ebd8cb0738b6948bd82f58fedccc069abcc09630ace4f0e42
9dab0a2919a9abd83128ba6f8

 Don Lockman
https://www.texastribune.org/.../true-the-vote-leaders.../

1y  Like  Reply  

 Sylvia Martin Lafferty
They need to stop the voting in supermarkets and retail stores. It looks very shabby! We need election integrity board in Nevada. Democrats that are against integrity boards show they want to cheat.

1y  Like  Reply                                                                                                          12 

 James Fusso
Oopsie! All locked up! 😂😂😂 https://www.texastribune.org/.../texas-court-true-the.../

1y  Like  Reply

 Phil Quaschnick
True the Vote can't back their election fraud claims

1y  Like  Reply

 Phil Quaschnick
Movie is BS

https://www.fox5atlanta.com/.../georgia-false-ballot...

1y  Like  Reply

 Joanne Baca Hunold Ramey
Laurie Evans Just because someone is being investigated by our corrupt socialist government does not mean it is a lie. In fact just the opposite. I remember watching the results live when all of a sudden polls shut down. This had not happened before Also watching as the ballots were boxed up and hand carried across the street.

1y  Like  Reply                                                                                                          3 

    Mundy Rado
   Joanne Baca Hunold Ramey it literally happens every presidential election.

   1y  Like  Reply                                                                   

    Reply to Joanne Baca Hunold Ramey...

 Joanne Baca Hunold Ramey
Just because someone is being investigated by our corrupt socialist government does not mean it is a lie. In fact just the opposite. I remember watching the results live when all of a sudden polls shut down. This had not happened before Also watching as the ballots were boxed up and hand carried across the street.

1y  Like  Reply                                                                                                          4 

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_9.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
35c8b43a952f1ae5a5587d3dcfb92c1c85869232c3776e6f3b2b4bb932282bd7

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
3397c312c7542b904c8d382946085ed3f3dd495a3f0f58799df11c4a683f31e44197de2b3ec8a5588
540bccec02173e646c1a5cc4ee6400b4be2832335a3ffb6154d15f63e38d81c3f536dc24105542b2a
3d778ac24ad38a8c4a4b973e027da82095ee07075716b97b55b2a262dd19e702b504051c6ee7b8f94
4887efeff77126bd22fc40e20add212929f8e2e46e7a22236f2159a302d89d509aced23fee68d6f5b
f49b7da77e04b0484362ae563219fa3df5399c84e9b6371b0b05d009bf74d0e089a564f5c2bc4fa628
e752efaaaa08ef49d6903739f9eeefe453c19aec558771b9212f94460873ce3c5686fef1a89decd2f60
845f6f2b24fa89aef824d96

PDSA-0001830

 Reply to Joanne Baca Hunold Ramey...

 **Joanne Baca Hunold Ramey**
Just because someone is being investigated by our corrupt socialist government does not mean it is a lie. In fact just the opposite. I remember watching the results live when all of a sudden polls shut down. This had not happened before Also watching as the ballots were boxed up and hand carried across the street.

1y   Like   Reply

 **Joe Johnston**
https://verityvote.us/eric-sharing-data-with-zuckerburg.../

2y   Like   Reply

 **Michael Moore**
Putin, Xi, and Kim are loving every minute of it.

2y   Like   Reply 

 **Debra Morra**
https://www.youtube.com/watch?v=oLbGubywSLA

2y   Like   Reply 

 **Lisa Anne Rexrode**
SEND YOUR MONEY
WE WILL SHOW YOU VOTER FRAUD A COUPLE MORE YEARS FROM NOW

2y   Like   Reply

 **Lisa Anne Rexrode**
ENOUGH IS ENOUGH
THESE PEOPLE WANT PROFF
FOR TWO YEARS THE LIES OF VOTER FRAUD
NOT ONE AMOUNTS TO EVIDENCE

https://www.fox10phoenix.com/.../arizona-attorney-general...

