# EXHIBIT 128

9/30/22, 12:40 AM
Case 1:22-cv-04259-SDG   Document 262-8   Filed 12/2024   Page 2 of 3
True the Vote on Instagram: "Special thanks to Charlie Kirk for featuring True the Vote and our upcoming bombshell revelations …

# Instagram

Log In   Sign Up





 realtruethevote • Follow   •••

 **realtruethevote** Special thanks to Charlie Kirk for featuring True the Vote and our upcoming bombshell revelations about election integrity.
It's a must-listen…
Head to our website at the link in the bio for the full podcast.

24w

**njmadmom** Great work guys

24w   Reply

**69 likes**

APRIL 8

**Log In** to like or comment.

## More posts from realtruethevote



g into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

CONFIDENTIAL   MA-0000360

9/30/22, 12:40 AM    True the Vote on Instagram: "Special thanks to Charlie Kirk for featuring True the Vote and our upcoming bombshell revelations ...

Case 1:22-cv-04259-SDG   Document 262-8   Filed 12/2024   Page 3 of 3



**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Top Accounts   Hashtags   Locations   Instagram Lite

Contact Uploading & Non-Users

English ∨     © 2022 Instagram from Meta

g into Instagram

g in to see photos and videos from friends and discover other accounts you'll love.

CONFIDENTIAL    MA-0000361