# EXHIBIT 129

 **True The Vote**
about 6 months ago



ICYMI: Here's our full interview with Charlie Kirk on the The Charlie Kirk Show.



RUMBLE.COM
**How They Did It — True the Vote's Catherine Engelbrecht …**
For more exclusive interviews, insight, and analysis like this, SUBSCRI…

274    20    142

CONFIDENTIAL                                                                                                                   MA-0000374