# EXHIBIT 130



PLAINTIFFS DEP
11
17-Sep-2024
M. Schneider, CSR, RPR



To: Debbie,  Catherine,  Gregg

Gregg Phillips
Video is blackmagic
Audio is mp4

It will take me a few days to get a disk, copy and ship. We have other interviews for another project that has to be stripped out.

Debbie
Ok - time is of the essence for the movie if we want to have an end of April release. Much appreciated if we can do that this week

Gregg Phillips
I'll try to get it done

Catherine Engelbrecht
Our notes were that as long as we had video to y'all by the end of the month the schedule would stay on track, so that's been our guide. February is flying by!

We are in very good shape! We had a terrific shoot in DC including B-roll of White House, Capitol and Supreme Court. All important for us to show the high stakes involved.

Debbie
What did we decide? Call with Catherine tomorrow or with both C & G on Wednesday ?

Catherine Engelbrecht
Sorry I'm just reading through the whole thread. I can do the call tomorrow and can cover everything, so we should be set

Debbie
Ok I'll send you an invite !

Feb 21, 2022 at 6:11 PM

Gregg Phillips

int 3 way

Audio from the person who accepted the ballots from the collectors, paid the collectors, and deposited the ballots in the Dropbox (the mule)



**CONFIDENTIAL**                    **DD_000088**



To: Debbie, Catherine, Gregg

Mar 2, 2022 at 9:03 AM

Film claims it has video of "Mules" stuffing ballot boxes in 2020 election

newsweek.com

This is our friend Paul. Very helpful I think to have mainstream outlets like Newsweek cover the story in this way—ie not dismissively or alleging "conspiracy theories"

He also some some fresh reporting of his own, contacting the various counties about the availability of records and video

Catherine Engelbrecht

Yes I gave him all that contact info. He did a good job. Thanks for sending. I'll send a thank you email to him too

Yes of course! I merely meant to say he came through and did a fine job

His whole underlying premise is that this is a valid project and that's what's important at this stage. (We can share this article and no one is going to censor it

Catherine Engelbrecht

Absolutely. Yes, this is a good piece :)

Mar 2, 2022 at 11:49 AM

Gregg Phillips

I copied the video from AZ. I will send the disk drive out to Nathan today.

Mar 2, 2022 at 1:31 PM

Gregg Phillips

I sent the video to Nathan

Debbie

Thank you Gregg! This is great 👍 we are in the throes of editing . Tomorrow we will go over the rough script with Catherine (we don't write out scripts for our documentaries but we will show you what we have so far)

We will have one after we sew everything together

Gregg Phillips



To: Debbie, Catherine, Gregg

Mar 6, 2022 at 10:18 AM

**Catherine Engelbrecht**
What is the release date for the movie? I'd thought it was April 21, but last time we spoke it was mentioned that the release was early May.

This is critical for many reasons, not the least of which is Georgia. David Perdue is running for Governor against Kemp. Perdue needs our evidence out there in order for his campaign to have a chance. Their primary is May 24, but early voting starts sooner. They were counting on an April release.

**Debbie**
At this point it's looking like early May (6th or thereabouts) our full length trailers will be out a lot before then. You and Gregg can definitely start talking about Georgia in mid April with the release of the official movie trailer. Let's discuss this in tomorrow's call

**Catherine Engelbrecht**
K. I am confident Perdue will want to use this in his campaign.

Also, I know we've kept it pretty loose but we need to know exactly what you need: videos, screenshots, or a combo, and how many of each. Our goal is to knock it out this week. Glad to talk this through tomorrow, too.

**Debbie**
Let's talk through this tomorrow. The most important thing right now is to get those numbers for us so we can do the graphics. This is important to get soon so we can stick to those deadlines 👍 and yes , we think it will really help Purdue

Once we have everything and Nathan is able to piece everything together we will have you guys come over to screen the rough cut

**Gregg Phillips**
I need to know if there is any additional footage, screenshots, etc. needed from my team. If not, I am redeploying them today.

