# EXHIBIT 131

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 3/22/2022 |

## Outline of Conversations

 **17f3057d479a9daf35395daea0a8a3f7d9830f0aef29f6906ce0bcfea4464ae4** • 3 messages on 3/22/2022 • +REDACTED4004 • Me

**Messages in chronological order** (times are shown in GMT -05:00)

---

 **17f3057d479a9daf35395daea0a8a3f7d9830f0aef29f6906ce0bcfea4464ae4**

M **Me**  3/22/2022, 12:37 PM
Charlie—Our premiere is now set for Wednesday April 27 at Mar-a-Lago. You should definitely come!

This also opens up a couple of earlier dates—if you want—to do the Arizona showing. Maybe Sunday May 1 or the following Saturday May 8.

We can make this one of the earliest showings of the movie. Let me know what you decide and we can proceed.

Also I'm planning to show a couple of exclusive short clips from the movie to the donors this Saturday. Will forward those to you on Friday to get lined up in your system, ok?

\# +REDACTED004  3/22/2022, 3:27 PM
Yes thank you. Also if you have the videos of people putting the ballots into the drop boxes that would be amazing

M **Me**  3/22/2022, 3:28 PM
Yes I'm going for one of those and also a part of our mule interview (which you haven't seen)