# EXHIBIT 132

Case 1:22-cv-04259-SDC   Document 263-7   Filed 12/20/24   Page 2 of 5

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**          ✕

          🔍          👤

# Catherine Engelbrecht Joins Tucker To Discuss The Groundbreaking Technology Behind "2000 Mules"

**Dinesh D'Souza** ✔
May 6, 2022
330,532 Views

SUBSCRIBE 1.69M          JOIN ∴



➕  ➖  2.22K rumbles          EMBED ↗  SHARE

 Enjoyed this video? Join my Locals community for exclusive content at dinesh.locals.com!

CONFIDENTIAL                                                                                      MA-0000438

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**    ✕

      

SIGN IN TO SEE 254 COMMENTS



### Kamala Boasts About Our Enduring Relationship With... North Korea?!?

Dinesh D'Souza



### "The Art Of Being Chill" Will CHANGE Your Dating Life...

Dre Drexler



### Episode 1070: Aftermath

Revenge of the Cis

CONFIDENTIAL                                                                                                MA-0000439

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM** ✕

  





### DeSantis Tested, RIP Coolio, Fast Food Chaos

Sekulow Brothers Podcast



### Protests Break Out In Europe: Cold Winter Coming

The Ron Paul Liberty Report



### Is Biden Repeating Obama's Mistakes?

American Center for Law and Justice



### Watch CNN Host Don Lemon Get Put in His Place by Hurricane…

The Rubin Report



### lofi hip hop radio - beats to relax/study to

Lofi Girl

**252 watching**

CONFIDENTIAL     MA-0000440

Case 1:22-cv-04259-SDC    Document 263-7    Filed 12/20/24    Page 5 of 5

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**                    ✕





**Moments, Nordstream Updates,...**

Styxhexenhammer666

54m29s

DEVELOPERS    OUR APPS    ABOUT US    CAREERS    ADVERTISING

Terms & Conditions    Privacy Policy    Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL

MA-0000441