# EXHIBIT 135

This Exhibit Is Being Provided In Physical Format