# EXHIBIT 136

This Exhibit Is Being Filed Provisionally Under Seal