# EXHIBIT 137

**From:** Tom Spence REDACTED
**Subject:** For inquiries
**Date:** August 26, 2022 at 1:23 PM
**To:** Dinesh DSouza REDACTED
**Cc:** David Evans REDACTED, David Santrella REDACTED, Hawker REDACTED, Lauren McCue Snyder REDACTED

Please direct any inquiries about the postponement of 2000 Mules to Lauren Snyder, publicity director at Regnery REDACTED.

**Thomas Spence**
President and Publisher
Regnery Publishing
(A division of Salem Media Group)
REDACTED
REDACTED

CONFIDENTIAL

DD_000044