# EXHIBIT 138

**From:** Tom Spence REDACTED
**Subject:** Re: proposed change
**Date:** August 29, 2022 at 8:58 AM
**To:** Dinesh D'Souza REDACTED

Thanks, Dinesh.

Thomas Spence
President and Publisher
Regnery Publishing
(A division of Salem Media Group)
REDACTED
REDACTED

On Sun, Aug 28, 2022 at 5:08 PM Dinesh D'Souza REDACTED > wrote:
Delete "Rather, they are organizations.....and the Democratic Party."

Replace with: I have a list of them, as does True the Vote, and True the Vote has agreed to make the names available as needed to the appropriate law enforcement authorities. These groups have a known ideological bent and deep affiliations with the cultural Left and the Democratic Party.

CONFIDENTIAL

DD_000045