# EXHIBIT 139

| | |
|---|---|
| **From:** | Catherine Engelbrecht |
| **Sent:** | Tuesday, September 6, 2022 9:20 PM EDT |
| **To:** | Brian Glicklich; Gregg Phillips |
| **Subject:** | Fwd: NPR News Inquiry re 2,000 Mules book |

We need to push back hard on this. Those names were not approved by us. Dinesh just pulled a list together. We found out and it's why the book was pulled. When the actual book comes out those names will not be in it.

What do you recommend we tell this guy?

---------- Forwarded message ---------
From: **Tom Dreisbach** ███████████████
Date: Tue, Sep 6, 2022 at 8:00 PM
Subject: NPR News Inquiry re 2,000 Mules book
To: Catherine Engelbrecht ███████████████████ Gregg Phillips ████████████████

Catherine and Gregg,
Tom Dreisbach here from NPR News.
I'm writing, because we've obtained a copy of Dinesh D'Souza's "2,000 Mules" book, which was recently recalled. We are planning a news story based on its contents and claims.
One notable new section of the book (as compared to the film) is that on page 68 D'Souza names seven groups as nonprofits that are described as "stash houses" for the alleged ballot trafficking operation identified by TTV. D'Souza has [previously said](#) that the film did not name those groups for, essentially, legal reasons.
In the book, D'Souza identifies the following groups: ███████████████████████
███████████████████████████████████████████████████████████
████████████████████
We've contacted those groups for comment. Among their responses so far:
The Chief Legal Officer for the ████████████████ denied the allegations and said they were "potentially libelous." They added "It sounds like a bunch of lies committed to paper. And there are legal consequences for doing that." ████████████████ also said neither TTV nor D'Souza ever contacted them for comment - a fundamental step for any documentary project.
A spokesperson for the ██████████████████████ said the claims are "nonsense" and "false" and added, "We will not dignify such trash, which Mr. D'Souza admits is such a lie his own lawyers wouldn't allow him to say it in his movie, with a response."
Does True The Vote stand by the claim that those seven groups functioned as "stash houses" for ballot "mules," which Gregg said amounts to "organized crime" in the film? Did TTV take any steps to verify the allegations by contacting these groups?
**Please let me know by the end of the Wednesday, Sept. 7 if you'll have a response.**
You can reach me by email, or by phone at ████████████.
Thanks,
Tom Dreisbach