# EXHIBIT 141

 Gmail

<span style="color:gray">Patricia Jackson &lt;pljpublicity@gmail.com&gt;</span>

---

## Re: NPR Article about pulling 2000 Mules
1 message

---

**Debbie D'Souza** &lt;debbie@dineshdsouza.com&gt;                    Thu, Sep 8, 2022 at 11:13 PM
To: Patricia Jackson &lt;pljpublicity@gmail.com&gt;
Cc: Dinesh DSouza &lt;djd@dineshdsouza.com&gt;

Yes - in fact Dinesh talked about it on the podcast before it came out because he knew it was going to 

All that for nothing .. it became the story which he was trying to avoid .

Sent from Debbie's iPhone

> On Sep 8, 2022, at 9:38 PM, Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
>
>
> In case you haven't seen this yet. They dug in....
>
> https://www.npr.org/2022/09/08/1121648290/a-publisher-abruptly-recalled-the-2-000-mules-election-denial-book-npr-got-a-cop