# EXHIBIT 142

11/30/22, 2:12 PM
Case 1:22-cv-04259-SDG   Document 263-17   Filed 12/20/24   Page 2 of 20
What was changed in Dinesh D'Souza's "2,000 Mules" book after it was recalled : NPR





**DONATE**

INVESTIGATIONS

# Here's what changed in Dinesh D'Souza's '2,000 Mules' book after it was recalled

October 25, 2022 · 4:26 PM ET

  TOM DREISBACH



In August, the conservative publisher Regnery abruptly recalled Dinesh D'Souza's election denial book *2,000 Mules* from stores citing an unspecified "publishing error." NPR compared the recalled version of the book with the version that Regnery published this week.
*Willy Sanjuan/AP*

CONFIDENTIAL                                                                 MA-0001905

After an abrupt recall and a two-month delay - along with the threat of possible legal action - the election denial book *2,000 Mules* has reached bookstores, though with a few significant changes.

Most notably, a passage in the recalled version of the book that accused specific, named nonprofit organizations of involvement in illegal "ballot trafficking" has been rewritten, softening certain claims and outright removing the names of the groups. Separately, sections of the book that purported to link election fraud to antifa and the Black Lives Matter movement have also been deleted.

*2,000 Mules* is based on the film of the same name, which alleges a vast conspiracy between unnamed left-wing nonprofit groups and paid ballot "mules" to stuff vote-by-mail dropboxes and steal the 2020 election. Law enforcement officials and fact-checkers have thoroughly discredited the film's allegations, and the filmmakers have declined to make key evidence for their central claims public.

Nonetheless, *2,000 Mules* has remained highly influential in the pro-Trump election denial movement.

And in response to a viewer of the film who wanted to see more evidence, filmmaker and author Dinesh D'Souza said in July that the follow-up book based on *2,000 Mules* would name names.

**Sponsor Message**

CONFIDENTIAL
MA-0001906

"I am going to reveal the names of several of these nonprofit stash houses in my book '2000 Mules,'" D'Souza tweeted in July.

The initial version of the book set to be published in August did just that. D'Souza accused five nonprofit groups of acting as illegal ballot "stash houses."

Copies of the book had already reached bookstores, when, just before the release date, the publisher Regnery issued a recall, though they did not catch every copy. NPR managed to find the book on the shelf at a Barnes & Noble bookstore.



**INVESTIGATIONS**
A publisher abruptly recalled the '2,000 Mules' election denial book. NPR got a copy.



**INVESTIGATIONS**
A pro-Trump film suggests its data are so accurate, it solved a murder. That's false

D'Souza and Regnery did not give a reason for the sudden recall.

Instead, they blamed an unspecified "publishing error," and declined to answer further questions about the mistake, which was significant enough to cause Salem Media, Regnery's parent company, to lower its corporate earnings estimate.

When NPR contacted the five groups D'Souza had accused of involvement in election fraud, two went on the record to condemn the accusations as "trash," "lies," and "malarkey." One of those groups described the allegations as potentially "libelous."

Even True the Vote, the controversial election denial organization that executive produced the *2,000 Mules* film, distanced themselves from the book. "True the Vote had no participation in this book, and has no knowledge of its contents," the group said in a statement to NPR back in September. "This includes any allegations of activities of any specific organizations made in the book. We made no such allegations."

Sponsor Message



The Most Ridiculously Clever Gifts for the 2022 Holiday Season

Holiday Gift Guide            Learn More ›

Now, D'Souza and Regnery have officially released the *2,000 Mules* book, and changed that section.

D'Souza had previously described left-wing nonprofits as "doing vote trafficking."

The newly-released book tones down that phrase to "potentially storing ballots."

And the names of specific nonprofits that D'Souza accused of election fraud have all been removed.

Now, in lieu of listing specific groups, D'Souza writes, "True the Vote shared their names with me and has offered to make them available as needed to the appropriate law enforcement authorities."

The New Georgia Project, a group that focuses on registering and mobilizing young voters and voters of color, was one of the groups named in the recalled book.

"We're always happy when someone who has been discredited takes our name out of their mouths," said a New Georgia Project spokesperson in a message to NPR.

Given the absence of evidence supporting the allegations, NPR is not naming the other groups cited in the recalled version of the book.

CONFIDENTIAL                                                                                                MA-0001908

In September, when NPR obtained a copy of the recalled book, Regnery said they would "be happy to talk to you more about *2,000 Mules* once it is published." But when asked about arranging an interview this week, Regnery president Thomas Spence declined.

"At this point, Regnery is not offering any comment on the book *2,000 Mules*," Spence wrote in an email.

D'Souza did not respond to NPR's request for comment.

The official release of the book also completely removes a claim that True the Vote was able to determine the supposed ballot "mules" had links to antifa and the Black Lives Matter movement.

The film and the recalled version of the book said that True the Vote used a database from the Armed Conflict Location & Event Data Project (ACLED) to make this connection.

ACLED objected to that characterization, and requested a correction from D'Souza.

Sponsor Message

"This is not the type of analysis you can use ACLED data for, and it is highly unlikely that these conclusions have any basis in fact," a spokesperson for ACLED previously

CONFIDENTIAL MA-0001909

told NPR. The spokesperson said every reference to ACLED in the recalled version of the book was "incorrect or misleading."

