# EXHIBIT 144


**CONFIDENTIAL**



# Regnery Publishing

122 C Street, N.W. · Suite 515 · Washington, D.C. 20001 · 202-216-0600 · www.regnery.com

November 8, 2022

**IMPORTANT NOTICE**

Regnery Publishing, a division of Salem Media Group, recently published the book *2000 Mules* by Dinesh D'Souza, which is a companion to the documentary film of the same title released by Mr. D'Souza in May 2022.

After advance copies of the book *2000 Mules* were distributed, Salem was informed by the Armed Conflict Location and Event Data Project (ACLED) that (1) references to ACLED in the book were erroneous, (2) ACLED does not collect or publish mobile device data or any other form of data that would allow for the tracking of individual persons, (3) the purported analysis contained in the book is therefore not the type of analysis that is capable of being conducted using ACLED data, and (4) no other data published by ACLED support any of the claims or conclusions attributed to ACLED. All references to ACLED in the book have therefore been removed.

**Exhibit 0009**
6/18/2024
ACLED 30(b)(6)

ACLED0007