# EXHIBIT 146

**From:** Dinesh DSouza REDACTED
**Subject:** Tweet by Dinesh D'Souza on Twitter
**Date:** August 29, 2022 at 7:22 PM
**To:** Lauren MacDonald REDACTED, Tom Spence REDACTED, David Evans REDACTED



**Dinesh D'Souza**
@DineshDSouza



The publication date of my book "2000 Mules" has been pushed back a few weeks and early print copies recalled. From @Regnery: "Due to a publishing error, the publication date of 2000 Mules has been postponed to October 25, 2022. We look forward to publishing 2000 Mules this Fall"

8/29/22, 7:21 PM

Sent from my iPhone

CONFIDENTIAL

DD_000047