# EXHIBIT 147

| | |
|---|---|
| From: | Catherine Engelbrecht |
| Sent: | Monday, October 3, 2022 10:02 PM EDT |
| To: | Gregg Phillips |
| Subject: | Fwd: Demand Letter: Retract and Correct Defamatory Statements About Mark Andrews |
| Attachments: | WASSR01A-#1672469-v4-Andrews_Retraction_Letter (1)_ready for letterhead.pdf |

██████████████████████████████████████████

---------- Forwarded message ---------
From: **Brock Akers** <bca@akersfirm.com>
Date: Mon, Oct 3, 2022 at 7:00 PM
Subject: Fwd: Demand Letter: Retract and Correct Defamatory Statements About Mark Andrews
To: Catherine Engelbrecht <catherine@truethevote.org>


Brock C. Akers
THE AKERS FIRM,pllc
The Clocktower Building, 3401 Allen Parkway, Suite 101 Houston, TX 77019
t: 713-877-2500/ 713-552-0232 l  m: 713-823-9595  l f: 1-713-583-8662
bca@akersfirm.com  I  www.akersfirm.com
 JMJ


Begin forwarded message:

**From:** Karyn Burrell <burrell@dubosemiller.com>
**Date:** Oct 3, 2022 at 2:48 PM
**Cc:** Von DuBose <dubose@dubosemiller.com>
**Subject: Demand Letter: Retract and Correct Defamatory Statements About Mark Andrews**

Hello,
Please see the attached. If you have any questions regarding the attached, please contact Attorney DuBose at (404) 720-8111.
Thanks,

# Karyn Burrell
Legal Assistant | burrell@dubosemiller.com



75 14th Street NE, Suite 2110, Atlanta, GA 30309 | 404.720.8111 | www.dubosemiller.com |

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of DuBose Miller, LLC and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.