# EXHIBIT 148

DuBose Miller
Attorneys at Law
75 14th Street N.E., Suite 2110 • Atlanta, Georgia 30309
Telephone 404.720.8111 • Facsimile 404.921.9557 • www.dubosemiller.com

October 3, 2022

**VIA EMAIL & MAIL**



True the Vote, Inc.

Catherine Engelbrecht

Gregg Phillips

Salem Media Group

D'Souza Media LLC

Dinesh D'Souza

The Akers Firm

**Re: Retract, Correct, and Stop Spreading Lies About Mark Andrews**

Dear Mr. D'Souza, Ms. Engelbrecht, Mr. Phillips, *et al.*,

We represent Mr. Mark Andrews and write pursuant to Ga. Code Ann. § 51-5-12 (2020) to demand that you retract, correct, and stop spreading lies about our client.

**Mr. Andrews Engaged in No Fraudulent or Illegal Conduct**

Mr. Andrews is the Gwinnett County, Georgia voter of whom footage appears in *2000 Mules,* in its trailer, as well as in numerous promotional appearances for the film. As detailed below, each of you individually has made repeated public statements (and have collaborated together to promote a narrative) explicitly and impliedly claiming that Mr. Andrews (a) engaged in a nationwide criminal conspiracy, along with others, to accept payments to illegally pick up and place in ballot drop boxes fraudulent votes to engage in election fraud; (b) was in a such poor financial position that he needed to commit crimes in exchange for small sums of money;

and (c) was previously engaged in multiple violent crimes such as rioting, burning cities, and pulling people out of their cars and beating them up. Each of these statements is false and portrays Mr. Andrews in a false light. Further, you have appropriated his likeness for commercial gain.

Contrary to your public statements, Mr. Andrews legally deposited his absentee ballot and ballots of his family in a drop box in connection with the 2020 election, and he did not visit any drop box on more than one occasion. He has never engaged in any violent riots, and he is not in such a poor financial condition that he needed to commit crimes in exchange for small sums of money.

Indeed, as you know, the Georgia Bureau of Investigations ("**GBI**") has found that there was no evidence that Mr. Andrews did anything illegal in depositing ballots in connection with the 2020 general election. As a result of a complaint lodged by a True The Vote ("**TTV**") collaborator,[1] the GBI conducted an extensive investigation into allegations that Mr. Andrews was engaged in election fraud and fully cleared Mr. Andrews and his family of any wrongdoing. As Georgia Secretary of State Brad Raffensperger explained on television on May 2, 2022: "We investigated, and the five ballots that he turned in were all for himself and his family members."[2] The report of the investigation, presented publicly in full the morning of May 17, 2022, confirmed that there were five voters registered at the Andrews residence—Mr. Andrews, his wife, and his three children—and that the state's internal ballot tracking system reflected that all five family members requested ballots by mail that were received in advance of election day.

Further, at its public meeting on May 17, 2022, the Georgia SEB addressed the complaint and allegations against Mr. Andrews.[3] At the hearing, which was open to the public and live-streamed on the internet, a GBI investigator unequivocally refuted the allegations that Andrews

---

1 On April 25, 2022, David A. Cross filed a complaint against Mr. Andrews with the Georgia State Elections Board ("**SEB**"). Mr. Cross is a frequent collaborator with TTV. For example, on January 31, 2022, TTV shared a video of a person depositing ballots in a drop box. The video was one of many Mr. Cross created and shared on his website and Rumble page showing individuals he alleged to be engaged in illegal ballot delivery. The caption read: "True the Vote would like to extend a special thank you to David Cross for being a great American. We deeply appreciate his work for free and fair elections in Georgia, it's patriots like him that make this country great. This is just the beginning, get ready patriots." True The Vote, *True the Vote would like to extend a special thank you to David Cross for being a great American.*, Facebook (Jan. 31, 2022, 12:58 PM), https://www.facebook.com/TrueTheVote/videos/1103565933725389 [https://perma.cc/S8EC-SJ8B]; @RealTrueTheVote, *True the Vote would like to extend a special thank you to David Cross for being a great American.*, Instagram (Jan. 31, 2022), https://www.instagram.com/p/CZZvNuMK6yi/ [https://perma.cc/NF4H-VCML]. The complaint by Mr. Cross included multiple screenshots of Mr. Andrews voting, as well as Mr. Andrews' vehicle with its license plate number, all taken from the TTV video excerpt.

2 Mark Niesse, *What 2000 Mules Leaves Out From Ballot Harvesting Claims*, Atlanta Journal (May 10, 2022), https://www.ajc.com/politics/what-2000-mules-leaves-out-from-ballot-harvesting-claims/FFMNUU56RVBRNOLZKWHUREQPEU/.

