# EXHIBIT 149

Message

**From:** Dinesh D'Souza [REDACTED]
**on behalf of** Dinesh D'Souza <REDACTED> [REDACTED]
**Sent:** 10/12/2022 11:55:11 AM
**To:** Charles Herring [REDACTED]
**Subject:** Re: FW: Demand Letter RE: Liability for Airing False Statements About Mark Andrews in 2000 Mules

It's the guy who shows up in a white SUV and deposits 5 ballots into a Gwinnett County dropbox.

Dinesh

On Tue, Oct 11, 2022 at 6:49 PM Charles Herring <REDACTED> wrote:

> Thank you, Dinesh.
>
> Do you know which mule is Mark Andrews? We think it is either a mule wearing all khaki or a mule with a blue and white shirt.
>
> Kind regards,
>
> Charles
>
> **From:** Dinesh D'Souza <REDACTED>
> **Sent:** Tuesday, October 11, 2022 4:32 PM
> **To:** Charles Herring <REDACTED>
> **Subject:** Re: FW: Demand Letter RE: Liability for Airing False Statements About Mark Andrews in 2000 Mules
>
> No we have received no other concerns except this one.
>
> In my view, this is a bogus threat but I totally underage how in a spirit of caution you clip this out and avoid any hassles from these people.
>
> Dinesh

Confidential
DDR-00053438

On Tue, Oct 11, 2022 at 3:50 PM Charles Herring <REDACTED> wrote:

Hi Dinesh,

Please see the attached letter from an attorney representing Mark Andrews. Andrews is featured in 2000 Mules. My initial thought is that we will simply clip the references. Have you received any other concerns with 2000 Mules that we should be aware of, including but not limited to, demand letters? The attorney indicates that a demand letter was sent to you on Oct 3rd.

Thank you,

Charles

Cell: REDACTED

**From:** Karyn Burrell <REDACTED>
**Sent:** Tuesday, October 11, 2022 1:17 PM
**Cc:** Von DuBose <REDACTED>
**Subject:** Demand Letter RE: Liability for Airing False Statements About Mark Andrews in 2000 Mules

Hello,

Please see the attached. If you have any questions regarding the attached, please contact our office at REDACTED REDACTED

Thanks,

*Karyn Burrell*

Legal Assistant | REDACTED



75 14th Street NE, Suite 2110, Atlanta, GA 30309 | 404.720.8111 | www.dubosemiller.com |

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of DuBose Miller, LLC and are intended solely for the use of the named recipient(s). This e-mail may contain privileged attorney/client communications and/or work product. Any dissemination of this e-mail by anyone other than an intended recipient is prohibited. If you are not a named recipient, you are prohibited from any further viewing or usage of this e-mail or any attachment, or relying on any legal advice or information contained herein. No attorney-client relationship shall be created without an executed fee agreement or engagement letter. If you believe you have received this message in error, notify the sender immediately and permanently delete the e-mail, any attachment, and all copies thereof and destroy any printouts.

Confidential