# EXHIBIT 150

PageVault

| | |
|---|---|
| Document title: | 2,000 Mules eBook by Dinesh D'Souza \| Official Publisher Page \| Simon & Schuster |
| Capture URL: | https://www.simonandschuster.com/books/2-000-Mules/Dinesh-DSouza/9781684511150 |
| Page loaded at (UTC): | Tue, 29 Oct 2024 19:13:51 GMT |
| Capture timestamp (UTC): | Tue, 29 Oct 2024 19:14:32 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | caNEjNh4ScpWKgnzi7E9Bk |
| Display Name: | lauren.Lafko |

PDF REFERENCE #:    jkTstKDnLwRpkM5D7mMe2E

PDSA-0001631

Get 25% off with code FALL25. Terms apply.

 

CATEGORIES  AUTHORS  NEW RELEASES  BESTSELLERS  COLLECTIONS



# 2,000 Mules
They Thought We'd Never Find Out. They Were Wrong.

By Dinesh D'Souza

Published by Salem Press

Distributed by Simon & Schuster

eBook

LIST PRICE $14.99
PRICE MAY VARY BY RETAILER



## About The Book

**At last, bestselling author Dinesh D'Souza exposes the powerful evidence of voting fraud that you were told didn't exist. Also, a major motion picture documentary.**

THE FIX WAS IN

The 2020 presidential election was rife with fraud orchestrated by the Democratic Party. That's not just an accusation; it's now, thanks to bestselling author and investigative journalist Dinesh D'Souza, an established fact. With eyewitness testimony and the pinpoint precision and analytic sophistication of the forensic technique of geotracking, D'Souza demonstrates how an already corrupt system put in place by Democratic Party hacks and "community organizers" was taken over and supercharged by national-level operatives to jeopardize the integrity of the election.

The key figure: the mule. A paid cut-out. A criminal deliveryman. The stooge found at the intersection where election cheating and double-dealing hit the road. The mule is the crook who physically takes a sack of ballots provided by shady NGOs and political machines—the "community activist organizations" made famous by former President Obama, for instance—and dumps those ballots in collection boxes throughout a voting district. Do enough of this, and you have planted voter fraud across a nation.

Documentary filmmaker extraordinaire and bestselling author of *America*, *Death of a Nation*, and *United States of Socialism*, Dinesh D'Souza exposes powerful evidence of the colossal voting racketeering that you were told didn't exist. Here you will find the receipts—the transcripts and confirmatory details—for the facts establishing 2020 election fraud presented in D'Souza's major motion picture documentary, *2,000 Mules*. D'Souza makes a powerful argument that 2020 *was* a stolen election. More important, D'Souza *proves* it.

## About The Author

### Dinesh D'Souza

DINESH D'SOUZA has had a prominent career as a writer, scholar, public intellectual, and filmmaker. Born in India, D'Souza came to the U.S. as an exchange student at the age of 17 and graduated Phi Beta Kappa from Dartmouth College. The author of many bestselling books including *America*, *The Big Lie*, *Death of a Nation*, and *United States of Socialism*, he is also the creator of three of the top ten highest-grossing political documentaries ever made.

Get a FREE ebook by joining our mailing list today!

Plus, receive recommendations and exclusive offers on all of your favorite books and authors from Simon & Schuster.

Email   Sign me up



Share with Friends and get a $10 Gift Card

Document title: 2,000 Mules eBook by Dinesh D&#39;Souza | Official Publisher Page | Simon &amp; Schuster
Capture URL: https://www.simonandschuster.com/books/2-000-Mules/Dinesh-DSouza/9781684511150
Capture timestamp (UTC): Tue, 29 Oct 2024 19:14:32 GMT
Page 1 of 2
PDSA-0001632

motion picture documentary, *2,000 Mules*. D'Souza makes a powerful argument that 2020 was a stolen election. More important, D'Souza proposes

LIST PRICE $14.99



## About The Author −

# Dinesh D'Souza

DINESH D'SOUZA has had a prominent career as a writer, scholar, public intellectual, and filmmaker. Born in India, D'Souza came to the U.S. as an exchange student at the age of 17 and graduated Phi Beta Kappa from Dartmouth College. The author of many bestselling books including *America*, *The Big Lie*, *Death of a Nation*, and *United States of Socialism*, he is also the creator of three of the top ten highest-grossing political documentaries ever made.

## Product Details −

Publisher: Salem Press (October 25, 2022)
Length: 256 pages
ISBN13: 9781684511150

**Browse Related Books**
Political Science > Elections
Political Science > Political Ideologies > Conservatism & Liberalism



Get a FREE ebook by joining our mailing list today!

Plus, receive recommendations and exclusive offers on all of your favorite books and authors from Simon & Schuster.

Email    Sign me up

## Resources and Downloads −

High Resolution Images
Book Cover Image (jpg): 2,000 Mules
eBook 9781684511150



---

**About Simon & Schuster**
Corporate Information
Divisions & Imprints
Press Releases
Careers
Social Impact
Our Mission Statement

**International Sites**
Australia
Canada
India
United Kingdom

**Connect with Simon & Schuster**
  

**Resources**
For Educators and Librarians
For Booksellers & Distributors
Distribution Services
Simon & Schuster Speakers Bureau
Archway Publishing
Email Preferences
Book Festival Resources
Supplier Compliance Policy
Refer a Friend – Earn Rewards

**Help**
Avoid Publishing Scams
Order Status
Return a Product
Help/FAQ
Report Piracy
Manuscript Submissions

Email    Sign me up

**More from Simon & Schuster**
Book Club Favorites
Everything.com
Halo Books
History in Five
Pimsleur
Simon Teen
Star Trek Books
Your Lifestyle Digest

Privacy Policy   Terms of Use   Your Privacy Choices   Cookie Preferences   California Notice

© 2024 Simon & Schuster, LLC. All rights reserved.

Share with Friends and get a $10 Gift Card  ×

Document title: 2,000 Mules eBook by Dinesh D&#39;Souza | Official Publisher Page | Simon &amp; Schuster
Capture URL: https://www.simonandschuster.com/books/2-000-Mules/Dinesh-DSouza/9781684511150
Capture timestamp (UTC): Tue, 29 Oct 2024 19:14:32 GMT
Page 2 of 2
PDSA-0001633