# EXHIBIT 151

🔒 PageVault

| | |
|---|---|
| Document title: | 2,000 Mules: They Thought We'd Never Find Out. They Were Wrong.: D'Souza, Dinesh: 9781684514465: Amazon.com: Books |
| Capture URL: | https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460?ccs_id=ea2b4cfb-5a74-468d-8b42-b6f6310e0775 |
| Page loaded at (UTC): | Tue, 29 Oct 2024 19:09:49 GMT |
| Capture timestamp (UTC): | Tue, 29 Oct 2024 19:12:45 GMT |
| Capture tool: | 10.52.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 10 |
| Capture ID: | hMAD5LXvoMBNoT3K8oDfNC |
| Display Name: | lauren.Lafko |

PDF REFERENCE #:    jtv1JsXGh19YQ256YbpRF4

PDSA-0001640

# amazon

Deliver to Warrenton 20186 · Update location

Hello, sign in · Account & Lists · Returns & Orders · Cart

☰ All · Medical Care ▾ · Best Sellers · Amazon Basics · Prime ▾ · Today's Deals · New Releases · Music · Groceries ▾ · Customer Service · Amazon Home · Registry · Gift Cards ▾

Books · Kindle Rewards · Advanced Search · New Releases · Best Sellers & More · Amazon Book Clubs · Children's Books · Textbooks · Best Books of the Month · Your Company Bookshelf


LUXY · #1-rated DIY clip-in hair extensions in the world · Shop now

Books › Politics & Social Sciences › Politics & Government



Roll over image to zoom in

Follow the author

 Dinesh D'Souza     [ Follow ]

# 2,000 Mules: They Thought We'd Never Find Out. They Were Wrong. Hardcover – October 25, 2022

by Dinesh D'Souza (Author)

4.6 ★★★★★ ▾   490 ratings

See all formats and editions

**At last, bestselling author Dinesh D'Souza exposes the powerful evidence of voting fraud that you were told didn't exist. Also, a major motion picture documentary.**

**THE FIX WAS IN**

The 2020 presidential election was rife with fraud orchestrated by the Democratic Party. That's not just an accusation; it's now, thanks to bestselling author and investigative journalist Dinesh D'Souza, an established fact. With eyewitness testimony and the pinpoint precision and analytic sophistication of the forensic technique of geotracking, D'Souza demonstrates how an already corrupt system put in place by Democratic Party hacks and "community organizers" was taken over and supercharged by national-level operatives to jeopardize the integrity of the election.

The key figure: the mule. A paid cut-out. A criminal deliveryman. The stooge found at the intersection where election cheating and double-dealing hit the road. The mule is the crook who physically takes a sack of ballots provided by shady NGOs and political machines—the "community activist organizations" made famous by former President Obama, for instance—and dumps those ballots in collection boxes throughout a voting district. Do enough of this, and you have planted voter fraud across a nation.

Documentary filmmaker extraordinaire and bestselling author of *America*, *Death of a Nation*, and *United States of Socialism*, Dinesh D'Souza exposes powerful evidence of the colossal voting racketeering that you were told didn't exist. Here you will find the receipts—the transcripts and confirmatory details—for the facts establishing 2020 election fraud presented in D'Souza's major motion picture documentary, *2,000 Mules*. D'Souza makes a powerful argument that 2020 *was* a stolen election. More important, D'Souza *proves* it.

∧ Read less

 Report an issue with this product or seller

| Print length | Language | Publisher | Publication date |
|---|---|---|---|
| 📄 256 pages | 🌐 English | 🏢 Salem Press | 📅 October 25, 2022 |



Hardcover
**$14.99**

Other Used and New from $5.13 ▾

|  Delivery  |  Pickup  |
|---|---|

**−50% $14⁹⁹**
List Price: $29.99

✓prime
Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ▾

Join Prime to get FREE delivery **Thursday, October 31**. Order within 8 hrs 50 mins

Or Non members get FREE delivery **Sunday, November 3** on orders shipped by Amazon over $35

📍 Delivering to Warrenton 20186 - Update location

**Only 5 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]
[ Buy Now ]

Ships from    Amazon
Sold by       RedFBA
Returns       30-day refund/replacement
Payment       Secure transaction

