# EXHIBIT 152

Chat with ██████████

Mark <██████████>
$!<Other>!$ <██████████>
██████████

Earliest item: 2022-05-16 16:55:45
Latest Item: 2022-05-16 16:55:45

**Monday 16 May 2022**

Instant Message : Native Messages
16:55:45
From
██████████

Hi Mr Andrews. This is Amy Gardner with The Washington Post. Is there any chance you'd be willing to chat for a moment about 2k mules? I understand the movie described you as a ballot harvesting "mule" and that this is not accurate? I would love to hear your story. Thank you!

**End Thread**

Thread Statistics

Instant Message Count

1

CONFIDENTIAL

MA-0000027