# EXHIBIT 153



> 3:38 ...ll LTE
>
> **Ali Swenson**
> aliswenson
>
> View profile
>
> YESTERDAY 10:01 AM
>
> Hi Courtni — I'm a journalist with the Associated Press. I'm reaching out in hopes you might be willing to talk briefly with me (off the record would be fine). I believe I've identified your family member as someone who has been falsely accused in many videos, posts and a feature film of voting fraudulently in 2020, even though they didn't. I have a bunch of links that may be of interest to him and I'd love to connect with him myself if he'd be interested. I tried you on LinkedIn too; I apologize for the repeat messages. My number is ▮▮▮▮▮▮▮▮▮ and my email is ▮▮▮▮▮▮▮▮▮. Thanks for considering, and I hope you're having a good day.
>
> Accept message request from **Ali Swenson (aliswenson)?**
>
> If you accept, members will also be able to call you and see info like your activity status and when you've read messages.
>
> Block    Delete    Accept

CONFIDENTIAL                                                                                                           MA-0000038