# EXHIBIT 159



Home

**Tonya Lisher**
December 29, 2023

"Why haven't the any of the 2,000 mules who committed multiple crimes surrounding widespread ballot trafficking in the 2020 Election been arrested yet?"

Becuase the entire government is filled with corrupt, satan worshipping pedophiles.
Others, are just simply blackmailed by them.

Surely the FBI can track these ballot mules down the same way they tracked down citizens that were in Washington DC on J6, right?

Wait a minute, didn't Dinesh D'Souza already complete the hard part for the FBI & track / gather cell phone data / information from all the mules?
Essentially, all the FBI has left to do now is kick down doors. That's their favorite part . Right?

