# EXHIBIT 160

rumble Search Go Ad-Free
Home My Feed For You Browse Editor Picks Trending Library Watch History Watch Later Featured

# 2000 Mules Clip - Video Montage Of Mules

TheSaltyCracker 315K followers Members Only Follow 1.55K 1 Comments Share Save

LOCALS Enjoyed this video? Join my Locals community for exclusive content at saltycracker.locals.com!

2 years ago

2000 Mules Clip - Video Montage Of Mules

**40 Comments** Sort by likes

Add a comment...
0/2000 Comment

**Mjk919** • 2 years ago
What a stellar documentary. I can't wait to see it again!
33 likes Reply

Hide 1 reply

**randomunsecureaccount** • 2 years ago
Don't forget to tell anyone saying "there's no evidence of voter fraud" what an idiot they are.
19 likes Reply

Hide 2 replies

**Mjk919** • 2 years ago
Indeed, I already have.
10 likes Reply

**Rel21000** • 2 years ago
@randomunsecureaccount, They are so ignorant and stupid, willfully or not that they will not know or care what it means.
7 likes Reply

**libertycap** • 2 years ago
Hang these bastards
26 likes Reply

Hide 1 reply

**GeneralShepherd2** • 2 years ago
Hang the rats at the fbi who have done nothing, as well!!! Filthy traitors!!!!!!!!!!!!
10 likes Reply

Hide 1 reply

**KevinHooters** • 2 years ago
I got a rope on my dashboard been driving around with it.
3 likes Reply

**RomeoFoxtrot1967** • 2 years ago
Of these 2000+ people, surely there are some who simply did it for money...not giving a damn about blue vs red. Have we considered approaching them to see if they might squeal?
21 likes Reply

Hide 1 reply

**ARTMC84** • 2 years ago
Watch the movie and you'll find out
12 likes Reply

**juangla834jc** • 2 years ago
Eat shit & die angry
In prison
We coming for you
19 likes Reply

**ronniethebrush** • 2 years ago
its time to kick the mule. all dem ballot boxes must be destroyed
17 likes Reply

**mbeal** • 2 years ago
I'd like to know how many adults that died of Covid (allegedly) also somehow voted in 2020 elections? Nursing homes & Hospitals and did they all mysteriously vote for Biden???
17 likes Reply

**Very_Much_Good** • 2 years ago
KEY POINT: NON PROFIT HELD BALLOTS IN MASS AT LOCATIONS TO THEN BE GIVEN TO MULES.

time for some non profit perp walks and financial document seizure for paying mules. wonder if ANY Zuckerfucker bucks got paid out for this.,
14 likes Reply

**NEWSJUSTIN** • 2 years ago
now we know it was Treason, mules need to be flushed out... :)
11 likes Reply

**BrewJo** • 2 years ago
Thank you, SALTY CRACKER
REEEEEEEOAR and REEEEEEEOAR again.
9 likes Reply

**mbeal** • 2 years ago
I'd like to know how many adults that died of Covid (allegedly) also somehow voted in 2020 elections? Nursing homes & Hospitals and did they all mysteriously vote for Biden???
8 likes Reply

**Altitude9000** • 2 years ago
I will day it again. Nothing will be done to "these" people. Rules and laws don't apply to them.
7 likes Reply

**Johann34** • 2 years ago
Braaay is a new Reeeeeee?
5 likes Reply

**HitSQuad17** • 2 years ago
SHARE SHARE SHARE
5 likes Reply

**Altitude9000** • 2 years ago
Rumble deleting comments now? WTF. Is Rumble the new Twitter?
4 likes Reply

**Rebelscumsixtwo** • 2 years ago
who can find me their personal info?!? These traitors need to be DOXXED!! Traitors to the Republic have NO RIGHTS!! FIND THEM!! EXPOSE THEM TO THE BRIGHT LIGHT OF JUSTICE!!!
4 likes Reply

**AlexSummer** • 2 years ago
HolyHell this proof should settle it all but some people bury their heads and still refuse to see the truth
4 likes Reply

**HanderThanMost** • 2 years ago
That's just weird they get out of there car waring gloves they put the Ballots in the box in front of the camera with their car and them in the video then take off the gloves and toss them into the trash !! next to the ballot box like they were afraid that there was some ink or something on the box that would mark them as being there and then they take a picture of the box to prove they were there. Doesn't anyone watch CSI videos anymore you left your rubber gloves at the seen of the crime with your prints inside next to the drop box and your videos doing it
4 likes Reply

Hide 1 reply

**Vagabond23** • 2 years ago
We never gave them credit for having brains.
2 likes Reply

**CHADWICK1** • 2 years ago
Mules? MORE like 2000 cases of TREASON. ANYONE who SUPPORTS Joe Biden has COMITTED TREASON and NEEDS to be EXECUTED. PERIOD.
4 likes Reply

**Spook762** • 2 years ago
By Ballot or by Bullet, this was a Coup.
3 likes Reply

**MischievousGoblin** • 2 years ago
they got that mfs face why ain't they in jail
3 likes Reply

**seelong** • 2 years ago
Mule A :"I'm very smart! I used surgical gloves while delivering votes, no fingerprints!"
F*ck News MSM :"Yes, these mules are very smart, they adhere to covid precaution practice!"
2 likes Reply

**Coolhandluke1** • 2 years ago
sniffy stole the election CN
2 likes Reply

**2Q007** • 2 years ago
Cheating fair & square pays off and the Dimond's cant be returned because they have been sold so come on man get over it ?
1 like Reply

Hide 1 reply

**CHADWICK1** • 2 years ago
2Q007 You are just as COMPLICIT in TREASON and NEED to be EXECUTED.
1 like Reply

**lizzylongtoes** • 2 years ago
*[deleted]*
1 like Reply

**Angelakae** • 2 years ago
RIPCORD
1 like Reply

TheSaltyCracker 1 day ago Now Illegal Alien Venezuelan Gangs Takin... 56.6K 422
The Charlie Kirk Show 59 minutes ago Tucker On-Set + The Secret Service's LGBT... 9,612 watching
The Tulsi Gabbard... 1 hour ago The Biden/Harris Administration Put Me o... 5.91K 21
The Dan Bongino... 3 hours ago Is The DOJ Trying To Steal Another Election? (Ep.... 368K 1.11K
The Rubin Report 2 hours ago Bret Weinstein Makes Joe Rogan Go Quiet with Dar... 38.6K 36
Benny Johnson 2 hours ago TRUMP CURSE is REAL: Judge Attempting to JAI... 31.3K 44
Steven Crowder 3 hours ago DOJ Chief Admits Trump Indictments a... 174K 274
Graham Allen 5 hours ago FBI KNEW ABOUT GA SHOOTER!! Trump... 68.5K 143
Rethinking the Dollar 1 hour ago MAGA Crowd Duped By Scam As Trump Rejects... 9.57K 5
Matt Kohrs 10 hours ago BEWARE! The Stock Market Is TILTED || The... 39.6K 1

FAQ About Us Careers Our Apps Developers Advertising Store Cloud Terms & Conditions Privacy Policy Copyright / DMCA Copyright © 2024 Rumble. All Rights Reserved.

