# EXHIBIT 161