# EXHIBIT 162

Explore

Settings

Tweet

**Dinesh D'Souza**
@DineshDSouza

We need 24/7 surveillance on all mail-in ballot dropboxes. This is already stipulated in the election rules. If states don't do this, citizens might have to take matters into their own hands #2000Mules

8:21 AM · Aug 1, 2022 · Twitter for iPhone

**1,758** Retweets **94** Quote Tweets **5,921** Likes

**Kel Varnsen** @_Kel_Varnsen_ · Aug 1
Replying to @DineshDSouza
"mail-in ballot dropboxes"

So....mailboxes?
You want surveillance on all mailboxes?

You know I can leave my outgoing mail in my mailbox, and my letter carrier will pick it up for me. So you're going to need surveillance on every single home served by the USPS too.

14 44

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up with G
Sign up with A
Sign up with phone

By signing up, you agree to the Te
Privacy Policy, including Cookie U

**Relevant people**

**Dinesh D'Souza**
@DineshDSouza
I am an author, film
the Dinesh D'Souza
Subscribe:
podcasts.apple.com

**What's happening**

NFL · Last night
**Bengals at Ravens**

Axios · 5 hours ago
**Indigenous peoples grappl impossible choice over anc lands as climate change cre unlivable conditions**

CNBC Make It · 3 hours a
**Here are the 7 most expen states to retire in 2022**

War in Ukraine · LIVE
**Loud explosions rock Ukrai capital Kyiv**
Trending with #UkraineRussianW

Trending in United States
**James brown**
26.4K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S



CONFIDENTIAL                                                                                          MA-0001705

10/10/22, 4:33 PM  Dinesh D'Souza on Twitter: "We need 24/7 surveillance on all mail-in ballot dropboxes. This is already stipulated in the election r…

Case 1:22-cv-04259-SDG   Document 264-12   Filed 12/20/24   Page 4 of 5

# Explore

## Settings

Replying to @DineshDSouza

Yes I guess it's better than nothing but what will the monitoring do? The Mules will just do it anyway and we will either only catch it when it's too late, if they will say it's all their extended family members ballots.

2   1   4

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

10/10/22, 4:33 PM
Dinesh D'Souza on Twitter: "We need 24/7 surveillance on all mail-in ballot dropboxes. This is already stipulated in the election r…
Case 1:22-cv-04259-SDG   Document 264-10   Filed 12/20/24   Page 5 of 5

Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

CONFIDENTIAL                                                                                                                                        MA-0001707