# EXHIBIT 164


TRUTH.

Search

Home

Discover

Alerts

Truth+

Messages

Groups

Feeds

Profile

Settings

Compose

Profile

Settings

Compose


lauraokfal
@lauraokfal

← **Truth Details**

**RedWill**
@RedWill

#electionfraud

NOBODY Trusts the GBI...

Mr. Andrew's is GUILTY!!!

Salem Media Group has removed the ballot harvesting documentary 2000 Mules from its platforms after a man in the film was cleared of voter fraud by the Georgia Bureau of Investigation.

The media company distanced itself from the 2000 Mules movie and book about alleged ballot harvesting in 2020 after GBI determined that "Mr. Andrews," who was depicted in the film, did not engage in illegal voting activity.

justthenews.com/accountability...



🔗 justthenews.com
Salem Media Group removes '2000 Mules' from platforms after investigation clears man of voter fraud

"It was never our intent that the publication of the 2000 Mules film and book would harm Mr. Andrews," Salem Media Group said.

**2** ReTruths  **2** Likes                    May 31, 2024, 8:40 PM

 Reply      ReTruth      Like     ↗     ...

Trending ▼

**Live**                                Show More


Salcedo Live
Newsmax



Live: Breitbart News D...
The First



Watch Live TV
Patriot TV Network

**Topics**                              Show More

#voteTrump
Recent Truths: 5k

#SpringfieldOhio
Recent Truths: 571

#Trump2024
Recent Truths: 21.1k

**Profiles To Follow**                  Show More


Jody Thornton
@jodythornton                    ✕


Ragtagpoet
@wherelifemeetsgrace             ✕

#SpringfieldOhio
Recent Truths: 571

#Trump2024
Recent Truths: 21.1k

**Profiles To Follow**                  Show More


Jody Thornton
@jodythornton                    ✕


Rag                **Messages**       ✏ ⌃
@w

PDSA-0001055