# EXHIBIT 165

← Post                                            Reply

**TeamMagaKim** @teammagakim · Jul 18, 2023
Bet these CHEATERS were not Investigated …. Get it now?….



0:00

From **Epstein's Sheet.** 🧻✓

💬 99    🔁 3.2K    ♡ 4.3K    📊 69K    🔖 ⬆️

**Blank** @gregjoh05688382

Time to go after them.

6:51 PM · Jul 18, 2023 · **104** Views

💬    🔁    ♡ 3    🔖    ⬆️

Post your reply                                   Reply

## Relevant people

**Blank** @gregjoh05688382 — Follow

**TeamMagaKim** @teammagakim — Follow
Conservative

## What's happening

**The Offseason**
Event · LIVE

Trending in United States
**King Charles**
59.2K posts

Trending in United States

MA-0001963