# EXHIBIT 166

Post

Reply

Search

**Michael** @Michael951413 · Dec 25, 2023

171 · 703 · 2.2K · 21K

**It's TIME! ULTRA MAGA**
@SchreierT

I think the payment for treason, is your life.

1:19 PM · Dec 25, 2023 · **52** Views

3

Post your reply

Reply

**Raymond Douglas** @CentralGuyNow · Dec 26, 2023
I dislike Trump as well but not sure he should be put to death for his treasonous actions. I suspect that under US law he's only looking at a lengthy prison sentence.

11

**Roger dean** @Rogde3383 · Dec 25, 2023
I could not agree more and wish all of them were held accountable

22

**kwatthesenior** @kennethmw63 · Dec 26, 2023

1 · 10

## Relevant people

**It's TIME! ULTRA MAGA**
@SchreierT
Follow
Undying loyalty to the USA and the Constitution. F-bombs! An occasional, C U N T, thrown in for good measure! IFBAP...NO DM's pls..NO $$ HERE...NO PORN

**Michael**
@Michael951413
Follow
I'm a Christian patriot who fights for America against all enemies, foreign & domestic. Ethnically, I'm mostly Black and Native American. 🇺🇸 🇮🇱 ✝️.

**Roger dean**
@Rogde3383
Follow
conservative patriot love this great country and my pronouns are #FJB

