# EXHIBIT 167

Post

Reply

**Epstein's Sheet.** @meantweeting1 · Oct 16, 2023

Breaking:

Judge Tanya Chutkan imposes gag order on Donald Trump in D.C. trial.

52 1.2K 1.4K 36K

**Alienman**
@billpet09454547

Please post all the names and numbers of the mules.

6:20 PM · Oct 16, 2023 · **71** Views

Post your reply

Reply

Search

## Relevant people

**Alienman**
@billpet09454547
Follow
Independent conservative, anti global leadership, America first, Married, Grandpa, Remove all Rinos. America first.

**Epstein's Sheet.**
@meantweeting1
Follow
I enjoy mocking the Left. please, NO LISTS.List = auto block 🚫 no exceptions

## What's happening

**The Offseason**
Event · LIVE

