# EXHIBIT 168

