# EXHIBIT 169

Case 1:22-cv-04259-SDG   Document 264-1   Filed 12/20/24   Page 2 of 2

← **Post**

**Big Fish** ✓ @BigFish3000 · Nov 2, 2023
Fair and Secure Elections



0:13

💬 455   🔁 7.7K   ♥ 12K   📊 2M   🔖   📤

**SuperBen** @BenSnyd19007203

If 100% proven all who were involved should have prison time

3:16 PM · Nov 2, 2023 · **3,310** Views

💬 2   🔁 6   ♥ 58   🔖   📤

Post your reply                                                        Reply

**Dr. MAGA 1776** @Gunner1842 · Nov 3, 2023
45 > 46
The videos aren't proof? These people and the people who paid them should all be swinging from trees.

💬   🔁   ♥   📊 14   🔖   📤

**Probable spam**

**Fortunate Pierre** @SenatorFajitas · Nov 3, 2023
Bad news it's 100% disproven.

💬   🔁   ♥   📊 11   🔖   📤

---

### Relevant people



**SuperBen** @BenSnyd19007203   [Follow]
Extravagant extraordinary man 💪



**Big Fish** ✓ @BigFish3000   [Follow]
🇺🇸 BFN 🇺🇸 (All disclaimers inserted here).

### What's happening

**The Offseason**
Event · LIVE

Trending in United States
**Pedro Tellechea**
9,317 posts

MA-0002003