# EXHIBIT 170

← **Post**                        Reply

**TeamMagaKim** @teammagakim · Jul 18, 2023              ...

Bet these CHEATERS were not Investigated .... Get it now?....



0:03

From **Epstein's Sheet.** 🧻 ✓

💬 99        🔁 3.2K        ♡ 4.3K        📊 69K        🔖  ⬆️

**Christopher**                                          ...
@eas_kyle

These people need to be identified and prosecuted for treason along with lots of gov officials

8:24 PM · Jul 18, 2023 · **31** Views

💬        🔁        ♡ 1        🔖        ⬆️

L   Post your reply                              Reply

### Relevant people



**Christopher**                    Follow
@eas_kyle

husband to a beautiful person - father of 2 successful boys / athletes - best thing in the world surfing with my boys - fishing - salt water 💦



**TeamMagaKim**                    Follow
@teammagakim

Conservative

### What's happening

**The Offseason**
Event · LIVE

Politics · Trending                    ...