# EXHIBIT 171

# Order details



**Order info**
- Time placed: Sep 23, 2022 at 4:21 PM
- Order number: 04-09137-57870
- Total: $263.89 (1 item)
- Sold by: s_and_h_wholesalers

**Delivery info**
Delivered on Wed, Sep 28, 2022

| Paid | Shipped | Delivered |
| --- | --- | --- |
| Sep 23 | Sep 24 | Sep 28 |

**Tracking details**
Number: 9405536109361822805289

**Item info**

BRAND NEW Blink Outdoor Wireless Battery-Powered HD 5-Camera Security System — $248.95
Item number: 225681125362
Return window closed on Oct 28, 2022

Contact seller

More actions

**Other actions**
Contact seller

**Shipping address**
B ALEXANDER-ANDREWS
United States

**Payment info**
BRENDETTA ANDREWS

1 item
Shipping
Tax

**Order total**

How do you like our order details pa
Tell us what you think

CONFIDENTIAL    MA-0000092