# EXHIBIT 172

 80hr hydration

Sponsored

# Walmart



**Nov 15, 2023 order**

| Item | Qty | Price |
|---|---|---|
| Arlo Essential Outdoor Camera HD (2nd Gen) - Wireless 1080p Security Surveillance Cam - 1 Cam White | Qty 1 | $29.00 |
| 6 ft Artificial Olive Plants with Realistic Leaves and Natural Trunk, Silk Fake Potted Tree with Wood Branches and Fruits, Faux Olive Tree for Office Home Decor | Qty 1 | $49.99 |
| Segmart 6FT Christmas Tree, Pre-Lit Artificial Xmas Tree with 300 LED Lights & 600 Branch Tips | Qty 1 | $85.99 |

| | |
|---|---|
| Subtotal | ~~$559.96~~ |
| Savings | -$394.98 |
| | **$164.98** |
| Donation to Operation Homefront | $0.12 |
| Tax | $9.90 |
| **Total** | **$175.00** |

**Charge history** Your transaction activity for this order >

- Payment method

CONFIDENTIAL

MA-0000102