# EXHIBIT 173



## Order Details

## Smart Home + Security Solution

| Item | Install | Monthly |
|---|---|---|
| **HERE'S YOUR SYSTEM** | | |
| 1 [AIOGENPAN] - Command 7in Touchscreen | $374.00 | |
| 1 [CELLGUARD] - LTE Plug-in Radio Module, AT&T or Verizon Carrier version | $75.00 | |
| System Plan Subtotal | $449.00 | |
| **HERE'S YOUR ADDED TECH** | | |
| 1 [ADTCONVERT] - RF 319.5, 433, 345 to RF6 Translator | $89.00 | |
| 1 [99140-024] - Remote Zwave Deadbolt Door Lock - Venetian Bronze | $250.00 | |
| 1 [GA01318-US] - Google Nest Battery Video Doorbell (Snow, US) | $229.00 | |
| 1 [OC845] - Outdoor Pro HD Camera (1080p) | $290.00 | |
| System & Added Tech Subtotal | $1,307.00 | |
| **ACTIVATION + PERMIT FEES** | | |
| 1 [APERMIT] - Municipal Police/Alarm Use Permit - Customer Responsibility | | |
| 1 [CON] - Connection-Activation Fee | | |
| Activation + Permit Fee Subtotal | | |
| **REAL PROTECTION SERVICES** | | |
| [L4 CMD] - Complete | | $59.99 |
| [S0001] - 24/7 Intrusion Monitoring | | Included |
| [S0008] - Quality Service Plan | | Included |
| [S0002] - 24/7 Life Safety Monitoring (requires equipment) | | Included |
| [S0004] - ADT App with Remote Arm/Disarm | | Included |
| [S0006] - Smart Home Automation | | Included |
| [S0005] - Voice Control Integration | | Included |
| [S0007] - Video Surveillance | | Included |
| [VID] - Video Storage Plan | | Included |
| [COMM 2WV RESI] - 2 Way Voice | | Included |
| Real Protection Services Subtotal | | $59.99 |
| **ADDITIONAL SAVINGS & DISCOUNTS** | | |
| $0 for Hardwired to Wireless Converter or Wireless to Wireless Translator When Upgrading | $-89.00 | |
| 50% off ADT Doorbell Camera with Video Service Level (Min Purchase $519, 24 Months Tenure Required) and purchase of outdoor camera | $-229.00 | |
| Smart Discounts / Equipment & Installation | $-197.80 | |
| Package Totals | $791.20 | $59.99 |
| **YOUR PAY IN FULL AFTER DISCOUNTS TOTAL** | **Install** | **Monthly** |
| System & Added Tech | $1,307.00 | $0.00 |
| Real Protection Services | | $59.99 |
| Activation + Permit Fees | $0.00 | $0.00 |
| (Less Discounts) | $-515.80 | $0.00 |
| Total After Discounts | $791.20 | $59.99 |
| Estimated Taxes | $0.00 | $3.18 |
| Total After Estimated Taxes | $791.20 | $63.17 |
| Your Service Contract Term | 60 Months | |
| FlexFI Term | 60 Months | |
| **Order Total** | **$791.20** | **$63.17** |

*The tax amounts shown are only estimates; the final amount will be calculated and detailed on your bill