# EXHIBIT 174

# Order details



| | | |
|---|---|---|
| **Order info** | Date placed | Sep 28, 2022 at 9:27 AM |
| | Order number | 10-09153-98148 |
| | Total | $42.39 (1 item) |
| | Sold by | best_buy |

**Delivery info**

Delivered on Fri, Sep 30, 2022

- Paid — Sep 28
- Shipped — Sep 28
- Delivered — Sep 30

**Tracking details**

Number: 1ZR33F27YW73838834

**Item info**



Floodlight Mount Accessory for Blink Outdoor Camera - Black — $39.99
Item number: [redacted]
Return window closes on Oct 13, 2022

Contact seller    More actions ⌄

**Other actions**

Contact seller

**Shipping address**

B ALEXANDER- ANDREWS
[redacted]
United States

**Payment info**

BRENDETTA ANDREWS
🎁 Gift Card

1 item
Shipping
Tax

**Order total**

How do you like our order details pa
Tell us what you think

CONFIDENTIAL                                                                           MA-0000101