# EXHIBIT 175

## Update Order

**Renew Early**

### Order to Renew

5 x One year of DeleteMe for one person.                                    $645.00

Discount                                                                    -$233.00

Have a promo code?

Total                                                                       $412.00



Your current subscription ends on 2024-09-10. Your new subscription will end on 2025-09-10.

Payment of **$412.00 will now be charged** to your card on file

On completing this purchase you will receive FREE **"$129 off gift coupon"** to share with a friend/family.

Renew Early

Do not sell my personal information
Privacy Policy
Terms of Service

© 2024 Abine, Inc. All rights reserved

1/1