# EXHIBIT 163

# Salem Media deletes 2020 election film '2000 Mules' from all streaming services, apologizes for airing it

...filming Mr. Robinson Crusoe in Fiji and was staying in Papeete for a few months to golf. Ambassador Grew comments that Fairbanks was very humble and friendly, and made a point to send a telegram to his wife, Mary Pickford, ever day without fail.

I just thought it was odd to read about her and then see clips of her (at least I think it was her).

**Lillie Belle TEXAN** → TXRunner / Flent 2 · 3 months ago

It certainly looks like her, but I haven't been able to confirm that yet. I did get a kick out of the fact the song was recorded in one take in a studio in the middle of a cow pasture in Odessa, TX in 1968. I started my Freshman year of High School September of that year about 50 miles from Odessa.

**Dr. Strangelove** · 3 months ago

But the election was stolen. I knew that before D'Souza's film came out. There was no need for misrepresentation. But, one lawsuit and Salem folds like a cheap suit? Something is fishy here.

**meamwayne** → Dr. Strangelove · 3 months ago

Probably because he multiplied what he had to pay to settle the case by the number of other people shown in the film and spuriously accused of crimes, and realized he doesn't have that much.

**Mystiflier** → meamwayne · 3 months ago

DSouza wasn't sued

Salem Media was sued

**meamwayne** → Mystiflier · 3 months ago

Holy cow, did I say Dsouza was sued? Let me see. No, no, I did not. Neither I nor the guy I was replying to said any such thing.

**K-Bob** TRS MODERATOR → Dr. Strangelove · 3 months ago

Salem has stockholders. They probably spook easily.

**Dr. Strangelove** → K-Bob · 3 months ago

Ah hah.

**pybop** → Dr. Strangelove · 3 months ago

Hey Doc, in your absence we've confronted many lies, from within and without... everyone of which traveled half-way around the world before you had a chance to put your shoes on.

**Dr. Strangelove** → pybop · 3 months ago

No doubt!

**pybop** → Dr. Strangelove · 3 months ago

Correction--in your absence you've probably been half-way around the world, just to keep a step ahead of the game.

**Dr. Strangelove** → pybop · 3 months ago

Gotcha!

**dinodoc** → Dr. Strangelove · 3 months ago

That tends to happen when you lack evidence to support the claims made

**HQ** → dinodoc · 3 months ago · edited

Then why wasn't D'Souza or True The Vote sued since they are the ones who made the accusations. Because they would have brought the evidence to prove what they had and Salem were just cowards. No one knew the guy's name or face so he was NOT defamed in the slightest. I'll bet you think the election was totally fair an on the up and up or your just the sucker so many Republicans have been over the years.

**prismr** → HQ · 3 months ago

True The Vote has been a truth teller...

https://www.georgiarecord.c...

**GhostRider2001** → Dr. Strangelove · 3 months ago

To my mind, this increases the likelihood that what D'Souza revealed in the film is true.

**meamwayne** → GhostRider2001 · 3 months ago · edited

If, in your mind, the distributor having to settle a case with someone falsely accused of a crime increases your faith in the film's accuracy, your mind is a strange place indeed.

**Dr. Strangelove** → GhostRider2001 · 3 months ago

I've never known him to be a liar. He faced up to his crime, which would have gone unremarked for a Democrat.

**Dr. Joey** → Dr. Strangelove · 3 months ago

He was an early victim of particularly vicious Dem lawfare.

**GhostRider2001** · 3 months ago · edited

Wow, even Mittens Romney rediscovered his long missing gonads in labeling the Manhattan Trump trial "political malpractice."

**Dr. Strangelove** → GhostRider2001 · 3 months ago

He's Mooit Romney now.

**GhostRider2001** → Dr. Strangelove · 3 months ago

Thank goodness...... a long overdue retirement.

**JohnathanC1st** · 3 months ago

That didn't take much for this flip flop.

**Gloves Donahue** · 3 months ago

Al Sharpton on Obama's special month which starts today.

https://www.youtube.com/wat...

**AIR_FORCE_VET98** · 3 months ago

This is why mail in voting should be illegal in nearly all cases.

**K-Bob** TRS MODERATOR → AIR_FORCE_VET98 · 3 months ago

I was in agreement with that, but somehow Florida manages to have fair elections with mail in ballots and mutiple days of voting.

But we have paper ballots, and each mail-in ballot has to be requested by each individual, by mail, using a form requiring a signature that must later match the signature on the mailed ballot (or on the envelope, I forget).

