# EXHIBIT 176

# Billing & Subscriptions

**Billing information**

🔒 FULLY SECURED SSL CHECKOUT

**Payment Information**

Edit

[REDACTED]

**Billing Address**

Mark ANDREWS

[REDACTED]

## Subscriptions

**Standard Protection – 5**

YOUR DATE        RENEWS
09/10/2022     09/10/2024

Active

Auto-Renew

BRENDETTA Alexander ANDREWS

MARK D ANDREWS

Courtni Alexis Andrews

Brittani Alexia Andrews

ALEC M ANDREWS

---

Renew Early
Get a FREE year of DeleteMe to give as a Gift

---

Add another family member
Save $280 yearly +
Get a FREE year of DeleteMe to give as a Gift

---

Need an increased level of protection?
Chat with a representative

---

Do not sell my personal information
Privacy Policy

1/2