# EXHIBIT 178



# RESIDENTIAL SERVICES CONTRACT

## Section 1. Customer Info

**ADT LLC**
dba ADT Security Services ("ADT")
Office Address
www.MyADT.com
800.ADT.ASAP
(800.238.2727)

Customer Name ("Customer" or "I" or "me" or "my")  **Mark Andrews**

Premises' Address ▮

City ▮    State **GA**   ZIP ▮

Tax Exempt No.    Tax Expire Date

Protected Premises' Telephone ▮

IF FAMILIARIZATION PERIOD IS REJECTED INITIAL HERE _____  (see Paragraph 15 of the Important Terms and Conditions for explanation)

EMAIL ▮

If I have provided or do provide ADT with a phone number, including but not limited to a cell phone number, a number that I later convert to a cell phone number, or any number that I subsequently provide for billing and other non-solicitation purposes, I agree that ADT may contact me at this/these number(s). I also agree to receive calls and messages such as pre-recorded messages, calls and text messages from automated dialing systems at the number(s) provided. I confirm that I am the registered owner of all telephone number(s) that I have or will provide to ADT to contact me. If I have provided or do provide ADT with an email address, I agree that ADT may send me emails regarding my ADT Services or new ADT or third-party products and services. I may unsubscribe or opt out by emailing DNCcomplaint@adt.com or by calling (877) 377-7343.

EQUIPMENT TO REMAIN PROPERTY OF ADT AND PAYMENT OBLIGATION. All equipment installed by ADT pursuant to this Contract shall be owned by ADT except as otherwise agreed in writing. ADT has the right upon termination of this Contract to remove or disable any or all of the equipment owned by ADT, in which case I will not be able to use the equipment for any purpose. See Paragraph 8 of the Important Terms and Conditions for more information. I agree to pay the equipment installation costs described in Section 2. I UNDERSTAND THAT FINANCING MAY BE AVAILABLE FOR THE INSTALLATION COST AND AGREE THAT (A) I MAY NOT BE APPROVED FOR ANY FINANCING FOR INSTALLATION COSTS AND (B) I WILL NOT BE NOTIFIED OF WHETHER FINANCING HAS BEEN APPROVED UNTIL THE DATE THE EQUIPMENT IS INSTALLED. UNLESS I AM LATER APPROVED FOR FINANCING FROM ADT, I WILL BE REQUIRED TO PAY THE FULL AMOUNT OF THE TOTAL INSTALLATION COST IN A SINGLE INSTALLMENT ON THE DATE THE EQUIPMENT IS INSTALLED.

I acknowledge and agree to each of the following: **(A) This Contract consists of ten (10) pages. Before signing this Contract, I have read, understand and agree to each and every term of this Contract, including but not limited to Paragraphs 1, 3, 5, 7 and 19 of the Terms and Conditions. (B) The initial term of this Contract is five (5) years and renews month to month thereafter. (C) ADT is not a security consultant and cannot address all of my potential security needs. ADT has explained to me the full range of equipment and services that ADT can provide me. Additional equipment and services over those identified in this Contract are available and may be obtained from ADT at an additional cost to me. I have selected only the equipment and services identified in this Contract. (D) No alarm system can provide complete protection or guarantee prevention of loss or injury. Fires, floods, burglaries, robberies, medical problems and other incidents are unpredictable and cannot always be detected or prevented by an alarm system. Human error is always possible, and the response time of police, fire and medical emergency personnel is outside the control of ADT. ADT may not receive alarm signals if communications or power is interrupted for any reason. (E) ADT recommends that I manually test the alarm system monthly and any time I change telephone service, by calling 800.ADT.ASAP or by logging in to www.MyADT.com. (F) This Contract requires final approval by an ADT authorized manager before ADT may provide any equipment or services, and if approval is denied, then this Contract will be terminated, and ADT's only obligation will be to notify me of such termination and refund any amounts I paid in advance.**

I understand and agree that I am required to be present at the installation of the equipment installed under this Contract and to sign the additional contract documents necessary to complete any financing arrangements. If I am not present at the installation of the equipment, I authorize any adult 18 years of age or older who has access to my premises and is present at the installation to authorize the completion of the installation of any equipment and to make any changes to the choice of equipment installed or services purchased. I authorize payment for any changes approved at the installation pursuant to the payment instructions at the end of "Section 2. Services to be Provided" on page 2 of this Contract.

**ADT Representative**
Steven Pope (NSC)

Rep. License No. (If Required)

Rep. ID No. **190697**

Customer's Approval: Original Signature Required (Must match Customer Name in Section 1 above)

DocuSigned by:
X _Mark Andrews_
C10744EA4E704C0...

**5/6/2022**

### NEW YORK CUSTOMERS ONLY

Estimated Work Commencement Date ___/___/___. Estimated Substantial Completion Date ___/___/___.
A definite completion date has not been determined to be of the essence. In addition to those contingencies listed in paragraph 22. Delays, the following may materially change the Estimated Substantial Completion Date:

_____

**NOTICE OF LIEN:** Whether or not any mortgage may be given on the property to be improved, ADT or any subcontractor who performs work and is not paid may have a claim against me, which may be enforced against the property in accordance with applicable lien law.

**DEPOSIT OF PAYMENTS:** ADT is legally required to deposit all payments received prior to completion in accordance with subdivision four of section seventy-one-a of the lien law or, in lieu of such deposit, ADT may post a bond or contract of indemnity with me guaranteeing the return or proper