# EXHIBIT 179

Case 1:22-cv-04259-SDG   Document 265-4   Filed 12/20/24   Page 2 of 2

1/27/24, 7:57 PM                    PREVENTIVE MEASURES, L.L.C. Mail - Receipt for Your Payment to Arlo Technologies, Inc.

   M Andrews <████████████>

## Receipt for Your Payment to Arlo Technologies, Inc.
1 message

**service@paypal.com** <service@paypal.com>                          Tue, Oct 31, 2023 at 1:48 AM
To: BRENDETTA ANDREWS <████████████>

Hello, BRENDETTA ANDREWS



# You paid $4.99 USD to Arlo Technologies, Inc.



**Transaction ID**
80718569AR986133K

**Transaction date**
October 30, 2023

**Merchant**
Arlo Technologies, Inc.

|  |  |
|---|---|
| Subtotal | $4.99 USD |
| Total | $4.99 USD |
| Payment | $4.99 USD |

Payment sent from ████████████

Paid Arlo Technologies, Inc. with

                   $4.99 USD