# EXHIBIT 180

2/2/24, 8:02 PM     Blink Subscription Plus Plan with monthly auto-renewal

 Deliver to BRENDETTA   Amazon Devices ▾   **Search Amazon**     9   fresh ▾

5 items
$31.69

**Amazon Devices**   Echo & Alexa   Fire Tablets   Amazon Fire TV   Kindle   Home Security   Device Deals   Accessories   Certified Refurbished   Device Support    4 items are out of stock.

 **Blink Subscription Plans**

# Never miss a moment.

No matter where you are, easily store an unlimited number of events including high-definition motion clips and live view recordings from your Blink smart security cameras and systems conveniently in the cloud through the Blink Home Monitor app.



**Plan: Blink Plus**

| Blink Basic | Blink Plus |
|---|---|
| $3.00/month | $10.00/month |
| • Activate video recording for one device | • Activate video recording for **all** devices |

Compare plans

**Billing: Monthly**

| Monthly | Yearly |

$10$^{00}$/month



Subscribe

🔒 Secure transaction     Sold by **Blink**

**Blink Plus** auto-renews at $10/month, plus applicable tax. You will not be charged for your subscription until it is attached to a Blink device or account.







Out of stock



2/2/24, 8:02 PM								Your Orders

All ▾   Search Amazon																		9

Your Account › Your Orders › Search results

# Search results                                   blink

16 orders matching "**blink**"



Order details   Ordered on January 31, 2024 (1 item)

Blink Subscription Plus Plan with monthly auto-renewal



Order details   Ordered on December 31, 2023 (1 item)

Blink Subscription Plus Plan with monthly auto-renewal



Order details   Ordered on November 30, 2023 (1 item)

Blink Subscription Plus Plan with monthly auto-renewal

CONFIDENTIAL                                                                                                                        MA-0000095

2/2/24, 8:03 PM  Your Orders


Blink Subscription Plan PLUS

Order details    Ordered on December 31, 2022 (1 item)

Blink Plus Plan with monthly auto-renewal


Blink Subscription Plan PLUS

Order details    Ordered on November 30, 2022 (1 item)

Blink Plus Plan with monthly auto-renewal


Blink Subscription Plan PLUS

Order details    Ordered on October 31, 2022 (1 item)

Blink Plus Plan with monthly auto-renewal



## Make your home smarter

CONFIDENTIAL    MA-0000097