# EXHIBIT 184

CONFIDENTIAL

Exhibit A

## County Drop Boxes

### Methodology used for Analysis: Step #2
Geofenced 309 Dropboxes from 12/1/20 through Election Day 1/5/21 and harvested all devices observed nearby

| County | Dropbox Name | Dropbox Address | Latitude | Longitude |
|---|---|---|---|---|
| Cobb County | Cobb County Fire Station 13 | 4640 Dallas Hwy Marietta, GA 30064 | 33.94565 | -84.68750 |
| Cobb County | West Cobb Regional Library | 1750 Dennis Kemp Ln NW Kennesaw, GA 30152 | 33.98743 | -84.68205 |
| Cobb County | Powder Springs Library | 4181 Atlanta Street Powder Springs, GA 30127 | 33.85732 | -84.67577 |
| Cobb County | North Cobb Regional Library | 3535 Old 41 Hwy NW Kennesaw, GA 30144 | 34.03213 | -84.63687 |
| Cobb County | South Cobb Government Service Center | 4700 Austell Rd Austell, GA 30106 | 33.83789 | -84.61151 |
| Cobb County | Cobb Fire Station 8 | 2380 N. Cobb Pkwy Kennesaw, GA 30152 | 34.01044 | -84.60942 |
| Cobb County | Cobb County Animal Services | 1060 Al Bishop Dr., SW Marietta, GA 30008 | 33.90320 | -84.58395 |
| Cobb County | South Cobb Regional Library | 805 Clay Street Mableton, GA 30126 | 33.82613 | -84.58163 |
| Fulton County | Palmetto Branch Library | 9111 Cascade Palmetto Highway Palmetto, GA 30268 | 33.53338 | -84.66055 |
| Fulton County | Fairburn Branch Library | 60 Valley View Drive Fairburn, GA 30213 | 33.56674 | -84.58488 |
| Fulton County | Wolf Creek Branch Library | 3100 Enon Road Atlanta, GA 30331 | 33.67869 | -84.55716 |
| Fulton County | South Fulton Service Center | 5600 Stonewall Tell Road College Park, GA 30349 | 33.60222 | -84.55098 |
| Fulton County | Gladys S. Dennard Library @ South Fulton | 4055 Flat Shoals Road Union City, GA 30291 | 33.58780 | -84.51958 |
| Fulton County | Fulton County Airport: | 3929 Aviation Circle, Suite A Atlanta, GA 30336 | 33.77375 | -84.51650 |
| Fulton County | Evelyn G. Lowery @ Cascade | 3665 Cascade Road, SW Atlanta, GA 30331 | 33.72514 | -84.50685 |
| Fulton County | Adamsville/Collier Heights Library | 3424 Martin Luther King Jr Drive Atlanta, GA 30331 | 33.75500 | -84.50022 |
| Gwinnett County | Peachtree Corners Library | 5570 Spalding Drive Peachtree Corners, GA 30092 | 33.96935 | -84.22086 |
| Gwinnett County | Norcross Library | 6025 Buford Highway Norcross, GA 30071 | 33.93768 | -84.21133 |
| Gwinnett County | Lucky Shoals Park Community Ctr | 4651 Britt Rd Norcross, GA 30093 | 33.88235 | -84.19735 |
| Gwinnett County | Duluth Library | 3840 Duluth Park Lane Duluth, GA 30096 | 34.00078 | -84.15874 |
| Gwinnett County | Shorty Howell Park Activity Bldg | 2750 Pleasant Hill Rd. Duluth, GA 30096 | 33.97392 | -84.14710 |
| Gwinnett County | Lilburn Library | 4817 Church Street NW Lilburn, GA 30047 | 33.89179 | -84.13988 |
| Gwinnett County | Mountain Park Acquatic Ctr | 1063 Rockbridge Rd. SW Stone Mtn, GA 30087 | 33.84495 | -84.13404 |
| Gwinnett County | Mountain Park Library | 1210 Pounds Road Lilburn, GA 30047 | 33.84724 | -84.12044 |
| Gwinnett County | Suwanee Library | 361 Main Street Suwanee, GA 30024 | 34.05771 | -84.06773 |
| Gwinnett County | George Pierce Park Community Ctr. | 55 Buford Hwy Suwanee, GA 30024 | 34.05948 | -84.0621 |

