# EXHIBIT 190

This Exhibit Is Being Filed Provisionally Under Seal