# EXHIBIT 193

Message

─────────────────────────────────────────────

**From:**      Bruce Schooley ███████████████████
**Sent:**      4/7/2022 10:49:52 AM
**To:**        nathan ████████████████
**CC:**        ████████████
**Subject:**   Re: davids list



Great idea.  I hate that graphic in there now.  I'll call to go over

-----Original Message-----
From: Nathan Frankowski ██████████████████████████
To: Bruce Schooley █████████████████████
Cc: ████████████████████████████████████
Sent: Thu, Apr 7, 2022 8:18 am
Subject: Re: davids list

There is no video of a mule at multi locations, or at least looks like the same person. Unless Gregg can show me exactly, but I recall the one he did have, it's a far away shot and dark, so it could be anyone.

2 and 3 will open the reels again. So this will delay delivery to next week. Kappa should be able to handle it. but at some point we have to LOCK picture.

3 is actually in the movie, here's the transcript. THe problem is it's Gregg's shitty graphic. We could redo this one with Frank, and make it better

What you see here on the screen is a single person, on a single day, in Atlanta, GA –they went to 28 drop boxes and five organizations, in one day.

Dinesh D'Souza 00:30:20: What are the orange dots?

Gregg Phillips 00:30:21: Those are drop boxes.

Dinesh D'Souza 00:30:24: And what is the blue tracks?

Gregg Phillips 00:30:26: That is a smoothed-out pattern of life so that we could take the sort of the movement of the individual cellphone signals, marry them together into something that's visual so that you can see movement on the individual. To get to some of these drop boxes, you had to be intentional. You had to get off the highway. You had to go on surface streets, you had to turn in somewhere, in order to get to those drop boxes.

Dinesh D'Souza 00:30:52: And the circles I take it, reflect the non-profit centers? Is that the places where the ballots originate?

Gregg Phillips 00:30:59: The 'stash houses.' Where the ballots are collected and handed to the MULES to take to the drop boxes.

On Thu, Apr 7, 2022 at 10:43 AM Bruce Schooley ████████████████████████ wrote:
 Regarding David's list:

I'll work with Nathan on one and two.  A couple more clips will do it. Some already in there now.

What about 3?  Not a bad idea. Could Gregg give us the route of one mule on one night.  Frank could easily throw it on one of our maps, give the times.  It would take 10 seconds on screen over

Confidential

someone already talking. All visual with the red pops and the time and coordinates. We could create it if he can't get us real info but it would be better with real data.

Bruce

(from David) Dinesh:

I got some additional feedback from the leadership at Regnery and Townhall. There we a concern that we are not showing enough evidence of wrongdoing. There were 3 suggestions:

- Show the same person visiting multiple drop boxes.
- Show more people stuffing ballots.
- Show in greater detail the mobile phone data. Show the exact route that someone took at 3 in the morning and state exactly how many bad cell phone trails were found.

They did love the movie.

Hope this helps.


David A.R. Evans
Chief Operating Officer
**Salem Media Group**
███████████████

Confidential