# EXHIBIT 194



### multiple ballot video needed

**Bruce Schooley** <REDACTED>  Mon, Jan 10, 2022 at 1:12 PM
Reply-To: Bruce Schooley <REDACTED>
To: REDACTED <REDACTED>, REDACTED <REDACTED>, REDACTED <REDACTED>, REDACTED <REDACTED>, REDACTED <REDACTED>

Hi Catherine and Gregg,

Nathan and I are cutting a rough teaser trailer based on Dinesh's outline before we send out to today for graphics and sound/music.

Now we see individuals doing one drop with what appears to be one ballot. At this point they are just using the drop box to vote. Nothing illegal.

**Do you have video of multiple drops by same person (and/or) multiple ballots (and/or) evidence they are out of state.**

There is one video of one person who looks like he has more than one ballot but we need more. 250 mules x 25 drops is 6250 votes. Even if illegal it wouldn't change the outcome unless we show more than one ballot.

I know we are limited in what we can prove in a short teaser trailer, but we need to indicate we have the goods.
[Quoted text hidden]