# EXHIBIT 196

This Exhibit Is Being Provided In Physical Format