# EXHIBIT 197

To: Catherine, Gregg

@LorenCollins @DineshDSouza True The Vote had drop box video for 12 libraries in Fulton County.

And yet True The Vote couldn't find anyone in their geotracking data going to more than one Fulton library drop box to use in 2000 Mules.

That's pretty odd.

Paola Poot
twitter.com

I'm not responding to this but forwarding it just FYI

Gregg Phillips
It's not odd. It's false.

How so? Just curious

Gregg Phillips
We do have geotracking data going to all libraries.

I'm the first paragraph above they mention video. In the second they mention geotracking.

I think he is asking about video in both cases
1 Reply

Gregg Phillips
We also have the same person going to different libraries on video.

If you have the geotracking and the boxes had surveillance, where's the video?

I think he is asking about video in both cases

Gregg Phillips
Maybe but that's not what he said.

This is what we need to show. Just to shut these guys up!

Catherine Engelbrecht
1. 90% of video was unavailable in Fulton County for the General Election (as we showed w the letter received from the county)

2. Of the video available from the Run-Off most cameras were positioned in ways that made video unusable, drops at night weren't lit, etc.

This is why the geotracking was such a breakthrough.

We might even have it in what you sent us but you'll have to walk Nathan through the video so he knows what to put together

Even if it's indistinct it might be worth showing just to say: Here you go!
1 Reply

Catherine Engelbrecht
It's all going to be shown when we pull the ripcord in a few weeks. Working with Bitchute to get everything set for end of July

America will get to see it all; the good, the bad, the ugly

Even if it's indistinct it might be worth showing just to say: Here you go!

Catherine Engelbrecht
In the teaser we show the same person going to 2-3 places.

