# EXHIBIT 198

Message

---

**From:**      Bruce Schooley REDACTED
**Sent:**      1/10/2022 11:19:10 AM
**To:**        REDACTED    REDACTED    REDACTED
**Subject:**   Re: 1st pass trailer

I think we can make the graphics work with this.  Don't like the map.  I think we go from geo to video to geo to video to blend to titles so graphics build to title.

My problem so far...

This just looks like people dropping off their votes.  It never to me looks like multiple ballots.  I asked Gregg in first meeting if he had obvious multi ballot handfuls and I still don't see any.

We have to show multiple something..so...

1) either handfuls of ballots or
2) same person multiple times.

If we don't have a handful then we need the same person multiple times.  We track them with geo and show them dump each time.  It would be very strong visually and it would be actual EVIDENCE OF ILLEGAL VOTING.


-----Original Message-----
From: Nathan Frankowski <REDACTED        >
To: Dinesh D'Souza <REDACTED         >; Debbie D'Souza <REDACTED        >; Bruce Schooley <REDACTED        >
Sent: Mon, Jan 10, 2022 9:14 am
Subject: 1st pass trailer

https://www.dropbox.com/s/wjtrwjcntexozsa/2000MULES.mp4?dl=0

Confidential