# EXHIBIT 199

This Exhibit Is Being Filed Provisionally Under Seal