# EXHIBIT 200

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 29 | Date Range: 1/10/2022 |

## Outline of Conversations



**CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/01/10** • 29 messages on 1/10/2022 • Catherine Engelbrecht <• Redacted > • Debbie D'Souza <• Redacted > • Gregg Phillips <• Redacted >

Confidential
DDR-00056096

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01577 - 2022/01/10**

**DD** **Debbie D'Souza** < Redacted >  ◀ 1/10/2022, 1:21 PM

Nathan picked some very innocuous footage. The people he picked basically looked like they were just dropping off one ballot. I think the key is to have one person in multiple locations like what you showed us. We would like to do a call with Nathan this afternoon and maybe walk him through it? Let me know .. it is my birthday but doesn't look like I'm doing anything lol

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:26 PM

Ha! My birthday is Thursday and I totally get it.

We've offered several times to review the videos, folders, what we've already produced, but he doesn't seem to keen to talk.

We recommend:
1. Repeater
2. Multiple ballot
3. Gloves
4. Taking pictures of drops

But there are other folders too. The folders are named according to their issue. If he looks in "final production" he'll see how we put a few together

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:28 PM

Because he has no background in this it will be difficult for him to pull this together without talking with us

**DD** **Debbie D'Souza** < Redacted >  ◀ 1/10/2022, 1:28 PM

He needs to talk to you guys . He doesn't have a choice in the matter

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:28 PM

Perfect.

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:29 PM

We're ready.

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:29 PM

If they have a script we can marry up the right videos

**DD** **Debbie D'Souza** < Redacted >  ◀ 1/10/2022, 1:30 PM

Loved "If they have a script we can marry up the right videos "

**DD** **Debbie D'Souza** < Redacted >  ◀ 1/10/2022, 1:32 PM

Are you guys available at 4pm CST? I'll send out a zoom invite
AND HAPPY EARLY BIRTHDAY MY FELLOW CAPRICORN! ❤️

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:35 PM

Yes, that works. Would you please ask them to send a script so we can be prepared?

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:35 PM

Loved "Are you guys available at 4pm CST? I'll send out a zoom invite
AND HAPPY EARLY BIRTHDAY MY FELLOW CAPRICORN! ❤️"

**DD** **Debbie D'Souza** < Redacted >  ◀ 1/10/2022, 1:46 PM

Let me see if Dinesh can do that

**CE** **Catherine Engelbrecht** <+ Redacted >  ▶ 1/10/2022, 1:47 PM

Liked "Let me see if Dinesh can do that "

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 1:47 PM
     Gregg has some GREAT suggestions!

DD   **Debbie D'Souza** < Redacted >                                                          ◀ 1/10/2022, 1:47 PM
     Dinesh just said he doesn't have one . He doesn't fit videos to script , he does it the other way around.  This preliminary rough draft is NOT the final

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 1:47 PM
     Liked "Dinesh just said he doesn't have one . He doesn't fit videos to script , he does it the other way around.  This preliminary rough draft is NOT the final"

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 1:48 PM
     Totally cool, but please please keep us in the loop.

DD   **Debbie D'Souza** < Redacted >                                                          ◀ 1/10/2022, 1:48 PM
     I did tell them about the verbiage of not using the word "illegal" … you may have to tell them on the call and tell them why. They are all a little stubborn in my opinion 🤷‍♀️

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 1:49 PM
     In this case, stubborn will get everyone sued.

DD   **Debbie D'Souza** < Redacted >                                                          ◀ 1/10/2022, 1:50 PM
     Really nail that fact !

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 1:50 PM
     Loved "Really nail that fact ! "

DD   **Debbie D'Souza** < Redacted >                                                          ◀ 1/10/2022, 4:17 PM
     I made you host Gregg

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 4:27 PM
     This is a good one

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 4:27 PM
     https://www.vox.com/platform/amp/recode/22038383/dhs-cbp-investigation-cellphone-data-brokers-venntelAttachment Title: 75A01711-A96B-4A09-9C24-F83775450E05.pluginPayloadAttachmentAttachment Title: F78D163E-F67F-462A-B971-E8062501559C.pluginPayloadAttachment

*Attachment: 75A01711-A96B-4A09-9C24-F83775450E05.pluginPayloadAttachment (1 MB)*

*Attachment: F78D163E-F67F-462A-B971-E8062501559C.pluginPayloadAttachment (3 KB)*

DD   **Debbie D'Souza** < Redacted >                                                          ◀ 1/10/2022, 4:28 PM
     Loved "https://www.vox.com/platform/amp/recode/22038383/dhs-cbp-investigation-cellphone-data-brokers-venntel"

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 5:36 PM
     Another one. This is what we do

CE   **Catherine Engelbrecht** <+ Redacted >                                                  ▶ 1/10/2022, 5:36 PM
     https://www.vice.com/en/article/epdpdm/ice-dhs-fbi-location-data-venntel-appsAttachment Title: F9BCA63F-866B-47A3-9DC0-86AF247B83FA.pluginPayloadAttachmentAttachment Title: 5A3E738F-3526-48A6-87CE-1E7F0FD59AD7.pluginPayloadAttachment

*Attachment: F9BCA63F-866B-47A3-9DC0-86AF247B83FA.pluginPayloadAttachment (1 MB)*

*Attachment: 5A3E738F-3526-48A6-87CE-1E7F0FD59AD7.pluginPayloadAttachment (6 KB)*

GP **Gregg Phillips** <+Redacted> ▶ 1/10/2022, 5:58 PM
Sorry I was impatient and snotty on the call today. I should have been more thoughtful with that many folks on the phone.

DD **Debbie D'Souza** <Redacted> ◀ 1/10/2022, 5:59 PM
No worries and you weren't!
I'm kind of a basket case because I just found out my mom has COVID . Thankfully she's ok so far but she's very high risk ..
So needless to say , I didn't notice and I hope you feel better!!

Confidential                                                                                                               DDR-00056099