# EXHIBIT 201

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 44 | Date Range: 5/25/2022 - 5/26/2022 |

## Outline of Conversations

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 02118 - 2022/05/26** · 44 messages between 5/25/2022 - 5/26/2022 · Debbie D'Souza < Redacted > · Dinesh DSouza < Redacted >

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 02118 - 2022/05/26**

**DD**   **Debbie D'Souza** ◁ Redacted ▷     ◀ 5/25/2022, 8:03 PM

https://twitter.com/Uvalde_CISD/status/1529480046276141056?s=20&t=e3kjhOF0B3HERvzfg8hzRQAttachment Title: F195763A-4A72-4A50-A7F3-848A39ECE53E.pluginPayloadAttachmentAttachment Title: 01B95FAB-A425-4BAE-905A-375E26BE7C92.pluginPayloadAttachment

*Attachment: F195763A-4A72-4A50-A7F3-848A39ECE53E.pluginPayloadAttachment (458 KB)*

*Attachment: 01B95FAB-A425-4BAE-905A-375E26BE7C92.pluginPayloadAttachment (719 bytes)*

**DD**   **Debbie D'Souza** ◁ Redacted ▷     ◀ 5/25/2022, 8:11 PM

https://www.gofundme.com/c/act/donate-to-texas-elementary-school-shooting-reliefAttachment Title: 7A18B404-CA1F-42E8-838C-05343CD51720.pluginPayloadAttachmentAttachment Title: 7D7D5C07-A064-4DEC-98F9-137380702ACA.pluginPayloadAttachment

*Attachment: 7A18B404-CA1F-42E8-838C-05343CD51720.pluginPayloadAttachment (2 KB)*

*Attachment: 7D7D5C07-A064-4DEC-98F9-137380702ACA.pluginPayloadAttachment (90 KB)*

**DD**   **Debbie D'Souza** ◁ Redacted ▷     ◀ 5/26/2022, 11:14 AM

Attached URL: https://p32-content.icloud.com/M69C13FBD08F79111FA5FC8A99F32E775699FA30B5FD8B43044A35DB3FB7C8232.C01USN00Attachment Title: IMG_8455.jpeg



*Image: IMG_8455.jpeg (59 KB)*

**DD**   **Debbie D'Souza** ◁ Redacted ▷     ◀ 5/26/2022, 11:57 AM

Still here - no end in sight . Lots of issues with interview and of course he took 20 min in the bathroom

**DD**   **Dinesh DSouza** ◁ Redacted ▷     ▶ 5/26/2022, 12:04 PM

Nice GETTR image!

**DD**   **Dinesh DSouza** ◁ Redacted ▷     ▶ 5/26/2022, 12:04 PM

I found grapefruit Topos

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:04 PM
What???? Really ??

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:05 PM
Did you get a bunch? Lol

**DD** Dinesh DSouza < Redacted >  ▶ 5/26/2022, 12:05 PM
They had 24 so I got them all

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:05 PM
Ok

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:11 PM
Did you see the email I forwarded you from that woman that was super mad about the DVDs ?

**DD** Dinesh DSouza <+ Redacted >  ▶ 5/26/2022, 12:11 PM
No let me check

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:11 PM
Very bad

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:12 PM
By the way - our Dishwasher is on its last leg

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:15 PM
Ray Liotta died

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:15 PM
Goodfellas

**DD** Dinesh DSouza < Redacted >  ▶ 5/26/2022, 12:16 PM
Was he that old?

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:16 PM
67

**DD** Dinesh DSouza < Redacted >  ▶ 5/26/2022, 12:16 PM
Wow!

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:17 PM
I know .. he was in The Dominican Republic filming a movie and he supposedly died in his sleep

**DD** Debbie D'Souza < Redacted >  ◀ 5/26/2022, 12:35 PM
Still here !!!!!

**DD** Dinesh DSouza < Redacted >  ▶ 5/26/2022, 12:37 PM
Wow!

**DD** Dinesh DSouza < Redacted >  ▶ 5/26/2022, 12:41 PM
https://twitter.com/ernie_zuniga/status/1529872688939995136?s=10&t=pUWzirlRefuuC49E7V6lZgAttachment Title: 7DC105B7-2601-47DD-836F-67967D4FECB3.pluginPayloadAttachmentAttachment Title: 4BF9CFC1-B80B-47F1-9A51-7E110716C2AF.pluginPayloadAttachmentAttachment Title: 2D9A1E75-0B80-4CAE-8676-D015895B1C92.pluginPayloadAttachmentAttachment Title: E3EE8A68-13F2-4585-B462-64F2131DC42D.pluginPayloadAttachment

*Attachment: 7DC105B7-2601-47DD-836F-67967D4FECB3.pluginPayloadAttachment (714 KB)*

*Attachment: 4BF9CFC1-B80B-47F1-9A51-7E110716C2AF.pluginPayloadAttachment (719 bytes)*

*Attachment: 2D9A1E75-0B80-4CAE-8676-D015895B1C92.pluginPayloadAttachment (714 KB)*

*Attachment: E3EE8A68-13F2-4585-B462-64F2131DC42D.pluginPayloadAttachment (719 bytes)*

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 12:49 PM
Oh this is soooo tragic

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 12:52 PM
Has this source been proven to be true?

