# EXHIBIT 202

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 13 | Date Range: 5/23/2022 |

## Outline of Conversations



**45d605b5860357ba5fc4966ea43216797c946c5608935a9d146ebddcf0a0ee01** • 13 messages on 5/23/2022 • +  Redacted  • Me

Confidential

DDR-00065357

**Messages in chronological order** (times are shown in GMT -05:00)

---

 **45d605b5860357ba5fc4966ea43216797c946c5608935a9d146ebddcf0a0ee01**

M **Me** — 5/23/2022, 2:35 PM
Nathan-can I see any images we have of the same mule at more than one location? Doesn't matter if it doesn't look the same.

\# + **Redacted** — 5/23/2022, 2:38 PM
We would need Greg to verify. I can't tell which mule is which, but I do recall him saying we have a few at multi locations

\# + **Redacted** — 5/23/2022, 2:38 PM
I'll send what I think I remember has multi locations

M **Me** — 5/23/2022, 2:38 PM
Yes I remember too! Can you connect with him on this

\# + **Redacted** — 5/23/2022, 2:38 PM
Sure

M **Me** — 5/23/2022, 2:41 PM
This would be fabulous to release'

\# + **Redacted** — 5/23/2022, 2:42 PM
Yes and hopefully they are still scanning video for more

M **Me** — 5/23/2022, 2:42 PM
Yes ask Greg

\# + **Redacted** — 5/23/2022, 2:52 PM
Gregg said, he's pulling cleaner versions. So maybe he wants to release them

\# + **Redacted** — 5/23/2022, 2:52 PM
Ya he said they'll release soon

M **Me** — 5/23/2022, 2:55 PM
Oh ok

M **Me** — 5/23/2022, 5:45 PM
[OBJ]

Attachment: IMG_2392.heic (858 KB)

\# + **Redacted** — 5/23/2022, 5:53 PM
😂😂