# EXHIBIT 203

This Exhibit Is Being Provided In Physical Format