# EXHIBIT 204

| | |
|---|---|
| From: | Bruce Schooley |
| Sent: | Thursday, December 9, 2021 3:15 PM EST |
| To: | djc▇▇▇ debbie▇▇▇ catherine▇▇▇ gregg▇▇▇ nathan▇▇▇; tmccann▇▇▇ |
| Subject: | first schedule and beat sheet request |
| Attachments: | ONE PARTY AMERICA FILM 12_9_21.pdf, election film beat sheet input needed.docx |

Election film team,
Here is a first rough for schedule and a start on beat sheet, but more input is needed. I included ideas from our past conversations and emails. We need to tell a full believable explanation of what happened. That will deliver the most impact.
Should we get investigators to help get us what every crime investigation feature has...raw footage of actual locations/people? Driving down city streets. Walking up to activist centers. If we only use reenactments and stock I think we lose credibility. If we are saying that thousands of people and hundreds of locations are involved in this scheme shouldn't we be able to find a few of them to put in the film?
It would be best to get the beat sheet done by year's end.
I'll start the sheet next and update when you send your ideas.
Thanks,
Bruce


EXHIBIT 23

CONFIDENTIAL

TTV_007191

## PRODUCTION SCHEDULE - ONE PARTY AMERICA

### November-21

| START DATE | END DATE | ACTION | STATUS | ALERT! |
|---|---|---|---|---|
| November 1st | | Start Beast Sheet | | |
| November 30th | | Finalize Production Schedule/Timeline | | |

### December-21

| START DATE | END DATE | ACTION | STATUS | ALERT! |
|---|---|---|---|---|
| December 6th | | Start Outline | | |
| December 10th | | NDA and Contracts Signed | | |
| December 31st | | Finalize Beat Sheet Input | | |

### January-22

| START DATE | END DATE | ACTION | STATUS | ALERT! |
|---|---|---|---|---|
| January 3rd | | Start Pre-Production for Dallas Produciton + Interview Shoots | | |
| January 3rd | January 7th | DINESH DESBIT OUT | | |
| January 10th | | Outline Edit Complete / Know what we need to complete film | | |
| January 13th | January 14th | DINESH AVAILABLE FOR INTERVIEWS | | |
| January 27th | January 28th | DINESH AVAILABLE FOR INTERVIEWS | | |

### February-22

| START DATE | END DATE | ACTION | STATUS | ALERT! |
|---|---|---|---|---|
| February 3rd | February 4th | DINESH AVAILABLE FOR INTERVIEWS | | |
| February 24th | February 25th | DINESH AVAILABLE FOR INTERVIEWS | | |
| February 21th | | Finalize Crew/Logistics for Dallas Production | | |
| February 28th | | Start Graphics | | |

### March-22

| START DATE | END DATE | ACTION | STATUS | ALERT! |
|---|---|---|---|---|
| March 2th | | Travel to Dallas | | |
| March 3th | March 6th | Dallas Production Prep | | |
| March 7th | March 11th | Dallas Production | | |

CONFIDENTIAL

TTV_007192

| | | | | |
|---|---|---|---|---|
| March 10th | March 11th | DINESH AVAILABLE FOR INTERVIEWS IN DALLAS | | |
| March 14th | | Final Editorial Week 1. Start VFX | | |
| March 17th | March 18th | (LAST CHANCE) DINESH AVAILABLE FOR INTERVIEWS | | |
| March 21st | | Final Editorial Week 2 | | |
| March 28th | | Final Editorial Week 3 | | |

| April-22 ||||| 
|---|---|---|---|---|
| START DATE | END DATE | ACTION | STATUS | ALERT! |
| April 4th | | Picture Lock - Final Post Week 1 | | |
| April 11th | | Final Post Week 2 | | |
| April 18th | | Final Post Week 3 | | |
| April 25th | | Final Post Week 4 | | |
| April 29th | | Final Picture Complete. Final Sound Design Complete. Final Music Complete. Final VFX Complete | | |


CONFIDENTIAL          TTV_007193

# ELECTION FILM: BEAT SHEET INPUT

To get a solid beat sheet by Jan 1 we need to get specific input soon to build it. I will update this as we go. I'll update during calls, but we need more. This list is not sequential.

**1. We need 5 or 6 characters from the Mule list (including their ballot-box locations) and any information on them. If we start with one city and then go national, we will need 3 or 4 from that start city, and then at least 1 from each of the other cities. This way we can say...based on real events.**
a. (Atlanta) (data + video)
b. (Phoenix)
c. (Philadelphia) (analyzing now)
d. (Minneapolis)
e. (Milwaukee)
f. (Detroit)
g. (Other?)

