# EXHIBIT 205

Message

**From:** Tracy Sturm [REDACTED]
**on behalf of** Edward G. Atsinger III <REDACTED> REDACTED
**Sent:** 6/10/2022 4:55:18 PM
**To:** Dinesh D'Souza REDACTED
**CC:** Hawker [REDACTED]
**Subject:** 2000 Mules

Dinesh,

See below the first two paragraphs of the email Hugh sent me after watching 2000 Mules. The second paragraph is the one that you and I discussed that I would like you to provide me with a brief response. Again, it was good talking with you and I'll keep you informed. If you get any data from Rasmuthsen it would be nice to see that as well.

All the best,
Ed

Hi Edward:

I watched 2000 Mules this afternoon as you requested. My opinion that there is no evidence remotely close to throwing the election into doubt in one, much less three/four states (depending on the combination) to change to results in 2020 presidential. As I think I told you, in my 2004 book "If It's Not Close, They Can't Cheat" reviews the long history of Democratic cheating. The crucial conclusion though is that recounts/fraud investigations never work in a statewide vote unless they are within 1,000 votes. Most recent example is Dave McCormick in PA. He was at -925 with 800 uncounted, and he conceded this weekend.

What Dennis said on about the worst bit of video (3:50 AM drop box guy who drops the ballot —video used at least twice, like the glove lady who was used twice): "This alone is at least suggestive." He's right. It's suggestive that we need poll watchers at every drop box. I ran/walk/drive by an Irvine drop box at Shady Canyon park at least 6 times a day, often far more. I'd get picked up on the data screen that Dinesh uses and I go to a not for profit (The Pacific Club) at least five times a week. I'm not remotely persuaded that Dinesh proved a thing. I think he's added to the alarm that we have to do away with drop boxes ("Zuckerberg boxes") but that's a consensus position.

*Edward G. Atsinger III*
*Executive Chairman*
*Salem Media Group*
REDACTED