# EXHIBIT 206

This Exhibit Is Being Filed Provisionally Under Seal