# EXHIBIT 209

This Exhibit Is Being Filed Provisionally Under Seal