# EXHIBIT 210

This Exhibit Is Being Filed Provisionally Under Seal