# EXHIBIT 211

This Exhibit Is Being Filed Provisionally Under Seal