# EXHIBIT 212

This Exhibit Is Being Provided In Physical Format