# EXHIBIT 213



Patricia Jackson <pljpublicity@gmail.com>

# RE: Daily Sales Update
1 message

---

**bryce.kesler@cloudburstent.com** <bryce.kesler@cloudburstent.com>  Thu, May 5, 2022 at 11:18 PM
To: Robert Ellis <rellis@salemnational.com>, Dan Nelson <dan.nelson@salemmedia.com>, Kevin Kahan <kevin.kahan@cloudburstent.com>, Patricia Jackson <pljpublicity@gmail.com>

Finally got some time to get this together.

Below and attached are the final theater event stats.

Full breakdown attached.

Summary below.

- Total Locations = (275)
- Sold Out = (226)
- Total Seats Made Available = 70,157
- Total Seats Sold = 74,456
- % of Seats Sold = 94.2%
- Total Sales = $1.403m

Wow.

**Bryce Kesler**

Director of Operations & Analytics  |  Cloudburst Entertainment

20715 N Pima Rd #F108 Scottsdale, AZ 85255

Office: 602.612.4066  |  Mobile: 480.688-8460

cloudburstentertainment.com



**From:** bryce.kesler@cloudburstent.com <bryce.kesler@cloudburstent.com>

**Sent:** Tuesday, May 3, 2022 9:39 AM
**To:** 'Robert Ellis' <rellis@salemnational.com>; 'Dan Nelson' <dan.nelson@salemmedia.com>; 'Bruce Schooley' <brucetothesource@aol.com>; 'Kevin Kahan' <kevin.kahan@cloudburstent.com>; 'Patricia Jackson' <pljpublicity@gmail.com>
**Subject:** Daily Sales Update

Hi All,

Here's the daily update –

See below for **Theater Ticket** sales progress | attached for theater-by-theater sales:

- Attached is where you'll find which locations have sold out and which locations still have room to sell more
- (200) locations have now sold out
- (242) locations have sold 60% or more of the available seats, out of (275) total locations

- **Yesterday finished with $129k**
- Today we've banked $13k so far
- **Total sales to date = $1.322m | 66k tickets**

| Date | Sales | Tickets | Visitors | $/Visit |
|---|---|---|---|---|
| | | THEATER EVENTS | | |
| 19-Apr | $ 13,400 | 670 | 1,755 | $ 7.64 |
| 20-Apr | $ 35,900 | 1,795 | 4,741 | $ 7.57 |
| 21-Apr | $ 53,900 | 2,695 | 7,080 | $ 7.61 |
| 22-Apr | $ 45,920 | 2,298 | 6,355 | $ 7.23 |
| 23-Apr | $ 45,480 | 2,274 | 7,321 | $ 6.21 |
| 24-Apr | $ 72,360 | 3,622 | 12,046 | $ 6.01 |
| 25-Apr | $ 104,100 | 5,207 | 16,021 | $ 6.50 |
| 26-Apr | $ 123,440 | 6,201 | 17,871 | $ 6.91 |
| 27-Apr | $ 164,540 | 8,237 | 25,452 | $ 6.46 |
| 28-Apr | $ 171,120 | 8,563 | 33,961 | $ 5.04 |
| 29-Apr | $ 133,960 | 6,706 | 27,223 | $ 4.92 |
| 30-Apr | $ 97,280 | 4,869 | 21,791 | $ 4.46 |
| 1-May | $ 118,640 | 5,960 | 26,938 | $ 4.40 |
| 2-May | $ 129,380 | 6,522 | 67,675 | $ 1.91 |
| 3-May | $ 13,040 | 652 | 12,086 | $ 1.08 |
| TOTAL | $1,322,460 | 66,271 | 288,316 | $ 4.59 |

**Virtual Premiere** –

- VP has now banked $456k and sold 22k tickets. On pace for best day yet today.

| VIRTUAL PREMIERE | | |
|---|---|---|
| Date | # of Tickets | Revenue |
| 20-Apr | 107 | $ 2,140 |
| 21-Apr | 279 | $ 7,496 |
| 22-Apr | 325 | $ 6,979 |
| 23-Apr | 366 | $ 10,673 |
| 24-Apr | 679 | $ 16,454 |
| 25-Apr | 539 | $ 10,760 |
| 26-Apr | 1,091 | $ 23,237 |
| 27-Apr | 2,020 | $ 42,795 |
| 28-Apr | 2,402 | $ 48,998 |
| 29-Apr | 2,221 | $ 45,338 |
| 30-Apr | 2,169 | $ 43,380 |
| 1-May | 2,433 | $ 50,576 |
| 2-May | 5,194 | $ 108,610 |
| 3-May | 1,901 | $ 38,552 |
| | | |
| TOTAL | 21,726 | $ 455,988 |

**Bryce Kesler**

Director of Operations & Analytics  |  Cloudburst Entertainment

20715 N Pima Rd #F108 Scottsdale, AZ 85255

Office: 602.612.4066  |  Mobile: 480.688-8460

cloudburstentertainment.com


https://cloudburstentertainment.com/



**2000 Mules Ticket Sales Progress by Location - 5-5-22.xlsx**
61K