# EXHIBIT 214

This Exhibit Is Being Provided In Physical Format

This Exhibit Is Being Filed Provisionally Under Seal