# EXHIBIT 215

| | |
|---|---|
| From: | Dinesh D'Souza Admin |
| Sent: | Thursday, May 26, 2022 3:32 PM EDT |
| To: | Dawn Eddy |
| CC: | Anna Tierney; Rebekah Henley; Catherine Engelbrecht |
| Subject: | Re: High Resolution Graphic Needed: 2000 Mules Movie Poster |

Amazon and Walmart.com also have the DVD. In case you don't already.

Manager DineshDSouza.com
admin@dineshdsouza.com

On May 26, 2022, at 2:31 PM, Dinesh D'Souza Admin <admin@dineshdsouza.com> wrote:

Thank you for your interest in showing the movie. Because it is still in circulation and is less than 6 months old, we are asking all folks interested in a public showing to be a license fee. **The cost would be $5/person, and all we'd ask is that you:**

**1. Purchase a DVD to use for your movie event/s. You can preorder now from** SalemNow**. Just have the DVD/s directly shipped to yourself for the event/s.
2. Keep track of how many people attend. If you're not equipped to do an exact tally (for example if you're at a very large venue), then a close estimate of attendees is fine.
3. After your event/s, mail a check that pays the $5/person license fee. So if you have 100 people attend an event, the check would be for $500 (as one example).**

<u>**Make check out to:**</u>
**One Party America, LLC**
<u>**Mail Check to:**</u>
███████████████████████
███████████████████████
███████████████
<u>**In memo section of check:**</u>
**Please write "License Fee," the # of people that attended, and location of the screening (separate check for each event, please)**

**Once we verify that you are in agreement, we will send you a high resolution image of the poster.**

Manager DineshDSouza.com
admin@dineshdsouza.com

On May 26, 2022, at 2:21 PM, Catherine Engelbrecht <Catherine@truethevote.org> wrote:

CONFIDENTIAL
TTV_006759

Hi Dawn -

Thanks for reaching out. I've copied D'Souza Productions to send the info you need for licensing, etc.

Ever onward!
Catherine

On Thu, May 26, 2022 at 1:12 PM Dawn Eddy <dawn@unitedinpurpose.org> wrote:

Hello Catherine,

I wanted to check in with you to see if you were able to locate that high res file we need? I need to send this to print today. Would it be possible to send a PDF? Attached is the high res file I am looking for.

<image001.gif>

<image002.png>
**Dawn Eddy**
**Graphic Design | IT Support**
United In Purpose

<image003.png>         719-980-0270         <image004.png>         dawn@unitedinpurpose.org

<image005.png>

**From:** Anna Tierney <anna@unitedinpurpose.org>
**Date:** Wednesday, May 25, 2022 at 9:48 AM
**To:** catherine@truethevote.org <catherine@truethevote.org>
**Cc:** Dawn Eddy <dawn@unitedinpurpose.org>, Rebekah Henley <rebekah@unitedinpurpose.org>
**Subject:** High Resolution Graphic Needed: 2000 Mules Movie Poster

Hello and happy Wednesday, Catherine!

My name is Anna Tierney and I work with United in Purpose led by CEO Rebecca Hagelin.

Randy Price sent me your email as he suggested you might be the best person to ask as he is out of the office and doesn't have access to a certain file.

We are showing the *2000 Mules* movie at our upcoming conference and need a high-resolution image so we can insert it on our poster encouraging attendees to watch the movie.

Our Graphic Designer Dawn said that she needs the print-ready poster that you already have designed. **Do you possibly have that high-res image via PDF or something already created for this?** We don't need you to create something, we just need a high-res image to use on our poster. 􏰀

Please let me know if this is something you can provide – or if you can point me to the correct person to provide it.

I look forward to hearing from you!

Blessings,

Anna

CONFIDENTIAL     TTV_006761



**Anna Tierney**
**Director of Marketing & Communication**
United in Purpose

(661) 839-9069      anna@unitedinpurpose.org

**CONFIDENTIAL**                                                                 TTV_006762