# EXHIBIT 218

This Exhibit Is Being Filed Provisionally Under Seal