# EXHIBIT 219

This Exhibit Is Being Filed Provisionally Under Seal