# EXHIBIT 220

This Exhibit Is Being Filed Provisionally Under Seal