# EXHIBIT 221

This Exhibit Is Being Filed Provisionally Under Seal