# EXHIBIT 222

This Exhibit Is Being Filed Provisionally Under Seal