# EXHIBIT 225

This Exhibit Is Being Filed Provisionally Under Seal