# EXHIBIT 226

Message
_____

| | |
|---|---|
| **From:** | Debbie D'Souza ▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | 1/10/2022 12:43:15 PM |
| **To:** | Bruce Schooley ▮▮▮▮▮▮▮▮▮ |
| **CC:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Re: evidence |

You have their e-mail correct? Why don't you compose an e-mail asking this very question.
Debbie

Sent from my iPhone

> On Jan 10, 2022, at 12:26 PM, Bruce Schooley <▮▮▮▮▮▮▮▮▮▮> wrote:
>
> We need our best evidence of illegal ballot harvesting...then we can go to graphics that makes this evidence explicit.
>
> We need a phone call with Catherine and Gregg to see what they've got to SHOW multiple drops + multiple ballots + out of state mules.
>
> I don't think one person dropping off what looks like one or two ballots off does it. It doesn't convince me and I want it to be true.



EXHIBIT
115
Plaintiff

Confidential