# EXHIBIT 228

| | |
|---|---|
| From: | Catherine Engelbrecht |
| Sent: | Tuesday, March 15, 2022 3:00 PM EDT |
| To: | Dinesh D'Souza |
| CC: | gregg |
| Subject: | Re: Excited to watch! |

Good deal.  We do have one caveat....if you decide to include the footage (along with the emails and other material evidence) we want to work closely to make sure we nail the messaging.  The NRSC, RNC, et al are part of the problem and this evidence shows that the NRSC engaged in the coverup, knowingly or unknowingly, neither is acceptable.  We do not want to sugar coat the magnitude of this problem.  They are complicit and need to be called out.

Further, I've read in 45's attnys about this.  They have additional ways they'd like to use this information to draw attention to the swamp.

The video may not be enough, may not be right for the movie, etc.  We totally get it and it's ok....but if you do want to use it, let's work together to make sure people understand what's really going on.

On Tue, Mar 15, 2022 at 12:44 PM Dinesh D'Souza < ████████ > wrote:
> Thanks for sending. Just got home so from the podcast so I'll watch this afternoon.
>
> Best, Dinesh

--



**TRUETHEVOTE**

CATHERINE
ENGELBRECHT
CEO & Founder

www.truethevote.org

PO Box 3109 #19128
Houston, TX 77253-3109



PLAINTIFFS DEP
66
18-Sep-2024
M. Schneider, CSR, RPR

CONFIDENTIAL

TTV_007299