# EXHIBIT 229

| | |
|---|---|
| From: | Cole Hughes |
| Sent: | Saturday, April 23, 2022 7:12 PM EDT |
| To: | Allison Pagliughi; Brent Robinson; Chelsea Magee; Kyle Reyes |
| CC: | Catherine Engelbrecht |
| Subject: | Fwd: [Test] 2000 Mules is just the beginning - see new trailer here! |

All - after Trump speaks on TTV and 2000 Mules at tonight's rally, Catherine will be sending this email out with a link for a new trailer.

The blog post on the website should mirror the email: the embedded trailer (Rumble link), the language from the body of the email, and 2000 Mules graphic.

We'll send you the Rumble link once it is loaded/live.

Thanks all. Let us know if you have any questions.

Ch


---------- Forwarded message ---------
From: **Catherine Engelbrecht** <
Date: Sat, Apr 23, 2022 at 5:58 PM
Subject: [Test] 2000 Mules is just the beginning - see new trailer here!
To: Friend << Test Last Name (as shown on Voter Registration) >> <

View this email in your browser



**SNEAK PEEK | New '2000 Mules' Footage Released**
President Trump Plays Movie Trailer in Exclusive Debut at Ohio Rally

PLAINTIFFS DEP
62
18-Sep-2024
M. Schneider, CSR, RPR

CONFIDENTIAL                                                                 TTV_007432





Our movie '2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead. We are still hard at w[ork] and I promise you - we will not quit. If elections are not truly fair, we are not truly free.

For more information about the movie, please go to 2000Mules.co[m]

To help support our continued research efforts, please consider a donation in USD or Bitc[oin]

Thank you all for your patience and continued support. Keep the faith. God bless Ameri[ca]

Ever onward -

**DONATE to True the Vote | USD/Paypal**

CONFIDENTIAL

TTV_007433

**DONATE to True the Vote | BITCOIN**



Copyright © 2022 True the Vote, All rights reserved.

Our mailing address is:
True the Vote
PO Box 3109
# 19128
Houston, TX 77253-3109

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

CONFIDENTIAL                                                                                     TTV_007434