# EXHIBIT 230

Message

| | |
|---|---|
| From: | Bruce Schooley [REDACTED] |
| Sent: | 3/28/2022 1:37:52 PM |
| To: | REDACTED; REDACTED |
| Subject: | Re: "2000 Mules" Color Spotting & Session |

Yes. It will be impossible to have a final edit before 4/17 since Trump sees it on 4/14 and he might have a note or two.

Maybe Kappa can move to 4/18 to save a couple of days. Kappa and Nathan are passing back and forth now. But the lock date can't be before 4/17 so we start there on rush color and delivery.

-----Original Message-----
From: REDACTED
To: 'Bruce Schooley' <REDACTED>
Sent: Mon, Mar 28, 2022 11:33 am
Subject: RE: "2000 Mules" Color Spotting & Session

Okay, if those dates are hard, I'll see if we have any wiggle room.

Is the color being done April 20th to 22nd the last editing of the film that will need to be done?

Bryce Kesler
Director of Operations & Analytics | Cloudburst Entertainment
REDACTED

From: Bruce Schooley <REDACTED>
Sent: Monday, March 28, 2022 11:33 AM
To: REDACTED
Subject: Re: "2000 Mules" Color Spotting & Session

We are doing color on 20 to 22 and they will take some time to get to Deluxe.

Can you see if there is any way to shorten the 12 days ahead requirement?

-----Original Message-----
From: REDACTED
To: 'Bruce Schooley' <REDACTED>
Sent: Mon, Mar 28, 2022 11:09 am
Subject: RE: "2000 Mules" Color Spotting & Session

Bruce, FYI, for 5/2 in-theater events – I've been told content must be ready to transmit on 4/20 (theaters receiving satellite delivery of a film require transmission occur 12 days ahead of first showtime).

Pretty sure Deluxe will need 3 business days in order to take the files and create the DCP that will transmit on 4/20.

So I believe this puts us at 4/17 as the date film must be fully complete/locked and on its way to Deluxe for creation of DCP. Is that possible to do? Maybe with rush finishing?

**Bryce Kesler**
Director of Operations & Analytics | Cloudburst Entertainment

REDACTED

---

From: Bruce Schooley <REDACTED>
Sent: Monday, March 28, 2022 11:02 AM
To: REDACTED
Subject: Fwd: "2000 Mules" Color Spotting & Session


-----Original Message-----
From: Patrick F. X. Murphy <REDACTED>
To: REDACTED <REDACTED>; REDACTED <REDACTED>; REDACTED <REDACTED>
Cc: Paul Long <REDACTED>; Lisa Kim <REDACTED>; Taylor Conroy <REDACTED>
Sent: Mon, Mar 28, 2022 10:55 am
Subject: "2000 Mules" Color Spotting & Session

Color work begins on 4/20 and is set to conclude on 4/22

https:// cloudburstentertainment.com/

https:// cloudburstentertainment.com/