# EXHIBIT 231

Message

**From:** Debbie D'Souza [REDACTED]
**Sent:** 4/21/2022 11:19:06 AM
**To:** Nathan Frankowski [REDACTED]; REDACTED; Dinesh DSouza [REDACTED]
**Subject:** Trump call

Trump loves the new cut!

He's asking to release trailer at his Ohio rally on Saturday.

Debbie

Sent from Debbie's iPhone