# EXHIBIT 232

May 31, 2024



# Salem Media Statement

CAMARILLO, Calif.--(BUSINESS WIRE)-- Salem Media Group, Inc. has made the following statement:

Salem Media Group, Inc.'s (OTCQX: SALM) former publishing division, Regnery Publishing (together, "Salem"), published a film and book entitled *2000 Mules* that examines allegations of voter fraud related to the 2020 presidential election. In publishing the film and the book, we relied on representations made to us by Dinesh D'Souza and True the Vote, Inc. ("TTV") that the individuals depicted in the videos provided to us by TTV, including Mr. Andrews, illegally deposited ballots. We have learned that the Georgia Bureau of Investigation has cleared Mr. Andrews of illegal voting activity in connection with the event depicted in *2000 Mules*.

It was never our intent that the publication of the *2000 Mules* film and book would harm Mr. Andrews. We apologize for the hurt the inclusion of Mr. Andrews' image in the movie, book, and promotional materials have caused Mr. Andrews and his family. We have removed the film from Salem's platforms, and there will be no future distribution of the film or the book by Salem.

ABOUT SALEM MEDIA GROUP:

Salem Media Group is America's leading multimedia company specializing in Christian and conservative content, with media properties comprising radio, digital media and book and newsletter publishing. Each day Salem serves a loyal and dedicated audience of listeners and readers numbering in the millions nationally. With its unique programming focus, Salem provides compelling content, fresh commentary and relevant information from some of the most respected figures across the Christian and conservative media landscape. Learn more about Salem Media Group, Inc. at www.salemmedia.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20240531275774/en/

Evan D. Masyr
Executive Vice President and Chief Financial Office
(805) 384-4512
evan@salemmedia.com

Source: Salem Media Group, Inc.