# EXHIBIT 3

# True the Vote
Geospatial Data Analysis Project
December 2020



Statement of Work

Highly Confidential – Attorneys' Eyes Only

TTV_009901

# Project Scope

## Objective

**Leverage historic and near real time behavioral mobility data to assist True the Vote in analyzing possible election process subversion in the form of ballot harvesting in the following states: GA, AZ, TX, PA, MI, and WI.**

Deliverables and Costs

1. **Build baseline/look back mobile device database:** OpSec Group will build a mobile device behavioral database with permitted use around this and related use cases. OpSec Group will surface 45 days of data for 9/20 through Election Day 11/3/2020 via a data lookback that will inform the following analyses in Atlanta, GA; Yuma, AZ; Houston, TX; Philadelphia, PA; Detroit, MI; Milwaukee, WI; and Pittsburgh, PA.

    1.1. **Geofence ballot harvesting drop boxes:** Deliverable will include a list of mobile devices that are observed within the pre-defined geofence of each ballot box. Data attributes to include the following for each observation in the dataset: Mobile device ID, Date/time, latitude, longitude, IP address, WiFi or cellular connection, cell carrier, app used (if available), device type, device model, and device OS.

    1.2. **Geofence suspected ballot harvesting organizations:** Deliverable will include a list of mobile devices that are observed within the pre-defined geofence of each organization location.

    
    Fee:

2. **Analyze ballot harvesting in key cities by state:** OpSec Group will provide Big Data analytics and consulting services in close coordination with the True the Vote team. Scope of services will include the following:

    2.1. **Analyze data set for ballot drop box frequency:** Deliverable will include a list of mobile devices that are observed within the pre-defined geofence of a ballot box according to a pre-defined frequency within our study window.

    2.2. **Analyze data set for organization and ballot drop box frequency:** Deliverable will include a list of mobile devices that are observed within the pre-defined geofence of both a ballot box and an organization location according to a pre-defined frequency.

    2.3. **Attribute mobile devices to likely places of residence:** Deliverable will include a list of mobile devices that meet the criteria defined in Deliverables 2.1 and 2.2 – and then reference the historical look back to define the likely place of residence during the study window.

    
    Fee:

3. **Strategic consulting and support:** OpSec Group will work with the TTV team to develop materials with analytics, visualizations, and related deck content.

    
    Fee:
    Total:



# Project Terms & Authorization

This Proposal is subject to the Terms and Conditions attached hereto as Exhibit "A" and made a part hereof.

Payment Terms: Full payment is due upon signing. Work will begin upon contract execution and receipt of full payment.

The Proposal has been reviewed and is approved for execution by the undersigned.

**OPSEC Group: Gregg Phillips**

*[signature]*     12/01/20

Signature     Date

**True the Vote: Catherine Engelbrecht**

*[signature]*     12/01/20

Signature     Date



opsec
operations. security. intelligence

**Highly Confidential – Attorneys' Eyes Only**

# Exhibit A:

1. **Acceptance**. These Terms and Conditions and the Proposal or Statement of Work (the "SOW") to which these Terms and Conditions are attached, including any attachments hereto and subsequently agreed upon SOWs, constitutes the entire agreement between the OpSec Group LLC ("OpSec Group ") and the client under this SOW (the "Client", OpSec Group and Client each individually a "Party" and collectively "Parties") with respect to the subject matter hereof and supersedes and replaces any and all prior and contemporaneous agreements, negotiations, and understandings of the Parties in connection herewith. No covenant or condition not expressed in this SOW shall affect or be effective to interpret, change or restrict this SOW. There are no representations, agreements, or inducements other than those set forth expressly and specifically in this SOW, including any attachments hereto, upon which the Parties have relied to enter into this SOW. This SOW shall not be amended, modified, altered, or supplemented except pursuant to a written instrument signed by all Parties hereto, making specific reference to this SOW.

2. **Fees**. OpSec Group shall be paid the fees (the "Fees") as provided in the SOW for services performed and provided pursuant to this SOW (the "Services").

