# EXHIBIT 4



December 1, 2020

Georgia Secretary of State Office
Open Records Request
214 State Capitol
Atlanta, Georgia 30334
openrecords@sos.ga.gov

Dear Secretary Raffensperger:

Under the Georgia Open Records Act § 50.18.70 et seq., I am requesting copies of public records, specifically copies of the live video tape from cameras associated with each Ballot Box utilized for ballot collection throughout the State of Georgia for the entire period of the 2020 General Election.

At the most recent meeting of the Georgia Elections Board it was stated that these video tapes would be provided at no cost to those requesting through an open records request, as the requested information is in the public interest and will significantly contribute to the public's understanding of the ballot security actions taken by the State of Georgia. This information is not being sought for commercial purposes.

The Georgia Open Records Act requires a response time within three business days. If access to the records I am requesting will take longer than three days, please contact me with information about when I might expect copies or the ability to inspect the requested records.

    Any materials requiring delivery via USPS or other carrier service should be directed to:
    True the Vote Research Department, P.O. Box 3109, Houston, Texas 77253-3109

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for your assistance

Sincerely,

Catherine Engelbrecht
President
True the Vote

True the Vote | PO Box 3109 Houston, TX 77253-3109 | REDACTED | www.truethevote.org

TTV_001018