# EXHIBIT 5

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 7/12/2021 |

## Outline of Conversations

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01444 - 2021/07/12** • 3 messages on 7/12/2021 • Catherine Engelbrecht <[Redacted]> • Debbie D'Souza [Redacted]

**Messages in chronological order** (times are shown in GMT -05:00)

### 💬 CHAT - DebbieDSouza_iPhone_0000001 - 01444 - 2021/07/12

**CE**    **Catherine Engelbrecht** <[Redacted]>    ▶ 7/12/2021, 10:24 AM

Hey just wanted to say thanks for your willingness to consider this journey with us. I'm looking forward to the 24th.

There are so many chapters to this story you could easily have sequels. Easily.

**DD**    **Debbie D'Souza** <[Redacted]>    ◀ 7/12/2021, 10:35 AM

Thanks Catherine, we are just happy to be a part of this. Let us know if you want to come here or if you want us to go there. Either way, we have blocked off the 24th!

**CE**    **Catherine Engelbrecht** <[Redacted]>    ▶ 7/12/2021, 10:37 AM

Liked "Thanks Catherine, we are just happy to be a part of this. Let us know if you want to come here or if you want us to go there. Either way, we have blocked off the 24th! "