# EXHIBIT 8
# (1 of 4)

**Dinesh D'Souza Interviews**

## .Transcription For Houston Scene [02-1] With Catherine and Gregg

**Dinesh D'Souza:**

00:02:56:06: Catherine, you started the group called "True the Vote" in the year 2010. What was your mission or objective?

**Catherine Engelbrecht:**

00:03:06:20: Well – you know, we just didn't have enough volunteers working at the polls in our local elections. And the thought was, citizens can do so much more in elections than what they really know. So, we began by training people to work in the polls and then as we got further into it, we recognized, 'Wow some of the problems you see at the polls can be attributed to problems in the voter rolls. Well, what can we do about the voter rolls? How can we then use what we find to help -- to advocate --for commonsense reforms?'

00:03:36:00: And so, it turned into a – something much bigger than we had anticipated. But it started just because we knew citizens needed to be involved if we were to hope that elections would continue on with integrity.

**Dinesh D'Souza:**

00:03:50:09: I think I became familiar with your work when you gave Congressional testimony. Now that was in the year 2014 and, uh, wow. I mean, you described a torrential reaction to what you were doing. Even though you had a small organization. But we didn't meet at that point.

00:04:12:17: In fact, I met you through Debbie, and I think what's interesting is that you not only have known Debbie for years, but you trained her in some of these [tactics]. So, say a word [on that].

**Debbie D'Souza:**

00:04:22:22: Absolutely. I was a bi-lingual poll watcher.

**Catherine Engelbrecht:**

00:04:25:17: Oh Yes!

**Debbie D'Souza:**

00:04:26:22: So, my Spanish language came in very handy because I could tell when these people were, you know, lying, telling people how to vote.

**Dinesh D'Souza:**

Confidential

Dinesh D'Souza Interviews

**00:04:38:09:** Mention the one incident.

**Debbie D'Souza:**

**00:04:40:00:** It was very interesting. I was a poll watcher at a place in Rosenberg and, uh, the poll judge was telling this couple that came in – in Spanish – who to vote for. And of course, she didn't really realize that I knew Spanish and so, there we go.

**Dinesh D'Souza:**

**00:05:00:22:** And you busted them.

**Debbie D'Souza:**

**00:05:01:50:** I busted them. So that was an experience I had with poll watching but – as Catherine says – citizens just said, 'You know, we need to make sure that we are securing our elections.' And so, we all decided we're going to do this. We're going to volunteer.

**Catherine Engelbrecht:**

**00:05:21:20:** That's right.

**Debbie D'Souza:**

**00:05:20:23:** We were, you know, at the polls for eight hours, some of us. And it was a really good experience. And Catherine's group was amazing.

**Dinesh D'Souza:**

**00:05:30:10:** So Catherine, when you setup "True the Vote" you set it up not so much – it's not a partisan organization. Is that because you saw shenanigans, problems with voting, as coming out of both parties?

**Catherine Engelbrecht:**

**00:05:43:10:** Oh absolutely. Plus, we need two parties – we need parity of parties at the polls. We -- It's a beautiful orchestration of party cooperation. We need that. So no, "True the Vote's" never been partisan. It's draws certain partisan attacks for sure. But, both sides – there's good and there's bad on both sides.

**Dinesh D'Souza:**

**00:06:08:23:** (INSERT FULL GREGG INTRODUCTION HERE) Well you told me, and then of course Gregg – This is Gregg Phillips – who told me also that -- about this remarkable election which I've looked into. This was 2018 I believe, in which you had all kinds of vote harvesting and vote trafficking, but it was on behalf of a Republican candidate.

**Gregg Phillips:**

[ PAGE \\* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:06:30:13**: Exactly. In North Carolina, it was unique in that of course that it actually overturned an election and they had to reelect – or redo the election. But the – as the story came out, people were trained on the left, that trained as Democrats and then kind of disgusted with the whole thing, decided they were going to go do this for a Republican candidate for Congress and ultimately the whole thing blew up and people went to jail. And as I said, they redid an election for this.

**Dinesh D'Souza:**

**00:07:07:00**: So, you have an activist, the guy's name was McCrae Dowless

**Gregg Phillips:**

**00:07:09:22**: Exactly.

**Dinesh D'Souza:**

**00:07:10:14**: And he worked for the Bladen Improvement Association, which was a kind of an African American Voter – get voters to the polls – but apparently, they were doing all kinds of vote harvesting. And he learned the strategy, then he broke with them. And he took his services to Mark Harris, a Republican, well actually a pastor who was running.

**Gregg Phillips:**

**00:07:30:01**: Correct.

**Dinesh D'Souza:**

**00:07:30:15**: And Harris won. He pulled it off. But of course, evidence then came out that there was all kinds of improprieties and that this guy was paying people and the whole election was busted. They had a new election. And a new Republican candidate came in and ended up winning, but it wasn't Mark Harris.

**Gregg Phillips:**

**00:07:53:06**: You know, Dinesh, in forty years of doing this we've seen this over and over again. Sometimes the schemes are a little bit different. Sometimes it's people out banging on doors, gathering ballots. Sometimes the ballots are sent here, gathered here, deposited there. But the trafficking itself is always the same basic pattern.

**00:08:12:18**: There's a non-profit involved somewhere in the middle. There are people that are either collecting those ballots on the one hand or depositing those ballots on the other -- and getting paid for it – and subverting the free and fair process that we all demand.

**Dinesh D'Souza:**

**00:08:30:07**: Let's pause for a moment right here and just talk about the non-profit. And then let's talk about the being paid for it. Because, is it not a fact that according to very clearly

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

<mark>specified IRS regulations, that non-profits although they can engage in political discussion/political education – they are strictly forbidden in engaging in elections?</mark> True or false?

**Catherine Engelbrecht:**

00:08:59:19: Well, it depends upon the type of the non-profit and its status.

**Dinesh D'Souza:**

00:09:03:00: I'm talking about the 501c3's.

**Catherine Engelbrecht:**

00:09:04:16: <mark>Right.</mark> The c3's, you know absolutely with respect to – I mean – "True the Vote" is an example. You can train, you can mobilize but after a point you have to draw a line and non-profits can't be involved.

00:09:18:13: I think what, what is <mark>another standard that we should look to here though is in no case ever -- non-profit, for-profit, state law, federal law – in no case is it acceptable to be paid for your ballot or to accept some form of remuneration for your ballot.</mark> And to Gregg's point there's a lot of different ways that ballot trafficking happens. Sometimes it's an outright payment for a ballot but also it's, as we've seen in other communities, it's an exchange for some manner of privilege.

00:09:50:11: <mark>From housing to programs for your children. There's a variety of ways in which these grifts occur. And in no shape, in no way, in no time is that legal.</mark>

**Dinesh D'Souza:**

00:10:03:03: And even in states like California where they allow vote harvesting – in other words people can go collect ballots from 10 different people let's say, mail-in ballots and go deliver them. Even when that's allowed – they're not allowed to be paid for it right?

**Catherine Engelbrecht :**

00:10:20:00: In states like California, admittedly the law's a little murky, about how the harvesting – well I can just kind of start this over. Can we just start over?

00:10:31:20: I don't really know how to answer that. Because in California, the standard is so much different because there's just so little regulation around anything, that it's a free for all. But <mark>the issue at the heart of it, the exchange of something – some form of remuneration – for your ballot is always illegal.</mark>

00:10:54:05: And so even if you're not – when you hand that ballot over, if you're getting a free meal out of it, if you're getting access that you wouldn't otherwise have gotten, if you're getting preferential status for housing – all of those things, that falls directly into the category

[ PAGE   \* MERGEFORMAT ]

of illegal acts. So, it's an easy thing to overlook. 'Oh harvesting is legal.' But harvesting, trafficking, almost always preys upon the most vulnerable communities. And that's where we really need to look closely at. Because it's those people that are being exploited and don't have an option.

**Gregg Phillips:**

00:11:31:05: We've seen over and over again that there are all manner of ways to do this. We've seen video of people exchanging their ballots for bingo cards, for raffle tickets. And the people that are being preyed upon have no idea. They don't know that this is a crime. It's the organizers of this and the bosses if you will, that need to be brought down. And I think that one thing I've learned from Catherine in all of this is that when it moves from, just giving your ballot to someone to go cast it, to somehow being paid or that person being paid to collect your ballot – that's when it moves from collection or harvesting to trafficking and becomes a crime.

**[BREAK CALLED]**


## Transcription For Houston Scene [02-2] With Catherine and Gregg

**Dinesh D'Souza:**

00:36:00:20: Gregg Phillips, you have been working with Catherine for quite a few years on this complex issue of election investigation. What's your background that prepares you for this kind of work?

**Gregg Phillips:**

00:36:17:00: I've been in and around election intelligence and integrity for about 40 years. We've done investigations literally all over the world. It's a combination of data acquisition, data analysis, occasionally some in-depth data mining. And our ability to draw meaningful conclusions that link the 'who' to the 'when' to the 'where' is significant in this space.

00:36:45:03: Catherine and I met, um, she had been targeted. She is well known for sort of what she had suffered through. We had been targeted in a lesser way. But we came together in hopes that we could figure out, 'had we been targeted by the same people.' And was there a set of technology fingerprints that we could find that folks that had done it to me, had also been involved with the depth of what happened to her.'

