# EXHIBIT 8
# (2 OF 4)

Dinesh D'Souza Interviews

story. It wasn't that the New York Times, CBS – they all got on a morning phone call and said, 'let's suppress the Hunter Biden story.' They were all of a similar ideological bent. They all knew the story would be damaging. They said, 'Listen, if we don't give any oxygen to the story, this is going to help our man get across the finish line. So what I want to ask you is: In this case, are we looking at an accidental theory, a conspiracy, or are we looking at a coordinated ring of illegal activity?

**Catherine Engelbrecht:**

00:13:58:18: This is a coordinated syndicate of illegal activity. And it's been going on for a long time and it's only getting worse.

**Dinesh D'Souza:**

00:14:08:04: And so you're saying that they, under COVID, escalated it times 10. In other words, they ramped up the operation.

**Catherine Engelbrecht:**

00:14:17:00: It was a perfect storm that was made all the more possible by people's reluctance to get too close to the situation and to really examine how it was being exploited. Because they had the cover of a pandemic. 'Well how dare you ask these questions about why these drop boxes are being put out because certainly it's only to help people feel more comfortable in the midst of a pandemic.' But when you examine the evidence as we have, the abuse is clear.

00:14:49:10: And the calculation to exploit those drop boxes, exploit those mail ballots, that was all part of a much bigger plan.

**Dinesh D'Souza:**

00:15:00:50: Would it be fair to say, and I'm talking not just here about what was possible but what actually happened, that not only was this not the most secure election in history, but given the change of rules given the kind of COVID environment – this was one of the least secure elections of modern history?

**Catherine Engelbrecht:**

00:15:20:19: Absolutely. And what's worse is the fraud is being institutionalized. In ways that if we don't stop it now and take a close, hard look at the practicality of this process and correct for its weaknesses, we are careening towards a disastrous next few years.

**Dinesh D'Souza:**

00:15:40:10: We're becoming Venezuela.

**Catherine Engelbrecht:**

00:15:42:09: We're close.

[ PAGE  \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza:**

00:15:44:13: Alright. As you were assessing this data, you had – the two of you, and I'm not sure which of you came up with this. A genius idea in my view.

**Catherine Engelbrecht:**

00:15:58:50: It was me.

**[Laughter]**

**Dinesh D'Souza:**

00:16:01:17: It was you. Of course. Of course – Who else. Well to validate your data. And the genius idea was, look, let's see if there were any murders or notorious crimes committed in the exact area that we are geo-tracking. Because If there were such crimes, we happen to know who's cellphones would be in the vicinity of those crimes, and therefore we can assist – ASSIST – in figuring our who did it. Talk about the two crimes that you identified and sort of put your data to work to try to solve.

**Catherine Engelbrecht:**

00:16:45:12: Well this decision was made to look at two crimes in particular – was made during a period when we were having great difficultly getting state officials to look at our data relative to elections. So our theory was, if we were able to prove other issues with the data – if we were able to prove up other things they that they would find beneficial, then, maybe – they would take another look at the broader issue of ballot trafficking. And so that's exactly what we did.

00:17:17:17: We chose to look at two murders that to that point had been unresolved and were ebbing on cold case status and brought the data and the team got to work.

**Dinesh D'Souza:**

00:17:31:06: Right. A little girl named Secoriea Turner was shot. Talk about the circumstances surrounding that. When, where, and how your data might have come to help in this case.

**Gregg Phillips:**

00:17:45:16: The shooting was just, um, just a terrible um, crime. The little girl was in her Mom's backseat of her car. It was during the BLM riots in Atlanta. They had blocked off a certain section of Atlanta where it was literally blocked off. And the Mom felt trapped and pulled into a Wendy's parking lot – and as they were turning around to exit the area, several shots, um, shot the girl in the backseat, shot the little girl in the backseat of the car. And it was quite extraordinary.

00:18:33:12: These investigations, at least from our perspective as non-law enforcement people who don't encounter this type of thing every day – it really elicits some emotional

[ PAGE  \* MERGEFORMAT ]

DDR-00060780

Dinesh D'Souza Interviews

reactions from the analyst. In this particular case we were able to go in and in essence sort of recreate – think of our patters of life, and think of them fairly narrowly over a couple of hours and you can see people, or see the unique devices sort of milling around different areas and moving from different places. But as the shooting component began to unfold there were only two or three devices that were within an area that could reasonably be considered inside the shot pattern.

00:19:20:21: So, so as the mom backed up and the way the bullets entered the car, you could see, like pretty visually, that there were only a handful of unique devices that could have possibly shot – pulled the trigger.

**Dinesh D'Souza**

00:19:42:11: Greg, do you have the graphic?

**Gregg Phillips:**

00:19:43:11: We do.

**Dinesh D'Souza**

00:19:44:00: Let's put it up.

**[Break to find the graphic]**

**Gregg Phillips:**

00:21:11:10: So [Stands up to approach the graphic], this is the area. This is the interstate. Interstate 75. This is a liquor store. This is a little bit/tiny strip center. And this is where the Wendy's was. Wendy's subsequently burned. So what you can see – and this was across a fairly narrow period of time – and so you can see like this particular individual is kind of milling around here, here, here, here.  Over here. And then all of the sudden they're right there.

00:21:51:22: The shooting actually occurred right here, in this parking lot. Because as she backed out, they had to roads blocked off right here. And as the Mom backed back out of the Wendy's and started out that way, that's when the shots. So, so, so – sort of inside of this circle are really the only potentially legitimate shooters. These guys over here, he's behind the building and over here.

**Dinesh D'Souza**

00:22:18:14: Gregg, pause for a second. Are you saying that each green dot, is the same guy but moving through time?

**Gregg Phillips:**

00:22:25:00: Each color is one person. And so what you see here, which is also interesting is what happens after the shooting and why we don't' have the full pattern of life built in here.

[ PAGE  \* MERGEFORMAT ]

DDR-00060781

You can see that this particular cream-colored dot – immediately after the shooting, remember it was here. It's here, it's here, it's here. Shoot. Shoot. And then it's over here, so sort of across the street kind of hunkered down. Similarly, this color here you can see milling around, milling around the shoot – and then all of the sudden they're over here in this building after the shoot.

**00:23:04:00:** And so, for us and our ability to support law enforcement in their effort – each of these devices has a unique device ID. And while we make it colored here, and we assign a color to the individual device, the actual device ID is a number that we can provide along with the pattern of life, to law enforcement. Then they can take it, go to a court. Get the court to order the cellphone companies or the technology companies to unmask that number, and turn it into a name and address and that's how they get to the effort.

**00:23:49:00:** So in this particular case, this murder went wholly unsolved for almost a year after the BLM riots.

**Dinesh D'Souza:**

**00:24:04:15:** But now I read, and I see, they've arrested two suspects.

**Gregg Phillips:**

**00:24:07:11:** They have.

**Dinesh D'Souza**

**00:24:08:10:** And did you turn over this data, what you found, to the FBI or the GBI – The Georgia Bureau of Investigation?

**Gregg Phillips:**

**00:24:19:10:** There's a joint law enforcement taskforce, and we turned the bulk of this information over to the Federal Bureau of Investigation. Who's part of that joint taskforce.

**[Recording stopped to check beeping and move to next segment]**

## Transcription For Houston Scene [03_03] With Catherine and Gregg

**Dinesh D'Souza:**

**00:34:32:18:** Let's talk about the second case. This was a young woman, Katie Janus, who was as I understand it walking her dog in a park. And was brutally murdered. Tell us about the case.

**Gregg Phillips:**

**00:34:49:10:** Yeah. Terrible case. She was not just murdered but really sort of disemboweled. Her dog was murdered, or killed. And they had no suspects in the initial few months after the investigation. Again, our team did pretty much the same thing that we did. There was a little more depth to this though. So we had to do a little more work on those individual device ID's

Confidential

Dinesh D'Souza Interviews

and try to sort of expand our understanding of the individuals because there were some unusual components to the murder.

**Dinesh D'Souza:**

00:35:27:00: So, she was murdered in a park. Was it at night?

**Gregg Phillips:**

00:35:29:05: Some time after midnight.

