# EXHIBIT 8
# (3 of  4)

**01:05:08:10:** Impossible.

**Gregg Phillips:**

**01:05:10:00:** It's not possible. They had to have been tracking the people in advance. And while I don't have any real comment about whether that's good or bad – it seems a little invasive to me – but the fact of the matter is, these techniques are used every single day by law enforcement, the intelligence community, the Defense Department and crimes are being solved on a daily basis with this type of intelligence.

**Dinesh D'Souza:**

**01:05:39:00:** I read, and of course we saw the movie "Zero Dark Thirty" some time ago. Was geo-tracking part of the way that the CIA was able to identify -- well I guess they weren't tracking as I understand, bin Laden's phone – but there were people who were around bin Laden. And by geo-tracking their phones they were able to go to Abbottabad, identify the location. So geo-tracking played a role.

**Gregg Phillips:**

**01:06:05:02:** It certainly played a role. It's even more sophisticated today then it was when bin Laden was disposed of. I look at it today – things that our team can do today and answers that we can give to Catherine and our folks that we work with in law enforcement and others – that we simply couldn't have answered even two years ago or three years ago. So it has become so sophisticated. More and more apps are participating in this program if you will. And then you have companies like Google and other Big Tech companies, that have their own intelligence organizations. They have their own gathering processes for their own means and their own capabilities.

**01:06:53:05:** And our team is built on people that support the law enforcement side of this. That support the capabilities that we bring to the DOD, to the defense communities in general and we're making a difference. The work we did for Catherine, or on behalf of the voters through Catherine, is sophisticated, it's real and it's immutable.

**Dinesh D'Souza:**

**01:07:26:00:** Now let's – by immutable is what you mean is that a geo-tracking – the reliability of geo-tracking is not substantially different than the reliability of a fingerprint or the reliability of DNA if it identifies your phone. Now I could have given my phone to Debbie, but the simple truth of it is that my phone was there on this particular date and there's absolutely no question about that, right?

**Gregg Phillips:**

**01:07:51:11:** That's correct.

Confidential

DDR-00060813

**Dinesh D'Souza:**

**01:07:52:17**: Okay. Now you decided to purchase through these brokers that make this information available – to companies. They make it available all kinds of places – to buy data. Let's talk about the methodology. You identified data in certain places. And by and large you focused on the states where the election was decided. And you decided to focus on the privately funded drop boxes. And, who were you sifting for? What were you looking for as you began your search?

**Catherine Engelbrecht:**

**01:08:27:00**: You may want to first talk about some of the calls that came in that gave us some insight into the ground operations. And then we sort of built out our formulas from that.

**Gregg Phillips:**

**01:08:41:18**: It's a fairly sophisticated process that we go through to identify what we're looking for. Part of it is you just have to skinny it down as best you can, because otherwise you're dealing with data sets that are off the edge in terms of size, and the ability to process them and build those patterns of life takes an awful lot of system cycles. But as this started, we created, or operated an election integrity hotline for True the Vote – and then combined our efforts to try to sift through all that was coming in.

**01:09:18:22**: You get a lot of process complaints. People frustrated their Mom didn't get a ballot at the nursing home.

**Catherine Engelbrecht:**

**01:09:28:10**: Or they got multiple ballots or so many questions were flying around.

**Gregg Phillips:**

**01:09:30:00**: So you get a lot of process things but as you sift through those types of things – and some of it was just people frustrated, you might imagine. We were receiving thousands of calls as the election unfolded and as that night unfolded. And people frustrated about various things. But in the midst of all of that, there were some real kernels of interest to us and to our team. Because we've long been interested in this nexus between the non-profits and  how ballots are then collected to be transported to the polls or to be cast, in this case into these drop boxes. And we began to receive reports, really from all over the country.

**01:10:13:09**: From Phoenix and even smaller communities in Arizona. From Milwaukee, and from Detroit and from Philadelphia and Atlanta and places in Texas. But they all had this same theme. They all had this  process that had bubbled up into the problem. So with the engagement with Catherine, we went in and dug in. Went out and starting interviewing folks. Went out and met a few of these witnesses – people that had participated. People that had just seen it go on, either in their communities or had heard it from friends. And as we sort of began

to put the pieces and parts together it helped inform what we knew we needed to do at that point.

**Dinesh D'Souza:**

**01:10:56:11:** Now one of the first places you went to as I understand it is Yuma, Arizona. What did you discover in Yuma?

**01:11:01:17:** In San Luis Arizona, in Yuma County, it is on the border of Mexico – it's also very close to the CA border – it's in that far southwestern corner – Evidence had bubbled up through a citizen that had been frustrated in the primary. He had run as a Democrat for a position in the school board or something and had lost. And he was frustrated, 'Wait this isn't possible. How could I have lost? I've knocked on every door in San Luis. People were for me.'

**01:11:38:17:** Well he got so frustrated that during the runoff – he had already lost in the primary – during the runoff, he took his phone, went and sat in his truck and just started videoing people. Starting videoing handoffs for money and all these different things that had sort of emerged. And then another friend of his contacted us through the hotline … [garbled audio] … put pieces and parts together, they were successful in gaining indictments, arrests. Those cases will hopefully soon be settled and people will go to jail. And that's great. But what emerged from that than anything else, is the confirmation of that ecosystem that puts all of this together and then ensures that an election is swayed inappropriately, in one way or another.

**Dinesh D'Souza:**

**01:12:34:10:** And I think you told me that you discovered that this was not simply, here's 20 bucks for your vote, but rather a, an ecosystem is a good word – of providing almost a flow of benefits that includes all kinds of stuff. Talk about, a little bit about the broader network that enables this kind of illegal voting to take place.

**Gregg Phillips:**

**01:13:04:21:** We're still in the process of investigating much of this – but I think it's safe to say it is the most significant financial crime that I've ever seen, or witnessed, or been involved with in my career. The pieces and parts – elections just become sort of a small piece of what's happening. They steal the election so that they can maintain control, so that all the other grifts are maintained – are held in place – and they can bring in all this money from all these different space, locations, possibilities. Grants. Huge organization. Both national and international organizations are involved. And as we begin to unpack this and alert our federal partners and other folks that we work with, I suspect that there's going to be a significant move forward. But the key is, this is not just about stealing an election. This is about stealing an election so that they can maintain a place in this organized crime, that all of this has become.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza Interviews**

**01:14:12:00:** You're saying that there are real estate crimes and there's a whole system of organized crime going on. In order for that to continue unmolested, they need to maintain political control. And the election fraud is part of the bigger fraud? And you saw this in miniature, in a small place, but you saw that the tentacles went all over the place – it went even internationally. And then you decided, look, something's up here. Let's buy this data, right? And when you bought the data – and you bought data in Georgia, you bought data in Arizona, you bought data in MI, in Wisconsin in Pennsylvania. Now you didn't buy the whole state. Right? Tell us what are the areas that you bought data for and what were you looking for – and what's the time period?

<u>Gregg Phillips:</u>

**01:15:10:00:** We bought, broadly speaking, we bought from October 1st through the election to pick up any early voting that might have occurred. Especially in these drop boxes. In Georgia, we actually bought from October 1st through Jan 6th after the runoff. So we wanted to be able to pickup not only that period of time when they were early voting for the general election, but also that period of time when they were down, and there was no voting during November to see if the patterns continued, and then picked back up again in December. And sure enough…

<u>Dinesh D'Souza:</u>

**01:15:54:00:** So what you're saying when you talk about the interim period, you're saying, listen – this way we can realize it isn't just this guy whose kind of manic habit [is to] to go to drop boxes in the middle of the night. He was doing it before the election. Then he stopped doing it. Then he started up again when there's the runoff, and that shows – I think you called it – a pattern of behavior. What you're looking for.

<u>Catherine Engelbrecht:</u>

**01:16:17:04:** Georgia was interesting because we got sort of two bites at the apple. We were able to look at it in the – we first looked at it as Gregg said in the runoff – and then when we saw what we saw in the runoff, we went back and looked in the general. And that helped us to refine some of the similarities. Because we were able to see election over election. Then that led to more efficient use of the data and the resources in other states.

<u>Gregg Phillips:</u>

**01:16:44:04:** So we went in. We defined as best we could – we could have done all our GA. We decided to do the Atlanta-Metro area, because it picks up some rural areas, it picks up some urban areas, it picks up some suburban areas – and we thought, okay this is a pretty good test. And went in – 309 drop boxes in the area. We in essence sort of fenced around those.

