# EXHIBIT 8
## (4 of 4)

Dinesh D'Souza Interviews

1982. The same year I started was the year that something that's now infamous in our world — is something called the New Jersey consent decree.

01:02:50:12: There was some shenanigans pulled by Republicans, or allegedly pulled by Republicans and some judge came in, in New Jersey in 1982, sort of ordered a consent decree be agreed upon by the Republican National Committee and the Democrat National Committee. And the consent decree in essence said Republicans can't spend one dime — nothing — on election integrity. That was in 1982. And ever time it would expire, every 10 years, the judge would come in and reauthorize it. So what happened across 40 years is, an entire generation — in my case, she's not a political person — but an entire generation grew up with no money, no support, no words of help from the Republican National Committee.

Catherine Engelbrecht:

01:03:47:50: No Leadership.

Dinesh D'Souza:

01:03:52:05: Well, not to mention that the RNC, the Republicans, had no developing expertise. And so even though coming now to 2020, Trump predicts, they're going to cheat. 'They're going to do this. They're going to do that.' Even though the consent decree is now no longer operative, where's the level of legal knowledge? There's a kind of legal amateurism and we saw it.

Catherine Engelbrecht:

01:04:16:22: That's right. It's a very steep learning curve.

Gregg Phillips:

01:04:18:05: You have people with, you have lawyers with three years of experience and they're fighting against people like Marc Elias and others that have been doing this their entire careers. And the reason is, there was no money. There was no nothing. So you don't have Republican lawyers. Catherine has an attorney that she works with and he was telling us just the other day that he had gone and taken this call to get some new certification in Texas — he told us later he was the only Republican EVER, in Texas to have received this one particular type of election integrity certification. EVER.

Dinesh D'Souza:

01:04:55:21: And that's in Texas

Gregg Phillips:

01:04:57:05: That's in Texas.

Dinesh D'Souza:

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**01:04:58:02:** <mark>A republican state.</mark>

Catherine Engelbrecht:

**01:04:58:03:** Well and I what I think it really speaks to is that Americans are trusting people.

**[Temporary Technical Break]**

Catherine Engelbrecht:

**01:05:33:10:** I think what this really goes to is, Americans are trusting people. We believe that if we go and we vote and we get our 'I VOTED' sticker, we check that good citizen box – that, that's enough. And that we should be able to trust that what happens behind the scenes is actually is trustworthy. And that our vote and our voice will be carried forward and that that outcome truly reflects the will of the people. Let it be a vote for a Republican, a vote for a Democrat, a vote for a third party. Just let it be the vote you the voter have chosen, and then let that guide our country. That's how it ought to be.

**01:06:11:22:** But where we have found ourselves now is with a process that is so layered and twisted and manipulated for so many reasons, and in so many ways. But was taken to a whole new level in 2020, that I think, we've reached that proverbial tipping point. Where Americans now say, wait. We just know in our guts -- this is not right. It's not even wholly about the outcome of the election, as much as it is about watching the process fall apart in front of your eyes and say, 'Is no one going to stop that and talk about the impracticality of what's being done.'

**01:06:56:05:** <mark style="background-color:red">[end of act 2]</mark> The impracticality of pushing mail ballots. The impracticality of staging up these drop boxes that have been privately funded? People know. <mark>Americans are smart. They get it. And now they're asking tough questions and the learning curve is going to be steep and it's going to be messy – but freedom is messy. This is the path that we have to be on. And nothing could be more important. Because if we continue to turn a blind eye, we will wake up very soon and be unrecognizable as a country. And it's gaining in speed every day. We're seeing it. And this is where the rubber meets the road. This is the line in the sand because this is how we protect our voice.</mark>

Dinesh D'Souza:

**01:07:38:23:** <mark>And isn't this the actual real threat to democracy? We keep hearing about threats to democracy. Isn't this it right here?</mark>

Catherine Engelbrecht:

**01:07:45:11:** <mark>Everything we debate, everything that we believe in in this country, presupposes a free and fair election. And that all men shall be created equal. That is the underpinning of what we are as a Constitutional Republic. And when we allow that to slip away – then the rest of it falls like a house of cards.</mark>

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

**01:08:04:07:** Let's hit the video. The video that you DO have. Let's take a look.

**[BREAK CALLED FOR CHARGING DEVICE AND STRETCH]**

## Transcription For Houston Scene [03_04] With Catherine and Gregg

**Gregg Phillips:**

**01:18:26:14:** Well, I was just wondering, do you want – that's it. It's 'Multiple Ballots' – It's this one**.**

**Dinesh D'Souza:**

**01:18:33:08:** Yeah. Right. That's the one I was talking about.

**Debbie D'Souza:**

**01:18:35:03:** That's the one in our trailer.

**Catherine Engelbrecht:**

**01:18:36:10:** And this is where we – I don't know if you have these numbers handy but – I think it's important to say, 'This is him doing this one time. But he went X Number of times.'

**Dinesh D'Souza:**

**01:18:43:10:** Correct.

**Catherine Engelbrecht:**

**01:18:44:09:** But he went X number of times.          **a**

**Debbie D'Souza:**

**01:18:46:21:** Which I think – that's what happened – in the trailer, you said that.

**Dinesh D'Souza:**

**01:18:48:10:** We have it in the trailer but let's do it again here.

**[Catherine and Gregg being a discussion about the subject being someone different from the one mentioned in the trailer]**

[ PAGE  \* MERGEFORMAT ]

DDR-00060852

**Dinesh D'Souza:**

01:19:41:14 [Action called Again] Let's talk about these MULES. What do we know about them? Who are they?

**Gregg Phillips:**

01:19:47:16: Well first of all, they're not grandma out walking her dog. Right? I mean these people are in many times hardened people. Bad backgrounds. Bad reputations. We've had encounters with several that are not terribly positive.

**Dinesh D'Souza:**

01:20:07:14: Violent guys?

**Gregg Phillips:**

01:20:08:16: [They] can be. I think the best way to describe these people is they are interested in one thing. That's money. Right? I don't think they're necessarily– the MULES Themselves – are necessarily out to alter an election. Or something like that. They're trying to bring in a few thousand bucks. Maybe feed whatever habit they've got or whatever else is going on.

**Dinesh D'Souza:**

01:20:33:15: Do we know, by the way, how much they get paid?

**Catherine Engelbrecht:**

01:20:37:10: According to the people who have shared information with us, it's generally 10 dollars a ballot. In the Georgia runoff that number was higher. In some of the more local races in San Luis, in Arizona, that number has been higher. But $10 a ballot has been sort of a good running number.

