# EXHIBIT 9

# *2000 Mules* DVD Notice of Manual Filing [Dkt. 245]