# EXHIBIT 10
## (1 of 3)

| | |
|---|---|
| **From:** | Catherine Engelbrecht |
| **Sent:** | Thursday, August 12, 2021 7:37 PM EDT |
| **To:** | debbie@dineshdesouza.com |
| **Subject:** | True the Vote info |
| **Attachments:** | confidentialdraftfileiwovimanage_fid1230080 (1).zip |

Hi Debbie -

Attached is a zip file with the legal docs, along with a short summary I've written up.  If you read through any bit of this and have questions you need answered, please do not hesitate to ring me and we'll fill in any gaps.

Thank you!
Catherine

--



CATHERINE
ENGELBRECHT
CEO & Founder
---
catherine@truethevote.org
(+1) 713 401 6017
www.truethevote.org

 

PO Box 3109 #19128
Houston, TX 77253-3109
713-401-6017

Preview attachment 080321 Ballot Trafficking Summary.pdf



080321 Ballot Trafficking Summary.pdf
3.2 MB



CONFIDENTIAL

TTV_006817

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>THE STATE OF GEORGIA<br>and THE GEORGIA STATE<br>ELECTION BOARD,<br>*Defendants,*<br><br>TRUE THE VOTE, INC.<br>*Proposed Intervenor-Defendant.* | No. 1:21-cv-02575-JPB |

## MOTION TO INTERVENE

True the Vote, Inc. ("Movant") respectfully moves to intervene in this case under Fed. R. Civ. P. 24. as explained in the accompanying memorandum, Movant satisfies the requirements for intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). Plaintiffs reserve the right to take a position after reviewing Movant's filings. Defendants take no position.

Respectfully submitted this ___ day of July, 2021.

*-signature page follows-*

1

TTV_006818

**HALL BOOTH SMITH, P.C.**

*/s/ Alex B. Kaufman*
ALEX B. KAUFMAN
Georgia Bar No. 136097
WILLIAM BRADLEY CARVER, SR.
Georgia Bar No. 115529

*Counsel for Proposed*
*Intervenor-Defendant True the Vote, Inc.*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
P: (404) 954-5000
F: (404) 954-5020
akaufman@hallboothsmith.com
bcarver@hallboothsmith.com

2

CONFIDENTIAL

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Local Rule 5.1(B).

*/s/ Alex B. Kaufman*

## CERTIFICATE OF SERVICE

I certify that on July ___, 2021, I electronically filed this document with the

Clerk of Court using the CM/ECF system, which provides notice of such filling and

service to all attorneys of record.

*/s/ Alex B. Kaufman*

CONFIDENTIAL                                                    TTV_006820

Exhibit A

## County Drop Boxes

### Methodology used for Analysis: Step #2

Geofenced 309 Dropboxes from 12/1/20 through Election Day 1/5/21 and harvested all devices observed nearby

