# EXHIBIT 12

CONFIDENTIAL

Page 1

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION
3
4   MARK ANDREWS,
5       Plaintiff,
                                    CIVIL ACTION FILE
6       vs.
                                    NO. 1:22-cv-04259-SDG
7   DINESH D'SOUZA, et al.,
8       Defendants.
9
10
11
12
13              **CONFIDENTIAL**
14
15          30(b)(6) VIDEO DEPOSITION OF
16   SALEM MEDIA GROUP, INC. through PHILIP BOYCE
17                November 26, 2024
18                    9:37 a.m.
19        TAKEN BY REMOTE VIDEOCONFERENCE
20    Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
21
22
23
24
25

1    conversations that were asked?
2         A    Right.  Where did you get the information,
3    how did you obtain it, and how do you verify it.
4         Q    Do you remember if there were any concerns
5    about the responses you got to those questions?
6         A    I don't remember there being concerns
7    about the responses.
8         Q    Who was primarily answering those
9    questions?  Was that Mr. Phillips or Ms. Engelbrecht
10   or both?
11        A    That would be both.  Both of them probably
12   equally.
13        Q    What was your overall impression of
14   Mr. Phillips's competence and capability after that
15   meeting?
16             MR. BYRNSIDE:  Object to form and scope.
17   BY MR. VINING:
18        Q    I'm sorry.  Let me reask that.
19             What was Salem's impression of
20   Mr. Phillips's competency and overall impression of
21   Mr. Phillips as it relates to the 2000 Mules project
22   after that meeting?
23             MR. BYRNSIDE:  Same objection.
24        A    I think we thought he was competent.
25   BY MR. VINING:

1    Q    And same question for Ms. Engelbrecht,
2    what was Salem's impression of Ms. Engelbrecht's
3    competency as it related to the 2000 Mules project
4    after that meeting?
5         MR. BYRNSIDE:  Object to the form and
6    scope.
7    A    We thought she was competent.
8    BY MR. VINING:
9    Q    Is there anything you remember about that
10   meeting or anything that followed about what would
11   contribute to Salem's understanding of
12   Ms. Phillips's competency -- I'm sorry,
13   Ms. Engelbrecht's competency?
14        MR. BYRNSIDE:  Object to form.
15   A    No, there's nothing more.
16   BY MR. VINING:
17   Q    Same answer for Mr. Phillips?
18   A    Same answer.
19   Q    Last question.  Is Salem Media Group a
20   publicly traded company?
21   A    It was at that time.
22        MR. BYRNSIDE:  Yeah, let me just object,
23   Phil.
24        THE WITNESS:  Yeah.
25        MR. BYRNSIDE:  I'm just going to object