# EXHIBIT 14

Message
───────────────────────────────────────────────

**From:** Debbie D'Souza [REDACTED]
**on behalf of** Debbie D'Souza <REDACTED> [REDACTED]
**Sent:** 11/4/2021 2:15:32 PM
**To:** REDACTED
**CC:** Dinesh DSouza REDACTED; Nathan Frankowski REDACTED
**Subject:** Re: update beat input doc

Yes that would be just as bad… though I know it won't be as good ;)

Debbie

Debbie D'Souza
Producer, Dinesh D'Souza Podcast



On Nov 4, 2021, at 1:08 PM, Bruce Schooley <REDACTED> wrote:

I agree completely. The other threat is that they don't reveal but someone else comes up with the same argument. They are sharing the idea with people now who could pick up the ball and run with it.

-----Original Message-----
From: Debbie D'Souza <REDACTED>
To: Bruce Schooley <REDACTED>
Cc: REDACTED ; REDACTED
Sent: Thu, Nov 4, 2021 10:55 am
Subject: Re: update beat input doc

I think it's key that C&G sign a NDA… otherwise nothing really prevents them from spilling the beans about what they have.
Debbie

Sent from my iPhone

On Nov 4, 2021, at 12:33 PM, Bruce Schooley <REDACTED> wrote:

Here's an updated beat input doc following call with Catherine and Gregg yesterday. We need to throw a wide net now and then narrow as the beats develop. Two big concerns...

1. What happens if this story gets out after we are deep into it. I think we should make a film that holds its own even if this happens so we aren't in panic mode. Let's plan now for this problem and then everything we can for it not to happen.

2. We need evidence other than their data.  it can only help and will make a much more compelling film.

At some point we will need to send to C&G.  Maybe after they sign?

## BEAT SHEET INPUT

To get a solid beat sheet by Jan 1 we need to get specific input soon to build it.  I will update this as we go.  I'll update during calls, but we need more.  This list is not sequencial.

## 1. We need 5 or 6 characters from the Mule list (including their ballot-box locations) and any information on them.  If we start with one city and then go national, we will need 3 or 4 from that start city, and then at least 1 from each of the other cities. This way we can say...based on real events.

a. (Atlanta)
b. (Phoenix)
c. (Philadelphia)
d. (Minneapolis)
e. (Milwaukee)
f. (Detroit)
g. (Other?)

## 2. Can we get an interview with a group of informant mules or people they impacted?  We must have this for collaboration. It will be better if we have more evidence than the data and videos so witnesses are needed.

a. Woman doing the Lord's work.  Scripts.  Harassment.
b. One of ladies in Arizona who has immunity.
c. We can do a reenactment of mules approaching harvesting of voters with scripts but then we need backup.
d. The woman in Raphael Warnock's church running 3 organizations and she got a guilty conscious.  Will she talk?
e.

## 3. What props can we get as evidence and what props to show process?

a. The actual script used to torment neighborhoods, shelters, retirement homes would be ideal.
b. Any emails from organizers to an informant?
c. Any home video of harvesters coming to doors?
d. All the props we see in the videos we will use.
e. Ballot bags
f. Ballot drop boxes like the original
g. All the equipment in the voter processing rooms.
h. The covid protection zones to keep observers away.
i. Cameras as source of that footage
j. Vote counting machines.
k. Computer to send totals.
l.
m.

## 4. How about people who were approached but declined?

a. Shouldn't we be able to find someone in a tormented area that kept saying no to these harvesters?
b. Any chance they have home video?

Confidential
DDR-00045316

### 5. Call out 5 or 6 key operatives who ran this harvesting and the organizations they are from or used.
a.

### 5. Can we include any politicians?
a. Stacey Abrahams?
b. Kent?
c. Raffensperger?
d. Anyone from the Obama administration?  Holder?

### 6. Can we include any pundits or media?
a. We will use night of election footage, but can we get more?
b. Any evidence any pundit or media member was involved with this?
c.

### 7. Any progress on murder case? Validates legality of data.
a. Gregg approached a new contact at the FBI+police. Any progress?
b. If they refuse can we get a politician or media person to break it?

### 8. Sequence ideas?
a. Fuss just kicked up recently by Kent?
b. Trump at rally referencing True the Vote.
c. Call between Trump and Raffensperger.
d. Arizona interested in an investigation.
e. Show progress of steps taken to nationalize the investigation. Anything we can film?
f. Nunes, Jordan, Ron Johnson meeting?  Can we get an interview from one of these?
g. Make point that this data was used to find and arrest 1/6 participants. Validates legality of data.
h. If progress is made in murders in Atlanta. Task force FBI with police and they are "over the moon".  Would they let us video any arrests?  If not, should we reenact?
i. Answer the objection: why didn't they do this in Virginia?
j. Answer the objection: why did Trump lose but others down ticket win?
k. Answer the objection: yes, we see they illegally harvested, but would it have changed the election?  Show win margins in each state.  Do the math.
l. How do we handle 1/6?

### 9. Ballot sources?
a. Mules are the delivery, but we need to spend time on where they got the ballots.
b. Possibility 1: Any evidence?
c. Possibility 2: Any evidence?
d. Possibility 3: Any evidence?

### 10.  Interviews?
a. Brad Raffensperger?
b. Academic data expert?
c. Jordan?  Nunes?  Someone from house?
d. Any witnesses to mules approaching them for their votes?
e. Any witnesses to votes being dumped at count sites? Is this needed? Should we just use stock?
f. Mark Brnovich?
g. Ron DeSantis?
h. Pompeo?
i. David Purdue

### 11.  The graphics guy you worked with...do you like him?
a. If yes, should we use him?
b. If no, who would be able to capitalize on presenting this data???

### 12. List the previous claims against election integrity and where they fell apart as evidence even if they are true. We

**don't spend much time on this. News clips of allegations and then rulings might be enough.**
a. Voting machines
b. Statistical irregularities
c. Chain of custody
d. Two party observation

## 13. Locations for B Roll? Which ones do we really need?
a. Atlanta
b. Phoenix
c. Philadelphia
d. Minneapolis
e. Milwaukee
f. Detroit
g. Washington DC

## 14. If they "Stole it fair and square" (Ed Atsinger), what does that mean for us going forward?
a. Clean up the voter rolls.
b. Pass legislation.
c. Eyes on the process. We must realize who they are and what they can do to win.
d. If it is legal for them, it is legal for us.
e. We can't assume that once we win, everything returns to normal. America has changed and we need to act accordingly.

# OTHER
### i. Agreement
Being written by Salem legal.

### ii. NDA.
Scope?

### iii. What to sequestered?
Seems top of list is the video, which is useful to dramatize the evidence but is not essential to any legal proceedings.

### iv. Do we need some investigators to hit the street?
There must be an army in each of these cities that are concerned with what happened. Republicans in each city should know some of them. Isn't there a boat load of affidavits? Let's find them with help from local Republicans.

### v. The Salem radio hosts act as?
a. Judges on the evidence.
b. Time to realize America is changed, there IS a culture war element to the socialist agenda, what it means, and what we must do to win. What is the commitment and courage needed to preserve the America we love? A call to boots on the ground.