# EXHIBIT 15

| | |
|---|---|
| From: | Bruce Schooley |
| Sent: | Thursday, December 9, 2021 3:15 PM EST |
| To: | djd████ debbie████ catherine████ ; gregg████ ; nathan████ ; tmccann████ |
| Subject: | first schedule and beat sheet request |
| Attachments: | ONE PARTY AMERICA FILM 12_9_21.pdf, election film beat sheet input needed.docx |

Election film team,

Here is a first rough for schedule and a start on beat sheet, but more input is needed. I included ideas from our past conversations and emails. We need to tell a full believable explanation of what happened. That will deliver the most impact.

Should we get investigators to help get us what every crime investigation feature has...raw footage of actual locations/people? Driving down city streets. Walking up to activist centers. If we only use reenactments and stock I think we lose credibility. If we are saying that thousands of people and hundreds of locations are involved in this scheme shouldn't we be able to find a few of them to put in the film?

It would be best to get the beat sheet done by year's end.

I'll start the sheet next and update when you send your ideas.

Thanks,
Bruce

CONFIDENTIAL