# EXHIBIT 17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF GEORGIA

 3                      ATLANTA DIVISION

 4

 5       MARK ANDREWS,                )  No. 1:22-cv-04259-SDG
                                      )
 6                   Plaintiff,       )
                                      )
 7       v.                           )
                                      )
 8       DINESH D'Souza, et al.,      )
                                      )
 9                   Defendants.      )
         ─────────────────────────── )

10

11

12

13           CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

14

             VIDEOTAPED DEPOSITION OF BRUCE SCHOOLEY

15

                       October 22, 2024
16                       9:34 a.m.
                 3333 Piedmont Road NE, Suite 2500
17                     Atlanta, Georgia

18

19

20

21

22

23

24        Reported by:  Marcella Daughtry, RPR, RMR
                        CA CSR 14315
25                      GA No. 6595-1471-3597-5424
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 25

1        A    I have no idea.  I have to -- let me -- let me

2    see if I -- it will take me a minute.

3        Q    No problem.

4        A    Oh.  I mean, it was -- we -- I very much wanted

5    the video to be sequestered, meaning that we didn't want

6    them to share it to everybody and -- and leak it out

7    because it's very damaging, not only to the film to

8    release, but also you just lose control over the product,

9    I mean.

10            What is useful to dramatize the evidence but is

11   not essential to any legal proceeding, I do not know what

12   I meant by that.

13       Q    Okay.  And --

14       A    So that would be -- I mean, it was drama -- it

15   was dramatizing the evidence of the geo-tracking, but

16   we -- at that point, I don't believe that -- I mean, we

17   never thought the video was the core legal -- the core

18   argument for the fundamental concept, the big picture

19   concept of the film.  The core concept was the

20   geo-tracking data.

21            And then we were committed to use video that

22   was based upon the geo-tracking data, but it wasn't --

23   the video itself was -- was secondary to the geo-tracking

24   data.

25            So at this stage when I wrote this, that's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1    hard it was for them to go through that much footage, and

2    first of all they had to get -- they had to -- the

3    criteria had to be met from that mule, and then after

4    that criteria was met, they had to go through and find

5    the footage from the drop shot based upon that criteria

6    and that evidence.  And it was just -- and it was very

7    sporadic what video they had, so the whole thing was

8    represented to us as being extremely difficult and

9    time-consuming.

10        Q   So did you understand that in -- in March of

11   2022, they were still going through and looking for and

12   matching geo-tracking to surveillance video?

13        A   Yeah.

14        Q   Okay.

15        A   That's what was taking so long.  That's what we

16   were waiting for.  As I said previously, we could have --

17   if we didn't -- if we abandoned that, we would have had

18   this done much, much more quickly and with a thousand

19   videos.  I mean, we -- we -- this would not -- none of

20   this would have happened if we had abandoned that

21   concept.  We wouldn't need it.

22        Q   Okay.  So you didn't feel that TTV or OpSec was

23   reluctant to provide surveillance video; they just hadn't

24   gone through it yet?

25        A   Right.  I mean, looking back, that -- that

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 88

1    and I didn't get a lot -- I didn't hear a lot, but I do

2    remember he laughed at the -- when we blurred the dog.

3    Somebody told me he laughed.

4         Q    Okay.  And when you talk about the dog being

5    blurred, is that -- was that something that -- without

6    disclosing the advice of your counsel, why did you blur

7    the face of the dog in the film?

8         A    We were -- there were three of us who were

9    obsessed with not identifying anybody.

10        Q    Okay.  And who -- which three of you was that?

11        A    It was Bruce, it was Debbie, and it was

12   Catherine.

13        Q    Okay.  And -- and so I take that to mean that

14   Mr. D'Souza was not in agreement with you on that?

15        A    No, it wasn't that he wasn't in agreement.  He

16   wasn't obsessed with it.

17        Q    Okay.

18        A    Yeah.  But we were obsessed with it.

19        Q    Okay.  And why were you obsessed with it?

20        A    Because the point was never to come down hard

21   on any individual or to -- it wasn't about this person or

22   that person violating the -- violating some law.  It was

23   about, is there or is there not a systematic, widespread

24   effort to change the outcome of this election with the

25   use of -- that involves -- one piece of it involves these

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 89

1    mules.  It wasn't about hurting any of these mules or --
2    or exposing them.
3           And -- and that's why at the end of the film, I
4    thought, you know, it's cut time.  We left in the woman
5    that had been a mule that said she did it because she
6    needed Christmas -- Christmas money for her kid.  So we
7    had no interest in hurting anybody.
8        Q   Okay.  Let's switch gears a little bit and just
9    talk about the insurance for the movie.
10          So when you produced films with D'Souza Media,
11   what types of insurance do you normally seek to obtain
12   for each film?
13       A   Production and E&O.  E&O is errors and
14   omission.
15       Q   Okay.  And what does that cover?
16       A   That covers any errors that we make or
17   omissions in the film.  I mean, I'm --
18       Q   And that's --
19       A   I'm the last person to give a legal description
20   of anything, believe me.
21       Q   Okay.  But generally speaking, it's if there is
22   a lawsuit related to an error or omission?
23       A   Yeah.
24       Q   Okay.  And did you seek to obtain both of those
25   types of insurance for 2000 Mules?