# EXHIBIT 18

Message

**From:** Gregg Phillips [REDACTED]
**Sent:** 1/8/2022 5:48:20 PM
**To:** Nathan Frankowski [REDACTED]; John David Phillips [REDACTED]
**Subject:** Video
**Attachments:** IMG_0601.mp4; Untitled attachment 00132.txt

I left this one out of the Dropbox folder. We have provide access to dozens of videos. Let John David know if you need help sorting through them.