# EXHIBIT 19

CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION
3
4   MARK ANDREWS,
5       Plaintiff,
                                    CIVIL ACTION FILE
6       vs.
                                    NO. 1:22-cv-04259-SDG
7   DINESH D'SOUZA, et al.,
8       Defendants.
9
10
11
12
13                  **CONFIDENTIAL**
14
15              VIDEO DEPOSITION OF
16               NATHAN FRANKOWSKI
17              November 5, 2024
18                  9:35 a.m.
19         TAKEN BY REMOTE VIDEOCONFERENCE
20      Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
21
22
23
24
25

Page 44

1    you're not aware of D'Souza Media or anyone at
2    D'Souza Media contacting a third-party geotracking
3    expert to review the data or anyone else to look at
4    the data; it all came from Mr. Phillips?
5         A    I'm not aware if anyone did that.
6         Q    Outside of the geotracking data, was there
7    any other evidence of the supposed 2,000 mules that
8    was provided by Mr. Phillips?
9         A    The video footage, is that what you
10   consider evidence?  Is that what you mean?
11        Q    Did Mr. -- did Mr. Phillips present the
12   video -- video files as being evidence of their
13   geotracking data?
14        A    He presented that these individuals had
15   been geotracked.
16        Q    When you say that he represented that the
17   individuals had been geotracked, the individuals
18   appearing in the videos had been geotracked?
19        A    Correct.
20        Q    Were you -- were you -- was it your
21   understanding that they were able to tie specific
22   videos to specific geotracking data?
23        A    Yes.  In fact, I believe they say that in
24   the film.  Someone asks, So you have this guy at
25   other drop boxes?  And they said yes.

Page 45

```
 1        Q    So in relation to this matter, you
 2   understand that Mr. Andrews, the plaintiff in this
 3   case, was one of the individuals that had a video
 4   depicted in the film; is that correct?
 5        A    Yes.
 6        Q    And so it was your understanding that the
 7   evidence provided by Mr. Phillips and/or OpSec and
 8   TTV was able to tie Mr. Andrews to geotracking data
 9   that showed he went to multiple drop boxes?
10        A    Yes --
11             MR. GEORGE:  Objection to form.
12   BY MR. BOISVERT:
13        Q    You can answer.
14        A    Yes, there's no other reason why we would
15   get the footage.  That's what the whole point was.
16        Q    Did you have footage for all of the
17   individuals that had been geotracked?
18        A    Every individual that Gregg had
19   geotracked, we had footage of them all?  I don't
20   think so.  There was thousands.
21        Q    And how many videos did you receive?
22        A    I think the first batch was 30 to 50, and
23   then the second batch was 20 maybe.
24        Q    And then when you joined the film, was
25   Salem already involved?
```

Page 60

1  Mr. Phillips; is that correct?
2      A    Surveillance footage from drop boxes, yes.
3      Q    Do you know how he obtained that footage?
4      A    I believe in the movie, they state how
5  they did.  They petitioned the government, maybe
6  Freedom of Information Act or something like that.
7      Q    And for that -- for those videos, was that
8  something that you received early on in the movie
9  production process?
10     A    I think I received them January 9th, and
11 so that was before filming began, but pretty tight.
12 I think we started filming the week after that.
13     Q    Had you requested or had anyone at D'Souza
14 Media requested those videos prior to then?
15     A    While I was -- I think that that's always
16 been the assumption, that these videos will be a big
17 part of the film, so I guess it was requested, but
18 it's kind of like a given that they would be sent to
19 us.
20     Q    Do you know why, then, the videos were not
21 provided sooner?
22     A    Well, I got them on January 9th, so I
23 don't feel like I -- I couldn't have done anything
24 with them.  Again, I was just setting up my office,
25 so I don't feel like I was late getting the footage

