# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF FILING OF EXHIBITS 20-45

In connection with Defendants Dinesh D'Souza's and D'Souza Media LLC's (collectively, "D'Souza Defendants") Motion for Summary Judgment, at Docket 268, D'Souza Defendants submit this Notice of Filing for accompanying Exhibits 20 – 45.

Respectfully submitted this 20th day of December, 2024.

　　　　　　　　　　　　　　　　**BUCHALTER APC**

　　　　　　　　　　　　　　　　/s/ *Amanda G. Hyland*
　　　　　　　　　　　　　　　　Amanda G. Hyland
　　　　　　　　　　　　　　　　Georgia Bar No. 325115
　　　　　　　　　　　　　　　　Austin C. Vining
　　　　　　　　　　　　　　　　Georgia Bar No. 362473
　　　　　　　　　　　　　　　　Cory Mull

1

                                             Georgia Bar No.
                                             3350 Riverwood Pkwy SE, Ste. 1900
                                             Atlanta, GA 30339
                                             (404) 832-7350 Telephone
                                             ahyland@buchalter.com
                                             avining@buchalter.com
                                             cmull@buchalter.com

                                             *Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

                                             /s/ *Amanda G. Hyland*
                                             Amanda G. Hyland
                                             Georgia Bar No. 325115

                                             *Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*