# EXHIBIT 20

## Transcription For Houston Scene [03_03] With Catherine and Gregg

**Dinesh D'Souza:**

**00:34:32:18:** Let's talk about the second case. This was a young woman, Katie Janus, who was as I understand it walking her dog in a park. And was brutally murdered. Tell us about the case.

**Gregg Phillips:**

**00:34:49:10:** Yeah. Terrible case. She was not just murdered but really sort of disemboweled. Her dog was murdered, or killed. And they had no suspects in the initial few months after the investigation. Again, our team did pretty much the same thing that we did. There was a little more depth to this though. So we had to do a little more work on those individual device ID's and try to sort of expand our understanding of the individuals because there were some unusual components to the murder.

**Dinesh D'Souza:**

**00:35:27:00:** So, she was murdered in a park. Was it at night?

**Gregg Phillips:**

**00:35:29:05:** Some time after midnight.

**Dinesh D'Souza:**

**00:35:31:23:** And no eyewitnesses I take it. No one saw it happen. So that's why they couldn't solve it.

**Gregg Phillips:**

**00:35:37:16:** That's right. And even they had no ideas who might have even been there, just after midnight. And even though Piedmont Park is certainly well known in Atlanta and around Georgia, there are some open spaces but there are some fairly dense spaces – in terms of the woods and how it all sets up. But we were able to fairly quickly identify several different devices that might have been of interest. And then upon further look we were able to even dig a little more. Let me show you.

**00:36:10:13:** So, we took the first look just after midnight in Piedmont Park. This murder occurred on or about the 28th of July of 2021. And you see here on the screen that the park entrance is just down on the lower left. The murder happened between the park entrance and that first red circle where this device is. And there is a device there. It pings a number of different times as is denoted by the individual color spots. But the murder happened just in our left, in those trees right there. Interestingly the dog was murdered and found further up on, further up the screen. Still in the woods but further up the screen.

**00:37:06:13:** So, there's obviously one device that's close. It's right there. There's another device that's close enough where somebody – maybe it's someone law enforcement should speak to. This gave us enough to dig in a little bit further and really try to gain a little bit of insight. This is something our analyst would do. Gain a little bit of insight to the space. As you can see the trees there just straight ahead, maybe 100 yards in. That's where things sort of unfolded. The actual entrance to the park is just out of screen left. And this open area here was of interest to us as well.

**00:37:48:08:** This is just another view of the entrance to the park and sort of what it looks like from street level. But as we began to build the patter of life around those two individuals. It was quite interesting. The first patten of life was somebody that only showed up, or these pings, only showed up in this area at this time. No other time in Atlanta. Nothing else. The other individual you see, the more kind of light purple color – that person had obviously been around a little bit in Atlanta. What's particularly interesting about that light purple is that one of those pings there is, two weeks before the murder, was in the parking lot of the victim.

**Dinesh D'Souza:**

**00:38:43:07:** The same person who was in the park at the time of the murder is now identified in the parking lot of the victim's apartment, a couple of weeks earlier?

**Gregg Phillips:**

**00:38:53:20:** That's correct. So as the murder unfolded – or excuse me as the investigation unfolded -- we began to sort of broadened our thought: We need to get a little more, we need to take half a step back. Is there anybody else in there? Not that we necessarily think it is or isn't potentially involved in the crime. We thought maybe if we began to expand this a little bit, we might be able to bring in some other individuals that may have heard something, that may have heard something that they just didn't recall. Or they're afraid to come forward, or whatever that might be. And so we began the process of sort of pulling this apart.

**00:39:32:00:** In so doing, we began to really now start taking a much broader look at these patterns of life of now the four individuals that we've identified and really start to understand where do these people live? Where do they work? Or where does the device live and where does the device work? And you start to see we learn more and more and more. And now as we start pulling the next piece of this we really took some of the stuff from just news reports – There's the young lady who was murdered with her dog – and she went to visit her partner who worked in a pub near there.

**00:40:18:04:** And so we began to sort of look around. Okay, where is the pub? Where is it in proximity to the park? And maybe we can find something else out there. And in the news they published this picture of her walking with her dog. And in one of the pictures, you can kind of see how the rainbow painting of the crosswalk, you can pick that up somewhere else in the thing. Now we actually stopped the tracking of the victim, just because it's sort of – again – it's

an emotional process to know that you're watching the steps almost, the footfall of the victim rather than just the ping. And you sort of feel it. So once these came together, we were able to actually track the victim's signal as she walked sort of back toward Piedmont Park.

