# EXHIBIT 23

| | |
|---|---|
| From: | Catherine Engelbrecht |
| Sent: | Thursday, April 7, 2022 9:26 PM EDT |
| To: | Bruce Schooley |
| CC: | debbie ; djd ; gregg |
| Subject: | Re: Last details |

All great.

#3 was all meant to support a screen at the end of the movie to direct people to our website. Please please get that in there. Hugely important for us.

Thank you and see you soon!!
Catherine

On Thu, Apr 7, 2022 at 5:28 PM Bruce Schooley wrote:
> Thanks Catherine!
> 1. Is this the average for all 2000 mules? I think now we say 40. So for our 2000 mules 40 visits x 5 average ballots ea. I'll change to 2000mules x 38 visits x 5 average ballots each.
> 2. Dinesh sent already. I'll check with Nathan to make sure it is in.
> 3. QR code is great. We can get it in. We have one for 2000Mules.com that we will also show.
> Thanks!
> Bruce
>
>
> -----Original Message-----
> From: Catherine Engelbrecht
> To: Bruce Schooley
> Cc: Debbie D'Souza ; Dinesh D'Souza ; Gregg Phillips
> Sent: Thu, Apr 7, 2022 5:03 pm
> Subject: Last details
>
> Hi Bruce -
> Here are the few last details I think you needed from us. Some you may already have, but wanted to put it all into one email
> 1. At some point in the movie, Dinesh gives an incorrect number about the average number of dropbox visits. The correct number of average dropboxes visits is 38
> 2. In the clip with Heather Mullins, we need the voiceover edited to remove reference to Real America's Voice, because she didn't do this with RAV, and also need to change the reference to the GA police officer, because he is now very afraid he's going to lose his job. Our thoughts on edits would be something like:
> *"I wondered, were there any Republicans who did know? Investigative journalist Heather Mullins interviews a whistleblower hired by the National Republican Senatorial Committee."*
> 3. Final screen suggestion:
>
> (True the Vote logo)
> The only way this gets better is if voters get involved.
> TruetheVote.org
> Let's work together to true the vote.
>
> (QR Code attached, if you can use it)

CONFIDENTIAL



**CONFIDENTIAL**

TTV_007348