# EXHIBIT 24

Message

| | |
|---|---|
| **From:** | Dinesh D'Souza [REDACTED] |
| on behalf of | Dinesh D'Souza <REDACTED> [REDACTED] |
| **Sent:** | 12/30/2023 2:50:05 PM |
| **To:** | Dinesh D'Souza [REDACTED] |
| **Subject:** | CGDD 43 |
| **Attachments:** | Image 12-30-23 at 2.49 PM.jpg |

Confidential