# EXHIBIT 25

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**   ×



# How They Did It — True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show

**The Charlie Kirk Show** ✓
April 8, 2022
2,130,061 Views

SUBSCRIBE 1.03M     JOIN



2.52K rumbles                              EMBED ↗    SHARE

---

Enjoyed this video? Join my Locals community for exclusive content at **charliekirk.locals.com**!

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**     ✕



And for EVEN MORE – tune in to The Charlie Kirk Show LIVE on Salem Radio Network affiliates across the country, 5 days a week from 12—3PM ET

To listen live, turn on post notifications on YouTube, check your local affiliates, or head to https://charliekirk.com

US

SIGN IN TO SEE 377 COMMENTS



CONFIDENTIAL     MA-0000480



BREAKING: Rumble is now public & listed on Nasdaq as **$RUM** ×





**Charlie Kirk Destroys Biden Supporter**

The Charlie Kirk Show



**Charlie Kirk Annihilates Ignorant Socialists**

The Charlie Kirk Show



**Charlie Kirk Annihilates Self-Proclaimed 'Anarchist'**

The Charlie Kirk Show



**Charlie Kirk Attacked By Leftist**

The Charlie Kirk Show

**Live - Heavy Rainfall with Thunder Ambient Sleep Sounds**



CONFIDENTIAL                                                                                           MA-0000482