# EXHIBIT 26




**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**     ×

# How They Did It — True the Vote's Catherine Engelbrecht and Gregg Phillips on The Charlie Kirk Show

**The Charlie Kirk Show** ✓
April 8, 2022
2,129,991 Views

SUBSCRIBE 1.03M     JOIN



2.52K rumbles     EMBED ↗   SHARE

Enjoyed this video? Join my Locals community for exclusive content at **charliekirk.locals.com**!

CONFIDENTIAL                                                                              MA-0000550



**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**  ×

And for EVEN MORE – tune in to The Charlie Kirk Show LIVE on Salem Radio Network affiliates across the country, 5 days a week from 12—3PM ET

To listen live, turn on post notifications on YouTube, check your local affiliates, or head to https://charliekirk.com

US

SIGN IN TO SEE 377 COMMENTS



**WHAT THE MEDIA IS MISSING ABOUT THE NORD STREAM…**

The Charlie Kirk Show

5m52s



**President Trump Gives Shoutout to Catherine Engelbrecht and True t…**

The Gateway Pundit

3m17s

CONFIDENTIAL MA-0000551





BREAKING: Rumble is now public & listed on Nasdaq as $RUM      ×





**Charlie Kirk Destroys Biden Supporter**

The Charlie Kirk Show



**Charlie Kirk Annihilates Ignorant Socialists**

The Charlie Kirk Show



**Charlie Kirk Annihilates Self-Proclaimed 'Anarchist'**

The Charlie Kirk Show



**Charlie Kirk Attacked By Leftist**

The Charlie Kirk Show

**The Nordstream Sabotage Shuffle Continues**

CONFIDENTIAL                                                                                                               MA-0000552

**BREAKING**: Rumble is now public & listed on Nasdaq as **$RUM**   ×



 

9m41s

 

43s

**Prehistoric dinosaur looking bird seen in Uganda**

sashasjournal
$13.32 earned

**Mom surprises daughter after she moves to another country**

T   Tynasity
$13.30 earned

34s

DEVELOPERS    OUR APPS    ABOUT US    CAREERS    ADVERTISING

Terms & Conditions   Privacy Policy   Copyright / DMCA

Copyright © 2022 Rumble. All Rights Reserved.

CONFIDENTIAL    MA-0000553