# EXHIBIT 27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MARK ANDREWS,

        Plaintiff,

v.

DINESH D'SOUZA, TRUE THE VOTE,
INC., CATHERINE ENGLEBRECHT,
GREGG PHILLIPS, D'SOUZA MEDIA
LLC, SALEM MEDIA GROUP, INC.,
REGNERY PUBLISHING, INC., and
JOHN DOES,

        Defendants.

Case No. 1:22-CV-04259-SDG

---

## <u>DECLARATION OF PATRICIA JACKSON</u>

Under penalty of perjury, I, Patricia Jackson, declare:

1. Since 2016, I have been the owner and sole proprietor of PLJ Publicity, and I provide contractual publicist services.

2. I live in Washington, D.C.

3. I have worked with Dinesh D'Souza for 20 years on numerous projects providing contractual publicist services.

4. On March 24, 2022, Debbie D'Souza contacted me to set up a call with both her and Dinesh and to discuss publicity for their next project, the film *2000 Mules*.

5. Dinesh D'Souza, Debbie D'Souza, and I spoke on March 28, 2022. On the call Dinesh told me more about the film, the planned release of the film – including theater buy-outs, film premieres, and digital releases. We spoke about the time frame for the project, 3

1

DD_000469

months to begin on April 1, 2022 – June 30, 2022. We spoke briefly about his thoughts
on media targets and media promotion.  He also spoke briefly about including Catherine
Engelbrecht and Gregg Phillips in some of the media outreach as the data experts, while
Dinesh would be positioned as the Director and artistic visionary of the film.

6.  At the end of the call, he asked me to send him a brief proposal of work.  I sent my
    proposal on Tuesday, March 29.  There were some negotiation, and a revised proposal
    was submitted and approved on April 6, 2022.

7.  As with all projects, there is a ramping-up phase to prepare for the media launch.  With
    the film release and first theater buyout date of May 2, 2022, it was determined that the
    active media launch would begin the week prior to the release on April 25, 2022, with a
    focus on local media in the theater location markets.  During this first part of April,
    Dinesh asked me to hold any media for him, he would go "dark" and should I receive any
    unsolicited requests during this time to push those booking until the weeks of April 25 or
    later.

8.  My first requested task from Dinesh D'Souza, on March 31, 2022, was to put together a
    list of media contacts and outlets to include in the invitation list for the film Premiere on
    May 4, 2022.

9.  April 4–15, 2022, was my ramping-up phase. I watched the film, prepared a press release,
    which was approved on April 15, 2022, spoke with various entities about the theater buy-
    outs, support from Salem and Regnery, marketing incentives, prepared my media target
    lists, and culled together the unsolicited requests to follow-up for booking, etc.

10. My first contact with Catherine Engelbrecht and Gregg Phillips was on April 15, 2022,
    when I left voicemails on their individual cell phones.  Catherine returned my call on

2

DD_000470

April 15, 2022, and we briefly discussed in broad terms media for 2000 Mules, some
targets, and some logistics. On April 18, 2022, I sent an initial email to both Catherine
and Gregg requesting brief bios. A true and correct copy of my correspondence with
Catherine Engelbrecht is attached as Exhibit A. On April 20, I emailed asking about
availability for the following week April 24-29. A true and correct copy of this
correspondence is attached as Exhibit B.

11. I began pitching to media contacts the week of April 18, 2022, and setting up interviews
beginning on April 24, 2022, and beyond. Requests for Dinesh were immediately booked
and placed on the media calendar. Requests for Catherine were submitted to Catherine,
Gregg, and their assistant Chelsea Magee to check Catherine or Gregg's availability.
Once Catherine's or Gregg's availability was confirmed, best efforts to secure and
confirm the interview were made. Confirmed interviews for Catherine and Gregg were
placed on the media calendar. True and correct copies of my correspondence scheduling
Catherine Englebrecht and Gregg Phillips' media appearances are attached as Exhibit C.

12. Often, I received vague responses from Chelsea about Catherine and Gregg being
swamped with media, "doing a ton of media" and having limited availability for me or
outright declining a request. A true and correct copy of this correspondence is attached as
Exhibit D. At no time, did I receive any lists of the additional media Catherine and
Gregg were booking, nor did I receive requests from Catherine, Gregg or Chelsea for my
approval or for me to assist with specific bookings.

13. On several occasions, I learned about media appearances that Catherine had scheduled,
without my knowledge or approval after the fact.

3

14. On May 5, 2022, Catherine appeared on FOX News' Tucker Carlson Tonight. I did not become aware of this appearance until the morning of May 6, 2022, when I received an email from Chelsea Magee that mentioned it. I did not set it up or provide any video or other materials for the interview, nor did I know about the interview ahead of time. I immediately searched for a link to the interview and contacted Dinesh D'Souza and Debbie D'Souza to make them aware of the appearance. A true and correct copy of this correspondence is attached as Exhibit E.

15. On May 12, 2022, Catherine appeared on the Ben Shapiro Show. I did not set up this interview, I did not provide any video or other materials for this interview, and I did not become aware of Catherine's direct contact with the Ben Shapiro to book herself on the show until the producer I was working with to schedule Dinesh for the show told me she had to cancel Dinesh because Catherine had separately booked herself. I learned of the cancellation one day prior to Catherine's appearance. A true and correct copy of my correspondence relating to this is attached as Exhibit F.

16. On May 22, 2022, Catherine appeared on L. Todd Wood's Sunday show. I did not set up this interview, I did not provide any video or other materials for this interview, and I only learned about this booking when I was working to schedule Catherine or Gregg on the show for May 29, 2022. The host of the show made me aware of Catherine's booking after Gregg suggest that Catherine may have already appeared on the show. A true and correct copy of my correspondence relating to this is attached as Exhibit G.

