# EXHIBIT 28

# Charlie Kirk Video Notice of Electronic Filing

# [Dkt. 246]