# EXHIBIT 29

# Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 37 | Date Range: 4/5/2022 |

## Outline of Conversations

💬  **CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/04/05** • 37 messages on 4/5/2022 • Catherine Engelbrecht  Redacted  • Debbie D'Souza  Redacted  • Dinesh DSouza  Redacted  • Gregg Phillips  Redacted 

Confidential
DDR-00055834

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/04/05**

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 8:52 AM

Just got this from Heather Mullins. 👇 Great catch by Charlie's team because I didn't hear it. We paid Heather directly for this piece, there was no affiliation to RAV. Can we make this change?

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 8:53 AM

from Heather …
Hey is there any way to take away the mention of Real Americas Voice in my cameo/interview with the cop? And just say "Investigative reporter Heather Mullins? Charlie Kirks producer Andrew saw it and told me about it. I did it independent of RAV and I'm trying to distance myself from the RAV brand to be completely honest.

**> DD** | **Debbie D'Souza** *Redacted* | ◀ 4/5/2022, 8:57 AM

Yes ok will ask Nathan

**GP** | **Gregg Phillips** *Redacted* | ▶ 4/5/2022, 8:53 AM

What did Salem say about the movie?

**DD** | **Debbie D'Souza** < *Redacted* > | ◀ 4/5/2022, 8:56 AM

Salem loved the movie 👍

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:06 AM

She just wrote back again to say "If there's an inset onscreen with my name you can put Heather Mullins, AmericanInk reporter"

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:08 AM

AmericanInk is a new platform we're starting and she's working for us …. We haven't launched the site yet but will before the movie comes out.

Call me if this has now gotten confusing 😑

**DD** | **Debbie D'Souza** *Redacted* | ◀ 4/5/2022, 9:16 AM

So we don't do lower thirds for anyone .. they just appear in credits

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:17 AM

Liked "So we don't do lower thirds for anyone .. they just appear in credits "

**DD** | **Debbie D'Souza** *Redacted* | ◀ 4/5/2022, 9:17 AM

So in the credits we can do that

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:18 AM

In the credits, her name can appear as AmericanInk

Just cut the audio reference RAV (if it's in there)

**DD** | **Debbie D'Souza** *Redacted* | ◀ 4/5/2022, 9:19 AM

Yes that's Dinesh's voice over and it wasn't final . That's an easy fix

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:19 AM

Liked "Yes that's Dinesh's voice over and it wasn't final . That's an easy fix "

**CE** | **Catherine Engelbrecht** *Redacted* | ▶ 4/5/2022, 9:30 AM

https://www.mcall.com/news/pennsylvania/mc-nws-pa-lehigh-ballot-drop-box-investigation-20220404-wk4ug6j25fgtffuhiwrxnai2ne-story.htmlAttachment Title: 3951D672-30D7-4767-8283-A2E57913AA1F.pluginPayloadAttachmentAttachment Title: BE6F2B15-0E3F-4814-AC59-681FA66A114B.pluginPayloadAttachment

*Attachment: 3951D672-30D7-4767-8283-A2E57913AA1F.pluginPayloadAttachment (2 KB)*

*Attachment: BE6F2B15-0E3F-4814-AC59-681FA66A114B.pluginPayloadAttachment (1 MB)*

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 9:30 AM
Interesting they came up with 7% just as we did

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 9:35 AM
Lastly, we did an interview with Charlie yesterday. He had the same videos from the ad in GA (the ones we talked about) and asked us to review them. He says Salem knows, etc. but didn't want to not tell y'all. It's supposed to air tomorrow.

**DD** — **Dinesh DSouza** Redacted ▶ 4/5/2022, 9:56 AM
This is no problem! But thanks for letting us know

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 10:08 AM
Loved "This is no problem! But thanks for letting us know"

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 10:08 AM
Ok. It's our first big interview so it felt weird.

**DD** — **Debbie D'Souza** Redacted ◀ 4/5/2022, 10:10 AM
Get ready ! Once we have the theatrical / streaming guidelines we will send them your way so you can plug the movie

**DD** — **Debbie D'Souza** Redacted ◀ 4/5/2022, 10:11 AM
We have a call today with our theater guy

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 10:15 AM
Excellent!  Today we are meeting with AZ AG and solicitor general   Tomorrow with FBI.

