# EXHIBIT 30

Message

| | |
|---|---|
| From: | Dinesh D'Souza [REDACTED] |
| on behalf of | Dinesh D'Souza <REDACTED> [REDACTED] |
| Sent: | 3/25/2022 9:17:53 AM |
| To: | Charlie Kirk [REDACTED]; Charlie Kirk [REDACTED] |
| Subject: | Fwd: 2 clips to go with my talk tomorrow |

Charlie: See below. Please text me and confirm you got these and can open them, ok?

Dinesh

---------- Forwarded message ---------
From: **Nathan Frankowski** <REDACTED>
Date: Tue, Mar 22, 2022 at 9:49 AM
Subject: Re: 2 clips
To: Dinesh D'Souza <REDACTED>

How are these?

https://www.dropbox.com/s/yvnrc9u673py0ak/MuleCLIP1.mp4?dl=0

https://www.dropbox.com/s/3i7x9ga026c1do8/MuleCLIP2.mp4?dl=0

On Tue, Mar 22, 2022 at 9:59 AM Dinesh D'Souza <REDACTED> wrote:
Nathan: I'm speaking this coming weekend to a private group of Charlie Kirk donors.

I want to show them a couple of short (2-3 minute) clips from the rough cut.

Can you pull one from the mule interview and another from Gregg and Catherine going over one of the mule videos?

Just email the links to me, ok?

Dinesh

Confidential

DDR-00052769