# EXHIBIT 31

Message

**From:**         Dinesh D'Souza [REDACTED]
on behalf of    Dinesh D'Souza <REDACTED> [REDACTED]
**Sent:**         12/30/2023 2:39:58 PM
**To:**           Dinesh D'Souza [REDACTED]
**Subject:**      CGDD 26
**Attachments:**  Image 12-30-23 at 2.39 PM.jpg

Confidential