# EXHIBIT 32

# Gateway Pundit Video Notice of Electronic Filing

# [Dkt. 246]