# EXHIBIT 32.2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

MARK ANDREWS,

Plaintiff,

v.                                               Case No. 1:22-cv-4259

DINESH D'SOUZA, et al.,

Defendants.

**GET GEORGIA RIGHT PAC'S SUPPLEMENTAL RESPONSES
TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

Get Georgia Right PAC ("Respondent") serves the following supplemental responses to Defendant's Requests for Production of Documents. Respondent's responses are based on currently available information and it reserves the right to amend or supplement its responses.

1. All Documents and Communications related to or mentioning Mark Andrews from July 1, 2021 to present.

   There are no documents within Respondent's possession, custody, or control that are responsive to this request.

2. Documents and Communications sufficient to show how the voter footage in the Get Georgia Right Advertisement was obtained by the Get Georgia Right PAC, including how the footage was provided, who provided the footage, and on what date the footage was provided.

   There are no documents within Respondent's possession, custody, or control that are responsive to this request.

3. All Documents and Communications related to the removal of the Get Georgia Right PAC Advertisement being removed from any website or social media account controlled by the Get Georgia Right PAC, including but not limited to the Get Georgia Right PAC's Rumble account and the Get Georgia Right PAC's website, https://getgeorgiaright.com/.

   There are no documents within Respondent's possession, custody, or control that are responsive to this request.

4. All Documents and Communications anyone affiliated with Invictus Strategies relating to the Get Georgia Right Advertisement or the voter footage contained within the Get Georgia Right Advertisement.

GGR-000001

Respondent has included with these supplemental responses three screenshots of text messages that are responsive to this request. These text messages were exchanged on April 5, 2022, between Tim Beall, who is affiliated with Compliance Consulting, and Robert Cahaly, who is affiliated with Invictus Strategies. The text messages relate to compliance review of the Get Georgia Right PAC Advertisement.

5. All Documents and Communications anyone affiliated with Paperless Campaigns relating to the Get Georgia Right Advertisement or the voter footage contained within the Get Georgia Right Advertisement.

   Respondent has included with these supplemental responses three screenshots of text messages that are responsive to this request. These text messages were exchanged on April 5, 2022, between Tim Beall, who is affiliated with Compliance Consulting, and Robert Cahaly, who is affiliated with Paperless Campaigns. The text messages relate to compliance review of the Get Georgia Right PAC Advertisement.

6. All Documents and Communications anyone affiliated with Compliance Consulting relating to the Get Georgia Right Advertisement or the voter footage contained within the Get Georgia Right Advertisement.

   Respondent has included with these supplemental responses three screenshots of text messages that are responsive to this request. These text messages were exchanged on April 5, 2022, between Tim Beall, who is affiliated with Compliance Consulting, and Robert Cahaly, who is affiliated with Paperless Campaigns. The text messages relate to compliance review of the Get Georgia Right PAC Advertisement.

7. All Documents and Communications anyone affiliated with Rubicon Conservative Consulting relating to the Get Georgia Right Advertisement or the voter footage contained within the Get Georgia Right Advertisement.

   There are no documents within Respondent's possession, custody, or control that are responsive to this request.

8. All Documents and Communications relating to the Charlie Kirk Interview from January 1, 2022 to July 1, 2022, including Documents and Communications in which Get Georgia Right PAC provided voter footage and/or the Get Georgia Right Advertisement to the Charlie Kirk Show that was shown in the Interview.

   There are no documents within Respondent's possession, custody, or control that are responsive to this request.

9. All Documents and Communications relating to the Gateway Pundit Interview from January 1, 2022 to July 1, 2022, including Documents and Communications in which Get Georgia Right PAC provided voter footage and/or the Get Georgia Right Advertisement to the Charlie Kirk Show [sic] that was shown in the Interview.

    There are no documents within Respondent's possession, custody, or control that are responsive to this request.

10. All Documents and Communications relating to the Tucker Carlson Interview from January 1, 2022 to July 1, 2022, including Documents and Communications in which Get Georgia Right PAC provided voter footage and/or the Get Georgia Right Advertisement to the Charlie Kirk Show [sic] that was shown in the Interview.

    There are no documents within Respondent's possession, custody, or control that are responsive to this request.

    Respectfully submitted,

    */s/ Andrew Pardue*
    Andrew Pardue (VSB #95926)
    HOLTZMAN VOGEL BARAN
    TORCHINSKY JOSEFIAK PLLC
    15405 John Marshall Hwy.
    Haymarket, VA 20169
    Telephone: (540) 321-8260
    Email: apardue@holtzmanvogel.com

    *Counsel to Get Georgia Right PAC*