# EXHIBIT 32.3

11:05

  6



Robert ›

Apr 5, 2022 at 1:55 PM

Cool. Sent you first ggr media buy invoice. Please process this today if at all possible. Sorry it late in day but I've been working to get systems in place

Is this for an IE?

iMessage

2:16

  

< 3

Robert >

Is this for anE?

Yes for Governor so different reporting

I have to know:

Candidate name and address and election (primary) and when the ad goes live. So I can report it. I also need to see the ad before it goes live obviously. They know the GA state disclaimers?

It started Sat. It's anti kemp

I'll call you shortly





Her it is. I thought we sent it to you. I need your lady's help with GA rules. We just did TV rules

+    iMessage

GGR-000005

11:05



Robert ›

Apr 5, 2022 at 3:40 PM

Got sidetracked by calls.
I'll pay that 200k tomorrow and
we are working on the
associated filings. I'll also review
the disclaimers. Was there
anything else we needed to go
over?

Yes can we talk

iMessage