# EXHIBIT 33

| | |
|---|---|
| From: | Cole Hughes |
| Sent: | Saturday, April 23, 2022 7:12 PM EDT |
| To: | Allison Pagliughi; Brent Robinson; Chelsea Magee; Kyle Reyes |
| CC: | Catherine Engelbrecht |
| Subject: | Fwd: [Test] 2000 Mules is just the beginning - see new trailer here! |

All - after Trump speaks on TTV and 2000 Mules at tonight's rally, Catherine will be sending this email out with a link for a new trailer.

The blog post on the website should mirror the email: the embedded trailer (Rumble link), the language from the body of the email, and 2000 Mules graphic.

We'll send you the Rumble link once it is loaded/live.

Thanks all. Let us know if you have any questions.

Ch


---------- Forwarded message ---------
From: **Catherine Engelbrecht**
Date: Sat, Apr 23, 2022 at 5:58 PM
Subject: [Test] 2000 Mules is just the beginning - see new trailer here!
To: Friend << Test Last Name (as shown on Voter Registration) >>

View this email in your browser



**SNEAK PEEK | New '2000 Mules' Footage Released**
President Trump Plays Movie Trailer in Exclusive Debut at Ohio Rally





Our movie '2000 Mules' is just the beginning. This marathon effort has many more twists and turns ahead.  We are still hard at w
and I promise you - we will not quit.  If elections are not truly fair, we are not truly free.

For more information about the movie, please go to 2000Mules.co

To help support our continued research efforts, please consider a donation in USD or Bitc

Thank you all for your patience and continued support. Keep the faith. God bless Ameri

Ever onward -

**DONATE to True the Vote | USD/Paypal**

CONFIDENTIAL
TTV_007433



**DONATE to True the Vote | BITCOIN**



Copyright © 2022 True the Vote, All rights reserved.

Our mailing address is:
True the Vote
PO Box 3109
# 19128
Houston, TX 77253-3109

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.