# EXHIBIT 34

# Movie Trailer Video Notice of Electronic Filing

# [Dkt. 246]