**From:** Danielle D'Souza Gill
**Sent:** Sunday, April 24, 2022 7:45 PM EDT
**To:** James Bopp Jr
**CC:** Catherine Engelbrecht; cm███████ lydia███████
**Subject:** Re: Mara Logo dinner

Hi Jim,

We are so happy you are both able to come! You are both all set as far as your details and I have everything I need.

Can't wait to see you both there,
Danielle

On Sun, Apr 24, 2022 at 9:27 AM James Bopp Jr ███████ wrote:
thank you. Jim

In a message dated 4/24/2022 8:59:36 AM US Eastern Standard Time, catherine███████ writes:

Jim - the invitation is attached for your reference

Catherine



## PREMIERE of the film 2000 MULES

WEDNESDAY, MAY 4th, 2022

**5:30PM–7:00PM: RED CARPET and COCKTAILS**
(Mar-a-Lago, Poolside Patio, 1100 S Ocean Blvd, Palm Beach, FL)
- 5:30PM: Doors open and registration begins
  - Hors d'oeuvres and refreshments will be served
  - Attire: Black tie optional

**7:00PM–7:30PM: REMARKS by the 45th PRESIDENT OF THE UNITED STATES, DONALD J. TRUMP**
(Mar-a-Lago, Grand Ballroom, 1100 S Ocean Blvd, Palm Beach, FL)
- 6:30PM: Doors open and seating begins.
  - Seating will be assigned. Please be seated by 7pm.

**7:30PM–9:00PM: MOVIE SCREENING of 2000 MULES**
- Popcorn and refreshments will be served

**9:00PM–9:30PM: Q&A with DINESH D'SOUZA and CATHERINE ENGELBRECHT and GREGG PHILLIPS**

…

- Due to Secret Service clearance requirements, only individuals who confirm directly with Danielle D'Souza Gill may attend the event. Invitation is non-transferrable. You may reach Danielle by phone at ▮ or email at ▮

- Valet parking will be available onsite for guests driving.

- For more information on 2000 Mules, visit our website: 2000mules.com

- Prohibited items include: aerosols, ammunition, animals other than service animals, backpacks, large bags, signs, bicycles, balloons, coolers, drones, explosives, firearms, glass/thermal or metal containers, mace/pepper spray, laser pointers, packages, selfie sticks, structures, supports for signs, toy guns, weapons, any other items determined to be hazardous.

On Sun, Apr 24, 2022 at 7:08 AM James Bopp Jr ▮ wrote:

Danielle, have you sent me the invite yet? I need it in pdf as an attachment to an email. I cannot wait for the mail? Jim

In a message dated 4/23/2022 12:45:04 PM US Eastern Standard Time, catherine████████ writes:

Danielle, would you please send Jim an invitation? He didn't received his.

Jim, all the details are in the invitation, but the high points are - the event is at Mar a Lago on May 4th, with reception starting at 5:30p. Dress is cocktail.

Yes, you'd need reservations, etc. I'll follow up tomorrow to make sure you're all set.

Thanks -
Catherine

On Sat, Apr 23, 2022 at 6:29 AM James Bopp Jr ████████ wrote:
Catherine, that you so much for the invite.. We do need more information, but have not received anything but your phone call.

Also need dress code.

I assume we need to make reservations at the hotel there too.

Thanks for your help with this additional info. Jim

CONFIDENTIAL
TTV_007441