Message

| | |
|---|---|
| **From:** | Liz Astemborski REDACTED |
| **on behalf of** | Liz Astemborski REDACTED REDACTED |
| **Sent:** | 5/10/2022 3:20:05 PM |
| **To:** | Bruce Schooley [REDACTED] |
| **CC:** | REDACTED REDACTED |
| **Subject:** | Re: need an email to go out |

I will send this out!

.

**Liz Astemborski**
*Chief of Staff*
Goel Strategies
www.goelstrategies.com

On Tue, May 10 2022 at 3:10 PM, Bruce Schooley < REDACTED > wrote:
Hi Liz,

The two attached lists are from people who registered to see the virtual premier but did not log in for one reason or another. We need to send the following email to them. Bryce told me to send you and you would know what to do. Something about ACTIVE.

Bruce

*Dear 2000 Mules Virtual Premier Customer,*

*We noticed you purchased a ticket for "2000 Mules" Virtual Premier this past Saturday night, May 7th, but weren't able for whatever reason to make it into the livestream.*

*We want you to have a chance to see this important movie, along with the Q&A that followed. We will be following up this week with another email that will have a link to the full premiere.*

*Dinesh D'Souza*

Confidential