





← **Truth Details**
299 replies



**Dinesh D'Souza** ✓
@DineshDSouza

The official trailer of "2000 Mules" is here. This is the one you've been waiting for. Watch and please share! Then go to 2000Mules.com to get your theater tickets, sign up for the May 7 virtual premiere or pre-order DVDs rumble.com/v1238uc-2000-mules-...



🔗 Rumble.com
2000 Mules Trailer

**3.34k** ReTruths  **5.55k** Likes                                     Apr 23, 2022, 7:24 PM

🔍 Reply          ⇄ **ReTruth**          ♡ Like          ⬆

📑 Oldest ⌄

**The Edge of Right**
@TheEdgeofRight · Apr 23, 2022

Replying to @DineshDSouza
Most Truth Members Are United By Their Trust In God, Love For Family, And Dedication To This Country.
WELCOME TO TRUTH SOCIAL !!!
#TruthSocial #Truth #Welcome

DDR-00005285



**Truth Details**                                                                  Oldest ⌄



💬 2   ↺ 5   ♡ 55   ⬆   ⋯

 **RogueValley**
@RogueValley · Apr 23, 2022

Replying to @DineshDSouza

Thank you for making this film happen, Dinesh ❤️🇺🇸🙌

💬   ↺ 2   ♡ 52   ⬆   ⋯





🔗 Featured Ad                                                                ⓘ

**Brandon** 🟠🟠🟠🟠🟠🟠🟠
@NDpatriot · Apr 23, 2022

Replying to @DineshDSouza
Can't wait to see the whole video  thank you @DineshDSouza for your hard work!

💬    ⇄ 2    ♡ 23    ⬆️    ...

**Pecker**
@Pecker2002 · Apr 23, 2022

Replying to @DineshDSouza
Thanks @DineshDSouza   Definitely interested in seeing this one.

💬    ⇄    ♡ 13    ⬆️    ...

**Frau_AnaS**
@AnaMS · Apr 23, 2022

Replying to @DineshDSouza
Can't hardly wait to watch it! 🤗

💬    ⇄    ♡ 11    ⬆️    ...

**jMinter32**
@jminter32 · Apr 23, 2022

Replying to @DineshDSouza
I'm ready for people to pay for what they did. How can they just all get away with this?

💬 3    ⇄    ♡ 27    ⬆️    ...

**Lucas Rojas**
@lucasrojas727 · Apr 23, 2022

Replying to @DineshDSouza
NEVER LET THEM STEAL ELECTIONS AGAIN!

💬    ⇄    ♡ 17    ⬆️    ...

**Kimberly_jtwn**
@Kimberly_jtwn · Apr 23, 2022

Replying to @DineshDSouza
I plan on sharing again and again. Denial will eventually come to a screeching halt as Truth comes to light. Silent no more!

💬 1    ⇄ 2    ♡ 18    ⬆️    ...

**Pops**
@Pops_TX · Apr 23, 2022

Replying to @DineshDSouza
Looks amazing. Can't wait to see it.

💬    ⇄    ♡ 6    ⬆️    ...

DDR-00005287

**Parzival**
@David_AD · Apr 23, 2022

Replying to @DineshDSouza

WHY ARE YOU CHARGING MONEY?!?!? And why are you withholding this "MATERIAL EVIDENCE" for so long? Isn't that called obstruction of justice? The truth should never be for profit. I will see this movie without handing you one red American cent!! And after 9/3/2022 all records of the election will be destroyed and they will have gotten away with it completely.

🗨 7    ⇄    ♡ 1    ⬆    •••

**Robert**
@trump2k4 · Apr 23, 2022

Replying to @DineshDSouza

Can't wait to see this! Time for America to open its eyes and see the TRUTH. This election was stolen and we the people will not stand for it!!!!

🗨    ⇄ 1    ♡ 10    ⬆    •••

**Jack Russell**
@Krisanderson9780 · Apr 23, 2022

Replying to @DineshDSouza

Can't wait!!

🗨    ⇄    ♡ 5    ⬆    •••

**🇺🇸MAGA Man🇺🇸**
@greglandon · Apr 23, 2022

Replying to @DineshDSouza

Getting my tickets now

🗨    ⇄    ♡ 6    ⬆    •••

**RepublicReclaimed**
@danwhitaker · Apr 23, 2022

Replying to @DineshDSouza

Hold them accountable!  A documentary is great. But until someone presses charges, prosecutes and follows the money

to the top, it's all for not.

#documentarytoendthemoviewearereliving.

◯  ⇄  ♡ 5  ⬆  ...

**Infuriator** 🇺🇸
@infuriator · Apr 23, 2022

Replying to @DineshDSouza

Great work as always Dinesh.    You're a true patriot sir!!!

◯  ⇄  ♡ 9  ⬆  ...

**Ken Gonzalez**
@KenGonzalez · Apr 23, 2022

Replying to @DineshDSouza

In tonight's speech by Trump in Ohio when he brought up 2000 Mules he saw two news cameras turn off so couldn't show it live. The msm is beyond shameful

◯  ⇄ 5  ♡ 23  ⬆  ...

**no**
@lumedog · Apr 23, 2022

Replying to @DineshDSouza

Massive voter fraud!  Unbelievable in front of your face treason!

◯  ⇄ 1  ♡ 6  ⬆  ...

**Ross Camburn** ✅ **BreakKingCards**
@BreakKingCards · Apr 23, 2022

Replying to @DineshDSouza

Thanks @DineshDSouza! Can't wait to see them try to spin this! You're saving America!

◯  ⇄  ♡ 3  ⬆  ...

**RQ180**
@rq180 · Apr 23, 2022

DDR-00005289

@rq100 · Apr 23, 2022

Replying to @DineshDSouza

My question is what happens next , when will anyone be held accountable ? Anyone ?

Q    ⇄    ♡ 4    ⬆    •••



**USNavyvet52** 🇺🇸 ⚓ 🟠
@USNavyvet52 · Apr 23, 2022

Replying to @DineshDSouza

Here's the possible way Marxist Democrats will try to steal the midterm's like they did in November 2020 as listed below.!!



Q    ⇄ 5    ♡ 6    ⬆    •••



**Johnathan Shaw**
@Subsguy · Apr 23, 2022

Replying to @DineshDSouza

I will be watching this movie.  As a former Georgia voter, i watched the election get stolen twice.  The corrupt RINO gov and SECSTATE totally failed to protect my vote and then we find out they both had links to Dominion.

The most frustrating things is not that people don't accept that the election was stolen.  That is my opinion.  What bothers me is no one wants to, at least, investigate the irregularities.

Q    ⇄ 2    ♡ 10    ⬆    •••

**BalancedTruth** 🇺🇸
@balancedtruth · Apr 23, 2022

Replying to @DineshDSouza

Hey @DineshDSouza I propose you extend complimentary free pass to the premier of "2000mules" for all of our 50 lawmakers in Congress and the heads of every MSN studios...

💬 1    🔁 2    ♡ 10    ⬆️    ...


Katie 🇺🇸 Rebel MAGAdonian ❤️✨
@KatieS · Apr 23, 2022

Replying to @DineshDSouza
God bless you, @DineshDSouza.

💬    🔁    ♡ 2    ⬆️    ...


@LOVE MY FREEDOM-MAFA🇺🇸
@martapatriot · Apr 23, 2022

Replying to @DineshDSouza
Shared the 2000 Mules trailer Mr. D'Souza. Thank you for your hard work and best of luck🇺🇸. America thanks you!!!!

💬    🔁    ♡ 4    ⬆️    ...


USAGIRL45
@USAGirl22 · Apr 23, 2022

Replying to @DineshDSouza
Advertising is the key. It's never good enough.

💬    🔁    ♡    ⬆️    ...


🏆EyeOfTheStorm🏆
@FLPatriot1972 · Apr 23, 2022

Replying to @DineshDSouza
Bought my tickets yesterday! Can't wait to see it!!

💬    🔁    ♡ 2    ⬆️    ...


Juan Julio
@juanjulio · Apr 23, 2022

DDR-00005291



Replying to @DineshDSouza



DDR-00005292



🗨 ⇄ ♡ 2 ⬆ …



**Little Joe**
@lovinfreedom · Apr 23, 2022

Replying to @DineshDSouza

Wow! I've always said, 81 million people didn't vote for this IDIOT!!
Let's go Brandon!!!!

🗨 ⇄ ♡ 3 ⬆ …



**TruthJesus**
@TruthJesusUS · Apr 23, 2022

Replying to @DineshDSouza

Repost & Reply!
thecalloftoday.com/fauci-issue...

    🔗 The Call of Today
                         Fauci Issues Warning To Vaccinated People - The Call of Today

🗨 ⇄ ♡ ⬆ …



**Caryn**
@carynyoung · Apr 23, 2022

Replying to @DineshDSouza

Total game changer! 💣 💣 💥

🗨 ⇄ ♡ 1 ⬆ …

**Juan Julio**

DDR-00005293

 @juanjulio · Apr 23, 2022

Replying to @DineshDSouza



   4  

 **Michelle S**
@michellesulli22 · Apr 23, 2022

Replying to @DineshDSouza
I can't wait but I pray for Dinesh's safety. These people are cruel and evil.

  1  6  

 **Gerontological Patriot**
@jfkjrjr · Apr 23, 2022

Replying to @DineshDSouza
Real video



DDR-00005294



00:23

Q  ⇄ 1  ♡  ⬆  ⋯



**Dan Daly**
@Dpatriot77 · Apr 23, 2022

Replying to @DineshDSouza
Steady using Facebook to promote TRUTH 🤣🤣

Q  ⇄  ♡ 1  ⬆  ⋯



**Shawn Umbel**
@ShawnRobert · Apr 23, 2022

Replying to @DineshDSouza
Cant wait to see this! Just bought our virtual ticket. This shall be interesting

Q  ⇄  ♡ 2  ⬆  ⋯



**TripleL322**
@TripleL322 · Apr 23, 2022

Replying to @DineshDSouza
Can't wait for release! Thank you for all you do for America!

