# EXHIBIT 38

# Tucker Carlson Video Notice of Electronic Filing

# [Dkt. 246]