# EXHIBIT 39

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>  Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>  Defendants. | Case No. 1:22-CV-04259-SDG |

## DECLARATION OF DAVID CROSS

Under penalty of perjury under the laws of the State of Georgia, I, David Cross, declare:

1. I am over twenty-one (21) years of age, am competent to give this Declaration, and do so based upon my personal knowledge of the facts stated herein. This Declaration is given in connection with the above-styled civil action.

2. I, David Cross, reside at 4805 Spring Park Circle, Suwanee, GA 30024.

3. I have been involved in election integrity issues for nearly 4 years.

4. Following the 2020 presidential election, I began hearing stories suggesting that there may have been fraudulent voting that occurred in the 2020 presidential election.

5. I submitted open records requests to Gwinnett County for voter drop box video

because I am a resident of Gwinnett County, and I wanted to begin doing research on what may have been happening in my community.

6. Gwinnett County provided some, but not all, of the drop box surveillance footage for Gwinnett County.

7. Along with a group of volunteers, I began reviewing the footage provided by my friend David Hancock from his open records requests looking for suspicious activity at the voting drop boxes.

8. During the review, we noticed that footage of various drop boxes, including the Gwinnett County Voter Registration Office outdoor boxes, was missing.

9. On November 19, 2021, I submitted an additional request for the footage from the Gwinnett County Voter Registration Office from September 23, 2020 to November 7, 2020, because that is where the largest number of ballots were deposited in Gwinnett County.

10. I received the outdoor footage for the Gwinnett County Voter Registration Outdoor drop box on or around December 8, 2021.

11. In late 2021 and early 2022, Heather Mullins was a journalist.

12. In late 2021 or early 2022, I communicated with Ms. Mullins regularly regarding various election integrity issues.

13. I informed Ms. Mullins that I had received the surveillance footage for the Gwinnett County Voter Registration outdoor drop box.

14. Ms. Mullins noted that she thought True The Vote was looking for this footage and asked if I could send a copy of the hard drive.

15. I informed her that I could not make a copy of the hard drive, but I could send her the original, and she could make a copy.

2

16. I sent the hard drive containing the surveillance footage to Ms. Mullins on January 18, 2022, and subsequently, the original hard drive was mailed back to me.

17. On or around April 9, 2022, I saw an interview by Charlie Kirk of Catherine Engelbrecht and Gregg Phillips.

18. Based on an exchange in the interview, it is my understanding that the video footage selected for the Charlie Kirk interview had been selected based on the geotracking data described by Gregg Phillips and Catherine Engelbrecht in the same interview.

19. The interview on the Charlie Kirk Show caused me great concern about the election in my own county because I recognized the drop box as the one from outside the Gwinnett County Voter Registration Office.

20. I knew I had surveillance footage of the Gwinnett County Voter Registration Office, so I reviewed it and found the clip depicted in the interview along with several other similar clips showing individuals dropping off 4 ballots or more.

21. Using these clips, I submitted complaints to the Georgia State Elections Board asking them to investigate the situation in each clip.

22. One of the complaints I submitted on April 25, 2022 depicted an individual who I understand is the Plaintiff in the above-captioned litigation.

23. My request for an investigation of the individuals depicted in surveillance footage on the Charlie Kirk Show was not motivated by the 2000 Mules film or book.

24. My motivation was to make sure that the evidence presented in the interview was put on the record with the State Elections Board and that an official request for investigation had been made so that an investigation would occur.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Dated: November 11, 2024

*David Cross* (signature)

David Cross

4