# EXHIBIT 40

Case - SEB2022-054-Gwinnett County Ballot Harvesting...

> **Print This Item**

| | |
|---|---|
| Case Status | Open |
| Case Summary | Gwinnett County Ballot Harvesting White SUV |
| Case Description | Gwinnett County Ballot Harvesting White SUV |
| Case Title | SEB2022-054-Gwinnett County Ballot Harvesting White SUV |
| Executive Notification | No |
| Division | Elections |
| Case Category | Elections-Absentee Ballot Fraud; Elections-Buying Votes |
| City | |
| County | Gwinnett County |
| Investigator Assigned | ☐ Deweese, Dana |
| Investigator's Supervisor | ☐ Koth, Sara |
| Date Opened | 5/2/2022 |
| Date Assigned | 5/2/2022 |
| Date Reassigned | |
| Date Submitted To Supervisor | |
| Date Presented To The Board | |
| Date Closed In Investigations | |
| Date Closed By The Attorney General's Office | |
| Date Referred To The District Attorney | |
| Complainant(s) | |
| Respondent(s) | |
| Result | |
| Result Description | |
| Meeting | |
| SEB Case Duration | 10 |
| Meeting:Letter Date | |

Content Type: Case
Version: 2.0
Created at 5/12/2022 10:22 AM  by ☐ Koth, Sara
Last modified at 5/12/2022 10:22 AM  by ☐ Koth, Sara

> Close

S.O.S Investigations
Mileage Log Form

# INVESTIGATIONS ADMINISTRATIVE COSTS TRACKING SHEET

Agent/Assignment _Dana DeWeese_

Vehicle # _____

Month _May_

Year _2022_

| Date | Case Number | Beginning Location | Beginning Mileage And Time | Ending Location | Ending Mileage | Total Mileage And Time | Purpose |
|------|-------------|--------------------|-----------------------------|-----------------|-----------------|-------------------------|---------|
| 5/2/22 | SEB2022-054 | 2 MLK DR SE, Atlanta | | | | 72 | Interview |
| | | | | | | | 8 case man hrs |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total Miles driven= ($.50/mile)

Total Mileage Reimbursement= $ _____

Total Case Man Hours = ($24.06/hr.)
Administrative (Emails, Subpoena, Phone Calls and Case Preparation)

Man Hour Reimbursement= $ _____

Total Investigative Costs= $ _____

CONFIDENTIAL

TTV_008232



## David A. Cross



April 25, 2022

Georgia State Election Board
2 MLK Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

Mr. Matt Mashburn (Interim Chair)
mmashburn@georgia-elections.com

Dr. Jan Johnston
JJohnstonMD.seb@gmail.com

Mr. Brad Raffensperger
Secretary of State
214 State Capitol
Atlanta, Georgia 30334

Mrs. Sara Tindall Ghazal
SaraGhazal.seb@gmail.com

Mr. Edward Lindsey
edwardlindsey.seb@gmail.com

---

Gwinnett Board of Elections
Gwinnett Justice &
Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Member - Stephen Day
stephen.day@gwinnettcounty.com

Member - George Awuku
george.awuku@gwinnettcounty.com

Chairperson - Alice Olenick
alice.olenick@gwinnettcounty.com

Vice Chairperson - Wandy Taylor
wandy.taylor@gwinnettcounty.com

Member - Anthony Rodriguez
anthony.rodriguez@gwinnettcounty.com

---

RE: OFFICIAL COMPLAINT

Ladies and Gentlemen:

I am part of a volunteer team of citizens investigating irregularities in the November 2020 General Election. I am writing to file a complaint for ballot harvesting by an individual in Gwinnett County, driving a white Ford SUV Georgia license plate ▊▊▊▊.

- This individual deposited 5 ballots on 10/06/2020 at 10:48 am.
- A private investigative organization, True the Vote, purchased billions of cell phone "pings" and they identified this individual by tracking his cell phone pings to multiple ballot drop boxes.
- The probability that this individual was simply "helping family members" deliver their ballots seems unlikely because this video footage is from very in the election on October 10, 2020.

**EXHIBIT# 1**

You can view the full video here https://tinyurl.com/Gwinnett-1 or you can retrieve it from Gwinnett County. You can watch the 2-minute video here: https://tinyurl.com/Gwinnett-1 or by scanning this QR code with your



camera.

This picture shows the individual approaching the ballot drop box with a small stack of ballot envelopes.



CONFIDENTIAL

Here, you can see the individual attempting to place multiple ballots in the box:



This picture shows the individual's vehicle pulling away.



This is another view of the vehicle:



This final picture shows a close-up of the license plate:



Enhanced license plate ████



We have multiple examples of individuals trafficking 5 ballots at a time. "Ballot Mules" are typically paid $10 to $15 per ballot delivered. One individual came forward in Fulton County admitting to receiving $34,000 for his work delivering ballots.

