# EXHIBIT 43

LTMAD-0000272.MP4

**Speakers:**

Matthew Mashburn (Chairman)
Sara Ghazal
Dr. Janice Johnston
Edward Lindsey
Public comments: Rebeekah Bennett, George Balbona, YG Nyghtstorm, Salleigh Grubbs, David Cross, Garland Favorito
Investigations: Ryan Germany, Dana DeWeese, Charlene McGowan

00:00:08:16 - S1
OK, I'd like to welcome everybody to the meeting of the State Election Board. We're starting a few minutes late. We're having a little technical difficulties making sure one of our members is joining us by Zoom. And so we're just checking our connections with him to make sure that he is available with us. There is a public sign up sheet for public comment outside in the lobby. So if you want to make a public comment, please sign up on the list and we'll be beginning in a few minutes. Thank you.

00:00:41:19 - S3
Good morning, Mr. Chairman. I can, I'm on.

00:01:00:16
Good morning, Mr. Chairman.

00:02:01:20
Check.

Good morning, Mr. Chairman.

00:02:36:02 - S3
Mr. Chairman, can you hear me?

00:02:38:18 - S1
I was asked to see if you can hear me. I don't think he can hear me. Mr. Chairman?

00:02:51:29 - S2
This is a check for Board member Ed Lindsay, can you hear us?

00:02:56:04 - S3
I can hear you. (Unintelligible) if so text Ryan. I can hear you, Mr. Chairman. I don't know if you can hear me.

00:03:01:15 - S2
We're trying to see if we can hear you. So if you'll just give us a mike check.

00:03:06:04 - S3

CONFIDENTIAL

PDSA-0000345

Mr. Chairman, how are you all this morning? Is everybody doing OK?

00:03:09:13 - S2
We cannot hear you. Text Ryan and see and let him know if you can hear us.

00:03:15:19 - S3
I can hear you. Everybody doing OK? I'm here. Just to let you know, Mr. Lindsey, I can hear you on here, but they need to turn on a computer audio in that room so I've sent over a colleague of mine to help them so that they can make sure they hear you properly.

00:03:38:26 - S3
OK, well, you know if the chairman needs to go ahead and start.

00:03:42:05 - S2
Since Ed Lindsey has reported to us that he can hear us, so apparently the way it works is.

00:03:58:10 - S2
OK, so we still cannot hear Ed, but a warning to Ed, the people that are watching on live stream can hear you so guard yourself accordingly. Know that you are being heard but just not by us but we'll continue to work on that. So since Ed can hear us, I'm going to call this meeting of the state election Board to order. And the first order of business is that we begin with an invocation and pledge of Allegiance and I'd like to invite Sara Ghazal to do the invocation and the Pledge of Allegiance.

00:04:38:29 - S4
Dear God, you have bound us together in a common life be with us today and all days and grant us your wisdom and grace as we struggle towards justice and truth that we may find common cause in working together for a more perfect union. Grant also your comfort and your strength to those who suffer and mourn in New York and California and in all places where there are victims of violence. Help us to heal that which is broken and make us instruments of your peace. In thy holy name, we pray, amen. Amen.

00:05:12:13 - S2
I'm going to ask everyone here to please rise. Face the flag.

00:05:16:21 - S4
I pledge allegiance to the flag of the United States of America and to the republic for which it stands, one Nation under God, indivisible with liberty and justice for all.

00:05:38:18 - S2
Thank you, ask everyone to please be seated. The next order item on our agenda is the approval of the Board meetings, minutes from last meeting.  Asked the Board if everyone has had an opportunity to have a look. Well, first, I need to before we do that, let me proceed with a roll call, in essence. We know that Ed can hear us or Ed checks in as present. Sara? Present. Member Sara Ghazal is present. Doctor? Present. Doctor Johnston is present. So all of the Board is

present, we do have a quorum. Now we can proceed to business and that is has the Board had an opportunity to review the minutes from the last meeting?

00:06:30:16 - S1
Are there any corrections that need to be made? Ok and this time I will entertain a motion that the minutes be approved. Second. It's been moved in second. Any discussion? All those in favor would say I. I, I, I.

00:06:47:06 - S2
Those opposed, would say nay. Nay? There's no nays, passes unanimously. All right, so Ed has joined us both in in envisage and voice so welcome and we appreciate your vote and we've marked it for the official meeting records. The next item on the agenda is public comment. And I have a list of those who have commented and just a warning, we're in election season and so tensions are high and there's a desire to have one candidate or another benefited and but that's not the business of the Board. The business of the Board is to run the elections uniformly and safely and transparently. So comments in favor or in opposition to a particular candidate are already ruled out of order by the Chair and so we ask you to respond accordingly. We're going to limit it to our traditional three minutes and the first speaker on the list is Rebeeekah Bennett. Um. I think we have, you can come to this microphone.

00:08:20:19 - S3
I'll turn your mike on.

00:08:29:16 - S4
Good morning, Board. My question is for a candidate that qualified looking for some protocol or some definition into what happened in a timeline. I am told that they're disqualified roughly two weeks after qualifying closed due to insufficient funds, and it took the Board until April the 30th to make the elections, local election supervisors aware of this, preventing them from being able to refile it or deal with that. Can you give me any information on that? Candidate being John London of the 9th District.

00:09:13:29 - S2
Well, the the public comments section is for you to make a comment it's not a question and answer comment. Ok. And so we're, I'm going to go ahead and rule that all statements in the form of a question are rhetorical.

00:09:27:23 - S3
OK, that's fine. So I guess if I'm going to actually make a statement to those that are listening, please make sure you check your ballots, because we do actually have candidates on there that were too late to be pulled off and I don't want to cause any issues going in where people are uninformed thinking that there's an actual candidate on the on the ballot.

00:09:50:26 - S1
Thank you for your comment.

00:09:52:29 - S2

CONFIDENTIAL

PDSA-0000347

The next speaker is George Balbona.

00:10:02:04
I'm George Balbona. I'm from Cobb County. I have handouts.

00:10:15:21 - S1
Three sets of handouts, and if you want if the general public's interested, there's copies behind my cameras over there as well. I have some questions and concerns. I'd like to know why Erica Hamilton, the Cobb County's former election supervisor, was placed on extended leave of absence prior to her resignation. I think every Cobb County voter should be asking this because she was recently hired as the Cobb County registration manager. And I submitted an OCGA back in February 3rd, which did not get a response, which goes contrary to OCGA, 50-18-70 subsection F, where I should get a response within three business days. They never responded. I had to resubmit. Unacceptable. I still haven't received any response of information regarding that. I received this spreadsheet directly from the Secretary of State's office. It has all the counties and all the companies that are handling their ballot printing. Overwhelmingly, Tattnall out of Reedsville, Georgia is the hit they've only been printing in Georgia since 1879. They print 151 counties out of 159. You said just said, Matt, that the SEB's goal is uniformity. Well, there's only one county here that is listed as unknown. Guess which one? My county, Cobb.  It says unknown print file sent directly to Cobb, directly to county. And so that means the Secretary of State's office and Michael Barnes don't know who's printing ballots for Cobb County. I have a problem with that. I have a lot more problems. Let's get to them. The other problem I have is that eight other counties are using Fort Orange Press out of Albany, New York. OK. They are they paying exorbitant money to do this. Their quote, their invoice is ridiculous, to quote a Georgia ballot printing expert, quote, that's pretty dang expensive. And he also mentioned that that also doesn't include postage, and I want to know why these counties, which include Cherokee, Clay, let's see, right here in DeKalb, Gwinnett, Clark, Paulding, Cherokee, Doudy, Dougherty, Lee a county, why they're paying so much for ballot printing. I know there's absentee and there's, you know, emergency and all that, provisional, but it's crazy. Cobb is bidding too little. The expert says that the bid is like half what it should be by far and they quoted it last year. So they're not making money. Why does somebody want to desperately print Cobbs ballots and not make money for it? Don't get it. Lastly, the only reason these guys are in the table is because back in 2020, Gwinnett County opened the door by doing a nationwide bid for ballot printing. And that's why these guys are here. And I have a problem with you know that's why Fort Orange Press is in the picture. And the problem is that who put them at the table is the former Gwinnett County election supervisor, Kristy Royston, and she's currently the Fort Orange Press representative handling Georgia and the Southeast. Isn't that nice? I think there's a big conflict of interest there. She's also making a lot of money on it, too. And she was only.

