# EXHIBIT 45

Chat with <+REDACTED>

Mark <+REDACTED>
_$!<Other>!$  <REDACTED>
+REDACTED

Earliest item: 2022-05-16 16:55:45
Latest item: 2022-05-16 16:55:45

**Monday 16 May 2022**

Instant Message : Native Messages
16:55:45
From
+REDACTED

Hi Mr Andrews. This is Amy Gardner with The Washington Post. Is there any chance you'd be willing to chat for a moment about 2k mules? I understand the movie described you as a ballot harvesting "mule" and that this is not accurate? I would love to hear your story. Thank you!

**End Thread**

| Thread Statistics | Instant Message Count |
|---|---|
| 1 | |

CONFIDENTIAL

3:38 ... LTE

<  **Ali Swenson**
aliswenson

View profile

YESTERDAY 10:01 AM

Hi Courtni — I'm a journalist with the Associated Press. I'm reaching out in hopes you might be willing to talk briefly with me (off the record would be fine). I believe I've identified your family member as someone who has been falsely accused in many videos, posts and a feature film of voting fraudulently in 2020, even though they didn't. I have a bunch of links that may be of interest to him and I'd love to connect with him myself if he'd be interested. I tried you on LinkedIn too; I apologize for the repeat messages. My number is REDACTED and my email is REDACTED Thanks for considering, and I hope you're having a good day.



Accept message request from **Ali Swenson (aliswenson)?**

If you accept, members will also be able to call you and see info like your activity status and when you've read messages.

Block          Delete          **Accept**

CONFIDENTIAL                                                                                                                  MA-0000038



## Ali Swenson · 3rd
Journalist, National Politics and Democracy

MAY 23, 2022



Ali Swenson · 11:32 AM

**AP reporter inquiry**

Hi Courtni,

I'm a reporter with The Associated Press hoping to reach someone who I think is one of your family members, Mark Daryl Andrews. It's regarding an investigation by the Georgia secretary of state's office.

It's pretty time sensitive for a few different reasons. Given that you're more active on social media than he is, I wanted to try you to see if you might be able to help me get in touch.

I don't want to go into too much detail in a message here but if you'd like to call to get more information, feel free to call me at REDACTED. My email is REDACTED

Let me know if you might be willing to help me get in touch with him today. Thanks so much, and sorry to bug you.

Ali



**Ali Swenson** · 3rd
Journalist, National Politics and Democracy

MAY 23, 2022



**Ali Swenson** · 11:32 AM

**AP reporter inquiry**

Hi Courtni,

I'm a reporter with The Associated Press hoping to reach someone who I think is one of your family members, Mark Daryl Andrews. It's regarding an investigation by the Georgia secretary of state's office.

It's pretty time sensitive for a few different reasons. Given that you're more active on social media than he is, I wanted to try you to see if you might be able to help me get in touch.

I don't want to go into too much detail in a message here but if you'd like to call to get more information, feel free to call me at REDACTED My email is REDACTED

Let me know if you might be willing to help me get in touch with him today. Thanks so much, and sorry to bug you.

Ali