IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF FILING OF EXHIBITS 46-67

In connection with Defendants Dinesh D'Souza's and D'Souza Media LLC's (collectively, "D'Souza Defendants") Motion for Summary Judgment, at Docket 268, D'Souza Defendants submit this Notice of Filing for accompanying Exhibits 46– 67.

Respectfully submitted this 20th day of December, 2024.

                                    **BUCHALTER APC**

                                    /s/ *Amanda G. Hyland*
                                    Amanda G. Hyland
                                    Georgia Bar No. 325115
                                    Austin C. Vining
                                    Georgia Bar No. 362473
                                    Cory Mull

>Georgia Bar No.
>3350 Riverwood Pkwy SE, Ste. 1900
>Atlanta, GA 30339
>(404) 832-7350 Telephone
>ahyland@buchalter.com
>avining@buchalter.com
>cmull@buchalter.com
>
>*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

>/s/ *Amanda G. Hyland*
>Amanda G. Hyland
>Georgia Bar No. 325115
>
>*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*