# EXHIBIT 48

Message

| | |
|---|---|
| **From:** | Deroy Murdock [REDACTED] |
| on behalf of | Deroy Murdock <REDACTED > [REDACTED ] |
| **Sent:** | 4/29/2022 6:49:39 AM |
| **To:** | Dinesh D'Souza [REDACTED] |
| **Subject:** | Re: Mules |

Raffensberger is very weak. He caved into Stacy Abrams in early 2020, which led to the chaos last November.

He's one of the nice Republicans who let Democrats walk over their faces in ski boots.

Just what we do not need!

I filed my piece and now will go home for an Olympic-class face plant.

DDR-00052128

I'll send you my op-ed once posted. I think you will like it.

Ciao,

DM

On Fri, Apr 29, 2022 at 7:36 AM Dinesh D'Souza <REDACTED> wrote:
The best hope is Mark Brnovotch the AG  in Arizona. Also obviously Raffensperger, Secretary of State  in GA who has an ongoing investigation but I'm not sure how sincere it is.

On Fri, Apr 29, 2022 at 6:31 AM Deroy Murdock <REDACTED> wrote:
Hi!

Very good timing! I am at FNC right now, tapping away. I am about to finish my piece in the next few minutes and go home.

Confidential

Prosecuting these bastards is key. Are there DAs or AGs in any of these states who will go after these crooks?

Thank you and carry on!

Deroy

On Fri, Apr 29, 2022 at 7:26 AM Dinesh D'Souza <REDACTED> wrote:
Deroy: Yes what you have written is accurate.

We didn't release the names of the organizations in the movie for legal reasons.

But True the Vote is happy to provide them to the FBI or law enforcement.

(It's just that we couldn't get movie liability insurance without blurring the faces of the mules—which we did slightly—and not naming the groups.)

Dinesh

On Fri, Apr 29, 2022 at 1:44 AM Deroy Murdock <REDACTED> wrote:

Dinesh,

Hi!

I am working on my piece now.

A couple of thoughts:

a) I think the film could benefit from a clearer definition of the political groups that the mules visited. It's crystal clear that they approached drop boxes and stuffed them with ballots. What's less clear is which organizations they also visited.

I sense that they visited campaign offices, party headquarters, union halls, and Left-wing non-profits (e.g. La Raza, Women's March, Black

Confidential

Lives Matter, etc.) However, I did not see or hear this *explicitly*.

This question likely will come up, so you should have an answer handy. If you can do a follow-up video on this, great. If not, a list of such groups on your website would be a plus.

If you care to cite any now, I would be happy to include them in my op-ed.

For now, I have written this:

--

Confidential

**These digital sleuths then narrowed their search to people who approached 10 or more drop boxes and contemporaneously visited five or more pro-Biden organizations.**

--

Is this accurate?

b) It is very difficult to digest "four million minutes of surveillance video." I had to use a calculator to put this into manageable terms. Please check my math, but I think this is correct:

4 million minutes/60
= 66,666 hours
= 66,666 hours/24

= 2,777 days

= 2,777 days/7

= 396 weeks

= 396 weeks/52

= 7.63 years

= 7.63 years (12 months x 0.63 = 7.56 months)

= 7 years and eight months.

So:

They then requested and acquired 4 million minutes of government-security-camera recordings of these drop boxes. It would take seven years and eight months to watch it all at normal speed.

How does this sound to you?

Confidential

BTW, I realize that showing my work when I do math is an instrument of white oppression. I hope I have not offended you.

Please advise.

Deroy

Confidential

DDR-00052135