# EXHIBIT 50











PDSA-0002388