# EXHIBIT 51

Message

**From:** Dinesh D'Souza [REDACTED]
**on behalf of** Dinesh D'Souza <REDACTED> [REDACTED]
**Sent:** 12/30/2023 1:45:03 PM
**To:** Dinesh D'Souza [REDACTED]
**Subject:** C&G 18
**Attachments:** Image 12-30-23 at 1.44 PM.jpg

Confidential

DDR-00049510