# EXHIBIT 52

Message

| | |
|---|---|
| **From:** | Dinesh D'Souza [REDACTED] |
| on behalf of | Dinesh D'Souza <REDACTED> [REDACTED] |
| **Sent:** | 12/30/2023 1:43:30 PM |
| **To:** | Dinesh D'Souza [REDACTED] |
| **Subject:** | C&G 16 |
| **Attachments:** | Image 12-30-23 at 1.43 PM.jpg |

Confidential

DDR-00049514