# EXHIBIT 53

# *2000 Mules* Book

# Notice of Manual Filing

# [Dkt. 245]