# EXHIBIT 54

Message

**From:** Tom Spence [REDACTED]
**on behalf of** Tom Spence <REDACTED> REDACTED
**Sent:** 8/22/2022 3:39:37 PM
**To:** Robert Ellis [REDACTED]
**Subject:** Re: FW: Join Dinesh D'Souza's Launch Team for his new book, 2,000 Mules

Beautiful!

**Thomas Spence**
President and Publisher
Regnery Publishing
(A division of Salem Media Group)



On Mon, Aug 22, 2022 at 11:08 AM Robert Ellis <REDACTED> wrote:

A great example of Salem's cross platform marketing... The below email blast promoting Dinesh's book was sent to everyone who bought 2000 Mules on SalemNOW.

Rob

Robert Ellis

General Manager

Salem Consumer Products

Director of Digital Media



**From:** Dinesh D'Souza <REDACTED>
**Date:** Monday, August 22, 2022 at 10:01 AM

CONFIDENTIAL                                                                                                    SMG0003619

**To:** Robert Ellis <REDACTED>
**Subject:** Join Dinesh D'Souza's Launch Team for his new book, 2,000 Mules

Having trouble viewing this email? View the web version.

CONFIDENTIAL
SMG0003620



CONFIDENTIAL
SMG0003621



**Want to join the launch team for *2,000 Mules*?**

Documentary filmmaker extraordinaire and bestselling author of *America, Death of a Nation*, and *United States of Socialism*, Dinesh D'Souza exposes powerful evidence of the colossal voting racketeering that you were told didn't exist in his new book, *2000 Mules*.

We are looking for a team of people who want to get a head start on reading the book and spreading the word about *2000 Mules*, which releases on August 30.

Sound interesting? Here's more about how you can join the launch team and jump-start this book:

As a member of the launch team, you'll receive…

- Early access to read the digital copy of *2,000 Mules*

- An exclusive private Facebook Community to discuss the topics in the book

All that's required is...

- Pre-order *2,000 Mules*

- Read the digital copy of the book

- Write + post a review on Amazon, Goodreads and other online retailers

- Share about the book on social media, with your friends, or even start a book club if you're feeling ambitious

**Interested? Click below to learn more!**



>> Join the Team Today

>> Join the Team Today

**Forward to a Friend**



**SUBSCRIPTION INFO**

This email is never sent unsolicited. It is only sent to people who have made a purchase on SalemNOW Store. We respect and value your time and privacy.

**UNSUBSCRIBE**



REDACTED  Irving, TX 75063

Copyright © 2022 Salem Media Group and its Content Providers. All rights reserved.