# EXHIBIT 55

| | |
|---|---|
| **Message** | |
| **From:** | Tom Spence REDACTED |
| **on behalf of** | Tom Spence <REDACTED> [REDACTED] |
| **Sent:** | 10/21/2022 5:00:12 PM |
| **To:** | Harry Crocker REDACTED |
| **Subject:** | Fwd: AC Report 2000 Mules |

I see that Dinesh is launching with an appearance on Diamond & Silk's Newsmax TV show.

Perfect!

**Thomas Spence**
President and Publisher
Regnery Publishing
(A division of Salem Media Group)



---------- Forwarded message ---------
From: **Danielle Rankin** <REDACTED>
Date: Fri, Oct 21, 2022 at 12:56 PM
Subject: AC Report 2000 Mules
To: Mark Bloomfield <REDACTED>, Marcy Goot <REDACTED>, Matthew Maschino <REDACTED>, Brianna Gilmore <REDACTED>, Tom Spence <REDACTED>, Regnery Publicity <REDACTED>, Worthy, Elizabeth <REDACTED>, Feliciano, Andres <REDACTED>, Parent, Keith <REDACTED>, Brachfeld, Janea <REDACTED>, Bettina Allison <REDACTED>

Hey everyone,

*2000 Mules* by Dinesh D'Souza is being released on Tuesday, and I wanted to share around the AC Report that we have together so far. Patricia Jackson has been booking all of Dinesh's media, and I have collected everything so we could have an expectation for sales. Thanks for looking this over!

Best,
Danielle

ALL CONCERNED (US)
2,000 Mules / 9781684514465
4019 - Regnery Publishing

# [ ENTER YOUR TEXT HERE ]



## 2,000 Mules

| | |
|---|---|
| Subtitle: | They Thought We'd Never Find Out. They Were Wrong. |
| Author: | |
| ISBN: | 9781684514465 |
| Pub Date: | 10/25/2022 |
| Imprint: | 4019 - Regnery Publishing |
| Format: | Hardcover |
| Retail Price: | $ 29.99 (USD) |
| | $ 38.99 (CAD) |
| | £ 22.00 (GBP) |
| eBook Price: | $ 14.99 |
| Author Hometown: | |
| Publicists: | |

## Publicity

### NATIONAL TV

| | |
|---|---|
| **OCT 24, 2022** | "Tipping Point" with Kara McKinney / One America News Network (OAN) |
| **OCT 25, 2022** | Diamond and Silk / Newsmax TV |
| **OCT 27, 2022** | "American Medicine Today" / Newsmax TV |
| **NOV 2, 2022** | Wilkow! / Salem News Channel |

### NATIONAL RADIO

| | |
|---|---|
| **OCT 24, 2022** | Mike Gallagher Show / Salem Radio Network |
| **OCT 24, 2022** | The Wilkow Majority / Salem Radio Network |
| **OCT 24, 2022** | Joe Pags Show / IHEART RADIO |

| Date | Show |
|---|---|
| **OCT 25, 2022** | Dan Bongino Show / Fox News Radio |
| **OCT 26, 2022** | The Rick and Bubba Show |
| **OCT 26, 2022** | The Officer Tatum Show / Salem Radio Network |
| **OCT 27, 2022** | Dennis Prager Show / Salem Radio Network |
| **OCT 31, 2022** | The Todd Starnes Show / Salem Radio Network |

NATIONAL ONLINE

**OCT 25, 2022** 2000 Mules Special with President Trump / Book Launch/Event Coverage
**OCT 27, 2022** Beyond the Briefing with Sean Spicer / Author Interview and book coverage / Filmed on 10/19 and air on 10/27
**OCT 27, 2022** Anthony Cumia Show / Author interview

LOCAL RADIO

**OCT 25, 2022** San Diego / KCBQ / The Andrea Kaye Show
**OCT 25, 2022** Philadelphia, PA / WNTP / Chris Stigall Morning Show
**OCT 25, 2022** Houston, TX / KNTH-AM / Morning Show with Sam Malone
**OCT 25, 2022** St. Louis, MO / 97.1 FM Talk / Annie Frey Show
**OCT 26, 2022** Sacramento, CA / KTKZ-AM / Hello Sacramento
**OCT 26, 2022** Philadelphia, PA / Talk Radio 1210 WPHT (Philadelphia) / Dom Giordano Show
**OCT 26, 2022** West Palm Beach, FL / WFTL-AM / The Joyce Kaufman Show
**OCT 26, 2022** Seattle, WA / 820 AM KGNW / Live From Seattle with Tim Gaydos
**OCT 27, 2022** Los Angeles, CA / KRLA-AM / The Morning Answer with Jennifer Horn an
**OCT 27, 2022** Las Vegas, NV / "Live & Local Now with Kevin Wall"
**OCT 28, 2022** Chicago / WIND-AM / Chicago's Morning Answer
**OCT 28, 2022** Orlando, FL / Salem Radio Network / Matt Buff Radio Show
**OCT 28, 2022** Cleveland, OH / WHK-AM / Always Right Radio with Bob Frantz
**OCT 29, 2022** San Antonio, TX / KLUP-AM / El Conservador Radio Show" with George R / Recorded on 10/24 and airing on Saturday
**OCT 31, 2022** Burlington, IA / KCBS / The Big Show, Inc. W/Radio's Fred W. Hof
**OCT 31, 2022** Denver, CO / KNOW / "Uncommon Sense" with Leland Conway
**OCT 31, 2022** Detroit, MI / WMUZ / The Bob Dutko Show
**NOV 3, 2022** Tampa, FL / WTBN / The Bill Bunkley Show

--

Danielle (Rankin) Lance
*Publicist*
Regnery Publishing

**REDACTED**