# EXHIBIT 56

                                                    Page 1

1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF GEORGIA

3                         ATLANTA DIVISION

4    MARK ANDREWS,                    )
                                      )
5              Plaintiff,             )
                                      )
6    vs.                              )   Case No.
                                      )   1:22-cv-04259-SDG
7    DINESH D'SOUZA, et al.,          )
                                      )
8              Defendants.            )

9

10

11

12    **********************************************

13              VIDEOTAPED ORAL DEPOSITION OF

14                    RED METRICS LLC

15      BY AND THROUGH ITS DESIGNATED REPRESENTATIVE

16                     TIM GERWING

17                   OCTOBER 30, 2024

18       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

19    **********************************************

20

21

22

23

24

25

Page 32

```
 1    Gregg about this work?                        11:50:03

 2              MR. YARBROUGH:  Objection; form.     11:49:54

 3         Q.   I'm sorry, let me rephrase that.     11:49:55

 4              Did you ever talk to anyone at OpSec other  11:49:57

 5    than Gregg about this work?                   11:50:01

 6         A.   Yes.                                 11:50:05

 7         Q.   Who did you talk to?                 11:50:07

 8         A.   To JD.                               11:50:09

 9         Q.   Who is JD?                           11:50:12

10         A.   JD Phillips.                         11:50:14

11         Q.   Is JD related to Gregg?             11:50:18

12         A.   I believe that's Gregg's son.        11:50:20

13         Q.   Did you talk to anyone other than JD  11:50:25

14    Phillips?                                      11:50:27

15         A.   No.                                  11:50:29

16         Q.   How many times did you talk to JD Phillips  11:50:32

17    about this work?                              11:50:34

18         A.   I don't recall.  He wasn't involved the  11:50:37

19    entire time.                                   11:50:42

20         Q.   When you say he was involved, what was JD  11:50:44

21    Phillips' involvement in this work?            11:50:47

22              MR. YARBROUGH:  Objection; form.     11:50:51

23         A.   I don't know what his role in terms of  11:50:54

24    scope or responsibility at OpSec was or wasn't, but  11:50:58

25    all the directives and everything that we worked  11:51:02
```

Page 35

```
 1    Red Metrics did for Mr. Phillips?                    11:54:22

 2         A.    In the aggregate, trying to ascertain if  11:54:23

 3    there was any, again, confluence of activity in      11:54:32

 4    mobile devices at the organizations of interest and  11:54:40

 5    the drop boxes in that region.                       11:54:43

 6         Q.    And you said that part of Red Metrics'     11:54:48

 7    work was reviewing surveillance footage?             11:54:52

 8         A.    In the later months of the engagement,    11:54:56

 9    they had made requests of various counties, and so   11:54:59

10    we were looking at the video to see if there was     11:55:04

11    anything that looked suspect, yes.                   11:55:06

12         Q.    And you said that was a small portion of  11:55:12

13    the project?                                         11:55:13

14         A.    It was.                                   11:55:15

15         Q.    How much work, roughly, went into         11:55:15

16    reviewing surveillance footage?                      11:55:17

17         A.    The scale was really too big for our team,11:55:21

18    which is why we wound up handing the videos back.    11:55:24

19    They were looking to -- they had, I think, better    11:55:28

20    capabilities and a bigger team to do that.  And so   11:55:31

21    we kind of hit a wall on our ability to analyze the  11:55:36

22    video.                                               11:55:39

23         Q.    Is "they" OpSec there?                    11:55:39

24         A.    Yes, it would have been.                  11:55:41

25         Q.    And who at Red Metrics reviewed           11:55:44
```

Page 37

```
 1        A.    They could open a video file on a hard        11:57:09

 2   drive and analyze it.  That was kind of the extent       11:57:16

 3   of the expertise needed.  It wasn't anything in          11:57:19

 4   particular that was...                                   11:57:21

 5        Q.    Had they done it before?                      11:57:21

 6              MR. YARBROUGH:   Objection; form.             11:57:24

 7        A.    I don't know if they had or not.              11:57:24

 8        Q.    Did you train the subcontractors in           11:57:27

 9   reviewing surveillance footage?                          11:57:31

10        A.    No, there wasn't really any training to be    11:57:35

11   had.                                                     11:57:38

12        Q.    And how would you have communicated with      11:57:38

13   subcontractors?                                          11:57:41

14        A.    Yeah, that, too, would have been              11:57:42

15   exclusively on Wire.                                     11:57:46

16        Q.    And what, if any, instructions were given     11:57:56

17   to the subcontractors about reviewing the                11:57:59

18   surveillance footage?                                    11:58:01

19        A.    Yeah, it was pretty simple.  It was just a    11:58:04

20   matter of looking at footage to see if there was         11:58:08

21   anything that looked suspect --                          11:58:11

22        Q.    And --                                        11:58:11

23        A.    -- however you would define that.             11:58:15

24        Q.    How did you define "looked suspect"?          11:58:17

25        A.    Really any -- any comings and goings to a     11:58:23
```

