# EXHIBIT 57

Page 1

1                IN THE UNITED STATES DISTRICT COURT
2              FOR THE NORTHERN DISTRICT OF GEORGIA
3                          ATLANTA DIVISION
4    MARK ANDREWS,                  )
                                    )
5              Plaintiff,           )
                                    )
6    vs.                            )  Case No.
                                    )  1:22-cv-04259-SDG
7    DINESH D'SOUZA, et al.,        )
                                    )
8              Defendants.          )
9
10
11
12   **************************************************
13              VIDEOTAPED ORAL DEPOSITION OF
14                    AZEDDINE RAHLOUNI
15                     OCTOBER 30, 2024
16      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
17                   (Reported Remotely)
18   **************************************************
19
20
21
22
23
24
25

Page 74

| | | |
|---|---|---|
| 1 | A.  Yeah, I remember doing -- I remember doing | 06:19:09 |
| 2 | that, yeah. | 06:19:11 |
| 3 | Q.  That's the automation process you were | 06:19:16 |
| 4 | describing? | 06:19:18 |
| 5 | A.  No, that's not automation.  That's | 06:19:18 |
| 6 | basically after manual review and he would say can | 06:19:20 |
| 7 | you see any signals within this particular time, | 06:19:24 |
| 8 | right.  So that would be then a data analysis, be | 06:19:29 |
| 9 | like a SQL query querying the data trying to see any | 06:19:34 |
| 10 | signals within a particular time on a particular | 06:19:38 |
| 11 | buffer. | 06:19:41 |
| 12 | Q.  And were you able to get any results from | 06:19:41 |
| 13 | that? | 06:19:43 |
| 14 | A.  Yeah, I mean, sure, yeah.  Results as in | 06:19:43 |
| 15 | like the results of the query and then you push the | 06:19:47 |
| 16 | results. | 06:19:49 |
| 17 | Q.  And were you able to link video footage to | 06:19:52 |
| 18 | certain devices? | 06:19:56 |
| 19 | A.  That I don't recall, no. | 06:19:57 |
| 20 | Q.  Okay.  Do you remember when you wrapped up | 06:20:00 |
| 21 | this project or you finished your work on this | 06:20:05 |
| 22 | project? | 06:20:09 |
| 23 | A.  Not exactly, no.  And it's not uncommon | 06:20:11 |
| 24 | because we have clients that go and then come back | 06:20:13 |
| 25 | with a request.  You know, so it's like a ebb and | 06:20:16 |