# EXHIBIT 58

```
                                                             Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF GEORGIA
 3                     ATLANTA DIVISION
 4    MARK ANDREWS,                )
                                   )
 5            Plaintiff,           )
                                   )
 6    vs.                          )  Case No.
                                   )  1:22-cv-04259-SDG
 7    DINESH D'SOUZA, et al.,      )
                                   )
 8            Defendants.          )
 9
10
11
12   **************************************************
13              VIDEOTAPED ORAL DEPOSITION OF
14                     RED METRICS LLC
15     BY AND THROUGH ITS DESIGNATED REPRESENTATIVE
16                      BEN MATTHEWS
17                   OCTOBER 30, 2024
18       CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
19   **************************************************
20
21
22
23
24
25
```

|  | | Page 25 |
|---|---|---|
| 1 | A. Yes, sir. | 09:19:11 |
| 2 | Q. You asked whether -- I'll strike that. | 09:19:13 |
| 3 | Let me rephrase that. | 09:19:18 |
| 4 | Are there any other defendants, | 09:19:19 |
| 5 | individuals or entities, with which you have | 09:19:22 |
| 6 | corresponded on that list? | 09:19:26 |
| 7 | A. No, just -- well, Gregg Phillips and | 09:19:30 |
| 8 | OpSec, yeah. | 09:19:36 |
| 9 | Q. But you don't know and haven't spoken with | 09:19:38 |
| 10 | Dinesh D'Souza? | 09:19:41 |
| 11 | A. Never. | 09:19:41 |
| 12 | Q. And you don't know and haven't spoken with | 09:19:42 |
| 13 | anyone from True the Vote? | 09:19:44 |
| 14 | A. I have not -- I have spoken with Catherine | 09:19:50 |
| 15 | before. | 09:19:57 |
| 16 | Q. How did you communicate with Catherine? | 09:19:57 |
| 17 | A. Oh, like, just face-to-face conversation. | 09:20:00 |
| 18 | Q. Have you ever emailed Ms. Engelbrecht? | 09:20:10 |
| 19 | A. No. | 09:20:13 |
| 20 | Q. Have you ever spoken on the phone with | 09:20:14 |
| 21 | Ms. Engelbrecht? | 09:20:17 |
| 22 | A. No, not that I recall. | 09:20:18 |
| 23 | Q. Did you ever communicate with her on Wire? | 09:20:20 |
| 24 | A. No, I don't think so. No, I'm sure -- I'm | 09:20:22 |
| 25 | sure I didn't. | 09:20:27 |

Page 26

| | | |
|---|---|---|
| 1 | Q.   And how did you -- how did you meet | 09:20:30 |
| 2 | Ms. Engelbrecht? | 09:20:33 |
| 3 | A.   Through a conversation that I had with | 09:20:38 |
| 4 | Mr. Phillips. | 09:20:45 |
| 5 | Q.   What was that conversation? | 09:20:48 |
| 6 | A.   At the time, they were looking to launch | 09:20:51 |
| 7 | a -- as I recall, I think they were looking to | 09:21:00 |
| 8 | launch a new -- a new venture. | 09:21:05 |
| 9 | Q.   And what was the time? | 09:21:08 |
| 10 | A.   This was approximately -- approximately -- | 09:21:09 |
| 11 | maybe September/October of '22. | 09:21:23 |
| 12 | Q.   Let's go back for a minute. | 09:21:28 |
| 13 | A.   Okay. | 09:21:30 |
| 14 | Q.   How did you meet Mr. Phillips? | 09:21:30 |
| 15 | A.   Mr. Phillips contacted me.  I can't | 09:21:32 |
| 16 | remember if it was -- I assume it was probably -- I | 09:21:42 |
| 17 | a assume he probably called, but I can't remember, | 09:21:47 |
| 18 | to be honest. | 09:21:50 |
| 19 | Q.   Approximately when would that have been? | 09:21:51 |
| 20 | A.   This would have probably been -- this was | 09:21:54 |
| 21 | probably November of 2020.  Yeah. | 09:21:59 |
| 22 | Q.   And what did he contact you about in | 09:22:06 |
| 23 | November of 2020? | 09:22:08 |
| 24 | A.   It must have been November 2020. | 09:22:08 |
| 25 | He said that -- I'm sorry, can you repeat | 09:22:12 |

