# EXHIBIT 59



# STATEMENT ON 2000 MULES

As those who have seen the film or read the book know, "2000 Mules" was based on cell phone geolocation data collected and reviewed by True the Vote. An analysis of this data revealed highly suspicious patterns of certain cell phones, which were recorded in the location of ten or more dropboxes. This data was the premise of the film.

During the production of this film, as a supplement to the geolocation data, True the Vote provided my team with ballot drop box surveillance footage that had been obtained through open records requests. We were assured that the surveillance videos had been linked to geolocation cell phone data, such that each video depicted an individual who had made at least 10 visits to drop boxes. Indeed, it is clear from the interviews within the film itself that True the Vote was correlating the videos to geolocation data.

We recently learned that surveillance videos used in the film may not have actually been correlated with the geolocation data.

I know that the film and my book create the impression that these individuals were mules that had been identified as suspected ballot harvesters based on their geotracked cell phone data. While all of these individuals' images were blurred and unrecognizable, one of the individuals has since come forward publicly and has initiated a lawsuit over the use of his blurred image in the film and the book. I owe this individual, Mark Andrews, an apology. I now understand that the surveillance videos used in the film were characterized on the basis of inaccurate information provided to me and my team. If I had known then that the videos were not linked to geolocation data, I would have clarified this and produced and edited the film differently.

We operated in good faith and in reliance on True the Vote. We continue to have confidence in their work and in the basic message of "2000 Mules," namely, that the 2020 election was not the "most secure election in US history," that there was systematic election fraud sufficient to call the outcome into question. We also continue to have faith that True



used in the film were characterized on the basis of inaccurate information provided to me and my team. If I had known then that the videos were not linked to geolocation data, I would have clarified this and produced and edited the film differently.

We operated in good faith and in reliance on True the Vote. We continue to have confidence in their work and also in the basic message of "2000 Mules," namely, that the 2020 election was not the "most secure election in US history"—far from it!—and that there was systematic election fraud sufficient to call the outcome into question. We also continue to have faith that True the Vote's underlying geolocation data and analysis uncovered highly suspicious cell phone travel patterns, including a significant number of cell phone IDs that were recorded at more than ten drop box locations. While the video in the film created an incorrect inference as to Mr. Andrews, the underlying premise of the film holds true.

Indeed, the accuracy of the general proposition of '2000 Mules" was publicly confirmed recently by the disclosure of a leading Democratic organizer, who admitted to an undercover journalist that the premise of "2000 Mules" is accurate.

Again, I apologize to Mr. Andrews. I make this apology not under the terms of a settlement agreement or other duress, but because it is the right thing to do, given what we have now learned. While I do not believe Mr. Andrews was ever identified by the film or book, I am sorry for any harm he believes he and his family has suffered as a result of "2000 Mules."

## JOIN NEWSLETTER

DDR-00069605