# EXHIBIT 60

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

```
MARK ANDREWS,                    )  No. 1:22-cv-04259-SDG
                                 )
            Plaintiff,           )
                                 )
v.                               )
                                 )
DINESH D'SOUZA, et al.,          )
                                 )
            Defendants.          )
_____)
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MARK ANDREWS

October 25, 2024
9:57 a.m.
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia

Reported by:  Marcella Daughtry, RPR, RMR
CA CSR 14315
GA No. 6595-1471-3597-5424



1  withdraw your application?

2      A   I -- knowing me, I would have, but I don't

3  recall.

4      Q   If I asked Rohan to tell me everything he knows

5  about you applying to Cox Enterprises, what would he say?

6      A   I don't know.

7      Q   Other than this position at Cox Enterprises,

8  have you applied to any other position in the last four

9  years?

10     A   I don't recall.

11     Q   You don't recall if you --

12     A   I don't believe I have, no.  But there have

13  been opportunities that I'd consider entertaining, but I

14  did not.

15     Q   And what are those opportunities?

16     A   Similar roles around town.

17     Q   So do you or do you not intend to retire at

18  NCR?

19     A   Currently at this moment, I do.  But things

20  change.

21     Q   So we talked to a number of people that you

22  worked with, and you indicated you worked with these

23  individuals, and we asked them about you and about "2000

24  Mules", and they testified that they had never seen the

25  movie or heard of the movie other than you telling them

 1  about it.
 2          Do you have any reason to dispute that?
 3      A   No.
 4      Q   And they also testified that they had not
 5  treated you any differently because of the movie.
 6          Do you have any reason to dispute that?
 7      A   No.
 8      Q   And they also testified that they are not aware
 9  of anyone at NCR treating you any differently because of
10  the movie.
11          Do you have any reason to dispute that?
12      A   No.
13      Q   Is there anyone other than the people that
14  you've identified in your interrogatories that would say
15  that anyone at NCR has treated you any differently
16  because of the movie?
17      A   I don't know.
18      Q   How can you find out?
19      A   I wouldn't be able to find out, I don't
20  believe.
21      Q   I'm asking your personal knowledge.
22      A   I don't know what people think about me, other
23  than the ones -- individuals that I work with.
24      Q   So other than the individuals that you've
25  identified, you can't identify anyone else that would

Case 1:22-cv-04259-SDG    Document 273-15    Filed 12/20/24    Page 5 of 13

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                       49

1  testify that NCR treated you any differently because of

2  the movie, can you?

3      A   I don't want to speculate, so I don't know what

4  people think.

5      Q   I'm asking your personal knowledge.  I'm not

6  asking you to speculate.

7      A   No, I'm not aware.

8      Q   So I'll ask you a couple of questions about

9  your document request.  Do you recall being served with

10  document requests in this case?

11      A   Yes.

12      Q   And what did you do when you received those

13  requests?

14      A   I responded to them with my attorney.

15      Q   What do you mean "responded to them"?

16      A   I guess I don't understand your question.

17      Q   So you -- do you recall receiving document --

18  requests for documents?

19      A   Well, when you wanted access to my cell phone?

20  I mean, what do -- what do you mean when you say

21  document -- what was in the document request?

22      Q   They requested certain documents from you, and

23  you produced those documents, right?

24      A   Yes.

25      Q   And when you -- what did you do to search for



1  early in person?

2      A   It could have been the day of or it could have

3  been early in person.

4      Q   And other than in 2020, have you voted

5  absentee?

6      A   Infrequently, but I had.

7      Q   And in 2022, the primary runoff, I'm gonna

8  represent to you was May 24th, 2022.  And you voted in

9  that primary, right?

10     A   Yes.

11     Q   And the general election was in November of

12 2022, and you voted in that general election, right?

13     A   Primary 2022, I don't recall.  But I know 2022,

14 the November one, I did -- did vote.

15     Q   Yeah, I'll represent to you the voting record

16 says you voted then.

