# EXHIBIT 62

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
                              DISTRICT OF GEORGIA
 2                              ATLANTA DIVISION

 3

 4                                              )
    MARK ANDREWS,                               )
 5            Plaintiff,                        ) Case No.:
                                                )
 6  vs.                                         ) 1:22-cv-04259-SDG
                                                )
 7  DINESH D'SOUZA, et al.                      )
              Defendant.                        )
 8  _____)

 9

10              Zoom Video-Conference and stenographic deposition of

11  KELLY MOYER taken on behalf of the Defendant, pursuant to the

12  stipulations set forth below, before Ariel Walcott, Certified

13  Court Reporter, commencing at the hour of 9:28 a.m. Friday,

14  August 9, 2024.

15

16

17

18

19

20

21

22                    Ariel Walcott, CVR, CCR

23                Esquire Deposition Solutions
                      2700 Centennial Tower
24                    101 Marietta Street
                      Atlanta, Georgia 30303
25                         (404)495-0777
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1  merit increases.
 2       Q.   What was the recommendation that the company provided
 3  for that range?
 4       A.   I don't recall.  So I think it's a better question
 5  for HR.
 6       Q.   I can clarify that question if you'd like.  So for
 7  example, this says effective day 4 to 2022, the merit
 8  compensation change, would that be based on the 2021
 9  performance?
10       A.   No.  Merit is not based on performance.  Merit is an
11  inflationary change; right?  Yes, merit is not a performance
12  based.  And it's always effective at the beginning of Q2.  So
13  you'll see a similar day.  That's when the effective date is
14  for merit.
15       Q.   Do all employees receive this merit increase, even if
16  they perform poorly?
17       A.   To my knowledge, yes.  Yes.  But again, probably
18  better clarifying with HR.
19       Q.   Are you aware of Mr. Andrews ever being passed over
20  for any promotions?
21       A.   I am not.
22       Q.   Are you aware of Mr. Andrews ever being demoted?
23       A.   I am not.
24       Q.   Are you aware of Mr. Andrews' compensation ever
25  (unintelligible)?
```



1    A.   No.

2    Q.   Have you ever heard of the movie 2,000 Mules?

3    A.   The only time I heard about it was from one
4  conversation with Mark in 2021, I think, when we were returning
5  to the office.

6    Q.   What do you recall about that conversation?

7    A.   I have regular one-on-ones with my direct reports.
8  It was part of one of those meetings.  And the company had
9  issued a policy change, really requiring us to come back more
10 days in the office.  So he brought up that he appeared in that
11 movie, and he had concern for his security.  And I advised him
12 to talk to Global Security.  And that's the only conversation I
13 had with him about it.

14   Q.   Presumably, you had a conversation with him after the
15 movie came out; right?

16   A.   Yeah, I don't know.  I don't know when it was.  I
17 think in 2021 was when we were coming out.  I don't know.  I
18 may have my dates mixed up.  I don't know.  I did have one
19 conversation with him.  I don't know when the movie came out.
20 I don't know.

21   Q.   I told you the movie came out in 2022.  Do you think
22 you would have had that conversation with him in 2022?

23   A.   Yes.  It was after it came out, so I might have my
24 dates.  My timing misaligned.

25   Q.   Other than saying that he appeared in the movie, did



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  he say anything else about the movie?
 2       A.   I don't recall.
 3       Q.   And then you mentioned he was concerned about
 4  security.  Is that what you said?
 5       A.   Yes.  Because we were requiring employees to come
 6  into the office more.  We had been working from home.  So he
 7  was concerned about coming into the office on a regular basis
 8  because of it.  So I just advised him to go talk to our Global
 9  Security team.  I don't know if he did that or not.
10       Q.   Did you give him anybody's name to speak to?
11       A.   No.  Because of his role, he would already have
12  relationships with that group.
13       Q.   Other than mentioning that you may want to speak to
14  the Global Security team, did you provide any other advice to
15  Mr. Andrews?
16       A.   I think I probably let him work from home more than
17  the other team members.  That would be the only thing that I
18  would have done.  I just wanted him to be as effective as
19  possible.
20       Q.   Do you know who worked from home or off?
21       A.   No.  I don't know.
22       Q.   Would that have been reflected in any NCR records,
23  how often someone comes into the office versus stay at home?
24       A.   I think it's tracked, but I don't have any visibility
25  into that.
```



