# EXHIBIT 63

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 2 of 12
Nive Loganathan                                October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   ATLANTA DIVISION
 3
    MARK ANDREWS,                    )
 4                                   )
            Plaintiff,               )
 5                                   ) Case No.
       vs.                           )
 6                                   ) 1:22-cv-04259-SDG
    DINESH D'SOUZA, et al.,          )
 7                                   )
            Defendants.              )
 8  _____    )
 9
10
11
                VIDEOTAPED DEPOSITION OF
12
13                   NIVE LOGANATHAN
14
                    October 18, 2024
15
                       1:06 p.m.
16
17
                Via Zoom Videoconference
18
19
20
21
22
23
24
              Marianne R. Wharram, RPR, CRR
25              CCR #6121-5296-5647-5648
```

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 3 of 12
Nive Loganathan                                                October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 11

1    Q.   Okay.  And that continues now to this day?
2    Is that right?
3    A.   So ever since the organization separated,
4    it's a very limited interaction, so unless and until
5    there are some meetings that both organizations will
6    have to agree on, or there are some old work products
7    that are still pending closure, those are the type of
8    interactions that we are engaged in at this point.
9    So it's not as much.  So I don't -- I do not talk to
10   him every day at all.
11   Q.   So you don't speak to him at all since the
12   organization split?
13   A.   Not as much as we used to.  We are in the
14   same building, though.  Everybody is in the same
15   building, so -- although it's two different
16   organizations, it's the same building, so.
17   Q.   Okay.  Have you heard of the film
18   2000 Mules?
19   A.   He did mention about it to me, but I did
20   not like remember the actual name of the movie until
21   I saw it on the subpoena document.
22   Q.   Okay.  And what is 2000 Mules?
23   A.   I'm not too sure about it, because
24   I haven't watched the movie, but all that he had
25   shared with me is that he was -- he was filmed

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 4 of 12

Nive Loganathan  
Andrews, Mark vs D'Souza, Dinesh et al.  
October 18, 2024

Page 18

1  A. No, I did not.
2  Q. Okay. Do you know Bob Varnadoe, who
3  worked at NCR in 2022?
4  A. I do.
5  Q. And what was his role at NCR?
6  A. He was the chief information security
7  officer.
8  Q. And did you have any conversations with
9  Mr. Varnadoe about Mr. Andrews relating to
10 2000 Mules?
11 A. No, I did not.
12 Q. Do you know if Mr. Andrews spoke with
13 Mr. Varnadoe about 2000 Mules?
14 A. I do not.
15 Q. Okay. Are you aware of Mr. Andrews ever
16 being harassed?
17 A. No.
18 Q. Are you aware of anything negative
19 happening to Mr. Andrews at work as a result of what
20 he discussed with you about 2000 Mules?
21 A. No.
22 Q. Are you aware of him being demoted?
23 A. He was not demoted to the extent I know.
24 He was the director of technology audits then, too.
25 Q. Are you aware of him receiving any lower

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 5 of 12

Nive Loganathan                                          October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 19

1  pay?
2       A.   No.  That's -- that's way above my pay
3  grade to know.  He was my manager.
4       Q.   Understood.
5            Are you aware of him not being promoted
6  for any reason?
7       A.   No.
8       Q.   Are you aware of the situation of
9  2000 Mules affecting his work, Mr. Andrews' work?
10      A.   No.
11      Q.   Are you aware of anything related to
12 2000 Mules affecting Mr. Andrews' standing with the
13 company?
14      A.   I would not have known it given my
15 position at that company at that time, right?
16      Q.   Understood.
17      A.   Again, I was reporting to him.  I was not
18 evaluating his performance or -- if nothing was in my
19 scope of work.
20      Q.   Understood.  Thank you.
21           Are you aware of Mr. Andrews' life being
22 affected in any way as a result of the 2000 Mules?
23      A.   Do not.
24      Q.   Did you ever discuss any of these issues
25 with him?

Case 1:22-cv-04259-SDG  Document 273-19  Filed 12/20/24  Page 6 of 12
Nive Loganathan
October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 22

1   written communications you have with Mr. Andrews?
2        A.   No.
3        Q.   Have you ever seen Mr. Andrews mentioned
4   in the news?
5        A.   No.
6        Q.   Have you ever seen Mr. Andrews mentioned
7   in any social media?
8        A.   No.
9        Q.   Do you know if any of the issues we've
10  discussed relating to 2000 Mules ever affected
11  Mr. Andrews' reputation at NCR?
12       A.   I don't think so.
13       Q.   Do you know if it affected him
14  professionally?
15       A.   He would be the better person to answer
16  that, but to the extent I know, no.
17       Q.   Thank you.
18            Do you know if Mr. Andrews made any
19  complaints to NCR?
20       A.   No.
21       Q.   No, you don't know?  I'm just clarifying.
22  No, you don't know, or no, he did not make any
23  complaints?
24       A.   No, I do not know.
25       Q.   Thanks.

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 7 of 12

Nive Loganathan                                        October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 28

1     Q.    Did you have another e-mail before that
2  that you used?
3     A.    The personal e-mail address?
4     Q.    Mm-hmm.
5     A.    Yes, but I have not communicated through
6  that with any of these people that you listed so far.
7           MR. VINING:  Okay.  Why don't we take
8     a quick break, and we'll come back at 1:45,
9     if that works for you.
10          THE WITNESS:  Absolutely.
11          MR. VINING:  Thank you.
12          THE WITNESS:  Thank you.
13          VIDEOGRAPHER:  The time is 1:36 p.m.
14    We're off the record.
15          (Off the record.)
16          (Recess taken from 1:36 to 1:47.)
