# EXHIBIT 64

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 2 of 8
HIGLY CONF/AEO Brian Beasley                         November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,                         )
                                      )
     Plaintiff,                       )
                                      )
vs.                                   )   CASE NO.
                                      )
DINESH D'SOUZA; TRUE THE              )   1:22-CV-04259-SDG
VOTE, INC.; CATHERINE                 )
ENGLEBRECHT; GREGG                    )
PHILLIPS; D'SOUZA MEDIA               )
LLC; and JOHN DOES,                   )
                                      )
     Defendants.                      )


THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF BRIAN BEASLEY
(Taken by Defendants)
November 1, 2024
1:00 p.m. Eastern time

Reported by:   Debra M. Druzisky, CCR-B-1848

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 3 of 8
HIGLY CONF/AEO Brian Beasley                     November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 12

1    A.    Yeah.  During the workweek, yes.
2    Q.    Okay.  Have you heard of the film 2000
3    Mules?
4    A.    I have, yes.
5    Q.    And what is that film?
6    A.    I honestly don't know.  I've heard of it
7    but don't really know how to explain it.
8    Q.    Is there anything you know about it?
9    A.    Not really.
10   Q.    Have you seen it?
11   A.    Not specifically.  I've only seen YouTube
12   clips.  YouTube clips.
13   Q.    Have you -- are you aware of a book titled
14   2000 Mules?
15   A.    Yes.
16   Q.    Have you read it?
17   A.    No.
18   Q.    Do you know what it's about?
19   A.    I don't, no.
20   Q.    Okay.  Do you recall discussing 2000 Mules
21   with Mr. Andrews?
22   A.    Can you -- I guess I could say -- I could
23   say it this way.  I don't think I discussed it with
24   him, but we have mentioned it, if that makes sense.
25   Q.    When you say "we," do you mean in a

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 4 of 8
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 21

1    was the only mention he did say to me.
2         Q.   Any specificity around that or just
3    generally that he was being followed?
4         A.   Just generally.
5         Q.   Are you aware of anything negative
6    happening to Mr. Andrews at work as a result of
7    what he discussed with you?
8         A.   Not to my knowledge, no.
9         Q.   Are you aware of him being demoted?
10        A.   No.
11        Q.   I'm not -- just to be clear --
12        A.   Oh.
13        Q.   -- I'm not --
14        A.   Oh.
15        Q.   -- making a representation that he was --
16        A.   Okay.
17        Q.   -- demoted.
18        A.   Okay.  Okay.  No.  No, I didn't.  I don't.
19        Q.   Are you aware of him receiving any lower
20   pay?
21        A.   No.
22        Q.   Are you aware of him not being promoted?
23        A.   No.
24        Q.   Are you aware of 2000 Mules affecting his
25   work in any way?

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 5 of 8
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 22

1      A.   I'm unsure.
2      Q.   Are you aware of 2000 Mules affecting
3   Mr. Andrews's standing within the company N.C.R.?
4      A.   No, I'm not aware.
5      Q.   Other than what you described with him
6   being followed or his -- him telling you that he
7   was being followed, are you aware of his life being
8   affected in any other way as a result of 2000
9   Mules?
10     A.   Outside of that, no.
11     Q.   Are you aware of Mr. Andrews raising
12  issues related to 2000 Mules with anyone else at
13  N.C.R.?
14     A.   No.
15     Q.   Did you, after your employment at N.C.R.,
16  did you exchange any E-mails with Mr. Andrews?
17     A.   In general or relating to this case?
18     Q.   First generally have you?
19     A.   Yes.  Because he reviewed my résumé, and I
20  had to send him my résumé.
21     Q.   And have you exchanged any E-mails with
22  him related to 2000 Mules?
23     A.   No.
24     Q.   Have you exchanged any text messages with
25  Mr. Andrews related to 2000 Mules?

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 6 of 8
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 24

1       A.   I'm unsure.
2       Q.   Do you know if it affected him personally?
3       A.   Yes.
4       Q.   Oh, I'm sorry.  Thank you.
5            Do you know if 2000 Mules affected
6    Mr. Andrews professionally?
7       A.   I'm unsure.
8       Q.   Do you know if Mr. Andrews made any
9    complaints to N.C.R. related to 2000 Mules?
10      A.   Unaware.  I'm unaware.
11      Q.   Do you know if Mr. Andrews submitted or
12   filed any written statements to N.C.R. related to
13   2000 Mules?
14      A.   Not to my knowledge.
15      Q.   When was the last time you spoke to
16   Mr. Andrews?
17      A.   I think the beginning of this year.  We
18   talked about the potential employer where I was
19   trying to decide who I should go with for my job.
20      Q.   Was that the second conversation that you
21   mentioned earlier that you also discussed 2000
22   Mules and you told him that you had seen?
23      A.   No.  That was after, yeah.  So this call
24   was initiated by me because I needed some advice on
25   which direction to go with my career path.  So this

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 7 of 8
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 33

1          come back at 1:40, if that works for
2      everyone.
3              THE VIDEOGRAPHER:  The time is 1:32.
4      We are off the record.
5              (Whereupon, a discussion ensued
6       off the record.)
7              (Whereupon, there was a brief
8       recess.)
9              THE VIDEOGRAPHER:  The time is 1:39.
10     We are back on the record.
11  BY MR. VINING:
12      Q.   Mr. Beasley, I just have one other point
13  of clarification.  You said you'd heard of the film
14  2000 Mules before Mr. Andrews told you about it; is
15  that correct?
16      A.   I heard of it, yes.
17      Q.   Before Mr. Andrews contacted you, were you
18  aware that he was depicted in the film?
19      A.   I've never seen the film.
20      Q.   I just want to make sure we're clear on
21  the record.  So before he mentioned to you that he
22  was in -- or did he tell you that he was in the
23  film?
24      A.   Yes.
25      Q.   And before he told you that, did you have

Case 1:22-cv-04259-SDG   Document 273-20   Filed 12/20/24   Page 8 of 8
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 34

1  any awareness that he was in the film?
2       A.   No awareness.
3            MR. VINING:  Okay.  That's all the
4       questions that I have.
5            MR. GEORGE:  I don't have any
6       questions.
7            MS. CHEN:  I have just a couple short
8       questions.
9                    EXAMINATION
10  BY MS. CHEN:
11      Q.   Thank you for your time, Mr. Beasley.
12           You testified that, after you spoke with
13  Mr. Andrews about 2000 Mules, you went on YouTube
14  to see what it was about; is that correct?
15      A.   Yes.
16      Q.   Did you see a clip that included
17  Mr. Andrews?
18      A.   Yes.
19      Q.   Did you recognize Mr. Andrews?
20      A.   Yes.
21           MS. CHEN:  No further questions.
22      Thank you very much for your time.
23           THE VIDEOGRAPHER:  Anyone else or any
24      other statements on the record before we
25      conclude, Counsel?