# EXHIBIT 65

**In the Matter Of:**

**MARK ANDREWS vs DINESH D'SOUZA**

1:22-cv-04259-SDG

**WILLIAM SMITH**

*July 22, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

1    Q    All right.  Did Mr. Andrews mention Dinesh
2  D'Souza on any of those phone conversations you had
3  with him?
4    A    Not that I can recall.
5    Q    Do you recall him mentioning Catherine
6  Engelbrecht?
7    A    No, sir.
8    Q    Do you remember him mentioning Greg
9  Phillips?
10   A    No, sir.
11   Q    Other than what we've already talked
12 about, do you remember anything else about either of
13 those two phone calls you had with Mr. Andrews?
14   A    No.  They were maybe five or 10 minute
15 phone calls, really.  Again, he was concerned and he
16 asked for help and I gave him help.
17   Q    Did Mr. Andrews mention -- I think you
18 said Mr. Andrews said that he was receiving threats.
19 Did he mention who he was receiving threats from?
20   A    No, sir.
21   Q    Did you ever interact with Mr. Andrews
22 related to a work-related issue?
23   A    No, sir.
24   Q    Are you aware of anything negative
25 happening to Mr. Andrews as a result of the things



```
 1  that he discussed with you on those phone calls?
 2       A    No, sir, I'm not.
 3       Q    Are you aware of him being demoted?
 4       A    Not that I'm aware of.
 5       Q    Are you aware of him receiving any lower
 6  pay?
 7       A    Not that I'm aware of.
 8       Q    Are you aware of him not being promoted?
 9       A    Not that I'm aware of.
10       Q    So after these two phone calls in 2020,
11  you said you had a call with him recently?
12       A    He called me I guess -- I guess the first
13  subpoena you all sent arrived -- just to let me know
14  I should be expecting to be served with a subpoena,
15  and the conversation lasted maybe 45 seconds to a
16  minute.  He just said, do you remember me?  And he
17  reiterated what I talked to him about very shortly
18  and said you should be getting served.
19            About 30 minutes later, a guy showed up at
20  the house and served me.
21       Q    Before he reintroduced himself or
22  reiterated your phone call, did you remember Mr.
23  Andrews?
24       A    I vaguely remember him.  Again, I had
25  37,000 employees across the globe and the amount of
```

