# EXHIBIT 66

**In the Matter Of:**

ANDREWS V. D'SOUZA

1:22-cv-04259-SDG

**KELLY B. COVELESKIE**

*August 14, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        A    No impressions, no conclusions drawn.
 2   Interesting.  But no conclusion drawn, really.
 3   I consider it to be entertainment.
 4        Q    You -- excuse me.
 5             Did you have any discussions or
 6   conversations with anyone else at NCR regarding
 7   what you and Mr. Andrews talked about?
 8        A    No.
 9        Q    Did you have any discussions or
10   conversations with anyone outside of NCR
11   regarding what you and Mr. Andrews talked about?
12        A    Yes.
13        Q    Who did you speak with about that?
14        A    My spouse.
15        Q    Anyone else?
16        A    No.
17        Q    Did you ever talk to Ms. Moyer about
18   that?
19        A    No.
20        Q    Are you aware of Mr. Andrews ever being
21   harassed?
22        A    No.
23        Q    Are you aware of anything negative
24   happening to Mr. Andrews as a result of 2000
25   Mules or what you discussed with him?
```



```
 1      A    No.
 2      Q    Are you aware of Mr. Andrews ever being
 3   demoted?
 4      A    No.
 5      Q    Are you aware of Mr. Andrews ever
 6   receiving any lower pay?
 7      A    No.
 8      Q    Are you aware of Mr. Andrews ever not
 9   being promoted?
10      A    No.
11      Q    Are you aware of the results of your
12   conversation with Mr. Andrews ever affecting his
13   standing at NCR?
14      A    No.
15      Q    Are you aware of the results of your
16   conversation with Mr. Andrews ever affecting his
17   work?
18      A    No.
19      Q    Are you aware of Mr. Andrews ever --
20      A    I can't hear you.  Can you hear me?
21      Q    I can hear you.
22      A    Okay.  I cannot hear you.
23      Q    Is this better?
24      A    One moment.
25           THE VIDEOGRAPHER:  Would you like
```

