# EXHIBIT 67
# (2 of 2)

But whether to tighten mail ballot rules in the name of stopping fraud seems likely to be a core issue when states take up election matters next year.

In many states, the discussions involving voting by mail are as much about making it more efficient as pushing back against it. In both Pennsylvania and Wisconsin, some Republicans as well as Democrats are considering relaxing rules laid down earlier by Republican legislators that effectively kept election workers from processing most mail ballots until Election Day.

Those restrictions delayed the release of absentee vote results, fueling conspiracy theories when mail ballots turned out to favor Mr. Biden.

ADVERTISEMENT

Other states will evaluate a bevy of local quirks that gummed up the mail ballot process this year. Rhode Island is considering replacing the envelopes that keeps ballots secret with secrecy sleeves to speed processing, as well as other privacy-protecting changes. Vermont may automatically send ballots to people who regularly vote by mail instead of making them request one before every election, a convenience that has worked well in states like Arizona where most voting is absentee.

Legislators in dozens of states could take up one of the most common issues involving mail ballots: whether voters should get a chance to correct issues like forgotten signatures before their ballots are tossed. Eighteen states have laws allowing voters to "cure" erroneous ballots, although some others made exceptions this year.

The tinkering, both election experts and legislators say, indicates that while some Republican-controlled states could throttle voting by mail, the surge in absentee ballots seen last month is likely to become a permanent fixture elsewhere.

In Michigan, Republican legislators held a hearing last week on problems in the November election that presented so many conspiracy theories about voting, including by mail, that it was lampooned on "Saturday Night Live." But away from the State Capitol, the officials who supervised the election say voting by mail is here to stay.

"People find it convenient," said Lisa Posthumus Lyons, a Republican and the clerk of Kent County, which includes Grand

DDR-00069477

Rapids. "I don't see it ratcheting down lower than 50 percent of votes in future elections."

Richard Fausset contributed reporting from Atlanta. Susan C. Beachy and Sheelagh McNeill contributed research.

---

**Trump's Wrath and Vote by Mail**



### Republicans Pushed to Restrict Voting. Millions of Americans Pushed Back.
Dec. 5, 2020



### Judge Dismisses Trump Lawsuit Seeking to Delay Certification in Pennsylvania
Nov. 21, 2020



### As a G.O.P. Playbook on Voter Fraud Falls Flat, Some Ask: What's Next?
Nov. 14, 2020

---

***A correction was made on Dec. 10, 2020:*** *An earlier version of this article misstated how many envelopes an absentee ballot in Rhode Island must be placed in. It is two, not three.*

---

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at nytnews@nytimes.com.  Learn more

**Michael Wines** writes about voting and other election-related issues. Since joining The Times in 1988, he has covered the Justice Department, the White House, Congress, Russia, southern Africa, China and various other topics.  More about Michael Wines

---

A version of this article appears in print on Dec. 11, 2020, Section A, Page 18 of the New York edition with

DDR-00069478

# Election results under attack: Here are the facts

A compilation of the misinformation, disinformation and many rejected legal challenges by Trump and his allies to try to overturn votes



Officials from the Allegheny County Elections Division look for a specific ballot bin at its Pittsburgh warehouse on Nov. 4. It was thought to have been left at a polling place but was later located there. (Michael S. Williamson/The Washington Post)

By **Ann Gerhart**
Design by **Jake Crump**

Updated March 11 at 7:10 p.m.

DDR-00069479

**PLEASE NOTE**

The Washington Post is providing this important election information free to all readers. Get election results and other major news delivered to your inbox by signing up for breaking news email alerts.

President Joe Biden was sworn in on Jan. 20, 2021. Former president Donald Trump did not attend the inauguration. He spent weeks uttering baseless allegations of election fraud that have been amplified by allies and conservative media outlets. His campaign and others went to court in six states, where Biden's total margin was more than 311,000, to challenge certain ballots or the certification of the vote — and lost more than 60 cases, including at the Supreme Court.

Here are the facts about Trump's efforts to question the fairness and integrity of the election, as well as updates on litigation. In each section, we've highlighted quotes so readers can see their significance at a glance.

---

**The latest developments**

- A mob of Trump supporters breached barricades and stormed the Capitol on Jan. 6 while formal certification of Biden's victory was underway. Here's how all members of Congress voted when the count resumed.

- The House impeached Trump again, this time for "incitement of insurrection" in the deadly attack. Several Republicans voted to impeach. He was acquitted in the Senate on Feb. 13. See the evidence here, and read an annotation of Trump's remarks to his supporters here.

- There are dozens of legal actions now pending involving the post-election chaos and the former president's role. Trump had called Georgia Secretary of State Brad Raffensperger on Jan. 2, urged him to "find" enough votes to overturn his defeat in the state and threatened him with vague criminal consequences if he did not.

- The Post reported on Jan. 9 that Trump also called a Georgia elections investigator and asked that person to "find the fraud." Audio of the call released on March 10 revealed that The Post misquoted Trump's comments, based on information provided by a source; what Trump said was the investigator would find "dishonesty" if she scrutinized ballots and told her she had "the most important job in the country right now."

---

DDR-00069480

- A top Georgia elections official rebutted Trump's claims of fraud. Here's the Post Fact Checker on the Raffensperger call. The acting U.S. attorney for Georgia told his staff Jan. 12 that "there's just nothing to" claims of election fraud in the state.

- Trump's legal efforts have been struck down in federal cases in Georgia, Michigan, Arizona and Pennsylvania and in state courts in Arizona, Michigan, Nevada and Wisconsin, most recently on Jan. 4 and Jan. 5.

- At least 86 judges from across the political spectrum, including some appointed by Trump, have rejected at least one post-election lawsuit filed by Trump or supporters, a Washington Post review found. The count is now up to 96.

- The Supreme Court rejected a Texas lawsuit Dec. 11 that sought to void 20 million votes in four other states. The unsigned order found Texas lacked standing to intervene under the Constitution's Article 3.

DOMINION | MULTIPLE STATES

# Was voting software from Dominion compromised?

**Trump claim:** Trump has spread claims that voting software is "used in states where tens of thousands of votes were stolen from us and given to Biden." He said in repeated tweets that Dominion Voting Systems is "horrible, inaccurate and anything but secure," all of which were flagged by Twitter as disputed. He retweeted a baseless report that the voting-machine system had "deleted 2.7 million Trump votes nationwide."

**Reality:** There is no evidence that any voting systems were compromised, according to the Cybersecurity and Infrastructure Security Agency, which is part of the Department of Homeland Security.  "The systems and processes used by election officials to tabulate votes and certify official results are protected by various safeguards that help ensure the accuracy of election results,"  the agency notes on its "Rumor Control" page that refutes disinformation and misinformation about the accuracy of the election results.  "These safeguards include measures that help ensure tabulation systems

DDR-00069481

function as intended, protect against malicious software, and enable the identification and correction of any irregularities."

The president fired the agency's director on Nov. 17 with a tweet that carried a now-commonplace disclaimer from Twitter: "This claim about election fraud is disputed." Christopher Krebs led successful efforts to help state and local election offices protect their systems and oversaw efforts to safeguard against foreign and domestic disinformation campaigns. He had countered the president's unfounded claims of ballot fraud.

**Related:** **More on how Dominion software works** ›

**What you need to know about Dominion:** **How the machines work** ›

**Related:** **Dominion Voting statement** ›

---

DOMINION | MICHIGAN

## Did software misallocate 6,000 votes in Antrim County?

**Trump claim,** Dec. 2: "In one Michigan county, as an example that used Dominion Systems, they found that nearly 6,000 votes had been

DDR-00069482

wrongly switched. From Trump to Biden."

**Reality:** "The software did not cause a misallocation of votes; it was a result of user human error," reported Michigan's secretary of state. "Michigan's elections were conducted fairly, effectively and transparently and are an accurate reflection of the will of Michigan voters."

Antrim County, which Trump won by 30 points in 2016, initially was awarded to Biden. Election officials questioned those unofficial results and found human, not machine, error. The county clerk failed to update the software used to collect voting-machine totals before sending the results. The mistake caused a discrepancy in vote tallies for a few hours, according to an explanation posted Nov. 6 on the website of Michigan's secretary of state, and it was corrected.

