IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

### DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S REQUEST FOR ORAL ARGUMENT

Pursuant to Rule II.j of Judge Steven D. Grimberg's Standing Order Regarding Civil Litigation, Defendants Dinesh D'Souza and D'Souza Media LLC hereby request oral argument on their Motion for Summary Judgment, being filed simultaneously herewith.

Respectfully submitted this 20th day of December, 2024.

　　　　　　　　　　　　　　　　**BUCHALTER APC**

　　　　　　　　　　　　　　　　/s/ *Amanda G. Hyland*
　　　　　　　　　　　　　　　　Amanda G. Hyland
　　　　　　　　　　　　　　　　Georgia Bar No. 325115
　　　　　　　　　　　　　　　　Austin C. Vining
　　　　　　　　　　　　　　　　Georgia Bar No. 362473

1

>Cory Mull
>Georgia Bar No. 595376
>3350 Riverwood Pkwy SE, Ste. 1900
>Atlanta, GA 30339
>(404) 832-7350 Telephone
>ahyland@buchalter.com
>avining@buchalter.com
>cmull@buchalter.com
>
>*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

>/s/ *Amanda G. Hyland*
>Amanda G. Hyland
>Georgia Bar No. 325115
>
>*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*

2