IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiff Mark Andrews moves this Court to maintain under seal the documents identified below that Defendants and third parties have designated as confidential, and which Plaintiff contemporaneously files provisionally under seal with this Motion, pursuant to the protective order previously entered in this case, Doc. No. 139 (the "Protective Order").

<u>Documents Designated by Defendants and Third Parties</u>

Plaintiff's Statement of Undisputed Material Facts and Plaintiff's Memorandum of Law in Support of Its Motion for Partial Summary Judgment, both filed contemporaneously with this Motion, cite to and rely on several documents produced by Defendants and third parties that were designated as "Confidential" or "Highly Confidential" under the terms of the Protective Order. Doc. No. 139, pp. 3-4. Pursuant to this Court's Standing Order at III.h and ¶ 12 of

the Protective Order, the parties conferred prior to this filing regarding the need to file under seal those documents designated as Confidential or Highly Confidential, and whether any less restrictive measures would provide adequate protection. The designating parties did not agree to a less restrictive measure.

At the request of the Defendants and third parties, Plaintiff has agreed to file the Exhibits listed below under seal, in compliance with ¶ 12 of the Protective Order. Doc. 139 at 12-13 ("If the Designating Party does not agree to a less restrictive measure, the Receiving Party shall provisionally file all Confidential Material under seal and shall also file a motion to provisionally keep such Confidential Material under seal."). Plaintiff requests this Court's permission to provisionally maintain these documents under seal until "such time as the Designating Party can file a motion to seal," which the Defendants and respective third parties shall do within seven (7) days of the final filing in a related briefing. Protective Order, Doc. 139 at ¶ 12.

*Table 1—Exhibits Provisionally Filed Under Seal*

| Exhibit | Description | Non-Movant Designation |
|---|---|---|
| 13 | Dinesh D'Souza's Responses and Objections to Plaintiff's First Interrogatories | Confidential |
| 19 | LLC Operating Agreement Produced by Salem | Confidential |
| 20 | Exclusive License and NDA Produced by Salem | Confidential |
| 23 | Dinesh D'Souza's Amended Responses and Objections to Plaintiff's First Interrogatories | Confidential |
| 24 | D'Souza Media's Responses and Objections to Plaintiff's Second Set of Interrogatories | Confidential |
| 35 | Email Produced by D'Souza | Confidential |
| 78 | Email Produced by D'Souza | Confidential |
| 87 | Text Messages Between Defendants | Confidential |
| 88 | Text Messages Between Defendants | Confidential |
| 90 | NDA & Licensing Agreement | Confidential |
| 91 | Response to Bettina, Produced by D'Souza | Confidential |
| 92 | Text Messages Between Non-Parties | Confidential |
| 136 | Emails Produced by D'Souza | Confidential |
| 190 | ACLED Deposition Transcript | Confidential |
| 199 | Email Produced by Frankowski (Non-Party) | Confidential |
| 206 | Election Beat Sheet Produced by Frankowski (Non-Party) | Confidential |
| 208 | Balance Sheet, Profit & Loss Statement | Confidential |
| 209 | Communications Between Non-Parties | Highly Confidential/AEO |
| 210 | Communications Between Non-Parties | Highly Confidential/AEO |
| 211 | Communications Between Non-Parties | Highly Confidential/AEO |
| 214 | 2000 Mules Ticket Transactions | Confidential |
| 216 | Locals Streaming Figures Excel Sheet | Confidential |
| 217 | Excel File Prodcued by D'Souza | Confidential |
| 218 | Text Messages Between Defendants | Confidential |
| 219 | Communications Between Non-Parties | Highly Confidential/AEO |
| 220 | Communications Between Non-Parties | Highly Confidential/AEO |
| 221 | Communications Between Non-Parties | Confidential |
| 222 | Emails Produced by D'Souza | Confidential |
| 223 | Excel File Produced by D'Souza | Confidential |
| 225 | OpSec Statement of Work | Confidential |

## Documents Containing PII

Separately, the parties conferred and agreed to redact PII and certain information designated as Confidential or Highly Confidential in certain additional exhibits publicly filed with Plaintiff's Statement of Undisputed Material Facts, in lieu of filing these documents under seal. Plaintiff contemporaneously filed unredacted versions of these documents under seal.

*Table 2—Documents With Redactions in Publicly-Filed Documents*

| Exhibit | Description | Designation |
|---|---|---|
| 12 | Gregg Phillips Deposition Transcript | Confidential |
| 14 | Dinesh D'Souza Deposition Transcript | Confidential |
| 15 | Deborah D'Souza Deposition Transcript | Confidential |
| 17 | TTV Ballot Trafficking Overview | Confidential |
| 18 | Catherine Engelbrecht Deposition Transcript | Confidential |
| 21 | Nathan Frankowski Deposition Transcript | Confidential |
| 22 | Bruce Schooley Deposition Transcript | Confidential |
| 27 | Emails Between Defendants | Confidential |
| 28 | Emails Between Defendants | Confidential |
| 37 | Mark Andrews Deposition Transcript | Confidential |
| 39 | TTV Statement Form | Confidential |
| 44 | Brendetta Andrews Deposition Transcript | Confidential |
| 50 | Georgia SOS Report of Investigation | Confidential |
| 51 | Georgia SOS Memorandum of Interview | Confidential |
| 61 | Emails Produced by David Cross | Confidential |
| 62 | Emails Produced by David Cross | Confidential |
| 70 | Email Produced by D'Souza | Confidential |
| 72 | Emails Produced by TTV | Confidential |
| 73 | Emails Produced by TTV | Confidential |
| 74 | TTV's Amended Responses and Objections to Plaintiff's First Interrogatories | Confidential |
| 76 | 2000 Mules Attendee List | Confidential |

