# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## [PROPOSED]

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to the Protective Order, doc. 139 at 12-13, and for good cause, this Court hereby GRANTS the Plaintiff's Motion to Maintain Documents Under Seal. The following documents are sealed pursuant to the Protective Order previously entered in this case, Doc. No. 139:

*Table 1—Exhibits Provisionally Filed Under Seal*

| Exhibit | Description | Non-Movant Designation |
|---|---|---|
| 13 | Dinesh D'Souza's Responses and Objections to Plaintiff's First Interrogatories | Confidential |
| 19 | LLC Operating Agreement Produced by Salem | Confidential |
| 20 | Exclusive License and NDA Produced by Salem | Confidential |
| 23 | Dinesh D'Souza's Amended Responses and Objections to Plaintiff's First Interrogatories | Confidential |

| Exhibit | Description | Non-Movant Designation |
|---|---|---|
| 24 | D'Souza Media's Responses and Objections to Plaintiff's Second Set of Interrogatories | Confidential |
| 35 | Email Produced by D'Souza | Confidential |
| 78 | Email Produced by D'Souza | Confidential |
| 87 | Text Messages Between Defendants | Confidential |
| 88 | Text Messages Between Defendants | Confidential |
| 90 | NDA & Licensing Agreement | Confidential |
| 91 | Response to Bettina, Produced by D'Souza | Confidential |
| 92 | Text Messages Between Non-Parties | Confidential |
| 136 | Emails Produced by D'Souza | Confidential |
| 190 | ACLED Deposition Transcript | Confidential |
| 199 | Email Produced by Frankowski (Non-Party) | Confidential |
| 206 | Election Beat Sheet Produced by Frankowski (Non-Party) | Confidential |
| 208 | Balance Sheet, Profit & Loss Statement | Confidential |
| 209 | Communications Between Non-Parties | Highly Confidential/AEO |
| 210 | Communications Between Non-Parties | Highly Confidential/AEO |
| 211 | Communications Between Non-Parties | Highly Confidential/AEO |
| 214 | 2000 Mules Ticket Transactions | Confidential |
| 216 | Locals Streaming Figures Excel Sheet | Confidential |
| 217 | Excel File Prodcued by D'Souza | Confidential |
| 218 | Text Messages Between Defendants | Confidential |
| 219 | Communications Between Non-Parties | Highly Confidential/AEO |
| 220 | Communications Between Non-Parties | Highly Confidential/AEO |
| 221 | Communications Between Non-Parties | Confidential |
| 222 | Emails Produced by D'Souza | Confidential |
| 223 | Excel File Produced by D'Souza | Confidential |
| 225 | OpSec Statement of Work | Confidential |

**IT IS SO ORDERED** this \_\_\_ day of _____, 2024.

_____
**HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE**