# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA,** *et al.***,**<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S NOTICE OF MANUAL FILING

COME NOW Plaintiff Mark Andrews, in the above-captioned case, and files the following materials, referenced in the affidavit of Von DuBose in support of Plaintiff's Motion for Partial Summary Judgment:

1. Exhibit 2, a true and correct copy of the 2000 Mules film, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000536.

2. Exhibit 5, a true and correct copy of a video file of the 2000 Mules trailer, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000445.

3. Exhibit 6, a true and correct copy of a video file of Dinesh D'Souza's May 11, 2022 appearance on *Tipping Point* with Kara McKinney, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001059.

4. Exhibit 8, a true and correct copy of a video file of Dinesh D'Souza's May 4, 2022 appearance on NTD News on New York news channel WMBC 63, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001178.

5. Exhibit 40, a true and correct copy of a video file of the 2000 Mules trailer, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000451.

6. Exhibit 47, a true and correct copy of a video file of Catherine Engelbrecht and Gregg Phillips' April 20, 2022 interview by *The Gateway Pundit*, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0000001.

7. Exhibit 54, a true and correct copy of a video file of the May 17, 2022 Georgia State Elections Board meeting which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000802.

8. Exhibit 57, a true and correct copy of a video, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00004596.

9. Exhibit 65, a true and correct copy of a PDF of a Rumble webpage, which Plaintiff Mark Andrews produced to Defendants in discovery as Bates No. PDSA-0001913.

10. Exhibit 96, a true and correct copy of a video file showing the 2000 Mules Times Square billboard, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0001435.

11. Exhibit 97, a true and correct copy of Plaintiff's Exhibit 1 from the deposition of Defendant Gregg Phillips, which is the April 8, 2022 episode of the Charlie Kirk show produced to Defendants in discovery as Bates No. MA-0000375.

12. Exhibit 103, a true and correct copy of a video file of Catherine Engelbrecht's May 5, 2022 appearance on Tucker Carlson Tonight, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000953.

13. Exhibit 107, a true and correct copy of a video file of Dinesh D'Souza's May 6, 2022 appearance on The Epoch Times' *Crossroads with Joshua Philipp*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001342.

14. Exhibit 111, a true and correct copy of a video file of True the Vote discussing its plan to release all video and data evidence of fraud not included in *2000 Mules*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000403.

15. Exhibit 112, a true and correct copy of a video clip of Catherine Engelbrecht and Gregg Phillips' June 3, 2022 appearance on *Facts Matter with Roman Balmakov*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000471.

16. Exhibit 117, a true and correct copy of a video file of Dinesh D'Souza's May 17, 2022 appearance on *Real America* with Dan Ball, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000295.

17. Exhibit 119, a true and correct copy of a video file of Dinesh D'Souza's May 21, 2022 appearance on *Weekly Briefing* with Chanel Rion, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001609.

18. Exhibit 121, a true and correct copy of a video file of Dinesh D'Souza's May 23, 2022 appearance on *KUSI News*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001047.

19. Exhibit 126, a true and correct copy of a video file of the "music video trailer" for *2000 Mules*, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0001842.

20. Exhibit 135, a true and correct copy of the 2000 Mules Book, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000535.

21. Exhibit 196, a true and correct copy of a video, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00000063.

22. Exhibit 203, a true and correct copy of an audio file of a podcast, which Plaintiff Mark Andrews produced to Defendants in discovery as Bates No. MA-0000509.

23. Exhibit 208, a true and correct copy of an Excel file containing a "Balance Sheet" and "Profit & Loss Statement" for OnePartyAmerica LLC, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000426.

24. Exhibit 212, a true and correct copy of an Excel file containing specific theater ticket sales, which Non-Party Patricia Jackson produced to Plaintiff in discovery.

25. Exhibit 214, a true and correct copy of an Excel file containing "2000 Mules TicketSpice Transactions," which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000513.

26. Exhibit 216, a true and correct copy of an Excel file containing "Locals Streaming" figures beginning May 7, 2022, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000529.

27. Exhibit 217, a true and correct copy of an Excel file dated June 2022, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00036037.

28. Exhibit 223, a true and correct copy of an Excel file dated January 25, 2023, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00025625.

Respectfully submitted this 20th day of December, 2024.

                **SIGNED**:   */s/Von A. DuBose*

                              Von A. DuBose, Esq.
                              Georgia Bar No. 231451
                              DuBose Trial Law
                              128 Richardson St. SE
                              Atlanta, GA 30312
                              Tel: (404) 720-8111
                              von@dubosetrial.com

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Notice of Filing Sealed Documents was prepared double-spaced using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

                **SIGNED**:   */s/Von A. DuBose*

                             Von A. DuBose, Esq.
                             Georgia Bar No. 231451
                             DuBose Trial Law
                             128 Richardson St. SE
                             Atlanta, GA 30312
                             Tel: (404) 720-8111
                             von@dubosetrial.com