## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## INDEX OF EXHIBITS CITED IN SUPPORT OF DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht ("Engelbrecht"), and Gregg Phillips ("Phillips") (together, "TTV Defendants"), and file this Index of Exhibits and Excerpts Cited in Support of their Motion for Summary Judgment:

| Exhibit A | Cited Excerpts of the Deposition of Catherine Engelbrecht, dated September 18, 2024 |
|---|---|
| Exhibit B | Declaration of Catherine Engelbrecht |
| Exhibit C | Cited Deposition Excerpts of the Rule 30(b)(6) Deposition of Salem Media Group, Inc. through Philip Boyce, dated November 26, 2024 |
| Exhibit D | Cited Excerpts of the Deposition of Bruce Schooley, dated October 22, 2024 |

| Exhibit E | Cited Excerpts of the Deposition of Dinesh D'Souza, dated October 17, 2024 |
|---|---|
| Exhibit F | Cited Excerpts of the Deposition of Mark Andrews, dated October 25, 2024 |
| Exhibit G | Cited Excerpts of the Deposition of Gregg Phillips, dated September 17, 2024 |
| Exhibit H | Declaration of Gregg Phillips |
| Exhibit I | DDR-00046931 - DDR-00046937 |
| Exhibit J | TTV_009901 – TTV_009906 |
| Exhibit K | Cited Excerpts of the Deposition of Nathan Frankowski, dated November 5, 2024 |
| Exhibit L | Cited Excerpts of the Deposition of Deborah D'Souza, dated October 16, 2024 |
| Exhibit M | DD_000536   [DVD – See Notice of Manual Filing] |
| Exhibit N | DD_000411 – DD_000412 |
| Exhibit O | TTV_007110 – TTV_007120 |
| Exhibit P | DDR-00021419 – DDR-00021420 |
| Exhibit Q | DD_000394 |
| Exhibit R | DDR-00010441 |
| Exhibit S | TTV_007276 – TTV_007277 |
| Exhibit T | TPNF-0004579 |
| Exhibit U | DDR-00055752 – DDR-00055755 |

| Exhibit V | TTV_006466 – TTV_006480 |
|---|---|
| Exhibit W | DD_000063 – DD_000086 |
| Exhibit X | DDR_00049510 – DDR_00049511 |
| Exhibit Y | TTV_008975 |
| Exhibit Z | TTV_007283 – TTV_007284 |
| Exhibit AA | TTV_010031 – TTV_010033 |
| Exhibit BB | TTV_009376 – TTV_009390 |
| Exhibit CC | MA-0000933 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit DD | TTV_008233 |
| Exhibit EE | Cited Excerpts of the Rule 30(b)(6) Deposition of the Georgia Secretary of State through Dana DeWeese, dated November 6, 2024 |
| Exhibit FF | TTV_008204 |
| Exhibit GG | MA-000027 |
| Exhibit HH | MA-000028 |
| Exhibit II | Georgia Secretary of State (DeWeese) Deposition Exhibit 140 |
| Exhibit JJ | MA-0001562 – MA-0001565 |
| Exhibit KK | MA_0000078 |
| Exhibit LL | DDR-15271-79 |
| Exhibit MM | MA-1518-61 |

| Exhibit NN | Intentionally Omitted |
|---|---|
| Exhibit OO | Intentionally Omitted |
| Exhibit PP | TPDG-0000230-231 [Filed Under Seal] |
| Exhibit QQ | TPDG-0000232 [Filed Under Seal] |
| Exhibit RR | TPDG-0000234 [Filed Under Seal] |
| Exhibit SS | TPDG-000448-50 [Filed Under Seal] |
| Exhibit TT | TPNG-001072 |
| Exhibit UU | Intentionally Omitted |
| Exhibit VV | DDR-00019278 [Filed Under Seal] |
| Exhibit WW | MA-0001796 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit XX | MA-0001585 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit YY | Catherine Engelbrecht's Responses and Objections to Defendant Dinesh D'Souza's First Set of Interrogatories |
| Exhibit ZZ | DD_000103 |
| Exhibit AAA | DDR-00049450 – DDR-00049451 |
| Exhibit BBB | MA-0001018 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit CCC | PDSA-0000001 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit DDD | MA-0000382 [.mp4 file – See Notice of Filing Electronic Media] |
| Exhibit EEE | DD_000535 [Book – See Notice of Manual Filing] |
| Exhibit FFF | TTV_008774 – TTV_008776 |

| Exhibit GGG | MA-0000817 |
|---|---|
| Exhibit HHH | Plaintiff's First Supplemental Responses and Objections to Defendant Dinesh D'Souza's First Requests for Admission to Plaintiff |
| Exhibit III | Plaintiff's Second Supplemental Responses and Objections to Defendant Catherine Engelbrecht's First Set of Interrogatories to Plaintiff |
| Exhibit JJJ | Cited Excerpts of the Deposition of Bob Varnado, dated July 26, 2024 |
| Exhibit KKK | Cited Excerpts of the Deposition of NCR Voyix, David Flores, dated August 9, 2024 |
| Exhibit LLL | Cited Excerpts of the Deposition of Kelly Covelski, dated August 14, 2024 |
| Exhibit MMM | Cited Excerpts of the Deposition of Kelly Moyer, dated August 9, 2024 |
| Exhibit NNN | Cited Excerpts of the Deposition of Loganathan, dated October 18, 2024 |
| Exhibit OOO | Cited Excerpts of the Deposition of William Smith, dated July 22, 2024 |
| Exhibit PPP | Cited Excerpts of the Deposition of Brian Beasley, Dated November 1, 2024 |
| Exhibit QQQ | DDR-00069435 – DDR-00069449 |
| Exhibit RRR | Newsmax 192669 |

This 20th day of December, 2024.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305

P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc.,
Catherine Englebrecht and Gregg Phillips*

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1</u>

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

*/s/ Jake Evans*

JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Index of Exhibits and Excerpts Cited in Support of Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips's Motion for Summary Judgment** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*

JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*
