# EXHIBIT C

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,
    Plaintiff,

                        CIVIL ACTION FILE
vs.
                        NO. 1:22-cv-04259-SDG

DINESH D'SOUZA, et al.,
    Defendants.

**CONFIDENTIAL**

30(b)(6) VIDEO DEPOSITION OF
SALEM MEDIA GROUP, INC. through PHILIP BOYCE
November 26, 2024
9:37 a.m.
TAKEN BY REMOTE VIDEOCONFERENCE
Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

1    us in this movie.  Do you mean to say that the movie
2    2000 Mules existed before you heard of TT- -- before
3    Salem Media heard of TTV?
4             MR. BYRNSIDE:  Object to the form.
5        A    Yeah, the concept of doing a movie with
6    Dinesh existed, but we didn't know exactly what form
7    that would take.  So when we learned of some
8    information that might help us with this concept,
9    yeah, that's when the -- True the Vote became
10   apparent to us.
11   BY MS. QIN:
12       Q    Great.
13            Do you know of specific individuals
14   associated with TTV?
15       A    I know the names.  I don't really know
16   them personally.
17       Q    Could you tell me the names of the people
18   that you know?
19       A    Catherine and Gregg.  Catherine -- I
20   believe it's Engelbrecht, and Gregg -- I can't
21   remember his last name.
22       Q    So for Catherine Engelbrecht, do you
23   recall when Salem first met Catherine or made
24   contact with her?
25            MR. BYRNSIDE:  Objection, outside the

1    scope.  You can answer.
2         A    Yeah, we met Gregg and Catherine in Dallas
3    when we were doing prep for the movie.
4    BY MS. QIN:
5         Q    Okay.  Is there anyone else from TTV that
6    Salem knew?
7         A    No, not to my knowledge.
8         Q    So Salem Media worked with TTV on the
9    movie 2000 Mules; is that correct?
10        A    Well, we didn't really work with them.  We
11   worked with Dinesh, and Dinesh worked with them.
12        Q    So did Salem have regular contact with TTV
13   throughout the process of producing the film?
14             MR. BYRNSIDE:  Object to the form.  You
15   can answer.
16        A    I wouldn't say we had regular contact with
17   them.  We had some contact -- occasional contact.
18   We had questions that came up, but nothing on a
19   regular basis.
20   BY MS. QIN:
21        Q    Did you also -- were you also in
22   communication with TTV for the 2000 Mules book?
23        A    No.
24        Q    So in the instances in which Salem did
25   interact with members of TTV for the movie, who were

Page 23

1    those individuals?
2              MR. BYRNSIDE: Objection.
3              THE WITNESS: Go ahead.
4              MR. BYRNSIDE: You go ahead.  I just
5    object to the form.  You can answer.
6        A    Catherine and Gregg were the only ones
7    that I had any dealing with.
8    BY MS. QIN:
9        Q    Thank you.
10             Other than the 2000 Mules movie, has Salem
11   Media worked on any other projects involving TTV,
12   Catherine Engelbrecht or Gregg Phillips?
13             MR. BYRNSIDE: Objection, outside the
14   scope.  You can answer.
15       A    No.  No, we have not.
16   BY MS. QIN:
17       Q    Great.  Thank you.
18            So earlier you had talked about being in
19   discussions with Dinesh D'Souza about producing a
20   film, so could you tell me about how Salem first met
21   Dinesh D'Souza?
22       A    Well, Dinesh became one of our podcasters
23   I believe it was in early 2020.  We were creating
24   the Salem Podcast Network, and Dinesh was a
25   potential podcaster for us.  I talked to Dinesh at

Page 38

1    platform.
2         Q    So what differentiates a documentary from
3    another type of film, what -- sorry, strike that.
4              What is Salem's understanding of what
5    exactly a documentary is?
6              MR. BYRNSIDE:  Objection, outside the
7    scope.  You can answer.
8         A    Well, a documentary tells a story.  It
9    should be fact based and truth based, and it tells a
10   compelling story that our listeners find fascinating
11   and want to view, want to buy a DVD or want to buy a
12   download and learn more about it.
13   BY MS. QIN:
14        Q    Thank you.
15             Earlier you said that Salem relied on
16   Dinesh D'Souza for the creation of the film.  Did
17   Salem provide any input on the concept for the film
18   2000 Mules?
19        A    Well, as we discussed, they brought it to
20   us.  We had the information presented to us, and we
21   had questions at that meeting, and legal would have
22   had questions for them of their own, so that's about
23   the extent of it.
24        Q    But the concept originated fully from
25   Dinesh D'Souza?

