# EXHIBIT D

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ANDREWS,                    )  No. 1:22-cv-04259-SDG
                                 )
         Plaintiff,              )
                                 )
v.                               )
                                 )
DINESH D'Souza, et al.,          )
                                 )
         Defendants.             )
_____  )

VIDEOTAPED DEPOSITION OF BRUCE SCHOOLEY

October 22, 2024
9:34 a.m.
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia

Reported by:  Marcella Daughtry, RPR, RMR
              CA CSR 14315
              GA No. 6595-1471-3597-5424

1     probably what I was thinking.
2         Q    Okay.  And then just below that, you say, "We
3     need a couple of investigators to hit the street."
4         A    Uh-huh.
5         Q    "They could be on screen."
6              And then you say, "There must be an army in
7     each of these cities that are concerned with what
8     happened.  Republicans in each city should know some of
9     them.  Isn't there a boat load of affidavits?  Let's find
10    them with help from local Republicans."
11             What affidavits were you referring to?
12        A    Well, at the time, this was after the 2020
13    election, and there were, from my reading, thousands of
14    affidavits that had been given up by people who were --
15    who had witnessed what they considered to be election
16    integrity violations.
17        Q    Okay.
18        A    Tens of thousands, and so that was that.
19        Q    Okay.  Did you ever obtain any of those
20    affidavits?
21        A    No.  We -- I mean, I didn't.  I don't know if
22    Gregg did or Dinesh did or anybody else did, but I
23    didn't.
24        Q    Okay.  And so just to take a step back about
25    the film production process, could you list the members

1  of the team who worked on the film production?
2     A   It was Dinesh and Debbie, me, Nathan, and --
3     Q   That's Mr. Nathan Frankowski?
4     A   Nathan Frankowski, uh-huh.
5          And then we'd hire camera, locations, cast
6  coordinators. You know, it's a bunch of people to get a
7  film made. But the core people are -- are Debbie,
8  Dinesh, Bruce, and Nathan.
9     Q   Okay.
10    A   And then in this situation, we had impact --
11  input from -- some input on a limited basis from Salem
12  and from True the Vote.
13    Q   Okay.
14    A   Very limited.
15    Q   And so what was Mr. Frankowski's role?
16    A   He is a -- primarily a cinematographer. He
17  works with me on cutting the film and putting it together
18  and getting the -- getting the footage produced and -- I
19  mean, graphics and sound. He does -- he does a temporary
20  score before we hand it off to the composer.
21    Q   Okay. And was there anyone else that he worked
22  with on graphics?
23    A   Frank Lamont, who owns a graphics company, and
24  he -- it's a very small team. I think it's him and his
25  son and somebody else.

1  Q   Okay.  And what was your understanding of the
2  role that Ms. Engelbrecht and Mr. Phillips would have in
3  the production of the film?
4  A   I mean, they -- they generated the initial
5  primary research.  They were to provide videos based upon
6  the research.  They were -- I mean, I'm looking -- I'm
7  thinking of the contract they signed.  I mean, during the
8  conversations and things, they would give us -- she would
9  give us input or he would give us input on -- on
10 different ideas, but it was limited after they provided
11 the research and the -- and the video.
12 Q   Okay.  And what's your understanding of the
13 relationship --
14 A   Limited on my -- just let me be clear.  It was
15 limited for me.
16 Q   Okay.  Okay.  So who -- was there someone else
17 who was having more interaction with them?
18 A   Dinesh and Debbie would have more interaction
19 with them.
20 Q   Okay.  And when they provided the research,
21 what exactly did they provide?
22 A   He gave us the results of his research, and it
23 was provide -- it was disclosed during the interview.  I
24 asked him if he had the -- I mean, research is a big
25 thing, so I asked him if he had -- I mean, I may be

```
                                                      Page 31
 1        Q    Okay.  And when -- when you were -- so -- so --
 2   sorry.  Other than True the Vote and OpSec, was there any
 3   other research that was done for the film?
 4        A    During this time, the entire country was
 5   talking about this.  So I don't know what your definition
 6   of research is, but everybody was -- was obsessed with
 7   these issues, and so it was like 20,000 people jointly
 8   communicating about this all the time.
 9        Q    Okay.  And did you ever consider hiring
10   undercover journalists to obtain material for use in 2000
11   Mules?
12        A    We did consider it, and then we didn't do it.
13   We were going to send them in to some of these activist
14   locations to see what we got, and we decided not to do
15   that.
16        Q    After 2000 Mules, have you ever done that
17   since, hired undercover journalists to look into election
18   fraud?
19        A    You'd have to -- I have not done that.  You
20   would have to speak with Dinesh and Debbie about that or
21   other people.
22        Q    Okay.  Let's show -- we're gonna show you
23   Plaintiff's Exhibit No. 89, which is Bates number
24   DDR-00018795.
25             So just take your time to look over that.
```

