# EXHIBIT F

Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 2 of 19

MARK ANDREWS Conf.                                          October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                             1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

MARK ANDREWS,                    ) No. 1:22-cv-04259-SDG
                                 )
        Plaintiff,               )
                                 )
v.                               )
                                 )
DINESH D'SOUZA, et al.,          )
                                 )
        Defendants.              )
_____)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF MARK ANDREWS

October 25, 2024
9:57 a.m.
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia

Reported by: Marcella Daughtry, RPR, RMR
             CA CSR 14315
             GA No. 6595-1471-3597-5424



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 3 of 19

MARK ANDREWS  Conf.                                      October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                         47

```
 1   withdraw your application?
 2        A    I -- knowing me, I would have, but I don't
 3   recall.
 4        Q    If I asked Rohan to tell me everything he knows
 5   about you applying to Cox Enterprises, what would he say?
 6        A    I don't know.
 7        Q    Other than this position at Cox Enterprises,
 8   have you applied to any other position in the last four
 9   years?
10        A    I don't recall.
11        Q    You don't recall if you --
12        A    I don't believe I have, no.  But there have
13   been opportunities that I'd consider entertaining, but I
14   did not.
15        Q    And what are those opportunities?
16        A    Similar roles around town.
17        Q    So do you or do you not intend to retire at
18   NCR?
19        A    Currently at this moment, I do.  But things
20   change.
21        Q    So we talked to a number of people that you
22   worked with, and you indicated you worked with these
23   individuals, and we asked them about you and about "2000
24   Mules", and they testified that they had never seen the
25   movie or heard of the movie other than you telling them
```



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 4 of 19

MARK ANDREWS  Conf.                                       October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                           48

1   about it.
2           Do you have any reason to dispute that?
3       A   No.
4       Q   And they also testified that they had not
5   treated you any differently because of the movie.
6           Do you have any reason to dispute that?
7       A   No.
8       Q   And they also testified that they are not aware
9   of anyone at NCR treating you any differently because of
10  the movie.
11          Do you have any reason to dispute that?
12      A   No.
13      Q   Is there anyone other than the people that
14  you've identified in your interrogatories that would say
15  that anyone at NCR has treated you any differently
16  because of the movie?
17      A   I don't know.
18      Q   How can you find out?
19      A   I wouldn't be able to find out, I don't
20  believe.
21      Q   I'm asking your personal knowledge.
22      A   I don't know what people think about me, other
23  than the ones -- individuals that I work with.
24      Q   So other than the individuals that you've
25  identified, you can't identify anyone else that would



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 5 of 19

MARK ANDREWS  Conf.                                October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                   57

```
 1      Q    So the premier of "2000 Mules" in May of 2022
 2   did not affect or stop you from voting in the 2022
 3   primary or general election, did it?
 4      A    No.
 5      Q    Did anyone ever tell you not to vote?
 6      A    No.
 7      Q    Then why did you not vote in 2023 or 2024?
 8      A    I don't recall the reason why.
 9      Q    Did you vote in 2023 or 2024?
10      A    I did not vote in 2024.
11      Q    And why not?
12      A    I think that we -- we missed the timing for
13   getting the ballots, the mail-in ballots to be sent to
14   our home, and I was not gonna vote in person.
15      Q    And so you -- you would have voted but for
16   missing the timeline to get the mail-in ballots, right?
17      A    Yes.
18      Q    Do you plan to vote in the 2024 general
19   election?
20      A    Yes, I have already voted.
21      Q    In your interrogatory responses, you indicated
22   that the first time you discovered "2000 Mules" was from
23   a text from a lady named Amy Gardner on May 16th, 2022;
24   is that right?
25      A    Yes.
```



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 6 of 19

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                        64

1  lawsuit against "2000 Mules"?
2       A   I do not.
3       Q   Do you have any reason to say that that one is
4  not also related to your lawsuit?
5       A   Atlanta area man -- well, yes, I'd say that it
6  does.
7       Q   So the first one, two, three, four, five,
8  six -- seven are all topics, when you Google your name,
9  are all related to your lawsuit; is that correct?
10      A   Yes.
11      Q   And is it still your testimony that your
12 lawsuit did not reduce your privacy?
13      A   I guess it depends on what your definition of
14 reduced privacy is.  When my name became public after the
15 Georgia Board of Elections identified me as the
16 individual, my private life was over.
17          When I was put into a movie where they showed
18 me, defaming me, showing this movie all over the world,
19 churches, all over, my privacy was -- was gone.
20      Q   Will you please tell me the name of any other
21 person whose video of a drop box was shown in "2000
22 Mules"?
23      A   Could you repeat the question?
24          MR. EVANS:  Will you read that back.
25          (The requested portion of the record was read



