# EXHIBIT K

CONFIDENTIAL

Page 1

1       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                  ATLANTA DIVISION
3
4  MARK ANDREWS,
5       Plaintiff,
                                   CIVIL ACTION FILE
6  vs.
                                   NO. 1:22-cv-04259-SDG
7  DINESH D'SOUZA, et al.,
8       Defendants.
9
10
11
12
13               **CONFIDENTIAL**
14
15            VIDEO DEPOSITION OF
16             NATHAN FRANKOWSKI
17             November 5, 2024
18                 9:35 a.m.
19       TAKEN BY REMOTE VIDEOCONFERENCE
20   Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
21
22
23
24
25

1     further along than others, I'd say.
2          Q    So let's talk a little bit about, then,
3     that film specifically.  You say it was farther
4     along.  At what point did you first get asked to
5     become involved with the Mules film?
6          A    I think it was in January.  It was after I
7     moved here, and -- yeah, so I would say early
8     January, maybe 3rd or 4th.
9          Q    And when they presented the film to you,
10    how did they describe it?
11         A    Kind of like a thriller, I guess, in the
12    sense that it was a -- they had some kind of --
13    "thriller" is my term.  I'm always trying to look
14    for a cinematic way into films, but I guess how I
15    viewed it -- I can't really say how they sold it,
16    but what got me interested into it was it felt kind
17    of like a crime thriller, and that they had evidence
18    of people doing nefarious acts around voting.
19         Q    And were you familiar with the claims
20    about the 2020 election that were in the public
21    discourse around that time?
22         A    Yeah, I think anyone with an Internet
23    connection was familiar with what people were
24    claiming happened during the 2020 election.
25         Q    And what was your own perception of that?

1    A    There's a lot of -- you'd have -- there's
2    a lot more available to you to steer a story,
3    compared to a narrative film.
4         With a narrative film, you have a script,
5    you have shot footage that fits inside that script,
6    and you're kind of put on a path.  With
7    documentaries, you can really open up different
8    avenues, add footage.  You can add stock footage
9    from news clips.  You can easily pivot, I'd say, and
10   go and interview someone else if something interests
11   you during the edit, so there's a lot more -- it's a
12   lot more open, I'd say, than a narrative film.
13   Q    And for the cinematography part of your
14   role, can you describe a little bit more about what
15   specific responsibilities fall under that?
16   A    You're talking about for the 2000 Mules
17   film?
18   Q    Yes.
19   A    So there was some reenactments they wanted
20   to do, which was showing how -- what Gregg's
21   geotracking might look like.  And so while he's
22   talking about that, to kind of give the audience an
23   idea of what he's got going on, they wanted to shoot
24   kind of analysts, I guess, and so I would be helping
25   set that up, visually kind of communicating what

1     analysts look like, getting the graphics ready, the
2     lighting, and getting the set.
3          Q     So then for that scene in particular that
4     you're referencing, were there any graphics that
5     existed prior to you joining the film?
6          A     There was graphics that Gregg and
7     Catherine had put together for some kind of
8     promotional video, I think.
9          Q     And why didn't you use those graphics?
10         A     They weren't up to the standard of a
11    feature film that would be potentially in theaters.
12         Q     Did any aspect of the 2000 Mules film have
13    a prewritten script for it?
14         A     There was, like, maybe an outline, but
15    because you're dealing with interviews, you can't
16    really script what someone's going to say, right?
17               But there might have been -- typically in
18    a documentary, you'd have -- you know, we go and
19    interview this guy, and then after that, we go here,
20    we go there.  I don't know if there was one for
21    Mules.
22               I typically don't work off of a script
23    with Dinesh and Bruce, so I can't -- I don't think
24    there was a thing that you'd call a script.
25         Q     And so for the editing portion of your

1   job, who did you report to for making decisions
2   about how to edit the film, or were you guiding that
3   process yourself?
4       A    No, it always goes through Bruce and
5   Dinesh, and so it's constantly uploading cuts and
6   scenes to them and see what they think.
7       Q    How frequently did you interact with them
8   during the course of making this movie?
9       A    Bruce, kind of daily, I would say.
10  Dinesh, maybe weekly.
11      Q    How much leeway did you have to propose
12  edits, changes to the film, versus it was more of a
13  top-down approach from them?
14      A    I put my best foot forward, and I try to
15  sell my ideas that way, and if they feel like it's
16  not what they like, then I just got to change to
17  what they want.  They have the final say, basically.
18      Q    And in the course of making the 2000 Mules
19  film, were there any changes that you would have
20  made that they didn't agree with?
21      A    I'm sure if I thought on it for a while, I
22  could come up with certain things, but nothing
23  offhand.
24      Q    And do you work on Dinesh's podcast at
25  all?

