# EXHIBIT L

CONFIDENTIAL

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
 2                ATLANTA DIVISION
 3   MARK ANDREWS,                :
                                  :
 4        Plaintiff,              :
                                  : Case No.
 5   V.                           : 1:22-cv-04259-SDG
                                  :
 6   DINESH D'SOUZA, et al.,      :
          Defendants.             :
 7
 8
 9
        *****************************************
10              C O N F I D E N T I A L
11     VIDEOTAPED / REALTIMED DEPOSITION OF
12               DEBORAH C. D'SOUZA
13                OCTOBER 16, 2024
14      *****************************************
15
16
17
18
19
20
21
22
23
24
25
```

1      A.     Yes.  Just Dinesh and I.
2      Q.     And what steps did you -- what
3  steps did you take to give your counsel
4  access?
5      A.     Let's see.  Well, I had to go
6  into our email and there were a couple of
7  things that I'm not familiar with because I'm
8  not an IT person, so I didn't know how to do
9  it.  So I had to get, like, I guess, written
10 instructions as to how to give access to the
11 company that was taking those items.
12             And so that was basically my
13 role.  Beyond that, I couldn't tell you what
14 else happened because I'm not --
15     Q.     Okay.
16     A.     -- I'm not, you know, good at
17 those types of things.
18     Q.     And you say you got
19 instructions.  Who gave you the instructions?
20     A.     My counsel.
21     Q.     So let's talk a little bit
22 about the "2000 Mules" film.  What was your
23 role in making the film?
24     A.     Well, I was one of the
25 producers for the film.  So I guess I brought

CONFIDENTIAL

Page 24

1  Catherine and Gregg, Catherine Engelbrecht
2  and Gregg Phillips, into -- into the fold.
3           I -- we make films about things
4  that -- you know, that are current, that are
5  of interest to the -- to the general public.
6  For me, particularly, election integrity is
7  very important.
8           I'm from -- Venezuela is my
9  home country and I know what happened in
10 Venezuela as far as election -- election
11 fraud, election integrity.  It had none.  So
12 I was determined that that was going to be
13 something that I was going to be very
14 involved in early on, even before this movie.
15          I was trained by Catherine.
16 That is -- I guess let me rephrase that.
17 That is how I met Catherine --
18     Q.    Okay.
19     A.    -- in 2009, I believe.  She was
20 a part of -- or helped found True the Vote,
21 which is an organization that really looks
22 into election integrity.  It's nonpartisan.
23          So we want to make sure that
24 every vote counts regardless of who the
25 person is voting for.  And that was my

CONFIDENTIAL

Page 25

1   passion, so I was very involved in that.
2               Given that Spanish is my first
3   language, I helped with the bilingual portion
4   of being a poll watcher in areas that were
5   mainly Spanish-speaking.  So I learned to do
6   that.
7               But that was really my --
8   really my role then.
9               And so Catherine and I have
10  maybe, you know, texted each other throughout
11  the years about different things, but because
12  I know that True the Vote is -- does election
13  integrity and I knew that that was -- that we
14  were having a lot of questions about the 2020
15  election, I mentioned to Dinesh that I knew
16  Catherine and that she did really great work
17  with True the Vote.
18              And so Catherine told me that
19  they had some things that they had found, and
20  that was primarily why we asked them to come
21  talk to us about what their findings were.
22              And given the fact that, again,
23  this is something very near and dear to me,
24  Dinesh was like, Okay, well, we have to make
25  sure that this is -- that this is legitimate,

CONFIDENTIAL

Page 26

1   that this is actually something that we
2   can -- we can prove.
3           And so that -- my role was
4   really kind of being the conduit to Catherine
5   and Gregg and our team.
6       Q.   Okay. And when you said you
7   were trained by Catherine --
8       A.   Uh-huh.
9       Q.   -- what was that training?
10      A.   Well, the training was done by
11  True the Vote. So --
12      Q.   Okay.
13      A.   So Catherine herself -- I don't
14  even remember, to be honest. This was 2010,
15  so I don't remember if -- Catherine was
16  probably there, but it wasn't actually
17  Catherine that trained me. It was her --
18      Q.   Okay.
19      A.   -- team that trained me.
20          They just basically went
21  through the rules, this is what you can do.
22  This is -- if you see this, you can -- you
23  know, you can interject yourself in it. You
24  can talk to the poll judge about what -- you
25  know, what happened.

