# EXHIBIT M

**See Notice of Manual Filing**