# EXHIBIT N

**From:** Catherine Engelbrecht
**Sent:** Thursday, January 27, 2022 12:21 PM EST
**To:** Bruce Schooley
**CC:** debbie[redacted]  djd[redacted]; gregg[redacted]
**Subject:** Re: Shooting schedule

Got it, good deal!

Sidebar re the "hackers", we want to be very clear that our team are not hackers, they are programmers, miners, analysts, mathematicians, and investigators. In our community, the term "hacker" is a pejorative that suggests we stole data or engaged in illegal acts. We paid for commercially and publicly available data and did all our work absolutely, painstakingly, aboveboard.

I know these are just internal notes, but did want to mention the baggage of the term and recommend we substitute it with something like "researchers" or "analysts" :)

See y'all soon!
Catherine

On Thu, Jan 27, 2022 at 10:25 AM Bruce Schooley [redacted] wrote:
> Hi Catherine,
> Looking forward to seeing you soon.
> Salem Media has booked a room for you at the Four Seasons Westlake AR Feb 1 and LV Feb 3 so 2 nights.
> No reservations for Houston. N
> On conference day I think a bit more business like since it is a meeting. Nothing too stiff though. On B Roll day more casual. We will have 5 extras acting as hackers and everyone will be a bit mysterious. We are working on a hacker vibe second day.
> Bruce
>
>
> -----Original Message-----
> From: Debbie D'Souza [redacted]
> To: Catherine Engelbrecht [redacted]
> Cc: Dinesh D'Souza [redacted]; gregg [redacted]
> Sent: Thu, Jan 27, 2022 6:59 am
> Subject: Re: Shooting schedule
>
> Bruce can answer these questions so I'm looping him in.
> Debbie
>
> Sent from my iPhone

On Jan 27, 2022, at 8:50 AM, Catherine Engelbrecht <span style="background-color:black"> </span> wrote:

Looks good.  What do you recommend we wear (both for the shoot and in CA)?
As to travel, will y'all make hotel reservations or do we need to take care of that?
Thanks!
Catherine
On Wed, Jan 26, 2022 at 3:37 PM Debbie D'Souza <span style="background-color:black"> </span> wrote: