# EXHIBIT P

Message

**From:** Bruce Schooley
**on behalf of** Bruce Schooley
**Sent:** 1/29/2022 7:56:42 PM
**To:** Brandon Gil
**Subject:** Fw: Final teaser

Sent from the all new AOL app for iOS

Begin forwarded message:

On Saturday, January 29, 2022, 7:48 PM, Frank Lamont wrote:

> Here you go…
>
> https://www.dropbox.com/s/lv3mjkwkjfk2rwl/muleTEASERV4.mp4?dl=0

On Jan 29, 2022, at 8:10 PM, Bruce Schooley wrote:

We have an emergency. We need to get trailer out tonight but owner of Salem Medias wants us to take their name off. Can you fix and resend us a link? Sorry for crunch!! Bruce

Sent from the all new AOL app for iOS

Begin forwarded message:

On Saturday, January 29, 2022, 7:06 PM, Debbie D'Souza wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** Nathan Frankowski
> **Date:** January 18, 2022 at 3:38:32 PM CST
> **To:** Debbie D'Souza
> Dinesh D'Souza                                            Bruce
> Schooley                                                  "Bryan E.

Confidential                                                                                                    DDR-00021419

Miller" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Final teaser**

Here's the link you can send to Tucker

https://www.dropbox.com/s/u77am9ejotz2tjh/2000Mule_TeaserFINAL.mp4?dl=0

Confidential
DDR-00021420