# EXHIBIT Q

| | |
|---|---|
| **From:** | Debbie D'Souza |
| **Sent:** | Friday, February 4, 2022 1:36 PM EST |
| **To:** | Catherine Engelbrecht; Gregg███████; cole███████ |
| **CC:** | Dinesh DSouza; bruce███████; Nick Givas; Nathan Frankowski |
| **Subject:** | List of needs for movie |

Hi Catherine and Gregg,

As you know, we are not done filming so it's important to get the rest of what we need as soon as possible.

1) 1,000 videos. Don't worry if they are grainy - we can work with them. The reason why we want this is to make a collage for the screen of all these videos compiled to fit the full screen. It will be incredible to see. We briefly talked about this in California. Obviously if we want to show in more detail we will only use 20 to 30 of the best ones .. the others are just to fill the screen. Work with Nathan on this.

2) We need a list of non profits that are involved with the trafficking. We are trying to follow the money.

3) Mule interview. I know this is sensitive but hopefully there's a way to convince that woman to do it. We will disguise her voice and face if that is what is needed. We certainly don't want to endanger anyone. I think it's super important for the credibility of the movie so that they can hear from someone who took part.

4) How they get the ballots? We need a little more specificity so that this can be made clear for those nay sayers.

5) Contact Jim Olson OR Kevin Brock for an in depth interview. Gregg, I know you told me you were speaking with him tomorrow but time is of the essence.

The sooner we can get this, the better. We can discuss in a zoom call if you have time on Sunday afternoon. Let me know.

The Salem hosts were ALL convinced at the end. You didn't get to see this but it was incredible. Even those that didn't think there was evidence out there so they were not convinced … WERE after you guys left. Simply amazing!

Thanks!
Debbie