# EXHIBIT S

**From:** Catherine Engelbrecht
**Sent:** Thursday, February 10, 2022 7:56 PM EST
**To:** Debbie D'Souza
**CC:** Gregg [redacted]; Dinesh DSouza
**Subject:** Re: Zoom call (Wednesday 7:15 CST/ 8:15 EST) and items to complete

Hi Debbie -

*Just to get ahead of the curve a bit, here are our basic responses that we can further unpack on the call:*

**1) Video footage and how many can we realistically have. We want to show the mules… all of what you have that works.**

*We have around 70 videos currently separated out and are scaling efforts to review more. This is* ***incredibly*** *time consuming because it involves reading the geospatial data to try and find a match in really poorly detailed county video, so only analysts can do this. It is difficult to know how many more we will have. We have lots of footage, but finding the pieces that work is difficult. We need to understand what you need, how you want to use it, and the* ***deadline*** *by which you need it. Here are some ideas:*

- *Show more of the same type of video used in the teaser, bundling together multiples, gloves, and picture takers*
- *Follow the path of one mule going to dozens of dropboxes across numerous counties. Using geospatial data and Google Earth (or actually driving the path) show the route, have a timer running to show the time stamps that correspond to the data, show the video where we have it and note the videos that do not exist. Lots of the video does not exist.*
- *Follow the path of a mule going to a UPS store where ballots were mailed, then to an NGO, then on to dropboxes. We have all this in data. I don't know if we have any video that corresponds.*
- *Follow the General Election trafficking routes of the two mules currently indicted in AZ for harvesting in the 2020 primary election (there may be video, but it would only be of a car)*

*We have millions of minutes of general footage, so we can break apart clips and as long as they're too blurry to determine identifiable features, they could work for the purposes of showing movement to the dropboxes and give a "fly" effect.*

**2) We still need a list of non profits that are involved with the trafficking.**

*Here is a link to the GA and AZ organizations that have published 990s. DO NOT release the names of these organizations or contact them. There are active investigations going on in both of these states and we cannot risk bungling the cases. I pulled this about 6 months ago so newer 990s may be available by now. I'd encourage you to look at the board members and see if anyone tracks back to the research you already have. We have NGOs in the other states, too. Will send a list by COB Friday.*

**3) Mule interview.  Any update on that?  I am willing to go and we will for the trip (you and Gregg and Cole if he goes or whoever) and also the Mule.**

*We are planning to shoot in AZ next week.  We will video a mule/informant and someone who has had their ballot harvested.  You could also reach out to the family in Lansing, MI in which the mother, a resident of a long term care facility, had her ballot harvested, and the family reported it to the police.  This is now an active investigation.*

**4) How they get the ballots?  What are all the various possibilities for them getting them.**

- *exploiting inaccurate voter rolls  - voter rolls are available for purchase, from there all types of analyses can be run to determine where the sleeper cells exist: ex. voters who have moved, foreign postcard voters, large numbers of voters registered at commercial addresses*
  - *case in point, GA.  We filed elector challenges to 364,000 ineligible records.  (The state hadn't cleaned its rolls in two years).  Over 10% of those ineligible voters actually voted. We can pull the number of how many of those ballots were dropped in dropboxes. This would make for good storytelling*
  - *rolls breathing....we can discuss, this may not be provable in time for the movie*
- *paying voters for ballots - long standing practice to give meals, cigarettes, alcohol, or, as we know in AZ, access to housing, food, programs  - in exchange for ballots*
- *paying traffickers for ballots - practice of canvassing communities, particularly lower income communities, to take their ballots out of mailboxes*
- *rumors of manufacturing ballots, double counts, etc.....we don't have first hand knowledge of this.  It is possible, but we have not studied it.*

**5) Any news on "expert" who is willing to go on camera and corroborate/validate the data?**
*Gregg is working to identify someone willing to go on camera.  These are intel people who will only be burned by exposing themselves, so it's tough, but we are working on it.  We might look to the experts quoted in the NYT articles*

**CONFIDENTIAL**