# EXHIBIT T

Message

**From:** Dinesh D'Souza [REDACTED]
**Sent:** 3/29/2022 1:22:41 PM
**To:** Bruce Schooley [REDACTED]
**CC:** debbie REDACTED; nathanfrankowski REDACTED
**Subject:** Re: Mule videos

Realistically I think this is out of the question at least for now.

Maybe when we show Catherine & Gregg the rough cut we can get them to try and provide more.

Dinesh

On Tue, Mar 29, 2022 at 1:20 PM Bruce Schooley <REDACTED> wrote:
I think this works up to the last jump. There we can see the duplication in the pattern. More videos would be super helpful.

-----Original Message-----
From: Nathan Frankowski <REDACTED>
To: Dinesh D'Souza <REDACTED>; Bruce Schooley <REDACTED>; Debbie D'Souza <REDACTED>
Sent: Tue, Mar 29, 2022 11:06 am
Subject: Mule videos

Here's what I got after G&C, it may need some VO to connect to the salem part coming after it. I played one full screen because it's the only good left that wasn't shown.

maybe after showing G&C, Greg will be more motivated to get us more mule videos.

https://www.dropbox.com/s/6rzqknobn0aumze/2000Mulesscene5.mp4?dl=0