# EXHIBIT U

# Short Message Report

| Conversations: 1 | Participants: 4 |
| --- | --- |
| Total Messages: 29 | Date Range: 3/8/2022 |

## Outline of Conversations

**CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/03/08** • 29 messages on 3/8/2022 • Catherine Engelbrech [Redacted] • Debbie D'Souza <(281) 543-3195> • Dinesh DSouza [Redacted] • Gregg Phillips [Redacted]

Highly Confidential - Attorneys' Eyes Only

DDR-00055752

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **CHAT - DebbieDSouza_iPhone_0000001 - 01546 - 2022/03/08**

**GP**    **Gregg Phillips** *Redacted*    ▶ 3/8/2022, 12:19 AM

Catherine and I have talked through the numbers you are seeking for the graphics in the film.

The best number based on our experience, analysis and modeling is 7% applied to votes that have been mailed in.

This percentage has held in GA, AZ and PA.

Sample 2020 general:

PA mail-in total 2,637,065 (184,594)
GA mail-in total 1,320,000 ( 92,400)
AZ mail-in total 2,886,464 (202,052)
WI mail-in total 1,280,000 ( 89,600)
MI mail-in total 2,840,000 (198,800)

US mail-in total 65,642,049 (4,594,943)

Note: these mail-in ballots are called different things in different states

Note: these numbers are estimates

Note: we have no idea for whom the votes were cast

**GP**    **Gregg Phillips** *Redacted*    ▶ 3/8/2022, 12:28 AM

Can y'all please confirm that we have completed our to-dos for the movie? As I mentioned the other day we are redeploying all of our assets to try and finish all 2020 work by March 31.

**DD**    **Debbie D'Souza** *Redacted*    ◀ 3/8/2022, 7:29 AM

Yes we are pretty much done. The one thing we don't have is a list of the non profits in Michigan and Pennsylvania . The ones you geo tracked for . Can you send us these just to complete the geo tracking picture. Thank you as always for doing this . Of course we want you guys to be part of the rollout; media, premieres etc..

**GP**    **Gregg Phillips** *Redacted*    ▶ 3/8/2022, 7:36 AM

Are these nonprofits going to be named or listed in the movie or anywhere else.

**CE**    **Catherine Engelbrecht** *Redacted*    ▶ 3/8/2022, 7:40 AM

We cannot list the names. We can (and do) show locations on maps, but we will get buried under a ton of lawsuits if we name them publicly. Our lawyers would KILL us.

**DD**    **Dinesh DSouza** *Redacted*    ▶ 3/8/2022, 7:41 AM

Oh I see. Ok makes sense. But I'd still like to have them for background.

**CE**    **Catherine Engelbrecht** *Redacted*    ▶ 3/8/2022, 7:42 AM

I'll check with our attorneys.

**DD**    **Debbie D'Souza** *Redacted*    ◀ 3/8/2022, 7:42 AM

Liked "I'll check with our attorneys. "

**DD**    **Debbie D'Souza** *Redacted*    ◀ 3/8/2022, 7:42 AM

Won't name them

**CE**    **Catherine Engelbrecht** <+ *Redacted* >    ▶ 3/8/2022, 7:46 AM

Ok will check with attnys. We are still running down the money trails and working with state and federal investigators. This will be a big story for TTV once we connect the dots, but we can't release names publicly until we're sure (and out from under investigations)

Highly Confidential - Attorneys' Eyes Only      DDR-00055753

DD  **Debbie D'Souza** <Redacted>  ◄ 3/8/2022, 7:49 AM
Liked "Ok will check with attnys. We are still running down the money trails and working with state and federal investigators. This will be a big story for TTV once we connect the dots, but we can't release names publicly until we're sure (and out from under investigations) "

DD  **Debbie D'Souza** <Redacted>  ◄ 3/8/2022, 7:49 AM
Hopefully they can be stopped before the next election 🙏

DD  **Debbie D'Souza** <Redacted>  ◄ 3/8/2022, 8:07 AM
Also , we need to get the receipts for the informant Arizona trip

