# EXHIBIT V

**TRUE THE VOTE**

March 10, 2022

Brad Raffensperger
Secretary of State
Georgia Capitol
206 Washington St SW
Atlanta, GA 30334

Complainant: True the Vote, PO Box 3109 #19128 Houston, TX 77253-3109

Complaint: Ballot trafficking General Election November 2020

County: Gwinnett

Potential Violations: Federal Code §52 USC 20701[1] regarding documentation preservation, multiple additional violations may exist based on investigation; O.C.G.A. § 21-2-385 (b)[2] Procedure for voting by absentee ballot; advance voting

INFORMATION IN SUPPORT OF COMPLAINT

As part of True the Vote's ongoing nonpartisan election integrity research and in response to reports of ballot trafficking in Georgia and other states across the country, we undertook certain efforts to examine this issue more closely. Following a detailed account of coordinated efforts to collect and deposit ballots in drop boxes across metro Atlanta, True the Vote obtained publicly available surveillance video as well as commercially available cell phone data which revealed concerning patterns of behavior consistent with the reports made to our organization. True the Vote hereby submits this Complaint to the Georgia Secretary of State detailing the potentially improper election efforts which took place during the General Election of November 2020.

This complaint is an update to our original filing, attached hereto.

At the time of our original filing, we had been advised by Gwinnett County that drop box surveillance video was not available for certain drop boxes. Since that time, the missing surveillance video was located by the County, affording us an opportunity to review the video and amend our original complaint.

---

[1] Federal Code 52 USC 20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation. Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

[2] O.C.G.A.  21-2-385 (b) reads in pertinent part: A physically disabled or illiterate elector may receive assistance in preparing his or her ballot from one of the following: any elector who is qualified to vote in the same county or municipality as the disabled or illiterate elector; an attendant care provider or a person providing attendant care; or the mother, father, grandparent, aunt, uncle, brother, sister, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law, or sister-in-law of the disabled or illiterate elector. The person rendering assistance to the elector in preparing the ballot shall sign the oath printed on the same envelope as the oath to be signed by the elector.

Of specific interest to us was the video from the Gwinnett Voter Registration & Election location. In True the Vote's review of ballot chain of custody records for this drop box, we identified a number of unusually high ballot surges, the peak of which was noted across Columbus Day weekend 2020, specifically from Sunday October 11 until the morning of October 12.

### Inaccurate Recording of Ballot Counts

According to Gwinnett County chain of custody records, on Monday, October 12, 2020, at 8:35 A.M., 1,962 ballots were collected, a count significantly higher than any other day during the election cycle. In True the Vote's initial review of publicly available geospatial data, comparatively few cell phone devices were proximate to the drop box during the period of time in which 1,962 ballots were deposited. Upon review of the video, only 270 individuals cast ballots during the time period in question, specifically 7:34 A.M. 10/11/2020 to 7:28 A.M. 10/12/2020 (*note: the video reveals an interim ballot pick up Sunday, October 11th at 12:41 P.M. with no chain of custody*)

### Individuals Casting Multiple Ballots

Surveillance video shows approximately 101 individuals casting multiple ballots, in quantities of what appear to be between two and five ballots per person, as visible without magnification.

Surveillance video footage shows at least 402 ballots, though in all likelihood that number is much larger. A sample of individuals casting multiple ballots can be seen at the following time stamps:

1) 7:34 am 4 ballots
2) 8:22 am 3 ballots
3) 8:23 am 3 ballots
4) 8:38 am 4 ballots
5) 8:55 am 4 ballots
6) 10:22 am 4 ballots
7) 11:07 am 3 ballots
8) 11:41 am 3 ballots
9) 12:59 pm 3 ballots
10) 1:06 pm 4 ballots
11) 2:20 pm 5 ballots

Through an Open Records Request (attached) we sought confirmation as to whether these individuals were authorized assistors who had signed ballot envelopes confirming by oath they were legally authorized to assist in the casting ballots other than their own. Gwinnett County responded to our request and stated that they had no record of any envelopes bearing assistor signatures. Therefore, none of the individuals could have legally cast more than one ballot.

