# EXHIBIT W



To: Catherine,   Gregg

**NEW!**

President Donald J. Trump:

"An incredible new film by Dinesh D'Souza exposes massive and determinative ballot harvesting in the 2020 Election. Congratulations to Dinesh, Catherine Englebrecht, and all of the incredible Patriots at True the Vote who worked so hard...

**Liz Harrington**
twitter.com

Apr 29, 2022 at 2:06 PM

Film '2,000 Mules' Offers Vivid Proof of Voter Fraud
dailysignal.com

Apr 29, 2022 at 3:25 PM

Guys—we're talking this weekend but I just got a note from Bettina. This is Deroy's take on the movie, not mine. So please be aware that any misunderstandings here are his, not mine. I'm trying to be extremely careful in what I say but I obviously can't monitor or regulate what others say

**CONFIDENTIAL**

**DD_000063**



DD_000064



CONFIDENTIAL

DD_000065



CONFIDENTIAL

DD_000066



To: Catherine, Gregg

CDC bought cellphone data to track vaccination, lockdown compliance: report
nypost.com

Gregg Phillips

Published 2019

Opinion | How to Track President Trump (Published 2019)
nytimes.com

The New York Times
ONE NATION, TRACKED

A single dot appeared on the screen, representing the precise location of someone in President Trump's entourage at 7:10 a.m. It lingered around the grounds of the president's Mar-a-Lago Club in Palm Beach, Fla., where the president was staying, for about an hour.

CONFIDENTIAL





To: Catherine,  Gregg

May 16, 2022 at 6:57 PM

Philip Bump of the Washington Post thinks he has a major "gotcha" on the movie. Well, let's see.

Dinesh D'Souza
twitter.com

This addresses the issue of the murde[r]

**Catherine Engelbrecht**
K. A few details need to be straightened out before you do the back and forth with Bump

Free now?

I already did the Bump Q & A but this subject didn't come u[p]

**Catherine Engelbrecht**
I can't talk now but let's connect tomorrow when you're free to talk through a few tiger traps:
1. The murder cases
2. ACLED
3. Non-mule video in the movie
All manageable, we just need to be on the same page

Yep let's talk tmrrw

NPR thing is no big deal. They reached out to me but I'm not responding

May 17, 2022 at 5:01 PM

Heard a rumor through a third party that NYT is trying to do a hit job on you guys They haven't contacted me or anything. Just a heads up. It's only a reflection of

CONFIDENTIAL

DD_000069





DD_000071







CONFIDENTIAL

DD_000074



To: Catherine,  Gregg



May 18, 2022 at 1:34 PM

I really like how you guys insist on written questions and provide written answers. This way they can still twist the interpretation but they cannot make up stuff and attribute it to you.

Gregg Phillips

I personally find it helpful. On this very point, Philip Bump called as why the pattern of life on that one individual in GA doesn't correspond to real drop boxes.

I think you should ignore him

CRITIQUES AND REBUTTALS



To: Catherine,  Gregg

CRITIQUES AND REBUTTALS

DINESH D'SOUZA
PODCAST

CRITIQUES AND REBUTTALS Dinesh D'Souza Podcast
Ep334
tu-hite.com

Today: Here's my close analysis of the in-depth conversation the Washington Post published featuring me and national correspondent Philip Bump. You be the judge! Watch!

The text above is how I posted this on social media

May 21, 2022 at 5:27 PM

Got this as a Twitter message:

Hi Dinesh! I'm hoping you can publicly address this counter argument to 2K mules because I'm seeing it from intelligent conservatives and not just the left. They're saying that because TTV submitted docs to the GBI with the figure "100ft," that TTV only had data that was accurate within 100ft. I know that the argument doesn't hold water but I can't seem to convince them that this counter argument contains hidden assumptions (e.g. the number isn't padded for legal reasons). Fake news even granted 9ft in one article and TTV has explicitly stated up to 18' on the Charlie Kirk show. Its still falling on deaf ears because of the GBI document. Thanks!

Catherine Engelbrecht
A lot happened between our initial outreach to GBI in May of 2021. They weren't interested in updates, so they didn't receive them.

Gregg can add more ...

Gregg Phillips
The GBI would do well to stop the lies.

They never looked at the data. Their arguments make no sense, among other things their is a massive difference between accuracy and precision. The catchment polygon was used to exclude. Not include.

These arguments are those of haters who have zero technical background.

Last thing: Ask the FBI who they included for research purpose on J6. Their initial look was 1,000 feet.

They know nothing about us, our hypotheses, methods or conclusions. These "concerns" are warmed over lies from Brian Kemp and Co.

If the FBI needs help, they call us. Not the GBI.

    DD_000076





To: Catherine,  Gregg

Catherine Engelbrecht
I can't get the audio to work :(

Liz Cheney says that 2000 Mules has been debunked.

Lol

Suzy
twitter.com

Catherine Engelbrecht
Liz Cheney has been debunked.

