# EXHIBIT X

Message

**From:** Dinesh D'Souza [REDACTED]
**on behalf of** Dinesh D'Souza <REDACTED> [REDACTED]
**Sent:** 12/30/2023 1:45:03 PM
**To:** Dinesh D'Souza [REDACTED]
**Subject:** C&G 18
**Attachments:** Image 12-30-23 at 1.44 PM.jpg

Confidential

DDR-00049510

To: Catherine, Gregg

> Sam Jones
> twitter.com

**Gregg Phillips**
We use different data sources for different things. The ACLED identified rioting would be combined with other geographic specific sources in our analysis to form the "geofence." Then we use the data from the phone signals to link the device, to the when, to the where. As an aside, ACLED compels users to credit them. So we did.

**Gregg Phillips**
Is this what they call a refutation?
This article borders on the comical. It features a single case in which the only "evidence" the mule was merely dropping off the votes of his family members is that HE SAID SO. True the Vote found nearly 250 mules in Atlanta going to 10 or more dropboxes

https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/

These weren't our complaints. These were dismissed. Ours were moved on to the Attorney General. In addition, this isn't a mule. Didn't reach the threshold.

> All good points! I'll take them up on the podcast

> Today, @fvdemocratie organizes a screening in the @Europarl_EN (Brussels) of @DineshDSouza's groundbreaking documentary on the 2020 US Presidential election fraud. Afterwards, I will participate in a panel discussion with #FVD MEP @MJRLdeGraaff and #AFD MEP @Joachim_Kuhs.
> Thierry Baudet
> twitter.com

> This is at the EU!

**Catherine Engelbrecht**
Yes, it's everywhere :). Gregg has been invited to present at a geospatial conference in Italy.

I really want to connect on the issues in NPR and video showing repeat offenders.

> Let's chat this evening.

> Tell me again the name of your LLC? For the profit payment

**Gregg Phillips**
Shadow Beach LLC

> Group Behind Dinesh D'Souza's Big Lie Doc 2000 Mules Admits It Didn't Help Lead to Arrest of Murder Suspects
> mediaite.com

**Catherine Engelbrecht**
Now talking to True the Vote's election expert. Points out they stopped Republican voter fraud

Confidential

DDR-00049511