# EXHIBIT Y

| | |
|---|---|
| **From:** | Catherine Engelbrecht |
| **Sent:** | Monday, October 24, 2022 4:10 PM EDT |
| **To:** | Christopher J. Henderson |
| **CC:** | Cherie Phillips; Gregg Phillips |
| **Subject:** | Re: Quick Conversation |
| **Attachments:** | TTV Intervention Brief (Draft) in DOJ v GA .zip |

Hi Christopher -

We are wall to wall slammed until after the election with court hearings involving recent publication of our research into Konnech, an election software company, as well as with election integrity efforts on the ground during midterms. Hopefully the following will give you what you need:

In anticipation of Andrew's filing, we've had counsel review GA defamation law and the media clips we were involved in. We are confident in our position should a suit be filed. We can't speak to the movie, movie trailer, or book, as we had no creative control in any of those projects, but even still it's our position that there was no defamation.

It's important to note that Mark Andrews (unnamed and unrecognizable) was shown as one of the many Georgians who voted multiple ballots without properly signing as an "assistor", in the section of the movie that discussed Dropbox abuse in one isolated dropbox in Gwinnett County, GA.  We did not track Mr. Andrews going to more than 10 dropboxes. He's not among the 242 individual devices identified that did go to 10+ ballot dropboxes in metro-Atlanta, GA.

Attached is an intervention brief (draft) that was to be filed on behalf of the state of Georgia against the DOJ. It has exhibits including patterns of life.

We have confidentiality disclosures in place with our data providers and contracted analysts, so we are not at liberty to share names, however a simple search of companies selling marketing app data will give you an indication of some of the players involved. There are a variety of softwares used, ArcGIS is a good one to start with if you're just trying to learn about what's out there. There are also many articles available online that detail the accuracy of cellphone tracking. This is a series from the NYT. It's older, but the graphics are good and it too lists companies that sell such data. https://www.nytimes.com/interactive/2019/12/19/opinion/location-tracking-cell-phone.html

The graphics in this article illustrate how phones are identified in certain areas, then winnowed down, then tracked. It is not a simple process. We'd worked to develop the data for about 9 months before meeting with Dinesh.  The resulting work product, and what's provided to law enforcement, is presented in the form of analyses. The raw data is not usable, as LEO's have to build their own case with their own data, though they can use analyses as a guide. Of course, this all assumes that law enforcement actually wants to take on such an investigation- and as we painfully experienced, they did not (at least not in the jurisdictions we researched).

Hopefully this helps answer your questions. If you'd still like to set up a call let me know.

**CONFIDENTIAL**

Thanks -
Catherine

On Mon, Oct 24, 2022 at 1:39 PM Christopher J. Henderson wrote:

Catherine,

I was hoping we could get on a call this week and have you walk us through how you can track one mule using the geo-tracking software used in 2000 Mules.  As you know, Mark Andrews has retained counsel and has made a claim that he was inaccurately identified as a mule in the movie and book.  Maybe we could use him as an example if you have his specific cell number.  If not, we could use any cell and you could just show us how tracking a mule is actually done.  If you are represented by counsel, you could certainly have your attorney join the call.

When we spoke a week ago, I believe you mentioned you had already showed how the software can track specific individuals with the "top 10 mules" and you thought you might be able to just send us that document.  Do you have that document, and could you send it to me?  Also, we are curious about the software used to create this geo-tracking.  Do you have the name of the software company that created the ability to geo-track used in 2000 Mules?

I know you and Gregg are busy; let me know if you have time to talk this week.  Thanks.

Christopher J. Henderson

Executive Vice President, General Counsel

Salem Media Group, Inc.

4880 Santa Rosa Rd.

Camarillo, CA 93012

Office

Fax