# EXHIBIT Z

| | |
|---|---|
| **From:** | TTV Research |
| **Sent:** | Wednesday, March 2, 2022 11:34 AM EST |
| **To:** | Catherine Engelbrecht; Gregg Phillips |
| **Subject:** | Fwd: [Records Center] Public Records Request :: R073161-022322 |

Gwinnett Signatures ORR response

---------- Forwarded message ---------
From: **Gwinnett County Open Records** <gwinnettcountyga@govqa.us>
Date: Tue, Mar 1, 2022 at 4:03 PM
Subject: [Records Center] Public Records Request :: R073161-022322
To: research███████████████████████████████████████

--- Please respond above this line ---





RE: OPEN RECORDS REQUEST of February 23, 2022, Reference # R073161-022322

Dear Catherine Engelbrecht,

Gwinnett County received an open records request from you on February 23, 2022. Your request mentioned:

"Please see attached ORR for full request. Thank you.

**Under Georgia Open Records Law OCGA §50-18-70, we write to request any report, record, or other documentation that will provide confirmation of Absentee Ballot Envelopes with Assistor Signatures collected during the November 2020 Election.**

**Specifically, in accordance with GA Code § 21-2-385, we are requesting an accounting of Assistor Signatures on Absentee Ballot envelopes, by drop box location, during the entire absentee voting period for the November 2020 General Election. Please denote the quantity of absentee ballot envelopes that included Assistor Signatures, as tracked by date and drop box location from which they were collected."**

Gwinnett County has reviewed its files and has determined there are no responsive documents to your request.

If you have any questions or wish to discuss this further, you may contact my office at 770.822.8871.

Sincerely,

Lynn Ledford
Division Director
Community Services

To monitor the progress or update this request please log into the Open Records Center



--
Sincerely,

True the Vote
Research Team