IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA**, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF FILING OF EXHIBITS AA - ZZ

In connection with Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht ("Engelbrecht"), and Gregg Phillips ("Phillips") (together, "TTV Defendants") Motion for Summary Judgment, at Docket Entry 279, TTV Defendants submit this Notice of Filing for Exhibits AA – ZZ.

This 20th day of December, 2024.

                                             */s/ Jake Evans*
                                             JAKE EVANS
                                             Georgia Bar No. 797018
                                             PHILIP J. GEORGE
                                             Georgia Bar No. 441996
                                             JULIA MARTIN
                                             Georgia Bar No. 199070

GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht and Gregg Phillips*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Notice of Filing** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*