# EXHIBIT DD

5/12/22, 10:33 AM

Case - SEB2022-054-Gwinnett County Ballot Harvesting...

Print This Item

| | |
|---|---|
| Case Status | Open |
| Case Summary | Gwinnett County Ballot Harvesting White SUV |
| Case Description | Gwinnett County Ballot Harvesting White SUV |
| Case Title | SEB2022-054-Gwinnett County Ballot Harvesting White SUV |
| Executive Notification | No |
| Division | Elections |
| Case Category | Elections-Absentee Ballot Fraud; Elections-Buying Votes |
| City | |
| County | Gwinnett County |
| Investigator Assigned | ☐ Deweese, Dana |
| Investigator's Supervisor | ☐ Koth, Sara |
| Date Opened | 5/2/2022 |
| Date Assigned | 5/2/2022 |
| Date Reassigned | |
| Date Submitted To Supervisor | |
| Date Presented To The Board | |
| Date Closed In Investigations | |
| Date Closed By The Attorney General's Office | |
| Date Referred To The District Attorney | |
| Complainant(s) | |
| Respondent(s) | |
| Result | |
| Result Description | |
| Meeting | |
| SEB Case Duration | 10 |
| Meeting:Letter Date | |

Content Type: Case
Version: 2.0
Created at 5/12/2022 10:22 AM  by ☐ Koth, Sara
Last modified at 5/12/2022 10:22 AM  by ☐ Koth, Sara

Close

CONFIDENTIAL

TTV_008231

S.O.S Investigations
Mileage Log Form

# INVESTIGATIONS ADMINISTRATIVE COSTS TRACKING SHEET

Agent/Assignment: Dana DeWeese

Vehicle #: _____

Month: May

Year: 2022

| Date | Case Number | Beginning Location | Beginning Mileage And Time | Ending Location | Ending Mileage | Total Mileage And Time | Purpose |
|------|-------------|--------------------|-----------------------------|------------------|-----------------|-------------------------|---------|
| 5/2/22 | SEB2022-054 | 2 MLK DR SE, Atlanta | | | | 72 | Interview |
| | | | | | | 8 case man hrs | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total Miles driven= ($.50/mile)
Total Mileage Reimbursement= $

Total Case Man Hours = ($24.06/hr.)
Administrative (Emails, Subpoena, Phone Calls and Case Preparation)
Man Hour Reimbursement= $

Total Investigative Costs= $

CONFIDENTIAL

TTV_008232



David A. Cross





April 25, 2022

Georgia State Election Board
2 MLK Jr. Drive
Suite 802 Floyd West Tower
Atlanta, Georgia 30334

Mr. Matt Mashburn (Interim Chair)
mmashburn@georgia-elections.com

Dr. Jan Johnston
JJohnstonMD.seb@gmail.com

Mr. Brad Raffensperger
Secretary of State
214 State Capitol
Atlanta, Georgia 30334

Mrs. Sara Tindall Ghazal
SaraGhazal.seb@gmail.com

Mr. Edward Lindsey
edwardlindsey.seb@gmail.com

---

Gwinnett Board of Elections
Gwinnett Justice &
Administration Center
75 Langley Drive
Lawrenceville, GA 30046

Member - Stephen Day
stephen.day@gwinnettcounty.com

Member - George Awuku
george.awuku@gwinnettcounty.com

Chairperson - Alice Olenick
alice.olenick@gwinnettcounty.com

Vice Chairperson - Wandy Taylor
wandy.taylor@gwinnettcounty.com

Member - Anthony Rodriguez
anthony.rodriguez@gwinnettcounty.com

---

RE: OFFICIAL COMPLAINT

Ladies and Gentlemen:

I am part of a volunteer team of citizens investigating irregularities in the November 2020 General Election. I am writing to file a complaint for ballot harvesting by an individual in Gwinnett County, driving a white Ford SUV Georgia license plate ▉▉▉▉.

- This individual deposited 5 ballots on 10/06/2020 at 10:48 am.
- A private investigative organization, True the Vote, purchased billions of cell phone "pings" and they identified this individual by tracking his cell phone pings to multiple ballot drop boxes.
- The probability that this individual was simply "helping family members" deliver their ballots seems unlikely because this video footage is from very in the election on October 10, 2020.

