# EXHIBIT EE

                                                          Page 1

1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
2                          ATLANTA DIVISION
3        MARK ANDREWS,                    )
                                          )
4             Plaintiff,                  )
                                          )
5        vs.                              )    CASE NO.
                                          )
6        DINESH D'SOUZA; TRUE THE         )    1:22-CV-04259-SDG
         VOTE, INC.; CATHERINE            )
7        ENGLEBRECHT; GREGG               )
         PHILLIPS; D'SOUZA MEDIA          )
8        LLC; and JOHN DOES,              )
                                          )
9             Defendants.                 )
10
11
12        THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
          HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
13
14              VIDEOTAPED 30(b)(6) DEPOSITION OF
                     GEORGIA SECRETARY OF STATE
15                     (By DANA DEWEESE)
16                   (Taken by Defendants)
17                    November 6, 2024
18                    9:50 p.m. Eastern time
19
20
21
22
23
24
25       Reported by:   Debra M. Druzisky, CCR-B-1848

1    they didn't -- it didn't matter to them as far as
2    our -- my interview with her about it, but they're
3    past getting the information from Fulton County.
4    And Gwinnett County had produced the information,
5    but.
6            So that case, you know, was finished and
7    sent to the board, and that took off afterwards
8    after my involvement with it, you know, with the
9    court cases and stuff.
10           So not knowing a relationship with David
11   Cross other than what he's mentioning with True the
12   Vote's accusation, looks like Mr. Cross took the
13   information that True the Vote was saying that this
14   was happening, this is just my opinion, you know,
15   I'm not in his head, and started reviewing the
16   video.  And once he saw somebody with more than one
17   vote, he made a complaint.
18      Q.   And that was actually my next question.
19   You are not aware of any relationship between
20   Mr. David Cross and True the Vote?
21      A.   No.  The only thing that -- at that time
22   was his mentioning of True the Vote.
23      Q.   Okay.  I'd like to jump to the next
24   exhibit, Exhibit 138.
25                  (Whereupon, Deposition

Page 44

1             Exhibit 139 was marked for
2                identification.)
3        (Whereupon, the document was
4      reviewed by the witness.)
5        THE WITNESS: Oh, that shows same
6   day.
7   BY MS. BRADDY:
8        Q.   Mr. DeWeese, have you seen this document
9   before?
10       A.   Yes.  I am the author of this document.
11       Q.   And what is this document?
12       A.   This was just a Memorandum of Interview.
13  So when I went out to speak with him, after I'm
14  done and I write up, you know, what happened, what
15  I -- what I learned and what I confirmed.
16            And to correct my last statement about the
17  ballots, it shows here they were actually processed
18  the same day.  So they were placed in the box, and
19  then Gwinnett collected them the same day and
20  registered it as received the same day.
21       Q.   And did you interview Mr. Andrews on May
22  2nd, 2022?
23       A.   I did.
24       Q.   Did you find Mr. Andrews to be a credible
25  witness?

Page 58

1    A.    Uh-huh.  Yes.
2    Q.    And can you explain, once the case is
3    dismissed, what does -- what does that mean from
4    your end?
5    A.    It's over.  The investigation's over.
6    Q.    And your investigation is final?
7    A.    Correct.
8          MS. BRADDY:  You can turn off the
9    exhibit.
10   BY MS. BRADDY:
11   Q.    For an investigation like the
12   investigation into Mr. Mark Andrews, are all of the
13   documents that you prepare available to the public?
14   A.    Yeah.  I mean, you can go through open
15   records.
16         MS. YOUNG:  Let me just interject to
17   say that there is an exclusion while the
18   investigation is pending.  Once the
19   investigation is closed, those records
20   become public.
21         MS. BRADDY:  Okay.  Thank you,
22   Counsel.
23         Okay.  Mr. DeWeese, my questions are
24   complete.  I will turn it over to
25   defendants' counsel, unless we would like