# EXHIBIT FF

**From:** Dcross███

**Sent:** Sunday, May 22, 2022 4:36 PM EDT

**To:** Catherine Engelbrecht

**Subject:** Referencing True The Vote

Hi Catherine,

I don't think I've ever referenced True The Vote or the movie in any of my complaints. The only similarity may be me using the word "mule". However I'll stop doing that.

One question, if I provide you with the addresses of all of the voting locations in Fulton county for election day only in 2020, can your team tell me how many people went into or approach the polling places? Fulton County says that 59,000 people voted that day, we think the number is closer to 22,000.

David

Sent from ProtonMail for iOS

On Sun, May 22, 2022 at 4:22 PM, Catherine Engelbrecht ███████████████ wrote:

Hi David -

We too watched the full 24 hours, so not sure how the numbers differ so much, but regardless, there were no where close to 1962 voters :)

Also, I have a request. To avoid confusion, in your future complaints, please don't reference True the Vote or the movie. That will avoid future misrepresentations in the press, which will definitely help us both.

Keep fighting the good fight -
Catherine

On Sun, May 22, 2022 at 1:38 PM Dcross ████████████████ wrote:
Catherine,

I looked at your complaint on Gwinnett and there's an issue - you may already be aware. The drop box tally sheet for Oct 12, 2020 at Gwinnett Voter Registration outdoor box shows 1,962 ballots picked up but the sheet appears to be for the entire day because there were multiple pickups that day. TTV has stated that 271 phones approached the box but over 1,900 ballots were received according to the tally sheet. After watching the full day of video, it was clear that more than 500 people deposited ballots that day and many did not have phones with them (that I could see). I thought you would want to know this so that you don't push that point because the critics will smash the argument.

I have a couple at different locations for your team to check on. I will send those later.

David Cross
Cell: ██████████

Sent with [ProtonMail](#) secure email.

CONFIDENTIAL