# EXHIBIT GG

Chat with ▓▓▓▓▓

Mark ▓▓▓▓
_$!<Other>!$_ <bandrews▓▓▓▓▓▓▓▓▓▓▓▓▓▓
+▓▓▓▓▓▓▓

Earliest item: 2022-05-16 16:55:45
Latest item: 2022-05-16 16:55:45

**Monday 16 May 2022**

Instant Message : Native Messages
16:55:45
From
+▓▓▓▓▓▓▓

Hi Mr Andrews. This is Amy Gardner with The Washington Post. Is there any chance you'd be willing to chat for a moment about 2k mules? I understand the movie described you as a ballot harvesting "mule" and that this is not accurate? I would love to hear your story. Thank you!

**End Thread**

Thread Statistics                                                                 Instant Message Count

1

CONFIDENTIAL                                                                          MA-0000027