# EXHIBIT HH

**Chat with "Ryan Germany GA State Atty"**

Mark ▮
Ryan Germany GA State Atty ▮

Earliest item: 2022-05-16 20:17:08
Latest item: 2022-05-17 14:51:45

**Monday 16 May 2022**

Instant Message : Native Messages
20:17:08
From
　Ryan Germany GA State Atty ▮

Mr. Andrews,

My name is Ryan Germany. I'm the general counsel at the Secretary of State's Office. We are presenting the case where a person wrongfully accused you of harvesting ballots to the State Election Board tomorrow. We will of course tell the Board that there appear to be no violations and that the case should be dismissed. I am concerned that there will be media attention to the case, and I wanted to give you a heads up on that. We will not identify you by name at the meeting, but open records law will allow media/public to get the investigative file after the case is dismissed, so then your name will be public. Meeting is tomorrow at 8:30 a.m. Feel free to give me a call tonight if you'd like to discuss.

Thanks,

Ryan

**Tuesday 17 May 2022**

Instant Message : Native Messages
14:50:18
From
　Ryan Germany GA State Atty ▮

An attorney who recently handled some similar cases is Von Dubose. ▮

Instant Message : Native Messages
14:51:45
From
　Mark ▮

Thanks

**End Thread**

Thread Statistics                                Instant Message Count
3