# EXHIBIT KK



**Ali Swenson** · 3rd
Journalist, National Politics and Democracy

MAY 23, 2022



Ali Swenson · 11:32 AM

**AP reporter inquiry**

Hi Courtni,

I'm a reporter with The Associated Press hoping to reach someone who I think is one of your family members, Mark Daryl Andrews. It's regarding an investigation by the Georgia secretary of state's office.

It's pretty time sensitive for a few different reasons. Given that you're more active on social media than he is, I wanted to try you to see if you might be able to help me get in touch.

I don't want to go into too much detail in a message here but if you'd like to call to get more information, feel free to call me at ▮▮▮▮▮▮. My email is ▮▮▮▮▮▮.

Let me know if you might be willing to help me get in touch with him today. Thanks so much, and sorry to bug you.

Ali