# EXHIBIT LL

Message

From: bryce REDACTED [REDACTED]
Sent: 5/15/2022 8:22:42 PM
To: 'Liz Astemborski' REDACTED
CC: 'Bruce Schooley' REDACTED
Subject: RE: question on nav to theaters for 5/20

Sounds good to me.

**Bryce Kesler**
Director of Operations & Analytics | Cloudburst Entertainment
REDACTED Scottsdale, AZ 85255
Office: REDACTED | Mobile: REDACTED
cloudburstentertainment.com

From: Liz Astemborski <REDACTED>
Sent: Sunday, May 15, 2022 6:14 PM
To: bryce REDACTED
Cc: Bruce Schooley <REDACTED>
Subject: RE: question on nav to theaters for 5/20

Hey - so it's going to be a popup that alerts them to it and then that upper right corner button will go back to find a theater; which will bring the popup back up

**Liz Astemborski**
*Chief Operations Officer*
Goel Strategies
www.goelstrategies.com

On Sun, May 15 2022 at 8:12 PM, <bryce REDACTED > wrote:

Bruce, when would you like Liz to switch on the theater tickets track on 2000mules.com?

Liz, can we see how people will find the theater tickets option or how the home page will change to add that option?

**Bryce Kesler**

Director of Operations & Analytics | Cloudburst Entertainment

REDACTED Scottsdale, AZ 85255

Office: REDACTED | Mobile: REDACTED

[cloudburstentertainment.com](cloudburstentertainment.com)

---

**From:** Bruce Schooley <REDACTED>
**Sent:** Sunday, May 15, 2022 12:32 PM
**To:** bryce REDACTED ; 'Liz Astemborski' <REDACTED>
**Subject:** Re: question on nav to theaters for 5/20

Agreed.

Sent from the all new AOL app for iOS

On Sunday, May 15, 2022, 12:03 PM, bryce REDACTED <REDACTED> wrote:

> I would consider these changes:
>
> - Instead of saying "NOW SHOWING IN SELECT THEATERS" say "NOW SHOWING IN THEATERS NATIONWIDE"
> - Find a way to make the clickable google search of "2000 mules showtimes near me" more prominent. Not exactly sure how best to display, but that is a pretty convenient way of finding – easier than Atom or Fandango even.

Confidential

DDR-00015272



**Bryce Kesler**

Director of Operations & Analytics | Cloudburst Entertainment

REDACTED Scottsdale, AZ 85255

Office: REDACTED | Mobile: REDACTED

cloudburstentertainment.com

---

From: bryce REDACTED <REDACTED>
Sent: Sunday, May 15, 2022 11:56 AM
To: 'Liz Astemborski' <REDACTED>; 'Bruce Schooley' <REDACTED>
Subject: RE: question on nav to theaters for 5/20

Yeah, I think this is the best way.

Land them on the dedicated 2000 Mules page for Fandango and Atom Tickets that ONLY shows 2000 Mules showtimes and will automatically take them to the nearest options in their area (if they have location services turned on, which almost everyone does).

And, they'll have the option to plug in a different area and it will again pull up only 2000 Mules showtimes for that area.

- Fandango: https://www.fandango.com/2000-mules-2022-227923/movie-overview
- https://www.atomtickets.com/movies/2000-mules/332375

I also like including the link to the google search "2000 Mules Showtimes Near Me" – which is also a very useful way to find nearest showtimes and all the purchase options. See below screenshot of someone clicking that and then choosing a showtime:



**Bryce Kesler**

Director of Operations & Analytics | Cloudburst Entertainment

REDACTED Scottsdale, AZ 85255

Office: REDACTED | Mobile: REDACTED

cloudburstentertainment.com

---

**From:** Liz Astemborski <REDACTED>
**Sent:** Sunday, May 15, 2022 11:52 AM
**To:** Bruce Schooley <REDACTED>
**Cc:** Bryce Kesler <REDACTED>
**Subject:** Re: question on nav to theaters for 5/20

We were using these links to take them directly to it:

https://www.fandango.com/2000-mules-2022-227923/movie-overview

https://www.atomtickets.com/movies/2000-mules/332375

**Liz Astemborski**

*Chief Operations Officer*

Goel Strategies

www.goelstrategies.com

On Sun, May 15 2022 at 1:49 PM, Bruce Schooley <REDACTED> wrote:

Thanks Liz!

I know you have.

My concern is that when I go to FANDANGO you don't see the film. You have to hunt to find it on coming soon. I don't know if this will change over the next 2 or 3 days but what if we go to:

https://www.fandango.com/movies-coming-soon

in the beginning so they see 2000Mules poster and can click on it. We can change it once it is highlighted.

On ATOM it is the same. Not shown on landing page for coming soon. So you have to click NEW FILMS to see it. What if we do that for them and they see:

https://www.atomtickets.com/movies/coming-soon

I don't love this but just trying to walk through what our customers will experience.

Bryce, what do you think.

Bruce

-----Original Message-----
From: Liz Astemborski <REDACTED>
To: Bruce Schooley <REDACTED>
Cc: Bryce Kesler <REDACTED>
Sent: Sun, May 15, 2022 11:12 am
Subject: Re: question on nav to theaters for 5/20

Hey Bruce - Bryce and my team have been working on the best and easiest way to present this information to the customers; ultimately what we decided is that it would be too time consuming to link

each theater space individually, especially since they link outward for purchase. We are planning to implement a pop up on page entrance. This can be done more easily; and the links automatically show them their closest showings.  See attached and let me know your thoughts!



**Liz Astemborski**

*Chief Operations Officer*

Goel Strategies

www.goelstrategies.com

On Sun, May 15 2022 at 12:58 PM, Bruce Schooley <REDACTED> wrote:

Bryce and Liz,

I've been thinking about the customer experience to buy tickets for the theatrical release 5/20.

1) We need the website to feature, like we feature the virtual premier, this new theatrical release. I will get Nathan to cut the trump endorsement and Mar-A-Lago event and cut out the WORRE stuff so it can run as a clip and we want Trumps face to be the image they see on the home page.

2) Heading says something like THEATRICAL RELEASE MAY 20. Check for a theater near you.

3) Does there need to be a list, like we had before, of the states and cities. **I am afraid if they have to check Cinemark then Atom then ??? and search that way they won't do it.** Become confused. So they toggle their state, look for a city near them that has the theaters and times. We then give them the 4 or 5 options to buy a ticket on ticketing websites, telling them (if we can't navigate them there) that they will need to search again by film name, city, and time again. If we did go right to the purchase page for that theater and time that would be ideal but I understand we aren't able to do that.

Thoughts?

Bruce

https://cloudburstentertainment.com/



https://cloudburstentertainment.com/

https://cloudburstentertainment.com/