# EXHIBIT NN

**Intentionally Omitted**