# EXHIBIT OO

**Intentionally Omitted**