# EXHIBIT TT

Message

**From:** Nick Givas [REDACTED]
**Sent:** 2/16/2022 4:29:28 PM
**To:** Bruce Schooley [REDACTED]
**Subject:** Re: transcripts clips
**Attachments:** Catherine Gregg interivew p1 REVIEWED [One Minor Nick Edit At the End].docx; Catherine Gregg interview p2 REVIEWED [With last part reviewed by Nick].docx

Hi Bruce,

Attached please find the transcripts you sent me with any edits/suggestions I had in red. I noted at the bottom that I only had about a handful of notes. i agreed with most of the cuts and their positioning, but read through it all.

Good stuff.

Best,
Nick

On Wed, Feb 16, 2022 at 5:06 PM Nick Givas <REDACTED> wrote:
Howdy Bruce,

Just looking at this now. Yes, I can review the rest of the doc and bounce it back to you with my edits, no problem.

I will also read through the initial docs, starting with part 1 of course, to familiarize myself with what it will look like on the first cut. Can also give any additional thoughts on those parts if need be.

Will send you the doc as soon as I'm done notating the rest of it.

-Nick

On Wed, Feb 16, 2022 at 4:23 PM Nick Givas <REDACTED> wrote:
Copy that. I will take a look later tonight and tomorrow.

On Wed, Feb 16, 2022, 3:43 PM Bruce Schooley <REDACTED> wrote:
Sure. Go ahead and dive in. If Nathan has stuff for you that becomes the priority but in the mean time...

-----Original Message-----
From: Nick Givas <REDACTED>
To: Bruce Schooley <REDACTED>
Sent: Wed, Feb 16, 2022 11:37 am
Subject: Re: transcripts clips

Hi Bruce,

Got some other side projects done for Nathan and sured up logistics for CRC meet on my end. Still have some research to do and questions to write for Dinesh's sit down with Scott, but I wanted to circle back on this.

Do you think this is something I should just dive into this week? Or should I still await Dinesh's phone call before fully examining the docs?

Best,
Nick

On Sun, Feb 13, 2022 at 7:33 PM Nick Givas <REDACTED> wrote:
> Yo Bruce,
>
> Good stuff -- will dive in more tomorrow and await Dinesh guidance.
>
> Finishing up Rigged. Then on the victory lab book!
>
> Best,
> Nick
>
> On Sun, Feb 13, 2022, 4:31 PM Bruce Schooley <REDACTED> wrote:
>> Nick!
>>
>> Dinesh asked me to send you the highlighted docs from our first work through.  The yellow is what Nathan will cut to for our first rough.  Can you look through for clips for the yellow.  We're gone through p1 and about halfway through p2.  Red note to Nathan is where we left off.
>>
>> We don't want a lot of clips in this film.  But the ones we do have we want them to be on point and cinematic.  Dinesh said he will call you as well to go over.
>>
>> After this we'll start the clip log for what we actually use in the film.
>>
>> Thanks!
>>
>> Bruce