# EXHIBIT UU

**INTENTIONALLY OMITTED**