# EXHIBIT XX

**See Notice of Filing Electronic Media**

# NATIVE DOCUMENT PLACEHOLDER

# Please review the native document MA-0001585.mp4