# EXHIBIT ZZ



CONFIDENTIAL

DD_000103



CONFIDENTIAL                                                                 DD_000104