IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**, <br><br> Plaintiff, <br><br> v. <br><br> **DINESH D'SOUZA,** *et al.*, <br><br> Defendants. | Case No. 1:22-cv-04259-SDG |

### NOTICE OF FILING OF EXHIBITS AAA - RRR

In connection with Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht ("Engelbrecht"), and Gregg Phillips ("Phillips") (together, "TTV Defendants") Motion for Summary Judgment, at Docket Entry 279, TTV Defendants submit this Notice of Filing for Exhibits AAA – RRR.

This 20th day of December, 2024.

          */s/ Jake Evans*
          JAKE EVANS
          Georgia Bar No. 797018
          PHILIP J. GEORGE
          Georgia Bar No. 441996
          JULIA MARTIN
          Georgia Bar No. 199070

>GREENBERG TRAURIG, LLP
>Terminus 200
>3333 Piedmont Road NE, Suite 2500
>Atlanta, Georgia 30305
>P: (678) 553-2100
>F: (678) 553-2212
>Jake.Evans@gtlaw.com
>Philip.George@gtlaw.com
>Julia.Martin@gtlaw.com
>
>*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht and Gregg Phillips*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Notice of Filing** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Jake Evans*
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*