# EXHIBIT BBB

**See Notice of Filing Electronic Media**

## NATIVE DOCUMENT PLACEHOLDER

## Please review the native document MA-0001018.mp4