# EXHIBIT CCC

**See Notice of Filing Electronic Media**

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document PDSA-0000001.mp4