# EXHIBIT DDD

**See Notice of Filing Electronic Media**

## NATIVE DOCUMENT PLACEHOLDER

## Please review the native document MA-0000382.mp4