# EXHIBIT EEE

**See Notice of Manual Filing**