# EXHIBIT FFF

| | |
|---|---|
| **From:** | Catherine Engelbrecht |
| **Sent:** | Tuesday, September 6, 2022 10:16 PM EDT |
| **To:** | Brian Glicklich |
| **CC:** | Gregg Phillips |
| **Subject:** | Re: NPR News Inquiry re 2,000 Mules book |

We do have knowledge of some of those organizations, but we've never ever spoken of them publicly.

Mixed in with a ton of research material we provided at the very outset of the movie we had a folder of 990s from various organizations. In Dinesh's desire to provoke, he included all those names and a few more.

We had not seen the manuscript. When we were notified, we talked to Salem attnys and the first version, which was already printed, bound, and on trucks for delivery, was scrapped entirely.

A new version is being printed and will list no names.  However, we still haven't seen the book so there may be other controversies ahead.

I've also notified the Salem attnys about this.

Let's sleep on it. If in the morning you still like the positioning, would you please send to him? My only hesitation is that I wonder if we can be clearer that we had nothing to do with the book and have not seen the manuscript.

"We did not make the allegations and did not contribute to the book project.  (And then some strong statement about how if they try to start a ruckus between us and other organizations it will be intentional defamation etc) "

Let's touch base briefly manana and then get it out the door.

On Tue, Sep 6, 2022 at 8:52 PM Brian Glicklich ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> I would say something like this:
>
> "We have no knowledge of the activities of specific organizations alleged to have been made in this book, and we did not make them."
>
> Let's just be sure there is nothing out there that will contradict us.
>
> Thanks….

**From:** Catherine Engelbrecht
**Date:** Tuesday, September 6, 2022 at 6:20 PM
**To:** Brian Glicklich                              Gregg Phillips
**Subject:** Fwd: NPR News Inquiry re 2,000 Mules book

We need to push back hard on this. Those names were not approved by us. Dinesh just pulled a list together. We found out and it's why the book was pulled. When the actual book comes out those names will not be in it.

What do you recommend we tell this guy?

---------- Forwarded message ---------
From: **Tom Dreisbach**
Date: Tue, Sep 6, 2022 at 8:00 PM
Subject: NPR News Inquiry re 2,000 Mules book
To: Catherine Engelbrecht                              Gregg Phillips

Catherine and Gregg,

Tom Dreisbach here from NPR News.

I'm writing, because we've obtained a copy of Dinesh D'Souza's "2,000 Mules" book, which was recently recalled. We are planning a news story based on its contents and claims.

One notable new section of the book (as compared to the film) is that on page 68 D'Souza names seven groups as nonprofits that are described as "stash houses" for the alleged ballot trafficking operation identified by TTV. D'Souza has previously said that the film did not name those groups for, essentially, legal reasons.

In the book, D'Souza identifies the following groups: ████████████████
████████████████████████████████████

We've contacted those groups for comment. Among their responses so far:

The Chief Legal Officer for the ████████████ denied the allegations and said they were "potentially libelous." They added "It sounds like a bunch of lies committed to paper. And there are legal consequences for doing that." ████████████ also said neither TTV nor D'Souza ever contacted them for comment - a fundamental step for any documentary project.

A spokesperson for the ████████████████████ said the claims are "nonsense" and "false" and added, "We will not dignify such trash, which Mr. D'Souza admits is such a lie his own lawyers wouldn't allow him to say it in his movie, with a response."

Does True The Vote stand by the claim that those seven groups functioned as "stash houses" for ballot "mules," which Gregg said amounts to "organized crime" in the film? Did TTV take any steps to verify the allegations by contacting these groups?

**Please let me know by the end of the Wednesday, Sept. 7 if you'll have a response.**

You can reach me by email, or by phone at ████████

Thanks,

Tom Dreisbach

CONFIDENTIAL