# EXHIBIT JJJ

# In the Matter Of:

## ANDREWS V. D'SOUZA

122-CV-04259-SDG

## BOB VARNADOE

*July 26, 2024*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF GEORGIA.

 3                       ATLANTA DIVISION

 4      MARK ANDREWS,                    Case No.

 5                 Plaintiffs,      122-CV-04259-SDG

 6         vs.

 7      DINESH D'SOUZA, ET AL.

 8                 Defendants.

 9


10
              Virtual Videotape Zoom Deposition of
11                         Bob Varnadoe
                     Friday, July 26, 2024
12                       At 9:30 a.m.

13

14

15

16

17

18

19      Reported by LeShaunda Cass-Byrd, CSR, RPR

20

21

22

23

24

25
```



```
 1   N-I-V-E --
 2       A.    Oh, no.
 3             COURT REPORTER:  I'm sorry, I didn't
 4      -- N-I-V-E?
 5             MR. GEORGE:  Last name is
 6      L-O-G-A-N-A- T-H-A-N.
 7             THE WITNESS:  I do know Nive, and no,
 8      I did not have a conversation, that I
 9      recall.
10   BY MR. GEORGE:
11       Q.    Are you aware of anything negative
12   happening to Mr. Andrews at work as a result of what
13   he talked to you about?
14       A.    Not that I'm aware of.
15       Q.    Other than what we discussed about what he
16   discussed with you, are you aware of his life being
17   affected in any way as a result of --
18       A.    Not that I'm aware of.
19       Q.    Are you aware of Mr. Andrews raising any of
20   the issues you discussed with him to anyone else at
21   NCR?
22       A.    Yes.  So I had somebody that reached out to
23   me that -- that said there was a subpoena issued at
24   NCR.  This is a former employer of NCR.  And, you
25   know, told me that there were several people.
```



1    A.    He did not.
2    Q.    Have you ever seen Mr. Andrews mentioned in
3    the news?
4    A.    When I received the subpoena, I did a
5    search and found a New York Times article that -- that
6    talked about the issue.  Other than that, not -- not
7    anything at the time that I recall.
8    Q.    So you don't recall seeing anything in 2021
9    or 2022 about Mr. Andrews?
10   A.    No.
11   Q.    Did he ever discuss with you the fact that
12   he was in the news at the time?
13   A.    He discussed with me that he had been
14   filmed, and that he, you know, again, he was concerned
15   about the potential repercussions as a result of that,
16   but, you know, not that he was listed in articles or
17   anything like that.  Just publicity around the movie.
18   Q.    Do you know if any of the issues we
19   discussed about the conversation he had with you, do
20   you know if any of that affected Mr. Andrews'
21   reputation at NCR at all?
22   A.    None that I'm aware of.
23   Q.    When was the last time you spoke with
24   Mr. Andrews?
25   A.    It would have been prior to my leaving NCR.

