# EXHIBIT KKK

# In the Matter Of:

## ANDREWS V. D'SOUZA

1:22-cv-04259-SDG

## DAVID FLORES

*August 09, 2024*



```
             IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

                            DISTRICT OF GEORGIA

                             ATLANTA DIVISION


                                          )
     MARK ANDREWS,                        )
              Plaintiff,                  )  Case No.:
                                          )
     vs.                                  )  1:22-cv-04259-SDG
                                          )
     DINESH D'SOUZA, et al.               )
              Defendant.                  )
     _____ )
```

        Zoom Video-Conference and stenographic deposition of
DAVID FLORES taken on behalf of the Defendant, pursuant to the
stipulations set forth below, before Ariel Walcott, Certified
Court Reporter, commencing at the hour of 10:37 a.m. Friday,
August 9, 2024.

                        Ariel Walcott, CVR, CCR

                      Esquire Deposition Solutions
                        2700 Centennial Tower
                        101 Marietta Street
                      Atlanta, Georgia 30303
                           (404)495-0777



800.211.DEPO (3376)
EsquireSolutions.com

1    Q.   Sure.  Is NCR aware of any discussions Mr. Andrews
2    had with any other NCR employees regarding 2,000 Mules movie?
3    A.   I'm not aware of any.
4    Q.   Is NCR aware of any discussions Mr. Andrews had with
5    any other NCR employees regarding him voting?
6    A.   I'm not aware of any.
7    Q.   Is NCR aware of any discussions Mr. Andrews had with
8    any other NCR employees about him being in the news?
9    A.   I'm not aware.
10   Q.   Is NCR aware of 2,000 Mules movie affecting Mr.
11   Andrews' work performance in any way?
12   A.   I'm not aware of anything like that.
13   Q.   What, if any, communications did NCR have with the
14   Plaintiffs' Council in this case?
15   A.   I'm not aware of any of those meetings or any of that
16   information.
17   Q.   Has Mr. Andrews had any communications with NCR
18   related to this lawsuit?
19   A.   I'm not aware of any.
20   Q.   Did Mr. Andrews inform anyone at NCR when he filed
21   this lawsuit?
22   A.   I am not aware of anything like that.
23   Q.   Is NCR aware of any communications between Mr.
24   Andrews and any NCR employees regarding this lawsuit?
25   A.   I'm not aware of anything like that.



1       Q.    Is NCR aware of Mr. Andrews professional reputation
2   being harmed in any way as a result of 2,000 Mules?
3       A.    Not aware of any damage.
4       Q.    Is NCR aware of Mr. Andrews reputation for integrity
5   being harmed in any way as a result of 2,000 Mules?
6       A.    Not aware of anything like that.
7       Q.    Is NCR aware of plaintiff's professional reputation
8   being harmed in any way by (unintelligible)?
9       A.    I have no knowledge of that.
10      Q.    Is NCR aware of Plaintiff's professional reputation
11  being harmed in any way by Captain Engelbrecht?
12      A.    Not aware of that.
13      Q.    Is NCR aware of Plaintiff's professional reputation
14  being harmed in any way by Greg Phillips?
15      A.    Not aware of that.
16      Q.    Is NCR aware of Mr. Andrews life being affected in
17  any way as a result of 2,000 Mules?
18      A.    Not aware.
19      Q.    I will briefly pull up Exhibit 5.  And see Mr.
20  Andrews' annual performance review for 2022 again on your
21  screen?
22      A.    Yes.
23      Q.    At the bottom of the first page, Mr. Andrews says,
24  "this was a very challenging year considering staff rebuilding
25  underway and relying on EY to provide resources to complete

