# EXHIBIT LLL

# In the Matter Of:

# ANDREWS V. D'SOUZA

1:22-cv-04259-SDG

# KELLY B. COVELESKIE

*August 14, 2024*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4   MARK ANDREWS,

 5      Plaintiff,

 6

 7

 8

 9

10   vs.                                  CASE NUMBER
                                          1:22-cv-04259-SDG
11

12

13

14

15
     DINESH D'SOUZA, et al.
16
        Defendant.
17
     ---------------------------/
18

19      The videotaped deposition of KELLY BLACK

20   COVELESKIE, a witness in the above-entitled

21   cause, taken pursuant to Notice and Agreement,

22   before Naomi McCracken, stenographic court

23   reporter and Notary Public, via Videoconference

24   on Wednesday August 14, 2024, commencing at or

25   about the hour of 11:34 a.m.
```



```
 1       A    No impressions, no conclusions drawn.
 2   Interesting.  But no conclusion drawn, really.
 3   I consider it to be entertainment.
 4       Q    You -- excuse me.
 5            Did you have any discussions or
 6   conversations with anyone else at NCR regarding
 7   what you and Mr. Andrews talked about?
 8       A    No.
 9       Q    Did you have any discussions or
10   conversations with anyone outside of NCR
11   regarding what you and Mr. Andrews talked about?
12       A    Yes.
13       Q    Who did you speak with about that?
14       A    My spouse.
15       Q    Anyone else?
16       A    No.
17       Q    Did you ever talk to Ms. Moyer about
18   that?
19       A    No.
20       Q    Are you aware of Mr. Andrews ever being
21   harassed?
22       A    No.
23       Q    Are you aware of anything negative
24   happening to Mr. Andrews as a result of 2000
25   Mules or what you discussed with him?
```



```
 1      A    No.
 2      Q    Are you aware of Mr. Andrews ever being
 3   demoted?
 4      A    No.
 5      Q    Are you aware of Mr. Andrews ever
 6   receiving any lower pay?
 7      A    No.
 8      Q    Are you aware of Mr. Andrews ever not
 9   being promoted?
10      A    No.
11      Q    Are you aware of the results of your
12   conversation with Mr. Andrews ever affecting his
13   standing at NCR?
14      A    No.
15      Q    Are you aware of the results of your
16   conversation with Mr. Andrews ever affecting his
17   work?
18      A    No.
19      Q    Are you aware of Mr. Andrews ever --
20      A    I can't hear you.  Can you hear me?
21      Q    I can hear you.
22      A    Okay.  I cannot hear you.
23      Q    Is this better?
24      A    One moment.
25           THE VIDEOGRAPHER:  Would you like
```

