# EXHIBIT MMM

# In the Matter Of:

## ANDREWS V. D'SOUZA

1:22-cv-04259-SDG

## KELLY MOYER

*August 09, 2024*



```
            IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
                          DISTRICT OF GEORGIA
                            ATLANTA DIVISION



                                        )
   MARK ANDREWS,                        )
              Plaintiff,                ) Case No.:
                                        )
   vs.                                  ) 1:22-cv-04259-SDG
                                        )
   DINESH D'SOUZA, et al.               )
              Defendant.                )
   _____)
```

     Zoom Video-Conference and stenographic deposition of KELLY MOYER taken on behalf of the Defendant, pursuant to the stipulations set forth below, before Ariel Walcott, Certified Court Reporter, commencing at the hour of 9:28 a.m. Friday, August 9, 2024.

                         Ariel Walcott, CVR, CCR

                       Esquire Deposition Solutions
                          2700 Centennial Tower
                           101 Marietta Street
                         Atlanta, Georgia 30303
                              (404)495-0777



1    Q.   Do you know if Mr. Andrews had any communications
2  with any other NCR employees about what he talked about in that
3  conversation?
4    A.   I don't know.
5    Q.   Are you aware of Mr. Andrews ever being harassed?
6    A.   I'm not.
7    Q.   Are you aware of anything negative that happened to
8  Mr. Andrews as a result of the conversation you had with them?
9    A.   I am not.
10   Q.   Are you aware of anything negative happening to Mr.
11 Andrews as a result of the substance of what he discussed with
12 you?
13   A.   I am not.
14   Q.   Are you aware of Mr. Andrews' life being affected in
15 any way as a result of what he discussed with you?
16   A.   I am not.
17   Q.   After that one conversation we discussed with Mr.
18 Andrews, do you continue to interact with them on a day-to-day
19 basis?
20   A.   Yes.  Solely for the work that we were both engaged
21 in completing.  It was a work relationship.  So yes, I continue
22 to engage with them on work-related matters.
23   Q.   So we discussed the one conversation without Mr.
24 Andrews.  I take it there wasn't anything written?
25   A.   No.  It was a face-to-face meeting.



1  non-work related.
2         MS. QIN:  Those are all my questions.  Thank you, Ms.
3     Moyer.
4         THE WITNESS:  All right.  You're welcome.
5                      REDIRECT EXAMINATION
6  BY MR. GEORGE:
7     Q.   I just have a handful more.  I'll be quick.  Did Mr.
8  Andrews say anything else about him appearing in the film 2,000
9  Mules?
10    A.   I think he did mention something, but I don't recall
11 exactly what he said.  I think he mentioned he appeared in the
12 film, but I don't recall the context or any additional, like
13 how he would have said it.
14    Q.   Did he say anything about how he found out about the
15 fact that he was in the film?
16    A.   No.  I don't know that.
17    Q.   Did he say anything about whether his face was
18 blurred or unblurred in the film?
19    A.   He did not mention that, no.
20    Q.   Are you going somewhere else to work after August
21 31st?
22    A.   No.  I'm taking some time off.
23    Q.   Are you aware of the movie, 2,000 Mules, affecting
24 Mr. Andrews' performance in any way?
25    A.   Specific to, no.

