# EXHIBIT NNN

Case 1:22-cv-04259-SDG   Document 281-14   Filed 12/20/24   Page 2 of 4
Nive Loganathan                                              October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3
     MARK ANDREWS,                    )
4                                     )
              Plaintiff,              )
5                                     ) Case No.
        vs.                           )
6                                     ) 1:22-cv-04259-SDG
     DINESH D'SOUZA, et al.,          )
7                                     )
              Defendants.             )
8    _____  )
9
10
11
                  VIDEOTAPED DEPOSITION OF
12
13                    NIVE LOGANATHAN
14
                      October 18, 2024
15
                         1:06 p.m.
16
17
                  Via Zoom Videoconference
18
19
20
21
22
23
24
               Marianne R. Wharram, RPR, CRR
25                CCR #6121-5296-5647-5648

Case 1:22-cv-04259-SDG   Document 281-14   Filed 12/20/24   Page 3 of 4

Nive Loganathan                                    October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 19

```
 1   pay?
 2        A.    No.  That's -- that's way above my pay
 3   grade to know.  He was my manager.
 4        Q.    Understood.
 5              Are you aware of him not being promoted
 6   for any reason?
 7        A.    No.
 8        Q.    Are you aware of the situation of
 9   2000 Mules affecting his work, Mr. Andrews' work?
10        A.    No.
11        Q.    Are you aware of anything related to
12   2000 Mules affecting Mr. Andrews' standing with the
13   company?
14        A.    I would not have known it given my
15   position at that company at that time, right?
16        Q.    Understood.
17        A.    Again, I was reporting to him.  I was not
18   evaluating his performance or -- if nothing was in my
19   scope of work.
20        Q.    Understood.  Thank you.
21              Are you aware of Mr. Andrews' life being
22   affected in any way as a result of the 2000 Mules?
23        A.    Do not.
24        Q.    Did you ever discuss any of these issues
25   with him?
```

Case 1:22-cv-04259-SDG   Document 281-14   Filed 12/20/24   Page 4 of 4
Nive Loganathan                                              October 18, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 22

```
 1   written communications you have with Mr. Andrews?
 2        A.   No.
 3        Q.   Have you ever seen Mr. Andrews mentioned
 4   in the news?
 5        A.   No.
 6        Q.   Have you ever seen Mr. Andrews mentioned
 7   in any social media?
 8        A.   No.
 9        Q.   Do you know if any of the issues we've
10   discussed relating to 2000 Mules ever affected
11   Mr. Andrews' reputation at NCR?
12        A.   I don't think so.
13        Q.   Do you know if it affected him
14   professionally?
15        A.   He would be the better person to answer
16   that, but to the extent I know, no.
17        Q.   Thank you.
18             Do you know if Mr. Andrews made any
19   complaints to NCR?
20        A.   No.
21        Q.   No, you don't know?  I'm just clarifying.
22   No, you don't know, or no, he did not make any
23   complaints?
24        A.   No, I do not know.
25        Q.   Thanks.
```