# EXHIBIT OOO

**In the Matter Of:**

MARK ANDREWS vs DINESH D'SOUZA

1:22-cv-04259-SDG

---

# WILLIAM SMITH

*July 22, 2024*

---



800.211.DEPO (3376)
EsquireSolutions.com

1        IN THE UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF GEORGIA
2                    ATLANTA DIVISION

3

4  MARK ANDREWS,                    ) CASE NO.
                                    ) 1:22-cv-04259-SDG
5          Plaintiff,               )
   vs.                              )
6                                   )
   DINESH D'SOUZA, et al.           )
7                                   )
                                    )
8          Defendants.              )
                                    )
9  - - - - - - - - - - - - - - - - )

10

11               VIDEOTAPE DEPOSITION OF

12                    WILLIAM SMITH

13

14        Monday, July 22, 2024, 12:32 p.m.(EST)

15

16

17

18

19

20        HELD VIA ZOOM

21        WITNESS LOCATION:
          ATHENS, GEORGIA
22

23     ---------------------------------------------

24        WANDA L. ROBINSON, CRR, CCR, No. B-1973
        Certified Shorthand Reporter/Notary Public
25



WILLIAM SMITH                               July 22, 2024
MARK ANDREWS vs DINESH D'SOUZA               15

```
 1   that he discussed with you on those phone calls?
 2        A     No, sir, I'm not.
 3        Q     Are you aware of him being demoted?
 4        A     Not that I'm aware of.
 5        Q     Are you aware of him receiving any lower
 6   pay?
 7        A     Not that I'm aware of.
 8        Q     Are you aware of him not being promoted?
 9        A     Not that I'm aware of.
10        Q     So after these two phone calls in 2020,
11   you said you had a call with him recently?
12        A     He called me I guess -- I guess the first
13   subpoena you all sent arrived -- just to let me know
14   I should be expecting to be served with a subpoena,
15   and the conversation lasted maybe 45 seconds to a
16   minute.  He just said, do you remember me?  And he
17   reiterated what I talked to him about very shortly
18   and said you should be getting served.
19             About 30 minutes later, a guy showed up at
20   the house and served me.
21        Q     Before he reintroduced himself or
22   reiterated your phone call, did you remember Mr.
23   Andrews?
24        A     I vaguely remember him.  Again, I had
25   37,000 employees across the globe and the amount of
```

