# EXHIBIT PPP

Case 1:22-cv-04259-SDG   Document 281-16   Filed 12/20/24   Page 2 of 3
HIGLY CONF/AEO Brian Beasley                    November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 1

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
2                        ATLANTA DIVISION
3      MARK ANDREWS,                  )
                                      )
4          Plaintiff,                 )
                                      )
5      vs.                            )    CASE NO.
                                      )
6      DINESH D'SOUZA; TRUE THE       )    1:22-CV-04259-SDG
       VOTE, INC.; CATHERINE          )
7      ENGLEBRECHT; GREGG             )
       PHILLIPS; D'SOUZA MEDIA        )
8      LLC; and JOHN DOES,            )
                                      )
9          Defendants.                )
10
11
12        THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
                       HIGHLY CONFIDENTIAL
13                    ATTORNEYS' EYES ONLY
                   SUBJECT TO PROTECTIVE ORDER
14
15           VIDEOTAPED DEPOSITION OF BRIAN BEASLEY
16                    (Taken by Defendants)
17                      November 1, 2024
18                    1:00 p.m. Eastern time
19
20
21
22
23
24
25       Reported by:  Debra M. Druzisky, CCR-B-1848

Case 1:22-cv-04259-SDG   Document 281-16   Filed 12/20/24   Page 3 of 3
HIGLY CONF/AEO Brian Beasley                November 1, 2024
Andrews, Mark vs D'Souza, Dinesh et al.

Page 22

1       A.    I'm unsure.
2       Q.    Are you aware of 2000 Mules affecting
3  Mr. Andrews's standing within the company N.C.R.?
4       A.    No, I'm not aware.
5       Q.    Other than what you described with him
6  being followed or his -- him telling you that he
7  was being followed, are you aware of his life being
8  affected in any other way as a result of 2000
9  Mules?
10      A.    Outside of that, no.
11      Q.    Are you aware of Mr. Andrews raising
12 issues related to 2000 Mules with anyone else at
13 N.C.R.?
14      A.    No.
15      Q.    Did you, after your employment at N.C.R.,
16 did you exchange any E-mails with Mr. Andrews?
17      A.    In general or relating to this case?
18      Q.    First generally have you?
19      A.    Yes.  Because he reviewed my résumé, and I
20 had to send him my résumé.
21      Q.    And have you exchanged any E-mails with
22 him related to 2000 Mules?
23      A.    No.
24      Q.    Have you exchanged any text messages with
25 Mr. Andrews related to 2000 Mules?