# EXHIBIT RRR

| | |
|---|---|
| From: | Kirk Wiebe |
| Sent: | Friday, May 13, 2022 11:09 AM EDT |
| To: | -editorial |
| Subject: | Why No Coverage of TrutheVote Discoveries Re Voter Fraud at Scale in the 2020 Election? |

Dear Editor:

I am a fan of Newsmax. I am also a retired NSA senior intelligence analyst and NSA whistleblower on the mass surveillance of Americans. More importantly, I am a believer in, and defender of the US Constitution, having sworn to uphold and defend it on two separate occasions in my life of some 77 years.

I write to ask why you have not covered the critically important work of Catherine Engelbrecht and the TruetheVote.Org in exposing real voting fraud at scale in the 2020 election. The story is in my estimation the biggest, most important story to hit the news in the history of the United States.

I have used the techniques used by TruetheVote.Org and can testify to the efficacy of the findings. In addition, the Supreme Court itself has written about (see Chief Justice Roberts writing in the 2018 case Carpenter vs US) and endorsed the efficacy of the methodology used.

Thank you for your attention to this important matter, and I would be pleased to work with you to address any hesitancy or questions you may have.

Sincerely,

J. Kirk Wiebe

Phone: