IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>    Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA,** *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-04259-SDG |

## DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht, and Gregg Phillips (together, "TTV Defendants") move this Court to maintain under seal the documents identified below that Defendants and other third parties have designated as confidential, and which TTV Defendants contemporaneously file provisionally under seal with his Motion, pursuant to the protective order previously entered in this case. Doc. No. 139 (the "Protective Order").

TTV Defendants' Statement of Undisputed Material Facts, filed contemporaneously with this Motion, cites to and relies on several documents produced by other parties that were designated as "Confidential" or "Highly Confidential" under the terms of the Protective Order. Doc. No. 139, at 3-4. Pursuant to this Court's Standing Order at Section III.h and ¶ 12 of the Protective Order, the

1

parties conferred prior to this filing regarding the need to file under seal those documents designated as Confidential or Highly Confidential, and whether any less restrictive measures would provide adequate protection. For the specific documents enumerated herein, the designating parties did not agree to a less restrictive measure.

At the request of the other parties, TTV Defendants has agreed to file the Exhibits listed below under seal, in compliance with the Protective Order. Doc. 139 at 12-13 ("If the Designating Party does not agree to a less restrictive measure, the Receiving Party shall provisionally file all Confidential Material under seal and shall also file a motion to provisionally keep such Confidential Material under seal."). TTV Defendants request this Court's permission to provisionally maintain these documents under seal until "such time as the Designating Party can file a motion to seal," which the other parties shall do within seven (7) days of the final filing in a related briefing. Doc. 139, ¶ 12.

**Table 1**

| **Exhibit No.** | **Description** | **Designation** |
|---|---|---|
| Exhibit PP | Email between non-parties | Highly Confidential – Attorneys' Eyes Only |
| Exhibit QQ | Email between non-parties | Highly Confidential – Attorneys' Eyes Only |
| Exhibit RR | Email between non-parties | Highly Confidential – Attorneys' Eyes Only |
| Exhibit SS | Text messages between non-parties | Confidential |
| Exhibit VV | Email produced by D'Souza Defendants | Confidential |

Accordingly, TTV Defendants respectfully request this Court maintain under seal the documents identified in Table 1 above until the Designating Parties file a motion to seal pursuant to the Protective Order.

Filed this 20th day of December, 2024.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100
F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht and Gregg Phillips*

*Admitted Pro Hac Vice

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips' Motion To Maintain Documents Under Seal** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*