IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>  Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-04259-SDG |

## DEFENDANTS TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS'S REQUEST FOR ORAL ARGUMENT

Pursuant to Rule II.j of Judge Steven D. Grimberg's Standing Order Regarding Civil Litigation, Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips hereby request oral argument on their Motion for Summary Judgment, being filed simultaneously herewith.

Filed this 20th day of December, 2024.

  */s/ Jake Evans*
  JAKE EVANS
  Georgia Bar No. 797018
  PHILIP J. GEORGE
  Georgia Bar No. 441996
  JULIA MARTIN*
  GREENBERG TRAURIG, LLP
  Terminus 200
  3333 Piedmont Road NE, Suite 2500
  Atlanta, Georgia 30305
  P: (678) 553-2100
  F: (678) 553-2212
  Jake.Evans@gtlaw.com

1

Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips.*

*\*Admitted Pro Hac Vice*

2

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips' Request for Oral Argument** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 20th day of December, 2024.

**GREENBERG TRAURIG, LLP**

/s/ Jake Evans
JAKE EVANS
Georgia Bar No. 797018

*Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*