# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGLEBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## NOTICE OF CORRECTED FILING OF EXHIBITS 24, 31, 51, AND 52

In connection with Defendants Dinesh D'Souza's and D'Souza Media LLC's (collectively, "D'Souza Parties") Motion for Summary Judgment, at Docket 268, D'Souza Parties submit this Notice of Corrected Filing for accompanying Exhibits 24, 31, 51, and 52.

Respectfully submitted this 22nd day of December, 2024.

                                               **BUCHALTER APC**

                                               /s/ *Amanda G. Hyland*
                                               Amanda G. Hyland
                                               Georgia Bar No. 325115
                                               Austin C. Vining
                                               Georgia Bar No. 362473
                                               Cory Mull

Georgia Bar No.
3350 Riverwood Pkwy SE, Ste. 1900
Atlanta, GA 30339
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115

*Attorney for Defendants Dinesh D'Souza and D'Souza Media LLC*