# EXHIBIT 31

Message

| | |
|---|---|
| **From**: | Dinesh D'Souza [REDACTED ] |
| on behalf of | Dinesh D'Souza <REDACTED > [REDACTED ] |
| **Sent**: | 12/30/2023 2:39:58 PM |
| **To**: | Dinesh D'Souza [REDACTED ] |
| **Subject**: | CGDD 26 |
| **Attachments**: | Image 12-30-23 at 2.39 PM.jpg |

DDR-00049450

To: Debbie, Catherine, Gregg

**VOTING BALLOT DROP-OFF**

Many broke the law by dropping off multiple ballots in 2021 election, but no one will be prosecuted, Lehigh DA says
mcall.com

Interesting they came up with 7% just as we did

Lastly, we did an interview with Charlie yesterday. He had the same videos from the ad in GA (the ones we talked about) and asked us to review them. He says Salem knows, etc. but didn't want to not tell y'all. It's supposed to air tomorrow.

This is no problem! But thanks for letting us know

**Catherine Engelbrecht**

Ok. It's our first big interview so it felt weird.

**Debbie**

Get ready ! Once we have the theatrical / streaming guidelines we will send them your way so you can plug the movie

We have a call today with our theater guy

**Catherine Engelbrecht**

Excellent!  Today we are meeting with AZ AG and solicitor general   Tomorrow with FBI.

Lots of pieces are coming together. All good.

**Debbie**

Let us know when you receive the backpack - we are in studio recording podcast but I'll check messages

Apr 5, 2022 at 11:35 AM

**Catherine Engelbrecht**

Ok one more thing.... Andrew (Charlie's staffer) also told Heather that in the interview we say that he's a police officer. Note: I explained that the version Andrew saw wasn't finished, shadow and voice filters were being adjusted, we were working to get his emails (with his name redacted) on screen and also the video (that we are still awaiting access to) and that if that comes together she/they will not be on camera as much ..... but, all that aside, I do want to tell her if/how we characterize the informant. Would y'all look at the transcript and let me know how he's introduced. We may need to tweak slightly.  I just don't remember....

**Debbie**

The voice over says he's an officer - what do you want it to say ?

That video that we could put it has to happen this week or we can't put it in. We need to lock the film this week

**Catherine Engelbrecht**

Totally understand. We are going crazy trying to get this and the 24-hr reel. The players are so bad. Gregg just said we should have the 24-hr video to you later today (assuming we can sent online) or will FedEx.

Can you tell me exactly how he's described? I'll take the exact words and make sure it's ok w Heather and the cop.  I'm sure it will be fine or only slightly tweaky. Clearly we have to call him something  😊

**Debbie**

Ok - I'm about to drive home from podcast . When I get home I'll look for that

DDR-00049451