# EXHIBIT 52

Message

**From:** Dinesh D'Souza [REDACTED]
**on behalf of** Dinesh D'Souza <REDACTED> [REDACTED]
**Sent:** 12/30/2023 1:43:30 PM
**To:** Dinesh D'Souza [REDACTED]
**Subject:** C&G 16
**Attachments:** Image 12-30-23 at 1.43 PM.jpg

Confidential												DDR-00049514

