# Buchalter



Valarie Lawrence
3350 Riverside Pkwy SE
Suite 1900
Atlanta, GA 30339
(404) 832 - 7530 Phone
(404) 470-990-4890 Direct
vlawrence@buchalter.com

December 20, 2024

**Sent via Hand Delivery**

U.S. District Court Clerk
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re:   Case No. 1:22-cv-04259-SDG; *Mark Andrews v. Dinesh D'Souza, et al.*
      Defendants Dinesh D'Souza and D'Souza LLC's Notice of Manual Filing

Dear Clerk:

Please find enclosed, a stamp-filed copy of Defendants Dinesh D'Souza and D'Souza Media LLC's Notice of Manual Filing ("Notice")[**Dkt. 245**], along with a DVD and a hardback book – both titled, *2000 Mules*, for Judge Grimberg.

The Notice has been filed in advance of Defendants Dinesh D'Souza and D'Souza Media LLC's Motion for Summary Judgment, which will be filed later today, 12.20.24, in connection with the above-referenced matter.

Please let me know if you have any questions or issues.

Kind regards,

Valarie Lawrence
Valarie Lawrence
Paralegal

buchalter.com

Los Angeles
Denver
Napa Valley
Nashville
Orange County
Portland
Sacramento
Salt Lake City
San Diego
San Francisco
Scottsdale
Seattle

BN 86288363v1