RECEIVED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 0 6 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA, *et al.*,**<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## PLAINTIFF'S NOTICE OF MANUAL FILING

COME NOW Plaintiff Mark Andrews, in the above-captioned case, and files the following materials, referenced in the affidavit of Von DuBose in support of Plaintiff's Motion for Partial Summary Judgment:

1. Exhibit 2, a true and correct copy of the 2000 Mules film, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000536.

2. Exhibit 5, a true and correct copy of a video file of the 2000 Mules trailer, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000445.

3. Exhibit 6, a true and correct copy of a video file of Dinesh D'Souza's May 11, 2022 appearance on *Tipping Point* with Kara McKinney, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001059.

4. Exhibit 8, a true and correct copy of a video file of Dinesh D'Souza's May 4, 2022 appearance on NTD News on New York news channel WMBC 63, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001178.

5. Exhibit 40, a true and correct copy of a video file of the 2000 Mules trailer, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000451.

6. Exhibit 47, a true and correct copy of a video file of Catherine Engelbrecht and Gregg Phillips' April 20, 2022 interview by *The Gateway Pundit*, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0000001.

7.  Exhibit 54, a true and correct copy of a video file of the May 17, 2022 Georgia State Elections Board meeting which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000802.

8.  Exhibit 57, a true and correct copy of a video, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00004596.

9.  Exhibit 65, a true and correct copy of a PDF of a Rumble webpage, which Plaintiff Mark Andrews produced to Defendants in discovery as Bates No. PDSA-0001913.

10. Exhibit 96, a true and correct copy of a video file showing the 2000 Mules Times Square billboard, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0001435.

11. Exhibit 97, a true and correct copy of Plaintiff's Exhibit 1 from the deposition of Defendant Gregg Phillips, which is the April 8, 2022 episode of the Charlie Kirk show produced to Defendants in discovery as Bates No. MA-0000375.

12.    Exhibit 103, a true and correct copy of a video file of Catherine Engelbrecht's May 5, 2022 appearance on Tucker Carlson Tonight, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000953.

13.    Exhibit 107, a true and correct copy of a video file of Dinesh D'Souza's May 6, 2022 appearance on The Epoch Times' *Crossroads* with Joshua Philipp, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001342.

14.    Exhibit 111, a true and correct copy of a video file of True the Vote discussing its plan to release all video and data evidence of fraud not included in *2000 Mules*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000403.

15.    Exhibit 112, a true and correct copy of a video clip of Catherine Engelbrecht and Gregg Phillips' June 3, 2022 appearance on *Facts Matter with Roman Balmakov*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000471.

16. Exhibit 117, a true and correct copy of a video file of Dinesh D'Souza's May 17, 2022 appearance on *Real America* with Dan Ball, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0000295.

17. Exhibit 119, a true and correct copy of a video file of Dinesh D'Souza's May 21, 2022 appearance on *Weekly Briefing* with Chanel Rion, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001609.

18. Exhibit 121, a true and correct copy of a video file of Dinesh D'Souza's May 23, 2022 appearance on *KUSI News*, which was captured by Plaintiff's counsel from a publicly accessible website and produced to Defendants in discovery as Bates No. MA-0001047.

19. Exhibit 126, a true and correct copy of a video file of the "music video trailer" for *2000 Mules*, which was captured by Plaintiff's document vendor from a publicly accessible website and produced to Defendants in discovery as Bates No. PDSA-0001842.

20. Exhibit 135, a true and correct copy of the 2000 Mules Book, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000535.

21. Exhibit 196, a true and correct copy of a video, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00000063.

22. Exhibit 203, a true and correct copy of an audio file of a podcast, which Plaintiff Mark Andrews produced to Defendants in discovery as Bates No. MA-0000509.

23. Exhibit 208, a true and correct copy of an Excel file containing a "Balance Sheet" and "Profit & Loss Statement" for OnePartyAmerica LLC, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000426.

24. Exhibit 212, a true and correct copy of an Excel file containing specific theater ticket sales, which Non-Party Patricia Jackson produced to Plaintiff in discovery.

25. Exhibit 214, a true and correct copy of an Excel file containing "2000 Mules TicketSpice Transactions," which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000513.

26.    Exhibit 216, a true and correct copy of an Excel file containing "Locals Streaming" figures beginning May 7, 2022, which Dinesh D'Souza produced to Plaintiff in discovery as Bates No. DD_000529.

27.    Exhibit 217, a true and correct copy of an Excel file dated June 2022, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00036037.

28.    Exhibit 223, a true and correct copy of an Excel file dated January 25, 2023, which the D'Souza Defendants produced to Plaintiff in discovery as Bates No. DDR-00025625.

Respectfully submitted this 20th day of December, 2024.

**SIGNED**:    */s/Von A. DuBose*

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Notice of Filing Sealed Documents was prepared double-spaced using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

**SIGNED**:    */s/Von A. DuBose*

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com



ORIGIN ID:VJIA        (202) 371-7000
CHANLER MILLER
SKADDEN,ARPS,SLATE,MEAGHER&FLOM,LLP
1440 NEW YORK AVE N.W.

WASHINGTON, DC 20005
UNITED STATES US

SHIP DATE: 23DEC24
ACTWGT: 5.00 LB
CAD: 254208361WSX03600
DIMS: 12x9x6 IN

BILL SENDER

TO  THE HONORABLE STEVEN D. GRIMBERG
    ATN: COURTROOM DEPUTY DANIELLE BRYE
    75 TED TURNER DR SW

    ATLANTA GA 30303
(202) 371-7484
NW                          REF: 81111014759CHANLER MILLER
PO                          DEPT:

FedEx
Express
E

REL#
3785346

THU - 26 DEC 12:00P
MORNING 2DAY

TRK#
0201   2836 4703 9912

30303
GA-US   ATL

TM QFEA

— — FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).