## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA *et al.*,**<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

### PLAINTIFF'S MOTION TO FILE A CONSOLIDATED BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Mark Andrews files this Motion to File a Consolidated Brief in Opposition to Defendants' Motions for Summary Judgment, limited to 70 pages. In support of this Motion, Plaintiff states:

1.    On December 10, 2024, this Court ordered, among other things, that Responses to Dispositive Motions would be due on February 28, 2025 and would be limited to 40 pages (Dkt. No. 244);

2.    On December 20, 2024, D'Souza Defendants and TTV Defendants each filed Motions for Summary Judgment (Dkt. Nos. 268, 279);

3.    Defendants' Motions for Summary Judgment contain many overlapping arguments;

4.     Plaintiff believes it would be in the interest of judicial economy to file a single 70 page consolidated opposition to both sets of Defendants' Motions for Summary Judgment, rather than two 40 pages briefs;

5.     Plaintiff consulted Defendants about this request.  Defendants do not object.

Accordingly, Plaintiff respectfully requests that the Court enter an Order granting him the right to file a single 70 page consolidated brief in opposition to Defendants' Motions for Summary Judgment.

Dated: February 7, 2025                Respectfully submitted,

By: */s/ Von DuBose*

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
john.parades@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Jane Bentrott*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163

Washington, DC 20006
Tel: 202-843-3092
jane.bentrott@protectdemocracy.org
catherine.chen@protectdemocracy.org

Lea Haber Kuck*
Quinn Balliett*
Scott Boisvert*
Sonia Qin*
Danuta Egle*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@probonolaw.com
scott.boisvert@probonolaw.com
sonia.qin@probonolaw.com
danuta.egle@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
320 S. Canal
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff*

*Admitted Pro Hac Vice*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

Dated: February 7, 2025                 */s/ Von DuBose*
                                        Von A. DuBose, Esq.


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within and foregoing **PLAINTIFF'S MOTION TO FILE A CONSOLIDATED BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: February 7, 2025                 */s/ Von DuBose*
                                        Von A. DuBose, Esq.