# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW Julia Martin and hereby files this Notice of Withdrawal as Counsel for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips. Jake Evans and Philip J. George will continue as counsel of record for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips.

Respectfully submitted this 13th day of February, 2025.

/s/ *Julia Martin*
JAKE EVANS
Georgia Bar No. 797018
PHILIP J. GEORGE
Georgia Bar No. 441996
JULIA MARTIN
Georgia Bar No. 199070
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
P: (678) 553-2100

F: (678) 553-2212
Jake.Evans@gtlaw.com
Philip.George@gtlaw.com
Julia.Martin@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Notice of Withdrawal as Counsel** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 13th day of February, 2025.

                                        **GREENBERG TRAURIG, LLP**

                                        */s/ Julia Martin*
                                        JULIA MARTIN
                                        Georgia Bar No. 199070

                                        *Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*