# EXHIBIT 233

Message

**From:** Dinesh D'Souza [Redacted]
**Sent:** 2/4/2022 2:35:47 PM
**To:** Bruce Schooley [Redacted]
**CC:** catherine@Redacted ; debbie@Redacted ; gregg@Redacted ; nathanfrankowski@Redacted
**Subject:** Re: screen shots of mules

I would like to have tons of videos for the website. So not all for the movie. But we do want to overwhelm people with evidence so video upon video until they literally yell, "Stop! We've seen enough."

Dinesh

On Fri, Feb 4, 2022 at 2:08 PM Bruce Schooley <Redacted @ > wrote:
Hi Gregg,

Great working with you. You're really good on film! The reaction from Salem was amazing!!!

We did a big switch for Hillary's America that showed about 1700 head shots. Here is the clip. (if link doesn't work I can WeTransfer the link)

https://www.dropbox.com/s/ltkykope7rqz9m0/Hillary_26_BigSwitch2.mp4dl=0

You can barely see them individually. As your team goes through the footage of mules is there a way they can capture 2 or 3 screen shots of each? We don't need video.

Is this possible?

Bruce

Confidential

TPNF-0002515