# EXHIBIT 234

Message

**From:** Bruce Schooley Redacted
**Sent:** 1/10/2022 12:26:40 PM
**To:** djd@Redacted ; debbie@Redacted ; nathanfrankowski@Redacted
**Subject:** evidence

We need our best evidence of illegal ballot harvesting...then we can go to graphics that makes this evidence explicit.

We need a phone call with Catherine and Gregg to see what they've got to SHOW multiple drops + multiple ballots + out of state mules.

I don't think one person dropping off what looks like one or two ballots off does it. It doesn't convince me and I want it to be true.

Confidential