IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MARK ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

## NOTICE OF FILING

In connection with Defendants True the Vote, Inc. ("TTV"), Catherine Engelbrecht, and Gregg Phillips (together, "TTV Defendants")' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (the "Response"), and in an effort to reduce duplicative materials that are already in the record (many, numerous times), TTV Defendants state that the following documents correlate with what has already been filed as shown below. TTV Defendants will refrain from re-filing these documents, but are happy to do so if the Court so requests it.

| Ex. for Response | Bates Number | How Previously Filed | Correlating Previous Docket Entries |
|---|---|---|---|
| Exhibit 16 | DD 000536 (DVD) | [**Manual Filing – See Exhibit M**] | Dkt. No. 254 (Ex. M)<br>Dkt. No. 245 (Ex. 9)<br>Dkt. No. 278 (Ex. 2) |
| Exhibit 33 | MA-0000933 | [**Electronic Media – See Exhibit CC**] | Dkt. 260<br>Received 01/16/2025 |
| Exhibit 41 | TPDG_0000230 - TPDG_0000231 | [**Filed Under Seal**] | Dkt. No. 282-2 |

| Exhibit 42 | TPDG_0000232 | **[Filed Under Seal]** | Dkt. No. 282-3 |
| --- | --- | --- | --- |
| Exhibit 43 | TPDG_0000234 | **[Filed Under Seal]** | Dkt. No. 282-4 |
| Exhibit 44 | TPDG_0000448 - TPDG_00004450 | **[Filed Under Seal]** | Dkt. No. 282-5 |
| Exhibit 46 | DDR-00019278 | **[Filed Under Seal]** | Dkt. No. 282-6 |
| Exhibit 48 | MA-0001796 | **[Electronic Media – See Exhibit WW]** | Dkt. 260 Received 01/16/2025 |
| Exhibit 49 | MA-0001585 | **[Electronic Media – See Exhibit XX]** | Dkt. 260 Received 01/16/2025 |
| Exhibit 53 | MA-0001018 | **[Electronic Media – See Exhibit BBB]** | Dkt. 260 Received 01/16/2025 |
| Exhibit 54 | PDSA-0000001 | **[Electronic Media – See Exhibit CCC]** | Dkt. 260 Received 01/16/2025 |
| Exhibit 55 | MA-0000382 | **[Electronic Media – See Exhibit DDD]** | Dkt. 260 Received 01/16/2025 |
| Exhibit 56 | DD_000535 (Book) | **[Manual Filing – See Exhibit EEE]** | Dkt. No. 254 (Ex. EEE) Dkt. No. 245 (Ex. 53) Dkt. No. 278 (Ex. 135) |

This 28th day of February, 2025.

                                              */s/ Jake Evans*
                                              JAKE EVANS
                                              Georgia Bar No. 797018
                                              PHILIP J. GEORGE
                                              Georgia Bar No. 441996

                                              GREENBERG TRAURIG, LLP
                                              Terminus 200
                                              3333 Piedmont Road NE, Suite 2500
                                              Atlanta, Georgia 30305
                                              P: (678) 553-2100
                                              F: (678) 553-2212

Jake.Evans@gtlaw.com
Philip.George@gtlaw.com

*Attorneys for Defendants True the Vote, Inc., Catherine Englebrecht, and Gregg Phillips*

# **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1

        **GREENBERG TAURIG, LLP**

        */s/ Jake Evans*
        JAKE EVANS
        Georgia Bar No. 797018

        *Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and Foregoing **Notice of Filing** was electronically filed on the Court's ECF filing system, which will automatically serve a copy on all counsel of record.

This 28th day of February, 2025.

        **GREENBERG TRAURIG, LLP**

        */s/ Jake Evans*
        JAKE EVANS
        Georgia Bar No. 797018

        *Attorney for Defendants True The Vote, Inc., Catherine Engelbrecht, and Gregg Phillips*