IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS**,<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

**<u>PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL</u>**

Plaintiff Mark Andrews moves this Court to maintain under seal the documents identified below that Defendants and third parties have designated as confidential, and which Plaintiff contemporaneously files provisionally under seal with this Motion, pursuant to the protective order previously entered in this case, Doc. No. 139 (the "Protective Order").

<u>Documents Designated by Defendants and Third Parties</u>

Plaintiff's Response to D'Souza Defendants' Statement of Undisputed Material Facts and Plaintiff's Response to TTV Defendants' Statement of Additional Material Facts, both filed contemporaneously with this Motion, cite to and rely on several documents produced by Defendants and third parties that were designated as "Confidential" under the terms of the Protective Order. Doc. No. 139, pp. 3-4.  Pursuant to this Court's Standing Order at III.h and ¶ 12 of the

Protective Order, the parties conferred prior to this filing regarding the need to file under seal those documents designated as Confidential, and whether any less restrictive measures would provide adequate protection. The designating parties did not agree to a less restrictive measure.

At the request of the Defendants and third parties, Plaintiff has agreed to file the documents listed below under seal, in compliance with ¶ 12 of the Protective Order. Doc. 139 at 12-13 ("If the Designating Party does not agree to a less restrictive measure, the Receiving Party shall provisionally file all Confidential Material under seal and shall also file a motion to provisionally keep such Confidential Material under seal."). Plaintiff requests this Court's permission to provisionally maintain these documents under seal until "such time as the Designating Party can file a motion to seal," which the Defendants and respective third parties shall do within seven (7) days of the final filing in a related briefing. Protective Order, Doc. 139 at ¶ 12.

*Table 1—Documents Provisionally Filed Under Seal*

| Exhibit | Description | Non-Movant Designation |
|---|---|---|
| N/A | Unredacted Plaintiff's Response to D'Souza Defendants' Statement of Undisputed Material Facts | N/A |
| N/A | Unredacted Plaintiff's Response to TTV Defendants' Statement of Additional Material Facts | N/A |

## **CONCLUSION**

Plaintiff respectfully requests this Court maintain under seal the documents identified in Table 1 above until the Designating Parties file a motion to seal pursuant to the Protective Order.

Respectfully submitted this 28th of March, 2025.

By: */s/ Lea Haber Kuck*

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
John Paredes*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

john.parades@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Jane Bentrott*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Tel: 202-843-3092
jane.bentrott@protectdemocracy.org
catherine.chen@protectdemocracy.org

Quinn Balliett*
Scott Boisvert*
Sonia Qin*
Danuta Egle*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
quinn.balliett@probonolaw.com
scott.boisvert@probonolaw.com
sonia.qin@probonolaw.com
danuta.egle@probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@probonolaw.com
paige.braddy@probonolaw.com

Vernon Thomas*
320 S. Canal

4

Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@probonolaw.com

*Counsel for Plaintiff*

*\*Admitted Pro Hac Vice*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Notice of Filing Sealed Documents was prepared double-spaced using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

This 28th day of March, 2025.

By: */s/ Lea Haber Kuck*

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

*Counsel for Plaintiff*

**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Notice of Filing Sealed Documents was this day filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

Dated: March 28, 2025                             /s/ Lea Haber Kuck

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

Counsel for Plaintiff
*Admitted Pro Hac Vice*