# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,** | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:22-cv-04259-SDG |
| v. | ) |
| | ) **WITHDRAWAL OF COUNSEL** |
| **DINESH D'SOUZA *et al*.,** | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.1(E)(4), N.D. Ga., please take notice that Siyuan Sonia Qin hereby withdraws her appearance as an attorney for Plaintiff Mark Andrews. Plaintiff will continue to be represented by Von A. DuBose of DuBose Trial Law and other attorneys of record. Ms. Qin requests that her name be removed from all service lists in this action.

Respectfully submitted this 20th day of May 2025.

/s/ *Siyuan Sonia Qin*
Siyuan Sonia Qin
*Pro Hac Vice*

One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
sonia.qin@probonolaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,** ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:22-cv-04259-SDG |
| v. ) | |
| ) | **WITHDRAWAL OF COUNSEL** |
| **DINESH D'SOUZA *et al.*,** ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed the above **WITHDRAWAL OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Siyuan Sonia Qin*
Siyuan Sonia Qin
*Pro Hac Vice*