# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-04259-SDG**
**Andrews v. D'Souza et al**
**Honorable Steven D. Grimberg**

Minute Sheet for proceedings held In Open Court on 06/06/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:40 P.M.                COURT REPORTER: Alicia Bagley
TIME IN COURT: 3:40                            DEPUTY CLERK: Danielle Brye
OFFICE LOCATION: Atlanta

| ATTORNEY(S) PRESENT: | Jane Bentrott representing Mark Andrews |
| --- | --- |
| | Scott Boisvert representing Mark Andrews |
| | Catherine Chen representing Mark Andrews |
| | Von DuBose representing Mark Andrews |
| | Lea Kuck representing Mark Andrews |
| | James Evans representing True the Vote, Inc., Catherine Engelbrecht, & Gregg Phillips |
| | Philip George representing True the Vote, Inc., Catherine Engelbrecht, & Gregg Phillips |
| | Amanda Hyland representing D'Souza Media LLC & Dinesh D'Souza |
| | Cory Mull representing D'Souza Media LLC & Dinesh D'Souza |
| | Austin Vining representing D'Souza Media LLC & Dinesh D'Souza |

PROCEEDING CATEGORY:    Motion Hearing(Motion Hearing Non-evidentiary).

MOTIONS RULED ON:    [250]Motion for Partial Summary Judgment TAKEN UNDER ADVISEMENT
[268]Motion for Summary Judgment TAKEN UNDER ADVISEMENT
[279]Motion for Summary Judgment TAKEN UNDER ADVISEMENT

MINUTE TEXT:    The parties appeared before the court on June 6, 2025 for oral argument on Motions for Summary Judgment. The Court took the motions under advisement. The Court ORDERED that all Leave of Absences from October 2025 to June 2026 be filed by June 10, 2025. Separate order to follow.

HEARING STATUS:    Hearing Concluded