# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA**, *et al.*,<br><br>Defendants. | Civil Action No. 1:22-CV-04259-SDG |

## STIPULATION OF DISMISSAL OF TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, AND GREGG PHILLIPS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (providing that a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared"), Plaintiff Mark Andrews and all other parties who have appeared in this action hereby stipulate and agree that Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively, the "TTV Defendants"), and all claims asserted against the TTV Defendants in this action, shall be and hereby are dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 3, 2025

Respectfully submitted,

*/s/ Lea Haber Kuck*
Lea Haber Kuck*

ACTIVE 716139167v1

One Manhattan West
New York, NY 100001-8602
Tel: (212)735-3000
lea.kuck@skadden.com

Von A. DuBose, Esq.
Georgia Bar No. 231451
DuBose Miller, LLC
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404)720-81111
dubose@dubosemiller.com

Sara-Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AX 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202)579-4582
jared.davidson@protectdemocracy.org

Jane Bentrott*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
jane.bentrott@protectdemocracy.org

catherine.chen@protectdemocracy.org

Quinn Balliett*
Scott Boisvert*
Danuta Egle*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
quinn.balliett@skadden.com
scott.boisvert@skadden.com
danuta.egle@skadden.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington DC, 20005
Tel: (202) 371-7000
raj.madan@skadden.com
paige.braddy@skadden.com

Vernon Thomas*
155 N. Wacker Drive
Chicago, IL 60606-1720
Tel: (312) 407-0648
vernon.thomas@skadden.com

*Counsel for Plaintiff*

*/s/ Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
BUCHALTER APC
1600 Parkwood Circle, Ste. 200
Atlanta, GA 30339
Tel: (770)434-6868

3

ahyland@taylorenglish.com
avining@taylorenglish.com
cmull@buchalter.com

***Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC***

*/s/ Jake Evans*
Jake Evans
Georgia Bar No. 797018
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2100
jake.evans@gtlaw.com

***Attorneys for Defendants True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips***

*s/ S. Derek Bauer*
S. Derek Bauer
Georgia Bar No. 042537
Ian K. Byrnside
Georgia Bar No. 167521
Jacqueline T. Menk
Georgia Bar No. 728365
Georgia L. Bennett
Georgia Bar No. 495910 BAKER & HOSTETLER LLP
1170 Peachtree Street, NE Suite 2400 Atlanta, Georgia 30309-7676
Tel: (404) 459-0050
dbauer@bakerlaw.com
ibyrnside@bakerlaw.com
jmenk@bakerlaw.com
gbennett@bakerlaw.com

4

*Attorneys for Former Defendants Salem Media Group, Inc. and Salem Communications Holding Corporation d/b/a Regnery Publishing.*

*\*Admitted Pro Hac Vice*

5