# EXHIBIT 1

**IN THE**
**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA,**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MARK ANDREWS**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DINESH D'SOUZA, TRUE THE VOTE, INC.**, **CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC.,** and **JOHN DOES.**<br><br>*Defendants.* | ) | Civil Action No.: 1:22-cv-04259-SDG |

**<u>EXPERT REPORT OF PROFESSOR ASHLEE HUMPHREYS</u>**

**<u>June 3, 2024</u>**

**TABLE OF CONTENTS**

**I. ASSIGNMENT ..... 1**

**II. QUALIFICATIONS ..... 2**

**III. SUMMARY OF OPINIONS ..... 3**

**IV. CASE BACKGROUND ..... 5**

A. Mark Andrews ..... 5

B. Defendants and the *2000 Mules* film and book ..... 5

i. Dinesh D'Souza and D'Souza Media LLC ..... 5

ii. Salem Media Group and Regnery Publishing, Inc. ..... 6

iii. True the Vote ..... 7

iv. *2000 Mules* Film and Book ..... 7

C. Publications at issue ..... 9

**V. ACADEMIC BACKGROUND ON REPUTATIONS AND REPUTATIONAL HARM. ..... 15**

A. Fundamentals of reputations ..... 15

i. Reputation is a social concept that reflects a person's standing and respect in society. ..... 15

ii. A reputation can shift over time based on the beliefs of a subset of society. ..... 16

iii. Reputation can be connected to any one of several facets of a person's identity—their name, their image, their likeness, or other identifying information. ..... 17

iv. Reputation is harmed when negative associations are connected to a person's reputation. ..... 18

B. Reputation and the public sphere in a complex media system ..... 21

i. The "public sphere" is constructed through the various ways information is disseminated to assess reputational harm and damage. ..... 21

ii. Information available about a person online can be linked to his or her identity through technological advances and crowdsourcing. ..... 23

iii. Real world examples illustrate how online images can harm people in their offline lives and impact their reputations. ..... 25

**VI. REPAIRING REPUTATIONAL HARM ..... 29**

A. Repairing reputation in a complex media system ..... 29

B. Media exposure and counter-attitudinal attitude change ..... 31

**VII. IMPRESSIONS MODEL ..... 35**

A. Calculating impressions ..... 35

B. *2000 Mules* film and trailer ........ 37

i. Theater screenings ........ 37

ii. DVD distribution, virtual premier, and digital streaming ........ 37

iii. Online videos ........ 38

C. *2000 Mules* book ........ 39

D. Social media ........ 39

E. Websites ........ 41

F. Podcasts ........ 43

G. Traditional media ........ 44

H. Total impressions ........ 45

I. My calculation of impressions is conservative ........ 48

**VIII. IMPACT ASSESSMENT ........ 50**

A. The audience of the *2000 Mules* film and book was receptive to its claims. ........ 51

i. Research and polling indicates the audience of the *2000 Mules* film is likely receptive to its claims. ........ 51

ii. People who engaged with at-issue online videos indicate they believe the claims and call for consequences for "the mules." ........ 53

iii. Reviews on product listings at major retailers indicate that many viewers believed the claims. ........ 55

B. *2000 Mules*, and the concept of the mules, was discussed by hundreds of thousands of people online. ........ 57

i. X (formerly Twitter) ........ 57

ii. Alternative social media sites ........ 61

iii. Some social media posts disparage or threaten the "mules" depicted in the film ... 63

C. *2000 Mules* was elevated by the press campaign around it and high-profile promotion of the film and its narrative ........ 70

i. High-profile screenings ........ 70

ii. Promotion by political figures ........ 74

iii. Television interviews ........ 77

iv. Other promotion of the film ........ 78

D. Mr. Andrews' image was prominently connected to the 2000 Mules narrative. ........ 79

E. Mr. D'Souza actively sought to undermine refutations of the 2000 Mules narrative ........ 82

F. The information about Mr. Andrews in the image could be used to identify him ........ 85

G. Mr. Andrews's reputation was harmed. ........ 87

**IX. DAMAGES MODEL .......... 90**
A. Modeling reputational repair .......... 90
i. Goals of a reputational repair campaign .......... 90
ii. Determining the target audience .......... 92
iii. Media mix and channel costs .......... 93
iv. Attitude change multiplier .......... 95
B. Costs of the corrective campaign .......... 96
**APPENDIX A – PROFESSOR HUMPHREYS' CV .......... 98**
**APPENDIX B – LAST FOUR YEARS' TESTIMONY .......... 111**
**APPENDIX C – MATERIALS CONSIDERED .......... 112**
**APPENDIX D – AT-ISSUE PUBLICATIONS CONSIDERED .......... 158**
**APPENDIX E – IMPRESSIONS MODEL .......... 161**
**APPENDIX F – DAMAGES MODEL .......... 165**
**APPENDIX G – MY ANALYSIS IS CONSERVATIVE .......... 168**

## I. ASSIGNMENT

1. I was engaged by Counsel on behalf of Mark Andrews to (1) calculate the number of impressions of Mr. Andrews' image that were published in the *2000 Mules* film, book, and underlying narrative and in promotion of the *2000 Mules* film and book on social, digital, and traditional media ("Impressions Model"), (2) analyze the reputational impact, if any, due to the use of Mr. Andrews' image by evaluating the public response to these publications ("Impact Assessment"), and (3) estimate the costs to repair Mr. Andrews' reputation based on the impact of those impressions ("Damages Model") in connection with the above-captioned case.[1]

2. The analysis detailed in this report provides an estimate of the impressions across social and traditional media channels and their reputational impact in order to assess reputational harm. I based my analysis on the information provided to me by Counsel, my expertise in the fields of Social Media, Consumer Research, and Marketing, and my independent research. Specifically, it takes into account the multi-channel dissemination of the assessed allegedly-defamatory publications[2] across social media like X (formerly Twitter) and Facebook, video platforms like YouTube and Rumble, podcasts, websites, on traditional media like TV, and through the sale of books, DVDs, and screenings of the film at theaters. My analysis is limited to data either publicly available or made available to me through discovery in this matter.[3]

---

[1] I was assisted in the preparation of this report by a team of research assistants at Voluble Insights, whom I supervised. Throughout my report, I use the word "I" to refer to work conducted by myself or work Voluble implemented under my direction.

[2] Throughout this report, when I use the phrase "defamatory," I mean "allegedly-defamatory" and am basing my opinion on the assumption that these publications are defamatory.

[3] I understand that Plaintiffs propounded discovery requests for data relevant to my report on all Defendants on February 16, 2024. My understanding is that the D'Souza and TTV Defendants have yet to produce documents in response. On May 28, 2024, six days before the deadline for disclosing this report, Salem Media produced documents containing data relevant to my analysis. I have not yet fully reviewed or incorporated the new documents produced by Salem Media. I will supplement this report with that discovery, as well as any additional discovery received from Mr. D'Souza and TTV if and when it becomes available.

## II. QUALIFICATIONS

3. I am a Professor of Integrated Marketing Communications at Medill School of Journalism and Professor of Marketing at the Kellogg School of Management, Northwestern University. I hold a Doctorate in Marketing from the Kellogg School of Management with a concentration in Cultural Sociology and a Bachelor of Arts degree in Economics and Philosophy from Northwestern University.

4. I have been on the faculty at Northwestern University for 16 years, regularly teaching classes on Social Media, Consumer Research, and Marketing Research. I instruct students on both the strategic and analytical tasks of Marketing, which include assessing the impact of social media campaigns and strategically directing a portfolio of social media tools to pursue managerial goals involving persuasion, advertising, market growth, and branding.

5. I regularly produce published, peer-reviewed research about digital media, social media, and marketing strategy. I am the author of *Social Media: Enduring Principles*, a review and synthesis of the empirical social science research on social media. I also have conducted research in online search and search engine optimization, including a project in which I use text analysis to identify consumer goals that, when matched, can optimize advertising spending and increase click-through rates. In this work, I have developed and refined the method of automated text analysis, which I use to analyze textual data—a method I helped introduce to the study of Marketing.

6. My broader research focus concerns legitimacy and the role of institutions in markets. My dissertation research examined how markets are created through shifts in social structure using the case of casino gambling in America. This research ("Megamarketing: The Creation of Markets as a Social Process," *Journal of Marketing*, 2010) was selected as a lead article in the

*Journal of Marketing*, the highest impact peer-reviewed journal in Marketing.[4]

7. I serve in several high-level editorial positions in my field, including as a co-Editor of *Marketing Letters*, and as an Associate Editor at *Journal of Marketing*, J*ournal of Consumer Research*, and the *Journal of Marketing Research* (ad hoc). These are some of the top journals in the field of Marketing.

8. I have received several accolades for my research. I was a finalist for the Sheth Foundation Award, given by the *Journal of Marketing* for long-term impact in Marketing in 2023 and a runner up for the Maynard Award for best paper in Marketing in 2010. I have also won the Sidney J. Levy award in 2010 for the contribution of my dissertation research to Consumer Culture Theory. In addition, I was selected as a Marketing Science Institute (MSI) Scholar in 2020, one of a select group of 35 Marketing Scholars who are counted "amongst the most prominent marketing scholars in the world," according to Barbara Kahn, MSI's Executive Director.

9. My full CV and list of matters in which I have testified in the last four years are attached as Appendix A and Appendix B, respectively.[5]

## III. SUMMARY OF OPINIONS

10. After reviewing the data provided in this case, performing independent research and analysis, and based on my own professional background, prior research, education, and more than a decade of experience in the field of digital communication and marketing, I conclude the

---

4 Web of Science, https://www.scimagojr.com/journalrank.php?category=1406.

5 For the purposes of writing this report, I am being compensated at a rate of $500 per hour. My compensation and the compensation of my team is in no way contingent on the nature of my findings, the presentation of my findings in this report or subsequent testimony, or the outcome of this or any other proceeding. I have no other interest in this proceeding.

following:

A. **Reputation-harming allegations about Mr. Andrews (the "defamatory publications") made in 31 unique publications generated at least 19,603,873 impressions across various forms of media.** This analysis includes impressions through the *2000 Mules* film and book, theater screenings, online streaming of the film, televised interviews, online videos, websites, and social media platforms. These impressions are calculated using sales data for the *2000 Mules* film, a predictive impressions estimate for social media, viewership data for online videos, traffic data for websites, and ratings data for traditional media. The methodology and underlying data are detailed in this report.

B. **My calculation of over 19 million impressions of the 31 defamatory publications is conservative for several reasons.** First, Defendants have either not yet produced complete data, or produced data too late to be incorporated into this report, regarding theater attendance, other film screening audience sizes, or book sales. Second, I do not consider multiple exposures to the book or film arising from a single purchase, secondary market purchases of the book or film, or illegal downloads of the film. Third, I also exclude some promotions using Mr. Andrews' image for which calculating impressions would be unreliable, such as the use of his image on a video billboard in Times Square, and instances where his image was discussed but not shown, such as audio-only podcast episodes or social media posts linking to the defamatory publications. Fourth, I have confined my analysis to the subset of publications that were identified in the First Amended Complaint and have not been asked to quantify the reach of all defamatory publications that may be attributable to Defendants (such as third-party uploads of Mr. Andrews' image, etc.).

C. **Defendants' defamatory publications have harmed Mr. Andrews' reputation, and his reputation continues to be harmed by the ongoing spread and continuing availability of the defamatory publications to the public.** Polling suggests that many individuals exposed to the 2000 Mules narrative believe the claims of fraud. Analysis of direct responses to the content online indicate that the audience of the film was generally receptive to its claims. Viewers' response to the defamatory publications and associated image indicates that they broadly believed the statements at issue. High-profile politicians promoted the *2000 Mules* film, book, and narrative, which lent additional credibility to the false claims about Mr. Andrews. Moreover, consumers discussed the 2000 Mules narrative extensively online, with more than 400,000 posts containing "2000 mules" appearing on X and alternative social media sites, respectively. Mr. Andrews was investigated based on his license plate appearing in the film, and it continues to remain possible to link his personal information to the image of him published by Defendants.

D. **A reputation campaign to counteract the reputational damage to Mr. Andrews would cost between at least $3,277,755 and $5,462,924, based on the data available to me now**. A reputational repair campaign addresses the number and source of impressions of the defamatory publications, the impact of those impressions on the audience, and the costs of correcting those impressions targeted to that audience. Such a campaign would attempt to change attitudes by sharing corrective messages from

audience-trusted sources in multiple channels based on the number of impressions from the defamatory publications. To change existing attitudes, corrective messages would need to be seen three to five times, and potentially up to seven times, for each impression generated by the defamatory publications, as indicated by peer-reviewed research on attitude change.

## IV. CASE BACKGROUND

### A. Mark Andrews

11. Mark Andrews was born and raised in Jacksonville, Florida in the 1960s.[6] He now lives in Gwinnett County, Georgia and works as an auditing and technology executive at a Fortune 500 company.[7] Mr. Andrews has been a regular voter since he turned 18,[8] and I understand he legally voted by absentee ballot in the 2020 presidential election.[9]

### B. Defendants and the *2000 Mules* film and book

#### i. Dinesh D'Souza and D'Souza Media LLC

12. Dinesh D'Souza is a political commentator, best-selling author, filmmaker, and public speaker who gained prominence as a policy advisor in the Reagan administration during the 1980s, laying the groundwork for his career as a writer and political commentator.[10] He has a large online following on platforms such as X and Facebook where he has 4 million and 2.9 million followers, respectively.[11]

13. Mr. D'Souza has written several books—some of which have become best sellers, according to a profile of his podcast—on various topics including education, Christianity, and political ideology.[12] Mr. D'Souza has also produced and directed documentaries. Films produced

---

6 Complaint ¶¶ 17, 78.
7 Amended Complaint ("Complaint") ¶¶ 17, 77.
8 Complaint ¶¶ 14, 17, 78.
9 Complaint ¶ 37.
10 D'Souza Media, About, https://dineshdsouza.com/about/.
11 As of May 2024. https://twitter.com/DineshDSouza; https://www.facebook.com/DSouzaDinesh/.
12 https://www.regnery.com/author/dinesh-dsouza/ and https://salempodcastnetwork.com/podcasts/dinesh-d-souza-podcast.

by D'Souza Media include *2016 Obama's America* which grossed $33.4 million in box office sales[13] and *America: Imagine a World Without Her* which grossed $14.4 million.[14] D'Souza Media LLC is the private media company founded by Mr. D'Souza, focusing on producing and distributing his films and other media projects.

14. Mr. D'Souza also hosts a popular podcast, *The Dinesh D'Souza Podcast*. The podcast is produced and distributed by Salem Media Group ("Salem Media").[15] Mr. D'Souza's podcast is widely available through platforms such as Apple Podcasts and Spotify,[16] and ranks among the top 0.05% of podcasts by listenership.[17] Salem Media's Salem Radio Network also distributes Mr. D'Souza's podcast to radio stations nationwide.[18]

### ii. Salem Media Group and Regnery Publishing, Inc.

15. Salem Media is a media company targeting audiences interested in Christian and conservative content.[19] Salem Media's audio production and distribution arm, Salem Radio Network, syndicates talk, news, and music programming to over 3,200 local radio affiliates.[20] Across all channels, Salem Media had revenue of $261.57 million in fiscal year 2023.[21] Besides radio broadcasting, Salem Media also distributes digital media through Salem Web Network, a leading provider of Christian content online, and Salem Publishing, which focuses on Christian and conservative-themed books and magazines.[22]

16. Regnery Publishing, Inc. is a publishing company based in Washington, D.C., that, I

---

13 https://www.boxofficemojo.com/release/rl1665238529/.
14 https://www.boxofficemojo.com/release/rl3041101313/.
15 https://rephonic.com/podcasts/the-dinesh-dsouza-podcast.
16 https://rephonic.com/podcasts/the-dinesh-dsouza-podcast.
17 https://www.listennotes.com/podcasts/the-dinesh-dsouza-podcast-salem-podcast-s7WUCiaGoIz/.
18 See, for example, https://am920theanswer.com/radioshow/dinesh-dsouza-podcast.
19 https://salemmedia.com/about-us/.
20 https://salemmedia.com/about-us/.
21 https://stockanalysis.com/stocks/salm/revenue/.
22 https://salemmedia.com/about-us/.

understand until at least late 2023, operated as a division of Eagle Publishing, which is owned by Salem Media. Regnery Publishing is "the country's leading publisher of conservative books" and publishes books on American history and educational books for children.[23]

### iii. True the Vote

17. True the Vote ("TTV") is a conservative nonprofit organization founded by political activist Catherine Englebrecht.[24] TTV describes itself as a leader in ensuring elections are free and fair, by "empowering citizens to safeguard the electoral process and to protect their vote from fraud."[25] TTV has more than 50,000 followers on X.[26] TTV, Ms. Englebrecht, and TTV collaborator Gregg Phillips worked with Mr. D'Souza to produce the *2000 Mules* film.

### iv. *2000 Mules* Film and Book

18. Mr. D'Souza directed, produced, and narrated the 2022 film, *2000 Mules*, which was also co-produced by Salem Media and D'Souza Media.[27] The *2000 Mules* film alleges widespread voter fraud during the 2020 United States presidential election, focusing on an alleged nationwide coordinated effort among so-called "mules" to harvest and submit illegal ballots in order to elect Joe Biden and defeat former-President Trump's reelection bid. D'Souza Media refers to *2000 Mules* as "the most important movie in America[.]"[28]

19. Overall, the *2000 Mules* film generated approximately $12.4 million in profit for Defendants between sales of the film on streaming and DVD, sales of the book, theater buy outs and other sales of the film.[29] Documents show the film grossed approximately $1.5 million at

---

[23] https://www.regnery.com/our-story/.
[24] https://truethevote.org/about.
[25] https://truethevote.org/about.
[26] https://twitter.com/TrueTheVote.
[27] https://investor.salemmedia.com/news-events/press-releases/detail/753/2000-mules-becomes-the-most-successful-political.
[28] https://dineshdsouza.com/about.
[29] DD_000426.

theater screenings in the United States,[30] selling at least 70,000 tickets.[31] Another 80,000 DVDs were sold through third-party retailers[32] and the film was purchased on streaming services over 160,000 times.[33] Mr. D'Souza's podcast was used extensively to promote the *2000 Mules* film.[34]

20. TTV is an executive producer of *2000 Mules* and provided much of the research cited in the movie and book.[35] Ms. Engelbrecht was also named an executive producer on *2000 Mules*, and she has made many media appearances promoting the *2000 Mules* film, book, and narrative. The film also names Gregg Phillips, a former state agency executive in Mississippi and Texas,[36] as an executive producer. He has made multiple personal media appearances promoting the film and allegations of mass voter fraud, and discussed his contributions to the film including leading the team that claimed to identify the ballot mules.[37] Both Ms. Englebrecht and Mr. Phillips appear throughout the film, as do other Salem Media-affiliated hosts like Charlie Kirk and Dennis Prager, who themselves host nationally-distributed shows with substantial audiences.

21. In October 2022, Mr. D'Souza published a book based on the film entitled, *2000 Mules: They Thought We'd Never Find Out. They Were Wrong* through Regnery Publishing ("2000 Mules book").[38] The book includes multiple direct quotes and images taken from the film.[39] Salem Media promoted the *2000 Mules* film and, through Regnery Publishing, the *2000 Mules*

---

30 https://www.boxofficemojo.com/release/rl2915074817/.
31 LTPJ-0000569, LTPJ-0001096, and DD_000513.
32 DD_000528.
33 DD_000529.
34 Complaint ¶ 25; Complaint ¶ 168.
35 See, for example, https://open.ink/collections/georgia and https://rumble.com/v14no71-epoch-times-obama-affiliated-ngos-poured-billions-to-steal-elections.html.
36 https://www.chron.com/news/houston-texas/article/state-s-no-2-health-official-decides-to-resign-1960340.php.
37 Complaint ¶ 22.
38 Regnery Publishing, Inc. is a publishing company based in Washington, D.C., that operates as a division of Eagle Publishing, which in turn is owned by Salem Media Group; see, https://www.regnery.com/our-story/.
39 Dinesh D'Souza, 2000 Mules: They Thought We'd Never Find Out. They Were Wrong. 144-45 (10th photo image) (1st ed. 2022).

book.[40]

### C. Publications at issue

22. This dispute centers around the *2000 Mules* film and its accompanying trailer, as well as the book and promotional materials for both the film and book, all of which prominently featured Mark Andrews as one of the "unlawful voters" (*i.e.,* one of the "2000 mules") who—according to the film/book—committed election fraud as part of a criminal conspiracy to ensure President Biden's victory. I understand that Mr. Andrews is alleging that, by misusing his image in these contexts, Defendants have represented that:

- Mr. Andrews was engaged in a 2020 voter fraud scheme – namely, being paid to cast illegally fraudulent ballots in a drop box;[41]
- Mr. Andrews was in such a poor financial position that he needed to commit crimes in exchange for small sums of money;[42] and
- Mr. Andrews allegedly committed other crimes, including joining "riots" in Atlanta, "burning cities," and "pulling people out of cars and beating them up."[43]

23. These claims were spread in the *2000 Mules* film and its trailer, both of which included video surveillance footage showing Mr. Andrews depositing absentee ballots into a Georgia ballot drop box on behalf of himself and his family in the 2020 presidential election.[44] I understand that the actions Mr. Andrews took were, in fact, legal—he was depositing his ballot

40 See, for example, https://investor.salemmedia.com/news-events/press-releases/detail/753/2000-mules-becomes-the-most-successful-political and https://web.archive.org/web/20220921111904/https://www.regnery.com/9781684514465/2000-mules/.

41 Complaint ¶41.

42 Complaint ¶248.

43 Chanel Rion OAN (@ChanelRion), Twitter (May 23, 2022, 2:59 PM), https://twitter.com/ChanelRion/status/1528812903494819842.

44 Complaint ¶ 37.

and those of his family, which I have been informed was lawful in Georgia in 2020. In these images, Mr. Andrews' face is sometimes blurred, yet his identity is discernible through the inclusion of his vehicle (including the license plate), as seen in Figure 1 below, and because the same footage was elsewhere published without his face being blurred. This portrayal, in the context of the film and book, both insinuates—and at times explicitly states—there was a criminal conspiracy to conduct ballot harvesting during the election and that Mr. Andrews participated in the scheme.

24. Accompanying the images of Mr. Andrews in the film was a voiceover by Mr. D'Souza stating, "What you are seeing is a crime. These are fraudulent votes."[45] This statement directly implicates Mr. Andrews in criminal activity, falsely portraying him as a participant in a widespread voting fraud scheme.

45 DVD: 2000 Mules (Dinesh D'Souza 2022 Film).

**Figure 1. Unblurred image of Mr. Andrews (right) depositing ballots while his car idles (left) used in promoting the film[46]**



25. The allegations against Mr. Andrews not only proliferated through the distribution of the film *2000 Mules* itself but were also repeated by the Defendants in broader promotional activities for the film around the 2000 Mules narrative and were made in a book on the same topic.

26. The Defendants actively promoted the trailer for *2000 Mules* across a variety of digital platforms. Key platforms included Rumble, a video hosting site, where the trailer was viewed more than 6.6 million times.[47] On Truth Social, Mr. D'Souza shared a link to the trailer to his 2.3 million followers,[48] which received approximately 5,560 likes and 3,350 shares ("retruths").[49] Mr. D'Souza also shared the trailer on X, garnering approximately 14,000 likes and nearly 9,000

46 https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html at 25:39.

47 https://rumble.com/v1238uc-2000-mules-trailer.html/.

48 As of June 29, 2022 Mr. D'Souza had 2.3 million followers on Truth Social; https://web.archive.org/web/20220629205156/https://truthsocial.com/@DineshDSouza.

49 https://truthsocial.com/@DineshDSouza/posts/108184435073062228/.

retweets.[50] TTV extended the trailer''s reach by sharing it on their official website, on Rumble, and through their social media accounts, including on Facebook and Instagram.[51]

27. The Defendants also made numerous appearances on television shows, online interviews, and podcast episodes, where they showed and/or discussed clips of the film containing Mr. Andrews' image. One such appearance was on the podcast *The Charlie Kirk Show* on April 8, 2022. During the show, Ms. Engelbrecht asserted that the actions depicted in the film, including those attributed to Mr. Andrews, were "highly illegal."[52] A video of the interview, in which Mr. Andrews' image was shown, attracted 4.6 million views on Rumble by May 2024.[53]

28. Similarly, on May 5, 2022, Ms. Engelbrecht appeared on *Tucker Carlson Tonight* on Fox News. In this segment, Ms. Engelbrecht discussed and showed clips from the film, including those of Mr. Andrews, and outlined the alleged "rampant abuse" of ballot drop boxes.[54]

---

50 https://twitter.com/DineshDSouza/status/1518041311210782721/.
51 https://rumble.com/v124geo-2000-mules-extended-trailer.html; https://truethevote.org/news/sneak-peek-new-2000-mules-footage-released; https://www.facebook.com/TrueTheVote/posts/1187649231982163/; https://www.instagram.com/p/Cct3Y-cjupV/.
52 https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html.
53 https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html.
54 https://www.facebook.com/watch/?v=1381334499041217&ref=sharing/.

**Figure 2. Video capture of Mr. Andrews' image appearing on Fox News's Tucker Carlson Tonight[55]**




29. Defendants reiterated the same conspiratorial narratives in appearances on The Epoch Times' *Crossroads* with Joshua Philipp and *Truth Matters* with Roman Balmakov on May 6 and 14, 2022, respectively, as well as on One America News Network's *Tipping Point* with Kara McKinney on May 11, 2022.[56]

30. Some of the Defendants also published a book reiterating the same claims made in the *2000 Mules* film, titled *2000 Mules: They Thought We'd Never Find Out. They Were Wrong*.[57] The book republished Mr. Andrews' blurred image alongside allegations similar to those made in the film, as shown in Figure 3 below.[58] The book's text labels these actions as "organized crime

---

55 https://www.instagram.com/p/CdN1ud6D11e.

56 https://www.theepochtimes.com/epochtv/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election-4443068; https://www.theepochtimes.com/epochtv/obama-affiliated-ngos-poured-billions-into-local-insurgencies-to-steal-2020-election-analyst-4458553; https://www.mediamatters.org/media/3988751/.

57 Dinesh D'Souza, 2000 Mules: They Thought We'd Never Find Out. They Were Wrong. 144-45 (10th photo image) (1st ed. 2022). Defendant Dinesh D'Souza is the lead author of the book, and Defendant Regnery Publishing, Inc., which is owned by Defendant Salem Media Group, published the book.

58 Dinesh D'Souza, 2000 Mules: They Thought We'd Never Find Out. They Were Wrong. 144-45 (10th photo image) (1st ed. 2022).

on behalf of the Democratic Party," casting Mr. Andrews as a "criminal deliveryman" involved in illegal ballot trafficking.[59]

**Figure 3. Mr. Andrews' image in the *2000 Mules* book (top left)[60]**




31. I have confined my analysis to the subset of publications that were identified in the Complaint and have not been asked to quantify the reach of all defamatory publications that may be attributable to Defendants. In this report, I consider 31 instances in which Defendants used Mr. Andrews' image in furtherance of their claims that the 2020 presidential election was stolen

---

[59] Dinesh D'Souza, 2000 Mules: They Thought We'd Never Find Out. They Were Wrong. 144-45 (10th photo image) (1st ed. 2022).

[60] Photograph of book taken by member of my team, May 19, 2024.

by criminal conspirators. Appendix D contains the details of each of these instances.

## V. ACADEMIC BACKGROUND ON REPUTATIONS AND REPUTATIONAL HARM

### A. Fundamentals of reputations

#### i. Reputation is a social concept that reflects a person's standing and respect in society.

32. Reputation is fundamentally a social concept; one's reputation is determined by the social esteem held among a bounded group of people, up to and including the public sphere at large.[61] A reputation has value in the sense that it gives someone social standing and respect in society. Scholars on the subject have conceptualized reputation as a type of property—something that has economic value—and as dignity—something that has moral value.[62] One's reputation is built over time as a person becomes embedded in society through their work, their friendships, and other acts in their community. One's reputation enables full and functional participation in society because it enables social trust and collaboration and embodies moral dignity for oneself and for one's family.[63]

33. Reputation is determined in the sphere of generalized public opinion, which encompasses individual beliefs but is more than the sum of them, a "generalized perception."[64] What a person thinks their friends, family, coworkers, and other members of their community think is an important determinant of that individual's beliefs, particularly if one does not have strong

---

61 Weber, Max (1922/1978), *Economy and Society: An Outline of Interpretive Sociology*, Vol. 2: University of California press.

62 Ardia, David S. (2010) "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law," *Harvard Civil Rights-Civil Liberties Law Review*, 45(2), 261-328, p. 261.

63 Panchanathan, K., Boyd, R. Indirect reciprocity can stabilize cooperation without the second-order free rider problem. *Nature* 432, 499–502 (2004). https://doi.org/10.1038/nature02978. See, also, Origgi, G. (2017) *Reputation: What it is and why it matters*. Princeton University Press.

64 Weber, Max (1922/1978), *Economy and Society: An Outline of Interpretive Sociology*, Vol. 2: University of California press; Sharman, Jason C. (2007) "Rationalist and constructivist perspectives on reputation." *Political Studies* 55, no. 1: 20-37.

opinions about an issue or person. In the age of digital connectivity, a person's reputation can be both built and harmed online, as information circulates, is shared, and is stored in the broader public sphere. This information, in many if not most cases, remains accessible for a long period of time to anyone with internet access.[65]

**ii. A reputation can shift over time based on the beliefs of a subset of society.**

34. Over time, as people take cues from those around them who believe differently, public opinion and generalized associations can shift.[66] If someone is receptive to a claim—if it is congruent with their other beliefs and/or if the claim comes from a source they trust—they may only need to be exposed to it once to believe that claim.[67] If they are less receptive to the claim, exposure and repetition, again from a trusted source, can eventually change attitudes.[68] An individual's receptivity to a claim is based on the way people process new information, form beliefs, and integrate beliefs with prior knowledge.[69] According to the balance theory of attitudes,[70] when people do not have a belief about a person, it is relatively easy to create a

---

65 Baym, Nancy K. *Personal connections in the digital age*. John Wiley & Sons, 2015.

66 Dewenter, Ralf, Melissa Linder, and Tobias Thomas (2019), "Can Media Drive the Electorate? The Impact of Media Coverage on Voting Intentions," *European Journal of Political Economy*, 58, 245-61; Huang, J., et al. (2021). "Large-scale quantitative evidence of media impact on public opinion toward China," *Humanities and Social Sciences Communications,* 8(1): 1-8.

67 Heider, Fritz (1946), "Attitudes and Cognitive Organization," *The Journal of Psychology*, 21 (1), 107-12, Hummon, Norman P and Patrick Doreian (2003), "Some Dynamics of Social Balance Processes: Bringing Heider Back into Balance Theory," *Social networks*, 25 (1), 17-49.

68 Cialdini, Robert B (1987), *Influence*, Vol. 3: A. Michel Port Harcourt, Chapter 3; Sterrett, David, Dan Malato, Jennifer Benz, Liz Kantor, Trevor Tompson, Tom Rosenstiel, Jeff Sonderman, and Kevin Loker (2019), "Who Shared It?: Deciding What News to Trust on Social Media," *Digital Journalism*, 7 (6), 783-801.

69 Ajzen, I. (1985). From intentions to actions: A theory of planned behavior. In J. Kuhl & J. Beckmann (Eds.), Action control: From cognition to behavior. Berlin, Heidelber, New York: Springer-Verlag. (pp. 11–39); Heider, Fritz (1958). The psychology of interpersonal relations. John Wiley & Sons Inc.; Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," *Current issues and research in advertising*, 3 (1), 97-122.

70 Heider, Fritz (1946), "Attitudes and Cognitive Organization," *The Journal of Psychology*, 21 (1), 107-12.

belief, particularly when it is congruent with their other beliefs.[71] However, once people have a belief, it is harder to change that belief and requires multiple exposures, often from several different, trusted sources.[72]

### iii. Reputation can be connected to any one of several facets of a person's identity—their name, their image, their likeness, or other identifying information.

35. One's reputation is connected to one's social identity, who we are as a unique individual in society. [73] Identity can be signified by one's name, but also one's face or likeness.[74] Personally-identifiable information (PII) includes face and likeness and can be used to uniquely identify someone in society.[75] In this way, identity can be represented in different ways—by name, image or likeness, and even someone's role in society such as their job or other held position. As outlined in the U.S. Commerce Department's "Guide to Protecting Personally Identifiable Information," PII includes "personal characteristics including photographic image (especially of face or other identifying characteristic)."[76] This kind of information is protected because it can be used to identify one's name or address. It becomes even easier to identify

---

71 Kunda, Ziva (1990), "The case for motivated reasoning," Psychological Bulletin, 108(3), 480-98.; Housholder and LaMarre (2014), Facebook Politics: Toward a Process Model for Achieving Political Source Credibility Through Social Media, Journal of Information Technology & Politics, 11:368–382; Festinger, Leon (1957). A Theory of Cognitive Dissonance. Stanford University Press.; Tversky, Amos, and Daniel Kahneman (1974), "Judgment under Uncertainty: Heuristics and Biases." Science, 185(4157), 1124-1131.

72 Cacioppo and Petty 1980; Housholder and LaMarre 2014; Weiss, Robert Frank (1969), "Repetition of Persuasion," *Psychological Reports*, 25 (2), 669-70.

73 Emler, Nicholas. "A social psychology of reputation." *European review of social psychology* 1, no. 1 (1990): 171-193. Simon, Bernd, 2004. Identity in Modern Society. A Social Psychological Perspective. Blackwell, Oxford.; https://archive.org/details/identityinmodern0000simo.

74 Simon, Bernd, 2004. Identity in Modern Society. A Social Psychological Perspective. Blackwell, Oxford.; https://archive.org/details/identityinmodern0000simo ; https://www.scientificamerican.com/article/the-face-is-an-entryway-to-the-self/.

75 McCallister, E. "Guide to Protecting the Confidentiality of Personally Identifiable Information (PII)", National Institute of Standards and Technology at the US Department of Commerce, special Publication 100-122, pg. ES-1, accessed at: https://books.google.com/books?id=tlTrkXB-f3cC&printsec=frontcover#v=onepage&q&f=false.

76 McCallister, E. "Guide to Protecting the Confidentiality of Personally Identifiable Information (PII)", National Institute of Standards and Technology at the US Department of Commerce, special Publication 100-122, pg. ES-1, accessed at: https://books.google.com/books?id=tlTrkXB-f3cC&printsec=frontcover#v=onepage&q&f=false.

someone based on their likeness particularly when stored on a digital network that allows for storage, search, linking, and retrieval of multiple kinds of PII. This collection of information that is linked to a unique individual constitutes that person's identity in society.[77] One's reputation is linked to their unique identity—as represented by their name, face, or likeness—and functions as a way to build trust and cooperate with others in a society.[78]

#### iv. Reputation is harmed when negative associations are connected to a person's reputation.

36. Someone's reputation can be harmed *even when* the audience of a claim about that person does not have direct social ties with the person.[79] Reputations are determined within the public sphere and exist as generalized perceptions. Reputational harm is constituted both by the immediate negative associations in the mind of the audience, and by the repository of these associations that remain accessible long after publication of the claim.

37. When negative information is tied to one's likeness, there can be a direct and future impact on possibilities for employment or friendship, and it can set one up for public shaming in the online arena.[80] Reputational damage harms one's standing in society and can linger for years or decades if not corrected.[81] Two specific practices are further helpful to understand reputational harm from associations that remain in the public sphere: re-identification and doxing.

---

77 Simon 2004.

78 Panchanathan, K., Boyd, R. Indirect reciprocity can stabilize cooperation without the second-order free rider problem. *Nature* 432, 499–502 (2004). https://doi.org/10.1038/nature02978.

79 Ardia 2010; https://www.nature.com/articles/432449a.

80 Langlois, G., & Slane, A. (2017). Economies of reputation: the case of revenge porn. *Communication and Critical/Cultural Studies*, *14*(2), 120–138. https://doi.org/10.1080/14791420.2016.1273534

81 Fournier, Susan, and Giana M. Eckhardt. "Putting the person back in person-brands: Understanding and managing the two-bodied brand." *Journal of Marketing Research* 56, no. 4 (2019): 602-619.; Deephouse, David L. "Media reputation as a strategic resource: An integration of mass communication and resource-based theories." *Journal of Management* 26, No. 6 (2000): 1091-1112.

*Re-identification*

38. Re-identification refers to the identification of a person based on limited or insufficiently redacted PII.[82] Researchers have long acknowledged that re-identification from online data is relatively easy when one puts together multiple kinds of information or multiple datasets.[83] In a recent analysis of successful reidentification attempts, 70% of attempts were successful using only two or three pieces of information.[84] The kinds of information used for successful re-identification (quasi-identifiers like gender, date of birth, occupation, license plate number, or approximate location) are not themselves strictly identifying, but they become identifying when combined. Putting two or more pieces of information together thus often leads to successful attempts to identify an individual. Information such as license plate, car make and model, along with geographic information like neighborhood or city can be used to reidentify specific vehicles and subsequently specific persons.[85]

39. Furthermore, the type of re-identifying information one brings to bear on data published online cannot be foreseen when the data is initially published. As Sweeney notes, "anonymity is in the eye of the beholder. The knowledge a viewer of the data may hold or bring to bear on the data is usually not known by the person releasing the data, and such knowledge may be useful in

---

82 Lubarsky, B. "Technology Explainers: Re-identification of 'Anonymized Data'", 1 GEO. L. TECH. REV. 202 (2017)

83 Sweeney L. Weaving technology and policy together to maintain confidentiality. J Law Med Ethics. 1997 Summer-Fall;25(2-3):98-110, 82.

