# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04259-SDG
## Andrews v. D'Souza et al
## Honorable John H. Rains, IV

Minute Sheet for proceedings held on 01/07/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 04:00 P.M.
TIME IN COURT: 6:00
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Teressa Frazier

ATTORNEY(S) PRESENT: Peter Brogdon, Jared Davidson, Von DuBose, and Lea Kuck representing Mark Andrews
Amanda Hyland and Austin Vining representing Dinesh D'Souza and D'Souza Media LLC

OTHER(S) PRESENT: Mark Andrews
Dinesh D'Souza individually and on behalf of D'Souza Media LLC

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties met for mediation on 1/7/2026. The case did not settle.