IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA,** *et al.*,<br><br>Defendants. | Civil Action No. 1:22-CV-04259-SDG |

## JOINT STATUS REPORT AND REQUEST TO REOPEN CASE

On Wednesday, January 7, 2026, the Parties held a mediation before United States Magistrate Judge John H. Rains IV. The Parties did not reach a settlement. (*See* ECF No. 363.) Although the Parties continue to engage in productive negotiations, as they have not reached a settlement, they request that the Court reopen this case. (*See* ECF No. 359 (instructing the Parties to file a status report and, if necessary, a "request to reopen the case . . . within seven days after completion of the mediation").)

By: */s/ Von A. DuBose*

Von A. DuBose
Georgia Bar No. 231451

*/s/ Amanda Hyland*

Amanda Hyland
Georgia Bar No. 325115

<div style="columns:2">

Peter Aaron Brogdon, II
Georgia Bar No. 399961
DuBose Trial Law, LLC
128 Richardson Street SE
Atlanta, GA 30312
Tel: (404) 720-8111
dubose@dubosetrial.com
brogdon@dubosetrial.com

Lea Haber Kuck*
Quinn Balliett*
Scott Boisvert*
Danuta Egle*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com
quinn.balliett@ probonolaw.com
scott.boisvert@ probonolaw.com
danuta.egle@ probonolaw.com

Rajiv Madan*
Paige Braddy*
1440 New York Avenue NW
Washington, DC 20005
Tel: (202) 371-7000
raj.madan@ probonolaw.com
paige.braddy@ probonolaw.com

Vernon Thomas*
320 South Canal Street
Chicago, IL 60606
Tel: (312) 407-0700
vernon.thomas@ probonolaw.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020

Austin Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
BUCHALTER LLP
375 Piedmont Road NE, Suite 1150
Atlanta, GA 30305
Tel: (404) 832-7530
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendants*

</div>

2

Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Rachel E. Goodman*
Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
rachel.goodman@protectdemocracy.org
jared.davidson@protectdemocracy.org

Jane Bentrott*
Catherine Chen*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
Tel: 202-843-3092
jane.bentrott@protectdemocracy.org
catherine.chen@protectdemocracy.org

*Counsel for Plaintiff*
*Admitted Pro Hac Vice*