IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>　　　　Defendants. | Case No. 1:22-CV-04259-SDG |

**DINESH D'SOUZA'S AND D'SOUZA MEDIA LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Defendants Dinesh D'Souza and D'Souza Media LLC ("D'Souza Media," and collectively, "D'Souza Defendants") hereby seek leave to file Defendants' Supplemental Motion for Summary Judgment Out of Time under Fed. R. Civ. P. 6(b)(1)(B). A copy of the proposed supplemental motion for summary judgment, memorandum of law in support of the proposed supplemental motion for summary judgment, statement of undisputed material facts, and exhibits are attached hereto.

For the reasons set forth more fully in the accompanying Memorandum of Law in Support of D'Souza Defendants' Motion for Leave to File Their Supplemental Motion for Summary Judgment Out of Time, the supporting Affidavit

1

107011618v2

of Amanda G. Hyland, and Exhibit 3 attached hereto, D'Souza Defendants move for the entry of an Order providing leave for the D'Souza Defendants to file their supplemental motion for summary judgment on Plaintiff's claims.

Respectfully submitted this 30th day of January, 2026,

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
**BUCHALTER LLP**
3475 Piedmont Rd. NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLP*

107011618v2