IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ANDREWS,<br><br>    Plaintiff,<br><br>v.<br><br>DINESH D'SOUZA, TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, D'SOUZA MEDIA LLC, SALEM MEDIA GROUP, INC., REGNERY PUBLISHING, INC., and JOHN DOES,<br><br>    Defendants. | Case No. 1:22-CV-04259-SDG |

## DEFENDANTS DINESH D'SOUZA AND D'SOUZA MEDIA LLC'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Defendants Dinesh D'Souza and D'Souza Media LLC (collectively "D'Souza Defendants"), move this Court to maintain under seal the documents identified below that Plaintiff and True the Vote, Inc., Catherine Engelbrecht, and Gregg Phillips (collectively, the "TTV Parties") have designated as confidential, and which the D'Souza Parties contemporaneously file provisionally under seal with his Motion, pursuant to the protective order previously entered in this case. Doc. No. 139 (the "Protective Order").

<u>Documents Designated by Plaintiff and the TTV Parties</u>

The D'Souza Defendants' Memorandum of Law in Support of Their Motion for Leave to File Supplemental Motion for Summary Judgment Out of Time,

1

Affidavit of Amanda G. Hyland in Support of D'Souza Defendants' Motion for Leave to File D'Souza Defendants' Supplemental Motion for Summary Judgment Out of Time, D'Souza Defendants' Memorandum of Law in Support of Their Supplemental Motion for Summary Judgment, and D'Souza Defendants' Statement of Undisputed Material Facts, filed contemporaneously with this Motion, each cite to, quote, and/or reproduce information from documents which Plaintiff and the TTV Parties have designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY under the terms of the Protective Order. Doc. No. 139, pp. 3–4. Pursuant to this Court's Standing Order at III.h and ¶ 12 of the Protective Order, the parties conferred prior to this filing regarding the need to file under seal those documents designated as Confidential or Highly Confidential, and whether any less restrictive measures would provide adequate protection. The designating parties did not agree to a less restrictive measure.

At the request of the Plaintiff and TTV Parties, the D'Souza Defendants have agreed to file the Exhibits listed below under seal, in compliance with ¶ 12 of the Protective Order. Doc. 139 at 12-13 ("If the Designating Party does not agree to a less restrictive measure, the Receiving Party shall provisionally file all Confidential Material under seal and shall also file a motion to provisionally keep such Confidential Material under seal."). Plaintiff requests this Court's permission to provisionally maintain these documents under seal until "such time as the

Designating Party can file a motion to seal," which the Plaintiff and TTV Parties shall do within seven (7) days of the final filing in a related briefing. Protective Order, Doc. 139 at ¶ 12.

*Table 1: Exhibits Provisionally Filed Under Seal*

| Exhibit | Description | Non-Movant Designation |
|---|---|---|
| 1 | Confidential Settlement Agreement | Highly Confidential |
| 2 | Transcript for October 25, 2024, Deposition of Mark Andrews (excerpts) | Confidential |
| 3 | Confidential Settlement Agreement | Highly Confidential |

## CONCLUSION

The D'Souza Defendants request this Court maintain under seal the documents identified in Table 1 above until the Designating Parties file a motion to seal pursuant to the Protective Order.

Respectfully submitted this 30th day of January, 2026.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
Austin C. Vining
Georgia Bar No. 362473
Cory Mull
Georgia Bar No. 595376
**BUCHALTER LLP**

3475 Piedmont Rd. NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7350 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Attorneys for Defendants Dinesh D'Souza and D'Souza Media LLC*

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1C.

>	*/s/ Amanda G. Hyland*
>	Amanda G. Hyland
>	Georgia Bar No. 325115
>
>	*Attorney for Defendants Dinesh D'Souza*
>	*and D'Souza Media LLC*