**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MARK ANDREWS,

    Plaintiff,

        v.

DINESH D'SOUZA and D'SOUZA MEDIA LLC,

    Defendants.

Civil Action No.
1:22-cv-04259-SDG

## AMENDED ORDER SETTING JURY TRIAL

The jury trial of this case is scheduled to begin on **August 17, 2026 at 9:00 a.m.**, in Courtroom 1706, Richard B. Russell Federal Building, 75 Ted Turner Drive., S.W., Atlanta, GA 30303. It is possible that conflicting jury trials in the courthouse will necessitate delaying the start of trial until the next day, **August 18**. Counsel and the parties should be prepared for both possibilities.

A pretrial conference is set for **July 31, 2026, at 9:30 a.m.**, in the same courtroom. The Court may schedule additional pretrial conferences as necessary.

**Pre-Trial Deadlines**

- Motions in Limine:  **July 17, 2026**

- Responses to Motions in Limine:  **July 24, 2026**

- Consolidated Proposed Jury Charges and Verdict Form: **July 29, 2026**

- Courtesy copy of anticipated exhibits (preferably electronic), exhibit list, and witness list submitted to Chambers: **August 14, 2026 by noon**.

Further instructions concerning these and other submissions are provided below.

### Motions in Limine

Motions in Limine are encouraged to resolve anticipated issues of admissibility. However, boilerplate motions that are not specifically tailored to the anticipated evidence at trial, or motions that only generally ask the Court to follow a particular rule of evidence or a well-established principle of law, will be summarily denied.

### Proposed Jury Charges and Verdict Form

The parties must file a single, unified set of the proposed jury charges and verdict form. A Word version of the same must be forwarded via email to Chambers.

Counsel must use the Eleventh Circuit Pattern Jury Instructions, if applicable. When proposing charges for which there is not a pattern charge, counsel must provide citations to the legal authorities supporting the charge requested.

Each request to charge shall be numbered sequentially and on a separate page, with authority for the requested charge cited at the bottom of the page.

Where a proposed instruction is not agreed upon, the parties should indicate who is proposing the instruction and the legal basis for the instruction, as well as the legal basis for the other party's opposition to the instruction.

Counsel will have an opportunity to amend and/or supplement their proposed jury charges and verdict form prior to the charging conference.

**Exhibits, Exhibit List, and Witness List**

Each party shall submit to Chambers a copy of their anticipated exhibits, preferably in electronic form on a thumb drive. Each party shall also submit an exhibit list and witness list. The exhibit list must include the style of the case and case number in a header or footer and include the following column fields: (1) Exhibit Number; (2) Description; (3) Bates No. or Source (optional); (4) Date Tendered; (5) Date Admitted. A template exhibit and witness list is available on the Court's website. In addition, please note that each affixed exhibit sticker must include the case number and exhibit number, as well as the name of the tendering party. The sticker must be attached to the exhibit so as not to cover up or ruin any portion of the exhibit.

The witness list should be provided in alphabetical order by last name.

**SO ORDERED** this 26th day of March, 2026.

Steven D. Grimberg
United States District Judge