**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA *et al.*,**<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Mark Andrews and Defendants Dinesh D'Souza and D'Souza Media LLC hereby stipulate to the dismissal with prejudice of this action, with each party to bear his or its own fees and costs. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit and the Parties agree that the Court shall have continuing jurisdiction to enforce the terms of the Parties' settlement agreement.

Dated: September 28, 2026

By: */s/ Lea Haber Kuck*

Lea Haber Kuck*
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-3000
lea.kuck@probonolaw.com

/s/ *Amanda G. Hyland*

Amanda G. Hyland Georgia
Bar No. 325115 Austin C.
Vining Georgia Bar No.
362473 Cory Mull
Georgia Bar No. 595376
BUCHALTER LLP

Von A. DuBose, Esq.
Georgia Bar No. 231451
Peter A. Brogdon II
Georgia Bar No. 399961
DuBose Trial Law
128 Richardson St. SE
Atlanta, GA 30312
Tel: (404) 720-8111
von@dubosetrial.com

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-
weiss@protectdemocracy.org

Catherine Chen*
Jane Bentrott*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, DC 20006
Tel: (202) 579-4582
catherine.chen@protectdemocracy.org
jane.bentrott@protectdemocracy.org

Jared Fletcher Davidson*
Rachel E. Goodman*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org
rachel.goodman@protectdemocracy.org

*Counsel for Plaintiff Mark Andrews*
**Admitted Pro Hac Vice*

3475 Piedmont Rd. NE, Ste. 1100
Atlanta, GA 30305
(404) 832-7530 Telephone
ahyland@buchalter.com
avining@buchalter.com
cmull@buchalter.com

*Counsel for Defendants Dinesh D'Souza and D'Souza Media LLC*

# LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was prepared double-spaced using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

This 28th day of September, 2026.

*/s/ Amanda G. Hyland*
Amanda G. Hyland
ahyland@buchalter.com

*Counsel for Defendants Dinesh D'Souza and D'Souza Media LLC*



112945572v1