**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MARK ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**DINESH D'SOUZA *et al.*,**<br><br>Defendants. | Case No. 1:22-cv-04259-SDG |

**[PROPOSED]**

**ORDER DISMISSING WITH PREJUDICE AND RETAINING JURISDICTION**

Pursuant to the Parties' Stipulation of Dismissal with Prejudice,

**IT IS ORDERED** that this case is hereby dismissed with prejudice pursuant to the terms of the parties' confidential settlement agreement;

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction for the purpose of enforcing the terms of the Parties' settlement agreement.

**IT IS SO ORDERED** this ___ day of ____________, 2026.

______________________________
**HONORABLE STEVEN D. GRIMBERG**
**UNITED STATES DISTRICT JUDGE**