2y   Like   Reply 

 **Lisa Anne Rexrode**
https://www.usatoday.com/.../fact-check.../8262315002/

2y   Like   Reply

 **Lisa Anne Rexrode**
TRUE THE VOTE IS BEING SUED FOR LIES

**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_10.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
2da4643355a50dc09865337ae79fd42f04084e175d4d477f5b8cefc832423d6e

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
7bb7408b79d3ea47a479f6cd5707e1d33bd0179728d23f6d3e993a5e3f0e22113fde43bf287b6d1c6
e9110e7d7924d76e3cee62e7afb74e95c2e14ecfe67cb5f2b54b86da1688c7cef9d59dd480d3832ab
553384f671bef8eaca1538ab6c87e8e25c042d16c1a5482a6c7be6c3706b22c2360fbf1413bd44302
914758accb7f9ca9589129e32c07941b8fde49dd9e3c31350151778aecd155081b854927b084f4b8b
9dee5aed1e74eac57fb59423798479b494b694289c7269adcafffe5c67c6c16966666eb559df27d0e
554e189a08284d529a2193820ac05f36a1547bf50fe91786e0adadded11e3b4bfcdc46217f7d130059
8c3dd48dce411925b943976f3

2y  Like  Reply



**Lisa Anne Rexrode**
https://www.usatoday.com/.../fact-check.../8262315002/

2y  Like  Reply



**Lisa Anne Rexrode**
TRUE THE VOTE IS BEING SUED FOR LIES

https://www.texastribune.org/.../true-the-vote-lawsuit.../

2y  Like  Reply



**Lisa Anne Rexrode**
https://www.npr.org/.../heres-what-changed-in-dinesh...

2y  Like  Reply



**Joanne Baca Hunold Ramey**
Lisa Anne Rexrode https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?

2y  Like  Reply



Reply to Lisa Anne Rexrode...



**Debra Liles**
Some times Joe slips up and speaks the truth.

2y  Like  Reply                                            6 



**Jack Acres**
2000 Mules...a must watch...

2y  Like  Reply



**Sandy DeCuman Schoof**
This movie should be FREE and shown on a public platform...to help EVERYONE see what really happened

2y  Like  Reply                                            15 



**Joanne Baca Hunold Ramey**
Sandy DeCuman Schoof found one: https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?

2y  Like  Reply                                            2 

**Sandy DeCuman Schoof**
Joanne Baca Hunold Ramey THANK YOU!!!!

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_11.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
189220f370ff78eba254664e25c389248059332ac5469c5cfa8280160cff5b71

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
4d07f106cbf3c9792c0810335219b2a57b320e7d951def395ad4eea324effb091d21660ae36ac574e84
2f21c5b0de7b6f72f611c13e8d0ec658c31248b26e3e44b352bde4ba8d0f37347345fa6f154e62af72e
e68b558ccf859619c6979fae43e6dff51c65d92df1803c9a386dcb17ef175c3cf549e71c901c719e495e
29570aeba52293bf6e2139686b9ac62f17c3f09c69872b02fecdc61ba229262baaa61798947d3d9909
2cfa341cba96caa0c08b0f085d14c4a4af87cfb0d4a11e27f78ce45004045d2c394f8d4249db5d62bc0
b417c2ff6bb20cdd5f0d050ef78404bdfe488cf1ef491e92d0d12fdeef04f12e702a0feded2912991584
4d7b9e53a6af4f1

PDSA-0001832



**Joanne Baca Hunold Ramey**
**Sandy DeCuman Schoof** found one: https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?

2y  Like  Reply                                                                                     2

> **Sandy DeCuman Schoof**
> **Joanne Baca Hunold Ramey** THANK YOU!!!!
>
> 2y  Like  Reply
>
> Reply to Joanne Baca Hunold Ramey...

Reply to Sandy DeCuman Schoof...

**Dennis King**
Let us pray for election fairness on 11/8 .. if the Reps win, the Dems will claim fraud.

2y  Like  Reply                                                                                     5

**Alfred Spadaro**
Vote red

2y  Like  Reply

**Joanne Baca Hunold Ramey**
Does anyone still have a link to watch the movie for free without joining anything? I did but of course it has been removed.