**Debbie**
We had talked about 1)screen shots of Mules at the drop boxes because we want to have a full screen with those pictures
plus
2)the numbers/methodology for calculating the number of illicit votes based upon these two thousand Mules

We want to do a screen graphic of #2 also but if we get your numbers /calculations our graphic guy can do the rest

**Catherine Engelbrecht**
Can y'all get on a call today at 4p? I know I said I couldn't but I'll shift my schedule to accommodate. We need to nail down the numbers of videos/screenshots so we can get our guys working on that

Strike that. Can we do 6p?

**Debbie**
Yes 6pm absolutely works

**Catherine Engelbrecht**
Great. Just sent an invite with a google call in #

CONFIDENTIAL



Gregg Phillips

1) I need the number of screen shots you need. Spinning up a petabyte of video is not trivial. Do they need to be in Oct? Atlanta? Spread across the country?

2) I will give you the number by tomorrow cob.

Debbie

1) It's fine for them to get from election and runoff. We would like to have a multiplying effect... so going from one to two to four to eight to sixteen to 32 to sixty four... so if we could get 64 Mules that would be great

Gregg Phillips



To: Debbie,   Catherine,   Gregg

Catherine and I have talked through the numbers you are seeking for the graphics in the film.

The best number based on our experience, analysis and modeling is 7% applied to votes that have been mailed in.

This percentage has held in GA, AZ and PA.

Sample 2020 general:

PA mail-in total 2,637,065 (184,594)
GA mail-in total 1,320,000 (92,400)
AZ mail-in total 2,886,464 (202,052)
WI mail-in total 1,280,000 (89,600)
MI mail-in total 2,840,000 (198,800)

US mail-in total 65,642,049 (4,594,943)

Note: these mail-in ballots are called different things in different states

Note: these numbers are estimates

Note: we have no idea for whom the votes were cast

Can y'all please confirm that we have completed our to-dos for the movie? As I mentioned the other day we are redeploying all of our assets to try and finish all 2020 work by March 31.

Mar 8, 2022 at 7:23 AM

Debbie
Yes we are pretty much done. The one thing we don't have is a list of the non profits in Michigan and Pennsylvania. The ones you geo tracked for. Can you send us these just to complete the geo tracking picture. Thank you as always for doing this. Of course we want you guys to be part of the rollout, media, premieres etc..

Gregg Phillips
Are these nonprofits going to be named or listed in the movie or anywhere else.

Catherine Engelbrecht
We cannot list the names. We can (and do) show locations on maps, but we will get buried under a ton of lawsuits if we name them publicly. Our lawyers would KILL us.

> Oh I see. Ok makes sense. But I'd still like to have them for background

Catherine Engelbrecht
I'll check with our attorneys.

Debbie
Won't name them

Catherine Engelbrecht
Ok will check with attys. We are still running down the money trails and working with state and federal investigators. This will be a big story for TTV once we connect the dots, but we can't release names publicly until we're sure (and out from under investigations).

CONFIDENTIAL



To: Debbie, Catherine, Gregg

Ok Gregg thank you, let us know if that changes because the offer to do that is there

Mar 8, 2022 at 10:22 AM

Catherine Engelbrecht:
This is a clip of an exchange I was having with someone on the TTV team who lives in GA and is exhausted by the continued talk of fraud in the machines...

Trump won in the machines by 385,902 votes

Biden won on absentee ballots by 398,572 votes.

Right. That's why our story is the kill shot. The theft wasn't in the machines. The process is broken, errors were made, but .... the big steal was in absentee ballots. Using mules.

EXACTLY and GA Votes is still talking about DOmiNion

The above screen grab is taken from the GA SOS website

Election Night Reporting

Now.. Here's an interesting point to ponder...as you know, we believe approximately 7% of the absentee ballots were illegally trafficked in the Atl area, based on all the evidence we have. If you extrapolate that 7% across the state you get .... 345,544 ballots illegally trafficked.

Debbie:
🐻 wow

Catherine Engelbrecht:
Lots and lots of layers to this extrapolation... it's not as linear as it seems... but, do we think Trump won the state? Yes.

Debbie:

CONFIDENTIAL                                           DD_000093



This is why your findings are so important... you can prove the fraud not just speculate on something that isn't probable. People should ask themselves why Dominion isn't scared to sue

**Catherine Engelbrecht**

Exactly.