Now, ACLED does not appear anywhere in the book. Several paragraphs that attempted to rebut NPR's earlier fact-check about the ACLED data have been removed. And claims that the "mules" had connections to antifa or BLM are gone, too.

"ACLED requested a correction from the publisher based on the incorrect references included in the recalled version of *2,000 Mules*, and we are happy to see that these references have ultimately been removed from the final copy of the book," said Sam Jones, ACLED's head of communications. "Our data do not support any of the claims or conclusions that were previously linked to ACLED."

The changes to the book may reflect some concern by D'Souza and Regnery about possible legal trouble.

D'Souza previously said he omitted the names of the nonprofits from the film after getting into a "big fight" with lawyers, who said he could not name them. Since the 2020 election, other prominent election deniers - and the channels that hosted them - have faced lawsuits from election technology companies and election workers, who say election-related lies cost them business, led to death threats, and upended their lives.

There is some evidence that *2,000 Mules* has inspired distrust and conspiracy theories around the use of ballot dropboxes, especially given former president Trump's embrace of the film.

Arizona election authorities have issued warnings to people purportedly surveilling ballot dropboxes - possibly inspired by the film's claims - and said they referred complaints of possible voter intimidation to the U.S. Department of Justice.

**Sponsor Message**

CONFIDENTIAL  MA-0001910

"There's a group of people hanging out near the ballot dropbox filming and photographing my wife and I as we approached the dropbox and accusing us of being a mule," a voter wrote in a complaint to the Arizona Secretary of State's Office. "They took photographs of our license plate and of us and then followed us out the parking lot in one of their cars continuing to film."

regnery    2000 mules    election deniers    true the vote    dinesh d'souza

## Sign Up For the NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email?    **SUBSCRIBE**

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR

CONFIDENTIAL    MA-0001911



**INVESTIGATIONS**
**In Chicago, handguns turned into high-capacity machine guns fuel deadly violence**



CONFIDENTIAL                                                                                                     MA-0001912



INVESTIGATIONS
**Funeral homes could soon have to post prices online**



CONFIDENTIAL  MA-0001913

**INVESTIGATIONS**
# Recycling plastic is practically impossible — and the problem is getting worse



**INVESTIGATIONS**
# Election software CEO is charged with allegedly giving Chinese contractors data access



BUSINESS
How PPP Loan Forgiveness Became a Messy Process with Limited Scrutiny



CONFIDENTIAL    MA-0001915



**INVESTIGATIONS**
# Virtually all PPP loans have been forgiven with limited scrutiny

# Popular on NPR.org



**NATIONAL**
# Police find the remains of 4 infants inside a Boston apartment



CONFIDENTIAL	MA-0001916



**NATIONAL**
### An Oklahoma country singer was married on Saturday, and died a few hours later



**CULTURE**
### A teary Will Smith opens up to Trevor Noah about the 'rage' behind his Oscar slap



CONFIDENTIAL	MA-0001917

11/30/22, 2:12 PM
What was changed in Dinesh D'Souza's "2,000 Mules" book after it was recalled : NPR
Case 1:22-cv-04259-SDC    Document 263-17    Filed 12/20/24    Page 15 of 20



**POLITICS**
**Republican leaders denounce Trump's dinner with white nationalist Nick Fuentes**



**BUSINESS**
**The mystery of rising prices. Are greedy corporations to blame for inflation?**



CONFIDENTIAL    MA-0001918



**LAW**
**Oath Keepers founder Stewart Rhodes convicted of seditious conspiracy in Jan. 6 trial**

# NPR Editors' Picks



**WORLD**
**A member of the Buckingham Palace household resigns after racial comments**



CONFIDENTIAL                                                                                                    MA-0001919

11/30/22, 2:12 PM
What was changed in Dinesh D'Souza's "2,000 Mules" book after it was recalled : NPR
Case 1:22-cv-04259-SDC   Document 263-17   Filed 12/20/24   Page 17 of 20



LAW
**Supreme Court hears Texas challenge to federal immigration priorities**



POLITICS
**Biden urges Congress to avert a rail strike**



CONFIDENTIAL   MA-0001920

11/30/22, 2:12 PM
Case 1:22-cv-04259-SDC   Document 263-17   Filed 12/20/24   Page 18 of 20
What was changed in Dinesh D'Souza's "2,000 Mules" book after it was recalled : NPR



**EUROPE**
# A journalist's plea to the West: 'Pay attention to Ukraine and its fate'



**NATIONAL**
# Northern long-eared bat, devastated by a fungus, is now listed as endangered



11/30/22, 2:12 PM
Case 1:22-cv-04259-SDG    Document 263-17    Filed 12/20/24    Page 19 of 20
What was changed in Dinesh D'Souza's "2,000 Mules" book after it was recalled : NPR



HEALTH
Médicos y defensores denuncian un aumento de la desinformación sobre el aborto

| READ & LISTEN | CONNECT |
|---|---|
| Home | Newsletters |
| News | Facebook |
| Culture | Twitter |
| Music | Instagram |
| Podcasts & Shows | Press |
| | Contact & Help |

| ABOUT NPR | GET INVOLVED |
|---|---|
| Overview | Support Public Radio |
| Diversity | Sponsor NPR |
| Ethics | NPR Careers |
| Finances | NPR Shop |
| Public Editor | NPR Events |
| Corrections | NPR Extra |

terms of use

privacy

CONFIDENTIAL
MA-0001922

your privacy choices

text only

© 2022 npr

CONFIDENTIAL

MA-0001923