3 Mark Niesse, *Georgia investigation dispels allegations highlighted in '2000 Mules,'* Atlanta Journal (May 17, 2022), https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/; State of Georgia, Agenda State Election Board, Office of Secretary of State (May 17, 2022), https://sos.ga.gov/sites/default/files/forms/Agenda.May_.17th.2022.pdf.

had engaged in illegal "ballot harvesting."[4] The investigator concluded: "I did not find anything to suggest a violation of Georgia Code,"[5] after summarizing the methodologies underlying his finding. The investigator explained that he "validated that . . . the five electors all lived in that residence at that time making all those ballots legal ballots."[6] The investigator further explained that he had independently conducted extensive research before speaking with Mr. Andrews, including confirming that five voters lived at Mr. Andrews' home and all had voted by ballots received in the mail. The same day, the SEB dismissed the case without objection. The dismissal received extensive media coverage in local and national publications.[7]

**Statements Requiring Retraction and Correction**

Since April 2022, you have promoted and made available the film *2000 Mules*, as well as a trailer for the film. You collectively have also appeared on at least eleven different media outlets across television, radio, and internet spreading false claims about Mr. Andrews and the 2020 election, exposing millions of viewers to these lies. You have republished many of these appearances on your social media channels and official websites, which remain available to this day. What follows is a summary, not an exhaustive list, of the false and defamatory material which we demand that you remove, retract and correct.

1. The Film 2000 Mules and its official advertisement

In a May 2022 interview, Dinesh D'Souza described *2000 Mules* as "an exposé of a coordinated ring of paid ballot trafficking, illegal votes, fraudulent votes being dumped en masse into mail-in drop boxes."[8] The purported documentary contends that "ballot mules" were paid small sums of money to deliver illegal ballots from nonprofit organizations to absentee drop boxes in five swing states, including Georgia. According to your film, the "mules" illegally deposited enough ballots to swing the election from former President Trump to President Biden. In fact, the film mischaracterizes data and deliberately misconstrues images of Mr. Andrews to support your preconceived narrative that the 2020 election was stolen.

Your film falsely claims that cell phone geolocation data proves that these voters shown depositing more than one ballot (including Mr. Andrews) were "mules" who unlawfully

[4] State of Georgia, Summary State Election Board, Office of Secretary of State (May 17, 2022), https://www.sos.ga.gov/sites/default/files/forms/May%2017%20Meeting%20Summary.pdf

[5] Georgia House of Representatives, State Election Board, Vimeo (May 17, 2022), https://vimeo.com/695911723.

[6] *Id.*

[7] Matthew Brown & Amy Gardner, *Georgia elections board dismisses allegations of ballot harvesting*, Wash. Post (May 17, 2022, 2:19 PM), https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints;
Mark Niesse, *Georgia investigation dispels allegations highlighted in '2000 Mules,'* Atlanta Journal (May 17, 2022), https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/.

[8] Kevin Hogan, *NTD News Today Full Broadcast (May 4)*, NTD (May 4, 2022), https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html.

deposited fraudulent ballots, because certain phones were repeatedly near the location of drop boxes on multiple occasions. But it is well-established that the type of cellular geolocation data on which the film relies is not precise enough to determine whether an individual was close enough to deposit a ballot in a drop box.[9] As additional "evidence," the film includes surveillance footage of people depositing multiple ballots (which is legal in many circumstances under Georgia law) into drop boxes and portrays these voters as "mules" – paid operatives "involved in picking up ballots from locations and running them to the drop boxes."[10]

Mr. Andrews is one of the voters portrayed in the film as a "mule." Both the film and its trailer prominently feature video surveillance footage of Mr. Andrews depositing his and his family's absentee ballots in a Georgia ballot drop box, which footage you excerpted and used without his knowledge or consent.

The image of Mr. Andrews in the film is portrayed as an example of a "mule" at a drop box. The clip also includes an image of Mr. Andrew's white SUV. Mr. Andrews' image is accompanied by a voiceover from Mr. D'Souza saying: "What you are seeing is a crime. These are fraudulent votes."[11] Mr. Andrews is in the final standalone video clip in a series of clips of voters depositing absentee ballots in drop boxes, during which Mr. D'Souza narrates: "In no state in America is it legal for nonprofit organizations to collect ballots and pay "mules" to deliver them to mail-in drop boxes."[12]

The video clips of voters, including Mr. Andrews, are shown immediately after Mr. D'Souza, Catherine Engelbrecht, and Gregg Phillips describe them as "video evidence" and provide false explanations for why the conduct portrayed is illegal. They describe the so-called "mules" and the invented criminal scheme, namely, that these voters have been paid to deposit fraudulent ballots in drop boxes in violation of state and federal laws. They also assert that they only deemed people "mules" if they went to at least ten drop boxes.[13]

Mr. D'Souza, Ms. Engelbrecht, and Mr. Phillips describe this supposed criminal scheme in detail, using terms associated with serious crimes. Ms. Engelbrecht says in the film: "It felt a lot like a cartel, it felt a lot like trafficking. It can be trafficking in drugs, trafficking in humans.

---

9 Reuters Fact Check, *Fact Check-Does '2000 Mules' provide evidence of voter fraud in the 2020 U.S. presidential election?*, Reuters (May 27, 2022, 8:29 AM), https://www.reuters.com/article/factcheck-usa-mules/fact-check-does-2000-mules-provide-evidence-of-voter-fraud-in-the-2020-u-s-presidential-election-idUSL2N2XJ0OQ; Rick Earle, *Investigation exposes critical limitations of 911 emergency call system and cellphones*, WPXI (Sept. 9, 2020, 8:59 PM), https://www.wpxi.com/news/investigates/investigation-exposes-critical-limitations-911-emergency-call-system-cellphones/GXCYFYBJKJHRZBP53XBQYUQU2Y/; Ali Swenson, *FACT FOCUS: Gaping holes in the claim of 2K ballot 'mules,'* AP News (May 3, 2022), https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762.