☐ Add a gift receipt for easy returns

[ Add to List ]



### Other sellers on Amazon

New & Used (41) from $5¹³  + $3.99 shipping  ›

Editors' picks at exclusive prices
first reads

## Frequently bought together

 +  + 

Total price: $46.96
[ Add all 3 to Cart ]

⊙ Some of these items ship sooner than the others. Show details

**This item:** 2,000 Mules: They Thought We'd Never Find Out. They Were Wrong.
$14⁹⁹

2000 Mules DVD by D'Souza Media New Version with Menu Selections and...
$18⁵⁰

The Big Lie: Exposing the Nazi Roots of the American Left
$13⁴⁷

## Customers who viewed this item also viewed

Page 1 of 10

Thought We'd Never Find Out. They Were Wrong.
$14.99

 Media New Version with ... $18.50

Roots of the American Left ... $15...

## Customers who viewed this item also viewed

Page 1 of 10

     

- **2000 Mules DVD by D'Souza Media New Version with Menu Selections and Subtitle...** ★★★★★ 2,503 DVD -5% $18.50 Typical: $19.99 Get it as soon as **Sunday, Nov 3** FREE Shipping on orders over $35 shipped by Amazon

- **2000 Mules & Trump Card — 2 DVD Combo Set** Dinesh D'Souza ★★★★★ 40 DVD -5% $18.95 Typical: $19.95 Get it as soon as **Thursday, Nov 7** FREE Shipping on orders over $35 shipped by Amazon

- **Vindicating Trump** › Dinesh D'Souza ★★★★★ 24 Hardcover #1 Best Seller in Political Reference -10% $29.69 List: $32.99 Get it as soon as **Sunday, Nov 3** FREE Shipping on orders over $35 shipped by Amazon

- **The Big Lie: Exposing the Nazi Roots of the American Left** › Dinesh D'Souza ★★★★★ 3,754 Hardcover -55% $13.47 List: $29.99 Only 19 left in stock - order... 

- **Police State Film DVD** Police State Film ★★★★★ 64 -24% $18.98 List: $24.99 FREE Shipping

- **2000 Mules by Dinesh D'Souza DVD [NTSC] [Region 1]** Twin/tone Records ★★★★☆ 24 3 offers from $14.95

## Popular titles by this author

Page 1 of 5

     

- **Vindicating Trump** › Dinesh D'Souza ★★★★★ 24 Hardcover #1 Best Seller in Political Reference -10% $29.69 List: $32.99 Get it as soon as **Sunday, Nov 3** FREE Shipping on orders over $35 shipped by Amazon

- **The Big Lie: Exposing the Nazi Roots of the American Left** › Dinesh D'Souza ★★★★★ 3,754 Hardcover -55% $13.47 List: $29.99

- **Ronald Reagan: How an Ordinary Man Became an Extraordinary Leader** › Dinesh D'Souza ★★★★☆ 272 Paperback -36% $12.18 List: $18.99 FREE Shipping on orders over $35 shipped by Amazon Usually ships within 2 to 4...

- **United States of Socialism: Who's Behind It. Why It's Evil. How to...** › Dinesh D'Souza ★★★★★ 5,897 Hardcover -35% $19.47 List: $29.99 Get it as soon as **Sunday, Nov 3** FREE Shipping on orders over $35 shipped by Amazon Only 1 left in stock - order...

- **Death of a Nation: Plantation Politics and the Making of the...** › Dinesh D'Souza ★★★★★ 1,437 Hardcover -41% $17.82 List: $29.99 Get it **Nov 5 - 13** FREE Shipping Only 5 left in stock - order...

- **What's So Great about Christianity** › Dinesh D'Souza ★★★★☆ 1,257 Paperback -36% $10.93 List: $16.99 Get it as soon as **Sunday, Nov 3** FREE Shipping on orders over $35 shipped by Amazon

## From the Publisher



EXCERPT FROM 2,000 MULES
Forget everything you've heard so far.
Forget everything that you "know" about election fraud. I'm writing a book that doesn't rely on suspicions, hunches, or speculations. I'm not making a case for what could have happened.
I am showing you, through evidence as reliable as fingerprint and DNA evidence, what did happen



Forget everything that you "know" about election fraud. I'm writing a book that doesn't rely on suspicions, hunches, or speculations. I'm not making a case for what could have happened.