But I'd still prefer same-day voting at your precinct for all but those qualifying for absentee status.

**dinodoc** → AIR_FORCE_VET98 · 3 months ago

How would you suggest soldiers vote?

**AIR_FORCE_VET98** → dinodoc · 3 months ago

That's why I said "nearly all"

**HQ** → dinodoc · 3 months ago

That why he said ALMOST! And you know how? Just bring voting machines to their bases. Is it really hard to bring a few machines to bases when they can ship the war equipment we do all the time.

**GhostRider2001** → dinodoc · 3 months ago

For anyone but the Uniparty...... and definitely not for the war-all-the-time candidates.

**dinodoc** → GhostRider2001 · 3 months ago

My bad. Through what method would you suggest soldiers vote if not mail in?

**GhostRider2001** → dinodoc · 3 months ago

I knew what you meant...... but you left me an opening to give a smart@ssed response. There'll have to be some exceptions for mail-in voting in a very limited number of circumstances....... but not like today where everything is wide open for cheating.

**GhostRider2001** → AIR_FORCE_VET98 · 3 months ago · edited

Only in-person voting using IDs should be allowed........ but the Democrats and the news media will scream discrimination. However, that is the only way to even come close to having secure elections.

**Lillie Belle TEXAN** → GhostRider2001 · 3 months ago

There are those for which doing so is next to impossible.. one of our own here, @BoneyDog is one of those. For some, extreme health issues have them almost homebound, except for medical care visits. How do we find a way for them to vote?

@Boneydog, I loved the video from your birthday and the **beautiful** tribute to you and history your daughter shared. ❤️❤️

**GhostRider2001** → Lillie Belle TEXAN · 3 months ago

There will have to be some exceptions....... but they should be tightly managed without opening the flood gates like what we have now.

**Lillie Belle TEXAN** → GhostRider2001 · 3 months ago

AGREE! The Democrats have pulled shenanigans in the past to keep our soldiers deployed from voting that counts. There should be laws and ways to protect their rights, allow them to vote, and for their votes to be valid and counted.

**Bill Taylor** · 3 months ago

there is NO expectation of privacy when in public.

**GhostRider2001** · 3 months ago · edited

Rumor now is that Alvin Bragg's hatchet crew is going to recommend a year behind bars for Trump. Biden and the Democrats need that picture of Trump in an orange jump suit behind bars for their campaign ads.

**ArbyJay** · 3 months ago

I guess I'm a little confused.......and I seem to be the only one. I never saw the film 2000 Mules. But this article says, Mark Andrews was featured in the film -- WITH HIS FACE BLURRED -- depositing ballots into a drop box, and thereafter he was threatened and slandered.

Was he identified by name in the film? Were identifiable family members alongside him? How did anyone know it was Mark Andrews? How do you know it's someone if you can't see his face?

Not being intricately involved in this or even caring, the easiest way for me personally to manage it is simply to pay NO ATTENTION whatsoever to the Salem Media Group in the future, which appears to me to have bent over like a reed in a light breeze altogether too easily.

**HQ** → ArbyJay · 3 months ago

BINGO. You are absolutely correct. If the guy didn't cheat and likely voted for Biden or he would only be pissed that people think he did, how would he or anyone know it was him. I say he cheated and watched the movie to see if he was caught and when he saw himself, because only he would recognize himself, he saw dollar signs with clearly a corrupt justice system and where even the governor in charge hated Trump and wouldn't stop anything in another post. As I said, if he really feels defamed by D'Souza then why bot sue him and true The Vote. Because he can't because they will bring the evidence and not cave like a cowardly corporation that will find it just easier to cave, especially since the movie has already been seen by most who want to. Sad the TRS would fall for this so easily especially with D'Souza having such a good reputation. And let's say ONE guy was wronged, so that means throw out ALL the other evidence. With that attitude then Trump is really guilty.

**GhostRider2001** → ArbyJay · 3 months ago · edited

Mail-in balloting was definitely the easiest way to cheat in the 2020 election (and all elections since then). It's been well documented through anonymous surveys that as high as 20% of those ballots were filled out fraudulently (i.e., people other than the person whose name is on the ballot filled out and signed the ballots, and the validations that were performed on these ballots in most states was practically non-existent.)