TTV_006821

CONFIDENTIAL

## Organizations of Interest

**Methodology used for Analysis: Step #1**
Geofenced the primary Org office back to 10/1/2020 and harvested all devices observed on-premise

| Name | Address | City | State | Zip | Latitude | Longitude |
|---|---|---|---|---|---|---|
| National Education Association | 1201 16th Street NW | Washington | DC | 20036 | 38.9058579 | -77.0360339 |
| Race Forward | 145 East 57th Street, 4th Floor | New York | NY | 10022 | 40.7609644 | -73.9684824 |
| ProGeorgia | 151 ELLIS ST NE FL 1 | Atlanta | GA | 30303 | 33.7582088 | -84.3830549 |
| Sheth Family Foundation | 1549 Clairmont Rd | Decatur | GA | 30033 | 33.799267 | -84.306802 |
| State Voices | 1616 P Street, Suite 220 | Washington | DC | 20036 | 38.9092844 | -77.0376027 |
| NGP Action Fund | 165 Courtland Street Suite A-231 | Atlanta | GA | 30303 | 33.7591346 | -84.3832808 |
| Georgia Budget and Policy Institute | 50 Hurt Plaza SE, Suite 720 | Atlanta | GA | 30303 | 33.7543349 | -84.3868116 |
| Asian Americans Advancing Justice | 5680 Oakbrook Pkwy, Suite 148 | Norcross | GA | 30093 | 33.9171063 | -84.1918903 |
| New Georgia Project | 830 Glenwood Ave. SE, Suite 510-221 | Atlanta | GA | 30316 | 33.7411295 | -84.3595859 |
| Central Outreach and Advocacy Center | 201 Washington St SW | Atlanta | GA | 30303 | 33.7499044 | -84.3910191 |

TTV_006822

Exhibit C

CONFIDENTIAL

## Area of Focus: Drop Boxes & Organizations



TTV_006823

CONFIDENTIAL
TTV_006824



242 Devices' Drop Box Visits Between 12AM-5AM

Exhibit D

## Devices at Both an Org of Interest AND a Drop Box


242 Unique Devices of Interest – Nationwide from 10/1/20 through 1/5/21



CONFIDENTIAL

## Device #1 of Interest



### Observations

Dropbox visits = 24; Org visits = 3; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Buckhead Library | NGP Action Fund |
| Clayton County Board of Elections & Registration | |
| Cobb County Fire Station 4 | |
| Deer Lick Park | |
| Dekalb County Library - Gresham Branch | |
| Dogwood Library | |
| Fulton County Government Center | |
| Metropolitan Branch Library | |
| North Fulton Service Center | |
| North Training Center | |
| Ponce De Leon Library | |
| South Cobb Government Service Center | |
| South Cobb Recreation Center | |
| West End Library | |

# Device #2 of Interest



## Observations

Dropbox visits = 53; Org visits = 35; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Brookhaven City Hall | New Georgia Project |
| Buckhead Library | NGP Action Fund |
| Doraville City Hall | Sheth Family Foundation |
| Fire Station 6 | |
| Fire Station 8 | |
| Fire Station 9 | |
| Fulton County Government Center | |
| Louise Watley Library at Southeast Atlanta | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| North Training Center | |
| Ponce De Leon Library | |
| Washington Park Library | |

## Device #3 of Interest



### Observations

Dropbox visits = 32; Org visits = 12; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Brookhaven City Hall | New Georgia Project |
| Fulton County Government Center | NGP Action Fund |
| Ponce De Leon Library | |
| West End Library | |

## Device #4 of Interest



### Observations

Dropbox visits = 31; Org visits = 5; Unique locations below

| Dropbox | Organization |
|---|---|
| Adamsville/Collier Heights Library | Georgia Budget and Policy Institute |
| Cleveland Avenue Library | NGP Action Fund |
| Dekalb County Library - Gresham Branch | |
| Dunwoody City Hall | |
| Fire Station 6 | |
| Fire Station 9 | |
| Fulton County Government Center | |
| Mechanicsville Library | |
| North Fulton Service Center | |
| Old Courthouse | |
| West End Library | |