**DD** — Dinesh DSouza <+ Redacted >   ▶ 5/26/2022, 12:56 PM
Yes this is a local reporter from San Antonio

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 12:57 PM
I looked online and there is nothing on it

**DD** — Dinesh DSouza <+ Redacted >   ▶ 5/26/2022, 12:57 PM
Oh wow!

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 1:03 PM
Yes it could be a rumor .. I don't like to share unless I know FOR SURE

**DD** — Dinesh DSouza <+ Redacted >   ▶ 5/26/2022, 1:03 PM
Yes true

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 1:04 PM
Had Catherine and Gregg provided more footage and the knowledge of the organizations we would have made a solid proof movie with no holes (just read that article )

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 1:04 PM
They didn't want to

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 1:11 PM
Honey I'm still at the studio

**DD** — Debbie D'Souza < Redacted >   ◀ 5/26/2022, 1:17 PM
Attached URL: https://p47-content.icloud.com/M69C13FBD08F79111FA5FC8A99F32E775699FA30B5FD8B43044A35DB3FB7C8232.C01USN00Attachment Title: IMG_1700.PNG





*Image: IMG_1700.PNG (307 KB)*

| | | | |
|---|---|---|---|
| DD | **Debbie D'Souza** < Redacted > <br> Tell me when you get there | ◀ | 5/26/2022, 1:17 PM |
| DD | **Debbie D'Souza** < Redacted > <br> Just pull up to drive through line | ◀ | 5/26/2022, 1:17 PM |
| DD | **Debbie D'Souza** < Redacted > <br> Put my drink in freezer when you get it | ◀ | 5/26/2022, 1:19 PM |
| DD | **Debbie D'Souza** < Redacted > <br> Did you get? | ◀ | 5/26/2022, 1:42 PM |
| DD | **Dinesh DSouza** < Redacted > <br> Yep! | ▶ | 5/26/2022, 1:42 PM |
| DD | **Debbie D'Souza** < Redacted > <br> Ok just got home | ◀ | 5/26/2022, 1:49 PM |

DD  **Dinesh DSouza** < Redacted >    ▶ 5/26/2022, 2:39 PM
https://twitter.com/breaking911/status/1529890019816747017?s=10&t=3O0_dNk9ygzPfS0Z4-1OywAttachment Title: 52CA88EC-ED1C-4518-A496-40A88C821EFD.pluginPayloadAttachmentAttachment Title: EA344947-4B99-4DDB-8218-0200A22B6857.pluginPayloadAttachmentAttachment Title: 30B910BD-2ACE-4ACA-8DE6-BAE94094D810.pluginPayloadAttachmentAttachment Title: 4EDD768B-E262-42FF-A8BB-B52DC1ECEEAD.pluginPayloadAttachment

*Attachment: 52CA88EC-ED1C-4518-A496-40A88C821EFD.pluginPayloadAttachment (1 MB)*

*Attachment: EA344947-4B99-4DDB-8218-0200A22B6857.pluginPayloadAttachment (1 MB)*

*Attachment: 30B910BD-2ACE-4ACA-8DE6-BAE94094D810.pluginPayloadAttachment (719 bytes)*

*Attachment: 4EDD768B-E262-42FF-A8BB-B52DC1ECEEAD.pluginPayloadAttachment (719 bytes)*

DD  **Dinesh DSouza** < Redacted >    ▶ 5/26/2022, 5:17 PM
https://twitter.com/gpollowitz/status/1529944508141649935?s=10&t=3O0_dNk9ygzPfS0Z4-1OywAttachment Title: 5B027197-19D8-4FFE-AB39-8B3120B6C7A1.pluginPayloadAttachmentAttachment Title: 8529BA80-1C3E-49C5-905C-F3B69F6E5076.pluginPayloadAttachment

Confidential

*Attachment: 5B027197-19D8-4FFE-AB39-8B3120B6C7A1.pluginPayloadAttachment (719 bytes)*

*Attachment: 8529BA80-1C3E-49C5-905C-F3B69F6E5076.pluginPayloadAttachment (1 MB)*

**DD** **Debbie D'Souza** ‹ Redacted › ◀ 5/26/2022, 5:17 PM
Dan Nelson
Cell: Redacted

**DD** **Dinesh DSouza** ‹REDACTED› ▶ 5/26/2022, 5:22 PM
https://twitter.com/awesomeaiken/status/1529558470386647042?s=10&t=3O0_dNk9ygzPfS0Z4-1OywAttachment Title: CE403D59-6417-4452-A514-8EC5D80BD7F1.pluginPayloadAttachmentAttachment Title: DF576184-C591-4604-A2DE-348C29216F0F.pluginPayloadAttachmentAttachment Title: 9B0132DA-5FE9-453B-9604-D7C048736BB3.pluginPayloadAttachmentAttachment Title: B8F50942-9040-490C-B6A1-93D09D253A4B.pluginPayloadAttachment

*Attachment: CE403D59-6417-4452-A514-8EC5D80BD7F1.pluginPayloadAttachment (177 KB)*

*Attachment: DF576184-C591-4604-A2DE-348C29216F0F.pluginPayloadAttachment (719 bytes)*

*Attachment: 9B0132DA-5FE9-453B-9604-D7C048736BB3.pluginPayloadAttachment (719 bytes)*

*Attachment: B8F50942-9040-490C-B6A1-93D09D253A4B.pluginPayloadAttachment (177 KB)*

Confidential