**2. Can we get an interview with a group of informant mules or people they impacted? It is better for collaboration if we have data + videos + witnesses. Without witnesses we just have exposition. Less drama and audience has to take our word for it.**
a. Woman doing "the Lord's work".
b. Someone to explain the scripts. How they were used to harass voters to allow the harvesting.
b. One of ladies in Arizona who has immunity.
c. We can do a reenactment of mules approaching voters with scripts but then we need backup of the witnesses.
d. The woman in Raphael Warnock's church running 3 organizations and she got a guilty conscious. Will she talk?
e.

**3. What props can we get as evidence and what props to show process?**
a. The actual script used to torment neighborhoods, shelters, retirement homes would be ideal.
b. Any emails from organizers to an informant?
c. Any home video of harvesters coming to doors?
d. What key props that we see in the videos that we will need to duplicate.
e. Ballot bags.
f. Ballot drop boxes like the original
g. The equipment in the voter processing rooms.
h. The covid protection zones to keep observers away.
i. Cameras as source of that footage
j. Vote counting machines. Is there any way we can get one of these? Can we dupe one?
k. Computers to send totals.

l. Ballots

### 4. How about people who were approached but declined?
a. Shouldn't we be able to find someone in a tormented area that kept saying no to these harvesters? We're talking hundreds of thousands of people approached. Can't we find a few who said no?
b. Any chance they have home video?
c. Any nursing homeowner that might be willing to talk?

### 5. Call out 5 or 6 key operatives who ran this harvesting and the organizations they are from or used. Show the buildings.
a.
b.
c.
d.
e.

### 6. How to include politicians while being fair. What do we KNOW?
a. Stacey Abrams?
b. Brian Kemp?
c. Raffensperger?
d. Anyone from the Obama administration? Holder?
e. David Purdue?
f. Mark Brnovich?

### 7. Which pundits or media?
a. We will use night of election footage, but can we get more?
b. Any evidence any pundit or media member was involved with this?
c. Show enforcement by media post-election on any suggestion of voter fraud.
d. Social media crack down.
e. Show Zuckerberg funding and then Zuckerberg censuring questioning of election integrity.

### 8. Any progress on murder case? Validates legality of data.
a. Gregg approached a new contact at the FBI+police. Any progress?
b. If they refuse can we get a politician or media person to break it?

### 9. Sequence ideas?
a. Fuss just kicked up recently by Kent?
b. Trump at rally referencing True the Vote.
c. Call between Trump and Raffensperger.
d. Arizona interested in an investigation.
e. Show progress of steps taken to nationalize the investigation. Anything we can film?
f. Nunes, Jordan, Ron Johnson meeting? Can we get an interview from one of these?

g. Make point that this data was used to find and arrest 1/6 participants. Validates legality of data.
h. If progress is made in murders in Atlanta. Task force FBI with police and they are "over the moon". Would they let us video any arrests? If not, should we reenact?
i. Answer the objection: why didn't they do this in Virginia?
j. Answer the objection: why did Trump lose but others down ticket win?
k. Answer the objection: yes, we see they illegally harvested, but would it have changed the election? Show win margins in each state. Do the math.
l. How do we handle 1/6? Wouldn't tie in be...if this data is good enough for 1/6, why not 11/3!
m. Tony Ramos(?) in Arizona. Bring in ballots to one lady. Mark and sign.

## 10. Ballot sources? Mules are the delivery, but where did they get the ballots. We need to show the possibility of hundreds of thousands of ballots.

a. Possibility 1: Dirty voter rolls.
b. Possibility 2: Harvesters targeting mail in ballots.
c. Possibility 3: UPS stores.
d. Possibility 4: Advocacy centers.
e. Possibility 5: Nursing homes
f. Possibility 6: Churches
g. Possibility 7: Homeless shelters.
h.

## 11. High profile interviews?

a. Brad Raffensperger?
b. Academic data expert?
c. Jordan?
d. Nunes? Someone from house?
e. Mark Brnovich?
f. Ron DeSantis?
g. Pompeo?
h. David Purdue

## 12. List the previous claims against election integrity and where they fell apart as evidence even if they are true. We don't spend much time on this. News clips of allegations and then rulings might be enough.

a. Voting machines
b. Statistical irregularities
c. Chain of custody
d. Two party observation

### 13. Locations for B Roll?  Which ones do we really need? Which ones can we get stock?
a. Atlanta
b. Phoenix
c. Philadelphia
d. Minneapolis
e. Milwaukee
f. Detroit
g. Washington DC

### 14. If they "Stole it fair and square", what does that mean for us going forward?
a. Clean up the voter rolls.
b. Pass legislation.
c. Eyes on the election process. What are they willing to do to win.
d. If it is legal for them, then it is legal for us.
e. If it is illegal for them and they do it anyway we must realize they won't be prosecuted in their counties so how do we stop them from doing it again?
e. We can't assume that once we win, everything returns to normal. America has changed and we need to act accordingly. If they lose this time, they will just get smarter and more devious next time.