3. **Independent Contractor**. OpSec Group and Client intend, acknowledge, and agree that OpSec Groups' relationship with Client shall be that of an independent contractor, and nothing in this SOW shall be construed to create, or otherwise constitute an agreement to create, a partnership, joint-venture, agency, employer-employee, or any other similar relationship. Client acknowledges, understands, and agrees that OpSec Group is free to perform, and to contract with other persons and/or entities to perform for the benefit of such other persons and/or entities, the same or similar services that are performable by OpSec Group pursuant to this SOW, including any and all SOWs, at any time during the term of this SOW and thereafter. OpSec Group shall be free to exercise its own independent judgment as to all aspects of the Services to be performed, including, but not limited to, the manner and means of achieving the results requestedof such Services.

4. **Intellectual Property; Ownership**. A. Existing OpSec Group Intellectual Property. At all times during and after the term of this SOW, as between OpSec Group and Client, OpSec Group shall retain all rights, title, and interest in and to, and exclusive ownership of, any and all ideas, concepts, developments, data, meta-data, methods, processes, software, tools, technologies, inventions, discoveries, improvements, and all other intellectual property of any kind or sort conceived, discovered, developed, or otherwise created or acquired by OpSec Group, whether individually or in collaboration with others, prior to or contemporaneously with, and outside of the performance of, the Services performed under this SOW (collectively, "Existing OpSec Group IP"), and whether or not such OpSec Group IP is utilized in the performance of the Services. To the extent any Existing OpSec Group IP is needed for Client's contemplated use of any deliverables provided by OpSec Group to Client pursuant to this SOW in the performance of Services (the "Deliverables"), OpSec Group hereby grants a non-exclusive, royalty-free, non-assignable, perpetual, but revocable, worldwide limited license to Client to use that Existing OpSec Group IP which is necessary for, and limited specifically to, Client's contemplated use of the Deliverables as agreed upon by the Parties.

B. Client Intellectual Property. At all times during and after the term of this SOW, as between OpSec Group and Client, Client shall retain all rights, title, and interest in and to, and exclusive ownership of, any and all ideas, concepts, developments, methods, processes, software, tools, technologies, inventions, discoveries, improvements, and all other intellectual property of any kind or sort conceived, discovered, developed, or otherwise created or acquired by Client, whether individually or in collaboration with others, prior to or contemporaneously with, and outside of the performance of, the Services performed under this SOW (collectively, "Client IP"), and whether or not such Client IP is utilized in the performance of the Services. Client hereby grants a non-exclusive, royalty-free, assignable, perpetual, irrevocable, worldwide limited license to OpSec Group to use Client IP for the limited purpose of performing the Services pursuant to this SOW.

C. New OpSec Group Intellectual Property. At all times during and after the term of this SOW, as between OpSec Group and Client, OpSec Group shall retain all rights, title, and interest in and to, and exclusive ownership of, any and all new ideas, concepts, developments, data, meta-data, methods, processes, software, tools, technologies, inventions, discoveries, improvements, and all other intellectual property of any kind or sort conceived, discovered, developed, or otherwise created or acquired during and in the course of performance of Services under this SOW (collectively, "New OpSec Group IP"). To the extent any New OpSec Group IP is needed for Client's contemplated use of any Deliverables, OpSec Group hereby grants a non-exclusive, royalty-free, non-assignable, perpetual, butrevocable, worldwide limited license to Client to use that New OpSec Group IP which is necessary for Client's contemplated use of the Deliverables as agreed upon by the Parties.

5. **Confidential Information; Non-Disclosure**. During the engagement established under this SOW, each Party, as the receiving Party (the "Receiving Party") may have access to and become acquainted with certain inventions, innovations, processes, information, records, specifications, and other confidential and/or proprietary information of and belonging to the other Party, as the disclosing Party