**Dinesh D'Souza:**

00:37:16:05: Wow. So, it would be fair to say that you have been part of the 'Deep State?'

**Gregg Phillips:**

00:37:21:09: Again, I've stood in opposition to that 'Deep State' for 40 years.

[ PAGE  \* MERGEFORMAT ]

DDR-00060744

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

**00:37:26:00**: Alright, let's fast-forward and talk about the 2020 election.

**00:37:33:04**: Election Night. It appeared that Trump was winning, and Republicans were going to have a big night. And then the counting stopped. Things seemed to shut down. And when they picked up again, Trump was suddenly losing. Now Republicans in fairness, did pretty well that night. In other words did pretty well on the Congressional tickets. But Trump lost an election that I think he was sure he was going to win.

**00:38:05:10**: And out of that came, I think, the two narratives that have defined this debate ever since, On one hand the Democrats – 'The most secure election in history.' And on the other hand, from it seems now a majority of the Republican party – 'This election was stolen. Or this election was in someway hijacked by the other side.' And despite massive efforts to say these are all lies, a kind of media campaign – to this day these anxieties persist on the right side of the aisle.

**00:38:45:19**: Now, would you agree that a lot of the other issues that we have been seeing all the way through the Biden period – I'm talking about January 6th, I'm talking about the regime of digital censorship. All of those things are connected to what happened in the election. Why? Because it seems like the January 6th protesters came not because they were little Robert E. Lee's trying to overthrow the government. But rather that they came to do a primal scream about the election didn't they?

**Catherine Engelbrecht:**

**00:03:23:16**: Yes. And we saw the buildup for -- really starting in the fourth quarter of 2019, there began to be a lot of sort of chatter in the system that 2020, although we all knew it was going to be dramatic, who could have thought that in just a few short months we would be under this fog of COVID. That rules that had long defined election process would just be thrown out the window.

**00:39:51:01**: That states would begin to reorganize their election rules and codes just by fiat – in ways that were totally unconstitutional. And so by the time we got to Election Night – I mean – what counted what didn't? How long we were going to count. Did you have to have a signature on your absentee ballots? My gosh, absentee ballots had been flooding in because of the push to the mass mail out. So all of these variables led us to a place that on Election night, as the smoke started to clear, we realized there is a lot that has gone on that now we have to start peeling back the layers.

**00:40:33:03**: And then you saw all manner of folks try to jump in and begin to try to understand how we got to what we all as a country watched in shock unfold on November 3rd.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

00:40:44:03: Well would you agree that in view of the radical changes in the system that were introduced on kind of an emergency basis, that the anxiety about the election was not irrational? In other words, that people had reason to think that we're not doing this the way we've done it before, so there's the potential for problems that haven't maybe occurred in the same degree before?

Gregg Phillips:

00:41:08:02: I think we also had some hard evidence that gave people that pause for concern. All of the sudden in places like the Atlanta metro area, 309 private drop boxes funded by Mark Zuckerberg and others, just show up. They show up on this street corner or that street corner, and people are like 'wait, what is this?'

00:41:31:00: And because they're almost wholly unregulated, and there was no firm and fixed process for that oversight and for that process to be put into effect and hardened before the election, all of the sudden you had people just dumping ballots into a receptacle that no one had any idea even existed before that moment. It's really quite extraordinary.

Dinesh D'Souza:

00:41:59:08: Now I think one thing that's really interesting is the almost immediate regime of censorship that descended on the country – and nowhere more fiercely than on this issue.

Catherine Engelbrecht:

00:42:11:00: That's right.

Dinesh D'Souza:

00:42:11:05: In other words, there's censorship now on COVID, on climate change, on the Trans issue – on this and on that – but the one issue that is guaranteed to get you thrown off is questioning the "most secure election in history." Now I find that, I think that that -- far from actually dispelling people's concerns as intensified them. Because it's almost like -- you cannot have a debate about something. And if the winners were so secure and they were confident in their victory, they'd be like, "Let's go back and watch the video tape. I clearly won."

Catherine Engelbrecht:

00:42:45:15: Sure. Sure. That's right. That's right

Dinesh D'Souza:

00:42:47:17: But the behavior of Biden, the behavior of the media – by the way a media that had censored the Hunter Biden story. A media that had done a lot to go in for the Democrats. Then declaring that this topic is totally off limits – I think has made these suspicions far worse that the people who pulled this off, are now trying to cover it up.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**00:43:10:03:** I agree. Old adage we use, if you don't want to know the answers, just don't let the questions be asked. And I think that's what we saw play out, certainly in the aftermath of 2020 and all through 2021, this has continued on. I think another thing we saw, for good, but did carry with it challenges – is people that rushed into this space that really were just learning the process of elections of the fly. And that makes it very difficult to determine in the moment what was illegal, what was legal, what's bad process, what's just general confusion?

**00:43:50:01:** And so you had a lot of new voices, which is ultimately healthy. Ultimately, this was a huge wakeup call for the country. But our process is broken in ways that people can't understand, until you get up close and personal in seeing it. It's engineered obsolescence. And I maintain that a lot of the brokenness is more a feature than a bug. Because we could do so much better than we are.

**00:44:19:09: CHECK**

**Gregg Phillips:**

**00:44:19:10:** I would also add there was misinformation and even disinformation sewn into the system by the left themselves. So we're starting to see merges – that funding came for some of the outlandish allegations. And now we're learning that those outlandish allegations were actually funded by some of the same people that we believe had subverted the election.

**Dinesh D'Souza:**

**00:44:47:00:** Okay, so pause, this is actually fascinating. What you're saying is that outlandish so-called right-wing accusations – but ones that are impossible to support, or defend or prove are being funded by the left?

**Gregg Phillips:**

**00:45:01:06:** Correct.

**Dinesh D'Souza:**

**00:45:02:15:** Okay, now let's talk about that because I think there was a period there where the fur was really flying. And you remember we were talking about this.

**Debbie D'Souza:**

**00:45:09:05:** Yeah. We were talking about it.

**Dinesh D'Souza:**

**00:45:10:01:** And quite honestly, you know from Venezuela, that there is a history of election fraud over there. You know a politician in Venezuela.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Debbie D'Souza:**

**00:45:21:07:** Exactly.

**Dinesh D'Souza:**

**00:45:21:08:** …who as you've talked to about how it happened going back to 2004. Say a word about that.

**Debbie D'Souza:**

**00:45:25:17:** Right. Right. So yes, so Maria Cornia Machado, a politician in Venezuela. And she and I were kind of going back and forth about this whole thing. And if fact, it prompted me to text you [Catherine], and ask you what you thought about this whole situation. Which is, when you were like, "This is what you're hearing right now. Don't pay attention to it. There's other things that we need to pay attention to.'

**00:45:49:14:** So that is really how it all happened. But yeah, it's very difficult to prove these types of things and they do happen. And the did happen in Venezuela. So…

**Dinesh D'Souza:**

**00:46:03:04:** So at a time when you're having all these accusations – accusations about the machines, accusations about foreign intervention and hacking and so on. And all this time I notice that you guys, I mean you're the guys who are in the field – you know the topic probably as well if not better than anyone else -- were kind of dead silent. And I remember kind of texting you at that time and basically saying, 'What's up.' And talk about how – what you basically said was, we need to focus on things we can prove, and we need to focus on things that have in a sense come out of the big change that the COVID environment has enabled. Because there are new things now going on. And you were looking for a way.

**00:46:48:19:** And talk about how you were thinking at *that* time, because you were also by the way, in contact with the Trump campaign. And talk a little bit about what you were doing in the immediate aftermath of the election when all this stuff was flying around the place.

**Catherine Engelbrecht:**

**00:47:02:19:** Weil, in the immediate aftermath we were trying to wrap our minds around what had happened state by state, with landscapes in which we were accurately aware, had been so altered with the pandemonium around COVID rules and processes that didn't seem to support ultimately, you know, accurate outcomes. Or accurate counts I should say… Can we just kind of start that section again because her is the other thing I want to say.

**00:47:31:19:** We can't – we were not in touch with the Trump campaign. Our attorneys were, but that's not a – I can't go there.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

00:47:47:10: Let me start again – <mark>I noticed Catherine, that in the immediate aftermath of the election when there were a lot of charges and accusations flying around, all reflecting these suspicions that something went deeply wrong. Charges of foreign intervention, charges of machines. You and your organization were sort of dead silent. I text you. We talked a little bit about it. And I got the impression that you were looking for a different approach.</mark> A different way, not to articulate possibilities or probabilities but to sort of figure out what really happened. Talk about that.

<u>Catherine Engelbrecht:</u>

00:48:27:06: <mark>That's right. The first thing we did was we looked at the states that had some of the most egregious changes to their standard.</mark> And the thought was that because we were aware of some of the process breakdowns, what it resulted in was a legal condition of unequal protections which could have been heard in court – and potentially changed outcomes – but in order to make those arguments you have to have the date to support it.