**Dinesh D'Souza:**

00:35:31:23: And no eyewitnesses I take it. No one saw it happen. So that's why they couldn't solve it.

**Gregg Phillips:**

00:35:37:16: That's right. And even they had no ideas who might have even been there, just after midnight. And even though Piedmont Park is certainly well known in Atlanta and around Georgia, there are some open spaces but there are some fairly dense spaces – in terms of the woods and how it all sets up. But we were able to fairly quickly identify several different devices that might have been of interest. And then upon further look we were able to even dig a little more. Let me show you.

00:36:10:13: So, we took the first look just after midnight in Piedmont Park. This murder occurred on or about the 28th of July of 2021. And you see here on the screen that the park entrance is just down on the lower left. The murder happened between the park entrance and that first red circle where this device is. And there is a device there. It pings a number of different times as is denoted by the individual color spots. But the murder happened just in our left, in those trees right there. Interestingly the dog was murdered and found further up on, further up the screen. Still in the woods but further up the screen.

00:37:06:13: So, there's obviously one device that's close. It's right there. There's another device that's close enough where somebody – maybe it's someone law enforcement should speak to. This gave us enough to dig in a little bit further and really try to gain a little bit of insight. This is something our analyst would do. Gain a little bit of insight to the space. As you can see the trees there just straight ahead, maybe 100 yards in. That's where things sort of unfolded. The actual entrance to the park is just out of screen left. And this open area here was of interest to us as well.

00:37:48:08: This is just another view of the entrance to the park and sort of what it looks like from street level. But as we began to build the patter of life around those two individuals. It was quite interesting. The first patten of life was somebody that only showed up, or these pings, only showed up in this area at this time. No other time in Atlanta. Nothing else. The other individual you see, the more kind of light purple color – that person had obviously been around

[ PAGE \* MERGEFORMAT ]

Confidential

a little bit in Atlanta. What's particularly interesting about that light purple is that one of those pings there is, two weeks before the murder, was in the parking lot of the victim.

**Dinesh D'Souza:**

**00:38:43:07:** The same person who was in the park at the time of the murder is now identified in the parking lot of the victim's apartment, a couple of weeks earlier?

**Gregg Phillips:**

**00:38:53:20:** That's correct. So as the murder unfolded – or excuse me as the investigation unfolded -- we began to sort of broadened our thought: We need to get a little more, we need to take half a step back. Is there anybody else in there? Not that we necessarily think it is or isn't potentially involved in the crime. We thought maybe if we began to expand this a little bit, we might be able to bring in some other individuals that may have heard something, that may have heard something that they just didn't recall. Or they're afraid to come forward, or whatever that might be. And so we began the process of sort of pulling this apart.

**00:39:32:00:** In so doing, we began to really now start taking a much broader look at these patterns of life of now the four individuals that we've identified and really start to understand where do these people live? Where do they work? Or where does the device live and where does the device work? And you start to see we learn more and more and more. And now as we start pulling the next piece of this we really took some of the stuff from just news reports – There's the young lady who was murdered with her dog – and she went to visit her partner who worked in a pub near there.

**00:40:18:04:** And so we began to sort of look around. Okay, where is the pub? Where is it in proximity to the park? And maybe we can find something else out there. And in the news they published this picture of her walking with her dog. And in one of the pictures, you can kind of see how the rainbow painting of the crosswalk, you can pick that up somewhere else in the thing. Now we actually stopped the tracking of the victim, just because it's sort of – again – it's an emotional process to know that you're watching the steps almost, the footfall of the victim rather than just the ping. And you sort of feel it. So once these came together, we were able to actually track the victim's signal as she walked sort of back toward Piedmont Park.

**00:41:14:20:** And you can kind of, this particular video you can't see it, but that circle is really where that picture was taken. And so, we begin to know a little bit more. And we do have the tracking on this, but this is basically how she made her way into the park before the murder. So, what we did then was we took those device IDs that we knew about – we took the – the additional colors you see here, we began again to expand the view. Who might have been in this park, you know, near the time of the murder?

**00:41:50:00:** *And you start to see, picking up some other people. And maybe she passed this little green ping just off the road here. Maybe the person remembered something. And so, we*

Confidential

*package all of this up. [Actually we're going to have to cut this out. Sorry Guys. Let me start over.]]*

**00:42:15:08:** <mark>So this gives us a possible look at the individual devices that might be of interest to law enforcement. We bundled this up and we delivered it to an individual we work with at the Federal Bureau of Investigation.</mark>

**Dinesh D'Souza:**

**00:42:34:20:** And I see from news reports that the, at least official sources are saying that they are very close to making an arrest. This has been an unsolved case for how long?

**Gregg Phillips:**

**00:42:49:09:** Seven/eight months. It's really um…

**Dinesh D'Souza:**

**00:42:51:15:** Now you don't know in the Secoria Turner, or in this case, if it is your data that is leading to these crimes being solved. But you're saying that if law enforcement did it, they would do it exactly the same way?

**Gregg Phillips:**

**00:43:07:10:** Well, they might, I mean everybody has a slightly different methodology, but this certainly could give law enforcement a big step forward and an opportunity to, you know, look at maybe a different methodology that might bring in some different folks. They get out. They interview people and maybe try to find some substantive information to support the investigation. So our goal, when we get into these types of things, is really to support law enforcement with a very expensive data set that they may or may not have access to locally.

**00:43:42:23:** This particular situation being a local situation. They may or may not have direct access to this kind of information. But even then, it gives them that step forward. That possibility. Hey, there are quite a few people here. Let's get out and interview some folks.

**Dinesh D'Souza:**

**00:43:59:04:** <mark>And isn't it true that this tracking, these movement, this parallels exactly the work you're doing with the MULES?</mark>

**Gregg Phillips:**

**00:44:05:03:** <mark>Exactly.</mark>

**Dinesh D'Souza:**

**00:44:08:18:** So far we've been talking about geo-tracking which is essentially digital/electronic if you will, types of evidence. And to me, that sort of mirrors let's just say a fingerprint evidence

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

or DNA evidence. Look, it's your DNA, that means it's you. Right? And yet, if I was in a jury box, I'm always saying that – Well, if you're trying to convince me these guys broke into Fort Knox and robbed – I mean, I'm really happy to have their fingerprints. And I was pretty convinced by the DNA and all of this electronic, scientific stuff. Really powerful. But wouldn't it be king of nice to see the guys breaking into Fort Knox? In other words, wouldn't it be 'BUSTED' if you had video evidence. Do you?

**Catherine Engelbrecht:**

**00:44:57:10:** We do.

**Dinesh D'Souza:**

**00:45:00:09:** You do?

**[Short break/crosstalk]**

**00:45:14:14:** It's one thing to have the scientific evidence, which is persuasive on its own merit. But sure would be nice to have some video evidence. I mean, seeing the guys do it. Catching them, so to speak, in the act. This kind of evidence, I think, be the icing on the cake. Do you have this video evidence?

**Catherine Engelbrecht:**

**00:45:40:07:** We do.

**Dinesh D'Souza:**

**00:45:40:23:** How much of it do you have?

**Gregg Phillips:**

**00:45:42:17:** Four million minutes of surveillance video around the country.

**Dinesh D'Souza:**

**00:45:45:19:** How did you get it?

**Catherine Engelbrecht:**

**00:45:47:00:** It's open records. Anybody can get it. And uh, apparently very few did.

**Dinesh D'Souza:**

**00:45:54:10:** So you make a request or a demand – is it through the Freedom of Information Act? How do you – what is the process of acquiring the video?

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:46:01:18:** Well because it was a type of documentation that was categorized – (Can I start that over?)

**Dinesh D'Souza:**

**00:46:11:03:** What is the process for getting the video?

**Catherine Engelbrecht:**

**00:46:13:07:** You can submit an open records request. And in this instance, you have to be very specific of course about what you are looking for. The timeframe and the locations and so forth. But you can request the video and that's what we did. We picked up hard drives from everywhere that we could and unfortunately a lot of places didn't have it. But the ones that did, we now have had a chance to take a look at.