<u>Dinesh D'Souza:</u>

**01:17:11:00:** Geo-Fencing it's called.

Confidential

DDR-00060816

Dinesh D'Souza Interviews

**Gregg Phillips:**

**01:17:11:20**: Geo-Fencing. We created similar fences if you will, around some of the organizations that had been, that had come in through the hotline – had come in through witnesses or that had been around it or seen things that they were uncomfortable with, and then we were able to make a purchase of data of people that had been near those drop boxes but also near those organizations. So it allowed us to sort of skinny this thing down, instead of you know, a couple million in the Atlanta metro area or maybe five million of unique phones, we were able to skinny it down to about 500,000 phones in the initial buy.

**01:17:55:14**: Across the country, we bought ten trillion signals. Pretty well distributed around, based on population and based on some other things. And then really started segmenting and digging in.

**Dinesh D'Souza:**

**01:18:15:14**: Okay, so that's where we want to focus in. You have ten trillion signals. That's a lot of signals. Now you have to sort through that. And you have to set a kind of criterion. So what was the criterion that you set to say, "let's search for this?"

**Gregg Phillips**:

**01:18:33:11**: This was a major effort conducted by 12 of the best people in America, and even in the world on this work. And we were able to identify enough nexus between certain things that we were able to make some decisions. So the final decision was, they had to have been to 10 or more drop boxes. Meaning unique visits inside of a space and five or more visits to one or more of these organizations.

**Catherine Engelbrecht:**

**01:19:04:10**: And the data really supports that too because you think, everything in life is a bell curve. When you look at the data as a whole, as Gregg just defined those variables, those were the outliers. It was such an abhorrent pattern, you couldn't mistake – Oh well maybe that's what a lot of people are doing – There's a group. And you saw it state after state, location after location, that just sort of broke apart as travelling in ways that were distinctive. So distinctive, that it bore us really taking a closer look.

**Dinesh D'Souza:**

**01:19:37:00**: So what you're saying, it seems to me there's no reason for someone to go to even two drop boxes, but maybe there's a conceivable reason someone did that. Let's identify a large number of drop boxes and multiple trips and that way we're going to catch not all the offenders, but the worst offenders.

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060817

**01:19:55:00:** The way we would describe it is, we want to absolutely ensure that we don't have false positives. Meaning, including people that should not have been included. On the other hand. We wanted to reduce if we could, the number of false negatives. In other words, not including someone that should have bee included. And so it was a very robust bit of work. Some of the algorithms that the guys built were really quite extraordinary.

**01:20:23:20:** Then we took the next to try to sort of tease that even further out and get further into those tales, to be sure that we really hadn't done anything wrong. We had sort of a, not famous, but we had one situation where there was a firefighter. There was a box relatively close to a fire station. And one of the firefighters had been in one of our initial looks. And going and looking at that and sort of digging in and trying to figure out that unique situation we were able to pull out 40 or 50 folks out of our final list of unique devices that we MIGHT have included, but it didn't make sense to us.

**01:21:10:20:** We're not in any way saying that this is all there is. We're just saying that based on our criteria, we identified in Atlanta, 242 people that went to an average of 24 drop boxes and eight organizations during a two-week period.

**Dinesh D'Souza:**

**01:21:28:15:** And this is in the Atlanta area. We're only now talking about Georgia. 242 Mules. Now let's pause for a second. What is a MULE? (I think we have a better What is a Mule?)

**Catherine Engelbrecht:**

**01:21:44:01:** When we started the project we had to figure out how are we going to describe the individuals and the elements involved. And to us, as unsavory as it may seem, it felt a lot like a cartel. It felt a lot like trafficking. IT can be trafficking in drugs. Trafficking in humans. In this instance, it's ballot trafficking. And so we began to use that vernacular. A MULE is, by our definition, a person that is involved in picking up ballots from locations and running them to the drop boxes.

**01:22:20:11:** So you have the collectors on the one hand. You have the stash houses, which are the non-profits. And then you have the MULES that are doing the drops. And that was the circle.

**Dinesh D'Souza:**

**01:22:34:20:** So the MULE is the delivery man or woman, and what you're saying is they have a starting point or multiple starting points, and then they have the end point. And the end point is the drop box. Right?

**Catherine Engelbrecht:**

**01:22:42:23:** That's right.

[ PAGE \* MERGEFORMAT ]

DDR-00060818

**Dinesh D'Souza:**

**01:22:43:20:** But you're saying that they get the ballots from somewhere and then they go deposit them in multiple drop boxes. Now...

**Catherine Engelbrecht:**

**01:22:52:40:** On routes. They go on routes.

**Dinesh D'Souza:**

**01:22:55:00:** On Routes.

**Catherine Engelbrecht:**

**01:22:55:15:** Which is also significant because it's -- it is one of the questions that will come up in the work we've done is, 'Well how do you know that this wasn't just somebody that's got A big family and they just deposited a bunch of ballots once.' Or 'How do you know that this person didn't just work at a location that is near drop boxes so they're constantly going by a drop box?' And so the elements that are additive here – the going to the non-profits, the ability to identify the pattern of approach to a drop box. And that it is going not past a drop box and on, but directly to a drop box and back to another point – and then to another drop box.

**01:23:35:06:** All of these things, become telltale signs of what we would call a MULE – delivering ballots on routes.

**Dinesh D'Souza:**

**01:23:42:10:** I mean, isn't the timing significant? If some guy's going to a drop box at 2am in the morning, presumably he's not like out for a walk.

**Catherine Engelbrecht:**

**01:23:49:50:** Right

**Gregg Phillips:**

**01:23:50:55:** And we saw a lot of that. I would just add that, I think it's important to understand that we are civilians. We're not sworn law enforcement officers. And so for us, we not saying that our list of people is either comprehensive or that those people committed a crime. We're saying that we have amalgamated enough evidence that if this was another situation – if this was January 6th, or something else -- and we had this much evidence, law enforcement or someone of appropriate jurisdiction in the states need to be looking at this. They need to dig in and look at it.

**Catherine Engelbrecht:**

Confidential

DDR-00060819

Dinesh D'Souza Interviews

01:24:35:12: That's right. And that's really our whole approach to this has been, 'Look at what we have found. Look at what we have found.' And the lack of interest has been one of the most shocking things of all. (relocate to the point about what we do with data...no investigations...why haven't people haven't been arrested which is much later)

**NATHAN...WE GOT THIS FAR.  BELOW HAS NOT BEEN REVIEWED.**

**Dinesh D'Souza:**

01:24:50:00: Let's come back to that. Let's proceed. We started out with Georgia. You identified I think you said 242 MULES. Now lets move over to Arizona. You did a similar buy. What was the area?

**Gregg Phillips:**

01:25:03:00: We bought to places in Arizona. We bought Yuma county, because of the work we spoke about earlier – and we bought Maricopa county. We've been approached about maybe expanding that a little bit, but that's what we bought in the initial look.

**Dinesh D'Souza:**

01:23:00:00 Okay. Now there was an audit in Arizona, in Maricopa County. I've tried to follow that at least as best I could. My understanding is that the kind of result of the audit was there were all kinds of procedure problems and perhaps even some system problems, but when they tabulated the votes – Biden did in fact win Arizona as was declared shortly after Election Night.

01:25:53:15: But your investigation took a little different tact. It wasn't just a matter of just go take the votes that are there and recount them. You were tracking the movement of MULES to multiple drop boxes. Now did you use the same criterion in Arizona or was the criterion different?

**Gregg Phillips:**

01:26:10:17: it was a little bit different. The way you buy data, or some of the parameters in which you buy data in a smaller area like a Yuma – versus say a Phoenix – can be a little bit different. There are also individual difference per state. So the advantage of having Catherine's team as subject matter experts, with our guys that are experts in what they do is we're able to understand those process nuances that might make a difference in how we buy the data and then how we evaluate that data.

01:26:44:10: For instance, in Maricopa county, they had drive-thru drop boxes. And that presented a whole different manner of sort of checking on this. And what sort of technologies do we apply? And if we end up with the video are we going to be able to have access to the

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060820

Dinesh D'Souza Interviews

==appropriate technology and algorithms to see a vehicle in motion,== read through a window maybe with glare on the window – and are you able to do that within an acceptable sort of error range. In other words, are we able to really see, 'Is that really Gregg driving up here.'