01:20:57:10: And I'd say too about the people we characterize as MULES, as Gregg pointed out, it's very much, it's a way to make some extra money. It's also just accepted. I mean it's not a, in our experience in talking with pope that have come forward – they don't perceive it as being the illegality, the subversion of process, that we see this as. Because it's happened for so long in – time after cycle after cycle. Time after time. This is just what happens. While there are definitely some people that have devices that would indicate that they are into some pretty tough stuff, that Gregg can share. There are also other folks that just, they just, this is just kind of what they do.

**Dinesh D'Souza:**

01:21:52:17: Now you guys had a really interesting idea, because 2020 of course was the year of the ANTIFA riots, the BLM riots in the aftermath of George Floyd. All of that was going on. And it was all going on in the months and weeks leading up to the election. And so in the data,

Confidential

DDR-00060853

you have on the one hand you have geo-tracking data of the drop boxes, but you also have data on the rioters. And, talk about that.

**Gregg Phillips:**

01:22:23:13: There's an organization out there, a non-profit organization operates worldwide, that tracks the device ID at all violent protests around the world. So whether its Pakistan or Atlanta, they're tracking these devices so law enforcement and others can go in and look and see, hey, is there any nexus patter between these folks. And we took a look at our 242 MULES in Atlanta, and sure enough, there's dozens and dozens of dozens of our MULES – are, show up on the (ACLA?) databases. So again, this is not grandma out walking her dog.

01:23:08:08: These are violent criminals sometimes. And as Catherine says, other times, it's just somebody out trying to make an extra few thousand bucks. They look like regular people and they're just doing things that happen to be crimes. Our position on it has always been, well, we don't necessarily, don't believe that people should be doing this. On the other hand, as Catherine points out, this is – in some ways almost a cultural thing amongst certain folks. This is just what you do during elections. This is how you make extra money, and this is okay.

01:23:46:14: What we've got to do is we've got to continue to find out who's paying these people. Where is THAT money coming from? And then when we get to the heart of that, we can start cutting the head off this beast.

**Dinesh D'Souza:**

01:24:00:05: Would it be reasonable to find an overlap between the MULES and, not just criminals in general, but the actual ANTIFA/BLM riots?

**Gregg Phillips:**

01:24:08:16: Yeah. And we have, there were several different violent BLM/ANTIFA riots in Atlanta, and one of the we had three dozen of our MULES participate in these violent riots.

**Dinesh D'Souza:**

01:24:26:12: See the reason I think this is critical is because, someone could say, well look – there are these MULES. But who knows what side is using them? Anybody could be paying them. What we're showing here is there's not just a criminal element but there's an ideological element. And that there's an overlap between people. I mean you're not going to go to an ANTIFA riot and find it overpopulated with patriots, or Christians, or Republicans. These are people on generally the FAR left, and it turns out these are people who also helped to make up the MULE population.

**Gregg Phillips:**

Confidential

DDR-00060854

Dinesh D'Souza Interviews

**01:24:59:03:** I think that's also born out in our target organizations themselves, right? I mean, these are not, I mean – Fair Fight Action and some of these other organizations – the New Georgia Project – these are not like Republican organizations.

**Dinesh D'Souza:**

**01:25:16:05:** These are left-wing, Democratic organizations – yeah.

**Gregg Phillips:**

**01:25:18:22:** Right. Well-known left-wing, Democratic organizations.

**Catherine Engelbrecht:**

**01:25:21:04:** And names that were given to us. And as we've said from the beginning, we let the data lead the way. So, if there was no nexus, if there was no pattern, then there was no pattern. The reason that we talk about these organizations is there is a pattern. And it's a prolific pattern. And those patterns exist in Atlanta, and they exist in Phoenix and they exist in all of our major cities and counties where we've taken a look. There is some way – that these organizations are factoring into this organized syndicate.

**Dinesh D'Souza:**

**01:25:58:05:** Okay. Let's talk about some of the videos, uh, Gregg. I'd like to do several of them. Let's start with video number one.

**Gregg Phillips:**

**01:26:05:12:** So what we've tried to do as we go through this is really try to be representative. The video quality is not necessarily great. I'm going to show you a couple that have pretty good quality and I'll show you a couple that are of questionable quality. Um, part of it is they're lit. They're not well placed. The cameras are not well placed. And they don't also really necessarily tell you a lot.

**01:26:31:23:** There's some new video going around with some citizens in Georgia have produced, and they've produced some amazing video of people fanning out the ballots before they stuff them in the polls. And it's really kind of exciting that people are kind of getting into this process now. Right? They've got some of this video. They're plugging it in and they're sitting at home working on it.

**Dinesh D'Souza:**

**01:26:54:23:** Let's be clear though, that the video we're talking about is – this is not video you came up with. This is the official surveillance video of Georgia?

**Catherine Engelbrecht:**

**01:27:04:10:** Absolutely. This is just...

Confidential

**Dinesh D'Souza:**

**01:27:07:01:** So, it's not open to the authenticity of the video because the Secretary of State has this video. He can check it out. He can verify that the videos that we're playing here are 100 percent authentic?

**Catherine Engelbrecht:**

**01:27:17:15:** Absolutely. Absolutely. What kicks it up a notch in our case is we have the geo-spatial data to support the video. So in the absence of video, and in states where there is absence of video in whole in some instances, that geo-spatial data is key to decoding what the greater scheme was. But in the case of what we're going to show you now – the ability to match this up tells a much bigger story.

**Gregg Phillips:**

**01:27:47:12:** And it really links the – what we talked about earlier -- the who, to the when, to the where and then puts eyes on it. That's the way we look at it.

**Dinesh D'Souza:**

**01:27:55:05:** Guys I'm getting a little excited. Let's see the video.

**Gregg Phillips:**

**01:27:58:00:** Alright. Let's take a look. So, we've named them all. So, as we go through them we'll kind of tell you what we call them. This is 'Multiple Ballot.' And so an individual… [Restart].

**Dinesh D'Souza:**

**01:28:25:02:** I'm getting really excited. Let's go to the video tape.

**Gregg Phillips:**

**01:28:29:20:** Let's do it. So we're going to show you a couple different ones. This is a really simple one. Um, gives you a sense that there's more than one ballot. In fact we call this one 'Multiple.' This particular individual, we have in a number of different locations at a number of different times. He's actually a MULE. In fact all the videos you'll see today from us are our MULES. So sort of the brazenness of it, and even though this is late at night, obviously this is well-lit. They know the cameras are there, and they really don't care.