| County | Dropbox Name | Dropbox Address | Latitude | Longitude |
|---|---|---|---|---|
| Cobb County | Cobb County Fire Station 13 | 4640 Dallas Hwy Marietta, GA 30064 | 33.94565 | -84.68750 |
| Cobb County | West Cobb Regional Library | 1750 Dennis Kemp Ln NW Kennesaw, GA 30152 | 33.98743 | -84.68205 |
| Cobb County | Powder Springs Library | 4181 Atlanta Street Powder Springs, GA 30127 | 33.85732 | -84.67577 |
| Cobb County | North Cobb Regional Library | 3535 Old 41 Hwy NW Kennesaw, GA 30144 | 34.03213 | -84.63687 |
| Cobb County | South Cobb Government Service Center | 4700 Austell Rd Austell, GA 30106 | 33.83789 | -84.61151 |
| Cobb County | Cobb Fire Station 8 | 2380 N. Cobb Pkwy Kennesaw, GA 30152 | 34.01044 | -84.60942 |
| Cobb County | Cobb County Animal Services | 1060 Al Bishop Dr., SW Marietta, GA 30008 | 33.90320 | -84.58395 |
| Cobb County | South Cobb Regional Library | 805 Clay Street Mableton, GA 30126 | 33.82613 | -84.58163 |
| Fulton County | Palmetto Branch Library | 9111 Cascade Palmetto Highway Palmetto, GA 30268 | 33.53338 | -84.66055 |
| Fulton County | Fairburn Branch Library | 60 Valley View Drive Fairburn, GA 30213 | 33.56674 | -84.58488 |
| Fulton County | Wolf Creek Branch Library | 3100 Enon Road Atlanta, GA 30331 | 33.67869 | -84.55716 |
| Fulton County | South Fulton Service Center | 5600 Stonewall Tell Road College Park, GA 30349 | 33.60222 | -84.55098 |
| Fulton County | Gladys S. Dennard Library @ South Fulton | 4055 Flat Shoals Road Union City, GA 30291 | 33.58780 | -84.51958 |
| Fulton County | Fulton County Airport: | 3929 Aviation Circle, Suite A Atlanta, GA 30336 | 33.77375 | -84.51650 |
| Fulton County | Evelyn G. Lowery @ Cascade | 3665 Cascade Road, SW Atlanta, GA 30331 | 33.72514 | -84.50685 |
| Fulton County | Adamsville/Collier Heights Library | 3424 Martin Luther King Jr Drive Atlanta, GA 30331 | 33.75500 | -84.50022 |
| Gwinnett County | Peachtree Corners Library | 5570 Spalding Drive Peachtree Corners, GA 30092 | 33.96935 | -84.22086 |
| Gwinnett County | Norcross Library | 6025 Buford Highway Norcross, GA 30071 | 33.93768 | -84.21133 |
| Gwinnett County | Lucky Shoals Park Community Ctr | 4651 Britt Rd Norcross, GA 30093 | 33.88235 | -84.19735 |
| Gwinnett County | Duluth Library | 3840 Duluth Park Lane Duluth, GA 30096 | 34.00078 | -84.15874 |
| Gwinnett County | Shorty Howell Park Activity Bldg | 2750 Pleasant Hill Rd, Duluth, GA 30096 | 33.97392 | -84.14710 |
| Gwinnett County | Lilburn Library | 4817 Church Street NW Lilburn, GA 30047 | 33.89179 | -84.13988 |
| Gwinnett County | Mountain Park Acquatic Ctr | 1063 Rockbridge Rd. SW Stone Mtn, GA 30087 | 33.84495 | -84.13404 |
| Gwinnett County | Mountain Park Library | 1210 Pounds Road Lilburn, GA 30047 | 33.84724 | -84.12044 |
| Gwinnett County | Suwanee Library | 361 Main Street Suwanee, GA 30024 | 34.05771 | -84.06773 |
| Gwinnett County | George Pierce Park Community Ctr. | 55 Buford Hwy Suwanee, GA 30024 | 34.05948 | -84.0621 |

## Organizations of Interest

**Methodology used for Analysis: Step #1**
Geofenced the primary Org office back to 10/1/2020 and harvested all devices observed on-premise

| Name | Address | City | State | Zip | Latitude | Longitude |
|---|---|---|---|---|---|---|
| National Education Association | 1201 16th Street NW | Washington | DC | 20036 | 38.9058579 | -77.0360339 |
| Race Forward | 145 East 57th Street, 4th Floor | New York | NY | 10022 | 40.7609644 | -73.9684824 |
| ProGeorgia | 151 ELLIS ST NE FL 1 | Atlanta | GA | 30303 | 33.7582088 | -84.3830549 |
| Sheth Family Foundation | 1549 Clairmont Rd | Decatur | GA | 30033 | 33.799267 | -84.306802 |
| State Voices | 1616 P Street, Suite 220 | Washington | DC | 20036 | 38.9092844 | -77.0376027 |
| NGP Action Fund | 165 Courtland Street Suite A-231 | Atlanta | GA | 30303 | 33.7591346 | -84.3832808 |
| Georgia Budget and Policy Institute | 50 Hurt Plaza SE, Suite 720 | Atlanta | GA | 30303 | 33.7543349 | -84.3868116 |
| Asian Americans Advancing Justice | 5680 Oakbrook Pkwy, Suite 148 | Norcross | GA | 30093 | 33.9171063 | -84.1918903 |
| New Georgia Project | 830 Glenwood Ave. SE, Suite 510-221 | Atlanta | GA | 30316 | 33.7411295 | -84.3595859 |
| Central Outreach and Advocacy Center | 201 Washington St SW | Atlanta | GA | 30303 | 33.7499044 | -84.3910191 |