CONFIDENTIAL

Page 61

1    on January 9th.
2        Q    And you said you were the one that
3    received that footage from Mr. Phillips?
4        A    Yes.
5        Q    And are you the one that then reviewed
6    that footage as well?
7        A    Reviewed the footage, yes.
8        Q    What were you reviewing the footage for?
9        A    They wanted to put out -- they wanted to
10   put out a teaser trailer, and so that would
11   incorporate some of this footage, and so I was
12   looking for footage to use for the teaser trailer.
13       Q    And what criteria were you using to select
14   videos for the teaser trailer?
15       A    What looked like obvious cheating.
16       Q    And what would you define obvious cheating
17   to be?
18       A    Someone coming to a drop box after
19   midnight, looking around, dropping in numerous
20   ballots while their car is left running, I guess it
21   looks a little suspicious.
22       Q    Are you aware of any reason why someone
23   may be doing that without, in your words, cheating?
24       A    I think the odds are that they're doing
25   something nefarious, but there's probably a

Page 62

1  possibility they could be, you know -- I don't know
2  if I can come up with a reason why they would, but
3  that's beside the point.
4           The point was that these people were
5  geotracked, so it doesn't really matter if they look
6  suspicious, but for me to sell to the audience in a
7  teaser trailer, you can't really go into the whole
8  geotracking stuff.  That's a little in the weeds.
9  You need a whole film to do that.  So that's why I
10 was looking for more nefarious actors or what looked
11 nefarious.
12      Q   So your understanding was that
13 Mr. Phillips had geotracked all the individuals in
14 those videos, and so you could choose from any of
15 them and be portraying his research results equally;
16 is that correct?
17          MR. GEORGE:  Object to form.
18 BY MR. BOISVERT:
19      Q   I'll rephrase that.
20          So it was your understanding that all of
21 the videos that you received from Mr. Phillips had
22 been geotracked?
23      A   Yes.
24          MR. GEORGE:  Object to form.
25 BY MR. BOISVERT:

Page 71

1      **A**   I have no reason to think that Catherine
2  and Gregg are lying, and so, yes, I believe that the
3  multiple drops that they had video of were people at
4  multiple drop boxes, but the only way I could
5  communicate that is saying that they were
6  geotracked.
7      **Q**   So outside of just this initial delivery
8  of videos, taking into account all of the videos
9  that you received, is it your understanding that you
10 had videos that depicted a single person going to
11 multiple drops?
12     **A**   I believe there was people at multiple
13 drops, but visually you cannot prove it with the
14 footage they provided.
15     **Q**   Did you have videos that depicted people
16 that were out of state or that you could tell were
17 out of state?
18     **A**   I think it's impossible to tell what state
19 someone's in from their -- the way they walk or
20 look, but there was out-of-state people that we were
21 told were from out of state, and one was -- I think
22 they referred to her as Pittsburgh Girl or something
23 like that, and it -- or Steelers Girl, and she was
24 wearing a Steelers T-shirt, and so they called her
25 Steelers Girl, and they said she was from out of

CONFIDENTIAL

Page 85

1    focus or not?
2        A    I can't say either way.  I don't know what
3    that means.
4        Q    At this point in time, do you know what
5    evidence was still to be gathered that he might be
6    referring to?
7        A    I don't know.  You have to ask him.
8            MR. BOISVERT:  We can take down this
9    exhibit.
10   BY MR. BOISVERT:
11       Q    So we've already been discussing that you
12   had received a first set of videos from Mr. Phillips
13   in January of 2022.  When did you receive further
14   videos from anybody referenced previously?
15       A    It was in late March.  I think I had
16   pinpointed the date to around March 27th.
17       Q    Were those the only two dates that you
18   received video evidence from Mr. Phillips?
19       A    Yes, I believe so.  Well, there was an
20   interview that he sent us with a mule from Arizona,
21   like a testimony, and then he sent a video of a
22   police officer from Atlanta.  So he did provide
23   those videos.  I don't remember when those came in,
24   though.
25       Q    In regards to the ballot box videos, was