**00:41:14:20:** And you can kind of, this particular video you can't see it, but that circle is really where that picture was taken. And so, we begin to know a little bit more. And we do have the tracking on this, but this is basically how she made her way into the park before the murder. So, what we did then was we took those device IDs that we knew about – we took the – the additional colors you see here, we began again to expand the view. Who might have been in this park, you know, near the time of the murder?

**00:41:50:00:** *And you start to see, picking up some other people. And maybe she passed this little green ping just off the road here. Maybe the person remembered something. And so, we package all of this up. [Actually we're going to have to cut this out. Sorry Guys. Let me start over.]]*

**00:42:15:08:** So this gives us a possible look at the individual devices that might be of interest to law enforcement. We bundled this up and we delivered it to an individual we work with at the Federal Bureau of Investigation.

**Dinesh D'Souza:**

**00:42:34:20:** And I see from news reports that the, at least official sources are saying that they are very close to making an arrest. This has been an unsolved case for how long?

**Gregg Phillips:**

**00:42:49:09:** Seven/eight months. It's really um…

**Dinesh D'Souza:**

**00:42:51:15:** Now you don't know in the Secoria Turner, or in this case, if it is your data that is leading to these crimes being solved. But you're saying that if law enforcement did it, they would do it exactly the same way?

**Gregg Phillips:**

**00:43:07:10:** Well, they might, I mean everybody has a slightly different methodology, but this certainly could give law enforcement a big step forward and an opportunity to, you know, look at maybe a different methodology that might bring in some different folks. They get out. They interview people and maybe try to find some substantive information to support the investigation. So our goal, when we get into these types of things, is really to support law enforcement with a very expensive data set that they may or may not have access to locally.

**00:43:42:23:** This particular situation being a local situation. They may or may not have direct access to this kind of information. But even then, it gives them that step forward. That possibility. Hey, there are quite a few people here. Let's get out and interview some folks.

**Dinesh D'Souza:**

**00:43:59:04:** And isn't it true that this tracking, these movement, this parallels exactly the work you're doing with the MULES?

**Gregg Phillips:**

**00:44:05:03:** Exactly.

**Dinesh D'Souza:**

**00:44:08:18:** So far we've been talking about geo-tracking which is essentially digital/electronic if you will, types of evidence. And to me, that sort of mirrors let's just say a fingerprint evidence or DNA evidence. Look, it's your DNA, that means it's you. Right? And yet, if I was in a jury box, I'm always saying that – Well, if you're trying to convince me these guys broke into Fort Knox and robbed – I mean, I'm really happy to have their fingerprints. And I was pretty convinced by the DNA and all of this electronic, scientific stuff. Really powerful. But wouldn't it be king of nice to see the guys breaking into Fort Knox? In other words, wouldn't it be 'BUSTED' if you had video evidence. Do you?

**Catherine Engelbrecht:**

**00:44:57:10:** We do.

**Dinesh D'Souza:**

**00:45:00:09:** You do?

**[Short break/crosstalk]**

**00:45:14:14:** It's one thing to have the scientific evidence, which is persuasive on its own merit. But sure would be nice to have some video evidence. I mean, seeing the guys do it. Catching them, so to speak, in the act. This kind of evidence, I think, be the icing on the cake. Do you have this video evidence?

**Catherine Engelbrecht:**

**00:45:40:07:** We do.

**Dinesh D'Souza:**

**00:45:40:23:** How much of it do you have?

**Gregg Phillips:**

**00:45:42:17:** Four million minutes of surveillance video around the country.

**Dinesh D'Souza:**

**00:45:45:19:** How did you get it?

**Catherine Engelbrecht:**

**00:45:47:00:** It's open records. Anybody can get it. And uh, apparently very few did.

**Dinesh D'Souza:**

**00:45:54:10:** So you make a request or a demand – is it through the Freedom of Information Act? How do you – what is the process of acquiring the video?

**Catherine Engelbrecht:**

**00:46:01:18:** Well because it was a type of documentation that was categorized – (Can I start that over?)

**Dinesh D'Souza:**

**00:46:11:03:** What is the process for getting the video?

**Catherine Engelbrecht:**

**00:46:13:07:** You can submit an open records request. And in this instance, you have to be very specific of course about what you are looking for. The timeframe and the locations and so forth. But you can request the video and that's what we did. We picked up hard drives from everywhere that we could and unfortunately a lot of places didn't have it. But the ones that did, we now have had a chance to take a look at.