17. I continued to try to book media for Catherine and Gregg through May at which point it became clear that they had moved on to other projects. A true and correct copy of my correspondence relating to this is attached as Exhibit H.

4

18. I am also now aware that on April 8, 2022, Catherine and Gregg appeared on The Charlie Kirk Show. I was not yet booking media for Catherine and Gregg, nor had I even contacted them by April 8, 2022. I did not book this interview or provide any video or other materials for the interview, nor did I know about the interview ahead of time.

19. Attached as Exhibit I are true and correct copies of screenshots of my calendar for the *2000 Mules* media bookings for Catherine Engelbrecht and Gregg Phillips.

I declare under penalty of perjury that the foregoing is true and correct.

Signed by: _Patricia Jackson_ Date: _2.29.24_

Patricia Jackson

5

# Exhibit A

DD_000474

# M Gmail

Patricia Jackson <pljpublicity@gmail.com>

---

## Re: Short Bio

1 message

---

**Patricia Jackson** <pljpublicity@gmail.com>                                    Mon, Apr 18, 2022 at 5:41 PM
To: Catherine Engelbrecht <catherine@truethevote.org>

Hi Catherine,

This is perfect! Super helpful!

I will await a short bio from Gregg.

Thank you so much!!
Patricia

On Mon, Apr 18, 2022 at 5:27 PM Catherine Engelbrecht <catherine@truethevote.org> wrote:
> Catherine Engelbrecht founded True the Vote in 2010, quickly growing to become the largest pro-liberty voters'
> rights and election intelligence organization in the country. For over a decade, Catherine has led the fight for
> election integrity; providing training, research, and support nationwide.  Now, True the Vote's groundbreaking use of
> cell phone data has revealed staggering levels of fraud in the 2020 election.
>
> I've also attached a longer bio for your reference.
>
> Gregg will get you a couple sentences about himself and OpSec.
>
> Thanks -
> Catherine
>
> On Mon, Apr 18, 2022 at 4:14 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>> This is great. My only thought is should we say something about True the Vote's work to train people to be poll
>> watchers and protect election integrity?
>>
>> Also, I spoke with Gregg this afternoon and he said you might be able to help with a bio for him as well.  I can
>> easily use what is in the film when he is introduced to Dinesh and Debbie if that will be agreeable or happy to use
>> any other language you might have.
>>
>> Thank you!
>> Patricia
>>
>> On Mon, Apr 18, 2022 at 4:47 PM Catherine Engelbrecht <catherine@truethevote.org> wrote:
>>> Catherine Engelbrecht founded True the Vote in 2010, quickly growing to become the largest pro-liberty voters'
>>> rights and election intelligence organization in the country. Now, True the Vote's groundbreaking use of cell
>>> phone data has revealed staggering levels of fraud in the 2020 election.
>>>
>>> How about that?
>>>
>>> On Mon, Apr 18, 2022 at 4:19 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>>> Hi Catherine,
>>>>
>>>> Do you have a short bio you could send me?  I looked on the True the Vote website and could not find one.
>>>> It only needs to be a few sentences.
>>>>
>>>> Thank you!
>>>> Patricia

DD_000475

Patricia Jackson
PLJPublicity@gmail.com
202-321-8058

**TRUE**THE**VOTE**

CATHERINE
ENGELBRECHT
CEO & Founder
—
catherine@truethevote.org
(+1) 713 401 6017
www.truethevote.org

   

PO Box 3109 #19128
Houston, TX 77253-3109
713-401-6017

DD_000476

# Exhibit B

DD_000477



<span style="color:gray">Patricia Jackson &lt;pljpublicity@gmail.com&gt;</span>

---

## Re: Availability Next Week - April 26-April 29
1 message

---

**Patricia Jackson** &lt;pljpublicity@gmail.com&gt;                                                    Thu, Apr 21, 2022 at 9:48 AM
To: Catherine Engelbrecht &lt;catherine@truethevote.org&gt;
Cc: Debbie Dsouza &lt;debbie@dineshdsouza.com&gt;, Dinesh DSouza &lt;djd@dineshdsouza.com&gt;, gregg@opsec.group

    Wonderful! More to come. Thank you!

   On Wed, Apr 20, 2022 at 11:04 PM Catherine Engelbrecht &lt;catherine@truethevote.org&gt; wrote:
    I can be available any time

    Catherine

   On Wed, Apr 20, 2022 at 7:07 PM Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
    Hi Catherine, Hi Gregg,

    I just wanted to circle back with both of you regarding your availability for media next week and beyond.

    I now have several Salem hosts who would like to schedule interviews and I have other outlets that I would like to
    contact about interviews.

    If you have a few blocks of time, for example: Thursday from 8-10 am ET, I would be glad to work to schedule in
    those time blocks.

    In addition, Gregg could you send along a short bio? We talked about it briefly on Monday and I wanted to check
    back in on it.

    Thank you so much!
    Patricia


    On Wed, Apr 20, 2022 at 2:28 PM Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
    Hi Catherine,

    I am working on setting up some interviews next week and I wanted to touch base on your schedule.

    Do you have days or times that I need to stay away from?  Any details you can share about your availability
    would be great.

    Thanks so much!
    Patricia

DD_000478

Exhibit C

DD_000479

 Gmail

Patricia Jackson <pljpublicity@gmail.com>

---

## Re: 4 More Radio Requests
1 message

---

**Chelsea Magee** <chelsea@truethevote.org>                    Thu, Apr 28, 2022 at 10:18 AM
To: Patricia Jackson <pljpublicity@gmail.com>
Cc: Catherine Engelbrecht <Catherine@truethevote.org>

Good Morning Patricia,

Are we able to look at rescheduling this for the week of the 9th? With the premier next week Catherine has quite a few media events, so it may be best for anything that needs to be rescheduled be put on the calendar for the week of the 9th. Thanks for your understanding!