Lots of pieces are coming together. All good.

**DD** — **Debbie D'Souza** Redacted ◀ 4/5/2022, 10:24 AM
Loved "Excellent!  Today we are meeting with AZ AG and solicitor general   Tomorrow with FBI.

Lots of pieces are coming together. All good."

**DD** — **Debbie D'Souza** Redacted ◀ 4/5/2022, 10:26 AM
Let us know when you receive the backpack - we are in studio recording podcast but I'll check messages

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 10:28 AM
Liked "Let us know when you receive the backpack - we are in studio recording podcast but I'll check messages"

**GP** — **Gregg Phillips** Redacted ▶ 4/5/2022, 10:44 AM
Loved "Let us know when you receive the backpack - we are in studio recording podcast but I'll check messages"

**CE** — **Catherine Engelbrecht** Redacted ▶ 4/5/2022, 11:35 AM
Ok one more thing…. Andrew (Charlie's staffer) also told Heather that in the interview we say that he's a police officer. Note: I explained that the version Andrew saw wasn't finished, shadow and voice filters were being adjusted, we were working to get his emails (with his name redacted) on screen and also the video (that we are still awaiting access to) and that if that comes together she/they will not be on camera as much ….. but, all that aside, I do want to tell her if/how we characterize the informant. Would y'all look at the transcript and let me know how he's introduced. We may need to tweak slightly.  I just don't remember….

**DD** — **Debbie D'Souza** Redacted ◀ 4/5/2022, 11:41 AM
The voice over says he's an officer - what do you want it to say ?

Confidential
DDR-00055836

**DD**  **Debbie D'Souza** Redacted    ◀ 4/5/2022, 11:43 AM

That video that we could put it has to happen this week or we can't put it in. We need to lock the film this week

**CE**  **Catherine Engelbrecht** Redacted    ▶ 4/5/2022, 11:58 AM

Totally understand. We are going crazy trying to get this and the 24-hr reel. The players are so bad. Gregg just said we should have the 24-hr video to you later today (assuming we can sent online) or will FedEx.

Can you tell me exactly how he's described? I'll take the exact words and make sure it's ok w Heather and the cop. I'm sure it will be fine or only slightly tweaky. Clearly we have to call him something ... 🙄

**DD**  **Debbie D'Souza** Redacted    ◀ 4/5/2022, 12:00 PM

Ok - I'm about to drive home from podcast . When I get home I'll look for that

**CE**  **Catherine Engelbrecht** Redacted    ▶ 4/5/2022, 12:02 PM

Liked "Ok - I'm about to drive home from podcast . When I get home I'll look for that "

**DD**  **Debbie D'Souza** Redacted    ◀ 4/5/2022, 1:29 PM

Here's the exact wording on the Voice Over currently :  Dinesh D'Souza VO: 00:58:26: I wondered, were there any Republicans who DID know. Heather Mullens, of Real America's Voice, interviews a GA police officer hired by the National Republican Senatorial Committee.

**DD**  **Debbie D'Souza** Redacted    ◀ 4/5/2022, 1:31 PM

On the video, it would be GREAT to get that video with the officer.  On the time lapse video, we may not be able to use it if it requires graphics… so mainly concentrate on that Cop drop box video because Nathan thinks he can make it look way better if he's able to insert that

**CE**  **Catherine Engelbrecht** Redacted    ▶ 4/5/2022, 1:31 PM

Liked "Here's the exact wording on the Voice Over currently :  Dinesh D'Souza VO: 00:58:26: I wondered, were there any Republicans who DID know. Heather Mullens, of Real America's Voice, interviews a GA police officer hired by the National Republican Senatorial Committee."

**CE**  **Catherine Engelbrecht** Redacted    ▶ 4/5/2022, 1:31 PM

Gimme a sec on the words. Will get right back to you.

**DD**  **Debbie D'Souza** Redacted    ◀ 4/5/2022, 1:32 PM

Liked "Gimme a sec on the words. Will get right back to you. "