Q  ⇄  ♡ 3  ⬆  ⋯

DDR-00005295



**sayinitstraight**
@tamij · Apr 23, 2022

Replying to @DineshDSouza
Looking forward to it!!

💬    🔁    ♡ 1    ⬆    ⋯



**Gregory Barbeau**
@BeauGod · Apr 23, 2022

Replying to @DineshDSouza
Dinesh. Love your movies. But you are beginning to sound like a salesman. This is what we're weary of. Sorry man. Just some advice.

💬    🔁    ♡ 1    ⬆    ⋯

  Lisa
@TruthSeeker_NC · Apr 23, 2022

Replying to @DineshDSouza
#bestpresidentever45



DDR-00005296



2016 | FLASHBACK FRIDAY!

01:00

💬    ⇄ 1    ♡ 5    ↑    •••

 **Cindy Garratt**
@1culmom · Apr 23, 2022

Replying to @DineshDSouza
I'll be watchin it!

💬    ⇄    ♡ 1    ↑    •••

 👩‍⚖️**Lawyer turned Farm Girl**🐑
@Collabor8 · Apr 23, 2022

Replying to @DineshDSouza
Conservatives need to host viewing parties.

💬    ⇄    ♡ 1    ↑    •••

 **Trish**
@Trish56 · Apr 23, 2022

Replying to @DineshDSouza
This makes me so ANGRY!
To GITMO they should ALL go!
❤️🙏❤️🇺🇸❤️🙏❤️

💬    ⇄    ♡ 1    ↑    •••



PROUDLY DISPLAY YOUR
AMERICAN SPIRIT

DDR-00005297



LIMITED TIME OFFER

🛒 GET YOUR FLAG NOW!

🔗 Featured Ad                                                                                    ⓘ



**PatriotD**
@FreedomD · Apr 23, 2022

Replying to @DineshDSouza

Can't wait to see it!

💬   ⇄   ♡ 1   ⬆   …



**Carolinagurl68**
@RealCarolinaGurl · Apr 23, 2022

Replying to @DineshDSouza

Cannot wait Dinesh! All my suspicions confirmed!

💬   ⇄   ♡ 1   ⬆   …



**Jane Biunno**
@Patriotic_American1 · Apr 23, 2022

Replying to @DineshDSouza

This is the movie that our president Donald J Trump spoke of tonight at the Ohio rally that he wants the world to see because it's about prohibiting him from becoming our president in 2020🗳️

💬   ⇄ 6   ♡ 9   ⬆   …



**Jake S 🇺🇸 #IstandwithTrump 🇺🇸**
@GraniteMan1776 · Apr 23, 2022

Replying to @DineshDSouza

The Covid 19 measures were a vehicle for increased election fraud to steal the 2020 elections in order to steal many positions of power and authority to ensure implementation of globalist/Marxist/techno-humanist (God-less) agendas. Key thing is to stop complying and honor rightful and righteous leaders like Trump

1. SCOPE:  The Covid-19 virus, vaccine, and numerous actions in response to the virus by federal, state, and local branches of government raise seriously grave concerns that deeply affect me personally, spiritually, mentally, emotionally, and physically. More specifically, the recent DoD mandate attempting to force compliance is a grave abuse as defined from a biblical, constitutional, and judicial standpoint. Within the Supreme Court and lower courts, this abuse is a direct threat to personal freedoms, on many levels, and has ultimately led to my decision to pursue an exemption.

He advised Liberty Counsel's Religious Beliefs Legal brief that "Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against its employees on the basis of their sincerely held religious beliefs. See 42 U.S.C. §2000e-2(a) ("It shall be an unlawful employment practice for an employer . . . to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment because of such individual's race, color, religion, sex, or national origin"

Liberty Counsel concludes that "Employers cannot compel compliance with a mandatory COVID-19 vaccination policy against their sincerely held religious beliefs without providing reasonable accommodation. Based on history, there are no conceivable circumstances under which employees—which for months provided reasonable accommodations to employees—cannot now do the same. It is unlawful for an employer to deny or interfere with any employee's request for religious accommodation because other religious adherents have different beliefs." I firmly hold to my beliefs and the only accommodation I will accept are naturally derived, well established, and/or faith focused therapeutic modalities, after thoughtful and deliberate discernment.

am ready to unjustly suffer the costs of this memorandum and stand on the words from Joshua 24: 15 and  Philippians 1: 20 – 21 respectively; "But if you refuse to serve to serve the LORD, then choose today whom you will serve. Would you prefer the gods your ancestors served beyond the Euphrates? Or will it be the gods of the Amorites in whose land you now live? But as for me and my family, we will serve the LORD", and "My eager expectation and hope is that I will not be ashamed about anything, but that now as always, with all courage, Christ will be highly honored in my body, whether by life or by death. For me, to live is Christ and to die is gain". As informed by Liberty Counsel "QUESTIONING THE ORTHODOXY OF SINCERELY HELD RELIGIOUS BELIEFS OR REQUIRING A CLERGY, PLACE OF WORSHIP, OR A THIRD PARTY TO AGREE WITH OR AFFIRM SUCH RELIGIOUS BELIEFS IS UNLAWFUL."

DDR-00005298

2. SPIRITUAL/RELIGIOUS EXEMPTION:

a.  As a (1) co-heir, (2) royal priest, (3) brother of, and (4) part of the body of Jesus Christ I cannot in good conscience ever allow myself to accept willingly or consciously participate with this particular vaccine or any other abuses related to the nature of, motive, and execution of actions related to COVID-19. The litmus test for me, spiritually, regarding the motive and intent of any action, that is derived from

Enclosures:
1) Psalm 91.
2) Pastoral letter
3) Liberty Counsel guidance
4) Alliance defending freedom guidance
5) Attorney general memorandum 171006
6) Congressional letter to SECDEF
7) Religious Accommodation Exemption for Immunizations Questionnaire

...cell lines. There is no question about the accuracy of this determination. The North Dakota Department of Health, in its handout literature for those considering one of the COVID-19 vaccines, notes the following: "The non-replicating viral vector vaccine produced by Johnson & Johnson did require the use of fetal cell cultures, specifically PER.C6, in order to produce and manufacture the vaccine." N.D. Health, COVID-19 Vaccines & Fetal Cell Lines (Apr. 20, 2021), https://www.health.nd.gov/sites/www/files/documents/COVID20Vaccine20Page/COVID-19_Vaccine_Fetal_Cell_Handout.pdf (emphasis added) (last visited Aug. 27, 2021). The Louisiana Department of Health likewise confirms that the Johnson & Johnson COVID-19 vaccine used the PER.C6 fetal cell line, which "is a retinal cell line that was isolated from a terminated fetus in 1985." La. Dep't of Public Health, You Have Questions, We Have Answers: COVID-19 Vaccine FAQ (Dec. 21, 2020), https://ldh.la.gov/assets/oph/Center/PHCH/Center-PHImmunizations/You_Have_Qs_COVID-19_Vaccine_FAQ.pdf (emphasis added) (last visited Aug. 27, 2021). The same is true of the Moderna and Pfizer-BioNTech mRNA vaccines. The Louisiana Department of Health's publications again confirm that aborted fetal cells lines were used in the "proof of concept" phase of the development of their COVID-19 mRNA vaccines. See La. Dep't of Public Health, supra. The North Dakota Department of Health likewise confirms: "Early in the development of mRNA vaccine technology, fetal cells were used for 'proof of

will not comply. I object to anyone who has a personal interest in research, testing, production, distribution, and the various control methods of its oversight to the public and private interests that are attempting to violate personal medical decisions. I

...concept' (to demonstrate how a cell could take up mRNA and produce the SARS-CoV-2 spike protein) or to characterize the SARS-CoV-2 spike protein." N.D. Health, supra (emphasis added). Thus, because all three of the currently available COVID-19 vaccines are developed and produced from, tested with, researched on, or otherwise connected with the aborted fetal cell lines HEK-293 and PER.C6, many employees' sincerely held religious beliefs compel them to abstain from accepting or injecting any of these products into their bodies, regardless of the perceived benefits or rationales. Thus, while there may be some faith leaders and other adherents whose understanding of Scripture is different, and who may be willing to accept one of the three currently available COVID-19 vaccines despite their connection with aborted fetal cell lines, any United employee is entitled to interpret the Scriptural command against murder differently, which many indisputably do'" Spiritually speaking I rely

cannot agree with or accept any of the guidance concerning the virus itself, the origin of, the handling of, the implementation of, and control methods of any who would agree with the federal response in favor of mandatory vaccination implementation of the virus/vaccine, nor do I accept the authority of any who would generate this mandate as outlined in sections 1 and 2 of this memorandum.

4. UNCONVENTIONAL WARFARE AND AUTHORITY

a.  I do not recognize the authority of those who have been occupying seats of power to implement such mandates and impose on personal liberties as outlined in the Bible, U.S. Constitution, The Bill of Rights, U.S Code, UCMJ (primarily UCMJ codes 106 and 107). There are ongoing litigations and seriously grave damages and concerns to national security witnessed prior to, during, and after the U.S. Presidential Elections that require me as a Non-Commissioned Officer in the United States Military to adhere to my oath to defend the Constitution from enemies both foreign and domestic. All such occupations are subject to UCMJ Code 106 and 107.

b.  All actions prior to, in conjunction with, and continued now regarding the 2020 Presidential Elections (which were rife with fraud and the outcome of which is still being contested), actions surrounding the covid-19 virus and vaccines, actions that have sought to limit or dissolve U.S. Persons rights and freedoms through law warfare, economic warfare, and social warfare against the citizens of the United States. Blatantly false statements recently made, regarding the atrocities occurring in Afghanistan, have also built up a lack of trust. I question the loyalty to the U.S. Constitution of those who are attempting to force compliance.

c.  These are well developed actions seen in historical covert, clandestine, and eventual actions that result in overt warfare. I cannot and will not concede to this warfare and will respond to the fullest I am capable against all enemies foreign and domestic.