While some may thing that 5 ballots is trivial, it adds up to a large number when you have hundreds of people delivering 5 ballots at a time to multiple drop boxes each day.

I respectfully ask that you investigate the individual and his passenger to determine why 5 ballots were dropped off at one time.

I also respectfully ask that you post signs at each ballot drop box warning individuals that it is a felony punishable by imprisonment for not less than one year per OCGA § 21-2-603.

Sincerely,



David A. Cross

cc:    Governor Brian Kemp
       206 Washington Street, Ste 203
       State Capitol
       Atlanta, GA 30334



# INVESTIGATIONS DIVISION

## SUMMARY

CASE NAME:     Gwinnett County Ballot harvesting White Ford SUV

CASE NUMBER:     SEB2022-054

INVESTIGATOR:     Dana DeWeese

DATE OF REPORT: 5/12/2022

**COMPLAINT(S):**

  The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building.  The images show that on 10/6/2020 a male parked a white Ford SUV (▮▮▮▮▮▮▮) and then deposited what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**     Gwinnett County 2020 General Election

**ELECTION STAFF: N/A**

1

TTV_008238

**ELECTION CERTIFICATION:**

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
███████████████

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
███████████████
zachary.manifold@gwinnettcounty.com

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for any criminal prosecution will lie in Gwinnett County, Georgia.

**RESPONDENT(S):**  none

**FINDINGS:**

Investigator DeWeese researched the SUV vehicle registration and learned that it belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched Andrew's address and located five registered voters living at the home. All the names appeared to be family members. DeWeese confirmed the names were family members. DeWeese confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked as ballot received in ENET on the same day.

On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots into the ballot box. Andrews confirmed that all ballots were his family members and they lived with him. Andrews completed a voluntary statement form. DeWeese completed a Memorandum of Interview and included all involved Voter ID numbers. The statement and memorandum will

2

TTV_008239

be attached to the file. **There is insufficient evidence to support that a violation of Georgia Election Code occurred.**

<u>**POTENTIAL VIOLATIONS:**</u>  none

CONFIDENTIAL                                                                 TTV_008240



## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

| | |
|---|---|
| CASE NAME: | Gwinnett County Ballot Harvesting White SUV |
| CASE NUMBER: | SEB2022-054 |
| INVESTIGATOR: | Dana DeWeese |
| DATE OF REPORT: | 05/12/2022 |

**COMPLAINT(S):**

The Secretary of State's Office received a Ballot Harvesting complaint from Gwinnett County resident David Cross. Cross provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/20 at 10:48 AM, a white Ford SUV (GA tag ██████ parked at the curb near the ballot box. A male is observed carrying what appear to be ballots and placing them in the box.

Cross's complaint also mentions in the complaint, "A private organization, True the Vote, purchased billions of cell phone "pings" and they have identified this individual by tracking his cell phone pings to multiple Absentee Ballot drop boxes."

**COUNTY AND ELECTION INVOLVED:** Gwinnett County 2020 General Election

**ELECTION STAFF: N/A**

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

zachary.manifold@gwinnettcounty.com

## JURISDICTION/VENUE:

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for
any criminal prosecution will lie in Gwinnet County County, Georgia.

**COMPLAINANT(S):**     David A. Cross

**RESPONDENT(S):**     none

## INVESTIGATIVE SUMMARY:

Investigator DeWeese researched the SUV vehicle registration and learned that it
belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched
Andrew's address and located five registered voters living at the home. All the names appeared
to be family members. DeWeese confirmed the names were family members. DeWeese
confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked
as ballot received in ENET on the same day.

On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews
confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots
into the ballot box. Andrews confirmed that all ballots were his family members. Andrews
completed a voluntary statement form. DeWeese completed a Memorandum of Interview and

included all involved Voter ID numbers. The statement and memorandum will be attached to the file.


**FINDINGS:**    There is insufficient evidence to prove a Georgia Election Code Violation


**POTENTIAL VIOLATIONS:**  None


**EXHIBITS:**

      1)  Complaint.
      2)  Witness List
      3)  Memorandum of Interview
      4)  Statement form

CONFIDENTIAL



## INVESTIGATIONS DIVISION

### WITNESS LIST

| | |
|---|---|
| Case Name: | Gwinnett County Ballet Harvesting White SUV |
| Case Number: | SEB2022-054 |
| Investigator: | Dana DeWeese |
| Date of Report: | May 12, 2022 |