And the next speaker signed up for public comment is YG Nyghtstorm.

Good morning, everyone. My name is YG Nyghtstorm. I'm running for U.S. Congress in District seven based out of Gwinnett County and I've had the pleasure of speaking with constituents on both sides. Democrats and Republicans are very concerned about our Election. In 2016, Democrats are angry, saying that Hillary Clinton should have won the election and that there were some issues there. With Stacey Abrams, some of her supporters who were in Gwinnett

CONFIDENTIAL

PDSA-0000348

County said that she should have won the election. There are some concerns there. In 2020, Donald Trump supporters say he should have won the election. There are some concerns there. The fact that the media and some in this state house are not considering the concerns of a constituency is a problem to me. This should not be a partisan issue. We have folks being kicked out. We have folks who want transparency and other seems like some of the leaders here don't seem to want that. The people deserve to have free and fair elections and they have the power to choose their leaders regardless of whatever political affiliation we have.

00:15:15:05 - S1
We should have the right as the people to pick our leaders. And as a person running for Congress in District seven, I don't care if you're Democrat or Republican, everybody should have full transparency to this. Everybody should have full transparency to every action with every ballot and every ballot should be counted and the people should have the power to know what's going on in the background and should not have a shroud of secrecy. So my concerns are as a person running because I have skin in the game, this directly affects me and others. I don't care if you Democrat or Republican, it should not matter.

00:15:54:28 - S1
The vote should be to vote. And anybody that's trying to manipulate the vote, if they break the law, they should go to jail and they should be punished. God bless everybody in here and I hope we can all stand together regardless of political party for what's right and what's true for the betterment of this state and this country. Thank you.

Thank you for your comment. And the next the next speaker signed up for public comment is Salleigh Grubbs.

00:16:38:00 - S3
Your mike is on.

00:16:41:25 - S1
Thank you and good morning. I would like to personally thank you for holding this in-person meeting because it's very difficult to conduct actual tangible meetings via Zoom because you always have control of the mike. Last year in April, on April 28, I was testifying when I was disconnected. So I want to tell you, thank you. I'm going to read a press release. I'm from Cobb County, I did this press release and sent it to you all on May 5th. Unfortunately, the 2022 primary advanced voting began with multiple issues at polling locations throughout Cobb County. Since the polls opened on Monday, May 2nd, problems have included poll pad voter data being missing and incorrect information in certain ballots. Some ballots excluded a state representative race and some ballots excluded the cityhood referendums. Since our vote is anonymous, once a ballot is cast, there is no way to rectify an issue. Today we were faced with the same issues being reported. In addition, the early voting check in system, ENET, crashed. Incidentally, it was also down yesterday, again. We have conflicting stories as to why. The My Voter page contains inaccurate or missing information for some voters. The problems do not appear to be isolated. However, we have not yet determined the number of affected voters or the number of incorrect ballots. To Mr. Nyghtstorms comments, it should be one citizen, one vote, and there should be accountability in how our process happens. The Cobb County Republican

25

Party takes election integrity seriously and we are committed to the proposition that every eligible voter should be permitted to vote, every legal vote should be counted accurately and every ballot issued should be prepared correctly. If we can get lottery tickets right, we should be able to process ballots. As the representative of the Cobb Republican Party, we are elevating our level of concern. The Cobb Board of Elections has suggested an election challenge after the election as a possible remedy but we believe that the office of the Secretary of State and the Cobb Board of Elections exist to prevent these matters from having to appeal to the courts for every minor problem. Although the problems may be considered minor, we believe and I believe personally that it is indicative of a systemic failure. Therefore, considering the above issues, it is our position that emergency balloting provisions should be used as per Georgia law with audits implemented as per Georgia law. This would entail handmarked paper ballots so that poll workers can verify the ballot being issued to the voter is accurate and the voter can actually see that the information is accurate.

00:19:25:19 - S1
It is imperative that the voter be able to verify who they are voting for or what they are voting for before they cast their ballot. We will act as needed to protect the rights of voters from the systemic failure. We have put our election integrity legal team and the state GOP on alert that Cobb County GOP will do all within our power to make sure that every legal vote is counted. As of yesterday, we had conflicting information from the Secretary of State's office and this body exists to ensure that elections are run appropriately and fairly and I am begging you to please step up for the citizens of Georgia. Thank you very much.

00:20:07:27 - S2
The next speaker, the next speaker is David Cross.  Your mike is on.

Thank you. My name is David Cross, I live in Gwinnett County, Georgia. Today I'm before you not because you want me here for for the Board.

00:20:29:22 - S2
I've submitted over 15 well researched complaints on everything from potential ballot trafficking violations, Dropbox tally sheets with impossible check in times, unsigned tabulator tapes for more than 300,000 votes in Fulton County, illegal and improperly installed election software, poll pad check ins that don't match the statement of votes cast. I found out about today's meeting from someone on Twitter commenting by saying, hey, did you see this? The State Election Board did not even notify me of today's meeting, even though my official complaints are on the agenda today. Nobody told me if my complaints were assigned case numbers and my email was ignored when I tried to find out which ones would be on the agenda today. Lack of communication here is astonishing and it's embarrassing. We, the citizens, have been asked to believe that this was the most secure and I won't even finish the sentence. Why? Because there are so many errors, incomplete and missing documents that it should make even the staunchest advocates wonder if the results were the results at all. I've contacted the Secretary of State over a dozen times in the past 12 months. I got so excited when he called me a few months ago but as it turns out, he had no idea who I was and he was simply calling me for a donation to his campaign. The secretary in the counties have a duty to not only collect the ballots, but to verify the data and then archive the data. Nobody proofed anything. Nobody ever looked at Dropbox video. What is

25

LTMAD-0000272.MP4

the point of security footage if nobody ever views it? Is it my responsibility to do the job of the county and the State Election Board and the Secretary of State? The attorney general has the responsibility to prosecute and punish violations of law. So far, he's done nothing and no one's been held accountable. My understanding is that each missing ballot images a thousand dollars fine. That's nearly two billion dollars of liability. The governor has a responsibility to uphold the laws of Georgia. And clearly election laws were violated. He has done zero to help the people have confidence that the laws were followed. I never thought I'd say this, but I'm embarrassed to be a Georgian. Is this the way we run elections in the greatest country on earth, like some third rate banana republic? Our leaders, the governor and the secretary of state need to fulfill their constitutional duties to the citizens. Put on your big boy pants, roll up your sleeves and get to work. Everyone here wants a secure, wants a secure vote. Election integrity is paramount. Thank you.