Page 38

```
 1    drop box, maybe based on time of day, but the whole    11:58:28
 2    intent of our work was to deliver back to client a     11:58:34
 3    series of things for them to further analyze and       11:58:40
 4    make a determination as to whether or not there was    11:58:44
 5    anything of interest there in the video at that        11:58:46
 6    point in time.                                         11:58:49
 7         Q.   Did Red Metrics sync up surveillance         11:58:50
 8    footage with geospatial data?                          11:58:55
 9              MR. YARBROUGH:  Objection; form.             11:59:01
10         A.   With regards to the mobile data that we      11:59:02
11    referenced earlier.  That was the working theory,      11:59:06
12    but there was no matches to be -- to be had.           11:59:16
13         Q.   When you say there were no matches to be     11:59:19
14    had, what do you mean?                                 11:59:21
15         A.   Running the mobile data against the video,   11:59:24
16    it didn't line up.                                     11:59:31
17         Q.   And when you say it didn't line up, do you   11:59:33
18    mean you couldn't find surveillance footage at the     11:59:35
19    right times that would sync up with the cell?          11:59:39
20              MR. EVANS:  Object to form.                  11:59:42
21              MR. YARBROUGH:  Objection; form.             11:59:43
22         Q.   I'm just trying to understand what you're    11:59:44
23    testifying to.                                         11:59:46
24         A.   So can you restate the question then.        11:59:47
25         Q.   You testified it didn't line up.  And also   11:59:50
```

Page 39

```
 1    that there were no matches to be had.            11:59:54

 2            Can you explain exactly what you mean by  11:59:57

 3    that?                                             12:00:01

 4        A.   For the express points in time on video 12:00:01

 5    where you might see activity, the mobile data is not 12:00:10

 6    pervasive, it's not a hundred percent visibility.  12:00:16

 7    And so the ability to match that up was -- was     12:00:22

 8    negligible, was nonexistent.                       12:00:28

 9        Q.   So, to your knowledge, Red Metrics never 12:00:30

10    synced up a particular cell user to surveillance   12:00:32

11    footage of that cell user?                         12:00:36

12                MR. EVANS:  Object to form.            12:00:39

13                MR. YARBROUGH:  Object to form.        12:00:40

14        A.   That is correct.                          12:00:41

15        Q.   So let's jump here for a second.          12:00:48

16            At Red Metrics, who worked on this         12:00:54

17    particular project aside from the two subcontractors 12:00:58

18    and yourself?                                      12:01:01

19        A.   Our -- at the time, data analyst Azeddine 12:01:03

20    Rahlouni.                                          12:01:11

21        Q.   Anybody else?                             12:01:11

22        A.   No, that was it.                          12:01:15

23        Q.   And was Mr. Rahlouni an employee or a     12:01:18

24    contractor?                                        12:01:22

25        A.   Excuse me.  He was a -- he was an employee 12:01:24
```

Page 99

```
 1    other analysis to identify the time stamps?        14:12:59

 2               MR. YARBROUGH:  Object to form.         14:13:03

 3               MR. EVANS:  Object to form.             14:13:04

 4        A.   I'm not aware.                            14:13:05

 5        Q.   Okay.                                     14:13:06

 6               MR. LANGFORD:  Let's pull up the        14:13:11

 7    movie.                                             14:13:12

 8               MR. CRENSHAW:  Just give us             14:13:13

 9    20 seconds.                                        14:13:14

10               MR. LANGFORD:  That's okay.  This is    14:13:15

11    Exhibit 3 (sic) to the Red Metrics deposition.  We're  14:13:15

12    going to play from minutes 40:54 to 41:17.        14:13:18

13               MR. CRENSHAW:  Start at 40:54 and stop  14:14:34

14    at?                                               14:14:37

15               MR. LANGFORD:  41:17.                   14:14:37

16               MR. CRENSHAW:  Everybody stand by.      14:14:56

17               (Video played.)                        14:15:00

18        Q.   Did Red Metrics review the surveillance  14:15:24

19    footage?                                           14:15:27

20               MR. YARBROUGH:  Object to form.         14:15:32

21        A.   I don't remember seeing it in the movie. 14:15:33

22    I don't recall if it was a video segment that we   14:15:35

23    identified.                                        14:15:39

24        Q.   Earlier you testified that Red Metrics    14:15:39

25    identified no instances where the cell phone ping  14:15:46
```