|     |                                                               | Page 28   |
|-----|---------------------------------------------------------------|-----------|
| 1   | Q.  Is that the first time you had been in                    | 09:23:47  |
| 2   | contact with him?                                             | 09:23:48  |
| 3   | A.  Yes.                                                      | 09:23:49  |
| 4   | Q.  Let's come back to that.                                  | 09:23:52  |
| 5   | A.  Okay.                                                     | 09:23:59  |
| 6   | Q.  We have talked about Mr. Phillips,                        | 09:23:59  |
| 7   | Ms. Engelbrecht, True the Vote.                               | 09:24:02  |
| 8   |     Did you speak with anyone at D'Souza                      | 09:24:07  |
| 9   | Media?                                                        | 09:24:11  |
| 10  | A.  I want to make sure I was clear.  On --                   | 09:24:11  |
| 11  | step back real quick.  On Catherine I did say the             | 09:24:15  |
| 12  | first time I met her was '22; is that...                      | 09:24:18  |
| 13  | Q.  That's correct.                                           | 09:24:20  |
| 14  | A.  Okay.  Yes.                                               | 09:24:21  |
| 15  |     I'm sorry, could you ask that question                    | 09:24:23  |
| 16  | again.                                                        | 09:24:24  |
| 17  | Q.  Have you spoken with anyone from D'Souza                  | 09:24:25  |
| 18  | Media?                                                        | 09:24:28  |
| 19  | A.  No.  No.  I have no familiarity.                          | 09:24:28  |
| 20  | Q.  And did you speak with anybody at Salem                   | 09:24:31  |
| 21  | Media or Regnery Publishing?                                  | 09:24:35  |
| 22  | A.  No.                                                       | 09:24:37  |
| 23  | Q.  We have talked about OpSec.                               | 09:24:41  |
| 24  |     How do you know OpSec?                                    | 09:24:44  |
| 25  | A.  Just from Gregg, from my conversations                    | 09:24:46  |

```
                                                          Page 30
 1        Q.   Do you know how many employees or          09:26:12
 2   contractors work for OpSec?                          09:26:14
 3        A.   Do I -- do I know for sure?  No.           09:26:18
 4        Q.   Do you know approximately?                 09:26:25
 5             MR. YARBROUGH:  Objection; form.           09:26:28
 6        Q.   Do you know approximately how many         09:26:29
 7   employees or contractors work for OpSec Group?       09:26:31
 8             MR. YARBROUGH:  Objection; asked and       09:26:34
 9   answered.                                            09:26:37
10             MR. LANGFORD:  I don't think he's          09:26:38
11   asked and answered.  He's only said he didn't know   09:26:39
12   exactly.                                             09:26:41
13        Q.   I'm asking do you know approximately how   09:26:42
14   many employees OpSec has.                            09:26:45
15             MR. YARBROUGH:  Objection; form.           09:26:46
16             You can answer the question if you         09:26:47
17   know.                                                09:26:48
18        A.   I -- I -- I believe -- again, I don't know 09:26:49
19   for sure.  I think approximately probably 12 or 15.  09:26:56
20   But I don't -- I don't know.                         09:27:02
21        Q.   Have you spoken with anyone who works for  09:27:04
22   OpSec other than Gregg Phillips?                     09:27:07
23        A.   Yes.                                       09:27:12
24        Q.   Who?                                       09:27:13
25        A.   JD.                                        09:27:16
```

Page 31

| | | |
|---|---|---|
| 1 | Q.   Do you know JD's last name? | 09:27:22 |
| 2 | A.   I'm not positive. | 09:27:24 |
| 3 | Q.   Who is JD? | 09:27:29 |
| 4 | A.   He was a point of contact analyst for -- | 09:27:30 |
| 5 | with us. | 09:27:41 |
| 6 | Q.   How often would you speak with JD? | 09:27:42 |
| 7 | A.   Personally I wasn't really involved in the | 09:27:44 |
| 8 | production side, so not -- not -- so not very often. | 09:27:51 |
| 9 | Q.   How did you communicate with JD? | 09:27:58 |
| 10 | A.   Same way, which was on the -- that -- the | 09:28:03 |
| 11 | messaging platform. | 09:28:07 |
| 12 | Q.   This is the messaging platform Wire? | 09:28:10 |
| 13 | A.   Yes, sir. | 09:28:12 |
| 14 | Q.   Did you communicate with JD through any | 09:28:12 |
| 15 | other communications platform? | 09:28:15 |
| 16 | A.   Not that I recall. | 09:28:20 |
| 17 | Q.   Did you speak with anyone other than | 09:28:23 |
| 18 | Mr. Phillips or JD from OpSec Group? | 09:28:25 |
| 19 | A.   No.  No. | 09:28:27 |
| 20 | Q.   You mentioned "production side."  What do | 09:28:44 |
| 21 | you mean "production side"? | 09:28:47 |
| 22 | A.   Oh, the way we split up the organization | 09:28:48 |
| 23 | is there's kind of operations, which I explained, | 09:28:56 |
| 24 | kind of the back end, if you will, and there's more | 09:29:00 |
| 25 | the production, which is more in your -- the work | 09:29:03 |