17     A   Okay.

18     Q   And I'll represent to you that the premier of

19 "2000 Mules" was on May 20th, 2022, and you would agree

20 with me that May 20th is before May 24th, 2022 and

21 November 2022, right?

22     A   Say that again, please.

23     Q   Would you agree with me that May 20th, 2022 is

24 before May 24th, 2022 and November 2022?

25     A   Yes.



1       Q    So the premier of "2000 Mules" in May of 2022

2  did not affect or stop you from voting in the 2022

3  primary or general election, did it?

4       A    No.

5       Q    Did anyone ever tell you not to vote?

6       A    No.

7       Q    Then why did you not vote in 2023 or 2024?

8       A    I don't recall the reason why.

9       Q    Did you vote in 2023 or 2024?

10       A    I did not vote in 2024.

11       Q    And why not?

12       A    I think that we -- we missed the timing for

13  getting the ballots, the mail-in ballots to be sent to

14  our home, and I was not gonna vote in person.

15       Q    And so you -- you would have voted but for

16  missing the timeline to get the mail-in ballots, right?

17       A    Yes.

18       Q    Do you plan to vote in the 2024 general

19  election?

20       A    Yes, I have already voted.

21       Q    In your interrogatory responses, you indicated

22  that the first time you discovered "2000 Mules" was from

23  a text from a lady named Amy Gardner on May 16th, 2022;

24  is that right?

25       A    Yes.



 1  by the court reporter.)


 3          Will you please tell me the name of anyone else

 4  who was shown putting ballots in a drop box in the "2000

 5  Mules" movie?

 6      A   I don't know of anyone's name.

 7      Q   So is it still your testimony that your blurred

 8  video being shown in "2000 Mules" is the reason why

 9  people know your name or the fact that you filed this

10  lawsuit?

11      A   My name, again, was known at the Georgia Bureau

12  of Investigation, election investigation.  I filed an

13  affidavit.  I signed it.  That's how Amy Gardner reached

14  out to me via my text phone.  So my name was already out

15  there after that hearing because it's public

16  information.

17      Q   So I'll now hand you -- I think this is 7.

18          (Deposition Exhibit No. 7 was marked for

19  identification.)

20      Q   BY MR. EVANS:  If you could please take a look

21  at that.

22      A   I read it.

23      Q   And what is that document?

24      A   It looks like an instant message.

25      Q   And who is it from?



1     A   Yes.

2     Q   And so no one has identified you in "2000

3  Mules" or any related interviews without you first

4  talking to them about the movie, right?

5     A   I don't know that.

6     Q   But to your knowledge, there's no one?

7     A   To my knowledge.

8         (Deposition Exhibit No. 11 was marked for

9  identification.)

10     Q   BY MR. EVANS:  I'll hand you, Mr. Andrews,

11  Defendants' Exhibit 11.  And take your time.

12         Do you recognize that document?

13     A   It looks like a message to my daughter.

14     Q   Do you know who Ali Swenson is?

15     A   No.

16     Q   Did you ever talk to Ms. Swenson?

17     A   No.

18     Q   Did your daughter ever talk to Ms. Swenson?

19     A   No.

20     Q   Did anyone in your family ever talk to

21  Ms. Swenson?

22     A   No.

23     Q   Why did she reach out to your daughter and not

24  you?

25     A   That's a good question.  I don't know.



 1  whoever has read the book or saw the movie sees me in a

 2  different light than what I truly am, and so that's how

 3  it's impacted my life.

 4      Q   And we -- we asked you all the times that

 5  people had called you, and I believe Amy Gardner called

 6  you, you said.  But you didn't -- is there anyone else

 7  other than Amy Gardner has called you about this case?

 8      A   I don't know, because on my phone if I have a

 9  foreign number, I don't pick it up.  And if Amy would

10  have called me, I wouldn't have picked it up.  She text

11  messaged me.