1        Q.   Do you know if Mr. Andrews had any communications
2   with any other NCR employees about what he talked about in that
3   conversation?
4        A.   I don't know.
5        Q.   Are you aware of Mr. Andrews ever being harassed?
6        A.   I'm not.
7        Q.   Are you aware of anything negative that happened to
8   Mr. Andrews as a result of the conversation you had with them?
9        A.   I am not.
10       Q.   Are you aware of anything negative happening to Mr.
11  Andrews as a result of the substance of what he discussed with
12  you?
13       A.   I am not.
14       Q.   Are you aware of Mr. Andrews' life being affected in
15  any way as a result of what he discussed with you?
16       A.   I am not.
17       Q.   After that one conversation we discussed with Mr.
18  Andrews, do you continue to interact with them on a day-to-day
19  basis?
20       A.   Yes.  Solely for the work that we were both engaged
21  in completing.  It was a work relationship.  So yes, I continue
22  to engage with them on work-related matters.
23       Q.   So we discussed the one conversation without Mr.
24  Andrews.  I take it there wasn't anything written?
25       A.   No.  It was a face-to-face meeting.



1    Q.  Have you ever seen or heard about Mr. Andrews being
2    mentioned in the news?
3    A.  I'm not.
4    Q.  Regarding the substance of the conversation you had
5    with Mr. Andrews that we discussed before, do you know if any
6    of those issues affected Mr. Andrews' reputation at NCR?
7    A.  I'm not aware of any.
8    Q.  Do you know if the substance of that one conversation
9    you had with Mr. Andrews affected him professionally?
10   A.  I'm not aware.
11   Q.  Are you aware of Mr. Andrews filing or submitting any
12   written complaints to NCR?
13   A.  I'm not aware.
14   Q.  Have you ever spoken with Mr. Andrews about this
15   lawsuit?
16   A.  I have not, no.
17   Q.  Have you ever spoken with Mr. Andrews' attorneys in
18   this lawsuit?
19   A.  I have not, no.
20   Q.  You said during this time frame that you supervised
21   Mr. Andrews and Kelly Black; is that right?
22   A.  Mm-hm.
23   Q.  How did the two of them compare as employees?
24   A.  They had different responsibilities, but yes, I mean
25   it's kind of different subject matter experts.  So they're both



```
 1  non-work related.
 2          MS. QIN:  Those are all my questions.  Thank you, Ms.
 3      Moyer.
 4          THE WITNESS:  All right.  You're welcome.
 5                       REDIRECT EXAMINATION
 6  BY MR. GEORGE:
 7      Q.  I just have a handful more.  I'll be quick.  Did Mr.
 8  Andrews say anything else about him appearing in the film 2,000
 9  Mules?
10      A.  I think he did mention something, but I don't recall
11  exactly what he said.  I think he mentioned he appeared in the
12  film, but I don't recall the context or any additional, like
13  how he would have said it.
14      Q.  Did he say anything about how he found out about the
15  fact that he was in the film?
16      A.  No.  I don't know that.
17      Q.  Did he say anything about whether his face was
18  blurred or unblurred in the film?
19      A.  He did not mention that, no.
20      Q.  Are you going somewhere else to work after August
21  31st?
22      A.  No.  I'm taking some time off.
23      Q.  Are you aware of the movie, 2,000 Mules, affecting
24  Mr. Andrews' performance in any way?
25      A.  Specific to, no.
```