17          VIDEOGRAPHER:  The time is 1:47 p.m.
18    We're on the record.
19    Q.    (By Mr. Vining)  Ms. Loganathan, did
20  you -- you said you have never watched 2000 Mules.
21  Is that correct?
22    A.    That is right, Austin.
23    Q.    Okay.  And did you ever see any other
24  media related to 2000 Mules?
25    A.    I don't remember watching.

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 8 of 12

Nive Loganathan                                    October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 29

1      Q.   The book, or the trailer, or anything like
2  that for the film?
3      A.   I don't remember watching, or reading,
4  or -- I didn't even know there was a book.
5           MR. VINING:  Okay.  Okay.  I have no
6       further questions.
7           MR. EVANS:  I just have a couple
8       questions.
9                      EXAMINATION
10 BY MR. EVANS:
11     Q.   My name is Jake Evans.  I appreciate your
12 time today.  I don't think we'll have -- or need too
13 much more of it.  I represent a couple of other
14 defendants in this case.  And I'm going to ask a
15 couple of questions which really should probably be
16 consistent with your earlier testimony, but if you
17 can't hear me at any moment, let me know.
18          So you've never seen the movie 2000 Mules,
19 right?
20     A.   That's right.
21     Q.   And you've never seen any content from the
22 movie 2000 Mules, have you?
23     A.   I don't remember seeing any content,
24 either.
25     Q.   And you don't know what the movie

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 9 of 12

Nive Loganathan                          October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 30

1  2000 Mules is about, do you?
2      A.   Now, I know, because of the conversation
3  I had with Jared and Mark.
4      Q.   Uh-huh.  And what was that conversation?
5      A.   Because Mark was filmed like while he was
6  voting, it should be about something to do with
7  voting.
8      Q.   Okay, but other than that conversation,
9  you don't know anything about the movie 2000 Mules,
10 do you?
11     A.   I don't know.  That's right.
12     Q.   And based upon your knowledge, neither the
13 movie 2000 Mules nor anything in it affected Mr. Mark
14 Andrews' employment with NCR, did it?
15     A.   I don't think so.
16     Q.   And is that a yes or a no?  I need a -- is
17 that a no?
18     A.   Can you repeat that question, please?
19     Q.   Yes.  Based upon your personal knowledge,
20 neither the movie, 2000 Mules, nor anything in it
21 affected Mr. Mark Andrews' employment with NCR?
22     A.   No.
23     Q.   What did you do to prepare for your
24 deposition today?
25     A.   Nothing.

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 10 of 12
Nive Loganathan
October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 35

1   for you.  So first, you testified earlier that you
2   did not do any of your own investigation after you
3   had the initial conversation with Mr. Andrews
4   informing you about the film.  Do you recall
5   testifying to that with Mr. Vining earlier?
6        A.    As in do I remember that question asked by
7   Vining?
8        Q.    Yes.  Do you -- do you recall testifying
9   that following your conversation with Mr. Andrews,
10  you did not conduct any of your own investigation
11  about 2000 Mules?
12       A.    That is right.  Like I don't remember
13  conducting any investigations of my own.  Yeah.
14       Q.    You don't remember?
15       A.    I don't remember.
16       Q.    So is it possible you may have Googled
17  2000 Mules?
18       A.    I may have, yes, but it isn't -- it is a
19  long time at this point.  I don't recall anything
20  related to it.
21       Q.    And is it possible you may have -- in
22  addition to Googling, that you could have seen media
23  on, for example, Youtube?
24       A.    No, I don't remember doing that.
25       Q.    Is it -- do you recall whether or not you

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 11 of 12
Nive Loganathan                          October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 36

1  saw any images from the movie, including any images
2  that were of Mr. Andrews?
3       A.   I don't remember seeing that, no.
4       Q.   And again, that was a long time ago when
5  you had that conversation with Mr. Andrews?
6       A.   That is right.
7       Q.   Do you have any reason to dispute
8  testimony or representations that Mr. Andrews recalls
9  you seeing images of him from the film and movie?
10 Do you have any reason to dispute that?
11      A.   I don't remember seeing those, but if he
12 has testified so, I don't know as to why he would do
13 that.
14      Q.   So you have no reason to dispute that?
15      A.   Can you repeat that question, please?
16      Q.   Is there any reason that you can --
17 strike that.
18           Do you recall having any conversations
19 with members of your family about your conversation
20 with Mr. Andrews?
21      A.   About the movie?
22      Q.   Yes.
23      A.   I don't.
24      Q.   You don't -- you don't recall, or you did
25 not have any conversations with your family?

Case 1:22-cv-04259-SDG   Document 273-19   Filed 12/20/24   Page 12 of 12

Nive Loganathan                                    October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 37

```
 1       A.   I don't recall having any conversations
 2   with my family.
 3       Q.   Do you recall any conversations where
 4   anyone in your family may have themselves mentioned
 5   that Mr. Andrews was in the film or the book?
 6       A.   No.
 7            MR. DAVIDSON:  I think that's
 8       everything for me.  Thank you,
 9       Ms. Loganathan.
10            THE WITNESS:  Thank you, Jared.
11            VIDEOGRAPHER:  Any other questions,
12       counsel?
13            MR. VINING:  None for me.
14            MR. EVANS:  And I just have a couple
15       more.
16                   FURTHER EXAMINATION
17   BY MR. EVANS:
18       Q.   Did you treat Mr. Andrews differently
19   based upon the movie 2000 Mules?
20            MR. DAVIDSON:  Objection.  Outside
21       the scope.
22       Q.   (By Mr. Evans)  You can answer.
23       A.   No, absolutely not.  I still have the same
24   respect I had for him when -- as when he was my
25   manager.
```