An Antrim County judge on Dec. 4 ordered ballots preserved on 22 tabulation machines, which Trump attorney Rudolph W. Giuliani tweeted was a "big win for honest elections." However, the judge was responding not to Trump campaign entreaties, but to a voter who argued that damaged ballots might have caused a village marijuana proposal to win by a single vote, the Detroit Free Press reported.

Biden won Michigan by nearly 155,000 votes. The state certified the election results on Nov. 23 and awarded Biden all 16 electoral votes.

A Michigan lawsuit led by former Trump adviser Sidney Powell that sought to decertify the results was dismissed on Dec. 7 by U.S. District Judge Linda V. Parker, who noted that the plaintiffs had not offered any proof that Dominion machines had flipped votes from Trump to Biden, but rather brought "an amalgamation of theories, conjecture and speculation that such alterations were possible."

DDR-00069483

process and their trust in our government. Plaintiffs ask this Court to ignore the

orderly statutory scheme established to challenge elections and to ignore the will of

millions of voters. This, the Court cannot, and will not, do.

The People have spoken.



**+**
**Expand document**

**Related:** Examining Trump's claims about Dominion ›

**Read:** Michigan's vote tabulation is conducted and reviewed by a board
of Democrats and Republicans in each county ›

---

GENERAL FRAUD | MULTIPLE STATES                                    🔗

# Has the federal government investigated or found any evidence of voting fraud?

**Trump claim,** on call-in to Fox, Nov. 29: "This is total fraud. And how
the FBI and Department of Justice — I don't know — maybe they're
involved, but how people are getting away with this stuff — it's
unbelievable. ... You would think, if you're in the FBI or Department of
Justice, this is — this is the biggest thing you could be looking at. Where
are they? I have not seen anything. ... It's an embarrassment to our
country."

DDR-00069484

**Fact:** Attorney General William P. Barr said Dec. 1 that FBI agents and U.S. attorneys have been investigating complaints, but "to date, we have not seen fraud on a scale that could have effected a different outcome in the election."

Before the election, he had repeatedly echoed the president's warnings about the potential for fraud in mail-in voting, which many states expanded to offer voters a safe alternative during the coronavirus pandemic. After the election, Barr cleared prosecutors to pursue allegations of "vote tabulation irregularities."

**Related:** Federal prosecutors who monitored elections write Barr ›

---

GENERAL FRAUD | MULTIPLE STATES

# Has a presidential candidate ever won Florida and Ohio and still lost?

**Trump claim,** Dec. 9, in a tweet: "No president has ever won both Florida and Ohio and lost," Trump tweeted. "I won them both, by a lot!"

Trump lawyer John C. Eastman expanded on that assertion and entered it into the record at the Supreme Court on Dec. 9 as part of a Texas case that challenges results in four states, none of which are Texas: "The fact that nearly half of the country believes the election was stolen should come as no surprise. President Trump prevailed on nearly every historical indicia of success in presidential elections. For example, he won both Florida and Ohio; no candidate in history — Republican or Democrat — has ever lost the election after winning both States."

DDR-00069485

Case 1:22-cv-04259-SDG    Document 273-24    Filed 12/20/24    Page 11 of 46

**Reality:**   In 1960, Richard Nixon won Florida and Ohio and lost to John F. Kennedy.  Further, it doesn't matter whether a candidate "won them both, by a lot," or a little. Florida and Ohio award all their electoral votes to the top vote-getter, no matter the margin of victory, as do all the other states except Nebraska and Maine.

Read: Post Fact Checker on Trump claim about presidential history

---

FRAUDULENT VOTES | MULTIPLE STATES

# Were there enough voting errors to overturn results in any state?

**Trump claim,** Dec. 2, in White House video: "So we're not looking to show you 25 faulty or fraudulent votes, which don't mean anything because it doesn't overturn the state. Or 50 or 100, we're showing you hundreds of thousands, far more than we need. Far more than the margin, far more than the law requires. … The corrupt forces who are registering dead voters and stuffing ballot boxes are the same people who have perpetrated one phony and fraudulent hoax after another."

DDR-00069486



Cobb County election workers recount votes by hand Nov. 13 in Marietta, Ga. (Kevin D. Liles for The Washington Post)

**Fact:** State officials have certified election results in six swing states that Biden won: Arizona, Georgia, Michigan, Nevada, Pennsylvania and Wisconsin. In two states, Georgia and Wisconsin, recounts made no difference in the results.

On Dec. 7, Georgia Secretary of State Brad Raffensperger, a Republican, recertified the state's results after an audit-triggered hand recount and a formal recount requested by the Trump campaign. Biden's margin was about 12,000 votes, a decline of a few hundred votes.

 "Whether it is the president of the United States or a failed gubernatorial candidate, disinformation regarding election administration should be condemned and rejected,"  Raffensperger said, referring both to Trump's claims and to Stacey Abrams's 2018 Democratic run for governor.  "Integrity matters. Truth matters."

**Learn more:** The certified results of state and federal races can be

DDR-00069487

currents challenged election results — and what they tell candidates about what could happen during a recount — can be found on the Georgia secretary of state's website ›

**Read:** Georgia's 5.1 million votes have now been counted three times ›

**Related:** How Georgia is conducting its recount of the recount ›

**Related:** Post Fact Checker on Trump's vote fraud claims ›

---

BALLOT COUNTING | PENNSYLVANIA      🔗

# Were representatives from both parties allowed to observe counting of votes in Pittsburgh and Philadelphia?

**Claim:** Trump tweeted on Nov. 13 that he won Pennsylvania because "700,000 ballots were not allowed to be viewed in Philadelphia and Pittsburgh." He and Giuliani, his personal attorney, have continued to make the claim. In a court filing, the Trump campaign contended that "Allegheny and Philadelphia Counties alone received and processed 682,479 mail-in and absentee ballots without review by the political parties and candidates."

On Dec. 2, in a 46-minute video from the White House, Trump repeated his claim and added: "There is only one possible reason that the corrupt Democrat political machine would oppose transparency during the vote counting. It's because they know they are hiding illegal activity. It's very simple. This is an egregious, inexcusable and irreversible harm that stains the entire election. Yet this unprecedented practice of excluding our observers, our vote watchers, as some people call them, occurred in Democrat-run cities, in key states all across the nation."

DDR-00069488

**Fact:** Under Pennsylvania election law, each political party and candidate is entitled to have a representative "in the room" to watch ballots being counted, and state and local officials have said that all parties had access to the count. Allegheny County spokeswoman Amie Downs has said that "at no time were canvassing operations conducted without observers having the opportunity to see the process and the counting." Braced for conspiracy theories, Philadelphia authorities **live-streamed the count** online. Pennsylvania Gov. Tom Wolf (D) said on Nov. 4 that "all parties have canvass observers" during the count, which continued for several days. Some 2.4 million people in Pennsylvania voted by mail in the 2020 election, and their ballots could not be opened and counted until Election Day, according to a law enacted by the state's Republican-controlled legislature.

In its ongoing federal suit against the state and county boards of election, the campaign dropped its claim for legal action based on the assertion that observers were denied access to the count. In a revised suit filed on Nov. 15, the campaign again asked U.S. District Judge Matthew W. Brann to block the certification of Pennsylvania's election results. But a secondary request to block the certification of all votes where observer access was allegedly restricted was deleted in the

DDR-00069489

amended suit. And the new version stripped out all of the legal counts based on the allegation that ballots were counted in secret.

Trump's pared-down lawsuit then focused on allegations that Republicans were illegally disadvantaged because some Democratic-leaning counties allowed voters to fix errors on their mail ballots. Counties have said this affected only a small number of votes.

In a ruling on Nov. 21, Brann dismissed the suit, writing that the Trump campaign had used "strained legal arguments without merit and speculative accusations" stitched together "like Frankenstein's Monster" in a bid to throw out millions of votes. A federal appeals court upheld that ruling on Nov. 27, writing: "Charges require specific allegations and then proof. We have neither here. Voters, not lawyers, choose the President. Ballots, not briefs, decide elections."