| Exhibit | Description | Designation |
|---|---|---|
| 77 | Emails produced by D'Souza | Confidential |
| 79 | Publicity Proposal to D'Souza | Confidential |
| 80 | Email Produced by D'Souza | Confidential |
| 82 | Publicity Proposal to D'Souza | Confidential |
| 131 | Texts Between D'Souza and "Charlie" | Confidential |
| 137 | Email Produced by D'Souza | Confidential |
| 138 | Email Produced by D'Souza | Confidential |
| 139 | Email Produced by TTV | Confidential |
| 140 | Email Produced by TTV | Confidential |
| 146 | Email Produced by D'Souza | Confidential |
| 148 | Letter from Von DuBose | Confidential |
| 149 | Email Produced by D'Souza | Confidential |
| 152 | Text Message From REporter | Confidential |
| 153 | Instagram Message From Reporter | Confidential |
| 154 | LinkedIn Message From Reporter | Confidential |
| 156 | Brian Beasley Deposition Transcript | Highly Confidential/AEO |
| 157 | Kelly Black Coveleskie Deposition Transcript | Confidential |
| 158 | Kelly Moyer Deposition Transcript | Confidential |
| 171 | Walmart Receipt | Confidential |
| 172 | Outdoor Camera Receipt | Confidential |
| 174 | Floodlight Mount Receipt | Confidential |
| 175 | DeleteMe Receipt | Confidential |
| 176 | DeleteMe Receipt | Confidential |
| 178 | ADT Services Contract | Confidential |
| 179 | Walmart Receipt | Confidential |
| 180 | Blink Subscription Plan | Confidential |
| 181 | TTV's Responses and Objections to Plaintiff's Second Set of Interrogatories | Confidential |
| 182 | Ben Matthews Deposition Transcript | Confidential |
| 183 | Tim Gerwing Deposition Transcript | Confidential |
| 185 | Azeddine Rahlouni Deposition Transcript | Confidential |
| 186 | TTV's Responses and Objections to Plaintiff's Amended Interrogatories 15 and 16 | Confidential |
| 188 | Catherine Engelbrecht's Second Amended Responses to Plaintiff's First Set of Interrogatories | AEO |
| 192 | Salem Media Deposition Transcript | Confidential |
| 193 | Emails Between Defendants | Confidential |

| Exhibit | Description | Designation |
|---|---|---|
| 194 | Emails Produced by D'Souza | Confidential |
| 198 | Emails Produced by Frankowski (Non-Party) | Confidential |
| 201 | Text Messages Between D'Souza Defendants | Confidential |
| 204 | Emails Produced by TTV | Confidential |
| 205 | Email Produced by D'Souza | Confidential |
| 207 | TTV's Second Amended Interrogatory Responses | AEO |
| 215 | Emails Produced by TTV | Confidential |
| 224 | OpSec Statement of Work | Highly Confidential/AEO |
| 226 | Emails Between Defendants | Confidential |
| 227 | Emails Produced by D'Souza | Confidential |
| 228 | Emails Produced by TTV | Confidential |
| 229 | Emails Produced by TTV | Confidential |
| 230 | Emails Produced by Frankowski (Non-Party) | Confidential |
| 231 | Emails Produced by Frankowski (Non-Party) | Confidential |

## CONCLUSION

Plaintiff respectfully requests this Court maintain under seal the documents identified in Table 1 above until the Designating Parties file a motion to seal pursuant to the Protective Order.

Respectfully submitted this 20th of December, 2024.

By: */s/Von A. DuBose*

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT

7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.parades@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Jane Bentrott*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Tel: 202-843-3092
jane.bentrott@protectdemocracy.org
catherine.chen@protectdemocracy.org

Lea Haber Kuck*
Quinn Balliett*
Scott Boisvert*
Sonia Qin*
Danuta Egle*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@probonolaw.com

scott.boisvert@probonolaw.com
sonia.qin@probonolaw.com
danuta.egle@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
Lindsey Sieling*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com
lindsey.sieling@probonolaw.com

*Counsel for Plaintiff*

*\*Admitted Pro Hac Vice*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Notice of Filing Sealed Documents was prepared double-spaced using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

This 20th day of December, 2024.

By: */s/Von A. DuBose*

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

*Counsel for Plaintiff*