1          A     Yes.
2          Q     When did development of the film begin?
3          A     It's hard to say when because some work
4    had been done before that October meeting, so it
5    would have been probably around the summer of '21
6    that some work began on creating the movie.
7          Q     And what work would that be?
8          A     Well, specifically that would be Dinesh
9    doing his pre-production work to get everything
10   ready to shoot the movie.
11         Q     And what does getting everything ready
12   mean?
13         A     Well, I don't know.  You might want to ask
14   Dinesh.  I'm not an expert in creating these movies.
15   He is.
16         Q     So after the presentation was made, what
17   did Salem do next with respect to this film?
18               MR. BYRNSIDE:  Object to the form.
19         A     We would have met, and we had several
20   discussions about whether or not this is something
21   that we wanted to invest in.
22   BY MS. QIN:
23         Q     And once the decision was made to invest
24   in this film, what did Salem do then?
25         A     Well, we gave them the green light to make

Page 43

1    A    We were involved mostly as observers in
2    the shooting of that scene, which took up quite a
3    bit of time in the movie, so there were a few of us
4    that were there, and mainly it was a learning
5    experience for us to see how a movie was made.
6    BY MS. QIN:
7        Q    Did Salem have any questions for Dinesh
8    D'Souza during this process?
9            MR. BYRNSIDE:  Object to the form, and
10   I'll give you the same instruction on privilege,
11   Phil.  Otherwise, you can answer.
12       A    Well, we had a few questions for him, but
13   I can't respond to that because I don't remember
14   them, or maybe I wasn't privy to them.
15   BY MS. QIN:
16       Q    Did Salem ask any questions to TTV during
17   this process?
18           MR. BYRNSIDE:  Same objection and
19   instruction.  Go ahead, Phil.
20       A    Well, we met with them October 16th in
21   Dallas.  We had some questions for them then, but
22   beyond that, I don't think we had a whole lot to do
23   with it.
24   BY MS. QIN:
25       Q    Did you meet regularly with TTV during the

CONFIDENTIAL

Page 44

1   film production process?
2       A   No.
3       Q   Did you meet regularly with TTV during the
4   film development process prior to the commencement
5   of shooting?
6       A   No.
7       Q   When did the shooting of the film
8   conclude?
9       A   That I don't recall.
10      Q   Are you aware of the -- sorry, strike
11  that.
12          Did Salem have any input on how 2000 Mules
13  would be promoted?
14      A   Yes.
15      Q   And what type of input did Salem give on
16  that -- on the marketing of the movie?
17      A   Well, there was a fund created where we
18  would purchase advertising for the movie, but then
19  there was also the opportunity to use some of the
20  Salem assets to help promote the movie based on its
21  relevancy to what was going on in the country, and
22  we felt like listeners would want to know about it,
23  so we promoted it through our shows.
24      Q   And when exactly did Salem begin promoting
25  the movie?

1     A    Yes.
2     Q    Did Debbie D'Souza provide input on the
3 marketing of the film?
4     A    Not that I recall.
5     Q    Did Catherine Engelbrecht provide input on
6 the marketing of the film?
7     A    Not that I recall.
8     Q    Did Gregg Phillips provide input on the
9 marketing of the film?
10     A    Not that I recall.
11     Q    Did Salem ever discuss marketing with
12 Dinesh D'Souza?
13     A    Yes.
14     Q    Were those discussions in meetings that
15 you had with Dinesh D'Souza?
16     A    I don't recall specific meetings. I do
17 recall that we had discussions with him about how
18 best to market the movie being that he was
19 experienced in making these kinds of movies.
20     Q    And did Salem ever discuss the marketing
21 of the film with Catherine Engelbrecht?
22     A    No.
23     Q    Did Salem ever discuss the marketing of
24 the movie with Gregg Phillips?
25     A    No.

Page 57

1            MR. BYRNSIDE:  Object to the form.
2       A    Yes.
3   BY MS. QIN:
4       Q    Whose idea was it to promote the ticket
5   sales and the streaming release in this manner?
6       A    Well, that would have been a combination
7   of Dan and me and Dinesh and all the way up to Dave
8   Santrella.
9       Q    And was TTV involved in any way in these
10  discussions regarding how to promote the film?
11      A    Not that I'm aware of.
12      Q    So if we look at the third paragraph, it
13  starts off with:  Dinesh and his team are finalizing
14  rental agreements with 400-plus theaters across the
15  country to show the film on two days only.
16           Do you see that?
17      A    Yes.
18      Q    Whose idea was that to rent -- to rent
19  400-plus theaters across the country?
20      A    Well, I think that was Dinesh.
21      Q    And how -- how was it decided which
22  theaters would show this movie?
23      A    Well, that was something Dinesh worked out
24  with a movie chain.  I'm not sure.  I can't recall
25  what movie chain agreed to take the movie.