1   bit more.  And I recall you said that you received one
2   batch of surveillance video that Mr. Phillips described
3   as being about 70 videos, but you said only 15 or 20 of
4   them were useable, correct?
5       A   As far as my recollection.
6       Q   Okay.  And did you ask for any more videos
7   after that?
8       A   Constantly.
9       Q   Okay.  And how many times -- I mean, did they
10  ever provide you with more videos?
11      A   Yes.
12      Q   How many times do you recall that they --
13      A   I believe we got --
14      Q   -- provided you?
15      A   I believe we got one more batch towards the end
16  of March.
17      Q   Okay.  So they only provided you with videos
18  twice?
19      A   Yes.
20      Q   Okay.
21      A   That's my belief.
22      Q   Okay.  And when you received videos from them,
23  what was your understanding of the criteria that were
24  used to choose those videos?
25      A   They were videos of mules, and the criteria was

Page 41

1    Q    Okay.  And was it your understanding that TTV
2    or OpSec knew who these people were in the videos?
3    A    No.  We knew that they didn't know who they
4    were.
5    Q    Okay.  Were gonna mark a new exhibit,
6    Plaintiff's Exhibit No. 113.  The Bates number is
7    DDR-00020015.
8         MR. EVANS:  What was the number you said?
9         MS. BALLIETT:  The -- the Exhibit --
10        MS. HYLAND:  113.
11        MS. BALLIETT:  -- 113.
12        MR. EVANS:  113?
13        MS. BALLIETT:  Yeah.
14        THE WITNESS:  It's not that we knew that they
15   didn't know.  We had -- we were never told that they
16   knew.  I do not -- I do not -- that was not the thing
17   that we were doing, was identifying people.  So we never
18   talked about it.  It was just -- it was just not a thing.
19        (Deposition Exhibit No. 113 was marked for
20   identification.)
21   Q    BY MS. BALLIETT:  And then, yeah, if you could
22   take your time --
23   A    We didn't know --
24   Q    -- to look at that.
25   A    Yeah, we did not know who these people were.

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400

Page 42

1     Q    Okay.
2     A    I mean, we -- we knew that they were people who
3  had gone to multiple places.  I do not know one name of
4  these people.
5     Q    Okay.  So in your e-mail to Mr. -- Mr.
6  Frankowski, you say -- when you say, "We know who these
7  people are and video shows them dropping handfuls of
8  ballots into boxes" --
9     A    We know --
10    Q    -- what did you mean by --
11    A    We know that these people are mules.
12    Q    Okay.
13    A    Yeah.  I mean, The New York Times article, two
14 reporters got 10,000 -- 100,000 bits of cell phone data,
15 and they were able to, using the Internet, find out who
16 these people were.
17         We never had any interest in doing that, like
18 zero.  I had no interest in knowing who any of these
19 people were, and we didn't do anything to find out who
20 they were.
21    Q    Okay.  Whose job was it to select the
22 surveillance video clips that were gonna be used in the
23 film?
24    A    It was very, very limited, so we used almost
25 all of them that were useable.  But that would -- that