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 7 of 19

MARK ANDREWS  Conf.                                      October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                         65

```
 1  by the court reporter.)
 3           Will you please tell me the name of anyone else
 4  who was shown putting ballots in a drop box in the "2000
 5  Mules" movie?
 6       A   I don't know of anyone's name.
 7       Q   So is it still your testimony that your blurred
 8  video being shown in "2000 Mules" is the reason why
 9  people know your name or the fact that you filed this
10  lawsuit?
11       A   My name, again, was known at the Georgia Bureau
12  of Investigation, election investigation.  I filed an
13  affidavit.  I signed it.  That's how Amy Gardner reached
14  out to me via my text phone.  So my name was already out
15  there after that hearing because it's public
16  information.
17       Q   So I'll now hand you -- I think this is 7.
18           (Deposition Exhibit No. 7 was marked for
19  identification.)
20       Q   BY MR. EVANS:  If you could please take a look
21  at that.
22       A   I read it.
23       Q   And what is that document?
24       A   It looks like an instant message.
25       Q   And who is it from?
```



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 8 of 19

MARK ANDREWS  Conf.                                       October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                           75

1       Q    Have you ever spoken to Amy Gardner?
2       A    No.
3       Q    Did you attempt to find out how Amy Gardner got
4  your phone number?
5       A    No.
6       Q    Why not?
7       A    I just didn't.
8       Q    And when was this text message from Amy Gardner
9  received?
10      A    It says on this document 5/16/2022.
11      Q    And is that when you received the text message
12 from her?
13      A    If that's what it says here.
14      Q    So prior to May 16th, 2022, you had never heard
15 of the movie "2000 Mules"?
16      A    Correct.
17      Q    Prior to May 16th, 2022, you had never seen any
18 interviews about the movie "2000 Mules", have you?
19      A    I don't recall, no.
20      Q    Prior to May 16th, 2022, you had never --
21 strike that.
22           Prior to May 16th, 2022, you were unaware of
23 any image of you being used in relation to "2000 Mules",
24 were you?
25      A    I'm just thinking.  I know when I got this text



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 9 of 19

MARK ANDREWS  Conf.                                October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                    76

1  message, my wife and I, we Googled "2000 Mules", and then
2  we saw the trailer, and then we saw my image in it.  And
3  my wife was mortified, and I was horrified because of the
4  fact that what the trailer said that I did.
5           So prior to me getting this text, I had no idea
6  what "2000 Mules" was.
7       Q   And just so I make sure that the question is
8  answered.  Prior to -- prior to May 16th, 2022, you had
9  no knowledge of any image --
10      A   I don't recall --
11      Q   -- being used --
12      A   -- any knowledge.
13      Q   You've got -- remember, we are playing catch.
14 You've got to let -- before you can throw it back, you've
15 got to have the ball.  Let me finish.  I'm trying to do
16 the same for you.  It's hard.
17          Prior to May 16th, 2022, you had no knowledge
18 of any image being used that showed you in relation to
19 "2000 Mules", did you?
20      A   Yeah, I -- I don't recall, because I know when
21 this all came about, we went to the Internet, and then
22 that's when we saw the image.  We saw, you know, the
23 trailer and et cetera.  So it could have been thereabout
24 this time.
25          And then when she had got my number and text



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 10 of 19

MARK ANDREWS  Conf.                                          October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                             86

1    Q   Have you ever met or talked to Catherine
2  Engelbrecht?
3    A   Never.
4    Q   Have you ever met or talked to Dinesh D'Souza?
5    A   No.
6    Q   Have you ever met or talked to Gregg Phillips?
7    A   No.
8    Q   Have you ever met or talked to a representative
9  at True the Vote, Inc.?
10   A   No.
11   Q   Have you ever met or talked to a representative
12 of D'Souza Media?
13   A   No.
14   Q   And I'll talk to the -- talk about those
15 collectively as defendants.  Have you ever done anything
16 to them to make them have malice towards you?
17   A   Have I ever done anything to them to make them
18 have malice towards me?
19   Q   Yes.
20   A   I don't know them.
21   Q   Is there any reason why they would have any ill
22 feelings towards you?
23       MR. DAVIDSON:  Objection.
24       THE WITNESS:  I don't know.
25   Q   BY MR. EVANS:  Would you agree with me that



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 11 of 19

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                       95

1   done to you."  Also her daughter, she mentioned that she
2   was vividly upset about it.
3        Q   And -- and so she said she saw it after you
4   talked to her --
5        A   Yeah, it was after.  Yeah, I mentioned it to
6   her, yes.
7        Q   And Bryan Beasley, do you have any personal
8   knowledge about him seeing the trailer or movie?
9        A   I believe he saw the trailer.  I don't know
10  about the movie.
11       Q   And that was after you talked to -- talked to
12  him about the movie?
13       A   Yes.
14       Q   Is there -- and that's everyone you have for
15  your interrogatories.
16           Is there anyone else that has identified you in
17  the movie "2000 Mules" or -- or anything else?  Any other
18  clips, interviews, anything?
19       A   Not that I'm aware of.
20       Q   And so the only individuals are the ones we
21  just named that have identified you in relation to "2000
22  Mules" or interviews, right?
23       A   Those are the only ones that I'm aware of.
24       Q   And all of these people only identified you
25  after you talked to them about the movies, right?