CONFIDENTIAL

Page 39

1      A    Yes.
2      Q    Was there anyone else that you interacted
3  with about those videos outside of those at D'Souza
4  Media?
5      A    No.
6           MR. BOISVERT:  So I would like to pull up
7  an exhibit.  This is TPNF-0002733, and this is a new
8  exhibit, so it will be the first one that we're
9  marking today, so it will be Exhibit 123.  Actually,
10 124.  Sorry.
11          (Exhibit Number 124 was marked for
12 identification.)
13 BY MR. BOISVERT:
14     Q    Do you recognize this document?
15     A    I don't recognize it, but I see what it
16 is.
17     Q    And is it a e-mail correspondence that you
18 had with Mr. Phillips and then another person named
19 John David Phillips?
20     A    I guess.
21     Q    Do you recall this e-mail?
22     A    No.  Is that his son?
23     Q    Do you know who John David Phillips is?
24     A    Well, I was trying to refresh my memory
25 how I got the footage, and I still -- I'm not sure.

Page 40

1    I know the first batch came through Dropbox, but I
2    know that Gregg was very concerned about the footage
3    and didn't trust mail or -- there was just some kind
4    of -- he was very protective of it, and I thought
5    there was -- that he suggested that his son drive it
6    to me.  I don't know if that happened.  I feel like
7    I would have remembered it, but maybe it did.  But
8    this is the second batch, so I don't know.  Or this
9    is the first batch because it's January 9th.
10        Q    And you mentioned that Mr. Phillips was
11   concerned.  What specifically was he concerned
12   about?
13        A    That this footage would get in the wrong
14   hands maybe; that it felt like what he had was very
15   special.  And also what Dinesh wanted to do, too,
16   was to -- you know, he's basing his film on this
17   footage, so if it got leaked beforehand, it kind of
18   undercuts the movie, so the footage of the mules was
19   very important.
20        Q    So then did you ever interact with JD
21   Phillips directly?
22        A    I don't remember.
23        Q    And you said that Gregg had referenced his
24   son possibly driving down, but that's not, in fact,
25   what happened?

Page 60

1  Mr. Phillips; is that correct?
2      A    Surveillance footage from drop boxes, yes.
3      Q    Do you know how he obtained that footage?
4      A    I believe in the movie, they state how
5  they did.  They petitioned the government, maybe
6  Freedom of Information Act or something like that.
7      Q    And for that -- for those videos, was that
8  something that you received early on in the movie
9  production process?
10     A    I think I received them January 9th, and
11 so that was before filming began, but pretty tight.
12 I think we started filming the week after that.
13     Q    Had you requested or had anyone at D'Souza
14 Media requested those videos prior to then?
15     A    While I was -- I think that that's always
16 been the assumption, that these videos will be a big
17 part of the film, so I guess it was requested, but
18 it's kind of like a given that they would be sent to
19 us.
20     Q    Do you know why, then, the videos were not
21 provided sooner?
22     A    Well, I got them on January 9th, so I
23 don't feel like I -- I couldn't have done anything
24 with them.  Again, I was just setting up my office,
25 so I don't feel like I was late getting the footage

1  focus or not?
2      A    I can't say either way.  I don't know what
3  that means.
4      Q    At this point in time, do you know what
5  evidence was still to be gathered that he might be
6  referring to?
7      A    I don't know.  You have to ask him.
8           MR. BOISVERT:  We can take down this
9  exhibit.
10 BY MR. BOISVERT:
11     Q    So we've already been discussing that you
12 had received a first set of videos from Mr. Phillips
13 in January of 2022.  When did you receive further
14 videos from anybody referenced previously?
15     A    It was in late March.  I think I had
16 pinpointed the date to around March 27th.
17     Q    Were those the only two dates that you
18 received video evidence from Mr. Phillips?
19     A    Yes, I believe so.  Well, there was an
20 interview that he sent us with a mule from Arizona,
21 like a testimony, and then he sent a video of a
22 police officer from Atlanta.  So he did provide
23 those videos.  I don't remember when those came in,
24 though.
25     Q    In regards to the ballot box videos, was