```
 1          Q.      Okay.
 2          A.      Yeah.
 3          Q.      All right.  Did you have any
 4   role in the "2000 Mules" book?
 5          A.      No.
 6          Q.      And to your knowledge, did
 7   Mr. D'Souza write the book himself or was
 8   there a ghostwriter?
 9          A.      Dinesh writes all his books.
10          Q.      And do you know anyone else who
11   worked on the book with him?
12          A.      No.
13          Q.      How about merchandising for
14   "2000 Mules"?  Did you have any role in that?
15          A.      I don't believe we had
16   merchandise.
17          Q.      And there is also a children's
18   book that's called "The Plot Against the King
19   2000 Mules."
20                  What was your involvement in
21   that?  I understand you were interviewed for
22   that.
23          A.      Yes.  It was very limited.
24   That was Brave Books, and they do children's
25   books about different things.  Usually it's
```

Page 36

1  of his posts himself?
2       A.    I think he Tweets.
3       Q.    Okay.
4       A.    But as far as other things, not
5  really.  Dinesh is not technical, so he
6  doesn't, like, do much of that.
7       Q.    Okay.  All right.  So you said
8  a little bit about the events that led to the
9  making of the film.
10      A.    Uh-huh.
11      Q.    Did Ms. Engelbrecht reach out
12 to you or you reach out to her?
13      A.    Oh, goodness.  I'm trying to
14 think.  I don't remember really if I texted
15 her and asked her, Hey, what do you think
16 about the election?  Or -- it was something
17 like that, but I don't really recall who
18 reached out to who first.
19      Q.    Okay.  And do you know Gregg
20 Phillips?
21      A.    Through Catherine.
22      Q.    When did you first meet him?
23      A.    Actually, I believe it was in
24 '21 when we met about the movie.  I knew of
25 Gregg, but I didn't -- I had never net Gregg.

1  strike that.
2              What was Ms. Engelbrecht and
3  Mr. Phillips' involvement in that, in the
4  marketing and promotion of the film?
5       A.    I think they had limited
6  involvement mainly because this was a D'Souza
7  Media film and it wasn't a True the Vote
8  film.  So I don't think that that was --
9              They didn't have a publicist
10 that did media for them and we had a
11 publicist that did media for us.  So it
12 was -- their involvement was very minimal.
13             Other than -- other than
14 promoting it on their social media or their
15 website, that was, I think, it.
16      Q.    Do you recall them also
17 coordinating with Patricia Jackson?
18      A.    So Patricia was Dinesh's
19 publicist for the film and she wanted them to
20 also -- because Dinesh's -- well, this is --
21 this is the case with all the films.  We have
22 a publicist that does -- that sets up all the
23 interviews --
24      Q.    Uh-huh.
25      A.    -- for Dinesh.  And typically

Page 204

1      A.     But we didn't do anything
2   further with that video.
3      Q.     Okay.  It never made it into
4   any other film?
5      A.     No.
6      Q.     And it never was referenced on
7   the podcast?
8      A.     No.
9      Q.     Okay.  Last question for me.
10             You mentioned that
11  Catherine -- or maybe it wasn't you.  Maybe
12  it was actually Ms. Kuck.
13             But someone mentioned that
14  Catherine never mentioned the title of the
15  film when she went on "The Tucker Carlson
16  Show."
17             To the best of your memory, did
18  either Ms. Engelbrecht or Mr. Phillips
19  mention the title of the film when they went
20  on "The Charlie Kirk Show"?
21     A.     To my recollection, no.
22     Q.     Do you have any specific memory
23  of them promoting "2000 Mules" in any media
24  appearance?
25     A.     No, I don't.  I don't think

1   they did.
2          Q.     And do you have any opinion on
3   why that would be?
4          A.     Well, it would be just my
5   opinion.  I don't know for a fact, but my
6   opinion is that they did not -- they were
7   upset that the documentary was a D'Souza
8   Media documentary and not a True the Vote
9   documentary; and I think they wanted a little
10  bit -- or felt like they didn't have enough
11  credit and so they wanted to go off kind of
12  rogue and talk about their work and their
13  findings without making reference to the
14  film.
15         Q.     And when you say that they were
16  upset that they didn't get enough credit, was
17  there anything that happened that led you to
18  believe that they felt like they weren't
19  getting enough credit?
20         A.     Well, I had no idea until
21  Bettina came to us and told us.  As I said --
22  as I stated earlier, I was a little hurt that
23  Catherine didn't come to me directly and say,
24  Hey, you know, why is it that everybody is
25  talking about Dinesh's movie and not True the