DD  **Debbie D'Souza** <Redacted>  ◄ 3/8/2022, 8:07 AM
So we can reimburse you

GP  **Gregg Phillips** <Redacted>  ► 3/8/2022, 9:09 AM
Not needed

GP  **Gregg Phillips** <Redacted>  ► 3/8/2022, 9:09 AM
Honestly don't have time

DD  **Debbie D'Souza** <Redacted>  ◄ 3/8/2022, 9:16 AM
Ok Gregg thank you , let us know if that changes because the offer to do that is there

CE  **Catherine Engelbrecht** <Redacted>  ► 3/8/2022, 10:22 AM
This is a clip of an exchange I was having with someone on the TTV team who lives in GA and is exhausted by the continued talk of fraud in the machines…

Attached URL: https://p43-content.icloud.com/M49C164E73C1D10724967980EA9EB50D8CD42282A892557C19A9CD1AFEFEB3D8C.C01USN00
Attachment Title: Screenshot 2022-03-08 at 10.20.59 AM.jpeg



*Image: Screenshot 2022-03-08 at 10.20.59 AM.jpeg (284 KB)*

CE  **Catherine Engelbrecht** <Redacted>  ► 3/8/2022, 10:23 AM
The above screen grab is taken from the GA SOS website

Highly Confidential - Attorneys' Eyes Only                                                             DDR-00055754

**CE** — **Catherine Engelbrecht** <Redacted>  ▶ 3/8/2022, 10:23 AM

https://results.enr.clarityelections.com/GA/105369/web.264614/#/detail/5000Attachment Title: 20EF019E-1ABB-4132-9E68-C223EDC7E2FA.pluginPayloadAttachment

*Attachment: 20EF019E-1ABB-4132-9E68-C223EDC7E2FA.pluginPayloadAttachment (14 KB)*

**CE** — **Catherine Engelbrecht** <Redacted>  ▶ 3/8/2022, 10:24 AM

Now…Here's an interesting point to ponder…as you know, we believe approximately 7% of the absentee ballots were illegally trafficked in the Atl area, based on all the evidence we have. If you extrapolate that 7% across the state you get …. 345,544 ballots illegally trafficked.

**DD** — **Debbie D'Souza** <Redacted>  ◀ 3/8/2022, 10:24 AM

😱 wow

**CE** — **Catherine Engelbrecht** <Redacted>  ▶ 3/8/2022, 10:28 AM

Lots and lots of layers to this extrapolation… it's not as linear as it seems… but, do we think Trump won the state? Yes.

**DD** — **Debbie D'Souza** <Redacted>  ◀ 3/8/2022, 10:28 AM

This is why your findings are so important .. you can prove the fraud not just speculate on something that isn't probable . People should ask themselves why Dominion isn't scared to sue

**CE** — **Catherine Engelbrecht** <Redacted>  ▶ 3/8/2022, 10:29 AM

Exactly.

**DD** — **Debbie D'Souza** <Redacted>  ◀ 3/8/2022, 10:29 AM

Yes - poor Trump , he wants to be vindicated so badly…  but more importantly is to put to bed once and for all that this election was the least secure in United States history

**DD** — **Debbie D'Souza** <Redacted>  ◀ 3/8/2022, 10:30 AM

Or rather put to bed that it was the "most secure" I mean

**CE** — **Catherine Engelbrecht** <Redacted>  ▶ 3/8/2022, 10:39 AM

of course, our team is fried and we all have extreme burnout to the point of PTSD, but it all comes down to this very simple argument about where we believe the real fraud occurred. Which, sadly, makes pretty much everyone else look misguided at best.

Trump's really hurt himself by accepting every allegation without applying at least a thin filter of critical thought.

And Debbie, you are exactly right. The Big Lie was that the election was secure. To accept that is to believe that all the insanely insecure processes pushed by the Left somehow magically autocorrected themselves when throughout history it has been known and accepted that mail ballots are the most vulnerable to fraud.

And it's why America is SO upset. They know they're being lied to but they can't quite figure out the lie. We can help clear the air. The fraud is primarily in mail in ballots. Correct this one area and most of the fraud is eradicated. People can then trust elections, though not perfect and still improvable, will not be wildly off the rails like they were in 2020.

**DD** — **Debbie D'Souza** <Redacted>  ◀ 3/8/2022, 10:44 AM

Amen to that Catherine