*Note: In a previously filed complaint, we identified 242 unique devices that made an average of 23 trips to drop boxes during the General Election voting period. Based on the geospatial data we obtained, two of the individuals who cast multiple ballots at the Gwinnett Voter Registration & Election location on this day in question were among the group of 242.*

### Unexplained Ballot Bag Exchange

In the closing sequence, timestamp shown at 7:28 A.M. on October 12th, 2020 we see two ballot collectors approach the drop box and remove ballots. The bulk of the items removed seems to be consistent with the approximately 402 ballots

we observed being deposited into the drop box throughout the period.  Then a third person appears.  This person takes the bags of ballots from the collectors, gives them a different bag, and then leaves the scene.   A third person was not listed on the chain of custody documents, and it is unclear who this person is or why they took this bag.

True the Vote files this Complaint and provides this information to the Secretary of State as the arbiter of election integrity for the State of Georgia.  In conjunction with an investigation and formal request by the Secretary of State's office, True the Vote will provide all publicly or commercially available information including the geospatial data and surveillance video to assist with any efforts undertaken by your office.



Catherine Engelbrecht <catherine@truethevote.org>

## Fwd: [Records Center] Public Records Request :: R073161-022322
2 messages

**TTV Research**
To: Catherine Engelbrecht                    Gregg Phillips

Gwinnett Signatures ORR response

---------- Forwarded message ----------
From: **Gwinnett County Open Records** <gwinnettcountyga@govqa.us>
Date: Tue, Mar 1, 2022 at 4:03 PM
Subject: [Records Center] Public Records Request :: R073161-022322
To: research

--- Please respond above this line ---





RE: OPEN RECORDS REQUEST of February 23, 2022, Reference # R073161-022322

Dear Catherine Engelbrecht,

Gwinnett County received an open records request from you on February 23, 2022. Your request mentioned:

"Please see attached ORR for full request. Thank you.

Under Georgia Open Records Law OCGA §50-18-70, we write to request any report, record, or other documentation that will provide confirmation of Absentee Ballot Envelopes with Assisto

Specifically, in accordance with GA Code § 21-2-385, we are requesting an accounting of Assistor Signatures on Absentee Ballot envelopes, by drop box location, during the entire absentee absentee ballot envelopes that included Assistor Signatures, as tracked by date and drop box location from which they were collected."

Gwinnett County has reviewed its files and has determined there are no responsive documents to your request.

If you have any questions or wish to discuss this further, you may contact my office at 770.822.8871.

Sincerely,

Lynn Ledford
Division Director
Community Services

To monitor the progress or update this request please log into the Open Records Center

TTV_006469



--
Sincerely,

True the Vote
Research Team
research

TTV Research
To: Catherine Engelbrecht

---------- Forwarded message ---------
From: **Gwinnett County Open Records** <gwinnettcountyga@govqa.us>
Date: Tue, Mar 1, 2022 at 4:03 PM
Subject: [Records Center] Public Records Request :: R073161-022322
To: research

--- Please respond above this line ---



75 Langley



75 Langley

RE: OPEN RECORDS REQUEST of February 23, 2022, Reference # R073161-022322

Dear Catherine Engelbrecht,

Gwinnett County received an open records request from you on February 23, 2022. Your request mentioned:

"Please see attached ORR for full request. Thank you.

**Under Georgia Open Records Law OCGA §50-18-70, we write to request any report, record, or other documentation that will provide confirmation of Absentee Ballot Envelopes with Assisto**

**Specifically, in accordance with GA Code § 21-2-385, we are requesting an accounting of Assistor Signatures on Absentee Ballot envelopes, by drop box location, during the entire absentee absentee ballot envelopes that included Assistor Signatures, as tracked by date and drop box location from which they were collected."**

Gwinnett County has reviewed its files and has determined there are no responsive documents to your request.

If you have any questions or wish to discuss this further, you may contact my office at 770.822.8871.

Sincerely,

Lynn Ledford
Division Director
Community Services

To monitor the progress or update this request please log into the Open Records Center



--
Sincerely,

True the Vote
Research Team

TTV_006471

**TRUE THE VOTE**

November 3, 2021

**GEORGIA SECRETARY OF STATE**
2 MLK, Jr. Dr. Suite 313
Floyd West Tower
Atlanta, GA 30334-1530

Complainant: True the Vote, PO Box 3109 #19128 Houston, TX 77253-3109

Complaint: Missing Ballot Dropbox Surveillance Video - General Election 2020

**County: Gwinnett**

**Violations: State Election Board Rule 183-1-14-0.6-.14 (5)[1]**
           **Federal Code 52 USC 20701[2]**

DESCRIPTION

On July 6, 2021 True the Vote submitted an open records request seeking all ballot dropbox surveillance video recorded during the 2020 General Election.