Adam Klasfeld
twitter.com

Catherine Engelbrecht
Ok I listened to it. His reference to the GBI is very informative. Re the videos - I cannot wait to post all the video for all of America to see.

The fact that there was so little video available is an incrimination of government, not us. And clearly they are comfortable not just investigating but imprisoning Americans based on geospatial data when it suits their purposes.

Jun 23, 2022 at 5:05 PM

Gregg Phillips



To: Catherine,  Gregg

@LorenCollins @DineshDSouza True The Vote had drop box video for 12 libraries in Fulton County.

And yet True The Vote couldn't find anyone in their geotracking data going to more than one Fulton library drop box to use in 2000 Mules.

That's pretty odd.

Paola Foot
twitter.com

I'm not responding to this but forwarding it just FY

Gregg Phillips
It's not odd. It's false.

How so? Just curiou

Gregg Phillips
We do have geotracking data going to all libraries.

I'm the first paragraph above they mention video. In the second they mention geotracking.

I think he is asking about video in both case
1 Re

Gregg Phillips
We also have the same person going to different libraries on video.

If you have the geotracking and the boxes had surveillance, where's the video?

I think he is asking about video in both cas

Gregg Phillips
Maybe but that's not what he said.

This is what we need to show. Just to shut these guys up

Catherine Engelbrecht
1. 90% of video was unavailable in Fulton County for the General Election (as we showed w the letter received from the county)

2. Of the video available from the Run-Off, most cameras were positioned in ways that made video unusable, drops at night weren't lit, etc.

This is why the geotracking was such a breakthrough.

We might even have it in what you sent us but you'll have to walk Nathan through the video so he knows what to put together





To: Catherine,  Gregg

In the teaser we show the same person going to 2-3 places.

If we highlight that the argument will be...but how do you know it's the same person, you can't see his face.

When we put the videos up side by side of one guy going to a well lit box 2x, where you could absolutely see it was the same person, the argument was "but it's at the same box".

It will never be enough. The R pcord will show just how bad it all is. And ProtectAmerica.vote will make sure it won't happen again in 2022

Catherine Engelbrecht

PROTECT AMERICA.vote

Home
protectamerica.vote

Gregg Phillips

I don't see anything on this video. Am I missing something

Gregg Phillips
Both of these are libraries. Both in Fulton. Both in runoff.

I don't see anything on this video. Am I missing something

Gregg Phillips
Exactly. The box is out of sight.

Catherine Engelbrecht



To: Catherine,  Gregg

In the first one, you'll see a guy walk through in the corner of the frame. That's all the camera picked up.

The lack of usable video was either incompetence at its worst ... or intentional.

Catherine Engelbrecht

For additional context  - this is one of the drops made by the guy who went to dropboxes 27x in one night

Jul 6, 2022 at 10:46 AM

Wisconsin Supreme Court disallows absentee ballot drop boxes
thehill.com

Catherine Engelbrecht

Yup

Jul 8, 2022 at 12:24 PM

Big win! You guys should feel very good about thi

Catherine Engelbrecht

The maddening thing is that dropboxes were ALWAYS illegal in WI. Yet everyone watched as dropboxes were installed, and so much more, and law enforcement did nothing.

That's why our new initiative ProtectAmerica.Vote is so critical. We are equipping Sheriffs with information and resources to ensure there are no repeats of the lawlessness that was 2020. Had they been equipped, Sheriffs could have stopped the use of dropboxes in their jurisdictions. Most didn't know that. We are working to make sure local law enforcement will stand in defense of citizens.

PROTECT AMERICA.vote

Home
protectamerica.vote

Jul 10, 2022 at 4:42 PM



DD_000083



To: Catherine, Gregg

> Just got this from Philip Bump of W. Post:
>
> Two quick questions for a story I'm writing, if you have a sec.
>
> 1. Can you confirm that the analysis in the film was a function of CSLI (cell-tower data) and not GPS pings? (The GBI response from October indicates that it was CSLI.)
> 2. Beyond the artificial map of movement shown in the film, did TTV/Phillips ever show you any specific articulation of where a "mule" went and when?

Catherine Engelbrecht

He send Gregg the same question for #1. I think you should get Gregg's answer and copy/paste it or just defer to him on the specifics.

On #2 I believe we sent you the legal brief (that the RNC/NRSC blocked) that had the top ten mules patterns of life mapped. If you haven't seen that I'll send. I think we covered all of this when y'all were deciding whether to do the movie. Of course, if you say yes, he'll ask you to provide it to him and we'll say no because he will plaster it all over WaPo and then we will get sued for violation of civil liberties ... so, that's that.

They are desperate to debunk this and then can't.

> Actually do send but I won't share with him. I just want to say I have

Catherine Engelbrecht

📄 confidentialdraftfileiwovimanage-
fd1230080.zip
ZIP Archive - 4.5 MB

Gregg Phillips

1) No, the GBI was wrong.
2) Yes, we showed patterns of life for lots of mules.







DD_000086