EXHIBIT# 1

CONFIDENTIAL

You can view the full video here https://tinyurl.com/Gwinnett-1 or you can retrieve it from Gwinnett County. You can watch the 2-minute video here: https://tinyurl.com/Gwinnett-1 or by scanning this QR code with your



camera.

This picture shows the individual approaching the ballot drop box with a small stack of ballot envelopes.



CONFIDENTIAL

Here, you can see the individual attempting to place multiple ballots in the box:



This picture shows the individual's vehicle pulling away.



This is another view of the vehicle:



This final picture shows a close-up of the license plate:



Enhanced license plate ▄▄▄▄

CONFIDENTIAL



We have multiple examples of individuals trafficking 5 ballots at a time. "Ballot Mules" are typically paid $10 to $15 per ballot delivered. One individual came forward in Fulton County admitting to receiving $34,000 for his work delivering ballots.

While some may thing that 5 ballots is trivial, it adds up to a large number when you have hundreds of people delivering 5 ballots at a time to multiple drop boxes each day.

I respectfully ask that you investigate the individual and his passenger to determine why 5 ballots were dropped off at one time.

I also respectfully ask that you post signs at each ballot drop box warning individuals that it is a felony punishable by imprisonment for not less than one year per OCGA § 21-2-603.

Sincerely,

David A. Cross

cc:    Governor Brian Kemp
       206 Washington Street, Ste 203
       State Capitol
       Atlanta, GA 30334

TTV_008237



# INVESTIGATIONS DIVISION

## SUMMARY

CASE NAME:        Gwinnett County Ballot harvesting White Ford SUV

CASE NUMBER:     SEB2022-054

INVESTIGATOR:    Dana DeWeese

DATE OF REPORT: 5/12/2022

**COMPLAINT(S):**

The Secretary of State's Office received a Ballot Harvesting complaint from a Gwinnett County resident. The complainant provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/2020 a male parked a white Ford SUV ( ███████ ) and then deposited what appears to be more than one Absentee Ballot in the drop box.

**COUNTY AND ELECTION INVOLVED:**   Gwinnett County 2020 General Election

**ELECTION STAFF:  N/A**

1

**TTV_008238**

**ELECTION CERTIFICATION:**

> Kristi Royston (No longer working there). (Was employed at time of elections)
> Gwinnett County Election Supervisor
> Registrations and Elections Office:
> 455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
> ███████████
>
> Zachary Manifold (current)
> Gwinnett County Election Supervisor certified 2-14-22
> Registrations and Elections Office:
> 455 Grayson Highway, Suite 200, Lawrenceville, GA 30046
> ███████████
> zachary.manifold@gwinnettcounty.com

**JURISDICTION/VENUE:**

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia. Venue for any criminal prosecution will lie in Gwinnett County, Georgia.

**RESPONDENT(S):** none

**FINDINGS:**

Investigator DeWeese researched the SUV vehicle registration and learned that it belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched Andrew's address and located five registered voters living at the home. All the names appeared to be family members. DeWeese confirmed the names were family members. DeWeese confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked as ballot received in ENET on the same day.

On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots into the ballot box. Andrews confirmed that all ballots were his family members and they lived with him. Andrews completed a voluntary statement form. DeWeese completed a Memorandum of Interview and included all involved Voter ID numbers. The statement and memorandum will

2

TTV_008239

be attached to the file. **There is insufficient evidence to support that a violation of Georgia Election Code occurred.**

<u>**POTENTIAL VIOLATIONS**</u>:  none

**CONFIDENTIAL**

**TTV_008240**



## INVESTIGATIONS DIVISION

## REPORT OF INVESTIGATION

| | |
|---|---|
| CASE NAME: | Gwinnett County Ballot Harvesting White SUV |
| CASE NUMBER: | SEB2022-054 |
| INVESTIGATOR: | Dana DeWeese |
| DATE OF REPORT: | 05/12/2022 |

### COMPLAINT(S):

The Secretary of State's Office received a Ballot Harvesting complaint from Gwinnett County resident David Cross. Cross provided the Secretary of State with clips of security footage from the Absentee Ballot Box located at the Gwinnett County Government building. The images show that on 10/6/20 at 10:48 AM, a white Ford SUV (GA tag ███████ parked at the curb near the ballot box. A male is observed carrying what appear to be ballots and placing them in the box.