84 Henriksen-Bulmer, J. and S. Jeary. (2016). Re-identification attacks–A systematic literature review. *International Journal of Information Management*, 36:6, 1184-1192.

85 M. Gupta, A. Kumar and S. Madhvanath, "Zero Shot License Plate Re-Identification," *2019 IEEE Winter Conference on Applications of Computer Vision (WACV)*, Waikoloa, HI, USA, 2019, pp. 773-781, doi: 10.1109/WACV.2019.00087. See, also, C. Cui, N. Sang, C. Gao and L. Zou, "Vehicle re-identification by fusing multiple deep neural networks," *2017 Seventh International Conference on Image Processing Theory, Tools and Applications (IPTA)*, Montreal, QC, Canada, 2017, pp. 1-6, doi: 10.1109/IPTA.2017.8310090.

identifying individuals."[86] This is true of any individual piece of PII, including one's image.

*Doxing*

40. Doxing is also an important practice for conceptualizing reputational harm in the public sphere. Doxing is a type of online harassment in which a person's PII is shared online without their consent.[87] People engaged in doxing often use information available in the public sphere to locate and harass targets, which can include threats of violence or actual violence.[88]

41. The practice of doxing presents both first- and second- order harms to reputation and future harassment.[89] First-order harms often occur when damaging information is initially released. One might receive initial harassment and threats.[90] Second-order harms are constituted by the fact that information remains accessible in the public sphere and can be accessed at any time. This means that the threat looms as both an objective security threat and a subjective fear of future harm.[91] In a large-scale overview of doxing, researchers found ten distinct types of harassment associated with doxing: content leakage, impersonation, lockout and control, overloading, public opinion manipulation, reporting, reputational harm, surveillance, and toxic content.[92] Researchers classified harm and/or potential harm in doxing into four categories:

---

86 Sweeney L. Weaving technology and policy together to maintain confidentiality. J Law Med Ethics. 1997 Summer-Fall;25(2-3):98-110, 82.

87 Eckert, S. and Metzger-Riftkin, J. (2020). Doxxing. In The International Encyclopedia of Gender, Media, and Communication (eds K. Ross, I. Bachmann, V. Cardo, S. Moorti and M. Scarcelli). https://doi.org/10.1002/9781119429128.iegmc009.

88 https://nieman.harvard.edu/articles/how-to-deter-doxxing/.

89 Anderson, B. and Wood, M. A. (2022) "Harm Imbrication and Virtualised Violence: Reconceptualising the Harms of Doxxing", *International Journal for Crime, Justice and Social Democracy*, 11(1), pp. 196-209.

90 Max Aliapoulios, Kejsi Take, Prashanth Ramakrishna, Daniel Borkan, Beth Goldberg, Jeffrey Sorensen, Anna Turner, Rachel Greenstadt, Tobias Lauinger, and Damon McCoy. 2021. A large-scale characterization of online incitements to harassment across platforms. In Proceedings of the 21st ACM Internet Measurement Conference (IMC '21). Association for Computing Machinery, New York, NY, USA, 621–638. https://doi.org/10.1145/3487552.3487852.

91 Anderson and Wood 2022.

92 Aliapoulios et al 2021.

online harm, economic harm, physical harm, and reputational harm.[93]

42. In sum, damaging information, once published in the public sphere, can persist long after it is published. Exacerbated by practices including re-identification and doxing, such information can constitute fodder for future harassment in many different forms. If not corrected, this harm continues long after publication.

### B. Reputation and the public sphere in a complex media system

#### i. The "public sphere" is constructed through the various ways information is disseminated to assess reputational harm and damage.

43. Understanding how the "public sphere" is constructed online requires understanding how social media platforms filter and display content and how digital platforms—web, video, and social media—disseminate information.

44. The public sphere is the arena of social connection where public opinion is shaped.[94] A century ago, the public sphere may have been the public square or the local newspaper. In today's world, the public sphere is constituted by the complex media system of both online and offline media. Information in the public sphere persists over time and can be a reservoir of meanings and connections that endure into the future.

45. When a prominent person or media entity makes a statement, it enters the public sphere via the media system, a network of platforms and people that circulate information.[95] A film formatted or marketed as a documentary, for example, signals to audiences that it conforms to

93 Aliapoulios et al 2021.

94 https://opentextbc.ca/mediastudies101/chapter/habermas-public-sphere/.

95 Chadwick, Andrew (2017), *The Hybrid Media System: Politics and Power*: Oxford University Press; Curran, James, Shanto Iyengar, Anker Brink Lund, and Inka Salovaara-Moring (2009) "Media System, Public Knowledge and Democracy: A Comparative Study," *European Journal of Communication*, 24 (1), 5-26; Gans, Herbert J (2004), Deciding What's News: A Study of CBS Evening News, NBC Nightly News, Newsweek, and Time: Northwestern University Press.

the genre of journalism.[96] The genre of journalism and documentary film is governed by norms such as presenting sources and citing visual and video evidence to support factual claims.[97] These cues generate trust that the audience has for the information.[98] Norms surround each component of the media system and shape how information is received and spread.

46. Once a claim is made by a prominent person or a media product such as a film, it is circulated in a media system. As illustrated in Figure 4 below, the media system includes both traditional and social media, coverage by major print and broadcast news outlets; podcasts and radio; social media posts on X, Facebook, and other platforms; and, in some instances, re-coverage of the claims themselves in traditional journalism or social media,[99] to say nothing of word-of-mouth conversation and other informal channels such as rumor or gossip.[100] There is a feedback loop between the traditional media outlets and social media, leading to the increased spread of ideas.

---

96 https://cmsimpact.org/wp-content/uploads/2016/08/CMSI_The-State-of-Journalism-on-the-Documentary-Filmmaking-Scene.pdf

97 Rabiger, Michael. *Directing the documentary*. Routledge, 2014.

98 Lippmann, Walter. Public opinion. Routledge, 2017. Koliska, M. (2022). "Trust and Journalistic Transparency Online." *Journalism Studies*, 23(12), 1488–1509. https://doi.org/10.1080/1461670X.2022.2102532; https://journals.sagepub.com/doi/full/10.1177/14648849231194485.

99 Pfeffer, Jürgen, Thomas Zorbach, and Kathleen M Carley (2014), "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks," *Journal of Marketing Communications*, 20 (1-2), 117-28; Tuchman, Gaye (1978), *Making News: A Study in the Construction of Reality*, New York: Free Press; Curran (2009); Messner, Marcus and Marcia Watson Distaso (2008), "The Source Cycle: How Traditional Media and Weblogs Use Each Other as Sources," *Journalism Studies*, 9 (3), 447-63.

100 Rosnow, Ralph L. and Gary A. Fine (1976), *Rumor and Gossip: The Social Psychology of Hearsay*: Elsevier.

**Figure 4. The Media System**[101]




47. The contemporary public sphere is fragmented by aspects of digital technology and social networks, including filter bubbles, political polarization, and ranking algorithms. Additionally, unlike earlier eras where information may fade and be forgotten, information now lives on in the archive that is the internet, and the information is often consistently available in the online information network through search and sharing.[102]

**ii. Information available about a person online can be linked to his or her identity through technological advances and crowdsourcing.**

48. Facial and image recognition achieved through crowdsourcing has become increasingly prevalent.[103] There are numerous online platforms including subreddits dedicated to identifying locations or individuals based on pictures, many of which use crowdsource image recognition.[104]

---

101 I have grayed out media types that I am not considering in my quantitative analysis.
102 Langlois, G., & Slane, A. (2017). Economies of reputation: the case of revenge porn. *Communication and Critical/Cultural Studies*, *14*(2), 120–138. https://doi.org/10.1080/14791420.2016.1273534, p. 2.
103 https://www.nytimes.com/2022/12/22/nyregion/madison-square-garden-facial-recognition.html.
104 See for example https://www.reddit.com/r/RBI/ or https://www.reddit.com/r/FindAPerson/.

For example, people might post pictures of missing loved ones hoping to crowdsource their location or seek help to find people they think have committed a crime (*e.g.,* doorbell camera stills of someone).[105] Some political communities on the internet have become associated with this kind of behavior on platforms such as 4chan and the pro-Trump website patriots.win.[106]

49. Additionally, image recognition technology facilitates identification by image. Ongoing research at institutions like MIT is pushing the boundaries of facial recognition, with AI systems adopting brain-like strategies for efficient face detection, even when the face is partially covered.[107] Online platforms now offer advanced reverse image search engines, marketing themselves as providing the ability for people to manage their online presence and combat identity theft.[108] Google also provides image search capabilities to the general public, under the name Google Lens, without charge.[109] The applications of image recognition technology are poised to continually expand as the technology improves and new use-cases are identified.[110]

50. In the travel industry, for example, some public places use facial recognition to enhance security. For example, cruise ships utilize facial recognition to monitor passenger movement.[111] Airports are employing biometric technology to expedite security procedures, matching travelers' faces with government-issued identification databases.[112] Major airlines, including Delta and American Airlines, have integrated facial recognition to enhance the flying experience

---

105 For example, see https://www.reddit.com/r/FindAPerson/comments/zrze8b/solve_this/, or https://www.reddit.com/r/RBI/comments/1yio4g/need_help_identifying_serial_theifs_car_from/.

106 Anderson and Wood 2022.

107 https://news.mit.edu/2022/optimized-solution-face-recognition-0406; https://dl.acm.org/doi/abs/10.1145/3394171.3413731?casa_token=h221QN8PvA0AAAAA:kra6abyX2Fj-H_48J1fhpNMfevd-sLp9_u_vCJEWWr_4cUdmBsDTz__CGDVl6fDZx2Q0RZM56vV2jg

108 See, for example, https://pimeyes.com/en.

109 https://support.google.com/websearch/answer/1325808?hl=en&co=GENIE.Platform%3DDesktop.

110 See, for example, https://thedatascientist.com/insights-into-the-future-of-reverse-image-search/ and https://www.cake.agency/blog/visual-search-future-seo.

111 https://www.nytimes.com/2023/10/13/travel/facial-recognition-airports-cruises.html.

112 https://www.nytimes.com/2024/02/18/travel/facial-recognition-airports-biometrics.html.

for select customers.[113] Image recognition is also used for security outside of the travel industry. Madison Square Garden, in New York City, notably used facial recognition to ban specific people put on an "exclusion list" by its owner.[114] These examples illustrate the new and advancing ways this technology is being used in society and also how having one's image associated with crimes and nationwide election fraud conspiracies may have an impact on one's ability to move through the world.

51. We cannot know the full set of potential real-world harms that will arise in the future for people whose image is shared without their consent or alongside negative criminal associations in the future. Having one's image spread online can have lasting consequences given the quirks of online culture, the advances in technology, and the long lifespan of online content.

#### iii. Real world examples illustrate how online images can harm people in their offline lives and impact their reputations.

52. As information is shared through the media system, it can impact an individual's reputation, as connections are made between the information shared and the individual. This may lead to shaming or seeking out of PII for future harassment. In recognition of the harms that can flow from sharing PII and doxing, some online platforms take precautions to try to prevent individuals from sharing the personal information of another or doxing them. Preventing the non-consensual sharing of information is especially important when the picture or information is being shared within a negative frame of reference.

53. Regardless of actual guilt, becoming associated with a negative event or action through a picture can have real and lasting consequences for the individual and/or their loved ones. A person's reputation can be damaged, even if the receiver of information or image does not

---

113 https://www.nytimes.com/2024/02/18/travel/facial-recognition-airports-biometrics.html
114 https://www.nytimes.com/2022/12/22/nyregion/madison-square-garden-facial-recognition.html

personally know the individual and when the individual is not a public figure (*e.g.,* cases of revenge porn).[115] Harm occurs when reputationally-damaging information is placed into and retained in the public sphere, especially when the information visually indicates a person or provides other information that could be used to re-identify the person.

54. One example of real-world impacts from the circulation of online images is the proliferation of internet memes featuring individuals who, despite their image being not widely connected to their real name online, have experienced impacts in their personal lives. An internet meme is a piece of media, typically an image or video, that is replicated and spread rapidly by internet users, often with slight variations.[116] The individuals depicted in these memes can experience ramifications from the proliferation of their image in varying degrees, even when their names are not mentioned. Further, the individuals can feel those effects for long periods of time as images online are generally permanently available and memes may resurface at any time.

55. The experience of Laina Morris, better known as "Overly Attached Girlfriend," illustrates how the use of one's image in memes online can directly impact one's personal life. Morris' image became a meme after an image from a video she uploaded to YouTube as part of a contest was shared to Reddit and meme-ified, leading to widespread use of her image online.[117] The meme exaggerated a possessive girlfriend stereotype and was repurposed with different text overlays as it spread across the internet.

56. Although the image was shared without connection to her name, Morris was eventually identified as the subject of the meme. Individuals with no personal connection to Morris located

[115] Langlois, G., & Slane, A. (2017). Economies of reputation: the case of revenge porn. *Communication and Critical/Cultural Studies*, *14*(2), 120–138. https://doi.org/10.1080/14791420.2016.1273534

[116] https://www.britannica.com/topic/meme.

[117] https://www.refinery29.com/en-us/2016/06/112685/laina-morris-overly-attached-girlfriend-meme.

her Facebook page, with some individuals "finding where [she] worked and trying to access [her] college records."[118] Others even messaged her friends on Facebook.[119] A DJ who interviewed her for radio "advised her to set up [X] and Facebook accounts with a fake last name" to protect her privacy.[120]

57. Another troubling example is that of Ghyslain Raza, known as the "Star Wars Kid."[121] In 2003, a private video of him pretending to wield a lightsaber was uploaded without his consent, receiving over 28 million hits on YouTube.[122] The video spread online and received widespread mockery, which led to intense harassment and bullying.[123] The distress and public ridicule forced Raza out of school and resulted in him seeking psychological treatment.[124] As one research paper that featured Raza's story stated: "It is one thing to be famous for being a serendipitously adorable little girl, but it's quite another to be Star Wars Kid, who gained notoriety for embarrassing himself as an awkward teenager[.] … Star Wars Kid did not want this kind of fame—this was not an ambivalent lottery. This was, 'I did not buy a ticket. I do not accept the prize.'"[125]

58. Crowdsourced image recognition can also implicate people for committing crimes, linking them with associations of criminality regardless of innocence. Consider the case of the 2013 Boston Marathon bombing. The day after the bombings, Reddit users created a subreddit

---

118 https://www.refinery29.com/en-us/2016/06/112685/laina-morris-overly-attached-girlfriend-meme.
119 https://www.refinery29.com/en-us/2016/06/112685/laina-morris-overly-attached-girlfriend-meme.
120 https://www.refinery29.com/en-us/2016/06/112685/laina-morris-overly-attached-girlfriend-meme.
121 Zittrain, J. L. (2014). Reflections on Internet Culture. Journal of Visual Culture, 13(3), 388-394. https://doi.org/10.1177/1470412914544540.
122 Zittrain, J. L. (2014).
123 Zittrain, J. L. (2014); https://www.npr.org/sections/alltechconsidered/2015/03/03/390463119/internet-memes-and-the-right-to-be-forgotten.
124 https://www.cbc.ca/radio/thecurrent/the-current-for-march-31-2022-1.6403614/man-who-became-famous-20-years-ago-as-the-star-wars-kid-says-your-digital-shadow-shouldn-t-define-you-1.6404089.
125 Zittrain, J. L. (2014).

called r/FindTheBostonBombers with the intention to crowdsource the investigation and consolidate evidence.[126] Following the FBI's release of pictures—but no names—of the two main bombing suspects, Reddit users began to speculate as to the suspects' identities, eventually misidentifying Sunil Tripathi as one of the suspects.[127]

59. Despite the FBI never confirming or releasing his name,[128] more Reddit members began to assert that Tripathi was one the people in the FBI photos. Despite his lack of involvement in the attack, Tripathi's name and photograph were circulated and published on television news as belonging to a top suspect. In reality, Tripathi had committed suicide before the bombings even occurred.[129] Tripathi's family explained that the linkage between him and the bombings "added to the devastation" of losing him and that they fear he will always be linked to the bombings because of the false accusations on the internet.[130]

60. These examples illustrate the impact that an image or video of an individual can have on their reputation, even if their name is not included alongside the initial image/video. Whether unwanted messages, bullying, or false accusations of criminal activity, online image sharing can lead to negative and harmful outcomes for the person whose image has been shared. Their image can be tied to other PII, thereby connecting negative associations with their unique identity, harming their reputation and impacting their lives in myriad ways.

---

126 https://en.wikipedia.org/wiki/Controversial_Reddit_communities#FindBostonBombers.

127 https://en.wikipedia.org/wiki/Controversial_Reddit_communities#FindBostonBombers.

128 https://www.npr.org/sections/codeswitch/2016/04/18/474671097/how-social-media-smeared-a-missing-student-as-a-terrorism-suspect.

129 https://www.npr.org/sections/codeswitch/2016/04/18/474671097/how-social-media-smeared-a-missing-student-as-a-terrorism-suspect.

130 https://www.npr.org/sections/codeswitch/2016/04/18/474671097/how-social-media-smeared-a-missing-student-as-a-terrorism-suspect.

## VI. REPAIRING REPUTATIONAL HARM

61. A reputation repair campaign is appropriate when someone's reputation has been harmed by false, misleading, and/or defamatory comments, and an appropriate measure of damages would therefore be the *cost to repair* the reputational harm. In this section, I provide a brief overview of the theories necessary for understanding how reputational harm can occur, and be repaired, through a mix of traditional and social media.

### A. Repairing reputation in a complex media system

62. Traditional approaches to rectifying reputational harm involve attempts to repair reputation in the public sphere.[131] However, social media has complicated these traditional approaches in a few ways. Some aspects of social media such as filter bubbles and echo chambers have fragmented the public sphere such that it is unclear how or where reputation repair can and should take place. Secondly, trust in traditional media has declined across the ideological spectrum.[132] Whereas legitimate sources of news once went unquestioned, assessing trust of the source is now a primary concern of users when assessing claims both in social and traditional media—and this is true regardless of political ideology.[133] Finally, increasing polarization[134] in the American context means that attitudes have become more entrenched and therefore harder to change.[135] In this section, I provide a brief overview of the theories necessary for understanding how reputational harm can occur, and be repaired, through social

---

131 Ardia (2010).

132 https://www.pewresearch.org/fact-tank/2021/08/30/partisan-divides-in-media-trust-widen-driven-by-a-decline-among-republicans/.

133 https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.

134 https://www.pewresearch.org/politics/interactives/political-polarization-1994-2017/.

135 Conover, Michael, Jacob Ratkiewicz, Matthew Francisco, Bruno Gonçalves, Filippo Menczer, and Alessandro Flammini. "Political polarization on Twitter." In *Proceedings of the International AAAI Conference on Web and Social Media,* Vol. 5, No. 1, pp. 89-96. 2011; Prior, Markus. "Media and political polarization." *Annual Review of Political Science* 16 (2013): 101-127.

media.

63. Notwithstanding its increased challenges, it remains possible to repair reputational damage on social media and in the current fragmented information system. As Ardia (2010) notes:

> Although the global communication networks that are the hallmarks of our networked society have brought new reputational challenges, they also provide novel solutions to prevent and ameliorate those harms. One such solution is to enlist, through legal and social incentives, the help of private online intermediaries such as content hosts and search providers. These intermediaries play a central role in community governance and are often in a position to recognize and respond to reputational harms.[136]

64. Reputational repair campaigns have been used successfully to remediate damaged reputations in the past. For example, Martha Stewart's reputation suffered as a result of an insider trading scandal and her ultimate conviction and sentencing to prison in 2004.[137] Ms. Stewart's reputational repair efforts included television advertisements addressing the scandal,[138] public relations efforts,[139] and support from other trusted influencers.[140] These efforts were largely successful in repairing Ms. Stewart's reputation.[141] Other individuals who have undergone successful reputation repair campaigns include Justin Bieber[142] and Robert Downey Jr.[143]

---

136 Ardia, D. S. (2010), Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law. *Harvard Civil Rights-Civil Liberties Law Review*, 45(2), 261-328, p. 264.

137 https://www.nytimes.com/2004/03/06/business/martha-stewart-verdict-overview-stewart-found-guilty-lying-sale-stock.html.

138 https://knowledge.wharton.upenn.edu/article/brand-rehab-how-companies-can-restore-a-tarnished-image/; https://nypost.com/2005/08/02/past-perfect-oh-no-martha-ads-paint-her-as-lovable-screw-up/.

139 https://www.nbcnews.com/id/wbna7038465.

140 https://www.sfgate.com/news/article/Time-well-spent-Martha-Stewart-leaves-prison-2694543.php.

141 https://www.nbcnews.com/id/wbna7038465; https://www.businessinsider.com/martha-stewart-career-timeline-model-empire-prison#in-2020-stewart-caused-an-online-frenzy-when-she-posted-a-poolside-thirst-trap-on-instagram-13.

142 See, for example, https://www.vogue.com/article/justin-bieber-hailey-bieber-cover-interview.

143 https://web.archive.org/web/20130525000357/http://www.nytimes.com/2008/04/20/movies/20carr.html.

65. The audience for the original reputational harm persists on social media and may have limited exposure to traditional media.[144] Given the fracture of media audiences in the last 10 years, new forms of media are required to reach what was formerly a relatively unified "public" of news readers and TV viewers. Accordingly, an attempt to repair reputational harm must now account for new channels of communication and for the importance of sources in the communication process.

66. Social media is a hybrid of mass and face-to-face communication.[145] In mass media like television or news, there is typically one source that sends messages out to many readers or viewers (known as one-to-many communication). In face-to-face distribution of rumors, messages are transmitted from one person to another, usually one at a time. In social media, messages are transmitted both through hubs (one-to-many) and dyadically, creating chains of messages called information cascades. The time it takes for the message to move from one person to another in the information cascade is typically a day for traditional media but can be only a few hours to seconds for online communication, leading to rapid dissemination of both true and false news.[146]

### B. Media exposure and counter-attitudinal attitude change

67. To understand how to assess the costs for repairing reputational harm, one must understand the process of attitude change, also known as persuasion.[147] A reputation repair campaign should target the audience(s) that have been exposed to and are likely to have believed

---

144 https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.

145 Humphreys, A. (2015). *Social Media: Enduring Principles*, Oxford University Press.

146 Pfeffer et al. (2014); Vosoughi et al. (2018).

147 Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). Attitude and Attitude Change, *Annual Review of Psychology*.

the harmful information. Several factors influence this process, including how entrenched the belief is to the audience, as well as the source and format of the persuasion campaign.

68. For someone who holds a weak attitude or no attitude about someone or something, one exposure to a message from a reasonably credible source is likely to be enough to change attitudes.[148] However, for someone with entrenched beliefs, source and message quality become important, and changing that belief requires more than a few exposures from a single source.[149] Due to confirmatory bias,[150] people are likely to attend to information that confirms or is congruent with their existing beliefs and ignore or discount information that is counter to them. Implicit attitudes and knowledge of racialized stereotypes are one set of beliefs where confirmatory bias plays a role.[151] The more entrenched the belief, the more exposures required to change attitudes.[152]

69. In addition, source, message, and even media type can play a role in how many exposures it requires to change attitudes.[153] Information is more likely to change attitudes if it comes from a trusted source.[154] Further, changing an attitude that is counter to one's existing set of beliefs—particularly when those beliefs are entrenched and/or when the initial impression is created through a format assumed to be trustworthy—is exceedingly hard and typically requires multiple

148 Cialdini et al. (1981).

149 Cialdini et al. (1981).

150 Kahneman and Tversky (1974).

151 Brimbal, L., Atkinson, D. J., & Meissner, C. A. (2024). The effect of confirmation bias and racial stereotypes on perceptions of guilt and interrogation strategy decisions. *Applied Cognitive Psychology*, 38(1), e4159. https://doi.org/10.1002/acp.4159.

152 Cacioppo and Petty (1980); Olson, J.M. and Zanna, M.P., 1993. Attitudes and attitude change. *Annual review of psychology*, *44*(1), pp.117-154.

153 Albarracin, D., and Shavitt, S. (2018). Attitudes and attitude change. *Annual Review of Psychology*, 69, 299–327; Cialdini et al. (1981). See, also, https://journals.sagepub.com/doi/full/10.1177/00222429990634s106.

154 Pornpitakpan, Chanthika. "The persuasiveness of source credibility: A critical review of five decades' evidence." *Journal of applied social psychology* 34, no. 2 (2004): 243-281.; Hovland, Carl I., and Walter Weiss. "The influence of source credibility on communication effectiveness." *Public opinion quarterly* 15, no. 4 (1951): 635-650.

messages from multiple trusted sources.[155]

70. With traditional media sources, a repair campaign must account for the new and complex technological infrastructure for communication, and the erosion of trust in mass media particularly among the audience likely to be receptive to the defamatory publications. A trusted source means a person or entity that is trusted by the targeted user or reader, not necessarily a source that would be deemed trustworthy by the public at large.

71. Another more contemporary media source is podcasts. Around half of all Americans report listening to podcasts in the last year.[156] For those who listen to podcasts, learning, and staying up to date on current events are among the top reasons for listening.[157] Nearly 90% of people who listen to news podcasts expect that the information is accurate,[158] meaning podcasts are a highly trusted source of information. Many podcasts are partisan, and thus often target specific audiences.

72. On social media, attitude change can be even more complex. Filter bubbles mean that users are likely to see only information that is congruent with their beliefs and behaviors[159] and that comes from selective media sources that viewers trust.[160] Due to homophily (the tendency to like people who are similar), we tend to know and follow others who have the same attitudes that we do. This kind of filter bubble exacerbates problems of confirmation bias because, as Garrett

---

155 Cacioppo and Petty (1980); Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar. "Multiple routes to resisting attitude change." In *Resistance and persuasion*, pp. 13-38. Psychology Press, 2004.; Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar. "Attitudes and attitude change." *Annual review of psychology* 48, no. 1 (1997): 609-647.

156 https://www.pewresearch.org/journalism/2023/04/18/podcasts-as-a-source-of-news-and-information/.

157 https://www.pewresearch.org/journalism/2023/04/18/podcasts-as-a-source-of-news-and-information/.

158 https://www.pewresearch.org/journalism/2023/04/18/podcasts-as-a-source-of-news-and-information/.

159 Pariser (2011), "The Filter Bubble: What the Internet Is Hiding from You."

160 https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/.

(2009)[161] notes, multiple messages coming from multiple sources about the same event or fact create the impression for the user that the event is indeed true and that the belief is universally held.

73. Persuasion online now also includes influencers, social networking platforms, and live video in addition to search and display advertising. Remediation for reputational harm entails working with multiple sources that consumers trust to counter false claims. Social capital (*i.e.,* how many people you know) and status (*i.e.,* legitimacy) of a source is important. Messages that come from sources with no social capital (*e.g.,* no followers) do not have the same strength as those that come from sources with considerable social capital.[162] Because people typically do not trust unfamiliar sources online,[163] known and trusted sources are particularly important when communicating messages attempting to change attitudes online.[164] In this sense, attitude change requires the message to come from *inside* the filter bubble and requires the inclusion of a number of trusted sources within the echo chamber to influence opinion.

74. In sum, if harm is caused amongst a population who do not trust traditional media, the most effective way to repair it is through alternative informational channels and from sources the audience trusts.

75. In the sections that follow, I lay out the framework for assessing the cost of a reputation

---

161 Garrett, R. K. (2009). Echo chambers online?: Politically motivated selective exposure among Internet news users. Journal of computer-mediated communication, 14(2), 265-285.

162 Kruglanski, A. W., and Gigerenzer, G. (2011). "Intuitive and deliberate judgments are based on common principles": Correction to Kruglanski and Gigerenzer (2011). *Psychological Review*, 118(3), 522–522. https://doi.org/10.1037/a0023709.

163 Metzger, M. J., and Flanagin, A. J. (2013). Credibility and trust of information in online environments: The use of cognitive heuristics. *Journal of Pragmatics*, 59, 210–220. https://doi.org/10.1016/j.pragma.2013.07.012.

164 Liu, Shixi, Cuiqing Jiang, Zhangxi Lin, Yong Ding, Rui Duan, and Zhicai Xu (2015), "Identifying Effective Influencers Based on Trust for Electronic Word-of-Mouth Marketing: A Domain-Aware Approach," *Information Sciences*, 306, 34-52.

repair campaign and apply the facts of this case to that framework. In particular, I employ three models: (1) an Impressions Model to quantify the number of times the misleading information was seen, both online and in traditional media; (2) an Impact Assessment to assess whether the audience that saw the defamatory statements were receptive to the claims and to assess the qualitative impact of the statements in the public sphere; and (3) a Damages Model to calculate the cost to run a campaign to repair Mr. Andrews' damaged reputation.

## VII. IMPRESSIONS MODEL

### A. Calculating impressions

76. Calculating the number of impressions for a statement requires itemizing impressions from each source that disseminated the Statement. As Figure 4 above illustrates, that means that one would need to calculate and then sum the number of impressions from: (1) the originating source, (2) social media, such as X and Facebook, (3) online websites and/or articles, (4) online videos, (5) podcasts, and (6) traditional media like television.

77. Scholarship on media viewership has provided two ways to measure audiences: as people and as impressions. Old, or traditional, media, such as television, tends to be measured in reach, or people.[165] New media like social and digital media tends to be measured in impressions.[166] To model the total number of impressions in social and digital media, one calculates and sums the number of impressions that occur at each level in the network.[167]

78. One individual may receive multiple impressions across different types of media. That is, some people may receive multiple exposures to a statement while others may receive only one

---

165 Gensch, Dennis and Paul Shaman (1980), "Models of Competitive Television Ratings," *Journal of Marketing Research*, 17 (3), 307-15, Picard, Robert G (1988), "Measures of Concentration in the Daily Newspaper Industry," *Journal of Media Economics*, 1 (1), 61-74.

166 https://theraveagency.com/blog/finding-the-value-in-twitter-impressions.

167 Vosoughi et al. (2018).

exposure. I assume that for traditional media, one viewer represents one impression. Thus, I measure the impressions of each source as follows:

- *Originating source*. In this case, the origin of the defamatory publication was the *2000 Mules* film and book. Impressions include attendance at screenings, purchasers of the DVD, purchasers of a streaming version of the film, and purchasers of the book.
- *Social media.* Social media impressions are measured based on a predictive model to predict impressions given the number of retweets, likes, replies, and/or shares of each post.
- *Web impressions.* Website viewership is measured by the number of visits to the website.
- *Video impressions.* Video impressions are measured from the views, as reported by the platform (*e.g.*, YouTube or Rumble).
- *Podcast impressions.* Podcast impressions can be measured by the number of downloads for each episode. If the podcast is also shared via video or web, those impressions are additionally calculated under their respective media.
- *Television impressions.* Television impressions are measured via auditors such as Nielsen Research, a standard third party who meters television audiences for the purpose of buying and selling advertising on television.
- *Total impressions.* Total impressions are calculated as the sum of impressions across the above mentioned platforms for which there exists reliable data.

79. The Impressions Model details the number of times each of the defamatory publications featuring Mr. Andrews were seen, whether online or in traditional media. In order to estimate the number of impressions, I reviewed and analyzed the locations cited in the Complaint where Mr. Andrews' image occurs alongside the defamatory narrative about the mules. (See also, Appendix D). There may be other locations where Mr. Andrews' image occurs alongside the defamatory narrative; however, I limited my analysis to those cited in the Complaint.

### B. *2000 Mules* film and trailer

#### i. Theater screenings

80. The *2000 Mules* film was available through nationwide movie theater screenings and private showings in the spring of 2022. The attendance and viewership it garnered reflected a high level of public engagement and interest. Initially, the movie was featured in at least 275 theaters across the United States on May 2 and 4, 2024,[168] eventually screening in as many as 415 theaters across the country.[169] Ticket sales from these screenings generated $1,403,140 in revenue, and 94.2% of all available seats were sold.[170] Theaters showing the *2000 Mules* film sold at least 70,157 tickets between April 19, 2022, and May 5, 2022.[171]

#### ii. DVD distribution, virtual premier, and digital streaming

81. In addition to the theater screenings in early May for the film's premier, tickets to a virtual premier event were sold. Admission to the virtual premier totaled 80,133.[172] The film was later made available for purchase through streaming services, which registered a total of 166,359 transactions from May through August 2022, the only dates for which I have available data.[173] Streaming revenue totaled $4.2 million.

82. Alongside its theatrical and online showings, the *2000 Mules* film was also distributed through DVDs at numerous online retailers (see below for more detail). From May to December 2022, (the dates for which I have available data,) 68,282 copies of the *2000 Mules* DVD were

---

168 LTPJ-0001096.

169 LTPJ-0001576.

170 LTPJ-0000569, LTPJ-0001096, and DD_000513. Here, I used information from the summary email from Cloudburst Entertainment. For more details about ticket sales at individual theaters and updates from different periods, please refer to LTPJ-0000569, DD_000530, LTPJ-0000570, and LTPJ-0000390. I have not yet seen discovery documents related to ticket sales for private screenings or theater screenings on May 20 or 27, 2022; see, footnote 3 above.

171 LTPJ-0000569, LTPJ-0001096, and DD_000513. There is a slight discrepancy between the documents LTPJ-0000569 and LTPJ-0001096. To remain conservative, I use the lower number from LTPJ-0000569.

172 DD_000531.

173 DD_000529.

sold through Amazon and an additional 11,586 copies were sold through Walmart.[174] Additionally, copies of the DVD were mailed directly to customers by Defendants.[175] Between July and September 2022, 3,711 DVDs were mailed out.[176] I assume one impression for each DVD distributed, for a total of 83,579.

83. Together, DVD sales and digital stream purchases totaled 330,071. I assume each purchase is equivalent to one impression.

### iii. Online videos

84. *YouTube.* Video clips in promotion of the film that contain Mr. Andrews' image were posted to YouTube. I calculated YouTube impressions by taking the number of views recorded for each video according to the site. The YouTube videos containing Mr. Andrews' image received 384,000 views in total.

85. *Rumble.* The film was posted to Rumble,[177] an alternative video sharing site popular among the political right.[178] The trailer was also posted to Rumble, as were several interviews and media appearances that used the image of Mr. Andrews from the film.[179] Rumble records many of the same metrics as YouTube, including, views, likes, and comments. I calculated the number of impressions on Rumble by taking the number of views recorded for each video. In sum, the videos on Rumble containing Mr. Andrews' image were viewed 13,252,187 times.

86. *Others.* Video clips from the film that contain Mr. Andrews' image have been shared on

---

174 DD_000528. Here, I defer to the information in the summary table for sales on Amazon and Walmart through December 2022. I have also reviewed the monthly sales record for Amazon (DD_000514-520) and Walmart (DD_000521, DD_000526-527), which add up to approximately the same quantity.

175 Data on direct sales by Salem Media is incomplete as it was produced too late to incorporate into this report; see, footnote 3 above.

176 DD_000522-524.

177 https://rumble.com/v13v4sv-2000-mules.html.

178 https://www.pewresearch.org/short-reads/2022/12/21/key-facts-about-rumble/.

179 See, Appendix D.

other websites, including Epoch Times and NTD News.[180] I calculated the number of impressions on these sites by taking the number of views, when available. Videos containing Mr. Andrews' image on these sites were watched 322,068 times.

### C. *2000 Mules* book

87. As discussed in more detail below, the *2000 Mules* book was sold at several major retailers including Target, Barnes & Noble, and Amazon. Additionally, it was available for sale directly on Salem Media's website.[181] I am unable to include book purchases in my count of impressions as I understand the data on book sales has either not yet been produced in discovery or was produced too late to incorporate into this report.[182]

### D. Social media

88. My social media impressions analysis estimates the impressions generated across social networks, such as X, Facebook, and Instagram, which further disseminate Mr. Andrews' image through user shares.

89. To measure social media impressions for posts that do not make views publicly available, information scientists must estimate the percentage of followers who saw a particular message. This is called impression rate. Taking impression rate into consideration is necessary because the number of followers is a measure of reach that only represents the potential impressions of a message. Information competes for attention in any attention economy.[183] Although a message may be tweeted to all followers, it is not necessarily seen by all followers for a variety of reasons:

---

180 Local New York City news station New Tang Dynasty News.

181 https://perma.cc/8UQQ-UMXW; https://shop.salemnow.com/product/2000-mules/.