2y  Like  Reply                                                                                     3

> **Lisa Anne Rexrode**
> **Joanne Baca Hunold Ramey** for reasons of lawsuits
>
> 2y  Like  Reply
>
> **Joanne Baca Hunold Ramey**
> **Lisa Anne Rexrode** https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?
>
> 2y  Like  Reply
>
> Reply to Lisa Anne Rexrode...

**Joanne Baca Hunold Ramey**

**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_12.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
613c1721395fb0a0a3cd6ff491058c491dbb00a54d80d2d2af02a4f619e00848

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
62434e5798a5e86770380c0b75aea7a9bdb630d10f0971132e85f2ba372f6c3969145830c46bcfcba
b70a04271d7d46299a83070201bf92b6a891be9c5505013811871e337524a52788a303237943e6b8e
29a877b57e78f45e629a9c3fd38082f7fdfc59890237f83b318d9ef71fd8ed8981e1ae5edee486925
a4b75b0e34569b1d5494bc7d216205d16fec699864bed05f22b8234e2e9a662ee16ea0abfbfae2005
851ff3f5112a9402e91048879067d14d6a5b9feeace75088fd3ad2d5efad17096d0cf4daae02ec363
a73ca871e4f7b90401b9e6c5e873348e25174f1f39ae4395089c3b12c9dc246f835ddfe39ad2db7373
e55191285ee7628c740d4909e8



Lisa Anne Rexrode https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?

2y   Like   Reply

Reply to Lisa Anne Rexrode...

Joanne Baca Hunold Ramey
Found one: https://www.facebook.com/bob.lyons.7524/videos/798516164451764/?

2y   Like   Reply

Reply to Joanne Baca Hunold Ramey. .

Hope Oakmen
Hey Biden finally got something right—IT WAS VOTER FRAUD.

2y   Like   Reply                                    6

Justin Hadley
Yall stupid

2y   Like   Reply

Joe Johnston
https://newsothersmiss.com/.../konnech-servers-wuhan...

2y   Like   Reply

Francine Graham
He totally admitted the steal. Evil has to announce what they did.

2y   Like   Reply                                    6

John Froese
Nobody involved in this will back it with a sworn affidavit or testimony under oath.

It's worthless as evidence.

2y   Like   Reply

Mark Beals
You traitor trumpet cultists are absolutely delusional! You are a traitors to both God and country! I hope you crawl back under the rocks you crawled out from under when your messiah gets
arrested! FuQ you traitors!

2y   Like   Reply

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_13.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
3558527258603d12a11b380598ce87453243d7cd15d7ab5cd1b46d5cba4c8b27

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
38d6861810feaf9cdda085044b51557f213af2f5e77397515a78851a821666e858aa644960198c0ec0
2231f556494dbf1869fcc6ff7238549d70da053a0d7ace50fad650dcf6defa24421d047ad3447b287d
8a095bbb51637a0f340717bede7e452e9bf9074697e13f8e4cd144fe9ce5179e06b4ee518711042fac
7259537d6284cf10e4282c0434dbd46f5e508aceb80bdb2ba4edf47b8f5730c8247772fe5404316745
114e1bf58a930774df309be8285b7208498b1bb53964df50429f81b84289fd9991cec891c2b1db6b46
43f8d3e79dd9bc1b6ae3374ddb3a9699686dd6057adb8d1d7fa168048f19647bed1f79b90fdf6d48481
fca8de91fafcd36dc34

2y   Like   Reply

 **Mark Beals**
You traitor trumpet cultists are absolutely delusional! You are a traitors to both God and country! I hope you crawl back under the rocks you crawled out from under when your messiah gets arrested! FuQ you traitors!

2y   Like   Reply

 **Joshua Wishon**
Hopefully the 2,000 mules does it again. Definitely deserves to. Maybe the cartel will counter protest the armed nuts who believe the election was stolen.