**Debbie**

Yes - poor Trump, he wants to be vindicated so badly... but more importantly is to put to bed once and for all that this election was the least secure in United States history

Or rather put to bed that it was the "most secure" I mean



To: Debbie,  Catherine,  Gregg

**Catherine Engelbrecht**

of course, our team is fried and we all have extreme burnout to the point of PTSD, but it all comes down to this very simple argument about where we believe the real fraud occurred. Which, sadly, makes pretty much everyone else look misguided at best.

Trump's really hurt himself by accepting every allegation without applying at least a thin filter of critical thought.

And Debbie, you are exactly right. The Big Lie was that the election was secure. To accept that is to believe that all the insanely insecure processes pushed by the Left somehow magically autocorrected themselves when throughout history it has been known and accepted that mail ballots are the most vulnerable to fraud.

And it's why America is SO upset. They know they're being lied to but they can't quite figure out the lie. We can help clear the air. The fraud is primarily in mail in ballots. Correct this one area and most of the fraud is eradicated. People can then trust elections, though not perfect and still improvable, will not be wildly off the rails like they were in 2020.

**Debbie**

Amen to that Catherine

Mar 13, 2022 at 12:42 PM

**Gregg Phillips**

Election Integrity Will Be Important Issue in November, Voters Say
rasmussenreports.com

Mar 13, 2022 at 2:46 PM

Fascinating! A clear majority of all voters says this is a VERY IMPORTANT issu...

Mar 14, 2022 at 3:50 PM

**Catherine Engelbrecht**

Hi guys - do y'all have a marketing plan written up that we can refer to for our planning purposes? We're having lots of folks express interest in renting theaters and we also need to schedule our comms plans

We just made a very rough one and are going over it with Salem since it's going t...



Be their $. It includes a plan for coordinated theater rentals. Also for hiring a publicist to book you, Gregg, me & Debbie for movie promo. We will share with you guys soon and we can go over the details

Catherine Engelbrecht

Good deal. I just spoke with Gregg and we should be able to send the rough cut on the NRSC video later today, via Dropbox.

Mar 14, 2022 at 5:26 PM

That's grea

Mar 14, 2022 at 1:05 PM



To: Debbie,  Catherine,  Gregg

> Yes. Good content! Video quality a bit problematic. Also a bit odd to have Heathe
> doing the interview since she will not previously have been introduced in the
> movie. But let us figure all that out. We should also talk next week about how to
> handle the issue of NRSC.

**Gregg Phillips**
That's not the high quality video. This is a dumbed down version so you could get
eyes on the interview. maybe we introduce her as part of my team.

That's technically true.

We can use it in many other ways if it doesn't work. We filmed it for another
project.

**Debbie**
We definitely want to use it, we are just figuring out how to use it - production
wise ..

**Gregg Phillips**
Ok. I will get you access to the hi res

**Debbie**
That being said - we are only going to use a portion of it

Perfect

It was fascinating . I can't believe the GOP looked the other way .. just crazy

**Gregg Phillips**
We need to be close on the creative for this piece. This will like cause a civil war on
the right.

**Debbie**
Yes that's why we really need to figure out the narrative we put forth

**Gregg Phillips**
I'm leaving for Ukraine in 24 hours. If we need to talk about all this it needs to be
tonight.

**CONFIDENTIAL**

DD_000097



To: Debbie, Catherine, Gregg

I will work on number 2 tomorrow afternoon.

Thank you. Redeploying our guys.

Gregg Phillips
I don't need the call today.

Btw, here is the list of primary dates.

2022 State Primary Election Dates and Filing
Deadlines
host.org

Debbie
Ok thanks !

By the way, we will send all the photos of the shoot early this week in a Dropbox. There are over 9000 photos to go through.

Catherine Engelbrecht
One more request... I would like to talk about what we can give to Perdue to start using now. There was a massive coverup against us and the fraud. We have all manner of dates and info. I don't know how much of this is in the film, but ... guys, Kemp did everything he could to hurt us, delegitimize us, and if he wins the primary, Stacey Abrams will be Gov because he is scared of her and cannot win. Abrams as Governor will signal to the left that all their heavy handed tactics have broken the Liberty movement. The average voter cannot imagine the hell that will follow. 2020 will look like a 6th grade spelling bee compared to 2024 if Abrams ascends. It's that serious.