10 2000 Mules, https://2000mules.com/ (last visited Sept. 30, 2022).

11 *Id.*

12 DVD: 2000 Mules (2022 Film) (on file with author).

13 *Id.*

In this instance it's ballot trafficking and so we began to use that vernacular."[14] The locations from which the "mules" picked up ballots are referred to as "stash houses."

Between the film and other interviews, you also accuse the "mules" of being "violent guys" and committing other crimes, including joining violent riots in Atlanta, and, in other interviews, "burning cities" and "pulling people out of their cars and beating them."[15]

Footage of Mr. Andrews voting is also included in the "official" trailer for *2000 Mules*.[16] In the trailer, Mr. D'Souza asks Mr. Phillips whether he has video evidence of the alleged mules engaged in criminal conduct. Mr. Phillips replies: "four million minutes of surveillance video," as Mr. Andrews' image is shown.[17]

The trailer also includes the following dialogue from the film discussing the purported mules (including Mr. Andrews):

Phillips: "This is not grandma walking her dog: bad backgrounds, bad reputations. They are interested in one thing: that's money."

Engelbrecht: "And in no shape, in no way, in no time is that legal."

Phillips: "This is organized crime."

Mr. D'Souza published this trailer on April 23, 2022, via his account on the video-sharing website Rumble.[18] Mr. D'Souza also shared the trailer on his Twitter page.[19] TTV shared the trailer on Rumble that same day.[20] TTV also shared the trailer on its website, and on its official Facebook and Instagram pages on April 23.[21] The trailer remains accessible in all these places today. The film remains widely available today as well, as do your promotions for it.

---

14 *Id.*

15 Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html.

16 2000 Mules, https://2000mules.com/ (last visited Sept. 30, 2022).

17 *Id.*

18 Dinesh D'Souza, *2000 Mules Trailer*, Rumble (Apr. 23, 2022), https://rumble.com/v1238uc-2000-mules-trailer.html [https://perma.cc/RN99-ZJFN].

19 Dinesh D'Souza (@DineshDSouza), Twitter (Apr. 23, 2022, 9:37 PM), https://twitter.com/DineshDSouza/status/1518041311210782721 [https://perma.cc/YLZ8-U6LB].

20 True the Vote, *2000 Mules: Extended Trailer*, Rumble (Apr. 23, 2022), https://rumble.com/v124geo-2000-mules-extended-trailer.html [https://perma.cc/XBL6-R7NL].

21 Catherine Engelbrecht, *2000 Mules is Just the Beginning - See New Trailer Here!*, True the Vote (Apr. 24, 2022), https://www.truethevote.org/sneak-peek-new-2000-mules-footage-released/ [https://perma.cc/RQ9T-YHK2]; @RealTrueTheVote, *Our movie '2000 Mules' is just the beginning.*, Instagram (Apr. 23, 2022), https://www.instagram.com/p/Cct3Y-cjupV/ [https://perma.cc/CAX3-XDGV]; True The Vote, *See the extended*

*(cont'd)*

2. Additional Publications Requiring Retraction and Correction

In the weeks leading up to the film's premiere, you collectively continued to publicize Mr. Andrews' image in various media outlets and spread the false claim that he was engaged in election crimes.

On April 8, 2022, Ms. Engelbrecht and Mr. Phillips appeared with the video clip of Mr. Andrews with Mr. Andrews' face visible on *The Charlie Kirk Show*, which Salem Media Group sells and manages.[22] During the interview, the unblurred video of Mr. Andrews voting is played while Ms. Engelbrecht and Mr. Phillips falsely describe the video as depicting Mr. Andrews committing crimes:

Kirk: Ok let's watch this video here. This is Gwinnett County, is that right?

Engelbrecht: Yes.

Kirk: Ok. And we can talk over the video as it's happening because there's no sound. Ok so a white **[video of Andrews voting begins]** SUV [Andrews' vehicle] pulls up, middle of the day, what are we looking at here guys?

Phillips: You're going to see a voter [Andrews] get out—a mule get out.

Engelbrecht: A mule [referring to Andrews] get out.

Kirk: So this is a mule [referring to Andrews]? [Referring to the unblurred image of Andrews.] This is one of your 2000 that you've profiled.

Engelbrecht: Yes.

Philips: And they've—and they've got their ballots [referring to Andrews holding his and his family's ballots]. And they [referring to Andrews] walk up to the box. You can only fit a couple of ballots in at the same time.

Kirk: Is this the state of Georgia?

Phillips: Yeah.

Engelbrecht: Yes.

---

*trailer for True the Vote's '2000 Mules,' produced by Dinesh D'Souza*, Facebook (Apr. 24, 2022), https://www.facebook.com/TrueTheVote/posts/1187649231982163/ [https://perma.cc/C93F-5WK3].