I am showing you, through evidence as reliable as fingerprint and DNA evidence, what did happen. I cannot tell you the full story of the 2020 election because I don't know it.

But I can tell you what I do know, and what I know is both decisive and damning, and comes with the largest conceivable implications for our future as a democracy.



"In the end, I'm confident you'll agree with me there was a heist, that the criminals are still at large, and the party of the criminals is now running the country."



This might seem like a deeply depressing book. That is not my tone or approach. Rather, my approach is sober, investigative, skeptical, and analytical.

Like a prosecutor making a case, I'll rely on various types of evidence. I will answer objections and candidly confess what can and cannot be shown. For me, this is a liberating enterprise because the truth is always liberating. I even find it exhilarating.

I'll end the book by showing how the criminals can be held accountable—how satisfying it would be to see all of them in handcuffs—and how to prevent



## Editorial Reviews

**About the Author**

DINESH D'SOUZA has had a prominent career as a writer, scholar, public intellectual, and filmmaker. Born in India, D'Souza came to the U.S. as an exchange student at the age of 17 and graduated Phi Beta Kappa from Dartmouth College. The author of many bestselling books including *America*, *The Big Lie*, *Death of a Nation*, and *United States of Socialism*, he is also the creator of three of the top ten highest-grossing political documentaries ever made.

## Product details

- **Publisher** : Salem Press; Reissue edition (October 25, 2022)
- **Language** : English
- **Hardcover** : 256 pages
- **ISBN-10** : 1684514460
- **ISBN-13** : 978-1684514465
- **Item Weight** : 15.2 ounces
- **Dimensions** : 6 x 0.7 x 9 inches
- **Best Sellers Rank:** #33,279 in Books (See Top 100 in Books)
  - #56 in Elections
  - #61 in Political Corruption & Misconduct
  - #140 in Political Conservatism & Liberalism
- **Customer Reviews:** 4.6 ★★★★☆ ∨   490 ratings

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## About the author

Follow authors to get new release updates, plus improved recommendations.



### Dinesh D'Souza

Dinesh D'Souza has had a 25-year career as a writer, scholar, and public intellectual. A former policy analyst in the Reagan White House, D'Souza also served as John M. Olin Fellow at the American Enterprise Institute, and the Robert and Karen Rishwain Fellow at the Hoover Institution at Stanford University. He served as the president of The King's College in New York City from 2010 to 2012.

( Follow )    ∨ Read more about this author



**How would you rate your experience shopping for books on Amazon today?**   ✕

Document title: 2,000 Mules: They Thought We&#39;d Never Find Out. They Were Wrong.: D&#39;Souza, Dinesh: 9781684514465: Amazon.com: Books
Capture URL: https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460?ccs_id=ea2b4cfb-5a74-468d-8b42-b6f6310e0775
Capture timestamp (UTC): Tue, 29 Oct 2024 19:12:45 GMT
Page 4 of 9
PDSA-0001644

**How would you rate your experience shopping for books on Amazon today?**

Very poor — Neutral — Great

✕

# Customer reviews

★★★★☆ 4.6 out of 5

490 global ratings

| | |
|---|---|
| 5 star | 84% |
| 4 star | 7% |
| 3 star | 3% |
| 2 star | 1% |
| 1 star | 6% |

˅ How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the book well-researched, with credible sources for data and evidence. They also describe it as a solid factual read on the use of geolocation to identify red flags. Readers praise the writing quality as well-written, easy to understand, and informative.

AI-generated from the text of customer reviews

**Select to learn more**

✓ Credibility   ✓ Writing quality

### Reviews with images

See all photos ›



[ Top reviews ˅ ]

## Top reviews from the United States

**Brent P.**

★★★★★ **Read All About the Crime of Century**
Reviewed in the United States on October 27, 2022
Verified Purchase

I find this book absolutely compelling because it presents ironclad irrefutable evidence that the 2020 presidential election and the 2020 Georgia Senate Election were both stolen by a criminal enterprise that was (and still is) staggering in scope. EveryAmerican owes it to himself or herself to read 2,000 Mules: They Thought We Would Never Find Out. They were wrong. D'Sousa lays out a stunning vase that the United States of America died on November 3, 2020 and was replaced by a corrupt totalitarian regime. The premise of the book is: If the U.S. is ever to recover from this near-death blow, the truth must be known to all.