**HQ** → GhostRider2001 · 3 months ago

I don't care about ONE person, now explain all the other stuff. This isn't a bunch of conspiracies like 911. So many things are documented and video proofed so explain them. I have only heard 1 or 2 on claims I didn't care about anyway like databases overseas and the machines changing votes. Explain counting overnight until they had the votes, explain votes being delivered into the next day, explain dead people and elderly/sick people in homes voting when they had no ability, explain watchers being thrown out for no reason, explain watchers being blocked with the windows being covered, explain votes going through counting machines multiple times, explain more people voting than are registered, explain Trump winning almost every bell weather country yet losing which is basically impossible, and SO MANY MORE but we would be here all night like the counters. Explain these but no, one man claims after of being defamed which is impossible when no one is able to identify him by watching the movie. Funny how he is worried about people knowing what he may have done yet he doesn't have a problem no with his name openly everywhere because he is getting $$$. If Salem had balls like Trump, like him or not, they would release a statement saying 'We only caved for financial reasons because we know the corrupt court (probably in Democrat stronghold Atlanta) will be biased and fixed against us and since the movie has already been out years and we aren't making squat off it anymore cause it has already been seen about as much as it will, and the courts now, as seen with Trump's fines) are ruling insane and irrational fines that will drive us out of business, so as said this is why we caved', then I could understand, but they didn't. I suspect this is the same reason FOX caved. They both saw the writing on the wall. This doesn't mean I will give Salem a break. F them. We are in this trouble because of cowards like them.

**AlwaysInDemand** → HQ · 3 months ago

Salem Media and D'Souza exposed the truth. This is an operation to silence the truth about election fraud. We just witnessed judicial fraud, so you think they are above (even easier) election fraud? Not hardly.

**virginiagentleman1** · 3 months ago · edited

Deleted?

I'm going to delete Sinclair/ Salem media from all further consideration.

**RWrad** · 3 months ago · edited

Just a quick search of this "Protect Democracy" outfit that claims to protect free and fair elections through litigation and other means. They claim to be nonpartisan and seek the truth no matter who wins. I'm just going to call BS on their supposed nonpartisan claim. Most of their example litigation is directed at conservative candidates and causes. Apparently, Salem Media lost their testicles at the first sign of a squabble.

**Sandra123456** · 3 months ago

So you can't just blur faces when filming on public street, you have to blur the entire person?

Can't you film everything on a public street without blurring?

How was Mr. Andrews identified, by his clothes?

**1frogdogs** · 3 months ago

This is one more step in the process of making it impossible for any person on the right to point out voter fraud, even when there is video evidence of a person depositing multiple ballots in a drop box. The film contains clear evidence of people depositing handfuls of ballots in the middle of the night. There is video evidence of Fulton County ushering people out of the State Farm Arena and then pulling ballots from underneath a table. Do not believe your lying eyes, even though there is no reasonable explanation for that. January 6 made it where only Democrats can speak about fraud, which is why I have ZERO sympathy for the Jan 6 defendants.

**TJK / the list** → 1frogdogs · 3 months ago

"ZERO sympathy for the Jan 6 defendants."

Did study or born this way?

**Watchman74** → 1frogdogs · 3 months ago

J6 was orchestrated for this exact reason, so the outcome of an election would never dared to be questioned or investigated ever again. Unless they lose of course, then they will become election deniers overnight.

**Patriot077** → 1frogdogs · 3 months ago

Not only were people dropping multiple ballots, but they were confirming the action with their "group leader" when they finished. I don't recall all the details but they apparently were able to obtain cell tower pings to determine certain individuals doing this on multiple occasions.

**nr. √ s & balances** · 3 months ago

Now more than ever is the time for the Bongino Rule: Wait at least 72 hours for this story to fully shake out. Remember also the weasel "news" came from CNN who was more than happy to discredit "far-right" sources like Salem and especially D'Souza.

**Dr. Strangelove** → nr. √ s & balances · 3 months ago

Good call.

**EMissyE -//Show My Loki Noobs** · 3 months ago

CNN? Bahaha.

**Gloves Donahue** · 3 months ago

At least one Dem realizes they made a big mistake.

RAAN

Rep. Dean Phillips (D-Minn.) urges NY Gov. Hochul to pardon Donald Trump after his historic felony conviction, stating it's for the good of the country.

Phillips argues that the conviction is energizing Trump's base and generating significant campaign funds.

They are scared.

**Cassie7/9** → Gloves Donahue · 3 months ago

Hogal pardon Trump?

**Lillie Belle TEXAN** → Cassie7/9 · 3 months ago

ISWYD! 😂

**Gloves Donahue** → Cassie7/9 · 3 months ago

She won't and he wouldn't accept it.