CONFIDENTIAL

TTV_006829

## Device #5 of Interest



### Observations

Dropbox visits = 30; Org visits = 6; Unique locations below

| Dropbox | Organization |
|---|---|
| Adamsville/Collier Heights Library | New Georgia Project |
| Buckhead Library | NGP Action Fund |
| Cobb County Fire Station 4 | Sheth Family Foundation |
| Dekalb County Library - Gresham Branch | |
| East Point Branch Library | |
| Evelyn G. Lowery @ Cascade | |
| Fulton County Airport | |
| Fulton County Government Center | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| Northside Library | |
| Powder Springs Library | |
| South Cobb Government Service Center | |
| South Cobb Recreation Center | |
| South Cobb Regional Library | |
| South Fulton Service Center | |
| Sterling at Candler Village | |
| Tucker - Reid H. Cofer Library | |

Exhibit K

CONFIDENTIAL

## Device #6 of Interest



### Observations

Dropbox visits = 30; Org visits = 4; Unique locations below

| Dropbox | Organization |
|---|---|
| Buckhead Library | NGP Action Fund |
| City of Tucker | |
| Clarkston Library | |
| Cleveland Avenue Library | |
| County Library County Line-Ellenwood | |
| Dekalb County Library - Gresham Branch | |
| Doraville City Hall | |
| Dunwoody City Hall | |
| Fire Station 19 | |
| Fire Station 6 | |
| Fire Station 7 | |
| Fire Station 8 | |
| Fulton County Government Center | |
| Louise Watley Library at Southeast Atlanta | |
| Redan-Trotti Library | |
| Salem - Panola Library | |
| Stone Mtn. City Hall | |
| Tucker - Reid H. Cofer Library | |
| Voter Registration and Elections Bldg. | |
| West End Library | |

TTV_006831

CONFIDENTIAL

## Device #7 of Interest



### Observations

Dropbox visits = 27; Org visits = 7; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | New Georgia Project |
| Brookhaven City Hall | NGP Action Fund |
| Buckhead Library | Sheth Family Foundation |
| College Park Branch Library | |
| Dekalb County Library - Gresham Branch | |
| Dunwoody City Hall | |
| East Point Branch Library | |
| East Roswell Branch Library | |
| Fire Station 6 | |
| Fire Station 8 | |
| Fulton County Government Center | |
| Johns Creek Environmental Campus | |
| Kirkwood Branch Library | |
| Louise Watley Library at Southeast Atlanta | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| Ponce De Leon Library | |
| West End Library | |

TTV_006832

Exhibit M

CONFIDENTIAL

## Device #8 of Interest



### Observations

Dropbox visits = 23; Org visits = 6; Unique locations below

| Dropbox | Organization |
|---|---|
| Decatur City Hall | New Georgia Project |
| Dekalb County Library - Gresham Branch | |
| Fire Station 9 | |
| Ponce De Leon Library | |
| Sterling at Candler Village | |

TTV_006833

## Device #9 of Interest



### Observations

Dropbox visits = 21; Org visits = 36; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Buckhead Library | NGP Action Fund |
| Fulton County Government Center | |

## Device #10 of Interest



### Observations

Dropbox visits = 21; Org visits = 16; Unique locations below

| Dropbox | Organization |
|---|---|
| Adams Park Library | Georgia Budget and Policy Institute |
| Adamsville/Collier Heights Library | New Georgia Project |
| Auburn Avenue Research Library | NGP Action Fund |
| Buckhead Library | |
| Decatur City Hall | |
| Dogwood Library | |
| Fulton County Government Center | |
| Mechanicsville Library | |
| Ponce De Leon Library | |
| Sewell Mill Library & Cultural Center | |
| Toco Hills-Avia G. Williams | |
| West End Library | |

Exhibit P

CONFIDENTIAL

## Top 10 Devices of Interest - Nationwide



TTV_006836