### 15. Possible Outline
*This is a very rough first take to get the input started.  Some of these can be as short as 10 secs. Others several minutes.  Reenactments/characters create continuity.*
a. Open BIG with the Trump win. The radical Dems panic. Riots at the inaugural.
b. More sober Dems decide NEVER AGAIN! But what they did was behind the scenes.
c. What legal action did Dems (Holder) begin to set up voter disruption?
d. COVID. What legal action did Dems do to take advantage of this crisis?
e. Flood the country with ballots. What else did they do?
f. Show Trumps concern. But the Republicans did little in response. RNC nothing. Give some history.
g. Show Republicans working on the campaign. Huge rallies. Inroads in minority communities.
h. Show Democrats working on the election. Screw the campaign. Biden in the basement. Joke rallies.
i. Show Dem. billionaires secretly funding this election only strategy.
j. Note as we go day count-down to election. Show Republican confidence and Dem apparent inactivity.
k. Show Dems organizing activists, mules, county election officials, city by city.
l. Voting begins. Harvesting ramps up. City by city.
m. Night of the election. Trump is winning! Show leads.

n. Closing of the polling places. Voting halted city by city. Uh oh!
o. Show key cities, over time, provide just enough votes for slim margin wins to carry just what's needed...the key swing states. Go through city by city.
p. Show post 11/3 chaos. Show Republican failed strategies hoping to prove fraud. Underlying theme is how unprepared and vulnerable the Republicans were.
q. Show crazy stuff leading up to 1/6. Show Republican failed strategies losing one by one. Then go through the last-ditch efforts that conservatives did that were never going to work. As we show this, we also show how FBI and Dem where planning on using 1/6.
r. Show 1/6 and its usefulness by Dems to shut down fraud allegations.
s. Show lock down of capital, lock down of speech. Show dramatization of FBI arrests of first round of 1/6 defendants.
t. Show state legislators taking action to ensure voter integrity even as they are attacked by Justice Department, media, Dems.
u. REVEAL: Use of data to find other 1/6 defendants and them being arrested and thrown into jail.
v. REVEAL: Hey...what happens if we use same approach to find out what happened on 11/3?
w. REVEAL: Describe (1) data collection then (2) use the data to track mules from activist locations to drop boxes using data graphics. Start in Atlanta. What about Philadelphia? What about Detroit? What about?? Go through list of cities.
x. ASK: Is there any other evidence to absolutely prove this besides the data and the witnesses?
y. REVEAL: DROP BOX VIDEO!!!
z. Show response to this evidence. Salem hosts respond. Politicians who have seen it. Anyone else?
aa. ASK: Now that we know what happened, what are we going to do about it?
    1. Clean up voter rolls.
    2. Legislation.
    3. Chain of custody.
    4. Republicans using all the same legal methods that the Dems use. Republicans must spend as much effort on the actual election as the Dems do.
    5. REAL TIME ELECTION: We must have a way to expose election fraud as it happens, which means we must be prepared for it.
bb. Inspiration ending. America is realizing how radical the Dem agenda is and the lengths they will go to put America under one party rule. What that means is we must win.

## 16. Characters
1. Mules 1 – 6
2. Investigative Reporters 2
3. Poll workers 1 - 10
4. Van drivers 1 – 2
5. Security guards 4
6. Observers 20
7. Harvesters 6
8. Activist coordinators 4

9. Activist 10
10. Dem leadership meeting 6

## OTHER

### i. Agreement and NDA
Sent to Catherine and Gregg 12/8.

### ii. What to sequestered?
Seems top of list is the video, which is useful to dramatize the evidence but is not essential to any legal proceedings.

### iii. We need a couple of investigators to hit the street. They could be on screen.
There must be an army in each of these cities that are concerned with what happened. Republicans in each city should know some of them. Isn't there a boat load of affidavits? Let's find them with help from local Republicans.

### v. The Salem radio hosts act as?
a. Judges on the evidence.
b. Advocates to action? Gives them an active role. Would boost the film.