Highly Confidential – Attorneys' Eyes Only

TTV_009904

("Disclosing Party"), all of which are considered trade secrets of the Disclosing Party (the "Confidential Information"). For the purposes of this SOW, OpSec Group ' "Confidential Information" also includes proprietary or confidential information of and belonging to its subcontractors, vendors, or any other third party who may disclose such information to OpSec Group and/or its subcontractors. The Receiving Party hereby agrees that it will hold the Confidential Information of and belonging to and provided by the Disclosing Party within its custody, possession, or control in the strictest of confidence, and shall not, either during the term of this SOW or at any time thereafter, reveal, disclose, distribute, or otherwise make known such Confidential Information, in whole or in part, to any person or entity for any reason or purpose whatsoever, or use such Confidential Information, in whole or in part, for any reason or purpose other than the limited purpose of the performance of this SOW, unless the Disclosing Party shall have given the Receiving Party prior written consent to such disclosure or use. Upon the lapse of the Term or earlier termination of this SOW, or at any earlier time upon the written request of the Disclosing Party, the Receiving Party shall (a) immediately return or destroy, at the Disclosing Party's instruction, all Confidential Information of and belonging to and provided by the Disclosing Party within the Receiving Party's possession, custody, or control, whether in print, electronic, or other form; and (b) provide the Disclosing Party with a written certificate of the Receiving Party's satisfaction of its return/destruction obligation. The Receiving Party shall not retain any copies of the Confidential Information of and belonging to and provided by the Disclosing Party without the Disclosing Party's prior written permission. The Receiving Party shall not copy or otherwise reproduce, or permit to be copied or reproduced, any Confidential Information of and belonging to and provided by the Disclosing Party, except as is necessary in pursuance of the Receiving Party's performance of its obligations under this SOW. Any copies or reproductions of Confidential Information of and belonging to and provided by the Disclosing Party made by the Receiving Party shall also be Confidential Information of and belonging to the Disclosing Party and, thus, subject to this Section 5.

6. **Non-Solicitation; Non-Circumvention.** During the course and in furtherance of the performance of Services, OpSec Group may disclose to Client certain Confidential Information that may include, without limitation, the identity of clients, prospective clients, vendors, service providers, subcontractors, and business contacts and relationships of OpSec Group. To ensure the protection of such information and in consideration of OpSec Group ' agreement to provide such information to Client for the limited purpose of OpSec Group 'performance of Services, Client and its shareholders, members, directors, managers, officers, representatives, agents, and employees agree that during the Term of this SOW and for a period of 24 months thereafter (the "Restricted Period") they will not (a) directly or indirectly solicit, approach, request, encourage, induce, or influence, or attempt to solicit, approach, request, encourage, induce, or influence, any client, client prospect, vendor, service provider, subcontractor, or business contact or relationship of OpSec Group for the purpose of (i) providing to it or utilizing it for, as applicable, or attempting to provide to it or utilize it for, as applicable, whether directly or indirectly, the same or similar services that are or may be provided by OpSec Group , (ii) doing business, or attempting to do business, directly or indirectly therewith, or (iii) otherwise curtailing or discontinuing, or attempting to curtail or discontinue, its relationship with OpSec Group ; or (b) circumvent OpSec Group to work or otherwise conduct business with or for, whether directly or indirectly, any clients, potential clients, vendors, service providers, subcontractors, or other business contacts or relationships of OpSec Group to whom Client is introduced by or on behalf of OpSec Group , or of whom Client otherwise becomes aware, during the course of this SOW and any Statement of Work, without OpSec Group ' prior written consent.

7. **Termination.** Notwithstanding the foregoing or any other provision in this SOW, Client may terminate this SOW immediately and without prior notice at any time if OpSec Group iis in material breach of this SOW and fails to cure such breach within 30 days of being provided written notice of such material breach by Client. Notwithstanding any other provision in this SOW, OpSec Group may terminate this SOW immediately and without prior notice at any time if Client (i) fails to make timely payment of any compensation or other moniesdue and owing to OpSec Group pursuant to and under this SOW; or (ii) if Client is otherwise in material breach of this SOW and fails to cure such breach within 30 days of being provided written notice of such material breach by OpSec Group . In the event of such termination, and subject to the limitations of liability set forth in Section 8, the non-breaching Party shall have and maintain its right to seek all available remedies, both at law and in equity, to which it may be entitled as a result of such material breach.

8. **Limitation of Liability.** Notwithstanding anything in this SOW to the contrary, (1) OpSec Group ' liability for any claims, demands, actions, causes of action, damages, costs, expenses, or other legal or equitable remedies, whether arising in contract, tort, or otherwise, shall not exceed the amount of monetary compensation paid at any time to OpSec Group pursuant to this SOW or any other agreement between the Parties; (2) OpSec Group shall not be liable for loss caused by any delays in the performance of Services, unless such delay is caused by OpSec Group ' willful misconduct; (3) OpSec Group shall not be liable for any special, consequential, incidental, exemplary, or punitive damages of any kind; and (4) OpSec Group shall not be liable for any claim or demand brought against the Client by a third party, unless such claim or demand is caused by or based on OpSec Group ' intentional misconduct.