00:48:58:00: Statistical probability is not going to be enough. You have to be able to say, "This record shows a vote and this is not an eligible vote.' And it has to be crystal clear. And so, everything was going at Mach speed. We were going down that path of filing those suits with the expectation that that data was going to be available. Because, if you can call an election, you should have the data to back up that call. But low and behold, that data is unavailable.

00:49:26:15: In fact, it wasn't until the first of March, First of March there were only 11 states that had turned in their 2020 rolls. First of March?? The train had long since left the station on the 2020 election.

<u>Dinesh D'Souza:</u>

00:49:41:15: To be clear Catherine, the argument of equal protection goes something like this. If you have rural counties and urban counties and they're treated differently – So for example, you have drop boxes over here, but not over there. Funding over here that's coming from the state over here, but not over there. That citizens' whose votes are supposed to count equally, are being treated unequally by the system. Is that the basic line here?

<u>Catherine Engelbrecht:</u>

00:50:10:00: Exactly. There's a disparate impact and the goal of every election should be that every eligible and registered American should have the opportunity to participate in a process that is free and fair and equal. Doesn't matter who you vote for. It just needs to be legal.

<u>Gregg Phillips:</u>

00:50:27:00: <mark>And Catherine had long said to us,</mark> and this goes back to our beginning work with her and she was even more emphatic about it this year – <mark>"Gregg, you can't be wrong."</mark> She said we "cannot be wrong." <mark>So whatever we go out with you can't be wrong.</mark> And so it caused us to

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

==take a step back and redouble our effort==, not only on the acquisition side but ensuring quality. ==We built new algorithms. We did new work that would help us ensure that when we handed off the work product to Catherine, we were right.==

**Dinesh D'Souza:**

**00:51:04:20**: So, let's zoom in here to say what we're talking about. You're talking about things like data acquisition. You had the idea that there was a completely different way to go about – let's just say doing a forensic examination. And for me I kind of liken it to solving a crime. Or busting a bank heist. Because if a bank heist occurs, it doesn't matter if the criminals have left the scene. They might have left fingerprints behind. They might have left their DNA on the scene.

**00:51:38:11**: So there should be ways to go back and retrieve that evidence and know exactly what happened and know who did it. How did you get the idea to apply this approach to elections and how did you get the idea to do what you did?

**Catherine Engelbrecht:**

**00:52:01:06**: At the time that we were still involved in the lawsuits, which were very short lived because it became apparent very quickly that the data that we needed was not going to be available. And that too is worthy of picking apart because the data should be available. It has a lot to do with the fact that our voter rolls, broadly, are not well maintained. It makes comparisons very difficult. So no matter how much outside data you are bringing in, if your core data set is corrupted, you've got a problem that you've got to unpack – that is of national significance.

**00:52:33:16**: And it was all moving too quickly, in order for us to do as Gregg said, the job that needed to be done. And when we made that decision, that was a very difficult decision. To say we can't do this. The data is not here. Not that it's – not that it wouldn't be there ultimately. But it's just not available. The states had to close the rolls.

**Dinesh D'Souza:**

**00:52:55:06**: In other words, 'The suits aren't going to go anywhere, let's try something else.' ==Now I have to add that even though there were states like Texas and others, that filed in the Supreme Court, and did make some equal protection claims and basically said, 'Look if the election was rigged in Pennsylvania or rigged in Michigan it effects the voters in Texas because it's kind of like a casino game – in which you're all playing in the same casino and if they're cheating on the tables over there, there may be no cheating on my table but it's going to effect my prize money and my chances of winning and the Supreme Court said, 'We're not interested.'==

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060750

00:53:28:16: Right. That's right. And we watched all of that. And – wondered to ourselves, is there another path given the outliers that were introduced in such a major way in 2020? Namely the privately funded drop boxes. The mass mail out of ballots that were based upon what we knew to be – because we had just had a very up close and personal look at the fouled nature – the inexact nature – of the voter rolls. All of that came together to make us question – The hypothesis was: If you're going to cheat, how would one go about this that would be provable, trackable, traceable? And so, we hypothesized that if we looked at he relationship and patters that may exist between the privately funded drop boxes and other intermediaries that may be involved in the movement of ballots and then the interaction between those two ends, we might come up with some patterns that would be interesting.

### Dinesh D'Souza:

00:54:46:13: In other words, you said, there might be some – let's just call them actors – who are delivering ballots systematically and illicitly to these mail-in drop boxes and there might be a way to track them and to bust them?

### Catherine Engelbrecht:

00:55:05:20: And again, we didn't know. We decided we were going to let the data tell the tale. And fortunately, data is available now, commercially available, that wasn't available as recently as four or five years ago. The work that we've done in this project couldn't have been done, not too terribly many years ago. But it gave us an insight into abuses that we began to take a very very hard look at. And so it was a very fateful decision where we said this is going to be a very heavy lift. We're going to have to be quiet for a very long time. It's going to be very expensive. It's in fact going to take every bit of the resources that our organization had.

### Dinesh D'Souza:

00:55:49:15: And let's pause there for a moment. Because we're going to get to the strategy and the approach. But let's talk about the money. Because research – acquisition of data – all this stuff is expensive. And right when you thought how on earth are we going to do this, in a sense you could almost say the heavens opened up and some money rained down mana-style like in the Old Testament.

00:56:13:00: Talk a little bit about the donation that came in that appeared to be the immediate solution to all your problems.

### Catherine Engelbrecht:

00:56:21:00: Well, we had -- as you say we had a donation come in. And it was very much like that.

### Dinesh D'Souza:

00:56:26:05: How Much?

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**00:56:27:19:** It was $2 million.

**Dinesh D'Souza:**

**00:56:28:00:** Okay.

**Catherine Engelbrecht**

**00:56:28:13:** … that was …

**Dinesh D'Souza:**

**00:56:31:00:** Big Republican donor.

**Catherine Engelbrecht:**

**00:56:32:17:** I mean…

**Dinesh D'Souza:**

They approached you?

**Catherine Engelbrecht:**

**00:56:38:15:** They approached us. Consultants called us. And in a matter of less than 30 minutes over a phone call they decided that they were going to make this donation with no strings. Just, "Carry on. We're concerned about what we're seeing. 'True the Vote,' go do what you do."

**Dinesh D'Souza:**

**05:56:52:00:** And did they give you the money?

**Catherine Engelbrecht:**

**00:56:54:05:** And they gave us the money and, you know, the whole thing was so fantastical it seemed implausible at the time but when it actually happened it put us in a position for the first time in the history of our organization, to be able to say let's do the work that we are capable of doing at scale, now. And we collected together a team of highly skilled contractors and put together a plan to see where the data would take us.

**Dinesh D'Souza:**

**00:57:29:08:** But before you could push that forward something rather startling happened, which is that the donor, essentially wanted a big chunk of his money -- $1 million as I understand it – paid back to the consultants that approached you in the first place. What did you do when that happened?

[ PAGE \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**00:57:53:12:** Well, that was, ==I didn't know what to do.== Because everything was moving – this was inside of a week – I mean this was so fast. I mean in short ==we consulted with our attorneys. If we give it back that's a legal problem. If we don't give it back,== where are we exposed and what should be do? And it was recommended to us to try to reach out and get them to agree that there are no strings. That we're not back feeding this money. They didn't want to do that for whatever reason. ==And it ended up in a very ugly lawsuit that they chose to make very very public.==

**Dinesh D'Souza:**

**00:58:28:17:** ==And What was the outcome?==

**Catherine Engelbrecht:**

**00:58:30:06:** ==The outcome was they lost.==

**Dinesh D'Souza:**

**00:58:34:00** The case was dismissed and the judge said that….

**Catherine Engelbrecht:**

**00:58:40:13**: It's just a part, it's just a chapter in this story that has all of these twists and turns that we could have never expected. But it was the funds, to make no mistake, that put us in the position to immediately say, this is possible and we can do this to scale.

**Dinesh D'Souza:**

**00:58:57:23:** But you're saying as a non-profit you couldn't really, according to your lawyer legally, take the $2 million and funnel $1 million back to the consultants. This would get you into all kinds of trouble. Okay.

**Catherine Engelbrecht:**

**00:59:05:11**: That's laundering. You cannot do that.

**Dinesh D'Souza:**

**00:59:09:00:** So you got the money. And you decided to start looking into this. Now let me turn to Gregg for a moment because I want to follow the methodology of this. What is geo-tracking?

**[Brief Brake Called for to start over]**

**Dinesh D'Souza:**

**00:59:34:00:** What Gregg, is geo-tracking?

**[Brake called again]**

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060753

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

00:59:43:07: What Gregg, is geo-tracking?

**Gregg Phillips:**

00:59:46:09: Geo-tracking as it's widely known and considered is really sort of an amalgamation of a variety of different intelligence gathering apparatus, along with the data – along with telemetrics, people call it. Geo-spatial analysis. In the intelligence community, Geo-INT, or Geo-Intelligence. And the primary capability of this data is to be able to accept a signal from your cell phone. We all have unique…

**Dinesh D'Souza:**

01:00:26:04: Well, here's my cell phone. My cell phone is off. Can I be geo-tracked even with the cellphone being off?

**Gregg Phillips:**

01:00:31:00: Possibly.