**[Break to add the word 'Surveillance' into the description of the word 'video']**

**Dinesh D'Souza:**

**00:46:51:10:** Now we're talking about surveillance video. Official surveillance video of these mail in drop boxes. How do you get it?

**Catherine Engelbrecht:**

**00:47:01:00:** You can file for open records request – any citizen can do this. About a wide variety of types of documentation in our instance we were interested in these surveillance videos. We had these new drop boxes. There was federal guidance and some state guidance around the need to have surveillance videos monitoring the drop boxes. And so, in our open records request – which are typically directed towards either the Secretaries of States, or the local municipality or the city, just depending on the jurisdiction and the way that they are organized – you just make a very specific request about what it is you are trying to acquire. And in the case of the videos, it was a very protracted process because as we often said, it appeared as though maybe the intent was that maybe no one will ever look at this video. It was a very difficult series of steps to procure the actual surveillance video. But now we are in possession of about four million minutes.

**Dinesh D'Souza:**

**00:48:10:00:** Four million minutes?

**Catherine Engelbrecht:**

**00:48:10:00:** [Shakes head yes]

**Dinesh D'Souza:**

**00:48:14:16:** And is it video -- do you have video in Georgia?

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Gregg Phillips:**

00:48:15:11: We do.

**Dinesh D'Souza:**

00:48:14:16: Is it video from the Presidential election, the runoff election, or both.

**Gregg Phillips:**

00:48:21:14: Both

**Dinesh D'Souza:**

00:48:23:16: Both? And uh, do you have video from other states?

**Gregg Phillips:**

00:48:28:08: It's spotty. But we have video, some video from AZ. We have recently learned in some of our counties that video was specifically turned off on a particular drop boxes.

**Dinesh D'Souza:**

00:48:44:15: In which state?

**Gregg Phillips:**

00:48:45:50: Arizona. Wisconsin, it turns out, even though the rules required them to have video…

**Dinesh D'Souza:**

00:48:58:16: …Sort of monitor

**Catherine Engelbrecht:**

00:48:53:10: They were publicly stating they were going to have video to…

**Dinesh D'Souza:**

00:48:58:16: …Sort of monitor

**Catherine Engelbrecht:**

00:49:00:04: To monitor the drop boxes and also to give public confidence to this new process that they were undertaking.

**Dinesh D'Souza:**

00:49:08:16: But did they do the video?

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:49:09:00:** No they did not

**Dinesh D'Souza:**

**00:49:10:00:** What about Pennsylvania?

**Gregg Phillips:**

**00:49:12:03:** Pennsylvania is still a question mark. There appears to be some video that may be available. Especially for the people crossing the river. Then we're working on some other items. I think one of the whole things – this whole video collection effort has been just extraordinary to watch. Catherine has long said, it's all about citizen involvement, and what we're seeing now is citizens stepping up and stepping forward and saying, 'Hey – we've got all of the Detroit, Michigan data."

**Catherine Engelbrecht:**

**00:49:52:08:** People that are on their own were trying to do open records, were trying to find their ways to acquiring this data. And now that it has become better known that we have taken on this project on and to the level that we have, as Gregg says, it's just, it's the best of America working together to improve a process that benefits us all. So that's been super exciting to me.

**Dinesh D'Souza:**

**00:50:13:19:** But I mean the distributing thing to me is, it seems there should be video on ever drop box. I mean if you're talking about an election for control of the most powerful country in the world, wouldn't it make sense that all drop boxes – I mean you can't walk into a store. You have parking lots that have surveillance capabilities.

**Catherine Engelbrecht:**

**00:50:34:04:** Most people think that there is video. That, particularly in 2020, when these drop boxes were set up coast to coast – in sort of the 11th hour if you will, of the election, part of the guidance that came down from one of the federal agencies, CIZA, said, 'If you're going to have drop boxes, these are the guidelines that we recommend.' And most of the states were very quick to echo that guidance and say, 'Absolutely. We are going to follow the guidance.' But they didn't.

**Dinesh D'Souza:**

**00:51:06:02:** And given today's kind of cost of technology, it would not have been that hard to do it.

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:51:10:22:** No. And they had CARES money. They had private CTCL money and others. The money was not the issue. It was the execution that was lost. Or maybe just, intentionally, overlooked.

**Gregg Phillips:**

**00:51:26:16:** Given what we know now about this citizen involvement issue, if they would had made this video available, sort of, online – you can almost imagine people staying up all night watching this video. Right? And, I mean, we've seen it now. This video is very difficult to sort of compile and watch. And just – it's almost mindless. Watching it over and over.

**Dinesh D'Souza:**

**00:51:52:14:** I mean the reason; I'm assuming it doesn't come out is because you've got four million minutes. This takes enormous amounts of processing. And you sent me a screenshot Catherine where you were requesting video. (show screen shot) And I believe it was the state of Georgia, if I'm quoting correctly, this video should exist. But it does not exist. And we can't tell you why it doesn't exist.

**Catherine Engelbrecht:**

**00:52:17:19:** Right. That was in Fulton County. And, you know, sadly we have correspondences like that from a lot of states. That, in a variety of ways, ultimately tell you, there's just no video. Even though they said publicly there would be. Even though I would venture to guess most voters felt like they could trust that process. There was nobody watching. And now we see what we see.

**Gregg Phillips:**

**00:52:46:21:** And I would say that there were some other – you know, Catherine tries to keep us focused on the difference between some of what appear to be crimes and process flaws. In this case, part of the process flaw, in Georgia for example – those rules, those hastily prepared rules, the emergency orders to put in place. Yeah, we all have drop boxes. And you've got to have video on it and you got to keep it for 30 days. Well, wait. 30 days? Really?

**Catherine Engelbrecht:**

**00:53:17:08:** Federal law requires 22 months and so, operating under the assumption that you would have a secured set of archives – of data archives – for 22 months, turned out to be a poor choice because they were getting rid of it. So much of this is … What happened in 2020 and this confluence of events: The use of inexact voter rolls with the hastily mailed out mass balloting that were, that was, blanketing our counties – coupled with these drop boxes – there's just really no way to know what happened.

**Dinesh D'Souza:**

[ PAGE \* MERGEFORMAT ]

**Dinesh D'Souza Interviews**

**00:54:07:02:** I mean it's worth mentioning – isn't it – that this is not, you could call it just bungling on the part of these states. In Georgia for example, the Stacey Abrams group had sued in the aftermath of her losing an earlier race, which she thought she won. Nevertheless, she sued the Secretary of State. The Secretary of State, a Republican, Raffensperger, enters into a consent decree – which weakens the signature matching requirements. In other words, establishes the framework in which all this trafficking is occurring.

**Catherine Engelbrecht:**

**00:55:02:04:** Absolutely. The parallels in our world are: Sue the states to prevent them from cleaning the voter rolls. Get out of court consent decrees, that out of plain sight change the way that rolls can be managed, or that rules can be interpreted. To your example, these signature verifications being diminished. Push all that up into a intentional uptake in mail ballot [STOPPED].

**Dinesh D'Souza:**

**00:55:46:05:** So all of this was to that degree, intentional.

**Catherine Engelbrecht:**

**00:55:50:01:** Absolutely. And you can see it in almost every state. When states try to clean their rolls, it's not at all uncommon to be met with lawsuits to prevent those rolls from being cleaned. On top of that…

**Dinesh D'Souza:**

**00:56:02:15:** And by being cleaned you mean removing dead people off the rolls, people who have moved and are no longer eligible to vote?

**Catherine Engelbrecht:**

**00:56:08:09:** Right, that don't meet the standard of eligibility for that state. And it is things like deceased voters and people who have moved which is – depending upon what stat you're reading – about 14 percent of the country moves every year. That's a significant date point that needs to be kept up with. What we always question is, why don't we keep up with it.

**00:56:29:10:** Because certainly technology would support real time resolution of identity, residency, citizenship. That's done in private sector all day every day. We live in the age of Amazon one-click. When we can order something and have it there the next day, delivered straight to our door. Why then, if we really believe that our election are the cornerstone of our Constitutional Republic, then why have we allowed this process to erode as we have? And I would argue that I think it's a feature not a bug.