**01:27:24:08:** ==So there are differences in how we process, but from a purchase perspective, it was close to the same. Proportionally, interestingly, the numbers came out close to the same.==

**Dinesh D'Souza**

01:27:36:21: ==How many MULES in Arizona?==

**Gregg Phillips:**

**01:27:38:02:** ==A little over 200.==

**Dinesh D'Souza:**

**01:27:39:08:** A little 200?

**Gregg Phillips:**

**01:27:40:12:** ==In Phoenix alone.==

**Dinesh D'Souza:**

**01:27:42:00:** In Phoenix alone. So 242, approximately the same in Arizona. ==And again, you say with the difference – this guy's walking, this guy's driving, but you're measuring the same pattern of behavior?==

**Gregg Phillips:**

**01:27:53: 13:** ==We are.==

**Dinesh D'Souza:**

**01:27:54:00:** Okay. And, the reason ==I think this is all very significant is because – these were very close states, right? What was the margin in Georgia?==

**Gregg Phillips:**

**01:28:05:20:** ==10 or 11,000 I think,== in the end.

**Catherine Engelbrecht:**

**01:28:09:00:** In the end.

**Dinesh D'Souza:**

**01:28:09:00:** ==And Arizona also extremely close.==

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

**01:28:11:10:** Yeah, very close.

**Dinesh D'Souza:**

**01:28:13:15:** Then you moved on to…

**Gregg Phillips:**

**01:28:15:00:** Wisconsin.

**Dinesh D'Souza:**

**01:28:16:00:** Wisconsin.

**Gregg Phillips:**

**01:28:1:00:** We took a look mostly in Milwaukee -- again we've been working with law enforcement and others in Wisconsin to try to possible expand some of that. But our initial look was in Milwaukee and again, fairly consistent. The gross numbers were a little down but the average number of visits to the drop boxes was up. So we had over 100 in Milwaukee county, or in Milwaukee the city, and fewer drop boxes than Atlanta. Far more drop boxes. And so, the MULES themselves were more prolific at the drop boxes.

**01:28:58:50:** So instead of four unique visits, I think we averaged 28 in Wisconsin.

**Dinesh D'Souza:**

**01:29:03:00:** I mean maybe, I've heard people in Milwaukee are really hard working and maybe the just went overtime?

**Catherine Engelbrecht:**

**01:29:08:00:** Overachievers.

**Dinesh D'Souza:**

**01:29:10:00:** You don't hire 200 MULES. 100 of us can do it. Just pay us double for the work once we go over a certain – anyway, so you found 100 or so MULES in Milwaukee, in Wisconsin. And then let's go to Michigan.

**Gregg Phillips:**

**01:29:22:00:** Yeah, Michigan is really interesting to us. The numbers are really amping up. We have more than 500 MULES that we've identified in Michigan. Again – the number of boxes is lower.

**Dinesh D'Souza:**

**01:29:33:00:** Now where in Michigan?

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**Gregg Phillips:**

01:29:35:01: Detroit, mainly.

**Catherine Engelbrecht:**

01:29:37:03: Wayne County.

**Gregg Phillips:**

01:29:37:03: Wayne County specifically. And the number of boxes is fewer so the number of visits per box is higher, but we have people in Detroit that went to more than 100 drop boxes. One Hundred.

**Dinesh D'Souza:**

01:29:53:00: I mean this is stunning because it's like, I cannot think of a rational – kind of innocent – reason for someone to do that. It just doesn't exist. So any reasonable person would say, this is -- 'You're on to something big here."

**Catherine:**

01:30:07:50: We should take a closer look.

**Gregg Phillips:**

01:30:09:18: And Catherine's – again – Catherine's admonition to us – it really can't be wrong here. We've got to get this right. So, we're constantly going back and relooking and relooking and relooking. Scrubbing things out and coming back with another number. But in Detroit it's been very consistent. What's interesting to me about Detroit --- why don't you tell them about the map that we came up with in Detroit on Election night or near election night. Or Wayne County.

**Catherine:**

01:30:35:12: Well, so we were looking. We had some softwares available to us that were doing sort of doing graphical data analysis. And we were able to see the households that had already cast their vote. And the use of the software – it's projecting what party likely, that vote went for. But it was really looking at density. Voter population density. So looking at Detroit, you're going to get some variances. Even if you're heavy one way or the other. Heavy Democratic, heavy Republican, you're going to see some variance.

01:31:13:10: But in Detroit, it was just a sea of solid blue. Not just blue where they vote. SOLID. Every house. Ever block had voted. It was blue. And the sheer scale of what you saw in that data – and it's just visual. Just a reality check – later on, um, was supported really in the geo-spatial data that we were able to look at because of the prolific nature of hitting house to house to house to house to house.

[ PAGE  \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza:**

**01:31:55:18:** Catherine, I think what you're saying is, and tell me if I'm understanding it right that: There are blue states and there are red states. But there are obviously a lot of red people who live in blue states, just as there are blue people who live in red states.

**Catherine Engelbrecht:**

**01:32:03:18:** Right. That's right.

**Dinesh D'Souza:**

**01:32:06:00:** So even if you take an area, for example Houston, that is blue you're going to find a lot of conservatives in Houston. And so, if a Houston map looked all blue it would look a little suspicious, where did the red people even go? So…

**Catherine Engelbrecht:**

**01:32:19:10:** That's right. And you have people that don't vote. Which is also a choice, right? I don't vote. That's not what we saw in this data though. We saw just a BLANKET. So it wasn't that it was: Red, Blue, or Absent. It was just – BLUE. And it caused us to take note and it ultimately bore out in the numbers.

**Gregg Phillips:**

**01:32:42:06:** The other interesting thing about Michigan was, first it was not legal to harvest. Or the other way around?

**Catherine Engelbrecht:**

**01:32:52:00:** It was not legal. And then for two weeks it was legal and then not legal again. So it -- that part of it's, you know…

**Dinesh D'Souza:**

**01:32:59:18:** There was a little blip in which harvesting was legally permitted for a short time and then made illegal again.

**Catherine Engelbrecht:**

**01:33:04:23:** Right. Right. Which goes back to the confusion around process. What is legal? There were so many stipulations that were either made up on the fly – in that 2020 election – or thrown out the window. Signature verifications, postmarks, how long post-election can you still count ballots? All of that was coming into play. So Detroit's a mess, but the Mt. Everest of our project has been in Philadelphia. \

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

**Dinesh D'Souza Interviews**

**01:33:40:10:** I mean I've read a couple of good books that have been critiques of the 2020 election and by and large those books are focused on the process changes. And the way I look at it – I kind of liken it to a group of people – and in this case it is influential left-wing and Democratic organizations – going to a bank and saying in effect, 'Let's call off the guards. We don't really need any guards. And let's also turn off the security cameras. Who needs security cameras? And then let's stop checking the signatures on a check. Because after all, if the check has the guy's name, he probably signed it, so let's not worry to much about checking.'

**01:34:25:00:** So all of this is a way of facilitating fraud, facilitiation illegal behavior, but it stops short of the question of whether illegal behavior did in fact occur. In other words, there might have been all kinds of mechanisms in place to rob banks, but did these guys rob the bank? I think what's interesting about what we're taking about is, we're not just talking about facilitating something we're talking about what people actually did?

**Catherine:**

**01:34:50:10:** Right.

**Dinesh D'Souza:**

**01:34:51:10:** Alright. So, I'm running a little bit of math in my head. We've got 500 or so MULES in Michigan. I'm adding them up from Wisconsin, Arizona, I'm up to about 1,000. Perhaps 1,100 MULES. Let's go to Pennsylvania. Critical state. I think it was Pennsylvania that really gave Biden the election, in the sense that it tipped over to Biden. He got enough electoral votes. The deal was done. What have you found in Pennsylvania?

**Gregg Phillips:**

**01:35:15:17:** I have no doubt that if we expanded in Pennsylvania that it would produce mind-numbing results. But Philadelphia alone, we've identified more than 1,100 MULES, at rates well beyond anything we'd seen. Closer to 50 ballot drop boxes each.

**Dinesh D'Souza:**

**01:35:43:00:** Each guy going to 50 drop boxes?

**Gregg Phillips:**

**01:35:44:17:** Each. Each. Eleven Hundred. It's extraordinary. And the depth of the, what appears to be cheating in Philadelphia is extraordinary. We saw insane things. Like people driving back and forth – these MULES – driving back and forth to New Jersey across the bridge.

**Dinesh D'Souza:**

**01:36:08:00** Meaning?

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060825

Dinesh D'Souza Interviews

**01:36:09:50:** Meaning, where are those ballots coming from? Do those people live in Jersey?

Dinesh D'Souza:

**01:36:13:07:** You're saying the ballots may not even be from Philadelphia or form Pennsylvania?

Gregg Phillips:

**01:36:16:06:** We have no idea.

Catherine Engelbrecht:

**01:36:16:06:** We're saying someone should investigate.

Dinesh D'Souza:

**01:36:18:08:** So, you're saying that the origin point appears to be Jersey. Now running 1,100 MULES times 50, we are at 50,000 drop box visits by the MULES alone in Philadelphia, or greater Philadelphia area. Now, obviously we're talking about a MULE who's not dropping *one* ballot in a box. Is there a way to estimate, or even roughly, how many ballots are being tossed into a box at a give time?