**01:29:00:03:** So as the person pulls up, they don't even bother parking. Of course, it's the middle of the night so why would they. Gets out, approaches the box – One of the other interesting things we learned in looking at all this video in applying artificial intelligence and other manners to look at this thing, is the intention. When people walk up with intention to cheat, they look around – they basically walk fairly quickly. They try to stuff them in. They try to get out of there. In this case he drops a few on the ground. He has to pick them up. He'll bend

Confidential

Dinesh D'Souza Interviews

to pick them up, stuff them in the ballot [box]. And then, with some measure of intention walks back to his car – sitting in the parking long. And then he hustles back and hustles out of there.

**01:29:43:13:** So, this is what it looks like. It doesn't necessarily look like hundreds of ballots being stuffed in.

**Catherine Engelbrecht:**

**01:29:51:21:** You don't need a whole lot of fraud, you just need a little in the right places over time.

**Gregg Phillips:**

**01:29:56:18:** Right and remember we have 5,500, just our MULES, 5,500 drop boxes.

**Dinesh D'Souza:**

**01:30:03:20:** And millions of minutes of video like this -- when you – the accumulative impact for someone who takes the time to go through it – overwhelming.

**Gregg Phillips:**

**01:30:13:19:** Absolutely.

**Dinesh D'Souza:**

**01:30:14:20:** Let's look at another one.

**Gregg Phillips:**

**01:30:15:50:** Yeah let's take a look at uh, one that we uh happily call 'Stealer Girl.'

**Catherine Engelbrecht:**

**01:30:21:19:** Interesting thing about this person is the device seems to live in South Carolina. So this person isn't even from Georgia.

**Debbie D'Souza:**

**01:30:31:04:** Oh Wow.

**Catherine Engelbrecht:**

**01:30:31:19:** She was here during both election cycles but is not a resident of the state.

**Gregg Phillips:**

**01:30:40:19:** And so, I think what's really interesting to you know, people looking at these types of things from a forensics perspective – is uh, a couple of things. First of all, she has on a mask. Which at the time was not terribly unusual. But as she approached the drop box, she never looks at the trash can. Right? And that becomes important later.

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

01:31:03:10: She's looking the other way.

**Gregg Phillips:**

01:31:04:20: But the other thing she has is she has gloves on. And what we also noticed – what one of our analysts noticed – was these surgical gloves only appeared from Dec.23 forward in the runoff. So we didn't see a lot of them previous to December 23rd and we couldn't figure out why. And then it just dawned on us – well, on December 22nd there an indictment handed down in Arizona, in San Luis Arizona, for people that had stuffed ballots. And the way the FBI and the Attorney General in Arizona nailed them, was fingerprints. And then the next day, and days forward…

**Dinesh D'Souza:**

01:31:45:11: So, this video is now from the Georgia runoffs? This was January of '21?

**Gregg Phillips:**

01:31:50:18: That's right.

**Catherine Engelbrecht:**

01:31:51:18: This particular one is at approximately 1 a.m. in the morning on January the 5th.

**Gregg Phillips:**

01:31:56:09: And so, watch her. So watch what she does. Remember she never looks at the trashcan. So she's looking around. She walks up with intention. Stuffs her ballots in there. It's like a small stack, maybe three. Maybe four. Takes them off. And then puts them in a trashcan that she never looked at.

**Dinesh D'Souza:**

01:32:13:10: So she knew it was there.

**Gregg Phillips:**

01:32:14:50: She knew it was there. Right? So, we have her on a number of locations. We actually have watched this over and over again, to note some new things on it. And we've been able to track her in a fairly significant way in her pattern of life. And have a good deal of…

**Dinesh D'Souza:**

01:32:34:16: She's an out of state MULE and this is in no way the only drop box that she attended?

**Gregg Phillips:**

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060858

Dinesh D'Souza Interviews

01:32:39:40: That's right.

**Catherine Engelbrecht:**

01:32:41:00: No, she goes to dozens and dozens over the course of these two elections.

**Dinesh D'Souza:**

01:32:45:22: Who's next?

**Gregg Phillips:**

01:32:47:00: So I'm going to call this one 'Backpack.' Or we called this one backpack, so I'll start this. So this guy, approaches. What you're going to see is he approaches the drop box on his bike. He also has a backpack on. So he'll drive past the drop box, he'll come over – he'll pull the ballots out of his backpack and he'll put them in. But you also see him get sort of frustrated as he starts to leave, because guess what? At this point, they started requiring the MULES apparently, to take pictures of the stuffing of the ballots. And it appears that that's how they get paid.

**Gregg Phillips:**

01:33:35:09: So they take a picture -- they stuff it in, they take a picture. Not a selfie, but a picture of the actual ballot going in, but this guy gets frustrated. So he actually has to park his bike, get off, he kneels down and takes a picture of the drop box so apparently he can get paid. This is actually one of our top ten MULES.

**Dinesh D'Souza:**

01:34:00:00: Meaning many, many drop boxes. Many ballots?

**Gregg Phillips:**

01:34:03:22: Most prolific stuffers. So as you sort of watch through this. Taking his time. Digging around. Looking for some ballots. Finally gets that. Pulls them out. 'Okay now I'm set.' Watch this. Security guard walks up – crack security team. And again, he forgot to take his picture. 'Oh darn. Not going to get paid for that one.'

**Catherine Engelbrecht:**

01:34:48:19: So if you were Jared there just casting your own ballot, what reason in the world would you have to come back and take a picture of the box? Looking around.

**Gregg Phillips:**

01:35:01:03: Then he kneels down, takes some pictures. So Dinesh, Debbie – now I'll show you one that we call 'Dog Guy.'

**Dinesh D'Souza:**

[ PAGE  \* MERGEFORMAT ]

DDR-00060859

**Dinesh D'Souza Interviews**

**01:35:13:18:** Let's, let's – He's taking a picture. Let's watch this. There we go. Wow.

**Gregg Phillips:**

**01:35:26:00:** Be mindful, because he's got his camera that it almost ensures that we're going to have some pretty significant signal data to support this transaction.

**Dinesh D'Souza:**

**01:35:39:00:** Okay, the next one.

**Gregg Phillips:**

**01:35:39:12:** Okay, so let me show you 'Dog Guy.' So, 'Dog Guy' – middle of the day – this is actually at a polling place. So the people in line are waiting to go in and vote, early. They're doing it the right way. Great American citizens, right? We have another video somewhere where people showed up early. They brought their lawn chairs and came in and they did it the right way. I mean, I don't care who those people are voting for. Right? Those are like patriots. I mean, they're so excited about voting they showed up at 5 o'clock in the morning. This guy, not so much.