Exhibit C

Area of Focus: Drop Boxes & Organizations



CONFIDENTIAL

Exhibit D



242 Devices' Drop Box Visits Between 12AM-5AM

CONFIDENTIAL

TTV_006824

Exhibit E

## Devices at Both an Org of Interest AND a Drop Box

242 Unique Devices of Interest – Nationwide from 10/1/20 through 1/5/21



TTV_006825

Exhibit F

## Device #1 of Interest

## Observations

Dropbox visits = 24; Org visits = 3; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Buckhead Library | NGF Action Fund |
| Clayton County Board of Elections & Registration | |
| Cobb County Fire Station 4 | |
| Deer Lick Park | |
| Dekalb County Library - Gresham Branch | |
| Dogwood Library | |
| Fulton County Government Center | |
| Metropolitan Branch Library | |
| North Fulton Service Center | |
| North Training Center | |
| Ponce De Leon Library | |
| South Cobb Government Service Center | |
| South Cobb Recreation Center | |
| West End Library | |



CONFIDENTIAL

Exhibit G

# Device #2 of Interest

## Observations

Dropbox visits = 53; Org visits = 35; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Brookhaven City Hall | New Georgia Project |
| Buckhead Library | NGP Action Fund |
| Doraville City Hall | Sheth Family Foundation |
| Fire Station 6 | |
| Fire Station 8 | |
| Fire Station 9 | |
| Fulton County Government Center | |
| Louise Watley Library at Southeast Atlanta | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| North Training Center | |
| Ponce De Leon Library | |
| Washington Park Library | |



CONFIDENTIAL

TTV_006827

Exhibit H

## Device #3 of Interest

## Observations

Dropbox visits = 32; Org visits = 12; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Brookhaven City Hall | New Georgia Project |
| Fulton County Government Center | NGP Action Fund |
| Ponce De Leon Library | |
| West End Library | |

Exhibit I

# Device #4 of Interest

## Observations

Dropbox visits = 31; Org visits = 5; Unique locations below

| Dropbox | Organization |
|---|---|
| Adamsville/Collier Heights Library | Georgia Budget and Policy Institute |
| Cleveland Avenue Library | NGP Action Fund |
| Dekalb County Library - Gresham Branch | |
| Dunwoody City Hall | |
| Fire Station 6 | |
| Fire Station 9 | |
| Fulton County Government Center | |
| Mechanicsville Library | |
| North Fulton Service Center | |
| Old Courthouse | |
| West End Library | |



CONFIDENTIAL

Exhibit J

## Device #5 of Interest

## Observations

Dropbox visits = 30; Org visits = 6; Unique locations below

| Dropbox | Organization |
|---|---|
| Adamsville/Collier Heights Library | New Georgia Project |
| Buckhead Library | NGP Action Fund |
| Cobb County Fire Station 4 | Sheth Family Foundation |
| Cobb County Library - Gresham Branch | |
| Dekalb County Library - Gresham Branch | |
| East Point Branch Library | |
| Evelyn G. Lowery @ Cascade | |
| Fulton County Airport | |
| Fulton County Government Center | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| Northside Library | |
| Powder Springs Library | |
| South Cobb Government Service Center | |
| South Cobb Recreation Center | |
| South Cobb Regional Library | |
| South Fulton Service Center | |
| Sterling at Candler Village | |
| Tucker - Reid H. Cofer Library | |



TTV_006830

Exhibit K

# Device #6 of Interest

## Observations

Dropbox visits = 30; Org visits = 4; Unique locations below

| Dropbox | Organization |
|---|---|
| Buckhead Library | NGP Action Fund |
| City of Tucker | |
| Clarkston Library | |
| Cleveland Avenue Library | |
| County Library County Line-Ellenwood | |
| DeKalb County Library - Gresham Branch | |
| Doraville City Hall | |
| Dunwoody City Hall | |
| Fire Station 19 | |
| Fire Station 6 | |
| Fire Station 7 | |
| Fire Station 8 | |
| Fulton County Government Center | |
| Louise Watley Library at Southeast Atlanta | |
| Redan-Trotti Library | |
| Salem - Panola Library | |
| Stone Mtn. City Hall | |
| Tucker - Reid H. Cofer Library | |
| Voter Registration and Elections Bldg. | |
| West End Library | |