**[Break to add the word 'Surveillance' into the description of the word 'video']**

**Dinesh D'Souza:**

**00:46:51:10:** Now we're talking about surveillance video. Official surveillance video of these mail in drop boxes. How do you get it?

**Catherine Engelbrecht:**

**00:47:01:00:** You can file for open records request – any citizen can do this. About a wide variety of types of documentation in our instance we were interested in these surveillance videos. We had these new drop boxes. There was federal guidance and some state guidance around the need to have surveillance videos monitoring the drop boxes. And so, in our open records request – which are typically directed towards either the Secretaries of States, or the local municipality or the city, just depending on the jurisdiction and the way that they are organized – you just make a very specific request about what it is you are trying to acquire. And in the case of the videos, it was a very protracted process because as we often said, it appeared

as though maybe the intent was that maybe no one will ever look at this video. It was a very difficult series of steps to procure the actual surveillance video. But now we are in possession of about four million minutes.

**Dinesh D'Souza:**

**00:48:10:00:** Four million minutes?

**Catherine Engelbrecht:**

**00:48:10:00: [Shakes head yes]**

**Dinesh D'Souza:**

**00:48:14:16:** And is it video -- do you have video in Georgia?

**Gregg Phillips:**

**00:48:15:11:** We do.

**Dinesh D'Souza:**

**00:48:14:16:** Is it video from the Presidential election, the runoff election, or both.

**Gregg Phillips:**

**00:48:21:14:** Both

**Dinesh D'Souza:**

**00:48:23:16:** Both? And uh, do you have video from other states?

**Gregg Phillips:**

**00:48:28:08:** It's spotty. But we have video, some video from AZ. We have recently learned in some of our counties that video was specifically turned off on a particular drop boxes.

**Dinesh D'Souza:**

**00:48:44:15:** In which state?

**Gregg Phillips:**

**00:48:45:50:** Arizona. Wisconsin, it turns out, even though the rules required them to have video…

**Dinesh D'Souza:**

**00:48:58:16:** …Sort of monitor

**Catherine Engelbrecht:**

**00:48:53:10:** They were publicly stating they were going to have video to…

**Dinesh D'Souza:**

**00:48:58:16:** …Sort of monitor

**Catherine Engelbrecht:**

**00:49:00:04:** To monitor the drop boxes and also to give public confidence to this new process that they were undertaking.

**Dinesh D'Souza:**

**00:49:08:16:** But did they do the video?

**Catherine Engelbrecht:**

**00:49:09:00:** No they did not

**Dinesh D'Souza:**

**00:49:10:00:** What about Pennsylvania?

**Gregg Phillips:**

**00:49:12:03:** Pennsylvania is still a question mark. There appears to be some video that may be available. Especially for the people crossing the river. Then we're working on some other items. I think one of the whole things – this whole video collection effort has been just extraordinary to watch. Catherine has long said, it's all about citizen involvement, and what we're seeing now is citizens stepping up and stepping forward and saying, 'Hey – we've got all of the Detroit, Michigan data."

**Catherine Engelbrecht:**

**00:49:52:08:** People that are on their own were trying to do open records, were trying to find their ways to acquiring this data. And now that it has become better known that we have taken on this project on and to the level that we have, as Gregg says, it's just, it's the best of America working together to improve a process that benefits us all. So that's been super exciting to me.

**Dinesh D'Souza:**

**00:50:13:19:** But I mean the distributing thing to me is, it seems there should be video on ever drop box. I mean if you're talking about an election for control of the most powerful country in the world, wouldn't it make sense that all drop boxes – I mean you can't walk into a store. You have parking lots that have surveillance capabilities.

**Catherine Engelbrecht:**

**00:50:34:04:** Most people think that there is video. That, particularly in 2020, when these drop boxes were set up coast to coast – in sort of the 11th hour if you will, of the election, part of the guidance that came down from one of the federal agencies, CIZA, said, 'If you're going to have drop boxes, these are the guidelines that we recommend.' And most of the states were very quick to echo that guidance and say, 'Absolutely. We are going to follow the guidance.' But they didn't.

### Dinesh D'Souza:

**00:51:06:02:** And given today's kind of cost of technology, it would not have been that hard to do it.

### Catherine Engelbrecht:

**00:51:10:22:** No. And they had CARES money. They had private CTCL money and others. The money was not the issue. It was the execution that was lost. Or maybe just, intentionally, overlooked.