> On Wed, Apr 27, 2022 at 1:15 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>> Hi Chelsea,
>>
>> WIND's Shaun Thompson needs to reschedule the interview.  Is it possible to shift that one to Monday 5/2  at 6:05 pm ET?
>>
>> Thank you!
>> Patricia
>>
>> On Sun, Apr 24, 2022 at 8:49 PM Chelsea Magee <chelsea@truethevote.org> wrote:
>>> Thanks so much!
>>>
>>> On Sun, Apr 24, 2022 at 8:46 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>>> Hi Chelsea,
>>>>
>>>> Good Evening.
>>>>
>>>> Yes, I can cancel the interview with Kevin McCullough on Friday.  Not to worry.  I will ask to reschedule and get back to you with alternative dates.
>>>>
>>>> Thank you for letting me know.
>>>>
>>>> Best,
>>>> Patricia
>>>>
>>>> On Sun, Apr 24, 2022 at 8:44 PM Chelsea Magee <chelsea@truethevote.org> wrote:
>>>>> Good Evening Patricia,
>>>>>
>>>>> Catherine can no longer do the "Kevin McCullough Show" on Friday, she is going to be on a plane. Are we able to get this canceled? Thanks so much!
>>>>>
>>>>> On Thu, Apr 21, 2022 at 7:42 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>>>>> Hi Catherine,
>>>>>>
>>>>>> I have four additional radio requests for you.
>>>>>>
>>>>>> 1/ Monday 4/25 at 8:05 am ET (7:05 am CT)
>>>>>> KDXE "Dave Elswick" Little Rock, AK
>>>>>> Approx. 20 minutes
>>>>>>
>>>>>> 2/ Thursday 4/28 at 6:05 pm ET or 7:05 pm ET (5:05 pm CT or 6:05 pm CT)
>>>>>> WIND "Shaun Thompson Show" Chicago, IL

Approx. 15 minutes

3/ Friday 4/29 at 9:30 am ET, 10 am ET or 11 am ET (8:30, 9 or 10 am CT)
WHK "Always Right Radio with Bob Frantz" Cleveland, OH
Approx. 15 minutes

4/ Friday 4/29 at 1:30 pm ET (12:30 pm CT) - Via Zoom
"Kevin McCullough Show" New York
10 - 15 minutes

Please let me know if these will work for your schedule and I will confirm.

Thanks so much!
Patricia

--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

📞 (+1) 713 401 6017

✉️ chelsea@truethevote.org

🏠 PO Box 3109 #19128,Houston,TX 77253-3109



--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

📞 (+1) 713 401 6017

✉️ chelsea@truethevote.org

🏠 PO Box 3109 #19128,Houston,TX 77253-3109



--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

📞 (+1) 713 401 6017

✉️ chelsea@truethevote.org

🏠 PO Box 3109 #19128,Houston,TX 77253-3109

 Gmail

## Re: "Rudy Giuliani's Common Sense" Podcast

1 message

**Catherine Engelbrecht** <catherine@truethevote.org>                              Tue, May 3, 2022 at 4:13 PM
To: Patricia Jackson <pljpublicity@gmail.com>
Cc: Chelsea Magee <chelsea@truethevote.org>, Gregg Phillips <gregg@opsec.group>, bviviano@accelerate-ent.com

We are still in this other interview. It's going long. Best to try this next week via Skype

On Tue, May 3, 2022 at 3:52 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Mayor Giuliani could do the interview at 5 pm ET today 5/3. He is available for either in-person or skype.

For in-person, the interview would be at his home in Palm Beach.

Please let me know how you would like to proceed and I will go from there.

Thanks!
Patricia

On Tue, May 3, 2022 at 3:39 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Let me see if that is workable.

Thanks!
Patricia

On Tue, May 3, 2022 at 3:37 PM Gregg Phillips <gregg@opsec.group> wrote:
We are just finishing a long interview.

We can't get there by 4:00 but maybe by 4:30.

Gregg Phillips
Managing Partner
OPSEC Group

512-241-9789 (mobile)

"Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."

Ferdinand Foch at the Battle of the Marne

> On May 3, 2022, at 12:50 PM, Patricia Jackson <pljpublicity@gmail.com> wrote:
>
>
> Hi Catherine, Hi Gregg,
>
> Mayor Giuliani would really like to have you both on the show, particularly while you are in Florida. I told his producer I would ask again.
>
> Catherine - any possibility that you might be available today 5/4 after 4 pm ET to join him for about 20 minutes?
>
> Gregg - any possibility that you might be available tomorrow 5/5 between 11-1 pm ET for 20 minutes?
>
> If the in-person is not workable, I will work on scheduling remote interviews next week.

DD_000482

>
> Thank you!
> Patricia
>
>

DD_000483

 Gmail

<span style="color:gray">Patricia Jackson &lt;pljpublicity@gmail.com&gt;</span>

## Re: OAN - In-person Interview in Palm Beach

1 message

**Chelsea Magee** &lt;chelsea@truethevote.org&gt;    Wed, May 4, 2022 at 11:57 AM
To: Patricia Jackson &lt;pljpublicity@gmail.com&gt;
Cc: Catherine Engelbrecht &lt;catherine@truethevote.org&gt;, Gregg Phillips &lt;gregg@opsec.group&gt;, bviviano@accelerate-ent.com

Hey Patricia,

Gregg is getting a ton of requests for media. Is there any chance we can move the interview up by an hour or so?

We would really appreciate it!