---



**Reggie**
@ReggieRulz · Apr 23, 2022

Replying to @DineshDSouza

Must see!  Make America Great Again!

♡ 2



**LVATrain**
@LVATrain · Apr 23, 2022

Replying to @DineshDSouza

Absolutely can't wait to see this we will definitely be at the May 4 showing in Las Vegas it can't get here fast enough

♡ 1



**Alicia**
@Patriotgurl100 · Apr 23, 2022

Replying to @DineshDSouza

DEFINITELY going to see this! His movie on Clinton was fantastic.

♡ 3

DDR-00005299

**Steve Krause**
@stevekrause · Apr 23, 2022

Replying to @DineshDSouza
How can anyone ignore this blatant crime? Lock them all up!

 💬  ⇄  ♡ 1  ⬆️  ⋯

**el gatito**
@elgatito · Apr 23, 2022

Replying to @DineshDSouza
Looks like a great film I could even convince some of my more skeptical friends to go see! We must secure our elections! 2020 was stolen from us

 💬  ⇄  ♡ 3  ⬆️  ⋯

**LindiBiachi**
@LindiBiachi · Apr 23, 2022

Replying to @DineshDSouza
Got my tickets- Jax

 💬  ⇄  ♡ 1  ⬆️  ⋯

**Devaney**
@ifnotyou · Apr 23, 2022

Replying to @DineshDSouza
Share everyone we are our own media now.

 💬  ⇄  ♡ 1  ⬆️  ⋯

**LHoli17**
@LeanneHoli · Apr 23, 2022

Replying to @DineshDSouza
Looking forward to the exposure of the criminals. Truth always come to light eventually

 💬  ⇄  ♡ 4  ⬆️  ⋯

**Rita Bond**
@MHRBond · Apr 23, 2022

Replying to @DineshDSouza

DDR-00005300

Waiting patiently

**Karen Sue M**
@ironmom98 · Apr 23, 2022

Replying to @DineshDSouza
Got my tickets last night! Michigan

**HyJ3nnyist**
@J3nnyB · Apr 23, 2022

Replying to @DineshDSouza
It looks like May 8.

**RadDad**
@TheDanielV · Apr 23, 2022

Replying to @DineshDSouza
I hope this video enlightens people and creates greater awareness. I continue to be concerned that even with this evidence things may not change and smaller versions of this criminal activity may recur in 2022 & 2024. Stay vigilant.

**CaSheepdog**
@CaSheepdog · Apr 23, 2022

Replying to @DineshDSouza
If @DineshDSouza and his team can use open source geotracking to compile this...

Why can't the FBI do the same to find the J5 Bomber!?

**Ultra1776_z** 🇺🇸🙏🇺🇸

DDR-00005301

@_zerbgirl · Apr 23, 2022

Replying to @DineshDSouza
Wow. The Trailer shows how well done and serious this is. Thank you for sharing.

○   ⇄   ♡ 2   ↑   ...

**Susan DelBello**
@SusanDelBello · Apr 23, 2022

Replying to @DineshDSouza
Never give up, never give in NEVER SURRENDER! This is OUR Country.

○   ⇄   ♡ 2   ↑   ...

**HeyCarrieAnn**
@HeyCarrieAnn · Apr 23, 2022

Replying to @DineshDSouza
This is a must watch event...

○   ⇄   ♡ 2   ↑   ...

**Angela5280FI**
@angelafl5280 · Apr 23, 2022

Replying to @DineshDSouza
Looks great! Thank you for all your and others hard work on giving the people factual information. Let's fix 2020!

○   ⇄   ♡ 2   ↑   ...

**Carri C**
@carri_C · Apr 23, 2022

Replying to @DineshDSouza
Looking forward to it!

○   ⇄   ♡ 1   ↑   ...

**Cajun Grandma 007**
@Cajungrandma007 · Apr 23, 2022

DDR-00005302

@sajangrahamasor · Apr 23, 2022

Replying to @DineshDSouza
Can't share. Says file not found



**Katie**
@kmilesley · Apr 23, 2022

Replying to @DineshDSouza
Dinesh, I cannot wait to view this. Thank you, thank you, thank you, for exposing the truth! We owe you a debt of gratitude. 🔥🙏

♡ 1



**TJ**
@ActionJackson2404 · Apr 23, 2022

Replying to @DineshDSouza
I'm excited for this, but will any justice finally be served? The Dems seem to get away with everything.

♡ 2



**Brian Drummond**
@RCH3 · Apr 23, 2022

Replying to @DineshDSouza
Can't wait

♡ 1



**@Jatriot**
@JATRIOT · Apr 23, 2022

Replying to @DineshDSouza
Will we be able to rewatch the virtual viewing with an access code? I've ordered the DVD and the premier viewing; however, we have a prior engagement for 5/7. 🔲

♡ 2

DDR-00005303



**Juls**
@JulsC44 · Apr 23, 2022

Replying to @DineshDSouza

I watched Trump Card and if this is anything like that - which I do not doubt - you're thorough - and this will hopefully open more eyes to what I already know - I lost my job weeks before the election and couldn't sleep and at 1:30 EST the 5 states that stopped counting are the ones where there was heavy fraud - I watched the count switch maybe an illusion but trumps count went down bidens up - I can't prove what I saw - but Biden slipped up and told us it was fraud he said it 🙄

💬    ⇄ 1    ♡ 2    ⬆    ...



**Fed Up in Brooklyn New York**
@DianaDA · Apr 23, 2022

Replying to @DineshDSouza

Thank you for this but how as a nation can we ever move forward without accountability?

💬    ⇄    ♡ 1    ⬆    ...

**Kimberly**
@Kimberly5050 · Apr 23, 2022

Replying to @DineshDSouza

Just bought my virtual ticket. Can't wait to see the movie on 5/7.

💬    ⇄    ♡ 1    ⬆    ...



**AndraOC**
@androconn · Apr 23, 2022

Replying to @DineshDSouza

Got my tickets!

💬    ⇄    ♡ 1    ⬆    ...



**Kelly**
@oldcarguy2022 · Apr 23, 2022

Replying to @DineshDSouza

Have to watch this

💬    ⇄    ♡ 1    ⬆    ...

**Ryanb875 Stand with GOD!!**
@ryanb875 · Apr 23, 2022

Replying to @DineshDSouza

What do you expect from a bunch of cheaters... only way the old demented fart in the WH got '81 million votes' was to load up the ballot boxes with bogus votes. Trump was about to pounce these fools if they didn't... FJB

💬    ⇄    ♡ 1    ⬆    ...



**twisted wombat**
@twistedwombat · Apr 23, 2022

Replying to @chuchugee and @DineshDSouza

@chuchugee

💬    ⇄    ♡    ⬆    ...

DDR-00005304

**TheRick**
@TheRick91080 · Apr 23, 2022

Replying to @DineshDSouza
The real President mad multiple mentions of 2000 Mules today in OH!

♡ 2

**Finley Dog**
@FinleyDog · Apr 23, 2022

Replying to @DineshDSouza
So excited Just got my ticket! Can't share on Getter

♡ 1

**Life is better in Tennesse!!**
@MarMarWaWa · Apr 23, 2022

Replying to @DineshDSouza
Can't wait!!!

♡ 1

**Josh Bidenisapedokidsniffer**
@Bidenisapedokidsniffer · Apr 23, 2022

Replying to @DineshDSouza
I can't wait to watch this.

♡ 1

**Belnome for Congress**
@chairmanbelnome · Apr 23, 2022

Replying to @DineshDSouza
I watched it at the Trump rally

♡ 1

 **Rosa Bitussi**
@rosab2c · Apr 23, 2022

Replying to @DineshDSouza
Done! May 4th in Cumming, GA!



🔗 Featured Ad                                                                      ⓘ

 **Jodey Magadonian #TrumpWon**🧡
@JodeyGrovenburg · Apr 23, 2022

Replying to @DineshDSouza
Thank you Dinesh! You are a true patriot.🫡

 **Henry Porter**
@henryporter7777 · Apr 23, 2022

Replying to @DineshDSouza
Trump Won.🇺🇸🇺🇸🇺🇸
Fraud Vitiates Everything.
Determinate.
Magnificent Landslide.

## STEAL THE ELECTION:
## STEAL THE COUNTRY.

DDR-00005306



Q    ⇄ 2    ♡ 2    ⬆    ...



**echauff** 💎 🇺🇸
@echauff · Apr 23, 2022

Replying to @DineshDSouza

Bought my tickets on Friday - 17 of my friends are going...let's get the word out. 🍿



Q    ⇄    ♡ 1    ⬆    ...



**Fayze**
@Fayze · Apr 23, 2022

Replying to @DineshDSouza

I'll be able to watch it on my bd. 😊



Q    ⇄    ♡ 1    ⬆    ...



**Nestor Delgado**
@nestor718 · Apr 23, 2022

Replying to @DineshDSouza

Dinesh, True The Vote thank you so much for this. I hope the left doesn't block this, I'm sure they're trying. This ballot traffickers are truly frightening and disgusting. All lies will be revealed 🇺🇸



Q    ⇄    ♡ 1    ⬆    ...

DDR-00005307



**Arash.Hipro**
@arashipro · Apr 23, 2022

Replying to @DineshDSouza
BRING TRUMP BACK

💬    ⇄    ♡ 1    ⬆    ⋯



**SassyPatriot13**
@sassypatriot13 · Apr 23, 2022

Replying to @DineshDSouza
Can't freaking wait! Thank you for all you do @DineshDSouza . You are a gift to this country! Much love to you and your family.

💬    ⇄    ♡ 1    ⬆    ⋯



**SuzeQ**
@suzeqfit · Apr 23, 2022

Replying to @DineshDSouza
Why would you need to make money on this?