**WITNESSES:**

1) Mark D. Andrews
2) ███████████████
   ███████

EXHIBIT # 2



## INVESTIGATIONS DIVISION

## MEMORANDUM OF INTERVIEW

CASE NAME:                Ballot Harvesting

CASE NUMBER:             SEB2022-054

PERSON INTERVIEWED:   Mark D. Andrews

DATE OF INTERVIEWS:    May 2, 2022

On May2, 2022, Investigator DeWeese met with Mark Andrews at his residence. DeWeese Informed Andrews of the complaint and Andrews agreed to speak to this investigator. Andrews confirmed that the photo of the male and the white Ford Expedition was him and his vehicle. Andrews confirmed that he dropped off five Absentee Ballots. The ballots belonged to his immediate family members and those family members all live at the residence. Investigator DeWeese had earlier confirmed that information, The ballots were deposited on 10-6-20 and recorded as accepted the same day. No illegal activity detected

Voter ID Numbers involved: ███████████████████████████

Contact Info:  Mark D. Andrews

**EXHIBIT# 3**

CONFIDENTIAL                                                             TTV_008245

## OFFICE OF THE SECRETARY OF STATE



### STATEMENT FORM

File Number: _____     File Name: Gw    $S \varepsilon \bar{B} - 2022 - 038$

Date: 5/2/2022     Time: 11:56    Place: RESIDENCE

I voted ballots for my Family that
LIVES WITH ME.

Sworn and subscribed to before me in
SU Nunee _____, Georgia, this

1 ____ Day of May , 20 2?

Notary Public

DANA C. DEWEESE
Notary Public, Georgia
Cobb County
My Commission Expires
March 07, 2026

Commission expiration _____

Page 1 of 1

**REDACTED**

Signature MARK D. ANDREWS
Printed Name

DOB _____     SSN

Address

Telephone Number

EXHIBIT# 4

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=03538063&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | MARK DARYL ANDREWS | 02/20/1996 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/25/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/27/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

Previous

CONFIDENTIAL                                                                                   TTV_008247

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=03538061&method=&vo...

Inquiries > Absentee Ballots

**Inquiry - Voter Absentee Ballots**

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | BRENDETTA A ANDREWS | 02/08/2008 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/25/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/27/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 06/18/2018 | MAILED BALLOT | | 11/05/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/13/2018 | MAILED BALLOT | | 07/23/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/05/2016 | MAILED BALLOT | | 10/17/2016 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/12/2016 | MAILED BALLOT | | | 124 | 00284 | |

[ Previous ]

CONFIDENTIAL

TTV_008248

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=07708789&method=&vo...

Inquiries > Absentee Ballots

**Inquiry - Voter Absentee Ballots**

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| BRITTANI ALEXIA ANDREWS | 12/31/2008 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/13/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/24/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/20/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 6, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

[ Previous ]

CONFIDENTIAL    TTV_008249

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=08635094&method=&vo...

Inquiries > Absentee Ballots

### Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| COURTNI ALEXIS ANDREWS | 03/20/2012 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/02/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/09/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/24/2020 | MAILED BALLOT | | 10/26/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/30/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008250

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | ALEC MARIAN ANDREWS | 03/01/2014 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/17/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/30/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 06/18/2018 | MAILED BALLOT | | 11/01/2018 | 124 | 00284 | CANCELLED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/13/2018 | MAILED BALLOT | | 07/23/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008251

5/12/22, 10:33 AM                                        Case, SEB2022-055-Gwinnett County Ballot Harvesting...

Case 1:22-cv-04259-SDG        Document 271-24        Filed 12/20/24        Page 23 of 55

Print This Item

| | |
|---|---|
| Case Status | Open |
| Case Summary | Gwinnett County Ballot Harvesting Red Corolla |
| Case Description | Gwinnett County Ballot Harvesting Red Corolla |
| Case Title | SEB2022-055-Gwinnett County Ballot Harvesting Red Corolla |
| Executive Notification | No |
| Division | Elections |
| Case Category | Elections-Absentee Ballot Fraud; Elections-Buying Votes |
| City | |
| County | Gwinnett County |
| Investigator Assigned | ☐ Deweese, Dana |
| Investigator's Supervisor | ☐ Koth, Sara |
| Date Opened | 5/2/2022 |
| Date Assigned | 5/2/2022 |
| Date Reassigned | |
| Date Submitted To Supervisor | |
| Date Presented To The Board | |
| Date Closed In Investigations | |
| Date Closed By The Attorney General's Office | |
| Date Referred To The District Attorney | |
| Complainant(s) | |
| Respondent(s) | |
| Result | |
| Result Description | |
| Meeting | |
| SEB Case Duration | 10 |
| Meeting:Letter Date | |

Content Type: Case
Version: 2.0
Created at 5/12/2022 10:24 AM  by ☐ Koth, Sara
Last modified at 5/12/2022 10:24 AM  by ☐ Koth, Sara