00:22:49:26
Next, the next speaker, the next, the next speaker is Garland Favorito, but just for a second, I have received your emails and I have forwarded every one of them along for processing. So I apologize that the volume that we get, this is a volunteer Board that has no pay and no staff. So the volume of emails that we get make it impossible for us to respond to every email that we get. But rest assured, I did get your I did get your emails and I have forwarded them along for processing. I appreciate that. Now, in addition, it is customary for complainants to receive notice when their cases are being heard and if you are a complainant and you didn't receive notice, I apologize for that. That was that is not the customary thing and I apologize for that, that that shouldn't have happened. So I've been, I've been a complainant before and I got notice of the hearing where my complaint was going to be heard so that's the ordinary course so I'll find out what happened, what happened there and I apologize for that. But I've seen every single one of them and I've forwarded them along but I get 300 emails a day with complaints, so I can't respond to each and every one and have a full time job. So I apologize for that. But I did want you to know that your concerns are being addressed. Ok. The next speaker is Garland Favorito.

00:24:20:22 - S3
Thank you, Mr. Chairman. I'm Garland Favorito, co-founder of Voter GA. We're encouraged by the restructuring of the Board and hope it continues for the Board so that they can gain complete independence from the Secretary of State office and that will help you conduct more legitimate, unbiased investigations.

00:24:40:19 - S4
This afternoon, you will receive via email, the final signed draft of our demand letter respectfully requesting that you make two State Election Board rules conform to federal and state law. When, as the 202 was passed last year, it made ballot images public and Voter GA immediately began a statewide analysis of them for the 2020 general election images. Our analysis was hindered because we found that about 70 counties had destroyed roughly 1.7 million original ballot images from the 2020 election. In another analysis, we found that about 70 counties destroyed their Dropbox surveillance video, which would have monitored 181,507 Dropbox ballots. In both cases, the counties blame the State Election Board rules that allow for premature destruction of images and surveillance video. I say premature because state and federal law requires a two year retention of all election records. And therefore, the letter that you will receive requests that the

25

PDSA-0000351

LTMAD-0000272.MP4

State Election Board rules be changed to comply with state and federal two year retention periods. The destruction of the original images prevents any means to verify the election results or detect counterfeit ballots. Therefore, the letter also requests the Board to seek a litigation hold on all 2020 general election ballots so that they may be preserved until all litigation regarding the 2020 election is resolved. The people demand transparency.

00:26:41:16 - S2
Take a seat (Unintelligible). Take a seat. The next speaker is William T. Quinn. Your mike is on.

00:26:54:15 - S3
Thank you and good morning. (Unintelligible)

00:26:57:05 - S2
Yes, sir.  Garland, I did get your draft demand letter and I've already forwarded it along, so I don't have an issue like Mr. Cross didn't know his was being processed. Yours is being processed. (Unintelligible). OK, alright but I've already sent it along, so.

00:27:20:02 - S3
(Unintelligible).  I'm sorry, go ahead.

That's very fine.  Thank you. So again, William T. Quinn, I'm a resident of Forsyth County, Georgia.

00:27:27:25 - S2
I wanted to this morning make the Board aware of the existence of analysis from the actual ballot records of a number of counties in Georgia. Some folks have already seen this analysis based on the actual ballot listing from the systems in those counties.

00:27:48:23 - S2
What's interesting is many of the counties have been very forthcoming and been happy to turn over the cast vote record to us. Notably, there have been several that haven't, which begs the question, why not? I've heard words like transparency, truthfulness, other things this morning. So as we go forward, I would like to offer to the Board the opportunity to see the analysis, have it presented to you, we'll explain the findings and so forth. And I would encourage the Board to send a message, where appropriate, to the counties that are not turning over the information yet. Cherokee, Coweta, Houston. That they should make that information available for the betterment of everybody's visibility to what happened in these in these past elections and for the knowledge and and foresight for the people of Georgia. Thank you.

00:28:48:20 - S2
Thank you for your comment. That concludes the listing of people who have signed up for the public comments. So the public comment section of the meeting is closed. We now move to the section of the meeting that is Board member comment and we proceed in reverse order so, Doctor, you get to go first as the newest member of the Board. You get the honor or or joy of going first.

25

CONFIDENTIAL

PDSA-0000352

00:29:19:12 - S3
Well, thank you.

Let me turn on your mike. There we go.

00:29:21:08
Thank you. To all of you who have outlined deficiencies or processes that have not been completed. We will do better.

00:29:38:06 - S4
But let me, imagine with me for a few minutes. I'm going to put on my baseball hat. The election is a baseball game. There are two teams with an intense rivalry. It's early in the season and the game is on. There are rules but the way the game is played seems to keep changing. There are new rules made. The equipment keeps changing. The bats are heavy. The bats are light. The balls are small. The balls are too big. The bases are moved. The lights tend to flicker on and off. Whoever's at bat says the field doesn't seem to be level. Scores on the scoreboard don't seem to reflect the balls, the strikes, the outs or the runs batted in. So when the game is over, neither side is really sure if they won fair and square. Now, let me share a few words, a few thoughts with you.

00:30:47:19 - S1
What we're seeing in the May 24th primary is what I call a rough start. Complaints by workers that the ballot is too long for this election system.  Election Net down on day two and day 14. Easy vote unusable and other poll pad problems in Cobb County. Fulton County with early voting scanners slower than molasses. Walton County scanners left on twenty four seven. Fulton County ballot marking devices left on overnight. DeKalb County ballots misprinted and sent to voters. Fulton County voters given wrong ballots, reports of candidates not being on ballots. Loss of chain of custody of absentee ballots in DeKalb County and then wrongly blaming the Secretary of State. A Democratic candidate left off the ballot in HD 36. City referendums misplaced. Cobb County tax collection boxes mistaken for ballot drop boxes. Absentee ballot, voter verification beginning before the posted processing date with no monitors and no witnesses.

00:32:08:23 - S1
This does not bode well for the last few days of early voting and Election Day on May 24th and the November election will be completely out of control if these equipment, operational and software issues are not resolved. These distractions, chaos and confusion only increase the difficulty the State Election Board has in providing oversight, uniformity, legality and purity in the elections. My impression is that election workers are strained and struggling to keep up with the equipment, the operations and are helpless when it comes to any software problems.

00:32:53:12 - S1
In this atmosphere of partisan tension, we need to do everything we can to simplify the process, make it transparent for all candidates and their parties and ensure that election laws and regulations are upheld. There must be remedies, cures and sanctions for violating the laws if we want the results to be trusted and accepted. We need rules that are understandable and upheld

CONFIDENTIAL

PDSA-0000353

throughout the state and we need to train against those rules. We also need to audit the training. We need to insist on uniformity and accuracy in following state election board rules. And when laws and rules are broken, there should be swift and meaningful sanctions up to and including barring repeat offenders from being involved in this very serious election process. The good people of Georgia are paying a lot of money for this election process, millions and millions of dollars. And I'm not so sure they think they're getting their money's worth. We should not continue to create more complexity and shore up what has become an untrustworthy system. Brian Germany, the legal counsel for the secretary of state, said we have we have a decrease in confidence of the election systems when he addressed the State Election Board a year ago. He went on to say, we need to build back that confidence and we need to address things that fall through the cracks and other issues. Indeed, we do need to address voter confidence. According to a Rasmussen poll, 60 percent of voters believe that both parties would cheat to steal an election if they could get away with it. According to Rasmussen poll, there are several things that that the majority of voters like and want. Photo I.D., number one. It's common sense. It's not a crazy idea. And people want it with mail in ballots too in addition to driver's license numbers and signatures. Number two, accurate voter rolls. This has the support of more than 80 percent of voters. One legal vote for one legal voter, simple, basic and not that difficult to achieve. Three, bipartisan conduct and witnessing and all election processes with ballots in by Election Day.