Page 100

| | | |
|---|---|---|
| 1 | synced up with the surveillance footage; is that | 14:15:51 |
| 2 | correct? | 14:15:55 |
| 3 | MR. EVANS:  Object to form. | 14:15:57 |
| 4 | MR. YARBROUGH:  Object to form. | 14:15:59 |
| 5 | A.   Yeah, that was correct. | 14:15:59 |
| 6 | Q.   So when Ms. Engelbrecht said in the movie | 14:16:00 |
| 7 | that they identified this user's cell phone device, | 14:16:06 |
| 8 | did Red Metrics do that work? | 14:16:11 |
| 9 | MR. YARBROUGH:  Object to form. | 14:16:14 |
| 10 | A.   The conclusion, that comment I just heard | 14:16:15 |
| 11 | from the video clip, I don't know what that was | 14:16:22 |
| 12 | based on, if that was something downstream from what | 14:16:25 |
| 13 | we produced.  But it's not consistent with a match | 14:16:30 |
| 14 | that we would have seen. | 14:16:34 |
| 15 | Q.   And are you aware of whether OpSec or | 14:16:35 |
| 16 | anyone else did that analysis? | 14:16:37 |
| 17 | MR. YARBROUGH:  Object to form. | 14:16:40 |
| 18 | MR. EVANS:  Object to form. | 14:16:42 |
| 19 | A.   Yeah, I don't know. | 14:16:42 |
| 20 | Q.   Okay.  We can fast forward here in the | 14:16:43 |
| 21 | movie to show one more clip. | 14:16:46 |
| 22 | MR. CRENSHAW:  Tell me my times. | 14:16:49 |
| 23 | Start? | 14:16:51 |
| 24 | MR. LANGFORD:  Actually before we skip | 14:16:58 |
| 25 | to the next clip, we're going to play this for about | 14:16:59 |

Page 130

```
 1        A.    I don't.  I don't recall in the course of      15:08:44

 2    the engagement if we had that specific conversation,   15:08:46

 3    and if we did, at what level of detail.                15:08:48

 4        Q.    You said that you attended a showing of      15:08:58

 5    2000 Mules at a premier event?                         15:09:01

 6        A.    Uh-huh.                                       15:09:03

 7        Q.    Did you talk to Mr. D'Souza at that event?    15:09:05

 8        A.    Well, one, I didn't say that I attended      15:09:09

 9    that.                                                  15:09:12

10        Q.    I'm sorry.                                    15:09:12

11              Can you clarify, did you attend a showing    15:09:13

12    of the movie 2000 Mules?                               15:09:17

13        A.    I did, yes.                                   15:09:19

14        Q.    Was Mr. D'Souza present?                      15:09:20

15        A.    Yes.                                          15:09:22

16        Q.    Okay.  Did he talk to you at the --           15:09:23

17        A.    No.                                           15:09:27

18        Q.    -- event?                                     15:09:28

19        A.    No.                                           15:09:29

20        Q.    Did he ever ask you about potential          15:09:29

21    inaccuracies in Red Metrics' analysis?                 15:09:32

22        A.    Red Metrics has had no conversation or       15:09:36

23    contact with Mr. D'Souza.                              15:09:40

24        Q.    And did -- I'm sorry, I have to ask this     15:09:42

25    again.                                                 15:09:48
```

Page 132

1       Q.    Was she aware that Red Metrics was          15:11:16
2    involved in some sort of work for Mr. Phillips?      15:11:18
3            MR. YARBROUGH:  Objection to form.           15:11:21
4            MR. EVANS:  Object to form.                  15:11:21
5       A.    I assume she did.  I assume she did.  I     15:11:23
6    don't know that for sure, but it would be a safe     15:11:29
7    assumption.                                          15:11:31
8       Q.    We may come -- was -- did you ever          15:11:36
9    communicate with Ms. Engelbrecht on Wire?           15:11:47
10      A.    No.                                         15:11:55
11      Q.    Were you ever on any communications with    15:11:57
12   Ms. Engelbrecht that would have been reflected in a  15:12:02
13   messaging platform or email?                         15:12:05
14           MR. EVANS:  Object to form.                  15:12:09
15      A.    Not that I recall.  That was all through    15:12:10
16   Gregg.                                               15:12:13
17      Q.    And going back to work product that you     15:12:14
18   produced to Gregg.  We have talked about the maps    15:12:19
19   and some of the charts.                              15:12:23
20           Can you just describe any other work         15:12:24
21   product that you sent to Mr. Phillips as part of     15:12:26
22   this analysis, and this analysis being the analysis  15:12:30
23   related to the 2020 election.                        15:12:34
24      A.    That pretty much encompasses the            15:12:37
25   deliverables as they asked for them, as they require 15:12:43