Page 32

| | | |
|---|---|---|
| 1 | that is being performed and the deliverables. | 09:29:08 |
| 2 | MR. YARBROUGH:  John, can I ask that | 09:29:13 |
| 3 | we be given the opportunity to designate certain | 09:29:14 |
| 4 | portions of the transcript confidential when that | 09:29:17 |
| 5 | time comes? | 09:29:19 |
| 6 | MR. LANGFORD:  Yeah.  Pursuant to the | 09:29:19 |
| 7 | protective order, I think the whole thing is | 09:29:21 |
| 8 | initially designated confidential -- | 09:29:22 |
| 9 | MR. YARBROUGH:  Is that right? | 09:29:24 |
| 10 | MR. LANGFORD:  -- prior to review. | 09:29:24 |
| 11 | MR. YARBROUGH:  Okay.  Great.  Thank | 09:29:25 |
| 12 | you. | 09:29:26 |
| 13 | A.    Did that help? | 09:29:27 |
| 14 | Q.    I'm sorry? | 09:29:29 |
| 15 | A.    Make sense? | 09:29:29 |
| 16 | MR. LANGFORD:  Can you just repeat | 09:29:31 |
| 17 | back the answer, production side. | 09:29:32 |
| 18 | (Record read.) | 09:29:54 |
| 19 | Q.    So let's walk -- let's start with some | 09:29:56 |
| 20 | background on Red Metrics and we'll come back to | 09:30:01 |
| 21 | that. | 09:30:03 |
| 22 | But before we do that, just to be | 09:30:03 |
| 23 | absolutely clear, the only two people you spoke with | 09:30:05 |
| 24 | at OpSec are Gregg Phillips and someone named JD? | 09:30:07 |
| 25 | A.    As far as I recall, that is -- that is | 09:30:13 |

|   |   | Page 33 |
|---|---|---|
| 1 | correct. | 09:30:19 |
| 2 | Q.   And do you know what JD stands for? | 09:30:19 |
| 3 | A.   Not other than his name. | 09:30:22 |
| 4 | Q.   How long has Red Metrics been in business? | 09:30:30 |
| 5 | A.   I believe that we were formed in 2015, | 09:30:33 |
| 6 | April or May of 2015 I believe.  So since then. | 09:30:43 |
| 7 | Q.   Is Red Metrics incorporated in Texas? | 09:30:50 |
| 8 | A.   Yes. | 09:30:54 |
| 9 | Q.   Is it based here in Texas? | 09:30:56 |
| 10 | A.   Yes, sir. | 09:30:58 |
| 11 | Q.   Can you just list all of its office | 09:30:59 |
| 12 | locations? | 09:31:03 |
| 13 | A.   Like, the address?  Okay.  Yeah.  It's | 09:31:05 |
| 14 | REDACTED | 09:31:11 |
| 15 | REDACTED. | 09:31:17 |
| 16 | Q.   Are there any other offices? | 09:31:21 |
| 17 | A.   No. | 09:31:23 |
| 18 | Q.   Roughly how many employees does Red | 09:31:23 |
| 19 | Metrics have? | 09:31:26 |
| 20 | A.   There was -- can I step back? | 09:31:26 |
| 21 | Q.   Yeah. | 09:31:27 |
| 22 | A.   There was a -- when that subpoena came | 09:31:27 |
| 23 | through, I think there was a different address on | 09:31:30 |
| 24 | that.  I think that -- I think that was, like, our | 09:31:32 |
| 25 | registered agent from when we formed it, but that's | 09:31:36 |