12      Q   So do you have any personal knowledge of anyone

13  other than Amy that has texted or called you about "2000

14  Mules" or any interviews about it or related to it?

15      A   No.

16      Q   And has anyone ever sent you an e-mail other

17  than the ones that you produced about your image being

18  used in "2000 Mules" or related interviews?

19      A   Not that I'm aware of.

20      Q   Has anyone ever sent you snail mail about "2000

21  Mules" or the affiliated entities and your image

22  allegedly being used?

23      A   What do you mean by "snail mail"?

24      Q   Like postal mail, you know, your mailbox?

25      A   No.



1      Q    Has anyone communicated with you in any other

2   way because of your image in "2000 Mules" or related

3   videos?

4      A    Not that I'm aware of.

5      Q    So how has this movie negatively impacted you

6   when nobody has called you, nobody sent you an e-mail, or

7   communicated with you in any other way?

8      A    You are talking physical contact.  I'm talking

9   the fact that I have to think about this every time I go

10  out of my house.  My family has been put in harm's way

11  because of this movie.

12         So no, no one has run up on me, and I can't

13  speculate if someone is gonna do that tomorrow or not,

14  but it's still in my head.  I have to think about that

15  every time I go anywhere, that someone may identify me

16  and may, you know, do something harmful to me and my

17  family.  I don't have Secret Service walking around with

18  me.  I don't have security guards walking around with me.

19     Q    Has anyone ever put you in harm's way because

20  of the movie or affiliated interviews?

21     A    No.

22     Q    Has anyone ever recognized you in a grocery

23  store?

24     A    Not that I'm aware of.

25     Q    Have you ever seen a psychiatrist?



Case 1:22-cv-04259-SDG   Document 273-15   Filed 12/20/24   Page 12 of 13

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                    143

 1  voting habits.  Has anyone ever targeted you at a vote --
 2  voting location?
 3       A   I haven't been to a voting location since
 4  before 2020.  I used to vote in person.  I don't vote in
 5  person anymore.  I do mail-in ballot.
 6       Q   And why -- why was -- why before 2020 -- why
 7  after 2020 did you change the way you voted?
 8       A   One, when I became aware of this here, and
 9  because of COVID.  No one voted in person barely in 2020
10  because of the virus.
11       Q   And is COVID still a concern to you about --
12  strike that.
13           Is COVID still a concern to you?
14       A   COVID is still out here just like allergies
15  are, just like the flu is.
16       Q   So yes, it is a concern for you?
17       A   No, I wouldn't say it -- I -- I don't -- what's
18  your definition of "concern"?  I don't wake up every
19  morning worrying about COVID, no.
20       Q   And is there any other reasons why you changed
21  your voting habit and stopped voting in person in 2020?
22       A   I -- 2020 it was because of COVID.  After 2020,
23  it's because of this mule movie and me being in it.
24       Q   And what about the mule movie made you change
25  your --



Case 1:22-cv-04259-SDG   Document 273-15   Filed 12/20/24   Page 13 of 13

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                              144

1      A   Well, the fact that I am depicted as a

2  criminal.  I am depicted as -- as an individual who --

3  all sorts of horrible things.  You know, I choose not to

4  go vote in person because I don't want to be confronted

5  or there to be a confrontation with someone with me.

6      Q   Has anyone ever confronted you at a polling

7  location?

8      A   I haven't been to a polling location since

9  before -- since after COVID.

10      Q   Has anyone ever confronted you about voting?

11          MR. DAVIDSON:  Objection.

12      Q   BY MR. EVANS:  You can answer.

13      A   I don't understand the question.

14      Q   Has anyone ever confronted you about voting?

15      A   You mean physically confronted me?

16      Q   In any way.

17      A   Yeah, I don't vote in person, so they wouldn't

18  have the opportunity to do that.

19      Q   Has anyone ever threatened you about voting?

20      A   No.

21      Q   Have they ever intimidated you from voting?

22      A   Individuals, no, but I've changed my voting

23  habit because of this video and this movie.

24      Q   What amount of money do you think makes you

25  whole?