Secretary of the Commonwealth Kathy Boockvar (D) certified Biden's victory on Nov. 24, after receiving official confirmation of the presidential vote totals from all 67 counties in the state. Wolf then signed a certificate selecting Biden's slate of electors, which was submitted to the federal government.

**U.S. District Court (Pennsylvania)**  **Read the full document ›**

issues.

**D.    Plaintiffs' Claims**

Plaintiffs' only remaining claim alleges a violation of equal protection. This claim, like Frankenstein's Monster, has been haphazardly stitched together from two distinct theories in an attempt to avoid controlling precedent. The general thrust of this claim is that it is unconstitutional for Pennsylvania to give states


+
**Expand document**

DDR-00069490

Case 1:22-cv-04259-SDG   Document 273-24   Filed 12/20/24   Page 16 of 46

U.S Court of Appeals for the 3rd Circuit   **Read the full document** ❯



BIBAS, *Circuit Judge*.

Free, fair elections are the lifeblood of our democracy. Charges of unfairness are seri-
ous. But calling an election unfair does not make it so. Charges require specific allegations
and then proof. We have neither here.

The Trump Presidential Campaign asserts that Pennsylvania's 2020 election was unfair

**+**
**Expand document**

**Related:** **Read the U.S. District Court opinion** ❯

**Related:** **Read the ruling by the U.S. Court of Appeals for the 3rd Circuit**
❯

**Related:** **Fact-checking Giuliani's claims** ❯

VOTING MACHINES | NEVADA   🔗

# Did election officials manipulate signature-verification machinery?

**Trump claim:** Trump has repeated unfounded claims that election
officials in Democratic-leaning Clark County manipulated a machine
used to verify signatures to "allow large numbers of ballots to be counted
that otherwise would never have passed muster." In a 46-minute video
posted online, Trump claimed that officials had "intentionally lowered"
the machine's standard for matching a ballot signature to signatures on
file. "This machine was set at the lowest level, according to one report,"

DDR-00069491

contexts challenges and election results - and that they'll conclude that what happened in Washington
he said. "They said you could sign your name as Santa Claus and it would be accepted."

**Reality:** After a nine-hour evidentiary hearing that focused in large part on the signature-verification machine, a Carson City judge found no evidence that the use of the so-called Agilis machine was illegal, error-prone or had led to the counting of fraudulent votes. In fact, he pointed out, Clark County had used the same Agilis machine in the June primary, and Republicans had not complained until the eve of the general election.



Pro-Trump demonstrators, reflected in the window, protest outside the Clark County Election Department on Nov. 6 in Las Vegas. (Mikayla Whitmore for The Washington Post)

Clark County Registrar of Voters Joe Gloria said the manufacturer of the Agilis did not recommend any particular setting; the machine had arrived preset at a default level of 50. Clark County adjusted that level to 40, but even with that adjustment, the machine verified only the most

DDR-00069492

obvious signature matches, about 30 percent of the total. The rest were verified manually by election workers.

The Trump campaign appealed the judge's ruling to the Nevada Supreme Court, which declined to order any changes to Clark County's process, finding that the campaign did not have sufficient evidence to back up its allegations. Then other Republicans filed a lawsuit making similar claims in federal court, adding a new claim that the Agilis machine's failure had disenfranchised one voter, Jill Stokke. Stokke said she went to vote in person, only to learn that county records showed her as already having cast a mail ballot. Her lawyers argued that was the fault of the Agilis machine, which had wrongly verified someone else's signature as Stokke's.

But there was no evidence that the Agilis machine was involved at all. In fact, when Stokke complained, officials reviewed her signature manually and found it to be a match. They told her she could vote if she signed an affidavit swearing that the signature on the mail ballot was not hers. She refused.

The federal judge also declined to order changes, finding "little to no evidence that the machine is not doing what it is supposed to do."

The Trump campaign, in a lawsuit seeking to overturn the election results in Nevada, is still arguing that the Agilis machine is deeply flawed.

On Dec. 4, Judge James T. Russell of the First Judicial District Court in Carson City vetted each claim of fraud and wrongdoing made by the Trump campaign in the state and found that none was supported by convincing proof. The judge dismissed the challenge with prejudice,

DDR-00069493

ruling that the campaign failed to offer any basis for annulling more than 1.3 million votes cast in the state in the presidential race.

The campaign "did not prove under any standard of proof that illegal votes were cast and counted, or legal votes were not counted at all, due to voter fraud, nor in an amount equal to or greater than" Biden's margin of victory, which was about 33,600 votes, Russell wrote.

The Trump campaign has appealed the decision to the Nevada Supreme Court.

**Read:** Trump campaign's legal efforts founder in six states, including Nevada ›

**Key dates:** Dec. 8 was the "safe harbor" date for states in certifying results. Dec. 14 is when the electoral college meets. ›

**Explainer:** How the electoral college works ›



Election workers wait on more absentee ballots to open and prep for scanning at the DeKalb County Voter Registration and Elections Office in Atlanta on Nov. 4. (Kevin D. Liles for The Washington Post)

DDR-00069494



# Does video show suitcases stuffed with ballots or standard storage?

**Trump claim:** The president retweeted his own campaign account's tweet that "video footage from Georgia shows suitcases filled with ballots pulled from under a table AFTER supervisors told poll workers to leave room and 4 people stayed behind to keep counting votes." At a rally Dec. 5 in Valdosta, Ga., for Republican Sens. Kelly Loeffler and David Perdue ahead of runoff elections on Jan. 5, he said: "I don't run to see if people are walking in with suitcases and putting them under a table with a black robe around it. I don't do that. That's up to your government here."

**Reality:** An affidavit filed by the chief investigator for the Georgia Secretary of State's Office on Dec. 6 stated that a review of security footage showed no ballots were placed under the table during the day.

Frances Watson wrote:  "Investigation and review of the entire security footage revealed that there were no mystery ballots that were brought in from an unknown location and hidden under tables as had been reported by some."

After interviewing witnesses and viewing the security footage from the arena, Watson  "discovered that observers and media were not asked to leave. They simply left on their own when they saw one group of workers, whose job was only to open envelopes and who had completed that task, also leave."

DDR-00069495

10/23/24, 12:55 PM
Trump's challenge to election results - what they alleged and what happened - Washington Post
Case 1:22-cv-04259-SDG   Document 273-24   Filed 12/20/24   Page 21 of 46

Boxes that were packed with ballots that had already been opened but not counted were resealed and placed under the table for the next session of counting, Watson said in the affidavit.

Georgia originally certified its election results on Nov. 20. The state has completed its third count of the more than 5 million ballots cast in the state and recertified the results on Dec. 7.

On Nov. 30, a top Raffensperger aide, Gabriel Sterling, said of the disinformation:  "They're insanity. Fever dream. Made up. Internet cabal."

He called on Trump to stop spreading false claims about fraud, saying in an impassioned speech that the rhetoric was leading to threats of violence against election workers.

On Dec. 6, Sterling said he decided to speak out after receiving a phone call from a project manager at Dominion Voting Systems, the company that has been at the center of the false fraud claims by Trump and his allies.

Sterling said the manager told him "in a very audibly shaken voice" that one of his contractors, "a young tech" in Georgia, had been receiving death threats.

DDR-00069496

"He took a job a few weeks ago. He's one of their better ones," Sterling said on NBC News's "Meet the Press." "I was going through the Twitter feed on it, and I saw it basically had the young man's name — it was a very unique name, so they tracked down his family and started harassing them. And it said, 'His name, you have committed treason. May God have mercy on your soul,' with a slowly swinging noose. And at that point, I just said, 'I'm done.' "

**Video:** Ga. GOP official Sterling says Trump's rhetoric is leading to violence ›

**Post Fact Checker:** A closer look at that misleading video Trump touts ›

**Post Fact Checker:** Trump's pre-Thanksgiving call-in to a GOP rally of allies in Gettysburg ›

**Read:** Top Georgia Republicans rebuff Trump's call for them to hold a special legislative session to overturn election ›

**Related:** The Republican secretary of state who won't back down ›

**Related:** Trump's feud with Georgia Gov. Brian Kemp ›

---

CLAIM IN COURT | ARIZONA

# Were thousands of ballots mishandled in Maricopa County?

**Trump claim:** The president has made a slew of false statements about Arizona's election processes. At a Dec. 6 rally in Georgia for its two U.S. senators, he said: "A sample of 100 ballots reviewed by a judge found that a very small percentage of these ballots — very small, but when you look at it, it was turned out to be very large. It was tens of thousands of votes, more than we would've needed to win Arizona."