CONFIDENTIAL

Page 63

1     promotional plan, the internal Salem promotional
2     plan, the ad schedule, the booking of the interviews
3     on various shows, and the digital/social media that
4     is also being employed as part of the strategy.
5          Q    Did you discuss -- did Salem discuss the
6     contents of this e-mail with Dinesh D'Souza?
7               MR. BYRNSIDE:  Object to the form.
8          A    That I don't know.
9     BY MS. QIN:
10         Q    Did Salem share this e-mail or its
11    contents with Catherine Engelbrecht or Gregg
12    Phillips?
13         A    Not to my knowledge.  You'd have to look
14    on the "to" line or the cc line to see if they were
15    on it, but I don't think so.
16         Q    Did Salem discuss bullet point 1, local ad
17    schedule, with Dinesh D'Souza?
18         A    I don't know.  I'm assuming we did, but I
19    don't know.
20         Q    Did Salem discuss the local ad schedule
21    with Catherine Engelbrecht or Gregg Phillips?
22         A    Not to my knowledge.
23         Q    So focusing on the first bullet point
24    first, who created the national ads for this film?
25         A    You know, I don't know, but I'm assuming

1    it would be Dan Nelson.
2         Q    So Salem created the ads for the film?
3         A    I think so.
4         Q    Did Salem discuss those -- the creation of
5    these ads with Dinesh D'Souza?
6         A    I don't know.
7         Q    Did Dinesh D'Souza provide any input on
8    advertisements for the film?
9         A    You mean specifically the content of the
10   advertisement?
11        Q    Correct.
12        A    Yeah, I don't know whether he did or
13   didn't.
14        Q    Did Salem discuss the creation of these
15   ads with TTV?
16        A    Not to my knowledge.
17        Q    So moving on to the second bullet point,
18   booking interviews, did Salem discuss interviews
19   with Dinesh D'Souza?
20        A    Yes.
21             MR. BYRNSIDE:  Object to the form.
22   BY MS. QIN:
23        Q    And what was the content of those
24   discussions?
25        A    Well, I don't know specifically other than

1    and social media with Dinesh D'Souza?
2         A    I believe we did probably have some
3    discussion.  I was not a participant in that
4    discussion.
5         Q    Are you aware of what was discussed
6    between Salem Media and Dinesh D'Souza?
7         A    It's kind of a broad question.  I would
8    need more specifics.
9         Q    In terms of -- you said that Salem Media
10   had discussed the ways that the film 2000 Mules
11   would be promoted on digital and social media with
12   Dinesh D'Souza; is that correct?
13        A    Yes.
14        Q    What did Salem and Dinesh D'Souza discuss
15   with respect to the film's digital and social media
16   promotion?
17        A    Well, I don't know specifically how to
18   answer that question, but in general, Dinesh was our
19   partner in making this movie.  We wanted to make
20   sure it was promoted properly.
21        Q    Did Dinesh D'Souza provide input on how
22   the film would be promoted on digital and social
23   media?
24        A    Yes, in general he did, but I don't know
25   of anything specific.

CONFIDENTIAL

Page 75

1           MR. BYRNSIDE:  Object to form.
2           THE REPORTER:  I'm sorry, was there an
3   objection?
4           MR. BYRNSIDE:  I objected to the form,
5   Robyn.  Thank you.
6   BY MS. QIN:
7       Q   Did Salem have any conversations with TTV
8   regarding the 2000 Mules book?
9       A   If we did, it would have been with our
10  legal.  It wasn't anything I had -- I'm not aware of
11  it.
12      Q   What was Salem's role regarding the
13  publication of this book?
14          MR. BYRNSIDE:  Object to the form, scope.
15  You can answer.
16      A   We didn't have a big role, not Salem.
17  Regnery was a different division, and so no, we
18  didn't have a lot to do with it.  It was mainly a
19  Regnery thing.
20  BY MS. QIN:
21      Q   So did Dinesh D'Souza ask Regnery to play
22  a role in publishing this book?
23          MR. BYRNSIDE:  Object to the form,
24  foundation, scope.
25      A   Yeah, I mean, David Evans, who was our