Page 43

1    would have been primarily Nathan, and also me.
2         Q    Okay.  And so what criteria did you base your
3    decisions about which clips to use on?
4         A    Any ones that were -- that you could tell what
5    the hell they were doing, of what the people were doing.
6    I mean, some of them were so fuzzy and stuff you couldn't
7    see anything.
8              But so the -- the more you could -- you could
9    understand what they were doing by watching it,
10   especially ones where they were dumping in multiple
11   ballots, that's why we used them.
12             THE REPORTER:  That's what?
13             THE WITNESS:  We used those.  That's why we
14   used those.  We used basically everything that they sent
15   us that was useable.
16        Q    BY MS. BALLIETT:  Okay.  And -- and so when
17   they sent you that first batch, you took everything that
18   was useable from it and put it into a movie?
19        A    You would have to ask Nathan.
20        Q    Okay.  Did you re-create any surveillance video
21   for the film?
22        A    Yes.
23        Q    And why did you do that?
24        A    Because we needed more video, but also it
25   was -- we needed -- we needed like a theme guy, a theme

Page 69

1       1,000 videos?
2              A    No, no, no, no.
3              Q    Do you recall how many they provided?
4              A    We got a second group of videos like
5       March 20th, 25th, 30th of, I think like 15 or 17.
6              Q    Okay.
7              A    Yeah.
8              Q    And whose job was it to make the collage?  Was
9       that Nathan?  Mrs. D'Souza says, "Work with Nathan on
10      this."
11             A    Yeah, it was Nathan.  He probably worked with
12      Frank on that, but Nathan -- Nathan and I talked about
13      it.  You don't -- these things are on the screen for a
14      very short period of time, so we just took the footage
15      that we already had from them and this -- and the new
16      footage, and used that as the basis of it, and we just
17      multiplied it out.  We didn't -- we never needed a
18      thousand.
19             Q    Okay.
20             A    We had -- we barely had enough, but we had
21      enough.  I mean, we had enough because that's what we
22      used and it worked.
23             Q    Okay.  And by "it worked," you mean it -- it
24      had the intended effect of showing that there were many
25      videos?

1    Q    Okay.  And do you know whether those -- that
2    second batch of surveillance video was used for anything
3    else other than that collage in the movie?
4    A    We used it in -- we used it in the film, yes.
5    Q    So you didn't --
6    A    There is evidence of -- of visual, a video of
7    mules, yeah.
8    Q    Okay.  So you used those videos for more than
9    just the collage?
10   A    Yeah.
11   Q    Okay.  Let's switch gears a little bit and talk
12   about who had editorial input into the film.
13   A    Dinesh -- I mean, that's a great big open --
14   editorial input is like -- I mean, who made the editorial
15   decisions?  Or input is like everybody inputs.
16   Q    Okay.  And who had the final say?
17   A    The final final is Dinesh.
18   Q    Okay.  And did -- did True the Vote have any
19   say in what went into the film or what was said in the
20   film?
21   A    I mean, we interviewed them.
22   Q    Right, but --
23   A    And they had say as to what the research
24   concluded, and they had -- their other form of input was
25   the video that they gave us.

Page 80

1    Q   Okay.  And did they ever provide you with
2  feedback about things they wanted changed in the movie?
3    A   No.  They wanted -- at the end, they wanted to
4  put their logo at the end and a QR code.  And I sent them
5  an e-mail saying that I was gonna list them as executive
6  producers, and they didn't object, so and we did that.
7         And I didn't have a lot to do with them, but my
8  relationship with them was always fairly positive.  I
9  mean, I think they are genuine people, and I have pretty
10 good respect for both of them.  Still do.
11   Q   So was it your decision to list them as
12 executive producers?
13   A   We suggested that.  How that works is, is maybe
14 Dinesh said it or I said it or Debbie said it, do you
15 think they want to be executive producers?  So I sent
16 them an e-mail saying, this is what we are gonna do in
17 credits at the end, and what do you think?  And if they
18 say, no, we don't list them as executive producers.  And
19 if they say something else, we change it.
20        I do that every film with most key people, and
21 everybody changes a little bit all the time, so that's
22 why I do it.
23   Q   Okay.  Did Salem have any input into the
24 content of the film?  Did they ever ask you to change
25 anything in the film?