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 12 of 19

MARK ANDREWS  Conf.                                      October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                         96

1      A   Yes.
2      Q   And so no one has identified you in "2000
3  Mules" or any related interviews without you first
4  talking to them about the movie, right?
5      A   I don't know that.
6      Q   But to your knowledge, there's no one?
7      A   To my knowledge.
8      (Deposition Exhibit No. 11 was marked for
9  identification.)
10     Q   BY MR. EVANS:  I'll hand you, Mr. Andrews,
11 Defendants' Exhibit 11.  And take your time.
12     Do you recognize that document?
13     A   It looks like a message to my daughter.
14     Q   Do you know who Ali Swenson is?
15     A   No.
16     Q   Did you ever talk to Ms. Swenson?
17     A   No.
18     Q   Did your daughter ever talk to Ms. Swenson?
19     A   No.
20     Q   Did anyone in your family ever talk to
21 Ms. Swenson?
22     A   No.
23     Q   Why did she reach out to your daughter and not
24 you?
25     A   That's a good question.  I don't know.



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 13 of 19

MARK ANDREWS  Conf.                                    October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                      114

1    A    I said, I believe I already answered it.
2    Q    You can answer again.
3    A    I don't recall someone talking about voter
4    integrity.
5         Now, if you are talking about there being fraud
6    in the election from 2020, yes.  In my mind, those are
7    two different things.
8    Q    And how are those different?
9    A    Because one is talking about fraud, and
10   specifically "2000 Mules" was part of that fraud that was
11   alleged, and I was the poster child for that movie, book,
12   so yes.
13   Q    So you do recall a lot of people talking about
14   election fraud, right?
15   A    Yes.
16   Q    And you would say election fraud was an issue
17   that the public was concerned about, right?
18   A    They were talking about it on the news.
19   Q    And you would agree with me that if stuff is
20   being talked about on the news, it's because people have
21   concerns about or interest in that topic, right?
22   A    I mean, they are talking about cats and dogs in
23   Ohio.  Everybody didn't have interest in that and wanted
24   to know about that, so I don't know.
25   Q    Why do you keep using the cats and dogs?  Why



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 14 of 19

MARK ANDREWS  Conf.                                         October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                           116

1  individuals who were putting out the book.  There was a
2  notice given, but they continued to put my face in the
3  book.  They continued to keep me in the video, and they
4  continued to spill lies about me saying that I committed
5  voter fraud, and I did not.  And from my perspective,
6  that's misinformation, because that was not true about
7  me.
8      Q   What all news channels and publications do you
9  recall talking about voter fraud in 2021 and 2022?
10     A   Okay.  I don't recall.  There were -- there
11 were several news after they stormed the capital in 2021,
12 and -- but I don't -- there were several news channels.
13 I mean, publications, I don't read publications, so...
14     Q   So you -- you recall a -- a lot of people
15 talking about voter fraud, but you don't recall the news
16 channels that were --
17     A   I can recall --
18     Q   -- talking about it?
19     A   -- a few; CNN, MSNBC.
20     Q   So CNN and MSNBC were talking about voter fraud
21 in 2021 and 2022?
22     A   Based on my recollection, yes.
23     Q   Was Fox News talking about voter fraud in 2021
24 and 2022?
25     A   I don't know.



1   whoever has read the book or saw the movie sees me in a
2   different light than what I truly am, and so that's how
3   it's impacted my life.
4        Q   And we -- we asked you all the times that
5   people had called you, and I believe Amy Gardner called
6   you, you said.  But you didn't -- is there anyone else
7   other than Amy Gardner has called you about this case?
8        A   I don't know, because on my phone if I have a
9   foreign number, I don't pick it up.  And if Amy would
10  have called me, I wouldn't have picked it up.  She text
11  messaged me.
12       Q   So do you have any personal knowledge of anyone
13  other than Amy that has texted or called you about "2000
14  Mules" or any interviews about it or related to it?
15       A   No.
16       Q   And has anyone ever sent you an e-mail other
17  than the ones that you produced about your image being
18  used in "2000 Mules" or related interviews?
19       A   Not that I'm aware of.
20       Q   Has anyone ever sent you snail mail about "2000
21  Mules" or the affiliated entities and your image
22  allegedly being used?
23       A   What do you mean by "snail mail"?
24       Q   Like postal mail, you know, your mailbox?
25       A   No.