Page 86

1    it your understanding that D'Souza Media was still
2    waiting on additional videos to be able to complete
3    the Mules film, or was there enough included in the
4    January set, and anything that was further sent was
5    just additional evidence?
6         A    We had hoped that they would send more,
7    and I think we were under the impression that these
8    were hard to gather, not only from the soliciting
9    form of actually getting the videos, but then using
10   the geotracking to pinpoint who's who and where
11   they're going.  And so we hoped that they would have
12   more videos to show us later on.
13             We did move forward without them, but then
14   at the end, we felt more videos would help the case
15   of the film and make it more compelling, and so
16   there was requests to them.  But I think the
17   requests were always kind of in the back of our
18   head, and I think it wasn't a shock that we asked
19   for more videos.
20        Q    What about additional videos do you think
21   would have made them more -- would have made the
22   film more compelling?
23        A    Just having more video of people dropping
24   ballots at drop boxes.  At this point, the film is
25   explaining everything, what is a mule, how it's

1    geotracked, so we didn't really need to sell, you
2    know, huge nefarious-looking activities; we just
3    needed people that were geotracked at this point.
4         And I know I had a graphic where I wanted
5    to show -- I wanted to feel what 2,000 looked like,
6    and so I wanted to basically take videos and shrink
7    them down so you would see -- not 2,000, that would
8    be too many on the screen, it would just be little
9    dots, but at least hundreds.  And so to finish that
10   graphic, we requested quite a bit more of videos
11   from them.
12        Q    And why did you want to include a graphic
13   of this sort specifically?  What were you trying to
14   convey?
15        A    Scale, I believe.  Just the amount of
16   people that are involved in this operation.
17        Q    And your interpretation of the scale is
18   based on what?
19        A    The movie is called 2000 Mules, so I
20   figure, at some point, we have to represent what
21   that kind of looks like.
22        Q    But if they didn't have 2,000 videos that
23   they could send to you, how were you -- what were
24   you using to inform that you needed to increase the
25   scale of the videos that you had actually received?

1     A    I don't know if I could have done as good
2  a job communicating if I didn't get those videos, so
3  that's why we requested more videos.
4     Q    And that's because you were trying to fit
5  the videos, then, to the title being 2000 Mules, so
6  that way it was consistent?
7     A    Yeah.
8     Q    But that wasn't something that you derived
9  from the first set of videos that they had sent you
10 in any way?
11    A    Derived that there would be 2,000 more
12 coming or -- I don't understand what you're asking.
13    Q    So your request for further videos was
14 just to keep the consistent narrative that there are
15 2,000 mules that were identified, as explained
16 throughout the video?
17    A    Yeah.  2,000 isn't an exact number that I
18 was looking for.  I just was looking for more.
19    Q    And when you did receive additional
20 videos, how many more did you receive?
21 Approximately is fine.
22    A    30 maybe.
23    Q    Does getting 30 more videos, then, achieve
24 the goals of supporting the overall 2,000 mules
25 representation?

1  exhibit now.
2  BY MR. BOISVERT:
3       Q    So for the process you were describing for
4  recreating the mule footage with Mike, what was --
5  what did that process look like?  Who determined
6  what type of footage you would need to recreate and
7  go about that?
8       A    It came from the interview itself.  So
9  this individual would speak about how people would
10 steal ballots from mailboxes.  That's in the --
11 that's in the cut of the film.  And so as Bruce was
12 saying, it would be good to cut away from him, just
13 because it gets a little dull looking at this same
14 guy over and over.
15           So I would e-mail Mike or call Mike and
16 say, Mike, I need a shot of someone going into a
17 mailbox and grabbing some ballots out, and then he
18 would send me the raw footage of that, and I would
19 put it in the film.
20      Q    Was this process, then, something that
21 fell under your purview for determining what type of
22 shoots you would recreate, or was there direct
23 oversight from someone else within D'Souza Media or
24 outside?
25      A    Yeah, typically, if it's -- for an

Page 106

1  editorial need like that, I would ask Bruce for --
2  because it's going to cost money.  Mike is going to
3  charge money for this.  It's not pro bono -- that
4  would need to go through Bruce.  In terms of if it
5  works in the movie, I put my best foot forward.
6          I put it in, and I show Dinesh, and he
7  says, Oh, that's amazing, or, Oh, that sucks.  And
8  so depending on that is if it makes the cut or not.
9          If it's a big cost and a big shoot, then
10 obviously Dinesh would come in and be involved, but
11 these little cutaway stuff, he trusts us just to
12 kind of get it going and then have him look at it
13 after it's in the cut.
14   Q    And then the ultimate decision after it
15 was included would be Mr. D'Souza; is that correct?
16   A    Yes.
17          MR. BOISVERT:  So I think at this point
18 would be a good point to break for lunch, if that
19 works for everybody.  We can go off the record.
20          THE VIDEOGRAPHER:  The time is 12:19.  We
21 are off the record.
22          (Recess 12:19-1:31 p.m.)
23          THE VIDEOGRAPHER:  The time is 1:31.  We
24 are back on the record.
25          MR. VINING:  Before we get started, I'd