The County responded that all video would be made available upon payment of $1278.03. Shortly thereafter, payment was made and video hard drives were picked up, however the hard drives for surveillance video in five of the most active locations were missing. These missing locations are:

- Bogan Park Community Recreation Center
- Dacula Park Activity Building
- Gwinnett Cty Board of Elections Building
- George Pierce Park
- Peachtree Corners Library

On July 20, 2021, we inquired about the missing footage. To date, no reply has been received.

---

[1] State Election Board Rule 183-1-14-0.6-.14, Sec 5  Video recordings of the drop box locations must be retained by the county registrars for 30 days after the final certification of the election, or until **conclusion of any contest involving an election on the ballot in the county jurisdiction**, whichever is later, and shall be made available to Secretary of State investigators upon request.

[2] Federal Code 52 USC 20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation. Every officer of election shall retain and preserve, **for a period of twenty-two months** from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

## Message History (8)

 On 7/20/2021 4:11:19 PM, Catherine Engelbrecht wrote:

Good Afternoon,

I just picked up the ballot drop box videos for November and I noticed there are 5 locations that are missing completely. They include Bogan Park Community Recreation Center, Dacula Park Activity Building, Gwinnett Voter Registrations & Elections Location, Peachtree Corners Branch Library, George Pierce Park Community Recreation Center. Can you please let me know why these videos were not included?

Thank you so much!

 On 7/20/2021 2:04:11 PM, Gwinnett County Open Records wrote:

**Subject:** Payment Received on Invoice :: R041030-070621
**Body:**



RE: PUBLIC RECORDS REQUEST of July 06, 2021, Reference # R041030-070621



TTV_006473

Dear Catherine Engelbrecht,

We have received your payment on invoice number INV21-R041030-2 on 07/20/2021 for Request Number R041030-070621.

If you are paying the estimate, we will now begin working on gathering documents responsive to your request. Once we have gathered the documents, a final statement of the remaining balance owed will be sent to you. This amount may change from the estimate depending on how much time and labor is actually spent on your request. Full payment is required before we release the records to you.

If you are making your final payment, we will contact you once your request is fulfilled and the documents are available for you online at the Open Records Center.

Sincerely,

Gwinnett County

To monitor the progress or update this request please log into the Open Records Center

Powered by GovQA



Page 2

TTV_006474

 On 7/20/2021 1:49:18 PM, Gwinnett County Open Records wrote:

**Subject:** [Records Center] Public Records Request :: R041030-070621
**Body:**

RE: OPEN RECORDS REQUEST of July 06, 2021., Reference # R041030-070621.

Dear Catherine Engelbrecht,

Your invoice is now available for payment in your online portal. Please note, we do not accept AMEX.

If you have any questions, please contact my office at 770.822.8889.

Sincerely,

John Register
Community Services

 On 7/20/2021 1:48:26 PM, Gwinnett County Open Records wrote:

**Attachments:** INV21-R041030-2.pdf
**Subject:** INVOICE - PUBLIC RECORDS REQUEST :: R041030-070621
**Body:**



GWINNETT COUNTY
OPEN RECORDS OFFICE
75 Langley Drive | Lawrenceville, GA 30046-6935
(O) 770.822.8700 | (F) 770.822.8790
www.gwinnettcounty.com

RE: PUBLIC RECORDS REQUEST of July 06, 2021, Reference # R041030-070621.

Dear Catherine Engelbrecht,



Your invoice is ready. Please login to the **Gwinnett County Public Records Center** to make an online payment.

You can also make a check or money order payable to: Gwinnett County

ATTN: Open Records Officer

75 Langley Drive

Lawrenceville, GA 30046-6935

If you have any questions, please contact my office at 770.822.8889.