Cross's complaint also mentions in the complaint, "A private organization, True the Vote, purchased billions of cell phone "pings" and they have identified this individual by tracking his cell phone pings to multiple Absentee Ballot drop boxes."

### COUNTY AND ELECTION INVOLVED: Gwinnett County 2020 General Election

### ELECTION STAFF: N/A

CONFIDENTIAL

## ELECTION CERTIFICATION:

Kristi Royston (No longer working there). (Was employed at time of elections)
Gwinnett County Election Supervisor
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

Zachary Manifold (current)
Gwinnett County Election Supervisor certified 2-14-22
Registrations and Elections Office:
455 Grayson Highway, Suite 200, Lawrenceville, GA 30046

zachary.manifold@gwinnettcounty.com

## JURISDICTION/VENUE:

Jurisdiction will be with the State Election Board, Atlanta, Fulton County, Georgia.  Venue for
any criminal prosecution will lie in Gwinnet County County, Georgia.

**COMPLAINANT(S):**    David A. Cross

**RESPONDENT(S)**:    none

## INVESTIGATIVE SUMMARY:

Investigator DeWeese researched the SUV vehicle registration and learned that it
belonged to Gwinnett County resident Mark D. Andrews. Investigator DeWeese researched
Andrew's address and located five registered voters living at the home. All the names appeared
to be family members. DeWeese confirmed the names were family members. DeWeese
confirmed that a total of five absentee ballots were dropped in the box on 10/6/2020 and marked
as ballot received in ENET on the same day.

On May 2, 2022, Investigator DeWeese met with Andrews at his home. Andrews
confirmed the photos were of him and his vehicle. Andrews confirmed he dropped five ballots
into the ballot box. Andrews confirmed that all ballots were his family members. Andrews
completed a voluntary statement form. DeWeese completed a Memorandum of Interview and

included all involved Voter ID numbers. The statement and memorandum will be attached to the file.

**FINDINGS:**   There is insufficient evidence to prove a Georgia Election Code Violation

**POTENTIAL VIOLATIONS:**  None

**EXHIBITS:**

    1) Complaint.
    2) Witness List
    3) Memorandum of Interview
    4) Statement form

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## WITNESS LIST

| | |
|---|---|
| Case Name: | Gwinnett County Ballet Harvesting White SUV |
| Case Number: | SEB2022-054 |
| Investigator: | Dana DeWeese |
| Date of Report: | May 12, 2022 |

**WITNESSES:**

1) Mark D. Andrews
2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT # 2

CONFIDENTIAL



## INVESTIGATIONS DIVISION

## MEMORANDUM OF INTERVIEW

CASE NAME:              Ballot Harvesting

CASE NUMBER:            SEB2022-054

PERSON INTERVIEWED:     Mark D. Andrews

DATE OF INTERVIEWS:     May 2, 2022

On May2, 2022, Investigator DeWeese met with Mark Andrews at his residence. DeWeese Informed Andrews of the complaint and Andrews agreed to speak to this investigator. Andrews confirmed that the photo of the male and the white Ford Expedition was him and his vehicle. Andrews confirmed that he dropped off five Absentee Ballots. The ballots belonged to his immediate family members and those family members all live at the residence. Investigator DeWeese had earlier confirmed that information, The ballots were deposited on 10-6-20 and recorded as accepted the same day. No illegal activity detected

Voter ID Numbers involved: ███████████████████████████████

Contact Info: Mark D. Andrews

███████████████████████████

**EXHIBIT#** 3

CONFIDENTIAL

## OFFICE OF THE SECRETARY OF STATE



### STATEMENT FORM

**File Number:** _____    **File Name:** Gw    SEB-2022-038

**Date:** 5/2/2022    **Time:** 11:56    **Place:** RESIDENCE

I voted ballots for my Family that LIVE WITH ME.