182 See, footnote 3 above.

183 Davenport, T. H. and J. C. Beck (2013), *The attention economy: Understanding the new currency of business*, Harvard Business Press.

only a subset of followers will sign on that day, they may follow multiple accounts that compete for attention, or ranking algorithms may not prioritize the content. For these reasons, information scientists incorporate an impression rate when calculating social media impressions, which represents the chance that the message was seen by a follower.[184] Impression rates vary depending on the number of followers, retweets, and the other contextual conditions in the system such as competition for attention on any given day.[185]

90. *Facebook and Instagram.* Facebook and Instagram are two popular social media platforms owned by Meta Platforms, Inc. (formerly known as Facebook, Inc.).[186] Facebook and Instagram provide direct metrics on video views, allowing me to use the video view count as a measure of impressions.[187] I aggregated the direct video view data from Facebook and Instagram to calculate overall impressions. On Facebook, the defamatory publications were viewed 373,500 times and on Instagram they were viewed 11,644 times.[188]

91. *X.* The relevant dataset of defamatory publications I considered includes only a single post on X: a post from OANN reporter Chanel Rion dated May 23, 2022. For posts pre-dating December 15, 2022, X does not publicize impression rates.[189] In circumstances like this, one must either get the impression rate from the account holder or estimate it based on previous research on impression rates.

---

184 Wang, L., Ramachandran, A., & Chaintreau, A. (2016). Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach. Proceedings of the International AAAI Conference on Web and Social Media, 10(2), 108-113; Danny Sullivan, *Just Like Facebook, Twitter's New Impression Stats Suggest Few Followers See What's Tweeted*, MarTech (July 11, 2014), https://martech.org/facebook-twitter-impressions/.

185 Wang et al. (2016); https://martech.org/facebook-twitter-impressions/.

186 https://about.meta.com/company-info/.

187 On both social media platforms, a view is registered when a video has played for 3 seconds. See, https://www.facebook.com/business/news/Coming-Soon-Video-Metrics; https://help.instagram.com/1562166204102854.

188 See Appendix E.

189 https://www.theverge.com/2022/12/23/23523993/twitter-public-view-count-measurement-without-meaning.

92. Impression rates can vary widely by post, with some X posts from an account garnering tens of thousands of impressions and others from the same account getting only a few hundred. Overall, the academic research has found that impression rates on X are estimated at between 1.3% to 2.6% for typical users.[190] However, that range can vary depending on number of followers, publisher/non-publisher status, algorithm ranking, the frequency and relevance of X posts, and other variables such as the novelty of the content.[191] In fact, previous studies have shown that false news travels farther, faster, and deeper in the network than news that is true.[192] Moreover, impression rates tend to be significantly higher for atypical account holders, such as political news accounts, which can have impression rates up to 22%.[193]

93. Chanel Rion's account is a political news account, which means posts from her account may have a higher than average impression rate.[194] To be conservative, however, I have applied a 5% impression rate for the post to her account at issue here. Applied to her 434,240 followers at the time of the at-issue post, I estimate her post received 21,712 impressions.[195]

### E. Websites

94. To estimate the number of web impressions, one sums the views reported by the platform

---

190 https://martech.org/facebook-twitter-impressions/.

191 The range can very: Buzzfeed had an average 22% rate, but X suggested 30% may be reached. See, *How to calculate Twitter Impressions and Reach*, TweetBinder Blog, https://www.tweetbinder.com/blog/twitter-impressions/; Keith Peterson, *What Does Impressions Mean on Twitter – Trigger Visibility Through Impressions*, Marx Communications (Mar. 15, 2023), https://marxcommunications.com/what-does-impressions-mean-on-twitter/. See also, Wang, L., Ramachandran, A., & Chaintreau, A. (2016). Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach. Proceedings of the International AAAI Conference on Web and Social Media, 10(2), 108-113; and Garett Sloane, *Twitter Tells Brands They Can Reach 30% of Their Followers for Free*, Adweek (July 11, 2014), https://www.adweek.com/performance-marketing/twitter-tells-brands-they-can- reach-30-their-followers-free-158886/, https://www.quintly.com/blog/twitter-impressions-and-reach-definition-and-how-to-track.

192 Vosoughi, S., Roy, D. & Aral, S. (2018), The spread of true and false news online. *Science*, *359*(6380), 1146-1151.

193 https://martech.org/facebook-twitter-impressions/.

194 https://rockcontent.com/blog/what-are-twitter-impressions/.

195 According to data from Brandwatch. See Appendix E.

or available through third-party tools that measure views. While website owners can directly measure their web views, non-owners can use third-party tools that provide measures of web traffic for competitors.[196] These tools collect and report data from over 200 million internet users daily and report statistics such as total visits, unique visitors, and time on the site. Here, I rely on third-party data because visitor traffic to Defendants' websites has either not yet been produced in discovery or was produced too late to incorporate into this report.[197]

95. The official website of the film ("the 2000 Mules Website") serves as a primary hub for the defamatory content and its dissemination.[198] An estimate of unique monthly visits for the Mules Website was available from SEMRush, a service that tracks web visits.[199] SEMRush also provides a bounce rate (*i.e.,* the percent of people who visit the website but leave within 10 seconds and/or perform no other action such as clicking on links).[200] Over the period of interest, the bounce rate averaged 68.5%.[201] To calculate web impressions, I combined the web traffic adjusted for bounce rate for each of the months from April 2022 to April 2024.[202] Figure 5 below shows the equation I used to calculate web impressions for the 2000 Mules Website (1,761,061).[203]

**Figure 5. Equation 1**

**Web Impressions = Sum[(Unique Monthly Visitors Each Month)*(1-bounce rate) from April 2022 to April 2024]**

196 https://www.semrush.com/blog/analyzing-competitors-traffic/
197 See, footnote 3 above.
198 https://www.2000mules.com/. Note that this website is unstable and may not function on every browser.
199 https://www.semrush.com/company/
200 https://www.semrush.com/blog/bounce-rate/
201 https://www.semrush.com/analytics/overview/?q=2000mules.com&protocol=https&searchType=domain.
202 Total traffic over the period was 5,593,826. I applied the bounce rate for each month as reported by SEMRush.
203 https://www.semrush.com/analytics/overview/?q=2000mules.com&protocol=https&searchType=domain.

96. Additionally, TTV's website contained a webpage with an interview with Epoch Times featuring Mr. Andrews' image.[204] I was able to access direct visits to a TTV webpage containing the trailer through SEMRush because it was one of the "top pages" visited on the TTV Website.[205] SEMRush does not report a bounce rate for the webpage on the TTV Website. As such, I included impressions based on the number of unique visitors to the webpage in the past two years (29,853).

97. Salem News Channel also posted defamatory publications on its websites.[206] Although visitor traffic can be used to assess the exposure of the content, Defendants either have not yet produced this data in discovery or produced the data too late to incorporate into this report.[207] Additionally, SEMRush did not provide data at the level of specificity needed to perform a reliable calculation of impressions. For this reason, this web traffic to the Salem News Channel website featuring defamatory publications is not included in my calculation of impressions here.

### F. Podcasts

98. Podcasts such as the *Dinesh D'Souza Podcast*, *The Charlie Kirk Show*, and *Facts Matter with Roman Balmakov* have also played a role in disseminating the defamatory publications. Quantifying the exact impressions generated by these podcasts presents certain challenges due to the lack of publicly available data concerning listenership, subscriber counts, and direct downloads.

---

204 https://perma.cc/G6RG-BLU7; https://truethevote.org/the-epoch-times-interview-about-who-is-funding-the-ballot-mules.

205 https://www.semrush.com/analytics/traffic/top-pages?dateFrom=2022-05-01&geo=us&searchType=domain&q=truethevote.org

206 https://salemnewschannel.com/watch/2000-mules-extended-trailer-a-film-on-election-integrity-charlie-kirk-6266e365bbf5b900010a0ccc

207 See, footnote 3 above.

99. Hundreds of millions of people listen to podcasts each month.[208] Many of the podcasts that discussed the *2000 Mules* film have high listenership. For example, on Podbean, the *Dinesh D'Souza Podcast* currently has nearly 30,000 followers, and *The Charlie Kirk Show* has over 90,000 followers.[209] On YouTube, the *Dinesh D'Souza Podcast* currently has over 760,000 subscribers, while *The Charlie Kirk Show* currently has over 1,700,000 subscribers.[210] *The Charlie Kirk Show* is ranked third on Apple Podcasts in the News category, as of May 22, 2024, with over 500,000 listeners per episode according to some estimates.[211, 212] In the Online Videos section above, I have accounted for the impressions derived from the specific episodes of these podcasts when they were uploaded to video-sharing platforms.

100. As a conservative approach to ensure the reliability and accuracy of the data used in my calculations, and because the audio streams of podcasts do not include images, I have opted not to estimate or include the size of additional ***audio*** audience to the podcasts in my assessments. However, as noted above, several of the podcast episodes at-issue were also streamed on video sharing websites (*e.g.*, YouTube and Rumble) displaying Mr. Andrews image, and are included in the calculation of online video impressions.

### G. Traditional media

101. To measure television impressions, I first identified episodes of TV shows where Mr. Andrews' image was shown. These include Fox News' *Tucker Carlson Tonight*, NTD News, KUSI News, and One America News Network (OANN)'s *Real America with Dan Ball*, *Weekly*

---

208 https://www.statista.com/forecasts/1123105/statista-amo-podcast-reach-us.
209 https://www.podbean.com/podcast-detail/nhmyv-18de61/The-Dinesh-D%27Souza-Podcast/; https://www.podbean.com/podcast-detail/wc4yh-8f55e/The-Charlie-Kirk-Show-Podcast/.
210 https://www.youtube.com/channel/UCfaIu2jO-fppCQV_lchCRIQ; https://www.youtube.com/channel/UC8GAOCAJxBL4bExaUCvwL4Q/.
211 https://rephonic.com/podcasts/the-charlie-kirk-show#charts/.
212 https://muckrack.com/podcast/the-charlie-kirk-show/.

*Briefing with Chanel Rion*, and *Tipping Point with Kara McKinney*.

102. According to documents produced in this legal proceeding, *Tucker Carlson Tonight* averaged 3,047,000 TV viewers on May 5, 2022.[213]

103. The remaining five additional defamatory publications of Mr. Andrews' image through traditional media have not yet been included in my analysis because this information has not yet been produced in discovery or was produced too late to incorporate into this report.[214] Should this information be made available in this litigation, I reserve my right to supplement my report to include the relevant data from the following defamatory publications:

- NTD News (May 4, 2022) in New York, NY[215]
- KUSI News (May 20, 2022) in San Diego, CA[216]
- *Tipping Point* (May 11, 2022) on OANN, nationally broadcast[217]
- *Real America with Dan Ball* (May 17, 2022) on OANN, nationally broadcast[218]
- *Weekly Briefing with Chanel Rion* (May 20, 2022) on OANN, nationally broadcast[219]

### H. Total impressions

104. Total impressions are the sum of impressions calculated for media that include Mr.

---

213 LTFNN_0000001.
214 See, footnote 3 above.
215 https://perma.cc/5WTK-2RD6. See, also, https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html. This interview was also rebroadcast on September 13, 2022.
216 https://web.archive.org/web/20221228055134/https:/www.kusi.com/dinesh-dsouza-on-the-success-of-his-new-film-2000-mules/?fbclid=IwAR3LB8eLsSXx0xKeLxQvaNnYn84JdbN6tiSQaQ7c0rkmVTZGQRcvwRaGUE4. KUSI reached 259,172 adults over a seven-day period in February 2023. See, https://www.sandiegouniontribune.com/business/story/2023-05-08/kusi-longtime-independent-san-diego-tv-station-bought-by-nexstar-for-35m/.
217 https://www.mediamatters.org/media/3988751. OANN claims to have 35 million subscribers and its total viewers at any given time can range from about 150,000 to upwards of half a million. See, https://www.theguardian.com/tv-and-radio/2019/jun/15/oan-oann-fox-news-donald-trump.
218 Complaint, ¶142. See, also, https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone needs-to-watch-2000-mules-51.html.
219 https://www.mediamatters.org/media/3988753.

Andrews' image alongside the 2000 Mules narrative that he is a "mule" engaged in a criminal conspiracy. This includes the aggregate of:

- in-person screenings;
- DVD sales;
- direct video view data from Facebook;
- direct video view data from Instagram;
- estimated impression rate for Chanel Rion's X post;
- estimated impressions for the 2000 Mules Website;
- visits to the TTV Website; and
- viewership metrics from the relevant Tucker Carlson Tonight.

105. As noted above, I have excluded any publication that does not feature Mr. Andrews' image, such as audio-only media. My total impressions estimate also does not include data that has not been produced in discovery (or that was produced too late to incorporate into this report)[220] but that I understand Plaintiffs are seeking, including:

- book sales;
- additional in-person movie screenings;
- Salem Media website impressions;
- television viewership metrics from NTD News (May 4, 2022) in New York, NY;
- television viewership metrics from KUSI News (May 20, 2022) in San Diego, CA;
- television viewership metrics from Tipping Point (May 11, 2022) on OANN, nationally broadcast;
- television viewership metrics from Real America with Dan Ball (May 17, 2022) on OANN, nationally broadcast; and

---

220 See, footnote 3 above.

- television viewership metrics from Weekly Briefing with Chanel Rion (May 20, 2022) on OANN, nationally broadcast.

106. To calculate the total impressions estimate across media, I aggregated views/impressions for all channels, including social media platforms, web, online videos, and television (see Figure 6 below).

**Figure 6. Equation 2**

**Total impressions =**

**In-Person Screenings + DVD & Streaming Sales + Book Sales + Social Media Impressions + Web Impressions + Online Video Impressions + Television Impressions**

107. Based on this data, I have calculated a total of **19,603,873** impressions of the defamatory publications of Mr. Andrews' image. The table in Figure 7 summarizes the results of the Impressions Model, which can be found in full in Appendix E.

**Figure 7. Total Impressions**

| Source Type | Impressions |
|---|---|
| In-Person Screenings | 70,157 |
| DVD & Streaming Sales | 330,071 |
| X | 21,712 |
| Facebook | 373,500 |
| Instagram | 11,644 |
| Website | 1,790,914 |
| Online Videos | 13,958,875 |
| TV | 3,047,000 |
| ***Total*** | ***19,603,873*** |

### I. My calculation of impressions is conservative

108. The methodology and conclusions of my Impressions Model are conservative. There are many instances of Mr. Andrews' image being viewed that are not included in the above impressions calculation, which makes my calculation conservative. In addition, some data I requested in discovery has not yet been produced or was produced too late to incorporate into this report.[221] In this section, I enumerate some of the other places Mr. Andrews' image has been spread that have not been included in my assessment.

109. I understand that the movie was shown at a number of private screening events, such as former-President Trump's screening at Mar-a-Lago, discussed below, for which I do not have viewership data.[222] Further, the film was screened at a number of private events, including, potentially, screenings at the Denton County Republican Assembly and United in Purpose Conference, which are not included in my analysis.[223]

110. In addition, my calculation of impressions from in-person screenings does not include ticket sales at additional nationwide theater screenings on May 20, 2022, which took place in at least 415 theaters,[224] or on May 27, 2022, in at least 340 theaters,[225] indicating that the actual audience size is likely larger than reported. I do, however, account for these impressions in my damages analysis as the corrective messaging is on a per-theater basis.

111. The film was sold in DVD format, and the book was sold in hard copy format, both of which may have been shared and/or later re-sold on the secondary market, leading to additional

---

221 See footnote 3, above.

222 Despite the full film not being available on YouTube, many shorter clips (including some that contain Mr. Andrews' image) are available on YouTube. See, https://www.nytimes.com/2022/11/05/technology/youtube-misinformation.html. These shorter clips, posted by third parties, were not included in my analysis of Impressions.

223 TTV_006798 and TTV_006788.

224 LTPJ-0001576.

225 LTPJ-0001659.

impressions not included in my calculations. Documents in this case indicate that piracy of the *2000 Mules* film was a major concern of Defendants,[226] meaning there were likely many more people who saw the movie than are accounted for in in the Impressions Model. Moreover, viewership of the purchased DVDs in homes and of purchased access to the streaming film likely exceeds the actual count of copies sold, as multiple household members may watch together or at different times.

112. I also considered only the narrow set of publications that included Mr. Andrews' image and did not include the broader set of audio-only publications about and/or promoting the *2000 Mules* film and book (*e.g.*, audio-only podcasts and radio promotions of the film and book) or social media posts that link to, but do not themselves display, the defamatory publications. I also excluded, as discussed below, broad promotional displays for the *2000 Mules* film and book, including a billboard in Times Square that featured Mr. Andrews' image and the DVD and book listing pages on retailer websites. I did not include republications or postings of the image alongside the 2000 Mules narrative on some platforms such as Truth Social, as discussed in the Impact Assessment below. These sources, however, were places where impressions occurred.

113. Another indicator that my assessment undercounts impressions is polling data pertaining to alleged voter fraud and this movie in particular. A poll of likely voters in the US from June 1-2, 2022 found that 4-in-10 respondents had heard of the *2000 Mules* film and 15% had seen the film.[227] Another poll found that 26% of registered voters had heard of the *2000 Mules* film.[228]

---

226 LTPJ-0001211.

227 https://www.rasmussenreports.com/public_content/politics/public_surveys/2000_mules_documentary_s_message_resonates_with_voters; https://www.rasmussenreports.com/public_content/politics/public_surveys/toplines_2000_mules_june_1_2_2022

228 https://www.nytimes.com/interactive/2022/10/18/upshot/times-siena-poll-registered-voters-crosstabs.html; see also https://www.nytimes.com/2022/10/18/us/politics/midterm-election-voters-democracy-poll.html.

For reference, in the 2022 election, there were 161.4 million registered voters according to the Census Bureau, meaning some 40 million registered voters have heard of the film.[229] Although I do not consider these polls as foundation for my analysis, this calculation corroborates my estimate and indeed indicates that the Impressions Model is an undercount. Appendix G contains a full account of the ways in which my overall approach to calculating impressions and estimating damages is conservative.

## VIII. IMPACT ASSESSMENT

114. As explained above, the image of Mr. Andrews was seen more than 19 million times in connection with the accusation that he was a mule who helped to steal the 2020 election by illegally trafficking in fraudulent votes. The second part of my analysis considers the impact of those impressions in the context in which they were generated (*i.e.,* in promotion of the 2000 Mules narrative) and how this lent credibility to the claims among a subset of the population. To do this, I rely on academic literature and data reflecting the receptivity of the audience to the film's claims; the online reaction to the film and the posts sharing Mr. Andrews' image; the reach of the campaign to promote the narrative; the profile and audience trust of the sources of the narrative; and the 'stickiness' of that narrative and accompanying associations with Mr. Andrews.

115. As described in more detail below, my analysis shows that the impact of the impressions of Mr. Andrews' image in accordance with the idea that he is a criminal "mule" is both broad (*i.e.*, reached many people) and sticky (*i.e.*, has become a firmly held belief.)

---

[229] https://www2.census.gov/library/publications/2024/demo/p20-586.pdf.

### A. The audience of the *2000 Mules* film and book was receptive to its claims.

#### i. Research and polling indicates the audience of the *2000 Mules* film is likely receptive to its claims.

116. Research on the spread of ideas on social media shows that algorithms reinforce political biases, as people generally seek to interact with people similar to themselves with similar views on issues.[230] In particular, filter bubbles exist among those with extreme views and they tend to reinforce these views because people receive less diverse content via social media algorithms and are more likely to engage with that content.[231]

117. The view that the 2020 election was stolen through a conspiracy across multiple states to plant fake ballots is a strong and politicized viewpoint.[232] Consequently, the people engaged in the conversation about *2000 Mules*, and other election fraud conspiracy theories, are likely to be have some prior beliefs regarding the election and may therefore be receptive to the narrative of the film.[233] According to a Monmouth University poll conducted in September 2022, 61% of Republicans reported that they believed there was voter fraud in the 2020 election, with 11% reporting they didn't know whether President Bide had only won due to voter fraud.[234]

118. Polling conducted in October 2022 shows that 58% of Republicans, 54% of Trump voters, and 34% of registered voters aware of the 2000 Mules narrative "personally think the

---

230 https://www.iit.edu/news/bias-bubble-new-research-shows-news-filter-algorithms-reinforce-political-biases

231 Liu, Ping and Shivaram, Karthik and Culotta, Aron and Shapiro, Matthew A. and Bilgic, Mustafa "The Interaction between Political Typology and Filter Bubbles in News Recommendation Algorithms" WWW '21: Proceedings of the Web Conference 2021.; Wang, Xin, Antonio D. Sirianni, Shaoting Tang, Zhiming Zheng, and Feng Fu. "Public discourse and social network echo chambers driven by socio-cognitive biases." Physical Review X 10, no. 4 (2020): 041042; Bovet, A., Makse, H.A. Influence of fake news in Twitter during the 2016 US presidential election. *Nat Commun* 10, 7 (2019). https://doi.org/10.1038/s41467-018-07761-2.

232 https://www.prri.org/spotlight/after-three-years-and-many-indictments-the-big-lie-that-led-to-the-january-6th-insurrection-is-still-believed-by-most-republicans/.

233 See, for example, https://www.wired.com/story/election-conspiracy-groups-on-super-tuesday/.

234 https://www.monmouth.edu/polling-institute/documents/monmouthpoll_us_092722.pdf/.

findings in '2000 Mules'" are believable.[235] In contrast, just 2% of Republicans and 2% of Trump voters find the claims not believable.[236]

119. Many of the venues where the 2000 Mules narrative was spread are specifically targeted to Republicans. For example, about three-quarters of the adults who regularly get news from Rumble identify as Republican or lean Republican, and the vast majority of Rumble users (88%) "say they expect the news and information there to be mostly accurate."[237] As explained above, a similarly high rate of podcast listeners are likely to believe the news content shared on podcasts, such as Mr. D'Souza's podcast on which he has promoted the *2000 Mules* film and narrative.[238] OANN and Fox News are also primarily viewed by right-leaning audiences.[239] On social media sites, the content was shared and discussed by accounts likely to be favored by these audiences such as Mr. D'Souza himself and people like OANN reporter Chanel Rion. It was also favored by by audiences on alternative social media networks like Truth Social and Gab.[240]

120. This filter bubble effect is evidenced further by the high rate of positive reviews of the film on Amazon and, on the alternative social media and video sites, the high rate of agreement in comments on and replies to posts promoting or sharing the 2000 Mules narrative. The claims about Mr. Andrews and the mules more generally are congruent with the beliefs of a particular segment of the American public.

---

235 https://www.nytimes.com/interactive/2022/10/18/upshot/times-siena-poll-registered-voters-crosstabs.html; see also https://www.nytimes.com/2022/10/18/us/politics/midterm-election-voters-democracy-poll.html.

236 https://www.nytimes.com/interactive/2022/10/18/upshot/times-siena-poll-registered-voters-crosstabs.html; see also https://www.nytimes.com/2022/10/18/us/politics/midterm-election-voters-democracy-poll.html.

237 https://www.pewresearch.org/short-reads/2022/12/21/key-facts-about-rumble/.

238 https://www.pewresearch.org/journalism/2023/04/18/podcasts-as-a-source-of-news-and-information/

239 https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/.

240 https://www.nytimes.com/2022/08/26/us/politics/misinformation-social-media.html, https://phys.org/news/2021-02-social-media-users-misinformation.html, https://www.pewresearch.org/journalism/2022/10/06/the-role-of-alternative-social-media-in-the-news-and-information-environment/.

**ii. People who engaged with at-issue online videos indicate they believe the claims and call for consequences for "the mules."**

121. To first assess the receptivity of audiences to the 2000 Mules narrative, I reviewed comments directly on videos containing Mr. Andrews' image alongside the statement that he is one of the "mules" engaged in a criminal conspiracy to steal the 2020 election. Comments on content containing the defamatory publications illustrate that many users believed the claims of the film and those made while promoting it. Most of the online video views were from the *2000 Mules* trailer as posted on Rumble by Mr. D'Souza, which received over 2,000 comments. The responses are broadly supportive of the 2000 Mules narrative and indicate that viewers believed the narrative.

122. Many people who commented on the *2000 Mules* trailer on Rumble called for the arrest of the mules and other consequences. For example, one user posted: "Have all the 2000 mules been arrested? If not, WHY?"[241] Another user said: "Arrest every single one of them~TOP sucker, etc., down to the street thugs doing the drops!! Midterms around the corner!!!"[242]

123. Commentors also posted calls to action: "My Question is, WHEN are WE THE PEOPLE going to Stand Up and TAKE OUR COUNTRY BACK ⁉️ SERIOUSLY ‼️ Until WE STAND UP, NOTHING WILL CHANGE ‼️"[243] Another poster explained: "I saw the documentary last night. […] If law enforcement, the States Attorney Generals and the courts fail to act, armed revolution is the only path forwad (sic). Let us hope that those we have given the power to preserve and protect the Constitution of The United States will do their duty, for if they do not,

241 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108665275.
242 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108585852.
243 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-111165982.

We The People will..."[244] One commenter said more directly, "Let's get 'em."[245]

124. As I explained above, some online platforms have a culture that includes identifying people in images or videos based on the contextual information contained (*i.e.,* doxing). I saw this behavior in the comments on the defamatory publications in this case. Some commenters also called for the release of personally identifiable information (PII) of the purported mules, such as Mr. Andrews. One user stated: "they have these mules on video. Post their names, addresses . Why are they not arrested???????????"[246] Another user proclaimed: "Everyone that participated in this crime needs to be identified,"[247] to which someone else speculated that "they can be identified [through] their cell phone number."[248]

125. I found similar comments on other platforms. For example, on Facebook, one user commented "Mules are illegal and it is organized crime which was committed by the democratic party."[249] Another Facebook user commented, "Every sheriff across the country should investigate the data pertaining to their county and if Mules operated in their county, they need to arrest everyone that participated in violating the sanctity of our 2020 presidential elections."[250] Similarly, on YouTube, a user replied to an interview about the *2000 Mules* film saying, "These mule's knew they was (sic) breaking the law and know the repercussions but they did it anyway, they should get the maximum penalty per each ballot, this must be done so it will never happen

---

244 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-111756925.
245 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108599282.
246 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-112494734.
247 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108666175.
248 https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108680783.
249 https://www.facebook.com/TrueTheVote/posts/pfbid02FPH36t6GykqGNtjqKAoCPDpLjzx3UhnXfxVnZZRQp7MqqKwzxQ2ngNaFkEvAmMUBl?comment_id=746761906686194.
250 https://www.facebook.com/TrueTheVote/posts/pfbid0m7vYPQ8FP84sj14xbH2NvMEWUeHC5fPiPiMXRvcZMHVbEeW82MsHVk3yiY4oXKEnl?comment_id=1084641622266110&reply_comment_id=367113608786097.

again !"[251] The comments on the at-issue posts broadly indicate support and endorsement of the 2000 Mules narrative among the subset of people who engage with that content.

### iii. Reviews on product listings at major retailers indicate that many viewers believed the claims.

126. As noted above, the *2000 Mules* film was distributed in DVD format in addition to being made available for streaming online. Consumers can purchase the DVD at major retailers including Walmart[252] and Amazon,[253] and directly from the Defendants.[254] Similarly, the *2000 Mules* book was (and remains) available to purchase on many major retailers including Amazon,[255] Barnes & Noble,[256] and Target[257] as well as on the Simon and Schuster website[258] and BulkBookstore.com.[259] As of May 22, 2024, two years since the film's release, the DVD has been purchased over 200 times on Amazon in the last month, indicating a continued interest in the film and narrative.[260] The inclusion of the *2000 Mules* film and book on these mainstream websites legitimizes the content and claims within the film and exposes more people to its narrative.

127. Reviewers indicate they were compelled by the film as indicated by an analysis of user ratings. The film has a 4.8 star (out of 5) overall rating on Amazon. Only 4% of the 2,424 global

---

251 https://www.youtube.com/watch?v=LoRp9PpiNQE&lc=Ugwlc8Nah1jNkx_lvT54AaABAg.
252 https://www.walmart.com/ip/2000-Mules-Documentary-DVD-by-Dinesh-D-Souza/643463268.
253 https://www.amazon.com/Mules-DSouza-Media-Version-Selections-Subtitles/dp/B0B5NK87DK.
254 https://www.publicsquare.com/products/ce4ecc20-146f-11ee-a94a-adf0145e8648/V2924792/2000-mules-dvd--by-dinesh-dsouza, https://patriotdepot.com/products/2000-mules-by-dinesh-d-souza-dvd, and the Salem Now store (see archived version at https://perma.cc/8UQQ-UMXW).
255 https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460.
256 https://www.barnesandnoble.com/w/2000-mules-dinesh-dsouza/1141490353.
257 https://www.target.com/p/2-000-mules-by-dinesh-d-souza-hardcover/-/A-87610742.
258 https://www.simonandschuster.com/books/2-000-Mules/Dinesh-DSouza/9781684514465.
259 https://bulkbookstore.com/2-000-mules-they-thought-wed-never-find-out-they-were-wrong-9781684514465-9781684514465.
260 https://www.amazon.com/s?k=2000+mules.

ratings were for three stars or fewer (2% three-star, 1% two-star, and 1% one-star).[261] The *2000 Mules* film also has high aggregated ratings on other sites like Google (76% positive)[262] and Rotten Tomatoes (100% positive user ratings).[263] On IMDB, the film has a 5.1 out of 10 rating; however, the distribution of U.S. reviews is bimodal, with just over half being 10/10 and a third being 1/10, reflecting the polarized nature of the audience.[264] It is also possible that raters in IMDB are less likely to have seen the film than on a retail site like Amazon where the film is actually sold.

128. Qualitative analysis of the comments is congruent with the quantitative rating data, with many reviews expressing that the film was compelling. For example, one reviewer simply said, "Wanted to see what the evidence was. It's convincing to me."[265] Another stated, "Very informative - we need to do more to secure our elections - The issues raised in 2000 Mules merits the FBI's attention."[266]

129. Reviewers also discussed the mules. One reviewer on the Walmart DVD product listing explained, "very concise, informative, and factual evidence to prove beyond any reasonable doubt that the 2020 election was strewn with massive fraud in the 5 swing states. Thousands of videos and tracking of mules used to do the lying cheatin Democrats plan to takeover the election. These over 2,000 mules stuffed ballot boxes, harvested ballots, and much more. Many have been arrested and more to come. Great work D'nesh Desouza and others!"[267]

---

261 As of May 28, 2024. https://www.amazon.com/Mules-DSouza-Media-Version-Selections-Subtitles/dp/B0B5NK87DK#customerReviews.

262 https://www.google.com/search?q=2000+mules+film.

263 https://www.rottentomatoes.com/m/2000_mules.

264 https://www.imdb.com/title/tt18924506/ratings/?ref_=tt_ov_rt.

265 https://www.amazon.com/gp/customer-reviews/R3F5M7ENHV1WGY/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=B0B5NK87DK.

266 https://www.amazon.com/gp/customer-reviews/R2SOCQUB1M3LWA/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=B0B5NK87DK.

267 https://www.walmart.com/reviews/product/643463268?page=2

130. The reviews of the *2000 Mules* book are similarly positive. On Amazon, the book has 454 ratings with an average rating of 4.7 out of 5 stars, with only 4% of ratings being for fewer than 3 stars.[268] Reviewers suggest that they found the "evidence" in the book compelling. For example, one reviewer explained, "So informative with unequal proof."[269] Another reviewer said, "I find this book absolutely compelling because it presents ironclad irrefutable evidence that the 2020 presidential election and the 2020 Georgia Senate Election were both stolen by a criminal enterprise that was (and still is) staggering in scope."[270] Others, like reviewers of the film, complain that "no mules have been arrested" based on the "factual evidence."[271]

131. The highly positive ratings and many reviews that state that the evidence in *2000 Mules* was persuasive indicates that most people who watched the film and/or read the book were likely to believe the claims within.

### B. *2000 Mules*, and the concept of the mules, was discussed by hundreds of thousands of people online.

#### i. X (formerly Twitter)

132. To assess the impact of the movie on discourse in the public sphere and to evaluate the connection of this discourse with Mr. Andrews in particular, I ran a search on Brandwatch, an industry-leading historical database that provides access to social media data, to identify posts on X that mention "2000 Mules."[272] Between April 1, 2022, and April 30, 2024, over 432,000 posts containing the phrase were made by 147,000 users. "2000 mules" continues to regularly appear

---

268 As of May 30, 2024. https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460

269 https://www.amazon.com/gp/customer-reviews/R2I77M9EHM8IBA/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=1684514460

270 https://www.amazon.com/gp/customer-reviews/R1AIJ0681TIFNN/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=1684514460

271 https://www.amazon.com/gp/customer-reviews/R37UZLTA9D0A9/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=1684514460

272 I conducted my search on May 3, 2024.

in online conversation in recent months, with 3,600 posts mentioning the phrase in April 2024 alone. One tool researchers use to assess associations is through a word cloud, which removes "stop words" (*e.g.,* "the", "a", "and", etc.) to assess the top words, bigrams, and hashtags present in the aggregated post text.[273] Figure 8 below, is a word cloud showing the most-used words in this set of 432,000 posts.[274]

**Figure 8. Word cloud of top words used in X posts mentioning "2000 mules"**




133. The words in the word cloud are generally connected to the 2000 Mules narrative, indicating there are few posts discussing other topics in the dataset.[275] In the word cloud, the larger the word, the more frequently it appears in the dataset. In this case, the larger words indicate the discussion centers on the alleged election fraud, the "evidence," ballots, and discussions of watching the film. Other words carry negative connotations such as "fraud,"

---

273 *See*, Humphreys, Ashlee and Rebecca Jen-Hui Wang (2018), "Automated text analysis for consumer research," *Journal of Consumer Research, 44*(6): 1274–1306.

274 As calculated in data provided by Brandwatch.

275 I reviewed a random sample of 100 posts, as generated by Brandwatch, in this dataset to assess what portion is about the *2000 Mules* film, book, or narrative. I found all 100 posts (100%) were on topic.

"rigged," and "stolen." While "debunked" does appear, it is not one of the largest words, indicating it is a smaller aspect of the overall conversation on X.[276]

134. In my review of the conversation around the *2000 Mules* film, book, and narrative, I did not find meaningful indications that the discussion of the narrative having been debunked had influence over those who believed it. The 2000 Mules narrative exists in a filter bubble, as evidenced by the vast majority support of the narrative on alternative social media networks, as explained below. That is, while a minority of posters online are seeking to debunk the 2000 mules myth, the majority of the posters are affirming it.

135. Many people with large followings on X posted about the *2000 Mules* film. For example, popular conservative radio host Dan Bongino (2.9 million followers)[277] posted, "The hysterical liberal meltdown over 2000 Mules is additional hard evidence that they're terrified of the truth coming out. They know exactly what they did in 2020 and they want to do it again. The movie is a devastating indictment of our broken elections."[278] This post alone has over 28,000 likes and over 6,300 retweets. Additionally, a blog post with images of other "mules" from the film was retweeted by Donald Trump Jr. (7.3 million followers)[279] with the (sarcastic) caption, "mOsT sECuRe eLEctIon eVer!!! 🙄"[280]

136. Several X posts about the film received hundreds of thousands of views. For example, a

---

276 I also reviewed the random sample of 100 to assess the balance of posts that affirm the 2000 Mules narrative and that refute the narrative. I found that 73% affirm or repeat the narrative, 22% refute it or otherwise indicate the poster does not believe the narrative, and 4% do not have enough context to make a determination. I have produced the random sample and my assessment of each post as support material to this report.

277 At the time of the post, according to data from Brandwatch.

278 https://twitter.com/dbongino/status/1524548414859526145.

279 At the time of the post, according to data from Brandwatch.

280 https://twitter.com/DonaldJTrumpJr/status/1488883297866469381, see also for content of quoted post https://web.archive.org/web/20220202143353/https://twitter.com/DonaldJTrumpJr/status/1488883297866469381.

March 2, 2023, post by user DC_Draino (618,000 million followers)[281] received over 875,000 views, as seen in Figure 9 below.[282] The post repeated the 2000 Mules narrative and lamented that "not a single mule has been arrested."

**Figure 9. March 2, 2023 X post further spreading the 2000 Mules narrative[283]**




137. The *2000 Mules* film was also directly promoted by Rumble's official X account, as

---

281 At the time of the post, according to data from Brandwatch.

282 Twitter began displaying view counts in December 2022. See, https://www.theverge.com/2022/12/21/23522064/twitter-view-count-roll-out-personal-info.

283 https://twitter.com/DC_Draino/status/1631399029148995584.

shown in Figure 10 below. The Rumble account (203,700 followers)[284] linked to the video directly in a reply that appears below the original post.[285]

**Figure 10. Rumble promoted the 2000 Mules film on X in May 2022[286]**




138. In addition, many posts promoting the *2000 Mules* film were made by Mr. D'Souza himself. Mr. D'Souza's account has made 437 X posts mentioning "2000 Mules" as of May 30, 2024.[287] His most recent post mentioning "2000 Mules" is from May 19, 2024, where he explained: "The 2020 election was stolen—as you can see for yourself if you watch '2000 Mules'—but even so, what's the proof that an upside-down flag automatically equates to 'stop the steal'? This is the first I've heard of this, and the @nytimes pretends it's a well-known fact. Prove it!"[288] That post was viewed over 57,000 times and continues to promote the film and assert the 2000 Mules narrative of a conspiracy to commit election fraud.