2y   Like   Reply                                                                                                                    2 

 **Cynthia Ladderbush**
Thank you! So sad we don't have a free and fair elections in USA! Please America, vote Republican!

2y   Like   Reply                                                                                                              3 

 **Robert Iler**
If you think j.b. is the president you are a moron wake up America 🏳

2y   Like   Reply                                                                                                      

**Jacob Lind**
**FBI Department of Justice**

Don't ask us why you're the enemy when we know what you've been doing.

2y   Like   Reply                                                                                                    4 

 **BruceJoy Hinrichsen**



2y   Like   Reply   3 

**File Name**
https://www-facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_14.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
1f5c23b61156620d4b7c54cb56555c1ff58e77e78c8cf6469905aa49e926b9f1

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
0fde02a48b120f6f04f565842281410a0a71ffffe15d8ac8ba30049f401180115e84ea0aecfe7778b7
8a6bb5c66f555ec6a02fb8db9100425dd5699e5f31c64c296fb09dac32500f92999091092fcf17faa2
9ae339c52eeb8ffcf55365590550f3edb53bee5687ea874336b5b230bd84180abc01b960b533253e0d
3b492865be3ca4b61202113f8374a71eec5e86d90c01d23dd44e12b3425f4ad610c19ffba717f0faf51
629d16d8700b7ae794df6afc4ab6d7f3a19376fa4806b78149c536d8094633c4e5beb913424a2074c1
12681fc389c7cc18ed4031ad3785f9f8a196b39d23e8e8698020d27794ece565986b6bd8cf3551c343
fac1f5a18ca3608d7822

PDSA-0001835



2y  Like  Reply  3 😆😮😂

 **Steve Sapsford**
Magats are morons ..so easily triggered lmfao

2y  Like  Reply

 **John Ross**
A must watch documentary on how the election was stolen. This is insurrection out in the open

2y  Like  Reply  😆

 **Sonia Leal**
Remember when this 😡 told us what they did? "We Put Together the Most Intensive & Inclusive Voter Fraud Organization in American History" This is not FRAUD, IT'S CRIMINAL. The one and only time this SB told the Truth!
#Corruption
#FRAUD
#ILLEGITIMATE

2y  Like  Reply                                                                                        1 😆

 **Lajana Smith**
Voter fraud is how you get into the whitehouse

2y  Like  Reply  5 😆😂

 **Elizabeth Bray**
Hmmmm. https://www.foxnews.com/.../arizona-ag-asks-fbi-irs...

2y  Like  Reply  3 😆😮

 **Nancy Young**
**Elizabeth Bray** https://www.truethevote.org/true-the-vote-responds-to.../

2y  Like  Reply  😮

 **Elizabeth Bray**
**Nancy Young** please. The documents were never given to the AG's office. That's the point. Well, that and several other forms of fraud.

**File Name**
https://www-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_15.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
463901ad0224fa8854b1716030f28836135d0c474f58569a0793173622cc93f2

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
3c55dcf73e4c685bbc378e5c3b66b302d991ed7726f18cc1510847ab1dbe733b2ccd45f809b119c4c
98e051885a46f0ec4b560b867e4c63f53a6c4a30677c097fe036c06234178f1c13385465e9f00575
fc56e2ebd3a26e69ece504ec89904a421092bb52b523ad31a758d5469d4ae23da2cc2b2160e130bf
16e5e52b89505509a523966c48fdf20f29eeda7b34c6b27aa5865e37eca71da1c96bf00ccd952f96
43800b53f77a5ffe60262f8ba6f805050b2ef7b79b786ed6c8aaabe7c6b66bbd1f7536546eb4c5a6
ce23324027157cba0b23b606ee7480ac3a471bc69c7946847c5999d7fe6cbde6fd8a8433ca64ad8b
4de077467e23d189866e8ffcf62fed9

PDSA-0001836



**Nancy Young**
**Elizabeth Bray** https://www.truethevote.org/true-the-vote-responds-to.../

2y   Like   Reply



**Elizabeth Bray**
**Nancy Young** please. The documents were never given to the AG's office. That's the point. Well, that and several other forms of fraud.