I don't need the call today

Catherine Engelbrecht
I'll cancel the call

One more request... I would like to talk about what we can give to Perdue to start using now. There was a massive coverup against us and the fraud. We have all manner of dates and info. I don't know how much of this is in the film, but ... guys, Kemp did everything he could to hurt us, delegitimize us, and if ...

Debbie
Ok will do

Figure our timeline

'out

Catherine can you spell out what you want to give to Perdue? I mean beyond what's in the Georgia report you did? Do they want more data? More specifics? What would help him the most at this ping?

This poin

CONFIDENTIAL



To: Debbie,  Catherine,  Gregg

Mar 22, 2022 at 2:08 PM

**Catherine Engelbrecht**

We have been advised that Trump has GA Dropbox video showing trafficking that they intend to use at the GA rally on 3/26. Interestingly, the group putting together the video contacted us because they can't verify the authenticity of what they have.

The video is open source, so any number of people could have it at this point and Trump is going to use it.

We have an opportunity here, to authenticate what they have or add to (like the Gwinnett anomaly that isn't in the movie) or to let them steal the show. My .02's to get TTV's name on it and use it to parlay into another plug for the movie. "You can see all this and a lot more at 2000Mules". Thoughts?

> Catherine can you provide a link to that video

> Oh maybe I misunderstood. Do you have a few minutes to talk

**Catherine Engelbrecht**

Yes will call in a few

**CONFIDENTIAL**



To: Debbie,  Catherine,  Gregg

Debbie do you have a link to the virtual premiere theatre?

Debbie

Worrestudios.com

We haven't signed the contract yet. We are still waiting for it

It would be for May 6

Apr 5, 2022 at 8:52 AM

Catherine Engelbrecht

Just got this from Heather Mullins. 👏 Great catch by Charlie's team because I didn't hear it. We paid Heather directly for this piece, there was no affiliation to RAV. Can we make this change?

Catherine Engelbrecht

from Heather ...
Hey is there any way to take away the mention of Real Americas Voice in my cameo/interview with the cop? And just say "Investigative reporter Heather Mullins? Charlie Kirks producer Andrew saw it and told me about it. I did it independent of RAV and I'm trying to distance myself from the RAV brand to be completely honest.

↑ Reply

Gregg Phillips

What did Salem say about the movie?

Debbie

Salem loved the movie 👍

from Heather ...
Hey is there any way to take away the mention of Real Americas Voice in my cameo/interview with the cop? And just say "Investigative reporter Heather Mullins? Charlie Kirks producer Andrew saw it and te...

Debbie

Yes ok will ask Nathan

Catherine Engelbrecht

She just wrote back again to say "If there's an inset onscreen with my name you can put
Heather Mullins, Americanink reporter"

Americanink is a new platform we're starting and she's working for us .... We haven't launched the site yet but will before the movie comes out.

Call me if this has now gotten confusing 😬

Debbie

So we don't do lower thirds for anyone ... they just appear in credits

So in the credits we can do that

**CONFIDENTIAL**                                                    DD_000101





To: Debbie,  Catherine,  Gregg

**VOTING BALLOT DROP-OFF**

Many broke the law by dropping off multiple ballots in 2021 election, but no one will be prosecuted, Lehigh DA says
mcall.com

Interesting they came up with 7% just as we did

Lastly, we did an interview with Charlie yesterday. He had the same videos from the ad in GA (the ones we talked about) and asked us to review them. He says Salem knows, etc. but didn't want to not tell y'all. It's supposed to air tomorrow.

This is no problem! But thanks for letting us know

Catherine Engelbrecht
Ok. It's our first big interview so it felt weird.

Debbie
Get ready ! Once we have the theatrical / streaming guidelines we will send them your way so you can plug the movie

We have a call today with our theater guy

Catherine Engelbrecht
Excellent! Today we are meeting with AZ AG and solicitor general. Tomorrow with FBI.

Lots of pieces are coming together. All good.

Debbie
Let us know when you receive the backpack - we are in studio recording podcast but i'll check messages

Apr 5, 2022 at 11:26 AM

Catherine Engelbrecht
Ok one more thing ... Andrew (Charlie's staffer) also told Heather that in the interview we say that he's a police officer. Note: I explained that the version Andrew saw wasn't finished, shadow and voice filters were being adjusted; we were working to get his emails (with his name redacted) on screen and also the video (that we are still awaiting access to) and that if that comes together she/they will not be on camera as much ... but, all that aside, I do want to tell her if/how we characterize the informant. Would y'all look at the transcript and let me know how he's introduced. We may need to tweak slightly. I just don't remember....