22 True the Vote, *Charlie Kirk Interviews True the Vote*, Rumble (Apr. 13, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [https://perma.cc/ZD2C-VHTJ]. The TTV website also promotes this post. True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://ttvdevv.wpengine.com/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/4X9F-Y8SY]; Press Release, Salem Media, *Salem Podcast Network Extends Charlie Kirk Show* (Apr. 22, 2021, 12:00 PM), https://investor.salemmedia.com/news-events/press-releases/detail/701/salem-podcast-network-extends-charlie-kirk-show.

| | |
|---|---|
| Kirk: | So you're not allowed to turn in more than one? |
| Engelbrecht: | Yes. |
| Kirk: | Unless it's for a close relative? |
| Engelbrecht: | That is correct. |
| Phillips: | And [referring to Andrews depositing the ballots] he's trying to figure out how to even get them into the box because he has so many he can't fit them in the little—the little slot. So then he starts having to put them in one by one. Everybody's sitting there waiting on him. One. |
| Kirk: | [Referring to Andrews' behavior] Now this is illegal? |
| Engelbrecht: | Right. |
| Kirk: | Highly illegal to do this. |
| Engelbrecht: | Right. |
| Phillips: | [Referring to Andrews depositing the ballots] Every one past that first one was illegal. |
| Engelbrecht: | Well there is a possible in that he [Andrews] could have been an assistor which would have meant he would have had **[video of Andrews voting ends]** a signed envelope that would had indicated that he was an assistor in that capacity, but through our open records we confirmed that Gwinnett County had no assistors. |
| Kirk: | Ok. |
| Engelbrecht: | So we tried to kick over—you know, every, every rock. |
| Kirk: | Good for you. Because that would have been in The Washington Post: "Hey could have been an assistor." |
| Engelbrecht: | Absolutely. |
| Kirk: | Well, no, we looked into it. |

Even as they explicitly recognized that Georgia law permits voters to deliver ballots for others in certain circumstances, they claimed, without any basis, that Mr. Andrews was acting illegally. Later in the interview, a video of Mr. Andrews voting is shown again, with his face again visible, including a location and timestamp: "**Dropbox - Gwinnett County Elections Office - Grayson Hwy**" and "**10/6/20 9:48 AM**." At the bottom of the screen in large, bolded letters was the caption: "Ballot Harvesting is illegal in GA!" The subcaption underneath was also false: "GA law provides that absentee ballots may only be delivered for physically disabled voters." This episode of *The Charlie Kirk Show* was published on Rumble on April 8, 2022.[23] TTV shared

[23] The Charlie Kirk Show, *How They Did It - True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show*, Rumble (Apr. 8, 2022), https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html [perma.cc/WAT2-9QFQ].

links to the video on its website, and on its Instagram, Rumble and Facebook pages.[24] It remains promoted in these places today.

On May 4, 2022, Mr. D'Souza appeared on *NTD News* on New York news channel WMBC 63, where he repeated the false claim that Mr. Andrews had committed voter fraud. He stated that 2000 Mules "is an exposé of a coordinated ring of paid ballot trafficking, illegal votes, fraudulent votes being dumped en masse into mail-in drop boxes."[25] The TTV clip of Mr. Andrews voting appeared onscreen as Mr. D'Souza said the words, "dumped en masse into mail-in drop boxes." Mr. D'Souza went on to explain that they had identified "more than 2000 mules. A mule is just kind of the trafficker, it's a term taken out of sex trafficking or drug trafficking. except we're talking now about ballot trafficking."[26] Later in the interview, Mr. D'Souza stated that by watching the film, "you will actually be taken to the scene of the crime. You'll be able to see it for yourself. Now where do you see the movie, there's only one way to see it: go to the website."[27]

The next day, May 5, 2022, Ms. Engelbrecht appeared on *Tucker Carlson Tonight* on Fox News. During her appearance, the TTV clip of Mr. Andrews played as Ms. Engelbrecht made false claims about the election fraud scheme purportedly depicted in *2000 Mules*. Mr. Andrews was easily recognizable alongside his white SUV as she described "a recipe for fraud."[28] One minute later, Ms. Engelbrecht said: "As I sit here tonight, I can tell you there was rampant abuse of those drop boxes, and the data that we have is immutable and proves it, now buttressed increasingly by video."[29] She claimed that the geolocation data had been purportedly matched to the video, and also commented: "the subversion was in fact real."[30]

---

24 True the Vote, *"How They Did It": The Charlie Kirk Show Features True the Vote Bombshell Election Integrity Revelations* (Apr. 7, 2022), https://www.truethevote.org/the-charlie-kirk-show-features-true-the-vote/ [https://perma.cc/5A62-U4J2]; @RealTrueTheVote, *Special Thanks to Charlie Kirk*, Instagram (Apr. 8, 2022), https://www.instagram.com/p/CcGy5Q2p8aC/ [https://perma.cc/C69E-3EBV]; True the Vote, *Charlie Kirk Interviews True the Vote*, Rumble (Apr. 13, 2022), https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2 [https://perma.cc/ZD2C-VHTJ]; True the Vote, ICYMI: *Here's our full interview with Charlie Kirk on the Charlie Kirk Show.*, Facebook, https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid038MbJziMYJ9GcNXgHRtytiX2Wy2k44Z6vw1cFghWnJtfH9X3TPZytkov9THZG1GMTl&show_text=true&width=500 [https://perma.cc/D6TL-F8YJ] (last visited Sept. 30, 2022).