36 people found this helpful

[ Helpful ]   | Report

**Dee Arr**

★★★★★ **A Book for All Patriots, Both Republicans and Democrats**
Reviewed in the United States on October 30, 2022
Verified Purchase

Yes, I know it's not popular today to unify with folks on the other side of the political aisle, but it is time for common sense to prevail. According to polling firm Rasmussen Reports, 15% of voters – around 20 million people -- have seen the "2000 Mules" movie (the book has additional information not included in the time constraints of a documentary). Of those, "…85% of Republicans, 68% of Democrats, and 77% of unaffiliated voters say the movie strengthened their conviction that there was systematic and widespread

★★★★★ **A Book for All Patriots, Both Republicans and Democrats**
Reviewed in the United States on June 9, 2024
Verified Purchase

Yes, I know it's not popular today to unify with folks on the other side of the political aisle, but it is time for common sense to prevail. According to polling firm Rasmussen Reports, 15% of voters -- around 20 million people -- have seen the "2000 Mules" movie (the book has additional information not included in the time constraints of a documentary). Of those, "...85% of Republicans, 68% of Democrats, and 77% of unaffiliated voters say the movie strengthened their conviction that there was systematic and widespread fraud in the 2020 election." That sounds very nonpartisan to me.

"2000 Mules" examines the 2020 election, employing geotracking (using cell phones) and security video footage, matching the day and time to determine paid operatives were at ballot stash houses and early voting ballot boxes, visiting on multiple occasions.

Although I had already seen the documentary I still purchased the book, which included the entirety of many of the interviews as well as some commentary added since the documentary was released. It is not a book calling for a new election but could be viewed as a warning for all of us. It seems every presidential election over the last 20+ years has ended in a debate over whether the elections were fair (and to be more fair, Republicans and Democrats have been on both sides of the issue. No matter which party you may align with (or perhaps you are unaffiliated), almost everyone wants to feel that whether your candidate wins or loses, the elections are not tainted by charges of cheating and fraud. This book may cement your beliefs or perhaps awaken you to something we never dreamed could happen in America. Five stars.
▲ Read less

96 people found this helpful

Helpful | Report

 Justin

★★★★★ **Great Book!**
Reviewed in the United States on May 29, 2024
Verified Purchase
Very eye opening and scary stuff.

5 people found this helpful

Helpful | Report

 Audrey Vermilyea

★★★★★ **Election Integrity**
Reviewed in the United States on May 15, 2024
Verified Purchase
So informative with unequal proof.

3 people found this helpful

Helpful | Report

 Jerry Peterson

★★★★★ **Worth reading**
Reviewed in the United States on March 1, 2024
Verified Purchase

Amazing info about geotrafficking and details about the mule operations. How can I watch the movie on tv or streaming?

5 people found this helpful

Helpful | Report

 Bobik

★★★★★ **wow**
Reviewed in the United States on April 19, 2023
Verified Purchase

All I can say is wow! We all knew something was wrong but, who are we to fight such a flagrant disregard by our elected leaders? All of us tried to wrap our heads around how the election had swung so opposite from who appeared to be the hands down winner late into the night of the election to wake up the next day and find, somehow, the complete opposite the following morning.

Let's hope that we NEVER see this again. Thank you Catherine, Gregg and Dinesh for helping us understand what really happened so that we can be prepared for the 2024 election.

22 people found this helpful

Helpful | Report

from who appeared to be the hands down winner late into the night of the election to wake up the next day to find, somehow, incredibly, that the following morning Biden had pulled ahead!!

Let's hope that we NEVER see this again. Thank you Catherine, Gregg and Dinesh for helping us understand what really happened so that we can be prepared for the 2024 election.

22 people found this helpful

Helpful   |   Report

Amazon Customer

 Well researched

Reviewed in the United States on November 8, 2023
Verified Purchase

Excellent proof of malfeasance in the 2020 election.