**Cassie7/9** · 3 months ago

scrub it all cause we plan on doing the same thing... 😡

**Lillie Belle TEXAN** · 3 months ago

Testing my posting capability. Trying to respond to an idiot on a different thread was next to impossible. I also couldn't get bold or other such things to work, like blockquote. And, my first words are still being rearranged or messed with. Anybody else having difficulties? I think the new DISQUS Text Editor needs some kinks worked out.

**K-Bob** TRS MODERATOR → Lillie Belle TEXAN · 3 months ago

Looks like you need to click the 'Aa' thingy at the bottom of the text box, which opens the effects panel.

To get a blockquote effect, select all of the text to be quoted, then click the stylized (curly) quote mark in the panel.

Bold works the same way.

The link image (looks like a link in a chain) brings up a box that you can paste your link into.

If you put asterisks on each side of a word, it makes it italic.

I'm still figuring it out.

**SheerPolitics** → Lillie Belle TEXAN · 3 months ago

I know HTML, but when I tried to post the code, it didn't work. I had to use the link code. It looks like they're not allowing you to enter HTML--they may be using some other code to display.

What I also found was that if you go back too many times to edit (like 3), it marks the post as spam, which pissed me off.

**K-Bob** TRS MODERATOR → SheerPolitics · 3 months ago

Yeah, they ended letting us enter the HTML tags they supported. Most of the functions they did support are in the panel that pops under when you hit the 'Aa' below.

the thing that looks like HTML tag brackets is how you get the "code" tag effect.

HTML character entities appear to be no longer supported.

**SheerPolitics** → K-Bob · 3 months ago

I can deal with no HTML, but turning off a message as spam because you made multiple edits pisses me off. I've had that happen twice. I don't think spammers go around correcting spelling or grammatical errors!

**Lillie Belle TEXAN** → SheerPolitics · 3 months ago

Pisses me off, too, especially when you have to back so many times to correct their BS and changes, some of which happen after you hit post!

**Lillie Belle TEXAN** → Lillie Belle TEXAN · 3 months ago

I still can't edit or make an honest easy comment on the other thread. Nightmare!

**Lillie Belle TEXAN** → Lillie Belle TEXAN · 3 months ago

**Guess I have to use the things at the bottom of the comment box.**

**@Liberty** · 3 months ago

I believe Dinesh is a good guy.

But his documentary/film career is over.

He owes everyone a candid and fulsome explanation and apology, if he indeed hurt this man.

**Michelle Lee** → @Liberty · 3 months ago

I watched 2000 Mules in the theater and kept the ticket stub as a souvenir.

But I did sour on Dinesh a little when he used the wrong portrait to depict the CCP in his movie "Hillary's America". Instead of using a portrait of Chairman Mao, he used a portrait of the Nationalist/KMT leader (forgot if it was Sun or Chiang). My enthusiasm for the movie immediately dropped when I saw that.

**Skeeter Nelson** · 3 months ago

You have to get it right. Even though 2000 Mules can be correct in everything else one mistake like this and the baby gets thrown out with the bath water.

**Frank Adams** → Skeeter Nelson · 3 months ago

Yep, because this guy might be innocent, doesn't mean it wasn't going on.

**GhostRider2001** → Skeeter Nelson · 3 months ago · edited

All the ballots that showed up in the middle of the night 100% for Basement Joe Biden when no one was supposed to be working the ballot counting centers certainly makes people suspicious about the honesty and integrity of elections.

**Gloves Donahue** · 3 months ago

The extremely corrupt Fulton County was riddled with fraud in the election.

One mistake does not exonerate the rest of the crime.

**GhostRider2001** → Gloves Donahue · 3 months ago

No one in the Georgia Bureau of Investigation is ever going to investigate Fulton County.

**GhostRider2001** · 3 months ago · edited

So Salem Media Group could not afford to be sued........ Has D'Souza issued any statements yet reacting to this? If the anonymous voting surveys are to be believed, approximately 20% of the mail-in ballots were filled out fraudulently..... based on what people frankly admitted to doing. I know all state governments are trying to convince people their voter rolls are 100% accurate, but it is highly doubtful that is true..... this is government after all.

**Skeeter Nelson** · 3 months ago

Looks like Salem Media Group was already sued and the apology and removal of 2000 Mules was a part of the settlement.

Subscribe · Privacy · Do Not Sell My Data

DISQUS



© The Right Scoop 2009-2024. All rights reserved.