9. **Indemnification.** A. Indemnification by Client. Client agrees to indemnify, defend, and hold harmless OpSec Group, and each of its members, officers, employees, agents, representatives, successors, and assigns from and against any and all claims, demands, suits,actions, and causes of action asserted against OpSec Group, and expenses, including reasonable attorneys' fees and other legal

expenses, of any kind incurred by OpSec Group directly or indirectly arising out of (i) Client's gross negligence, willful misconduct, intentional misconduct, fraud, or violation of law, (ii) the utilization of Services provided by OpSec Group in a manner that is inconsistent with their proper and intended use as contemplated in an SOW, and (iii) any violation or claimed violation of a third party's rights or interests resulting in whole or in part from OpSec Groups ' use of Client IP in the performance of the Services. B. Indemnification by OpSec Group. Subject to the limitations of liability set forth in Section 8 of this SOW, OpSec Group agrees to indemnify and hold harmless Client, and each of its members, officers, employees, agents, representatives, and assigns from and against any and all claims, demands, actions, and causes of action asserted against Client, and any and all losses, damages, judgments, liabilities, costs, and expenses, including reasonable attorneys' fees and other legal expenses, of any kind incurred by Client arising out of OpSec Group ' intentional misconduct or violation of law in OpSec Group ' performance or non-performance of this SOW.

10. **Disclaimer of Warranty**. The Services, inclusive of any deliverables that may be provided by OpSec Group arising therefrom, pursuant to this SOW will be provided on an "AS IS" and "WHERE IS" basis. OpSec Group hereby specifically and expressly disclaims, and Client hereby acknowledges such disclaimer of, any and all warranties, guaranties, or representations, express or implied, past, present, or future, of, with respect to, or concerning the Services, including any deliverables, and any results related to, arising out of, or resulting from the Services and any deliverables. ACCORDINGLY, OPSEC GROUP EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES AND REPRESENTATIONS, EXPRESS, IMPLIED, ARISING BY OPERATION OF LAW, OR OTHERWISE, INCLUDING, BUT IN NO WAY LIMITED TO, ANY WARRANTY OF CONDITION, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT WITH RESPECT TO THE SERVICES, ANY DELIVERABLES, AND ANY RESULTS RELATED THERETO OR ARISING OR RESULTING THEREFROM.

11. **Subcontract**. Notwithstanding any other provision in this SOW to the contrary, OpSec Group may, in its discretion, subcontract or otherwise delegate the performance of Services, in whole or in part, as it deems necessary as long as the services provided to Client are maintained and acceptable to Client, and provided that OpSec Group complies with all other provisions of this SOW (subject to such right to subcontract or delegate).

12. **No Waiver**. The failure of a Party to this SOW to enforce at any time any one or more of the terms or conditions of this SOW shall in no way be or constitute a waiver of such terms or conditions or of the Party's right to enforce such terms or conditions at any other time, nor shall it be a waiver of or otherwise affect the right of the Party to enforce any other term or condition of this SOW.

13. **Severance and Assignment**. In the event that any provision of these terms and conditions shall be deemed illegal, unenforceable, or null and void, all remaining provisions shall remain in full force and effect. Subject to Section 11 (Subcontract) of this SOW, neither Party may sell, assign, or delegate this SOW, or any of such Party's rights, duties, or obligations under this SOW, in whole or in part, without the express written consent of the other Party.

14. **Choice of Law; Jurisdiction; Venue**. This SOW will be governed by, interpreted, and construed in accordance with the laws of the State of Alabama (without giving effect to principles of conflicts of laws). The exclusive venue for any claim, action, dispute, or lawsuit resulting from, arising out of, or to construe or enforce this SOW shall be a court of competent jurisdiction in and for Jefferson County, Alabama.

15. **Binding Effect and Survival**. This SOW shall be binding upon and inure to the benefit of the Parties and each of their respective successors and assigns. The rights and obligations of the Parties with respect to intellectual property (Section 4), confidential information (Section 5), non-solicitation (Section 6), limitation of liability (Section 8), indemnity (Section 9), disclaimer of warranty (Section 10), and any other provision or part that by its nature requires future action of the Parties or preservation of rights beyond the Term of this SOW shall survive the termination for any reason of this SOW.

Highly Confidential – Attorneys' Eyes Only