**Dinesh D'Souza:**

01:00:32:00: Depending on the apps.

**Gregg Phillips:**

01:00:33:00: Depending on the apps, depending on what's happening in there and depending on what they're trying to do. So the idea is to collect the signals that are emitted from you phone to apps – we're not talking about triangulating around cellphone towers or anything like that. Your cell phone is delivering information to apps that are collecting that ping. Where you are, where your phone is now, how high it is off the ground and when the ping happens, so there are four key coordinates. The Lat/Long, the elevation and the time. And with that data, and if you buy that type of data across time – and so assume then your phone is a unique device because of that number, we can then build a pattern of life around you. So that phone's here right now but where is it going to be at 5 o'clock and where's it going to be tonight.

**Dinesh D'Souza:**

01:01:28:09: And where was it?

**Gregg Phillips**:

01:01:29:30: And where was it two weeks ago? And where was it two months ago. So…

**Dinesh D'Souza:**

01:01:32:00: And you can do all of that right off my phone?

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060754

Dinesh D'Souza Interviews

**Gregg Phillips:**

**01:01:35:00**: We can do it all off your phone.

**Catherine Engelbrecht:**

**01:01:36:13**: That's what marketing companies do, all day every day.

**Dinesh D'Souza:**

**01:01:39:23**: This is a point -- we were just at the Apple store in a CVS and on both occasions, they knew where you were evidently. And they were telling you [Debbie] about specials, so people have experience of this.

**Gregg Phillips:**

**01:01:53:00**: There's 300,000 or so apps that gather that data, and then they sell it to brokers. Some of the most prolific of course – like Google is very invasive. Linkedin and the social media channels are all very invasive but it's more simple than that in a way. Like, if you get an alert on your phone that there's bad weather in the area how did it know to send that to your phone right there? Well, the reason is because your phone had just told it, 'Well, I'm here.'

**01:02:22:00**: Those types of signals then consolidated with those four key components, we can put together a pattern of life on an individual, or on a unique device, that is quite extraordinary in its application and in its use.

**Dinesh D'Souza:**

**01:02:41:00**: Now let's follow that. Companies buy this data as you just said, and they buy this data because it helps them to market to customers. They know where they are. I mean, think about it. If you're selling a doughnut, and they guy's walking outside the doughnut store it'd be kind of nice to send him a text. So you have that. Isn't it also true that this geo-tracking has now become a vital took for the military, for the intelligence agencies and for law enforcement?

**Gregg Phillips:**

**01:03:08:00**: Indeed. They're using it regularly. Almost every day for trafficking cases. Human trafficking, drug trafficking. Violent crimes of all manner of. Of all types. Kidnappings. Those types of things are being solved regularly. And I'll say – you mentioned Jan. 6 earlier – I'll say that there's no question amongst anyone that I now in the community that many if not all of the people that were involved in the situation at the Capital on Jan. 6 were being tracked previous to Jan. 6 because they already knew what their pattern of life was. They already knew who to look at or who to focus on.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**01:03:52:08:** Now let's pause there because I read some article that said that the FBI was able to track people down post-Jan 6th by getting data from Google and others about the phones that were in the capital, but what you're saying goes beyond that. What you're saying is that they must have known about these people before because some of those guys were arrested one day, three days, five days after Jan 6th. And that's not enough time to do the geo-tracking analysis to know who it was. So they just have been tracking them before. Is that your reasoning that it was too quick?

<u>**Gregg Phillips:**</u>

**01:04:34:00:** It is. The very idea that you could go from the afternoon of Jan 6th to – acquiring the data, tracking the data, identifying the target devices, building the pattern of life around those devices – then going to a court to have a cellphone company or Google or someone else unmask who actually owns that phone, which the government is required to do. And then get it to a grand jury and make an arrest within 72 hours?

<u>**Dinesh D'Souza:**</u>

**01:05:08:10:** Impossible.

<u>**Gregg Phillips:**</u>

**01:05:10:00:** It's not possible. They had to have been tracking the people in advance. And while I don't have any real comment about whether that's good or bad – it seems a little invasive to me – but the fact of the matter is, these techniques are used every single day by law enforcement, the intelligence community, the Defense Department and crimes are being solved on a daily basis with this type of intelligence.

<u>**Dinesh D'Souza:**</u>

**01:05:39:00:** I read, and of course we saw the movie "Zero Dark Thirty" some time ago. Was geo-tracking part of the way that the CIA was able to identify -- well I guess they weren't tracking as I understand, bin Laden's phone – but there were people who were around bin Laden. And by geo-tracking their phones they were able to go to Abbottabad, identify the location. So geo-tracking played a role.

<u>**Gregg Phillips:**</u>

**01:06:05:02:** It certainly played a role. It's even more sophisticated today then it was when bin Laden was disposed of. I look at it today – things that our team can do today and answers that we can give to Catherine and our folks that we work with in law enforcement and others – that we simply couldn't have answered even two years ago or three years ago. So it has become so sophisticated. More and more apps are participating in this program if you will. And then you have companies like Google and other Big Tech companies, that have their own intelligence

Confidential

DDR-00060756

Dinesh D'Souza Interviews

organizations. They have their own gathering processes for their own means and their own capabilities.

**01:06:53:05**: And our team is built on people that support the law enforcement side of this. That support the capabilities that we bring to the DOD, to the defense communities in general and we're making a difference. ==The work we did for Catherine, or on behalf of the voters through Catherine, is sophisticated, it's real and it's immutable==

**Dinesh D'Souza:**

**01:07:26:00**: Now let's – ==by immutable is what you mean is that a geo-tracking – the reliability of geo-tracking is not substantially different than the reliability of a fingerprint or the reliability of DNA if it identifies your phone. Now I could have given my phone to Debbie, but the simple truth of it is that my phone was there on this particular date and there's absolutely no question about that, right?==

**Gregg Phillips:**

**01:07:51:11**: ==That's correct.==

**Dinesh D'Souza:**

**01:07:52:17**: Okay. ==Now you decided to purchase through these brokers that make this information available – to companies.== They make it available all kinds of places – to buy data. ==Let's talk about the methodology. You identified data in certain places. And by and large you focused on the states where the election was decided. And you decided to focus on the privately funded drop boxes. And, who were you sifting for? What were you looking for as you began your search?==

**Catherine Engelbrecht:**

**01:08:27:00**: You may want to first talk about some of the calls that came in that gave us some insight into the ground operations. And then we sort of built out our formulas from that.

**Gregg Phillips:**

**01:08:41:18**: ==It's a fairly sophisticated process that we go through to identify what we're looking for.== Part of it is you just have to skinny it down as best you can, because otherwise you're dealing with data sets that are off the edge in terms of size, and the ability to process them and build those patterns of life takes an awful lot of system cycles. But ==as this started, we created, or operated an election integrity hotline for True the Vote – and then combined our efforts to try to sift through all that was coming in.==

**01:09:18:22**: You get a lot of process complaints. People frustrated their Mom didn't get a ballot at the nursing home.

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

DDR-00060757

**01:09:28:10:** Or they got multiple ballots or so many questions were flying around.

### Gregg Phillips:

**01:09:30:00:** So you get a lot of process things but as you sift through those types of things – and some of it was just people frustrated, you might imagine. We were receiving thousands of calls as the election unfolded and as that night unfolded. And people frustrated about various things. But in the midst of all of that, there were some real kernels of interest to us and to our team. Because we've long been interested in this nexus between the non-profits and  how ballots are then collected to be transported to the polls or to be cast, in this case into these drop boxes. And we began to receive reports, really from all over the country.

**01:10:13:09:** From Phoenix and even smaller communities in Arizona. From Milwaukee, and from Detroit and from Philadelphia and Atlanta and places in Texas. But they all had this same theme. They all had this  process that had bubbled up into the problem. So with the engagement with Catherine, we went in and dug in. Went out and starting interviewing folks. Went out and met a few of these witnesses – people that had participated. People that had just seen it go on, either in their communities or had heard it from friends. And as we sort of began to put the pieces and parts together it helped inform what we knew we needed to do at that point.

### Dinesh D'Souza:

**01:10:56:11:** Now one of the first places you went to as I understand it is Yuma, Arizona. What did you discover in Yuma?

**01:11:01:17:** In San Luis Arizona, in Yuma County, it is on the border of Mexico – it's also very close to the CA border – it's in that far southwestern corner – Evidence had bubbled up through a citizen that had been frustrated in the primary. He had run as a Democrat for a position in the school board or something and had lost. And he was frustrated, 'Wait this isn't possible. How could I have lost? I've knocked on every door in San Luis. People were for me.'

**01:11:38:17:** Well he got so frustrated that during the runoff – he had already lost in the primary – during the runoff, he took his phone, went and sat in his truck and just started videoing people. Starting videoing handoffs for money and all these different things that had sort of emerged. And then another friend of his contacted us through the hotline … [garbled audio] … put pieces and parts together, they were successful in gaining indictments, arrests. Those cases will hopefully soon be settled and people will go to jail. And that's great. But what emerged from that than anything else, is the confirmation of that ecosystem that puts all of this together and then ensures that an election is swayed inappropriately, in one way or another.