**00:57:02:20:** I think it's intentional that they are not cleaning the rolls as they ought. I think that it's the only thing why there is such a push to sue when rolls are attempted to be maintained.

[ PAGE \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

Then you have consent decrees which change the functional process of elections. That happened out of sight of the average reader of the election code. These consent decrees are happening behind closed doors. That are changing the way that incoming voter registrations are interpreted. Or standards around signature verification and postmarks. We saw a slew of them, hundreds of lawsuits and consent decrees passed in 2020. All functionally changing a process and causing chaos.

**Dinesh D'Souza:**

00:57:49:17: Let's explore the utility of this because if 14 percent of people move, and you don't clean the rolls those 14 percent of people would be mailed ballots.

**Catherine Engelbrecht:**

00:58:03:11: That's right. That's right.

**Dinesh D'Souza:**

00:58:04:22: So, there are all these mail-in ballots flying out there to people who are not actually present.

**Catherine Engelbrecht:**

00:58:08:02: That's right.

**Dinesh D'Souza:**

00:58:09:14: So, if someone else could figure out, 'How can I get my hands on these ballots?' Presumably, they would control the votes of those people. And NOW, in order to make it more difficult for them to be caught, they would say, 'What if we weaken the signature matching requirements. That way, if we fill out the ballots no one's going to know the difference.' No one's really going to check to see if it's that guy, because if they did then they'd be like, 'Maybe he moved.'

**Catherine Engelbrecht:**

00:58:35:18: That's right.

**Gregg Phillips:**

00:58:36:18: Welcome to the most secure election in American history. Right? I mean this is insanity. Everything you just described is spot on.

**Catherine Engelbrecht:**

00:58:45:23: Is spot on.

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

00:58:46:21: We went to Arizona and spoke to the legislature, not too terribly long ago. And as I was going through pretty much what you just did Dinesh – and Catherine had provided me with a bunch of information – and I started talking about the consent decrees. And I said, well there are four primary consent decrees that are of concern in Arizona. The entire room of Senators and Representatives looked at me like they didn't even know what I was talking about. And it turned out the reason they didn't know – the Secretary of State in Arizona had never shared it with the legislature.

00:59:20:05: So you've got all these Republican, even patriots, that are out there trying to make reasonable and considered changes in laws – that they have no idea that there are these consent decrees flying around. And so we came back and sent the four consent decrees out there and they were like, 'This is unbelievable.'

**Dinesh D'Souza:**

00:59:40:10: Now Arizona has a Republican legislature but Katie Hobbs, the Secretary of State is a Democrat. It's worth noting here that when someone like that gets sued, it's typically – she's being sued by her own team. And her own team on the left, Democrats, are saying let's agree to these things. And they're asking a Democratic Secretary of State who is not their adversary, but is in some ways colluding with them to go, 'Sure I'll agree to this. And I'll agree to that.'

01:00:09:02: And so, what you have here is an apparent collaboration between outside forces and in this case a secretary of state to achieve a result.

**Catherine Engelbrecht:**

01:00:23:15: They are the ultimate arbiters, in most states, the Secretary of State is the ultimate arbiter of the election. They are the ones that call it for the state. They wield an immense amount of power. And most Americans don't really understand what happens inside those offices.

**Dinesh D'Souza:**

01:00:40:10: Do you think that's why George Soros and a bunch of liberal billionaires basically say listen, 'Let's not just worry about the Senate and the Congress. Let's go down to the office of the DA and the Secretary of State. And let's fight those races where we can throw money. And normally those races are not that expensive. And if we control the Secretary of State, the Republicans can campaign all they want – but we control the mechanics of the election.'

**Catherine Engelbrecht:**

01:00:54:00: Absolutely. And in fact it was a well known project of George Soros and the Open Society – the Secretary of State Project – in which they raised money for the express purpose of putting people who were sympathetic to their interests in power in key states. And that served them very well. It served them very well in states like Minnesota. In the race with Al Franken

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

and Norm Colman. It was the Secretary of State that allowed those recounts to go on and on and on. When ballots for Al Franken continued to be surfaced in trunks of cars and otherwise. Ultimately the difference between the two candidates was separated out by 300 some odd votes.

01:01:53:00: Later on it was determined over 1000 felons were allowed to vote. Going back to not cleaning up the rolls. And all of that was at the hand of a Soros candidate who'd been put in office the cycle previous. So, it's very intentional. And that down-ballot play, in controlling those local offices, has an important role in this broader narrative around ballot trafficking. Because controlling those local offices, means that those local office holders can control those communities.

**Gregg Phillips:**

01:02:23:09: I think there's a key point too that – speaking of these consent decrees and how all this has unfolded – I mean Catherine's now talking about things that go back 15-20 years. But the reality is, this has gone on for much, much longer than that. I started in this business in 1982. The same year I started was the year that something that's now infamous in our world – is something called the New Jersey consent decree.

01:02:50:12: There was some shenanigans pulled by Republicans, or allegedly pulled by Republicans and some judge came in, in New Jersey in 1982, sort of ordered a consent decree be agreed upon by the Republican National Committee and the Democrat National Committee. And the consent decree in essence said Republicans can't spend one dime – nothing – on election integrity. That was in 1982. And ever time it would expire, every 10 years, the judge would come in and reauthorize it. So what happened across 40 years is, an entire generation – in my case, she's not a political person – but an entire generation grew up with no money, no support, no words of help from the Republican National Committee.

**Catherine Engelbrecht:**

01:03:47:50: No Leadership.

**Dinesh D'Souza:**

01:03:52:05: Well, not to mention that the RNC, the Republicans, had no developing expertise. And so even though coming now to 2020, Trump predicts, they're going to cheat. 'They're going to do this. They're going to do that.' Even though the consent decree is now no longer operative, where's the level of legal knowledge? There's a kind of legal amateurism and we saw it.

**Catherine Engelbrecht:**

01:04:16:22: That's right. It's a very steep learning curve.

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

DDR-00060794

Dinesh D'Souza Interviews

**01:04:18:05:** You have people with, you have lawyers with three years of experience and they're fighting against people like Marc Elias and others that have been doing this their entire careers. And the reason is, there was no money. There was no nothing. So you don't have Republican lawyers. Catherine has an attorney that she works with and he was telling us just the other day that he had gone and taken this call to get some new certification in Texas – he told us later he was the only Republican EVER, in Texas to have received this one particular type of election integrity certification. EVER.

**Dinesh D'Souza:**

**01:04:55:21:** And that's in Texas

**Gregg Phillips:**

**01:04:57:05:** That's in Texas.

**Dinesh D'Souza:**

**01:04:58:02:** A republican state.

**Catherine Engelbrecht:**

**01:04:58:03:** Well and I what I think it really speaks to is that Americans are trusting people.

**[Temporary Technical Break]**

**Catherine Engelbrecht:**

**01:05:33:10:** I think what this really goes to is, Americans are trusting people. We believe that if we go and we vote and we get our 'I VOTED' sticker, we check that good citizen box – that, that's enough. And that we should be able to trust that what happens behind the scenes is actually is trustworthy. And that our vote and our voice will be carried forward and that that outcome truly reflects the will of the people. Let it be a vote for a Republican, a vote for a Democrat, a vote for a third party. Just let it be the vote you the voter have chosen, and then let that guide our country. That's how it ought to be.

**01:06:11:22:** But where we have found ourselves now is with a process that is so layered and twisted and manipulated for so many reasons, and in so many ways. But was taken to a whole new level in 2020, that I think, we've reached that proverbial tipping point. Where Americans now say, wait. We just know in our guts -- this is not right. It's not even wholly about the outcome of the election, as much as it is about watching the process fall apart in front of your eyes and say, 'Is no one going to stop that and talk about the impracticality of what's being done.'

**01:06:56:05:** **[end of act 2]** The impracticality of pushing mail ballots. The impracticality of staging up these drop boxes that have been privately funded? People know. Americans are smart. They get it. And now they're asking tough questions and the learning curve is going to be

Confidential

DDR-00060795

steep and it's going to be messy – but freedom is messy. This is the path that we have to be on. And nothing could be more important. Because if we continue to turn a blind eye, we will wake up very soon and be unrecognizable as a country. And it's gaining in speed every day. We're seeing it. And this is where the rubber meets the road. This is the line in the sand because this is how we protect our voice.