Gregg Phillips:

**01:36:44:14:** We've simulated, we've looked at it. We've tried to figure that out. They're actually pretty sophisticated, right? They're not going up and dumping in buckets full of ballots. On the other hand, we've seen circumstances where it appears that buckets full of ballots showed up, but there's no evidence on video camera for examples. So for example in Georgia, there's a particular situation that we're digging into and Catherine's team has done an extraordinary job on. On one day in October, on a Sunday, 1900 and…

Dinesh D'Souza:

**01:37:22:10:** When you say on a Sunday, like what time of year, what are we talking about? …

**[Break called to do scene over again]**

Gregg Phillips:

**01:37:34:11:** There's a situation in Atlanta in Gwinnett County, that rose to the attention of Catherine and her Executive Director and their team, in reviewing the chain of custody documents. It's signed by the people that are supposed to be gathering all of these ballots. Okay, I went here at this time, and I sign it and Catherine signs it and we got to the next one. And then ultimately, we bundle up everything we've picked up for the morning and take it to central count and somebody signs for it and they say good to go.

Catherine Engelbrecht:

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**01:38:04:15:** They sign off again.

<u>**Gregg Phillips:**</u>

**01:38:08:15:** There's one box in Gwinnett County, that had a chain of custody document with 1962 ballots noted on there. Okay, so that raises a lot of questions. First of all that's roughly ten times what we normally see.

<u>**Catherine Engelbrecht:**</u>

**01:38:29:20:** At that box.

<u>**Gregg Phillips:**</u>

**01:38:29:20:** I don't know if we've ever seen anything like that in any box ever, in all of our review. But nevertheless it was big. Enough to say, hey, let's look at that. So we tried to sort of sort through it. It's a little complicated. We sorted through the purchase of the geo-data. Found a few hundred people. Okay, well that's pretty odd. Well, Catherine's team submits a complaint if you will, to the Georgia Secretary of State, which they're looking at, that says – okay well we've got these problems but guess what? There's not video.

**01:39:11:10:** What do you mean there's no video? Catherine makes the complaint. Two days later, the video miraculous shows up. And guess what it shows? 271 people approached that ballot drop box with ballots during the 24-to-25-hour period -- 271. 1,962 ballots were deposited. There's a twist to it that we'll talk about later, but there's some extraordinary circumstances that are happening here that sort of belie this idea that it's a bunch of them going in. (MOVE UP) It might be three, or five or six or 10 or something like that. Generally speaking, we think you can put about five in at one time, give or take, the type of box. They're all a little bit different.

**01:40:02:21:** And so you'll see people who have two stacks. They'll stick one in. Maybe drop a few on the ground. Pick them up. Put another stack in. But we believe they're sophisticated enough to avoid that notion that, 'I'm just going to go to one box and I'm going to dump all of mine in.'

<u>**Catherine Engelbrecht:**</u>

**01:40:22:16:** ==The idea is to stay under the radar. And we believe that's why we see these routes being followed.== That's why we believe, in some of our videos, people come up and they have bags. And they take their bag and they're pulling out their ballots. ==And as Gregg said the number is you know, three, five, 10 ballots. But it's not going to be extreme. But then -- they're not done for the day either. They're going place to place to place, day upon day upon day – and so that will not show up in your chain of custody documents, your tracking documents that would identify a big blip.==

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**01:40:57:05:** When you do see a blip, that's what causes you to focus in a little more closely and they don't want that.

<u>Dinesh D'Souza:</u>

**01:41:05:15:** Now, adding these numbers up, we have 2000 plus MULES, based upon not searching these whole states. Remember, we're only talking about a small number of states. You didn't – we're not talking about the whole country.

<u>Catherine Engel:</u>

**01:41:22:06:** We're not even talking about whole states.

<u>Dinesh D'Souza:</u>

**01:41:23:14:** We're not even talking about whole states.

<u>Debbie D'Souza:</u>

**01:41:26:10:** Counties.

<u>Dinesh D'Souza:</u>

**01:41:26:15:** And we're also talking about a gross undercount of the actual number of MULES because you set a high bar. They had to go to X Number, let's say 10 drop boxes, so if there's a MULE who went to seven drop boxes, you wouldn't catch that guy.

<u>Gregg Phillips:</u>

**01:41:26:15:** Right

<u>Catherine Engelbrecht:</u>

**01:41:42:00:** Then they would have had to go to non-profits. So they had to meet those two criteria and then go to one of the geo-fence drop boxes. If they met the two criteria but went to a Post Office box, we're not going to look at them.

**[BREAK CALLED TO DISCUSS TWO CRITERA/AND POSSIBLE BREAK FOR LUNCH – HOW DO YOU GET YOUR HANDS ON ALL THIS DATA? HOW DO WE PUT A FACE TO THIS? HOW DID THEY COME UP WITH LOOKING FOR THE VIDEO?]**

<u>Dinesh D'Souza:</u>

**01:42:52:07:** Gregg tell me, when they give you this data, this data that you then have to go through, is this something that's sort of, is this something that's electronic? Is this something that is sort of emailed to you? Do you put it in a suitcase? I mean how do you actually – what does this data look like?

<u>Gregg Phillips:</u>

Confidential

DDR-00060828

Dinesh D'Souza Interviews

**01:43:11:18:** Well, it's a massive data transfer for certain. We have more than a petabyte of data. We've received it in a variety of ways. If we buy it from the aggregators of the cell data, there's a method of electronic transaction – but still you're talking about transacting hundreds of terabytes, so it's a significant move of data. Catherine's team has also been instrumental in helping gather video surveillance data from the drop boxes where it's available. It's not always available but they have done an extraordinary job. And we have almost a petabyte of video data to surround it.

**01:43:53:18:** And it does go in theses big, the boxes you see us carrying around. And people will hand the to us. Or we met some folks in an airport up in the Midwest the other day and I picked up a box – or a storage device – got back on a plane and left. And it occurred to me as I was leaving that, it hasn't been that long before a TB of data was even unheard of. You couldn't put it in this room almost. And I had something like 120 TB of data in my bag up above up there, so, it's been --- fun and interesting and…

**Debbie D'Souza:**

**01:44:34:18:** Dangerous.

**Dinesh D'Souza:**

**01:44:36:11:** And work that you have to do in secret. Right? Because this is not information that has been available to the public.

**Catherine Engelbrecht:**

**01:44:42:00:** No and its a, it's a, it's a – you know it's a two-part story here. Because you have all of the commercial marketing data. The geo-spatial data. But then the video, and all of the chains of custody and all of the surrounding documents – all of that is public record. So it was marrying up the geospatial to what was available that apparently nobody else was looking at. At least not in the way that we chose to look at it.

**01:45:08:08:** And that's what has really made the difference. Is the ability to not just identify what we can on video, but know where to look on the video. Because we had the data telling us what should have been happening and then tracking against those time stamps, give you a full picture that you just can't look away from.

*[DINESH PAUSED TO SAY THE MENTION OF THE VIDEO WOULD COME BACK AROUND IN THE NEXT SEGMENT AS OPPOSED TO EARLIER AS SHOWN IN THE TEXT*

[ PAGE  \* MERGEFORMAT ]

Confidential

## **Transcription For Houston Scene [03_02] With Catherine and Gregg**

**Dinesh D'Souza:**

**00:05:07:23:** What is a MULE?

**[Brief Pause]**

**00:05:13:23:** *WHAT* is a Mule?

**[Brief Pause]**

**Dinesh D'Souza:**

**00:05:33:00:** What is a Mule? – What is a Mule? What is a Mule? What is a Mule? What is a MULE? <mark>What is a MULE?</mark>

**00:05:50:00:** <mark>Putting this evidence together would you say, you got em?</mark>

**Gregg Phillips:**

**00:05:54:00:** <mark>We got em.</mark>

**Catherine Engelbrecht:**

 **00:05:55:10:** <mark>We got em.</mark>

**Dinesh D'Souza:**

**00:05:58:30:** <mark>Game over?</mark>

**Gregg Phillips:**

**00:06:00:10:** <mark>Game over.</mark>

**Catherine Engelbrecht:**

**00:06:02:10:** <mark>Game over.</mark>

***[Talk off camera]***

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

DDR-00060830

Dinesh D'Souza Interviews

**00:06:03:15:** Would you say game over?

**Gregg Phillips:**

**00:06:05:11:** Game over.

**Catherine Engelbrecht:**

**00:06:07:10:** Game over.

**Dinesh D'Souza:**

**00:06:09:10:** Wow. [There was one more line besides that] … How did you get your hands on all this data?

**Gregg Phillips:**

**00:06:23:15:** We bought it.

**[BREAK]**

**Dinesh D'Souza:**

**00:06:39:12:** I see a king of geo-tracking map, and I wondered Gregg if you could walk us through what all that means. I see dots, I see circles, I see blue. What's the significance of everything on that map?