**01:36:12:00:** So, these people are all waiting in line, and as he puts the ballot in, or starts to put the ballot in the box here – one of the guys that's next to him actually engages him in a conversation. And you can imagine – and he takes a picture too. He's got gloves on.

**Catherine Engelbrecht:**

**01:36:31:21:** He grabs his bag.

**Gregg Phillips:**

**01:36:33:20:** Grabs his bag where his ballots are. His dog's looking around. Okay, now you've got some other people who are going to walk up. This lady doesn't care. Neither does she. But this guy, this next guy cares. He's watching the whole thing. The guy looks up, talks to him.

**Catherine Engelbrecht:**

**01:36:51:10:** He's got the ballots under his arm already and now he's got the rest that he pulled out of the bag.

**Gregg Phillips:**

**01:37:00:00:** And he's got to get his camera ready to take the pictures as he puts them in there. IF you consider the brazenness of this, right? This is the middle of the day. There's people there watching you cheat. People that are doing it the right way.

**Dinesh D'Souza:**

[ PAGE \* MERGEFORMAT ]

Confidential                                                                                                    DDR-00060860

**01:37:14:15:** But it's difficult for them to know what to do, except observe and maybe say, 'What's going on here. What did I just see?'

Catherine Engelbrecht:

**01:37:19:15:** That's right – But they carry that with them don't they? They carry that view with them and they wonder, 'What does this all even mean, if this is happening in broad daylight and nobody's doing anything to stop it.'

Gregg Phillips:

**01:37:32:14:** And so these are the kinds of things – four million minutes of this. And it goes over and over and over again. All manner of craziness around these drop boxes. And part of it is, these drop boxes – these people are waiting in line. That guy, didn't seen too old or disabled or anything.

Dinesh D'Souza:

**01:37:56:07:** One of the slogans of the Democrats through all this debate has been make every vote count. And I think we can now see, in a chilling way, that this is kind of what they mean. What they mean is, it doesn't matter if all kinds of illegal ballots are being dropped in. Let's just count em. 'Make every vote count.' There's no effort to qualify that by saying, 'Make every legitimate vote count' – 'Make every legal vote count.' It's 'Make ever vote count' so that every vote that we can drum up every which way – paid for or not paid for, legal or illegal – can nevertheless go into the pile and end up making a difference.

Catherine Engelbrecht:

**01:38:41:18:** The ends justify the means.

Gregg Phillips:

**01:38:44:18:** And if you consider those 2000 MULES that we've talked about, right? And you think about everything we've now learned – and you think about them going an average of say 25 times each, and you think about the impact of that – depending on where it is, and how it plays out – is in my view aw little less relevant than just, again, the brazenness of the cheating.

**01:39:09:01:** It's like that bank robbery you were talking about Dinesh. If somebody just walked in and said, 'Yeah I'm going to rob your bank. This is my face, this is my dog. What are you going to do about it?'

Catherine Engelbrecht:

**01:39:17:50:** What are you going to do about it?

Dinesh D'Souza:

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**01:39:19:15:** ==And what we're learning here is that the cheating, perhaps in its widest dimension – there might have been other forms – this is the one form we think is significant. It's coordinated. It's systematic. But, you don't need other forms of cheating because if you can do this in the critical states, you know those elections are going to be really close. I mean, Trump won for example really close in Pennsylvania. He won really close in Michigan in 2016. So you know there's not that much that you need. So that even if Trump gets more votes, you have enough.==

**01:39:56:00:** Now do you think that's why they stopped the counting? Do you think there's any connection between the stopping of the counting that occurred on Election Night and all of this? Is it possible the Democrats were like, 'We need more?'

**Debbie D'Souza**

**01:40:10:01:** Or they were maybe, waiting for the rest?

**Catherine Engelbrecht:**

**01:40:12:21:** It's hard to say, because process, speaking from a process perspective – they were also dealing with exponentially more paper ballots than they've ever had to deal with. So there were a lot of things in play. But there are certain questions that likely will never be answered. The questions that we are trying to answer have the data to support them. If those who are in power to protect the integrity of our elections will stand up and do it.

**Dinesh D'Souza:**

**01:40:44:23:** So what you're saying is that, look, there was all this suspicious activity on Election Night. Right? People were literally boarding up the areas where votes were being counted. There were observers who weren't allowed to get close. The count appeared to stop. Trump is leading. Count resumes. Whops, he's not leading anymore. And all of those things might be suspicious pointers, but we haven't been talking about suspicions. We've actually been talking about facts.

**Catherine Engelbrecht:**

**01:41:11:17:** That's right.

**Dinesh D'Souza:**

**01:41:11:17:** ==And we have been talking about evidence, both technological which is to say the geo-tracking evidence which is decisive on its own. But in some cases, supported by actual video evidence where it's like "in flagrante delicto." You're caught in the act.==

**Catherine Engelbrecht:**

**01:41:30:19:** ==That's right.==

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

**Gregg Phillips:**

**01:41:33:19:** Well and then we have the other pieces and parts. Catherine in mid-2020 started calling this the 'Thousand Front War.' And what she meant by that was, even though it all sort of felt similar, it was all a little bit different. Right? It was a little bit different in Gwinnett than it was in Fulton. Or a little bit different in San Luis than it was in Philadelphia. But it always had that same sort of feel. And so what we, over time began to realize, as bigger thing happened – we have people handing off hundreds of ballots to unknown people. We have people taking bags of ballots, as I mentioned earlier, away from the polls. We have video of all of this.

**01:42:13:01:** And when you think about sort of how – if one was going to steal an election, what would you do? Well, the first thing you'd do is create that Thousand Front War. You would hire or bring in a bunch of people to create a 1000 different mini-insurgencies. And those mini-insurgencies would do it their own little way, ya know? But in the end, it all rolls up to the same thing. And our view of it is the only way to completely counter those thousand insurgencies are with counterinsurgencies. That get eyes on these polls, that start enforcing rules, that start improving the process, that start ensuring that there aren't these ridiculous consent decrees. That all mail's not going out. The rolls ARE being cleaned.

**01:43:07:07:** And frankly, one last thing that we haven't really talked about that Catherine has been sort of adamant about – you can't make these soft crimes. These are crimes. They're stealing an election. They should be felons. And we have way too many circumstances here that are coming up and we're learning about where it turns out some of these things are just misdemeanors. Okay? Well does that mean they didn't steal the election because it's only a misdemeanor? Probably not. But I bet you could stop some of this if we do that.

**01:43:39:08:** But ultimately, what we have to do, and our think our success is going to be judged on whether or not we can bring down the bosses that are in charge of all these insurgencies. Who is in charge of that Thousand Front War?