TTV_006831

Exhibit L

# Device #7 of Interest

## Observations

Dropbox visits = 27; Org visits = 7; Unique locations below

| Dropbox | Organization |
| --- | --- |
| Auburn Avenue Research Library | New Georgia Project |
| Brookhaven City Hall | NGP Action Fund |
| Buckhead Library | Sheth Family Foundation |
| College Park Branch Library | |
| Dekalb County Library - Gresham Branch | |
| Dunwoody City Hall | |
| East Point Branch Library | |
| East Roswell Branch Library | |
| Fire Station 6 | |
| Fire Station 8 | |
| Fulton County Government Center | |
| Johns Creek Environmental Campus | |
| Kirkwood Branch Library | |
| Louise Watley Library at Southeast Atlanta | |
| Mechanicsville Library | |
| Metropolitan Branch Library | |
| Ponce De Leon Library | |
| West End Library | |

TTV_006832

Exhibit M

# Device #8 of Interest

## Observations

Dropbox visits = 23; Org visits = 6; Unique locations below

**Dropbox**
Decatur City Hall
Dekalb County Library - Gresham Branch
Fire Station 9
Ponce De Leon Library
Sterling at Candler Village

**Organization**
New Georgia Project



TTV_006833

Exhibit N

# Device #9 of Interest

## Observations

Dropbox visits = 21; Org visits = 36; Unique locations below

| Dropbox | Organization |
|---|---|
| Auburn Avenue Research Library | Georgia Budget and Policy Institute |
| Buckhead Library | NGP Action Fund |
| Fulton County Government Center | |



TTV_006834

Exhibit O

# Device #10 of Interest

## Observations

Dropbox visits = 21; Org visits = 16; Unique locations below

**Dropbox**
Adams Park Library
Adamsville/Collier Heights Library
Auburn Avenue Research Library
Buckhead Library
Decatur City Hall
Dogwood Library
Fulton County Government Center
Mechanicsville Library
Ponce De Leon Library
Sewell Mill Library & Cultural Center
Toco Hills- Avia G. Williams
West End Library

**Organization**
Georgia Budget and Policy Institute
New Georgia Project
NGP Action Fund



TTV_006835

Exhibit P

## Top 10 Devices of Interest - Nationwide



CONFIDENTIAL

TTV_006836

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:21-cv-02575-JPB |
| THE STATE OF GEORGIA and THE GEORGIA STATE ELECTION BOARD, | |
| Defendants, | |
| TRUE THE VOTE, INC, | |
| Proposed Intervenor-Defendant. | |

**AFFIDAVIT OF CATHERINE ENGELBRECHT IN SUPPORT OF
TRUE THE VOTE, INC.'S MOTION TO INTERVENE**

STATE OF _____

COUNTY OF _____

   Personally appeared before me, the undersigned notary public, duly authorized by law to administer oaths, Catherine Engelbrecht, who being duly sworn, deposes and states as follows:

1.

My name is Catherine Engelbrecht.

CONFIDENTIAL

2.

I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this testimony. I have personal knowledge of the facts recited herein.

3.

This Affidavit is given in support of True the Vote, Inc.'s Motion to Intervene in the above-styled action.

4.

I have personal knowledge of the facts contained in this Affidavit, and am legally competent and can testify to such facts.

5.

I am the Chief Executive Officer of True the Vote, Inc., a 501(c)(3) organization incorporated in the State of Texas.

6.

True the Vote, Inc. is grassroots, citizen-led, nonpartisan group founded in 2009.

7.

True the Vote, Inc. was initially formed with the objective of "truing the vote" by ensuring only eligible voters are on the rolls utilized by state governments.

CONFIDENTIAL

TTV_006838

8.

True the Vote, Inc. operates nationwide, including in the State of Georgia.

9.

In addition to the aforementioned objective, True the Vote, Inc.'s mission includes training citizens to protect election integrity at the polls, and helping protect all voters' rights by promoting fair elections.

10.

True the Vote, Inc. seeks to restore integrity in the electoral process and empower citizens.