### Gregg Phillips:

**00:51:26:16:** Given what we know now about this citizen involvement issue, if they would had made this video available, sort of, online – you can almost imagine people staying up all night watching this video. Right? And, I mean, we've seen it now. This video is very difficult to sort of compile and watch. And just – it's almost mindless. Watching it over and over.

### Dinesh D'Souza:

**00:51:52:14:** I mean the reason; I'm assuming it doesn't come out is because you've got four million minutes. This takes enormous amounts of processing. And you sent me a screenshot Catherine where you were requesting video. And I believe it was the state of Georgia, if I'm quoting correctly, this video should exist. But it does not exist. And we can't tell you why it doesn't exist.

### Catherine Engelbrecht:

**00:52:17:19:** Right. That was in Fulton County. And, you know, sadly we have correspondences like that from a lot of states. That, in a variety of ways, ultimately tell you, there's just no video. Even though they said publicly there would be. Even though I would venture to guess most voters felt like they could trust that process. There was nobody watching. And now we see what we see.

### Gregg Phillips:

**00:52:46:21:** And I would say that there were some other – you know, Catherine tries to keep us focused on the difference between some of what appear to be crimes and process flaws. In this case, part of the process flaw, in Georgia for example – those rules, those hastily prepared

Confidential

DDR-00054326

rules, the emergency orders to put in place. Yeah, we all have drop boxes. And you've got to have video on it and you got to keep it for 30 days. Well, wait. 30 days? Really?

**Catherine Engelbrecht:**

**00:53:17:08:** Federal law requires 22 months and so, operating under the assumption that you would have a secured set of archives – of data archives – for 22 months, turned out to be a poor choice because they were getting rid of it. So much of this is … What happened in 2020 and this confluence of events: The use of inexact voter rolls with the hastily mailed out mass balloting that were, that was, blanketing our counties – coupled with these drop boxes – there's just really no way to know what happened.

**Dinesh D'Souza:**

**00:54:07:02:** I mean it's worth mentioning – isn't it – that this is not, you could call it just bungling on the part of these states. In Georgia for example, the Stacey Abrams group had sued in the aftermath of her losing an earlier race, which she thought she won. Nevertheless, she sued the Secretary of State. The Secretary of State, a Republican, Raffensperger, enters into a consent decree – which weakens the signature matching requirements. In other words, establishes the framework in which all this trafficking is occurring.

**Catherine Engelbrecht:**

**00:55:02:04:** Absolutely. The parallels in our world are: Sue the states to prevent them from cleaning the voter rolls. Get out of court consent decrees, that out of plain sight change the way that rolls can be managed, or that rules can be interpreted. To your example, these signature verifications being diminished. Push all that up into a intentional uptake in mail ballot [STOPPED].

**Dinesh D'Souza:**

**00:55:46:05:** So all of this was to that degree, intentional.

**Catherine Engelbrecht:**

**00:55:50:01:** Absolutely. And you can see it in almost every state. When states try to clean their rolls, it's not at all uncommon to be met with lawsuits to prevent those rolls from being cleaned. On top of that…

**Dinesh D'Souza:**

**00:56:02:15:** And by being cleaned you mean removing dead people off the rolls, people who have moved and are no longer eligible to vote?

**Catherine Engelbrecht:**

Confidential

**00:56:08:09:** Right, that don't meet the standard of eligibility for that state. And it is things like deceased voters and people who have moved which is – depending upon what stat you're reading – about 14 percent of the country moves every year. That's a significant date point that needs to be kept up with. What we always question is, why don't we keep up with it.

**00:56:29:10:** Because certainly technology would support real time resolution of identity, residency, citizenship. That's done in private sector all day every day. We live in the age of Amazon one-click. When we can order something and have it there the next day, delivered straight to our door. Why then, if we really believe that our election are the cornerstone of our Constitutional Republic, then why have we allowed this process to erode as we have? And I would argue that I think it's a feature not a bug.

**00:57:02:20:** I think it's intentional that they are not cleaning the rolls as they ought. I think that it's the only thing why there is such a push to sue when rolls are attempted to be maintained. Then you have consent decrees which change the functional process of elections. That happened out of sight of the average reader of the election code. These consent decrees are happening behind closed doors. That are changing the way that incoming voter registrations are interpreted. Or standards around signature verification and postmarks. We saw a slew of them, hundreds of lawsuits and consent decrees passed in 2020. All functionally changing a process and causing chaos.