> On Wed, May 4, 2022 at 11:28 AM Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
> Wonderful. Thank you!!
>
>> On Wed, May 4, 2022, 11:22 AM Chelsea Magee &lt;chelsea@truethevote.org&gt; wrote:
>> Thanks, Patricia. Gregg is confirmed and will drive himself.
>>
>>
>>> On Wed, May 4, 2022 at 11:03 AM Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
>>> Good morning Gregg,
>>>
>>> I am confirming that you are set for the interview today with OAN at 2 pm ET.
>>>
>>> They will provide a car. Would you like transportation? And if so, what is the pick-up address?
>>>
>>> Thank you!
>>> Patricia
>>>
>>> On Tue, May 3, 2022, 10:03 AM Patricia Jackson &lt;pljpublicity@gmail.com&gt; wrote:
>>>> Hi All,
>>>>
>>>> Tomorrow 5/4 at 2 pm ET will work for the interview with Gregg. The interview will focus on the process of the research with the cell signals, obtaining gov't videos, the role of NGOs, any takeaways and *2000 Mules*.
>>>>
>>>> Details:
>>>> 2 pm ET for approx. 10 - 15 minutes - TAPED
>>>> OAN Weekly Briefing with host Chanel Rion
>>>> Interview to be taped at the:
>>>>     Hilton West Palm Beach
>>>>     600 Okeechobee Boulevard
>>>>     West Palm Beach, Florida, 33401
>>>>
>>>> *** Please arrive at 1:50 pm ET, Camera Ready.
>>>> Upon arrival, please call or text Daniel Baldwin at 862-377-9317.  Daniel is the show producer and will take you to the "studio" in the hotel.
>>>>
>>>> *** Show airs on Saturday and Sunday at 2 pm ET. Daniel will provide a link to the show appearance once it airs.
>>>>
>>>> Last questions:
>>>> Do you need transportation to the Hilton West Palm Beach? If so, please provide your pick-up and drop-off address.
>>>> May I share Gregg's cell phone number with Daniel?
>>>>
>>>> Please let me know if you have any additional questions.
>>>> Thank you!
>>>> Patricia

DD_000484

On Tue, May 3, 2022 at 9:09 AM Patricia Jackson <pljpublicity@gmail.com> wrote:
Hi Catherine,

I am sorry for the confusion.  The interview is meant to be part of the coverage in totality.  And was to be set up separately from the Red Carpet.

I will see if tomorrow 5/4 at 2 pm ET is available for Gregg.

Thank you.
Patricia

On Tue, May 3, 2022 at 9:03 AM Catherine Engelbrecht <catherine@truethevote.org> wrote:
Hi everyone-

We were confused about this because the thread started out saying it was a red carpet interview.

Gregg and I have a joint, in person interview that starts at 2p today.

He is available at 2p tomorrow (Wednesday) , but not today (Tuesday).

On Tue, May 3, 2022 at 8:57 AM Gregg Phillips <gregg@opsec.group> wrote:
What day is this interview?

Where is the studio?

Gregg Phillips
Managing Partner
OPSEC Group

512-241-9789 (mobile)

"Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."

Ferdinand Foch at the Battle of the Marne


On May 3, 2022, at 8:54 AM, Patricia Jackson <pljpublicity@gmail.com> wrote:


Good Morning Chelsea,

Is Gregg able to get to the studio location for the interview?  Can you confirm?

I will ask after the video as well.

Thank you!
Patricia

On Tue, May 3, 2022 at 7:37 AM Chelsea Magee <chelsea@truethevote.org> wrote:
Thanks Patricia,

Will you send me the video to this once it's been completed?

On Mon, May 2, 2022 at 10:00 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Hi Gregg,
The interview is confirmed for 2 pm ET.
OAN has a "studio" set up at the Hilton West Palm Beach located at 600 Okeechobee Boulevard, West Palm Beach, Florida, 33401.  Are you able to go to the "studio" for the interview?

Thank you,

DD_000485

Patricia

On Mon, May 2, 2022 at 9:10 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Great!  More details to come.
Thank you.
Patricia

On Mon, May 2, 2022 at 9:07 PM Gregg Phillips <gregg@opsec.group> wrote:
Yes. Works for me.

Gregg Phillips
Managing Partner
OPSEC Group

512-241-9789 (mobile)

"Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."

Ferdinand Foch at the Battle of the Marne

On May 2, 2022, at 9:05 PM, Patricia Jackson <pljpublicity@gmail.com> wrote:

Hi All,

OAN is avaialble at 2 pm ET for the interview with Greg.  Is that workable?

Thanks!
Patricia

On Mon, May 2, 2022 at 6:33 PM Chelsea Magee <chelsea@truethevote.org> wrote:
Hey Patricia,

Can you send details in this e-mail so I can send a calendar notification to Gregg. He's doing a ton of media as well so I want to make sure he stays organized.

On Mon, May 2, 2022 at 6:32 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
I will work on scheduling.
Thanks,
Patricia

On Mon, May 2, 2022 at 6:22 PM Gregg Phillips <gregg@opsec.group> wrote:
I can do it tomorrow late afternoon.

Gregg Phillips
Managing Partner
OPSEC Group

512-241-9789 (mobile)

"Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."

Ferdinand Foch at the Battle of the Marne

On May 2, 2022, at 6:04 PM, Catherine Engelbrecht
<catherine@truethevote.org> wrote:


I am already buried both days. Thank you though :)

On Mon, May 2, 2022 at 5:17 PM Patricia Jackson
<pljpublicity@gmail.com> wrote:

Hi Catherine,

OAN will be covering the Red Carpet Premiere at
Mar-a-Lago,

As part of the coverage, Chanel Rion, host of the
Weekly Briefing, would like to sit down with
Catherine for a 10 minute on camera interview to
talk about 2000 Mules and the data and research in
the film.

The interview will be taped and they are willing to
work with your schedule.  Is there a time either
tomorrow or Wednesday that might work for you to
speak with Chanel?