💬 1    ⇄    ♡    ⬆    ⋯



**TreeguyMAGA**
@Treeguy09 · Apr 23, 2022

Replying to @DineshDSouza
#DarkToLight #SlavesNoMore 🇺🇸 👍

💬    ⇄    ♡ 1    ⬆    ⋯



**Michfl**
@Michfl · Apr 23, 2022

Replying to @DineshDSouza
Thank you Dinesh. 🙏❤️🇺🇸

💬    ⇄    ♡ 1    ⬆    ⋯

DDR-00005308



**Stephanie Novak**
@PSTMNovak1 · Apr 23, 2022

Replying to @DineshDSouza
Just got our tickets. Looking forward to it!

💬   ⇄   ♡ 1   ⬆   …



**Jen Beebe**
@jenbeebe · Apr 23, 2022

Replying to @DineshDSouza
Cannot wait! Thank you Dinesh!

💬   ⇄   ♡ 1   ⬆   …



**OhioDad**
@ohiodad · Apr 23, 2022

Replying to @DineshDSouza
Thanks Dinesh for sharing  the Truth!

💬   ⇄   ♡ 1   ⬆   …



**jesstorr**
@jess_torr · Apr 23, 2022

Replying to @DineshDSouza
Can't wait

💬   ⇄   ♡ 1   ⬆   …

**Mike Hanson**
@mah2022 · Apr 23, 2022

Replying to @DineshDSouza
I got my ticket

What's the DONKEY          MAH2022 is



DDR-00005310

I'm tired of hearing this.  No one does anything to correct this.  So what is the point?

**Claire @tinselfilms**
@clairewee · Apr 23, 2022

Replying to @DineshDSouza
Totally stoked. Hope everyone sees it . Coming up with a film on the plandemic . If you'd like a sneak peak let me know .#covidiots

♡ 1

**CutTheStrings**
@Cut_The_Strings · Apr 23, 2022

Replying to @DineshDSouza
Watch it shot the proof to normies. Down with the cabal!

♡ 1

**kdehaas**
@kdehaas · Apr 23, 2022

Replying to @DineshDSouza
Is this the only way to watch it? I'll be working Saturday night. Are you going to release it online after that??

♡ 1

**Deplorable Kurt**
@MNKurtR · Apr 23, 2022

Replying to @DineshDSouza
Ordered mine today

♡ 1



**Lposmack**
@lposmack · Apr 23, 2022

Replying to @DineshDSouza

DDR-00005311

Looking forward to justice

Q  ⇄  ♡ 1  ⬆  •••



**Without Prejudice**
@JayBobZ · Apr 23, 2022

Replying to @DineshDSouza
Thank you for this! 🇺🇸

Q  ⇄  ♡ 1  ⬆  •••



**Pops a Lot 🚩🇺🇸🇲🇽🍀@tuba1966**
@popsmiller48 · Apr 23, 2022

Replying to @DineshDSouza
Got our tickets for May 2 show in Webster Tx.

Q  ⇄  ♡ 2  ⬆  •••



barracuda
@Pabas · Apr 23, 2022

Replying to @DineshDSouza
Got my tickets ready to have fun watching woke faces

Q  ⇄  ♡ 1  ⬆  •••



**Ron Kato Phelps**
@ronkatophelps · Apr 23, 2022

Replying to @DineshDSouza
How about a link for the dvd?

Q  ⇄  ♡ 1  ⬆  •••



Cornwallcooper
@Cornwallcooper · Apr 23, 2022

Replying to @DineshDSouza
emeralddb3.substack.com/p/fox-...



> 🔗 emeralddb3.substack.com
> **Fox News Is Garbage!**
> Watch now (4 min) | The grifters at Fox News suddenly discover election fraud 16 months too late!

Q 1  ⇄ 2  ♡ 3  ⬆  •••



**Beau Knight**
@Ken_Knight · Apr 23, 2022

Replying to @DineshDSouza
We have tickets

Q  ⇄  ♡ 1  ⬆  •••

DDR-00005312

**Zoe Ileana**
@zoeileana · Apr 23, 2022

Replying to @DineshDSouza
Didn't work

**easy rider**
@yardmaster9 · Apr 23, 2022

Replying to @DineshDSouza
Love Dinesh. He's a fighter

**Marcus Wyant**
@OathHoard · Apr 23, 2022

Replying to @DineshDSouza
We have to make the GOP submit and get rid of RINOS Graham, McConnell, Crenshaw, Cheney, and all the rest.  Enough already!  The GOP must admit the fraud during the 2020 election was the most significant in history.

**Sean**
@sclinchy · Apr 23, 2022

Replying to @DineshDSouza
I've worked as a volunteer on elections in Virginia. What is being proposed in this clip is absolute nonsense.  There is no way this would actually work. Complete BS.

**Redpilled2012**
@Redpilled2012 · Apr 23, 2022

Replying to @DineshDSouza
God Bless you Sir.

DDR-00005313



**beachlover58**
@beachlover58 · Apr 23, 2022

Replying to @DineshDSouza
Can't wait to see it!

◯  ⇄  ♡ 1  ⬆  ⋯



**dlandmine**
@DLANDMINE2 · Apr 23, 2022

Replying to @DineshDSouza
Bought tickets!

◯  ⇄  ♡ 1  ⬆  ⋯



**BK Whittenburg**
@BarbaraKWhittenburg · Apr 23, 2022

Replying to @DineshDSouza
I would like to see it.

◯  ⇄  ♡ 1  ⬆  ⋯



**St. Hubertus Outdoors**
@sthubertusoutdoors · Apr 23, 2022

Replying to @DineshDSouza
Looks like another great film from @DineshDSouza !

◯  ⇄  ♡ 1  ⬆  ⋯

**let's go Brandon 2024**
@Austin4president · Apr 23, 2022

Replying to @DineshDSouza
A must see

◯  ⇄  ♡ 1  ⬆  ⋯

DDR-00005314



**RCKNRLLCWBY**
@RCKNRLLCWBY · Apr 23, 2022

Replying to @DineshDSouza

Thank you Dinesh for getting to the truth and sharing it with the world.  You are a true Patriot!  It's time WE take OUR Country back!!

 ⌯  ⇄  ♡ 1  ⬆  ⋯



**MsStevieK**
@MsStevieK · Apr 23, 2022

Replying to @DineshDSouza

Here's the issue No one has touched on.
We have NO choice.
2020 must be fixed ASAP!
Or there is no 2022 and for sure no 2024!
This is the only way.

 ⌯  ⇄  ♡ 1  ⬆  ⋯

**Slader**
@Slader1987 · Apr 23, 2022

Replying to @DineshDSouza

I have my tickets!

 ⌯  ⇄  ♡ 1  ⬆  ⋯



PROUDLY DISPLAY YOUR
AMERICAN SPIRIT

LIMITED TIME OFFER

🛒 GET YOUR FLAG NOW!

🔗 Featured Ad                                                    ⓘ



**Smiling Eva A**
@SmilingEvaA · Apr 23, 2022

Replying to @DineshDSouza

Website (2000Mules)stays at 100% loaded and glitching!  Third time I tried it.

DDR-00005315

Q 1    ⇄    ♡    ⬆    ···



**J. Aaron Stanley, Composer**
@jaaronstanley · Apr 23, 2022

Replying to @DineshDSouza

It's gonna be epic! Can't wait to see all those swamp rats scrambling to escape the increasing number of whirlpools as the swamp gets drained.

Q    ⇄    ♡ 1    ⬆    ···



**Dody**
@DDSmith1108 · Apr 23, 2022

Replying to @DineshDSouza

Sickening that they were able to get away with this

Q    ⇄    ♡ 1    ⬆    ···



**Linda Constant**
@LindaAnnC · Apr 23, 2022

Replying to @DineshDSouza

When can I watch it for free?

Q    ⇄    ♡    ⬆    ···



**the fin** 🔝🇺🇸
@thefin · Apr 23, 2022

Replying to @DineshDSouza

Well, the only trailer I want to see is the only one that matters. When America does the right thing and puts our President back in his rightful office.....until then, our freedoms are so demolished there's none left.

Q    ⇄ 3    ♡ 5    ⬆    ···



**PROUDAMERICAN1978**
@PROUDAMERICAN1978 · Apr 23, 2022

Replying to @DineshDSouza

Can't wait to see this film!! Hopefully these criminals, start getting arrested soon.

Q    ⇄    ♡ 1    ⬆    ···



**🏴‍☠️🎖️ Digital Warrior 🎖️🏴‍☠️**
@kellysirois · Apr 23, 2022

Replying to @DineshDSouza

We have tickets! #2000Mules

Q    ⇄    ♡ 3    ⬆    ···

DDR-00005316



**Donna Tegnell**
@donnarific · Apr 23, 2022

Replying to @DineshDSouza
Thank you, @DineshDSouza ! Your films never disappoint, and the preview of 2000 mules is going to be your best yet!

💬  ⇄  ♡ 1  ⬆  …

**FreedomPatriot23**
@FreedomPatriot23 · Apr 23, 2022

Replying to @DineshDSouza
Will you have a digital download?

💬  ⇄  ♡ 1  ⬆  …

**StandForFacts**
@ljnll · Apr 23, 2022

Replying to @DineshDSouza
Preordered it

💬  ⇄  ♡ 1  ⬆  …

**TruthJesus**
@TruthJesusUS · Apr 23, 2022

Replying to @DineshDSouza
ReTruth & Reply!
thecalloftoday.com/fauci-issue...