Close

CONFIDENTIAL

TTV_008252

S.O.S Investigations
Mileage Log Form

# INVESTIGATIONS ADMINISTRATIVE COSTS TRACKING SHEET

Agent/Assignment ___Dana DeWeese___

Vehicle # _____

Month ___May___

Year ___2022___

| Date | Case Number | Beginning Location | Beginning Mileage And Time | Ending Location | Ending Mileage | Total Mileage And Time | Purpose |
|------|------|------|------|------|------|------|------|
| | SEB2022-055 | | | | | 7 hrs | investigation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total Miles driven= ($.50/mile)
Total Mileage Reimbursement= $

Total Case Man Hours = ($24.06/hr.)
Administrative (Emails, Subpoena, Phone Calls and Case Preparation)
Man Hour Reimbursement= $

Total Investigative Costs= $

CONFIDENTIAL

TTV_008253

David A. Cross



May 1, 2022

Georgia State Election Board
2 MLK Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

Mr. Matt Mashburn (Interim Chair)
mmashburn@georgia-elections.com

Dr. Jan Johnston
JJohnstonMD.seb@gmail.com

Gwinnett Board of Elections
Gwinnett Justice &
Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Member - Stephen Day
stephen.day@gwinnettcounty.com

Member - George Awuku
george.awuku@gwinnettcounty.com

Mr. Brad Raffensperger
Secretary of State
214 State Capitol
Atlanta, Georgia 30334

Mrs. Sara Tindall Ghazal
SaraGhazal.seb@gmail.com

Mr. Edward Lindsey
edwardlindsey.seb@gmail.com

Chairperson - Alice Olenick
alice.olenick@gwinnettcounty.com

Vice Chairperson - Wandy Taylor
wandy.taylor@gwinnettcounty.com

Member - Anthony Rodriguez
anthony.rodriguez@gwinnettcounty.com

RE: OFFICIAL COMPLAINT – Suspected Ballot Mule #6

Ladies and Gentlemen:

I am part of a volunteer team of citizens investigating irregularities in the
November 2020 General Election. I am writing to file a complaint for ballot
harvesting by an individual in Gwinnett County who I believe illegally delivered
ballots to your drop box from her vehicle, a red Toyota sedan with Georgia tag with
what appears to be ███████ This individual deposited 6 ballots on 10/18/2020
at 1:03 pm.

You can watch the brief security video here (click the blue link):
https://tinyurl.com/Gwinnett-6

EXHIBIT# 1

Source: Gwinnett County Open Records Request



Close-up:



CONFIDENTIAL



At the box with multiple ballots:



Driving away.

TTV_008256

Close up of plate:



We have many more examples of individuals we believe trafficked 4 to 6 ballots at a time or more. "Ballot Mules" are typically paid $10 to $15 per ballot delivered.

I respectfully ask that you interview this individual to determine what they were doing and if they knew they were breaking the law. I would imagine that you have access to facial recognition technology through the Gwinnett Police for comparison of facial features to his driver's license.

I respectfully ask that you interview and prosecute this individual if you find wrongdoing. I also ask that you post signs at each ballot drop box warning individuals that it is a FELONY PUNISHABLE BY IMPRISONMENT FOR NOT LESS THAN ONE YEAR to deliver ballots for non-family members, per OCGA § 21-2-603.

Sincerely,

**REDACTED**

David A. Cross

cc:   Governor Brian Kemp
      206 Washington Street, Ste 203
      State Capitol
      Atlanta, GA 30334



## INVESTIGATIONS DIVISION

## SUMMARY

CASE NAME:      Gwinnett County Ballot Harvesting Red Corolla

CASE NUMBER:   SEB2022-055

INVESTIGATOR:   D. DeWeese

DATE OF REPORT: 5/12/ 2022

**COMPLAINT(S):**

      The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant names the subject involved as a "suspected Ballot Mule". The complainant provided the Secretary of State with clips of security footage of the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/18/2020 a red Toyota Corolla (GA tag ███████ park near the Absentee ballot box. A male then places what appears to be more than one Absentee Ballot in the ballot box.

**COUNTY AND ELECTION INVOLVED:** Gwinnett County 2020 General Election

**ELECTION STAFF: N/A**

CONFIDENTIAL

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections).
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
█████████████


Zachary Manifold (current)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
█████████████
zachary.manifold@gwinnettcounty.com


## JURISDICTION/VENUE:

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for
any criminal prosecution will lie in **Gwinnett** County, Georgia.