00:35:36:05 - S1
There are some things that voters do not like, a very extended voting period. It's exhausting for workers. It's expensive. It increases the risk for election abuses. The low number of voters at the polls do not justify extended early voting.

00:35:55:11
(Unintelligible). Two, ballot Harvesting, buying, bullying, intimidation, pressure, threats, vulnerable voter abuse, illegal voter assistance and ballot theft. I call these people vote predators. They prey on the weak. Vulnerable voters must be protected and vote predators should be hunted down and stopped. Outside, three, outside private money or schemes by so-called nonprofits that amount to vote buying. These issues were recognized by Jimmy Carter and James Baker commission in 2005, and most of us think that they make just good common sense to ensure election integrity. Those that oppose these measures are not motivated by desire for honest, free and fair elections but by dishonorable and unethical interest. It's time to reset our election compass to a course that will guide us to honest, free, fair and trustworthy elections that are conducted uniformly, cooperatively, accountably, respectfully, transparently and ethically. Thank you.

00:37:28:06 - S2
Thank, thank you for your comment. The the next member of our Board in terms of seniority or newness is Mr. Lindsey. And so he has joined us by Zoom and so I turn the floor to you, Mr. Lindsey.

00:37:44:18 - S3
Well, first off, I apologize for not being able to be there in person and I appreciate the fact that I can, in this age of technology, I can come in via Zoom. And I do appreciate the comments that were made public comments that were made, as well as my fellow member of the Board. I don't

25

PDSA-0000354

have any additional comments at this time, but I look forward to hearing the evidence on the various issues that we have before us coming. But good morning to everyone.

00:38:18:07 - S2
Thank you for your comments Ed. And I don't think I'm giving out too much information about your personal life, but you rearranged your entire travel schedule to be available this morning. So we appreciate your effort in being here and even though you're by Zoom that required heroic efforts on your part to rearrange your entire calendar so we appreciate it very much. So thank you very much. The next Board member is Sara Ghazal, so we turn the floor over to Sara.

00:38:49:20 - S1
Thank you, Mr. Chairman, and I want to thank every single person who's here today. I know it's not easy being here at 8:30 in the morning and your presence here shows your commitment to Georgia's elections. I think we can all agree everyone here, everyone watching and Georgians across the state all depend on free and fair elections conducted peacefully by nonpartisan professionals free from intimidation. Our election officials and 159 counties across the state are doing everything in their power to maintain confidence in our elections with limited resources, amplifying unproven and misleading allegations of voting misconduct creates a chilling environment for voters and election workers alike. I'm wholly committed to working together with my colleagues here to find a path forward with our communities that ensures Georgians trust in our election processes, supports our election workers, and diffuses the rising rhetoric and tensions across the state. I watched the movie that that is on everybody's lips. I've read all of the complaints and I've watched all of the accompanying videos that have been sent to the Board. The claims made in the movie have been reviewed and refuted by numerous Republican appointed and elected officials. GBI Director Vic Reynolds explicitly stated that he's seen no evidence linking any alleged cell phone data to unauthorized ballot delivery. The analysis is flawed and there are assertions there that are wholly unsupported by any evidence that I've been provided. Aside from individual isolated instances that I can count on one hand with fingers to spare, I've seen no credible evidence of any organized efforts of unauthorized persons delivering ballots, let alone widespread invalid votes being cast. As the AJC has pointed out, a verified valid ballot will be counted regardless of how it was delivered.  In Georgia, absentee ballots are only issued to registered voters who have applied for those ballots and those applications and (unintelligible) order, order, and those applications have been processed and…

00:41:05:21 - S1
I've asked the lady to suspend for a minute. The the ability of the public to to be in this meeting is a privilege that should be exercised with due dignity and respect. No one interrupted the speakers when they had public comment and no one should interrupt the Board members, okay? If if we have a problem with this, we'll clear the room and we'll have a public meeting by Zoom again. So I'm going to ask all the people here in person to conduct themselves with the respect that the elections deserve, the respect that these Board members deserve and if not, we'll just clear the room and you watch it on Zoom, okay? The lady will continue.

00:41:54:14 - S4
Ballots are only counted once the identity of the voter has been verified by checking the signature on the ballot, and that is the process that was followed in 2020. Dropboxes are

inherently more secure than mailboxes and have been used in other jurisdictions for decades. Despite the lack of evidence of widespread illegal ballot collection activities, real harm has been caused by these unsupported allegations asserted by individuals seeking to profit off of them. Election administrators across the state have testified against restrictions that were put in place because of how they limited access to voters. And I'm deeply concerned that the individuals who are pushing these false narratives for their own purposes are fueling inflammatory rhetoric that risks conflict. But I also have a deep belief that Georgia voters will come together across the political spectrum to reject efforts to docks and intimidate innocent voters and hard working poll workers who are simply doing their jobs. And that Georgians across the spectrum will condemn the threats to identify and target non-profit organizations based on unfounded allegations which these same groups are threatening to do. Our democratic institutions depend on public trust to uphold our rights as citizens. I'm committed to working together with our communities to deepen trust in our elections and protect and support our election workers and voters alike.

00:43:24:10

Thank you. The the member of the Board by seniority is me, so I get to go last. And so what I'd like to do is take a few minutes to respond to the questions that I get as I go through the day. I get uncounted numbers of emails asking me questions and saying have you seen this? Have you seen that? Please, please see this. Please pay attention to this. So what I want to do is take this opportunity is to communicate to a lot of people all at one time questions that the answers to questions that I've been receiving. And so the first question is, surprisingly, the suitcase ballot issue is still coming up. And I get lots of questions about that. So I'm going to go take a minute to address that. And so what I want to do is I want to invite everybody in the public who is interested in this and especially I'm speaking directly to voters who have come to me and said, I'm not going to vote because the suitcase ballot showed my vote doesn't count. I'm speaking directly to you now. I want you to go to securevotega.com, securevotega.com, forward slash fact check and that is put up by the Secretary of State and is the actual video from State Farm Arena, it has four cameras. And you might be a busy person and you say, well, I don't have time to watch 14 hours of four cameras. So what I'm going to do is I'm going to make it, all you got to do is watch three and a half minutes. And so if you go if you go to secure vote Georgia I mean, securevotega.com forward slash, fact check, go to camera two, time stamp 10: 26 and watch the next three and a half minutes. You will be able to see empty ballot containers visibly empty shown on the camera, camera two. You can watch the workers load the ballots into the ballot containers. You can watch the workers seal the ballot containers and you can watch the workers push the ballot containers under the table. So to and you will see that the ballot containers are clearly marked ballots. So I still have people coming to me saying that they smuggled in unauthorized, secret suitcases of ballots. I still get this. And so you can see on this camera that it says ballots. So all it'll take is three minutes of your time, three and a half minutes of your time. And it also you can go to camera four at the same time stamp and see what the monitors are doing. So you can watch the three and a half minutes where those ballot containers get loaded and you can watch the monitors watching or not watching the workers do that. The second thing I want to do is I want to take a minute to commend the state's lawyers and representatives in the legal suits. We have tremendous representation and I want to call these lawyers out by name. Josh Ballenfonte, Vincent Russo, Brian Tyson, Melanie Johnson, Ryan Germany, Charlene McGowan. They all do a tremendous job for the people of Georgia. They're some of the brightest lawyers out there. They're certainly the most among the most experienced election