Page 141

1    video footage?                                    15:22:42

2        A.    Initially it was to review it for what   15:22:45

3    might look like suspect activity and see if it    15:22:50

4    married up to any of the mobile analytics that we  15:22:53

5    had done previously.                              15:22:57

6        Q.    And do you know -- I'm sorry.           15:23:00

7              Were you able to complete that objective?  15:23:03

8        A.    Which objective?                        15:23:09

9        Q.    Looking for suspect activity and seeing if  15:23:10

10   it matched up to any of the geotracking data.     15:23:14

11       A.    No, we were not.                        15:23:21

12       Q.    And how long did it take you to determine  15:23:23

13   that?                                             15:23:26

14       A.    It was probably several weeks at least of  15:23:26

15   effort, yeah.                                     15:23:32

16       Q.    And did you communicate that to anyone at  15:23:35

17   OpSec?                                            15:23:41

18       A.    Yeah, I think we -- I don't recall exact  15:23:44

19   conversations, but it was thousands of hours of   15:23:50

20   video began to look at.  And I think that's when  15:23:56

21   their team had more scalability and more fire power  15:23:59

22   to put behind the video analytics.  So that's when  15:24:03

23   we delivered those drives back for them to kind of  15:24:08

24   take the ball and run with it from there.         15:24:10

25       Q.    Do you remember approximately when you   15:24:12

Page 142

1    told them that your team couldn't do it?                15:24:18

2        A.   I don't.  I don't.                             15:24:23

3        Q.   Do you remember who you communicated with      15:24:28

4    to tell them that you team couldn't do it?              15:24:30

5        A.   All our communications at that point would     15:24:35

6    have still been going through -- through Gregg and      15:24:38

7    JD.                                                     15:24:43

8        Q.   Do you remember which, if it was Gregg or      15:24:44

9    JD, that you told that you couldn't do this?            15:24:47

10       A.   I don't.  They were both party to some         15:24:51

11   conversations and maybe one-off conversations, you      15:24:58

12   know, one on one separately, so I don't recall who      15:25:00

13   or when.                                                15:25:03

14       Q.   Did Red Metrics provide any sort of            15:25:11

15   segmented footage to OpSec?                             15:25:14

16       A.   What do you mean by segmented footage?         15:25:17

17       Q.   Like whenever you say that you spent weeks     15:25:21

18   looking for suspect activity in the video footage       15:25:24

19   and trying to match it to geotracking data, the         15:25:28

20   suspect activity that -- or did you find any suspect    15:25:33

21   activity in the footage?                                15:25:36

22       A.   We didn't know what may or may not be          15:25:41

23   legitimate activity.  All we were looking for in        15:25:45

24   that initial pass of the video was did something        15:25:49

25   just, you know, look off.  But, you know, that's --     15:25:53

Page 143

```
 1    that's more interpretation than anything else.        15:25:57

 2            So it was overly just burdensome, kind of      15:26:00

 3    laborious process so that's when -- that was kind of   15:26:05

 4    reaching beyond the scope of what he had been          15:26:10

 5    engaged to do, which is why we all agreed it would     15:26:12

 6    be more efficient to have them conclude and do more    15:26:16

 7    of that work than what we -- than what we could        15:26:20

 8    handle.                                                15:26:23

 9        Q.   Did Red Metrics identify anything that        15:26:24

10    looked off like you described?                         15:26:27

11        A.   The only other -- not necessarily in the      15:26:30

12    video.  The other data that OpSec had surfaced were    15:26:41

13    some of the ballot transfer forms that had nothing     15:26:47

14    do with the video per se or the mobile but had more    15:26:52

15    to do with the chain of custody, if I recall.  And     15:26:57

16    so that was actually of more interest at that point    15:27:01

17    in time than was even marrying up the mobile and the   15:27:05

18    video.                                                 15:27:10

19        Q.   I just want to be sure we're clear.  You      15:27:13

20    said not necessarily in the videos.                    15:27:16

21            Did Red Metrics identify anything that         15:27:17

22    looked off in the video footage it was asked to        15:27:19

23    review?                                                15:27:22

24        A.   We -- we just flagged activity as to          15:27:23

25    whether or not it met kind of a criteria that they     15:27:29
```