| | | |
|---|---|---|
| 1 | Q.  And do you buy some of this data directly | 10:05:05 |
| 2 | from cell phone companies? | 10:05:07 |
| 3 | A.  No. | 10:05:10 |
| 4 | Q.  Other than Palantir, is there any other | 10:05:12 |
| 5 | typical vendor in this space that you might buy that | 10:05:15 |
| 6 | kind of data from? | 10:05:18 |
| 7 | A.  I think Palantir is probably a good | 10:05:19 |
| 8 | example -- best example that I can think of.  And, | 10:05:22 |
| 9 | again, you know, I'm a little bit in my -- this | 10:05:27 |
| 10 | isn't my expertise on it. | 10:05:30 |
| 11 | Q.  So let's get into topic 1 of the subpoena, | 10:05:32 |
| 12 | which is:  Your efforts with, for, or on behalf of | 10:05:37 |
| 13 | any defendant (or their agents or employees, | 10:05:41 |
| 14 | including but not limited to OpSec Group) to collect | 10:05:43 |
| 15 | and/or analyze geospatial data and/or to conduct | 10:05:46 |
| 16 | and/or analyze geofencing. | 10:05:49 |
| 17 | A.  Okay. | 10:05:52 |
| 18 | Q.  Before we get to Mr. Phillips and OpSec, | 10:05:54 |
| 19 | to confirm, none of the following requested anything | 10:06:01 |
| 20 | from Red Metrics:  Dinesh D'Souza, D'Souza Media, | 10:06:07 |
| 21 | Salem Media Group, Regnery Publishing; is that | 10:06:11 |
| 22 | correct? | 10:06:17 |
| 23 | A.  Correct.  Yes. | 10:06:17 |
| 24 | Q.  Setting aside Gregg Phillips and OpSec for | 10:06:21 |
| 25 | a minute, did Catherine Engelbrecht request anything | 10:06:23 |

```
                                                          Page 54
 1    from Red Metrics directly?                           10:06:27
 2         A.   No.                                        10:06:29
 3         Q.   Did True the Vote, through some other      10:06:31
 4    person, request anything directly from Red Metrics?  10:06:35
 5         A.   No.                                        10:06:38
 6         Q.   You said you met Ms. Engelbrecht through a 10:06:41
 7    conversation with Mr. Phillips?                      10:06:45
 8         A.   Yes, sir.                                  10:06:47
 9         Q.   Roughly how many times did you talk to     10:06:48
10    Ms. Engelbrecht?                                     10:06:51
11         A.   That is the only time I have ever talked   10:06:53
12    to her that I can recall.                            10:06:57
13         Q.   Just one time?                             10:06:59
14         A.   Yes, sir.                                  10:07:00
15         Q.   And what did you discuss with her?         10:07:01
16         A.   This was -- this -- I want to be careful   10:07:08
17    because it's two-plus years ago, and so what I       10:07:12
18    recall from the conversation is that they were       10:07:17
19    looking to start a new business venture.             10:07:20
20         Q.   And was that business venture related to   10:07:27
21    the work that Red Metrics did trying to locate       10:07:32
22    individuals who allegedly engaged in election fraud  10:07:39
23    in 2020?                                             10:07:42
24              MR. YARBROUGH:  Objection; form.           10:07:44
25         Q.   You can answer the question.               10:07:44
```

|   |   | Page 56 |
|---|---|---|
| 1 | A.  Yeah. | 10:09:01 |
| 2 | Q.  Did you talk -- | 10:09:02 |
| 3 | A.  Yes. | 10:09:02 |
| 4 | Q.  -- with Ms. Engelbrecht about the | 10:09:03 |
| 5 | 2000 Mules narrative? | 10:09:05 |
| 6 | A.  I -- I don't remember that being a topic | 10:09:15 |
| 7 | with Ms. Engelbrecht. | 10:09:19 |
| 8 | Q.  Did you -- you said you only spoke with | 10:09:22 |
| 9 | Catherine one time. | 10:09:26 |
| 10 | A.  Yeah. | 10:09:27 |
| 11 | Q.  I believe you testified that was a phone | 10:09:27 |
| 12 | call? | 10:09:29 |
| 13 | MR. YARBROUGH:  Objection; form. | 10:09:31 |
| 14 | Q.  You can answer the question. | 10:09:32 |
| 15 | A.  With -- with? | 10:09:34 |
| 16 | Q.  Ms. Engelbrecht. | 10:09:35 |
| 17 | A.  No, that was at -- it was at -- | 10:09:36 |
| 18 | face-to-face. | 10:09:38 |
| 19 | Q.  And where did you meet her face-to-face? | 10:09:42 |
| 20 | A.  I think it was -- I think it was in | 10:09:42 |
| 21 | Austin.  It was in Greater Austin.  Austin.  I can't | 10:09:46 |
| 22 | remember exactly what suburb it was. | 10:09:53 |
| 23 | Q.  And was there an event that you attended | 10:09:57 |
| 24 | in Austin? | 10:09:59 |
| 25 | A.  It seems like I was down there for an | 10:09:59 |