DDR-00069497

Case 1:22-cv-04259-SDG   Document 273-24   Filed 12/20/24   Page 23 of 46

In a 46-minute prerecorded video released on Dec. 2, the president said: "In Arizona, in-person voters whose ballots produced error messages from tabulation machines were told to press a button that resulted in their votes not being counted. Also, in Arizona, the attorney general announced that mail-in ballots had been stolen from mailboxes and hidden under a rock."

A lawsuit filed by Arizona's Republican Party, the Trump campaign and the Republican National Committee alleged that "up to thousands" of ballots had been mishandled in Maricopa County, the state's largest, and would "prove determinative." The suit contended that poll workers pressed or told voters to press a button on a tabulating machine to cast their ballots even after those tabulators flagged an apparent "overvote," in which the machine believed a voter marked two candidates in the same race.

**Fact:** Biden won Arizona's 11 electoral votes by about 10,000 votes. A judge dismissed the lawsuit on Nov. 13, after Trump campaign attorney Kory Langhofer acknowledged that only about 190 ballots had overvotes in the presidential race on the count's ballots.

On Nov. 19, another state judge dismissed a separate lawsuit, also filed by the Arizona GOP, that sought to have Maricopa County redo a hand count of its audit.

The state's attorney general said his office investigated the unopened ballots, which were delivered back to the proper voters, and found no wrongdoing.

The county certified its vote on Nov. 20, and Arizona Secretary of State Katie Hobbs, a Democrat, certified the state's election results on Nov. 30. "This election was conducted with transparency, accuracy and

DDR-00069498

fairness in accordance with Arizona's laws and election procedures," said Hobbs, "despite numerous unfounded claims to the contrary."

The state's Republican governor, Doug Ducey, also said the election was properly run. "The pandemic and covid-19 brought new unprecedented challenges for our state. But as I said before, we do elections well here in Arizona," he said. "The system is strong, and that's why I have bragged on it so much."

Hours later, Trump lashed out at Ducey for the certification.

Shortly after the certification ceremony, Arizona Republican Party Chairwoman Kelli Ward filed a formal election contest in Maricopa County court. She asked the court to annul the election, claiming misconduct by election officials and widespread errors that had resulted in Biden wrongly being named the winner of the state.

As part of the legal proceedings, Ward's lawyers were allowed to inspect 1,626 damaged ballots that were "duplicated" — a process by which a bipartisan group of election workers determine the voter's intent and then fill out a clean, machine-readable ballot. They discovered a total of nine errors that, had they not occurred, would have netted Trump six votes. Applying that error rate to all duplicated ballots countywide would have netted Trump only 103 votes — not the thousands that Trump claimed.

A Maricopa County judge dismissed Ward's lawsuit, finding no evidence of fraud, misconduct or widespread errors that would justify overturning the election. The Arizona Supreme Court affirmed his decision on Dec. 8, in time to meet the federal "safe harbor" deadline.

The  "challenge fails to present any evidence of 'misconduct,' 'illegal votes' or that the Biden Electors 'did not in fact receive the highest

DDR-00069499

number of votes for office,' let alone establish any degree of fraud or a sufficient error rate that would undermine the certainty of the election results," Chief Justice Robert Brutinel wrote.

Arizona Supreme Court rejects challenge from state Republican party

**Related:** **The latest Post reporting on Trump's legal efforts** ›

CLAIM IN COURT | MICHIGAN

# Was there any evidence of mishandled ballots, voter persuasion or inadequate observation of counting in Wayne County?

**Claim:** Two GOP poll watchers contended in a lawsuit that some poll workers in heavily Democratic Detroit coached voters to cast ballots for Biden and that some Republican poll observers were not given an adequate opportunity to monitor the vote count, an allegation Trump repeated in remarks on Nov. 5. They also contended that loads of ballots were improperly brought into the city's convention center in the middle of the night and asked the court to delay certification of the election results.

**Fact:** Wayne County Circuit Chief Judge Timothy M. Kenny rejected the poll watchers' suit. "It would be an unprecedented exercise of judicial activism for this court to stop the certification process" that would "undermine faith in the Electoral System," he wrote in a Nov. 13 ruling.

DDR-00069500

One of the affidavits submitted by Republican challengers was "rife with speculation and sinister motives." Another person who submitted an affidavit had posted on Facebook that Democrats had planned to commit fraud, Kenny noted, writing that "his predilection to believe fraud was occurring undermines his credibility as a witness."

Since Election Day, four lawsuits have been filed challenging the results in Michigan, three of which have focused almost exclusively on Wayne County, Michigan's most populated county and home to the state's largest city. Biden won the Democratic-dominated county by 37 points over Trump, or by a margin of nearly 323,000 votes. He won the state's 16 electoral votes by a margin of nearly 150,000 votes.

Lawyers for Detroit and for the Michigan Democratic Party had argued in court papers that about 100 Republican poll challengers had, in fact, been let into the convention center, but that some were not allowed to return after leaving once the room filled up and exceeded its legal capacity.

 "Every one of these attempts is a blatant effort to undermine the voices of a majority of Michigan voters," Michigan Attorney General Dana Nessel, a Democrat, said after the judge ruled. "No party or politician can steal this election."

DDR-00069501

On Nov. 16, Michigan's Court of Appeals rejected a request to reverse Kenny's ruling, allowing certification to proceed as required by Nov. 17.

Earlier on Nov. 17, the Wayne County Board of Canvassers failed to certify its ballot count, deadlocking 2 to 2 along party lines. Then, in a dramatic reversal several hours later, they struck a compromise and sent the certified results along to the state board, which is also composed of two Republicans and two Democrats.

After that meeting, Trump called Monica Palmer, one of two Republican members of the board, she told The Washington Post on Nov. 19. She has asked to "rescind" her vote to certify the results.

Trump also invited leaders from Michigan's Republican-controlled state legislature to meet with him at the White House, where he asked them to block certification of the state's results. He has personally intervened with Republican leaders in Georgia and Pennsylvania, calling to ask them to reverse his election loss in their states.

**Related:** **Trump calls Pa. House leader, asks him to overturn Pa. voters' choice** ›

**Related:** **Arizona governor silences Trump's call, certifies election** ›

**Related:** **Michigan lawmakers meet with president, certify vote anyway** ›

**Related:** **A look at the affidavits from poll watchers. The obscure county board at the center of U.S. politics.** ›

**Related:** **The Trump campaign's legal defeats in Pennsylvania** ›

---

OTHER CLAIM | PENNSYLVANIA

DDR-00069502

Case 1:22-cv-04259-SDG   Document 273-24   Filed 12/29/24   Page 28 of 46

# What happened with the postal worker's allegation of ballot tampering in Erie?

**Trump claim:** The president brought up again a baseless claim that postal workers have tampered with ballots. At his Dec. 5 rally in Georgia, Trump said whistleblowers in multiple states have testified to witnessing postal workers and election workers illegally backdating thousands of ballots, fixing ballots, filling out false birthdays, registering ineligible voters and much more. On Nov. 11 and Nov. 15, Trump tweeted about a Pennsylvania postal worker, Richard Hopkins, who alleged that two days after the election, he heard the Erie postmaster say to a supervisor that they had "messed up" by failing to backdate the postmark on ballots that arrived after Election Day.