Page 88

1    and I didn't get a lot -- I didn't hear a lot, but I do
2    remember he laughed at the -- when we blurred the dog.
3    Somebody told me he laughed.
4        Q   Okay.  And when you talk about the dog being
5    blurred, is that -- was that something that -- without
6    disclosing the advice of your counsel, why did you blur
7    the face of the dog in the film?
8        A   We were -- there were three of us who were
9    obsessed with not identifying anybody.
10       Q   Okay.  And who -- which three of you was that?
11       A   It was Bruce, it was Debbie, and it was
12   Catherine.
13       Q   Okay.  And -- and so I take that to mean that
14   Mr. D'Souza was not in agreement with you on that?
15       A   No, it wasn't that he wasn't in agreement.  He
16   wasn't obsessed with it.
17       Q   Okay.
18       A   Yeah.  But we were obsessed with it.
19       Q   Okay.  And why were you obsessed with it?
20       A   Because the point was never to come down hard
21   on any individual or to -- it wasn't about this person or
22   that person violating the -- violating some law.  It was
23   about, is there or is there not a systematic, widespread
24   effort to change the outcome of this election with the
25   use of -- that involves -- one piece of it involves these

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400

1    don't expect it to be long.  I think -- I'm hoping maybe
2    ten minutes.
3            THE VIDEOGRAPHER:  Do you want to go off the
4    record?
5            MS. HYLAND:  Yeah, we can go off record.
6            MS. BALLIETT:  Yeah, yeah, we can go off the
7    record.
8            THE VIDEOGRAPHER:  The time is 12:10 p.m.  We
9    are now off the record.
10           (The deposition was at recess from 12:10 p.m.
11   to 1:33 p.m.)
12           THE VIDEOGRAPHER:  The time is 1:33 p.m.  We
13   are back on record.
14       Q   BY MS. BALLIETT:  Okay.  So Mr. Schooley, when
15   the movie was being made, how often did you communicate
16   with True the Vote?  And by that I mean True the Vote,
17   Ms. Engelbrecht, or OpSec, Mr. Phillips, any of them?
18       A   Very seldom.  I would say when the movie is
19   being made, maybe, you know, three, four times, five
20   times.  I mean, we -- I communicated to them on set when
21   we were.  And but after that, maybe two or three Zoom
22   calls.
23       Q   Okay.  And do you know whether Mr. Frankowski
24   communicated with them?
25       A   I think he had limited e-mails.  You have to

Page 115

1    him about that.
2        Q   Did you ever ask Mr. Phillips or
3    Ms. Engelbrecht to provide geo-tracking data to determine
4    whether this was in fact the same person?
5        A   You mean after the lawsuit?
6        Q   Yes.
7        A   No.
8        Q   Okay.  Okay.  So if you are asking
9    Mr. Frankowski to look into this, was there a particular
10   reason why you didn't ask?
11       A   No, I asked him to send me the two clips.
12       Q   Right.  So is there a particular reason why you
13   didn't ask Mr. Phillips or Ms. Engelbrecht to --
14       A   I'm not in communication with them.
15       Q   Okay.
16       A   Yeah.
17       Q   Do you know whether --
18       A   I literally have no communication with them for
19   years.
20       Q   Okay.  So after the lawsuit was filed, you
21   haven't spoken to them?
22       A   No.  And I would be afraid to talk to them
23   after the lawsuit was filed.
24       Q   Why is that?
25       A   I just think you -- people shouldn't -- I don't