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 16 of 19

MARK ANDREWS  Conf.                                         October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                           126

1    Q   Has anyone communicated with you in any other
2  way because of your image in "2000 Mules" or related
3  videos?
4    A   Not that I'm aware of.
5    Q   So how has this movie negatively impacted you
6  when nobody has called you, nobody sent you an e-mail, or
7  communicated with you in any other way?
8    A   You are talking physical contact.  I'm talking
9  the fact that I have to think about this every time I go
10 out of my house.  My family has been put in harm's way
11 because of this movie.
12       So no, no one has run up on me, and I can't
13 speculate if someone is gonna do that tomorrow or not,
14 but it's still in my head.  I have to think about that
15 every time I go anywhere, that someone may identify me
16 and may, you know, do something harmful to me and my
17 family.  I don't have Secret Service walking around with
18 me.  I don't have security guards walking around with me.
19   Q   Has anyone ever put you in harm's way because
20 of the movie or affiliated interviews?
21   A   No.
22   Q   Has anyone ever recognized you in a grocery
23 store?
24   A   Not that I'm aware of.
25   Q   Have you ever seen a psychiatrist?



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 17 of 19

MARK ANDREWS  Conf.                                          October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                            135

```
 1  something?
 2       A   Yeah, it's a HEPA filter.  That's what they're
 3  called.
 4           (Deposition Exhibit No. 16 was marked for
 5  identification.)
 6       Q   BY MR. EVANS:  And I'll refer you -- do you
 7  recognize that document?  I believe I -- I don't know if
 8  I've handed you these or not, but take your time and look
 9  at them.  These are your interrogatories, supplemental
10  interrogatories, and I will refer you to Interrogatory
11  No. 12, which is on 17.
12       A   It's on page 17?
13       Q   That's correct.
14       A   Okay.
15       Q   And Interrogatory No. 12 asks:  Any individual
16  that's attempted to enter your home, cased or surveil
17  your home as you approach or followed without
18  authorization, and you name one instance in the summer of
19  2023.  On one occasion where you drove up, you noticed an
20  individual who appeared to be looking at your home.  It
21  was unusual.  As you drove up, the other individual drove
22  away, departed the -- the cul-de-sac.
23           You didn't talk to this person, right?
24       A   No.
25       Q   You didn't see this person?
```



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 18 of 19

MARK ANDREWS  Conf.                                            October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                             136

1      A    I saw them in the truck.
2      Q    And do you know their name?
3      A    No.
4      Q    They didn't come up to you and talk to you?
5      A    No.
6      Q    You don't have any personal knowledge that this
7  person was watching you or waiting on you, do you?
8      A    No.  It was just odd that they were out in
9  front of my house.
10     Q    And the person could have just been making a
11 delivery or waiting on directions or something else,
12 couldn't they?
13     A    They didn't seem to be -- make a delivery.
14 They could have been waiting on something else, but...  I
15 live in a cul-de-sac, so it was more on my property line
16 versus my neighbor's property line, looking at my house.
17     Q    And this is the only instance where any
18 individual has attempted to enter your home, case or
19 surveil your home, phoned you, approached you or followed
20 you without authorization since May of 2022, right?
21     A    That I'm aware of, yes.
22     Q    And you have no personal knowledge that this
23 person sitting in your cul-de-sac was anywhere related to
24 "2000 Mules" or any of the affiliated interviews, do you?
25     A    No.



Case 1:22-cv-04259-SDG   Document 279-8   Filed 12/20/24   Page 19 of 19

MARK ANDREWS  Conf.                                       October 25, 2024
MARK ANDREWS vs DINESH D'SOUZA                                         144

1    A   Well, the fact that I am depicted as a
2    criminal.  I am depicted as -- as an individual who --
3    all sorts of horrible things.  You know, I choose not to
4    go vote in person because I don't want to be confronted
5    or there to be a confrontation with someone with me.
6        Q   Has anyone ever confronted you at a polling
7    location?
8        A   I haven't been to a polling location since
9    before -- since after COVID.
10       Q   Has anyone ever confronted you about voting?
11           MR. DAVIDSON:  Objection.
12       Q   BY MR. EVANS:  You can answer.
13       A   I don't understand the question.
14       Q   Has anyone ever confronted you about voting?
15       A   You mean physically confronted me?
16       Q   In any way.
17       A   Yeah, I don't vote in person, so they wouldn't
18   have the opportunity to do that.
19       Q   Has anyone ever threatened you about voting?
20       A   No.
21       Q   Have they ever intimidated you from voting?
22       A   Individuals, no, but I've changed my voting
23   habit because of this video and this movie.
24       Q   What amount of money do you think makes you
25   whole?