Sincerely,

John Register

Community Services

---

To monitor the progress or update this request please log into the Open Records Center



Page 4

TTV_006476

 On 7/20/2021 9:10:40 AM, Gwinnett County Open Records wrote:

Subject: [Records Center] Public Records Request :: R041030-070621
Body:

RE: OPEN RECORDS REQUEST of July 06, 2021, Reference # R041030-070621

Dear Catherine Engelbrecht,

Gwinnett County received an open records request from you on July 06, 2021. Your request mentioned:

"**Dear Gwinnett County Board of Elections,**

**I am requesting copies of the video recordings created by security cameras used to surveil all ballot drop boxes in Gwinnett County for the November 2020 Election under the Georgia Open Records Law OCGA §50-18-70. We respectfully request to be provided with electronic copies of each of the following documents, files, or images, as soon as they become available. Specifically, we are requesting video captured during the absentee ballot voting period for the November 2020 General Election, beginning when the boxes were opened in October through the election until dropbox security footage stopped recording. Please denote the location and date of each recording.**

**If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and address. As provided in the open records law, O.C.G.A. § 50-18-71(b)(1)(A), I will expect your response within three (3) business days.**
**If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. O.C.G.A. § 50-18-71(d). Also, please provide all segregable portions of otherwise exempt material.**"

Gwinnett County has reviewed its files and has located responsive records to your request. These records can be acquired at Gwinnett County Community Services Office, 3rd Floor located at:

75 Langley Drive
Lawrenceville, GA 30046

If you have any questions or wish to discuss this further, please contact me.

Sincerely,

John Register  john.register@gwinnettcounty.com

770-822-8889

Community Services



 On 7/8/2021 10:25:16 AM, Gwinnett County Open Records wrote:

**Subject:** [Records Center] Public Records Request :: R041030-070621
**Body:** RE: OPEN RECORDS REQUEST of July 06, 2021., Reference # R041030-070621.

Dear Catherine Engelbrecht,

Gwinnett County timely responds to your Open Records Request received from you on July 06, 2021. Your request mentioned:

"Dear Gwinnett County Board of Elections,

I am requesting copies of the video recordings created by security cameras used to surveil all ballot drop boxes in Gwinnett County for the November 2020 Election under the Georgia Open Records Law OCGA §50-18-70. We respectfully request to be provided with electronic copies of each of the following documents, files, or images, as soon as they become available. Specifically, we are requesting video captured during the absentee ballot voting period for the November 2020 General Election, beginning when the boxes were opened in October through the election until dropbox security footage stopped recording. Please denote the location and date of each recording.

If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and address. As provided in the open records law, O.C.G.A. § 50-18-71(b)(1)(A), I will expect your response within three (3) business days.
If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. O.C.G.A. § 50-18-71(d). Also, please provide all segregable portions of otherwise exempt material."

After reviewing your request, it has been determined that responsive records exist.

Gwinnett County has access to the requested video. There will be a charge for the hard drives that the video will be transferred to. We anticipate the video ready to picked up by Friday, July 16, 2021 if not sooner.

If you have any questions, please feel free to contact me at 770.822.8871.

Sincerely,

Lynn Ledford
Division Director
Community Services

 On 7/6/2021 3:17:12 PM, Gwinnett County Open Records wrote:



Page 6

TTV_006478



Dear Catherine Engelbrecht:

Thank you for your interest in public records of Gwinnett County. Your request has been received and is being processed in accordance with the Georgia Open Records Act. Your request was received in this office on 7/6/2021 and given the reference number R041030-070621 for tracking purposes.

**Records Requested:** Dear Gwinnett County Board of Elections,

I am requesting copies of the video recordings created by security cameras used to surveil all ballot drop boxes in Gwinnett County for the November 2020 Election under the Georgia Open Records Law OCGA §50-18-70. We respectfully request to be provided with electronic copies of each of the following documents, files, or images, as soon as they become available. Specifically, we are requesting video captured during the absentee ballot voting period for the November 2020 General Election, beginning when the boxes were opened in October through the election until dropbox security footage stopped recording. Please denote the location and date of each recording.

If your agency does not maintain these public records, please let me know who does and include the proper custodian's name and address. As provided in the open records law, O.C.G.A. § 50-18-71(b)(1)(A), I will expect your response within three (3) business days.



TTV_006479

If you choose to deny this request, please provide a written explanation for the denial including a reference to the specific statutory exemption(s) upon which you rely. O.C.G.A. § 50-18-71(d). Also, please provide all segregable portions of otherwise exempt material.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The Georgia Open Records Act does not require a governmental body to create new information, to do legal research, or to answer questions.

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the Open Records Center.

Gwinnett County

To monitor the progress or update this request please log into the Open Records Center



 On 7/6/2021 3:17:11 PM, Catherine Engelbrecht wrote:

Request Created on Public Portal