Sworn and subscribed to before me in
Suwanee _____, Georgia, this
2 ___ Day of May , 20 22

Notary Public _____

DANA C. DEWEESE
Notary Public, Georgia
Cobb County
My Commission Expires
March 07, 2026

Commission Expiration _____

Page 1 of 1

Signature _____
Printed Name MARK D. ANDREWS

DOB _____ SSN _____

Address _____

Telephone Number _____

EXHIBIT# 4

TTV_008246

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=03538063&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | MARK DARYL ANDREWS | 02/20/1996 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/25/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/27/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

[ Previous ]

CONFIDENTIAL    TTV_008247

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=03538061&method=&vo...

Inquiries > Absentee Ballots

**Inquiry - Voter Absentee Ballots**

| | Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|---|
| | BRENDETTA A ANDREWS | 02/08/2008 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/25/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/27/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 06/18/2018 | MAILED BALLOT | | 11/05/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/13/2018 | MAILED BALLOT | | 07/23/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/05/2016 | MAILED BALLOT | | 10/17/2016 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/12/2016 | MAILED BALLOT | | | 124 | 00284 | |

Previous

CONFIDENTIAL

TTV_008248

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=07708789&method=&vo...

Inquiries > **Absentee Ballots**

| **Inquiry - Voter Absentee Ballots** | | | | | | |
|---|---|---|---|---|---|---|
| **Voter Name** | **Registration Date** | **Voter Registration #** | **Voter Address** | **CNTY PREC** | **MUNI PREC** | **COMBO** |
| BRITTANI ALEXIA ANDREWS | 12/31/2008 | | | 124 | | 00458 |

**Absentee Ballots:**

| **Election Date - Name** | **Date Requested** | **Ballot Request Type** | **Ballot Mailed to** | **Date Ballot Received** | **Precinct** | **Voting Area/Combo #** | **Status** |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/13/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/24/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/20/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 6, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

[ Previous ]

CONFIDENTIAL

TTV_008249

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=08635094&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| COURTNI ALEXIS ANDREWS | 03/20/2012 | ▮ | ▮ | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/02/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/09/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 07/24/2020 | MAILED BALLOT | | 10/26/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/30/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/20/2018 | IN PERSON | | 07/20/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008250

https://gvrs.sos.state.ga.us/ElectioNet/viewAbsenteeVoter.do?voterrecord2=10181773&method=&vo...

Inquiries > Absentee Ballots

## Inquiry - Voter Absentee Ballots

| Voter Name | Registration Date | Voter Registration # | Voter Address | CNTY PREC | MUNI PREC | COMBO |
|---|---|---|---|---|---|---|
| ALEC MARIAN ANDREWS | 03/01/2014 | | | 124 | | 00458 |

**Absentee Ballots:**

| Election Date - Name | Date Requested | Ballot Request Type | Ballot Mailed to | Date Ballot Received | Precinct | Voting Area/Combo # | Status |
|---|---|---|---|---|---|---|---|
| 05/24/2022--05/24/2022 GENERAL PRIMARY/SPECIAL ELECTION | 05/01/2022 | MAILED BALLOT | | | 124 | 00458 | |
| 01/05/2021--JANUARY 5, 2021 FEDERAL RUNOFF ELECTION | 11/12/2020 | MAILED BALLOT | | 12/19/2020 | 124 | 00284 | ACCEPTED |
| 11/03/2020--NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION | 08/17/2020 | MAILED BALLOT | | 10/06/2020 | 124 | 00284 | ACCEPTED |
| 06/09/2020--JUNE 9, 2020 GEN. PRI./GEN. NP/SPEC. ELECTION | 04/30/2020 | MAILED BALLOT | | 06/08/2020 | 124 | 00284 | ACCEPTED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 06/18/2018 | MAILED BALLOT | | 11/01/2018 | 124 | 00284 | CANCELLED |
| 11/06/2018--NOVEMBER 6, 2018 GENERAL/SPECIAL ELECTION | 11/01/2018 | IN PERSON | | 11/01/2018 | 124 | 00284 | ACCEPTED |
| 07/24/2018--JULY 24, 2018 GEN. PRI. RO/GEN. NP RO/SPEC. RO EL | 07/13/2018 | MAILED BALLOT | | 07/23/2018 | 124 | 00284 | ACCEPTED |
| 11/08/2016--NOVEMBER 8, 2016 GENERAL/SPECIAL ELECTION | 10/29/2016 | IN PERSON | | 10/29/2016 | 124 | 00284 | ACCEPTED |

Previous

CONFIDENTIAL

TTV_008251