### ii. Alternative social media sites

139. I also ran a search for "2000 Mules" on alternative and right-wing social media websites. Open Measures (formerly known as SMAT) is an online tool built to "uncover online disinformation and extremism" by allowing for searches on alternative social media sites and

---

284 At the time of the post, according to data from Brandwatch
285 https://twitter.com/rumblevideo/status/1523326395694342144.
286 https://twitter.com/rumblevideo/status/1523325160937312257.
287 Based on data from a Brandwatch for original posts and replies by @dineshdsouza containing "2000 mules."
288 https://twitter.com/DineshDSouza/status/1774949198779097091.

online forums.[289] I used Open Measures to search Parler, Gettr, Truth Social, Gab, 4chan, Telegram, Rumble, Bitchute, and 8kun[290] for posts mentioning "2000 Mules." Overall, over 440,000 posts used the phrase "2000 Mules" from April 1, 2022, through September 25, 2023,[291] with the majority (66.6%) appearing on Truth Social, the social media site owned by former-President Trump. The conversation peaked in 2022, but in August 2023 there were still over 3,600 posts on these sites mentioning "2000 Mules."[292]

140. Posts on alternative social media sites predominantly support the 2000 Mules narrative. For example, in response to a Gettr post about the technology used in *2000 Mules* by Mr. D'Souza in January 2023,[293] one user posted, "And much of 2000 mules is backed up video evidence. Time to start the tribunal."[294] Another user replied, "2000 MULES GEO LOCATION IS EXTREMELY ACCURATE AND TOLD THE STORY AS THE MULES WENT DROP BOX TO DROP BOX DROPPING BUNDLES OF FILLED OUT BALLOTS & TAKING PICTURES OF THEMSELVES STUFFING THE DROP BOXES!! 2000 MULES IS A DOCUMENTARY, NOT FICTION!"[295] I did not see any replies to Mr. D'Souza's post where people questioned or expressed doubt that the 2000 Mules narrative was true. Similarly, another Truth Social post by Mr. D'Souza promoting the *2000 Mules* trailer[296] had overwhelmingly positive replies that indicated the users support the 2000 Mules narrative.

141. As these posts indicate, the motivation to reidentify and dox Mr. Andrews through image

---

289 https://openmeasures.io/about/.
290 See https://openmeasures.io/datasets/ for descriptions of each site.
291 Open Measures does not allow for searching within the prior 6 months of the search date. I conducted my search on March 25, 2024.
292 According to data from search results for "2000 mules" on https://openmeasures.io/about/.
293 https://gettr.com/post/p240bmabf19.
294 https://gettr.com/comment/c1oeatj2bb4.
295 https://gettr.com/comment/c1yp0s675e3.
296 https://truthsocial.com/@DineshDSouza/posts/108184435073062228.

recognition and other data convergence techniques exists. The information that remains accessible in the public sphere and presents second-order harms to Mr. Andrews' reputation, as discussed above.

### iii. Some social media posts disparage or threaten the "mules" depicted in the film

142. Some social media posts go so far as to suggest the mules need to be publicly identified and arrested or face death for treason. One person explained, "So 2000 mules proves voter fraud &???? What's going to be done who will be arrested, Who goes bto (sic) jail? This is treason who suffers the consequences?"[297] Another user explained, "'2000 Mules' the movie is an integral part of my bio. And it will remain there until justice is finally served upon those mules, fully id'd and ready for arrest. Bring it on, MAGA!!"[298] People looked to law enforcement to investigate the identified mules: "What is it going to take to get ever Shariff (sic) to go out and investigate the people identified in 2000 Mules? The evidence gathered by True the Vote is overwhelming and needs Law enforcement to get involved NOW. STOLEN election is Treason. Do Your Job law enforcement."[299]

143. Many posts on alternative social media sites call for the arrest of the "mules" or other consequences for them.[300] Several meme style images include images of the mules from the film. For example, one post on Gab in November 2023 called for the arrest of the "mules" in order to

---

297 https://twitter.com/haveaconcern/status/1523634583492718593.
298 https://twitter.com/BillsPub/status/1757038551710011650.
299 https://twitter.com/pnjkrull/status/1523642794585124865.
300 See, for example, https://truthsocial.com/@Brajdic777/posts/112323068670865378, https://gettr.com/comment/c28hpj2cac7, https://t.me/BrianCatesDiscussionGroup/3260187, https://gab.com/REXCROWN/posts/109207423036472309, https://gab.com/Docjustaguy/posts/110075429475913532, https://gab.com/trumpylatinotoo/posts/108943644404662143, https://gab.com/Jram/posts/108940677232561140, https://gettr.com/comment/c28d634bec8, https://gettr.com/comment/c28d698e575, https://gettr.com/comment/c28emyb6eab, https://gettr.com/comment/c1xl4943387, https://gettr.com/post/p2xihct2ad2, https://gettr.com/post/p2x66d959b5, https://truthsocial.com/@LEDG1948/posts/112367387428798558.

keep "them [from] steal[ing] another election," as shown in Figure 11 below.[301] The post implies that "data techniques" can be used to track down the mules. These kinds of "data techniques" are already available and easy to execute with only a few pieces of information, as discussed previously.

**Figure 11. A Gab user calling for arrest of "the mules"[302]**




[301] https://gab.com/TotoLandMan/posts/111353260148946729.
[302] https://gab.com/TotoLandMan/posts/111353260148946729.

144. Users on alternative social media sites also explicitly called for the execution of "the mules."[303] For example, as shown in Figure 12 below, one user simply stated, "hang the mules."[304] Another user proclaimed, "kill all the mules after trial!"[305]

**Figure 12. Gab user calls for the "mules" to be hanged[306]**




145. Other people threaten to arrive "not ONLY armed with weapons but with

303 See, for example, https://gab.com/Vettle1/posts/109486361825883990, https://gab.com/SilverVixen20/posts/108757085126494946, https://gettr.com/post/p2jijvd10cb, https://gettr.com/post/p18ytm72942, https://gettr.com/post/p17fvp82815, https://truthsocial.com/@AnaJulia1965/posts/108361523816383496, https://truthsocial.com/@USFF45/posts/108553922753489293, https://truthsocial.com/@cletusQServetus/posts/108553925510845751.

304 https://gab.com/midnightprince7/posts/111239588129517473.

305 https://gab.com/Marisa216/posts/108775486504655460.

306 https://gab.com/midnightprince7/posts/111239588129517473.

CAMERAS,"[307] not only evoking the idea of an armed militia, but also threatening to further spread images of the alleged "mules." Another X user urges the "people's militia" to monitor drop boxes to ensure "no more 2000 Mules."[308] Others expect "military tribunals for treason" to happen in relation to the "VOTER FRAUD" and "STOLEN ELECTION" by the alleged 2000 mules.[309] On an alternative social site, one poster said, "LFG....an Arrest the Mules Summit. A bounty for all their asses", in an apparent call to action and request for financial reward for seeking out and finding the "mules."[310] Another user echoed the sentiment, saying, "Hear me out….a lynch mob but for 2000 mules! #patriotswerideatdawn".[311] Some users go even further, saying they "would be glad to pull the trigger" on "these mules" and calling on people to, "remember their faces because we're coming after you traiters (sic)," as seen in Figure 13 below.

**Figure 13. Comments on an image of Mr. Andrews suggest the mules should be killed and urge people to "remember their faces"[312]**




146. Mr. Andrews' image appears in posts on alternative social media websites that call for

---

[307] https://twitter.com/stormson5150/status/1747146909486080027.
[308] https://twitter.com/madisonkid1973/status/1524005142370177024.
[309] https://twitter.com/KatyinIndy/status/1651302831217836032.
[310] https://t.me/BrianCatesDiscussionGroup/3260197.
[311] https://truthsocial.com/@jennallynjones/posts/108318562919808693.
[312] https://americasbestpics.com/video/stolen-election-it-appears-so-trump-wins-just-by-removing-QbrsD4YX9.

the arrest of "the mules". For example, other alleged "mules" featured in the film appear in posts on alternative social media websites.[313] One post references the racial identity of the "mules," explaining, "it appears that many of the 2,000 mules are blacks in ga-pa-mi."[314] Another Truth Social post calling for the arrest of the "mules" from April 2024 includes a short video clip of Mr. Andrews alongside eight other people who appeared in the film, as seen in Figure 14 below. This video clip featuring Mr. Andrews' image was posted with the same caption by other users.[315]

**Figure 14. Truth Social post featuring Mr. Andrews' image[316]**




147. An X user, in response to a post from Mr. D'Souza, used Mr. Andrews' name, implying

313 See, for example, https://gettr.com/post/p2x9nztb869.
314 https://truthsocial.com/@billyghorton/posts/108454236031639702.
315 See, for example, https://truthsocial.com/@The_FSOJ/posts/112382277396441442 and https://truthsocial.com/@LadyJ69/posts/112318109950083614.
316 https://truthsocial.com/@juleslc/posts/112317630450800956.

he did commit the crime, "The mule was caught and now needs to try and look legitimate by suing. I hope it goes to court so this Mark guy gets exposed for ballot harvesting and it's all on the record. Under oath."[317] While this post came after Mr. Andrews filed this lawsuit, it illustrates that the view he is guilty is sticky and not easily shifted, including by legal action to clear his name. The viewers who were compelled by the 2000 Mules narrative call for these direct consequences and even violence against the "identified mules," including Mr. Andrews, who is labeled as guilty.

148. Some posts even attempt to identify specific "mules" and call for their personal information to be shared. For example, a Truth Social post (seen in Figure 15 below) includes the image of a blonde woman alleged to be one of the "mules" with the caption "make her famous," a phrase associated with doxing.[318] Similar posts containing the same woman have been posted by several users across alternative social media sites.[319]

---

317 https://twitter.com/realTonyRay/status/1585868248498597888.

318 https://truthsocial.com/@AnaJulia1965/posts/108361537876196939.

319 See, for example, https://truthsocial.com/@RIIBOBCE/posts/108518393621990157. The original post screenshotted in this post appears to be from Gab.

**Figure 15. Post shared on Truth Social identifying and trying to dox a "mule"[320]**




149. As this analysis indicates, the online conversation about the 2000 Mules narrative is robust and ongoing. Thousands of posts a month mentioning "2000 mules" continue to be posted across social media websites. Mr. D'Souza posted as recently as May 19, 2024, continuing to assert that the *2000 Mules* film (which includes the footage of Mr. Andrews) provides "proof" of the vote fraud narrative. Many people who discuss the film are repeating the claims of the film, indicating they believe the narrative of election fraud and ballot harvesting portrayed in the film, and calling for consequences for, and at times violence against, "the mules." Indeed, Mr.

320 https://truthsocial.com/@AnaJulia1965/posts/108361537876196939.

D'Souza's daughter, who organized a premiere of the film at Mar-a-Lago,[321] appears to sell apparel with the message emblazoned, "2000 MULES REQUIRES 2000 ARRESTS."[322]

150. Overall, the posts above are a small snapshot of the conversation about the 2000 Mules narrative and the "mules" themselves that are present on alternative social media network sites. These posts range from asserting the "mules" engaged in illegal behavior and calling for their arrest to calling for execution of the "mules" and attempting to identify and dox specific people featured in the *2000 Mules* film and book.

151. When viewed in the context of internet practices that are common in these types of online communities such as doxing, the use of Mr. Andrews' image by Mr. D'Souza poses clear and ongoing reputational harm to Mr. Andrews.

### C. *2000 Mules* was elevated by the press campaign around it and high-profile promotion of the film and its narrative

#### i. High-profile screenings

152. The *2000 Mules* film also received press from high-profile individuals talking about it during media appearances and on social media, including from former-President Trump. For example, he posted in support of the *2000 Mules* film and its narrative on Truth Social to his 4.8 million followers,[323] receiving 4,200 replies, 32,900 shares, and 89,600 likes, as shown in Figure 16 below.[324] Another post by former-President Trump on Truth Social called the film "a major hit."[325] He also played the trailer ahead of one of his rallies in Ohio.[326]

---

321 https://rumble.com/v1qtang-danielle-dsouza-gill-is-a-proud-ultra-maga.html.
322 https://americanabydanielle.com/products/2000-mules-requires-2000-arrests-mens-apparel.
323 https://www.statista.com/statistics/1336497/donald-trump-number-of-followers-selected-social-platforms/.
324 https://truthsocial.com/@realDonaldTrump/posts/108250221632303429.
325 https://truthsocial.com/@realDonaldTrump/posts/108245405230557999.
326 https://truethevote.org/news/sneak-peek-new-2000-mules-footage-released.

**Figure 16. Former-President Trump promoted the *2000 Mules* film on social media**[327]




153. Former-President Trump also hosted a screening of the film at Mar-a-Lago on May 4, 2022.[328] Many high profile figures attended including former-New York City Mayor Rudy Giuliani, congresswoman Marjorie Taylor Greene, journalist Lara Logan, and Kyle Rittenhouse, who gained prominence after he shot and killed two protestors at the 2020 Black Lives Matter protest in Wisconsin.[329] Other current high profile politicians who attended (and posted about) former-President Trump's *2000 Mules* screening include U.S. Representatives Marjorie Taylor Greene, Matt Gaetz,[330] and Tony Nehls.[331] Other prominent figures posted on social media about attending the event including Trump campaign advisor Jenna Ellis to her 867,000 X followers[332] (as seen in Figure 17 below) and Former New York City police commissioner Bernie Kerik to his 283,000 X followers.[333]

---

327 https://truthsocial.com/@realDonaldTrump/posts/108250221632303429.
328 https://www.newsweek.com/donald-trump-2000-mules-film-election-fraud-dsouza-rittenhouse-1703680.
329 https://www.newsweek.com/donald-trump-2000-mules-film-election-fraud-dsouza-rittenhouse-1703680.
330 https://www.instagram.com/p/CdLLAbhuVKL/?hl=en&img_index=1.
331 https://twitter.com/SheriffTNehls/status/1521994275868844034.
332 https://twitter.com/JennaEllisEsq/status/1521997756117790721. Followers at the time of the post, according to data from Brandwatch.
333 https://twitter.com/BernardKerik/status/1522049851185319936. Followers at the time of the post, according to data from Brandwatch.

**Figure 17. Jenna Ellis post promoting *2000 Mules* after attending Trump screening**[334]




154. The *2000 Mules* film was also screened three times by the Texas Republican Party at their 2022 state convention, which had an attendance of approximately 10,000 politicians, delegates, and other guests.[335] Many convention attendees "floated conspiracies about ballot harvesting,"[336] and the party passed a resolution rejecting the results of the 2020 election, claiming the election was illegitimate, as shown in Figure 18 below. Texas Lieutenant Governor Dan Patrick claimed his priority in the next legislative session would be to "restore voting illegally from a Class A misdemeanor to a felony."[337]

334 https://twitter.com/JennaEllisEsq/status/1521997756117790721.
335 https://www.texastribune.org/2022/06/18/texas-state-republican-convention/ and https://www.texasstandard.org/stories/texas-republican-convention-2022-houston/.
336 https://www.texastribune.org/2022/06/18/texas-state-republican-convention/.
337 https://www.texastribune.org/2022/06/18/texas-state-republican-convention/.

**Figure 18. D'Souza X post implying that *2000 Mules* helped support a Texas GOP resolution to reject the 2020 election results**[338]




155. In addition to the screenings at the Texas GOP convention and the convention resolution, high-profile state officials like Attorney General Ken Paxton along with several state senators and representatives sponsored a watch party for the film.[339] The Texas Commissioner of Agriculture, Sid Miller, spoke at a separate screening of the film in Dallas alongside Sidney Powell, a former attorney for former-President Trump who has frequently spoken publicly about the 2020 election being stolen.[340]

156. Many other local politicians hosted screening parties of their own, endorsing the 2000 Mules narrative. For example, Wyoming Secretary of State Chuck Grey sponsored several screenings across the state during his 2022 campaign for the Secretary of State office.[341] In

[338] https://twitter.com/DineshDSouza/status/1538525846025162754.
[339] https://www.commoncause.org/clip/texas-tribune-how-the-debunked-conspiracy-film-2000-mules-became-texas-republican-orthodoxy/.
[340] https://www.commoncause.org/clip/texas-tribune-how-the-debunked-conspiracy-film-2000-mules-became-texas-republican-orthodoxy/
[341] https://wyofile.com/secretary-of-state-gray-silent-on-true-the-votes-lack-of-voter-fraud-evidence/.

Georgia, U.S. Senate candidate Josh Clark hosted a campaign event including a screening of the *2000 Mules* film in Fulton County.[342] Similarly, U.S. Representative Mark Alford from Missouri hosted a watch party at his campaign office.[343] Several elected officials in Arizona hosted a "discussion / movie watch night" for the *2000 Mules* film, billed as "with U.S. Congressman Dr. Paul Gosar and Special Guests."[344]

157. These high profile screenings of the *2000 Mules* film served to legitimize its claims and the broader narrative around mules stealing the 2020 election. The politicians who hosted screenings of the *2000 Mules* film are the sort of trusted sources that provide legitimacy and authority to the criminal conspiracy claims in the film. Having sources that are trusted by the audience spread the narrative by showing the film increases its impact and increases the likelihood that it is believed by the audiences who follow these politicians.

**ii. Promotion by political figures**

158. In addition to former-President Trump, other political figures have also used Mr. Andrews' image in repeating, amplifying, and validating the 2000 Mules narrative. For example, Mr. Andrews' image was used in an interview with then-Arizona gubernatorial candidate Kari Lake, as shown in Figure 19 below.[345] Ms. Lake referenced having seen the film in an appearance on "Outside the Beltway with John Fredericks" that was broadcast on the radio and published online.[346] The video segment was watched over a thousand times on Rumble,[347] and the John Fredericks Radio Network, which broadcasts his content, boasts a monthly listener and

342 https://votejosh.com/events/fulton-county-liberty-bus-stop-2000-mules-viewing-05-20/.
343 https://www.washingtonpost.com/technology/2022/11/06/election-misinformation-labels-missing/
344 https://twitter.com/DrPaulGosar/status/1518960352871993351.
345 https://rumble.com/v170zjd-kari-lake-on-the-true-the-vote-hearing-in-the-az-state-senate.html at 1:12.
346 https://rumble.com/v170zjd-kari-lake-on-the-true-the-vote-hearing-in-the-az-state-senate.html.
347 https://rumble.com/v170zjd-kari-lake-on-the-true-the-vote-hearing-in-the-az-state-senate.html.

viewership of over 1.5 million.[348]

**Figure 19. *Outside the Beltway with John Frederick* used Mr. Andrews' image in an interview with Kari Lake who repeated the claims of the film**




159. Additionally, Mr. Andrews' unblurred image was posted on X by Liz Harrington, a spokesperson for former-President Trump. In the X post, Ms. Harrington said, "These are felony election law violations caught on camera[.] And law enforcement is doing nothing about it,"[349] implying Mr. Andrews committed a felony and tying his image to election fraud.

160. Mr. Andrews' image was also posted in connection with the 2000 Mules narrative and accusations of a criminal conspiracy to steal the 2020 election by local political candidates, such as former candidate for the Florida House, Scotty Moore.[350]

161. More generally, the *2000 Mules* film was promoted by many politicians. For example,

348 https://www.johnfredericksradio.com/wp-content/uploads/2024/02/JFRS-Monthly-Reach-Report-JAN-2024.pdf.
349 https://twitter.com/realLizUSA/status/1513586022394826762.
350 https://www.facebook.com/watch/?v=537526474637344.

Virginia State Senator John J. McGuire promoted a local screening of the *2000 Mules* film.[351] Other local and state politicians posted about the *2000 Mules* film and narrative on social media, including: an U.S. Representative from Colorado, Lauren Boebert;[352] a candidate for the California House of Representatives, Mike Cargile;[353] a candidate for Governor of Minnesota, Scott Jensen;[354] an Arizona state house representative and candidate for Secretary of State, Mark Finchem; and two U.S. Representatives from Texas, Troy Nehls[355] and Ronny Jackson.[356] The Texas Commissioner of Agriculture, Sid Miller, cited the *2000 Mules* film as a reason to believe the 2020 election was stolen from former-President Trump.[357]

162. The 2000 Mules narrative has also been referenced in calls for investigation into the security of elections at the state and national levels. Several national House Republicans, for example, demanded that the Committee on Oversight and Reform hold a hearing on the "extremely troubling" claims in the *2000 Mules* film, explaining "the illegal activity exposed in the documentary 2000 Mules […] must be investigated by the Committee."[358] Signees to the letter, authored by U.S. Representative Andy Biggs of Arizona, included: "Reps. Andrew Clyde (R-GA), Marjorie Taylor Greene (R-GA), Mary Miller (R-IL), Debbie Lesko (R-AZ), Randy Weber (R-TX), Pete Sessions (R-TX), Byron Donalds (R-FL), Rep. Dan Bishop (R-NC), Rep. Diana Harshbarger (R-TN), and Lauren Boebert (R-CO)."[359]

---

351 https://www.vpm.org/news/2022-06-23/del-john-mcguire-to-host-2020-election-conspiracy-film-at-goochland-public.
352 https://twitter.com/laurenboebert/status/1522570349208117249.
353 https://twitter.com/CargileForCA35/status/1524584846797856768.
354 https://twitter.com/drscottjensen/status/1523774155942154240.
355 https://twitter.com/SheriffTNehls/status/1489290995762176000.
356 https://twitter.com/RonnyJacksonTX/status/1527396487721795584.
357 https://www.commoncause.org/clip/texas-tribune-how-the-debunked-conspiracy-film-2000-mules-became-texas-republican-orthodoxy/.
358 https://townhall.com/tipsheet//leahbarkoukis/2022/07/13/exclusive-biggs-letter-to-maloney-n2610165.
359 https://townhall.com/tipsheet//leahbarkoukis/2022/07/13/exclusive-biggs-letter-to-maloney-n2610165.

163. At the state level, 17 house representatives in Michigan wrote a letter urging the state Attorney General to investigate "and bring charges" in connection with the 2000 Mules narrative.[360] In Arizona, Ms. Englebrecht and Mr. Phillips testified at a state senate hearing to discuss "voting irregularities relating to the 2020 election."[361] In addition to the state senators, other local political figures attended the Arizona hearing, including U.S. Representative Debbie Lesko and Pinal County Sheriff Mark Lamb.[362] The hearing was also distributed online through Right Side Broadcasting Network (RSBN), a conservative media company.[363]

**iii. Television interviews**

164. *2000 Mules* was also promoted in interviews that aired on cable news networks. Ms. Englebrecht appeared on the top cable news show among adults 25-54 at the time, *Tucker Carlson Tonight*,[364] where over three million viewers saw Mr. Andrews' image in connection with a discussion of voter fraud and harvested ballots, further spreading the defamatory claims about him and lending credibility to the 2000 Mules narrative.[365] The segment was subsequently shared across platforms like Facebook, Rumble, and Instagram.[366] Mr. D'Souza also made many TV appearances, appearing on OANN to discuss the 2000 Mules narrative. In three such appearances, he showed Mr. Andrews' image in discussing the purported coordinated criminal effort to commit voter fraud in the 2020 election.[367] These appearances on cable news networks

[360] https://www.mlive.com/public-interest/2022/06/17-michigan-lawmakers-want-ag-to-investigate-debunked-2000-mules-claims.html.
[361] https://rumble.com/v16z0k3-arizona-senate-hearing-may-31-2022.html.
[362] https://rumble.com/v16z0k3-arizona-senate-hearing-may-31-2022.html.
[363] See, https://rumble.com/v16z0k3-arizona-senate-hearing-may-31-2022.html.
[364] https://www.adweek.com/tvnewser/here-are-the-top-rated-cable-news-shows-for-may-22/
[365] LTFNN_0000001.
[366] https://www.facebook.com/watch/?v=1381334499041217&ref=sharing; https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4; https://www.instagram.com/p/CdN1ud6D11e/.
[367] See, https://www.mediamatters.org/media/3988751, https://www.mediamatters.org/media/3988753, and https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone needs-to-watch-2000-mules-51.html.

further spread and legitimized the 2000 Mules narrative.

#### iv. Other promotion of the film

165. In addition to the ways Mr. Andrews' image was connected to the promotion of the *2000 Mules* film and book online and through political events, Defendants used Mr. Andrews' image on a billboard promoting the film that appeared in New York City's Times Square beginning on June 16, 2022.[368] A still from the video billboard appears in Figure 20 below.

**Figure 20. Mr. Andrews' image appearing on a video billboard in Times Square promoting *2000 Mules* film[369]**




166. The group that paid for the billboard, Banners 4 Freedom, also posted about the billboard and the 2000 Mules film on Facebook,[370] Truth Social,[371] and Telegram.[372] On Truth Social alone, the two posts showing and promoting the billboard received nearly 4,500 likes and over

---

368 LTPJ-0001853, LTPJ-0001781, and LTPJ-0001646.
369 https://www.facebook.com/watch/?v=1998103633731157.
370 https://www.facebook.com/watch/?v=1998103633731157.
371 https://truthsocial.com/@Banners4Freedom/posts/108488923789206749 and https://truthsocial.com/@Banners4Freedom/posts/108488924866404636.
372 https://t.me/Banners4Freedom/420 and https://t.me/Banners4Freedom/419.

1,000 shares. The Times Square Alliance estimates that some 340,000 people passed through Times Square each day in June 2022,[373] increasing the number of people exposed to the 2000 Mules narrative and seeing Mr. Andrews' image as "evidence" of the alleged criminal conspiracy to traffic ballots.[374]

167. Overall, many of the responses to the at-issue statements and videos indicate support for the 2000 Mules narrative and conviction that the "mules" are "criminals" who should be investigated, arrested, and/or punished for treason. The *2000 Mules* film was further legitimized by high-profile figures and organizations who promoted, screened, and otherwise discussed the film. Moreover, the venues of these promotions lend legitimacy and permanence to the 2000 Mules narrative, making the false claims about Mr. Andrews more enduring.

### D. Mr. Andrews' image was prominently connected to the 2000 Mules narrative.

168. The promotion of the 2000 Mules narrative often comes back to Mr. Andrews because his image was specifically cited as "proof" that the mules exist. Directly in the film's trailer, Mr. D'Souza asks, in a voiceover, "Do you have video evidence?" as the screen cuts to an image of Mr. Andrews while Mr. Phillips says, in a voiceover, "Four million minutes of surveillance video around the country," as shown in Figure 21 below.

---

373 https://www.timessquarenyc.org/do-business/market-research-data/pedestrian-counts

374 Note that I do not currently include these impressions in my impressions analysis, thereby making my calculation a conservative one.

**Figure 21. Mr. Andrews' image in the *2000 Mules* trailer as "video evidence" of ballot harvesting[375]**




169. Additionally, his image is often used in press appearances by the Defendants in promoting the film and explaining the "evidence" of the 2000 Mules narrative. For example, in Ms. Englebrecht's appearance on Fox News's primetime show *Tucker Carlson Tonight*, a video of Mr. Andrews played as she explained the "evidence" TTV gathered in support of the 2000 Mules narrative.[376]

170. The connection between Mr. Andrews' image and the accusation of criminal ballot harvesting extended to the broader public, where third parties have used Mr. Andrews' image to represent the idea that the 2020 election was stolen through vote fraud. For example, Mr.

375 https://rumble.com/v1238uc-2000-mules-trailer.html at 1:42-1:46.
376 https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4 at 0:29-054.

Andrews' image has been incorporated into a shareable image meme, as shown in Figure 22 below.[377]

**Figure 22. Shareable image featuring 2000 Mules narrative and Mr. Andrews' image**




377 https://americasbestpics.com/video/stolen-election-it-appears-so-trump-wins-just-by-removing-QbrsD4YX9.

171. As noted above, Mr. Andrews' unblurred image was also posted on X by Liz Harrington, a spokesperson for former-President Trump, indicating Mr. Andrews committed a felony and tying his image to election fraud broadly.

### E. Mr. D'Souza actively sought to undermine refutations of the 2000 Mules narrative.

172. Mr. D'Souza actively worked to undermine the credibility and impact of authoritative figures attempting to spread the truth about Mr. Andrews and the unfounded nature of the 2000 Mules narrative. For example, on Truth Social, Mr. D'Souza linked to an *Atlanta Constitution-Journal* article from May 17, 2022,[378] which discusses the investigation into, and ultimate finding of no wrongdoing by, Mr. Andrews by the Georgia State Election Board following the use of his image in the *2000 Mules* film. Notwithstanding that the authorities found no wrongdoing by Mr. Andrews, in the Truth Social post, shown in Figure 23 below, Mr. D'Souza asserts that"[t]his article borders on the comical" and that the "'evidence'" exonerating Mr. Andrews was not to be trusted in the face of the volume of evidence featured in the film.[379] The Truth Social post received some 1,250 "retruths" and 3,470 likes, He made an identical post on X, which similarly received over a thousand likes.[380]

---

378 https://web.archive.org/web/20240103001848/https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4/.

379 https://truthsocial.com/@DineshDSouza/posts/108322959068782884.

380 https://x.com/DineshDSouza/status/1526903524130537472.

**Figure 23. Mr. D'Souza's Truth Social post discrediting the investigation that found Mr. Andrews innocent of election fraud[381]**




173. Mr. D'Souza posted many other similar messages on X, often directly in response to people seeking to debunk the 2000 Mules narrative.[382] For example, Mr. D'Souza explained in one reply that the investigation finding Mr. Andrews innocent does not mean that the accusations in *2000 Mules* that Mr. Andrews was part of a criminal conspiracy were wrong, as shown in Figure 24 below.[383] In the post, Mr. D'Souza continues to refer to Mr. Andrews as "the mule" and asserts that, not only is Mr. Andrews is a paid "mule" but also that he lied to state authorities to cover up his alleged crime.

---

[381] https://truthsocial.com/@DineshDSouza/posts/108322959068782884.

[382] See, for example, https://x.com/DineshDSouza/status/1537538830882029579 and https://x.com/DineshDSouza/status/1537427073819713536.

[383] https://x.com/DineshDSouza/status/1538211490741772289.

**Figure 24. Mr. D'Souza's X reply asserting Mr. Andrews is a "mule"[384]**



Poker and Politics @PokerPolitics · Jun 18, 2022

7. at 47:47 Dinesh says "What you are seeing is a crime" as a man puts ballots into a drop box. At 25:58 Gregg says "We want to absolutely assure that we don't have false positives." This video was investigated and the case was dismissed. Were you wrong?

Paola Poot @PootDibou · Jun 13, 2022

David Cross @GAballots baselessly accused this voter of ballot harvesting, and shared drop box video with True The Vote.

It appeared in 2000 Mules, Charlie Kirk & Tucker Carlson's shows.

...

Show more



7 9 193

Dinesh D'Souza @DineshDSouza

No. The investigation was bogus. Since there is no way to retrieve the ballots, the investigator has no way to definitively confirm they were the ballots of family members. He simply got this from the mule himself.

1:26 PM · Jun 18, 2022

174. Mr. D'Souza also sought to undermine the debunking of the 2000 Mules narrative on his

384 https://x.com/DineshDSouza/status/1538211490741772289.

podcast,[385] which he promoted on X[386] and on Rumble, where it received over 12,000 views.[387] A video recording of the podcast episode also appeared directly on the Salem News Channel website.[388] Another since-deleted Rumble video on his channel also features Mr. D'Souza pushing back against the idea that the 2000 Mules narrative is not true.[389] Collectively, his posts undermining corrective, fact-based refutations of the 2000 Mules narrative received hundreds of thousands of impressions, and have the likely impact of increasing the strength of beliefs about Mr. Andrews in the eyes of Mr. D'Souza's followers and the audience of the film.

### F. The information about Mr. Andrews in the image could be used to identify him

175. As explained above, image recognition technology has improved and is increasingly used, and these trends are likely to continue to increase in the future.[390] Tools using image recognition technology include those that are able to search online for instances of a specific image, which may result in Mr. Andrews' image as featured in the *2000 Mules* film and book to be linked to his PII. In addition, as explained above, image recognition software can and has been used to identify license plate letters and numbers, which then might be used to identify the owner of the car.

176. Personally identifiable information (PII), such as an individual's name and address, can be determined from their license plate.[391] Although this information is typically not immediately accessible by the general public, there are numerous ways for an individual's motor vehicle

385 https://dineshdsouza.com/podcast/episode-333-unlawful-conduct/.
386 https://x.com/DineshDSouza/status/1527020313531363329.
387 https://rumble.com/v1579sf-unlawful-conduct-dinesh-dsouza-podcast-ep333.html.
388 https://salemnewschannel.com/watch/unlawful-conduct-were-legal-ballots-delivered-illegally-dinesh-dsouza-6285422f721125000161bcd7.
389 https://rumble.com/v157zl8-dinesh-dsouza-georgia-lawmakers-refuse-to-investigate-mules.html. The original video has been removed, but the relevant clip from that video is located in the following video at 15:30 to 21:22: https://rumble.com/v1579sf-unlawful-conduct-dinesh-dsouza-podcast-ep333.html.
390 https://arinsider.co/2023/02/13/google-lens-reaches-10-billion-monthly-searches/.
391 https://epic.org/dppa/.

record to be legally accessed, such as for use by law enforcement, private investigators, market research, and insurance activities.[392] There have also been instances of license plate information being used to identify and/or contact individuals outside of these legal avenues, such as by anti-abortion activists targeting visitors to Planned Parenthood.[393] In another instance, a police sergeant in Georgia used his credentials to look up personal information based on a license plate in exchange for money.[394]

177. Indeed, someone used the image of Mr. Andrews vehicle from the same surveillance footages published by Defendants to file a complaint of illegal voter fraud.[395] The complaints resulted in an investigation of Mr. Andrews by the Georgia Secretary of State Office.[396] The investigation found no wrong-doing, but Mr. Andrews' name will always have the potential to be exposed because of the investigation, as it would be included if anyone request details on the matter.[397] Additionally, using Google's publicly accessible reverse image search tool, Google Lens, one can currently search the at-issue image of Mr. Andrews and find results related to the 2000 Mules narrative, some of which include his name.[398]

178. Mr. Andrews is already harmed by his image being repeatedly used in connection with the 2000 Mules narrative. He was identified and investigated for criminal activity. As illustrated above, many people believe the 2000 Mules narrative and have sought to identify specific

392 https://epic.org/dppa/. The legal availability of driver records varies by state.
393 https://www.technologyreview.com/2022/05/31/1052901/anti-abortion-activists-are-collecting-the-data-theyll-need-for-prosecutions-post-roe/.
394 https://supreme.justia.com/cases/federal/us/593/19-783/.
395 WAS164123600000003; WAS164123600000004; WAS164123600000005; WAS164123600000006. I understand that this complaint might be directly related to *2000 Mules* and/or claims of the Defendants, as this complaint states, "A private investigative organization, True the Vote, purchased billions of cell phone 'pings' and they identified this individual by tracking his cell phone pings to multiple ballot drop boxes.," But I do not know for sure where the complainant obtained the footage or learned of the individual.
396 WAS164123600000003; WAS164123600000004; WAS164123600000005; WAS164123600000006; MA-0000028.
397 MA-0000028.
398 https://lens.google/.

"mules" and called for consequences and even death.

### G. Mr. Andrews's reputation was harmed.

179. Based on my expertise on reputation, social media, and marketing, and my analysis above, I can conclude that Mr. Andrews' reputation has been harmed by the use of his image in the *2000 Mules* film and in promotion for the film. Repeatedly, his image has been held up as exemplary of the "mules" that allegedly committed ballot fraud and stole the 2020 election from former-President Trump. His image is now associated with incendiary topics such as ballot trafficking, organized crime, treason, and election fraud. Untold numbers of posts on social media call for the investigation, arrest, and even death of the alleged mules.

180. First-order harm has occurred through initial circulation of his image in connection with the claims in the film and the attendant direct effects on his life. Mr. Andrews was investigated as part of a complaint filed about the allegations in the *2000 Mules* film.[399] In addition, it is my understanding that Mr. Andrews took numerous steps related to ensuring his and his family's security. I understand that he paid to change his license plate as it was visible in the film,[400] updated his home security system,[401] and regularly employs a service to remove his and his family's personal data from the internet.[402]

181. Additionally, reputational harm has a professional cost. Professionally, Mr. Andrews is an auditor, a profession that I understand to be based on trust and integrity of the individual. The claim that Mr. Andrews is being paid to rig an election, or participated in any kind of criminal behavior, could directly impact his future employment opportunities. As explained above,

---

399 Complaint, ¶8.
400 Complaint, ¶217.
401 Complaint, ¶217.
402 Complaint. ¶217.

content on the internet persists and can be shared at any time without warning. Technology around image search and facial recognition is improving rapidly and being used in new and novel ways. The material associated with his likeness and other personally identifiable information constitutes second-order reputational harm. As discussed above, reidentification of an individual based on only a few pieces of information such as location, car make and model, license plate, and/or image is possible, and, as shown in the impact analysis, motivation for such reidentification efforts exists.