2y   Like   Reply

Reply to Nancy Young...

Reply to Elizabeth Bray...

**Deauna Stafford**
Like Hunters Laptop, when I share this or other truths FB's new factless Rottweilers is AFP USA/AFP Fact Checker that twist & lie about everything while tagging posts FALSE & I get another 90 day Restriction.
Are there attorneys we can send FB's BS, not for me, but a collective class action for all some day. Just a thought

2y   Like   Reply                                                                        10

**Nancy Young**
**Deauna Stafford** State of Missouri et al v Joseph R. Biden Jr. et al is an active lawsuit alleging Defendants colluded with social media companies to suppress mis-information, dis-information, and mal-information. The Order filed yesterday is a "must read" and is linked below. It includes Expedited Depositions of Fauci, Psaki, FBI Supervisory Agent Chan and a several others. Censorship topics are election integrity, the laptop from Hell, Covid origin, masks, lockdowns and more.
https://storage.courtlistener.com/.../gov.uscourts.lawd...

2y   Like   Reply                                                                         3

Reply to Deauna Stafford...



**Cynthia Simpkins Gilbert**
Nov 8- retribution time!

2y   Like   Reply   3



**Barb Jordan**
This can happen this time e too

2y   Like   Reply   5



**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_16.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
83626f653aafddd2efe8b461f8a0f910116a379df079fae08d8da1f0494eb438

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
17a130413fad25dfb59ec9bc61dd3e12e46707feb2a5e756ce552ea63c6ec35f1489cca0c205c758c8
d8192cc23e140373d3feae54acff5bc26b513d5138cdc9c30af404008e12650f993e716ade4790cde1
5c74b68d1bbc5de3f1566d54b01e94fb33b7ee0cae0018f5b849f08afe4ff48be5a165c11c74e10eff
442693a6c69b43ecf8f849430269e04227d62f3c3d75512cf46557b05979d755c3218065b23e81d46
35c6ca844df936f269ec45cd4043bbf8802f5a763e1d835526802626a8fbb6b5caef1c5bd0821a24
22580809f6cc218fa1dbd401ab72079b4aa718c49df2f3b994ad43dc830b597e8360f040d6e770f22
1d39312e648369eb3b99b12

PDSA-0001837

Nov 8- retribution time!

2y    Like    Reply    3 😆

**Barb Jordan**
This can happen this time e too

2y    Like    Reply    5 😆👍

**Cynthia Simpkins Gilbert**
**Barb Jordan** Not like before. We know how and where so we're watching and lots state laws have changed. Vote!

2y    Like    Reply    😆

**Connie Parker**
**Barb Jordan** I'm sure they are cheating right now and that's why we have to overwhelm everywhere with votes to make it harder to cheat! Vote on election day and do it in person if you can! God Bless the United States of America!

2y    Like    Reply    3 😆👍

Reply to Barb Jordan...

**Jay Harvard**
IF YOU HAVEN'T SEEN 2000MULES, AND YOU STILL WON'T ADMIT WHAT REALLY HAPPENED, MY QUESTION IS WHY WON'T YOU WATCH IT? WHAT ARE YOU AFRAID OF FINDING OUT?

2y    Like    Reply    24 😆👍

**Ben Requena**
Jay Harvard, I've watched it a few times. There's no evidence of widespread voter fraud.

Evidence > Emojis

2y    Like    Reply    Edited    6 😆👍👍

**Cynthia Simpkins Gilbert**
**Ben Requena** 😆

2y    Like    Reply

**Ben Requena**
**Cynthia Simpkins Gilbert**
Evidence > Emojis

2y    Like    Reply    👍

**Ben Requena**

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_17.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
b31e2362a9d2ea43729f4ad3150102bfa2fe9ae6fedd019d63fc3ee7b9d9b80d