Debbie
The voice over says he's an officer - what do you want it to say ?



That video that we could put it has to happen this week or we can't put it in. We need to lock the film this week

Catherine Engelbrecht

Totally understand. We are going crazy trying to get this and the 24-hr reel. The players are so bad. Gregg just said we should have the 24-hr video to you later today (assuming we can sent online) or will FedEx.

Can you tell me exactly how he's described? I'll take the exact words and make sure it's ok w Heather and the cop. I'm sure it will be fine or only slightly tweaky. Clearly we have to call him something ... 😊

Debbie

**CONFIDENTIAL**

**DD_000104**



To: Debbie, Catherine, Gregg

Apr 3, 2022 at 1:19 PM

Debbie

Here's the exact wording on the Voice Over currently : Dinesh D'Souza VO: 00:58:26 I wondered, were there any Republicans who DID know. Heather Mullens of Real America's Voice, interviews a GA police officer hired by the National Republican Senatorial Committee.

Debbie

On the video, it would be GREAT to get that video with the officer. On the time lapse video, we may not be able to use it if it requires graphics... so mainly concentrate on that Cop drop box video because Nathan thinks he can make it look way better if he's able to insert that.

Catherine Engelbrecht

Gimme a sec on the words. Will get right back to you.

Apr 6, 2022 at 3:45 PM

On the video, it would be GREAT to get that video with the officer. On the time lapse video, we may not be able to use it if it requires graphics... so mainly concentrate on that Cop drop box video because Nathan thinks he can make it look way better if he's able to insert that.

Gregg Phillips

Not possible. They county didn't provide the video that included the incident the cop described.

Debbie

Ok well then we won't use video. It's ok

Gregg Phillips

| Date | Time Start | Time End | Total Hours |
|------|-----------|----------|-------------|
| 12/4/20 | 10:30 | 17:30 | 7 |
| 12/5/20 | 16:40 | 23:59 | 7 |
| 12/6/20 | 0:00 | 0:45 | 0.75 |
| 12/6/20 | 17:55 | 21:54 | 4 |
| 12/12/20 | 18:10 | 22:01 | 4 |
| 12/13/20 | 16:32 | 23:18 | 7 |
| 12/15/20 | 6:30 | 20:15 | 14 |
| 12/16/20 | 7:00 | 10:20 | 3 |
| 12/17/20 | 6:45 | 20:14 | 14 |
| 12/18/20 | 6:30 | 22:50 | 16 |
| 12/19/20 | 6:41 | 20:00 | 13 |
| 12/20/20 | 16:00 | 23:23 | 6 |
| 12/22/20 | 6:43 | 9:33 | 3 |
| 12/23/20 | 6:47 | 16:50 | 10 |
| 12/24/20 | 6:47 | 12:50 | 6 |
| 12/25/20 | 8:10 | 20:49 | 13 |
| 12/29/20 | 7:00 | 9:50 | 3 |
| 12/30/20 | 6:40 | 11:12 | 5 |
| 12/31/20 | 6:40 | 10:14 | 4 |

**CONFIDENTIAL**                    **DD_000105**



| | | | |
|---|---|---|---|
| 1/1/21 | 6:58 | 11:00 | 5 |
| 1/3/21 | 19:00 | 23:59 | 5 |
| 1/4/21 | 0:00 | 1:10 | 1 |
| 1/5/21 | 6:30 | 10:12 | 4 |

This is all they gave us on the disk we requested and received.

Apr 6, 2022 at 6:36 PM

Gregg Phillips

TraffickingEstimatesTargetJurisdictions2020.

**CONFIDENTIAL**

DD_000106



To: Debbie, Catherine, Gregg

**Debbie**
What does this correspond to?

**Gregg Phillips**
These are the videos Muskogee county sent

Total BS

The 7% calculation is fascinating and I'm glad to have it but it's too "in the weeds" for the movie. We'll keep it for backup information . Thanks for sending!!