25 Kevin Hogan, *NTD News Today Full Broadcast* (May 4), NTD (May 4, 2022), https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html.

26 *Id.*

27 *Id.*

28 True the Vote, *Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Facebook (May 6, 2022), https://www.facebook.com/watch/?v=1381334499041217&ref=sharing [perma.cc/NE2K-M3PJ].

29 *Id.*

30 *Id.*

On May 6, 2022, TTV shared on its Facebook page the same seven-minute clip of Ms. Engelbrecht on *Tucker Carlson Tonight* (which originally aired on May 5) with the footage of Mr. Andrews voting, with his face recognizable, and her statements that the video depicted criminal conduct.[31] This page is still available for viewing today. The video was also shared on TTV's Instagram and Rumble accounts, as well as Mr. D'Souza's Rumble account.[32]

On May 6, 2022, Mr. D'Souza appeared on The Epoch Times' *Crossroads* with host Joshua Philipp.[33] Mr. Andrew's image was shown twice. The first instance was in Mr. Philipp's introduction to the segment as he claimed that "alleged paid couriers called mules were traveling to various nonprofit groups and ballot drop boxes."[34] Later in the interview, Mr. D'Souza said "what seals the deal and what made this movie so powerful… is when True the Vote began to show me surveillance video that they had obtained from the states themselves, official surveillance video which kind of catches the mules in the act." Mr. Andrews' image appears during Mr. D'Souza's first mention of "surveillance video." During the interview, Mr. D'Souza falsely stated that "everything that you see in the movie is 100% illegal in all the 50 states." He continued to claim that the "mules" engaged in other criminal activity saying "we happen to know that a number of the mules are Antifa-BLM types. Those are the sort of thugs who are being hired to do this." The episode re-aired on WMBC TV 63 as recently as September 13, 2022, and is on The Epoch Times's website.[35]

On May 8, 2022, TTV published on its Facebook page another video trailer about how it planned to release all of its video and data evidence of mass election fraud and corruption

---

31 True the Vote, *Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Facebook (May 6, 2022), https://www.facebook.com/TrueTheVote/videos/1381334499041217 [perma.cc/NE2K-M3PJ].

32 @RealTrueTheVote, *Is the house of cards finally falling? True the Vote founder Catherine Engelbrecht dropped some truth bombs on Tucker last night.*, Instagram (May 6, 2022), https://www.instagram.com/p/CdN1ud6D11e/ [https://perma.cc/G98V-4HFR];
True the Vote, *Tucker Carlson Tonight - Catherine Engelbrecht May 5, 2022*, Rumble (May 5, 2022), https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4 [https://perma.cc/33UC-87H5];
Dinesh D'Souza, *Catherine Engelbrecht Joins Tucker to Discuss the Groundbreaking Technology Behind "2000 Mules,"* Rumble (May 6, 2022), https://rumble.com/v13qlbn-catherine-engelbrecht-joins-tucker-to-discuss-the-groundbreaking-technology.html?mref=hsiwx&mrefc=3 [https://perma.cc/QC4N-PRUY].

33 Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html.

34 *Id.*

35 WMBC TV 63 New York, NTD: Crossroads, *Transcript*, TV Eyes (Sept. 13, 2022, 9:00 PM), https://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=9/13/2022%209:00:46%20PM&playclip=true&pbc=search%3a%2b(tactic) [perma.cc/5WTK-2RD6];
Joshua Philipp, Crossroads, *Dinesh D'Souza: Enough Fraud Was Committed to Steal 2020 Election*, Epoch Times (May 6, 2022), https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html.

beyond the contents of *2000 Mules*.[36] Interspersed in the trailer among ominous footage and statements about how "all the easy choices are in the past" and how they planned to "pull the ripcord" was Mr. Andrews' image.[37] TTV also shared the video on its website, Instagram, and Rumble.[38]

On May 11, 2022, Mr. D'Souza appeared on OANN's *Tipping Point with Kara McKinney*. He showed the TTV clip of Mr. Andrews voting. During the interview, Mr. D'Souza reiterated the "mules" claims and falsely stated that the film "shows that there was fraud, coordinated fraud in all the key states that decided the election."[39] As evidence of this, he claimed that the video "confirmed" the scheme, as it showed the same "mules" that were geotracked "stuffing the ballot box" and constituted "proof of a very high order."[40]

On May 13, 2022, Ms. Engelbrecht and Mr. Phillips appeared on The Epoch Times' show *Truth Matters with Roman Balmakov, and showed the TTV clip of Mr. Andrews voting as they* explained the purported illegal "mules" scheme.[41] Mr. Phillips stated that they used geolocation tracking because "we were looking for ways to solve a crime."[42] Mr. Phillips claimed that they tracked people going to "stash houses," and "delivering" to ballot drop boxes, then "backed [that] up with video."[43] He stated, "in no case, either by federal law or any state law, can you get paid to traffic ballots."[44] Before the clip of Mr. Andrews played, Mr. Phillips stated:

> The data itself is immutable. Even if you don't believe your lying eyes on that, then just go look at the video. I mean, okay, If I could show you that some guy's up there putting all these ballots in the video and I can show you the pings, and then we can show you

---

36 True The Vote, *They thought that with the movie launch, we were done.*, Facebook (May 8, 2022), https://www.facebook.com/TrueTheVote/videos/335770281958423/ [perma.cc/MJ8R-G83G].