7 people found this helpful

Helpful   |   Report

Roberta Hollingsworth

 The truth about a stolen election...

Reviewed in the United States on February 2, 2024
Verified Purchase

Every American should read this book and see the movie before the 2024 election starts!!

5 people found this helpful

Helpful   |   Report

See more reviews ›

---

## What do customers buy after viewing this item?

Page 1 of 2

**Lowest Price** in this set of products


Death of a Nation [DVD]
Dinesh D'Souza
★★★★★ 5,495
DVD
**$10.99**
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon

**Most purchased** in this set of products


Melania
› Melania Trump
★★★★☆ 1,710
Hardcover
 in Books
**$28.00**
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon

**Highest rated** in this set of products


United States of Socialism:...
› Dinesh D'Souza
★★★★★ 5,897
Hardcover
**$19.47**
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon
Only 1 left in stock - order soon.


2000 Mules DVD by D'Souza Media New Version with...
★★★★★ 2,503
DVD
**$18.50**
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon


2000 Mules & Trump Card – 2...
Dinesh D'Souza
★★★★★ 49
DVD
**$18.95**
Get it as soon as **Thursday, Nov 7**
FREE Shipping on orders over $35 shipped by Amazon



---

## Customers who viewed items in your browsing history also viewed

Page 1 of 7


2000 Mules & Trump Card – 2 DVD Combo Set
Dinesh D'Souza


Police State Film DVD
Police State Film
★★★★★ 64


Vindicating Trump
› Dinesh D'Souza
★★★★☆ 24


The Plot Against The President
Milius, Amanda


2016: Obama's America
Dinesh D'Souza
★★★★☆ 5,415


Vindicating Trump
Dinesh D'Souza
900+ viewed in past month
DVD



---







**2000 Mules &Trump Card – 2 DVD Combo Set**
Dinesh D'Souza
★★★★☆ 40
400+ viewed in past month
DVD
$18.95
Get it as soon as **Thursday, Nov 7**
FREE Shipping on orders over $35 shipped by Amazon

**Police State Film DVD**
Police State Film
★★★★★ 64
$18.98
FREE Shipping
Only 19 left in stock - order...

**Vindicating Trump**
› Dinesh D'Souza
★★★★★ 24
Hardcover
#1 Best Seller in Political Reference
$29.69
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon

**The Plot Against The President**
Milius, Amanda
★★★★☆ 16,665
200+ viewed in past month
DVD
$14.95
Get it **Nov 1 – 5**
FREE Shipping
Only 20 left in stock - order...

**2016: Obama's America**
Dinesh D'Souza
★★★★☆ 5,415
100+ viewed in past month
DVD
$11.92
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon

**Vindicating Trump**
Dinesh D'Souza
★★★★★ 900+ viewed in past month
DVD
#1 Best Seller in Documentary
$19.99
Get it **Nov 4 – 7**
$6.05 shipping

## Best Sellers in Politics & Social Sciences
Page 1 of 8

**War**
Bob Woodward
★★★★☆ 933
Audible Audiobook
#1 Best Seller in Elections
$17.71

**The Anxious Generation: How the Great Rewirin...**
› Jonathan Haidt
★★★★☆ 3,920
Hardcover
#1 Best Seller in Sociology Reference
$15.24
Get it as soon as **Sunday, Nov 3**
FREE Shipping on orders over $35 shipped by Amazon

**48 Laws of Power**
Robert Greene
★★★★☆ 80,651
Audible Audiobook
#1 Best Seller in World History
$17.36

**Nexus: A Brief History of Information Networks from the Stone Age to AI**
Yuval Noah Harari
★★★★☆ 1,217
Audible Audiobook
#1 Best Seller in History of Civilization
$21.66

**Discipline is Destiny: The Power of Self-Control (The Stoic Virtues Series)**
› Ryan Holiday
★★★★☆ 2,814
Kindle Edition
#1 Best Seller in Greek & Roman Philosophy
$2.99

**The Message**
Ta-Nehisi Coates
★★★★☆ 958
Audible Audiobook
#1 Best Seller in Social Sciences
$15.75

### See personalized recommendations
[Sign in]
New customer? Start here.

3

$35 shipped by Amazon

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