### Dinesh D'Souza:

**01:12:34:10:** And I think you told me that you discovered that this was not simply, here's 20 bucks for your vote, but rather a, an ecosystem is a good word – of providing almost a flow of

Confidential

Dinesh D'Souza Interviews

benefits that includes all kinds of stuff. Talk about, a little bit about the broader network that enables this kind of illegal voting to take place.

**Gregg Phillips:**

01:13:04:21: We're still in the process of investigating much of this – but I think it's safe to say it is the most significant financial crime that I've ever seen, or witnessed, or been involved with in my career. The pieces and parts – elections just become sort of a small piece of what's happening. They steal the election so that they can maintain control, so that all the other grifts are maintained – are held in place – and they can bring in all this money from all these different space, locations, possibilities. Grants. Huge organization. Both national and international organizations are involved. And as we begin to unpack this and alert our federal partners and other folks that we work with, I suspect that there's going to be a significant move forward. But the key is, this is not just about stealing an election. This is about stealing an election so that they can maintain a place in this organized crime, that all of this has become.

**Dinesh D'Souza:**

01:14:12:00: You're saying that there are real estate crimes and there's a whole system of organized crime going on. In order for that to continue unmolested, they need to maintain political control. And the election fraud is part of the bigger fraud? And you saw this in miniature, in a small place, but you saw that the tentacles went all over the place – it went even internationally. And then you decided, look, something's up here. Let's buy this data, right? And when you bought the data – and you bought data in Georgia, you bought data in Arizona, you bought data in MI, in Wisconsin in Pennsylvania. Now you didn't buy the whole state. Right? Tell us what are the areas that you bought data for and what were you looking for – and what's the time period?

**Gregg Phillips:**

01:15:10:00: We bought, broadly speaking, we bought from October 1st through the election to pick up any early voting that might have occurred. Especially in these drop boxes. In Georgia, we actually bought from October 1st through Jan 6th after the runoff. So we wanted to be able to pickup not only that period of time when they were early voting for the general election, but also that period of time when they were down, and there was no voting during November to see if the patterns continued, and then picked back up again in December. And sure enough…

**Dinesh D'Souza:**

01:15:54:00: So what you're saying when you talk about the interim period, you're saying, listen – this way we can realize it isn't just this guy whose kind of manic habit [is to] to go to drop boxes in the middle of the night. He was doing it before the election. Then he stopped doing it. Then he started up again when there's the runoff, and that shows – I think you called it – a pattern of behavior. What you're looking for.

[ PAGE  \* MERGEFORMAT ]

DDR-00060759

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**01:16:17:04:** Georgia was interesting because we got sort of two bites at the apple. We were able to look at it in the – we first looked at it as Gregg said in the runoff – and then when we saw what we saw in the runoff, we went back and looked in the general. And that helped us to refine some of the similarities. Because we were able to see election over election. Then that led to more efficient use of the data and the resources in other states.

**Gregg Phillips:**

**01:16:44:04:** So we went in. We defined as best we could – we could have done all our GA. We decided to do the Atlanta-Metro area, because it picks up some rural areas, it picks up some urban areas, it picks up some suburban areas – and we thought, okay this is a pretty good test. And went in – 309 drop boxes in the area. We in essence sort of fenced around those.

**Dinesh D'Souza:**

**01:17:11:00:** Geo-Fencing it's called.

**Gregg Phillips:**

**01:17:11:20:** Geo-Fencing. We created similar fences if you will, around some of the organizations that had been, that had come in through the hotline – had come in through witnesses or that had been around it or seen things that they were uncomfortable with, and then we were able to make a purchase of data of people that had been near those drop boxes but also near those organizations. So it allowed us to sort of skinny this thing down, instead of you know, a couple million in the Atlanta metro area or maybe five million of unique phones, we were able to skinny it down to about 500,000 phones in the initial buy.

**01:17:55:14:** Across the country, we bought ten trillion signals. Pretty well distributed around, based on population and based on some other things. And then really started segmenting and digging in.

**Dinesh D'Souza:**

**01:18:15:14:** Okay, so that's where we want to focus in. You have ten trillion signals. That's a lot of signals. Now you have to sort through that. And you have to set a kind of criterion. So what was the criterion that you set to say, "let's search for this?"

**Gregg Phillips:**

**01:18:33:11:** This was a major effort conducted by 12 of the best people in America, and even in the world on this work. And we were able to identify enough nexus between certain things that we were able to make some decisions. So the final decision was, they had to have been to 10 or more drop boxes. Meaning unique visits inside of a space and five or more visits to one or more of these organizations.

[ PAGE  \* MERGEFORMAT ]

DDR-00060760

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**01:19:04:10:** And the data really supports that too because you think, everything in life is a bell curve. When you look at the data as a whole, as Gregg just defined those variables, those were the outliers. It was such an abhorrent pattern, you couldn't mistake – Oh well maybe that's what a lot of people are doing – There's a group. And you saw it state after state, location after location, that just sort of broke apart as travelling in ways that were distinctive. So distinctive, that it bore us really taking a closer look.

**Dinesh D'Souza:**

**01:19:37:00:** So what you're saying, it seems to me there's no reason for someone to go to even two drop boxes, but maybe there's a conceivable reason someone did that. Let's identify a large number of drop boxes and multiple trips and that way we're going to catch not all the offenders, but the worst offenders.

**Gregg Phillips:**

**01:19:55:00:** The way we would describe it is, we want to absolutely ensure that we don't have false positives. Meaning, including people that should not have been included. On the other hand. We wanted to reduce if we could, the number of false negatives. In other words, not including someone that should have bee included. And so it was a very robust bit of work. Some of the algorithms that the guys built were really quite extraordinary.

**01:20:23:20:** Then we took the next to try to sort of tease that even further out and get further into those tales, to be sure that we really hadn't done anything wrong. We had sort of a, not famous, but we had one situation where there was a firefighter. There was a box relatively close to a fire station. And one of the firefighters had been in one of our initial looks. And going and looking at that and sort of digging in and trying to figure out that unique situation we were able to pull out 40 or 50 folks out of our final list of unique devices that we MIGHT have included, but it didn't make sense to us.

**01:21:10:20:** We're not in any way saying that this is all there is. We're just saying that based on our criteria, we identified in Atlanta, 242 people that went to an average of 24 drop boxes and eight organizations during a two-week period.

**Dinesh D'Souza:**

**01:21:28:15:** And this is in the Atlanta area. We're only now talking about Georgia. 242 Mules. Now let's pause for a second. What is a MULE? (I think we have a better What is a Mule?)

**Catherine Engelbrecht:**

**01:21:44:01:** When we started the project we had to figure out how are we going to describe the individuals and the elements involved. And to us, as unsavory as it may seem, it felt a lot like a cartel. It felt a lot like trafficking. IT can be trafficking in drugs. Trafficking in humans. In

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

this instance, it's ballot trafficking. And so we began to use that vernacular. A MULE is, by our definition, a person that is involved in picking up ballots from locations and running them to the drop boxes.

**01:22:20:11:** So you have the collectors on the one hand. You have the stash houses, which are the non-profits. And then you have the MULES that are doing the drops. And that was the circle.

**Dinesh D'Souza:**

**01:22:34:20:** So the MULE is the delivery man or woman, and what you're saying is they have a starting point or multiple starting points, and then they have the end point. And the end point is the drop box. Right?

**Catherine Engelbrecht:**

**01:22:42:23:** That's right.

**Dinesh D'Souza:**

**01:22:43:20:** But you're saying that they get the ballots from somewhere and then they deposit them in multiple drop boxes. Now…

**Catherine Engelbrecht:**

**01:22:52:40:** On routes. They go on routes.

**Dinesh D'Souza:**

**01:22:55:00:** On Routes.

**Catherine Engelbrecht:**

**01:22:55:15:** Which is also significant because it's -- it is one of the questions that will come up in the work we've done is, 'Well how do you know that this wasn't just somebody that's got A big family and they just deposited a bunch of ballots once.' Or 'How do you know that this person didn't just work at a location that is near drop boxes so they're constantly going by a drop box?' And so the elements that are additive here – the going to the non-profits, the ability to identify the pattern of approach to a drop box. And that it is going not past a drop box and on, but directly to a drop box and back to another point – and then to another drop box.

**01:23:35:06:** All of these things, become telltale signs of what we would call a MULE – delivering ballots on routes.

**Dinesh D'Souza:**

**01:23:42:10:** I mean, isn't the timing significant? If some guy's going to a drop box at 2am in the morning, presumably he's not like out for a walk.

[ PAGE  \* MERGEFORMAT ]

Confidential
DDR-00060762

**Catherine Engelbrecht:**

**01:23:49:50:** Right

**Gregg Phillips:**

**01:23:50:55:** And we saw a lot of that. I would just add that, I think it's important to understand that we are civilians. We're not sworn law enforcement officers. And so for us, we not saying that our list of people is either comprehensive or that those people committed a crime. We're saying that we have amalgamated enough evidence that if this was another situation – if this was January 6th, or something else --  and we had this much evidence, law enforcement or someone of appropriate jurisdiction in the states need to be looking at this. They need to dig in and look at it.