**Dinesh D'Souza:**

**01:07:38:23:** And isn't this the actual real threat to democracy? We keep hearing about threats to democracy. Isn't this it right here?

**Catherine Engelbrecht:**

**01:07:45:11:** Everything we debate, everything that we believe in in this country, presupposes a free and fair election. And that all men shall be created equal. That is the underpinning of what we are as a Constitutional Republic. And when we allow that to slip away – then the rest of it falls like a house of cards.

**Dinesh D'Souza:**

**01:08:04:07:** Let's hit the video. The video that you DO have. Let's take a look.

**[BREAK CALLED FOR CHARGING DEVICE AND STRETCH]**

## Transcription For Houston Scene [02-1] With Catherine and Gregg

**Dinesh D'Souza:**

**00:02:56:06:** Catherine, you started the group called "True the Vote" in the year 2010. What was your mission or objective?

**Catherine Engelbrecht:**

**00:03:06:20:** Well – you know, we just didn't have enough volunteers working at the polls in our local elections. And the thought was, citizens can do so much more in elections than what they really know. So, we began by training people to work in the polls and then as we got further into it, we recognized, 'Wow some of the problems you see at the polls can be attributed to problems in the voter rolls. Well, what can we do about the voter rolls? How can we then use what we find to help -- to advocate --for commonsense reforms?'

**00:03:36:00:** And so, it turned into a – something much bigger than we had anticipated. But it started just because we knew citizens needed to be involved if we were to hope that elections would continue on with integrity.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

**Dinesh D'Souza Interviews**

**00:03:50:09:** ==I think I became familiar with your work when you gave Congressional testimony. Now that was in the year 2014== and, uh, wow. I mean, you described a torrential reaction to what you were doing. Even though you had a small organization. But we didn't meet at that point.

**00:04:12:17:** ==In fact, I met you through Debbie, and I think what's interesting is that you not only have known Debbie for years, but you trained her== in some of these [tactics]. So, say a word [on that].

**Debbie D'Souza:**

**00:04:22:22:** ==Absolutely. I was a bi-lingual poll watcher.==

**Catherine Engelbrecht:**

**00:04:25:17:** Oh Yes!

**Debbie D'Souza:**

**00:04:26:22:** So, ==my Spanish language came in very handy because I could tell when these people were, you know, lying, telling people how to vote.==

**Dinesh D'Souza:**

**00:04:38:09:** Mention the one incident.

**Debbie D'Souza:**

**00:04:40:00:** It was very interesting. ==I was a poll watcher at a place in Rosenberg and, uh, the poll judge was telling this couple that came in – in Spanish – who to vote for. And of course, she didn't really realize that I knew Spanish and so, there we go.==

**Dinesh D'Souza:**

**00:05:00:22:** ==And you busted them.==

**Debbie D'Souza:**

**00:05:01:50:** ==I busted them.== So that was an experience I had with poll watching but – as Catherine says – citizens just said, 'You know, we need to make sure that we are securing our elections.' And so, we all decided we're going to do this. We're going to volunteer.

**Catherine Engelbrecht:**

**00:05:21:20:** That's right.

**Debbie D'Souza:**

**00:05:20:23:** We were, you know, at the polls for eight hours, some of us. And it was a really good experience. And Catherine's group was amazing.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

00:05:30:10: So Catherine, when you setup "True the Vote" you set it up not so much – it's not a partisan organization. Is that because you saw shenanigans, problems with voting, as coming out of both parties?

**Catherine Engelbrecht:**

00:05:43:10: Oh absolutely. Plus, we need two parties – we need parity of parties at the polls. We -- It's a beautiful orchestration of party cooperation. We need that. So no, "True the Vote's" never been partisan. It's draws certain partisan attacks for sure. But, both sides – there's good and there's bad on both sides.

**Dinesh D'Souza:**

00:06:08:23: (INSERT FULL GREGG INTRODUCTION HERE) Well you told me, and then of course Gregg – This is Gregg Phillips – who told me also that -- about this remarkable election which I've looked into. This was 2018 I believe, in which you had all kinds of vote harvesting and vote trafficking, but it was on behalf of a Republican candidate.

**Gregg Phillips:**

00:06:30:13: Exactly. In North Carolina, it was unique in that of course that it actually overturned an election and they had to reelect – or redo the election. But the – as the story came out, people were trained on the left, that trained as Democrats and then kind of disgusted with the whole thing, decided they were going to go do this for a Republican candidate for Congress and ultimately the whole thing blew up and people went to jail. And as I said, they redid an election for this.

**Dinesh D'Souza:**

00:07:07:00: So, you have an activist, the guy's name was McCrae Dowless

**Gregg Phillips:**

00:07:09:22: Exactly.

**Dinesh D'Souza:**

00:07:10:14: And he worked for the Bladen Improvement Association, which was a kind of an African American Voter – get voters to the polls – but apparently, they were doing all kinds of vote harvesting. And he learned the strategy, then he broke with them. And he took his services to Mark Harris, a Republican, well actually a pastor who was running.

**Gregg Phillips:**

00:07:30:01: Correct.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

00:07:30:15: And Harris won. He pulled it off. But of course, evidence then came out that there was all kinds of improprieties and that this guy was paying people and the whole election was busted. They had a new election. And a new Republican candidate came in and ended up winning, but it wasn't Mark Harris.

**Gregg Phillips:**

00:07:53:06: You know, Dinesh, in forty years of doing this we've seen this over and over again. Sometimes the schemes are a little bit different. Sometimes it's people out banging on doors, gathering ballots. Sometimes the ballots are sent here, gathered here, deposited there. But the trafficking itself is always the same basic pattern.

00:08:12:18: There's a non-profit involved somewhere in the middle. There are people that are either collecting those ballots on the one hand or depositing those ballots on the other -- and getting paid for it – and subverting the free and fair process that we all demand.

**Dinesh D'Souza:**

00:08:30:07: Let's pause for a moment right here and just talk about the non-profit. And then let's talk about the being paid for it. Because, is it not a fact that according to very clearly specified IRS regulations, that non-profits although they can engage in political discussion/political education – they are strictly forbidden in engaging in elections? True or false?

**Catherine Engelbrecht:**

00:08:59:19: Well, it depends upon the type of the non-profit and its status.

**Dinesh D'Souza:**

00:09:03:00: I'm talking about the 501c3's.

**Catherine Engelbrecht:**

00:09:04:16: Right. The c3's, you know absolutely with respect to – I mean – "True the Vote" is an example. You can train, you can mobilize but after a point you have to draw a line and non-profits can't be involved.

00:09:18:13: I think what, what is another standard that we should look to here though is in no case ever --  non-profit, for-profit, state law, federal law – in no case is it acceptable to be paid for your ballot or to accept some form of remuneration for your ballot. And to Gregg's point there's a lot of different ways that ballot trafficking happens. Sometimes it's an outright payment for a ballot but also it's, as we've seen in other communities, it's an exchange for some manner of privilege.

[ PAGE  \* MERGEFORMAT ]

DDR-00060799

**Dinesh D'Souza Interviews**

**00:09:50:11**: ==From housing to programs for your children. There's a variety of ways in which these grifts occur. And in no shape, in no way, in no time is that legal.==

<u>Dinesh D'Souza:</u>

**00:10:03:03**: And even in states like California where they allow vote harvesting – in other words people can go collect ballots from 10 different people let's say, mail-in ballots and go deliver them. Even when that's allowed – they're not allowed to be paid for it right?

<u>Catherine Engelbrecht :</u>

**00:10:20:00**: In states like California, admittedly the law's a little murky, about how the harvesting – well I can just kind of start this over. Can we just start over?