**Gregg Phillips:**

**00:07:08:09:** We create a visual, a pattern of life that someone can see and look at. Rather than just a whole spreadsheet of numbers. Being able to look at it in this manner. What you see here on the screen is a single person, on a single day, in Atlanta, GA – six counties – they went to 28 drop boxes and five organizations, in one day.

**Dinesh D'Souza:**

**00:07:44:10:** What are the orange dots?

**Gregg Phillips:**

**00:07:46:10:** Those are drop boxes.

**Dinesh D'Souza:**

**00:07:48:22:** And what is the blue, the blue sort of tracks?

**Gregg Phillips:**

**00:07:53:15:** That is a smoothed-out pattern of life so that we could take the sort of the movement of the individual cellphone signals, marry them into something that's visual so that you can see movement on the individual.

[ PAGE  \* MERGEFORMAT ]

DDR-00060831

**Dinesh D'Souza Interviews**

00:08:07:20: What's interesting about this particular one – it was the first time that we had seen them broadly go across multiple counties. It was the first time we had seen someone make hard stops at the five organizations that they went to. And then again – it wasn't as though they were just driving by on a highway and stopping. To get to some of these drop boxes, you had to be intentional. You had to get off the highway. You had to go on surface streets, you had to turn in somewhere, in order to get to many of these drop boxes. And this was one of the very first graphics we created in Atlanta – and suffice to say I think it was shocking to us internally. But to our team, it really was the individual graphic that made us say, 'Okay. We got this.'

**Dinesh D'Souza:**

00:09:02:05: And the circles I take it, reflect the non-profit centers? Is that the places where the ballots originate? Or at least – that's the launching pad to the drop box.

**Gregg Phillips:**

00:09:13:00: As Catherine has, we think accurately described, the 'stash houses.' Where the ballots are collected, bucketed, and handed to the MULES to take to the drop boxes.

**Dinesh D'Souza:**

00:09:26:09: Now, we're talking about 2,000+ mules. The actual number, probably considerably larger. We're talking about people who, as you say, go to multiple drop boxes. In this case, multiple counties. What I want to ask is whether the total amount of let's call it – vote trafficking – If you were to, and you can only estimate because you're not able to make – you have estimates – are we talking about margins here that could potentially swing these states?

**Gregg Phillips:**

00:10:00:07: Yes.

**Dinesh D'Souza:**

00:10:00:07: So, in other words, the MULES alone, and the amount of vote trafficking could have swung the state of Georgia the other way?

**Gregg Phillips:**

00:10:08:04: Yes

**Dinesh D'Souza:**

00:10:08:04: And Arizona:

**Gregg Phillips:**

00:10:09:08: Yes

Confidential

DDR-00060832

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

00:10:10:00: And Michigan?

**Gregg Phillips:**

00:10:10:00: Yes

**Dinesh D'Souza:**

00:10:12:00: And Wisconsin?

**Gregg Phillips:**

00:10:11:22: Yes

**Dinesh D'Souza:**

00:10:14:16: And Pennsylvania?

**Gregg Phillips:**

00:10:13:13: Especially Pennsylvania.

**Dinesh D'Souza:**

00:10:16:18: Especially Pennsylvania. So even though it might be impossible to know who those individual, let's call them illicit or illegal ballots, were cast for. Because presumably the ballots are now mixed in with all the other ballots. Nevertheless, by identifying who are the organizations? Who is paying them? Who is putting them up to it? You have a pretty good idea which side of the net the ball is falling, right?

**Catherine Engelbrecht:**

00:10:43:15: Yes.

**Dinesh D'Souza:**

00:10:47:00: So in other words you know – when you know who's doing all this, you can kind of tell which side they're playing for.

**Catherine Engelbrecht:**

00:10:53:23: Yes.

**Gregg Phillips:**

00:10:55:05: I think one of the most important – I think one of the most important I think lessons from all of this for us is the recognition that this wasn't just in Atlanta. Or in San Luis, Arizona. Or in Milwaukee. That this was an organized effort to subvert a free and fair election.

[ PAGE \* MERGEFORMAT ]

DDR-00060833

Dinesh D'Souza Interviews

This is organized crime. And you can't look at this data in its aggregate and believe anything otherwise.

**00:11:38:06:** That's especially true when you consider that in places like Georgia, it was only decided by 10,000=12,000 votes. And you look at 5,000 visits just from our MULES? FIVE THOUSAND drop box visits from our MULES? It's not a leap to say, 'Yes, this would have made a difference.'

### Dinesh D'Souza:

**00:12:09:15:** Now let's explore the significance of this. If there were 40 bank robberies in states around the country, it seems to me that there would be three possibilities. The first possibility: Random groups in these 40 areas all decided to rob banks at the same time. I'll call that the 'accidental theory.' The second theory is, one guy or a single head – let's say Don Corleone – conspired to have all 40 operations that he's running in all 40 states rob banks in all those states and let's call that, not a conspiracy theory but an actual conspiracy.

**00:12:46:08:** It's a conspiracy that is part of a single organized network. But there's a third possibility people often don't think about, and this is, I would call it the 'coordination theory.' Which is to say, not that you have a single guy who says, do this you do that, you do this – But you have practices that you evolve through time, where you begin to realize, I can rob a bank. If I can only get the security to look the other way.

**00:13:12:22:** So what you have is multiple actors, who are operating in coordination toward a common goal. I mean, I think for example of the way the media suppressed the Hunter Biden story. It wasn't that the New York Times, CBS – they all got on a morning phone call and said, 'let's suppress the Hunter Biden story.' They were all of a similar ideological bent. They all knew the story would be damaging. They said, 'Listen, if we don't give any oxygen to the story, this is going to help our man get across the finish line. So what I want to ask you is: In this case, are we looking at an accidental theory, a conspiracy, or are we looking at a coordinated ring of illegal activity?

### Catherine Engelbrecht:

**00:13:58:18:** This is a coordinated syndicate of illegal activity. And it's been going on for a long time and it's only getting worse.

### Dinesh D'Souza:

**00:14:08:04:** And so you're saying that they, under COVID, escalated it times 10. In other words, they ramped up the operation.

### Catherine Engelbrecht:

**00:14:17:00:** It was a perfect storm that was made all the more possible by people's reluctance to get too close to the situation and to really examine how it was being exploited. Because they

[ PAGE  \* MERGEFORMAT ]

DDR-00060834

had the cover of a pandemic. 'Well how dare you ask these questions about why these drop boxes are being put out because certainly it's only to help people feel more comfortable in the midst of a pandemic.' But when you examine the evidence as we have, the abuse is clear.

00:14:49:10: And the calculation to exploit those drop boxes, exploit those mail ballots, that was all part of a much bigger plan.

**Dinesh D'Souza:**

00:15:00:50: Would it be fair to say, and I'm talking not just here about what was possible but what actually happened, that not only was this not the most secure election in history, but given the change of rules given the kind of COVID environment – this was one of the least secure elections of modern history?

**Catherine Engelbrecht:**

00:15:20:19: Absolutely. And what's worse is the fraud is being institutionalized. In ways that if we don't stop it now and take a close, hard look at the practicality of this process and correct for its weaknesses, we are careening towards a disastrous next few years.

**Dinesh D'Souza:**

00:15:40:10: We're becoming Venezuela.

**Catherine Engelbrecht:**

00:15:42:09: We're close.

**Dinesh D'Souza:**

00:15:44:13: Alright. As you were assessing this data, you had – the two of you, and I'm not sure which of you came up with this. A genius idea in my view.

**Catherine Engelbrecht:**

00:15:58:50: It was me.

**[Laughter]**

**Dinesh D'Souza:**

00:16:01:17: It was you. Of course. Of course – Who else. Well to validate your data. And the genius idea was, look, let's see if there were any murders or notorious crimes committed in the exact area that we are geo-tracking. Because If there were such crimes, we happen to know who's cellphones would be in the vicinity of those crimes, and therefore we can assist – ASSIST – in figuring our who did it. Talk about the two crimes that you identified and sort of put your data to work to try to solve.

**Catherine Engelbrecht:**

Confidential

DDR-00060835

**Dinesh D'Souza Interviews**

**00:16:45:12:** Well this decision was made to look at two crimes in particular – was made during a period when we were having great difficultly getting state officials to look at our data relative to elections. So our theory was, if we were able to prove other issues with the data – if we were able to prove up other things they that they would find beneficial, then, maybe – they would take another look at the broader issue of ballot trafficking. And so that's exactly what we did.

**00:17:17:17:** We chose to look at two murders that to that point had been unresolved and were ebbing on cold case status and brought the data and the team got to work.