**Dinesh D'Souza:**

**01:43:54:13:** What's really powerful I think is that, when you have a theory, you always take the new things you've learned and you measure them against the things you observe, right? So we observe right now that the Democrats and the left are vehemently fighting against voter integrity laws. They're vehemently fighting against voter ID laws. And I guess their argument goes something like this: This is the most secure election in history. I think we've kind of blown that out of the water but nevertheless that's their premise. Since it was the most secure election in history, the only motive of people – Republicans -- who want to change laws, must be to suppress the vote.

**01:44:34:13:** Because there's not other real need that is being met. These must be the bad guys, the racists. They're trying to prevent people from voting. But – as I look at what they're saying, to me it resembles the behavior of the maid who is accused of stealing a Rolex watch.

[ PAGE  \* MERGEFORMAT ]

Dinesh D'Souza Interviews

And you don't know if the maid did it. So what do you do? You say, okay listen, I don't know but let's put some surveillance cameras in the house.

01:45:00:21: And then the maid goes, if you put surveillance cameras, I quit my job. In other words, the behavior of the maid in that circumstance, makes you think, wow. That's exactly what someone would say who took the watch. Because if she didn't take the watch, why would she care if I have surveillance in my own house?

**Catherine Englebrecht:**

01:45:17:17: Sure. Well when we think about what happened in 2020, with again going back to the drop boxes – so how did we actually get the drop boxes? We had $400 million plus of private funds come in. We had CARES money. We went to extreme lengths because we were in a pandemic. We had extreme requirements because we were in a pandemic. And it was only supposed to be for that emergency period. And then everything would go back to normal. But the narrative was too sweet to let go of, right? Now we've got everyone where we want them.

01:45:50:04: We've gotten the operations in place behind this mass mailout. We've got operations in place behind these unregulated drop boxes. So, now the narrative needs to be that this is the most secure election. This is the most fabulous election we've ever had. Pay no mind to the millions of Americans that are saying, 'Something is not right. This does not make sense.' Pay no attention to the fact that even in the primaries, you had all kinds of stories coming up about people whose votes weren't being counted because they simply didn't get ballots. All of that is forgotten. Wiped away, washed away. No problem.

01:46:28:02: Only believe what we tell you to believe. Nothing to see here. Just smile and wave boys.

**Dinesh D'Souza:**

01:46:33:17: I mean wouldn't it be an accurate summary to say that these voter bills that the Democrats are desperate to enact – to federalize the election. But it isn't just a matter of moving the authority from the state to the federal government. Isn't it that they want to take all these special provisions that have enabled what we've described – or you've described – in the 2020 election and make it permanent?

**Catherine Englebrecht:**

01:46:56:04: Absolutely. I'll give you a little-known fact from one of the bills that, doesn't appear that it will pass, but nonetheless, it's in there should it. Every new voter registration, moving forward if these bills were to pass – every new voter registration is automatically a mail ballot. They are trying to create insecure processes. The world knows that mail ballots are the least secure method by which to cast your vote. And that is what they are pushing for. The world knows that it's important to have photo voter identification. We are the only industrialized country in the world that doesn't embrace some kind of standardized photo

[ PAGE  \* MERGEFORMAT ]

Confidential

identification. Why? Why if we can embrace all the technologies that we embrace – if we can embrace for crying out loud, a vaccine card – we can't get our act together around elections? Unless – it is a feature not a bug.

**Dinesh D'Souza:**

**01:48:00:23:** A friend of Debbie's and mine – a prominent Republican, very frustrated at the Republicans. Not moving – anticipating all this – but not moving quickly enough to stop it. He says, 'Guys, they stole this one fair and square.' And whatever you think of that remark – my question is, aren't they trying to set us up so they can steal every future election, 'Fair and Square?'

**Catherine Engelbrecht:**

**01:48:25:04:** If we don't wake up and do the hard, roll-your-sleeves work that it's going to take to reel this all back together – then yes. All the pieces are in place. All the pieces are in place for our election system to be in permanent lockdown. And it will be done under the watchful eye of a media that will tell you, it's all just FINE. And after that drumbeat place for so long, you just begin to believe that it's true. And I think we have every evidence now in this country, to support that something isn't right. Because we are on a very strange path, careening in the wrong direction.

**01:49:06:09:** All of this together, to us, is a clarion call for citizens to take back the field and the place that that needs to begin, is working inside of elections and becoming familiar with processes, so that you can be a part of them. We don't have enough volunteers. We don't have enough people to serve. And if we're out there serving together, that will change things. And that's where we need to place our focus in these next few years.

**Gregg Phillips:**

**01:49:35:10:** Catherine has been talking about this for 10 years. The Obama White House once declared – the lead counsel for the White House – once declared her the most dangerous woman in America. And that's why. She dangerous to the truth. She's not afraid. As Andrew Breitbart would say, she steps towards the fire. And I want to tell you, on the other side of fear is freedom. And Catherine Engelbrecht has no fear guys.

**Dinesh D'Souza:**

**01:50:02:14:** It seems like they are subverting democracy in the public pretense of protecting it. Any time you hear about any of the efforts to make permanent what happened in 2020, it's always, "We've got to save democracy. We've got to protect democracy. The other part are enemies of democracy.' So the democracy rhetoric is being ruthlessly manipulated for democracy subversion.

**Catherine Engelbrecht:**

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**01:50:31:12:** Absolutely. And it won't stop unless we stop it.

**[BREAK CALLED]**

## Transcription For Houston Scene [03_05] With Catherine and Gregg

**Dinesh D'Souza:**

**01:57:10:04:** It seems that Stacey Abrams, through her PAC which is lavishly funded, recently put a large amount of money over $200 million – is that the right number?

**Catherine Engelbrecht:**

**01:57:27:06:** She actually spent just over $1 million to retire $200 million in debt.

**Debbie D'Souza:**

**01:57:33:18:** …worth of debt. Worth of debt.

**Dinesh D'Souza:**

**01:57:42:11:** Oh, to cancel out $200 million. Let me start again.

**Catherine Engelbrecht:**

**01:57:46:00:** So, all those hospitals that hoped they were going to get paid something on their bills, she helped destabilize that whole situation. [CROSS TALK – RESET]

**01:57:57:00:** In a move that was funded apparently by her lavishly endowed PAC, Stacey Abrams was able to retire the medical debt of over 100,000 people – now this may seem like an unbelievable act of charity. These weren't 100,000 people anywhere, or even just in her home state of Georgia. They were in five strategic states – that the Democrats need to win to continually win the presidency. How do you interpret what appears to be a kind of escalation, in this case, a naked vote-buying scheme?