11.

True the Vote, Inc. operates an election integrity hotline, which allows individuals to report instances of election fraud, manipulation and illegal activity.

12.

Through its operation of the election integrity hotline, True the Vote, Inc. received reports of coordinated ballot harvesting operations during the November 3, 2020 General Election and January 5, 2021 United States Senate runoff.

13.

As part of its mission to protect voters' rights by promoting fair elections, True the Vote, Inc. conducted an investigation into whether ballot harvesting had, in fact,

CONFIDENTIAL

TTV_006839

taken place within the State of Georgia during the November 3, 2020 General Election and January 5, 2021 United States Senate runoff.

14.

After receiving reports of coordinated ballot harvesting operations in the State of Georgia, True the Vote, Inc. engaged the data analytics firm OpSec Group to research and evaluate available data concerning the use of ballot drop boxes within metro Atlanta and surrounding areas.

15.

As explained in detail in the Affidavit of Gregg Phillips, OpSec Group's analysis is strongly suggestive that extensive ballot harvesting did occur during the early and regular voting periods for both the November 3, 2020 General Election and the January 5, 2021 United States Senate runoff.

16.

True the Vote, Inc.'s investigation was undertaken at considerable cost. At present, True the Vote, Inc. has expended over $1,500,000.00 in support of this investigation.

17.

Plaintiff's attempt to overturn SB 202, which includes important and needed reforms concerning the use of ballot drop boxes, will materially harm True the Vote, Inc.'s interests in promoting fair elections.

CONFIDENTIAL

18.

If Plaintiff is successful in overturning SB 202, True the Vote, Inc. anticipates incurring additional, significant, and unnecessary expense.

19.

For example, if SB 202 is overturned, True the Vote, Inc. anticipates incurring significant future expenses relating to continuing to monitor and investigate the use of ballot drop boxes in ballot harvesting operations in future elections.

20.

Additionally, the voter identification provisions of SB 202 help to mitigate the potential for fraud resulting from outdated and inaccurate voter rolls.

21.

SB 202 is strongly supportive of True the Vote, Inc.'s mission, in that it largely accomplishes many of the ultimate goals that True the Vote, Inc. was formed to promote.

22.

As a result of SB 202, True the Vote, Inc. expects that it will incur substantially reduced costs in monitoring future elections in the State of Georgia.

CONFIDENTIAL

TTV_006841

**FURTHER AFFIANT SAYETH NOT**

DATE: _____          By: _____

                          Printed Name:  Catherine Engelbrecht

The foregoing instrument was acknowledged before me this ____ day of July, 2021, by Catherine Engelbrecht, who did take an oath.

_____Affiant is personal known to me.

_____Affiant produced as identification _____

Sworn to and subscribed before me

this _____ day of July, 2021.

_____
          Notary Public

My commission expires:_____

          (NOTARIAL SEAL)

Page **6** of **6**

TTV_006842

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:21-cv-02575-JPB |
| THE STATE OF GEORGIA and THE GEORGIA STATE ELECTION BOARD, | |
| Defendants, | |
| TRUE THE VOTE, INC, | |
| Proposed Intervenor-Defendant. | |

## AFFIDAVIT OF GREGG PHILLIPS IN SUPPORT OF TRUE THE VOTE, INC.'S MOTION TO INTERVENE

STATE OF _____

COUNTY OF _____

Personally appeared before me, the undersigned notary public, duly authorized by law to administer oaths, Gregg Phillips, who being duly sworn, deposes and states as follows:

1.

My name is Gregg Phillips.

CONFIDENTIAL

TTV_006843

2.

I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this testimony. I have personal knowledge of the facts recited herein.

3.

This Affidavit is given in support of True the Vote Inc.'s Motion to Intervene in the above-styled action.

4.

I have personal knowledge of the facts contained in this Affidavit, and am legally competent and can testify to such facts.

5.

I have more than three decades of experience in data analysis, and I am experienced in using large data sets in fraud control, quality control and identity resolution in voting-related cases and analysis.

6.

I have previously given expert testimony on matters pertaining to mobile device geospatial and temporal data analysis, mobile device tracking, and law enforcement matters. This has included testimony in front of the Foreign Intelligence Surveillance Court.