### Dinesh D'Souza:

**00:57:49:17:** Let's explore the utility of this because if 14 percent of people move, and you don't clean the rolls those 14 percent of people would be mailed ballots.

### Catherine Engelbrecht:

**00:58:03:11:** That's right. That's right.

### Dinesh D'Souza:

**00:58:04:22:** So, there are all these mail-in ballots flying out there to people who are not actually present.

### Catherine Engelbrecht:

**00:58:08:02:** That's right.

### Dinesh D'Souza:

**00:58:09:14:** So, if someone else could figure out, 'How can I get my hands on these ballots?' Presumably, they would control the votes of those people. And NOW, in order to make it more difficult for them to be caught, they would say, 'What if we weaken the signature matching requirements. That way, if we fill out the ballots no one's going to know the difference.' No

Confidential
DDR-00054328

one's really going to check to see if it's that guy, because if they did then they'd be like, 'Maybe he moved.'

**Catherine Engelbrecht:**

**00:58:35:18:** That's right.

**Gregg Phillips:**

**00:58:36:18:** Welcome to the most secure election in American history. Right? I mean this is insanity. Everything you just described is spot on.

**Catherine Engelbrecht:**

**00:58:45:23:** Is spot on.

**Gregg Phillips:**

**00:58:46:21:** We went to Arizona and spoke to the legislature, not too terribly long ago. And as I was going through pretty much what you just did Dinesh – and Catherine had provided me with a bunch of information – and I started talking about the consent decrees. And I said, well there are four primary consent decrees that are of concern in Arizona. The entire room of Senators and Representatives looked at me like they didn't even know what I was talking about. And it turned out the reason they didn't know – the Secretary of State in Arizona had never shared it with the legislature.

**00:59:20:05:** So you've got all these Republican, even patriots, that are out there trying to make reasonable and considered changes in laws – that they have no idea that there are these consent decrees flying around. And so we came back and sent the four consent decrees out there and they were like, 'This is unbelievable.'

**Dinesh D'Souza:**

**00:59:40:10:** Now Arizona has a Republican legislature but Katie Hobbs, the Secretary of State is a Democrat. It's worth noting here that when someone like that gets sued, it's typically – she's being sued by her own team. And her own team on the left, Democrats, are saying let's agree to these things. And they're asking a Democratic Secretary of State who is not their adversary, but is in some ways colluding with them to go, 'Sure I'll agree to this. And I'll agree to that.'

**01:00:09:02**: And so, what you have here is an apparent collaboration between outside forces and in this case a secretary of state to achieve a result.

**Catherine Engelbrecht:**

**01:00:23:15:** They are the ultimate arbiters, in most states, the Secretary of State is the ultimate arbiter of the election. They are the ones that call it for the state. They wield an

immense amount of power. And most Americans don't really understand what happens inside those offices.

**Dinesh D'Souza:**

**01:00:40:10:** Do you think that's why George Soros and a bunch of liberal billionaires basically say listen, 'Let's not just worry about the Senate and the Congress. Let's go down to the office of the DA and the Secretary of State. And let's fight those races where we can throw money. And normally those races are not that expensive. And if we control the Secretary of State, the Republicans can campaign all they want – but we control the mechanics of the election.'

**Catherine Engelbrecht:**

**01:00:54:00:** Absolutely. And in fact it was a well known project of George Soros and the Open Society – the Secretary of State Project – in which they raised money for the express purpose of putting people who were sympathetic to their interests in power in key states. And that served them very well. It served them very well in states like Minnesota. In the race with Al Franken and Norm Colman. It was the Secretary of State that allowed those recounts to go on and on and on. When ballots for Al Franken continued to be surfaced in trunks of cars and otherwise. Ultimately the difference between the two candidates was separated out by 300 some odd votes.

**01:01:53:00:** Later on it was determined over 1000 felons were allowed to vote. Going back to not cleaning up the rolls. And all of that was at the hand of a Soros candidate who'd been put in office the cycle previous. So, it's very intentional. And that down-ballot play, in controlling those local offices, has an important role in this broader narrative around ballot trafficking. Because controlling those local offices, means that those local office holders can control those communities.