Thank you!
Patricia


--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

(+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128, Houston, TX 77253-3109

**TRUE**THE**VOTE**


--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

(+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128, Houston, TX 77253-3109

**TRUE**THE**VOTE**


--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST

True The Vote

(+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128,Houston,TX 77253-3109



--

## CHELSEA MAGEE

DIGITAL MEDIA STRATEGIST

True The Vote

(+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128,Houston,TX 77253-3109



DD_000488



Patricia Jackson <pljpublicity@gmail.com>

## Interview Reminder: Eric Metaxas, May 11, 2022

1 message

**Patricia Jackson** <pljpublicity@gmail.com>                          Tue, May 10, 2022 at 6:59 PM
To: Catherine Engelbrecht <Catherine@truethevote.org>, Chelsea Magee <chelsea@truethevote.org>, Gregg Phillips
<gregg@opsec.group>, bviviano@accelerate-ent.com

Hi Catherine,

Just a quick reminder.  You are scheduled for the Eric Metaxas Show tomorrow.  It will be taped for both radio and
TBN TV.

2:15 pm ET for approx. 30 minutes - TAPED
Radio/TBN TV: "Eric Metaxas Show"
VIA Zoom - link to come just ahead of the interview

A few details:
Call will come from Skype-TBNNY.skype@gmail.com
Kelsi Cell- (740) 285-5827
--
Our guide for video interviews, please look over it ahead of the interview.
https://vimeo.com/432552189/ff0a11601f

A few key details-
-please be sure to use a 5G internet connection if that is an option. It will help us have a better skype connection for
the interview
-please have airpods, Bluetooth headphones, or wired headphones available as an option so that we can get the best
audio quality possible
-be aware that your background is important. The video from this interview will be put on Eric's *Rumble* channel, and
TBN selects guests for *The Eric Metaxas Radio Show* both on quality of interview content and the look of the
interview

Please let me know if you have any questions.
Thanks!
Patricia



<span style="color:gray">Patricia Jackson &lt;pljpublicity@gmail.com&gt;</span>

# Interview Reminder: May 12, 2022
1 message

**Patricia Jackson** &lt;pljpublicity@gmail.com&gt;                                            Wed, May 11, 2022 at 6:34 PM
To: Catherine Engelbrecht &lt;Catherine@truethevote.org&gt;, Chelsea Magee &lt;chelsea@truethevote.org&gt;, Gregg Phillips
&lt;gregg@opsec.group&gt;, bviviano@accelerate-ent.com

Good Evening!

A quick reminder.  You are scheduled for these interviews tomorrow.

Thank you!
Patricia

**<u>ALL TIMES ARE EASTERN</u>**

**10:15 am ET for approx. 12 minutes - LIVE**
Radio: "Mike Gallagher Show" with Guest Host Sam Malone
VIA Phone
Hotline:  212-520-1078

**12:05 pm ET for 10 minutes – TAPED**
TV: Newsmax "The Gorka Reality Check"
VIA Skype

**CATHERINE and GREGG**
**2:00 pm ET for 20 minutes - LIVE**
Radio: "America First" with Sebastian Gorka (Salem - National)
VIA Skype

**5:40 pm ET for 12 minutes -- TAPED**
Radio: KCNW "Live from Seattle" with Tim Gaydos (Salem – Seattle)
Hotline: 206-269-6209

**7:00 pm ET for 30 minutes – LIVE**
Radio "Carl Jackson Show" (Salem National)
VIA Skype

 Gmail

## Interview Reminder - May 13
1 message

**Patricia Jackson** <pljpublicity@gmail.com>                    Thu, May 12, 2022 at 8:23 PM
To: Catherine Engelbrecht <Catherine@truethevote.org>, Chelsea Magee <chelsea@truethevote.org>, Gregg Phillips <gregg@opsec.group>, bviviano@accelerate-ent.com

Good Evening!

A quick reminder.  You are scheduled for these interviews tomorrow.

Thank you!
Patricia

**ALL TIMES ARE EASTERN**

**5:00 pm ET for 12 minutes - LIVE**
Radio: "Joe Page" LIVE (Nationally Syndicated)
VIA Skype

**6:05 pm ET for 15 minutes - LIVE**
Radio: WIND "The Shaun Thompson Show"  (Salem-Chicago)
Hotline: 847-956-9535

                                Patricia Jackson <pljpublicity@gmail.com>

## Interview Reminder - May 23
1 message

**Patricia Jackson** <pljpublicity@gmail.com>                    Sun, May 22, 2022 at 8:26 PM
To: Catherine Engelbrecht <Catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Chelsea Magee
<chelsea@truethevote.org>, bviviano@accelerate-ent.com

Good Evening!

I hope you had a nice weekend.  Just a quick reminder. You are scheduled for these two interviews tomorrow 5/23.

CATHERINE and GREGG:
**10 am ET for approx. 30 minutes  - TAPED**
 Podcast "Rudy Giuliani's Common Sense"
VIA Skype

CATHERINE
**4:00 pm ET for 30 minutes - LIVE**
Podcast/Radio: "Everything Home Talk Show" with Michele Swinick
VIA Phone
**** PLEASE CALL IN:  646-668-2537 ****

Thank you!
Patricia



Patricia Jackson <pljpublicity@gmail.com>

---

# Interview Reminder - May 26, 2022
1 message

**Patricia Jackson** <pljpublicity@gmail.com>                   Wed, May 25, 2022 at 9:15 PM
To: Catherine Engelbrecht <Catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, Chelsea Magee
<chelsea@truethevote.org>, bviviano@accelerate-ent.com

Hi Catherine, Hi Gregg,

You each have an interview scheduled for tomorrow.