🔗 The Call of Today
    Fauci Issues Warning To Vaccinated People - The Call of Today

💬  ⇄ 3  ♡ 1  ⬆  …

**Curley Sue** 🇺🇸
@Ardentpatroit · Apr 23, 2022

Replying to @DineshDSouza
WE ARE READY FOR PRESIDENT TRUMP TO COME BACK!!! I don't need anymore evidence!  We watched the live coup on 11-3-2020!!  Let's go MILITARY!!  ❤️🇺🇸❤️🇺🇸

💬  ⇄  ♡ 3  ⬆  …

**Matrix Slayer**

DDR-00005317

 @MatrixLife · Apr 23, 2022

Replying to @DineshDSouza

I will have to take a Valium or drink a couple shots before watching 2000 Mules. The truth is sometimes that repulsive but necessary. Gotta go through to get to. #meantweets2024

 **DarrenCornerstone**
@DarrenCornerstone · Apr 23, 2022

Replying to @DineshDSouza
Already got tix to 5/4 in Webster

 **Munifex** 🪧🇺🇸
@marcelc · Apr 23, 2022

Replying to @DineshDSouza
Thanks for making this movie!

 **TXKITKAT**
@TXKITKAT · Apr 23, 2022

Replying to @DineshDSouza
A must watch - trailer is riveting!

🔁1  ♡3

 **SuzeeV53**
@SuzeeV53 · Apr 23, 2022

Replying to @DineshDSouza
Got tickets today in Reno NV!!!!Washoe County NV Patriots, led by Robert Beadles, are exposing the fraud & rooting out the corrupt -illegally elected - cty commishes & school board frauds.  RobertBeadles is leading us through this battle! Operationsunlight.com.

🔁1  ♡1

DDR-00005318



**Remdesivir Kills**
@Remdesivir · Apr 23, 2022

Replying to @DineshDSouza
Remdesivir kills. Refuse Remdesivir.



**Ginger ULTRA MAGA Patriot**
@Smilzdr · Apr 23, 2022

Replying to @DineshDSouza
You can count on Dinesh for a top notch movie. Can't wait



**IAmFrosty**
@IAmFrosty · Apr 23, 2022

Replying to @DineshDSouza
We were at the Trump rally tonight and be talked about you it was awesome!

**LambyPie**
@lambypie · Apr 23, 2022

Replying to @DineshDSouza
Can't wait!

**Linae Lloyd**
@misslinae · Apr 23, 2022

Replying to @DineshDSouza
Great work Dinesh🔥 Praying this soars far and wide and is seen by the masses across the globe 🌍

DDR-00005319

 **Vulca**
@Vulca · Apr 23, 2022

Replying to @DineshDSouza
I just saw @DineshDSouza 's new trailer for 2000 Mule's. That 3 minutes proved massive election fraud alone and there's and entire movie to see.

♡ ⇄ ♡ 2 ↑ ⋯

**SwiftJustice**
@jdberg · Apr 23, 2022

Replying to @DineshDSouza
Thank you for sharing the #truth and creating such a powerful video/movie. It's long over due!

♡ ⇄ ♡ 1 ↑ ⋯

**WAVES** ✓
@MyCreativeWaves · Apr 24, 2022

Replying to @DineshDSouza
FANTASTIC TRAILER!!! 👏

My only critique... Change your out VO: 'WE ARE A CONSTITUTIONAL REPUBLIC'; rather than using in your outro the word: 'Democracy'



♡ ⇄ ♡ ↑ ⋯

 Christopher Stumpf

DDR-00005320

**Christopher Stumpf**
@cstumpf750 · Apr 24, 2022

Replying to @DineshDSouza

It would be better if tickets were available directly from the theater. It would allow more people to see it.

💬 1    ⇄    ♡    ⬆    ⋯

**We Are Free**
@plj4ever · Apr 24, 2022

Replying to @DineshDSouza

Awesome 👏 🏆
Thank's to "All" for your hard Work & Dedicaton, for Our County & it's People.🇺🇸☯🇺🇸
We The People need to prepare  for a massive Positive shift.
The Masses will be waking up, hopefully, but either way; We need to be Compassionate & Understanding.  This is New Journey for US ALL! The fight is being fought. Now it's up to "We The People", to come together and create a "New Beautiful World" that reflects Truth, Integrity, Understanding, Compassion & Love. We So Got This 🇺🇸💪🇺🇸☯

💬    ⇄    ♡ 1    ⬆    ⋯

**Prov 3:5-6**
@foxanddove2 · Apr 24, 2022

Replying to @DineshDSouza

This is going to blow the lid off ballot harvesting crimes and prove the 2020 election was stolen!

💬    ⇄    ♡ 1    ⬆    ⋯

**Gloriaglory**
@Gloria55 · Apr 24, 2022

Replying to @DineshDSouza

To finally have truth, proof, and for the fake media to have egg on their faces!! President Trump deserves to have justice and an apology! He won!!!

💬    ⇄    ♡ 3    ⬆    ⋯

**Olsonpa26**
@Olsonpa26 · Apr 24, 2022

Replying to @DineshDSouza
The sh. . .tat's gonna heet the fanna.

○  ⇄  ♡  ↑  ⋯



**DammitJanet**
@DammitJanet1 · Apr 24, 2022

Replying to @DineshDSouza
Thank you for your hardworking dedication to revealing the truth

○  ⇄  ♡1  ↑  ⋯



**MO MAGA**
@mel44 · Apr 24, 2022

Replying to @DineshDSouza
Thanks for making this movie. Will it be available for streaming?

○  ⇄  ♡2  ↑  ⋯



**Christopher Vivona**
@ChristopherVivona · Apr 24, 2022

Replying to @DineshDSouza
Can't wait to see this.

○  ⇄  ♡1  ↑  ⋯



**Dilly Dilly**
@JMFD72 · Apr 24, 2022

Replying to @DineshDSouza
Where in Georgia can I go see this?

○  ⇄  ♡1  ↑  ⋯



**SaveAmerica2024**
@jtjt2024 · Apr 24, 2022

Replying to @DineshDSouza

DDR-00005322

The Truth will set U.S. free 

◯  ⇄  ♡ 1  ⬆  …

 **Drums47**
@Drums47 · Apr 24, 2022

Replying to @DineshDSouza

Release it Now-today-immediately-yesterday-Our -Country needs this. Please share it now = that would make today perfect. Thank you Dinesh for all your Truth.

◯  ⇄  ♡ 1  ⬆  …

 **Shawn Stratton Conrad**
@shonathon · Apr 24, 2022

Replying to @2000Mules and @DineshDSouza

Bought my tickets as soon as I heard they were available. So pleased your new movie is showing in Abilene TX! @2000Mules

◯  ⇄  ♡ 1  ⬆  …

 **no flu 💉 no covid 💉**
@nickshere · Apr 24, 2022

Replying to @DineshDSouza

i just bought my dvd !

◯  ⇄  ♡ 1  ⬆  …

 **John B**
@MadPokemon · Apr 24, 2022

Replying to @DineshDSouza

Why couldn't the MSM have found out this information with all of their resources?

◯  ⇄  ♡ 1  ⬆  …

 **Captive Hope**
@CaptiveHope · Apr 24, 2022

Replying to @DineshDSouza

Justice needs to come to all WHO partook in election Fraud!

◯  ⇄  ♡ 1  ⬆  …



DDR-00005323



⌀ Featured Ad                                                                                          ⓘ

 **Harry1954**
@Harry1954 · Apr 24, 2022

Replying to @DineshDSouza
This is treason arrest them

Q   ⇄   ♡ 1   ⬆   ⋯

 **Linda Diane #IstandwithTrump!**
@LindaDC4truth · Apr 24, 2022

Replying to @DineshDSouza
Looking forward to going. Haven't been to a movie theater in over two years.

Q   ⇄   ♡ 1   ⬆   ⋯

 **brandonsaposer**
@brandonsaposer · Apr 24, 2022

Replying to @DineshDSouza



Q   ⇄ 1   ♡ 4   ⬆   ⋯

 **Nathan401**
@Nathan401 · Apr 24, 2022

DDR-00005324

Replying to @DineshDSouza

Dinesh, you are a Great American. Thank G-d for people like you!

🗨  ⇄  ♡ 1  ⬆  ⋯

**vitina**
@Beamazing · Apr 24, 2022

Replying to @DineshDSouza

My husband & I got our tickets!!!! Can't wait for the world to see it, let's get this decertification going!!!!!!!!!!!

🗨  ⇄  ♡ 2  ⬆  ⋯

**Joe DeLeo**
@Joedeleo · Apr 24, 2022

Replying to @DineshDSouza

Dinesh DeSouza just dropped another trailer for his soon to be blockbuster movie '2000 Mules'. Absolutely stunning. Apparently security footage and cell phone tower 'geo-tracking' data' isn't enough evidence for the FBI, DOJ and mainstream press to consider investigating the theft of the 2000 Presidential election although that was enough for January 6th accused. Come on Dinesh and True the Vote! Next time get finger prints, DNA and original copies of their birth certificates!

🗨  ⇄  ♡ 1  ⬆  ⋯

**Joe DeLeo**
@Joedeleo · Apr 24, 2022

Replying to @DineshDSouza

Dinesh, will you and True the Vote make your evidence available, broken down by battleground state so Patriots can send to our local news outlets and state / local politicians? I'm confident many of us will want to help spread the word even if the mainstream press and Big Tech try to suppress!

🗨  ⇄  ♡ 1  ⬆  ⋯

**Upper GI Joe**
@UpperGiJoe · Apr 24, 2022

Replying to @DineshDSouza

Thank you True the Vote and Dinesh. This will be the shot heard around the world. The next step may be to use this technology to track the vans in the videos, with loads of fraudulent ballots. Those are the bigger fish who will trade info

DDR-00005325

technology to track the vans in the videos, with loads of fraudulent ballots. These are the bigger fish who will trade info about next level organizers, for reduced sentences. Nothing can stop what's coming.

 **Chris Rodz**
@chrisrodz · Apr 24, 2022

Replying to @DineshDSouza
mixcloud.com/chris-rodz/trump-...



🔗 www.mixcloud.com
Trump Mix
The cover says it all. Let's Go Brandon!