## RESPONDENT(S):  none


## FINDINGS:

Investigator DeWeese researched the Toyota Corollas registration and learned it belonged
to Gwinnett County resident Jacob Mathew. DeWeese researched Mathew's residence and
located four registered voters living in the home. All the voters appear to be family members.
DeWeese confirmed that they were family members.  DeWeese confirmed that a total of four
Absentee Ballots were dropped in the box 10/18/20 and marked as ballot received in ENET on
the same day.  **Currently there is insufficient evidence to prove a violation of the Georgia
Election Code.**


## POTENTIAL VIOLATIONS:  None



## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

CASE NAME:        Gwinnett County Ballot Harvesting  Red Toyota Corolla

CASE NUMBER:    SEB2022-055

INVESTIGATOR:    Dana DeWeese

DATE OF REPORT:  5/12/22

**COMPLAINT(S):**

The Secretary of State's Office received a Ballot Harvesting complaint from Gwinnett County resident David Cross. Cross provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building.   The complainant named the male "Suspected ballot Mule #6". The images show that on 10/18/2020 a male wearing glasses, parked a red Toyota Corolla (GA tag ███████ and then deposit what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**   Gwinnett County 2020 General Election

**ELECTION STAFF:  N/A**

CONFIDENTIAL

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
████████████

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
████████████

zachary.manifold@gwinnettcounty.com

## JURISDICTION/VENUE:

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for
any criminal prosecution will lie in Gwinnett County, Georgia.

**COMPLAINANT(S):**      David A. Cross

**RESPONDENT(S):**      none

## INVESTIGATIVE SUMMARY:

Investigator DeWeese researched the SUV vehicle registration and learned that it
belonged to Gwinnett County resident Jacob P. Mathew. Investigator DeWeese researched
Mathew's address and located four registered voters living at the home. All the names appeared
to be family members. DeWeese confirmed the names were family members. DeWeese
confirmed that a total of four absentee ballots were dropped in the box on 10/6/2020 and marked
as ballot received in ENET on the same day.

On 5/4/2022 Investigator DeWeese contacted Jacob Mathew by phone. The contact was
recorded.  Mathew confirmed he did drop off four ballots at the Absentee Ballot Box. Mathew
confirmed he drove his red Corolla on that day. The vehicle is now painted black. Mathew

CONFIDENTIAL

confirmed that at the time of the election, his family members resided with him. DeWeese completed a memorandum of interview for the contact and included all the elector's voter IDs

**FINDINGS:** There is insufficient evidence to prove a Georgia Election Code Violation occurred.

**POTENTIAL VIOLATIONS:** none

**EXHIBITS:**

1) Complaint.
2) Witness List
3) Mathew's voluntary statement
4) Memorandum of Interview

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## WITNESS LIST

| | |
|---|---|
| Case Name: | Gwinnett County Ballet Harvesting Red Corolla |
| Case Number: | SEB2022-055 |
| Investigator: | Dana DeWeese |
| Date of Report: | May 12, 2022 |

### WITNESSES:

1) Jacob P. Mathew
2) ███████████████

EXHIBIT # 2

TTV_008263

## OFFICE OF THE SECRETARY OF STATE



### STATEMENT FORM

File Number: _SEB2022-038_     File Name: _____

Date: _5-10-2022_     Time: _4.03_     Place: _Snellville._

For the 2020 Presidential Election
I Jacob. P. MATHEW Reside at the ▇▇▇▇
Snellville. Dropped the Absentee ballots for me
And My family at the Drop off box
Located at  455 Grayson Highway GA 30046.

Sworn and subscribed to before me in
_Snellville_, Georgia, this
_10th_ Day of _May_, 20_22_:

Notary Public

_August 28, 2022_
Commission expiration

ZUBAIR MAHMUD
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires Aug. 28, 2022

REDACTED

Signature _JACOB. P. MATHEW_

Printed Name

DOB

Telephone Number

Page _1_ of _1_

EXHIBIT# 3

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## MEMORANDUM OF INTERVIEW

CASE NAME:                Ballot Harvesting

CASE NUMBER:              SEB2022-055

PERSON INTERVIEWED:       Jacob P. Mathew

DATE OF INTERVIEWS:       May 4, 2022

On May 4, 2022, Investigator DeWeese made phone contact with Jacob P. Mathew. DeWeese recorded the call. DeWeese informed Andrews of the complaint and he agreed to speak to this investigator. Mathew confirmed that the photo of the male and the red vehicle was him and his vehicle. Mathew stated that the vehicle is now black in color. Mathew confirmed that he dropped off three or four Absentee Ballots. The ballots belonged to his immediate family members and those family members all live at the residence during the 2020 election. Investigator DeWeese had earlier confirmed that information. Mathew deposited the ballots on 10-18-20 and they are recorded as accepted the same day. Mathew was provided with a voluntary statement to fill out. He will return it on a future date. No illegal activity detected. DeWeese will attach the recording to the case file.