CONFIDENTIAL

PDSA-0000356

lawyers out there. And they have a a win ratio that I've only seen exceeded by the Walton High School girls tennis team that went 159 and zero. So these lawyers are very, very talented. So and the state of Georgia should be very proud, the citizens of Georgia should be very proud to have them representing them. So one thing we see on the national press, we see talking heads get on the television and tell us the lawyers should have agreed to this, the lawyer shouldn't have agreed to this and I just want the citizens of Georgia to know that the lawyers that are working on their behalf or some of the most talented, energetic, conscientious and dedicated public servants that I've ever met and I'm a proud of each and every one of them and what they do. The final thing is that I want to point out, I've had lots of people say, beg me, please watch the movie, 2000 meals. Please watch the movie, please watch the movie. So I did watch the movie and I need to make I'll make four points about the about the movie. First, as I know, Hans von Spakovsky, I've known him for a long time, he's an acquaintance of mine.  He's a very smart person. He's been very interested and very dedicated to issues about harvesting for a long time. So he is a, he has a voice that I trust and and and and is one of the brightest people I know. So Hans von Spakovsky is in the movie and makes points. Now, most of the points he's making don't apply to Georgia. And in fact, the movie itself recommends that states adopt a system where ballots are mailed at the request of the voter who then gets the ballot and sends them back. So, in fact, the movie says the state should adopt this system. Well, the thing is, Georgia uses that system and has used that system for many, many years. So the citizens of Georgia who see this movie or or talk to their friends are talking about this movie, the movie suggests that the other states, they don't mention Georgia by name, but they suggest that the other states adopt the system that Georgia uses. So you can be confident in that. This next thing about the movie is they are free to draw whatever conclusions they want. But the citizens of Georgia need to know that Sara was correct in that a ballot that is delivered by ballot a harvester, and let me take a minute out of this is that I actually, as in my experience, I actually was part of a team that busted a ballot harvesting ring in Georgia that resulted in prosecutions. So the citizens of Georgia can rest assured that they have one of the only people in Georgia that has actually busted a ballot harvesting ring taking this very seriously. Now, a brief moment to talk to my Republican friends out there. Rush Limbaugh used to hate it. I mean, he would go apoplectic when somebody says we have to investigate this because the seriousness of the allegation, he hated that. But here we're, us Republicans, are now on the other side of this issue and we do want investigated it, we do want it investigated exactly because of the seriousness of the issue. So we will give this a fair look. We'll call the balls and strikes fairly as we see them and the chips fall where they may. But it's not going to be a witch hunt. It's going to be done soberly and with great care by people who know what they're doing. And and you can rest assured that I'm very familiar with that ballot harvesting. I've trained scores of lawyers in what to look for and how to address it over my 30 years of doing this. So the citizens of Georgia can rest assured that Sara is exactly correct in that a a a vote delivered by a ballot harvester, if there is one, is treated in exactly the same manner as the vote that you have delivered yourself. This still goes to the same people and still goes to the same process. It's still checked against the voter rolls. The signature at the time was still matched. And so we say, is this a voter? Yes, this is a voter. Did they request a ballot? Yes, they requested a ballot. Are they authorized? Yes. So the idea that I got from watching the movie was that they were saying that there were 92,000 illegitimate manufactured votes in Georgia. And maybe I misunderstood the point they were making but that was the point I heard. But that is not true. A ballot harvested vote might be a perfectly legal vote. It's just the manner of its delivery was illegal. So that's a very important point that I did not see mentioned that I bring out to those that that want to ask, what's my

CONFIDENTIAL

PDSA-0000357

opinion there? The other thing I want to address is that I heard on the radio the other day an allegation that the the governor mailed out 7.8 million ballots to people that didn't even request them and I almost drove off the road because that was that statement was so wrong on so many different levels. So let's address that for a minute. First of all, no constitutional officer anywhere in the state sent anyone a single ballot. The ballots are sent out by the county election office. So no constitutional officer sent a single ballot to anybody. The governor didn't. The Secretary of State didn't. Nobody did. And second of all, nobody other than a handful of mistakes where an election worker just simply picked the wrong the name next on the on the list and sent a ballot off to the wrong person by mistake. No, no election worker sent a ballot out that wasn't requested by a voter. So when they talk about mailed out ballots and and vote by mail, Georgia does not use that system, although you can send your absentee ballot back by mail. We don't use vote by mail. And what they mean when they're talking about vote by mail is they mean that that live of ballots are mailed out to everybody on the voting list and Georgia does not have that system. I personally don't think that's a wise system. I don't think we should do that for the same reason you don't send out a live credit card to somebody, whether you know that they live there or don't. So Georgia does not use that system. Ballots are only sent when they're requested. So that's a few issues that I wanted to get out to the public and get off my chest. And I think everybody has had the opportunity to speak. And one of the reasons that I was insistent and Sara was insistent and the doctor was insistent and Ed agreed along and the secretary of state's office and the Georgia Building Authority were so kind to let us have this meeting was because I thought it was important that everybody have a chance to to publicly air their their views and get get things out in the open that they wanted to talk about. So I've gone a long time and what we will do now is to close the Board member comment section of the meeting and we'll move to the update on True the Vote complaint, which I think is Ryan Germany. So, Mr. Germany, the floor is yours.

00:55:01:04 - S1
Thank you, Mr. Chairman. I'm Ryan Germany. I'm the General Counsel at the Secretary of State's office. I wanted to give the Board members a quick update on the complaint from True the Vote that we received that we are investigating. At the last meeting, the Board members authorized subpoenas to go out. Those subpoenas have been sent. We are in discussions with True the Vote's lawyers about receiving information and we look forward to receiving that information so that we can fully investigate these claims. True the Vote does have some genuine concerns about confidentiality of information. And so we're trying to work with them to resolve those concerns. It could be a situation where we end up needing to go to court and have the protection of a court order to protect confidentiality.

00:55:55:22 - S1
So that's where we are with with this. We have not yet received information but we're we're in discussions with their lawyers. At this point, I would ask the Board to authorize the AG's office to take appropriate action. If it does come to a point where we need to go to court to enforce the subpoenas or get a protective order, I would ask the Board to authorize the AG's office to take that action if it if it becomes necessary.

00:56:25:28 - S2
That's a request for a motion. The chair will entertain a motion if there, if a Board member would like to make one. I'll move Mr. Chairman.

25

00:56:34:14 - S2
Sara and Ed have both moved and seconded. Doctor? Discussion. Discussion.

00:56:42:02 - S4
So I'm very.  Oh sorry, my fault.

00:56:44:29 - S4
I'm very concerned about confidentiality and actually the safety and well-being of said whistleblower. Do we have any information about the whistleblower?

00:56:59:12 - S1
Not at this point. No ma'am.