**Reality:** Hopkins admitted to U.S. Postal Service investigators that his story was not true, and he signed an affidavit recanting the claim on Nov. 9, according to three officials who were briefed on the investigation. He later recanted his recantation, and Project Veritas — the organization that initially aired Hopkins's claims — said he had been coerced by investigators into signing "a watered down statement drafted by them using their words." But the recorded interview shows that federal agents repeatedly reminded Hopkins that his cooperation was voluntary, and that Hopkins repeatedly expressed regret for signing an earlier affidavit attesting to the claims because it overstated what he witnessed. By then, the Trump campaign had cited Hopkins's contentions in a lawsuit seeking to delay the certification of election results in Pennsylvania, part of a broad effort to overturn Biden's win.

Sen. Lindsey O. Graham (R-S.C.) also had cited Hopkins's story of purported fraud in asking the Justice Department to investigate.

DDR-00069503

Attorney General William P. Barr subsequently authorized federal prosecutors to open probes into credible allegations of voting irregularities. The head of the Justice Department's Election Crimes Branch stepped down in protest, telling colleagues in an email that Barr's directive violated a long-standing department policy intended to prevent political interference in election results.

Sixteen assistant U.S. attorneys wrote a letter to Barr saying his authorization "thrusts career prosecutors into partisan politics." The signers, who are all assigned to monitor malfeasance in the 2020 election, wrote that they observed no evidence of the kind of fraud Barr addressed.

**Related:** **The Post's investigation into the postal worker's spiraling tale ›**

OTHER CLAIM | PENNSYLVANIA

## Did video capture a woman stuffing ballots in Philadelphia?

**Trump claim:** Trump, without evidence, has repeatedly pointed to "bad things happening in Philadelphia." He raised this in his first debate with Biden, and in the days before the election and in the month since, he has offered various nonspecific versions nearly 100 times. "Philadelphia and various areas around Philadelphia, they cheat, and they cheat like crazy," he told Fox's Maria Bartiromo. "The mail-in ballots were — are a disaster. They sent millions and millions and millions of mail-in ballots ..."

A video purports to show a woman putting at least three ballots into a ballot drop box on a Philadelphia street corner. Mike Roman, Trump's

DDR-00069504

campaign director of Election Day operations, circulated the video with a tweet that said: "Literally STUFFING the ballot box in Philly! You are only allowed to deliver YOUR OWN ballot to a drop box!! Trying to STEAL THE ELECTION in broad daylight."

**Reality:** There is no evidence that any wrongdoing took place. In an email to The Post's Fact Checker column, Philadelphia District Attorney's Office spokeswoman Jane Roh confirmed that her office had reviewed the video on Election Day.

"It is lawful for people to act as agents on behalf of voters who cannot engage in the process of voting for themselves — due to illness, infirmity, etc. It is also lawful to drop mail in a mailbox on behalf of other people," she said.

"Nothing in that video is conclusive of wrongdoing," she wrote, adding, "Social media accusations of election interference from the Trump campaign and the Philly GOP circulated since [Election Day], including posts about this video, were never reported to authorities — which arguably raises questions about the actual intent of these posts."

The Associated Press previously reported that the Trump campaign filmed people in the Philadelphia area depositing ballots. The campaign said it was an attempt to catch violations, while the state's attorney general suggested it might be illegal intimidation.

**Related:** Fact-checking other viral videos full of misinformation ›

---

MULTIPLE STATES    🔗

DDR-00069505

Case 1:22-cv-04259-SDG   Document 273-24   Filed 12/20/24   Page 31 of 46

# Did mail-in voting create an opportunity for widespread fraud?

**Trump claim:** In a speech Dec. 2, Trump laid out "the corrupt mail-in balloting scheme that Democrats systematically put into place that allowed voting to be altered, especially in swing states, which they had to win." He repeated claims that he's made across the election cycle that mail-in ballots were "sent to unknown recipients with virtually no safeguards of any kind [allowing] fraud and abuse to occur on a scale never seen before."

**Reality:** There is no evidence that mail-in voting leads to widespread voter fraud. An analysis by The Post found only 372 cases of potential fraud out of approximately 14.6 million ballots cast by mail in 2016 and 2018.

Historically, mail-in voting has not favored either political party. However, Trump's continual attacks on mail-in ballots did make Republicans wary of absentee voting.

Election security laws vary by state, but numerous safeguards for mail-in voting exist in every state.

**What makes voting by mail secure**                                  ← →

 **A clean list**

Before ballots are even sent, election officials continually update voter registration lists and may send mailers to confirm the correct address is on file.

 **A personalized envelope**

Ballots use specialized envelopes and are packed to protect their secrecy. Information such as a driver's license number or birthday is often required on the back of the envelope, alongside a signature, to confirm a voter's identity. Unique bar codes let election officials and voters track their

  **A secure handoff**

Whether a ballot is returned by mail or in person, states and territories have security measures in place for a smooth handoff. These protections may include a secure, surveilled drop off location and a verification process once ballots arrive at an elections office.

DDR-00069506

courts challenged the different results over if they were conducted could happen ayes long coif 40 ballot and ensure a person only casts one vote.

**About this story**

Contributors to this report include Emma Brown, Anna Brugmann, Sarah Cahlan, David A. Fahrenthold, Amy Gardner, Tom Hamburger, Abigail Hauslohner, Rosalind S. Helderman, Meg Kelly, Glenn Kessler, Hannah Knowles, Michelle Ye Hee Lee, Keith Newell, Tyler Remmel, Aaron Schaffer, Jon Swaine, Reis Thebault and Elise Viebeck. Mail-in voting graphics by Kate Rabinowitz. Design and development by Jake Crump.



**Ann Gerhart**  Follow

Ann Gerhart, senior editor at large, collaborates with journalists in video, photography and graphics to produce digital enterprise and to create new story forms. She joined The Washington Post in 1995 and has been a writer and editor in Style, National and Outlook, with a focus on politics.

DDR-00069507



The University of Texas at Austin
**Center for Media Engagement**
*Moody College of Communication*

# UNDERSTANDING ELECTION FRAUD BELIEFS:
## Interviews with People Who Think Trump Likely Won the 2020 Election

Caroline Murray, Marley Duchovnay, and Natalie (Talia) Jomini Stroud

## SUMMARY

The Center for Media Engagement interviewed 56 people who believed that Donald Trump most likely won the 2020 presidential election to talk about their political outlooks, how they constructed their picture of what happened in the election, and what sources they trusted to tell them the truth.

Perceptions of widespread fraud didn't hinge on a specific piece of evidence or a report from one particular source. Often, participants relied on an accumulation of suspicions to support their conclusion, instead of outlining how the election could have been skewed in Biden's favor. The interviews made clear that there is a crisis of trust among this group, leading many to feel they had to do their own research in order to find out the truth and some to doubt whether the truth is available to them at all. Further, their identities were often more complex than zealous Trump loyalists; there was variation in how deeply held people's beliefs about election fraud were and many people reported using a range of sources to learn about politics. Better understanding people who question the 2020 presidential results will give news organizations, social media companies, and fact-checkers opportunities to address concerns about the legitimacy of future elections.

**SUGGESTED CITATION:**

Murray, C., Duchovnay, M., & Stroud, N. J. (June, 2022). Understanding election fraud beliefs: Interviews with people who think Trump likely won the 2020 election. Center for Media Engagement. https://mediaengagement.org/research/understanding-election-fraud-beliefs

DDR-00069508

# KEY FINDINGS

- Many participants had a list of suspicions that led them to question the result of the 2020 presidential election, several of which reflected the unique circumstances in 2020.

- Participants did not indicate that they were in tightly sealed, right-wing echo chambers. Many mentioned using mainstream national news sources, watching local media, and tuning in to television broadcasts on election night.

- The majority of participants did not seem to subscribe to multiple conspiracy theories.

- Participants trusted unedited video content, personal experience, and their own research and judgment more than social media and news organizations.

- Yet many participants felt that they could not trust any news source, politician, or other entity to tell them the full truth. Some even questioned whether the truth about the election's legitimacy is attainable at all.