182. A summary of findings from my Impact Assessment are in Figure 25 below.

**Figure 25. Summary of Impact Assessment**

| Finding | Evidence |
|---|---|
| The audience was receptive to the claims in the *2000 Mules* film and book | • The 2000 Mules narrative was discussed extensively in the public sphere and advances a strong and politicized viewpoint, which makes its audience likely to be receptive to its claims.<br>• Polling shows that a majority of Republicans think that the 2000 Mules narrative is believable.<br>• Consumer ratings of the *2000 Mules* film and book on retailer websites are overwhelmingly positive.<br>• Consumer comments on content containing the at-issue statement suggest widespread belief in the 2000 Mules narrative among its audience. |
| There was widespread discussion of the 2000 Mules narrative | • There were more than 400,000 X posts from nearly 150,000 users that mention "2000 mules" from April 2022 – 2024.<br>• The 2000 Mules narrative was promoted by accounts with large followings, such as Dan Bongino (2.9 million followers), Donald Trump Jr. (7.3 million followers), and the official Rumble account (203,000 followers).<br>• There were an additional 440,000 posts that mention "2000 mules" from alternative social media sites. These posts predominantly support the 2000 Mules narrative.<br>• Many social media posts threaten or disparage the "mules" and call for the publication of the "mules" PII. |

| Finding | Evidence |
|---|---|
| The 2000 Mules narrative was elevated by the press campaign and high-profile promotion | • The *2000 Mules* film was shown in private screenings by former-President Donald Trump, the Texas Republican Party, and other local politicians.<br>• High profile individuals promoted the 2000 Mules narrative, including politicians such as former President Donald Trump and Arizona gubernatorial candidate Kari Lake.<br>• The 2000 Mules narrative was also promoted on TV, on social media, and on a billboard in Times Square. |
| Mr. Andrews' image was prominently connected to the 2000 Mules narrative | • Mr. Andrews' image has been tied to the 2000 Mules narrative because it appears in the film's trailer, in press appearances promoting the film, and on social media. |
| Mr. D'Souza actively worked to undermine refutations of the 2000 Mules narrative | • Mr. D'Souza actively worked to undermine the credibility and impact of authoritative figures attempting to debunk the 2000 Mules narrative.<br>• Mr. D'Souza directly responded to posts refuting the allegations about Mr. Andrews specifically, insisting that Mr. Andrews was lying and was indeed a "mule" who committed the alleged crimes. |
| Mr. Andrews could be identified from the image | • Facial recognition capabilities are improving and may be able to link the image of Mr. Andrews to other instances of his likeness online.<br>• An individual's license plate can be used to obtain PII. Mr. Andrews' identity was already accessed from the image of his license plate in the same surveillance footage as used in the *2000 Mules* film. |
| Mr. Andrews' reputation was harmed | • Mr. Andrews' image has been used to advance the 2000 Mules narrative.<br>• Mr. Andrews was investigated as part of a complaint filed about the allegations from the *2000 Mules* film.<br>• Mr. Andrews was forced to take steps to protect his privacy, such as changing his license plate and removing his personal information from the internet.<br>• Mr. Andrews' professional reputation is also at risk, as he is employed as an auditor, which is a profession requiring a high degree of trust and integrity. |

# IX. DAMAGES MODEL

183. As detailed in the academic background section above, defamation in connection with personally identifiable information causes harm to one's reputation in the public sphere. To estimate the cost of reputational damage, one can calculate the cost to run a corrective campaign to repair it. Reputational repair campaigns are a mainstay of public relations[403] and are based on a strategic communications plan that attempts to change attitudes that were created by the initial reputation-damaging claims. In this case, the reputational repair campaign would aim to correct existing attitudes related to the representation of Mr. Andrews in the *2000 Mules* film, book, and related promotion. The cost of a reputation repair campaign is a measure of the damage done to Mr. Andrews' reputation through Defendants' use of his image in the *2000 Mules* film, book, and promotional materials.

184. This section details the methodology for calculating the costs to repair reputational damage via social, online, and traditional media channels as well as in movie theaters based on standard practices in public relations and strategic communications. The costs to repair Mr. Andrews' reputation are based on the calculation of the number of impressions of Mr. Andrews' image as part of the 2000 Mules narrative found in the Impressions Model (see Appendix E).

## A. Modeling reputational repair

### i. Goals of a reputational repair campaign

185. The goal of the corrective campaign is to counteract the harm done to Mr. Andrews' reputation by the claims made in the film and subsequently circulated on social and traditional media. In this case, a corrective campaign would involve placing corrective messaging with sources trusted by the audience and attempting to change existing attitudes through repeated

403 https://pracademy.co.uk/insights/public-relations-as-reputation-management/

exposure to the message from different sources, a common method in persuasive communication.[404]

186. In my opinion, and given the academic literature summarized above, the sources of spread of the defamatory publications, and the targeted audience, a campaign to repair Mr. Andrews' reputation must include (i) hiring influencers whom the audience regards as trusted sources, (ii) circulating statements in multiple media types to replicate the echo chambers in which they originated, (iii) ensuring that the audience is exposed to the message multiple times in order to create attitude change, and (iv) extending the campaign for a long enough time to allow for dissemination, given what is known about the slow spread of true versus false claims online and the multifaceted nature of effective corrective repair through online channels.[405] A holistic traditional and social media campaign that includes these integrated elements is therefore the most effective way to repair reputational damage in this case.[406]

187. An effective campaign to repair reputational damage is typically multi-pronged and includes a mix of platforms and people. A typical social media campaign will combine display and video advertising along with hiring influencers to promote a message via blogs or newsletters and on their podcasts, YouTube, and other channels. Because the source—and not just the message—is so critical to attitude change, particularly on social media, it is important to work with credible and likeable sources likely to gain traction with the intended audience. The

---

404 Cacioppo and Petty (1980); Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar. "Multiple routes to resisting attitude change." In *Resistance and persuasion*, pp. 13-38. Psychology Press, 2004.; Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar. "Attitudes and attitude change." *Annual review of psychology* 48, no. 1 (1997): 609-647.

405 Vosoughi et al. (2018). False news travels faster, farther, and deeper in social networks due to its novelty and intrinsic interest.

406 Shankar, V., and Kushwaha, T. (2020), Omnichannel Marketing: Are Cross-Channel Effects Symmetric? *International Journal of Research in Marketing*; Payne, E. M., Peltier, J. W., & Barger, V. A. (2017), Omni-channel marketing, integrated marketing communications and consumer engagement: A research agenda. *Journal of Research in Interactive Marketing*, 11(2), 185–197.

social media campaign in this case should be combined with traditional media campaigns such as on TV to match the source of the misimpressions about Mr. Andrews.

188. The methodology for a successful reputation repair campaign includes three key components: targeting the appropriate audience; determining the mix of media so that it is in proportion to the channels of dissemination; and calculating the exposure required to change the attitudes of the targeted audience. Below I explain each of these aspects of the methodology and their support in the academic literature and accepted practice.

### ii. Determining the target audience

189. The film, its trailer, and the book spread mainly to those who were receptive to the underlying claims. For example, many of the at-issue clips included in my analysis originated with Mr. D'Souza's own accounts or the accounts of TTV, which are likely to be followed by people who are inclined to believe he is a trustworthy source of information. Additionally, many of the impressions I consider are from people who chose to attend screenings of the film or having purchased the film or book. Consequently, no discounting is necessary to approximate the receptive audience from most of the defamatory publications.

190. The only major source of impressions from a mainstream media source is the use of Mr. Andrews' image on *Tucker Carlson Tonight* on Fox News. One study from 2023 found that approximately 65% of Fox News's audience believed the 2020 election was stolen.[407] As such, I consider that this portion of the Fox News viewership is the portion that is receptive to the claims about Mr. Andrews and the 2000 Mules narrative broadly and discount the impressions

---

407 https://www.prri.org/spotlight/after-three-years-and-many-indictments-the-big-lie-that-led-to-the-january-6th-insurrection-is-still-believed-by-most-republicans/.

accordingly.[408]

### iii. Media mix and channel costs

191. As I discuss above, a repair campaign here will require a mix of media platforms to target the audience that believed the defamatory publications. Each relevant form of media is associated with different costs to publish and to target intended audiences. To efficiently and effectively allocate media budget and media spend across each platform, I based the allocations for what media to use in the corrective campaign on the initial sources of impressions made by the defamatory publications.

192. I used the industry standard of the cost per thousand impressions, otherwise known as cost per mille (CPM) to estimate how many impressions would be gained for each dollar spent on each platform.[409] I calculated costs of advertising as CPM multiplied by the target number of impressions of each channel or platform. I used annual industry benchmark reports of CPM for different channels and platforms published by research firms and advertising networks in the damages model to estimate costs for reputation repair. Additionally, I used two other costs specific to venues of defamatory publications in this case: the cost for ads at theaters that screened the film[410] and costs to mail corrective messaging to people who purchased the film or book online.[411] In general, I matched the source of impressions to the corrective method, as listed below:

- *Web impressions*: corrected through trusted web influencer blogs and newsletters

---

408 Fox News viewership as reported in the Impressions Model was 3,047,000. Discounted, the target impressions incorporated into the Damages Model is 65% of those impressions, or 1,980,550. This brings the overall Target Impressions to 18,537,423.

409 https://agencyanalytics.com/kpi-definitions/cost-per-thousand-cpm

410 https://www.bluelinemedia.com/movie-theater-cinema-advertising/.

411 https://www.uspsdelivers.com/direct-mail-cost-calculator.

- *Television impressions*: corrected through television ads
- *Rumble impressions*: corrected through a mix of video ads and trusted influencer videos
- *YouTube impressions*: corrected through trusted influencer videos
- *Online news video impressions*: corrected through ads placed before online videos
- *X, Facebook, and Instagram impressions*: corrected through Influencer social media posts
- *In-person screening impressions*: corrected through ads running before showings at theaters that screened *2000 Mules*
- *DVD, streaming, and book impressions*: corrected through mailers sent to people who purchased the film or book

193. For each channel, I used the average CPM for that particular medium (X ad, Web influencer, etc.). I then calculated how much it would cost to generate the number of impressions required to counter the initial claims made by the defendants. A breakdown of the channels and rates used and the target impressions for each can be found in Appendix E.

194. My methodology includes accounting for impression rates on social media posts, whereby only a portion of users may actually see each individual post.[412] To calculate the costs for the use of influencers and placement of ads on different media sources, I also use CPM costs.[413] For web influencer blog posts, I use a 50% open rate based on newsletter subscription emails.[414] Substack, which operates as a website and as email newsletters to subscribers, is a popular blogging platform.[415] Links to Substack posts (including sponsored posts) can also be

412 Humphreys, Ashlee and Rebecca Jen-Hui Wang (2018), "Automated text analysis for consumer research," *Journal of Consumer Research, 44*(6): 1274–1306.

413 Where rates for a particular media were not available, I used the next closest medium.

414 See, for example, https://timdenning.com/the-most-important-lessons-ive-learned-from-my-substack-newsletter-experiment and https://substackcourse.com/what-is-a-good-substack-open-rate/.

415 https://substack.com/about. See also, for example, https://www.glossy.co/pop/for-creators-and-former-bloggers-substack-offers-a-renaissance-and-a-new-revenue-stream/ and https://read.substack.com/p/blogging-boom-on-substack.

distributed by web influencers on social media to reach the appropriate audience.[416]

### iv. Attitude change multiplier

195. As covered in the aforementioned literature, an existing attitude is not changed by one impression alone. As such, in order to effectively change attitudes, a campaign must serve multiple impressions per person in the target audience. This is true in traditional media,[417] but it is particularly true in the crowded attention marketplace of social media. While prior research has found that it requires about 3 to 5 impressions to change an attitude in traditional advertising exposure, on social media the number of exposures may be even higher.[418]

196. In addition, a higher number of corrective exposures are required because polling data indicate that the beliefs at issue are very firmly held. As noted above, 58% of Republicans, 54% of Trump voters, and 34% of registered voters believe the 2000 Mules narrative.[419] As of September 2023 some 65% of Fox News viewers continue to believe that the 2020 election was stolen.[420] More broadly, partisan beliefs that the 2020 presidential election was stolen "have changed little from 2021 (when 66% of Republicans, 27% of independents, and 4% of Democrats believed the 2020 election was stolen) to 2023 (when 63% of Republicans, 31% of independents, and 6% of Democrats reported they held the same belief)."[421] These beliefs have

---

416 See, for example, https://timdenning.com/the-most-important-lessons-ive-learned-from-my-substack-newsletter-experiment.

417 Cacioppo and Petty (1980).

418 Garrett, R. K. (2009). Echo chambers online?: Politically motivated selective exposure among Internet news users. Journal of computer-mediated communication, 14(2), 265-285.

419 https://www.nytimes.com/interactive/2022/10/18/upshot/times-siena-poll-registered-voters-crosstabs.html; see also https://www.nytimes.com/2022/10/18/us/politics/midterm-election-voters-democracy-poll.html.

420 https://www.prri.org/spotlight/after-three-years-and-many-indictments-the-big-lie-that-led-to-the-january-6th-insurrection-is-still-believed-by-most-republicans/.

421 https://www.prri.org/spotlight/after-three-years-and-many-indictments-the-big-lie-that-led-to-the-january-6th-insurrection-is-still-believed-by-most-republicans/; see also https://thehill.com/homenews/campaign/4384619-one-third-of-americans-say-biden-election-illegitimate/ (finding an 8 percentage point decrease in the number of Republicans who believe President Biden's election was legitimate from 2021, when 39% of Republicans believed his election was legitimate, to 2023, when only 31% of Republicans believed his election was legitimate).

persisted despite multiple investigations finding there is no merit in these claims,[422] indicating that these beliefs are very firmly held.

197. Taking into account the attention environment and the strength of attitudes (as discussed in the introduction to the reputation repair model above), I estimate that a message would need to be seen approximately 3 to 5 times, and potentially up to 7 times *from a credible source* before it would lead to attitude change.

### B. Costs of the corrective campaign

198. Figure 26 below shows the total estimated costs of a corrective campaign. I include two costs: an estimate that incorporates an attitude change multiplier of 3 (at an estimated cost of $3,277,755) and a second estimate, which incorporates an attitude change multiplier of 5 (at an estimated cost of $5,462,294). As explained above, an attitude change multiplier of 7 (at an estimated cost of $7,764,094) may even be required. As detailed above, it is my opinion that a multiplier of at least 3 would constitute the minimum corrective campaign to run, given the importance of multiple exposures and the likelihood that the audience will receive them and be affected by them.[423]

422 https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints/; https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762; https://campaignlegal.org/results-lawsuits-regarding-2020-elections, https://sos.ga.gov/news/state-election-board-clears-fulton-county-ballot-suitcase-investigation-report-finds-no; https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d; https://apnews.com/article/voter-fraud-election-2020-joe-biden-donald-trump-7fcb6f134e528fee8237c7601db3328f.

423 Cacioppo and Petty (1980); Housholder and LaMarre (2014);Weiss, Robert Frank (1969), "Repetition of Persuasion," *Psychological Reports*, 25 (2), 669-70.

**Figure 26. Total Cost for Corrective Campaign**

| Ad Messaging Multiplier | Cost |
|---|---|
| 3x | **$3,277,755** |
| 5x | **$5,462,294** |

Dated: June 3, 2024

Professor Ashlee Humphreys

# APPENDIX A – PROFESSOR HUMPHREYS' CV

**ASHLEE HUMPHREYS**
a-humphreys@northwestern.edu
(847) 644-8802

Integrated Marketing Communications
Medill School of Journalism
Northwestern University

1870 Campus Drive
MTC 3-109
Evanston, IL 60208

## EDUCATION

**Ph.D.**, Marketing, Kellogg School of Management, Northwestern University.
**B.A.**, Economics, Philosophy, Northwestern University.

## EMPLOYMENT

Northwestern University
Medill School of Journalism, Media, and Integrated Marketing Communications
*Professor, September 2022 to present*
*Associate Professor, September 2015 to 2022*
*Assistant Professor, September 2008 to 2015*
Kellogg School of Management, Joint Appointment
*Professor, September 2022 to present*
*Associate Professor, January 2019 to 2022*

## BOOK

Humphreys, Ashlee (2016), *Social Media: Enduring Principles*, Oxford University Press. 2nd edition, forthcoming.

## ONGOING

Digital Satisfaction Index, https://www.performics.com/about-us/intent-lab/

## JOURNAL PUBLICATIONS

Corciolani, M., Giuliani, E., Humphreys, A., Nieri, F., Tuan, A. and Zajac, E.J. (2023), Lost and Found in Translation: How Firms Use Anisomorphism to Manage the Institutional Complexity of CSR. J. Manage. Stud.. https://doi.org/10.1111/joms.12877

Berger, Grant Packard, Reihane Boghrati, Ming Hsu, Ashlee Humphreys, Andrea Luangrath, Sarah Moore, Gideon Nave, Christopher Olivola, Matthew Rocklage, (2022), Wisdom from Words: Marketing Insights from Text Analysis, *Marketing Letters*, 1-13.

Carpenter, Greg S. and Ashlee Humphreys, (2022) "If it's famous, it must be good: The social construction of brand value in the US wine market," The Routledge Handbook of Wine and Culture, 372-381.

Lamberton, Cait and Ashlee Humphreys, "Social Media: From Classic Psychological Theories to New Opportunities," *APA Handbook of Consumer Psychology*, 489-511.

Humphreys, Ashlee (2021), "The Textuality of Markets," *AMS Review* 11, no. 3: 304-315.

Gonsalves, Chahna, S Ludwig, K de Ruyter, A Humphreys, (2021) "Writing for impact in service research," *Journal of Service Research* 24 (4), 480-499.

Pamuksuz, Utku, Joseph T. Yun, A Humphreys, (2021) "A Brand-New Look at You: Predicting Brand Personality in Social Media Networks with Machine Learning, *Journal of Interactive Marketing*, 56 (1), 1-15.

Huff, Aimee, Ashlee Humphreys and Sarah Wilner, (2021), "The Politicization of Objects: Meaning and Materiality in the U.S. Cannabis Market, *Journal of Consumer Research*.

Humphreys, Ashlee, Mathew Isaac, and Becky Hui-Jen Wang, (2021), "Construal Matching in Online Search: Applying Text Analysis to Illuminate the Consumer Decision Journey," *Journal of Marketing Research 58 (6),* 1101-1119.

Debenedetti, A, D Philippe, D Chaney, A Humphreys (2021), "Maintaining Legitimacy in Contested Mature Markets through Discursive Strategies: The Case of Corporate Environmentalism in the French Automotive Industry, *Industrial Marketing Management* 92, 332-343.

Berger, Jonah, Ashlee Humphreys, Stephan Ludwig, Wendy Moe, and David Schweidel, (2020), "Uniting the tribes: Using Text for Marketing Insight," *Journal of Marketing*, *84*(1), pp.1-25.

Corciolani, Matteo, Kent Grayson, and Ashlee Humphreys, (2020), "Do more experienced critics review differently?: How field-specific cultural capital influences the judgments of cultural intermediaries." *European Journal of Marketing* 54, no. 3 (2020): 478-510.

Carpenter, Gregory S. and Ashlee Humphreys (2019), "What the Wine Industry Understands About Connecting with Consumers," *Harvard Business Review*, March 5, 2019. https://hbr.org/2019/03/what-the-u-s-wine-industry-understands-about-connecting-with-customers.

Humphreys, Ashlee and Gregory S. Carpenter (2018), "Status Games: Market Driving Through Social Influence in the U.S. Wine Industry," *Journal of Marketing*, https://doi.org/10.1509/jm.16.0179.

Humphreys, Ashlee and Rebecca Jen-Hui Wang (2017), "Automated Text-Analysis for Consumer Research," *Journal of Consumer Research*, Volume 44, Issue 6, 1 April 2018, Pages 1274–1306.

Humphreys, Ashlee and Craig J. Thompson (2014), "Branding Disaster: Reestablishing Trust through the Ideological Containment of Systemic Risk Anxieties," *Journal of Consumer Research*, 44 (4) (lead article).

Humphreys, Ashlee (2014), "How is Sustainability Structured?: The Discursive Life of Environmentalism," *Journal of Macromarketing*, 34 (3).

Humphreys, Ashlee and Kathy LaTour (2013), "Framing the Game: Assessing the Impact of Cultural Representations on Consumer Perceptions of Legitimacy," *Journal of Consumer Research*, 40 (4).

Humphreys, Ashlee (2010), "Semiotic Structure and the Legitimation of Consumption Practices: The Case of Casino Gambling," *Journal of Consumer Research*, 37 (3), 490-510.

Humphreys, Ashlee (2010), "Megamarketing: The Creation of Markets as a Social Process," *Journal of Marketing*, 74 (2), 1-19 (lead article).

Humphreys, Ashlee and Kent Grayson (2008), "The Intersecting Roles of Consumer and Producer: A Critical Perspective on Co-Production, Co-Creation and Prosumption," *Sociology Compass*, 2, 1-18.

Humphreys, Ashlee (2006), "The Consumer as Foucauldian 'Object of Knowledge,'" *Social Science Computer Review*, 24 (3), 296-309.

**CONTRIBUTION STATEMENT**

My research concerns *how institutions shape consumer norms, values, and practices.* My contributions to consumer behavior come from using institutional theory and the method of automated text analysis to investigate market emergence. In "Semiotic Structure and the Legitimation of Consumption Practices: The Case of Casino Gambling," (*Journal of Consumer Research*, 2010), I investigate the cultural process by consumption practices are legitimated over time. Through text analysis of newspaper reporting, I show that a gradual change in the language used to discuss casino gambling paved the way for market emergence. This work won the Sidney J. Levy award for outstanding work in CCT in 2010. In "Megamarketing: Market Creation as a Social Process," published in the *Journal of Marketing* (2010), I complement this approach by applying these insights to understand megamarketing. This research was published as the lead article in the *Journal of Marketing* and was runner-up for the Harold H. Maynard Award for best article of the year.

With Kathy LaTour, I extend this understanding to individual cognitive structures to understand how media framing shapes perceptions of legitimacy on an implicit, individual level (Humphreys and LaTour 2013). In "Branding Disaster: Reestablishing Trust through the Ideological Containment of Systemic Risk Anxieties," with Craig Thompson, we show how this process contains consumer anxieties about risk following a crisis, in a comparative analysis of the Exxon vs. BP oil spills (Humphreys and Thompson 2014) that innovates by adding visual content analysis. This article was selected as lead article in the *Journal of Consumer Research*.

My current work continues to investigate market emergence and change, but has expanded to include the areas of social media and sustainability. I also continue to be a leader in the method of automated text analysis in consumer research by publishing and leading workshops and seminars for scholars in both consumer psychology and CCT.

**BOOK CHAPTERS**

Carpenter, Greg and Ashlee Humphreys (forthcoming), "If it's Famous, It Must Be Good; The Social Construction of Brand Value in the US Wine Market," *Routledge Handbook of Wine and Culture,* ed. Jennifer Smith-Maguire.

Humphreys, Ashlee (2019), "Consumer Behavior and E-Commerce," Handbook for Marketing Strategy, ed. Bodo Schlegelmilch and Russell Winer.

Humphreys Ashlee. (2019) "Automated Text Analysis" In *Handbook of Market Research*. Homburg C., Klarmann M., Vomberg A. (eds). New York, NY: Springer.

Humphreys, Ashlee (2017), "Social Media," Routledge Handbook of Consumer Behavior, Tina Lowrey and Michael Solomon eds.: London: Routledge.

Humphreys, Ashlee (2010), "Co-Producing Experiences," in *Medill on Media Engagement*, Edward Malthouse and Abe Peck, eds. New York: Pine Forge Press.

Humphreys, Ashlee (2009), "Stacking the Deck: Gambling in Film and the Legitimation of Casino Gambling," in *Explorations in Consumer Culture Theory*, John F. Sherry and Eileen Fischer, eds. New York: Routledge.

**OTHER PUBLICATIONS**

Carpenter, Gregory and Ashlee Humphreys, "What the Wine Industry Understands About Connecting with Consumers," *Harvard Business Review*, March 3, 2019, https://hbr.org/2019/03/what-the-u-s-wine-industry-understands-about-connecting-with-customers.

Humphreys, Ashlee and Mathew S. Isaac, "The Development of a Digital Satisfaction Scale (DSS) and Index (DSI) to Evaluate Consumers' Satisfaction with Their Online Experiences," Chicago, IL: Intent Lab. Available at: http://www.performics.com/about/digital-satisfaction-index/.

Foerstner, Abigail, Ashlee Humphreys, and Ellen Shearer (2013), "Energizing Media Coverage of Energy Issues: The Impact of Different Reporting Frames on Audience Engagement and Understanding," Washington, DC: Lounsbery Foundation.

Humphreys, Ashlee (2012), "Megamarketing" in *Encyclopedia of Management*, Volume 9, Marketing, New York: Wiley.

Humphreys, Ashlee (2010), "Advertising," in *World Book Encyclopedia*. Chicago, IL: World Book.

**WORKS IN PROGRESS**

"Shifting the Shape: Strategic Shaping and the Symbolic Management of Risk," with Matteo Corciolani, Elisa Giuliani, Ashlee Humphreys, Dalli Daniele, and Annamaria Tuan (submitted to the *Academy of Management Journal*)

Humphreys, Ashlee with Andrew Smith, "Professional Contests and the Institutionalization of Social Media" (2nd Round, *Journal of Marketing*)

Humphreys, Ashlee, "The Access/Ownership Distinction in Everyday Consumption Practices," (draft available).

Humphreys, Ashlee, "Do Brands Like Us? The Perceived Liking of the Brand for the Self and Brand Attraction" with Lora Harding (manuscript in preparation).

Humphreys, Ashlee and Mathew S Isaac, "Digital Satisfaction," (draft available).

**REFEREED PROCEEDINGS**

Huff, Aimee, Ashlee Humphreys and Sarah Wilner, (2018) "Markets and Meaning: The Role of Product Form in Legitimacy, the case of Marijuana," Advances in Consumer Research, Vol. 43.

Giuliani, Elisa, A Humphreys, D Dalli, A Tuan, M Corciolani (2018), "Strategic CSR Framing by Firms in Emerging Markets," *Academy of Management Proceedings* 2018 (1), 15922.

Humphreys, Ashlee and Kathy LaTour (2011), "Together We Stand, Divided We Fall: Categorization and the Process of Legitimation," *Advances in Consumer Research*, Vol. 39, 172-176.

Harding, Lora and Ashlee Humphreys (2010), "Self-Brand Attraction: An Interpersonal Attraction Approach to Brand Relationships," *Advances in Consumer Research*, Vol. 37, 68-69.

Humphreys, Ashlee and Robert V. Kozinets (2009), "The Construction of Value in Attention Economies," *Advances in Consumer Research*, Vol. 36, 689.

Humphreys, Ashlee (2009), "Legitimation and Semiotic Structure," *Advances in Consumer Research*, Vol. 36, 135-138.

Mick, David Glen and Ashlee Humphreys (2008), "Consumer Freedom from Consumer Culture Theory Perspectives," *Advances in Consumer Research - North American Conference Proceedings*, Vol. 35, 18-19.

Humphreys, Ashlee (2008), "Understanding Collaboration and Collective Production: New Insights on Consumer Co-Production," *Advances in Consumer Research*, Vol. 35, 63-66.

Humphreys, Ashlee and Markus Giesler (2007), "Access Versus Ownership in Consumer Research," *Advances in Consumer Research*, Vol. 34, 696-698.

**ACADEMIC CONFERENCE PRESENTATIONS**

"Markets and Meaning: The Role of Product Form in Legitimacy, the case of Marijuana," Austin, TX. October 2018.

"The Politicization of Objects," Consumer Culture Theory Conference, Odense, Denmark, July 2018.

"Professional Contests and the Institutionalization of Social Media," Baltimore, MD, October 2014.

"Wine Worlds," European Marketing Association Conference, Istanbul, Turkey, July 2013.

"Sustainability and Social Class," European Association of Consumer Research, Barcelona, Spain, June 2013.

"Oil Spills as Disaster Myths: Grotesque Realism in Postmodern Consumer Culture," Consumer Culture Theory Conference, Oxford University, August 2012.

"Consumer Culture Theory in Marketing Research," American Marketing Association Winter Educators' Conference, Las Vegas, NV, February 2011.

"The Discursive Life of Environmentalism," Consumer Culture Theory Conference, Evanston, IL, August 2011.

"Together We Stand, Divided We Fall: Categorization and the Process of Legitimation," Association for Consumer Research, St. Louis, MO, October 2010.

"Legitimacy and the Cultural Diffusion of Casino Gambling, 1976-2006," Association for Consumer Research, San Francisco, CA, October 2008.

"Attention Economies and the Construction of Value: The Case of YouTube," with Robert V. Kozinets, Association for Consumer Research, San Francisco, CA, October 2008.

"Attention Economies and the Construction of Value: The Case of YouTube," with Robert V. Kozinets, International Communication Association, Montreal, Quebec, May 2008.

"Consumer Freedom from Consumer Culture Theory Perspectives," with David Mick, Association for Consumer Research, Memphis, TN, October 2007.

"Managing Co-production: The Case of Wikipedia," with Kent Grayson, Association for Consumer Research, Memphis, TN, October 2007.

"Philosophy and Consumption: Discussions on Trust and Brands," with Shona Bettany, Susan Dobscha, Marcus Giesler, Kent Grayson, Ashlee Humphreys, Krittinee Nuttavuthisit, Rob Kleine, Jonathan Schroeder, Alladi Venkatesh, Clara Gustafsson, Association for Consumer Research, Memphis, TN, October 2007.

"Stacking the Deck: Gambling in Film and the Legitimization of Casino Gambling," Consumer Culture Theory Conference, Toronto, ON, May 2007.

"The Access/Ownership Distinction in the Media Marketplace," with Markus Giesler, Association for Consumer Research, Orlando, FL, October 2006.

"The Access/Ownership Distinction in Consumer Behavior," Session Chair, Association for Consumer Research, Orlando, FL, October 2006.

"Commodity Fission," Circulations Conference, York University, March 2005.

**INVITED TALKS**

"Automated Text Analysis," 11th Triennial Invitational Choice Symposium, Cambridge, MD, May 2019.

"The Politicization of Objects," Pontifical Catholic University of Chile, April 2019.

"The Politicization of Objects," Guelph University, Guelph, ON, March 2019.

"Automated Text Analysis and Social Media," University of Manitoba, February 2019.

"The Emergence of Social Media as a Professional Field," MORS, Kellogg School of Management, September 2018, Northwestern University.

"Digital Satisfaction Index (DSI)," Marketing Science Institute Trustees Meeting, November 2016, San Francisco.

"Levels of Analysis and Matching Theory with Data," Association of Consumer Research Doctoral Consortium, October 2016, Berlin, Germany.

"The Discursive Life of Environmentalism...and what it means for Corporate Social Responsibility," University of Wyoming, Laramie, Wyoming, August 2016.

"Publishing Sociological Research in Marketing," Macromarketing Doctoral Consortium, July 2016, Dublin, Ireland.

"Professional Contests and the Emergence of Social Media as an Institutional Field," York University, Toronto, Canada, May 2016.

"The Emergence of Social Media as an Institutional Field," Kern Conference, April 2016, Rochester, NY.

"Professional Contests and the Emergence of Social Media as an Institutional Field," Concordia University, Montreal, Canada, March 2016.

"The Emergence of Social Media as an Institutional Field," SKEMA, Lille, France, December 2015.

"Market Creation as a Social Process," Marketplace Mutations: New Perspectives on Consumer and Firm Behaviors that are Transforming the Market," Wilfrid Laurier University, Waterloo, ON, May 2015.

"Writing the Book on Social Media: The Legitimation of Social Media as a Professional Field," 3rd Annual Digital Marketing Conference, Jinan University, Guangzhou, China, May 2015.

"Writing the Book on Social Media: The Legitimation of Social Media as a Professional Field," HEC Paris Marketing Camp, Paris, France, April 2015.

Automated Content Analysis in Marketing Research, Association of Consumer Research, Baltimore, MA, October 2014.

Consumption and Markets Workshop, "Oil Spills as Disaster Myths," University of California, Irvine, Irvine, CA, March 2014.

Qualitative Data Analysis Workshop, "Macro Approaches to Data Collection," Tucson, AZ, June 2013.

Kellogg Attitudes Motivation Processes Group (KAMP), "Framing the Game," Kellogg School of Management, Evanston, IL, April 2013.

Thought Leaders in Services Management, "Consumer Perceptions of Service Constellations: Implications for Service Innovation," Nijmegen, Netherlands, June 2012.

Chicago Consumer Culture Community (C4), "Sustainability and Social Class," Chicago, IL, April 2012.

University of Arizona, "Wine Worlds," Tucson, Arizona, March 2012.

Association of Health Care Journalists, "Journalism and Social Media," Chicago, IL, September 2012.

University of Innsbruck, "Access as a Consumer Institution and Orientation," Innsbruck, Austria, May 2011.

Rochester Institute of Technology, "The Discursive Life of Environmentalism," Rochester, NY, April 2011.

University of Wisconsin, "The Discursive Life of Environmentalism," Madison, WI, March, 2011.

Queen's University, "Left out of the Green Revolution? Sustainability and Social Class in the United States," Kingston, Ontario, September 2010.

Chicago Consumer Culture Community (C4), "Words, Words, Words: The Use of Automated Content Analysis in Consumer Research," October 2009.

Medill Board of Advisors Meeting, "Chip-less Cookies and Cream-less Oreos: Applying Attitudes Research to Understand Audience Interest," Evanston, IL. October 2009.

American Bar Association, "Social Networking 101," Chicago, IL. March, 2009.

## TEACHING

KSM 461 Critical Thinking in Social, Digital, and Mobile Media (MBA), 2020-Present
IMC 466 Social Media (Master's Level), 2014-Present
IMC 401 Marketing Research (Master's Level), 2018
IMC 400 Consumer Insight (Master's Level), 2016
IMC 300/301 Consumer Insight, 2008-2018
IMC 466 Global Perspectives, 2012-2016
IMC 440 Summer Residency Projects, 2008-Present
IMC 455 Online Consumer Insight, Winter 2013
IMC 455 Consumer Insight (Master's Level), Fall 2014

## ADVISING

Russel Nelson, University of Irvine, 2015 (Committee Member)
Lez Trujillo Torres, University of Illinois Chicago (Committee Member)
Alex Mitchell, Queen's University (External Committee Member)

## SERVICE

*Service to the Field*

*Journal of Consumer Research,* ERB
*Associate Editor,* 2016-2018, 2020-Present
*Editorial Board,* 2008-present
*Journal of Marketing,* ERB
*Associate Editor,* 2020-Present
*Editorial Board,* 2018-Present
*Reviewer,* 2010-Present
*Journal of Marketing Research*
*Associate Editor (ad hoc),* 2020-Present
*Reviewer*, 2016-Present
*Journal of Business Research*
Guest Editor, Fall 2019
*AMS Review,* ERB
*Editorial Board,* 2019-Present.
*Journal of Interactive Marketing,* ERB
*Editorial Board,* 2018-Present
*Journal of Consumer Culture,* Reviewer
2009-Present
*Consumption, Markets, and Culture*
Editorial Review Board 2010-Present
Reviewer 2008-Present
*Marketing Theory,* Reviewer
2007-2009
*Sociological Forum,* Reviewer

2010
*American Behavioral Scientist,* Reviewer
2010-Present
*Association for Consumer Research Conference*
Reviewer 2008-2010
Program Committee 2011-Present
Special Session Curator, 2013
*European Science Foundation,* Grant Reviewer
2010, 2012
*Chicago Consumer Culture Community,* Organizer
2010-Present
*Consumer Culture Theory Conference,* Program Committee
Reviewer 2008-2010
Program Committee 2011-2013
Dissertation Committee Member, Russell Nelson, "Competitive Dynamics in New Markets: Measuring Innovation, Successful Strategies, and the Role of Social Media," University of Irvine, September 2013.
Dissertation Committee Member, Lez Trujllo Torres, University of Illinois, Chicago, May 2019
Dissertation Committee Member, Alex Mitchell, Queen's University, June 2018

*Service to Northwestern*

Chapin Fellow, Chapin Humanities Residential College 2012-2017
Senior Thesis Advisor
Stanley Polit, School of Education and Social Policy, 2010
Ashley Heyer, School of Education and Social Policy, 2010

*Service to Medill*

MSIMC Curriculum Committee
2008-Present
Strategic Planning Committee
2019
Committee to Evaluate Procedures for Promotion
2019
MSJ Curriculum Committee
2008-2011
IMC Undergraduate Curriculum Committee
2008-2012
IMC Faculty Search Committee
2000-2010
Digital Magazine Search Committee
2011-2012
*Medill Matters* Co-Editor
2010-2012

**SHORT BIO**

Ashlee Humphreys is Associate Professor at the Medill School of Journalism, Media, and Integrated Marketing Communications, Northwestern University. Her research uses a sociological perspective to examine core topics in marketing management and consumer behavior and has been published in *Journal of Marketing*, *Journal of Consumer Research*, *Journal of Marketing Research* and *Sociology Compass*. Professor Humphreys has been elected both an MSI Scholar (2020) and MSI Young Scholar (2015) and has won the Sidney J. Levy award for best research from a dissertation in CCT. She received her PhD in Marketing from Kellogg School of Management at Northwestern University in 2008. Her current research interests include the role of institutions in markets, processes of co-production, and the development of online communities, and she serves as an Associate Editor at the *Journal of Marketing* and the *Journal of Consumer Research*.

**MEMBERSHIPS**

Association for Consumer Research
American Marketing Association
American Sociological Association

**HONORS AND AWARDS**

MSI Scholar, 2020

MSI Young Scholar, 2015

ASG Faculty Honor Roll, Northwestern University, Evanston, IL, 2012.

Harold H. Maynard Award, Runner-up, *Journal of Marketing*, American Marketing Association, 2010.

Sidney J. Levy Award, Consumer Culture Theory Conference, 2010.