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
55dd29f92ad408f7ce747a0a893abb9cdec6e3438de49d98a1d84ec8418ec3b7a2f8324d160dbd44b
92306b102258a9cac05d10fd70c4094bf0298b5db5e6250cf9b254110c10868425083364e502e9b39
0a385f712258dfd784e85a1fe5138a885f67fb0fa109bb96bcc56210aa42a13555dc8d9461684d7c6d
f71ce131cbe3ae2b2381baf116f58e9bc218c722a366deb30e201e144e73f5f270289be3011a009c4c
482495b56b9f8d283c193e3cfb8cfd05e40fba8b1147fe26ce20caa528bf5216ee3a737eeb89a567
9651800cc3b8c29d5313e7e70769f76725ed4ead5d05fdc9262923e88b56c255f82d8c22ce8c6cea
85dfe4f0bc8735b80489f37532



**Ben Requena**
**Cynthia Simpkins Gilbert**
Evidence > Emojis

2y   Like   Reply   



**Ben Requena**
Cody Brown

Respectfully, I've watched Dinesh's film several times. There's no evidence of voter fraud in it.

1.) Not all geolocation data is the same. The geolocation data that Dinesh/TTV used is CSLI (cell-site location information) which is much less accurate than GPS, WiFi, Bluetooth data.

According to court filings, TTV CSLI data had an accuracy of 100–500 feet radius. So according to TTV, anyone who may have passed within that range of a dropbox was misleadingly labeled as having interacted with it.

If you draw a 100' radius circle around a 2' dropbox you'll easily see how flawed their claims are.

2.) Many of the TTV dropbox coordinates (pulled from TTV documents) were hundreds of feet to over a mile away from the actual locations of those dropbox. So not only is their geolocation data not accurate enough to support their claims, their dropbox location data is full of errors as well.

3.) Despite the repeated primary claims in the film that "mules" visited multiple dropboxes, there is no video of the same voter interacting with more than one dropbox even though that in itself wouldn't be evidence of fraud.

4.) All of the videos of voters interacting with a dropbox are from Georgia where it's legal for voters to deliver ballots of family and household members. Several of the videos were investigated by the Georgia SoS which determined in every case that the voter was lawfully delivering ballots of family members.

5.) The film is full of dramatizations, stock photos, and stock videos to manufacture fake scenes of criminality where none exists.

6.) Dinesh/TTV have not made any of their data public despite being asked by citizens, organizations, state governments, and saying that they would. Ultimately they're hiding the data from being scrutinized in more detail.

7.) Dinesh/TTV have made millions of dollars on the sale of tickets, downloads, dvds, and donations.

2y   Like   Reply   Edited                                                   2 



**Ben Requena**
Cody Brown Respectfully, neither of those articles provide any evidence of widespread voter fraud.

2y   Like   Reply



**Jay Harvard**
Cody Brown There is no hope for people like Ben. THE TRUTH IS COMING!

2y   Like   Reply                                                            2 

**Ben Requena**
Cody Brown Respectfully, no arrests have been made based on Dinesh's film.

**File Name**
https-www-facebook-com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_18.jpg

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Hash (SHA256)**
4c42973d86a13a2d7a39793296175de6b13b018e783b7feab36f25c9570a23c8

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

**Signature (PKCS#1v1.5)**
73d0862782f1f37f874e59701364ad9f3c01b651fd50f5e8eb0b28e47f8ae110592b77b972f24ca9758
aab0afa377be7f84223cdadab7ba799ab9484e4c6f1ec50b5edccb09f70dbdd13f74f8883a028aeff
b7dd9b5f4b1eb5e0543e1c5a0ac4c4a04150177c5c1dc9caa46532fb29469b2d217443b162bf8a723
84ee07c1feb2403bb39ed7a6a0c2b4236bcb8e98666c36ffa1cb6b94a0cfd70eb3ec3093a5a15152c
80a64d225c1f02f1aa1c28c7308e95803fcc2dad7a9d7ac77618d341bf4ce273bcdc6b6c27b9ac54d
e34f59d04acaa5fa410bc31ec4bb05da55834d9f274430c3888ef820678d351aed7f7ebd833aa82da
d1ee33476a4257eb0b0a736f