**Catherine Engelbrecht**
This is a question we get asked a lot and we think it's really important to depict and explain in some way. Otherwise it makes 7% seem like a wild guess, which it was not. Even if you had a graphic that just showed the variables it would go a long way to explaining the situation analyses

Ok let me work on it

Can we do a quick call to walk through the basis for the 7% number? I am having trouble figuring it out

**Catherine Engelbrecht**
Yes we are both on a call now but can call after

Sure no problem

**Gregg Phillips**
It's a function of the total number of target devices that went to an average of 5 dropboxes with three ballots each.

The ballots trafficked as percentage of the total mail-ins are eerily close to 7%.

For investigative purposes we focused on the most prolific offenders. For this estimate, we used all targeted devices

Are you saying you narrowed the criterion from 10 to 5 dropboxes and then assumed 3 ballots per Dropbox visit

**Gregg Phillips**
Yes

And you see the number of target devices rise dramatically.

Ok this is very helpful. We are going to include this graphic and explain the key conclusion

**CONFIDENTIAL**

DD_000107



CONFIDENTIAL

DD_000108



To: Debbie, Catherine, Gregg

Catherine Engelbrecht

Special request: it would be great if we could get add logo with a hyperlink rather than text only

Debbie

On the website ?

Catherine Engelbrecht

Yeah, just "Research provided by (TTV logo) and hyperlink the logo

Debbie

Ok - that's definitely in movie as well as True the Vote is listed as one of the Executive Producers

Catherine Engelbrecht

I was just referring to the 2000Mules.com website

Apr 7, 2022 at 4:50 PM

Analysis | 'Ballot trafficking' is the next front in the unending fight over 2020

washingtonpost.com

Have you seen this

I was just referring to the 2000Mules.com website

Debbie

Yes working on it. We had to hire a different person and they are going to revamp everything including giving you a hyperlink and the security stuff .. which I thought was done

Analysis | 'Ballot trafficking' is the next front in the u...

Catherine Engelbrecht

I hadn't seen it. He misquotes Gregg and twists things out of context. Re the misquote we are having our WI lawyer contact for a correction. On the rest of it, they are wrong





To: Debbie, Catherine, Gregg

Debbie
Noon on the 19th... that's why we decided to leave on the 20th

Also, I ll e-mail you the info for Vegas

If you change your plans let us know so we can make dinner reservations

Apr 10, 2022 at 6:57 PM

Gregg Phillips

₹ Published 2020

Opinion | The Government Uses 'Near Perfect Surveillance'
Data on Americans (Published 2020)
nytimes.com

"near perfect surveillance data"

Apr 11, 2022 at 11:12 AM

Gregg Phillips
I added a few articles about geospatial analysis to a spreadsheet for reference
purposes. I will continue to build this out for all our use.

Google Sheets - create and edit spreadsheets
online, for free.
docs.google.com

Debbie
Thanks will take a look

Apr 11, 2022 at 4:38 PM

Gregg Phillips
John Oliver ratified our methodology while threatening congress.

On his show today

It's on HBO









changer. Wouldn't mind speaking to Greg if that's doable.

So I am arranging this for Thursday or Friday next week. Miranda's column appear on Monday so she is writing this for Monday April 25. Gregg when are you available to talk to her Thurs or Friday? Can you suggest a couple of times that work for you?

This is the perfect place for us to break the story. Mainstream media won't want t look like idiots TWICE after the Hunter Biden fiasco

Gregg Phillips

10:00 to 12:00 central both days are open

**CONFIDENTIAL**                    **DD_000114**



To: Debbie, Catherine, Gregg

Well since WAPO has already dismissed it, lied about our testimony and banged on me about 2016; I suspect they are done. NYT will have a much more difficult time because the tracked President Trump

Catherine Engelbrecht

Great news! Happy Easter!

Gregg Phillips

Opinion | How to Track President Trump (Published 2019)

nytimes.com

Apr 17, 2022 at 1:55 PM

Gregg Phillips

Analysis | When you 'Ask app not to track,' some iPhone apps keep snooping anyway

washingtonpost.com

Not sure if you saw this Gregg so I'm resending. No hurry—just following up on a couple of items from your Memphis presentation:

1. ACLED overlap with mules in states other than GA. We have Georgia in the movi but I think you mentioned Philly and Wisconsin. Did you also run an ACLED comparison in those places?