37 *Id.*

38 True the Vote, Release 2000 Mules (May 9, 2022), https://www.truethevote.org/release-2000-mules-expose-the-truth-then-pull-the-ripcord/ [https://perma.cc/ET9E-XJD8];
@RealTrueTheVote, *They thought that with the movie launch, we were done.*, Instagram (May 8, 2022), https://www.instagram.com/p/CdTt8_ujYbI/ [https://perma.cc/9T55-XCD8];
True the Vote, This is Not The End, Rumble (May 8, 2022), https://rumble.com/v13zwyp-true-the-vote-this-is-not-the-end.html?mref=hsiwx&mrefc=7 [https://perma.cc/K4RW-KV7M].

39 Media Matters, *From the May 11, 2022, edition of OAN's Tipping Point*, https://www.mediamatters.org/media/3988751 (last visited Oct. 1, 2022).

40 *Id.*

41 True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://www.truethevote.org/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [perma.cc/G6RG-BLU7].

42 *Id.*

43 *Id.*

44 *Id.*

> where he did it again and again and again and again, it really takes an extraordinary person with an agenda that's probably not America's agenda to say "I don't believe that."[45]

While the TTV clip of Mr. Andrews voting was shown, Mr. Balmakov, referring to the invented claims of voter fraud, asserted: "that happened. What we just saw is an actual thing that happened… what are we going to do about this?"[46] In discussing the video clips of voters, without any factual basis with respect to Mr. Andrews, Ms. Engelbrecht stated: "Their phone was at a violent riot. Make of that what you will."[47] The interview was published on the Epoch Times website.[48] TTV also published the interview on its website, Facebook, and Rumble, where it remains available.[49] In addition, TTV's Instagram account still promotes the interview with a post and a link to the video.[50]

You continued to publish lies even after the State Elections Board cleared Mr. Andrews of any wrongdoing. *2000 Mules*' official box office premiere was May 20, 2022—three days *after* the GBI publicly refuted the claims about Mr. Andrews and the SEB dismissed the complaint against him.[51]

On May 21, 2022, Mr. D'Souza appeared on OANN's *Weekly Briefing with Chanel Rion* program alongside the TTV clip of Andrews voting Mr. D'Souza reiterated his false narrative, stating: "a mule is a paid operative who is delivering these fraudulent and illegal votes" to multiple ballot drop boxes.[52] With the image of Mr. Andrews voting onscreen, Mr. D'Souza

---

45 *Id.*

46 *Id.*

47 *Id.*

48 Roman Balmakov, Facts Matter, *Ballot Mules Funded by Obama-Linked NGOs Poured Billions Into 'Local Insurgencies'*: Analyst, Epoch Times (May 13, 2022), https://www.theepochtimes.com/obama-affiliated-ngos-poured-billions-into-local-insurgencies-to-steal-2020-election-analyst_4458553.html [perma.cc/V8NN-6NZU].

49 True the Vote, *'Local Insurgencies': The Epoch Times Features Interview With True the Vote About Who Is Funding the Ballot Mules* (May 14, 2022), https://ttvdevv.wpengine.com/the-epoch-times-interview-about-who-is-funding-the-ballot-mules/ [https://perma.cc/G6RG-BLU7]; True the Vote, *ICYMI: Here's our full interview with Charlie Kirk on the Charlie Kirk Show.*, Facebook, https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid028erCPC9CFTT1447xhKUcfxA1fiQGHW5zkLVmt8bQo7NgkrMJhniZNmfAZLxhVfARl&show_text=true&width=500 [https://perma.cc/D6TL-F8YJ] (last visited Sept. 30, 2022); True the Vote, *Epoch Times_Obama Affiliated NGOs Poured Billions to Steal Elections*, Rumble (May 13, 2022), https://rumble.com/v14no71-epoch-times-obama-affiliated-ngos-poured-billions-to-steal-elections.html?mref=hsiwx&mrefc=6 [https://perma.cc/LP3R-B9NK].

50 @RealTrueTheVote, *Want to know who is behind the trafficking?*, Instagram (May 14, 2022), https://www.instagram.com/p/CdjKQ4Ju1S7/ [https://perma.cc/B8HF-MBAX].

51 Box Office Mojo, *2000 Mules*, https://www.boxofficemojo.com/release/rl2915074817/?ref_=bo_tt_gr_1 (last visited Oct. 1, 2022).