**Catherine Engelbrecht:**

**01:24:35:12:** That's right. And that's really our whole approach to this has been, 'Look at what we have found. Look at what we have found.' And the lack of interest has been one of the most shocking things of all. (relocate to the point about what we do with data...no investigations...why haven't people haven't been arrested which is much later)


**NATHAN...WE GOT THIS FAR.  BELOW HAS NOT BEEN REVIEWED.**


**Dinesh D'Souza:**

**01:24:50:00:** Let's come back to that. Let's proceed. We started out with Georgia. You identified I think you said 242 MULES. Now lets move over to Arizona. You did a similar buy. What was the area?

**Gregg Phillips:**

**01:25:03:00:** We bought to places in Arizona. We bought Yuma county, because of the work we spoke about earlier – and we bought Maricopa county. We've been approached about maybe expanding that a little bit, but that's what we bought in the initial look.

**Dinesh D'Souza:**

**01:23:00:00** Okay. Now there was an audit in Arizona, in Maricopa County. I've tried to follow that at least as best I could. My understanding is that the kind of result of the audit was there were all kinds of procedure problems and perhaps even some system problems, but when they tabulated the votes – Biden did in fact win Arizona as was declared shortly after Election Night.

**01:25:53:15:** But your investigation took a little different tact. It wasn't just a matter of just go take the votes that are there and recount them. You were tracking the movement of MULES to

Confidential

**Dinesh D'Souza Interviews**

multiple drop boxes. Now did you use the same criterion in Arizona or was the criterion different?

**Gregg Phillips:**

**01:26:10:17**: it was a little bit different. The way you buy data, or some of the parameters in which you buy data in a smaller area like a Yuma – versus say a Phoenix – can be a little bit different. There are also individual difference per state. So the advantage of having Catherine's team as subject matter experts, with our guys that are experts in what they do is we're able to understand those process nuances that might make a difference in how we buy the data and then how we evaluate that data.

**01:26:44:10**: For instance, in Maricopa county, they had drive-thru drop boxes. And that presented a whole different manner of sort of checking on this. And what sort of technologies do we apply? And if we end up with the video are we going to be able to have access to the appropriate technology and algorithms to see a vehicle in motion, read through a window maybe with glare on the window – and are you able to do that within an acceptable sort of error range. In other words, are we able to really see, 'Is that really Gregg driving up here.'

**01:27:24:08**: So there are differences in how we process, but from a purchase perspective, it was close to the same. Proportionally, interestingly, the numbers came out close to the same.

**Dinesh D'Souza**

01:27:36:21: How many MULES in Arizona?

**Gregg Phillips:**

**01:27:38:02**: A little over 200.

**Dinesh D'Souza:**

**01:27:39:08**: A little 200?

**Gregg Phillips:**

**01:27:40:12**: In Phoenix alone.

**Dinesh D'Souza:**

**01:27:42:00**: In Phoenix alone. So 242, approximately the same in Arizona. And again, you say with the difference – this guy's walking, this guy's driving, but you're measuring the same pattern of behavior?

**Gregg Phillips:**

**01:27:53: 13**: We are.

**Dinesh D'Souza:**

Confidential

DDR-00060764

Dinesh D'Souza Interviews

**01:27:54:00**: Okay. And, the reason I think this is all very significant is because – these were very close states, right? What was the margin in Georgia?

**Gregg Phillips:**

**01:28:05:20**: 10 or 11,000 I think, in the end.

**Catherine Engelbrecht:**

**01:28:09:00**: In the end.

**Dinesh D'Souza:**

**01:28:09:00**: And Arizona also extremely close.

**Gregg Phillips:**

**01:28:11:10**: Yeah, very close.

**Dinesh D'Souza:**

**01:28:13:15**: Then you moved on to…

**Gregg Phillips:**

**01:28:15:00**: Wisconsin.

**Dinesh D'Souza:**

**01:28:16:00**: Wisconsin.

**Gregg Phillips:**

**01:28:1:00**: We took a look mostly in Milwaukee -- again we've been working with law enforcement and others in Wisconsin to try to possible expand some of that. But our initial look was in Milwaukee and again, fairly consistent. The gross numbers were a little down but the average number of visits to the drop boxes was up. So we had over 100 in Milwaukee county, or in Milwaukee the city, and fewer drop boxes than Atlanta. Far more drop boxes. And so, the MULES themselves were more prolific at the drop boxes.

**01:28:58:50**: So instead of four unique visits, I think we averaged 28 in Wisconsin.

**Dinesh D'Souza:**

**01:29:03:00**: I mean maybe, I've heard people in Milwaukee are really hard working and maybe the just went overtime?

**Catherine Engelbrecht:**

**01:29:08:00**: Overachievers.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

01:29:10:00: You don't hire 200 MULES. 100 of us can do it. Just pay us double for the work once we go over a certain – anyway, so you found 100 or so MULES in Milwaukee, in Wisconsin. And then let's go to Michigan.

**Gregg Phillips:**

01:29:22:00: Yeah, Michigan is really interesting to us. The numbers are really amping up. We have more than 500 MULES that we've identified in Michigan. Again – the number of boxes is lower.

**Dinesh D'Souza:**

01:29:33:00: Now where in Michigan?

**Gregg Phillips:**

01:29:35:01: Detroit, mainly.

**Catherine Engelbrecht:**

01:29:37:03: Wayne County.

**Gregg Phillips:**

01:29:37:03: Wayne County specifically. And the number of boxes is fewer so the number of visits per box is higher, but we have people in Detroit that went to more than 100 drop boxes. One Hundred.

**Dinesh D'Souza:**

01:29:53:00: I mean this is stunning because it's like, I cannot think of a rational – kind of innocent – reason for someone to do that. It just doesn't exist. So any reasonable person would say, this is -- 'You're on to something big here."

**Catherine:**

01:30:07:50: We should take a closer look.

**Gregg Phillips:**

01:30:09:18: And Catherine's – again – Catherine's admonition to us – it really can't be wrong here. We've got to get this right. So, we're constantly going back and relooking and relooking and relooking. Scrubbing things out and coming back with another number. But in Detroit it's been very consistent. What's interesting to me about Detroit --- why don't you tell them about the map that we came up with in Detroit on Election night or near election night. Or Wayne County.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine:**

**01:30:35:12:** Well, so we were looking. We had some softwares available to us that were doing sort of doing graphical data analysis. And we were able to see the households that had already cast their vote. And the use of the software – it's projecting what party likely, that vote went for. But it was really looking at density. Voter population density. So looking at Detroit, you're going to get some variances. Even if you're heavy one way or the other. Heavy Democratic, heavy Republican, you're going to see some variance.

**01:31:13:10:** But in Detroit, it was just a sea of solid blue. Not just blue where they vote. SOLID. Every house. Ever block had voted. It was blue. And the sheer scale of what you saw in that data – and it's just visual. Just a reality check – later on, um, was supported really in the geo-spatial data that we were able to look at because of the prolific nature of hitting house to house to house to house to house.

**Dinesh D'Souza:**

**01:31:55:18:** Catherine, I think what you're saying is, and tell me if I'm understanding it right that: There are blue states and there are red states. But there are obviously a lot of red people who live in blue states, just as there are blue people who live in red states.

**Catherine Engelbrecht:**

**01:32:03:18:** Right. That's right.

**Dinesh D'Souza:**

**01:32:06:00:** So even if you take an area, for example Houston, that is blue you're going to find a lot of conservatives in Houston. And so, if a Houston map looked all blue it would look a little suspicious, where did the red people even go? So…

**Catherine Engelbrecht:**

**01:32:19:10:** That's right. And you have people that don't vote. Which is also a choice, right? I don't vote. That's not what we saw in this data though. We saw just a BLANKET. So it wasn't that it was: Red, Blue, or Absent. It was just – BLUE. And it caused us to take note and it ultimately bore out in the numbers.

**Gregg Phillips:**

**01:32:42:06:** The other interesting thing about Michigan was, first it was not legal to harvest. Or the other way around?

**Catherine Engelbrecht:**

**01:32:52:00:** It was not legal. And then for two weeks it was legal and then not legal again. So it -- that part of it's, you know…

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

**01:32:59:18:** There was a little blip in which harvesting was legally permitted for a short time and then made illegal again.

**Catherine Engelbrecht:**

**01:33:04:23:** Right. Right. Which goes back to the confusion around process. What is legal? There were so many stipulations that were either made up on the fly – in that 2020 election – or thrown out the window. Signature verifications, postmarks, how long post-election can you still count ballots? All of that was coming into play. So Detroit's a mess, but the Mt. Everest of our project has been in Philadelphia. \

**Dinesh D'Souza:**

**01:33:40:10:** I mean I've read a couple of good books that have been critiques of the 2020 election and by and large those books are focused on the process changes. And the way I look at it – I kind of liken it to a group of people – and in this case it is influential left-wing and Democratic organizations – going to a bank and saying in effect, 'Let's call off the guards. We don't really need any guards. And let's also turn off the security cameras. Who needs security cameras? And then let's stop checking the signatures on a check. Because after all, if the check has the guy's name, he probably signed it, so let's not worry to much about checking.'