**00:10:31:20**: I don't really know how to answer that. Because in California, the standard is so much different because there's just so little regulation around anything, that it's a free for all. But ==the issue at the heart of it, the exchange of something – some form of remuneration – for your ballot is always illegal.==

**00:10:54:05**: And so even if you're not – when you hand that ballot over, if you're getting a free meal out of it, if you're getting access that you wouldn't otherwise have gotten, if you're getting preferential status for housing – all of those things, that falls directly into the category of illegal acts. So, it's an easy thing to overlook. 'Oh harvesting is legal.' But harvesting, trafficking, almost always preys upon the most vulnerable communities. And that's where we really need to look closely at. Because it's those people that are being exploited and don't have an option.

<u>Gregg Phillips:</u>

**00:11:31:05**: We've seen over and over again that there are all manner of ways to do this. We've seen video of people exchanging their ballots for bingo cards, for raffle tickets. And the people that are being preyed upon have no idea. They don't know that this is a crime. It's the organizers of this and the bosses if you will, that need to be brought down. And I think that one thing I've learned from Catherine in all of this is that when it moves from, just giving your ballot to someone to go cast it, to somehow being paid or that person being paid to collect your ballot – that's when it moves from collection or harvesting to trafficking and becomes a crime.

**[BREAK CALLED]**

Confidential

DDR-00060800

## Transcription For Houston Scene [02-2] With Catherine and Gregg

**Dinesh D'Souza:**

**00:36:00:20**: Gregg Phillips, you have been working with Catherine for quite a few years on this complex issue of election investigation. What's your background that prepares you for this kind of work?

**Gregg Phillips:**

**00:36:17:00**: I've been in and around election intelligence and integrity for about 40 years. We've done investigations literally all over the world. It's a combination of data acquisition, data analysis, occasionally some in-depth data mining. And our ability to draw meaningful conclusions that link the 'who' to the 'when' to the 'where' is significant in this space.

00:36:45:03: Catherine and I met, um, she had been targeted. She is well known for sort of what she had suffered through. We had been targeted in a lesser way. But we came together in hopes that we could figure out, 'had we been targeted by the same people.' And was there a set of technology fingerprints that we could find that folks that had done it to me, had also been involved with the depth of what happened to her.'

**Dinesh D'Souza:**

**00:37:16:05**: Wow. So, it would be fair to say that you have been part of the 'Deep State?'

**Gregg Phillips:**

**00:37:21:09**: Again, I've stood in opposition to that 'Deep State' for 40 years.

**Dinesh D'Souza:**

**00:37:26:00**: Alright, let's fast-forward and talk about the 2020 election.

**00:37:33:04**: Election Night. It appeared that Trump was winning, and Republicans were going to have a big night. And then the counting stopped. Things seemed to shut down. And when they picked up again, Trump was suddenly losing. Now Republicans in fairness, did pretty well that night. In other words did pretty well on the Congressional tickets. But Trump lost an election that I think he was sure he was going to win.

**00:38:05:10**: And out of that came, I think, the two narratives that have defined this debate ever since, On one hand the Democrats – 'The most secure election in history.' And on the other hand, from it seems now a majority of the Republican party – 'This election was stolen. Or this election was in someway hijacked by the other side.' And despite massive efforts to say these are all lies, a kind of media campaign – to this day these anxieties persist on the right side of the aisle.

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**00:38:45:19**: Now, would you agree that a lot of the other issues that we have been seeing all the way through the Biden period – I'm talking about January 6th, I'm talking about the regime of digital censorship. All of those things are connected to what happened in the election. Why? Because it seems like the January 6th protesters came not because they were little Robert E. Lee's trying to overthrow the government. But rather that they came to do a primal scream about the election didn't they?

<u>Catherine Engelbrecht</u>:

**00:03:23:16**: Yes. And we saw the buildup for -- really starting in the fourth quarter of 2019, there began to be a lot of sort of chatter in the system that 2020, although we all knew it was going to be dramatic, who could have thought that in just a few short months we would be under this fog of COVID. That rules that had long defined election process would just be thrown out the window.

**00:39:51:01**: That states would begin to reorganize their election rules and codes just by fiat – in ways that were totally unconstitutional. And so by the time we got to Election Night – I mean – what counted what didn't? How long we were going to count. Did you have to have a signature on your absentee ballots? My gosh, absentee ballots had been flooding in because of the push to the mass mail out. So all of these variables led us to a place that on Election night, as the smoke started to clear, we realized there is a lot that has gone on that now we have to start peeling back the layers.

**00:40:33:03**: And then you saw all manner of folks try to jump in and begin to try to understand how we got to what we all as a country watched in shock unfold on November 3rd.

<u>Dinesh D'Souza</u>:

**00:40:44:03**: Well would you agree that in view of the radical changes in the system that were introduced on kind of an emergency basis, that the anxiety about the election was not irrational? In other words, that people had reason to think that we're not doing this the way we've done it before, so there's the potential for problems that haven't maybe occurred in the same degree before?

<u>Gregg Phillips</u>:

**00:41:08:02**: I think we also had some hard evidence that gave people that pause for concern. All of the sudden in places like the Atlanta metro area, 309 private drop boxes funded by Mark Zuckerberg and others, just show up. They show up on this street corner or that street corner, and people are like 'wait, what is this?'

**00:41:31:00**: And because they're almost wholly unregulated, and there was no firm and fixed process for that oversight and for that process to be put into effect and hardened before the election, all of the sudden you had people just dumping ballots into a receptacle that no one had any idea even existed before that moment. It's really quite extraordinary.

[ PAGE  \* MERGEFORMAT ]

DDR-00060802

**<u>Dinesh D'Souza</u>:**

**00:41:59:08**: Now I think one thing that's really interesting is the almost immediate regime of censorship that descended on the country – and nowhere more fiercely than on this issue.

**<u>Catherine Engelbrecht:</u>**

**00:42:11:00:** That's right.

**<u>Dinesh D'Souza:</u>**

**00:42:11:05**: In other words, there's censorship now on COVID, on climate change, on the Trans issue – on this and on that – but the one issue that is guaranteed to get you thrown off is questioning the "most secure election in history." Now I find that, I think that that -- far from actually dispelling people's concerns as intensified them. Because it's almost like -- you cannot have a debate about something. And if the winners were so secure and they were confident in their victory, they'd be like, "Let's go back and watch the video tape. I clearly won."

**<u>Catherine Engelbrecht:</u>**

**00:42:45:15:** Sure. Sure. That's right. That's right

**<u>Dinesh D'Souza:</u>**

**00:42:47:17**: But the behavior of Biden, the behavior of the media – by the way a media that had censored the Hunter Biden story. A media that had done a lot to go in for the Democrats. Then declaring that this topic is totally off limits – I think has made these suspicions far worse that the people who pulled this off, are now trying to cover it up.

**<u>Catherine Engelbrecht:</u>**

**00:43:10:03:** I agree. Old adage we use, if you don't want to know the answers, just don't let the questions be asked. And I think that's what we saw play out, certainly in the aftermath of 2020 and all through 2021, this has continued on. I think another thing we saw, for good, but did carry with it challenges – is people that rushed into this space that really were just learning the process of elections of the fly. And that makes it very difficult to determine in the moment what was illegal, what was legal, what's bad process, what's just general confusion?

**00:43:50:01**: And so you had a lot of new voices, which is ultimately healthy. Ultimately, this was a huge wakeup call for the country. But our process is broken in ways that people can't understand, until you get up close and personal in seeing it. It's engineered obsolescence. And I maintain that a lot of the brokenness is more a feature than a bug. Because we could do so much better than we are.

**00:44:19:09: CHECK**

**<u>Gregg Phillips:</u>**

Confidential                                                                                  DDR-00060803

Dinesh D'Souza Interviews

**00:44:19:10:** I would also add there was misinformation and even disinformation sewn into the system by the left themselves. So we're starting to see merges – that funding came for some of the outlandish allegations. And now we're learning that those outlandish allegations were actually funded by some of the same people that we believe had subverted the election.

**Dinesh D'Souza:**

**00:44:47:00:** Okay, so pause, this is actually fascinating. What you're saying is that outlandish so-called right-wing accusations – but ones that are impossible to support, or defend or prove are being funded by the left?

**Gregg Phillips:**

**00:45:01:06:** Correct.

**Dinesh D'Souza:**

**00:45:02:15:** Okay, now let's talk about that because I think there was a period there where the fur was really flying. And you remember we were talking about this.