**Dinesh D'Souza:**

**00:17:31:06:** Right. A little girl named Secoriea Turner was shot. Talk about the circumstances surrounding that. When, where, and how your data might have come to help in this case.

**Gregg Phillips:**

**00:17:45:16:** The shooting was just, um, just a terrible um, crime. The little girl was in her Mom's backseat of her car. It was during the BLM riots in Atlanta. They had blocked off a certain section of Atlanta where it was literally blocked off. And the Mom felt trapped and pulled into a Wendy's parking lot – and as they were turning around to exit the area, several shots, um, shot the girl in the backseat, shot the little girl in the backseat of the car. And it was quite extraordinary.

**00:18:33:12:** These investigations, at least from our perspective as non-law enforcement people who don't encounter this type of thing every day – it really elicits some emotional reactions from the analyst. In this particular case we were able to go in and in essence sort of recreate – think of our patters of life, and think of them fairly narrowly over a couple of hours and you can see people, or see the unique devices sort of milling around different areas and moving from different places. But as the shooting component began to unfold there were only two or three devices that were within an area that could reasonably be considered inside the shot pattern.

**00:19:20:21:** So, so as the mom backed up and the way the bullets entered the car, you could see, like pretty visually, that there were only a handful of unique devices that could have possibly shot – pulled the trigger.

**Dinesh D'Souza**

**00:19:42:11:** Greg, do you have the graphic?

**Gregg Phillips:**

**00:19:43:11:** We do.

**Dinesh D'Souza**

**00:19:44:00:** Let's put it up.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**[Break to find the graphic]**

**Gregg Phillips:**

**00:21:11:10:** So [Stands up to approach the graphic], this is the area. This is the interstate. Interstate 75. This is a liquor store. This is a little bit/tiny strip center. And this is where the Wendy's was. Wendy's subsequently burned. So what you can see – and this was across a fairly narrow period of time – and so you can see like this particular individual is kind of milling around here, here, here, here. Over here. And then all of the sudden they're right there.

**00:21:51:22:** The shooting actually occurred right here, in this parking lot. Because as she backed out, they had to roads blocked off right here. And as the Mom backed back out of the Wendy's and started out that way, that's when the shots. So, so, so – sort of inside of this circle are really the only potentially legitimate shooters. These guys over here, he's behind the building and over here.

**Dinesh D'Souza**

**00:22:18:14:** Gregg, pause for a second. Are you saying that each green dot, is the same guy but moving through time?

**Gregg Phillips:**

**00:22:25:00:** Each color is one person. And so what you see here, which is also interesting is what happens after the shooting and why we don't' have the full pattern of life built in here. You can see that this particular cream-colored dot – immediately after the shooting, remember it was here. It's here, it's here, it's here. Shoot. Shoot. And then it's over here, so sort of across the street kind of hunkered down. Similarly, this color here you can see milling around, milling around the shoot – and then all of the sudden they're over here in this building after the shoot.

**00:23:04:00:** And so, for us and our ability to support law enforcement in their effort – each of these devices has a unique device ID. And while we make it colored here, and we assign a color to the individual device, the actual device ID is a number that we can provide along with the pattern of life, to law enforcement. Then they can take it, go to a court. Get the court to order the cellphone companies or the technology companies to unmask that number, and turn it into a name and address and that's how they get to the effort.

**00:23:49:00:** So in this particular case, this murder went wholly unsolved for almost a year after the BLM riots.

**Dinesh D'Souza:**

**00:24:04:15:** But now I read, and I see, they've arrested two suspects.

**Gregg Phillips:**

**00:24:07:11:** They have.

[ PAGE  \* MERGEFORMAT ]

**Dinesh D'Souza**

**00:24:08:10:** And did you turn over this data, what you found, to the FBI or the GBI – The Georgia Bureau of Investigation?

**Gregg Phillips:**

**00:24:19:10:** There's a joint law enforcement taskforce, and we turned the bulk of this information over to the Federal Bureau of Investigation. Who's part of that joint taskforce.

**[Recording stopped to check beeping and move to next segment]**

## Transcription For Houston Scene [03_03] With Catherine and Gregg

**Dinesh D'Souza:**

**00:34:32:18:** Let's talk about the second case. This was a young woman, Katie Janus, who was as I understand it walking her dog in a park. And was brutally murdered. Tell us about the case.

**Gregg Phillips:**

**00:34:49:10:** Yeah. Terrible case. She was not just murdered but really sort of disemboweled. Her dog was murdered, or killed. And they had no suspects in the initial few months after the investigation. Again, our team did pretty much the same thing that we did. There was a little more depth to this though. So we had to do a little more work on those individual device ID's and try to sort of expand our understanding of the individuals because there were some unusual components to the murder.

**Dinesh D'Souza:**

**00:35:27:00:** So, she was murdered in a park. Was it at night?

**Gregg Phillips:**

**00:35:29:05:** Some time after midnight.

**Dinesh D'Souza:**

Confidential

DDR-00060838

Dinesh D'Souza Interviews

**00:35:31:23:** And no eyewitnesses I take it. No one saw it happen. So that's why they couldn't solve it.

Gregg Phillips:

**00:35:37:16:** That's right. And even they had no ideas who might have even been there, just after midnight. And even though Piedmont Park is certainly well known in Atlanta and around Georgia, there are some open spaces but there are some fairly dense spaces – in terms of the woods and how it all sets up. But we were able to fairly quickly identify several different devices that might have been of interest. And then upon further look we were able to even dig a little more. Let me show you.

**00:36:10:13:** So, we took the first look just after midnight in Piedmont Park. This murder occurred on or about the 28th of July of 2021. And you see here on the screen that the park entrance is just down on the lower left. The murder happened between the park entrance and that first red circle where this device is. And there is a device there. It pings a number of different times as is denoted by the individual color spots. But the murder happened just in our left, in those trees right there. Interestingly the dog was murdered and found further up on, further up the screen. Still in the woods but further up the screen.

**00:37:06:13:** So, there's obviously one device that's close. It's right there. There's another device that's close enough where somebody – maybe it's someone law enforcement should speak to. This gave us enough to dig in a little bit further and really try to gain a little bit of insight. This is something our analyst would do. Gain a little bit of insight to the space. As you can see the trees there just straight ahead, maybe 100 yards in. That's where things sort of unfolded. The actual entrance to the park is just out of screen left. And this open area here was of interest to us as well.

**00:37:48:08:** This is just another view of the entrance to the park and sort of what it looks like from street level. But as we began to build the patter of life around those two individuals. It was quite interesting. The first patten of life was somebody that only showed up, or these pings, only showed up in this area at this time. No other time in Atlanta. Nothing else. The other individual you see, the more kind of light purple color – that person had obviously been around a little bit in Atlanta. What's particularly interesting about that light purple is that one of those pings there is, two weeks before the murder, was in the parking lot of the victim.

Dinesh D'Souza:

**00:38:43:07:** The same person who was in the park at the time of the murder is now identified in the parking lot of the victim's apartment, a couple of weeks earlier?

Gregg Phillips:

**00:38:53:20:** That's correct. So as the murder unfolded – or excuse me as the investigation unfolded -- we began to sort of broadened our thought: We need to get a little more, we need

[ PAGE  \* MERGEFORMAT ]

DDR-00060839

to take half a step back. Is there anybody else in there? Not that we necessarily think it is or isn't potentially involved in the crime. We thought maybe if we began to expand this a little bit, we might be able to bring in some other individuals that may have heard something, that may have heard something that they just didn't recall. Or they're afraid to come forward, or whatever that might be. And so we began the process of sort of pulling this apart.

**00:39:32:00:** In so doing, we began to really now start taking a much broader look at these patterns of life of now the four individuals that we've identified and really start to understand where do these people live? Where do they work? Or where does the device live and where does the device work? And you start to see we learn more and more and more. And now as we start pulling the next piece of this we really took some of the stuff from just news reports – There's the young lady who was murdered with her dog – and she went to visit her partner who worked in a pub near there.

**00:40:18:04:** And so we began to sort of look around. Okay, where is the pub? Where is it in proximity to the park? And maybe we can find something else out there. And in the news they published this picture of her walking with her dog. And in one of the pictures, you can kind of see how the rainbow painting of the crosswalk, you can pick that up somewhere else in the thing. Now we actually stopped the tracking of the victim, just because it's sort of – again – it's an emotional process to know that you're watching the steps almost, the footfall of the victim rather than just the ping. And you sort of feel it. So once these came together, we were able to actually track the victim's signal as she walked sort of back toward Piedmont Park.