**Catherine Engelbrecht:**

**01:58:38:01:** It's ballot trafficking. I mean, it's the same thing. They are buying votes. And look no further than headlines made by her affiliates after that act. When they heralded it as the new way forward for the Democrat Party. I mean, I wish I didn't have to say it, but that's what they called it. A 'New Way Forward.' That is so beyond the beyond, that you would go and buy the medical debt of 108,000 voters and yet who stands up to stop it? We sit here and we talk about it. Who stands up to stop it?

**01:59:18:01:** Just like, if I may, Kamala Harris. The weekend or so before the election in Virginia, was out in churches across Virginia – videos – telling them who to vote for. Totally illegal? Who stops it?

[ PAGE  \* MERGEFORMAT ]

Confidential
DDR-00060866

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

01:59:34:50: This was the so-called 'Souls to the polls' effort.

**Catherine Engelbrecht:**

01:59:36:13: That's right.

**Dinesh D'Souza:**

01:59:37:20: And what you're saying is, in the liberal churches and in some of the Black churches, let's be honest – it may be that Republicans are too scared because it would be, 'Voter Suppression. Voter Suppression.' And so, what you have is naked politicking in the churches. Whereas in the evangelical and the conservative churches the pastor is like, 'I can't even – I can't do any of this. I don't even want to mention politics from the pulpit.'

**Catherine Engelbrecht:**

02:00:01:06: Absolutely. Absolutely. They will be on the beatdown on their non-profit and they wouldn't dare.

**Debbie D'Souza:**

02:00:05:01: Yeah, yeah.

**Gregg Phillips:**

02:00:06:06: But what you also have is, you also have – just an absolute demonstration of the spinelessness and cowardice of the Republican National Committee.

**Dinesh D'Souza:**

02:00:16:14: Silence.

**Gregg Phillips:**

02:00:18:06: Why aren't they screaming? Why is it Catherine and Gregg? Why is it Dinesh and Debbie? Why isn't someone else saying, 'This has to stop?'

**Dinesh D'Souza:**

02:00:24:12: But I mean it's not just the RNC. If I look across the swath of Republicans – this is not the type of issues they seem to be comfortable with. It's almost like they would rather ENDURE.

**Catherine Engelbrecht:**

02:00:36:13: That's right. Well it's a gamble right? Because the ones that are enduring are currently elected and in power. So the system held for them. Maybe it will hold one more time. Maybe it won't fall apart on my watch. And maybe I can just keep the wolves at bay long

[ PAGE  \* MERGEFORMAT ]

Confidential

enough, and at some point, the luck runs out. At some point – and we're approaching that point. When you watch these brazen acts, and nobody says a word, because they're scared that they're going to be sued, because they're scared they're scared they're going to be cancelled, because they're scared they're scared they're going to be silenced – that kind of chilling effect – is exactly what they want.

**Gregg Phillips:**

**02:01:17:00:** And as I said, on the other side of fear is freedom. If you never get past the fear, you're never free.

**Dinesh D'Souza:**

**02:01:23:13:** Now you have done these investigations. You've got a lot of valuable data. You said from the beginning, we are perfectly willing to cooperate with the authorities. We'll be happy to turn over everything we have. We will work with them in their investigation. And yet, you've encountered in state after state – either indifference or in some cases – outright obstacles.

**02:01:50:06:** Now, I would be less surprised if the obstacles was coming from the cheating party. But in some cases, you have Republicans. In fact, in a number of cases, in a number of so-called swing states – it's the Republicans who are in charge. How do you explain the – is it just cowardice? What is the reason? Let's talk about Georgia for a minute.

**Gregg Phillips:**

**02:02:12:16:** I think I'll let Catherine answer the Georgia story question. I honestly don't think I can contain my anger. I mean they attacked me personally over this. They doxed me and some of my analysts over this in the Atlanta Journal-Constitution.

**Dinesh D'Souza:**

**02:02:30:07:** Now who's they?

**Gregg Phillips:**

**02:02:31:15:** Vic Reynolds – the head of the Georgia Bureau of Investigation. Brian Kemp, the Governor, and Brian Kemp's chief of staff – Trey Kilpatrick.

**Dinesh D'Souza:**

**02:02:39:16:** Alright so let's follow the track of this because, I've read this article and I know what you're talking about. You make a complaint, and you give them information and instead of looking into the problem, the leak an article it seems – to the Atlanta Journal-Constitution…

**Gregg Phillips:**

Confidential

**02:02:54:10:** Oh it's way worse than that Dinesh. What they did was: We submitted this data first to the FBI. Because that's our process. That's what we do. When we find crimes, or what we believe are crimes, that's where we go. Especially federal crimes.

**Catherine Engelbrecht:**

**02:03:06:13:** And that way, the chronology is always intact. The provenance of the data is always preserved. You can always go back to that set for any law enforcement agency or other admin capacity that needs to have a source. A single source. So that's where we start.

**Gregg Phillips:**

**02:03:22:21:** And so, what they did was they went to the FBI – this was after seven months of doing nothing – they went to the FBI not to get the data to start the investigation. They went to the FBI to dig into the data, to find the metadata – that had MY name on it. That had OUR analysts' names on it. And then they doxed us. That was the purpose of the meeting. Was to doxx us.

**Dinesh D'Souza:**

**02:03:50:11:** So to go after the people who are – it's almost like going after the whistleblower. Except you're a private citizen, you're not in the government. But nevertheless, it's the same idea. 'Let's try to get the guy who is blowing the whistle on all this.'

**Catherine Engelbrecht:**

**02:04:03:03:** That's right. That's right. And their calculation was, if they put enough pressure on us either first by ignoring us and the pressure to withstand as an organization this level or research, without any other party being interested in it – that was enough of a burden to bear. But then you move into this space that we found ourselves in in Georgia where they were actually doxing and discrediting the work – they believe that, or their calculus was, that that would be enough of a deterrent to get us to be quiet.

**Dinesh D'Souza:**

**02:04:36:07:** Now I saw an amazing quotation in the article where someone, I think from the Georgia Bureau of Investigation, is quoted as basically saying, 'Yeah we have all this geo-tracking data, but to us by itself it doesn't prove anything.' And implying that there is no reason to investigate further. So, it's almost as if their investigative impulses are – they're looking for a reason not to do anything.

**Gregg Phillips:**

**02:05:01:20:** Catherine's leadership post-that, was what made all the difference in Georgia. She sort of redoubled her effort to understand the process. She found that the most effective and

Confidential

DDR-00060869

Dinesh D'Souza Interviews

in fact most accurate and appropriate process, was to go through the Secretary of State. Who would then take it to the State Board of Elections and to the Attorney General and back.