CONFIDENTIAL

TTV_006844

7.

I own an operations and data security company called OPSEC Group where I am the managing partner.

8.

Among its other capabilities, OPSEC Group applies detailed data analysis techniques to investigate complex issues pertaining to voter fraud and election integrity.

9.

OPSEC Group's work in this area has included analysis of geospatial and temporal coordinate data, obtained from electronic mobile devices, transmitted across a spectrum of telecommunications signals including cellular, wifi, Bluetooth and GPS.

10.

Mobile devices (such as mobile phones) that connect to cellular networks are assigned a unique, alphanumeric value referred to as the "device ID."

11.

The "device ID" functions as a digital fingerprint that can be used to identify each device operating on the system.

Page **3** of **11**

CONFIDENTIAL

12.

While operating over cellular and wifi networks, mobile devices frequently transmit their device ID over device and application networks. These electronic "pings" of mobile devices are commonly tied to positioning information.

13.

By analyzing a mobile device's identifying and positioning information ("geospatial data"), a particular device's location can be determined with great precision.

14.

Through analysis of geospatial and temporal data, the location over time of a particular mobile device can be reliably tracked at a specific time and location within seconds and inches.

15.

Mobile device geospatial and temporal data is aggregated by commercial vendors from ordinary mobile device applications, including those for games, weather, and e-commerce. Data vendors compile, catalogue and store the data, and make the data available for sale.

16.

OPSEC Group was engaged by True the Vote to conduct an analysis of mobile device geospatial and temporal data in the State of Georgia.

CONFIDENTIAL

17.

The purpose of the analysis was to determine whether evidence existed that ballot harvesting had taken place in connection with the November 2020 election and January 5, 2020 runoff vote ("the 2020 Election").

18.

To conduct its analysis, OPSEC Group utilized commercially available, mobile device geospatial and temporal data.

19.

The geospatial and temporal data utilized by OPSEC was obtained from the same vendors that routinely serve the federal government, specifically the Department of Justice, Federal Bureau of Investigation, Drug Enforcement Administration, Department of Homeland Security, and Department of Defense.

20.

OPSEC Group analyzed in excess of 25 terabytes of data consisting of over 1.2 trillion mobile device "pings" that were collected over a period of 97 days from October 1, 2020 through January 5, 2021 ("the Study Period").

21.

OPSEC Group's analysis of geospatial and temporal data incorporates tracking of mobile devices inside of defined location parameters. This technique is sometimes referred to as "geofencing." Geofencing allows data analysts to identify

CONFIDENTIAL

TTV_006847

specific mobile devices whose identifying and positioning "pings" place them within a certain prescribed geographic area (which can be detailed to latitude, longitude, height and time).

22.

In order to determine whether there is evidence that individuals or groups were engaged in ballot harvesting, OPSEC Group defined virtual parameters ("geofences") around 309 ballot drop boxes located in the State of Georgia. A list of representative examples of ballot drop box locations studied is attached as **Exhibit A**, and incorporated by reference.

23.

By cross-referencing mobile device geospatial data against these ballot drop box geofences, OPSEC Group was able to identify over 500,000 mobile devices that had traveled within 500 feet of a ballot drop box during the Study Period. It was from this defined dataset that OPSEC began to apply analytic methods and more tightly defined proximities to identify patterns.

24.

OPSEC Group utilized its team of experienced data analysts and proprietary formulas, algorithms, and intellectual property to identify mobile devices who exhibited irregular patterns of activity around ballot drop boxes. Such irregularities included making repeated trips to ballot drop box locations, traveling to multiple

CONFIDENTIAL

TTV_006848

ballot drop box locations on the same day, and visiting ballot drop box locations in the middle of the night, among others.

25.

During our investigation and analysis, we received information concerning 10 organizations which were allegedly involved in the ballot harvesting process ("organizations of interest"). Accordingly, we geofenced them and conducted mobile device and geospatial and temporal analysis as we did the 309 drop boxes. A chart identifying the organizations of interest and their locations is attached as **Exhibit B**, and is incorporated by reference.

26.

To further narrow our investigation, we matched devices that were found within 100 feet of one or more drop box locations on at least 10 occasions and were within 100 feet of an organization of interest multiple times during the Study Period.