**Gregg Phillips:**

**01:02:23:09**: I think there's a key point too that – speaking of these consent decrees and how all this has unfolded – I mean Catherine's now talking about things that go back 15-20 years. But the reality is, this has gone on for much, much longer than that. I started in this business in 1982. The same year I started was the year that something that's now infamous in our world – is something called the New Jersey consent decree.

**01:02:50:12:** There was some shenanigans pulled by Republicans, or allegedly pulled by Republicans and some judge came in, in New Jersey in 1982, sort of ordered a consent decree be agreed upon by the Republican National Committee and the Democrat National Committee. And the consent decree in essence said Republicans can't spend one dime – nothing – on election integrity. That was in 1982. And ever time it would expire, every 10 years, the judge would come in and reauthorize it. So what happened across 40 years is, an entire generation – in my case, she's not a political person – but an entire generation grew up with no money, no support, no words of help from the Republican National Committee.

Confidential

DDR-00054330

**Catherine Engelbrecht:**

**01:03:47:50:** No Leadership.

**Dinesh D'Souza:**

**01:03:52:05**: Well, not to mention that the RNC, the Republicans, had no developing expertise. And so even though coming now to 2020, Trump predicts, they're going to cheat. 'They're going to do this. They're going to do that.' Even though the consent decree is now no longer operative, where's the level of legal knowledge? There's a kind of legal amateurism and we saw it.

**Catherine Engelbrecht:**

**01:04:16:22:** That's right. It's a very steep learning curve.

**Gregg Phillips:**

**01:04:18:05:** You have people with, you have lawyers with three years of experience and they're fighting against people like Marc Elias and others that have been doing this their entire careers. And the reason is, there was no money. There was no nothing. So you don't have Republican lawyers. Catherine has an attorney that she works with and he was telling us just the other day that he had gone and taken this call to get some new certification in Texas – he told us later he was the only Republican EVER, in Texas to have received this one particular type of election integrity certification. EVER.

**Dinesh D'Souza:**

**01:04:55:21:** And that's in Texas

**Gregg Phillips:**

**01:04:57:05:** That's in Texas.

**Dinesh D'Souza:**

**01:04:58:02:** A republican state.

**Catherine Engelbrecht:**

**01:04:58:03:** Well and I what I think it really speaks to is that Americans are trusting people.

**[Temporary Technical Break]**

**Catherine Engelbrecht:**

**01:05:33:10:** I think what this really goes to is, Americans are trusting people. We believe that if we go and we vote and we get our 'I VOTED' sticker, we check that good citizen box – that, that's enough. And that we should be able to trust that what happens behind the scenes is

actually is trustworthy. And that our vote and our voice will be carried forward and that that outcome truly reflects the will of the people. Let it be a vote for a Republican, a vote for a Democrat, a vote for a third party. Just let it be the vote you the voter have chosen, and then let that guide our country. That's how it ought to be.

**01:06:11:22:** But where we have found ourselves now is with a process that is so layered and twisted and manipulated for so many reasons, and in so many ways. But was taken to a whole new level in 2020, that I think, we've reached that proverbial tipping point. Where Americans now say, wait. We just know in our guts -- this is not right. It's not even wholly about the outcome of the election, as much as it is about watching the process fall apart in front of your eyes and say, 'Is no one going to stop that and talk about the impracticality of what's being done.'

**01:06:56:05:** The impracticality of pushing mail ballots. The impracticality of staging up these drop boxes that have been privately funded? People know. Americans are smart. They get it. And now they're asking tough questions and the learning curve is going to be steep and it's going to be messy – but freedom is messy. This is the path that we have to be on. And nothing could be more important. Because if we continue to turn a blind eye, we will wake up very soon and be unrecognizable as a country. And it's gaining in speed every day. We're seeing it. And this is where the rubber meets the road. This is the line in the sand because this is how we protect our voice.

### Dinesh D'Souza:

**01:07:38:23:** And isn't this the actual real threat to democracy? We keep hearing about threats to democracy. Isn't this it right here?

### Catherine Engelbrecht:

**01:07:45:11:** Everything we debate, everything that we believe in in this country, presupposes a free and fair election. And that all men shall be created equal. That is the underpinning of what we are as a Constitutional Republic. And when we allow that to slip away – then the rest of it falls like a house of cards.

### Dinesh D'Souza:

**01:08:04:07:** Let's hit the video. The video that you DO have. Let's take a look.

**[BREAK CALLED FOR CHARGING DEVICE AND STRETCH]**

Confidential

DDR-00054332