**GREGG**
**9:45 am ET for approx. 12 minutes - LIVE**
Radio: KRLA "The Morning Answer with Jennifer Horn and Grant Stinchfield" (Salem - Los Angeles)
VIA Phone
*** PLEASE CALL 818-291-8655 ***

**CATHERINE**
**12:30 pm ET for 30 minutes - TAPED**
Radio/TBN TV: "Eric Metaxas Show"  (Salem - National)
VIA Zoom
*** Zoom link to come about 10 minutes prior to the interview ****

Please let me know if you have any questions.
Thank you!
Patricia

DD_000493

 **Gmail**

Patricia Jackson <pljpublicity@gmail.com>

## Interview Reminder - Diamond and Silk - Tonight

1 message

**Patricia Jackson** <pljpublicity@gmail.com>                Wed, May 25, 2022 at 12:33 PM
To: Catherine Engelbrecht <Catherine@truethevote.org>, Chelsea Magee <chelsea@truethevote.org>, Gregg Phillips <gregg@opsec.group>, bviviano@accelerate-ent.com

Hi Catherine,

Just a quick reminder that you are scheduled to join Diamond and Silk tonight at 10 pm ET via Skype.

They will call you at 10 pm ET, will do a little "chit chat" and intro, and then bring you on about 10:05/10:07 for about 30 minutes.

Please let me know if you have any questions.

Thanks!
Patricia

# Exhibit D

DD_000495

# M Gmail

## Re: OAN - In-person Interview in Palm Beach
1 message

**Chelsea Magee** <chelsea@truethevote.org>                                    Mon, May 2, 2022 at 6:33 PM
To: Patricia Jackson <pljpublicity@gmail.com>
Cc: Gregg Phillips <gregg@opsec.group>, Catherine Engelbrecht <catherine@truethevote.org>, bviviano@accelerate-ent.com

Hey Patricia,

Can you send details in this e-mail so I can send a calendar notification to Gregg. He's doing a ton of media as well so I want to make sure he stays organized.

On Mon, May 2, 2022 at 6:32 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
I will work on scheduling.
Thanks,
Patricia

On Mon, May 2, 2022 at 6:22 PM Gregg Phillips <gregg@opsec.group> wrote:
I can do it tomorrow late afternoon.

Gregg Phillips
Managing Partner
OPSEC Group

512-241-9789 (mobile)

"Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."

Ferdinand Foch at the Battle of the Marne

On May 2, 2022, at 6:04 PM, Catherine Engelbrecht <catherine@truethevote.org> wrote:

I am already buried both days. Thank you though :)

On Mon, May 2, 2022 at 5:17 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Hi Catherine,

OAN will be covering the Red Carpet Premiere at Mar-a-Lago,

As part of the coverage, Chanel Rion, host of the Weekly Briefing, would like to sit down with Catherine for a 10 minute on camera interview to talk about 2000 Mules and the data and research in the film.

The interview will be taped and they are willing to work with your schedule.  Is there a time either tomorrow or Wednesday that might work for you to speak with Chanel?

Thank you!
Patricia

DD_000496

--

**CHELSEA MAGEE**

DIGITAL MEDIA STRATEGIST

True The Vote

(+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128,Houston,TX 77253-3109



DD_000497

Exhibit E

DD_000498

                                          Patricia Jackson <pljpublicity@gmail.com>

---

## Catherine on Tucker Carlson
1 message

---

**Patricia Jackson** <pljpublicity@gmail.com>                    Fri, May 6, 2022 at 1:48 PM
To: Dinesh DSouza <djd@dineshdsouza.com>, Debbie Dsouza <debbie@dineshdsouza.com>

Hi Dinesh, Hi Debbie ...

So this is interesting ....

I was following up today on some interview requests that I had sent to Catherine and team earlier this week.  In one of the responses, Chelsea said "Catherine was on Tucker last night" ... so I went searching ...

This is a "bootleg" on YouTube, but it is Catherine's interview with Tucker last night.  She does **not once** mention the film but talks all about the data and must have given them some of the video surveillance video.

https://www.youtube.com/watch?v=p8fsx1PcxPk

I don't think there is anything to be done, but I thought you should know.
Patricia

DD_000499

Exhibit F

DD_000500



---

## Re: Dinesh D'Souza for Ben's Show
1 message

---

**Savannah Dominguez** <sdominguez@bentkey.com>                    Wed, May 11, 2022 at 11:02 AM
To: Patricia Jackson <pljpublicity@gmail.com>
Cc: Bradford Carrington <bcarrington@dailywire.com>

Hi Patricia,

So it looks like we had a bit of a scheduling mix up! Catherine reached out to Ben directly and it looks like he confirmed having her on the show tomorrow at 9:45am ET. We are so sorry, but we'll have to cancel the Dinesh interview. We are really looking forward to having Catherine on the show! Again, we apologize for the mix up. We didn't know Ben and Catherine were in contact.

Thank you so much!


On Wed, May 11, 2022 at 10:35 AM Savannah Dominguez <sdominguez@bentkey.com> wrote:
> And here is tomorrow's Zoom link for easy access!
>
> Ben Shapiro Show is inviting you to a scheduled Zoom meeting.
>
> Join Zoom Meeting
> https://zoom.us/j/99588979266?pwd=dVdiVUNpQmtySWdKaWE3V2xZNExnZz09
>
> Meeting ID: 995 8897 9266
> Passcode: 172596
>
>
> On Wed, May 11, 2022 at 10:33 AM Savannah Dominguez <sdominguez@bentkey.com> wrote:
>> Great, thank you so much Patricia! Confirmed for **tomorrow (5/12) at 9:45am ET**. I will send a calendar invite and Zoom link shortly.
>>
>> Can you let us know what you'd like on his chyron? As well as share a 1-2 sentence preferred bio.
>>
>> We will chat with Ben and the team about Catherine and see what we can do! Thank you!
>>
>> On Wed, May 11, 2022 at 8:26 AM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>> Hi Savannah,
>>>
>>> Good morning!
>>> Dinesh is available tomorrow morning at 9:45 am ET and would love to join Ben via zoom.
>>> Dinesh's backup number 858-926-9298.
>>> Please let me know if you need additional details.
>>>
>>> I would also love to find a time for Catherine Engelbrecht of *True the Vote* join Ben.  Is that a possibility? Maybe next week ahead of the film's release in theaters next Friday 5/20.
>>>
>>> Thanks Savannah!
>>> Patricia
>>>
>>>
>>> On Wed, May 11, 2022, 7:27 AM Savannah Dominguez <sdominguez@bentkey.com> wrote:
>>>> Hi Patricia,

DD_000501

Jumping in for Bradford here!