 **Jordan Polino**
@JordanPolino · Apr 24, 2022

Replying to @DineshDSouza
I just purchased 1 2000 Mules Virtual Premiere to watch at home.  Will I get an email on or before the day of the premiere?

 **ChickadeeE Jones**
@Chickadeeevejones · Apr 24, 2022

Replying to @DineshDSouza
Righteousness, Justice and Truth; Will Prevail In Our World. ThanQ for Standing Up, Speaking Up and Showing Others To Arise. You are a HERO in My New World. ThanQ

 **remisioux**
@remisioux · Apr 24, 2022

DDR-00005326

@remisioux · Apr 24, 2022

Replying to @DineshDSouza and @remisioux
@remisioux

**William Stephens II**
@WilliamREStephensII · Apr 24, 2022

Replying to @DineshDSouza
I've never been asleep and don't need baby talk, movies or carrots to wake or ease me into knowing what has been happening I've understood this all since high school 82-86 and I saw what was happening applied logic to it all. I saw the truth then as now, I hoped their was fair elections. In my heart and head knew their was no way. I knew it has been corrupted and they were installing corrupt and grafted deviant scum into office.

**Normfl**
@normfl1059 · Apr 24, 2022

Replying to @DineshDSouza
Already got my ticket!

**mstumpf5.3**
@stumpfmd · Apr 24, 2022

Replying to @DineshDSouza
And the placated American citizens still won't care enough to revolt against their treasonous government.

**JackolynMarie**
@JackolynMarie · Apr 24, 2022

Replying to @DineshDSouza
Thank you Dinesh I cannot wait to view the film in its' entirety!  You are a true patriot, thank you for your work on this!

DDR-00005327



**Mmegg60**
@Mmegg60 · Apr 24, 2022

Replying to @DineshDSouza

Purchased movie  - common sense - drop boxes are in question for fraudulent votes... plus all the harvesting of votes .
No one should be allowed to invest that much money into election .... watch movie and see who is revealed.

　Q　⇄　♡ 1　⬆　...



**Blazing Patriots**
@BlazingPatriots · Apr 24, 2022

Replying to @DineshDSouza

Thanks for working on this! Cannot wait for the release. The trailers look incredible

　Q　⇄　♡ 1　⬆　...



**porsalainheart68**
@Porsalainheart · Apr 24, 2022

Replying to @DineshDSouza

The one thing I can't get past. If the 2020 elections were as legit as democrats claim, why have they gone to great
lengths to censor, jail , character assassinate those who dare question it?

　Q　⇄　♡ 1　⬆　...



**AtayTN**
@AtayTN · Apr 24, 2022

Replying to @DineshDSouza

Can't wait to see this!! Everyone needs to re-truth & share everywhere! I didn't know Rigged came out until 2 wks after
so we need to make sure this gets out to everyone!

　Q　⇄　♡ 2　⬆　...

**suck it left**
@suckitleft · Apr 24, 2022

Replying to @DineshDSouza

Going to see it in theater on May 2nd and pre purchased 3 dvd's. Thanks Dinesh-this is very important

DDR-00005328

🗨  ⇄  ♡ 1  ⬆  …



**Russ Rapp**
@RussRapp · Apr 24, 2022

Replying to @DineshDSouza
Game changing!

🗨  ⇄  ♡ 1  ⬆  …



**DMM71**
@mrdavidm · Apr 24, 2022

Replying to @DineshDSouza
Thank you Dinesh! There were times early on I was frustrated with a lot of people, you included, for not taking this issue on because I truly respect your opinion! This is awesome! Very good work! True patriot! Glad you decided to come to America! Truly awesome work!

🗨  ⇄  ♡ 2  ⬆  …



**David Gray**
@Dgray45 · Apr 24, 2022

Replying to @DineshDSouza
Can't wait for this to come out.
Would love to see your next project take a closer look at these current voting machines. Former security advisor for the Obama administration, Jake Braun began "Voting Village" to gather hackers to show how to hack these CURRENT voting machines. Nothing was done to prevent these vulnerabilities so what exactly did they do with the information they learned? 🤔

rumble.com/vb75lb-georgia-domi...



🔗 Rumble.com
Georgia Dominion Voting Machines

🗨  ⇄  ♡ 1  ⬆

DDR-00005329

**Trumpette4ever**
@Trumpette4ever · Apr 24, 2022

Replying to @DineshDSouza

May 4, 7pm I'll be there!

♡ 1

**Useitorloseit**
@useitorloseit · Apr 24, 2022

Replying to @DineshDSouza

$20? That's 60 packs of Ramen. I guess I'll have to wait for it to come out on the Netflix🆇 account I share with 2000 people.

**socrates**
@socrates · Apr 24, 2022

Replying to @DineshDSouza

The Soviet Union and now China are not actual Communist societies. They were and are nations run by Organized Criminal Organizations mascaraing as such.

The Democrats are no longer a political party with socialist tendencies. They are an organized criminal organization. Like many before them, their only allegiance is to their own and their only goal is power and control.

⇄ 2   ♡ 3



**LCDRSA**
@AdairMD · Apr 24, 2022

Replying to @DineshDSouza

Proof



**Tandulis**
@Tandulis · Apr 24, 2022

DDR-00005330

Replying to @DineshDSouza
So - you have a hard evidence and you're making a movie about it???

🗨  ⇄  ♡  ⬆  ⋯

**TheOtherWA**
@otherWA · Apr 24, 2022

Replying to @DineshDSouza
Very fitting that the facts about the rigged election is announced on Truth Social!

🗨  ⇄  ♡  ⬆  ⋯

**darbiz**
@dbiz · Apr 24, 2022

Replying to @DineshDSouza
I just bought my ticket!

🗨  ⇄  ♡  ⬆  ⋯

**trumpwoman**
@dogherder · Apr 24, 2022

Replying to @DineshDSouza
Got my ticket for the 5/2 showing in Marin County, CA. A large group of us are making a night of it. Will sport my Women For Trump hat!

🗨  ⇄  ♡  ⬆  ⋯

**moonlightgraham1755**
@moonlightgraham1755 · Apr 24, 2022

Replying to @DineshDSouza
Great trailer. Makes me want to punch a wall... and Sebastian Gorka.

🗨  ⇄  ♡  ⬆  ⋯

**ULTRA CATLANTIS** 🐱🇺🇸🙏🇧🇷
@catlantis · Apr 24, 2022

Replying to @DineshDSouza and @truthhammer
I made stickers to distribute! Original idea by @truthhammer and illustration by me! Feel free to share! #2000mules



DDR-00005331



Q ⇄ ♡ ⬆ ⋯



**moonlightgraham1755**
@moonlightgraham1755 · Apr 24, 2022

Replying to @DineshDSouza

Great trailer. Makes me want to punch a wall... and Sebastian Gorka.

Q ⇄ ♡ ⬆ ⋯



**Ultra Luckygirl71**
@Luckygirl71 · Apr 24, 2022

Replying to @DineshDSouza

Now will Fox News let you come on and talk about it?? Are they ready to release the truth that our elections were the the

DDR-00005332

Now will Fox News let you come on and talk about it?! Are they ready to release the truth that our elections were the the most unsecured in history?

**Eden Lodestone**
@edenlodestone · Apr 24, 2022

Replying to @DineshDSouza

This MUST go Viral to the masses! Great job 👏

**NanaP**
@NanaP · Apr 24, 2022

Replying to @DineshDSouza

I CANNOT WAIT!!!  This will be the best Full Circle Moment EVER!!!!

**Unapologetic Patriot**
@TBMKEBADGER · Apr 24, 2022

Replying to @DineshDSouza

Cant wait to see it in its entirety
🇺🇸💪

**HeinrikkFrozt**
@joshuafroschauer · Apr 24, 2022

Replying to @DineshDSouza

We knew and know it was a stolen election



🔗 Featured Ad                                                              ⓘ

**Cory Folts**
@lonestarcableguy · Apr 24, 2022

Replying to @DineshDSouza
This looks amazing

💬    ⇄    ♡ 1    ⬆    ⋯

**Jeristotle**
@AuthorCSHuxley · Apr 24, 2022

Replying to @DineshDSouza
Dinesh brings the self evident truth to the Big Screen. The number of votes for Biden vs Trump in Zucker's boxes could only occur by fraud, statistically one out of more stars in the known universe event.

💬    ⇄ 2    ♡ 2    ⬆    ⋯

**Kelmie**
@RiquelmeHarrison · Apr 24, 2022

Replying to @DineshDSouza and @RiquelmeHarrison
I can't wait! Thank you for doing this! We need the TRUTH! 🙏 😊@RiquelmeHarrison

💬    ⇄    ♡ 3    ⬆    ⋯

**Shawn Scarano**
@shadowcat45 · Apr 24, 2022

Replying to @DineshDSouza
Can't wait for this 🇺🇸🇺🇸🇺🇸

💬    ⇄    ♡ 1    ⬆    ⋯

**SleptWithDonWhenMelaniaPrego**
@KarenMcDougal · Apr 24, 2022

Replying to @DineshDSouza
Report as spam

💬    ⇄    ♡    ⬆    ⋯

**Tony Stark**
@joeblow1955 · Apr 24, 2022

Replying to @DineshDSouza
I will definitely put this in my calendar.

💬    ⇄    ♡ 1    ⬆    ⋯

**PATRIOT**
@JAYBE · Apr 24, 2022

Replying to @DineshDSouza
Thank you @DineshDSouza taking the time, putting in the effort, and all the money to make this. I hope it goes so viral that the left will have to start watching it! Maybe then the uber kool aid drinkers will have to sit up and take notice! This is EXACTLY what the doctor ordered. And the timing couldn't be better. Thank you!