Voter ID Numbers involved: ███████████████████████████████████

Contact Info: Jacob P. Mathew



EXHIBIT# 4

CONFIDENTIAL

Inquiries > Absentee Ballots

**Inquiry - Voter Absentee Ballots**

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| JACOB PERUMANJAKUZHIL MATHEW | 09/30/2008 | | | 035 | | 00419 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/18/2020 | MAILED BALLOT | | 12/29/2020 | 035 | 00301 | ACCEPTED |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/18/2020 | MAILED BALLOT | | | 035 | 00301 | |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/17/2020 | MAILED BALLOT | | 10/18/2020 | 035 | 00301 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/09/2020 | MAILED BALLOT | | 06/08/2020 | 035 | 00301 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/02/2018 | IN PERSON | | 11/02/2018 | 035 | 00301 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/24/2016 | IN PERSON | | 10/24/2016 | 035 | 00301 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008266

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | ANUP MATHEW JACOB | 05/21/2018 | | | 035 | | 00419 |

Absentee Ballots:

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/17/2020 | MAILED BALLOT | | 10/18/2020 | 035 | 00301 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/09/2020 | MAILED BALLOT | | 05/08/2020 | 035 | 00301 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008267

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| MEENU JACOB | 09/24/2016 | | | 055 | | 00469 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 12/01/2020 | MAILED BALLOT | | 01/01/2021 | 097 | 00297 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/28/2020 | MAILED BALLOT | | 10/18/2020 | 097 | 00297 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 09/29/2020 | MAILED BALLOT | | | 097 | 00297 | |

Previous

CONFIDENTIAL

TTV_008268



| Inquiry - Voter Absentee Ballots | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Voter Name** | **Registration Date** | **Voter Registration #** | | **Voter Address** | **CNTY PREC** | **MUNI PREC** | **COMBO** | |
| ANNA AMEY JACOB | 09/23/2009 | ███████ | | ██████████ | 035 | | 00419 | |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021–JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/18/2020 | MAILED BALLOT | ███████ | 12/09/2020 | 035 | 00331 | ACCEPTED |
| 11/03/2020–NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/17/2020 | MAILED BALLOT | | 10/19/2020 | 035 | 00331 | ACCEPTED |
| 06/09/2020–JUNE 9, 2020 GEN. PRI/GEN. NP/SPEC. ELECTION | 04/09/2020 | MAILED BALLOT | | 06/02/2020 | 035 | 00331 | ACCEPTED |
| 11/08/2016–NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/24/2016 | IN PERSON | | 10/24/2016 | 035 | 00331 | ACCEPTED |

Printable

5/12/22, 10:33 AM

Case - SEB2022-056-Gwinnett County Ballot Harvesting...

| Print This Item |
| --- |

| | |
| --- | --- |
| Case Status | Open |
| Case Summary | Gwinnett County Ballot Harvesting Black Passat |
| Case Description | Gwinnett County Ballot Harvesting Black Passat |
| Case Title | SEB2022-056-Gwinnett County Ballot Harvesting Black Passat |
| Executive Notification | No |
| Division | Elections |
| Case Category | Elections-Absentee Ballot Fraud; Elections-Buying Votes |
| City | |
| County | Gwinnett County |
| Investigator Assigned | ☐ Deweese, Dana |
| Investigator's Supervisor | ☐ Koth, Sara |
| Date Opened | 5/2/2022 |
| Date Assigned | 5/2/2022 |
| Date Reassigned | |
| Date Submitted To Supervisor | |
| Date Presented To The Board | |
| Date Closed In Investigations | |
| Date Closed By The Attorney General's Office | |
| Date Referred To The District Attorney | |
| Complainant(s) | |
| Respondent(s) | |
| Result | |
| Result Description | |
| Meeting | |
| SEB Case Duration | 10 |
| Meeting:Letter Date | |

Content Type: Case
Version: 2.0
Created at 5/12/2022 10:26 AM  by ☐  Koth, Sara
Last modified at 5/12/2022 10:26 AM  by ☐  Koth, Sara

| Close |
| --- |

CONFIDENTIAL

1/1

TTV_008270

S.O.S Investigations
Mileage Log Form

# INVESTIGATIONS ADMINISTRATIVE COSTS TRACKING SHEET

Agent/Assignment _Dana DeWeese_   Vehicle # _____   Month _May_   Year _2022_

| Date | Case Number | Beginning Location | Beginning Mileage And Time | Ending Location | Ending Mileage | Total Mileage And Time | Purpose |
|------|-------------|--------------------|----------------------------|-----------------|----------------|------------------------|---------|
|      | SEB2022-056 |                    |                            |                 |                | 7 hrs                  | investigation |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |
|      |             |                    |                            |                 |                |                        |         |

Total Miles driven= ($.50/mile)
Total Mileage Reimbursement= $

Total Case Man Hours = ($24.06/hr.)
Administrative (Emails, Subpoena, Phone Calls and Case Preparation)
Man Hour Reimbursement= $