00:57:00:12
Is there any indication that the whistleblower was discovered and and harmed?

00:57:12:14 - S3
We don't have any information about the whistleblower at this point, we've requested that information.

It. If I may, Mr. Chairman. While, within the court system, there are procedures for assisting in confidentiality for a whistleblower. But given the allegations that True the Vote came forward with, you know, I believe that it is incumbent of us and the attorney general to pursue those allegations and to see if that indeed has any merit or not. And I would encourage True the Vote to cooperate with us and cooperate with the attorney general to to set up the necessary safeguards for any whistleblower which can be done through the court system. But let's get to whether or not these allegations have any merit or not. I I I was a little bit concerned that in one publication, someone from True the Vote was quoted as saying that he felt that the subpoenas were an attempt to intimidate True the Vote and harass True the Vote. I believe that was the term that was used in this in this publication. I certainly hope that didn't accurately reflect True the Vote's true feelings. And I certainly hope that they will and they will work with the AG to set up the necessary safeguards for any whistleblower. But let's move forward with the with the investigation. The only way we can do so is if someone comes forward with specific evidence, with someone who can testify. For that reason, I believe that it's incumbent upon us to have the AG move forward.

00:59:10:26 - S4
Dr. Johnston you have the floor.

I do not want to put the the well-being or safety of somebody in jeopardy, and I think we need to have a mechanism to offer protection to the necessary parties. Before we can really proceed with this investigation.

00:59:35:21 - S3

CONFIDENTIAL

PDSA-0000359

I think the mechanism to do that is what we're discussing. I think a court order could assist with that. And that's why I'm asking the Board to authorize the AG to take appropriate action, both to enforce the subpoena if it becomes necessary, but also to ensure, you know, sufficient confidentiality of information.

00:59:58:05 - S2
Any further discussion? Any further discussion? If not at this time, we're ready to proceed with the motion to authorize subpoenas with instruction. All those in favor would say I. All those opponents would say nay. Motion carries. Mr. Germany, the floor is still yours.

01:00:25:06 - S1
That's all I have on the True to Vote complaint, Mr. Chairman.

01:00:31:12 - S2
You'll remain in place. The next, the next item on our agenda is an update on early voting. So Mr. Germany again. The floor is yours.

01:00:39:20 - S3
Thank you, Mr. Chairman. I do want to provide the board with a quick update on early voting. We are now it's Tuesday, Tuesday of the last week of early voting so we do expect turnout to increase, as it generally does during the last week of early voting. So far in this election, we've had a record early voting turnout almost every day of the cycle. Yesterday was, in fact, the highest day that we've had in the cycle. And we've been consistently I think it's about two and a half times the number of early voters that we had in 2018 and about one and a half times the number of voters that we had, a number of early voters that we had even in the 2020 cycle for in-person early voting. And also we have not had reports of lines. I do expect for those listening who haven't voted yet, that lines will probably increase as the week continues. So if you can work that into your voting plans, but that is what we're seeing. We're seeing record early voting turnout and we're seeing no reports of lines at this point. There have been some issues that some people have discussed already. I would describe them as the types of issues that we normally see in any election and we've been working with counties to resolve them as quickly as possible. The bulk of the issues that are a bit unique to this cycle are because this is the first election involving redistricting that five of the 10 year redistricting cycle. And as the Board members know, we had a condensed redistricting cycle this year due to the delay, the delayed census and then delayed numbers out from the Census Bureau. So the counties have been working or working diligently to complete that redistricting as quickly as possible. But we are seeing some issues with with redistricting and we are currently working with counties to resolve them as quickly as we can. I'm happy to take any questions.

01:02:52:10 - S4
Ms. Ghazal. Thank you, Mr. Germany. I appreciate this and this is more of a comment than a question, and I think that all of us have shared in the frustrations that that Miss Krebs and Dr. Johnston has have expressed with regard to some of these redistricting issues. I want to acknowledge the fact that the county election supervisors almost as a whole, recognized that this was going to be an issue and petitioned to delay the start of the primary by one month. But unfortunately, the General Assembly did not take that up. So this was this was these issues were

25

anticipated and I think the counties should be commended for, frankly, the scarcity and the number of problems that we've seen. I anticipated a lot more given the compressed time scale. So I really want to give my thanks to the incredible work that the counties have put in to try to minimize these problems and to resolve them as quickly as they could.

01:03:58:13 - S3
I would echo that and I would just add the same praise for our elections division this cycle. We instituted a new tool using some mapping software to kind of help counties do some quality check on their at least their state and their federal on their congressional lines. And I think I think the counties would say that that tools appreciated and helped them really reduce any potential errors before voting started. Some of the issues that have come up that we've seen have been with county commission lines. And that was unfortunately not part of the quality assurance check we were able to to to offer counties because we don't have those those lines. But when when those issues were discovered, then counties quickly, quickly resolved them as well.

Ed? I would like to make, you know, a quick comment as well Mr. Chairman, just to while I do recognize the difficulties that the counties are going through, I think all of us are concerned any time any voter has their vote cheapened for want of a better term because of some irregularity in that, and that these need to be taken care of as quickly as possible so that every voter's vote can be fully counted. I am encouraged by the turnout, you know, to sort of echo what you said. And for those who were listening, who want a good website to check daily is something called georgiavotes.com, which is a great website that shows you every day that shows that as of today in terms of turnout, 2022 primary, early voting versus 18, we're 196 percent higher than we were just four years ago. And I think that's a that's a good, positive sign of the interest of voters in this election and their desire to exercise their votes. Anyway, you know, while I do commend the counties for what they are trying to do to correct irregularities, I think it's incumbent upon us and anyone to to try to get these things resolved as quickly as possible.

01:06:31:25 - S2
Thank you. Any further comments from the Board? (Unintelligible) Ok, with that we'll conclude the update on early voting and will move to investigations reports. Call SCBA case number 2022-054 Gwinnett County ballot harvesting. I think we have an investigator. We have our investigators. Great. Morning, I'm investigator DeWeese with the Secretary of State's office.

01:07:02:08 - S2
The first case is 2022 054 ballot harvesting involving a white Ford SUV. Complainant sent in video clips of a white SUV approaching the ballot box at the government building in Gwinnett County. A male subject exits and places five ballots inside the ballot box. The video had the vehicle tag. I was able to find the registered owner and identify him and interview him.

01:07:37:28 - S2
But prior to my interview, I researched his home and located five legal electors outside the home and they were all family members. I checked all their ballots in our ENET system and they all coincided as being dropped in the drop box on the same day as the mail placed them in the video. And they were all counted either that day or the very next day. So I then interviewed him and

determined and validated that he had five, more than five people living in his home but the five electors all lived in that residence at that time, making all those ballots legal ballots.

01:08:26:23 - S1
Thank you for that report. Any questions from the Board? Dr. Johnston? Thank you for the report.

01:08:36:29 - S4
Did you get information as to the relationship of each of those five people?

01:08:42:28 - S2
They were his children and his wife.

01:08:47:14 - S4
And did you interview them? No.

01:08:54:20 - S2
But I did check their election status that the ballots all matched, so everybody that was a registered voter at that house, the interview he admitted to being there, he said, that's me on the video. That's me placing five ballots but he goes, those are all my family members' ballots. So that information prior to me talking to them, I found all the electors that were registered at that home and checked all their ballots and they were all dropped on the same day, which matched up with the video and counted. Thank you.