# FULL FINDINGS

This report provides insight into the beliefs and media habits of those who question the legitimacy of the 2020 presidential election results. Its purpose is not to fact-check the statements made by the people who shared their views with us; numerous other sources have done this work, such as this review of election fraud claims from the Associated Press which did not find support for the claim of widespread election fraud. However, more than half of Republican voters still believe that Donald Trump won the 2020 election. We hope these interviews can help us learn more about this group and their views in order to inform newsrooms, researchers, and technology companies. Note that we use pseudonyms throughout this report, a standard practice in this type of research.

## HOW PARTICIPANTS SUPPORTED THEIR ELECTION FRAUD CLAIMS

We examined how participants justified their ideas about the election's lack of integrity and found that the unique circumstances in 2020, particularly the pandemic, increased susceptibility to fraud claims. The four most common points that people shared were concerns about the increase in mail-in ballots due to the pandemic, their feeling that Trump was under attack from the government and the media, the contrast between Biden's smaller rally sizes and record-breaking voter turnout, and the way in which some swing states shifted to Biden as votes were reported. These factors aroused a sense in participants that something about the election was fishy, a sense they held onto even in

DDR-00069509

moments of doubt about the strength of their conclusions. In this section, we elaborate on the four most common points and describe how people viewed the burden of proof for their claims.

## The COVID-19 Pandemic and Changes in Voting Rules

The pandemic created an environment of uncertainty for participants particularly as some states changed election rules to accommodate safety concerns related to voting. "I don't think I had any fears until I started hearing about the mail-in ballots and all the fraud that people were claiming was going on. Just because with COVID going on at the same time, just part of me in the back of my mind thought: is this a ploy to try to make sure that they get more votes for Biden, by using COVID as an excuse?" Mary, 33, shared. Tyrone, 65, cited COVID-19 as the primary reason for his concerns about the election: "I think it was rigged because of COVID. I think there were just too many lax things going on because of COVID, whether it was not enough staff in the polling offices, whether it was just – we've never really rolled out mail-in ballots like we did. Who knows who voted?"

Like Tyrone, many participants perceived the voting process as almost lawless or a free-for-all. "You have literally millions of ballots going out. They're going out like candy. They're going out at random. It doesn't surprise me at all they got some counties where they had more votes than registered voters. You have an incredible opportunity for fraud and some places they actually used that opportunity," said Elizabeth, 70. An extreme distrust of mail-in ballots in particular was common among participants. Lucy, 37, shared: "I feel like specifically the whole stay at home, don't die from COVID, everyone should do their mail-in vote somehow opened the door for whatever malicious practice you can do, whether or not that was the idea or the intent."

A smaller, yet notable, number of participants pointed to a more long-standing, but related, concern: the strength of voter ID laws. "I believe, in order for you to vote, whether you vote absentee or whether you vote on the day of the election, you should be presenting a valid ID, they should check that against the voter registrar, determine that you are exactly who you said you are, and that you are registered to vote and one man, one vote, one woman, one vote, whatever, that's the way it should be. It's completely susceptible to fraud. I mean, these things could be coming from anywhere," said Ozzy, 55.

## Perceptions that Trump was Under Attack

Participants' perception that Donald Trump had been harassed by the media and government officials throughout his presidency fed their ideas about voter fraud. Interviewees felt that Trump was so reviled that actors on the left would go to extreme and illegal lengths to see that he was out of office. "The Democrats said there was no way they

DDR-00069510

were letting Donald Trump become President for another four years, no matter what. No matter what they had to do, he was not going to be President. They would not allow him," said Jake, 49. Frank, 45, also criticized the media's coverage of Trump. "We watched four years of just these stories that just never went away and they were trying to find reason. And, 'Hey, he sneezed today. Let's impeach him,'" Frank said. His perception that the media and government officials were against Trump was so influential in Frank's belief in the illegitimacy of the 2020 election that when asked what information, if any, could potentially change his mind, he shared: "Even if they just came out with a report and Donald Trump himself came out and said, 'You know what? I looked at everything. And yeah, I think Joe Biden legitimately won.' Even if that were to happen, I would still say, 'Yeah. But man, there was just so much effort to get him to ensure that he didn't have another four years.' It would be hard for me to just say, 'okay, it was 100% legit.'" Although this specific view was not expressed by others with whom we spoke, it demonstrates the intensity with which some hold their beliefs about election fraud.

The feeling that Trump was unfairly represented by the media during his presidency also exacerbated some participants' lack of trust in reputable media sources, potentially limiting the impact of their related fact-checking efforts. Sarah, 33, said: "I think the mask went off with Trump. You had media personalities saying, 'It doesn't matter. We don't have to be objective because he's Hitler. You got to stop him no matter what. It's our job to stop him.' So, I don't believe anything they say."

### Interpreting Events through the Lens of Fraud

The climate described above seemed to predispose participants toward suspicion, leading people to interpret events related to the election as indicators of intentional fraud over other possible explanations. For example, when discussing why Biden's victory didn't make sense to them, participants characterized facts such as Biden's smaller rally sizes as a lack of enthusiasm, rather than a reflection of support for stronger COVID-19 precautions on the left than on the right. "I guess the actual amount of votes that he got at the end of the night, there was no way. I was listening there thinking, 'How in the hell did Joe Biden get 81 million votes and never even held a rally with more than 20 or 30 people there?' Didn't really speak to anybody. Didn't go out in public. Here's Donald Trump going to these rallies and tens of thousands of people there and all of the enthusiasm was there, but I just couldn't figure out how in the world that happened," Kyle, 55, said. The contrast between Biden's rally sizes and record-breaking voter turnout stood in for hard evidence of wrongdoing for some, like Calli, 56, who said: "This man did not get 80 million votes. It's just, there's no way. No one goes to his rallies. It's just, it couldn't be more obvious that he is so completely unpopular, and there's no way. There's no logic behind it. Even if you didn't have evidence, there's no conscious logic behind it."

DDR-00069511

Several people mentioned watching television coverage of key states shifting to Biden on election night as the first moment when they thought the election could actually be stolen. Walter, 60, said: "I think that was one of the big red flags. Things are going along and this candidate's ahead and this one's behind and all of a sudden it flips in a dramatic fashion. Now that could be perfectly normal, but we don't know that as the voters, we don't know that because nobody's telling us how these processes work or what's going on with it."

It appears that election night visuals were particularly powerful in cueing some people's suspicions. "I feel like I can just see this vividly in my mind. Like when people re-posted things showing just the spike and the graphs and showing how maybe Pennsylvania just shot up," Sally, 26, said. Candace, 62, similarly shared: "You see the graph, the line, it's a line graph, they go up, Trump's ahead, Biden's staying whatever, 50,000 votes below him. Steady, steady, steady, steady, steady all the way up, and then three o'clock in the morning when they stopped counting right after they started again, I can't remember how many hours it was, they – Oh, there's a big jump in the Biden numbers. And now all of a sudden, the graph, it just went up on the Biden line. So all of a sudden, the Biden numbers, 'Oh my God, Biden's ahead 15,000 now.' In that one moment." Participants already nervous about perceived animosity toward Trump and about COVID-19's impact on the election interpreted this shift as evidence of fraudulent votes for Biden. As FiveThirtyEight explains, unprecedented factors in the 2020 election, such as the number of people who voted early or by mail "made it tricky to follow the vote in real time. The candidate who led a given state on Tuesday night wasn't always the one who eventually won it, leading many real-time observers to conclude the presidential race was closer than it actually was."

Mail-in voting during the pandemic, perceived disdain for Trump, Biden's rally sizes, and some states flipping for Biden were the most commonly cited points people shared to support their beliefs about election fraud. While concerns about mail-in voting could relate to the mechanisms behind election fraud, the others do not directly speak to how the election could have been illegally tilted in Biden's favor. Biden's rally sizes, for example, could arouse doubts about his popularity, but they leave the execution of widespread election fraud unexplained.

## The Burden of Proof

No single piece of evidence appeared to be a smoking gun for participants. Instead, interviewees built a collage of evidence, where the number of suspicious instances they could recall was key to their thinking even when they questioned the validity of some of the information. As Meadow, 62, described: "It's just not passing the smell test. Now, if you just had one thing, maybe, but if you start adding all this stuff up, and I'm sorry, it just does not look good." This was also reflected in the fact that, when explaining their thoughts

DDR-00069512

about the legitimacy of the 2020 election, many interviewees expressed a rapid-fire list of concerns. The participants' beliefs are in contrast to fact-checking efforts that found no evidence of widespread fraud and that reached conclusions in direct conflict with some of the statements included below.