**PRESS COVERAGE**

"Winemakers Tell Us What We Want," *The Australian*, April 16, 2019.

"It Takes Status To Succeed In The U.S. Wine Business, Says Two Academic Researchers," Thomas Pellechia, *Forbes,* March 9, 2019. https://www.forbes.com/sites/thomaspellechia/2019/03/09/it-takes-status-to-succeed-in-the-u-s-wine-business-says-two-academic-researchers/.

"A Retail Dilemma: Consumers Believe In Pictures As Digital Trust Declines," Laura Heller, *Forbes*, 21, 2019. https://www.forbes.com/sites/lauraheller/2019/02/21/a-retail-dilemma-consumers-believe-in-pictures-as-digital-trust-declines.

"How What You Say Reveals More Than You Think," *Knowledge@Wharton*, February 16, 2018. https://knowledge.wharton.upenn.edu/article/say-reveals-think/.

"Contractor BP Wants You to Think the Gulf Is OK," Jason Plautz, *National Journal*, April 20, 2015.

"Media coverage creates oil spill amnesia — so don't read this!," *Grist*, http://grist.org/list/media-coverage-creates-oil-spill-amnesia-so-dont-read-this/.

"Place Your Bets," Merrill Perlman, *Columbia Journalism Review*, September 30, 2013.

"Gaming versus Gambling," Michael Finney, *Consumer Talk*, KGO 810, Saturday 21, 2013.

"Why are consumers more likely to participate in online gaming than gambling?" *e! Science News*, September 10, 2013.

"Medill Energy Report Sparks Debate," Mike Smith, Huffington Post, April 29, 2013.
"Chicago Chapter Learns about Social media for Working Journalists," Pia Christensen, *Health Journalism*, Association of Health Care Journalists, September 27, 2012.

www.ashleehumphreys.com

## APPENDIX B – LAST FOUR YEARS' TESTIMONY

***Class v. General Motors LLC, Robert Bosch GmbH, Robert Bosch LLC***, Case No. 2:17-cv-11661-CGS-APP (False Claims, Conspiracy), testifying expert.

***E Jean Carroll v. Donald J. Trump***, Case No. 1:22-cv-10016
District Court for the Southern District of New York (Defamation), testifying expert.

***E Jean Carroll v. Donald J. Trump (in his personal capacity)***, No. 1:20-cv-7311, District Court for the Southern District of New York (Defamation), testifying expert.

***Ruby Freeman and Wandrea Moss v. Rudoph W. Giuliani***, No. 1:21-cv-03354, District Court for the District of Columbia (Defamation), testifying expert.

***Anthony "Nino" Giarratano v. University of San Francisco, Paul J. Fitzgerald, and DOES 1-10, inclusive,*** No. A294998, Private Arbitration (Defamation), testifying expert.

## APPENDIX C – MATERIALS CONSIDERED

In addition to the materials cited within and attached to my foregoing report, I was provided with and considered the below materials for in connection with forming my opinions:

**Bates Stamped Documents**

- DD_000513
- DD_000514
- DD_000515
- DD_000516
- DD_000517
- DD_000518
- DD_000519
- DD_000520
- DD_000521
- DD_000522
- DD_000523
- DD_000524
- DD_000525
- DD_000526
- DD_000527
- DD_000528
- DD_000529
- DD_000530
- DD_000531
- DD-000426
- LTFNN_0000001
- LTMAD-0000004
- LTMAD-0000007
- LTMAD-0000042
- LTMAD-0000047
- LTMAD-0000054
- LTMAD-0000099
- LTMAD-0000102
- LTMAD-0000115
- LTMAD-0000118
- LTMAD-0000123
- LTMAD-0000131
- LTMAD-0000134
- LTMAD-0000137
- LTMAD-0000143
- LTMAD-0000148
- LTMAD-0000169
- LTMAD-0000195
- LTMAD-0000331
- LTMAD-0000336
- LTMAD-0000338
- LTMAD-0000362
- LTMAD-0000380
- LTMAD-0000382

- LTPJ-0000014
- LTPJ-0000390
- LTPJ-0000555
- LTPJ-0000569
- LTPJ-0000570
- LTPJ-0001096
- LTPJ-0001211
- LTPJ-0001224
- LTPJ-0001473
- LTPJ-0001576
- LTPJ-0001646
- LTPJ-0001659
- LTPJ-0001781
- LTPJ-0001853
- MA-0000028
- MA-0001926
- MA-0001956
- MA-0001957
- TTV_006788
- TTV_006798
- WAS164123600000003
- WAS164123600000004
- WAS164123600000005
- WAS164123600000006

**Legal Filings**

- First Amended Complaint, ECF No. 27
- Supplemental Complaint, ECF No. 108-1
- Opinion and Order, ECF No. 106
- Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, *League of Women Voters of Arizona v. Lions of Liberty LLC*, No. 22-01823 (D. Ariz. Oct. 28, 2022), ECF No. 11
- Declaration of Rachel F. Homer Part One (ECF 11-10), *League of Women Voters of Arizona v. Lions of Liberty LLC*, No. 22-01823 (D. Ariz. Oct. 28, 2022), ECF No. 11-10
- Declaration of Rachel F. Homer Part Two, *League of Women Voters of Arizona v. Lions of Liberty LLC*, No. 22-01823 (D. Ariz. Oct. 28, 2022), ECF No. 11-11
- Complaint, *League of Women Voters of Arizona v. Lions of Liberty*, No. 22-01823 (D. Ariz. Oct. 25, 2022), ECF No. 17

**Academic Articles**

- Albarracin, D., and Shavitt, S. (2018). Attitudes and attitude change. Annual Review of Psychology, 69, 299–327
- Anderson, B. and Wood, M. A. (2022) "Harm Imbrication and Virtualised Violence: Reconceptualising the Harms of Doxxing", International Journal for Crime, Justice and Social Democracy, 11(1), pp. 196-209
- Ardia, David S. (2010) "Reputation in a Networked World: Revisiting the Social Foundations of Defamation Law," Harvard Civil Rights-Civil Liberties Law Review, 45(2), 261-328, p. 261
- Bovet, A., Makse, H.A. Influence of fake news in Twitter during the 2016 US presidential election. Nat Commun 10, 7 (2019). https://doi.org/10.1038/s41467-018-07761-2
- Brimbal, L., Atkinson, D. J., & Meissner, C. A. (2024). The effect of confirmation bias and racial stereotypes on perceptions of guilt and interrogation strategy decisions. Applied Cognitive Psychology, 38(1), e4159. https://doi.org/10.1002/acp.4159
- Cacioppo, John T and Richard E Petty (1980), "Persuasiveness of Communications Is Affected by Exposure Frequency and Message Quality: A Theoretical and Empirical Analysis of Persisting Attitude Change," Current issues and research in advertising, 3 (1), 97-122
- Cialdini R. B., R. E. Petty, J. T. Cacioppo. (1981). Attitude and Attitude Change, Annual Review of Psychology.
- C. Cui, N. Sang, C. Gao and L. Zou, "Vehicle re-identification by fusing multiple deep neural networks," 2017 Seventh International Conference on Image Processing Theory, Tools and Applications (IPTA), Montreal, QC, Canada, 2017, pp. 1-6, doi: 10.1109/IPTA.2017.8310090
- Conover, Michael, Jacob Ratkiewicz, Matthew Francisco, Bruno Gonçalves, Filippo Menczer, and Alessandro Flammini. "Political polarization on Twitter." In Proceedings of the International AAAI Conference on Web and Social Media, Vol. 5, No. 1, pp. 89-96. 2011
- Curran, James, Shanto Iyengar, Anker Brink Lund, and Inka Salovaara-Moring (2009) "Media System, Public Knowledge and Democracy: A Comparative Study," European Journal of Communication, 24 (1), 5-26
- Danny Sullivan, Just Like Facebook, Twitter's New Impression Stats Suggest Few Followers See What's Tweeted, MarTech (July 11, 2014), https://martech.org/facebook-twitter-impressions/
- Deephouse, David L. "Media reputation as a strategic resource: An integration of mass communication and resource-based theories." Journal of Management 26, No. 6 (2000): 1091-1112

- Dewenter, Ralf, Melissa Linder, and Tobias Thomas (2019), "Can Media Drive the Electorate? The Impact of Media Coverage on Voting Intentions," European Journal of Political Economy, 58, 245-61
- Ding, Feifei, Pixi Peng, Yangru Huang, Mengyue Geng, and Yonghong Tian (2020), "Masked Face Recognition with Latent Part Detection." In Proceedings of the 28th ACM International Conference on Multimedia (MM '20). Association for Computing Machinery, New York, NY, USA, 2281–2289. https://doi.org/10.1145/3394171.3413731
- Eckert, S. and Metzger-Riftkin, J. (2020). Doxxing. In The International Encyclopedia of Gender, Media, and Communication (eds K. Ross, I. Bachmann, V. Cardo, S. Moorti and M. Scarcelli). https://doi.org/10.1002/9781119429128.iegmc009
- Ellemers, N, R. Spears, and B. Doosje, (2002) "Self and Social Identity," Annual Review of Psychology, 53:161-186
- Emler, Nicholas. "A social psychology of reputation." European review of social psychology 1, no. 1 (1990): 171-193
- Fehr, E. Don't lose your reputation. Nature 432, 449–450 (2004). https://doi.org/10.1038/432449a
- Fournier, Susan, and Giana M. Eckhardt. "Putting the person back in person-brands: Understanding and managing the two-bodied brand." Journal of Marketing Research 56, no. 4 (2019): 602-619
- Gans, Herbert J (2004), Deciding What's News: A Study of CBS Evening News, NBC Nightly News, Newsweek, and Time: Northwestern University Press
- Garrett, R. K. (2009). Echo chambers online?: Politically motivated selective exposure among Internet news users. Journal of computer-mediated communication, 14(2), 265-285
- Gensch, Dennis and Paul Shaman (1980), "Models of Competitive Television Ratings," Journal of Marketing Research, 17 (3), 307-15
- Heider, Fritz (1946), "Attitudes and Cognitive Organization," The Journal of Psychology, 21 (1), 107-12
- Housholder and LaMarre (2014), Facebook Politics: Toward a Process Model for Achieving Political Source Credibility Through Social Media, Journal of Information Technology & Politics, 11:368–382; Effects of message repetition and position on cognitive response, recall, and persuasion. Journal of Personality and Social Psychology. 37. 97-109
- Hovland, Carl I., and Walter Weiss. "The influence of source credibility on communication effectiveness." Public opinion quarterly 15, no. 4 (1951): 635-650
- Huang, J., et al. (2021). "Large-scale quantitative evidence of media impact on public opinion toward China," Humanities and Social Sciences Communications, 8(1): 1-8

- Hummon, Norman P and Patrick Doreian (2003), "Some Dynamics of Social Balance Processes: Bringing Heider Back into Balance Theory," Social networks, 25 (1), 17-49
- Humphreys, Ashlee and Rebecca Jen-Hui Wang (2018), "Automated text analysis for consumer research," Journal of Consumer Research, 44(6), 1274–1306.
- Henriksen-Bulmer, J. and S. Jeary. (2016). Re-identification attacks–A systematic literature review. International Journal of Information Management, 36:6, 1184-1192.
- Tversky, Amos, and Daniel Kahneman (1974), "Judgment under Uncertainty: Heuristics and Biases." Science, 185(4157), 1124-1131.
- Kruglanski, A. W., and Gigerenzer, G. (2011). "Intuitive and deliberate judgments are based on common principles": Correction to Kruglanski and Gigerenzer (2011). Psychological Review, 118(3), 522–522. https://doi.org/10.1037/a0023709
- Kunda, Ziva (1990), "The case for motivated reasoning," Psychological Bulletin, 108(3), 480-98. Langlois, G., & Slane, A. (2017). Economies of reputation: the case of revenge porn. Communication and Critical/Cultural Studies, 14(2), 120–138. https://doi.org/10.1080/14791420.2016.1273534
- Lippmann, Walter. Public opinion. Routledge, 2017. Koliska, M. (2022). "Trust and Journalistic Transparency Online." Journalism Studies, 23(12), 1488–1509. https://doi.org/10.1080/1461670X.2022.2102532; https://journals.sagepub.com/doi/full/10.1177/14648849231194485
- Liu, Ping and Shivaram, Karthik and Culotta, Aron and Shapiro, Matthew A. and Bilgic, Mustafa "The Interaction between Political Typology and Filter Bubbles in News Recommendation Algorithms" WWW '21: Proceedings of the Web Conference 2021
- Liu, Shixi, Cuiqing Jiang, Zhangxi Lin, Yong Ding, Rui Duan, and Zhicai Xu (2015), "Identifying Effective Influencers Based on Trust for Electronic Word-of-Mouth Marketing: A Domain-Aware Approach," Information Sciences, 306, 34-52
- Lubarsky, B. "Technology Explainers: Re-identification of 'Anonymized Data'", 1 GEO. L. TECH. REV. 202 (2017)
- M. Gupta, A. Kumar and S. Madhvanath, "Zero Shot License Plate Re-Identification," 2019 IEEE Winter Conference on Applications of Computer Vision (WACV), Waikoloa, HI, USA, 2019, pp. 773-781, doi: 10.1109/WACV.2019.00087
- Max Aliapoulios, Kejsi Take, Prashanth Ramakrishna, Daniel Borkan, Beth Goldberg, Jeffrey Sorensen, Anna Turner, Rachel Greenstadt, Tobias Lauinger, and Damon McCoy. 2021. A large-scale characterization of online incitements to harassment across platforms. In Proceedings of the 21st ACM Internet Measurement Conference (IMC '21). Association for Computing Machinery, New York, NY, USA, 621–638. https://doi.org/10.1145/3487552.3487852
- McCallister, E. "Guide to Protecting the Confidentiality of Personally Identifiable Information (PII)", National Institute of Standards and Technology at the US Department

of Commerce, special Publication 100-122, pg. ES-1, accessed at: https://books.google.com/books?id=tlTrkXB-f3cC&printsec=frontcover#v=onepage&q&f=false

- Messner, Marcus and Marcia Watson Distaso (2008), "The Source Cycle: How Traditional Media and Weblogs Use Each Other as Sources," Journalism Studies, 9 (3), 447-63
- Metzger, M. J., and Flanagin, A. J. (2013). Credibility and trust of information in online environments: The use of cognitive heuristics. Journal of Pragmatics, 59, 210–220. https://doi.org/10.1016/j.pragma.2013.07.012
- Meyers-Levy, J., & Malaviya, P. (1999). Consumers' Processing of Persuasive Advertisements: An Integrative Framework of Persuasion Theories. Journal of Marketing, 63(4_suppl1), 45-60. https://doi.org/10.1177/00222429990634s106
- Olson, J.M. and Zanna, M.P., 1993. "Attitudes and attitude change." Annual review of psychology, 44(1), pp.117-154
- Origgi, G. (2017) Reputation: What it is and why it matters. Princeton University Press
- Panchanathan, K., Boyd, R. Indirect reciprocity can stabilize cooperation without the second-order free rider problem. Nature 432, 499–502 (2004). https://doi.org/10.1038/nature02978
- Petty, Richard E., Duane T. Wegener, and Leandre R. Fabrigar. "Attitudes and attitude change." Annual review of psychology 48, no. 1 (1997): 609-647
- Pfeffer, Jürgen, Thomas Zorbach, and Kathleen M Carley (2014), "Understanding Online Firestorms: Negative Word-of-Mouth Dynamics in Social Media Networks," Journal of Marketing Communications, 20 (1-2), 117-28
- Picard, Robert G (1988), "Measures of Concentration in the Daily Newspaper Industry," Journal of Media Economics, 1 (1), 61-74
- Pornpitakpan, Chanthika. "The persuasiveness of source credibility: A critical review of five decades' evidence." Journal of applied social psychology 34, no. 2 (2004): 243-281
- Prior, Markus. "Media and political polarization." Annual Review of Political Science 16 (2013): 101-127
- Shankar, V., and Kushwaha, T. (2020), Omnichannel Marketing: Are Cross-Channel Effects Symmetric? International Journal of Research in Marketing; Payne, E. M., Peltier, J. W., & Barger, V. A. (2017), Omni-channel marketing, integrated marketing communications and consumer engagement: A research agenda. Journal of Research in Interactive Marketing, 11(2), 185–197
- Sharman, Jason C. (2007) "Rationalist and constructivist perspectives on reputation." Political Studies 55, no. 1: 20-37

- Simon, Bernd, 2004. Identity in Modern Society. A Social Psychological Perspective. Blackwell, Oxford.; https://archive.org/details/identityinmodern0000simo
- Sweeney L. Weaving technology and policy together to maintain confidentiality. J Law Med Ethics. 1997 Summer-Fall;25(2-3):98-110, 82
- Sterrett, David, Dan Malato, Jennifer Benz, Liz Kantor, Trevor Tompson, Tom Rosenstiel, Jeff Sonderman, and Kevin Loker (2019), "Who Shared It?: Deciding What News to Trust on Social Media," Digital Journalism, 7 (6), 783-801
- Vosoughi, S., Roy, D. & Aral, S. (2018), The spread of true and false news online. Science, 359(6380), 1146-1151
- Wang, Xin, Antonio D. Sirianni, Shaoting Tang, Zhiming Zheng, and Feng Fu. "Public discourse and social network echo chambers driven by socio-cognitive biases." Physical Review X 10, no. 4 (2020): 041042
- Wang, L., Ramachandran, A., & Chaintreau, A. (2016). Measuring Click and Share Dynamics on Social Media: A Reproducible and Validated Approach. Proceedings of the International AAAI Conference on Web and Social Media, 10(2), 108-113
- Wegener, Duane T., Natalie D. Smoak, Richard E. Petty, and Leandre R. Fabrigar. "Multiple routes to resisting attitude change." In Resistance and persuasion, pp. 13-38. Psychology Press, 2004
- Weiss, Robert Frank (1969), "Repetition of Persuasion," Psychological Reports, 25 (2), 669-70
- Zittrain, J. L. (2014). Reflections on Internet Culture. Journal of Visual Culture, 13(3), 388-394. https://doi.org/10.1177/1470412914544540


**Books**


- Ajzen, I. (1985). From intentions to actions: A theory of planned behavior. In J. Kuhl & J. Beckmann (Eds.), Action control: From cognition to behavior. Berlin, Heidelber, New York: Springer-Verlag. (pp. 11–39)
- Baym, Nancy K. Personal connections in the digital age. John Wiley & Sons, 2015
- Chadwick, Andrew (2017), The Hybrid Media System: Politics and Power: Oxford University Press
- Cialdini, Robert B (1987), Influence, Vol. 3: A. Michel Port Harcourt, Chapter 3
- Davenport, T. H. and J. C. Beck (2013), The attention economy: Understanding the new currency of business, Harvard Business Press
- Dinesh D'Souza, 2000 Mules: They Thought We'd Never Find Out. They Were Wrong. 144-45 (10th photo image) (1st ed. 2022)

- Festinger, Leon (1957). A Theory of Cognitive Dissonance. Stanford University Press.
- Heider, Fritz (1958). The psychology of interpersonal relations. John Wiley & Sons Inc.
- Humphreys, Ashlee (2016), Social Media: Enduring Principles, Oxford University Press. 2nd edition, forthcoming, 2023
- Pariser (2011), "The Filter Bubble: What the Internet Is Hiding from You"
- Rabiger, Michael. Directing the documentary. Routledge, 2014
- Rosnow, Ralph L. and Gary A. Fine (1976), Rumor and Gossip: The Social Psychology of Hearsay: Elsevier
- Tuchman, Gaye (1978), Making News: A Study in the Construction of Reality, New York: Free Press
- Weber, Max (1922/1978), Economy and Society: An Outline of Interpretive Sociology, Vol. 2: University of California press


**Films**


- DVD: 2000 Mules (Dinesh D'Souza 2022 Film)


**Websites**


- https://www.adweek.com/performance-marketing/twitter-tells-brands-they-can- reach-30-their-followers-free-158886/
- https://americanabydanielle.com/products/2000-mules-requires-2000-arrests-mens-apparel
- https://about.meta.com/company-info/
- https://agencyanalytics.com/kpi-definitions/cost-per-thousand-cpm
- https://am920theanswer.com/radioshow/dinesh-dsouza-podcast
- https://americasvoice.news/kari-lake-on-the-true-the-vote-hearing-in-the-az-state-senate/
- https://apnews.com/article/2022-midterm-elections-covid-technology-health-arizona-e1b49d2311bf900f44fa5c6dac406762
- https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d#:~:text=WASHINGTON%20(AP)%20%E2%80%94%20Disputing%20President,outcome%20of%20the%202020%20election

- https://apnews.com/article/voter-fraud-election-2020-joe-biden-donald-trump-7fcb6f134e528fee8237c7601db3328f
- https://arinsider.co/2023/02/13/google-lens-reaches-10-billion-monthly-searches/
- https://azmirror.com/2022/09/23/mark-finchems-fealty-to-the-big-lie-was-center-stage-in-debate-with-adrian-fontes/
- https://binauralrecords.com/products/nirvana-nevermind-vinyl-lp-dgc-24425
- https://campaignlegal.org/results-lawsuits-regarding-2020-elections
- https://cmsimpact.org/wp-content/uploads/2016/08/CMSI_The-State-of-Journalism-on-the-Documentary-Filmmaking-Scene.pdf
- https://cybersect.substack.com/p/summary-debunking-2000-mules
- https://digiday.com/media/the-programmatic-open-marketplace-is-faltering-but-publishers-see-a-bright-spot-in-private-programmatic-deals
- D'Souza Media, *About*, https://dineshdsouza.com/about/ (last visited Mar. 06, 2022)
- https://dineshdsouza.com/films/
- https://en.wikipedia.org/wiki/Controversial_Reddit_communities#FindBostonBombers
- https://en.wikipedia.org/wiki/Star_Wars_Kid#/media/File:Star_Wars_Kid.jpg
- https://epic.org/dppa/
- https://gloriousway.fellowshiponego.com/external/form/eb42691a-8c4f-4648-8669-c47ede4b65de
- https://help.instagram.com/1562166204102854
- https://ignite45.com/parallel-economy/how-to-advertise-on-rumble/
- https://investor.salemmedia.com/news-events/press-releases/detail/753/2000-mules-becomes-the-most-successful-political
- https://keynesdigital.com/ctv-advertising-rates/
- https://knowledge.wharton.upenn.edu/article/brand-rehab-how-companies-can-restore-a-tarnished-image/
- https://medium.com/@thenewsletternewsletter/cost-of-sponsorships-across-various-newsletters-22fe80bb561a
- https://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=9/13/2022%20%209:00:46%20PM&playclip%20=true&pbc=search%3a%2b
- https://muckrack.com/podcast/the-charlie-kirk-show/

- https://news.gallup.com/poll/355526/americans-trust-media-dips-second-lowest-record.aspx
- https://news.mit.edu/2022/optimized-solution-face-recognition-0406
- https://nieman.harvard.edu/articles/how-to-deter-doxxing/
- https://nypost.com/2005/08/02/past-perfect-oh-no-martha-ads-paint-her-as-lovable-screw-up/
- https://open.ink/collections/georgia
- https://openmeasures.io/about/
- https://openmeasures.io/datasets
- https://phys.org/news/2021-02-social-media-users-misinformation.html
- https://pimeyes.com/en
- https://pracademy.co.uk/insights/public-relations-as-reputation-management/
- https://read.substack.com/p/blogging-boom-on-substack
- https://rephonic.com/podcasts/the-charlie-kirk-show#charts/
- https://rephonic.com/podcasts/the-dinesh-dsouza-podcast
- https://rockcontent.com/blog/what-are-twitter-impressions/
- https://salemmedia.com/about-us/
- https://salemnewschannel.com/watch/2000-mules-extended-trailer-a-film-on-election-integrity-charlie-kirk-6266e365bbf5b900010a0ccc
- https://salemnewschannel.com/watch/unlawful-conduct-were-legal-ballots-delivered-illegally-dinesh-dsouza-6285422f721125000161bcd7
- https://salempodcastnetwork.com/podcasts/dinesh-d-souza-podcast
- https://shop.salemnow.com/product/2000-mules/
- https://sos.ga.gov/news/state-election-board-clears-fulton-county-ballot-suitcase-investigation-report-finds-no
- https://stockanalysis.com/stocks/salm/revenue/
- https://substack.com/about
- https://substackcourse.com/what-is-a-good-substack-open-rate/
- https://support.google.com/websearch/answer/1325808?hl=en&co=GENIE.Platform%3DDesktop

- https://supreme.justia.com/cases/federal/us/593/19-783/
- https://thedatascientist.com/insights-into-the-future-of-reverse-image-search/
- https://thehill.com/homenews/campaign/4384619-one-third-of-americans-say-biden-election-illegitimate/
- https://theraveagency.com/blog/finding-the-value-in-twitter-impressions
- https://timdenning.com/the-most-important-lessons-ive-learned-from-my-substack-newsletter-experiment
- https://townhall.com/tipsheet//leahbarkoukis/2022/07/13/exclusive-biggs-letter-to-maloney-n2610165
- https://truethevote.org/about
- https://truethevote.org/news/bombshell-testimony-from-true-the-vote
- https://truethevote.org/news/release-2000-mules-expose-the-truth-then-pull-the-ripcord
- https://truethevote.org/news/sneak-peek-new-2000-mules-footage-released
- https://truethevote.org/news/the-epoch-times-interview-about-who-is-funding-the-ballot-mules
- https://truethevote.org/trump-encourages-audience-at-2000-mules-premiere-to-do-something
- https://truthsocial.com/@greggphillips/posts/108392195996399895
- https://votejosh.com/events/fulton-county-liberty-bus-stop-2000-mules-viewing-05-20/
- https://www.2000mules.com/
- https://www.ajc.com/politics/2000-mules-sued-over-debunked-allegations-against-a-georgia-voter/TKZZSNRHJZAI3MTUBLUSMBLIPQ/
- https://www.bluelinemedia.com/movie-theater-cinema-advertising/
- https://www.britannica.com/topic/meme
- https://www.businessinsider.com/martha-stewart-career-timeline-model-empire-prison#in-2020-stewart-caused-an-online-frenzy-when-she-posted-a-poolside-thirst-trap-on-instagram-13
- https://www.cake.agency/blog/visual-search-future-seo
- https://www.cbc.ca/radio/thecurrent/the-current-for-march-31-2022-1.6403614/man-who-became-famous-20-years-ago-as-the-star-wars-kid-says-your-digital-shadow-shouldn-t-define-you-1.6404089

- https://www.chron.com/news/houston-texas/article/state-s-no-2-health-official-decides-to-resign-1960340.php
- https://www.commoncause.org/clip/texas-tribune-how-the-debunked-conspiracy-film-2000-mules-became-texas-republican-orthodoxy/
- https://www.facebook.com/business/news/Coming-Soon-Video-Metrics
- https://www.glossy.co/pop/for-creators-and-former-bloggers-substack-offers-a-renaissance-and-a-new-revenue-stream/
- https://www.google.com/search?q=2000+mules+film
- https://www.gq.com.au/culture/entertainment/the-cover-star-baby-of-nirvanas-nevermind-album-25-years-on/news-story/091b16069b5f54dc0d27a86cf1ea3f6e
- https://www.iit.edu/news/bias-bubble-new-research-shows-news-filter-algorithms-reinforce-political-biases
- https://www.imdb.com/title/tt18924506/ratings/?ref_=tt_ov_rt
- https://www.listennotes.com/podcasts/the-dinesh-dsouza-podcast-salem-podcast-s7WUCiaGoIz/
- https://www.mediamatters.org/media/3988751/
- https://www.mediamatters.org/media/3988753
- https://www.mlive.com/public-interest/2022/06/17-michigan-lawmakers-want-ag-to-investigate-debunked-2000-mules-claims.html
- https://www.monmouth.edu/polling-institute/documents/monmouthpoll_us_092722.pdf
- https://www.nbcnews.com/id/wbna7038465
- https://www.newsweek.com/donald-trump-2000-mules-film-election-fraud-dsouza-rittenhouse-1703680
- https://www.npr.org/sections/alltechconsidered/2015/03/03/390463119/internet-memes-and-the-right-to-be-forgotten
- https://www.npr.org/sections/codeswitch/2016/04/18/474671097/how-social-media-smeared-a-missing-student-as-a-terrorism-suspect
- https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html
- https://www.nytimes.com/2004/03/06/business/martha-stewart-verdict-overview-stewart-found-guilty-lying-sale-stock.html
- https://www.nytimes.com/2022/05/29/us/politics/2000-mules-trump-conspiracy-theory.html

- https://www.nytimes.com/2022/08/26/us/politics/misinformation-social-media.html,
- https://www.nytimes.com/2022/09/04/arts/music/nirvana-nevermind-baby-lawsuit.html
- https://www.nytimes.com/2022/10/18/us/politics/midterm-election-voters-democracy-poll.html
- https://www.nytimes.com/2022/11/05/technology/youtube-misinformation.html
- https://www.nytimes.com/2022/12/22/nyregion/madison-square-garden-facial-recognition.html
- https://www.nytimes.com/2023/10/13/travel/facial-recognition-airports-cruises.html
- https://www.nytimes.com/2024/02/18/travel/facial-recognition-airports-biometrics.html
- https://www.nytimes.com/interactive/2022/10/13/us/politics/republican-candidates-2020-election-misinformation.html
- https://www.nytimes.com/interactive/2022/10/18/upshot/times-siena-poll-registered-voters-crosstabs.html
- https://opentextbc.ca/mediastudies101/chapter/habermas-public-sphere/
- https://www.pewresearch.org/fact-tank/2021/08/30/partisan-divides-in-media-trust-widen-driven-by-a-decline-among-republicans/
- https://www.pewresearch.org/journalism/2020/01/24/democrats-report-much-higher-levels-of-trust-in-a-number-of-news-sources-than-republicans/
- https://www.pewresearch.org/journalism/2020/01/24/u-s-media-polarization-and-the-2020-election-a-nation-divided/
- https://www.pewresearch.org/journalism/2021/03/23/large-majorities-of-newsmax-and-oan-news-consumers-also-go-to-fox-news/
- https://www.pewresearch.org/journalism/2022/10/06/the-role-of-alternative-social-media-in-the-news-and-information-environment/
- https://www.pewresearch.org/journalism/2023/04/18/podcasts-as-a-source-of-news-and-information/
- https://www.pewresearch.org/politics/interactives/political-polarization-1994-2017/
- https://www.pewresearch.org/short-reads/2022/12/21/key-facts-about-rumble/
- https://www.podbean.com/podcast-detail/nhmyv-18de61/The-Dinesh-D%27Souza-Podcast/
- https://www.podbean.com/podcast-detail/wc4yh-8f55e/The-Charlie-Kirk-Show-Podcast/

- https://www.prri.org/spotlight/after-three-years-and-many-indictments-the-big-lie-that-led-to-the-january-6th-insurrection-is-still-believed-by-most-republicans/
- https://www.quintly.com/blog/twitter-impressions-and-reach-definition-and-how-to-track
- https://www.rasmussenreports.com/public_content/politics/public_surveys/2000_mules_documentary_s_message_resonates_with_voters
- https://www.rasmussenreports.com/public_content/politics/public_surveys/toplines_2000_mules_june_1_2_2022
- https://www.refinery29.com/en-us/2016/06/112685/laina-morris-overly-attached-girlfriend-meme
- https://www.regnery.com/author/dinesh-dsouza/
- https://www.regnery.com/our-story/
- https://www.rottentomatoes.com/m/2000_mules
- https://www.sandiegouniontribune.com/business/story/2023-05-08/kusi-longtime-independent-san-diego-tv-station-bought-by-nexstar-for-35m
- https://www.scientificamerican.com/article/the-face-is-an-entryway-to-the-self
- https://www.scimagojr.com/journalrank.php?category=1406
- https://www.semrush.com/analytics/overview/?q=2000mules.com&protocol=https&searchType=domain.
- https://www.semrush.com/analytics/traffic/top-pages?dateFrom=2022-05-01&geo=us&searchType=domain&q=truethevote.org
- https://www.semrush.com/blog/analyzing-competitors-traffic/
- https://www.semrush.com/company/
- https://www.sfgate.com/news/article/Time-well-spent-Martha-Stewart-leaves-prison-2694543.php
- https://www.smartbugmedia.com/blog/bounce-rates-blog-post
- https://www.statista.com/forecasts/1123105/statista-amo-podcast-reach-us
- https://www.statista.com/statistics/1336497/donald-trump-number-of-followers-selected-social-platforms/
- https://www.technologyreview.com/2022/05/31/1052901/anti-abortion-activists-are-collecting-the-data-theyll-need-for-prosecutions-post-roe/
- https://www.texasstandard.org/stories/texas-republican-convention-2022-houston/

- https://www.texastribune.org/2022/06/18/texas-state-republican-convention/
- https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed to-steal-2020-election_4443068.html
- https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed-to-steal-2020-election_4443068.html
- https://www.theepochtimes.com/epochtv/obama-affiliated-ngos-poured-billions-into-local-insurgencies-to-steal-2020-election-analyst-4458553
- https://www.theguardian.com/tv-and-radio/2019/jun/15/oan-oann-fox-news-donald-trump
- https://www.theverge.com/2022/12/21/23522064/twitter-view-count-roll-out-personal-info
- https://www.timessquarenyc.org/do-business/market-research-data/pedestrian-counts
- https://www.truethevote.org/bombshell-testimony-from-true-the-vote/
- https://www.tweetbinder.com/blog/twitter-impressions/
- https://www.uspsdelivers.com/direct-mail-cost-calculator/
- https://www.vogue.com/article/justin-bieber-hailey-bieber-cover-interview.
- https://www.vpm.org/news/2022-06-23/del-john-mcguire-to-host-2020-election-conspiracy-film-at-goochland-public
- https://www.washingtonpost.com/dc-md-va/2023/04/28/youngkin-virginia-senate-trump-primary/
- https://www.washingtonpost.com/politics/2022/05/17/georgia-elections-board-dismisses-ballot-harvesting-complaints/
- https://www.washingtonpost.com/technology/2022/11/06/election-misinformation-labels-missing/
- https://www.webfx.com/social-media/pricing/influencer-marketing/
- https://www.wired.com/story/election-conspiracy-groups-on-super-tuesday/
- https://www.wired.com/story/incognito-mode-explainer/
- https://www2.census.gov/library/publications/2024/demo/p20-586.pdf
- https://wyofile.com/secretary-of-state-gray-silent-on-true-the-votes-lack-of-voter-fraud-evidence/
- https://marxcommunications.com/what-does-impressions-mean-on-twitter/

**Archived Websites**

- https://perma.cc/5WTK-2RD6
- https://perma.cc/8UQQ-UMXW
- https://perma.cc/G6RG-BLU7
- https://web.archive.org/web/20130525000357/http://www.nytimes.com/2008/04/20/movies/20carr.html
- https://web.archive.org/web/20220202143353/https://twitter.com/DonaldJTrumpJr/status/1488883297866469381
- https://web.archive.org/web/20220508052128/https://twitter.com/rumblevideo
- https://web.archive.org/web/20220629205156/https://truthsocial.com/@DineshDSouza.
- https://web.archive.org/web/20220921111904/https://www.regnery.com/9781684514465/2000-mules/
- https://web.archive.org/web/20221228055134/https:/www.kusi.com/dinesh-dsouza-on-the-success-of-his-new-film-2000-mules/?fbclid=IwAR3LB8eLsSXx0xKeLxQvaNnYn84JdbN6tiSQaQ7c0rkmVTZGQRcvwRaGUE4
- https://web.archive.org/web/20240103001848/https://www.ajc.com/politics/georgia-investigation-dispels-allegations-highlighted-in-2000-mules/DREWO27XXBF7PB4DGTBXWGQYV4
- WMBC TV 63 New York, *NTD: Crossroads, Transcript, TV Eyes* (Sept. 13, 2022, 9:00PM), https://perma.cc/5WTK-2RD6

**Podcast Links**

- https://dineshdsouza.com/podcast/episode-333-unlawful-conduct/
- https://dineshdsouza.com/podcast/episode-334-critiques-and-rebuttals/
- https://dineshdsouza.com/podcast/episode-361-blurring-the-dog/
- https://omny.fm/shows/the-charlie-kirk-show/how-they-did-it-my-conversation-with-true-the-vote
- https://podcasts.apple.com/us/podcast/the-dinesh-dsouza-podcast/id1547827376?i=1000584987591

- https://thecharliekirkshow.com/podcasts/the-charlie-kirk-show/how-they-did-it-my-conversation-with-true-the-vote

**Purchase Links**

- https://bulkbookstore.com/2-000-mules-they-thought-wed-never-find-out-they-were-wrong-9781684514465-9781684514465
- https://patriotdepot.com/products/2000-mules-by-dinesh-d-souza-dvd
- https://watch.salemnow.com/series/xFOCFe59zfCS-2000-mules
- https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460
- https://www.amazon.com/Mules-DSouza-Media-Version-Selections-Subtitles/dp/B0B5NK87DK
- https://www.amazon.com/s?k=2000+mules
- https://www.barnesandnoble.com/w/2000-mules-dinesh-dsouza/1141490353
- https://www.publicsquare.com/products/ce4ecc20-146f-11ee-a94a-adf0145e8648/V2924792/2000-mules-dvd--by-dinesh-dsouza
- https://www.regnery.com/9781684514465/2000-mules/
- https://www.simonandschuster.com/books/2-000-Mules/Dinesh-DSouza/9781684514465
- https://www.target.com/p/2-000-mules-by-dinesh-d-souza-hardcover/-/A-87610742
- https://www.walmart.com/ip/2000-Mules-Documentary-DVD-by-Dinesh-D-Souza/643463268