PDSA-0001839



2y   Like   Reply

**Jay Harvard**
Cody Brown There is no hope for people like Ben. THE TRUTH IS COMING!

2y   Like   Reply

**Ben Requena**
Cody Brown Respectfully, no arrests have been made based on Dinesh's film.

2y   Like   Reply

**Cynthia Simpkins Gilbert**
Ben Requena Wtf does that even mean? DA

2y   Like   Reply

**Cynthia Simpkins Gilbert**
Ben Requena It's the same geo-tracking they used to lock up J6 political prisoners. I guess you're ok with that huh?

2y   Like   Reply

**Cynthia Simpkins Gilbert**
Cody Brown He'll see come Nov 8th what's up. It's retribution time! #MAGA

2y   Like   Reply

**Ben Requena**
Cynthia Simpkins Gilbert Respectfully, nothing you've posted is true.

2y   Like   Reply

**Ben Requena**
Cody Brown Respectfully, posting the same false articles doesn't make them true. Please act in good faith and cite your evidence.

2y   Like   Reply   Edited

Reply to Ben Requena ..

Reply to Jay Harvard...

**Ben Requena**
There's no evidence of widespread voter fraud.

Evidence > Emojis

**File Name**
https://www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-(EDT)_19.jpg

**Hash (SHA256)**
5667b7d1091c64a9cefea33b6f837b07425d28e3530b9816dc5d96c204d0ca29

**Signature (PKCS#1v1.5)**
658079158fcb17fad2135efc2c762db943322bbf51319fe513c73329f475a51f15d7e51a72b520e8ed7
d97f0f7f2b2a5aa4952a6a66c8688cf8c0b4b753daad8c02d4c42e9b5f1380e031d1994e5e57fd3fcb
614e6d2debb4a617f4a0873f2ecf62395ef1dd3d4f302c55902de3a5affdeff4540d900786b9c0dabc
8cb43bcc9f392117a88c8bbf2e5ade22172e013c62b9e9954a8bc73ab7e311d5d4d2c602acedff2552
027260710945c9af1307423220b54dca45f0cf5179c1701c39575381355c21c273f3db7b655989eb63f6
02ee265d070775e6bc8cc55e69c6221e31bbf5bf837adde274dcdb2c33d74bf2f12d19e17ec3143debb
b0fa1a7510f011e09

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)

 Reply to Jay Harvard...

 **Ben Requena**
There's no evidence of widespread voter fraud.

Evidence > Emojis
2y   Like   Reply   Edited                                    ☻

 Write a comment...

  

**File Name**
https-www.facebook.com-watch-v-3304988439758013-Oct-29-24-15-30-48-GMT-0400-
(EDT)_20.jpg

**Hash (SHA256)**
a42d48e5afa8a3ba50f0e408fd2738cf34df98fc962c11069534d128185b8020

**Signature (PKCS#1v1.5)**
7161cd0d25cc4861731Ba41673967cc34376175e1d2b6d4133b2dc99a3adc2686c0238e4ce52ca729
5facb22593a743802831258500ae0793e6dd3aea7cacf2c15384851060963f0c8f669f7821580483b
006701f7997b14aef56062639a9f71e0fe3a2214442cc6b03b7203b1f325fc67748a0475271a294b2f
c3c84f29caa7a54c67562d4d15a40b9276b9b974e691248b912e1df05e0e4f5cb690ec65977b044e3
dfde77e2e603238e22b432bd2e805d4504783f38cc1e7f838576987e9f85384f25b22200f2bbefbfb0
a1445edad675d06ad3dcefa894f5d09ddef7f6b6c74d7b4c89310c9a055273bf63630ed478cbff262b4
c1a7daec6e1111446f395c

**URL**
https://www.facebook.com/watch/?v=3304988439758013

**Timestamp**
Tue Oct 29 2024 15:30:48 GMT-0400 (Eastern Daylight Time)