2. In Philly you cited an extreme case of a mule who went to ____ dropboxes. (Ov a hundred as I recall but I don't know the exact number. Also over what period? And across how many counties?)

Gregg Phillips

1. Yes, we ran comparison in al



2 138 in Philadelphia.

Not today—but can you give me the numbers of how many mules in each of the 5 areas showed up in the ACLED database?

Catherine Engelbrecht
What's this for?

Gregg Phillips
We are working on the Freedom Hospital, the FL murder case and an explosive development in our research with the FBI. It will be a few weeks before we can go back and grab specifics.

**CONFIDENTIAL**                    **DD_000116**



To: Debbie, Catherine, Gregg
We are working on the Freedom Hospital, the FL murder case and an explosive development in our research with the FBI. It will be a few weeks before we can go back and grab specifics.
I believe it was right in your presentation. I'm trying to prepare for various medi
and other questions that will surely be asked of all of us. Ok so there were Antif
types among the Georgia mules but what about elsewhere? I need to be up to speed on these kinds of obvious questions just as you guys do
Gregg Phillips
I'll go back and look tonight.
It's not that urgent but when you can get to it that would be grea
Gregg Phillips
According to my notes, there are between 10 and 23% of all mules identified in the five jurisdictions are also on the ACLED list.
I'll go back and look for details.



To: Debbie, Catherine, Gregg

Apr 15, 2022 at 2:15 PM

Catherine Engelbrecht

Observations

1. Need to change voice and shadow for cop in Heather Mullins interview
2. Needs to cut down lower third for Heather Mullins, can't be from RAV at all.
3. Observation: Shouldn't include the NC case again w Hans, start with "Voter Rolls are in bad shape...". The last NC clip in his section still works
4. The person who did the elder abuse video was Phill Kline (he's not invited)
5. The Voter Registration Project wasn't illegal. (Re CRC section )
6. Maybe clip "the window is closed" piece ... just before that.
7. In the last scene Charlie's volume is too low
8. Wrong QR code - there are are two. The last one is correct
9. "Our election was rigged and stolen. We can not let this happen"

Further - (all in my opinion)
On point 5 - the Left will hit us that we are calling out a voter registration as being nefarious. It's true VRP is shady, but that's it. They just do mass voter registration.

On point 6 - the comment is related to the scene where Dinesh is walking up the steps of SCOTUS. There's some good stuff in that section but there's also the stuff 45 hates about how nothing can be done. If we can clip that it would be great.

Apr 18, 2022 at 4:19 PM

Gregg Phillips



CONFIDENTIAL





To: Debbie, Catherine, Gregg

May 2, 2022 at 5:18 PM

Gregg Phillips

First casualty of the movie is my data center lease at Mississippi State University.
It was cancelled today by MSU.

Wow, that is outrageous. Is there any recourse? Can they get away with this?
think it only shows how dangerous you are to the other side!

Gregg Phillips

No. No reccurse. Y'all need to understand that this is just the beginning.

Catherine Engelbrecht

We're moving it all offshore anyway ...

Gregg Phillips

Exactly.

Catherine Engelbrecht

But, this is what America needs right now. This movie will change the narrative.
Thanks be to God. Not a second too soon.

Truth telling has a high price

Gregg Phillips

Indeed.



To: Debbie, Catherine, Gregg

Gregg Phillips
You did a really good job on this interview. You and Catherine are really in the zone on the movie. The more questions you both answer, the better off we are.

Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election

Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election
link.thepostmillennial.com

May 7, 2022 at 2:42 PM

Gregg Phillips
Hey guys. Look forward to seeing y'all in a few hours. Can you give me a sense of numbers to expect tonight? Numbers online? In person? Are Salem hosts coming? How long should the Q&A last? Will we be on camera during the movie?

Debbie
About 80k online, 120 people in the audience. Larry Elder is sick and Gorka might appear online. So it will be Metaxas. The q&a will prob be about 45 min after move. The movie will play out normal. No one will be shown. It's a really cool place. I was there to practice National Anthem yesterday! I told C to go at 3pm for hair and makeup if she wants to do that. Dinesh just got here so we may go a little after that. The reception starts at 4pm

Gregg Phillips
Do you mind me asking what happened to Charlie?