52 Media Matters, *From the May 21, 2022, edition of OAN's Weekly Briefing*, https://www.mediamatters.org/media/3988753 (last visited Oct. 1, 2022).

discussed that there was widespread fraud during the election. During the interview, Ms. Rion noted: "One of the things this film alludes to is the fact that some of these mules may also be tied to violent leftwing actors or may be violent leftwing actors who protested at the BLM riots over the summer of 2020."[53] Mr. D'Souza responded, again making false statements concerning Mr. Andrews:

> Out of 240 mules, 242 mules in Atlanta, something like 67 of them were in the **violent antifa BLM riots.** It doesn't look to me like that's likely to be a population of cops, it's more likely that the Democrats**, who by the way dominate these inner cities, basically went to these antifa BLM guys and said "look you've had enough fun burning cities and pulling people out of their cars and beating them up, why don't we pay you to do a different kind of operation that might help our guys to get to the White House."**[54]

On May 17, 2022, Mr. D'Souza appeared on OANN's *Real America with Dan Ball*.[55] He shared the entirety of the *2000 Mules* trailer, including the clip of Mr. Andrews voting with your voiceover describing it as "evidence" of an organized crime scheme.[56]

Later in the interview, while discussing the financial element of the alleged fraud scheme, the TTV clip of Mr. Andrews was again shown, while the host asked Mr. D'Souza about "ballot stuffers" making five to ten dollars per ballot, because "to pull something like this off, you need a lot of money."[57]

In the same interview, Mr. D'Souza appeared to reference that the GBI had publicly cleared Mr. Andrews, while still falsely asserting that Mr. Andrews committed crimes. Mr. D'Souza commented that the "fact checkers" were incorrect—presumably referring to the GBI investigation—and referenced the GBI's finding that Mr. Andrews was dropping off his family members' ballots:

> It's really hard to argue, because when you look at what the fact checkers are saying, it doesn't really square with what's in the film. So they'll say things like, well, you know, in Georgia, people are allowed to return ballots for their family members. That's true, but if you're returning ballots for your family members, why would you go to more than one drop box? You'd go to one to drop them off, you go home. We're looking at mules that

---

53 Chanel Rion OAN (@ChanelRion), Twitter (May 23, 2022, 2:59 PM), https://twitter.com/ChanelRion/status/1528812903494819842.

54 *Id.*

55 One America News Network, *Real America -- Dan Ball w/ Dinesh D'Souza, Everyone Needs to Watch 2,000 Mules*, Rumble (May 17, 2022), https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone-needs-to-watch-2000-mules-51.html.

56 *Id.*

57 *Id.*

> went to a minimum of ten drop boxes. And, as you know, if you've seen that video in the film. . .

The statement that Mr. Andrews would not have been shown in the film if he had not been to at least ten drop boxes is false. In fact, Mr. Andrews went to a single drop box on one occasion to deposit his family's ballots.

The same day, May 23, 2022, Mr. D'Souza also appeared on *KUSI News* on San Diego channel KUSI.[58] Mr. Andrews' was shown as Mr. D'Souza described the film's contents as "damning evidence"—again falsely portraying the image of Mr. Andrews as evidence of the election fraud scheme. The TTV clip of Mr. Andrews voting was shown a second time as Mr. D'Souza spoke about how the purported "mules" wore gloves to avoid leaving fingerprints.[59] Mr. D'Souza explained the scheme:

> These mules are paid operators who deliver illegal and fraudulent votes to mail-in drop boxes and by monitoring the movement of their phones, you can show these guys go from one drop box to another to another to another and track their movements in the crucial weeks leading up to the election.[60]

He elaborated that the "mules" were paid ten dollars per ballot. He further claimed that the filmmakers "set a very high bar, because you don't want to get false positives" for deeming a person a mule: "ten or more drop boxes, because there's no rational or innocent reason to go to more than ten. Even if you're dropping off the votes of your family members, you're going to go to one drop box and put them all in there, why would you go to ten?"[61]

On June 3, 2022, *Facts Matter with Roman Balmakov*, the Epoch Times show, aired an interview with Ms. Engelbrecht and Mr. Phillips.[62] TTV's clip of Mr. Andrews was shown as Mr. Balmakov introduced Ms. Engelbrecht and Mr. Phillips and their false narrative.

On June 18, 2022, a Twitter user retweeted a video of the SEB presentation with a caption questioning Mr. D'Souza's false narrative.[63] Mr. D'Souza replied to the tweet that day, calling the investigation "bogus" because the investigator got his information from "the mule

---

58 KUSI Newsroom, *Dinesh D'Souza on the success of his new film, '2000 Mules,'* Kusi (May 23, 2022), https://www.kusi.com/dinesh-dsouza-on-the-success-of-his-new-film-2000-mules/?fbclid=IwAR3LB8eLsSXx0xKeLxQvaNnYn84JdbN6tiSQaQ7c0rkmVTZGQRcvwRaGUE4.

59 *Id.*

60 *Id.*

61 *Id.*

62 Roman Balmakov, Facts Matter, *Exclusive: Ballot Mules Funded by Obama-Linked NGOs Pouring Billions Into 'Local Insurgencies,'* YouTube (June 3, 2022), https://www.youtube.com/watch?v=LoRp9PpiNQE [perma.cc/9UCC-LQMK].