**01:34:25:00:** So all of this is a way of facilitating fraud, facilitiation illegal behavior, but it stops short of the question of whether illegal behavior did in fact occur. In other words, there might have been all kinds of mechanisms in place to rob banks, but did these guys rob the bank? I think what's interesting about what we're taking about is, we're not just talking about facilitating something we're talking about what people actually did?

**Catherine:**

**01:34:50:10:** Right.

**Dinesh D'Souza:**

**01:34:51:10:** Alright. So, I'm running a little bit of math in my head. We've got 500 or so MULES in Michigan. I'm adding them up from Wisconsin, Arizona, I'm up to about 1,000. Perhaps 1,100 MULES. Let's go to Pennsylvania. Critical state. I think it was Pennsylvania that really gave Biden the election, in the sense that it tipped over to Biden. He got enough electoral votes. The deal was done. What have you found in Pennsylvania?

**Gregg Phillips:**

**01:35:15:17:** I have no doubt that if we expanded in Pennsylvania that it would produce mind-numbing results. But Philadelphia alone, we've identified more than 1,100 MULES, at rates well beyond anything we'd seen. Closer to 50 ballot drop boxes each.

[ PAGE  \* MERGEFORMAT ]

DDR-00060768

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

01:35:43:00: Each guy going to 50 drop boxes?

**Gregg Phillips:**

01:35:44:17: Each. Each. Eleven Hundred. It's extraordinary. And the depth of the, what appears to be cheating in Philadelphia is extraordinary. We saw insane things. Like people driving back and forth – these MULES – driving back and forth to New Jersey across the bridge.

**Dinesh D'Souza:**

01:36:08:00 Meaning?

**Gregg Phillips:**

01:36:09:50: Meaning, where are those ballots coming from? Do those people live in Jersey?

**Dinesh D'Souza:**

01:36:13:07: You're saying the ballots may not even be from Philadelphia or form Pennsylvania?

**Gregg Phillips:**

01:36:16:06: We have no idea.

**Catherine Engelbrecht:**

01:36:16:06: We're saying someone should investigate.

**Dinesh D'Souza:**

01:36:18:08: So, you're saying that the origin point appears to be Jersey. Now running 1,100 MULES times 50, we are at 50,000 drop box visits by the MULES alone in Philadelphia, or greater Philadelphia area. Now, obviously we're talking about a MULE who's not dropping *one* ballot in a box. Is there a way to estimate, or even roughly, how many ballots are being tossed into a box at a give time?

**Gregg Phillips:**

01:36:44:14: We've simulated, we've looked at it. We've tried to figure that out. They're actually pretty sophisticated, right? They're not going up and dumping in buckets full of ballots. On the other hand, we've seen circumstances where it appears that buckets full of ballots showed up, but there's no evidence on video camera for examples. So for example in Georgia, there's a particular situation that we're digging into and Catherine's team has done an extraordinary job on. On one day in October, on a Sunday, 1900 and…

**Dinesh D'Souza:**

[ PAGE \* MERGEFORMAT ]

**01:37:22:10:** When you say on a Sunday, like what time of year, what are we talking about? ...

**[Break called to do scene over again]**

<u>**Gregg Phillips:**</u>

**01:37:34:11:** There's a situation in Atlanta in Gwinnett County, that rose to the attention of Catherine and her Executive Director and their team, in reviewing the chain of custody documents. It's signed by the people that are supposed to be gathering all of these ballots. Okay, I went here at this time, and I sign it and Catherine signs it and we got to the next one. And then ultimately, we bundle up everything we've picked up for the morning and take it to central count and somebody signs for it and they say good to go.

<u>**Catherine Engelbrecht:**</u>

**01:38:04:15:** They sign off again.

<u>**Gregg Phillips:**</u>

**01:38:08:15:** There's one box in Gwinnett County, that had a chain of custody document with 1962 ballots noted on there. Okay, so that raises a lot of questions. First of all that's roughly ten times what we normally see.

<u>**Catherine Engelbrecht:**</u>

**01:38:29:20:** At that box.

<u>**Gregg Phillips:**</u>

**01:38:29:20:** I don't know if we've ever seen anything like that in any box ever, in all of our review. But nevertheless it was big. Enough to say, hey, let's look at that. So we tried to sort of sort through it. It's a little complicated. We sorted through the purchase of the geo-data. Found a few hundred people. Okay, well that's pretty odd. Well, Catherine's team submits a complaint if you will, to the Georgia Secretary of State, which they're looking at, that says – okay well we've got these problems but guess what? There's not video.

**01:39:11:10:** What do you mean there's no video? Catherine makes the complaint. Two days later, the video miraculous shows up. And guess what it shows? 271 people approached that ballot drop box with ballots during the 24-to-25-hour period -- 271. 1,962 ballots were deposited. There's a twist to it that we'll talk about later, but there's some extraordinary circumstances that are happening here that sort of belie this idea that it's a bunch of them going in. (MOVE UP) It might be three, or five or six or 10 or something like that. Generally speaking, we think you can put about five in at one time, give or take, the type of box. They're all a little bit different.

**01:40:02:21:** And so you'll see people who have two stacks. They'll stick one in. Maybe drop a few on the ground. Pick them up. Put another stack in. But we believe they're sophisticated

Confidential

DDR-00060770

enough to avoid that notion that, 'I'm just going to go to one box and I'm going to dump all of mine in.'

**Catherine Engelbrecht:**

**01:40:22:16:** The idea is to stay under the radar. And we believe that's why we see these routes being followed. That's why we believe, in some of our videos, people come up and they have bags. And they take their bag and they're pulling out their ballots. And as Gregg said the number is you know, three, five, 10 ballots. But it's not going to be extreme. But then -- they're not done for the day either. They're going place to place to place, day upon day upon day – and so that will not show up in your chain of custody documents, your tracking documents that would identify a big blip.

**01:40:57:05:** When you do see a blip, that's what causes you to focus in a little more closely and they don't want that.

**Dinesh D'Souza:**

**01:41:05:15:** Now, adding these numbers up, we have 2000 plus MULES, based upon not searching these whole states. Remember, we're only talking about a small number of states. You didn't – we're not talking about the whole country.

**Catherine Engel:**

**01:41:22:06:** We're not even talking about whole states.

**Dinesh D'Souza:**

**01:41:23:14:** We're not even talking about whole states.

**Debbie D'Souza:**

**01:41:26:10:** Counties.

**Dinesh D'Souza:**

**01:41:26:15:** And we're also talking about a gross undercount of the actual number of MULES because you set a high bar. They had to go to X Number, let's say 10 drop boxes, so if there's a MULE who went to seven drop boxes, you wouldn't catch that guy.

**Gregg Phillips:**

**01:41:26:15:** Right

**Catherine Engelbrecht:**

**01:41:42:00:** Then they would have had to go to non-profits. So they had to meet those two criteria and then go to one of the geo-fence drop boxes. If they met the two criteria but went to a Post Office box, we're not going to look at them.

Confidential

Dinesh D'Souza Interviews

**[BREAK CALLED TO DISCUSS TWO CRITERA/AND POSSIBLE BREAK FOR LUNCH – HOW DO YOU GET YOUR HANDS ON ALL THIS DATA? HOW DO WE PUT A FACE TO THIS? HOW DID THEY COME UP WITH LOOKING FOR THE VIDEO?]**

<u>**Dinesh D'Souza:**</u>

01:42:52:07: Gregg tell me, when they give you this data, this data that you then have to go through, is this something that's sort of, is this something that's electronic? Is this something that is sort of emailed to you? Do you put it in a suitcase? I mean how do you actually – what does this data look like?

<u>**Gregg Phillips:**</u>

01:43:11:18: Well, it's a massive data transfer for certain. We have more than a petabyte of data. We've received it in a variety of ways. If we buy it from the aggregators of the cell data, there's a method of electronic transaction – but still you're talking about transacting hundreds of terabytes, so it's a significant move of data. Catherine's team has also been instrumental in helping gather video surveillance data from the drop boxes where it's available. It's not always available but they have done an extraordinary job. And we have almost a petabyte of video data to surround it.

01:43:53:18: And it does go in theses big, the boxes you see us carrying around. And people will hand the to us. Or we met some folks in an airport up in the Midwest the other day and I picked up a box – or a storage device – got back on a plane and left. And it occurred to me as I was leaving that, it hasn't been that long before a TB of data was even unheard of. You couldn't put it in this room almost. And I had something like 120 TB of data in my bag up above up there, so, it's been --- fun and interesting and…

<u>**Debbie D'Souza:**</u>

01:44:34:18: Dangerous.

<u>**Dinesh D'Souza:**</u>

01:44:36:11: And work that you have to do in secret. Right? Because this is not information that has been available to the public.

<u>**Catherine Engelbrecht:**</u>

01:44:42:00: No and its a, it's a, it's a – you know it's a two-part story here. Because you have all of the commercial marketing data. The geo-spatial data. But then the video, and all of the chains of custody and all of the surrounding documents – all of that is public record. So it was marrying up the geospatial to what was available that apparently nobody else was looking at. At least not in the way that we chose to look at it.