**Debbie D'Souza:**

**00:45:09:05:** Yeah. We were talking about it.

**Dinesh D'Souza:**

**00:45:10:01:** And quite honestly, you know from Venezuela, that there is a history of election fraud over there. You know a politician in Venezuela.

**Debbie D'Souza:**

**00:45:21:07:** Exactly.

**Dinesh D'Souza:**

**00:45:21:08:** …who as you've talked to about how it happened going back to 2004. Say a word about that.

**Debbie D'Souza:**

**00:45:25:17:** Right. Right. So yes, so Maria Cornia Machado, a politician in Venezuela. And she and I were kind of going back and forth about this whole thing. And if fact, it prompted me to text you [Catherine], and ask you what you thought about this whole situation. Which is, when you were like, "This is what you're hearing right now. Don't pay attention to it. There's other things that we need to pay attention to.'

**00:45:49:14:** So that is really how it all happened. But yeah, it's very difficult to prove these types of things and they do happen. And the did happen in Venezuela. So…

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

**00:46:03:04:** So at a time when you're having all these accusations – accusations about the machines, accusations about foreign intervention and hacking and so on. And all this time I notice that you guys, I mean you're the guys who are in the field – you know the topic probably as well if not better than anyone else -- were kind of dead silent. And I remember kind of texting you at that time and basically saying, 'What's up.' And talk about how – what you basically said was, we need to focus on things we can prove, and we need to focus on things that have in a sense come out of the big change that the COVID environment has enabled. Because there are new things now going on. And you were looking for a way.

**00:46:48:19:** And talk about how you were thinking at *that* time, because you were also by the way, in contact with the Trump campaign. And talk a little bit about what you were doing in the immediate aftermath of the election when all this stuff was flying around the place.

**Catherine Engelbrecht:**

**00:47:02:19:** Weil, in the immediate aftermath we were trying to wrap our minds around what had happened state by state, with landscapes in which we were accurately aware, had been so altered with the pandemonium around COVID rules and processes that didn't seem to support ultimately, you know, accurate outcomes. Or accurate counts I should say… Can we just kind of start that section again because her is the other thing I want to say.

**00:47:31:19:** We can't – we were not in touch with the Trump campaign. Our attorneys were, but that's not a – I can't go there.

**Dinesh D'Souza:**

**00:47:47:10:** Let me start again – I noticed Catherine, that in the immediate aftermath of the election when there were a lot of charges and accusations flying around, all reflecting these suspicions that something went deeply wrong. Charges of foreign intervention, charges of machines. You and your organization were sort of dead silent. I text you. We talked a little bit about it. And I got the impression that you were looking for a different approach. A different way, not to articulate possibilities or probabilities but to sort of figure out what really happened. Talk about that.

**Catherine Engelbrecht:**

**00:48:27:06:** That's right. The first thing we did was we looked at the states that had some of the most egregious changes to their standard. And the thought was that because we were aware of some of the process breakdowns, what it resulted in was a legal condition of unequal protections which could have been heard in court – and potentially changed outcomes – but in order to make those arguments you have to have the date to support it.

[ PAGE  \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza Interviews**

**00:48:58:00**: Statistical probability is not going to be enough. You have to be able to say, "This record shows a vote and this is not an eligible vote.' And it has to be crystal clear. And so, everything was going at Mach speed. We were going down that path of filing those suits with the expectation that that data was going to be available. Because, if you can call an election, you should have the data to back up that call. But low and behold, that data is unavailable.

**00:49:26:15**: In fact, it wasn't until the first of March, First of March there were only 11 states that had turned in their 2020 rolls. First of March?? The train had long since left the station on the 2020 election.

**Dinesh D'Souza:**

**00:49:41:15**: To be clear Catherine, the argument of equal protection goes something like this. If you have rural counties and urban counties and they're treated differently – So for example, you have drop boxes over here, but not over there. Funding over here that's coming from the state over here, but not over there. That citizens' whose votes are supposed to count equally, are being treated unequally by the system. Is that the basic line here?

**Catherine Engelbrecht:**

**00:50:10:00**: Exactly. There's a disparate impact and the goal of every election should be that every eligible and registered American should have the opportunity to participate in a process that is free and fair and equal. Doesn't matter who you vote for. It just needs to be legal.

**Gregg Phillips:**

**00:50:27:00**: And Catherine had long said to us, and this goes back to our beginning work with her and she was even more emphatic about it this year – "Gregg, you can't be wrong." She said we "cannot be wrong." So whatever we go out with you can't be wrong. And so it caused us to take a step back and redouble our effort, not only on the acquisition side but ensuring quality. We built new algorithms. We did new work that would help us ensure that when we handed off the work product to Catherine, we were right.

**Dinesh D'Souza:**

**00:51:04:20**: So, let's zoom in here to say what we're talking about. You're talking about things like data acquisition. You had the idea that there was a completely different way to go about – let's just say doing a forensic examination. And for me I kind of liken it to solving a crime. Or busting a bank heist. Because if a bank heist occurs, it doesn't matter if the criminals have left the scene. They might have left fingerprints behind. They might have left their DNA on the scene.

**00:51:38:11**: So there should be ways to go back and retrieve that evidence and know exactly what happened and know who did it. How did you get the idea to apply this approach to elections and how did you get the idea to do what you did?

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**00:52:01:06:** At the time that we were still involved in the lawsuits, which were very short lived because it became apparent very quickly that the data that we needed was not going to be available. And that too is worthy of picking apart because the data should be available. It has a lot to do with the fact that our voter rolls, broadly, are not well maintained. It makes comparisons very difficult. So no matter how much outside data you are bringing in, if your core data set is corrupted, you've got a problem that you've got to unpack – that is of national significance.

**00:52:33:16:** And it was all moving too quickly, in order for us to do as Gregg said, the job that needed to be done. And when we made that decision, that was a very difficult decision. To say we can't do this. The data is not here. Not that it's – not that it wouldn't be there ultimately. But it's just not available. The states had to close the rolls.

**Dinesh D'Souza:**

**00:52:55:06:** In other words, 'The suits aren't going to go anywhere, let's try something else.' Now I have to add that even though there were states like Texas and others, that filed in the Supreme Court, and did make some equal protection claims and basically said, 'Look if the election was rigged in Pennsylvania or rigged in Michigan it effects the voters in Texas because it's kind of like a casino game – in which you're all playing in the same casino and if they're cheating on the tables over there, there may be no cheating on my table but it's going to effect my prize money and my chances of winning and the Supreme Court said, 'We're not interested.'

**Catherine Engelbrecht:**

**00:53:28:16:** Right. That's right. And we watched all of that. And – wondered to ourselves, is there another path given the outliers that were introduced in such a major way in 2020? Namely the privately funded drop boxes. The mass mail out of ballots that were based upon what we knew to be – because we had just had a very up close and personal look at the fouled nature – the inexact nature – of the voter rolls. All of that came together to make us question – The hypothesis was: If you're going to cheat, how would one go about this that would be provable, trackable, traceable? And so, we hypothesized that if we looked at he relationship and patters that may exist between the privately funded drop boxes and other intermediaries that may be involved in the movement of ballots and then the interaction between those two ends, we might come up with some patterns that would be interesting.

**Dinesh D'Souza:**

**00:54:46:13:** In other words, you said, there might be some – let's just call them actors – who are delivering ballots systematically and illicitly to these mail-in drop boxes and there might be a way to track them and to bust them?

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

00:55:05:20: ==And again, we didn't know. We decided we were going to let the data tell the tale.== And fortunately, data is available now, commercially available, that wasn't available as recently as four or five years ago. The work that we've done in this project couldn't have been done, not too terribly many years ago. But it gave us an insight into abuses that we began to take a very very hard look at. ==And so it was a very fateful decision where we said this is going to be a very heavy lift. We're going to have to be quiet for a very long time. It's going to be very expensive.== It's in fact going to take every bit of the resources that our organization had.