**00:41:14:20:** And you can kind of, this particular video you can't see it, but that circle is really where that picture was taken. And so, we begin to know a little bit more. And we do have the tracking on this, but this is basically how she made her way into the park before the murder. So, what we did then was we took those device IDs that we knew about – we took the – the additional colors you see here, we began again to expand the view. Who might have been in this park, you know, near the time of the murder?

**00:41:50:00:** *And you start to see, picking up some other people. And maybe she passed this little green ping just off the road here. Maybe the person remembered something. And so, we package all of this up. [Actually we're going to have to cut this out. Sorry Guys. Let me start over.]]*

**00:42:15:08:** <mark>So this gives us a possible look at the individual devices that might be of interest to law enforcement. We bundled this up and we delivered it to an individual we work with at the Federal Bureau of Investigation.</mark>

**Dinesh D'Souza:**

**00:42:34:20:** And I see from news reports that the, at least official sources are saying that they are very close to making an arrest. This has been an unsolved case for how long?

[ PAGE  \* MERGEFORMAT ]

**Gregg Phillips:**

00:42:49:09: Seven/eight months. It's really um…

**Dinesh D'Souza:**

00:42:51:15: Now you don't know in the Secoria Turner, or in this case, if it is your data that is leading to these crimes being solved. But you're saying that if law enforcement did it, they would do it exactly the same way?

**Gregg Phillips:**

00:43:07:10: Well, they might, I mean everybody has a slightly different methodology, but this certainly could give law enforcement a big step forward and an opportunity to, you know, look at maybe a different methodology that might bring in some different folks. They get out. They interview people and maybe try to find some substantive information to support the investigation. So our goal, when we get into these types of things, is really to support law enforcement with a very expensive data set that they may or may not have access to locally.

00:43:42:23: This particular situation being a local situation. They may or may not have direct access to this kind of information. But even then, it gives them that step forward. That possibility. Hey, there are quite a few people here. Let's get out and interview some folks.

**Dinesh D'Souza:**

00:43:59:04: <mark>And isn't it true that this tracking, these movement, this parallels exactly the work you're doing with the MULES?</mark>

**Gregg Phillips:**

00:44:05:03: <mark>Exactly.</mark>

**Dinesh D'Souza:**

00:44:08:18: So far we've been talking about geo-tracking which is essentially digital/electronic if you will, types of evidence. And to me, that sort of mirrors let's just say a fingerprint evidence or DNA evidence. Look, it's your DNA, that means it's you. Right? And yet, if I was in a jury box, I'm always saying that – Well, if you're trying to convince me these guys broke into Fort Knox and robbed – I mean, I'm really happy to have their fingerprints. And I was pretty convinced by the DNA and all of this electronic, scientific stuff. Really powerful. But wouldn't it be king of nice to see the guys breaking into Fort Knox? In other words, wouldn't it be 'BUSTED' if you had video evidence. Do you?

**Catherine Engelbrecht:**

00:44:57:10: We do.

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:45:00:09:** You do?

**[Short break/crosstalk]**

**00:45:14:14:** It's one thing to have the scientific evidence, which is persuasive on its own merit. But sure would be nice to have some video evidence. I mean, seeing the guys do it. Catching them, so to speak, in the act. This kind of evidence, I think, be the icing on the cake. Do you have this video evidence?

<u>Catherine Engelbrecht:</u>

**00:45:40:07:** We do.

<u>Dinesh D'Souza:</u>

**00:45:40:23:** How much of it do you have?

<u>Gregg Phillips:</u>

**00:45:42:17:** Four million minutes of surveillance video around the country.

<u>Dinesh D'Souza:</u>

**00:45:45:19:** How did you get it?

<u>Catherine Engelbrecht:</u>

**00:45:47:00:** It's open records. Anybody can get it. And uh, apparently very few did.

<u>Dinesh D'Souza:</u>

**00:45:54:10:** So you make a request or a demand – is it through the Freedom of Information Act? How do you – what is the process of acquiring the video?

<u>Catherine Engelbrecht:</u>

**00:46:01:18:** Well because it was a type of documentation that was categorized – (Can I start that over?)

<u>Dinesh D'Souza:</u>

**00:46:11:03:** What is the process for getting the video?

<u>Catherine Engelbrecht:</u>

**00:46:13:07:** You can submit an open records request. And in this instance, you have to be very specific of course about what you are looking for. The timeframe and the locations and so forth. But you can request the video and that's what we did. We picked up hard drives from everywhere that we could and unfortunately a lot of places didn't have it. But the ones that did, we now have had a chance to take a look at.

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**[Break to add the word 'Surveillance' into the description of the word 'video']**

**Dinesh D'Souza:**

00:46:51:10: Now we're talking about surveillance video. Official surveillance video of these mail in drop boxes. How do you get it?

**Catherine Engelbrecht:**

00:47:01:00: You can file for open records request – any citizen can do this. About a wide variety of types of documentation in our instance we were interested in these surveillance videos. We had these new drop boxes. There was federal guidance and some state guidance around the need to have surveillance videos monitoring the drop boxes. And so, in our open records request – which are typically directed towards either the Secretaries of States, or the local municipality or the city, just depending on the jurisdiction and the way that they are organized – you just make a very specific request about what it is you are trying to acquire. And in the case of the videos, it was a very protracted process because as we often said, it appeared as though maybe the intent was that maybe no one will ever look at this video. It was a very difficult series of steps to procure the actual surveillance video. But now we are in possession of about four million minutes.

**Dinesh D'Souza:**

00:48:10:00: Four million minutes?

**Catherine Engelbrecht:**

00:48:10:00: [Shakes head yes]

**Dinesh D'Souza:**

00:48:14:16: And is it video -- do you have video in Georgia?

**Gregg Phillips:**

00:48:15:11: We do.

**Dinesh D'Souza:**

00:48:14:16: Is it video from the Presidential election, the runoff election, or both.

**Gregg Phillips:**

00:48:21:14: Both

**Dinesh D'Souza:**

00:48:23:16: Both? And uh, do you have video from other states?

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**00:48:28:08:** It's spotty. But we have video, some video from AZ. We have recently learned in some of our counties that video was specifically turned off on a particular drop boxes.

**Dinesh D'Souza:**

**00:48:44:15:** In which state?

**Gregg Phillips:**

**00:48:45:50:** Arizona. Wisconsin, it turns out, even though the rules required them to have video…

**Dinesh D'Souza:**

**00:48:58:16:** …Sort of monitor

**Catherine Engelbrecht:**

**00:48:53:10:** They were publicly stating they were going to have video to…

**Dinesh D'Souza:**

**00:48:58:16:** …Sort of monitor

**Catherine Engelbrecht:**

**00:49:00:04:** To monitor the drop boxes and also to give public confidence to this new process that they were undertaking.

**Dinesh D'Souza:**

**00:49:08:16:** But did they do the video?

**Catherine Engelbrecht:**

**00:49:09:00:** No they did not

**Dinesh D'Souza:**

**00:49:10:00:** What about Pennsylvania?

**Gregg Phillips:**

**00:49:12:03:** Pennsylvania is still a question mark. There appears to be some video that may be available. Especially for the people crossing the river. Then we're working on some other items. I think one of the whole things – this whole video collection effort has been just extraordinary to watch. Catherine has long said, it's all about citizen involvement, and what we're seeing now is citizens stepping up and stepping forward and saying, 'Hey – we've got all of the Detroit, Michigan data."

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

DDR-00060844

Dinesh D'Souza Interviews

**00:49:52:08:** People that are on their own were trying to do open records, were trying to find their ways to acquiring this data. And now that it has become better known that we have taken on this project on and to the level that we have, as Gregg says, it's just, it's the best of America working together to improve a process that benefits us all. So that's been super exciting to me.

<u>Dinesh D'Souza:</u>

**00:50:13:19:** But I mean the distributing thing to me is, it seems there should be video on ever drop box. I mean if you're talking about an election for control of the most powerful country in the world, wouldn't it make sense that all drop boxes – I mean you can't walk into a store. You have parking lots that have surveillance capabilities.

<u>Catherine Engelbrecht:</u>

**00:50:34:04:** Most people think that there is video. That, particularly in 2020, when these drop boxes were set up coast to coast – in sort of the 11th hour if you will, of the election, part of the guidance that came down from one of the federal agencies, CIZA, said, 'If you're going to have drop boxes, these are the guidelines that we recommend.' And most of the states were very quick to echo that guidance and say, 'Absolutely. We are going to follow the guidance.' But they didn't.

<u>Dinesh D'Souza:</u>

**00:51:06:02:** And given today's kind of cost of technology, it would not have been that hard to do it.

<u>Catherine Engelbrecht:</u>

**00:51:10:22:** No. And they had CARES money. They had private CTCL money and others. The money was not the issue. It was the execution that was lost. Or maybe just, intentionally, overlooked.