02:05:28:15: And since she made those submissions to the Secretary of State, those complaints, we've actually seen some action. We've seen them coming forward asking questions. They've said they would consider all of this. Shortly after that, Sec. Raffelesberger, who has been under enormous pressure from everywhere – stepped up and made a public affirmation that he thought that all ballot drop boxes should be banned nationwide. However you feel about Sec. Rafflesberger, that's the kind of positive…

**Catherine Engelbrecht:**

02:06:07:03: Leadership!

**Gregg Phillips:**

02:06:08:07: … Leadership – that needs to lead the way.

**Dinesh D'Souza:**

02:06:12:14: I mean, that's hopeful. The reason I don't want to get too excited is this is the same guy who declared almost out the gate that the 2020 election was safe and secure. Now one can see why he now is taking the view, 'Well I don't want to go back on that one. And so I'm going to proclaim that all future elections should be secure.' But it's kind of a way of not having to admit, 'You know what, I was completely out of place. I was completely wrong. And Catherine and Gregg alone have shown me that this was, this was not all Kosher. Everything was not peachy in the state of Georgia.'

**Catherine Engelbrecht:**

02:06:45:16: Well, right. And you know, to be fair – what we did was we took a very novel approach to the use of data. We combined an aspect of what would normally be seen in a law enforcement type of venue with pretty intense citizen engagement, with publicly available documents. We approached this problem in a way that had never been seen before. And then in its presentation it presented a challenge for Secretaries of State, Attorneys General, and others to go, 'What am I even looking at? Where do I even start?' And it's a lot of soul searching for those that were so ready to put 2020 in the rearview mirror.

02:07:28:05: The calculation, again I believe, was for those that we've come up against is that we would tire. That we should give up. That we would skulk away because we couldn't get the traction and therefore, this story would never see the light of day.

**Gregg Phillips:**

02:07:42:04: True the Vote has the largest store of Election intelligence for the 2020 elections in the world. No one has more data than we do.

[ PAGE  \* MERGEFORMAT ]

Confidential

**Dinesh D'Souza:**

**02:07:52:04:** Let's sum up what we know. Do we know that the 2020 election was stolen – yes or no?

**Catherine Engelbrecht:**

**02:07:58:13:** No.

**Gregg Phillips:**

**02:07:59:05:** No.

**Dinesh D'Souza:**

**02:08:00:15:** Do we know if Trump won in 2020?

**Gregg Phillips:**

**02:08:03:07:** No.

**Catherine Engelbrecht:**

**02:08:04:12:** No

**Dinesh D'Souza:**

**02:08:07:02:** Do we know for sure this was not, in fact far from, the most secure election in history?

**Gregg Phillips:**

**02:08:13:22:** It was not.

**Catherine Engelbrecht:**

**02:08:15:20:** We know that for a fact.

**Dinesh D'Souza:**

**02:08:18:14:** Do we know for a fact that there was not merely episodic fraud. I.E., a dead voter here. But rather, coordinated systematic fraud – in it seems, all the key states in which the election was decided. Do we know that as a FACT?

**Gregg Phillips:**

**02:08:38:09:** Yes.

**Catherine Engelbrecht:**

**02:08:39:09:** Yes.

[ PAGE \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

02:08:40:11: Therefore, does it follow that the people who suspected fraud, even though they didn't have the proof – and maybe they gravitated toward proofs that were slippery – their suspicion was right?

**Gregg Phillips:**

02:08:54:25: We can always rely on the citizens, I think, to stand up for what's right and what's good. The challenge that we have is the leadership has walked away from the citizens. And they want nothing to do with the truth.

**Dinesh D'Souza:**

02:09:10:25: But I'm making a different point. That the people who said, 'I smell a rat. I know that this was not a straight deck. I may not be able to prove it, but I know it.' Those people, are based upon your research – their fears and their suspensions were as it turns out, vindicated.

**Catherine Engelbrecht:**

02:09:33:00: Absolutely. Their instincts were right. It's been a crash course in civics, but their instincts are right.

**Dinesh D'Souza:**

02:09:39:18: And moreover, that the states that are trying to do something about systematic fraud, by restoring a modicum of, let's call it the old rules. Checking your voter ID. Checking signatures. You want a mail-in ballot, you know what, you've got to request an absentee ballot. We're not going to send 20 million ballots out there and see what comes back. That these voter integrity laws, far from being voter suppression, are actually a legitimate way to make sure that the people who vote, are actually eligible to vote?

**Gregg Phillips:**

02:10:12:04: 100 percent accurate.

**Catherine Engelbrecht:**

02:10:14:01: That's absolutely correct.

**Dinesh D'Souza:**

02:10:17:01: Okay. Let's turn to our final topic and that's --- [Brief WATER BREAK].

02:10:44:06: I'm putting myself in the place of someone sitting there, taking on board – and it probably takes a moment to sort of digest all of this, make sense of it – but they go, 'Okay. I get it. I see what happened. And I see there's probably a lot more there. You've actually just put

Confidential

DDR-00060872

out the tip of the iceberg. Your evidence is probably a fraction of the actual evidence that's available if someone could in fact do a system-wide audit. What do we do about this?

02:11:17:14: I'm assuming that you would agree that we're not going to be able to get Biden out and put Trump back. I only say that because there are people who are like, 'Can we put Trump back in?' There's no way to put Trump back in, right?

**Catherine and Greg:**

02:11:29:00: No

**Dinesh D'Souza:**

02:11:30:05: No. So this is ultimately a truth-seeking inquiry, so that even if the legal effort to expose election fraud failed, there's a separate truth-seeking inquiry. I liken it to, look, a guy does something bad and the statue of limitations has expired. Legally, there's nothing you can do to get the guy but you still want to know if he did it. And if there's DNA evidence that says he did it, at least we know and that's something. And the second thing is, how do we prevent it going forward? So, let's turn to that topic.

02:12:04:05: You've got, I'm assuming this is something in which ordinary citizens can do certain things, in which state legislatures can do certain things. Perhaps Republican Attorneys General can do certain things? Let's talk about each of these groups and what it is that they can do. I am going to give you full authority. If you could tell, let's call it, Republican Attorney generals in these states – what should they be doing next?

**Catherine Engelbrecht:**

02:12:33:21: Well, Republican Attorneys General should reach out to the citizens of their state and ask for their help. Ask them now to commit to working the election in 2022, because just voting is no longer enough. We can never again turn a blind eye to the process, because we see what that gets us. So Attorneys General and those that we elect have a responsibility to engage citizens and to inform them about the ways in which that they can participate. Because most people have no clue.