27.

From this analysis, we identified 242 unique mobile "devices of interest", whose patterns of movement as determined through our analysis of their geospatial and temporal data, were distinctly different from the other 552,987 devices that were included in the study. These 242 devices of interest were found within 100 feet of a drop box on 5297 occasions and within 100 feet of an organization of interest on 2227 occasions during the voting period within the Study Period. A map of those

CONFIDENTIAL

TTV_006849

drop boxes and organizations of interest is attached as **Exhibit C**, and is incorporated by reference.

28.

As part of its analysis, OPSEC Group examined whether the 242 devices of interest displayed a pattern of being located in proximity to ballot drop box locations during irregular hours. The geospatial and temporal data showed that a significant number of the devices of interest had been located within the ballot dropbox geofences between the hours of 12:00 a.m. and 5:00 a.m. A chart illustrating the number and frequency of such "after hours" drop box pings is attached as **Exhibit D**, and is incorporated by reference.

29.

OPSEC Group also analyzed whether the 242 devices of interest had also traveled to or from other states during the Study Period. A map illustrating those out-of-state movements is attached as **Exhibit E**, and is incorporated by reference.

30.

For purposes of this Affidavit, we selected 10 of the 242 devices of interest which were found to have made the greatest number of separate visits to within 100 feet of a "geofenced" drop box location during the period from December 1, 2020 to January 5, 2021. We observed the following:

CONFIDENTIAL

TTV_006850

- Device #1 made a total of 24 visits to 15 different drop boxes and 3 visits to 2 organizations of interest. A map of these observed movements is attached as **Exhibit F**, and is incorporated by reference.

- Device #2 made a total of 53 visits to 14 different drop boxes and 35 visits to 4 organizations of interest. A map of these observed movements is attached as **Exhibit G**, and is incorporated by reference.

- Device #3 made a total of 32 visits to 5 different drop boxes and 12 visits to 3 organizations of interest. A map of these observed movements is attached as **Exhibit H**, and is incorporated by reference.

- Device #4 made a total of 31 visits to 11 different drop boxes and 5 visits to 2 organizations of interest. A map of these observed movements is attached as **Exhibit I**, and is incorporated by reference.

- Device #5 made a total of 30 visits to 18 different drop boxes and 6 visits to 3 organizations of interest. A map of these observed movements is attached as **Exhibit J**, and is incorporated by reference.

- Device #6 made a total of 30 visits to 20 different drop boxes and 4 visits to 1 organization of interest. A map of these observed movements is attached as **Exhibit K**, and is incorporated by reference.

- Device #7 made a total of 27 visits to 18 different drop boxes and 7 visits to 3 organizations of interest. A map of these observed movements is attached as **Exhibit L**, and is incorporated by reference.

- Device #8 made a total of 23 visits to 5 different drop boxes and 6 visits to 1 organization of interest. A map of these observed movements is attached as **Exhibit M**, and is incorporated by reference.

- Device #9 made a total of 21 visits to 3 different drop boxes and 36 visits to 2 organizations of interest. A map of these observed movements is attached as **Exhibit N**, and is incorporated by reference.

- Device #10 made a total of 21 visits to 5 different drop boxes and 16 visits to 3 organizations of interest. A map of these observed movements is attached as **Exhibit O**, and is incorporated by reference.

CONFIDENTIAL

TTV_006851

31.

In addition to analyzing the movements of those 10 devices of interest within the State of Georgia, OPSEC Group also analyzed whether those devices had traveled to or from other states during the period from December 1, 2020 to January 5, 2021. A map illustrating those out-of-state movements is attached as **Exhibit P**, and is incorporated by reference.

CONFIDENTIAL

TTV_006852

## FURTHER AFFIANT SAYETH NOT

DATE:_____    BY:_____

                                Printed Name:  Gregg Phillips

The foregoing instrument was acknowledged before me this _____ day of July, 2021,
by Greg Phillips, who did take an oath.

_____        Affiant is personal known to me.

_____        Affiant produced as identification _____

Sworn to and subscribed before me

this _____ day of July, 2021.

_____
        Notary Public

My commission expires:_____

        (NOTARIAL SEAL)

CONFIDENTIAL                                                    TTV_006853