Is Dinesh available at **9:45am ET tomorrow** via Zoom? We'd love to have him on!

Thank you,

On Tue, May 10, 2022 at 5:37 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
> Hi Bradford,
>
> That sounds great!  I will wait to hear back once you talk to Ben.
>
> Thanks so much!
> Patricia
>
> On Tue, May 10, 2022 at 4:24 PM Bradford Carrington <bcarrington@dailywire.com> wrote:
>> Hi Patricia, good to hear from you again! Let me talk to Ben and see if we can set something up.
>> Hopefully I will hear back tonight or tomorrow.
>>
>> Bradford
>> --
>> **Bradford Carrington**
>> Producer
>> *The Ben Shapiro Show*
>>
>>
>> On Tue, May 10, 2022 at 3:15 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>> Hi Bradford,
>>>
>>> This is Patricia Jackson ... We were introduced about a year ago when I was working with Governor Scott Walker.
>>>
>>> I am now working with Dinesh D'Souza and his new film 2000 Mules.  We heard Ben talking today about the film and he raised some questions.  Dinesh can answer those questions and would love to have the opportunity to join Ben on the show.
>>>
>>> Happy to share materials about the film. Please let me know if this is possible.  I hope to hear from you.
>>>
>>> Thanks so much!
>>> Patricia

--
**Savy Dominguez**
Associate Producer
*The Ben Shapiro Show*

--
**Savy Dominguez**
Associate Producer
*The Ben Shapiro Show*

--
Savy Dominguez
Associate Producer
The Ben Shapiro Show

DD_000502

--
**Savy Dominguez**
Associate Producer
*The Ben Shapiro Show*

DD_000503

Exhibit G

DD_000504

 Gmail

Patricia Jackson <pljpublicity@gmail.com>

---

## Re: Sunday Georgia2022 Show with L. Todd Wood - 5/29
1 message

---

**Patricia Jackson** <pljpublicity@gmail.com>                    Wed, May 25, 2022 at 11:58 AM
To: Gregg Phillips <gregg@opsec.group>
Cc: Catherine Engelbrecht <catherine@truethevote.org>, Chelsea Magee <chelsea@truethevote.org>,
bviviano@accelerate-ent.com

Hi Gregg,

I followed up with Todd and he would love to have you on the show this Sunday, May 29 at 2:25 pm ET.  Will that work for you?

And I asked about Catherine. She appeared this past Sunday, May 22.

Thanks so much!
Patricia

> On Mon, May 23, 2022 at 6:56 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>> Ok.  I will touch base with Todd and see what he says.  Thanks Gregg!
>> Patricia
>>
>> On Mon, May 23, 2022 at 6:53 PM Gregg Phillips <gregg@opsec.group> wrote:
>>> I can do it if Catherine can't but I think Catherine is already doing an interview with Todd.
>>>
>>> Gregg Phillips
>>> Managing Partner
>>> OPSEC Group
>>>
>>> 512-241-9789 (mobile)
>>>
>>> "Hard pressed on my right. My center is yielding. Impossible to maneuver. Situation excellent. I am attacking."
>>>
>>> Ferdinand Foch at the Battle of the Marne
>>>
>>>
>>> > On May 23, 2022, at 4:59 PM, Patricia Jackson <pljpublicity@gmail.com> wrote:
>>> >
>>> >
>>> > Hi Catherine, Hi Gregg,
>>> >
>>> > L. Todd Wood, CEO of CDMedia, hosts a weekly show on Sunday to talk about 2022 midterm elections in Georgia.
>>> >
>>> > The show is live at 2 pm ET.
>>> >
>>> > Mr. Wood would like to have either Catherine or Gregg on the show this Sunday 5/29, if possible.
>>> >
>>> > Please let me know.
>>> >
>>> > Thank you!
>>> > Patricia

# Exhibit H

DD_000506



Patricia Jackson <pljpublicity@gmail.com>

---

## Re: RedPill78 Saturday Night Live Stream
1 message

---

**Patricia Jackson** <pljpublicity@gmail.com>                                    Sun, May 29, 2022 at 6:58 PM
To: Chelsea Magee <chelsea@truethevote.org>
Cc: Catherine Engelbrecht <Catherine@truethevote.org>, Gregg Phillips <gregg@opsec.group>, bviviano@accelerate-ent.com

Great! Thanks for letting me know.

Best,
Patricia

On Sun, May 29, 2022 at 6:22 PM Chelsea Magee <chelsea@truethevote.org> wrote:
Good Afternoon Patricia,

I have been talking to Zak on this one. He's messaged across a few e-mails so I'm now communicating with him directly to get this on the calendar.

Thanks for all you do!

On Sat, May 28, 2022 at 5:09 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Hi Gregg,

Zak from RedPill78 just mentioned to me that you and he chatted on Truth Social this morning. Zak told me that you would be interested in joining his show for an interview.  I told Zak I would be happy to help set that up.

Zak's show is live on Friday at 10 pm ET and Saturday at 9 pm ET nights and he is also able to pre-tape an interview during the week.  Please let me know if you would prefer to join him live or if a taping is better for you and I can go from there to work out dates and times.

Thanks so much!
Patricia


On Mon, May 16, 2022 at 2:10 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Ok.  I am happy to ask if there are other available days and times.  Just let me know.

Thanks!
Patricia

On Mon, May 16, 2022 at 2:08 PM Chelsea Magee <chelsea@truethevote.org> wrote:
Hey Patricia,

Gregg and Catherine are not available on those dates.

Thanks for thinking of us!