○ ⇄ ♡ 1 ⬆ ⋯



**Elizabeth Mora**🇺🇸 ®
@camora13 · Apr 24, 2022

Replying to @DineshDSouza

Going



○ ⇄ ♡ 2 ⬆ ⋯


**Jeremy Silbernagel**
@jersilb · Apr 24, 2022

DDR-00005335

@jersib · Apr 24, 2022

Replying to @DineshDSouza and @tednugent
@tednugent

◯  ⇄  ♡ 1  ⬆  ⋯

**LA_Legendary**
@Fiyah1 · Apr 24, 2022

Replying to @DineshDSouza
This is cool but a shame that only conservatives will pay to watch it. Wish this could be shared worldwide. It's a must see.

◯  ⇄  ♡ 1  ⬆  ⋯

**American Woman** 🇺🇸 🌵 ❤️
@njp1111 · Apr 24, 2022

Replying to @DineshDSouza
I can't wait for Part 2...
"The Resolution!"

◯  ⇄  ♡ 1  ⬆  ⋯

**ElleOneBee**
@ElleOneB · Apr 24, 2022

Replying to @DineshDSouza
Upsetting

◯  ⇄  ♡  ⬆  ⋯

**JayKay**
@jaykay22 · Apr 24, 2022

Replying to @DineshDSouza
Good documentary. You should present a free private screening to the SCOTUS justices.

◯  ⇄  ♡ 1  ⬆  ⋯

**Minuteman76**
@Minuteman76 · Apr 24, 2022

Replying to @DineshDSouza
We have our tickets for 4 MAY special showing

#2000mules
#RiggedElection
#TrumpWon
@DineshDSouza

◯  ⇄  ♡ 1  ⬆  ⋯

DDR-00005336



**Carlos**
@clos85 · Apr 24, 2022

Replying to @DineshDSouza
Is it weird that I got a little choked up at the end?

💬    🔁    ♡ 1    ⬆️    ⋯

**Marge Martinez-Buzzard**
@MargeMartinezBuzzard · Apr 24, 2022

Replying to @DineshDSouza
Dinesh got it right again!

💬    🔁    ♡ 1    ⬆️    ⋯

**Dianne 'Stands With Trump'**
@DianneInIndiana · Apr 24, 2022

Replying to @DineshDSouza
How will you get biden voters to see it?

💬    🔁    ♡ 2    ⬆️    ⋯

**Let The Truth Bombs Fly**
@dndinnaples · Apr 24, 2022

Replying to @DineshDSouza
Finally. What we all knew.  The story revealed.  The devil pact that Kemp, Ducey, Wolfe, Whitmer, Evers - how many more? - sold their souls to sell out America will soon debut. I'm watching, are you?

💬    🔁    ♡ 1    ⬆️    ⋯

**Lancestorm13**
@lancestorm13 · Apr 24, 2022

Replying to @DineshDSouza
WE TOLD YOU SO

💬    🔁    ♡ 1    ⬆️    ⋯

**kornflakegirl**
@kornflakegirl · Apr 24, 2022

Replying to @DineshDSouza
Just secured tickets! Can't wait to see this! Dinesh is a ROCKSTAR!!!!

💬    🔁    ♡ 1    ⬆️    ⋯

DDR-00005337



**13TH-GEN_PATRIOT**
@imglover · Apr 24, 2022

Replying to @DineshDSouza
#TrumpWon



DDR-00005338



**00:30**

💬 3    🔁 2    ♡ 6    ⬆    …



**Marina**
@mb22 · Apr 24, 2022

Replying to @DineshDSouza
Purchased virtual premier, looking forward for this event.

💬    🔁    ♡    ⬆    …



**jeannie thorn**
@JeannieThorn · Apr 24, 2022

Replying to @DineshDSouza
have got to go see this!

💬    🔁    ♡    ⬆    …



**I farted out of my butt.**
@TheRealKevinSorbo · Apr 24, 2022

Replying to @DineshDSouza
cannot wait to see this.  I am looking forward to having my eyes further opened.

💬    🔁    ♡ 1    ⬆    …



**Traci**
@TraciLivingood · Apr 24, 2022

Replying to @DineshDSouza
Outstanding! Thank you so much!

💬    🔁    ♡    ⬆    …



🇺🇸 **Bubba** 🇺🇸
@Bubba4America · Apr 24, 2022

Replying to @DineshDSouza


💬    🔁    ♡    ⬆    …



🇺🇸 **SS80 MAGA** 🇺🇸
@Gig2022 · Apr 24, 2022

Replying to @DineshDSouza
Thank you @DineshDSouza for compiling this historical data. Election integrity is imperative for our nation to move forward into the future!
#JESUS WINS
#TRUTH WILL BE REVEALED

💬    🔁    ♡ 1    ⬆    …

DDR-00005339



 **judilee**
@judilee · Apr 24, 2022

Replying to @DineshDSouza and @judilee

@judilee 

 **maria444**
@mariaamazzzuca · Apr 24, 2022

Replying to @DineshDSouza
Can't wait to watch! ✌️🦋



DDR-00005340



**lissab**
@lbrendel · Apr 24, 2022

Replying to @DineshDSouza
Got my tickets! 🎉

**Trump is My President**
@hiker7755 · Apr 24, 2022

Replying to @DineshDSouza
Can't wait to see it. Thank you! 🇺🇸

**Chris Tkaczyk**
@TheVikingBoxer · Apr 24, 2022

Replying to @DineshDSouza
Insanity

**MjH**
@MjHisme2 · Apr 24, 2022

Replying to @DineshDSouza
Retruth this. ReTRUTH this to multiply eyes on this across our land! ReTRUTH this like a freedom siren. ReTRUTH this on TRUTH SOCIAL, in person over coffee or backyard fence or amongst friends and acquaintances that this 2000 MULES is out there and it is TRUTH. Then fall on knees and cry out to The Lord God of Hosts for mercy, redemption and forgiveness for lightly regarding and neglecting our liberties and freedoms and wisdom on correcting our neglect. In Jesus Mighty Name. Amen and ReTRUTH!

**Shannon-That Mom from Boston**
@shannonh · Apr 24, 2022

Replying to @DineshDSouza
Yes! 👏

DDR-00005341

**Climbergal**
@Climbergal · Apr 24, 2022

Replying to @DineshDSouza
Get rid of the Biden intro. It just pisses of those not in the choir and they will not watch it.

◯  ⇄  ♡  ⬆  ⋯

**Marco St. James**
@USAFreedomTruckers · Apr 24, 2022

Replying to @DineshDSouza
Do you listen to fake news main stream propaganda platforms??The food shortage is man-made from Blackrock & Bill Gates. They are culling or destroying all livestock and all the fruits and vegetables.. Monopolies corporations are illegal in America! Faux joe Biden assigned the fox to guard the hen house💯: youtu.be/AWBRldjVzuM, youtu.be/WKOqxX5T1GU, youtu.be/_7U5JVk_y7U

◯  ⇄  ♡  ⬆  ⋯

**Writegirl🇺🇸**
@sandraprosper · Apr 24, 2022

Replying to @DineshDSouza
Great and compelling trailer! Looking forward to seeing this.

◯  ⇄  ♡  ⬆  ⋯

**PRS**
@PRSensation24 · Apr 24, 2022

Replying to @DineshDSouza
Can't wait for this to come out.

◯  ⇄  ♡  ⬆  ⋯

**sissi212**
@sissi212 · Apr 24, 2022

Replying to @DineshDSouza
This was a stolen Election and Everyone knows it😡

◯  ⇄  ♡  ⬆  ⋯

**LDHTX**
@luisgdjr · Apr 24, 2022

Replying to @DineshDSouza
How many running minutes is the documentary?

◯  ⇄  ♡  ⬆  ⋯

DDR-00005342



🔗 Featured Ad                                                                    ⓘ



**txvjk**
@txvjk · Apr 24, 2022

Replying to @DineshDSouza

Retruthed Ty





**Bradm2469**
@BradM2469 · Apr 24, 2022

Replying to @DineshDSouza







**Sammi Q Patriot**
@SammiQPatriot · Apr 24, 2022

Replying to @DineshDSouza

Thanks so much for all you do Dinesh!! Can't wait to see this!!!! 🗳️🔥🔥🔥🔥🔥🔥😎👍



**beachlover58**
@beachlover58 · Apr 24, 2022

Replying to @DineshDSouza

If this don't upset EVERYONE.... They are taking away your votes! Your right to vote no matter if you're a republican or democrat.

🗨️  ⇄ 2  ♡ 1  ⬆️  ⋯

🍊**Rusty** 🍊**Shackelford** 🍊**Ultra** 🍊**Maga** 🍊
@Jayrod41 · Apr 24, 2022

Replying to @DineshDSouza

I will be watching this



**Eduardo Lara**
@crazymonk · Apr 24, 2022

Replying to @DineshDSouza

Without free and fair elections we are Mexico or Venezuela or Cuba or another 3rd world country

**jmcgowen**🇺🇸🇺🇸🇺🇸
@nannymcg32 · Apr 24, 2022

Replying to @DineshDSouza

This is another devastating thing going on in our America. Does it ever end?'

DDR-00005344

**JenEaton1776** 🟠🟠
@JenEaton1776 · Apr 24, 2022

Replying to @DineshDSouza
Not playing near me but will order DVD.  Thank you 🇺🇸

🗨  ⇄  ♡  ⬆  ⋯

**Trumper**
@usndeepsea · Apr 24, 2022

Replying to @DineshDSouza
A must watch

🗨  ⇄  ♡  ⬆  ⋯

**Kat Shutte**
@KatShutte · Apr 24, 2022

Replying to @DineshDSouza
I have my tickets and a group of patriots going!