Total Investigative Costs= $

$\mathcal{M}^\mathcal{Y}$ $\mathcal{S}$

### David A. Cross



May 3, 2022

Georgia State Election Board
2 MLK Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

Mr. Brad Raffensperger
Secretary of State
214 State Capitol
Atlanta, Georgia 30334

Mr. Matt Mashburn (Interim Chair)
mmashburn@georgia-elections.com

Ms. Sara Tindall Ghazal
SaraGhazal.seb@gmail.com

Dr. Jan Johnston
JJohnstonMD.seb@gmail.com

Mr. Edward Lindsey
edwardlindsey.seb@gmail.com

---

Gwinnett Board of Elections
Gwinnett Justice &
Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Chairperson - Alice Olenick
alice.olenick@gwinnettcounty.com

Vice Chairperson - Wandy Taylor
wandy.taylor@gwinnettcounty.com

Member - Stephen Day
stephen.day@gwinnettcounty.com

Member - Anthony Rodriguez
anthony.rodriguez@gwinnettcounty.com

Member - George Awuku
george.awuku@gwinnettcounty.com

---

RE: OFFICIAL COMPLAINT #10 – Pop the Trunk

Ladies and Gentlemen:

I am part of a volunteer team of citizens investigating irregularities in the November 2020 General Election. I am writing to file a complaint for ballot harvesting by an individual in Gwinnett County who I believe illegally delivered ballots to your drop box. I can't tell the make and model of his vehicle, but his Georgia tag is clearly ████████ This individual deposited what appears to be 5 ballots on 10/22/2020 at 8:06 pm.

You can watch the brief security video here (click the blue link):
https://tinyurl.com/Gwinnett10PoptheTrunk

EXHIBIT# 1

CONFIDENTIAL

TTV_008272



Source: Gwinnett County Open Records Request

Nervously looking over left shoulder while removing ballots from book bag in the trunk because we all keep our ballots in the trunk.



TTV_008273

Multiple ballots in right hand.



Close up of individual.



CONFIDENTIAL



Nervously looking over his shoulder.

We have many more examples of individuals we believe trafficked 4 to 6 ballots at a time or more. "Ballot Mules" are typically paid $10 to $15 per ballot delivered.

I respectfully ask that you interview this individual to determine why he was delivering multiple ballots.

I also ask that you post signs at each ballot drop box warning individuals that it is a FELONY PUNISHABLE BY IMPRISONMENT FOR NOT LESS THAN ONE YEAR to deliver ballots for non-family members, per OCGA § 21-2-603.


Sincerely,



David A. Cross

cc:    Governor Brian Kemp
       206 Washington Street, Ste 203
       State Capitol
       Atlanta, GA 30334

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## SUMMARY

CASE NAME:      Gwinnett County Ballot harvesting Black Volkswagen Passat

CASE NUMBER:    SEB2022-056

INVESTIGATOR:   Dana DeWeese

DATE OF REPORT: 5/12/2022

**COMPLAINT(S):**

    The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building.  The images show that on 10/12/2020 around 8:06 PM a male parked a black Volkswagen Passat (GA tag ██████ and then deposited what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**   Gwinnett County 2020 General Election

**ELECTION STAFF:  N/A**

CONFIDENTIAL

**ELECTION CERTIFICATION:**

> Kristi Royston (No longer working there). (Was employed at time of elections)
> Gwinnett County Election Supervisor
> Registrations and Elections Office:
> 455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
> ███████████

> Zachary Manifold (current)
> Gwinnett County Election Supervisor certified 2-14-22
> Registrations and Elections Office:
> 455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
> ████████████
> zachary.manifold@gwinnettcounty.com

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for any criminal prosecution will lie in Gwinnett County, Georgia.

**RESPONDENT(S):** none

**FINDINGS:**

Investigator DeWeese researched the black Passat vehicle registration and learned it belonged to Gwinnett County resident Gabriel Carter. DeWeese researched Gabriel's address and learned that he and his mother both reside there. Both are registered electors. DeWeese confirmed that Carters and his mother's Absentee Ballot were dropped on the 10/22/2020 and were marked in ENET as ballots received on 10/23/2020. This would coincide with the video recording.

On 5/6/22 DeWeese made phone contact with Carter. Carter confirmed he did drop off two ballots on 10/23/2020 and that the black Passat was his car. He confirmed that he and his mother lived together at the time of the election. The call was recorded, and a Memorandum of Interview was completed.