01:09:32:09 - S2
Other questions from members of the Board?

01:09:34:26 - S3
If I if I may, Mr. Chairman, I think the listening audience is important to point out, and I'll have the investigator confirm that you are authorized to deliver ballots for other family members located in your home. That is something that is clearly permissible by law, correct? That is correct. Let me also ask you this, and and I appreciate folks coming forward with with concerns and specific allegations for us to investigate. But I've also seen some of these some people also going out and publishing these allegations and posting videos online or to or to other sources of people without a full investigation. Do you know whether this individual was one of those people that was whose car and car tag and picture was published publicly?

01:10:38:12 - S1
As far as the white SUV, I have not seen the movie True the Vote, but I did see a True the Vote representative on a Tucker Carlson show and in the background, they had that video clip playing of that subject in the white SUV. I would simply like to caution folks who who are bringing forth these allegations to please allow an investigation to take place before you publish these allegations. You know, voter harvesting is a crime. Claiming that someone is committing a crime without full investigation carries with it some some legal liability as well and and I would like for folks who who are simply doing exercising their right to vote and exercising the right of their family to vote, not to not to have allegations thrown about them and to simply ask folks to be a

CONFIDENTIAL

little more cautious in this day and age to to make sure that before you make those kind of allegations that you turn over the claim to proper authorities and allow an investigation to take place before you publish it and perhaps bring into question someone's good name. Just a cautionary, I think this is a cautionary tale here that I would like for us to observe in future.

01:12:08:12 - S2
Thank you, Mr. Lindsey. I I do have one, it's kind of a question, but it's for the benefit of the people out there and you can defer to your colleague if you'd like to answer this question. But when you go and interview people, a friend of mine was was put up for U.S. attorney and so she listed me as a reference and the FBI came and and talked to me about her as a reference and they came with badges and guns. I was scared to death and it was just it was just a job reference so how how does this how do you approach? Do you communicate with them the seriousness of it? Do you communicate with them that it's a crime to tell you things that aren't true or how does that process work? I think people listening would like to know at what level do we are we just taking somebody's word for it or at what level is the is the the weight or the magnitude of the system made apparent?

Well, in my experience as an investigator, every case is different and how you would approach. In this case, responded.

01:13:11:26 - S2
And in this case, I got a lot of information prior. I found five legal votes from that address and matched up with the video. So that gave me a little what's the word I'm looking for? It made me satisfied that it looked like they were going to be legal votes. So I contacted him by phone and email and set up a meeting to get his statement. And as far as living there, you could tell there were several people living there with the amount of cars in the in the driveway.

01:13:51:02 - S2
So not to put words in your mouth, but to characterize what I heard. And that is like like us lawyers, we always say don't ask a question in court that you don't already know the answer to you. You you go into these interviews already knowing the answers to a lot of the questions you're going to ask. And that way, you know, whether they're telling you the truth or not. Right. I researched the home and found that these people lived there and, you know, do as much research that I could based on the information I had with his name and all that.

01:14:19:24 - S2
Do, thank you for that explanation. Do you have a recommendation for the board?

01:14:27:21 - S3
I did not find anything to suggest a violation of Georgia code. I think your recommendation is for no action. I'm prepared to accept a motion to (Unintelligible).

01:14:40:18 - S2
OK, Ed and Sara have both moved in seconded with each other again. Dr. Johnston, discussion? All right. I told you we had I told you we had the brightest lawyers in the in the in the state helping us out. There is no legal consequence to the statement, no action, so it's actually a motion

CONFIDENTIAL

for dismissal. So I stand corrected. Thank you, Ryan. And so the Board will restate the motion as one for dismissal. (Unintelligible) And so we are ready for discussion. Dr. Johnston, anything? No discussion.

01:15:24:04 - S1
No discussion. Are we ready to vote? All those in favor of the dismissal will say I.  I. All those opposed will say nay. So the motion carries and this case is dismissed. Next case on the agenda is case number SCV, case number 2022-055, Gwinnett County ballot harvesting. You have the floor.

01:15:53:17 - S1
Yes, thank you. It's a, a it's very similar same kind of complaint. Video received from the complainant showing a subject driving a red Corolla. Same thing. This was on 10/18 to 20. placed ballots inside the ballot box and they appear to be more than the one legal allowed vote, ballot. Same investigation. We had a tag. I got the registered owner and did the same research on the home, found the legal electors registered at that address and confirmed with a phone interview that was recorded with him that he did admit that it was him on the video and he admitted to placing four ballots and they were all family members that lived at that home. And that was that.

01:16:53:20 - S3
All the information on ENET coincided with the video as being dropped. And as far as being accepted into the ENET as we mentioned the first time, is it depends on the time of day you drop your ballot. If you drop it off early, they may get counted at the same day or if you drop it off late at night it'd be counted on the very next day. But in this case, they were all counted and they all appeared to be legal votes and my interview confirmed that.

01:17:25:27 - S2
Any questions by our Board members? Dr. Johnston?

01:17:29:14 - S4
What were their relations? Of…

01:17:31:29 - S2
These were his family members and children.

01:17:38:17 - S3
(Unintelligible) His children. Children. And his wife.

01:17:42:01 - S4
Did you interview them?

01:17:42:18 - S3
No. Thank you. I just confirmed that all their votes were all voted the same way. At this time. Mr. Chairman. I have the (Unintelligible) similar question to the question I asked previously. In addition to the sending of the complaint to us. And I do appreciate when someone sees

25

something that is questionable that they turn over the investigation to us. But do you know whether or not once again, same question I had before that in addition to filing a complaint with us, do you know whether or not allegations of voter harvesting were published in any kind of online service or any kind of documentary or anything like that? Do you know, in this situation that happened again?

01:18:39:04 - S2
I have not seen any of my personal self. I have not watched that movie yet. I just anyway, the same same caution that I would give that I gave earlier, I would give here to the folks making these allegations. If you see something that you find questionable turn it over to the authorities. But do not simply go out and start questioning the integrity of individuals and alleging crimes without any further evidence that could subject you to some kind of liability from that individual who rightly might take exception to having their good name questioned.

01:19:25:08 - S2
So I understand your finding was there was insufficient evidence to prove a Georgia election code violation? Yes, sir. Ok at this point, the Board, the chair will entertain a motion to by any of the Board members.

01:19:37:15 - S3
So move, Mr. Chairman.

01:19:40:12 - S1
To dismiss?

01:19:41:13 - S3
Move to dismiss.

01:19:43:05 - S2
OK, and there's been a motion to dismiss and a second discussion. No discussion. No further discussion, so we're ready to vote, so all those in favor of dismissing this case 2, SEB 2022-054 would say I. I, I. All those opposed. It's five five (unintelligible). It's five five.

01:20:02:24 - S2
Oh I'm sorry, it's five five. Thank you for correcting, zero five five. All those in favor would say I. I. All those opposed would say nay. The motion carries and the case is dismissed. The next case is SEB 2022-056. (Unintelligible) yes sir this also ballot harvesting and this involved video clips received from the complainant out of Gwinnett County on a black Volkswagen Passat. The tag was visible. We were able to get the registered owner for that also and did the same procedures.

01:20:45:10 - S3
I found out that he was a legal voter and his vote was counted on the same day, 10/12/20 that he placed them in the box. This voter only had two votes and the second vote was his mother's. And I did confirm through the investigation that she was a legal voter registered and both ballots were

dropped at the same time and counted at the same time. And I found no violation of Georgia code on this. Questions from the Board?