"It just seems like there were so many things with this election. Thousands of ballots found in the garbage or ballots being burned or poll workers not being able to enter polling stations for whatever reason, those kind of things. And listen, I mean, if there were a hundred stories, which there was probably more, it just seemed like to me that anytime something like that came out about the election in regard to it being rigged or being fraudulent, they always had an answer for something and they always had an answer for it. And I think to myself, what's the probability of say, and I know I'm just using a number, what's the probability of a hundred instances of voter fraud, or a rigged election in any way? A hundred instances and you're telling me that every single one checked out? You have an explanation for every single one? I find that very, very hard to believe." – Paris, 49.



"It just seemed like there was just tons of examples of just irregularities that took place and just unlike any other election I've seen. There just seemed to be a lot of examples that you can point to where it's just like, 'Wow, yeah. That doesn't seem right. That's odd.' Everything from the water main break that happened in Atlanta to the counting stopping in Pennsylvania and then they restarted it, and all of a sudden they picked up enough to win. And then also it seemed like there were a lot of people that were willing to come forward and give sworn affidavits, 'Hey, trucks were coming in and I'd never seen this before and going out.' And I mean, it just seemed like there were a lot of people that were willing to come forward and report some of the irregularities that they saw." – Frank, 45.

DDR-00069513

Some people defended certain points they used as evidence of election fraud as well-researched, but other points were described as anecdotal, merely odd, or even questionable in their strength or authenticity. Even so, participants used the latter types of points as building blocks in a broader narrative about widespread election fraud. "I would say even before the election, to be honest just with hearing about all the mail-in ballots that were coming in and hearing stories of dead people voting and like I said, I don't know if it's all true or not but, hearing, having that stuff resonate with me, kind of raised my doubts even before the election," said John, 36. While also acknowledging uncertainty, Abigail, 37, seemed to use her desire for election processes to be simple as evidence of fraud: "There's nothing scientific or any facts about this, just if it takes three days to count up electronic votes you probably did it wrong because it doesn't feel like it should be that difficult to add up votes, you know? To me, it just kind of seems like maybe [Trump] might have won." As an example of how participants let anecdotes from their personal experience guide their thoughts about the election, Karmyn, 23, noted that her family received a mail-in ballot for her grandfather who had recently passed away: "The only reason I truly, truly, truly believed that [fraud] was happening is because I physically saw it and not because like I read anything or anything like that."

Many interviewees acknowledged that they did not have definitive proof for their belief in election fraud; it was the accumulation of questions that they found most important. "So it's really tough to say, oh yeah the election was stolen. For me, it raises a lot of eyebrows for the factors I just mentioned about the media and obviously the elite machine. There's questions in my mind that say well could the election have been stolen? Yeah, I think it could have been. Do I have out and out proof or knowledge of it? No. But there's just certain things that kind of point to the results being dubious," said Trevor, 47. Lou, 36, felt like he didn't have access to the resources he would need to prove his suspicions: "The big burden is proof. Right. So, I don't have proof. And in the light conversations I have had with people, it almost seems like a sort of 'proving God' burden that they place on you. It's like, 'well, if there is interference in the election, show me.' Like, well, that's silly. You know, I don't have that sort of connections. But anyway, yes, I believe that there was [election fraud]. And it's just a feeling I get. It's just an idea, you know. I don't have any backup or anything like that or any, 'well, look at this article.'"

### Cynicism About the Ability to Reach Conclusions

Several participants believed that we will never know what truly happened in the 2020 election, allowing some to think that conclusions about whether the election was stolen are a matter of personal belief rather than a matter of fact. Laura, 43, shared: "I personally don't think that Biden truly won the election. But again, I don't think it will ever be released to the general public what actually happened. There's too much mystery and questions. And if you

DDR-00069514

start an investigation and then you go to raid a building and the building is bombed or set on fire or something happens and you can't get the evidence. It's just too many coincidences and too many little snafus that just create this seed of doubt in your head." Abigail, 37, said, "I could be wrong about my thoughts on it, it just seems like logically it don't add up that Biden won. Again, that's based on what I feel, media, and whenever he had his rallies, and Biden had his rallies, and just seeing – It took so long for them to find out who won, but that's just my opinion. I don't know that I could convince other people that that's right, you know?" Several participants described their conclusions about the election using similar terms as Abigail, indicating that their belief was based on logic, common sense, intuition, or a general, but reliable, sense that something wasn't right, even if they acknowledged the absence of definitive proof. "I just think there's something there that's not right. I can't put my finger on it. There's no way I can prove it. I just have all these thoughts on it. I just don't think that we can ever count on having an honest voting system from this point," said Isabella, 56.

## POLITICAL ATTITUDES AND MEDIA HABITS OF PEOPLE WHO BELIEVE TRUMP WON IN 2020

In order to understand how people developed their beliefs about election fraud, we asked participants more general questions about their political identities, how they gathered information about politics, and who they trusted to tell them the truth.

### Conspiratorial Mindset Uncommon

The majority of participants, with a few notable exceptions, did not seem to hold an overarching conspiratorial worldview, or a tendency to subscribe to multiple conspiracy theories or to believe that malevolent groups are working in the shadows to control most events.[1] While participants expressed distrust toward experts' consensus on the election's integrity, their distrust didn't seem to extend to official explanations for other significant political moments. Some participants explicitly differentiated themselves from people who believe online misinformation or conspiracies. Talking about her mother-in-law's following of QAnon, Michelle, 32, explained: "She's the one that believes that there's two Bidens and one of them is a fake one and one's a real one. And I don't really, I don't really align. I don't think any of that, really. I think she just likes to read stuff and I mean, whenever entertains her, sure, but I don't really believe any of it. I do believe that there are some issues and flaws with the way things were handled with the election, but I'm not going off the deep end." Cayla, 48, discussed how she felt like a moderate compared to her unvaccinated co-workers, whose beliefs about the election and whose news diets she described as more extreme than her own: "Anything that they would share, I would take with a huge grain of salt because they were not even getting their news from TV or legitimate news outlets. I mean, it was more like the YouTubers and the bloggers and you know, that kind of thing."

DDR-00069515

## Not Isolated in Echo Chambers

Some participants unsurprisingly preferred to consume information primarily from right-leaning outlets. As Sabrina, 45, explained: "I feel like not all but some Democrats, especially politicians, lie to the people and they don't tell them the whole truth. I feel like if it's a Republican-owned – not saying some Republicans don't lie, but they're more apt to show the truth than the Democrat station." However, many of the people we spoke with who believed Trump most likely won the 2020 election did not indicate that they exclusively consumed content from right-wing corners of the internet or media ecosystem.

Many participants used sources from across the ideological spectrum to inform their beliefs about politics and the 2020 election. "I will read FOX. I will read CNN. I will read CNBC. I will read Washington Post. I will read, you know, New York Times and I'll do all of that. And then I will deduce from there what really happened," Lucy, 37, said. Cayla, 48, turned to mainstream news as a source for fact-checking: "If I read something and I'm skeptical about it – cause you know, bless my friends' hearts, they'll share anything on social media – I'll go straight to a national website, probably USA Today or CNN and verify and try to confirm independently."

Around a fourth of participants cited their local news outlets as places they go to to learn about politics. A few people indicated that they received information from their local news stations that made them question the integrity of the 2020 election. Sue, 58, said: "I don't believe anything that's posted on social media, but I have faith in our local news stations that they would not be running stuff that isn't true. I'm sure it could happen. But in our local news, they had Detroit on there and it showed the actual voting place with the windows boarded up and it showed people on camera bringing votes in. It's hard not to believe that it's not true."

Participants were divided on the role social media played in shaping their beliefs about election fraud. Like Sue, some of the interviewees named social media companies as untrustworthy sources and were either unwilling to use the platforms or to believe information they received on them. Others cited content they had seen online to support their election fraud claims, most commonly content from Facebook and YouTube.