**2000 Mules Reviews**

- https://www.amazon.com/000-Mules-Thought-Never-Wrong/dp/1684514460
- https://www.amazon.com/gp/customer-reviews/R1AIJ0681TIFNN/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=1684514460
- https://www.amazon.com/gp/customer-reviews/R2I77M9EHM8IBA/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=1684514460
- https://www.amazon.com/gp/customer-reviews/R2SOCQUB1M3LWA/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=B0B5NK87DK

- https://www.amazon.com/gp/customer-reviews/R37UZLTA9D0A9/ref=cm_cr_getr_d_rvw_ttl?ie=UTF8&ASIN=1684514460
- https://www.amazon.com/gp/customer-reviews/R3F5M7ENHV1WGY/ref=cm_cr_dp_d_rvw_ttl?ie=UTF8&ASIN=B0B5NK87DK
- https://www.amazon.com/Mules-DSouza-Media-Version-Selections-Subtitles/dp/B0B5NK87DK#customerReviews.
- https://www.walmart.com/reviews/product/643463268?page=2

**Social Media Pages**

- https://twitter.com/dbongino
- https://twitter.com/DC_Draino
- https://twitter.com/DineshDSouza
- https://twitter.com/DonaldJTrumpJr
- https://twitter.com/TrueTheVote
- https://www.facebook.com/DSouzaDinesh
- https://www.facebook.com/TheSearchAngels/
- https://www.reddit.com/r/FindAPerson/
- https://www.reddit.com/r/RBI/
- https://www.youtube.com/channel/UC8GAOCAJxBL4bExaUCvwL4Q/
- https://www.youtube.com/channel/UCfaIu2jO-fppCQV_lchCRIQ

**Social Media Posts**

- http://twitter.com/1BigAl7890/statuses/1525809187900600322
- http://twitter.com/411_JustLook/statuses/1518686892568494080
- http://twitter.com/911jdub/statuses/1527308805666508804
- http://twitter.com/andersbjorkman/statuses/1524038757795704832
- http://twitter.com/AnneKen84514765/statuses/1760581314858635270
- http://twitter.com/anpadil53/statuses/1523337258975186944

- http://twitter.com/ASkiba01/statuses/1723548191533002846
- http://twitter.com/AuthorofAbsurd/statuses/1531749713770315776
- http://twitter.com/AwakeYet20202/statuses/1523411494947360768
- http://twitter.com/BabouTheOcicat/statuses/1523679825885499393
- http://twitter.com/Baldylocks13/statuses/1522965607058083840
- http://twitter.com/bannthierry1/statuses/1728801275003711787
- http://twitter.com/basboon007/statuses/1524045464903254017
- http://twitter.com/bendur6/statuses/1535081709175046144
- http://twitter.com/BillPower77/statuses/1589845926650482689
- http://twitter.com/Blanca_chocolat/statuses/1779979330720071764
- http://twitter.com/BriMuellerUT/statuses/1652893096626245632
- http://twitter.com/bruce_juhl/statuses/1695897586400452923
- http://twitter.com/Cessnagirl2/statuses/1523143247870427136
- http://twitter.com/ChanceMixon1/statuses/1521848883864821760
- http://twitter.com/christi51678592/statuses/1562842478595608576
- http://twitter.com/Chyanne1107/statuses/1527286917074718720
- http://twitter.com/cottencandygir/statuses/1552189494169718784
- http://twitter.com/CryptoNinjaco/statuses/1555099363818385410
- http://twitter.com/DineshDSouza/statuses/1487973615245172737
- http://twitter.com/DineshDSouza/statuses/1488583193758425092
- http://twitter.com/DineshDSouza/statuses/1488932546171715588
- http://twitter.com/DineshDSouza/statuses/1489962619549200384
- http://twitter.com/DineshDSouza/statuses/1490027288309772289
- http://twitter.com/DineshDSouza/statuses/1491825543746101250
- http://twitter.com/DineshDSouza/statuses/1512177808650424326
- http://twitter.com/DineshDSouza/statuses/1512217348035555341
- http://twitter.com/DineshDSouza/statuses/1512957661209415683

- http://twitter.com/DineshDSouza/statuses/1513258014395953152
- http://twitter.com/DineshDSouza/statuses/1513919846425186305
- http://twitter.com/DineshDSouza/statuses/1517280089905537024
- http://twitter.com/DineshDSouza/statuses/1517617106031886336
- http://twitter.com/DineshDSouza/statuses/1517970060106768387
- http://twitter.com/DineshDSouza/statuses/1518041311210782721
- http://twitter.com/DineshDSouza/statuses/1518226277798486017
- http://twitter.com/DineshDSouza/statuses/1518292795588550656
- http://twitter.com/DineshDSouza/statuses/1518567577915695104
- http://twitter.com/DineshDSouza/statuses/1518730885360672769
- http://twitter.com/DineshDSouza/statuses/1519274902553088000
- http://twitter.com/DineshDSouza/statuses/1519314441418022914
- http://twitter.com/DineshDSouza/statuses/1519412835704524801
- http://twitter.com/DineshDSouza/statuses/1519448609061842945
- http://twitter.com/DineshDSouza/statuses/1519464386368315394
- http://twitter.com/DineshDSouza/statuses/1519473912601620481
- http://twitter.com/DineshDSouza/statuses/1519482338828242947
- http://twitter.com/DineshDSouza/statuses/1519631251199729664
- http://twitter.com/DineshDSouza/statuses/1519671329582108674
- http://twitter.com/DineshDSouza/statuses/1519747182844391426
- http://twitter.com/DineshDSouza/statuses/1519782560120950789
- http://twitter.com/DineshDSouza/statuses/1520003392432652288
- http://twitter.com/DineshDSouza/statuses/1520009989464768514
- http://twitter.com/DineshDSouza/statuses/1520130544385806336
- http://twitter.com/DineshDSouza/statuses/1520154940907343872
- http://twitter.com/DineshDSouza/statuses/1520161002980986881
- http://twitter.com/DineshDSouza/statuses/1520171738633543680

- http://twitter.com/DineshDSouza/statuses/1520766768637255680
- http://twitter.com/DineshDSouza/statuses/1520862275942305793
- http://twitter.com/DineshDSouza/statuses/1521143070426861568
- http://twitter.com/DineshDSouza/statuses/1521167780220911617
- http://twitter.com/DineshDSouza/statuses/1521254306795696132
- http://twitter.com/DineshDSouza/statuses/1521292641308135427
- http://twitter.com/DineshDSouza/statuses/1521885712844562433
- http://twitter.com/DineshDSouza/statuses/1521890588496437248
- http://twitter.com/DineshDSouza/statuses/1522067586325823489
- http://twitter.com/DineshDSouza/statuses/1522186355534712834
- http://twitter.com/DineshDSouza/statuses/1522228791531167747
- http://twitter.com/DineshDSouza/statuses/1522314453026549769
- http://twitter.com/DineshDSouza/statuses/1522321707993907208
- http://twitter.com/DineshDSouza/statuses/1522325127240863745
- http://twitter.com/DineshDSouza/statuses/1522370606154625024
- http://twitter.com/DineshDSouza/statuses/1522580487537102851
- http://twitter.com/DineshDSouza/statuses/1522666068594114560
- http://twitter.com/DineshDSouza/statuses/1522762198501793792
- http://twitter.com/DineshDSouza/statuses/1522848212721221632
- http://twitter.com/DineshDSouza/statuses/1522852141903360002
- http://twitter.com/DineshDSouza/statuses/1522877728923471873
- http://twitter.com/DineshDSouza/statuses/1522943850033160193
- http://twitter.com/DineshDSouza/statuses/1522946822557343744
- http://twitter.com/DineshDSouza/statuses/1522957972728852480
- http://twitter.com/DineshDSouza/statuses/1523047763700699136
- http://twitter.com/DineshDSouza/statuses/1523313449559674880
- http://twitter.com/DineshDSouza/statuses/1523322637954416640

- http://twitter.com/DineshDSouza/statuses/1523366119993532417
- http://twitter.com/DineshDSouza/statuses/1523382989761044480
- http://twitter.com/DineshDSouza/statuses/1523423497988440064
- http://twitter.com/DineshDSouza/statuses/1523425295214120961
- http://twitter.com/DineshDSouza/statuses/1523463455704948736
- http://twitter.com/DineshDSouza/statuses/1523477243615318016
- http://twitter.com/DineshDSouza/statuses/1523478233295237121
- http://twitter.com/DineshDSouza/statuses/1523676024336424960
- http://twitter.com/DineshDSouza/statuses/1523762253681541121
- http://twitter.com/DineshDSouza/statuses/1523831030049816577
- http://twitter.com/DineshDSouza/statuses/1523837693909782528
- http://twitter.com/DineshDSouza/statuses/1523987638679658496
- http://twitter.com/DineshDSouza/statuses/1523990568958939137
- http://twitter.com/DineshDSouza/statuses/1524004014630789124
- http://twitter.com/DineshDSouza/statuses/1524009791500263426
- http://twitter.com/DineshDSouza/statuses/1524061702496522240
- http://twitter.com/DineshDSouza/statuses/1524103508185731074
- http://twitter.com/DineshDSouza/statuses/1524105825769377793
- http://twitter.com/DineshDSouza/statuses/1524125355107303433
- http://twitter.com/DineshDSouza/statuses/1524207660094177281
- http://twitter.com/DineshDSouza/statuses/1524347007833362432
- http://twitter.com/DineshDSouza/statuses/1524348981467389952
- http://twitter.com/DineshDSouza/statuses/1524449192999063552
- http://twitter.com/DineshDSouza/statuses/1524450604038467584
- http://twitter.com/DineshDSouza/statuses/1524487007132602369
- http://twitter.com/DineshDSouza/statuses/1524515728795353089
- http://twitter.com/DineshDSouza/statuses/1524543957933469696

- http://twitter.com/DineshDSouza/statuses/1524716782942138368
- http://twitter.com/DineshDSouza/statuses/1524725781951299585
- http://twitter.com/DineshDSouza/statuses/1524731017449414660
- http://twitter.com/DineshDSouza/statuses/1524736307024609283
- http://twitter.com/DineshDSouza/statuses/1524749042944675843
- http://twitter.com/DineshDSouza/statuses/1524750204271923206
- http://twitter.com/DineshDSouza/statuses/1524785738662936576
- http://twitter.com/DineshDSouza/statuses/1524890519188525058
- http://twitter.com/DineshDSouza/statuses/1524907169291948079
- http://twitter.com/DineshDSouza/statuses/1525102709824692225
- http://twitter.com/DineshDSouza/statuses/1525102742922051584
- http://twitter.com/DineshDSouza/statuses/1525220967089328128
- http://twitter.com/DineshDSouza/statuses/1525470530018623490
- http://twitter.com/DineshDSouza/statuses/1525585692033687554
- http://twitter.com/DineshDSouza/statuses/1525637586546401285
- http://twitter.com/DineshDSouza/statuses/1525852513295077377
- http://twitter.com/DineshDSouza/statuses/1525946386797285376
- http://twitter.com/DineshDSouza/statuses/1525968583267864578
- http://twitter.com/DineshDSouza/statuses/1525976819807268864
- http://twitter.com/DineshDSouza/statuses/1526024212778991616
- http://twitter.com/DineshDSouza/statuses/1526307180462448642
- http://twitter.com/DineshDSouza/statuses/1526319873458044937
- http://twitter.com/DineshDSouza/statuses/1526337858876981250
- http://twitter.com/DineshDSouza/statuses/1526353050939510785
- http://twitter.com/DineshDSouza/statuses/1526374687881797639
- http://twitter.com/DineshDSouza/statuses/1526523693018537984
- http://twitter.com/DineshDSouza/statuses/1526526637222858752

- http://twitter.com/DineshDSouza/statuses/1526534504462045184
- http://twitter.com/DineshDSouza/statuses/1526630206089449472
- http://twitter.com/DineshDSouza/statuses/1526632973696749569
- http://twitter.com/DineshDSouza/statuses/1526646501354749952
- http://twitter.com/DineshDSouza/statuses/1526678371932971010
- http://twitter.com/DineshDSouza/statuses/1526693195517673472
- http://twitter.com/DineshDSouza/statuses/1526704628036947968
- http://twitter.com/DineshDSouza/statuses/1526746709929472000
- http://twitter.com/DineshDSouza/statuses/1526756195796754432
- http://twitter.com/DineshDSouza/statuses/1526877419847696384
- http://twitter.com/DineshDSouza/statuses/1526903524130537472
- http://twitter.com/DineshDSouza/statuses/1526916845860708353
- http://twitter.com/DineshDSouza/statuses/1526948209075134464
- http://twitter.com/DineshDSouza/statuses/1526974898270113793
- http://twitter.com/DineshDSouza/statuses/1526983405317103617
- http://twitter.com/DineshDSouza/statuses/1527004775476248579
- http://twitter.com/DineshDSouza/statuses/1527047147975237634
- http://twitter.com/DineshDSouza/statuses/1527381141304397836
- http://twitter.com/DineshDSouza/statuses/1527658740530483200
- http://twitter.com/DineshDSouza/statuses/1527724304607203330
- http://twitter.com/DineshDSouza/statuses/1527782623925395456
- http://twitter.com/DineshDSouza/statuses/1527785988692578304
- http://twitter.com/DineshDSouza/statuses/1527789264309694464
- http://twitter.com/DineshDSouza/statuses/1527797821801345024
- http://twitter.com/DineshDSouza/statuses/1527834158310887424
- http://twitter.com/DineshDSouza/statuses/1528014146721050624
- http://twitter.com/DineshDSouza/statuses/1528041251865407488

- http://twitter.com/DineshDSouza/statuses/1528053292122578944
- http://twitter.com/DineshDSouza/statuses/1528057995065556992
- http://twitter.com/DineshDSouza/statuses/1528421992998658048
- http://twitter.com/DineshDSouza/statuses/1528584926076932102
- http://twitter.com/DineshDSouza/statuses/1528593141367877634
- http://twitter.com/DineshDSouza/statuses/1528595252738568192
- http://twitter.com/DineshDSouza/statuses/1528762243487191040
- http://twitter.com/DineshDSouza/statuses/1528764943465517056
- http://twitter.com/DineshDSouza/statuses/1528781804412588033
- http://twitter.com/DineshDSouza/statuses/1528807473678798849
- http://twitter.com/DineshDSouza/statuses/1528837524663279617
- http://twitter.com/DineshDSouza/statuses/1529127761671032832
- http://twitter.com/DineshDSouza/statuses/1529145628042874881
- http://twitter.com/DineshDSouza/statuses/1529198831958728704
- http://twitter.com/DineshDSouza/statuses/1529205433805811714
- http://twitter.com/DineshDSouza/statuses/1529214353160949766
- http://twitter.com/DineshDSouza/statuses/1529219790954455043
- http://twitter.com/DineshDSouza/statuses/1529453855322390528
- http://twitter.com/DineshDSouza/statuses/1529513476582002695
- http://twitter.com/DineshDSouza/statuses/1529525202966790144
- http://twitter.com/DineshDSouza/statuses/1529878808102412289
- http://twitter.com/DineshDSouza/statuses/1529881538493566980
- http://twitter.com/DineshDSouza/statuses/1529960080396935181
- http://twitter.com/DineshDSouza/statuses/1530158245171671040
- http://twitter.com/DineshDSouza/statuses/1530192232522948610
- http://twitter.com/DineshDSouza/statuses/1530610141661364225
- http://twitter.com/DineshDSouza/statuses/1530654395138023426

- http://twitter.com/DineshDSouza/statuses/1530898583125381121
- http://twitter.com/DineshDSouza/statuses/1531104888033316864
- http://twitter.com/DineshDSouza/statuses/1531430876403343360
- http://twitter.com/DineshDSouza/statuses/1531599923308797954
- http://twitter.com/DineshDSouza/statuses/1531707231405854721
- http://twitter.com/DineshDSouza/statuses/1531989197007069184
- http://twitter.com/DineshDSouza/statuses/1532064091652509696
- http://twitter.com/DineshDSouza/statuses/1532069467915554816
- http://twitter.com/DineshDSouza/statuses/1532089603078836224
- http://twitter.com/DineshDSouza/statuses/1532101679952416768
- http://twitter.com/DineshDSouza/statuses/1532128859134382080
- http://twitter.com/DineshDSouza/statuses/1532324441061048329
- http://twitter.com/DineshDSouza/statuses/1532328434441113600
- http://twitter.com/DineshDSouza/statuses/1532465897264369664
- http://twitter.com/DineshDSouza/statuses/1532520148468391937
- http://twitter.com/DineshDSouza/statuses/1532696636367024128
- http://twitter.com/DineshDSouza/statuses/1532779943062650882
- http://twitter.com/DineshDSouza/statuses/1532800535102775296
- http://twitter.com/DineshDSouza/statuses/1532817106139500545
- http://twitter.com/DineshDSouza/statuses/1532826519646744576
- http://twitter.com/DineshDSouza/statuses/1533051287926882305
- http://twitter.com/DineshDSouza/statuses/1533443599261630472
- http://twitter.com/DineshDSouza/statuses/1533476926467211265
- http://twitter.com/DineshDSouza/statuses/1533506199479541767
- http://twitter.com/DineshDSouza/statuses/1533559385829650434
- http://twitter.com/DineshDSouza/statuses/1533587770697981952
- http://twitter.com/DineshDSouza/statuses/1533850202343239681

- http://twitter.com/DineshDSouza/statuses/1533859670481326080
- http://twitter.com/DineshDSouza/statuses/1533863583054020613
- http://twitter.com/DineshDSouza/statuses/1533866307497644033
- http://twitter.com/DineshDSouza/statuses/1533873133266030594
- http://twitter.com/DineshDSouza/statuses/1533889062901268482
- http://twitter.com/DineshDSouza/statuses/1533919211768229890
- http://twitter.com/DineshDSouza/statuses/1533964465414328322
- http://twitter.com/DineshDSouza/statuses/1534144850605617152
- http://twitter.com/DineshDSouza/statuses/1534221398947770369
- http://twitter.com/DineshDSouza/statuses/1534228443965038593
- http://twitter.com/DineshDSouza/statuses/1534231968673452032
- http://twitter.com/DineshDSouza/statuses/1534296157740052487
- http://twitter.com/DineshDSouza/statuses/1534313003033706499
- http://twitter.com/DineshDSouza/statuses/1534574529141415937
- http://twitter.com/DineshDSouza/statuses/1534589223034028033
- http://twitter.com/DineshDSouza/statuses/1534637640280117252
- http://twitter.com/DineshDSouza/statuses/1534673998067417090
- http://twitter.com/DineshDSouza/statuses/1535239379173658624
- http://twitter.com/DineshDSouza/statuses/1535323256370171907
- http://twitter.com/DineshDSouza/statuses/1535329219517071363
- http://twitter.com/DineshDSouza/statuses/1535331325774811137
- http://twitter.com/DineshDSouza/statuses/1535382670988890113
- http://twitter.com/DineshDSouza/statuses/1535682918277947392
- http://twitter.com/DineshDSouza/statuses/1535716807801184260
- http://twitter.com/DineshDSouza/statuses/1535787439100289024
- http://twitter.com/DineshDSouza/statuses/1536080887535869953
- http://twitter.com/DineshDSouza/statuses/1536391931307114499

- http://twitter.com/DineshDSouza/statuses/1536415466046083076
- http://twitter.com/DineshDSouza/statuses/1536506882961047553
- http://twitter.com/DineshDSouza/statuses/1536509725629485056
- http://twitter.com/DineshDSouza/statuses/1536509725742796800
- http://twitter.com/DineshDSouza/statuses/1536774947909120000
- http://twitter.com/DineshDSouza/statuses/1536799897571164161
- http://twitter.com/DineshDSouza/statuses/1536903090800103425
- http://twitter.com/DineshDSouza/statuses/1537122766079639556
- http://twitter.com/DineshDSouza/statuses/1537195127143284738
- http://twitter.com/DineshDSouza/statuses/1537463173837733891
- http://twitter.com/DineshDSouza/statuses/1537503317135347717
- http://twitter.com/DineshDSouza/statuses/1537521725193211905
- http://twitter.com/DineshDSouza/statuses/1537540308522631172
- http://twitter.com/DineshDSouza/statuses/1537587767663906822
- http://twitter.com/DineshDSouza/statuses/1537588455500546048
- http://twitter.com/DineshDSouza/statuses/1537809855603527680
- http://twitter.com/DineshDSouza/statuses/1537884808583360517
- http://twitter.com/DineshDSouza/statuses/1538172608868384768
- http://twitter.com/DineshDSouza/statuses/1538204618366210050
- http://twitter.com/DineshDSouza/statuses/1538206452040585218
- http://twitter.com/DineshDSouza/statuses/1538238981527183360
- http://twitter.com/DineshDSouza/statuses/1538306702180753408
- http://twitter.com/DineshDSouza/statuses/1538525846025162754
- http://twitter.com/DineshDSouza/statuses/1538539459590995970
- http://twitter.com/DineshDSouza/statuses/1538593685767610368
- http://twitter.com/DineshDSouza/statuses/1539344152663576583
- http://twitter.com/DineshDSouza/statuses/1539355729286397953

- http://twitter.com/DineshDSouza/statuses/1539710227708248066
- http://twitter.com/DineshDSouza/statuses/1539718782851207168
- http://twitter.com/DineshDSouza/statuses/1539941272026226688
- http://twitter.com/DineshDSouza/statuses/1540060213683814402
- http://twitter.com/DineshDSouza/statuses/1540076976324616197
- http://twitter.com/DineshDSouza/statuses/1540091843731398658
- http://twitter.com/DineshDSouza/statuses/1540138929973825539
- http://twitter.com/DineshDSouza/statuses/1540376628185931777
- http://twitter.com/DineshDSouza/statuses/1540705366064844805
- http://twitter.com/DineshDSouza/statuses/1540908021001461760
- http://twitter.com/DineshDSouza/statuses/1541218493592485890
- http://twitter.com/DineshDSouza/statuses/1541229324203831296
- http://twitter.com/DineshDSouza/statuses/1541542092283035649
- http://twitter.com/DineshDSouza/statuses/1541757581265436673
- http://twitter.com/DineshDSouza/statuses/1541866619311464452
- http://twitter.com/DineshDSouza/statuses/1541918518584786944
- http://twitter.com/DineshDSouza/statuses/1542141072624721930
- http://twitter.com/DineshDSouza/statuses/1542241950144798727
- http://twitter.com/DineshDSouza/statuses/1542258196693356554
- http://twitter.com/DineshDSouza/statuses/1542261976197480448
- http://twitter.com/DineshDSouza/statuses/1542262070632226817
- http://twitter.com/DineshDSouza/statuses/1542280606121431040
- http://twitter.com/DineshDSouza/statuses/1542489989551898626
- http://twitter.com/DineshDSouza/statuses/1542576203579531264
- http://twitter.com/DineshDSouza/statuses/1542986721368965123
- http://twitter.com/DineshDSouza/statuses/1542991602989371394
- http://twitter.com/DineshDSouza/statuses/1543044663883481089

- http://twitter.com/DineshDSouza/statuses/1543045928193597442
- http://twitter.com/DineshDSouza/statuses/1543077724562104321
- http://twitter.com/DineshDSouza/statuses/1543300242199777286
- http://twitter.com/DineshDSouza/statuses/1543358686437019648
- http://twitter.com/DineshDSouza/statuses/1543358771816239109
- http://twitter.com/DineshDSouza/statuses/1544467072025071616
- http://twitter.com/DineshDSouza/statuses/1544822715235946496
- http://twitter.com/DineshDSouza/statuses/1545182120628346881
- http://twitter.com/DineshDSouza/statuses/1545211167181746176
- http://twitter.com/DineshDSouza/statuses/1545546569172262915
- http://twitter.com/DineshDSouza/statuses/1546189240769323021
- http://twitter.com/DineshDSouza/statuses/1546191259903074307
- http://twitter.com/DineshDSouza/statuses/1546565900245106693
- http://twitter.com/DineshDSouza/statuses/1546576538501582855
- http://twitter.com/DineshDSouza/statuses/1546602699675795456
- http://twitter.com/DineshDSouza/statuses/1546931145027117056
- http://twitter.com/DineshDSouza/statuses/1547341932409618432
- http://twitter.com/DineshDSouza/statuses/1548371700957323265
- http://twitter.com/DineshDSouza/statuses/1548408457467793410
- http://twitter.com/DineshDSouza/statuses/1548844939479752704
- http://twitter.com/DineshDSouza/statuses/1549102415051456517
- http://twitter.com/DineshDSouza/statuses/1550587830883287042
- http://twitter.com/DineshDSouza/statuses/1551195459494072320
- http://twitter.com/DineshDSouza/statuses/1552609822012452865
- http://twitter.com/DineshDSouza/statuses/1552822657611190272
- http://twitter.com/DineshDSouza/statuses/1553406994467508226
- http://twitter.com/DineshDSouza/statuses/1553504079531462657

- http://twitter.com/DineshDSouza/statuses/1553521234331291648
- http://twitter.com/DineshDSouza/statuses/1554138290873401344
- http://twitter.com/DineshDSouza/statuses/1554457257642967041
- http://twitter.com/DineshDSouza/statuses/1555544199512133633
- http://twitter.com/DineshDSouza/statuses/1555637149143371776
- http://twitter.com/DineshDSouza/statuses/1555952169089744902
- http://twitter.com/DineshDSouza/statuses/1556422994423054338
- http://twitter.com/DineshDSouza/statuses/1556437621278220289
- http://twitter.com/DineshDSouza/statuses/1556752169864396800
- http://twitter.com/DineshDSouza/statuses/1558934957321588737
- http://twitter.com/DineshDSouza/statuses/1560067575370973186
- http://twitter.com/DineshDSouza/statuses/1560076098754551811
- http://twitter.com/DineshDSouza/statuses/1560594779893043201
- http://twitter.com/DineshDSouza/statuses/1561117901385568257
- http://twitter.com/DineshDSouza/statuses/1561442027358879747
- http://twitter.com/DineshDSouza/statuses/1563203847652524036
- http://twitter.com/DineshDSouza/statuses/1563918357623193605
- http://twitter.com/DineshDSouza/statuses/1564407810233929730
- http://twitter.com/DineshDSouza/statuses/1564576084384940032
- http://twitter.com/DineshDSouza/statuses/1564576137602375680
- http://twitter.com/DineshDSouza/statuses/1564581331006328838
- http://twitter.com/DineshDSouza/statuses/1566487312346783747
- http://twitter.com/DineshDSouza/statuses/1566888652323561472
- http://twitter.com/DineshDSouza/statuses/1567251267696590850
- http://twitter.com/DineshDSouza/statuses/1567563620933931008
- http://twitter.com/DineshDSouza/statuses/1570762306266726400
- http://twitter.com/DineshDSouza/statuses/1575474711093444613

- http://twitter.com/DineshDSouza/statuses/1577257816473083904
- http://twitter.com/DineshDSouza/statuses/1579151164150493184
- http://twitter.com/DineshDSouza/statuses/1579651362664910848
- http://twitter.com/DineshDSouza/statuses/1580234695211483143
- http://twitter.com/DineshDSouza/statuses/1580960811820142592
- http://twitter.com/DineshDSouza/statuses/1584665292508364801
- http://twitter.com/DineshDSouza/statuses/1584859221539131392
- http://twitter.com/DineshDSouza/statuses/1584974114661535763
- http://twitter.com/DineshDSouza/statuses/1585050273864622080
- http://twitter.com/DineshDSouza/statuses/1585789976511488001
- http://twitter.com/DineshDSouza/statuses/1587208971579965440
- http://twitter.com/DineshDSouza/statuses/1587487658531586053
- http://twitter.com/DineshDSouza/statuses/1587989483814879232
- http://twitter.com/DineshDSouza/statuses/1587989786979082241
- http://twitter.com/DineshDSouza/statuses/1588248117127700480
- http://twitter.com/DineshDSouza/statuses/1588264145991999488
- http://twitter.com/DineshDSouza/statuses/1588268659163729922
- http://twitter.com/DineshDSouza/statuses/1588633583186751489
- http://twitter.com/DineshDSouza/statuses/1589019727690665992
- http://twitter.com/DineshDSouza/statuses/1591159562668834816
- http://twitter.com/DineshDSouza/statuses/1597405545618702336
- http://twitter.com/DineshDSouza/statuses/1599111322729209856
- http://twitter.com/DineshDSouza/statuses/1602658484717293572
- http://twitter.com/DineshDSouza/statuses/1608523727204917249
- http://twitter.com/DineshDSouza/statuses/1611128656771825665
- http://twitter.com/DineshDSouza/statuses/1613295784824377344
- http://twitter.com/DineshDSouza/statuses/1614399163390726144

- http://twitter.com/DineshDSouza/statuses/1619043633658839058
- http://twitter.com/DineshDSouza/statuses/1627025885743181824
- http://twitter.com/DineshDSouza/statuses/1634958490354737152
- http://twitter.com/DineshDSouza/statuses/1636466113591803904
- http://twitter.com/DineshDSouza/statuses/1649358565210206208
- http://twitter.com/DineshDSouza/statuses/1656467846074081280
- http://twitter.com/DineshDSouza/statuses/1656471427049222144
- http://twitter.com/DineshDSouza/statuses/1656471915563991040
- http://twitter.com/DineshDSouza/statuses/1659683765684240385
- http://twitter.com/DineshDSouza/statuses/1660006313223389188
- http://twitter.com/DineshDSouza/statuses/1662528057104797696
- http://twitter.com/DineshDSouza/statuses/1666959670290927616
- http://twitter.com/DineshDSouza/statuses/1670990958714814464
- http://twitter.com/DineshDSouza/statuses/1686504327102234627
- http://twitter.com/DineshDSouza/statuses/1686517984213250048
- http://twitter.com/DineshDSouza/statuses/1686715407124619264
- http://twitter.com/DineshDSouza/statuses/1686796108448612352
- http://twitter.com/DineshDSouza/statuses/1686831676465238018
- http://twitter.com/DineshDSouza/statuses/1686861474919071744
- http://twitter.com/DineshDSouza/statuses/1687070124665176064
- http://twitter.com/DineshDSouza/statuses/1687070740250542080
- http://twitter.com/DineshDSouza/statuses/1688040085206228992
- http://twitter.com/DineshDSouza/statuses/1691430929867124736
- http://twitter.com/DineshDSouza/statuses/1694103916013637774
- http://twitter.com/DineshDSouza/statuses/1694111357124354181
- http://twitter.com/DineshDSouza/statuses/1694111834561765805
- http://twitter.com/DineshDSouza/statuses/1694114832759263250

- http://twitter.com/DineshDSouza/statuses/1694899064892997913
- http://twitter.com/DineshDSouza/statuses/1694899722438287502
- http://twitter.com/DineshDSouza/statuses/1694900051439415643
- http://twitter.com/DineshDSouza/statuses/1694910400649662787
- http://twitter.com/DineshDSouza/statuses/1695118258276352207
- http://twitter.com/DineshDSouza/statuses/1695120351104004375
- http://twitter.com/DineshDSouza/statuses/1695120750670201210
- http://twitter.com/DineshDSouza/statuses/1695121818816823401
- http://twitter.com/DineshDSouza/statuses/1695122520062509158
- http://twitter.com/DineshDSouza/statuses/1695124039876952481
- http://twitter.com/DineshDSouza/statuses/1695185883568152611
- http://twitter.com/DineshDSouza/statuses/1696512853002383401
- http://twitter.com/DineshDSouza/statuses/1696994356421345665
- http://twitter.com/DineshDSouza/statuses/1697064572765564950
- http://twitter.com/DineshDSouza/statuses/1697342111585042472
- http://twitter.com/DineshDSouza/statuses/1697342440842170848
- http://twitter.com/DineshDSouza/statuses/1699584293985538363
- http://twitter.com/DineshDSouza/statuses/1699849967085461945
- http://twitter.com/DineshDSouza/statuses/1699890967095157241
- http://twitter.com/DineshDSouza/statuses/1700763656366018904
- http://twitter.com/DineshDSouza/statuses/1701269183370063911
- http://twitter.com/DineshDSouza/statuses/1701664034179740089
- http://twitter.com/DineshDSouza/statuses/1701673012867579995
- http://twitter.com/DineshDSouza/statuses/1701696791232573748
- http://twitter.com/DineshDSouza/statuses/1704455086234091855
- http://twitter.com/DineshDSouza/statuses/1707022177294311910
- http://twitter.com/DineshDSouza/statuses/1710014564291539022

- http://twitter.com/DineshDSouza/statuses/1710321842953626011
- http://twitter.com/DineshDSouza/statuses/1711778646329860476
- http://twitter.com/DineshDSouza/statuses/1712100680733708370
- http://twitter.com/DineshDSouza/statuses/1712878952845377915
- http://twitter.com/DineshDSouza/statuses/1714290557420470304
- http://twitter.com/DineshDSouza/statuses/1715125863497281885
- http://twitter.com/DineshDSouza/statuses/1716245329631224260
- http://twitter.com/DineshDSouza/statuses/1716414160152457634
- http://twitter.com/DineshDSouza/statuses/1716912823035699493
- http://twitter.com/DineshDSouza/statuses/1717202381404839944
- http://twitter.com/DineshDSouza/statuses/1721669212379246881
- http://twitter.com/DineshDSouza/statuses/1725295865646985674
- http://twitter.com/DineshDSouza/statuses/1725573661489303796
- http://twitter.com/DineshDSouza/statuses/1735112705390920137
- http://twitter.com/DineshDSouza/statuses/1735419678791512218
- http://twitter.com/DineshDSouza/statuses/1747086557205471487
- http://twitter.com/DineshDSouza/statuses/1757941127938777421
- http://twitter.com/DineshDSouza/statuses/1757942055647498447
- http://twitter.com/DineshDSouza/statuses/1757964715907489905
- http://twitter.com/DineshDSouza/statuses/1757967889485775157
- http://twitter.com/DineshDSouza/statuses/1765558004072460685
- http://twitter.com/DineshDSouza/statuses/1774949198779097091
- http://twitter.com/DineshDSouza/statuses/1791959780480663575
- http://twitter.com/djmikegeorge1/statuses/1691980798050861223
- http://twitter.com/DolandMar123/statuses/1524721141096632320
- http://twitter.com/DougDou29341890/statuses/1590834317097586688
- http://twitter.com/DYLZAK/statuses/1702320068976365751

- http://twitter.com/EdifosS/statuses/1531249575515807745
- http://twitter.com/EWenson65/statuses/1524085693525508096
- http://twitter.com/G65Joe/statuses/1523807364758966272
- http://twitter.com/Godfightbattles/statuses/1709252030143836251
- http://twitter.com/Golficus/statuses/1686892010790072322
- http://twitter.com/Golficus/statuses/1744829148432884098
- http://twitter.com/gregkellyusa/statuses/1526319526002008065
- http://twitter.com/HabdankJ/statuses/1523000842336358400
- http://twitter.com/haileym_mc/statuses/1630612396568870912
- http://twitter.com/haplar/statuses/1538948071677214722
- http://twitter.com/hardie_joseph/statuses/1535477430701281280
- http://twitter.com/HenryGirard80/statuses/1523353620384604162
- http://twitter.com/HHoitz/statuses/1551382394367840256
- http://twitter.com/hotninjapoop/statuses/1523590032946532353
- http://twitter.com/humunculero/statuses/1525239622334226434
- http://twitter.com/JamesMtrev007/statuses/1524778329886294016
- http://twitter.com/jayyemmarr/statuses/1528470723676676096
- http://twitter.com/JeffMelodyberg/statuses/1659688077865127936
- http://twitter.com/johnbind2/statuses/1538994185877041152
- http://twitter.com/JonRFleming/statuses/1544391679985287168
- http://twitter.com/JonRFleming/statuses/1546541063745191937
- http://twitter.com/JonRFleming/statuses/1590826985441624066
- http://twitter.com/JujuHachey62/statuses/1523366017778749441
- http://twitter.com/Jules31415/statuses/1522370888112427009
- http://twitter.com/KimRand60081765/statuses/1543078604183162881
- http://twitter.com/kinnypa/statuses/1523457796049567745
- http://twitter.com/LanthanKelley/statuses/1699332131523338330