Debbie
What happened? Charlie never agreed to do it

Are you talking about for Wofre?

Gregg Phillips
No I was just surprised he wasn't coming.

Debbie
Oh ok - yeah we invited all the people in the panel but he never agreed to come. I'm trying to get ahold of Gorka to see if he will remotely appear but haven't had much luck.

Gregg Phillips
Interesting.

What is your overall take on numbers, coverage, earned media?

Debbie

CONFIDENTIAL                    DD_000121



Overall take or numbers really good . All we have are some early and rough numbers but will share when we see you . Bruce has that .
Coverage has been strong and we expect it to continue through the month of May. There are a lot of media opportunities for you guys to do a lot of if you're up for it. I think it's a matter of time before the mainstream media starts covering this in a big way . Dinesh doesn't think they can avoid it . All really good – as I told you guys when you came to the house ... the best mechanism to get your info out is to do a hard hitting movie . Everyone and I mean everyone will know True the Vote ! 🎬❤️

Gregg Phillips

Thanks! Our biggest issue right now is money. True the Vote is teetering on the edge. Don't be shocked if we have to close the doors in a few months. Sad, but true.

CONFIDENTIAL

DD_000122



To: Debbie, Catherine, Gregg

**Gregg Phillips**
Thanks! Our biggest issue right now is money. True the Vote is teetering on the edge. Don't be shocked if we have to close the doors in a few months. Sad, but true.

**Gregg Phillips**
We are going to keep Catherine in front of the media as long as we can. I think its important to consolidate the number of people speaking. It's getting confusing. I did a study on this issue in 2012. Two is max in political environments. Also, as I wrote earlier, CE and Dinesh are killing the message right now. Secretly kind of happy that fewer hosts tonight. :)

Salem hosts talk about the movie on their own shows but we are not booking media for any of them

**Gregg Phillips**
Right. You two need to continue this media "blitz" doing as many shows as you can bringing consistency and power that no others can recreate.

Even Trump can't drill into the details like we're doing. This is the kind of pushback the bogus fact-checkers are not accustomed to getting

**Gregg Phillips**
Exactly right.

May 7, 2022 at 4:39 PM

**Debbie**                                          🤎
I have your checks from Memphis . Please don't let me forget

**CONFIDENTIAL**

DD_000123





CONFIDENTIAL

DD_000125



Catherine worked closely with the author. Even though it's not exactly perfect, it is the best rebuttal.

Catherine Engelbrecht

Thank you! Have to depend on the kindness of others, since we are deplatformed :(

Debbie

Ugh ... a friend of mine warned me that it's coming on YouTube (taking us down) . No one is allowed to dispute the results period on YouTube ... these people are sooooo evil



That should be fine. Thanks!

**Debbie**
Ok - I'm going to start inviting them so they save the date

May 10, 2022 at 3:24 PM

**Debbie**
Guys sorry! The 25th is already booked and I missed it. Give me some July and August dates that work for you and we will go from there. He has some July and August dates already booked but we can figure out which are free.

July we have 2, 16 and 23rd free. And August 13th and 27 are free.

**Gregg Phillips**

Ep. 1765 The War On Election Integrity Is Heating Up - The Dan Bongino Show

I texted back and forth with Dan today. He is all in on this movie

**Gregg Phillips**
Catherine did a really good job.

I bet. I'm looking forward to this

**Debbie**
He's taking a risk.... But shows he's not a coward

**CONFIDENTIAL**







**Gregg Phillips**
As a private aside, we used this mostly for cold storage of data and to have a bit of a false flag in case something like this happened.

**Debbie**
This is very common from the left - they want to move away from Mule stuff and attack your credibility in other ways ...

**Gregg Phillips**
Yep.

Funny thing to me is they fell right into the trap.

CONFIDENTIAL



To: Debbie, Catherine, Gregg

Funny thing to me is they fell right into the trap.

Debbie
That's a good thing!!

Gregg Phillips
Btw, the data is in one of those data centers.

Just not our office or the one they think it's in.

May 17, 2022 at 6:25 PM

CONFIDENTIAL





**CONFIDENTIAL**

**DD_000131**