63 Dinesh D'Souza (@DineshDSouza), Twitter (June 18, 2022, 1:26 PM), https://twitter.com/DineshDSouza/status/1538211490741772289 [perma.cc/7PBM-9224].

himself," referring to Mr. Andrews. Mr. D'Souza omitted that the GBI investigator made clear he had conducted additional research.

In total, you have repeated your lies on at least eleven different media outlets across television, radio, and internet news, misleading millions of viewers. To this day, all of the above statements remain available for viewing online, including on your own channels. Your social media accounts and websites still promote your so-called documentary, and continue to promote the false claim that Mr. Andrews is a "mule" who committed crimes.

* * *

Any assertion that Mr. Andrews engaged in fraudulent and illegal conduct is entirely untrue. We accordingly demand that you immediately take down, retract and publicly correct the false statements identified above and refrain from publishing any further false statements about Mr. Andrews.

In addition, because your publication and republication of these statements constitute, among other things, defamation, invasion of privacy by false light and appropriation of likeness, and are actionable in a court of law, we are enclosing a litigation hold notice and document preservation request. Mr. Andrews reserves all rights.

Sincerely,

Von A. DuBose

Von A. DuBose

**LITIGATION HOLD NOTICE &**
**DOCUMENT PRESERVATION REQUEST**

Your wrongful accusations that Mark Andrews engaged in ballot fraud give rise to various legal claims that Mr. Andrews may assert. Accordingly, as set forth in detail below, you must preserve all documents related to Mr. Andrews, the statements you have published about him, and the claims you make in these statements.

You must give this litigation hold letter to all of your agents, contractors, volunteers, or anyone else who is designated, retained, employed, or otherwise utilized by you who has possession or control of potentially relevant evidence. All such persons are likewise subject to this litigation hold letter.

In general, litigants have a duty to preserve documents and evidence that they know, or reasonably should know "is relevant to 'contemplated or pending litigation.'" *Phillips v. Harmon*, 774 S.E.2d 596, 603 (Ga. 2015). This duty "is triggered not only when litigation is pending but when it is reasonably foreseeable to that party." *Id.* at 604. This includes evidence that is relevant in the action, is reasonably calculated to lead to the discovery of admissible evidence, is reasonably likely to be requested during discovery and/or is the subject of a pending discovery request.

Please preserve and ensure that you and your agents and/or representatives preserve all such documents and evidence in their possession, custody and/or control. This includes, but is not limited to the following:

1. All documents and evidence, whether paper or electronic, including, but not limited to, written records, photographs, video, audio, recordings, spreadsheets, calendars, contact lists and/or contact files, logs, data files, dictations, databases, images, texts, timelines, archive files, browsing histories and tangible evidence.

2. All communications and correspondence, whether paper or electronic, including but not limited to written correspondence, voice mails, e-mails, calendar invites, text messages, instant messages, third-party messaging systems/applications messages and data, chats/chat strings, video files, audio files, and social media posts and messages, whether designated as public or private. This includes but is not limited to any communications and/correspondence on third party messaging systems/applications such as WhatsApp, SnapChat, Telegram, and Signal.

3. All Social Media information, including but not limited to account information, posts, communications, photographs, images, videos, audio, invites, likes, tweets, comments and messages. Social Media includes, but is not limited to, Facebook, Twitter, Instagram, Rumble, YouTube, TikTok, Reddit, Tumblr, SnapChat, Meetup, Parler, MeWe, Gab, and/or LinkedIn.

The above list is not exhaustive and is not intended to act as a substitute for careful review by you and your agents of all documents, files, and evidence to identify and preserve those documents and evidence that may relate to our client's claims against you and your agents.

Please keep in mind that the term “documents” is interpreted broadly to include paper, electronic, audio and video recordings, computer-based records (i.e., databases), e-records/digital records, and any other recorded forms of information that may be related to your and your agents’ actions described above. It is imperative that any documents that relate to the above allegations be (1) identified, (2) separated from other files, and (3) preserved and protected from destruction or alteration. All documents that may relate to the allegations should be maintained and preserved regardless of their date. This may include documents that were created prior to the alleged events in question, as well as after. All documents that are preserved must be maintained in their original state, without destruction or alteration, until our Office has notified you in writing that any dispute arising from the allegations has been fully resolved. This includes maintaining in its original form all metadata.

A failure to preserve these materials could prove detrimental to the legal interests of our client. The case law in Georgia and the Eleventh Circuit empowers the trial courts to impose significant sanctions against parties who fail to preserve evidence. The body of case law includes the imposition of potentially significant sanctions for the willful destruction of evidence as well as non-willful and non-bad faith failure to preserve evidence. *See, e.g.*, *Cooper Tire & Rubber Co. v. Koch*, 812 S.E.2d 256, 263 (Ga. 2018); *Flury v. Daimler Chrysler Corp.*, 427 F.3d 939, 944 (11th Cir. 2005).

Our client reserves his rights to seek redress of his grievances and to be made whole in a court of law.

Please take steps immediately to preserve any and all documents and evidence that may be related to your and your agents’ allegations about our client. If you should have any questions or need further information, please do not hesitate to contact us.