Confidential

Dinesh D'Souza Interviews

**01:45:08:08:** And that's what has really made the difference. Is the ability to not just identify what we can on video, but know where to look on the video. Because we had the data telling us what should have been happening and then tracking against those time stamps, give you a full picture that you just can't look away from.

***[DINESH PAUSED TO SAY THE MENTION OF THE VIDEO WOULD COME BACK AROUND IN THE NEXT SEGMENT AS OPPOSED TO EARLIER AS SHOWN IN THE TEXT]***

## Transcription For Houston Scene [03_01] With Catherine and Gregg

**Dinesh D'Souza:**

**00:01:15:07:** How did you get your hands on this data?

**Gregg Phillips:**

**00:01:15:07:** We bought it.

**Dinesh D'Souza:**

**00:01:18:07:** Is it available for anybody to buy?

**Gregg Phillips:**

**00:01:22:11:** Oh, tough questions. I'm sorry guys! [Laughter]. Wow.

*[Cross talk off camera about it being a "great question actually" from Gregg and Catherine and Dinesh]*

**Dinesh D'Souza:**

**00:01:50:05:** How did you get your hands on this data?

**Gregg Phillips:**

**00:01:53:10:** We bought it.

**Dinesh D'Souza: end of act 2**

00:01:55:00: Wow. Would you say, at the end of the day, GAME OVER.

**Gregg Phillips:**

00:02:03:10: GAME OVER.

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

00:02:06:11: GAME OVER.

**Dinesh D'Souza:**

00:02:12:08: Would it be fair to say with all this evidence you're putting together that you got em?

**Gregg Phillips:**

00:02:20:00: We got em.

**Catherine Engelbrecht:**

00:02:22:11: We got em.

**[BREAK CALLED TO DO THE SCENE AGAIN]**

**Dinesh D'Souza:**

00:02:28:06: Would you say, putting all the evidence, you got em?

**Gregg Phillips:**

00:02:34:04: We got em.

**Catherine Engelbrecht:**

00:02:35:16: We got em.

**[BREAK CALLED]**

## Transcription For Houston Scene [03_02] With Catherine and Gregg

**Dinesh D'Souza:**

00:05:07:23: What is a MULE?

**[Brief Pause]**

00:05:13:23: *WHAT* is a Mule?

**[Brief Pause]**

**Dinesh D'Souza:**

00:05:33:00: What is a Mule? – What is a Mule? What is a Mule? What is a Mule? What is a MULE? What is a MULE?

00:05:50:00: Putting this evidence together would you say, you got em?

**Gregg Phillips:**

Confidential

Dinesh D'Souza Interviews

**00:05:54:00:** We got em.

**Catherine Engelbrecht:**

**00:05:55:10:** We got em.

**Dinesh D'Souza:**

**00:05:58:30:** Game over?

**Gregg Phillips:**

**00:06:00:10:** Game over.

**Catherine Engelbrecht:**

**00:06:02:10:** Game over.

*[Talk off camera]*

**Dinesh D'Souza:**

**00:06:03:15:** Would you say game over?

**Gregg Phillips:**

**00:06:05:11:** Game over.

**Catherine Engelbrecht:**

**00:06:07:10:** Game over.

**Dinesh D'Souza:**

**00:06:09:10:** Wow. [There was one more line besides that] … How did you get your hands on all this data?

**Gregg Phillips:**

**00:06:23:15:** We bought it.

**[BREAK]**

**Dinesh D'Souza:**

**00:06:39:12:** I see a king of geo-tracking map, and I wondered Gregg if you could walk us through what all that means. I see dots, I see circles, I see blue. What's the significance of everything on that map?

**Gregg Phillips:**

Confidential

DDR-00060775

Dinesh D'Souza Interviews

**00:07:08:09:** We create a visual, a pattern of life that someone can see and look at. Rather than just a whole spreadsheet of numbers. Being able to look at it in this manner. What you see here on the screen is a single person, on a single day, in Atlanta, GA – six counties – they went to 28 drop boxes and five organizations, in one day.

**Dinesh D'Souza:**

**00:07:44:10:** What are the orange dots?

**Gregg Phillips:**

**00:07:46:10:** Those are drop boxes.

**Dinesh D'Souza:**

**00:07:48:22:** And what is the blue, the blue sort of tracks?

**Gregg Phillips:**

**00:07:53:15:** That is a smoothed-out pattern of life so that we could take the sort of the movement of the individual cellphone signals, marry them into something that's visual so that you can see movement on the individual.

**00:08:07:20:** What's interesting about this particular one – it was the first time that we had seen them broadly go across multiple counties. It was the first time we had seen someone make hard stops at the five organizations that they went to. And then again – it wasn't as though they were just driving by on a highway and stopping. To get to some of these drop boxes, you had to be intentional. You had to get off the highway. You had to go on surface streets, you had to turn in somewhere, in order to get to many of these drop boxes. And this was one of the very first graphics we created in Atlanta – and suffice to say I think it was shocking to us internally. But to our team, it really was the individual graphic that made us say, 'Okay. We got this.'

**Dinesh D'Souza:**

**00:09:02:05:** And the circles I take it, reflect the non-profit centers? Is that the places where the ballots originate? Or at least – that's the launching pad to the drop box.

**Gregg Phillips:**

**00:09:13:00:** As Catherine has, we think accurately described, the 'stash houses.' Where the ballots are collected, bucketed, and handed to the MULES to take to the drop boxes.

**Dinesh D'Souza:**

**00:09:26:09:** Now, we're talking about 2,000+ mules. The actual number, probably considerably larger. We're talking about people who, as you say, go to multiple drop boxes. In this case, multiple counties. What I want to ask is whether the total amount of let's call it – vote

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060776

Dinesh D'Souza Interviews

trafficking – If you were to, and you can only estimate because you're not able to make – you have estimates – are we talking about margins here that could potentially swing these states?

**<u>Gregg Phillips:</u>**

00:10:00:07: Yes.

**<u>Dinesh D'Souza:</u>**

00:10:00:07: So, in other words, the MULES alone, and the amount of vote trafficking could have swung the state of Georgia the other way?

**<u>Gregg Phillips:</u>**

00:10:08:04: Yes

**<u>Dinesh D'Souza:</u>**

00:10:08:04: And Arizona:

**<u>Gregg Phillips:</u>**

00:10:09:08: Yes

**<u>Dinesh D'Souza:</u>**

00:10:10:00: And Michigan?

**<u>Gregg Phillips:</u>**

00:10:10:00: Yes

**<u>Dinesh D'Souza:</u>**

00:10:12:00: And Wisconsin?

**<u>Gregg Phillips:</u>**

00:10:11:22: Yes

**<u>Dinesh D'Souza:</u>**

00:10:14:16: And Pennsylvania?

**<u>Gregg Phillips:</u>**

00:10:13:13: Especially Pennsylvania.

**<u>Dinesh D'Souza:</u>**

00:10:16:18: Especially Pennsylvania. So even though it might be impossible to know who those individual, let's call them illicit or illegal ballots, were cast for. Because presumably the ballots

[ PAGE  \* MERGEFORMAT ]

are now mixed in with all the other ballots. Nevertheless, by identifying who are the organizations? Who is paying them? Who is putting them up to it? You have a pretty good idea which side of the net the ball is falling, right?

**Catherine Engelbrecht:**

**00:10:43:15:** Yes.

**Dinesh D'Souza:**

**00:10:47:00:** So in other words you know – when you know who's doing all this, you can kind of tell which side they're playing for.

**Catherine Engelbrecht:**

**00:10:53:23:** Yes.

**Gregg Phillips:**

**00:10:55:05:** I think one of the most important – I think one of the most important I think lessons from all of this for us is the recognition that this wasn't just in Atlanta. Or in San Luis, Arizona. Or in Milwaukee. That this was an organized effort to subvert a free and fair election. This is organized crime. And you can't look at this data in its aggregate and believe anything otherwise.

**00:11:38:06:** That's especially true when you consider that in places like Georgia, it was only decided by 10,000=12,000 votes. And you look at 5,000 visits just from our MULES? FIVE THOUSAND drop box visits from our MULES? It's not a leap to say, 'Yes, this would have made a difference.'

**Dinesh D'Souza:**

**00:12:09:15:** Now let's explore the significance of this. If there were 40 bank robberies in states around the country, it seems to me that there would be three possibilities. The first possibility: Random groups in these 40 areas all decided to rob banks at the same time. I'll call that the 'accidental theory.' The second theory is, one guy or a single head – let's say Don Corleone – conspired to have all 40 operations that he's running in all 40 states rob banks in all those states and let's call that, not a conspiracy theory but an actual conspiracy.

**00:12:46:08:** It's a conspiracy that is part of a single organized network. But there's a third possibility people often don't think about, and this is, I would call it the 'coordination theory.' Which is to say, not that you have a single guy who says, do this you do that, you do this – But you have practices that you evolve through time, where you begin to realize, I can rob a bank. If I can only get the security to look the other way.

**00:13:12:22:** So what you have is multiple actors, who are operating in coordination toward a common goal. I mean, I think for example of the way the media suppressed the Hunter Biden

[ PAGE  \* MERGEFORMAT ]

DDR-00060778