**Dinesh D'Souza:**

00:55:49:15: And let's pause there for a moment. Because we're going to get to the strategy and the approach. But let's talk about the money. Because research – acquisition of data – all this stuff is expensive. And ==right when you thought how on earth are we going to do this, in a sense you could almost say the heavens opened up and some money rained down mana-style like in the Old Testament.==

00:56:13:00: Talk a little bit about the donation that came in that appeared to be the immediate solution to all your problems.

**Catherine Engelbrecht:**

00:56:21:00: Well, we had -- as you say ==we had a donation come in.== And it was very much like that.

**Dinesh D'Souza:**

00:56:26:05: ==How Much?==

**Catherine Engelbrecht:**

00:56:27:19: ==It was $2 million.==

**Dinesh D'Souza:**

00:56:28:00: Okay.

**Catherine Engelbrecht**

00:56:28:13: … that was …

**Dinesh D'Souza:**

00:56:31:00: Big Republican donor.

**Catherine Engelbrecht:**

00:56:32:17: I mean…

[ PAGE  \* MERGEFORMAT ]

DDR-00060808

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

They approached you?

**Catherine Engelbrecht:**

00:56:38:15: They approached us. Consultants called us. And in a matter of less than 30 minutes over a phone call they decided that they were going to make this donation with no strings. Just, "Carry on. We're concerned about what we're seeing.  'True the Vote,' go do what you do."

**Dinesh D'Souza:**

05:56:52:00: And did they give you the money?

**Catherine Engelbrecht:**

00:56:54:05: And they gave us the money and, you know, the whole thing was so fantastical it seemed implausible at the time but when it actually happened it put us in a position for the first time in the history of our organization, to be able to say let's do the work that we are capable of doing at scale, now. And we collected together a team of highly skilled contractors and put together a plan to see where the data would take us.

**Dinesh D'Souza:**

00:57:29:08: But before you could push that forward something rather startling happened, which is that the donor, essentially wanted a big chunk of his money --  $1 million as I understand it – paid back to the consultants that approached you in the first place. What did you do when that happened?

**Catherine Engelbrecht:**

00:57:53:12: Well, that was, I didn't know what to do. Because everything was moving – this was inside of a week – I mean this was so fast. I mean in short we consulted with our attorneys. If we give it back that's a legal problem. If we don't give it back, where are we exposed and what should be do? And it was recommended to us to try to reach out and get them to agree that there are no strings. That we're not back feeding this money. They didn't want to do that for whatever reason. And it ended up in a very ugly lawsuit that they chose to make very very public.

**Dinesh D'Souza:**

00:58:28:17: And What was the outcome?

**Catherine Engelbrecht:**

00:58:30:06: The outcome was they lost.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

00:58:34:00 The case was dismissed and the judge said that….

**Catherine Engelbrecht:**

00:58:40:13: It's just a part, it's just a chapter in this story that has all of these twists and turns that we could have never expected. But it was the funds, to make no mistake, that put us in the position to immediately say, this is possible and we can do this to scale.

**Dinesh D'Souza:**

00:58:57:23: But you're saying as a non-profit you couldn't really, according to your lawyer legally, take the $2 million and funnel $1 million back to the consultants. This would get you into all kinds of trouble. Okay.

**Catherine Engelbrecht:**

00:59:05:11: That's laundering. You cannot do that.

**Dinesh D'Souza:**

00:59:09:00: So you got the money. And you decided to start looking into this. Now let me turn to Gregg for a moment because I want to follow the methodology of this. What is geo-tracking?

**[Brief Brake Called for to start over]**

**Dinesh D'Souza:**

00:59:34:00: What Gregg, is geo-tracking?

**[Brake called again]**

**Dinesh D'Souza:**

00:59:43:07: What Gregg, is geo-tracking?

**Gregg Phillips:**

00:59:46:09: Geo-tracking as it's widely known and considered is really sort of an amalgamation of a variety of different intelligence gathering apparatus, along with the data – along with telemetrics, people call it. Geo-spatial analysis. In the intelligence community, Geo-INT, or Geo-Intelligence. And the primary capability of this data is to be able to accept a signal from your cell phone. We all have unique…

**Dinesh D'Souza:**

01:00:26:04: Well, here's my cell phone. My cell phone is off. Can I be geo-tracked even with the cellphone being off?

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**Gregg Phillips:**

01:00:31:00: Possibly.

**Dinesh D'Souza:**

01:00:32:00: Depending on the apps.

**Gregg Phillips:**

01:00:33:00: Depending on the apps, depending on what's happening in there and depending on what they're trying to do. So the idea is to collect the signals that are emitted from you phone to apps – we're not talking about triangulating around cellphone towers or anything like that. Your cell phone is delivering information to apps that are collecting that ping. Where you are, where your phone is now, how high it is off the ground and when the ping happens, so there are four key coordinates. The Lat/Long, the elevation and the time. And with that data, and if you buy that type of data across time – and so assume then your phone is a unique device because of that number, we can then build a pattern of life around you. So that phone's here right now but where is it going to be at 5 o'clock and where's it going to be tonight.

**Dinesh D'Souza:**

01:01:28:09: And where was it?

**Gregg Phillips**:

01:01:29:30: And where was it two weeks ago? And where was it two months ago. So…

**Dinesh D'Souza:**

01:01:32:00: And you can do all of that right off my phone?

**Gregg Phillips:**

01:01:35:00: We can do it all off your phone.

**Catherine Engelbrecht:**

01:01:36:13: That's what marketing companies do, all day every day.

**Dinesh D'Souza:**

01:01:39:23: This is a point -- we were just at the Apple store in a CVS and on both occasions, they knew where you were evidently. And they were telling you [Debbie] about specials, so people have experience of this.

**Gregg Phillips:**

01:01:53:00: There's 300,000 or so apps that gather that data, and then they sell it to brokers. Some of the most prolific of course – like Google is very invasive. Linkedin and the social media

[ PAGE  \* MERGEFORMAT ]

Confidential

channels are all very invasive but it's more simple than that in a way. Like, if you get an alert on your phone that there's bad weather in the area how did it know to send that to your phone right there? Well, the reason is because your phone had just told it, 'Well, I'm here.'

**01:02:22:00:** Those types of signals then consolidated with those four key components, we can put together a pattern of life on an individual, or on a unique device, that is quite extraordinary in its application and in its use.

<u>Dinesh D'Souza:</u>

**01:02:41:00:** Now let's follow that. Companies buy this data as you just said, and they buy this data because it helps them to market to customers. They know where they are. I mean, think about it. If you're selling a doughnut, and they guy's walking outside the doughnut store it'd be kind of nice to send him a text. So you have that. Isn't it also true that this geo-tracking has now become a vital took for the military, for the intelligence agencies and for law enforcement?

<u>Gregg Phillips:</u>

**01:03:08:00:** Indeed. They're using it regularly. Almost every day for trafficking cases. Human trafficking, drug trafficking. Violent crimes of all manner of. Of all types. Kidnappings. Those types of things are being solved regularly. And I'll say – you mentioned Jan. 6 earlier – I'll say that there's no question amongst anyone that I now in the community that many if not all of the people that were involved in the situation at the Capital on Jan. 6 were being tracked previous to Jan. 6 because they already knew what their pattern of life was. They already knew who to look at or who to focus on.

<u>Dinesh D'Souza:</u>

**01:03:52:08:** Now let's pause there because I read some article that said that the FBI was able to track people down post-Jan 6th by getting data from Google and others about the phones that were in the capital, but what you're saying goes beyond that. What you're saying is that they must have known about these people before because some of those guys were arrested one day, three days, five days after Jan 6th. And that's not enough time to do the geo-tracking analysis to know who it was. So they just have been tracking them before. Is that your reasoning that it was too quick?

<u>Gregg Phillips:</u>

**01:04:34:00:** It is. The very idea that you could go from the afternoon of Jan 6th to – acquiring the data, tracking the data, identifying the target devices, building the pattern of life around those devices – then going to a court to have a cellphone company or Google or someone else unmask who actually owns that phone, which the government is required to do. And then get it to a grand jury and make an arrest within 72 hours?

<u>Dinesh D'Souza:</u>

[ PAGE  \* MERGEFORMAT ]