<u>Gregg Phillips:</u>

**00:51:26:16:** Given what we know now about this citizen involvement issue, if they would had made this video available, sort of, online – you can almost imagine people staying up all night watching this video. Right? And, I mean, we've seen it now. This video is very difficult to sort of compile and watch. And just – it's almost mindless. Watching it over and over.

<u>Dinesh D'Souza:</u>

**00:51:52:14:** I mean the reason; I'm assuming it doesn't come out is because you've got four million minutes. This takes enormous amounts of processing. And you sent me a screenshot Catherine where you were requesting video. (show screen shot) And I believe it was the state of Georgia, if I'm quoting correctly, this video should exist. But it does not exist. And we can't tell you why it doesn't exist.

[ PAGE \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza Interviews**

**Catherine Engelbrecht:**

**00:52:17:19:** Right. That was in Fulton County. And, you know, sadly we have correspondences like that from a lot of states. That, in a variety of ways, ultimately tell you, there's just no video. Even though they said publicly there would be. Even though I would venture to guess most voters felt like they could trust that process. There was nobody watching. And now we see what we see.

**Gregg Phillips:**

**00:52:46:21:** And I would say that there were some other – you know, Catherine tries to keep us focused on the difference between some of what appear to be crimes and process flaws. In this case, part of the process flaw, in Georgia for example – those rules, those hastily prepared rules, the emergency orders to put in place. Yeah, we all have drop boxes. And you've got to have video on it and you got to keep it for 30 days. Well, wait. 30 days? Really?

**Catherine Engelbrecht:**

**00:53:17:08:** Federal law requires 22 months and so, operating under the assumption that you would have a secured set of archives – of data archives – for 22 months, turned out to be a poor choice because they were getting rid of it. So much of this is … What happened in 2020 and this confluence of events: The use of inexact voter rolls with the hastily mailed out mass balloting that were, that was, blanketing our counties – coupled with these drop boxes – there's just really no way to know what happened.

**Dinesh D'Souza:**

**00:54:07:02:** I mean it's worth mentioning – isn't it – that this is not, you could call it just bungling on the part of these states. In Georgia for example, the Stacey Abrams group had sued in the aftermath of her losing an earlier race, which she thought she won. Nevertheless, she sued the Secretary of State. The Secretary of State, a Republican, Raffensperger, enters into a consent decree – which weakens the signature matching requirements. In other words, establishes the framework in which all this trafficking is occurring.

**Catherine Engelbrecht:**

**00:55:02:04:** Absolutely. The parallels in our world are: Sue the states to prevent them from cleaning the voter rolls. Get out of court consent decrees, that out of plain sight change the way that rolls can be managed, or that rules can be interpreted. To your example, these signature verifications being diminished. Push all that up into a intentional uptake in mail ballot [STOPPED].

**Dinesh D'Souza:**

**00:55:46:05:** So all of this was to that degree, intentional.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

00:55:50:01: Absolutely. And you can see it in almost every state. When states try to clean their rolls, it's not at all uncommon to be met with lawsuits to prevent those rolls from being cleaned. On top of that...

**Dinesh D'Souza:**

00:56:02:15: And by being cleaned you mean removing dead people off the rolls, people who have moved and are no longer eligible to vote?

**Catherine Engelbrecht:**

00:56:08:09: Right, that don't meet the standard of eligibility for that state. And it is things like deceased voters and people who have moved which is – depending upon what stat you're reading – about 14 percent of the country moves every year. That's a significant date point that needs to be kept up with. What we always question is, why don't we keep up with it.

00:56:29:10: Because certainly technology would support real time resolution of identity, residency, citizenship. That's done in private sector all day every day. We live in the age of Amazon one-click. When we can order something and have it there the next day, delivered straight to our door. Why then, if we really believe that our election are the cornerstone of our Constitutional Republic, then why have we allowed this process to erode as we have? And I would argue that I think it's a feature not a bug.

00:57:02:20: I think it's intentional that they are not cleaning the rolls as they ought. I think that it's the only thing why there is such a push to sue when rolls are attempted to be maintained. Then you have consent decrees which change the functional process of elections. That happened out of sight of the average reader of the election code. These consent decrees are happening behind closed doors. That are changing the way that incoming voter registrations are interpreted. Or standards around signature verification and postmarks. We saw a slew of them, hundreds of lawsuits and consent decrees passed in 2020. All functionally changing a process and causing chaos.

**Dinesh D'Souza:**

00:57:49:17: Let's explore the utility of this because if 14 percent of people move, and you don't clean the rolls those 14 percent of people would be mailed ballots.

**Catherine Engelbrecht:**

00:58:03:11: That's right. That's right.

**Dinesh D'Souza:**

00:58:04:22: So, there are all these mail-in ballots flying out there to people who are not actually present.

[ PAGE  \* MERGEFORMAT ]

Confidential

**Catherine Engelbrecht:**

00:58:08:02: That's right.

**Dinesh D'Souza:**

00:58:09:14: So, if someone else could figure out, 'How can I get my hands on these ballots?' Presumably, they would control the votes of those people. And NOW, in order to make it more difficult for them to be caught, they would say, 'What if we weaken the signature matching requirements. That way, if we fill out the ballots no one's going to know the difference.' No one's really going to check to see if it's that guy, because if they did then they'd be like, 'Maybe he moved.'

**Catherine Engelbrecht:**

00:58:35:18: That's right.

**Gregg Phillips:**

00:58:36:18: Welcome to the most secure election in American history. Right? I mean this is insanity. Everything you just described is spot on.

**Catherine Engelbrecht:**

00:58:45:23: Is spot on.

**Gregg Phillips:**

00:58:46:21: We went to Arizona and spoke to the legislature, not too terribly long ago. And as I was going through pretty much what you just did Dinesh – and Catherine had provided me with a bunch of information – and I started talking about the consent decrees. And I said, well there are four primary consent decrees that are of concern in Arizona. The entire room of Senators and Representatives looked at me like they didn't even know what I was talking about. And it turned out the reason they didn't know – the Secretary of State in Arizona had never shared it with the legislature.

00:59:20:05: So you've got all these Republican, even patriots, that are out there trying to make reasonable and considered changes in laws – that they have no idea that there are these consent decrees flying around. And so we came back and sent the four consent decrees out there and they were like, 'This is unbelievable.'

**Dinesh D'Souza:**

00:59:40:10: Now Arizona has a Republican legislature but Katie Hobbs, the Secretary of State is a Democrat. It's worth noting here that when someone like that gets sued, it's typically – she's being sued by her own team. And her own team on the left, Democrats, are saying let's agree

[ PAGE  \* MERGEFORMAT ]

DDR-00060848

Dinesh D'Souza Interviews

to these things. And they're asking a Democratic Secretary of State who is not their adversary, but is in some ways colluding with them to go, 'Sure I'll agree to this. And I'll agree to that.'

01:00:09:02: And so, what you have here is an apparent collaboration between outside forces and in this case a secretary of state to achieve a result.

Catherine Engelbrecht:

01:00:23:15: They are the ultimate arbiters, in most states, the Secretary of State is the ultimate arbiter of the election. They are the ones that call it for the state. They wield an immense amount of power. And most Americans don't really understand what happens inside those offices.

Dinesh D'Souza:

01:00:40:10: Do you think that's why George Soros and a bunch of liberal billionaires basically say listen, 'Let's not just worry about the Senate and the Congress. Let's go down to the office of the DA and the Secretary of State. And let's fight those races where we can throw money. And normally those races are not that expensive. And if we control the Secretary of State, the Republicans can campaign all they want – but we control the mechanics of the election.'

Catherine Engelbrecht:

01:00:54:00: Absolutely. And in fact it was a well known project of George Soros and the Open Society – the Secretary of State Project – in which they raised money for the express purpose of putting people who were sympathetic to their interests in power in key states. And that served them very well. It served them very well in states like Minnesota. In the race with Al Franken and Norm Colman. It was the Secretary of State that allowed those recounts to go on and on and on. When ballots for Al Franken continued to be surfaced in trunks of cars and otherwise. Ultimately the difference between the two candidates was separated out by 300 some odd votes.

01:01:53:00: Later on it was determined over 1000 felons were allowed to vote. Going back to not cleaning up the rolls. And all of that was at the hand of a Soros candidate who'd been put in office the cycle previous. So, it's very intentional. And that down-ballot play, in controlling those local offices, has an important role in this broader narrative around ballot trafficking. Because controlling those local offices, means that those local office holders can control those communities.

Gregg Phillips:

01:02:23:09: I think there's a key point too that – speaking of these consent decrees and how all this has unfolded – I mean Catherine's now talking about things that go back 15-20 years. But the reality is, this has gone on for much, much longer than that. I started in this business in

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060849