02:13:05:21: They don't know that they can be at the calibration ceremonies of the machines. They don't know that they can work to review incoming absentee ballots, to review signatures. They don't know they can serve in a variety of ways inside of polling places. There's SO many ways, that citizens can serve. So before we go making anymore laws, or establishing any new and confusing processes – let's fix what is broken and start by returning freedoms to the people.

**Dinesh D'Souza:**

02:13:36:21: What can citizens to do to clean up the voter rolls?

[ PAGE  \* MERGEFORMAT ]

Confidential

Dinesh D'Souza Interviews

**Catherine Engelbrecht:**

**02:13:41:09:** Great question. In most states, there are provisions called citizen challenges or elector challenges. That allow a citizen from a county or municipality – to challenge an ineligible record. Which essentially means just bring it to the attention of their county. Based upon certain criteria. Maybe the person has moved, maybe the person is deceased, maybe there's a duplicate entry. There's a variety of reasons. But effectively all it is, is bringing it to the attention of the county. This is important because many counties, surprisingly, can't clean their rolls because they are under consent decrees. Or they are facing lawsuits.

**02:14:22:21:** There again are hosts of reasons that things don't operate like they should. And the antidote is citizen engagement.

**Dinesh D'Souza:**

**02:14:32:09:** But how does a citizen know – are you saying that if my neighbor moves to South Dakota I can then notify the county and say, 'Hey Mr. Smith is no longer living next store. He's now in South Dakota. I want to make sure that you check to make sure he's no longer on your rolls.' Can you do that?

**Catherine Engelbrecht:**

**02:14:47:39:** It's quite literally that simple. Now True the Vote has a program and we do this at scale. It's called IB3, that helps to sort of organize that data and do it in a very methodical, trackable process. But, yes. It's really that simple. And it sounds like a little thing – it's not. If we just did our part to make sure that our local elections had accurate data, were fully staffed, that we were participating as many places and times and ways that we can – that changes things. Observation and participation change things.

**Dinesh D'Souza:**

**02:15:24:10:** Now I have my podcast, what if I were to tell my podcast audience, 'Hey guys. In the week or two weeks leading up to the election – assuming that there is early voting – take your trusty cellphone and mosey down to a local drop box. Park your car and get a couple of cheeseburgers and large cokes, and just turn your cellphone on and record everything that happens at that drop box, for as long as you don't mind hanging out there. And then when you leave, make sure someone else comes and takes your place.'

**02:15:55:11:** In other words, if there's not going to be state organized surveillance in which there's a record of how these drop boxes are being treated – I'm assuming that the drop box continues and there are drop boxes – Why not have people essentially police – now I know, I can kind of almost in my head anticipate: 'Voter suppression. Dinesh, you parked your SUV near the drop box because you want to scare away homeless people from voting.' We're going to hear all that.

[ PAGE  \* MERGEFORMAT ]

DDR-00060874

Dinesh D'Souza Interviews

**02:16:23:00**: <mark>But don't we have a right to make sure that this kind of multiple ballot dropping – 'oh I got drop box A. I'm not off to drop box B. I'm going to hit at least 10 of them tonight.' But that stops.</mark>

<u>Catherine Engelbrecht:</u>

**02:16:36:03**: <mark>Yes, but I would suggest that it's awesome and maybe more efficient a path to demand of our elected, to equip those drop boxes with surveillance cameras and then livestream them. Just keep it transparent.</mark>

<u>Dinesh D'Souza:</u>

**02:16:54:03**: <mark>Great idea.</mark>

<u>Catherine Engelbrecht:</u>

**02:16:54:03**: And people can watch it for themselves. This way, we remove that veil of mystery around what's really happening. And that gets us back to that free and fair process that we should be looking for.

<u>Dinesh D'Souza:</u>

**02:17:09:08**:  To ramp it up a little bit the Democrats, as you know, they look for an infraction. January 6th. And then if they have the power, they go all out to crush those people. They don't care if it's a grandmother, a retired cop, a veteran – It's like, 'You got into the capital for five minutes in Jan 6th. True you didn't do anything except maybe take a selfie and leave? We're going to try to ruin your life.'

**02:17:33:05**: Now nothing could be further from the Republican psychology. But it seems to me, that when you've got these elaborate systems of illegality and criminality, is it not a fact, that if the Republicans get the House and the Republicans get the Senate and the Republicans have the presidency – shouldn't we unleash against these criminals? Bust their rings? Lock these people up? Indict them? And I don't care how far up it goes. Indict Stacey Abrams if you have to. Mark Elias. In other words – indict Mark Zuckerberg.

**02:18:04:20**: My point is you have this money that is funding the get out the vote campaigns – and if it can be shown that the get out the vote is not 'legal' get out the vote – but vote ballot box stuffing, then the only question becomes: Did they know? Did they know that they were paying for this? And it seems to me you need criminal investigations against these tycoons.

<u>Gregg Phillips:</u>

**02:18:26:05**: Millions of Americans would join you in that war. Millions of people would step up, to join you in that war. And that's what it's going to take though, Dinesh. Is leaders. It's going to take you and Catherine and Debbie – and it's going to take leaders all over America to step up and say, 'Enough! I'm not afraid of you. Let's fight. Let's do this.'

[ PAGE  \* MERGEFORMAT ]

Confidential

DDR-00060875

Dinesh D'Souza Interviews

**Dinesh D'Souza:**

**02:18:46:17:** **O**ur psychology in this room is not typical. When we put a trailer, a teaser trailer together for this movie – we were immediately advised by friends, lawyers, all kinds of people – don't release the trailer. Because the January 6th committee is going to accuse you of fermenting another insurrection. They will subpoena you. They will make you testify. They will demand your records. And this causes the typical Republican to put his tail or her tail between their legs and run.

**Debbie D'Souza:**

**02:19:22:17:** But not Dinesh.

**Dinesh D'Souza:**

**02:19:26:01:** No, my point is – it's almost as if we have to develop a psychology where we welcome the fight. It's like, 'January 6th committee – You know what? I've actually been looking for media opportunities for these ideas. We have all this great video. If you want to organize a hearing, just make sure you have a big screen. I'll be there, Gregg will be there, Catherine will be there. We'll be showing you MULE videos of people dropping illicit ballots into the boxes – and then you tell us if this is okay. And you tell us if this is being organized by your team.

**Gregg Phillips:**

**02:20:00:15:** We've got four million minutes we can stream to somebody. I'm sure there's a lot of eyeballs that would like to get on that.

Confidential

DDR-00060876