On Mon, May 16, 2022 at 2:06 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
Hi All,

Zac Paine would still like to have Catherine and Gregg on his show. Zac is willing to pre-tape an interview to run Saturday night.  By chance would you be available tomorrow, Tuesday 5/17 at 3 pm ET or Thursday 5/19 at 3 pm ET to pre-tape?

DD_000507

Thanks!
Patricia

On Wed, May 11, 2022 at 3:07 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
> Hi Chelsea,
>
> I definitely understand.
>
> Thanks!
> Patricia
>
> On Wed, May 11, 2022 at 3:04 PM Chelsea Magee <chelsea@truethevote.org> wrote:
>> Hey Patricia,
>>
>> I would like to protect Catherine's weekends as much as possible. We are going to decline this one!
>>
>> On Wed, May 11, 2022 at 1:47 PM Patricia Jackson <pljpublicity@gmail.com> wrote:
>>> Hi Catherine, Hi Gregg,
>>>
>>> Zac Paine of RedPill 78 would like to have you both on his Saturday night live stream show May 21st  9-10 pm ET.
>>>
>>> The show is streamed across the platforms that will not cancel it.
>>>
>>> Zac recently reviewed the film.  Here is the link to it:
>>> https://rumble.com/v144mgd-smoking-gun-evidence-2000-mules-full-review.html
>>>
>>> Let me know if you are available and I can go from there.
>>> Thank you!
>>> Patricia

--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

  (+1) 713 401 6017

  chelsea@truethevote.org

  PO Box 3109 #19128,Houston,TX 77253-3109



--
**CHELSEA MAGEE**
DIGITAL MEDIA STRATEGIST
True The Vote

  (+1) 713 401 6017

  chelsea@truethevote.org

  PO Box 3109 #19128,Houston,TX 77253-3109



DD_000508

--

## CHELSEA MAGEE

DIGITAL MEDIA STRATEGIST

True The Vote

 (+1) 713 401 6017

chelsea@truethevote.org

PO Box 3109 #19128,Houston,TX 77253-3109

DD_000509

Exhibit I

DD_000510

# Search

catherine



**February 2024**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Search for people

**My calendars**

- Patricia Jackson
- Anders Edwardsson
- Birthdays
- Danielle D'Souza
- Dinesh D'Souza - 2000 Mul...
- Dinesh D'Souza - Police St...
- Dinesh D'Souza Podcast
- Dinesh D'Souza Podcast I...
- Louder with Crowder
- MM Investigates
- Tasks
- The Verdict Podcast
- Woods w Phil

| Date | | Time | Event |
|---|---|---|---|
| 29 | APR 2022, FRI | 9:10 – 9:25am | CATHERINE Radio: WIND "Morning Answer with Dan Proft and Amy Jacobson" - LIVE (Salem Chicago) |
| 10 | MAY 2022, TUE | 9:30 – 9:45am | CATHERINE: Radio: WHK "Always Right Radio with Bob Frantz" - LIVE (Salem - Cleveland)  Hotline: 216-901-0945 |
| | | 10:05 – 10:20am | HOLD CATHERINE: KSKY "Mark Davis Radio" - LIVE (Salem - Dallas) |
| | | 2:05 – 2:20pm | CATHERINE: "Dan Bongino Show" (Nationally Syndicated)  Hotline: 469-547-4488 |
| | | 2:30 – 2:50pm | CATHERINE: Digital TV/Podcast "Flyover Conservatives" - TAPED |
| 11 | MAY 2022, WED | 2:15 – 2:45pm | CATHERINE: Radio/TBN TV: "Eric Metaxas Show" - TAPED via Skype (Salem - National) |
| | | 6 – 9pm | CATHERINE IN ATLANTA FOR EVENT |
| 12 | MAY 2022, THU | 9:45 – 10am | Ben Shapiro Catherine Engelbrecht Interview  https://zoom.us/j/99588979266?pwd=dVdiVUNpQmtySWdKaWE3V... |
| | | 10:45 – 11am | CATHERINE Radio: "Mike Gallagher Show" with Guest Host Sam Malone |
| | | 12:05 – 12:15pm | Cancelled - CATHERINE: TV: Newsmax "The Gorka Reality Check" - TAPED via Skype |
| | | 2 – 2:40pm | CATHERINE Radio: "America First" with Sebastian Gorka - LIVE (Salem - National) |
| | | 5:40 – 5:55pm | CATHERINE Radio KCNW "Live from Seattle" - TAPED |
| | | 7 – 7:30pm | CATHERINE: Radio "Carl Jackson Show" - LIVE via Skype (Salem National) |
| 13 | MAY 2022, FRI | 5 – 5:15pm | CATHERINE Radio: "Joe Page" LIVE via Skype (Nationally Syndicated) |
| | | 6:05 – 6:20pm | CATHERINE: Radio: WIND "The Shaun Thompson Show" - LIVE (Salem-Chicago)  Hotline: 847-956-9535 |
| 16 | MAY 2022, MON | 4:32 – 4:47pm | CATHERINE Radio: WTBN "The Bill Bunkley Show" - LIVE (Salem - Tampa) |
| 20 | MAY 2022, FRI | 7 – 7:30pm | Reschedule CATHERINE: Brighteon.TV "Everything Home" with Michele Swinick - LIVE |
| 23 | MAY 2022, MON | 10 – 10:30am | CATHERINE and GREGG: Podcast "Rudy Giuliani's Common Sense" - TAPED via Skype |
| | | 4 – 4:30pm | CATHERINE Podcast/Radio: "Everything Home Talk Show" with Michele Swinick |
| 25 | MAY 2022, WED | 10 – 10:30pm | CATHERINE: Online: "Chit Chat Live with Diamond and Silk" - LIVE via Skype |
| 26 | MAY 2022, THU | 12:30 – 1pm | CATHERINE: Radio/TBN TV: "Eric Metaxas Show" - TAPED via Skype (Salem - National) |