🗨  ⇄  ♡  ⬆  ⋯

**Rob Ross AKA El Gato**
@RobRoss1776 · Apr 24, 2022

Replying to @DineshDSouza
All well and good with showing what happened but something needs to be done. If the courts and powers that be are corrupt what's the use. 🤷🏻‍♂️

🗨  ⇄  ♡  ⬆  ⋯

**ULTRA MAGA RUDY**
@RMS1981 · Apr 24, 2022

Replying to @DineshDSouza
Preorder ✅

🗨  ⇄  ♡  ⬆  ⋯

**FrenchySB**
@FrenchySB · Apr 24, 2022

Replying to @DineshDSouza and @FrenchySB
@FrenchySB
I Follow back All Patriots!!! Thanks for the ride!!😃 👍
Let's take back our country!!! 💪 ❤️ 🇺🇸

💬  ⇄  ♡  ⬆️  ⋯

**Juliet**
@SapaughJ · Apr 24, 2022

Replying to @DineshDSouza
Where can we order dvd ? Hope it include closed captioning?

💬  ⇄  ♡  ⬆️  ⋯

Replying to @DineshDSouza

👍

💬  ⇄  ♡  ⬆️  ⋯

**TaniaGoldbergFineArt** 🇺🇸
@TaniaGoldbergFineArt · Apr 24, 2022

Replying to @DineshDSouza
So good! Now how do we make the liberals sit through it?

💬  ⇄  ♡1  ⬆️  ⋯

**Things That Matter**
@thingsthatmatter · Apr 24, 2022

Replying to @DineshDSouza
Can't wait! Love everything you've done...

💬  ⇄  ♡  ⬆️  ⋯

**Destiny**

DDR-00005346



@Destiny123 · Apr 24, 2022

Replying to @DineshDSouza

Cant wait to see the movie!



**Lonnie**
@loncon1 · Apr 24, 2022

Replying to @DineshDSouza

I'll be watching to see if Tucker Carlson has you on to discuss the fraudulent 2020 election. He thinks it was a free and fair election!





**Larry D Cook**
@larrydcook · Apr 24, 2022

Replying to @DineshDSouza

Thank you for your work Dinesh!

♡ 1



**Dennis Ponce**
@dennis155 · Apr 24, 2022

Replying to @DineshDSouza

Just purchased tickets for my family and I. Can't wait.



**JDVIKING81**
@JoshDesRoche · Apr 24, 2022

Replying to @DineshDSouza
#StopTheSteal2020!

DDR-00005347



**DamascusRoad**
@damascusroad · Apr 24, 2022

Replying to @DineshDSouza
WATCH!

  ♡ ⬆ ⋯



**stefanie68**
@stefanie6868 · Apr 24, 2022

Replying to @DineshDSouza
I can not wait to watch this!

   ⋯



**Run The Table**
@CAisred · Apr 24, 2022

Replying to @DineshDSouza
Thank you Dinesh!!

  ♡ ⬆ ⋯



**MareeceLongedPiped** 🍆
@MauriceLongedPipe9inch · Apr 24, 2022

Replying to @DineshDSouza
Full of lgbts



01:14

  ♡ ⬆ ⋯

DDR-00005348



 **Sarge rattlesnake**
@rattlesnakesarge · Apr 25, 2022

Replying to @DineshDSouza

This is why November is the most important election in history truethevote.org/

 🔗 www.truethevote.org
Election intelligence
True the Vote is here to help support election integrity. Sign up and join in!

   ···

 **Rocco**
@rocstafarien · Apr 25, 2022

Replying to @DineshDSouza

O my God, I am heartily sorry for having offended Thee,and I detest all my sins because of Thy just punishments.But mostly because I have offended Thee,my God.Who art all good and deserving of all my love.I firmly resolve,with the help of Thy grace,to sin no more,and to avoid the near occasion of sin Amen

Glory be to the Father, and to the Son, and to the Holy Spirit.As it was in the beginning.Is now and ever shall be.World without end Amen

**Cornwallcooper**
@Cornwallcooper · Apr 25, 2022

Replying to @DineshDSouza

rumble.com/v129xhn-ep.-2758b-e...


Ep. 2758b - Election Fraud Exposed, Media Blackout, [HRC] Trapped, White Swan Event

DDR-00005349



🔗 Rumble.com
Ep. 2758b - Election Fraud Exposed, Media Blackout, [HRC] Trapped, White Swan Event

**Deborah Dickinson Powell**
@DeborahDickinsonPowell · Apr 25, 2022

Replying to @DineshDSouza
Can't wait to see 2,000 Miles!

**Donnie Sullivan**
@JDonnie · Apr 25, 2022

Replying to @DineshDSouza
My question is, you have data, you have the mules on cctv, you have their identity, why hasn't any of them been arrested and charges brought. Arrest them, charge them with treason and watch then sing. All this is for nothing if NO ONE gets arrested.

**BlueHeron**
@Savory · Apr 25, 2022

Replying to @DineshDSouza
I'm going to see the documentary. This documentary should go before the Supreme Court if factual. Where are the attorneys to fight this corruption before the court?

**DonnaCulbertson**
@DonnaCulbertson · Apr 25, 2022

Replying to @DineshDSouza
Amen

DDR-00005350



**Brenda Kendell**
@bremablue · Apr 25, 2022

Replying to @DineshDSouza
I can't wait to see this!



**Peteloke**
@peteloke · Apr 25, 2022

Replying to @DineshDSouza
It won't open sir,I have all your work and feel like this might be bigger than 2016



**Véronique**
@veroMbear · Apr 25, 2022

Replying to @DineshDSouza
Cannot wait!! We are watching at home and invited many our Neighbors to join us - 🍿 !!



**Mark Johnson** 🇺🇸
@MarkJohnson · Apr 25, 2022

Replying to @DineshDSouza
💥BOOM!! 💥— The Storm Clouds are gathering ☁️🏆 and it's going to be EPIC!! 🍿💥🇺🇸🇺🇸🇺🇸🇺🇸.
rsbnetwork.com/news/trump-reve...



🔗 Right Side Broadcasting Network (RSBN)
Trump reveals new True the Vote report uncovers 'millions and millions' of fraudulent votes
Photo: Alamy President Donald Trump praised the efforts of election watchdog organization True the Vote Saturday in uncovering fraud in the 2020 presidential election. Speaking at a Save America rally...

🗨 1     ⇄ 3     ♡ 1     ⬆     …



**Angela Marie**
@goldngirl · Apr 25, 2022

Replying to @DineshDSouza
Thank you for all your work!

DDR-00005351

 **jj for Trump**
@exampl · Apr 25, 2022

Replying to @DineshDSouza and @exampl
May I have a Ride stuck at 7500 need more followers Thanks          jj for Trump @exampl



🔗 Featured Ad                                                                ⓘ

 **johncalabrese71**
@johncalabrese · Apr 25, 2022

Replying to @DineshDSouza
Everyone needs to watch this!

 **IowaTrump** ⭐⭐⭐🇺🇸
@IowaTrump · Apr 25, 2022

Replying to @DineshDSouza
I have my tickets. I wish more people who aren't on social media could also see it. It is going to be my first trip back into a theater for 6 yrs.

 **JSELLERS**
@jase_121 · Apr 25, 2022

Replying to @DineshDSouza
Cant wait to see the whole movie

DDR-00005352

 **Cornwallcooper**
@Cornwallcooper · Apr 26, 2022

Replying to @DineshDSouza
rumble.com/v12eccq-ep.-2759b-w...



🔗 Rumble.com
   Ep. 2759b - When Do Birds Sing? Panic, Another Piece On The Chess Board Has Been Moved Into Place

💬   ⇄ 1   ♡ 1   ⬆   ⋯

 **Americanist Times** 🌵🌳🙏🇺🇸
@AmericanistTimes · Apr 26, 2022

Replying to @DineshDSouza
Excellent Dinesh! Congrats!

💬   ⇄   ♡   ⬆   ⋯

 **Asona**
@Asona · Apr 26, 2022

Replying to @DineshDSouza
Thank you Dinesh for all you do, and thank everyone who helped him put this together.  Prayers of protection for all of you, prayers for the US, prayers that all who were involved in the fraud, & everyone else working to harm the US both foreign & domestic be caught & charged! ❤️

💬   ⇄   ♡   ⬆   ⋯

 **ray ray**
@Ray2865 · Apr 26, 2022

Replying to @DineshDSouza
Makes me think if something isn't done about this I'm going to give up voting I mean why wast my time

💬   ⇄   ♡   ⬆   ⋯

**Lyndilady fl** 🏆
@lyndiladyfl · Apr 26, 2022

Replying to @DineshDSouza
Unbelievable what they have done, we need them all held accountable

**Mike Patriot**
@sailyn55 · Apr 27, 2022

Replying to @DineshDSouza
Go see this movie. Take your liberal friends. (if you have any) Make them go from "woke" to "awake"

**Art Fisk**
@TR8Man · Apr 27, 2022

Replying to @DineshDSouza
Holy Crap

**intrepid**
@Intrepid0673 · Apr 27, 2022

Replying to @DineshDSouza
This is just crazy! I want to see it so bad! 2000 Mules! You?▨▨

**Cornwallcooper**
@Cornwallcooper · Apr 28, 2022

Replying to @DineshDSouza
truthsocial.com/users/Cornwall...

DDR-00005354

 **Jason Petrik**
@jasonpetrik · Apr 28, 2022

Replying to @DineshDSouza



    

 **Oliver Hunt**
@OliverHunt1776 · Apr 28, 2022

Replying to @DineshDSouza and @realDonaldTrump

While I'm glad that 2000 Mules is releasing soon, I just can't watch it. It's like salt in the wound every time I see MORE and MORE blatant evidence that 2020 was stolen.

I know @realDonaldTrump won.
I know we live in a dictatorship.

Maybe it'll wake up more normies. Let's hope.

   1 

DDR-00005355



**Chantelle**
@chantelleborel · Apr 30, 2022

Replying to @DineshDSouza
What promo code do you enter to buy ticket?

**Harry Crowell**
@harcro · May 6, 2022

Replying to @DineshDSouza
Everyone needs to see this

truthsocial·com/@DineshDSouza/posts/108184435073062228
6/12/2024 2:13:59 PM

DDR-00005356