**There is insufficient evidence to support that a violation of Georgia Election Code occurred.**

**POTENTIAL VIOLATIONS:** none

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

CASE NAME:        Gwinnett County Ballot Harvesting Black Passat

CASE NUMBER:      SEB2022-056

INVESTIGATOR:     Dana DeWeese

DATE OF REPORT:   05/12/22

**COMPLAINT(s):**

The Secretary of State's Office received a Ballot Harvesting complaint from Gwinnett County resident David Cross. Cross provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/22/2020 at 8:06 pm A male a parked a Black Volkswagen Passat (GA tag ▮▮▮▮▮▮ and then deposit what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**  Gwinnett County 2020 General Election

**ELECTION STAFF:  N/A**

CONFIDENTIAL

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:
455 Grayson Highway. Suite 200, Lawrenceville, GA 30046

zachary.manifold@gwinnettcounty.com

## JURISDICTION/VENUE:
Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for
any criminal prosecution will lie in Gwinnett County, Georgia.

**COMPLAINANT(S):**   David A. Cross

**RESPONDENT(S):**   None

## INVESTIGATIVE SUMMARY:

Investigator DeWeese researched the black Passat vehicle registration and learned it
belonged to Gwinnett County resident Gabriel Carter. DeWeese researched Gabriel's address
and learned that he and his mother both reside there. Both are registered electors. DeWeese
confirmed that Carters and his mother's Absentee Ballot were dropped on the 10/22/2020 and
were marked in ENET as ballots received on 10/23/2020. This would coincide with the video
recording.

On 5/6/22 DeWeese made phone contact with Carter. Carter confirmed he did drop off
two ballots on 10/23/2020 and that the black Passat was his car. He confirmed he and his
mother lived together at the time of the election. The call was recorded, and a Memorandum of
Interview was completed.

**<u>FINDINGS</u>:  There is insufficient evidence that a violation of the Georgia Election Code occurred.**

**<u>POTENTIAL VIOLATIONS</u>:**  none

**<u>EXHIBITS</u>:**

    1)  Complaint.
    2)  Witness List
    3)  Memorandum of Interview.

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## WITNESS LIST

| | |
|---|---|
| Case Name: | Gwinnett County Ballet Harvesting Black Passat |
| Case Number: | SEB2022-056 |
| Investigator: | Dana DeWeese |
| Date of Report: | May 12, 2022 |

### WITNESSES:

1) Malcom G. Carter

EXHIBIT # 2



## INVESTIGATIONS DIVISION

## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NAME: | Ballot Harvesting |
| CASE NUMBER: | SEB2022-056 |
| PERSON INTERVIEWED: | Malcom G. Carter |
| DATE OF INTERVIEWS: | May 6, 2022 |

On May 6, 2022, Investigator DeWeese made phone contact with Malcom G. Carter. DeWeese recorded the call. DeWeese informed Carter of the complaint and he agreed to speak to this investigator. Carter confirmed that he was the person driving the black Passat on 10-22-20. He stated that he dropped of two ballots in the drop box. One being his mother's and one his. Deweese compared the photo of Carter holding the ballots to photos of two electors legally dropping of four and five ballots. Their stack appeared much thicker than Carter's. DeWeese confirmed in ENET that the two ballots were dropped off on the same day and recorded the next day. No illegal activity detected. DeWeese will attach the recording to the case file.

Voter ID Numbers involved: 

Contact Info: Malcom G. Carter

EXHIBIT# 3

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=10537286&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| MALCOLM GABRIEL CARTER | 09/02/2015 | ■■■■ | ■■■■ | 090 | | 00460 |

Absentee Ballots:

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 12/07/2020 | MAILED BALLOT | ■■■■ | 12/19/2020 | 090 | 00364 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/25/2020 | MAILED BALLOT | | 10/23/2020 | 090 | 00364 | ACCEPTED |
| 03/24/2020--MARCH 24, 2020 PPP/SPECIAL ELECTION | 03/03/2020 | IN PERSON | | 03/03/2020 | 090 | 00364 | ACCEPTED |

Previous

CONFIDENTIAL                                    TTV_008283



Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| ALICIA EILEEN CARTER | 05/02/2015 | | | 050 | | 05462 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021 - JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 12/07/2020 | MAILED BALLOT | | 12/19/2020 | 050 | 05354 | ACCEPTED |
| 11/03/2020 - NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/26/2020 | MAILED BALLOT | | 10/23/2020 | 050 | 05354 | ACCEPTED |
| 06/09/2020 - JUNE 9, 2020 GEN. PRI./GEN. NP./SPEC. ELECTION | 04/13/2020 | MAILED BALLOT | | 06/05/2020 | 050 | 05354 | ACCEPTED |
| 03/24/2020 - MARCH 24, 2020 PP/SPECIAL ELECTION | 03/03/2020 | IN PERSON | | 03/03/2020 | 050 | 05354 | ACCEPTED |
| 11/06/2018 - NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 10/30/2018 | IN PERSON | | 10/30/2018 | 050 | 05354 | ACCEPTED |

TTV_008284