01:21:23:19 - S4
Question, did you interview the mother?

01:21:25:08 - S3
No, ma'am.

01:21:27:05 - S1
Thank you.

01:21:29:20
Any further questions from the Board?

01:21:34:08 - S2
At this time, I'm ready to entertain a motion from a member. (Unintelligible) Ok Board member Ghazal has moved to dismiss. Is there a second?

01:21:48:02 - S3
Is there a second?  Second.  Second Mr. Chairman, sorry I was on mute.

01:21:51:28 - S2
Is there discussion? No discussion. No discussion. We're ready to vote. All those in favor of dismissing case number SEB 2022-056 would say I. I.

01:22:05:06
All those opposed would say no. Motion carries in case number SEB 2022-056 is dismissed. Thank you. Did I hear anybody? Did I hear someone?

01:22:20:27 - S3
I said, thank you.

01:22:22:20 - S2
One one thing I would like to just add to my comment on this is I would like to state the appreciation for those citizens out there that are watching these videos. I think the cautions that that have been given are very wise, but the people that are watching these videos are basically giving up their time to be pol observers. They're doing it after the fact rather than during the time. But it is still time and it takes hours and hours and hours and hours and so I think the citizens that do this of providing tremendous public service and and and have my thanks, but I think should also be cautioned to be to be judicious in with your with your findings. But I just appreciate the time that it takes to go into watching these videos. So with that, we will move on to the next item on the agenda, and that is the attorney general report. Charlene McGowan. Attorney Charlene McGowan of the attorney general's office is here to present that so we turn the floor to you, Attorney McCollum.

25

01:23:42:22 - S1

Thank you, Mr. Chairman and good morning, board members. For the attorney general's report. I just have one agenda item and that is a consent order with the Spalding County Board of Elections and Registration. This consent order resolves two cases. One is a 2017 case, case 2017-073. That case involves some redistricting issues back in 2017 with the city of Griffin municipal election. But the primary case that this consent order resolves is 2020-157, which involved a number of significant issues that arose on Election Day in November 2020.

01:24:29:29 - S1

The Board voted to refer this matter to us back in August of 2021. They the issues in that case that arose were a failure to have voters sign the voter certification at check in, failure to timely start voting on Election Day when the poll pads were not working that morning. Poll workers use provisional ballots instead of emergency ballots, which should have been done pursuant to the sport's rules. There were also some issues about the proper handling of provisional ballots when they were at the end of the day. The consent order also addresses the secretary of state's investigation into allegations that ballots had been discarded in a dumpster, as was reported when this case was presented to the board. That allegation was not corroborated and while there were no ballots that were discovered in that dumpster, there were documents containing confidential voter information that had not been disposed of properly. So the consent order with Spalding County Board of Elections includes a civil penalty of $13,000, investigative costs of $6,321 as well as training requirements for county elections workers. So our office recommends that the Board approves this consent order.

01:25:51:26 - S2

Questions, questions by the Board? Ms. Ghazal.

01:25:56:19 - S4

Yes, my question is regarding the the mandatory training. How will that be conducted? Who will be conducting it? What sort of feedback, oversight will there be about?

01:26:08:06 - S4

That is something that will need to be worked out between the Secretary of State's office and the elections director of the county. The county does have a new elections director, so we will work with them to make those training arrangements. Okay, thank you.

01:26:24:14 - S2

Other board members questions, I have question if no one else has. Okay, then my impression is this is a rather large fine. Is your you have a lot more experience in this than even I do and is how do you have a, how do you rank this on on fines that you've seen or that you've been involved with? This is very, fairly large.

01:26:51:05 - S4

This is a large fine, yes.

01:26:52:21 - S1

CONFIDENTIAL

PDSA-0000367

Okay, so this is one of the biggest this one of the bigger ones I've seen so this was a serious matter treated very seriously by the attorney general's office?

01:27:01:02 - S4
That is correct.

01:27:04:02 - S2
At this time, I'll entertain a motion to approve, a further question by Dr. Johnston.

01:27:09:03 - S4
So is there are there circumstances where the election supervisor is prohibited from working in the election arena, in the election office? Or recommendations made? Yes, the Board does have the authority to revoke an election supervisor's certification. It can also lapse if the director does not receive their annual training or meet their annual training requirements. In this instance, that particular election supervisor that was in the position for the November 2020 election is no longer with Spalding County.

01:27:55:28 - S2
And if I may, do I understand correctly, there is a case pending against that?

01:28:01:11 - S4
Yes. And to clarify this particular consent order for the case, the 2017 case, the Spalding County Board of Elections and Registration is agreeing to take responsibility for her actions for that incident but not for the 2020 case. So our office still has a case pending against the former election supervisor and we will pursue that separately. Is there a manner in which this previous election supervisor would be prohibited from working in another election, another county office?

01:28:39:05 - S4
We would have to look into, the Board will have to look into taking steps to revoking her certification to the extent that she is still using it. So I think a consideration for for workers that are sort of repeat offenders. Is there a method that we have that would suggest that or a process for revoking certification so that they don't pop up in another county. (Unintelligible)

01:29:12:19 - S1
Are you talking about I'm sorry, are you talking about elections or county elections directors or just poll workers, any elections worker in general?

01:29:23:08 - S1
Well, I assumed this was the election supervisor that was having the difficulties.

01:29:35:11 - S2
If I if I could step in for just a minute, I have an analogy that that I'm familiar with, not personally, but I've seen it and that is the Judicial Qualifications Commission sometimes will settle a case with the judge by the judge agreeing not to stand for election again. So as you enter into a consent order negotiations, that is one of the tools that you might use that the person would

CONFIDENTIAL

PDSA-0000368

say, you know, I'm done with elections and and so they would agree as part of the consent order never to hold that position again. Is that? Yes, that's certainly a tool that is available to us.

And and and if I may, Mr. Chairman, to follow up. At the, once that investigation regarding the supervisor is completed and they come back to us, we have the authority at that time to to move to revoke their license to be a supervisor, election supervisor, correct?

01:30:36:04 - S4
Yes, that is correct, there is a provision in the elections code that allows the election Board to.

01:30:40:26 - S3
Yeah, yeah, yeah I just I just want to make sure that the audience knows that we have that power and that this that her investigator, I don't even know if it's a she or he, that investigation is still ongoing but that that power is still available to us when it comes back for final adjudication.

01:30:58:17 - S4
So is there a notification process that is in place that the Board would be notified if this election supervisor was soon to be hired in another county? I'm not aware of any notification process that exists.

01:31:24:15 - S2
Any further questions? At this time, I'll entertain a motion to approve the consent order, Spalding County 2017-073 and 2020-157. Is there a motion? (Unintelligible) There's been a motion to approve the consent order, is there a second? Second. Board member Ghazal and Ed Lindsey have coordinated to second once again and so there's been a motion and a second, is third further discussion?

01:32:01:08 - S1
Let's get ready to vote. All those in favor of approving this consent order would say, I. I, I, I. All those opposed would say no. Motion carries the consent order is approved.

01:32:15:18 - S1
With that I have exhausted my agenda and would entertain a motion to adjourn. Member Ghazal has moved and Dr. Johnson has seconded. All those in favor would say, I. I. All those opposed say no. No opposition. We are adjourned.

CONFIDENTIAL

PDSA-0000369