Several people told us that they found visual content, especially unedited video or live videos from lay people, more trustworthy than the mainstream media. "[Lauren Boebert] posts a lot of videos and goes to a lot of rallies and that sort of thing, trying to get attention that way. So we get some of our stuff from her because she videos things live. So you can kind of tell what's going on that way, versus getting it from a media source that you don't know if it's true or not later on," Brooke, 26, explained. Mary, 33, acknowledged the potential for videos to be misleading, but still found them compelling: "I do know that there are cases where video, it can be tampered with and you can film something to sway it in your favor

DDR-00069516

and opinion. So I definitely know there are options where that can happen. So it's not that it's more objective necessarily, but I guess like that particular video for me was, it seemed believable because it was just an everyday person more, just kind of secondhand filming, a huge mass of people walking into a building. I feel like that's something that you can't easily fabricate or try to bias in your favor."

Few expressed strong trust in any source. In fact, participants' willingness to seek out a variety of sources appeared to be driven by the fact that they felt no organization would tell them the truth. "I'm never really thrilled with CNN, but I allow myself to get information from them because I think, listen, everyone's not going to be 100 percent truthful and I want to be well-informed. I want to be as informed as I can be," Paris, 49, said. Laura, 43, reported visiting multiple news sites before coming to a conclusion, which was a common practice among participants: "I think you have to take bits and pieces from all different sources and try to piece them together and make them understandable in your own mind. You have to take away your own thoughts after putting the pieces together because I don't think that there's one source out there that is 100% truth-based."

## Doing Research for Oneself

In the absence of a trusted source, many participants think of themselves as investigators or researchers who are capable of figuring out the truth or something close to it. Some people, like Laura, defined their research process as utilizing search engines and reading multiple sources. Others took on quasi-journalistic roles in their research process by visiting primary sources, such as government websites and databases. Jacob, 40, submitted a Freedom of Information Act request in an attempt to verify his suspicions about the election. When we asked Jackson, 29, what evidence, if any, could change his beliefs about election fraud, he said his exploration of voter data from government websites had solidified his viewpoint: "I looked up a few people who were reported on Twitter as being dead or having changed legal residency months and months before. So, I can't be convinced because I know it's the case and I know that mail-in ballots can't be trusted."

For participants like Jackson, their research process and their identity as someone who takes everything with a grain of salt, or who takes no politician, person, or news source at their word, afforded them more confidence in their beliefs about the election. For example, Luke, 56, said: "A lot of my real job is searching for information and bringing it together. I don't want to sound arrogant here, but I'm decent at knowing what sources to bring together for that sort of thing and to look at preponderance of the evidence and things like that." For others, this identity had almost the opposite effect, where complex topics felt unapproachable or even unknowable. As Michelle, 32, explained: "Sometimes I feel like you're going to get lies no matter what's out there. And so it's just better just to almost

DDR-00069517

remain naive to the situation. Like, it's better just not knowing at all at this point because we don't really know who to believe." Similarly, Jo, 27, shared: "As this conversation is going on and on, I'm telling myself in my head, 'You don't know what's reliable and what's not.' So, it's hard to believe right from wrong. So, I don't know. I guess I don't know where I would find the right answer."

## LOOKING FORWARD

Many of the people we spoke to consume content from national mainstream media and local news stations, leaving an opportunity for news organizations and fact-checkers to provide accurate and compelling information in future election coverage.

- Mail-in ballots aren't going away, as many states are keeping in place changes they made during the pandemic. Since mail-in ballots were of particular concern to participants, journalists should consider devoting more time to explaining how mail-in ballots are sent out and counted in the lead-up to the election. This could help to address participants' concerns about a lawless, free-for-all voting system.

- Given that several interviewees raised concerns about graphs used by news media to display candidate vote counts, newsrooms and researchers should carefully reflect on what types of election night visuals are used and how they might influence perceptions of election legitimacy.

- Participants were paying attention to what happened in states other than their own. Since election fraud claims benefit from confusion about the laws in different states, it may help to outline differences in rules across states. This would be especially helpful coming from social media companies' voter information sections and larger, national news organizations that have the reporter base to dedicate to such an endeavor.

- A small, but notable, number of participants expressed a desire to track their own ballots, which is possible in many states. These resources could be shared by news organizations, fact-checkers, and social media companies.

- Some participants mentioned their local news stations as sources for their beliefs about election fraud. It's entirely possible that some participants could have misattributed where they heard this information. With that being said, local news reports on mishandlings or mistakes in area elections should give any available context about whether an incident is isolated or not, as people use such incidents as supporting points for their picture of more widespread election fraud.

Our interviews make it clear that people are invested in the legitimacy of the 2020 presidential election, as many described taking steps to do their own research. This

DDR-00069518

report reveals how some people go about the process of investigating their election fraud concerns, describes how people reach conclusions about the likelihood of election fraud, and provides a starting point for strategies to promote high-quality political information. It's clear that the identities of people who question whether the 2020 election was legitimate cannot be boiled down to only ardent Trump supporters or extreme right-wing loyalists. Far from a monolithic group, they reflect different shades of belief: some participants were adamant about the validity of their claims, others expressed uncertainty about their conclusions, and many consumed a diverse set of sources.

In the end, it is important to recognize that people of all political stripes are susceptible to making leaps in logic, under-weighting alternative explanations, and extrapolating from anecdotal evidence. It's also possible for intense research efforts to lead people astray. Although we cannot avoid these outcomes in all settings, we can choose a few areas to be especially diligent. We argue that few could be more important than the integrity of our elections. Even if it presents a challenge in a contentious political climate, it is vital for all of us to remember an adage from scientist Carl Sagan: "extraordinary claims require extraordinary evidence."

## METHODOLOGY

Thanks to the William and Flora Hewlett Foundation, the John S. and James L. Knight Foundation, and Democracy Fund for funding this report and the Center for Media Engagement. The majority of our participants were recruited through a survey on CloudResearch, a platform that pulls respondents from Amazon's Mechanical Turk, a crowd-sourcing platform where people can sign up to participate in small tasks for payment. We fielded a survey asking people to share their feelings about the integrity of the 2020 election as well as their demographic characteristics. Participants were invited for an interview if they responded "Probably Trump" or "Definitely Trump" to the question "Who do you think won the 2020 election - that is, who received the most votes cast by eligible voters in enough states to win the election?" Participants were unaware of the criteria for being selected for an interview when they answered the survey.

We also utilized snowball sampling, where we invited participants to connect us with other people they knew who believed the 2020 election was illegitimate. We also reached out to people in our own personal networks. Between August 18 and November 24, 2021, we conducted a total of 56 interviews. Forty-five participants were recruited through the initial survey on CloudResearch, eight were referred to us by CloudResearch participants, and three were network connections. Participants chose or were assigned a pseudonym. Thirty-three participants were women and 23 were men. Participants ranged in age from 23 to 74 years old, with an average age of 48. Thirty resided in a state in the South, 10 lived in the

DDR-00069519

West, 9 lived in the Midwest, 6 lived in the Northeast, and 1 did not disclose their state.[2]

The interviews, on average around 50 minutes in length, were conducted over a video call or by telephone and were recorded. The recordings were transcribed, and researchers read through the transcriptions to find commonalities in what people were saying. The researchers did this independently, then met to discuss their observations and refine the conclusions. An iterative process of transcript review and discussion resulted in the observations contained herein, drawing from qualitative research practices.[3]

DDR-00069520

# ENDNOTES

[1] For a review of academic research and different terms related to conspiracy theories, see Douglas, K. M., Uscinski, J. E., Sutton, R. M., Cichocka, A., Nefes, T., Ang, C. S., & Deravi, F. (2019). Understanding conspiracy theories. *Political Psychology*, *40*, 3-35.

[2] States were grouped into geographic regions following the US Census Bureau's guidelines.

[3] Corbin, J. M., & Strauss, A. (1990). Grounded theory research: Procedures, canons, and evaluative criteria. Qualitative Sociology, 13(1), 3-21.

DDR-00069521