- http://twitter.com/LarrabeeNed/statuses/1579340529783173120
- http://twitter.com/leetelbert/statuses/1584532218344443904
- http://twitter.com/LindaCh10049951/statuses/1723496655020769356
- http://twitter.com/LionessArising4/statuses/1531288544966221825
- http://twitter.com/LisamLouisiana/statuses/1526331555177717760
- http://twitter.com/LisaSteelersGal/statuses/1529320642079776773
- http://twitter.com/loripgraves13/statuses/1525579867596660736
- http://twitter.com/MarieReshel/statuses/1535309565218017280
- http://twitter.com/MarioSumpul/statuses/1587976786247241730
- http://twitter.com/Michael_Cook64/statuses/1599413028487041025
- http://twitter.com/MichaelJaco9/statuses/1523459512136441859
- http://twitter.com/MichelleLGro/statuses/1527757980954808320
- http://twitter.com/michelM25228911/statuses/1547279314076450817
- http://twitter.com/mickgeo2/statuses/1525909547415650304
- http://twitter.com/MikeMayoral/statuses/1688367922144505856
- http://twitter.com/mkcombs2/statuses/1525670696268996608
- http://twitter.com/MklZub/statuses/1525523532637163521
- http://twitter.com/Mrtootaxed/statuses/1739277836848885869
- http://twitter.com/navyguns81/statuses/1582892301092675584
- http://twitter.com/Nezello/statuses/1784638007242309663
- http://twitter.com/Patriots_Free__/statuses/1520820747865772034
- http://twitter.com/PatRossBallard1/statuses/1524036557740683265
- http://twitter.com/pn_warner/statuses/1592700928809136130
- http://twitter.com/PootDibou/statuses/1574375015142801409
- http://twitter.com/PootDibou/statuses/1657114066354163740
- http://twitter.com/RedPillEagl/statuses/1555349502566940672
- http://twitter.com/RJPez1/statuses/1530621113256099843

- http://twitter.com/RMaioris/statuses/1540137782961590273
- http://twitter.com/Roadrot2022/statuses/1528191092750962689
- http://twitter.com/scottrainey29/statuses/1533253310827880450
- http://twitter.com/SilentlyInvaded/statuses/1524211166284636160
- http://twitter.com/stayteekag/statuses/1521993435644940291
- http://twitter.com/stephen_of_borg/statuses/1523639961848713216
- http://twitter.com/StovexKlmnel/statuses/1657821293629308929
- http://twitter.com/StreetsMilton/statuses/1584027571737722880
- http://twitter.com/TalkMullins/statuses/1603414982670127104
- http://twitter.com/Tnewcomb61/statuses/1521855227267371010
- http://twitter.com/truthseeka20/statuses/1576685043631951872
- http://twitter.com/TweetyB14080354/statuses/1535131789634613248
- http://twitter.com/txranchmac/statuses/1727403676032028889
- http://twitter.com/usebigears/statuses/1537535600189771776
- http://twitter.com/utvolfl/statuses/1533165807009730562
- http://twitter.com/wcstephens/statuses/1700129546044105076
- http://twitter.com/Whistler68/statuses/1742689703340720156
- http://twitter.com/ZeursCary/statuses/1693280880163201506
- https://americasbestpics.com/video/stolen-election-it-appears-so-trump-wins-just-by-removing-QbrsD4YX9
- https://dinesh.locals.com/post/2083099/2000-mules
- https://gab.com/Docjustaguy/posts/110075429475913532
- https://gab.com/Jram/posts/108940677232561140
- https://gab.com/Marisa216/posts/108775486504655460
- https://gab.com/midnightprince7/posts/111239588129517473
- https://gab.com/REXCROWN/posts/109207423036472309
- https://gab.com/SilverVixen20/posts/108757085126494946
- https://gab.com/TotoLandMan/posts/111353260148946729

- https://gab.com/trumpylatinotoo/posts/108943644404662143
- https://gab.com/Vettle1/posts/109486361825883990
- https://gettr.com/post/p17fvp82815
- https://gettr.com/post/p18ytm72942
- https://gettr.com/post/p240bmabf19
- https://gettr.com/post/p2jijvd10cb
- https://gettr.com/post/p2x66d959b5
- https://gettr.com/post/p2x9nztb869
- https://gettr.com/post/p2xihct2ad2
- https://m.facebook.com/ScottyMoore4FL/videos/free-and-fair-elections-matter-our-american-constitutional-republic-was-attacked/537526474637344/?locale=ms_MY
- https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html/
- https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2
- https://rumble.com/v1238uc-2000-mules-trailer.html/
- https://rumble.com/v124geo-2000-mules-extended-trailer.html
- https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4
- https://rumble.com/v13qlbn-catherine-engelbrecht-joins-tucker-to-discuss-the-groundbreaking-technology.html?mref=hsiwx&mrefc=3
- https://rumble.com/v13v4sv-2000-mules.html
- https://rumble.com/v13zwyp-true-the-vote-this-is-not-the-end.html?mref=hsiwx&mrefc=7
- https://rumble.com/v14e37k-carpet-bomb-normies-2000-mules-reeeeee-stream-05-11-22.html
- https://rumble.com/v14no71-epoch-times-obama-affiliated-ngos-poured billions-to-steal-elections.html?mref=hsiwx&mrefc=6
- https://rumble.com/v15083x-back-by-popular-demand-2000-mules-in-theaters-this-week.html

- https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone needs-to-watch-2000-mules-51.html
- https://rumble.com/v1579sf-unlawful-conduct-dinesh-dsouza-podcast-ep333.html
- https://rumble.com/v157zl8-dinesh-dsouza-georgia-lawmakers-refuse-to-investigate-mules.html
- https://rumble.com/v15bqe0-critiques-and-rebuttals-dinesh-dsouza-podcast-ep334.html
- https://rumble.com/v16z0k3-arizona-senate-hearing-may-31-2022.html
- https://rumble.com/v170zjd-kari-lake-on-the-true-the-vote-hearing-in-the-az-state-senate.html
- https://rumble.com/v1agnny-blurring-the-dog-dinesh-dsouza-podcast-ep361.html
- https://rumble.com/v1fwop3-full-event-from-the-pit-a-vital-strategy-session-presented-by-true-the-vote.html
- https://rumble.com/v1puzer-2000-mules-special.html
- https://rumble.com/v1pvo7o-2000- mules-redux-with-dinesh-dsouza-and-anna-paulina-luna.html
- https://rumble.com/v1qtang-danielle-dsouza-gill-is-a-proud-ultra-maga.html
- https://rumble.com/v1r0b5s-real-america-dan-ball-w-dinesh-dsouza-true-the-vote-founders-arrested-11122.html
- https://rumble.com/v1rbuh8-desperation-dsouza-podcast-ep449.html
- https://rumble.com/v1rt8tq-the-konnech-ceo-should-be-in-jail-not-catherine-and-gregg-of-true-the-vote.html
- https://rumble.com/v324ki6-gregg-phillips-and-catherine-engelbrecht-that-wsj-article-is-end-to-end-ina.html
- https://rumble.com/v330nok-thrown-in-prison-for-not-snitching-injustice-and-2000-mules.html
- https://rumble.com/v4hbn5r-president-donald-j-trump-on-the-joe-pags-show.html
- https://t.me/Banners4Freedom/419
- https://t.me/Banners4Freedom/420
- https://t.me/BrianCatesDiscussionGroup/3260187
- https://t.me/BrianCatesDiscussionGroup/3260197
- https://truthsocial.com/@AnaJulia1965/posts/108361523816383496

- https://truthsocial.com/@AnaJulia1965/posts/108361537876196939
- https://truthsocial.com/@Banners4Freedom/posts/108488923789206749
- https://truthsocial.com/@Banners4Freedom/posts/108488924866404636
- https://truthsocial.com/@billyghorton/posts/108454236031639702
- https://truthsocial.com/@Brajdic777/posts/112323068670865378
- https://truthsocial.com/@cletusQServetus/posts/108553925510845751
- https://truthsocial.com/@DineshDSouza/posts/108184435073062228/
- https://truthsocial.com/@DineshDSouza/posts/108322959068782884
- https://truthsocial.com/@DineshDSouza/posts/108409174893649611
- https://truthsocial.com/@jennallynjones/posts/108318562919808693
- https://truthsocial.com/@juleslc/posts/112317630450800956
- https://truthsocial.com/@LadyJ69/posts/112318109950083614
- https://truthsocial.com/@LEDG1948/posts/112367387428798558
- https://truthsocial.com/@realDonaldTrump/posts/108245405230557999
- https://truthsocial.com/@realDonaldTrump/posts/108250221632303429
- https://truthsocial.com/@RIIBOBCE/posts/108518393621990157
- https://truthsocial.com/@The_FSOJ/posts/112382277396441442
- https://truthsocial.com/@USFF45/posts/108553922753489293
- https://twitter.com/BernardKerik/status/1522049851185319936
- https://twitter.com/BillsPub/status/1757038551710011650
- https://twitter.com/BullshitReturns/status/1562205744338018304
- https://twitter.com/CargileForCA35/status/1524584846797856768
- https://twitter.com/ChanelRion/status/1528812903494819842
- https://twitter.com/dbongino/status/1524548414859526145
- https://twitter.com/DC_Draino/status/1631399029148995584
- https://twitter.com/DineshDSouza/status/1518041311210782721/
- https://twitter.com/DineshDSouza/status/1523659231341461504

- https://twitter.com/DineshDSouza/status/1523676024336424960
- https://twitter.com/DineshDSouza/status/1524736307024609283
- https://twitter.com/DineshDSouza/status/1524890519188525058
- https://twitter.com/DineshDSouza/status/1526903524130537472
- https://twitter.com/DineshDSouza/status/1527020313531363329
- https://twitter.com/DineshDSouza/status/1527366339823669248
- https://twitter.com/DineshDSouza/status/1536378544254644224
- https://twitter.com/DineshDSouza/status/1537427073819713536
- https://twitter.com/DineshDSouza/status/1537538830882029579
- https://twitter.com/DineshDSouza/status/1537809855603527680
- https://twitter.com/DineshDSouza/status/1538211490741772289
- https://twitter.com/DineshDSouza/status/1538525846025162754
- https://twitter.com/DineshDSouza/status/1542280606121431040
- https://twitter.com/DineshDSouza/status/1542489989551898626
- https://twitter.com/DineshDSouza/status/1561117901385568257
- https://twitter.com/DineshDSouza/status/1562169408805552128
- https://twitter.com/DineshDSouza/status/1567251267696590850
- https://twitter.com/DineshDSouza/status/1568345679637905408
- https://twitter.com/DineshDSouza/status/1580234695211483143
- https://twitter.com/DineshDSouza/status/1588264145991999488
- https://twitter.com/DineshDSouza/status/1774949198779097091
- https://twitter.com/DonaldJTrumpJr/status/1488883297866469381
- https://twitter.com/DrPaulGosar/status/1518960352871993351
- https://twitter.com/drscottjensen/status/1523774155942154240
- https://twitter.com/haveaconcern/status/1523634583492718593
- https://twitter.com/JennaEllisEsq/status/1521997756117790721
- https://twitter.com/KatyinIndy/status/1651302831217836032

- https://twitter.com/laurenboebert/status/1522570349208117249
- https://twitter.com/madisonkid1973/status/1524005142370177024
- https://twitter.com/pnjkrull/status/1523642794585124865
- https://twitter.com/PootDibou/status/1562518980337729536
- https://twitter.com/RandyRen4/status/1562171100842303488
- https://twitter.com/realLizUSA/status/1513586022394826762
- https://twitter.com/realTonyRay/status/1585868248498597888
- https://twitter.com/RonnyJacksonTX/status/1527396487721795584
- https://twitter.com/rumblevideo/status/1523325160937312257
- https://twitter.com/rumblevideo/status/1523326395694342144
- https://twitter.com/SheriffTNehls/status/1489290995762176000
- https://twitter.com/SheriffTNehls/status/1521994275868844034
- https://twitter.com/stormson5150/status/1747146909486080027
- https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid028erCPC9CFTT1447xhKUcfxA1fiQGHW5zkLVmt8bQo7NgkrMJhniZNmfAZLxhVfARl&show_text=true&width=500
- https://www.facebook.com/plugins/post.php?href=https%3A%2F%2Fwww.facebook.com%2FTrueTheVote%2Fposts%2Fpfbid038MbJziMYJ9GcNXgHRtytiX2Wy2k44Z6vw1cFghWnJtfH9X3TPZytkov9THZG1GMTl&show_text=true&width=500
- https://www.facebook.com/TrueTheVote/posts/1187649231982163/
- https://www.facebook.com/TrueTheVote/videos/3304988439758013/
- https://www.facebook.com/watch/?v=1381334499041217&ref=sharing/
- https://www.facebook.com/watch/?v=1998103633731157
- https://www.facebook.com/watch/?v=335770281958423
- https://www.facebook.com/watch/?v=537526474637344
- https://www.instagram.com/p/CcGy5Q2p8aC/
- https://www.instagram.com/p/Cct3Y-cjupV
- https://www.instagram.com/p/CdjKQ4Ju1S7/
- https://www.instagram.com/p/CdLLAbhuVKL/?hl=en&img_index=1

- https://www.instagram.com/p/CdN1ud6D11e/
- https://www.instagram.com/p/CdTt8_ujYbI/
- https://www.reddit.com/r/FindAPerson/comments/zrze8b/solve_this/
- https://www.reddit.com/r/RBI/comments/1yio4g/need_help_identifying_serial_theifs_car_from/
- https://www.youtube.com/watch?app=desktop&v=XyhjDksRZ-U
- https://www.youtube.com/watch?v=MQHH456KP34

**Social Media Comments**

- https://gettr.com/comment/c1oeatj2bb4
- https://gettr.com/comment/c1xl4943387
- https://gettr.com/comment/c1yp0s675e3
- https://gettr.com/comment/c28d634bec8
- https://gettr.com/comment/c28d698e575
- https://gettr.com/comment/c28emyb6eab
- https://gettr.com/comment/c28hpj2cac7
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108585852
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108599282
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108665275
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108666175
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-108680783
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-111165982
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-111756925
- https://rumble.com/v1238uc-2000-mules-trailer.html#comment-112494734
- https://www.facebook.com/TrueTheVote/posts/pfbid02FPH36t6GykqGNtjqKAoCPDpLjzx3UhnXfxVnZ ZRQp7MqqKwzxQ2ngNaFkEvAmMUBl?comment_id=746761906686194
- https://www.facebook.com/TrueTheVote/posts/pfbid0m7vYPQ8FP84sj14xbH2NvMEWUeHC5fPiPiMXRv

cZMHVbEeW82MsHVk3yiY4oXKEnl?comment_id=1084641622266110&reply_comment_id=367113608786097

- https://www.youtube.com/watch?v=LoRp9PpiNQE&lc=Ugwlc8Nah1jNkx_lvT54AaABAg

**Damages Model References**

- Ala. Code § 6-5-774
- *Cabaniss v. Hipsley*, 114 Ga.App. 367 (1966)
- Cal. Civ. Code § 3344 (West)
- FindLaw.com, *Arizona Revised Statutes Title 13. Criminal Code § 13-1425. Unlawful disclosure of images depicting states of nudity or specific sexual activities; classification; definitions*, (March 08, 2022), https://codes.findlaw.com/az/title-13-criminal-code/az-rev-st-sect-13-1425/
- FindLaw.com, *Connecticut General Statutes Title 53A. Penal Code § 53a-189c. Unlawful dissemination of an intimate image: Class A misdemeanor*, (June 28, 2021), https://codes.findlaw.com/ct/title-53a-penal-code/ct-gen-st-sect-53a-189c/
- FindLaw.com, *District of Columbia Code Division IV. Criminal Law and Procedure and Prisoners. § 22-3052.* Unlawful disclosure, (Jan. 01, 2020), https://codes.findlaw.com/dc/division-iv-criminal-law-and-procedure-and-prisoners/dc-code-sect-22-3052/
- *Genesis Publications, Inc. v. Goss*, 437 So.2d 169 (1983)
- 765 Ill. Comp. Stat. Ann. 1075/1
- *Malott v. Goodlett*, No. 317CV00578CHBRSE, 2020 WL 12968413 (W.D. Ky. Dec. 30, 2020), report and recommendation adopted as modified, No. 3:17-CV-578-CHB, 2021 WL 6804127 (W.D. Ky. Feb. 24, 2021)
- *Patel v. Hussain*, 485 S.W.3d 153 (2016)
- *Whisper Wear, Inc. v. Morgan*, 277 Ga.App. 607 (2006)

**TV Rating References**

- https://www.johnfredericksradio.com/wp-content/uploads/2024/02/JFRS-Monthly-Reach-Report-JAN-2024.pdf
- https://www.adweek.com/tvnewser/here-are-the-top-rated-cable-news-shows-for-may-22/

**Box Office References**

- https://www.boxofficemojo.com/release/rl1665238529/
- https://www.boxofficemojo.com/release/rl2915074817/
- https://www.boxofficemojo.com/release/rl3041101313/

**Databases**

- Brandwatch, https://www.brandwatch.com/
- SEMRush, https://www.semrush.com/analytics/traffic/
- Google Lens, https://lens.google/

## APPENDIX D – AT-ISSUE PUBLICATIONS CONSIDERED

| Compl. ¶ | Publication | Date | Type | Venue | URL |
|---|---|---|---|---|---|
| 45 | 2000 Mules Trailer | | Website | 2000 Mules Website | https://2000mules.com/ |
| *See* 45 | 2000 Mules Trailer | | Website | Salem News Channel | https://salemnewschannel.com/watch/2000-mules-extended-trailer-a-film-on-election-integrity-charlie-kirk-6266e365bbf5b900010a0ccc |
| 69 | TTV on Facts Matter with Roman Balmakov 5/13 | 5/14/22 | Website | TTV site | https://truethevote.org/news/the-epoch-times-interview-about-who-is-funding-the-ballot-mules |
| 43 | D'Souza on NTD News channel WMBC 63 5/4 | 9/13/22 | TV News | NTD News | https://mms.tveyes.com/transcript.asp?StationID=12090&DateTime=9/13/2022%20%209:00:46%20PM&playclip%20=true&pbc=search%3a%2b |
| 63 | Tucker Carlson 5/5 | 5/6/22 | TV News | Fox News | n/a |
| 139 | D'Souza on Weekly Briefing with Chanel Rion 5/20 | 5/20/22 | TV News | OANN | https://www.mediamatters.org/media/3988753 |
| 145 | D'Souza on KUSI News 5/20 | 5/23/22 | TV News | KUSI | https://web.archive.org/web/20221228055134/https://www.kusi.com/dinesh-dsouza-on-the-success-of-his-new-film-2000-mules/?fbclid=IwAR3LB8eLsSXx0xKeLxQvaNnYn84JdbN6tiSQaQ7c0rkmVTZGQRcvwRaGUE4 |
| 65 | D'Souza on OANN's Tipping Point 5/11 | 5/11/22 | TV News | OANN | https://www.mediamatters.org/media/3988751 |
| 142 | D'Souza on Real America with Dan Ball 5/17 | 5/17/22 | TV News | OANN | n/a |
| 47 | 2000 Mules Trailer | 4/23/22 | Online Video | Rumble | https://rumble.com/v1238uc-2000-mules-trailer.html |
| 47 | 2000 Mules Trailer | 4/23/22 | Online Video | Rumble | https://rumble.com/v124geo-2000-mules-extended-trailer.html |

| Compl. ¶ | Publication | Date | Type | Venue | URL |
|---|---|---|---|---|---|
| 49 | Charlie Kirk Show 4/8 | 4/8/22 | Online Video | Rumble | https://rumble.com/v10ajh2-how-the-did-it-true-the-votes-catherine-engelbrecht-and-gregg-phillips-on-t.html |
| 49 | Charlie Kirk Show 4/8 | 4/13/22 | Online Video | Rumble | https://rumble.com/v10ubu3-charlie-kirk-interviews-true-the-vote.html?mref=hsiwx&mrefc=2 |
| 63 | Tucker Carlson 5/5 | 5/5/22 | Online Video | Rumble | https://rumble.com/v13oocs-tucker-carlson-tonight-catherine-engelbrecht-may-5-2022.html?mref=hsiwx&mrefc=4 |
| 63 | Tucker Carlson 5/5 | 5/6/22 | Online Video | Rumble | https://rumble.com/v13qlbn-catherine-engelbrecht-joins-tucker-to-discuss-the-groundbreaking-technology.html?mref=hsiwx&mrefc=3 |
| 69 | TTV on Facts Matter with Roman Balmakov 5/13 | 5/13/22 | Online Video | Rumble | https://rumble.com/v14no71-epoch-times-obama-affiliated-ngos-poured billions-to-steal-elections.html?mref=hsiwx&mrefc=6 |
| 142 | D'Souza on Real America with Dan Ball 5/17 | 5/17/22 | Online Video | Rumble | https://rumble.com/v1548vv-real-america-dan-ball-w-dinesh-dsouza-everyone needs-to-watch-2000-mules-51.html |
| 64 | TTV Video | 5/8/22 | Online Video | Rumble | https://rumble.com/v13zwyp-true-the-vote-this-is-not-the-end.html?mref=hsiwx&mrefc=7 |
| 149 | TTV on Facts Matter with Roman Balmakov 5/13 | 6/3/22 | Online Video | YouTube | https://www.youtube.com/watch?v=LoRp9PpiNQE |
| 69 | TTV on Facts Matter with Roman Balmakov 5/13 | 5/13/22 | Online Video | Epoch Times site | https://www.theepochtimes.com/epochtv/obama-affiliated-ngos-poured-billions-into-local-insurgencies-to-steal-2020-election-analyst-4458553 |
| 54 | D'Souza on NTD News channel WMBC 63 5/4 | 5/4/22 | Online Video | NTD News | https://www.ntd.com/ntd-news-today-full-broadcast-may-4-3_774836.html |
| 59 | D'Souza on The Epoch Times' *Crossroads* 5/6 | 5/6/22 | Online Video | Epoch Times | https://www.theepochtimes.com/dinesh-dsouza-enough-fraud-was-committed to-steal-2020-election_4443068.html |
| 63 | Tucker Carlson 5/5 | 5/6/22 | Online Video | Fox News | n/a |

| Compl. ¶ | Publication | Date | Type | Venue | URL |
|---|---|---|---|---|---|
| 139 | D'Souza on Weekly Briefing with Chanel Rion 5/20 | 5/23/22 | Social Media Platform | X | https://twitter.com/ChanelRion/status/1528812903494819842 |
| 47 | 2000 Mules Trailer | 4/23/22 | Social Media Platform | Facebook | https://www.facebook.com/TrueTheVote/posts/1187649231982163/ |
| 56 | Tucker Carlson 5/5 | 5/6/22 | Social Media Platform | Facebook | https://www.facebook.com/watch/?v=1381334499041217&ref=sharing |
| 64 | TTV Video | 5/8/22 | Social Media Platform | Facebook | https://www.facebook.com/watch/?v=335770281958423 |
| 166 | 2000 Mules Music Video Trailer | 10/22/22 | Social Media Platform | Facebook | https://www.facebook.com/TrueTheVote/videos/3304988439758013/ |
| 47 | 2000 Mules Trailer | 4/23/22 | Social Media Platform | Instagram | https://www.instagram.com/p/Cct3Y-cjupV/ |
| 63 | Tucker Carlson 5/5 | 5/6/22 | Social Media Platform | Instagram | https://www.instagram.com/p/CdN1ud6D11e/ |
| 64 | TTV Video | 5/8/22 | Social Media Platform | Instagram | https://www.instagram.com/p/CdTt8_ujYbI/ |

## APPENDIX E – IMPRESSIONS MODEL

| | Compl. ¶ | Publication | Date | Type | Venue | Document ID | Views / Impressions | |
|---|---|---|---|---|---|---|---|---|
| **Web** | | | | | | | | |
| | 45 | **2000 Mules Trailer** | | Website | 2000 Mules Website | LTMAD-0000007 | | 1,761,061 |
| | 69 | **TTV on Facts Matter with Roman Balmakov 5/13** | 5/14/22 | Announcement | TTV site | LTMAD-0000115 | | 29,853 |
| | *See* 45 | **2000 Mules Trailer** | | Website | Salem News Channel | | | n/a |
| | | | | | | | **Web SUBTOTAL** | **1,790,914** |
| **TV** | | | | | | | | |
| | 43 | **D'Souza on NTD News channel WMBC 63 5/4** | 9/13/22 | News | NTD News | LTMAD-0000042 | | n/a |
| | 63 | **Tucker Carlson 5/5** | 5/6/22 | News | Fox News | LTFNN_0000001 | | 3,047,000 |
| | 139 | **D'Souza on Weekly Briefing with Chanel Rion 5/20** | 5/20/22 | Video | OANN | | | n/a |
| | 145 | **D'Souza on KUSI News 5/20** | 5/23/22 | News | KUSI | LTMAD-0000336 and LTMAD-0000338 | | n/a |
| | 65 | **D'Souza on OANN's Tipping Point 5/11** | 5/11/22 | Video | OANN | | | n/a |
| | 142 | **D'Souza on Real America with Dan Ball 5/17** | 5/17/22 | TV | OANN | | | n/a |
| | | | | | | | **TV SUBTOTAL** | **3,047,000** |

| | Compl. ¶ | Publication | Date | Type | Venue | Document ID | Views / Impressions | |
|---|---|---|---|---|---|---|---|---|
| **Online Video** | | | | | | | | |
| | **Rumble** | | | | | | | |
| | 47 | **2000 Mules Trailer** | 4/23/22 | Rumble | DD Rumble | LTMAD-0000148 | | 6,630,000 |
| | 47 | **2000 Mules Trailer** | 4/23/22 | Rumble | TTV Rumble | LTMAD-0000195 | | 932,000 |
| | 49 | **Charlie Kirk Show 4/8** | 4/8/22 | Rumble | Charlie Kirk Show Rumble | LTMAD-0000169 | | 4,590,000 |
| | 49 | **Charlie Kirk Show 4/8** | 4/13/22 | Rumble | TTV Rumble | LTMAD-0000178 | | 967 |
| | 63 | **Tucker Carlson 5/5** | 5/5/22 | Rumble | TTV Rumble | LTMAD-0000054 | | 9,340 |
| | 63 | **Tucker Carlson 5/5** | 5/6/22 | Rumble | DD Rumble | LTMAD-0000143 | | 778,000 |
| | 69 | **TTV on Facts Matter with Roman Balmakov 5/13** | 5/13/22 | Rumble | TTV Rumble | LTMAD-0000131 | | 100,000 |
| | 142 | **D'Souza on Real America with Dan Ball 5/17** | 5/17/22 | Rumble | OANN Rumble | LTMAD-0000047 | | 69,500 |
| | 64 | **TTV Video** | 5/8/22 | Rumble | TTV Rumble | LTMAD-0000123 | | 143,000 |
| | **You Tube** | | | | | | | |
| | 149 | **TTV on Facts Matter with Roman Balmakov 6/3** | 6/3/22 | YouTube | Facts Matter YouTube | LTMAD-0000004 | | 384,000 |
| | **Other sites** | | | | | | | |
| | 54 | **D'Souza on NTD News channel WMBC 63 5/4** | 5/4/22 | Video | NTD News | LTMAD-0000362 | | n/a |
| | 59 | **D'Souza on The Epoch Times' *Crossroads* 5/6** | 5/6/22 | Video | Epoch Times site | LTMAD-0000380 | | 134,700 |
| | 63 | **Tucker Carlson 5/5** | 5/6/22 | VIdeo | Fox News | LTFNN_0000001 | | 12,168 |

| | Compl. ¶ | Publication | Date | Type | Venue | Document ID | Views / Impressions | |
|---|---|---|---|---|---|---|---|---|
| | 69 | **TTV on Facts Matter with Roman Balmakov 5/13** | 5/13/22 | Video | Epoch Times site | LTMAD-0000382 | | 175,200 |
| | | | | | | | **Online Videos SUBTOTAL** | **13,958,875** |
| **Social** | | | | | | | | |
| | **X** | | | | | | | |
| | 139 | **D'Souza on Weekly Briefing with Chanel Rion 5/20** | 5/23/22 | Twitter | Chanel Rion Twitter | | | 21,712 |
| | **FB** | | | | | | | |
| | 47 | **2000 Mules Trailer** | 4/23/22 | Facebook | TTV Facebook | LTMAD-0000099 | | 12,800 |
| | 56 | **Tucker Carlson 5/5** | 5/6/22 | Facebook | TTV Facebook | LTMAD-0000137 | | 253,000 |
| | 64 | **TTV Video** | 5/8/22 | Facebook | TTV Facebook | LTMAD-0000134 | | 96,700 |
| | 166 | **2000 Mules Music Video Trailer** | 10/22/22 | Facebook | TTV Facebook | | | 11,000 |
| | **IG** | | | | | | **Facebook SUBTOTAL** | **373,500** |
| | 47 | **2000 Mules Trailer** | 4/23/22 | Instagram | TTV Instagram | LTMAD-0000102 | | 3,587 |
| | 63 | **Tucker Carlson 5/5** | 5/6/22 | Instagram | TTV Instagram | LTMAD-0000118 | | 2,183 |
| | 64 | **TTV Video** | 5/8/22 | Instagram | TTV Instagram | LTMAD-0000331 | | 5,874 |
| | | | | | | | **Instagram SUBTOTAL** | **11,644** |

| | Compl. ¶ | Publication | Date | Type | Venue | Document ID | Views / Impressions | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **In Person Screening** | 70,157 |
| | | | | | | | **DVD** | 83,579 |
| | | | | | | | **Streaming** | 246,492 |
| | | | | | | | **GRAND TOTAL** | **19,603,873** |

# APPENDIX F – DAMAGES MODEL

*3x Attitude Change Multiplier*

Impression Target:[424] 18,537,423
Attitude Change Multiplier: 3x
Impression Rate: 5%
Blog Open Rate: 50%[425]

| Impression Source | Original Defamatory Impressions[426] | Target Impressions[427] | Adjusted Target Impressions[428] | CPM[429] | Other Unit Cost[430] | Total Cost[431] |
|---|---|---|---|---|---|---|
| Web blog | 1,790,914 | 5,372,742 | 10,745,484 | $35.00[432] | | $376,092 |
| TV | 1,980,550[433] | 5,941,650 | | $10.00[434] | | $59,417 |
| Rumble Influencers | 6,626,404 | 19,879,211 | | $50.00[435] | | $993,961 |
| Rumble Ad | 6,626,404 | 19,879,211 | | $6.60[436] | | $131,203 |
| YouTube Influencer | 384,000 | 1,152,000 | | $50.00[437] | | $57,600 |
| Other News (Epoch, NTD, Fox) Ad | 322,068 | 966,204 | | $1.21[438] | | $1,169 |
| Twitter Influencer | 21,712 | 65,136 | 1,302,720 | $2.00[439] | | $2,605 |
| Facebook Influencer | 373,500 | 1,120,500 | 22,410,000 | $25.00[440] | | $560,250 |
| Instagram Influencer | 11,644 | 34,932 | 698,640 | $10.00[441] | | $6,986 |
| In Person Screening | 70,157 | 12 days at 415 theaters[442] | | | $285.71[443] for 4 days ads per theater | $355,714 |
| DVD & Streaming | 330,071 | 990,213 | | | $0.74[444] per piece mail cost | $732,758 |
| | **18,537,423** | **55,401,798** | | | | **$3,277,755** |

---

424 The impressions estimate from the Impressions Model, see Appendix E.

425 Here, I used the average open rate of a Substack newsletter. For example, see https://substackcourse.com/what-is-a-good-substack-open-rate/ and https://timdenning.com/the-most-important-lessons-ive-learned-from-my-substack-newsletter-experiment/.

426 These are the output of the Impressions Model, see Appendix E.

427 The number of impressions allocated to the media type. Calculated using the following formula: Impression Target * Weight * Multiplier.

428 The number of impressions allocated to the media type, taking into account the impression rate for Twitter, Facebook, Instagram, and the bounce rate for web blog influencers. For all other media types the Adjusted Impressions are the same as the Target Impressions.

429 Ad cost per 1,000 impressions.

430 For In-Person Screening, it is ad cost per theater per day. For DVD Mailing, it is the cost per piece of mail. For all else, it is the CPM (cost per thousand impressions).

431 Calculated using the following formula: Theater Count * Cost Per Theater for In-Person Screening; Mailing Destinations * Cost Per Piece for DVD Mailing; and (Adjusted Impressions / 1000) * CPM for all others.

432 https://medium.com/@thenewsletternewsletter/cost-of-sponsorships-across-various-newsletters-22fe80bb561a/.

433 Fox News viewership as reported in the Impressions Model was 3,047,000. Discounted, the target impressions incorporated into the Damages Model is 65% of those impressions, or 1,980,550. This brings the overall Target Impressions from the Impressions Model total of 19,603,873 to 18,537,423.

434 https://keynesdigital.com/ctv-advertising-rates/.

435 I used the cost of YouTube Influencers for other video influencers. YouTube Influencers charge $50/1000 views, https://www.webfx.com/social-media/pricing/influencer-marketing/.

436 https://ignite45.com/parallel-economy/how-to-advertise-on-rumble/.

437 https://keynesdigital.com/ctv-advertising-rates/.

438 https://digiday.com/media/the-programmatic-open-marketplace-is-faltering-but-publishers-see-a-bright-spot-in-private-programmatic-deals/.

439 https://www.webfx.com/social-media/pricing/influencer-marketing/.

440 https://www.webfx.com/social-media/pricing/influencer-marketing/.

441 https://www.webfx.com/social-media/pricing/influencer-marketing/.

442 This is the number of theaters where the *2000 Mules* film was screened in person. LTPJ-0001576.

443 The cost per theater for a 30-second spot is at least $2000 for 4 weeks. The *2000 Mules* film was screened for at least 4 days, so the cost was estimated to be $2000/(4*7)*4≈$285.71. See https://www.bluelinemedia.com/movie-theater-cinema-advertising/.

444 To estimate the cost of our mail campaign, I used the USPS Direct Mail Cost Calculator (https://www.uspsdelivers.com/direct-mail-cost-calculator/) to "Estimate a Campaign." For the mail rate, I chose USPS Marketing Mail for bulk mailing. When prompted for the type of mail, I selected "Letters," which has the same price as Folded Self-mailers and Flats ($0.29 per piece). Postcards have a range of $0.19-$0.29 per piece, but I do not intend to use Postcards in this corrective campaign. For the design, I opted for the DIY option, saving the cost of outsourcing. Regarding the mailing list, I chose "House List," which is free since the campaign will use the defendants' existing mailing list gathered from customers. The final estimate for mailing 10,001-50,000 pieces is $37,000. To be conservative, I used the upper limit of 50,000 pieces, resulting in a cost of $0.74 per piece ($37,000/50,000).

*5x Attitude Change Multiplier*

Impression Target: 18,537,423
Attitude Change Multiplier: 5x
Impression Rate: 5%
Blog Open Rate: 50%

| Impression Source | Original Defamatory Impressions | Target Impressions | Adjusted Target Impressions | CPM | Other Unit Cost | Total Cost |
|---|---|---|---|---|---|---|
| Web blog | 1,790,914 | 8,954,570 | 17,909,139 | $35.00 | | $626,820 |
| TV | 1,980,550 | 9,902,750 | | $10.00 | | $99,028 |
| Rumble Influencers | 6,626,404 | 33,132,018 | | $50.00 | | $1,656,601 |
| Rumble Ad | 6,626,404 | 33,132,018 | | $6.60 | | $218,671 |
| YouTube Influencer | 384,000 | 1,920,000 | | $50.00 | | $96,000 |
| Other News (Epoch, NTD, Fox) Ad | 322,068 | 1,610,340 | | $1.21 | | $1,949 |
| Twitter Influencer | 21,712 | 108,560 | 2,171,200 | $2.00 | | $4,342 |
| Facebook Influencer | 373,500 | 1,867,500 | 37,350,000 | $25.00 | | $933,750 |
| Instagram Influencer | 11,644 | 58,220 | 1,164,400 | $10.00 | | $11,644 |
| In Person Screening | 70,157 | 20 days at 415 theaters | | | $285.71 for 4 days ads per theater | $592,857 |
| DVD & Streaming | 330,071 | 1,650,355 | | | $0.74 per piece mail cost | $1,221,263 |
| | **18,537,423** | **92,336,330** | | | | **$5,462,924** |

## APPENDIX G – MY ANALYSIS IS CONSERVATIVE

| Category | Conservative Assumption/Approach |
|---|---|
| Impressions Model | Many instances of Mr. Andrews' image being used are not included in the calculation of impressions, such as:<br>• Private screening events of the *2000 Mules* film (including one at Mar-a-Lago by former-President Trump)<br>• Third-party uploads of Mr. Andrews' image<br>• Secondary impressions generated by the *2000 Mules* book or DVD (either from multiple impressions related to a single purchase or via secondary market transactions)<br>• Piracy of the *2000 Mules* film<br>• Audio-only publications about and/or promotions of the *2000 Mules* film and book (including audio-only podcasts)<br>• Product listings for the *2000 Mules* film and book on retailer websites<br>• A Times Square billboard featuring Mr. Andrews' image promoting the *2000 Mules* film |
| | In addition, I understand Defendants have not produced all requested discovery data or produced the data too late to incorporate into this report. I reserve the right to supplement my analysis should this information become available. |
| Damages Model | Where a range of CPMs/costs for a given advertising medium were available I based my calculation on the low end of the range. This decision causes the total cost for the following sources to be conservative:<br>• TV<br>• Rumble Influencer<br>• YouTube Influencer<br>• In Person Screening<br>• DVD & Streaming |
| | Instead of allocating 100% of the target impressions related to defamatory impressions generated on Rumble to influencers, I allocated 50% to influencers and 50% to Rumble advertisements. This assumption serves to lower the total cost for this element of the corrective campaign, as it is less expensive to generate impressions via Rumble ads than influencers. |